The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF ELLEN RANGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

I, Ellen Range, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2.    I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3.    The facts set forth herein are based upon my personal knowledge of a review of the files in my possession.

4.    Based on boilerplate notices sent to Mental Health Service Professional Demonstration Grant Program (MHSP) and School-Based Mental Health Services Grant Program (SBMH) (collectively "Programs") grantees, the U.S. Department of Education decided

DECLARATION OF ELLEN RANGE IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

on or before April 29, 2025, to discontinue MHSP and SBMH grants across this country (the "Non-Continuation Decision"). The notice stated the grantee could seek reconsideration of the Department's discontinuance of its grant by submitting a request within 30 days (i.e., May 29, 2025). The Department made representations to Congress that it planned to re-compete the mental health program funds.

5.    On June 10, 2025, the U.S. Department of Education sent Program grantees a link with answers to Frequently Asked Questions regarding its Non-Continuation Decision. *See* Attach. R, *infra*. This webpage stated that any requests for reconsideration would be communicated "as soon as possible," but did not commit to a timeline. It also stated that it would recompete the discontinued grants "soon," but again did not commit to a timeline. As of the signed date of this declaration, to my knowledge, grantees with pending requests for reconsideration have not received the Department's response. Also as of this date, the Department has not published notices inviting applications for new Program grant competitions.

6.    Attached as **Attachment A** is a true and correct copy of the Department's email to members of Congress informing them of its Non-Continuation Decision dated April 29, 2025.

7.    Attached as **Attachment B** is a true and correct copy of an article, *The Bipartisan Safer Communities Act is Cause for Optimism* (Nov. 25, 2024), https://www.newsweek.com/bipartisan-safer-communities-act-cause-optimism-opinion-1990754.

8.    Attached as **Attachment C** is a true and correct copy of a National Association of School Psychologists white paper, *The Impact of Federal Support for School Mental Health Services* (May 8, 2025), https://www.congress.gov/119/meeting/house/118317/documents/HHRG-119-ED00-20250604-SD003.pdf.

9.    Attached as **Attachment D** is a true and correct excerpt of 115th Congress, 2d Session, House of Representatives, Report 115-952, *Department of Defense for the Fiscal Year Ending September 30, 2019 and for Other Purposes* (Sept. 13, 2018), https://www.congress.gov/115/crpt/hrpt952/CRPT-115hrpt952.pdf.

DECLARATION OF ELLEN RANGE IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    10.    Attached as **Attachment E** is a true and correct copy of the *Final Report of the*

2    *Federal Commission on School Safety* (Dec. 18, 2018), https://www2.ed.gov/documents/school-

3    safety/school-safety-report.pdf.

4    11.    Attached as **Attachment F** is a true and correct excerpt of the *Division A –*

5    *Departments of Labor, Health and Human Services, and Education, and Related Agencies*

6    *Appropriations Act, 2020,* https://docs.house.gov/billsthisweek/20191216/BILLS-116HR18

7    65SA-JES-DIVISION-A.pdf.

8    12.    Attached as **Attachment G** is a true and correct excerpt of *Division H –*

9    *Department of Labor, Health and Human Services, and Education, and Related Agencies*

10    *Appropriations Act, 2021*, https://docs.house.gov/billsthisweek/20201221/BILLS-116RCP68-

11    JES-DIVISION-H.pdf.

12    13.    Attached as **Attachment H** is a true and correct excerpt of *Division H –*

13    *Department of Labor, Health and Human Services, and Education, and Related Agencies*

14    *Appropriations Act, 2022*, https://docs.house.gov/billsthisweek/20220307/BILLS-117RCP35-

15    JES-DIVISION-H_Part1.pdf.

16    14.    Attached as **Attachment I** is a true and correct copy of an article by Kalyn Belsha,

17    *After Uvalde, school mental health grants had bipartisan support. Now Trump is cutting them*,

18    Chalkbeat (May 2, 2025), https://www.chalkbeat.org/2025/05/02/trump-administration-cuts-

19    school-mental-health-grants-over-diversity-goals/.

20    15.    Attached as **Attachment J** is a true and correct excerpt from a U.S. Department

21    of Education webpage, concerning Fort Wayne Community Schools (IN) grant,

22    https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-supportive-schools/mental

23    -health-service-professional-demonstration-grant-program#prior-year-awards.

24    16.    Attached as **Attachment K** is a true and correct excerpt from a U.S. Department

25    of Education webpage, concerning Norman Public Schools (OK) grant, https://www.ed.gov

26

1  /grants-and-programs/grants-birth-grade-12/safe-supportive-schools/school-based-mental-heal

2  th-services-grant-program#current-year-awards.

3       17.    Attached as **Attachment L** is a true and correct copy of *84.184H School-Based*

4  *Mental     Health     Services     (SBMH)     grant     program     ABSTRACTS*,

5  https://www.ed.gov/sites/ed/files/2023/01/CORRECTED_SBMH-Application-ABSTRACTS_

6  012423-1.pdf.

7       18.    Attached as **Attachment M** is a true and correct copy of an article by Independent

8  School Management, *Understanding the Impact of Mental Health on Academic Performance*

9  (Feb. 12, 2023),  https://isminc.com/advisory/publications/the-source/understanding-impact-me

10  ntal-health-academic-performance.

11       19.    Attached as **Attachment N** is a true and correct copy of U.S. Department of

12  Education guidance, *Discretionary Grantmaking at ED, Answers to Your Questions About the*

13  *Discretionary Grant Process* (7th Ed. 2024), https://www.ed.gov/media/document/grantmaking

14  -ed-108037.pdf.

15       20.    Attached as **Attachment O** is a true and correct copy of the U.S. Government

16  Accountability Office, *K-12 Education: Education's Priorities in Discretionary Grantmaking*,

17  GAO-25-107141 (Dec. 31, 2024).

18       21.    Attached as **Attachment P** is a true and correct copy of U.S. Department of

19  Education, *Fiscal Year 2022, Application for New Grants under the Mental Health Service*

20  *Professional Demonstration Grant Program.*

21       22.    Attached as **Attachment Q** is a true and correct copy of Motion Order, *New York*

22  *v. U.S. Dep't Educ.*, No. 25-1424, ECF No. 40.1 (2d Cir. June 20, 2025).

23       23.    Attached as **Attachment R** is a true and correct copy of the U.S. Department of

24  Education's webpage, Notice of Non-Continuation Frequently Asked Questions (FAQs),

25  https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-supportive-schools/school

26

DECLARATION OF ELLEN RANGE IN     4     ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF PLAINTIFFS' MOTION    Complex Litigation Division
FOR PRELIMINARY INJUNCTION    800 Fifth Avenue, Suite 2000
NO. 2:25-cv-01228-KKE    Seattle, WA  98104
    (206) 464-7744

1  -based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-

2  questions-faqs.

3          I declare under penalty of perjury under the laws of the State of Washington and the

4  United States of America that the foregoing is true and correct.

5          DATED this 8th day of July 2025 at Tacoma, Washington.

6

7                                        */s/ Ellen Range*
                                         ELLEN RANGE, WSBA #51334
8                                        Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ELLEN RANGE IN                    5              ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF PLAINTIFFS' MOTION                                      Complex Litigation Division
FOR PRELIMINARY INJUNCTION                                         800 Fifth Avenue, Suite 2000
NO. 2:25-cv-01228-KKE                                                  Seattle, WA  98104
                                                                       (206) 464-7744