# Attachment A

*[Handwritten annotation: APPENDIX A: Dec. 23, 2024 GRANT SELECTED FOR FUNDING JAN 1, 2025 - DEC. 31, 2029]*

# Kristin Baranski

| | |
|---|---|
| **From:** | Kirsten Stretton |
| **Sent:** | Monday, January 6, 2025 12:03 PM |
| **To:** | amy.banks@ed.gov |
| **Cc:** | Kristin Baranski; kia.weems@ed.gov; amy.banks@ed.gov |
| **Subject:** | Re: [External] G5 Notification - New Grant Award Notification S184H240248 |

Hello Amy,

This is wonderful news!! I have been out of the country for the holidays but I will login in to access our GAN asap as well as email our Education Program Contact for next steps. Thank you again for your help in this process.

Thanks,
Kirsten Stretton
District Liaison Counselor
Santee School District


> On Dec 23, 2024, at 2:08 PM, amy.banks@ed.gov wrote:
>
> CAUTION: The source of this email is outside Santee School District. Do not click links, open attachments, or reply unless you are sure that you recognize the sender and know the content is safe.
>
>
> Dear Grantee:
>
> The U.S. Department of Education (ED) is pleased to notify you that your grant has been selected for funding. You may access your electronically signed Grant Award Notification (GAN) documents for this new award, S184H240248 & GAN action number 1, at http://www.g5.gov under Grant Maintenance, Award Documents.
>
> You will need to sign in to G5 to access your GAN. If you don't already have an account in G5, please go to the link on the top left of the home page that says "Not Registered? Sign up" and follow the instructions. To register, you will need your institution's UEI. You must also use the exact same name (no nicknames) and email address that is listed on this email. If you are a project director, or state director, select "Project Director" or "State Director" when prompted to choose a role in your profile. Please note: Only recipients of this email (the project director and certifying official or state director and authorizing official) can access the GAN in G5. If someone else at your organization requires a copy, you may print out a copy or forward the PDF to them.
>
> Please review your GAN documents carefully, including any attachments to the GAN and any terms and conditions appearing in Box 10 of the GAN. Your grant may be subject to special conditions or your grant or organization may have been designated as high-risk. You should review your GAN carefully to see if any of the following circumstances apply:
>
> -If your grant is subject to special conditions, the special conditions may be included in Box 10 or as an attachment to the GAN.
>
> -If your grant has been designated high-risk, the special conditions may be included in Box 10, or may be included in the high-risk designation that is attached to the GAN.
>

1

> -If your entity has been designated a high-risk grantee, the high-risk special conditions are also applicable to this grant and may be included in Box 10 of the GAN, or may be included in the high-risk designation that is attached to the GAN.
>
> Your grant is subject to any special conditions and/or high-risk designation that are attached to your GAN and must be carried out in accordance with those requirements. Your understanding of the GAN documents helps to ensure proper program and fiscal management of your grant.
>
> If you have questions regarding accessing G5 or your GAN documents, please contact the G5 help desk at 888-336-8930. Questions regarding the next steps for your grant implementation should be directed to the ED Program Contact listed on your GAN (Box 3).
>
> Please acknowledge receipt of this e-mail by sending a reply to the Education Program Contact listed on your GAN (Box 3). We wish you success on your grant.