The Honorable Kymberly K. Evanson

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9 | STATE OF WASHINGTON, et al.,

NO. 2:25-cv-01228-KKE

10 | Plaintiffs,

DECLARATION OF DR. GLORIA E.
CIRIZA

11 | v.

12
13 | UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

14 | Defendants.

15
16
17
18
19
20
21
22
23
24
25
26



San Diego County Office of Education Main Campus
6401 Linda Vista Road, San Diego, CA 92111
858-292-3500  |  www.sdcoe.net

## <u>DECLARATION OF DR. GLORIA E. CIRIZA</u>

I, Dr. Gloria E. Ciriza, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.　　I am San Diego County Superintendent of Schools and lead the San Diego County Office of Education (SDCOE). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.　　I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction.

### <u>Background</u>

3.　　As a K-12 educator for nearly 30 years, I have served as a teacher, principal, district administrator, assistant superintendent, and more recently, superintendent. I joined SDCOE in 2021 and became county superintendent in 2024. My instructional leadership work resulted in being recognized by the Learning Policy Institute for outperforming county and state averages in academic achievement. Additionally, I empower employees to lead from the heart and develop meaningful, authentic relationships to ensure all students have access to high-quality education facilitated by compassionate adults in the classroom and in the community. My collaborative approach led the Association of California School Administrators to name me as their 2018 Administrator of the Year: Curriculum and Instruction; the California Association of Bilingual Educators also named me as Administrator of the Year in 2010.

4.      SDCOE serves and supports school leaders, teachers, and students across San Diego County. We support about 780 schools and 480,000 students, including the children we educate each year through our Juvenile Court and Community Schools. SDCOE provides a variety of services for the 43 school districts, 128 charter schools, and five community college districts in the county. Our mission is inspiring and leading innovation in education and our North Star goal over the next five years is to reduce poverty and increase belongingness through public education.

5.      In my role, I am charged with ensuring our organization's vision and mission results in positive outcomes for students. Specifically, I supervise staff that implement projects focused on serving the whole child, which includes school safety, drug prevention, curriculum and instruction, mental health, career technical education, and more. SDCOE recruits and hires talented staff who have diverse skillsets, including serving as principal investigators, researchers, evaluators, and grant administrators. SDCOE has a strong history of successfully developing and implementing programs funded by the U.S. Department of Education (the Department), during both Democratic and prior Republican presidential administrations. In addition to the MHSP grant, SDCOE's Department-funded projects have included the Indian Education Demonstration Grants Program, School Climate Transformation Grant Program, and Indian Education Discretionary Grant Program. Although each of these programs are unique, they have a common and unifying focus on removing barriers to learning, engagement, and belonging, resulting in positive outcomes for students. Since 2016, SDCOE staff have served as project directors for four of the Department grants/cooperative agreements. In addition, SDCOE has served as a collaborative partner in grant-funded projects with the California Department of Education and universities.

6.      Most recently, under my leadership, SDCOE served as the lead agency for the Mental Health Service Pathways Program, Award #S184X230047, which SDCOE received as part of the Department's Mental Health Service Professional Demonstration Grant Program.

**The Department's Funding and Discontinuance of SDCOE's Mental Health Service Pathways Program**

7.    The Mental Health Service Professional Demonstration Grant (MHSP) attracts candidates for school-based mental health professions, including school social work, and provides training opportunities for students in rural and other high-needs local educational agencies (LEAs) (also referred to as school districts). MHSP facilitates partnerships between high-needs school districts and institutions of higher education, allowing opportunities for practicum students and interns to obtain required clinical supervision and increase additional children and youth's access to school mental health services.

8.    SDCOE applied for a multi-year MHSP grant on Jan. 26, 2023.

9.    In its application, SDCOE explained the persistent mental health staff shortages, specifically in small and rural communities. Additionally, the program was designed to impact school safety by addressing factors that contribute to aggression and victimization. The MHSP program is not only a health and education initiative but a preventative justice measure that contributes to school and community safety. To meet that year's MHSP program priorities, SDCOE proposed the following goals for its MHSP project: 1) Increased number of diverse School Social Worker interns recruited, placed, and supervised at high-need LEAs throughout the region; 2) Improved access to mental health services at the school site level; 3) Increased number of mental health providers hired; 4) Improved student learning experiences; and 5) Increased family involvement and engagement.

10.    On March 30, 2023, the Department awarded SDCOE, Mental Health Service Pathways Program, Award No. S184X230047. The Grant Award Notification is attached as Attachment A. The performance period for this grant was April 1, 2023 to Dec. 31, 2027, and authorized funding for the initial budget period of April 1, 2023 to Dec. 31, 2023.

11.      The Department granted continuation awards that funded subsequent budget periods. Most recently, the Department issued a Grant Notification Award, continuing funding for this grant on Dec. 18, 2024 in the amount of $484,125. The current budget period started on Jan. 1, 2025 and ends on Dec. 31, 2025. That document is attached as Attachment B.

12. Since the Department has awarded SDCOE this grant, the program has served 16,481 students by placing 28 school social work interns in 20 school sites across 14 school districts. Since the program's inception, clear and encouraging outcomes have included:

- Recruitment and placement of mental health staff for sites where staff was non-existent;

- Direct mental health support provided for students experiencing anxiety, grief, trauma, and behavioral difficulties;

- Critical expertise in safety and crisis response shared with school teams;

- Improvements in student attendance and reduced behavioral referrals; and

- Increased connections with community-based mental health services.

This program has effectively addressed the ongoing challenges with hiring and retaining qualified staff due to distance, housing, and financial resources, ensuring students' needs are met. The program consistently adhered to all federal grant guidelines, including performance and expenditure reports. SDCOE's MHSP program is strongly supported by various key stakeholders and partners in our county, including District Attorney Summer Stephan, and school district superintendents. Please refer to Attachment C to review letters of support provided.

13.      In my experience, discontinuance of a project's funding is rare, and SDCOE has never had a project's funding discontinued or terminated. To my knowledge, prior to 2025, discontinuance or termination has only occurred in cases of misconduct, typically with prior notice and opportunities to respond and correct any underlying issues.

14.     Nevertheless, on April 29, the Department sent notice that SDCOE's MHSP award would be discontinued at the end of the grant's current budget period, which is December 31, 2025. Given that the Department originally approved this grant's performance period through Dec. 31, 2027, SDCOE faces a loss of $1,336,266 in prospective funding, which would have supported the 2025-26 and 2026-27 school years. The Department's discontinuation notice is attached as Attachment D. On May 13, the Department issued a Grant Notification Award, updating the performance period to reflect April 1, 2023 to Dec. 31, 2025. That document is attached as Attachment E.

15.     The notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government." 34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limited its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this notice failed to cite anything regarding SDCOE's performance.

16.     Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons, claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds." Based on this boilerplate language, SDCOE has no way of knowing which reason(s) applied as the Department's basis for discontinuing the MHSP grant for SDCOE's Mental Health Service Pathways Program.

**Harms from the Department's Decision to Discontinue SDCOE's Grant**

17.     The discontinuance of the SDCOE's MHSP grant will end SDCOE's Mental Health Service Pathways Demonstration Program.

18.     Although SDCOE can still access funding through the end of our current budget period on Dec. 31, 2025, SDCOE is already experiencing the harmful effects of this discontinuance. Should funding not be reinstated for the remainder of the program, School Social Work interns would not be able to complete their required hours needed for credentialing, and our school districts would be abruptly left without resources, directly impacting students. Additionally, the 1.0 full-time equivalent (FTE) position that supports the day-to-day operations of the program will be terminated two years prior to the original project end date. The rural communities in our program are located approximately 60-120 minutes' drive from the center of San Diego, where most opportunities for higher education, ongoing professional learning, and collaboration occur. This program effectively addressed the ongoing challenges with hiring and retaining qualified staff due to distance, housing, and financial resources. Without this funding, our school districts will be limited in their ability and capacity to address the obstacles to a rural internship placement for school social workers by providing a living stipend. All possible options were explored to continue the program, including having districts contribute to the financial cost. Unfortunately, existing resources are unable to cover the expense, as the 2025-26 budget development period for school districts has passed. In addition to these consequences, the time and effort required to adequately develop a contingency plan to sustain the program has diverted personnel efforts from other priority initiatives.

19.     Moreover, if the Department does not rescind its discontinuation decision, there are several non-financial consequences that all directly impact student achievement, attendance, and wellbeing. The consequences include: 1) Inability to recruit and place school social work interns in high-need school districts, including small/rural communities; 2) Access to mental health services will be dramatically

impacted as many of our school sites lack on-site mental health staff; and 3) Negative impact on students' mental health and emotional resilience, resulting in higher risk of school dropout and justice involvement. Sustaining this program is not just beneficial, it is imperative to our shared commitment to safe, thriving school environments.

20.     In addition, additional cohorts of school social work graduate interns would not be able to complete their required hours needed for credentialing and our school districts would be abruptly left without resources.

21.     There is no way to recover lost time or restore continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.

22.     Even if the Department were to re-bid MHSP funds, and SDCOE  were to receive a new grant award, the harm would already be done. School social work staff will face interruptions in their training and credentialing process, potentially delaying their entry into the workforce and reducing the availability of qualified social workers in our schools. This gap directly affects students' access to essential support services, which can hinder their academic success and emotional well-being. For staff, the loss of dedicated resources and the premature termination of the program will create instability, increased workload, and uncertainty, complicating efforts to maintain consistent support for students.

**Conclusion**

23.     The discontinuances of SDCOE's MHSP grant undermines SDCOE's mission of inspiring and leading innovation in education; as well as the Department's "mission to ensure equal access to education and to promote educational excellence throughout the Nation." 20 U.S.C. § 1228a(a). These discontinuances make it harder to train and secure talent and to fund providers so that our children may access mental health services. To meet budgetary deadlines, SDCOE and its partners are making difficult

decisions in the next few weeks and are already in the process of terminating staff positions that support these programs and informing graduate students that they have lost significant tuition assistance. These harms are ongoing and will be irreparable if they are not stopped.

24.     On June 24, 2025, SDCOE withdrew its request for reconsideration/objection/appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 25th day of June, 2025, at San Diego, California.

Gloria E. Ciriza
San Diego County Superintendent of Schools