# Attachment E

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

San Diego County Office of Education
Human Resource Services
6401 Linda Vista Road
San Diego, CA 92111

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S184X230047 - 24 |
| ACTION NUMBER | 11 |
| ACTION TYPE | Administrative |
| AWARD TYPE | Discretionary |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
  Adina Sullivan-Marlow    (858) 295-8806
  adina.sullivanmarlow@sdcoe.net
EDUCATION PROGRAM CONTACT
  Corinne Full    (202) 804-7452
  corinne.full@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK    888-336-8930
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.184X
Mental Health Service Pathways Program

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Adina Sullivan-Marlow | Project Director | 10 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 01/01/2025 - 12/31/2025 |
| PERFORMANCE PERIOD | 04/01/2023 - 12/31/2025 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | N/A |
| BUDGET PERIOD | $484,125.00 |
| PERFORMANCE PERIOD | $1,598,724.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | U8VWVR7JD4F3 |
| REGULATIONS | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | N/A |

**9 LEGISLATIVE AND FISCAL DATA**

AUTHORITY: PL 114-95 (20 U.S.C. 7281) AND 115-245 TITLE IV AND TITLE III THE ELEMENTARY AND SECONDARY EDUCATION ACT OF 1965, AS AMENDED BY THE EVERY STUDENT SUCCEEDS ACT AND THE DEPARTMENT OF DEFENSE AND LABOR, HEALTH AND HUMAN SERVICES, AND EDUCATION APPROPRIATIONS ACT, 2019 AND CONTINUING APPROPRIATIONS ACT, 2019

PROGRAM TITLE: SAFE AND DRUG-FREE SCHOOLS AND COMMUNITIES - NATIONAL PROGRAMS

CFDA/SUBPROGRAM NO: 84.184X



US Department of Education
Washington, D.C. 20202

S184X230047 - 24

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S184X230047 - 24 |
| RECIPIENT NAME: | San Diego County Office of Education |
| | Human Resource Services |
| GRANTEE NAME: | SAN DIEGO COUNTY OFFICE OF EDUCATION |
| | 6401 LINDA VISTA RD # 503, |
| | SAN DIEGO, CA 92111 - 7319 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | |

TERMS AND CONDITIONS

(1) THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2) Per the Notice of Non-Continuation of Grant Award sent on April 29, 2025, this grant has been determined to be inconsistent with, and no longer effectuates, the best interest of the Federal Government and will not be continued. See 34 C.F.R. 75.253(a)(5) and (f)(1).

_____     _____

**AUTHORIZING OFFICIAL**                                                                    **DATE**

Ver. 1