The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF JOEL CISNEROS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF JOEL CISNEROS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## DECLARATION OF Joel Cisneros

I, Joel Cisneros, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Executive Director of Student Mental Health and Wellness of the Los Angeles Unified School District (LAUSD). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction.

### Background

3. I am currently employed as the Executive Director of Student Mental Health and Wellness for the LAUSD, a position I have held since July 2024. I am a License Clinical Social Worker and hold a graduate degree in Social Work. I have ten years of experience serving in various leadership roles within LAUSD's mental health department.

4. LAUSD is the second-largest public school district in the nation education with over 429,000 students in transitional kindergarten through twelfth grade, covering seven hundred and ten square miles. LAUSD's mission is to realize excellence for all student by providing the unique, rigorous, and culturally relevant education that every student deserves.

5. I lead projects focused on student mental health and wellness at LAUSD. Throughout this time, I have led projects supporting mental health and wellness services funded the U.S. Department of Educations. Funded projects have included the Safe Schools/Healthy

Students project and the Mental Health Service Professional Demonstration Grant Program. I have served in roles for two of the Department grants.

6. This includes my role as an Executive Director, and former Project Director, for the LAUSD Mental Health Career Pathway Demonstration Project, Award # S184X230142, which LAUSD received as part of the Department's Mental Health Service Professional Demonstration Grant Program.

**The Department's Funding and Discontinuance of the LAUSD Mental Health Career Pathway Demonstration Project.**

7. The Mental Health Service Professional Demonstration Grant (MHSP) attracts candidates for school-based mental health professions, including school psychology, and provides training opportunities for students in rural and other high-needs local educational agencies (LEAs) (also referred to as school districts). MHSP facilitates partnerships between high-needs school districts and institutions of higher education, allowing opportunities for practicum students and interns to obtain required clinical supervision and increase additional children and youth's access to school mental health services.

8. LAUSD applied for a multi-year MHSP grant on January 27, 2023.

9. In its application, LAUSD explained it is a high-needs Local Education Agency (LEA) with close to 80% of the student enrollment qualifying for free/reduced price meals, much higher than the state rate of 57.8% in 2021-22. Additionally, in this application identified that shortage of mental health professionals in LAUSD is consistent with statewide data identified in California. A lack of sufficient school mental health professional has dire consequences on student outcomes like behavior, violence, suicide, and ability to learn. To meet that year's MHSP program priorities, LAUSD proposed the following goals for its MHSP project: increase the number of

school based mental health services providers by training graduate level social work interns and mental health Career and Technical Education (CTE) students in designated high-needs schools and train.

10. On March 31, 2023, the Department awarded LAUSD, Mental Health Career Pathway Demonstration Project, Award No. #S18X230142. The Grant Award Notification is attached as Attachment A. The performance period for this grant was 04/01/2023 – 12/31/2027, and authorized funding for the initial budget period of 04/01/2023 – 12/31/2023.

11. The Department granted continuation awards that funded subsequent budget periods. Most recently, the Department issued a Grant Notification Award, continuing funding for this grant on December 19, 2024 in the amount of $979,332. The current budget period started on 01/01/2025 and ends on 12/31/2025. That document is attached as Attachment B.

12. Since the Department has awarded LAUSD this grant, over 369 CTE students have been trained and have participated in mental health training. Additionally, 59 school-based mental health interns from universities across Southern California have been assigned to provide services at schools in LAUSD.

13. Nevertheless, on April 29, the Department sent notice that LAUSD's MHSP award would be discontinued at the end of the grant's current budget period, which is 12/31/2025. Given that the Department originally approved this grant's performance period through 12/31/2027, LAUSD faces a loss of $2,400,000 in prospective funding. The Department's discontinuation notice is attached as Attachment C.

14. The notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government."

34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limited its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this notice failed to cite anything regarding LAUSD's performance.

15. Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons, claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds." Based on this boilerplate language, LAUSD has no way of knowing which reason(s) applied as the Department's basis for discontinuing the MHSP grant for the LAUSD Mental Health Career Pathway Demonstration Project.

**Harms from the Department's Decision to Discontinue LAUSD's Grant**

16. The discontinuance of the LAUSD's MHSP grant will end the LAUSD Mental Health Career Pathway Demonstration Project.

17. Although LAUSD can still access funding through the end of our current budget period on 12/31/2025, LAUSD is already experiencing the harmful effects of this discontinuance. During the 2024-25 school year, we placed 59 mental health interns directly in schools by offering a financial stipend. Without the funds to pay for stipends, we lose the ability to recruit these mental health interns. Additionally, without continued funding we are at-risk of having a comprehensive CTE program aimed at training youth-leaders to become mental health educators in their schools.

18. Moreover, if the Department does not rescind its discontinuation decision, we are at risk of compromising relationships with local universities to place their graduate social work

students in our school district. Additionally, Peer-Specialist Certificate program might be delayed or terminated as a result.

19. In addition, several LAUSD staff assigned to this project will have their salaries reduced as a result of this action.

20. There is no way to recover lost time or restore continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.

21. Even if the Department were to re-bid MHSP funds, and LAUSD were to receive a new grant award, the harm would already be done. The program is currently in a critical phase of implementation. Any disruption at this point would result in a significant loss of continuity and essential services, as well as interruption of the recruitment and onboarding process for mental health staff. Additionally, such disruption would likely lead to the failure to meet key certification deadlines of program deliverables.

**Conclusion**

22. The discontinuances of LAUSD's MHSP grant undermines our ability to prepare students for the world by offering them with the needed supports to be successful; as well as the Department's "mission to ensure equal access to education and to promote educational excellence throughout the Nation." 20 U.S.C. § 1228a(a). These discontinuances make it harder to train and secure talent and to fund providers so that our children may access mental health services. To meet budgetary deadlines, LAUSD and its partners are making difficult decisions in the next few weeks and are already in the process of terminating staff positions that support these Programs and informing graduate students that they have lost significant tuition assistance. These harms are ongoing and will be irreparable if they are not stopped.

23.   On June 27, 2025, LAUSD withdrew its request for reconsideration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __30__ day of __June__, 2025, at __Los Angeles, California__

_____
Joel Cisneros
Executive Director, Student Mental Health & Wellness