UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>            Plaintiff(s),<br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>            Defendant(s). | CASE NO. C25-1228-KKE<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFING |

      The Court finds good cause to allow Plaintiffs to file an overlength motion for preliminary injunction and therefore GRANTS their motion for leave to do so. Dkt. No. 48. Defendants may file an opposition brief of up to 11,142 words in length, and Plaintiffs may file a reply brief of up to 5,571 words in length.

      Dated this 8th day of July, 2025.

                                                          Kymberly K. Evanson
                                                          United States District Judge