# Attachment D

**Cal Poly Humboldt**
**Office of Research & Sponsored Programs**

June 20, 2025

Hayley Sanon
Acting Assistant Secretary for Elementary and Secondary Education
Office of Elementary and Secondary Education,
U.S. Department of Education
OESEGrants@ed.gov
400 Maryland Ave. SW,
Washington, DC 20202


Re: RESCISSION OF APPEAL


Dear Hayley Sanon:

On May 29, 2025, Cal Poly Humboldt Sponsored Programs Foundation, an officially recognized auxiliary organization of California State Polytechnic University, Humboldt, submitted the attached letter of appeal to the United States Department of Education for Grant No. **S184X230084**. Cal Poly Humboldt Sponsored Programs Foundation formally <u>rescinds</u> this letter of appeal.


Sincerely,

*Kacie Flynn*
(DocuSigned by: 778F1AA3FF8A405...)

Kacie Flynn
Associate Vice Preseident for Research /Executive Director
Cal Poly Humboldt Sponsored Programs Foundation

Enclosures:

- April 29, 2025 Notice of Non-Continuation of Grant Award
- May 29, 2025 Letter of Appeal



1 Harpst St., Arcata, CA  95521-8299 • Student Business Services 427 • 707-826-4189 • hsuf@humboldt.edu • research.humboldt.edu

THE CALIFORNIA STATE UNIVERSITY • Bakersfield • Channel Islands • Chico • Dominguez Hills • East Bay
Fresno • Fullerton • Humboldt • Long Beach • Los Angeles • Maritime Academy • Monterey Bay • Northridge • Pomona
Sacramento • San Bernardino • San Diego • San Francisco • San Jose • San Luis Obispo • San Marcos • Sonoma • Stanislaus

P. 002