The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF HEATHER CHAMBERLIN SCHOLLE |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

## DECLARATION OF Heather Chamberlin Scholle

I, Heather Chamberlin Scholle, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am Director of Mental Health and Wellness for the Conejo Valley Unified School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction.

## Background

3. I have a Ph.D. in human development, am a licensed clinical social worker and hold Pupil Personnel Services Credentials in school counseling, school social work and child welfare and attendance. I have extensive experience in the creation, direction, and evaluation of school-based and clinical mental health programs. I have worked directly with children, adolescents, families, and educators to assess and address the mental health needs of students across educational and community settings. My professional experience spans both clinical and administrative leadership roles, including supervising school mental health staff, coordinating services with county agencies, and overseeing implementation of multi-tiered systems of support (MTSS) for student wellness.

4. Based on this professional experience, it is my expert opinion that children and adolescents face numerous and well-documented barriers in accessing mental health services. These barriers

include the following: There is a significant shortage of licensed mental health professionals trained to work with youth, particularly in vulnerable populations and under-resourced communities. I have directly observed long waitlists and referral gaps that delay or prevent access to timely care. Financial and insurance-related limitations remain a common challenge. In my role, I have seen many families struggle with high co-pays, lack of insurance, or providers who do not accept Medi-Cal or private insurance coverage. Fragmentation across systems (education, behavioral health, child welfare, and justice) creates confusion for families and leads to inconsistent service delivery, a concern I routinely navigate in interagency collaboration efforts. Families frequently face transportation challenges that hinder their ability to access community-based services. In my district, we have implemented school-based services to partially mitigate these barriers. Stigma continues to play a significant role in deterring families from seeking support. I have worked with students and families across cultural backgrounds who fear judgment for disclosing mental health concerns. A lack of culturally competent and linguistically appropriate services makes it difficult for many families to engage with providers or understand treatment options. In my professional opinion, these barriers significantly and adversely impact access to essential mental health care for children and adolescents. Without appropriate intervention and system-level solutions, these obstacles can result in untreated mental health conditions, academic decline, behavioral issues, and long-term negative outcomes.

5. The Conejo Valley is home to a diverse population of families who send their children to twenty-seven schools spanning pre-school through post-secondary. The Conejo Valley Unified School District (CVUSD) serves about 15,999 students and is committed to providing all students with necessary skills and knowledge to become lifelong learners, effective communicators, and responsible and productive citizens. To that end CVUSD recognizes the

importance of serving the whole child acknowledging the interdependence of social emotional wellbeing and academic success.

6. I lead projects focused on mental health and wellness services at Conejo Valley Unified School District. As principal investigator in the U.S. Department of Education (Department) funded projects, the Conejo Valley Unified School District has exceeded all the required metrics of the grant. More importantly, additional metrics have revealed improvements in student mental health and wellbeing including decreases in mental health symptomatology, fewer psychiatric hospitalizations and residential placements due to acute mental illness during both Democratic and prior Republican presidential administrations. My department-funded projects have included School-Based Mental Health, Prevention and Early Intervention, Middle School Wellness grants and projects funded by the California Youth Behavioral Health Initiative. For two years, I have served as a Project Director of the Department grants/cooperative agreements.

7. This includes my role as a Project Director for Conejo Valley Unified School District's Mental Health and Wellness Services project, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH).

**The Department's Funding and Discontinuance of Conejo Valley Unified School District's Mental Health and Wellness Project**

8. SBMH provides competitive grants to state educational agencies (SEAs), local educational agencies (LEAs), and consortia of LEAs to increase the number of credentialed mental health services providers in LEAs with demonstrated need.

9. The District applied for a multi-year SBMH grant on November 3, 2022.

10.   At the time of the grant application Conejo Valley Unified School District's mental health programs were uncovering the prevalence and depth of the mental health needs of our students which was the driving force to apply for SBMH funding that specifically increased and retained diverse, qualified mental health service providers and implemented best practices that met individual and collective needs of each school site, carefully managed and collected data, and made adjustments when necessary to ensure intervention efficacy.

11. The data at the time of our application included analyses of risk assessment, social emotional learning screeners, psychiatric hospitalizations, and red flag warnings: *Risk Assessments*: During the 2018-2019 school year, 276 risk assessments were completed. When schools closed in 2020 and 2021 there were sharp declines in the number of risk assessments completed due to remote learning and significant increases in psychiatric hospitalizations and red flag warnings. This data demonstrates one of the significant roles that schools play in maintaining a mental health safety net of children. When children were isolated from the in-person purview of school personnel and their peers, the early intervention a risk assessment often provides was missing and this led to a steep and sudden increase in psychiatric hospitalizations for children in our community. When schools reopened for the 2021-2022 school year, risk assessments again started to increase with 148 completed. From 8/24/22 through 11/1/2022 (at the writing of the grant application), 53 risk assessments had been completed for the first ten weeks of school indicating an upward trend.  Risk assessments are completed when there is a concern about student safety including harm to self or others. There are several purposes to assessing the safety risk of a student. First and foremost is to ensure student safety. However, risk assessments also provide opportunities to dialogue with students and their parents or guardians to establish safety plans

and support within the school setting and at home. The outcome of a risk assessment creates a partnership between school staff and families to work collaboratively to provide support to students, and referral to school and community-based resources.

12. *Social Emotional Learning Screeners*: CVUSD completed its first social emotional learning screeners during the 2021-2022 school year. The social emotional screener was administered to all sixth through twelfth graders with a response rate of 47%. This assessment revealed that students' most requested topics of interest were motivation, goal setting and self-awareness/self-management. Students reported most frequently that they would participate in small groups about wellness, anxiety and social connections.

13. *Psychiatric Hospitalizations*: Our analysis revealed that when there was a decrease in one data point there was often an increase in others. For example, during school closures there was a decrease in the number of risk assessments completed and increases in the number of students psychiatrically hospitalized and in the number of red flag warnings. During the 2021-2022 school year, 91 students had been psychiatrically hospitalized for acute mental health symptoms.

14. *Red Flag Warnings*: Red Flag Warnings were established as a result of school closures and online learning in an effort to restore some of the safety monitoring that had been lost when students were not on campuses full time. The red flag warning system monitored the Conejo Valley Unified School District-issued Chromebooks for searches related to harm to self or others. When searches of concern were completed during school hours, an alert was issued and school sites followed up with students. When searches of concern were completed outside of school hours, wellness checks were completed by law enforcement. During the 20-21 school year, follow-up was conducted on 504 red flag warnings. As students have returned to school those numbers declined to 204 and to 47 from 8/24/22 through 11/1/22.

The table below summarizes the data highlighted in the Conejo Valley Unified School District's grant application:

| Data Point | 2018-2019 | 2019-2020 | 2020-2021 | 2021-2020 |
|---|---|---|---|---|
| Student Enrollment | 18,733 | 18,345 | 17,397 | 16,703 |
| Risk Assessments | 276 | 165 | 110 | 148 |
| Red Flag Warnings | – | – | 504 | 204 |
| Psychiatric Hospitalizations | – | – | 71 | 91 |

*Indicates data collected during remote learning during the COVID-19 pandemic
– Indicates data was unavailable

15. Further, while enrollment was declining, the number of students requiring mental health services through their individualized education plan was increasing which demonstrated the reliance of the Conejo Valley Unified School District on special education services to meet the mental health needs of students.   The table below demonstrates this reliance:

| | 2018-2019 | 2019-2020 | 2020-2021 | 2021-2022 |
|---|---|---|---|---|
| Number of students receiving mental health services through an IEP | 535 | 587 | 654 | 708 |

16. To meet that year's SBMH program priorities, Conejo Valley Unified School District proposed the following goals for its SBMH project: improve the ratio of students to hired mental health staff, improve mental health staff retention, establish a prompt service delivery system, and provide targeted support to vulnerable populations.  The plan for funding would

extend existing wellness services at five comprehensive high schools beyond the June 2023 expiration date of funding. In addition, the program would establish a Director position, a dedicated administrative assistant position, two additional Mental Health Clinician 2 positions and four additional Mental Health Clinician 1 positions. These positions would maintain wellness centers at three comprehensive high schools, one alternative high school, one alternative education program, and increase clinical staffing for all five middle schools.

17. *Improve mental health staff retention*:  To increase recruitment and retention-related incentives, the Conejo Valley Unified School District added two additional Mental Health Clinician 2 positions as part of our project structure. Our application described existing structures Conejo Valley Unified School District had created  where graduate students could begin their  journeys as mental health providers, grow in experience and obtain licensure hours as employees.  The grant proposed included adding two additional Mental Health Clinician 2 positions, to increase the number of student interns Conejo Valley Unified School District could host from 24 to over 50.  The expansion of the career pathway would support staff retention, giving clinicians supportive training toward licensure and job opportunities.

18. *Plan for prompt delivery system:*  Since grant funds extended and supplemented existing wellness programs, the foundations of service implementation and delivery were well established. In high schools wellness programs would be extended beyond the June 2023 timeframe when prior funding was no longer available. For middle schools, the wellness services would be supplemented by increasing staffing resulting in expanded service delivery to an increased number of students. If funding permitted (which it did), wellness services would be expanded to elementary schools prioritizing those sites with the greatest mental health needs. Risk assessments, red flags warning, psychiatric hospitalizations, and the

number of students with disabilities receiving mental health services as part of their

individualized education plans would be used to prioritize sites for wellness program

implementation. Funding would drive the number of clinicians to be hired and the number of

clinicians determined how many wellness centers were extended, supplemented or started.

19. *Diversity equity and inclusion:* Our data demonstrated that students from diverse

backgrounds, students that make up our LGBTQ+ community, those with unique learning abilities,

and students in challenging environments outside of school were at high risk for

mental health problems. Conejo Valley Unified School District created a new Diversity,

Equity and Inclusion Department that sought to create a welcoming, supportive, and

inclusive learning environment for all students and families. In the SBMH grant application,

the Conejo Valley Unified School District discussed its commitment to creating equitable

access and opportunity across race, class, ethnicity, language, socio-economic status, ability,

gender identity and religion. Mental health practices were therefore established through our

entire educational community so that access to care for all students was ensured.

We additionally targeted support to historically underserved students and using data we

established and implemented culturally proficient practices throughout the organization.

20.    On December 27, 2022, the Department awarded Conejo Valley Unified School

District a SBMH grant for the Conejo Valley Unified School District Mental Health and

Wellness project, Award No. S184H220124-23. The Grant Award Notification is attached as

Attachment A. The Department approved a multi-year grant performance period of

January 1, 2023 through December 31, 2027 and authorized funding for the initial budget

period of January 1, 2023 through December 31, 2023.

21.  The Department granted continuation awards that funded subsequent budget periods. Most recently, the Department issued a Grant Notification Award, continuing funding for this grant in the amount of $2,264,681.  The current budget period started on January 1, 2025 and ends on December 31, 2025. That document is attached as Attachment B.

22.  Since the Department awarded Conejo Valley Unified School District this grant, the following goals have been achieved: Nineteen positions, 17 of whom provide mental health support directly to students have been added.  An additional 16 graduate student volunteers (totalling 40 interns) have been added and clinically supervised.  The ratio of students to hired and paid school-based mental health providers improved from 231:1 to 228:1.  Drop-in and short-term support has been provided to **2,656 students** experiencing a mental health challenge by a mental health provider immediately on campus.  Ongoing individual therapy had been provided to **2,326 students**.  According to our project data thus far, the students' most common reason for accessing individual therapy is for symptoms of anxiety, followed by family and home challenges, depression, grief, and loss.  Ongoing group therapy has been provided to **677 students**.  According to our project data thus far, the students' most common reasons for accessing group therapy are for anxiety management and social skills. Middle and high school students receiving services have demonstrated decreased symptoms of anxiety and depression as measured by the Generalized Anxiety Disorder Assessment-7 (GAD7) and the Patient Health Questionnaire-9 (PHQ9).  Elementary students receiving services have demonstrated decreased emotional problems and internalizing and externalizing behaviors as measured by the Student Difficulties Questionnaire (SDQ).  The SDQ is administered to elementary students at the beginning and end of service delivery.

23.  In my experience, discontinuance of a project's funding is rare and I have never had a project's funding discontinued or terminated. To my knowledge, prior to 2025, discontinuance or termination has only occurred in cases of misconduct, typically with prior notice and opportunities to respond and correct any underlying issues.

24.  Nevertheless, on April 29, the Department sent notice that Conejo Valley Unified School District's SBMH award would be discontinued at the end of the grant's current budget period, which is December 31, 2025. Given that the Department originally approved this grant's performance period through December 31, 2027, Conejo Valley Unified School District faces a loss of $4,893,672 in prospective funding, including $2,384,109 that it had expected to receive for the upcoming 2025-26 school year. The Department's discontinuation notice is attached as Attachment C.

25.  The notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government." 34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limits its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this notice failed to cite anything regarding Conejo Valley Unified School District's performance.

26. Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons,

claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds." Based on this boilerplate language, Conejo Valley Unified School District has no way of knowing which reason(s) applied as the Department's basis for discontinuing the SBMH grant for Conejo Valley Unified School District's Mental Health and Wellness Project.

**Harms from the Department's Decision to Discontinue Conejo Valley Unified School District's Grant**

27.  The discontinuance of Conejo Valley Unified School District's SBMH grant will end Conejo Valley Unified School District's Mental Health and Wellness Project.

28.  Although Conejo Valley Unified School District can still access funding through the end of our current budget period on December 31, 2025, Conejo Valley School District is already experiencing the harmful effects of this discontinuance. Three of 17 mental health clinicians who provide direct services to students have resigned due to the unpredictability of the funding, creating disruptions in service delivery for students. Further, staff funded through the project are exploring other employment options which is counter to the project's intent. Conejo Valley Unified School District's Mental Health and Wellness Project also supports the establishment of an intern training program that hosts 40 clinical interns annually, many of whom become mental health associates in other programs. The unpredictable funding was cited as the reason for resignation of six mental health associates who were trained as interns through Conejo Valley Unified School District's Mental Health and Wellness Project. Five of the mental health associates who resigned were bilingual speaking Spanish and English, creating a significant gap

in services for some of CVUSD's most vulnerable students. The Conejo Valley Unified School District fiscal year ended on June 30, 2025 and required matching funds to be established on July 1, 2025 as the project is set to end on December 31, 2025, two full years prior to the ending of the original funding cycle.

29. There are also several probable non-financial consequences to the loss of the Conejo Valley Unified School District's Mental Health and Wellness grant, as the following services will be eliminated in the 2026-2027 school year: decreases in clinically supervised graduate student volunteers to provide direct mental health services to students; increased ratios of students to hired and paid school-based mental health providers; elimination of preventive drop-in and short-term support; decreases in ongoing individual therapy to students; and decreases in ongoing group therapy to students. These harms will contrast with the grant's benefits from the first two years of the project, when 2,656 students experiencing a mental health challenge or crisis could access a mental health provider immediately on campus; 2,326 students received ongoing therapy; and 677 students received group therapy.

30. In addition, employment reductions will occur if the funding is not restored. Reductions include termination of the existing staff funded by the project including one Director, one Administrative Assistant, one Senior Mental Health Clinician, two Mental Health Clinician 2 staff who provide clinical supervision to interns, ten Mental Health Clinician 1 staff and four Mental Health Associates. The decrease in Mental Health Clinicians 2 staff who provide clinical supervision to interns will also decrease the number of interns the Conejo Valley Unified School District will be able to host and train. Further, three grant funded staff have resigned due to the

unpredictability of funding.  An additional six Mental Health Associates have resigned citing the unpredictability in funding as the reason.  Of the six Mental Health Associate resignations, five were bilingual Spanish speaking which leaves a gap in services to some of our most vulnerable students.  When staff leave, they take the training and knowledge Conejo Valley Unified School District has invested in them creating an increased burden to staff and students.  Ultimately the reduction in staff will harm students as they will no longer have access to prompt, evidence-based mental health support.

31.  There is no way to recover lost time or restore continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.

32.  Even if the Department were to re-bid SBMH funds, and Conejo Valley Unified School District were to receive a new grant award, the harm would already be done. Mental health clinicians working in schools provide critical services to children and adolescents, many of whom experience complex emotional, behavioral, and developmental needs. Disruption in these services can result in disruption of therapeutic relationships that students have built over time. Many students, particularly those with trauma histories, view their school-based clinician as a trusted adult. Sudden loss of that relationship can result in emotional destabilization, regression in progress, or disengagement from school and services entirely.  Disruptions can cause increased risk for vulnerable populations, including foster youth, students experiencing homelessness, English learners, and students with disabilities. These students are disproportionately affected by service gaps and may face compounding barriers when clinician transitions are not managed with care.  Most importantly, disruptions in mental health services jeopardize the gains made in mental health for Conejo Valley Unified School District's students

and risk increased symptoms of anxiety and depression for middle and high school students and increases in emotional problems and internalizing and externalizing behaviors for elementary school students who no longer have access individual therapy. Delays in care would increase the acuity of mental health symptoms for children and adolescents and increase the need for psychiatric hospitalizations and residential treatments that were seen prior to the implementation of the Conejo Valley Unified School District's Mental Health and Wellness Project.

**Conclusion**

33. The discontinuance of Conejo Valley Unified School District's SBMH grant undermines the commitment to provide all students with necessary skills and knowledge to become lifelong learners, effective communicators, and responsible and productive citizens; as well as the Department's "mission to ensure equal access to education and to promote educational excellence throughout the Nation." 20 U.S.C. § 1228a(a). These discontinuances make it harder to train and secure talent and to fund providers so that our children may access mental health services. To meet budgetary deadlines, Conejo Valley Unified School District and its partners are making difficult decisions in the next few weeks and are already in the process of terminating staff positions that support these Programs. These harms are ongoing and will be irreparable if they are not stopped.

34. On July 2, 2025, Conejo Valley Unified School District withdrew its request for reconsideration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of July, 2025, at Thousand Oaks, California.

_____

Heather Chamberlin Scholle
Director, Mental Health and Wellness Services
Conejo Valley Unified School District