# Attachment A

# ATTACHMENT A

S184H220124

Heather M Chamberlin-Scholle
Conejo Valley Unified School District
Mental Health Services
1400 E Janss Road
Thousand Oaks, CA 91362

P. 003

S184H220124

Shanna M Egans
Conejo Valley Unified School District
Mental Health Services
1400 E Janss Road
Thousand Oaks, CA 91362

US Department of Education  
Washington, D.C. 20202

S184H220124

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

Conejo Valley Unified School District  
Mental Health Services  
1400 E Janss Road  
Thousand Oaks, CA 91362

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S184H220124 |
| ACTION NUMBER | 1 |
| ACTION TYPE | New |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR  
  Heather M Chamberlin-Scholle    (805) 796-3793  
  hchamberlinschoole@conejousd.org  
EDUCATION PROGRAM CONTACT  
  Amy J Banks    (202) 453-6704  
  amy.banks@ed.gov  
EDUCATION PAYMENT HOTLINE  
  G5 PAYEE HELPDESK    888-336-8930  
  obssed@servicenowservices.com

**4 PROJECT TITLE**

84.184H  
Conejo Valley Unified School District (CVUSD) Mental Health and Wellness Services

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Heather M Chamberlin-Scholle | Project Director | 0 % |

**6 AWARD PERIODS**

    BUDGET PERIOD     01/01/2023 - 12/31/2023  
PERFORMANCE PERIOD     01/01/2023 - 12/31/2027

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 01/01/2024 - 12/31/2024 | $2,152,033.00 |
| 3 | 01/01/2025 - 12/31/2025 | $2,264,681.00 |
| 4 | 01/01/2026 - 12/31/2026 | $2,384,109.00 |
| 5 | 01/01/2027 - 12/31/2027 | $2,509,563.00 |

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | $1,995,912.00 |
| BUDGET PERIOD | $1,995,912.00 |
| PERFORMANCE PERIOD | $1,995,912.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI/SSN | F5JGQDEMM1L1 |
| REGULATIONS | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | 2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , GE1 , GE2 , GE3 , GE4 , GE5 |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 4631 TITLE IV ESEA |
| PROGRAM TITLE: | SAFE AND DRUG-FREE SCHOOLS AND COMMUNITIES - NATIONAL PROGRAMS |

P. 004



S184H220124

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

CFDA/SUBPROGRAM NO:    84.184H

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0203M | 2022 | 2023 | ES000000 | B | GCA | SMH | 184 | 4101C | $1,995,912.00 |

**10**

PR/AWARD NUMBER:    S184H220124

RECIPIENT NAME:    Conejo Valley Unified School District
Mental Health Services

GRANTEE NAME:    CONEJO VALLEY UNIFIED SCHOOL DISTRICT
1400 E JANSS RD,
THOUSAND OAKS, CA 91362 - 2133

PROGRAM INDIRECT COST TYPE:    Training
PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND
6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE



S184H220124

US Department of Education
Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:
1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a))
2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").
3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) The Department conducted a preliminary budget review prior to making awards to ensure that, in general, all costs in the proposed Federal and non-Federal budgets are related to specific project activities and are allowable, allocable, and reasonable to the grant in accordance with the Federal cost principles in 2 CFR part 200, subpart E. The program office will conduct a detailed budget review post-award.



US Department of Education  
Washington, D.C. 20202

S184H220124

# GRANT AWARD NOTIFICATION

Within 30 days of receiving the results of the Department s detailed budget review, if necessary, the grantee must submit a revised Year 1 budget that reallocates any unallowable costs to allowable services and activities. The revised budget must be within the scope of the approved project and must align with all initial goals and objectives of the approved application.

If you wish to request reconsideration of these specific conditions, please send written notification describing why such conditions should not be imposed on this grant to your Department program officer.

Validity unknown  
Digitally signed by Lisa Harrison  
Date: Tue Dec 27 15:56:10 EST 2022

AUTHORIZING OFFICIAL                                      DATE

Ver. 1

P. 007