# Attachment B

## *ATTACHMENT B*

S184H220124 - 24

Heather M Chamberlin-Scholle
Conejo Valley Unified School District
Mental Health Services
1400 E Janss Road
Thousand Oaks, CA 91362

S184H220124 - 24

Heather Chamberlin-Scholle
Conejo Valley Unified School District
Mental Health Services
1400 E Janss Road
Thousand Oaks, CA 91362

US Department of Education   S184H220124 - 24
Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1 RECIPIENT NAME**

Conejo Valley Unified School District
Mental Health Services
1400 E Janss Road
Thousand Oaks, CA 91362

**2 AWARD INFORMATION**

| | |
|---|---|
| PR/AWARD NUMBER | S184H220124 - 24 |
| ACTION NUMBER | 6 |
| ACTION TYPE | Administrative |
| AWARD TYPE | Discretionary (Research and Development) |

**3 PROJECT STAFF**

RECIPIENT PROJECT DIRECTOR
    Heather M Chamberlin-Scholle    (805) 497-9511
    HChamberlinScholle@conejousd.org
EDUCATION PROGRAM CONTACT
    Corinne Full    (202) 804-7452
    corinne.full@ed.gov
EDUCATION PAYMENT HOTLINE
    G5 PAYEE HELPDESK    888-336-8930
    obssed@servicenowservices.com

**4 PROJECT TITLE**

84.184H
Conejo Valley Unified School District (CVUSD) Mental Health and Wellness Services

**5 KEY PERSONNEL**

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Heather M Chamberlin-Scholle | Project Director | 10 % |

**6 AWARD PERIODS**

| | |
|---|---|
| BUDGET PERIOD | 01/01/2025 - 12/31/2025 |
| PERFORMANCE PERIOD | 01/01/2023 - 12/31/2025 |

FUTURE BUDGET PERIODS

N/A

**7 AUTHORIZED FUNDING**

| | |
|---|---|
| THIS ACTION | N/A |
| BUDGET PERIOD | $2,264,681.00 |
| PERFORMANCE PERIOD | $6,412,626.00 |
| RECIPIENT COST-SHARE | 0.00% |
| RECIPIENT NON-FEDERAL AMOUNT | $0.00 |

**8 ADMINISTRATIVE INFORMATION**

| | |
|---|---|
| UEI | F5JGQDEMM1L1 |
| REGULATIONS | EDGAR AS APPLICABLE |
| | 2 CFR AS APPLICABLE |
| ATTACHMENTS | N/A |

**9 LEGISLATIVE AND FISCAL DATA**

| | |
|---|---|
| AUTHORITY: | PL 4631 TITLE IV ESEA |
| PROGRAM TITLE: | SAFE AND DRUG-FREE SCHOOLS AND COMMUNITIES - NATIONAL PROGRAMS |
| CFDA/SUBPROGRAM NO: | 84.184H |



US Department of Education
Washington, D.C. 20202

S184H220124 - 24

## GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S184H220124 - 24 |
| RECIPIENT NAME: | Conejo Valley Unified School District<br>Mental Health Services |
| GRANTEE NAME: | CONEJO VALLEY UNIFIED SCHOOL DISTRICT<br>1400 E JANSS RD,<br>THOUSAND OAKS, CA 91362 - 2198 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 5% |

TERMS AND CONDITIONS

(1) THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2) Per the Notice of Non-Continuation of Grant Award sent on April 29, 2025, this grant has been determined to be inconsistent with, and no longer effectuates, the best interest of the Federal Government and will not be continued. See 34 C.F.R. 75.253(a)(5) and (f)(1).

**JEAN MARCHOWSKY**  Digitally signed by JEAN MARCHOWSKY
Date: 2025.05.12 08:21:42 -04'00'

_____   _____
AUTHORIZING OFFICIAL                         DATE

Ver. 1

P. 005