# Attachment 5

**Outlook**

## Fw: APR Follow Up

| | |
|---|---|
| From | Purgason, Lucy <lucy.purgason@osucascades.edu> |
| Date | Fri 3/1/2024 7:34 AM |
| To | Moran, Molly <molly.moran@osucascades.edu> |

Lucy Purgason, PhD, LSC, ACS (she/her)
Assistant Professor
School Counseling Licensure and Internship Coordinator
Counseling Program
Oregon State University - Cascades
PATH-SC Co-director
https://osucascades.edu/counseling/path-sc



**From:** tiffani.sims@ed.gov <tiffani.sims@ed.gov>
**Sent:** Friday, March 1, 2024 7:14 AM
**To:** Purgason, Lucy <lucy.purgason@osucascades.edu>
**Cc:** tiffani.sims@ed.gov <tiffani.sims@ed.gov>
**Subject:** APR Follow Up

[You don't often get email from tiffani.sims@ed.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

[This email originated from outside of OSU. Use caution with links and attachments.]

Good morning,

After reviewing your Annual Performance Report (APR), the program office has determined that substantial progress has been made towards achieving the goals and objectives of the project, and the grant's performance targets. The budget and carryover request included in the APR submitted were also approved. Thank you for your time.

Best regards,

Tiffani S.