# Attachment 6

## Executive Summary

This Executive Summary offers a comprehensive overview of the initial rollout and first year of the Promoting and Advancing Training of High Desert School Counselors (PATH-SC) program through highlighting major accomplishments, contextual factors affecting the program, challenges faced and overcome, and our vision for the future.

**Accomplishments Towards Project Goals**
After receiving the grant award, we immediately began making significant strides in launching the program. One of our major achievements during the program's early stages was establishing partnerships with four school districts and working in collaboration with multiple university personnel and departments. We developed a PATH-SC application in tandem with the university's Chief Enrollment Officer, and fine-tuned operational logistics to identify how funding would be distributed to PATH-SC students.

Another major accomplishment was our ability to successfully recruit highly qualified prospective school counselors. By removing financial obstacles, we saw a substantial increase in the number of applicants, resulting in a diverse pool of well-qualified candidates for school counseling positions. This enabled us to reach and exceed our GPRA target goals of admittance for this reporting period.

Of the students admitted into the program, four were entering their second year of the program. We were able to place them into internships in high-needs schools in partnership districts with qualified supervisors. We provided our first supervisor training Fall 2023 and have scheduled the winter training to occur in March 2024. Conducting the training with supervisors fulfills our goal of increasing the support they can provide to their interns when delivering services. These supervising relationships have greatly contributed to all of our interns reporting that they feel very confident and prepared to work in high needs schools after graduation.

By placing these interns, we decreased the average student to school counselor ratio from 270:1 to 160:1 in participating schools. The four interns provided support to over 1,500 students in the first four months of the school year through a combination of one-on-one sessions, group sessions, and classroom lessons. These interns have implemented evidence-based curriculum to address diverse mental health needs and ensure that the interventions are grounded in proven methodologies, enhancing the effectiveness of the counseling services provided. This commitment to comprehensive mental health support reflects the program's success in preparing interns to make a meaningful difference in the lives of the students they serve.

In addition, our partnerships with local districts resulted in three PATH-SC participants being hired by a high-needs LEA to fill school counselor positions in the district. These included two new positions in two elementary schools, that had previously had no school counselor resulting in a total of 796 students receiving school counseling services. It is noteworthy that employment began prior to completion of the school counseling program, evidence of the need for a school counselor pipeline within partnership districts and demonstrative of the quality of training received while in the program.

**Overcoming Challenges Affecting Implementation**
Initially, the primary obstacle was the short timeframe between the program's approval and the program application deadline, which constrained the program's visibility and created a time-related barrier for potential applicants. Despite this limited timeframe, we were able to successfully develop

and implement participant recruitment, review, and selection procedures. We used campus and local media sources to publicize the program and disseminated program information for district partner dissemination via district email listservs. This aggressive marketing approach yielded a 500% increase in the number of applications to the OSU-Cascades school counseling program. Of the number that applied, we invited 30 qualified candidates to be interviewed. In order to ensure a comprehensive and equitable assessment process, we developed a rubric to assess and make acceptance decisions in alignment with the program goals. From these interviews, we admitted 13 into the program for the 2023-2024 school year. Of the 13 admitted, two students did not matriculate into the program resulting in a total number of 11 students, exceeding our target goal. Applicants were overwhelmingly well-qualified, had diverse experiences working in schools, and met diversity requirements. As a result, we were able to establish a robust waitlist of applicants for expedited review for the '24-25 admissions cycle. The ability for us to recruit, interview, and admit qualified candidates in just twelve weeks enabled us to immediately roll out the program and start serving students in high-need LEAs.

We budgeted for an entire academic year for Year 1, not realizing that the budget period ended in December. The carryover will be used to fund the Year 1 cohort for the remaining winter and spring terms for this academic year. In addition, given our success in meeting our recruitment numbers, any remaining carryover can fund more students than targeted for subsequent years. In addition, we recognized we needed more administrative support and a budget change request was approved to allocate more funds for student workers. These student worker positions were filled for the last few months of the reporting period and successfully bolstered our ability to recruit applicants for the school year starting this summer.

**Future Viability**
Despite these initial challenges, the program has met and exceeded goals, and has been set-up for success throughout the life of the grant. Our GPRA data reveals a significant increase in the number of applicants, indicating growing interest and engagement in our program. This reflects the value we provide to our school communities and underscores the need for continued expansion. We distributed an annual survey to student participants and district partners regarding their experiences. A district partner shared, "So thankful for this program. We now have a pathway to meet the growing needs of our region and support to train people interested in school counseling. I feel like we won the lottery with getting this grant for Central Oregon." Three of the four interns completed the survey and all reported being "very prepared" to serve high needs schools. Notably, all of the students who submitted (9 out of 11) reported that they would recommend the PATH-SC program to others. Further, the overwhelming majority 88% (n=8) reported that their school counselor training was very aligned to the goals of the grant and the remaining 11% (n=1) reported it was aligned. In conclusion, our MHSP team has made remarkable progress in the past year. We are dedicated to building on our accomplishments, addressing challenges, and promoting mental health services in high-needs LEAs. With a strong foundation in partnerships, qualified counselors, and adaptive strategies, we are poised for sustained success in the coming years.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

U.S. Department of Education

# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**1. Project Objective**   [ ] Check if this is a status update for the previous budget period.

| 1.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers trained by the grantee under the project to provide school-based mental health services in high-need LEAs (ANNUAL). | GPRA | 3 | / | | 4 | / | |

| 1.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers trained by the grantee under the project to provide school-based mental health services in high-need LEAs (CURRENT ENROLLMENT) | GPRA | 12 | / | | 15 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

| Schools participating in the grant | Number of school-based mental health providers trained in Year 1 (2023-24) | Number of school-based mental health providers trained in Year 2 (2024-25) | Number of school-based mental health providers trained in Year 3 (2025-26) | Number of school-based mental health providers trained in Year 4 (2026-27) | Number of school-based mental health providers trained in Year 5 (2027-28) | TOTAL |
|---|---|---|---|---|---|---|
| John Tuck Elementary | 1 | | | | | 1 |
| Ensworth Elementary | 1 | | | | | 1 |
| Pilot Butte Middle | 1 | | | | | 1 |
| La Pine High | 1 | | | | | 1 |
| Buckingham Elementary | | 1 | | | | 1 |
| Caldera High | | 1 | | | | 1 |
| Ridgeview High | | 1 | | | | 1 |
| Obsidian Middle School | | 1 | | | | 1 |
| Total | | | | | | 8 |

The PATH-SC program has made substantial progress in recruiting a pipeline of diverse school counselor graduates through its focused recruitment efforts targeting individuals that are from or living in one of the four partnership high-needs school districts, with a specific emphasis on bicultural/bilingual individuals with historically marginalized identities. Of the 19 toral enrolled PATH-SC trainees, four are returning students who are completing their internship year. All four are currently completing their internship in a high-needs school representing two of our partnership districts. Nine of the PATH-SC trainees will be entering practicum in January, their first field-based experience at one of two partnership high-needs schools. The remaining six students are first-year part-time students and will be participating in practicum in '25-26 and internship in '26-27.

The application cycle for the 2024-25 school year closed on December 1, 2023. The counseling program received 50 applicants, exceeding the stated project goal of 32 applicants. From these 50 applicants, 32 were invited to interview and apply for the PATH-SC program. We offered admittance to 14 qualified candidates and 13 accepted, surpassing the lower limit of the targeted range, which was initially set at 12 candidates for the 2024-25 school year. Unfortunately, one student had to step away from the program due to family reasons but will re-apply next year. Furthermore, the project has achieved the absolute priority of 80% of accepted MHSP applications representing diverse populations or living in/from the community of a high-needs LEA.

The project has given 3? presentations to prospective PATH-SC candidates in the period from January 1-December 31st; a presentation was given on September 24, 2024 and another on October16, 2024. In addition, we are in communication with school district partners to schedule presentations in our partnership districts. To track progress and outcomes, the project used data from various sources, including Oregon State University – Cascades enrollment data, PATH-SC program application and acceptance data, and presentation attendance data. The project also collected data on the diversity of enrolled candidates and their geographic location. In addition, anonymous surveys were provided to all student participants and district partners to provide feedback. The data was used to identify gaps and opportunities for improvement, as well as to monitor progress towards meeting the project targets.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

U.S. Department of Education

# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**2. Project Objective**   [ ] Check if this is a status update for the previous budget period.

| 2.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers placed in a practicum or internship by the grantee in high-need LEAs to provide school-based mental health services (ANNUAL/CURRENT YEAR) | GPRA | 12 | / | | 4 | / | |

| 2.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental services providers placed in a practicum or internship by the grantee in high-need LEAs to provide school-based mental health services (COMPLETED PRACTICUM OR INTERNSHIP) | GPRA | 3 | / | | 4 | / | |

Explanation of Progress
ED 524B

| Schools participating in the grant | Number of school-based mental health providers placed in a practicum / internship in Year 1 (2023-24) | Number of school-based mental health providers placed in a practicum/internship in Year 2 (2024-25) | Number of school-based mental health providers placed in a practicum/internship in Year 3 (2025-26) | Number of school-based mental health providers placed in a practicum/internship in Year 4 (2026-27) | Number of school-based mental health providers placed in a practicum/internship in Year 5 (2027-28) | TOTAL |
|---|---|---|---|---|---|---|
| John Tuck Elementary | 1 | | | | | 1 |
| Ensworth Elementary | 1 | | | | | 1 |
| Pilot Butte Middle | 1 | | | | | 1 |
| La Pine High | 1 | | | | | 1 |
| Buckingham Elementary | | 1 | | | | 1 |
| Caldera High | | 1 | | | | 1 |
| Ridgeview High | | 1 | | | | 1 |
| Obsidian Middle School | | 1 | | | | 1 |
| TOTAL | 4 | 4 | | | | 8 |

The primary objective of the grantee is to place PATH-SC interns in high-needs schools and match them with mentor supervisors who will provide ongoing clinical supervision to help them perform all school-based requirements in a high-needs school and orient them to the school district in order to help retain them in the district upon graduation. As per our data, for the '24-25 academic year we placed 4 new PATH-SC interns in high-need LEAs, which falls below our target of 12. One of the reasons our performance number is lower than our target is that there are a larger number of part-time trainees than we anticipated. This means that these students will graduate in three years versus two and their field placements will be delayed one year. For Year 3 of the grant, we should have 12 students going into internship, three times the number of students for this year. As further evidence of the expected increase, part-time students admitted in Year 1 will enter their first practicum field experience in January 2025. In 2024, only 4 PATH-SC students were placed in practicum but this year we have 9 going into practicum, a 125% increase. Given this rise in students, we have established a second practicum site at a dual immersion school. The number of school-based mental health providers in practicum or internship will continue to increase annually due to the higher number of admitted students going into practicum and internship for this academic year and beyond.

The inaugural group of 4 PATH-SC trainees graduated from the program in June 2024. To track progress and outcomes we have created a spreadsheet database that is regularly updated by our graduate students who support grant administration and by the PI, who also serves as the internship coordinator for the school counseling program. The spreadsheet is used to track the number of candidates who are recruited and placed in practicum/internship in a high needs school, the school demographics, and supervisor information. We have used the data to inform our progress and identify areas of improvement. Currently, PATH-SC interns are placed in two partnership districts. As the number of PATH-SC participants continues to grow we aim to place students across all four of our partnership districts.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC



U.S. Department of Education

OMB No. 1894-0003
Exp. 07/31/2024

# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**3. Project Objective**   [ ] Check if this is a status update for the previous budget period.

| 3.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers hired by high-need LEAs to provide school-based mental health services (ANNUAL/CURRENT YEAR) | GPRA | 3 | / | | 3 | / | |

| 3.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers hired by high-need LEAs to provide school-based mental health services (RETAINED FROM PREVIOUS REPORTING YEAR) | GPRA | 999 | / | | 3 | / | |

Explanation of Progress
ED 524B

| Schools participating in the grant | Number of school-based mental health providers hired in Year 1 (2023-24) | Number of school-based mental health providers hired in Year 2 (2024-25) | Number of school-based mental health providers hired in Year 3 (2025-26) | Number of school-based mental health providers hired in Year 4 (2026-27) | Number of school-based mental health providers hired in Year 5 (2027-28) | TOTAL |
|---|---|---|---|---|---|---|
| Bend-LaPine School District (high-needs LEA) | 3 | 2 | | | | 5 |
| Redmond School District | | Year 1 trainee that was hired in Bend-LaPine took a full-time position in Redmond (was already counted in Year 1 so didn't count them again but wanted to reflect the impact on the district) | | | | |
| Alternative Learning Option | | 1 | | | | 1 |
| TOTAL | 3 | 3 | | | | 6 |

In summer 2024, one PATH-SC graduate gained new employment in a high needs LEA. Two graduates were already employed in a high needs LEA as a school counselor (one full-time and one part-time) and retained employment, with one moving into a full-time school counselor position in a different partnership district. The final graduate accepted a position with a non-profit that is contracted with district partner schools to provide an alternative learning option for students. We did not anticipate students being hired prior to graduation by the high needs LEA district partners; however, given the hard to fill school counselor positions in one partnership district a newly enrolled PATH-SC student was hired and employed for the '24-25 academic school year.

We attribute the hiring success to developing relationships and commitments to our partnership districts, which has helped district employers understand the quality of our training program. We were also able to successfully match the interns with mentor supervisors within the district who had been working there for at least two years.

We have used data to inform our progress in the grant and to identify areas where we needed to improve. We are tracking hiring data within our spreadsheet database and will use this data to make informed decisions to ensure we are meeting our targets. Overall, we are pleased with the progress we have made so far, and we are confident that we will continue to achieve even greater success in the future.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

U.S. Department of Education

OMB No. 1894-0003
Exp. 07/31/2024

# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**4. Project Objective**    [ ] Check if this is a status update for the previous budget period.

| 4.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| For grantees that address Competitive Preference Priority 1, the per-cent of such grantees that meet their annual diversity goal under the grant. | GPRA | | / | | | / | |

| 4.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 999 | / | | 999 | / | |

**Explanation of Progress**

Yes

In order to address Competitive Preference Priority 1, we set a target of 80% of our applicants being from diverse backgrounds or currently living/working in the community of an identified high-needs district. Of the current 19 PATH-SC participants, 95% are living in a high-needs partnership district. In addition, 100% qualify as having financial need and 37% are bicultural/bilingual. This data was tracked through a Qualtrics survey that we created to efficiently gather and assess applications to prioritize potential participants to address the goals of the program.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

U.S. Department of Education



# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**5. Project Objective**    [ ] Check if this is a status update for the previous budget period.

| 5. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| Provide a total of 10 presentations given over the course of the year. | PROGRAM | 10 | / | | 5? | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

The project will give a total of 10 presentations to prospective PATH-SC candidates in the period from January 1st -December 31, with  of these given within identified high-needs LEA communities.  We delivered one virtual presentation at the end of September and another virtual presentation  October 16.

A spreadsheet is used to track the number of presentations given and number of attendees at each presentation

5

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC



U.S. Department of Education

# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**6. Project Objective**   [ ] Check if this is a status update for the previous budget period.

| 6. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| At least five presentations will be given within identified high-needs school communities over the course of the year. | PROGRAM | 5 | / | | 5 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC



U.S. Department of Education

# Grant Performance Report (ED 524B)
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**7. Project Objective**    [ ] Check if this is a status update for the previous budget period.

| 7. Performance Measure | Measure Type | Quantitative Data |||||
|---|---|---|---|---|---|---|
| | | Target || | Actual Performance Data ||
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| Receive at least nine applications for the MHSPD grant (PATH-SC) program. | PROGRAM | 9 | / | | 50 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)



U.S. Department of Education

ED 524B

Attachment 6    Page 12 of 12

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

**Grant Performance Report (ED 524B)**
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**8. Project Objective**   [ ] Check if this is a status update for the previous budget period.

| 8. Performance Measure | Measure Type | Quantitative Data | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % | |
| 80% of the total MHSPD grant (PATH-SC) applications will be of diversity or live/work in a high-needs community. | PROGRAM | 40 | / | | 44 | / | | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

ED 524B                                          Attachment 6    Page 13 Page 41 of 12

P. 014

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

**U.S. Department of Education**

OMB No. 1894-0003
Exp. 07/31/2024



**Grant Performance Report (ED 524B)**
**Project Status Chart**
PR/Award # (11 characters): _____

**SECTION B - Budget Information** (See Instructions. Use as many pages as necessary.)

**SECTION C - Additional Information** (See Instructions. Use as many pages as necessary.)

ED 524B

Attachment 6    Page 14 Page 42 of 12