# Attachment 7

## Executive Summary

This Executive Summary offers a comprehensive overview of the reporting period from January 1 – December 31, 2024 in Year 2 of the Promoting and Advancing Training of High Desert School Counselors (PATH-SC) program through highlighting major accomplishments, contextual factors affecting the program, challenges faced and overcome, and our vision for the future.

**Progress Towards Project Goals**

A major accomplishment has been our sustained ability to successfully recruit highly qualified prospective school counselors. By removing financial obstacles, we continue to see a substantial increase in the number of applicants, resulting in a diverse pool of well-qualified candidates for school counseling positions. As a result, all the PATH-SC graduates were hired and current students have been employed in school counselor positions, contributing to the growing pipeline of qualified school counselors in our partnership district. Our close-work with partnership districts through the PATH-SC program was recognized by our university through receiving the Oregon State University Community Engagement Scholarship Team award.

Currently there are 19 students in the PATH-SC program. Seven are returning from Year 1 (4 part-time and 3 full-time) and 12 are new (6 part-time and 6 full-time). The returning full-time students are currently interning at 3 high needs schools in 2 partnership districts and building off the successes of the inaugural PATH-SC intern cohort. In the 2023-2024 academic year, PATH-SC trainees dedicated 3,682 totals hours of service on site at Central Oregon schools. In those 3,682 hours, PATH-SC recipients provided:

- 1,192 direct student service hours to K-12 students
- 532 K-12 students accessed individual counseling
- 689 K-12 students received group counseling sessions
- For a total of 3,883 unduplicated K-12 students served

The returning part-time students began their practicum field-placement in January 2025. One of the accomplishments from this past year, is collaboration with a district partner to develop a new practicum site, Jewell Elementary School. This is a dual-immersion high needs school in Bend, Oregon. This is now our second Professional Development Schools (PDS) model site, joining the site previously established at Sage Elementary in Redmond School District. Four PATH-SC students will complete their practicum experience at Sage Elementary and five at Jewell Elementary this academic year. School counseling students learn the school culture, facilitate classroom curriculum lessons, conduct small counseling and educational groups, and provide one-on-one academic, college/career, and social/emotional support.

**Achievement of Outcomes and Performance Measures**

Our partnerships with local districts resulted in three PATH-SC interns being hired by a high-needs LEA to fill school counselor positions in two partnership districts and one took a position with an alternative learning option that contracts with partnership districts, meeting our GPRA 3 targets.

We have observed an increase in applicants applying for part-time admittance and/or wanting to change from full-time to part-time once admitted. For example, this reporting cycle we had one intern reduce their courseload to part-time and pause their internship until next fall. Factors contributing to this likely include the demands of managing employment in a district while enrolled in graduate school. The higher than anticipated number of part-time students impacted our lower performance data on GPRA 2a because this cohort won't begin internship until '2025-2026. As the GRPA data reflect, we only had 4 PATH-SC interns placed this year but next year we will have at least 11 PATH-SC trainees placed in internship (with the possibility of at least one more who is returning from a leave of absence), more closely aligning with our Year 3 anticipated target goals.

We successfully provided three supervisor trainings last year and conducted our first training for second-year supervisors in August. We presented on the results of this training at the Western Association for Counselor Education and Supervision Conference in Tucson, AZ in October 2024. Another venue in which the outcomes of PATH-SC were presented is the Oregon State University Community Engagement Conference on December 6, 2024 (Corvallis, OR).

**Overcoming Challenges Affecting Implementation**

Applicants are overwhelmingly well-qualified and have diverse experiences working in schools. We have successfully met our goals of admitting applicants who live and/or work in a partnership district. With that being said, we have found that distance to the university can be a barrier for some applicants. For example, in one of our most rural partnership districts we offered a candidate admission but they did not accept because of the geographical distance from their employment site to campus for classes.

We also want to note that our program is on a quarter system and tuition and stipends are distributed four times a year rather than twice a year on a semester system. As a result, we will always look like we have a significant carry-over because Year 2 tuition will not be fully distributed until after the interim and annual reports are submitted.

**Future Viability**

Despite challenges, the program has met two of the three GPRA targets. Our GPRA data reveal a significant increase in the number of applicants, indicating growing interest and engagement in our program. Data also reflect the pipeline of school counselor employees created, both prior to and upon completion of the training program. This reflects the value we provide to our school communities and underscores the need for continued expansion. We are dedicated to building on our accomplishments, addressing challenges, and promoting mental health services in high-needs LEAs.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC



U.S. Department of Education

# Grant Performance Report (ED 524B)

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**1. Project Objective**  [ ] Check if this is a status update for the previous budget period.

| 1.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers trained by the grantee under the project to provide school-based mental health services in high-need LEAs (ANNUAL). | GPRA | 3 | / | | 4 | / | |

| 1.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers trained by the grantee under the project to | GPRA | 12 | | | 15 | | |

| | | / | |
|---|---|---|---|
| **provide school-based mental health services in high-need LEAs (CURRENT ENROLLMENT)** | | | / |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

| Schools participating in the grant | Number of school-based mental health providers trained in Year 1 (2023-24) | Number of school-based mental health providers trained in Year 2 (2024-25) | Number of school-based mental health providers trained in Year 3 (2025-26) | Number of school-based mental health providers trained in Year 4 (2026-27) | Number of school-based mental health providers trained in Year 5 (2027-28) | TOTAL |
|---|---|---|---|---|---|---|
| John Tuck Elementary | 1 | | | | | 1 |
| Ensworth Elementary | 1 | | | | | 1 |
| Pilot Butte Middle | 1 | | | | | 1 |
| La Pine High | 1 | | | | | 1 |
| Buckingham Elementary | | 1 | | | | 1 |
| Caldera High | | 1 | | | | 1 |
| Ridgeview High | | 1 | | | | 1 |

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

| Obsidian Middle School | -- | -- |
|---|---|---|
| Total | | 7 |

The PATH-SC program has made substantial progress in recruiting a pipeline of diverse school counselor graduates through its focused recruitment efforts targeting individuals that are from or living in one of the four partnership high-needs school districts. Of the 19 total enrolled PATH-SC trainees, four are students completing their internship year. In the period between the interim report and the annual report one of the four interns had to pause their internship and will be completing internship in the fall of 2025. They were placed at Obsidian Middle School and now the table denotes that they are not currently at their site. Three of the four are currently completing their internship in a high-needs school representing two of our partnership districts. Nine of the PATH-SC trainees entered practicum in January, their first field-based experience at one of two partnership high-needs schools. The remaining six students are first-year part-time students and will be participating in practicum in '25-26 and internship in '26-27.

The application cycle for the 2025-26 school year closed on December 1, 2024. The counseling program received 35 applicants, meeting the projected goal of 35. Furthermore, the project has achieved the absolute priority of 80% of accepted MHSP applications representing diverse populations or living in/from the community of a high-needs LEA.

The project has given 6 presentations to prospective PATH-SC candidates in the period from January 1-December 31st. These were a combination of in-person district presentations and virtual presentations. This number is lower than the target because we did not hear back from one of the districts in regard to scheduling. To track progress and outcomes, the project used data from various sources, including Oregon State University – Cascades enrollment data, PATH-SC program application and acceptance data, and presentation attendance data. In addition, anonymous surveys were provided to all student participants and district partners to provide feedback. The data was used to identify gaps and opportunities for improvement, as well as to monitor progress towards meeting the project targets.



U.S. Department of Education
**Grant Performance Report (ED 524B)**

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**2. Project Objective**     [ ]   Check if this is a status update for the previous budget period.

| 2.a. Performance Measure | Measure Type | Quantitative Data |
|---|---|---|

| Performance Measure | Measure Type | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|---|
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers placed in a practicum or internship by the grantee in high-need LEAs to provide school-based mental health services (ANNUAL/CURRENT YEAR) | GPRA | 12 | / | | 4 | / | |

| 2.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental services providers placed in a practicum or internship by the grantee in high-need LEAs to provide school-based mental health services (COMPLETED PRACTICUM OR INTERNSHIP) | GPRA | 3 | / | | 4 | / | |

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

Explanation of Progress

| Schools participating in the grant | Number of school-based mental health placed in a practicum / internship in Year 1 (2023-24) | Number of school-based mental health providers placed in a practicum/internship in Year 2 (2024-25) | Number of school-based mental health providers placed in a practicum/interns hip in Year 3 (2025-26) | Number of school-based mental health providers placed in a practicum/interns hip in Year 4 (2026-27) | Number of school-based mental health providers placed in a practicum/interns hip in Year 5 (2027-28) | TOTAL |
|---|---|---|---|---|---|---|
| John Tuck Elementary | 1 | | | | | 1 |
| Ensworth Elementary | 1 | | | | | 1 |
| Pilot Butte Middle | 1 | | | | | 1 |
| La Pine High | 1 | | | | | 1 |
| Buckingham Elementary | | 1 | | | | 1 |
| Caldera High | | 1 | | | | 1 |
| Ridgeview High | | 1 | | | | 1 |
| Obsidian Middle School | | -- | | | | -- |
| TOTAL | 4 | 4 | | | | 7 |

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

The primary objective of the grantee is to place PATH-SC interns in high-needs schools and match them with mentor supervisors who will provide ongoing clinical supervision to help them perform all school-based requirements in a high-needs school and orient them to the school district to help retain them in the district upon graduation. As per our data, for the '24-25 academic year we placed 4 new PATH-SC interns in high-need LEAs, which falls below our target of 12. In addition, one of these four interns had to pause their internship in the fall and will recommence next year. One of the reasons our performance number is lower than our target is that there are a larger number of part-time trainees than we anticipated. This means that these students will graduate in three years versus two and their field placements will be delayed one year. For Year 3 of the grant, we should have 11 students going into internship, three times the number of students for this year. As further evidence of the expected increase, part-time students admitted in Year 1 will enter their first practicum field experience in January 2025. In 2024, only 4 PATH-SC students were placed in practicum but this year we have 9 going into practicum, a 125% increase. Given this rise in students, we have established a second practicum site at a dual immersion school. The number of school-based mental health providers in practicum or internship will continue to increase annually due to the higher number of admitted students going into practicum and internship for this academic year and beyond.

The inaugural group of 4 PATH-SC trainees graduated from the program in June 2024. To track progress and outcomes we have created a spreadsheet database that is regularly updated by our graduate students who support grant administration and by the PI, who also serves as the internship coordinator for the school counseling program. The spreadsheet is used to track the number of candidates who are recruited and placed in practicum/internship in a high needs school, the school demographics, and supervisor information. We have used the data to inform our progress and identify areas of improvement. Currently, PATH-SC interns are placed in two partnership districts. As the number of PATH-SC participants continues to grow we aim to place students across all four of our partnership districts.



OMB No. 1894-0003
Exp. 07/31/2024

U.S. Department of Education

# Grant Performance Report (ED 524B)

## Project Status Chart

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**3. Project Objective**    [ ] Check if this is a status update for the previous budget period.

| 3.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers hired by high-need LEAs to provide school-based mental health services (ANNUAL/CURRENT YEAR) | GPRA | 3 | / | | 4 | / | |

| 3.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| The unduplicated, cumulative number of school-based mental health services providers hired by high-need LEAs to provide school-based mental health services (RETAINED FROM PREVIOUS REPORTING YEAR) | GPRA | 999 | / | | 3 | / | |

Explanation of Progress

| Schools participating in the grant | Number of school-based mental health providers hired in Year 1 (2023-24) | Number of school-based mental health providers hired in Year 2 (2024-25) | Number of school-based mental health providers hired in Year 3 (2025-26) | Number of school-based mental health providers hired in Year 4 (2026-27) | Number of school-based mental health providers hired in Year 5 (2027-28) | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

| Bend-LaPine School District (high-needs LEA) | 3 | 2 | | 5 |
|---|---|---|---|---|
| Crook County | | 1 | | 1 |
| Redmond School District | | Year 1 trainee that was hired in Bend-LaPine took a full-time position in Redmond (was already counted in Year 1 so didn't count them again but wanted to reflect the impact on the district) | | |
| Alternative Learning Option | | 1 | | 1 |
| TOTAL | 3 | 3 | | 7 |

In summer 2024, one PATH-SC graduate gained new employment in a high needs LEA. Two graduates were already employed in a high needs LEA as a school counselor (one full-time and one part-time) and retained employment, with one moving into a full-time school counselor position in a different partnership district. The final graduate accepted a position with a non-profit that is contracted with district partner schools to provide an alternative learning option for students. We did not anticipate students being hired prior to graduation by the high needs LEA district partners; however, given the hard to fill school counselor positions in partnership districts two newly enrolled PATH-SC students were hired and employed for the '24-25 academic school year.

We attribute the hiring success to developing relationships and commitments to our partnership districts, which has helped district employers understand the quality of our training program. We were also able to successfully match the interns with mentor supervisors within the district who had been working there for at least two years.

We have used data to inform our progress in the grant and to identify areas where we needed to improve. We are tracking hiring data within our spreadsheet database and will use this data to make informed decisions to ensure we are meeting our targets. Overall, we are pleased with the progress we have made so far, and we are confident that we will continue to achieve even greater success in the future.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC



OMB No. 1894-0003
Exp. 07/31/2024

U.S. Department of Education

# Grant Performance Report (ED 524B)

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**4. Project Objective**    [ ] Check if this is a status update for the previous budget period.



| 4.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| For grantees that address Competitive Preference Priority 1, the per-cent of such grantees that meet their annual diversity goal under the grant. | GPRA | 999 | / | | 999 | / | |

| 4.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 999 | / | | 999 | / | |

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

Explanation of Progress

Yes

In order to address Competitive Preference Priority 1, we set a target of 80% of our applicants being from or currently living/working in the community of an identified high-needs district. Of the current 19 PATH-SC participants, 95% are living in a high-needs partnership district. In addition, 100% qualify as having financial need and 37% are bicultural/bilingual. This data was tracked through a Qualtrics survey that we created to efficiently gather and assess applications to prioritize potential participants to address the goals of the program. Information from the '25-'26 application cycle will be provided in the next interim report.



U.S. Department of Education

**Grant Performance Report (ED 524B)**

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**5. Project Objective**    [ ]   Check if this is a status update for the previous budget period.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

| 5. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| Provide a total of 10 presentations given over the course of the year. | PROGRAM | 10 | / | | 7 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

The project gave a total of 7 presentations to prospective PATH-SC candidates in the period from January 1st -December 31, with 6 of these given within identified high-needs LEA communities. We delivered 4 virtual presentation and three in person presentations.

A spreadsheet is used to track the number of presentations given and number of attendees at each presentation



5     U.S. Department of Education

**Grant Performance Report (ED 524B)**

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**6. Project Objective**     [ ] Check if this is a status update for the previous budget period.

| 6. Performance Measure | Measure Type | Quantitative Data |||||||
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Target ||| Actual Performance Data |||
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| At least five presentations will be given within identified high-needs school communities over the course of the year. | PROGRAM | 5 | / | | 6 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

We coordinated with district student support services personal to complete six presentations in high needs school communities. Presentations are recorded on a spreadsheet and attendance is tracked.



U.S. Department of Education

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

# Grant Performance Report (ED 524B)

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**7. Project Objective**    [ ] Check if this is a status update for the previous budget period.

| 7. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| Receive at least nine applications for the MHSPD grant (PATH-SC) program. | PROGRAM | 9 | / | | 35 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

The application cycle for the 2025/2026 cycle closed on December 1st 2024. The MCOUN program received 35 applicants, surpassing the goal of 9.

U.S. Department of Education

**Grant Performance Report (ED 524B)**

**Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**8. Project Objective**   [ ]   Check if this is a status update for the previous budget period.



| 8. Performance Measure | Measure Type | Quantitative Data |
|---|---|---|

Attachment 7    Page 16 of 17

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC

| 80% of the total MHSPD grant (PATH-SC) applications will live/work in a high-needs community. | PROGRAM | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|---|
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 40 | / | | 28 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

Approximately 80% of MHSP applicants live and work in high-needs community.

Docusign Envelope ID: 631C66C3-E3D1-4D52-B0D1-A874FD8CB5CC