# Attachment 8



| | | | |
|---|---|---|---|
| | US Department of Education<br>Washington, D.C. 20202 | | S184X230055 - 23A |
| | **GRANT AWARD NOTIFICATION** | | |

| | | | |
|---|---|---|---|
| **1** | RECIPIENT NAME<br><br>Oregon State University<br>Vice President for Research<br>A312 Kerr Admin Bldg<br>Corvallis, OR 97331 | **2** | AWARD INFORMATION<br><br>PR/AWARD NUMBER   S184X230055 - 23A<br>ACTION NUMBER   2<br>ACTION TYPE   Revision<br>AWARD TYPE   Discretionary |
| **3** | PROJECT STAFF<br><br>RECIPIENT PROJECT DIRECTOR<br>  Lucy L Purgason   (541) 706-3123<br>  lucy.purgason@osucascades.edu<br>EDUCATION PROGRAM CONTACT<br>  Tawanda Avery   (202) 987-1782<br>  tawanda.avery2@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | PROJECT TITLE<br><br>84.184X<br>Promoting and Advancing Training of High Desert School Counselors (PATHSC) |

| | |
|---|---|
| **5** | KEY PERSONNEL<br><br>NAME                 TITLE                  LEVEL OF EFFORT<br>Lucy L Purgason       Project Director           10 % |
| **6** | AWARD PERIODS<br><br>       BUDGET PERIOD    04/01/2023 - 12/31/2023<br>   PERFORMANCE PERIOD    04/01/2023 - 12/31/2027<br><br>FUTURE BUDGET PERIODS<br><br>BUDGET PERIOD        DATE                  AMOUNT<br>2        01/01/2024 - 12/31/2024     $531,956.00<br>3        01/01/2025 - 12/31/2025     $805,281.00<br>4        01/01/2026 - 12/31/2026     $923,629.00<br>5        01/01/2027 - 12/31/2027   $1,049,046.00 |
| **7** | AUTHORIZED FUNDING<br><br>           THIS ACTION     $121,204.00<br>       BUDGET PERIOD     $545,301.00<br> PERFORMANCE PERIOD     $545,301.00 |
| **8** | ADMINISTRATIVE INFORMATION<br><br>      UEI/SSN    MZ4DYXE1SL98<br> REGULATIONS    EDGAR AS APPLICABLE<br>                     2 CFR AS APPLICABLE<br> ATTACHMENTS    N/A |
| **9** | LEGISLATIVE AND FISCAL DATA<br><br>      AUTHORITY:           PL 114-95 (20 U.S.C. 7281) AND 115-245 TITLE IV AND TITLE III THE ELEMENTARY AND SECONDARY EDUCATION ACT OF 1965, AS AMENDED BY THE EVERY STUDENT SUCCEEDS ACT AND THE DEPARTMENT OF DEFENSE AND LABOR, HEALTH AND HUMAN SERVICES, AND EDUCATION APPROPRIATIONS ACT, 2019 AND CONTINUING APPROPRIATIONS ACT, 2019 |



US Department of Education
Washington, D.C. 20202

S184X230055 - 23A

# GRANT AWARD NOTIFICATION

PROGRAM TITLE: SAFE AND DRUG-FREE SCHOOLS AND COMMUNITIES - NATIONAL PROGRAMS
CFDA/SUBPROGRAM NO: 84.184X

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0203M | 2022 | 2023 | ES000000 | B | GCC | MHS | 184 | 4101C | $121,204.00 |

10

PR/AWARD NUMBER: S184X230055 - 23A

RECIPIENT NAME: Oregon State University
Vice President for Research

GRANTEE NAME: OREGON STATE UNIVERSITY
1500 SW JEFFERSON ST,
CORVALLIS, OR 97331 - 8655

PROGRAM INDIRECT COST TYPE: Unrestricted
PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1) THIS ACTION INCREASES THE AMOUNT OF FUNDS AUTHORIZED FOR THE CURRENT BUDGET PERIOD AND PERFORMANCE PERIOD AS SHOWN IN BLOCK 7.

Signature valid
Digitally signed by LISA HARRISON
Date: Thu Mar 30 20:22:03 EDT 2023

AUTHORIZING OFFICIAL                                              DATE

Ver. 1

Acknowledged by Cindy L. Tait-Withrow, Senior Grant and Contract Officer
April 11, 2023

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

   **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   ***RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   ***FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   ***THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   ***BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

   ***PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW
Washington, DC  20202
Email: tawanda.avery2@ed.gov
202-987-1782 (office)
202-205-0606 (fax)
G5 Helpdesk Phone: 1-888-336-8930 (TA on GAN, Drawdowns, user credentials) | Email: edcapsuser@ed.gov
Work Schedule: Tuesday through Thursday 6:30 am ET to 8:00 pm ET

2