# Attachment C

 Outlook

### RE: DRAFT of APR for S184H220120 for Review and Feedback

**From** Hill, Chantel <Chantel.Hill@ed.gov>
**Date** Tue 1/30/2024 1:48 PM
**To** Morales, Vanesa <Vanesa.Morales@ride.ri.gov>
**Cc** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>

You don't often get email from chantel.hill@ed.gov. Learn why this is important

Hi Vanessa and Rosemary,

Thank you for reaching out regarding your APR draft! I am happy to provide some feedback—please see my notes below:

1. **Detailed progress on GPRA and project measures:** This looks great! I can see that the GPRA measures are written exactly as they are stated, the second column is filled out correctly (measure type), and the data in the cells looks great. I also read through the narratives per GPRA measure, and they were very detailed and thorough which is good. I also noted the details in the project measures—thank you for including them. They do help us understand the scope and progress of your project more. You are welcome to keep them detailed or you can shorten them to your preference.
2. **Target numbers for GPRA measures:** Yes, you can use the baseline as your target data. You also can report 0 for attrition specifically for year 1.
3. **Sufficient data reporting on GPRA measures:** Yes, you did this correctly.
4. **Sufficient data reporting on project measures:** Yes, you did this correctly.

The only other thing I will note is that the report is very clean, thorough, and organized which is great ( 😊 ). Since the APR's are inputted through G5, this will really serve as your own notes, however for the IPR's in years 2-5, make sure to use the sample template to keep things consistent. Especially since as we begin to work closely with the TA Center, having consistent report formats will be very helpful all around.

Thank you again for your attention to detail. Have a wonderful week!



**Chantel Hill M.Ed.,** *Education Program Specialist*
United States Department of Education
Office of Elementary and Secondary Education
Safe and Supportive Schools
400 Maryland Avenue, SW | Washington, D.C. 20202
Email: chantel.hill@ed.gov
Phone: 202-987-0957

---

**From:** Morales, Vanesa <Vanesa.Morales@ride.ri.gov>
**Sent:** Friday, January 26, 2024 3:39 PM
**To:** Hill, Chantel <Chantel.Hill@ed.gov>
**Cc:** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>
**Subject:** DRAFT of APR for S184H220120 for Review and Feedback

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Chantel,

I am attaching a draft version of the Narrative of our APR. If you have any time to look at it and give some feedback (even high level) before submission, I would greatly appreciate it.

[DRAFT- FY23 YR 1 APR S184H220120](#)

In case you are unable to access the online version of Microsoft, it is also included as an email attachment in the desktop version of Word.

The document is lengthy, so in case you are under a time crunch, the most pertinent areas I'd like direct feedback on include:
I have included a detailed explanation of the progress we are reporting on the GPRA measures. But I have also included detailed progress toward the program goals and objectives that were included in our initial program narrative. I would like to ensure that these two sections are both required/relevant (i.e. if you didn't need one, I could essentially cut the document in half).

There for some of the GPRA measures, I cannot locate where a target number/ratio was identified (i.e. number of students who received school based mental health services; the attrition rate of school based mental health providers). I am not sure if there was an identified target, or if it's ok for year 1 to act as our baseline, so that we can set appropriate targets that align with the current reality of our LEAs.

My next priority would be based on the data I provided for the GPRA measures, to ensure it was sufficient.

My last priority would be the data provided for the program goals/objectives (so long as this is a relevant section to include.

Thank you again for your willingness to take the time to review our documents. I appreciate it, and your feedback will help me to improve my reporting practices. Especially since the Documents and Instructions section of G5 has not been updated, and only contains a Dear Colleague Letter that looks like it may have been from the previous cohort (unless it is up to date, and I am mistaken about the language of my grant's GPRAs).

Please let me know if you have any questions or concerns, or if there is anything you need from me

Best,
Vanesa


Vanesa Morales, MA, CAGS LMHC

School Health Policy & Program Specialist

Office of Student, Community and Academic Support

RI Department of Elementary and Secondary Education

255 Westminster Street

Providence, RI 02903


**From:** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>
**Sent:** Friday, January 12, 2024 11:21 AM
**To:** chantel.hill@ed.gov <chantel.hill@ed.gov>
**Cc:** Morales, Vanesa <Vanesa.Morales@ride.ri.gov>
**Subject:** Re: S184H220120-INTRODUCTORY CALLSRESPONSE REQUIRED

Good Morning Chantel,

I have included Vanesa Morales who is the 1 FTE project manager on the grant. We look forward to meeting you. Of the times you offered, we are available as follows:

 1/17 10-11
1/19 10-11
1/23 12:30-1:30
1/24 2:30-4:00
1/26 11-12
1/29 10:30-11:30

Sincerely,
Rosemary


Rosemary Reilly-Chammat, Ed.D. pronouns she/her/hers

Associate Director, School Health and Extended Learning

Office of Student, Community and Academic Supports

RI Department of Elementary and Secondary Education

255 Westminster Street

Providence, RI 02903

401-222-8951

Let It Out | Home (letitoutri.com)



Educate401

---

**From:** chantel.hill@ed.gov <chantel.hill@ed.gov>
**Sent:** Friday, January 12, 2024 11:03 AM
**To:** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>
**Subject:** S184H220120-INTRODUCTORY CALLSRESPONSE REQUIRED

[You don't often get email from chantel.hill@ed.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Dear Project Director,

Hello! I hope this email finds you well. As you know, I am your new Federal Project Officer, and I would like to set up an introductory call to virtually meet and go over a few things with you. This is a time for you to share any highlights/challenges/questions you may have, but in the meantime, you can continue reaching out via email.

Please respond with the timeframe that works best for you and your second choice as this will be "first response, first choice". Please note our meeting is slated for 30 minutes (with some cushion allotted) and will be scheduled anytime between that timeframe depending on availability. However, please indicate if you would like to request a specific time within that timeframe, or if you have any concerns.

I look forward to meeting with you soon!

Available timeframes:

Wednesday, January 17th between 10:00 a.m.- 12:00 p.m. EST
Friday, January 19th between 9:30 a.m.- 11:30 a.m. EST
Friday, January 19th between 2:00 p.m.- 3:00 p.m. EST
Tuesday, January 23rd between 12:00 p.m.- 1:30 p.m. EST

Wednesday, January 24th 2:30 p.m.- 4:00 p.m. EST
Friday, January 26th 11:00 a.m.- 12:30 p.m. EST
Monday, January 29th 10:30 a.m.- 11:30 a.m. EST

Sincerely,
Chantel Hill

Confidentiality Notice: This e-mail, including all attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact me and destroy all copies of this message.

 Outlook

### Re: METRICS Support for APR Revision Requested for SBMH Grant – S184H220120

**From** Stephen Kilgus <skilgus@wisc.edu>
**Date** Mon 4/29/2024 10:11 PM
**To** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>; chantel.hill@ed.gov <Chantel.Hill@ed.gov>
**Cc** Morales, Vanesa <Vanesa.Morales@ride.ri.gov>

Some people who received this message don't often get email from skilgus@wisc.edu. Learn why this is important

Thank you, Rosemary! We so appreciate you and your team's time and effort.

Thanks!
Steve

---

**From:** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>
**Date:** Monday, April 29, 2024 at 2:51 PM
**To:** chantel.hill@ed.gov <Chantel.Hill@ed.gov>, Stephen Kilgus <skilgus@wisc.edu>
**Cc:** Morales, Vanesa <Vanesa.Morales@ride.ri.gov>
**Subject:** METRICS Support for APR Revision Requested for SBMH Grant – S184H220120

Good Afternoon Chantel and Stephen,

Thank you for the feedback on the APR by Metrics. Please find attached the amended APR including a single amendment to Section A, Objective 2:

- *Please align the reporting of GPRAs with required performance measures **(see attached file for guidance)**. Please provide each performance measure indicator, as well as the associated **target** and **actual** data **(raw numbers only)** for:*
    - *GPRA 2: As stated in the proposal. All grantees should start with a baseline of the number of providers in the school year prior to the current reporting year. For Year 1, this number should reflect the number provided in your approved application.*

Please let Vanesa and me know if you have additional feedback. On behalf of the RI Department of Education, we appreciate the support.

Sincerely,

Rosemary


Rosemary Reilly-Chammat, Ed.D. pronouns she/her/hers

Associate Director, School Health and Extended Learning

Office of Student, Community and Academic Supports

RI Department of Elementary and Secondary Education

255 Westminster Street

Providence, RI 02903

401-222-8951

Let It Out | Home (letitoutri.com)



Educate401

---

**From:** Stephen Kilgus <skilgus@wisc.edu>
**Sent:** Saturday, April 27, 2024 7:26 AM
**To:** Reilly-Chammat, Rosemary <rosemary.reilly-chammat@ride.ri.gov>
**Cc:** chantel.hill@ed.gov <Chantel.Hill@ed.gov>
**Subject:** METRICS Support for APR Revision Requested for SBMH Grant – S184H220120

You don't often get email from skilgus@wisc.edu. Learn why this is important

Greetings!

We are your METRICS technical assistance team from the Northeast Region. We wanted to start by introducing ourselves, as we are excited to support you throughout your SBMH grant.

Our names are Steve Kilgus, Katie Eklund, and Andy Garbacz, and we are all faculty members at the University of Wisconsin-Madison. We are excited to work with you. You can feel free to reach out to us at any time using the contact information below.

We recently received the APRs from the US Department of Education and have reviewed Section A as part of our technical assistance and support. Thank you all for the wonderful work you have been doing! We recognize the importance of the accuracy of the GPRA data and have identified revisions that need to be made within your APR Section A table by **April 30th**.

We understand this is a limited time window and have just completed our own reviews as requested by the US Department of Education within the past week. We developed clarifying guidance for completing APRs (see attached), which may inform the revision process and future submissions of APRs.

- Please align the reporting of GPRAs with required performance measures **(see attached file for guidance).** Please provide each performance measure indicator, as well as the associated **target** and **actual** data **(raw numbers only)** for:
    - GPRA 2: As stated in the proposal. All grantees should start with a baseline of the number of providers in the school year prior to the current reporting year. For Year 1, this number should reflect the number provided in your approved application.

Please review the information you submitted and complete the following steps to submit corrections if required in the description above:

1. Revise Section A in accordance with the guidance attached to this email. Do not do this in G5/G6. Instead, update the Word file you previously submitted.
2. Integrate this revised Section A with the rest of your APR along with any other revisions you may have made in response to feedback from your federal project officer (FPO).
3. Please resubmit your revised APR to your FPO and cc Steve Kilgus at skilgus@wisc.edu on this communication **by April 30th.**

In addition, we can offer individual consultation via office hours (see below) if you need additional support to complete your revised GPRA tables. Please take 2 minutes to quickly complete this form to indicate if you would like additional support, and, if so, which office hour might be the most convenient time to meet. If you need a separate time to meet individually, please respond to this email with that request.

Please join our team during any of the hours listed below, using the below Zoom link for the time that works best for you.

Zoom Link: https://uwmadison.zoom.us/j/5479565786?omn=94530646154

- Monday, April 29th, 2024: 10:00-11:00am EDT
- Monday, April 29th, 2024: 3:00-4:00pm EDT
- Tuesday, April 30, 2024: 10:00-11:00am EDT

You can also feel free to reach out for METRICS support via our website here: https://www.metricscenter.org/support.

We look forward to working with you,

Steve Kilgus (skilgus@wisc.edu)
Katie Eklund (katie.eklund@wisc.edu)
Andy Garbacz (andy.garbacz@wisc.edu)

--

Stephen Kilgus, PhD

Professor, School Psychology

Department of Educational Psychology

University of Wisconsin-Madison

Co-Director, School Mental Health Collaborative

Executive Director, METRICS Center

skilgus@wisc.edu | 608-265-8073

he/him/his

Confidentiality Notice: This e-mail, including all attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact me and destroy all copies of this message.