The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF DENISE DISHONGH |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF DENISE DISHONGH
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## DECLARATION OF DENISE DISHONGH

I, Denise Dishongh, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am Director, Regional School Safety Center and Wellness and Treatment Services of Educational Service District 112. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction.

**Background**

3. I hold a Masters Degree in Counseling Psychology with a specialty in Addictions, and credentials as a Licensed Mental Health Counselor and Certified Substance Use Disorder Professional in Washington State, and inactive credentials as a Licensed Professional Counselor and Certified Alcohol and Drug Counselor III in Oregon State. I am an approved clinical supervisor and child mental health specialist with 25 years of experience and have been a member of the Northwest Chapter of Association of Threat Assessment Professionals for the past 10 years. I have held my current role as Director of Educational Service District 112 Regional School Safety Center and Wellness and Treatment Services since 2022. Prior to this I was the Assistant Director of Behavioral Health and a Threat Assessment and AWARE Coordinator for Educational Service District 112. I've been overseeing ESD 112's work with school districts related to threat assessments and school based behavioral health since 2019. Prior to that I was employed by Southwest Washington Behavioral Health as the Provider Relations Specialist for the Child and Youth System of Care for a three-county region. I was hired by ESD 112 from 2008–2012 as a

Parent Project and Treatment Coordinator for a Safe Schools Healthy Students Grant. My background is in regional Medicaid and provider behavioral health contract management, Federal and State grants management, school safety, behavioral threat management, school based behavioral health outpatient, community behavioral health outpatient and residential treatment. I have participated in a number of state committees and assisted in the development of the state system of care for youth behavioral health and three youth drug court programs.

4. Educational Service District 112 is one of nine statutory regional education service agencies (ESDs) in the state of Washington. Created by the legislature more than 50 years ago, ESDs work to ensure equitable educational opportunities for all students—urban and rural alike. ESD 112 provides services to over 30 school districts, two state schools, and numerous private Schools in Southwest Washington. We provide services outside Southwest Washington by working in partnership with the eight other WA ESDs. Through the facilitation of partnerships, cooperatives, state and federal grants, and fee for service work, ESD 112 helps districts leverage resources to achieve program efficiency and cost savings.

5. ESD 112 delivers educational services directly to over 6,000 students, many of whom require our services to access education. We operate over 250 programs, including the Regional School Safety Center and Wellness and Treatment Services Program. Our mission is to equalize educational opportunities for learning communities through innovative partnerships, responsive leadership and exceptional programs.

6. I direct and lead projects focused on school safety and behavioral health. These projects have included the development of a Regional School Safety Center which includes school safety coordination, behavioral threat management coordination and behavioral health navigation. I developed and administrated ESD 112's Washington State certified Behavioral Health Agency,

Wellness and Treatment Services, which provides school based and mobile outpatient behavioral health services at identified sites within the 30 school districts and 2 state schools ESD 112 serves. I have been the director for our current Department of Education Mental Health Services Professional Demonstration Grant (MHSP) that was awarded in April 2023 and was a Parent Project and Treatment Coordinator for a Safe Schools Healthy Students Grant from 2008–2012. Department funded projects have included a six county, three-pronged, regional school safety center, implementation of a state certified behavioral health agency including contracting with managed care organizations and state organizations, directing a number of federal and state grant projects and state initiatives focused on behavioral health and school safety. I have served as a Project Director for 13 of the Department grants/cooperative agreements.

7. This includes my role as a Project Director for Department of Education Mental Health Services Professionals Demonstration Grant Award # S1X84X230041, which ESD 112 received as part of the Department's MHSP program.

**The Department's Funding and Discontinuance of the Mental Health Service Professional Demonstration Grant**

8. The Mental Health Service Professional Demonstration Grant (MHSP) attracts candidates for school-based mental health professions, including school psychology, and provides training opportunities for students in rural and other high-needs local educational agencies (LEAs) (also referred to as school districts). MHSP facilitates partnerships between high-needs school districts and institutions of higher education, allowing opportunities for practicum students and interns to obtain required clinical supervision and increase additional children and youth's access to school mental health services.

9. Educational Service District 112 applied for a multi-year MHSP grant on January 26, 2023. In its application, Educational Service District 112 explained that providing

school-based behavioral health services would reduce barriers to care such as transportation, lost time from work and school due to appointments, stigma and financial burden for low-income families and would compensate for the lack of mental health professional services in rural regions of the service area. Sixteen of the school districts served by Educational Service District 112 have schools that qualify as high-need, and counselor/psychologist to student ratios are higher for these schools than across the state and nation. These high-need schools often reside in areas where there is a shortage of community mental health as well as primary care providers. Student wellbeing is also being impacted for students in high-need schools as can be seen in data from the Healthy Youth Survey (found at: https://www.askhys.net/) that is administered biannually statewide. This data indicated that youth are struggling with numerous mental health issues including suicidal ideation, trauma, anxiety depression, witnessing or experiencing violence and abuse. More than half of these students have at least one adverse childhood experience (ACE) and more than a third have two or more ACEs. This data becomes even more concerning for the 20% of students who identify as other than heterosexual who reported higher than average rates of suicidal ideation, suicide attempts and depression, in some cases triple the rate as students who identify as "straight."

10. This data and need for school-based behavioral health services was further supported in the Performance Audit report from the Washington State Auditor in June 2021 regarding K-12 Student Behavioral Health in Washington (found at: https://sao.wa.gov/sites/default/files/audit_reports/PA_K-12_Student_Behavioral_Health_ar-1028626.pdf). The Audit Report outlined a need to improve student access to needed supports and services across the state to address the emerging mental health concerns among our youth. More recently the Children's Alliance released a report called *Building the Mental Health System Our Teens Need and Deserve Now* (found at: https://static1.squarespace.com/static/634aded9e

7e3f54f95669587/t/672d12530192f60bc67a2776/1731007063783/CA+Behavioral+Health+Report+2024+FINAL+11724.pdf)*,* which further reiterated the need for behavioral health service for children and adolescents in Washington State.

11. To meet that year's MHSP program priorities, ESD 112 proposed implementing the *Help is Down the Hall: Promoting Careers in School-based Mental Health* (HDH) project utilizing funding from this grant opportunity. The proposed project would comprise three main components: **Tuition reimbursement**: paying for tuition of existing ESD 112 employees to obtain master's degrees in mental health counseling or social work. **Paid internships**: providing paid internships to existing students in mental health counseling or social work graduate programs. **School-based mental health career promotion** to graduate students: conducting presentations to mental health counseling and social work graduate classes regarding school-based mental health as a career option.

12. The HDH Project Goals and objectives are as follows. **Goal 1: Promote school-based mental health as a viable, accessible career pathway among both faculty and students in participating IHE graduate programs.** Objective 1.1: Conduct presentations about school-based mental health careers in one graduate class per quarter at Portland State University: one presentation in year one and two presentations per year in years two–five; for a total of nine presentations by the end of the grant period. Objective 1.2: Conduct presentations about school-based mental health careers in one graduate class per semester (including summer) at Pacific University: one presentation in year one and two presentations per year in years two–five; for a total of nine presentations by the end of the grant period. **Goal 2: Increase the availability of school-based mental health services in the region's high-need schools.** Objective 2.1: Provide tuition reimbursement to up to five employees of ESD 112 per year for a total of approximately

10 employees by the end of the grant period. Objective 2.2: Place approximately six graduate interns in year one and 10 per year thereafter in school-based mental health positions in eligible high-need schools, for a total of 46 interns placed in schools by the end of the grant period. Objective 2.3: Hire approximately four prior interns as school-based mental health services providers in high-need schools in years two-five of the grant and place 10 tuition reimbursement recipients in high-need schools in years four and five of the grant, for a total of 16 school-based mental health providers placed in high-need schools by the end of the grant period. Objective 2.4: Annually, 75% of graduate student interns will report increased understanding of and interest in a career in school-based mental health.

13. On March 30, 2023, the Department awarded ESD 112, Mental Health Services Professional, Award No. S184X230041. The Grant Award Notification is attached as **Attachment A**. The performance period for this grant was April 1, 2023–December 31, 2027, and authorized funding for the initial budget period of April 1, 2023–December 31, 2023.

14. The Department granted continuation awards that funded subsequent budget periods. Most recently, the Department issued a Grant Award Notification, Award No. S184X230041-24, continuing funding for this grant on December 18, 2024, in the amount of $413,492.00. The current budget period started on January 1, 2025, and ends on December 31, 2025. That document is attached as **Attachment B**.

12. Since the Department has awarded ESD 112 this grant, goals and program objectives have been consistently met and, in some instances, exceeded. This has included increasing the number of service providers in high-need schools by employing interns, providing tuition assistance to increase the number of providers in our region with a mental health degree, providing presentations at partner universities to encourage school-based careers and the hiring of

graduates from the program that now work in the schools. Schools participating in the program have provided positive feedback and have requested additional interns in subsequent years due to the impact the services have had on increasing the wellbeing of the students participating in the services. The program has also enabled ESD 112 to fill two open job positions with interns who agreed to return to their school districts after graduation due to their positive experiences.

13. ESD 112 structured its budgets with the understanding that the Department would make annual continuation awards based on our HDH project performance under the MHSP program through the remainder of the project performance period. ESD 112 also structured its budgets with the understanding that, consistent with the HDH project proposal, we would have several years to generate performance results and identify and build relationships with new sources of funding that would allow us to continue the HDH project following the end of the federally funded performance period.

14. In my experience, discontinuance of a project's funding is rare and I have never had a project's funding discontinued or terminated. To my knowledge, prior to 2025, discontinuance or termination has only occurred in cases of poor performance or misconduct, typically with prior notice and opportunities to respond and correct any underlying issues.

15. Nevertheless, on April 29, 2025, the Department sent notice that ESD 112's MHSP award would be discontinued at the end of the grant's current budget period, which is December 31, 2025. Given that the Department originally approved this grant's performance period through December 31, 2027, ESD 112 faces a loss of $1,022,710.00 in prospective funding, including $509,213.00 that it had expected to receive for the upcoming 2025–26 school year (see Attachment B). The Department's Notice of Non-Continuation of Grant Award is attached as **Attachment C**.

16.     The notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government." 34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limited its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this notice failed to cite anything regarding ESD 112's performance.

17.     Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons, claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds." Based on this boilerplate language, ESD 112 has no way of knowing which reason(s) applied as the Department's basis for discontinuing the MHSP grant for Help is Down the Hall.

**Harms from the Department's Decision to Discontinue Educational Service District 112 Grant**

18.     The discontinuance of the ESD 112's MHSP grant will end Help is Down the Hall on December 31, 2025.

19.     Although ESD 112 can still access funding through the end of our current budget period on December 31, 2025, it is already experiencing the harmful effects of this discontinuance. Interviews and placements for interns during the 2025–26 school year had already been in process

and offers made for employment. These offers had to be altered to include a half year of paid and half year of unpaid internship. Over the next few weeks, the interns will be making decisions whether to accept these offers as-is, whether to accept only a half-year paid internship, or whether to intern for other employers, such as private clinics, who could pay them for the entire year. Should the interns decline our offers or decide only to accept a half-year paid internship, the students at the high-need schools who were receiving these services will not have access to these services after December 31, 2025, and there is potential for an increase in mental health acuity for these students. Barriers to treatment access will be restored and the ability to continue to plan for sustainability of services while the funding is in place will not be allowed to proceed.

20.    Moreover, if the Department does not rescind its discontinuation decision, there will continue to be a lack of youth serving mental health providers available to serve students in schools at a time when there is a documented mental health crisis among our youth. Not addressing these mental health concerns will lead to lower attendance and graduation rates and increased rates of adverse consequences to physical and behavioral health due to not addressing students' behavioral health needs. Barriers to treatment will continue to hinder access, the mental health professional shortage will remain in place for our communities and the development of the program will not evolve into a sustainable service due to lack of implementation time.

21.    In addition, staff who are participating in the tuition assistance programs will not be able to continue receiving assistance toward a mental health degree which could delay their entry into the field at a time when there is a shortage of available providers. Clinical supervisors hired to oversee the project will not have a position due to the discontinuation of the project and inability to finish the sustainability plan.

22. There is no way to recover lost time or restore continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.

23. Even if the Department were to re-bid MHSP funds, and ESD 112 were to receive a new grant award, the harm would already be done. Interns and partner universities have been notified of the change for next year. Placements in the school begin in the fall, and full year placements are needed to build the rapport and complete a course of treatment with students to achieve successful outcomes. Schools will see higher incidents of mental health concerns due to lack of intervention and prevention services for students which could lead to increased calls for crisis assistance.

## Conclusion

24. The discontinuances of ESD 112's MHSP grant undermines its mission of ensuring equal access to educational opportunities for ALL students; as well as the Department's "mission to ensure equal access to education and to promote educational excellence throughout the Nation." 20 U.S.C. § 1228a(a). These discontinuances make it harder to train and secure talent and to fund providers so that our children may access mental health services. To meet budgetary deadlines, ESD 112 and its partners are making difficult decisions in the next few weeks and are already in the process of terminating staff positions that support these Programs and informing graduate students that they have lost significant tuition assistance. These harms are ongoing and will be irreparable if they are not stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __30th__ day of __June__, 2025, at __Vancouver__, Washington.

*Denise Dishongh*
DENISE DISHONGH
Director of Regional School Safety Center and
Wellness and Treatment Services
Educational Service District 112