The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF EMILY NELSON |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF EMILY NELSON
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

**DECLARATION OF EMILY NELSON**

I, Emily Nelson, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Executive Director of Student Support at Educational Service District 105 (ESD 105). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction.

**Background**

3. I currently serve as the Executive Director of Student Support Services at Educational Service District 105, with nearly 15 years of experience in educational leadership and student support services. I have held progressive roles at ESD 105 since 2019 and previously served in clinical and supervisory positions in community behavioral health. I hold a Master of Science in Education, am certified in school counseling, and completed my Superintendent Certificate in June 2025. My expertise includes leadership and team development, program oversight of state and federal grants, strategic planning and systems integration, and cross-agency collaboration to support student well-being and educational outcomes.

4. Educational Service District 105 is a public agency that provides educational services and supports to 25 school districts and multiple state-recognized private and tribal schools across south-central Washington. Serving approximately 66,000 students, ESD 105 offers a wide range of programs including early learning, professional development, behavioral health, special education, and re-engagement services. The agency's mission is to serve and support students,

families, and communities by removing barriers and transforming lives through partnerships, collaboration, and innovation, with a vision that all learners have the skills, tools, and opportunities to succeed in thriving, equitable communities.

5. I lead projects focused on addressing student mental health and wellbeing through integrated behavioral health and systems approaches at ESD 105. As an Executive Director at Educational Service District 105, I provide executive oversight for multiple U.S. Department of Education-funded projects, serving as the administrative lead over principal investigators and project directors. I have overseen compliance, implementation, and reporting requirements for these grants during both Democratic and Republican presidential administrations, ensuring fidelity to federal guidelines, alignment with program goals, and effective use of resources to serve students and communities. My department-funded projects have included a School Climate Transformation Grant, a Project PREVENT Grant, a Mental Health Demonstration Grant, and multiple 21st Century After-School Programs Grants. I have served as the executive supervisor for five of the Department's grants/cooperative agreements under the Department of Education Grants.

6. This includes my role as the Executive Director for Yakama Grow Our Own Consortium, Award #Sl84X220035, which ESD 105 received as part of the Department's Mental Health Service Professional Demonstration Grant Program.

**The Department's Funding and Discontinuance of Yakama Grow Our Own Consortium**

7. The Mental Health Service Professional Demonstration Grant (MHSP) attracts candidates for school-based mental health professions, including school psychology, and provides training opportunities for students in rural and other high-needs local educational agencies (LEAs) (also referred to as school districts). MHSP facilitates partnerships between high-needs school

districts and institutions of higher education, allowing opportunities for practicum students and interns to obtain required clinical supervision and increase additional children and youth's access to school mental health services.

8. ESD 105 applied for a multi-year MHSP grant on November 2, 2022.

9. In its application, ESD 105 explained this grant was critically needed to strengthen the local workforce and address significant shortages of qualified school-based mental health professionals in rural eastern Washington. Schools across the Yakima Valley and Yakama Indian Reservation face high student-to-provider ratios and limited access to essential behavioral health services. This program invests in developing a local pipeline of skilled professionals who live in and understand the needs of these communities, reducing dependence on outside providers. By training and employing residents from the area, the project supports long-term economic resilience, educational attainment, and public safety while addressing the mental health needs that directly impact school performance and community well-being. To address the critical shortage of school-based mental health providers in rural eastern Washington, the Yakima Grow Your Own Consortium proposed two core goals: (1) to develop and implement a Master of Social Work (MSW) program at Heritage University that recruits, trains, and certifies local students to become mental health professionals, and (2) to increase the number of qualified, full-time mental health providers placed and hired in high-need local schools each year. These goals aim to build a sustainable, community-based workforce pipeline that meets students' growing mental health needs while strengthening local capacity and economic stability.

10. On December 23, 2022, the U.S. Department of Education awarded ESD 105 the Mental Health Service Professional Demonstration Grant for the Yakama Grow Our Own Consortium project, Award No. Sl84X220035. The Grant Award Notification is attached as

**Attachment A**. The performance period for this grant was January 1, 2023, through December 31, 2027, and authorized funding for the initial budget period of January 1, 2023, through December 31, 2023.

11. The Department granted continuation awards that funded subsequent budget periods. Most recently, the Department issued a Grant Notification Award, continuing funding for this grant on January 6, 2025, in the amount of $1,194,767.00. The current budget period started on January 1, 2025, and ends on December 31, 2025. That document is attached as **Attachment B**.

12. Since the Department has awarded ESD 105 this grant, during Fiscal Year 2024, ESD 105 successfully met the key objectives outlined in the Grow Your Own Consortium grant. The agency launched the Advanced Standing Master of Social Work program in partnership with Heritage University, enrolling 18 graduate students in its inaugural cohort. Of those, 17 students completed the program, and five have secured or are maintaining employment within local education agencies (LEAs). All students participated in field placements in high-need LEAs, significantly expanding access to school-based mental health services. Development of the traditional two-year MSW program is on track, with the first cohort scheduled to begin in Fall 2025. These accomplishments reflect substantial progress toward building a sustainable, community-based workforce to address critical shortages of qualified mental health professionals in rural districts. Our most recent Annual Performance Report is attached as **Attachment C**.

13. ESD 105 structured its budgets with the understanding that the Department would make annual continuation awards based on our Grow Your Own Consortium project performance under the MHSP program through the remainder of the project performance period. ESD 105 also structured its budgets with the understanding that, consistent with our project proposal, we would have several years to generate performance results and identify and build relationships with new

sources of funding that would allow us to continue the Grow Your Own Consortium project following the end of the federally funded performance period.

14. In my experience, discontinuance of a project's funding is rare, and I have never had a project's funding discontinued or terminated. To my knowledge, prior to 2025, discontinuance or termination has only occurred in cases of poor performance or misconduct, typically with prior notice and opportunities to respond and correct any underlying issues.

15. Nevertheless, on April 29, 2025, the Department sent notice that ESD 105's MHSP award would be discontinued at the end of the grant's current budget period, which is December 31, 2025. Given that the Department originally approved this grant's performance period through December 31, 2027, ESD 105 faces a loss of $2,389,534 in prospective funding, including an estimated $896,075.25 that it had expected to receive for the upcoming 2025–26 school year covering quarters two through four of the academic year, or January 1, 2026, through September 1, 2026. The Department's discontinuation notice is attached as **Attachment D**.

16. The Notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government." 34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limited its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this Notice failed to cite anything regarding ESD 105's performance.

17. Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of

the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons, claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds." Based on this boilerplate language, ESD 105 has no way of knowing which reason(s) were applied as the Department's basis for discontinuing the MHSP grant for the Yakama Grow Our Own Consortium.

### Harms from the Department's Decision to Discontinue ESD 105's Grant

18. The discontinuance of the ESD 105's MHSP grant will end the Yakama Grow Our Own Consortium.

19. Although ESD 105 can still access funding through the end of our current budget period on December 31, 2025, ESD 105 is already experiencing the harmful effects of this discontinuance. This includes the reduction in force of at least two employees by August 15, 2025, with potentially more reductions to follow, the demotion of a manager because of the loss of funding and significantly reducing the number of interns that we can provide supervision to in the 2025–26 school year or possibly not being able to continue the program supervision at all. Our university partner is also in the middle of becoming accredited as a Master's in Social Work program and the abrupt ending of the funding could derail their accreditation, making the degree that some students have already received less desirable. Additionally, our local area school districts set their budgets in the spring and factored in their costs and staffing for support progressions with the beliefs that they would have interns support their districts and students throughout the 2025–26 school year.

20. Moreover, if the Department does not rescind its discontinuation decision, if this program were discontinued or delayed, the region would experience significant nonfinancial consequences. Students in high-need schools would lose access to crucial mental health support, disrupting service continuity across districts. The absence of a stable, locally trained workforce would weaken relationships with education partners and diminish the value of training for graduate students. Ultimately, program disruption would undercut ESD 105's mission to strengthen local capacity in support services and hinder consistent implementation of school-based mental health initiatives.

21. In addition, many students enrolled in the program may not be able to start or continue the program because of the financial impacts of scholarships and stipends to be able to travel to internship sites, reaching our most rural school districts and students who are furthest from access to behavioral health care. Also, on average, MSW Interns serve 30+ students in the districts they are placed in, so the cancellation of funding for this program will result in over 1,000 students in our region not having access to the support and services that they would receive if this grant remained funded as initially awarded.

22. There is no way to recover lost time or restore continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.

23. Even if the Department were to re-bid MHSP funds, and ESD 105 were to receive a new grant award, the harm would already be done. The work that has been completed to this point could become null and void if staff layoffs, program shutdowns, and instabilities in partnerships with school districts had taken place. The program would lose qualified staff for supervision, which would be incredibly challenging to replace in the area we serve.

24. Additionally, this award was only one of two granted under the MHSP funding, that we are aware of, that started a new university program to create additional pathways to building the mental health workforce. In South Central Washington State, we are a mental health desert and this is believed to be in part due to lacking local master's programs in the mental health field. Master's students will now have to leave the area to get in person instruction and will struggle to find placements and appropriate supervision for school-based internships.

**Conclusion**

25. The discontinuances of ESD 105's MHSP grant undermines the agency's mission to support students, families, and communities by improving access to essential services and equipping learners with the tools and opportunities needed for long-term success; as well as the Department's "mission to ensure equal access to education and to promote educational excellence throughout the Nation." 20 U.S.C. § 1228a(a). These discontinuances make it harder to train and secure talent and to fund providers so that our children may access mental health services. To meet budgetary deadlines, ESD 105 and its partners are making difficult decisions in the next few weeks and are already in the process of terminating staff positions that support these Programs and informing graduate students that they have lost significant tuition assistance. These harms are ongoing and will be irreparable if they are not stopped.

26. Discontinuing this grant will have lasting impact our schools, communities and the long-term success of the young people we serve. Within our vision at ESD 105, we believe that all learners should be equipped with the knowledge, tools, and opportunities needed to achieve long-term success and contribute to healthy, productive communities. In order to work towards achieving this vision, we must increase access to mental health and social work services as these are vital services for young people to reach their full potential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ____ day of June 2025, at Yakima, Washington.

*Emily Nelson*
EMILY NELSON
Executive Director of Student Support
Educational Service District 105