# Attachment C



## U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[ X ] Annual Performance Report   [   ] Final Performance Report
PR/Award # (11 characters): __S184X220035

## General Information

1. PR/Award #: SI84X220035_____    2. Grantee NCES ID#: _____
   *(Block 5 of the Grant Award Notification - 11 characters.)*    *(See instructions. Up to 12 characters.)*

3 Project Title: Yakama Grow Our Own Consortium_____
   *(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.)*:  Educational District 105

5.  *Grantee Address (See instructions):* 33 S 2nd Avenue. Yakima, WA 98902

6. Project Director *(See instructions.)* Name: Teresa Olivera  Title: Project Director

_____
   Ph #:  (509  ) 864-7699  Ext: (        )           Fax #: (          ) Address: 33 S. 2nd Avenue  Yakima, WA 98902

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From: _____01/01 /2024____ To: _____12/31 /2024____ (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|                                                             | Federal Grant Funds | Non-Federal Funds *(Match/Cost Share)* |
|-------------------------------------------------------------|---------------------|----------------------------------------|
| a. Previous Budget Period                                   | $1,108,985.00       | 0                                      |
| b. Current Budget Period                                    | $1,194,767.00       | 0                                      |
| c. Entire Project Period *(For Final Performance Reports only)* |                     |                                        |

## Indirect Cost Information *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

a. Are you claiming indirect costs under this grant?  _X_ Yes   ___ No

If yes, please indicate which of the following applies to your grant?

b. _X_ The grantee has an Indirect Cost Rate Agreement approved by the Federal Government:
   The period covered by the Indirect Cost Rate Agreement is from: ____01/01 _/2024__ to: _____12/31_/2024_____ (mm/dd/yyyy)
   The approving Federal agency is:  ___ED  ___Other *(Please specify)*: _____
   The Indirect Cost Rate is _____9.68%
   The approved Indirect Cost Rate Base _____ (e.g., Modified Total Direct Costs, Salaries and Wages, or Salaries, Wages and Fringe Benefits see 34 CFR § 75.564)
   The Type of Rate *(For Final Performance Reports Only)* is: ___ Provisional ___ Final ___ Other *(Please specify* i.e., Fixed or Predetermined):

c. ___ The grantee is not a State, local government, local education agency, training program (34 CFR 75.562) recipient, or restricted program (34 CFR 75.563 and 34 CFR 76.563) recipient and is eligible to elect the de minimis rate 15% modified total direct costs in compliance with 2 CFR 200.414.

d. ___ The grantee is funded under a Restricted Rate Program and is using a restricted indirect cost rate that either:
   ___ Is included in its approved Indirect Cost Rate Agreement (34 CFR 75.563 and 34 CFR 76.563); or
   ___ Is not a State, local government, or local education agency that is eligible to use 34 CFR 76.564(c)(2).

e. ___ The grantee is funded under a Training Rate Program and:
   ___ Is eligible to use 8 percent of MTDC in compliance with 34 CFR 75.562(c); or
   ___ Is recovering indirect costs using its actual negotiated indirect cost rate reflected in 9(b).

**Human Subjects (Annual Institutional Review Board (IRB) Certification)** *(See instructions.)*
10. Is the annual certification of Institutional Review Board (IRB) approval attached? ___Yes ___ No ___ N/A

**Data Privacy and Security Measures Certification** *(See instructions.)*

Please note that the following question pertains to programs with Institute of Education Sciences (IES) only.
11. Is a statement affirming that you are aware of federal and state data security and student privacy regulations included, with supporting documentation attached? ___Yes ___ No _X_ N/A

**Performance Measures Status and Certification** *(See instructions.)*
12. Performance Measures Status
    a. Are complete data on performance measures for the current budget period included in the Project Status Chart? _X_Yes ___ No
    b. If no, when will the data be available and submitted to the Department? _____/_____/_____ (mm/dd/yyyy)

13. By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate and the expenditures, disbursements, and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-33812).
    Furthermore, to the best of my knowledge and belief, all data in this performance report are true, complete, and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of data reported.

Shane Backlund
_____
Name of Authorized Representative:

Title: _Superintendent_____

_____
Signature:

Date: _____4/30/2025____/_____



## U.S. Department of Education
## Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
[ X ] Annual Performance Report    [    ] Final Performance Report
PR/Award # (11 characters): __S184X220035

OMB No. 1894-0003
Exp. 07/31/2024

## Introduction

The Yakama Grow Our Own Consortium is a strategic workforce development initiative designed to expand access to well-trained, master's-level school-based mental health professionals in our region. This effort addresses the limited availability of credentialed professionals in schools serving rural and historically underserved communities on the Yakama Reservation and throughout the Yakima Valley.

Prior to this program, no local university offered a pathway for students to earn a state-credentialed master's degree in school-based mental health. This initiative strengthens local educational and workforce pipelines, ensuring that professionals are trained and retained within their communities, reducing reliance on external recruitment. Educational Service District 105 (ESD 105) serves as the grant administrator, partnering with Heritage University (HU), participating schools, the Yakama Nation, and independent evaluators from RGI Research Corporation. This Annual Performance Report covers the reporting period from January 1, 2024, to December 31, 2024, year two of our program.

Through a practical and results-driven approach, the program streamlines recruitment, training, practicum placement, and credentialing to increase the availability of highly qualified professionals in local schools. To accelerate this process, HU offers an Advanced Standing MSW track, enabling students to earn a Master of Social Work (MSW) degree and state credentialing within one year, allowing them to enter the workforce quickly and effectively serve schools and students.

## Management and Coordination

The Management Team, composed of representatives from ESD 105, Heritage University, and RGI Evaluators, holds monthly oversight meetings to ensure program effectiveness, responsible financial management, and measurable outcomes. These meetings focus on:

- Tracking progress and key performance indicators

- Reviewing budget alignment and expenditures

- Addressing challenges and solutions

- Strategizing for long-term sustainability

This structured oversight ensures that all activities remain aligned with workforce priorities and educational objectives, supporting a data-driven approach to school-based mental health solutions.

## Key Accomplishments

Over the past two years, the Yakama Grow Our Own Consortium has successfully implemented a practical, results-driven approach to expand the local workforce of credentialed school-based mental health professionals. This initiative has significantly contributed to building a sustainable talent pipeline, reducing reliance on out-of-state recruitment, and ensuring that local schools have access to well-trained professionals who understand their unique challenges and community needs.

## 1. Building a Sustainable Workforce Pipeline

A major milestone was the establishment of a fully accredited Master of Social Work (MSW) program at Heritage University (HU). Before this initiative, there was no local pathway for students to obtain a state-recognized credential in school-based mental health services. The creation of this program fills a long-standing gap in the region's educational and workforce development infrastructure, providing a clear, structured path for students to enter the mental health field and serve local schools immediately after graduation.

- First accredited MSW program in the region focused on school-based mental health.

- Addresses workforce shortages by ensuring trained professionals are available locally.

- Designed for long-term sustainability, ensuring a continued supply of credentialed professionals.

## 2. Expedited Training and Credentialing Pathways

Recognizing the urgent need for school-based mental health professionals, the program introduced an Advanced Standing MSW track. This pathway allows qualified students with a Bachelor's in Social Work (BSW) to complete their Master's degree and obtain state credentialing in just one year, half the time of a traditional program.

- Enables faster entry into the workforce, directly addressing school shortages.

- Reduces financial and time barriers for students, making graduate education more accessible.

- Provides a structured approach to ensure graduates meet all state certification requirements.

This expedited process ensures that qualified professionals can quickly transition from training to practice, minimizing disruptions in school-based mental health services.

## 3. Strengthening Local Talent Development & Retention

A key focus of this initiative has been keeping homegrown talent in the region. Prior to this program, many aspiring school-based mental health professionals had to relocate to pursue a graduate degree, often leading them to accept jobs elsewhere. This project incentivizes students to stay local, ensuring that the investment in their education translates directly into local workforce benefits.

- Implemented targeted recruitment efforts to attract local students.

- Partnered with schools to ensure placements align with student career interests.

- Developed mentorship and professional development opportunities to encourage long-term retention in the field.

As a result, many of the students currently in the program plan to remain in the region post-graduation, reinforcing the long-term sustainability of the program and reducing school vacancies in mental health positions.

## 4. Practical Training and School-Based Support

The program has placed graduate students directly in school settings, providing hands-on experience while simultaneously supporting students, families, and school staff. Through structured practicum placements, MSW

students work alongside experienced school-based professionals to provide real-world mental health services tailored to students' needs.

- Graduate students provided one-on-one student support and crisis intervention.

- Students led small group counseling and skill-building sessions.

- They actively participated in efforts to reduce absenteeism and improve student engagement.

- They worked with families and school personnel to create targeted intervention plans.

These placements not only equip students with the necessary skills and experience but also improve the availability of mental health services in schools, a direct, immediate benefit to the education system.

## 5. Expanding Capacity for Mental Health Services in Schools

One of the most significant impacts of this initiative has been the expansion of mental health support in participating schools. The addition of MSW students has allowed schools to increase mental health service availability without immediately requiring additional full-time hires.

- Increased access to student mental health support services.

- Introduced crisis response and intervention efforts.

- Expanded outreach and absenteeism reduction strategies.

- Launched school-based mental health awareness initiatives.

The program ensures that students receive direct, practical mental health support while also helping schools identify best practices for integrating mental health professionals into their long-term staffing models.

## 6. Supporting Professional Development & Certification Readiness

To ensure graduates are fully prepared for employment, the program incorporated comprehensive professional development opportunities beyond traditional coursework.

- Provided mental health screenings and assessments training.

- Offered hands-on experience in safety and treatment planning.

- Connected students with licensed mental health professionals for mentorship and supervision.

- Facilitated in-person and online continuing education courses.

By the end of Fall 2024, one student had already been hired, and the other MSW students successfully completed their required practicum hours for the semester, putting them on track for full-time employment upon graduation.

## Impact on Schools and Student Support

MSW students have played a critical role in enhancing school-based mental health services, contributing directly to student success through a variety of targeted interventions. They have provided one-on-one student check-ins and mentorship, helping students navigate personal and academic challenges. In times of crisis, they have stepped in to offer immediate response and intervention support, ensuring that students receive the care and guidance they

need. Additionally, MSW students have actively worked to reduce absenteeism, partnering with school staff to identify barriers to attendance and implement support strategies that encourage consistent school engagement.

Beyond individual support, these students have facilitated small group sessions focused on coping strategies and problem-solving, equipping students with practical skills to manage stress and interpersonal conflicts. Their efforts have extended to mental health awareness initiatives and outreach programs, further fostering a school environment that prioritizes student well-being and resilience. These activities align with evidence-based practices that promote positive mental health outcomes and increase student engagement.

To ensure they are well-prepared for these responsibilities, MSW students participated in comprehensive professional development opportunities throughout their practicum experiences. They received training in mental health screenings and assessments, developed skills in safety and treatment planning, and gained hands-on experience under the supervision of licensed mental health professionals. Additionally, they completed a combination of on-site and online certification courses, enhancing their competency and readiness to enter the workforce.

The impact of these efforts is already evident. One student has been hired, and the majority of students have successfully completed their required practicum hours, positioning them for immediate employment upon graduation. Through their contributions, MSW students have not only strengthened school-based mental health services but have also laid the foundation for a sustainable and highly trained workforce dedicated to supporting the well-being of students.

## Challenges & Solutions

As with any successful initiative, we encountered challenges along the way. However, through proactive problem-solving and strategic adjustments, we ensured the program remained on track to meet its objectives. The primary challenges involved student placements, practicum supervision, and regulatory timelines, but each was met with practical, results-driven solutions.

### 1. Addressing Geographic Barriers in Rural Schools

Some schools in remote areas presented commuting challenges for students, limiting placement options. To ensure access to practicum opportunities, we implemented:

- Flexible placement options that accounted for student availability and school needs.

- Exploration of transportation assistance programs to support students traveling longer distances.

These adjustments helped expand placement opportunities without creating undue burdens on students.

### 2. Optimizing Practicum Supervision & Oversight

With supervisors overseeing multiple student placements across various districts, effective time management and oversight became crucial. To enhance efficiency and student support, we:

- Coordinated site visits more effectively, grouping multiple student check-ins per trip.

- Implemented structured remote check-ins when in-person supervision was not feasible.

By streamlining supervision logistics, we maximized both supervisor availability and student support.

### 3. Navigating Regulatory & Administrative Timelines

Some practicum placements required an adjudication process, which created unexpected delays in student start dates. To prevent future disruptions, we:

- Began processing placement approvals earlier, ensuring timely completion.
- Worked closely with school administrators to anticipate and address potential administrative hurdles.

This proactive approach ensures that future cohorts will experience smoother placement transitions, reducing wait times and maximizing hands-on training opportunities.

By anticipating and addressing these logistical challenges early, we have kept the program on track to meet its core objectives, ensuring effective training, supervision, and workforce readiness. Our commitment to continuous improvement and strategic problem-solving will sustain the program's success in the years ahead.

## Ongoing Evaluation & Future Directions

The independent evaluators at RGI Research Corporation developed a reporting system and adjusted the system with recommendations of METRICs. The reporting site tracks:

- Project milestones and completion rates

- Student performance and practicum outcomes

- School impact metrics and service delivery data

This data-driven approach ensures that all activities are aligned with measurable objectives and GPRAS and that program improvements are based on evidence and best practices.

Looking ahead, we remain committed to:

- Expanding school-based mental health services

- Refining training and placement processes

- Strengthening local partnerships to sustain the program

## Conclusion

The Yakama Grow Our Own Consortium provides a practical, results-oriented solution to expanding access to credentialed school-based mental health professionals in historically underserved schools.

By prioritizing local workforce development, practical training pathways, and responsible program oversight, we are ensuring that students and schools receive the critical mental health services they need while creating sustainable career opportunities for aspiring professionals.

Our budget expenditures, anticipated spending and carryover are detailed in the budget worksheet. An update on our project objectives, outcomes and GPRA measures can be found in Section A. Section C highlights additional information about our program.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

OMB No. 1894-0003  Exp.
07/31/2024



# U.S. Department of Education
## Grant Performance Report (ED 524B)
### Project Status Chart

PR/Award # (11 characters): __S184X220035_

**SECTION A – Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**1. Project Objective**   [ ] Check if this is a status update for the previous budget period.

To train, certify, and graduate master's level Mental Health Providers/Professionals from local communities to be placed and hired at local high-need schools.

| 1.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| At the end of year one, Heritage University will develop an Advanced Standing (one year) Master of Social Work Graduate Program as measured by acquiring graduate program accreditation. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 1 | / | | 1 | / | |

| 1.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| Starting year two and every year, ESD 105 will place and supervise 18 graduate students in field education/clinical internships in local high-need schools to complete their graduate requirement for state credentialing and provide services for school students as measured by school internship placement agreements. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 18 | / | | 20 | / | |

| 1.c. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| At the end of year two, Heritage University will develop a traditional (two year) Master of Social Work Graduate Program as measured by acquiring graduate program accreditation. | Project | **Target** | | | **Actual Performance Data** | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 1 | / | | 1 | / | |

| 1.d. Performance Measure | Measure Type | Quantitative Data |
|---|---|---|

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

| At the end of year two and every subsequent year, Heritage University will graduate a cohort of 20 MSW students with state credentials to work in local schools as measured by university transcripts and degrees attained. | Project | Target | | | Actual Performance Data | | |
|---|---|---|---|---|---|---|---|
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 20 | / | | 999 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

**Data Collection:** The Yakama Grow Your Own Consortium Evaluators, RGI Corporation, have established a comprehensive data collection and reporting system to analyze data for all the GPRA and Project Performance Measures.

**Baseline Data:** Project Performance Measures 1.a. – 1.d. all have baselines of zero. We are starting our graduate program from the ground up and establishing a pipeline to enroll local students into our master's program, train them, and provide practicum placements through ESD 105 at local high-need LEAs who will then hire our MSW graduates in their schools to serve their students.

**Outcome:** The project has continued to successfully implement project activities. We have made some adjustments to our timeline section C); (however, we are on track to meet the target measures for the end of the project. The following lists the various progress for each measure through December 31, 2024.

**1.a. Performance Measure Progress Outcome -** Heritage University (HU) developed the one-year Advanced Standing (Specialized Practice) and the two-year traditional (Generalist Practice) Master of Social Work Graduate Program. With the HU team working promptly and diligently, the Council on Social Work Education (CSWE) has approved Program Pre-Candidacy Status. HU's MSW Program started its first Advanced Standing (Specialized Practice) cohort in the Fall of 2024. Our goal to develop an Advanced Standing MSW Graduate Program has been met.

**1.b. Performance Measure Progress Outcome –** The target for this measure is to place and supervise 18 graduate students in practicum education/clinical internships in LEAs to provide mental health services. We are in year two of our project and have placed 20 MSW interns to provide school-based mental health services to high-need LEAs. The placement and supervision of graduate students began in Year 2, Fall of 2024. activities will match competency behaviors to meet their graduate requirements for state credentialing. This goal has been exceeded for this year.

**1.c Performance Measure Progress Outcome –** Heritage University (HU) developed a two-year traditional (Generalist Practice and Specialized Practice) Master of Social Work Graduate Program. With the HU team working promptly and diligently, the Council on Social Work Education (CSWE) has approved Program Pre-Candidacy Status. The two-year traditional (Generalist Practice) MSW Program cohort in Fall 2025. Our goal to develop a two-year traditional MSW Graduate Program has been met.

**1.d Performance Measure Progress Outcome -** Students are enrolled in the program, with the cohort actively meeting required hours and remaining on track to graduate in May 2025, positioning them for immediate employment to strengthen school-based mental health services. This year, the Yakama Grow Your Own Consortium Project is working through the accreditation process to expedite MSW Program completion. The team will report additional progress in the next performance report.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7



OMB No. 1894-0003  Exp. 07/31/2024

### U.S. Department of Education
### Grant Performance Report (ED 524B)
### Project Status Chart

PR/Award # (11 characters): __S184X220035_

**SECTION A – Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**1. Project Objective**     [ ] Check if this is a status update for the previous budget period.

High-need local schools to hire Mental Health Providers/ Professionals to serve students in their schools.

| 2.a.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **Each year, high-need schools will hire 18 full-time credentialed Master of Social Work graduates to work with students as measured by employment agreements.** | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 18 | / | | 1 | / | |

| 2.b.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **Every year, the project will increase by 18 trained, certified, and diverse Master of Social Work graduates hired in high-need LEAs as measured by employment agreements.** | Project | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 18 | / | | 1 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

**Baseline Data:** Project Performance Measures 2.a. and 2.b. have baselines of zero. For each of the project periods, 18 trained Master of Social Work graduates will obtain employment by our targeted LEAs. Thus, 18 full-time credentialed Master Social Work graduates will work with students and address the mental health needs at our targeted schools. Our goal is to supply as many as needed mental health professionals into our "Grow Your Own" pipeline to address this crisis. Once the targeted LEAs have reached their capacity and their needs have been fulfilled, we will then proceed to serve other LEAs in the surrounding areas.

**Outcome:** The project has continued to successfully implement project activities and is on track to meet the target measures for the end of the project. The following lists the various progress for each measure through December 31, 2024.

**2a. Performance Measure Progress Outcome -** The MSW Graduate Program took extensive preparation, application development, and application review

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

efforts. As a result, the first cohort of students is anticipated to graduate in the Summer of 2025. These graduates will then be hired by high-need schools that have committed to employing them, as evidenced by signed employment agreements. The target for this performance measure is to hire 18 full-time credentialed Master of Social Work graduates to work with students. Currently, one MSW graduate student has been hired. In the meantime, practicum supervisors, with our ESD 105 partners, are working attentively to develop and build relationships with the local high-need schools and will serve their LEAs. In the Fall of 2024, MSW graduate students started the Advanced Standing (Specialized Practice/Advanced Generalist Practice) program and simultaneously began their practicum/clinical internships in these high-needs schools to provide school-based mental health services and alleviate the Mental Health Services Providers shortages as progress is being made to meet this measure.

**2.b Performance Measure Progress Outcome –** The target for this measure is to increase 18 trained, certified Master of Social Work graduates hired in high-need LEAs as measured by employment agreements. This means MSW graduates will bring perspectives and insights that reflect the communities they serve. Additionally, the MSW Program is grounded in preparing students to work effectively in varied local contexts, with a focus on rural areas, local populations, and responsiveness to community needs. All practicum placements, curriculum, and educational materials are designed to be relevant and appropriate for the populations served, incorporating local customs and values where applicable. MSW graduates will be hired in the high-need LEAs the Summer of 2025 and increase by 18 trained, certified MSW graduates every subsequent year of the program. However, one MSW graduate student was hired by their LEA placement in Year 2 of our program.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7



OMB No. 1894-0003  Exp. 07/31/2024

**U.S. Department of Education**
**Grant Performance Report (ED 524B)**
**Project Status Chart**

PR/Award # (11 characters): __S184X220035_

**SECTION A – Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**2. GPRA Measures   [ ]** Check if this is a status update for the previous budget period.

| 1.a.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| The unduplicated, cumulative number of school-based mental health ser-vices **providers trained by the grantee under the project to provide school-based mental health services** in high-need LEAs (Completed Training) | GPRA | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 18 | / | | 0 | / | |

| 1.b.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| The unduplicated, cumulative number of school-based mental health ser-vices **providers trained by the grantee under the project to provide school-based mental health services** in high-need LEAs (In Training (but not complete)). | GPRA | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 18 | / | | 20 | / | |

| 2.a.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| The unduplicated, cumulative number of school-based mental health ser-vices providers **placed in a practicum or internship by the grantee in high-need LEAs** to provide school-based mental health services (In Placement) | GPRA | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 18 | / | | 20 | / | |

| 2.b.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | | Target | | | Actual Performance Data | | |
| The unduplicated, cumulative number of school-based mental health ser-vices providers **placed in a practicum or internship by the grantee in high-need LEAs** to provide school-based mental health services (Completed All Placements) | GPRA | Raw Number | Ratio | % | Raw Number | Ratio | % |

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

| | | 18 | / | | 0 | / | |
|---|---|---|---|---|---|---|---|

| 3.a.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| The unduplicated, cumulative number of **school-based mental health services providers hired by high-need LEAs** to provide school-based mental health services (Hired) | GPRA | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 18 | / | | 1 | / | |

| 3.b.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| The unduplicated, cumulative number of **school-based mental health services providers hired by high-need LEAs** to provide school-based mental health services (Retained from Previous Reporting) | GPRA | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 18 | / | | 0 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

**Data Collection:** The evaluation plan will use carefully vetted instruments to measure program accomplishments, performance indicators, and collect data for the USDE Annual Performance Report. The evaluation design will conduct a formative and summative evaluation that includes both qualitative and quantitative descriptions of the projects' progress and achievements. A cloud-based system was developed to track progress on each performance measure and GPRA. All documentation for management team meetings, recording minutes, and project development documents are also housed in this collection system.

**GPRA 1a & 1b:** Our program will train 18 professionals to obtain their mental health state certification to work in schools. We will track this by using student transcripts & certifications on file. Each May we will analyze all student transcripts to confirm state requirements are met and obtain their state credentials to work in schools. Our baseline for this measure is 0. This GPRA measure is in progress for both blocks 'annual or current enrollment'. Year 2 of our project had 20 school-based mental health services providers in-training to provide school-based mental health services in high-need LEAs to report.

**GPRA 2a & 2b:** ESD 105 will place and supervise 18 graduate students in clinical internships in local high-need schools. We will use school internship placement agreements in LEA to track this measure. Each Spring Semester we will analyze LEA internship placement agreements that place students in high need schools, interview, and survey students in internships to assess the quality of learning. Our baseline for this measure is 0. This GPRA measure is in progress for both blocks 'annual or current enrollment'. Year 2 of our project had 20 mental health services providers placed in a practicum in high-need LEAs to provide school-based mental health services. We have developed our MSW graduate program and the placement and supervision of graduate students in LEAs began in the Fall of 2024.

**GPRA 3a & 3b:** Identified high-need schools will then hire 18 full-time credentialed MSW graduates to work with students. We will measure this by LEA employment agreements on file each Fall. We will analyze high-need LEA employment contracts for employment offered and accepted by MSW graduates. Our

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

baseline for this measure is 0. This GPRA measure is in progress for both blocks 'annual or current retained from previous reporting year'. We are in year two of our project and have 1 school-based mental health services providers hired by high-need LEAs to provide school-based mental health services. LEAs have identified a shortage and have agreed to hire our MSW graduates upon graduation in May 2025. In the meantime, practicum supervisors, with our ESD 105 partners, and now practicum interns are working attentively to develop and build relationships with the local high-need schools to serve them.

**Outcome:** The project has made significant progress in developing a MSW graduate program that will produce a 'Grow your own model'. Our Program will train and graduate students with the credentials needed for employment with LEAs. As noted in our Executive Summary we have a strong partnership and ESD 105 is providing Practicum Placement Supervisors to oversee our graduate students as they are placed in high-need local LEAs in our area. LEAs were surveyed and surveys identified a strong need for Mental Health Professionals. 10 schools were targeted to pilot the program. Graduates will be placed at these identified schools and vacancies will be filled upon graduation. Over the first year of our program, we developed a graduate program to recruit, train and educate students and launched our first cohort this Fall 2024. This first cohort of MSW graduates are anticipated to be hired in the high-need LEAs the Summer of 2025.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

OMB No. 1894-0003
Exp. 07/31/2025



**U.S. Department of Education**
**Grant Performance Report (ED 524B)**
**Project Status Chart**

**SECTION B - Budget Information** (See Instructions.  Use as many pages as needed)     PR/Award # (11 characters): _ S184X220035_

| Budget Categories | Year 2 FY 2024 Approved Budget | Total Amount carried over from Year 1 - 2023 | Total of Column B + C (Final approved Year 2 Budget) | Actual Spent *Total amount encumbered* | Anticipated Carryover in Year 3 Column D – E (01/01/2025-12/31/2025) | Carryover Request Explanation |
|---|---|---|---|---|---|---|
| **1. Personnel** | 252,287.00 | 102,044.01 | 354,331.01 | 272,635.09 | 81,695.92 | |
| **2. Fringe Benefits** | 93,641.00 | 43,226.81 | 136,867.81 | 91,708.60 | 45,159.21 | |
| **3. Travel** | 15,000.00 | 10,108.38 | 25,108.38 | 14,430.83 | 10,677.55 | |
| **4. Equipment** | - | - | - | - | - | |
| **5. Supplies** | 17,000.00 | 37,482.82 | 54,482.82 | 23,589.65 | 30,893.17 | |
| **6. Contractual** | 711,209.00 | - | 711,209.00 | 662,241.35 | 48,967.65 | Full description included in budget narrative below. |
| **7. Construction** | - | - | - | - | - | |
| **8. Other** | - | - | - | - | - | |
| **9. Total Direct Costs** (lines 1-8) | 1,114,937.00 | 192,862.02 | 1,307,799.02 | 1,064,605.52 | 243,193.50 | |
| **10. Indirect Costs*** | 79,830.00 | 47,334.29 | 127,164.29 | 51,665.01 | 75,499.28 | |
| **11. Training Stipends** | - | - | - | - | - | |
| **12. Total Costs** (lines 9-11) | 1,194,767.00 | 240,196.31 | 1,434,963.31 | 1,116,270.53 | 318,692.78 | |

**Detailed Explanation of spending, anticipated spending and carryover for each budget category:**

**Personnel:** A total of $272,635.09 has been expended in this category, primarily for personnel expenses essential to the successful implementation of mental health initiatives. These funds supported the recruitment and compensation of two mental health clinical supervisors responsible for overseeing therapeutic programs and ensuring high-quality care. Additionally, carryover funds from the previous year were allocated to administrative support, streamlining operations and improving organizational efficiency. A project manager was also hired to oversee project timelines, resource allocation, and stakeholder coordination, ensuring seamless execution and achievement of program objectives.

During the reporting period, we experienced turnover in a full-time Internship/Clinical Supervisor position, which directly oversees MSW graduate students in their field placements within schools. This vacancy led to unexpended funds. As of February 2025, a new Internship/Clinical Supervisor has been successfully hired, restoring the program to full staffing. Due to the hiring delays, we have a carryover of $81,695.92.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

**Fringe Benefits:** A total of $91,708.60 was expended on fringe benefits for the faculty and staff detailed above. With the hiring of our new staff member, we anticipate utilizing the remaining carryover funds of $45,159.21 by the end of this project year.

**Travel: Travel:** The allocated budget included provisions for travel to rural districts and professional development opportunities for personnel, both essential to ensuring access to mental health services. Travel expenditures supported on-site visits by mental health clinical supervisors, facilitating direct engagement with local stakeholders and communities to assess needs and tailor interventions. Additionally, investments in professional development equipped staff with updated skills and knowledge, enhancing their ability to address mental health challenges effectively.

To date, $14,430.83 has been spent on travel. With schools in session and interns actively engaged in their placements, travel to LEAs has increased to support project development, provide ongoing supervision, and conduct site visits. Despite this increase, we have a carryover of $10,677.55 in this category. As Project Director, I developed a work plan to ensure these carryover funds are spent intentionally. This includes mapping out site visit days and travel to LEAs for continued supervision and engagement. Additionally, we will conduct LEA listening sessions to gather feedback on student placements, assess needs, and identify ways to enhance support for LEAs. These strategic efforts will maximize the impact of the remaining travel funds while strengthening partnerships and improving the overall effectiveness of the program.

**Equipment:** $0. We do not have a line item for this category.

**Supplies:** To date, $23,589.65 has been expended on procuring a range of resources vital for clinical supervision, administrative support, and project management. These expenditures covered essential office supplies, stationery, and equipment that facilitated efficient administrative workflows, including documentation, communication, and scheduling. Additionally, project management tools such as software licenses, data storage solutions, and planning resources enhanced coordination, monitoring, and evaluation efforts for mental health initiatives. By investing in both general office essentials and specialized equipment, we ensured seamless operations and increased productivity. We have a carryover of $30,893.17 in this category. To ensure the effective use of these funds, we are evaluating ongoing student supply needs during ESD MSW Orientation. Additionally, we are conducting an inventory assessment of consumable office supplies such as paper, file folders, pens, and printer toner as well as technology, program systems, and professional development training requirements

**Contractual:** A total of $662,241.35 has been expended between our evaluation team and our partners at Heritage University. The evaluation team has played a critical role in data collection, project management support, and reporting, ensuring alignment with project goals and compliance with federal requirements.

At Heritage University, funding has supported key personnel dedicated to the development and coordination of the Master of Social Work (MSW) Graduate Program. The Lead Social Work Faculty member has committed 100% of their time to overseeing curriculum development for both the Advanced Standing One-Year MSW Program and the Traditional Two-Year MSW Program. They have also worked closely with the Accreditation Organization to ensure compliance with accreditation standards.

Social Work Faculty have been responsible for structuring course schedules, developing curriculum, and ensuring field education requirements align with state and accreditation standards. They have actively coordinated with faculty members, ESD 105 clinical supervisors, the Yakama

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

Nation, and other community partners to enhance the program's impact. Faculty members have also contributed to instruction within the MSW Program.

To support the program's expansion, an Administrative Coordinator has assisted in faculty development efforts and facilitated meetings with key stakeholders. Additionally, Accreditation Support staff have coordinated travel, activities, and communication with the Accreditation Organization to maintain compliance and ensure program sustainability.

Travel expenses have supported faculty participation in professional development, site visits to MSW placement schools, and meetings with community partners to strengthen field education opportunities. A Commissioner's visit to Heritage University has been planned to review program development and course alignment with accreditation standards. Travel expenditures adhere to the U.S. General Service Administration's published rates and Heritage University's travel policies.

Given the hybrid nature of the MSW Program, funds have been allocated for technology enhancements, enabling remote learning capabilities and ensuring faculty have the necessary tools to deliver high-quality instruction. Investments in student training supplies, updated computers for new faculty, and essential library resources, including social work textbooks, professional workbooks, and journal subscriptions, have been prioritized.

Marketing and outreach efforts have also been supported, with funds allocated for digital and print materials to recruit students and working professionals into the MSW Program. Additionally, funding has covered the annual membership fee for the Council on Social Work Education (CSWE), conference registration fees for faculty and staff, and online software necessary for remote course delivery.

Independent program evaluation remains a critical component of this initiative. Evaluators have tracked services provided and conducted research to assess project outcomes and GPRA measures. Ongoing evaluation efforts ensure continuous program improvement by providing objective feedback to personnel and refining project strategies. Evaluators have also contributed to the development of the U.S. Department of Education's Annual Performance Report.

With the carryover of $48,967.65 in this category we have planned to expend the remaining carry-over funds on community outreach, communication, printing, teaching resources, training supplies for students, and office supplies. Also, we are planning to spend the stipends and tuition support funds in the fall in one lump sum to avoid carrying over to next year. In addition, we are researching online teaching hardware and software.

**Construction:** $0. We do not have a line item for this category.
**Other:** $0. We do not have a line item for this category.
**Training Stipends:** $0. We do not have a line item for this category.

1 ) **Provide an explanation if funds have not been drawn down from the G5 System to pay for the budget expenditure amounts reported in items 8a. – 8c of the ED 524B Cover Sheet.  Provide an explanation if you did not expend funds at the expected rate during the reporting period.**

   We are in the process of refining our invoicing and monthly drawdown system to ensure timely and efficient fund management. While

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

significant progress has been made, the delay in expenditures at the expected rate was primarily due to staffing vacancies. Now that we have a fully staffed team, we are positioned to fully implement and maintain our financial management systems, allowing for more consistent spending and timely access to funds from the G5 system.

**2) Describe any significant changes to your budget resulting from modification of project activities.**
No significant changes.

**3) Describe any changes to your budget that affected your ability to achieve your approved project activities and/or project objectives.**

There have been no budget changes that will affect our ability to achieve our approved project activities. Should we need funds moved within the line items, we will seek prior approval from our PO beforehand.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7



OMB No. 1894-0003  Exp.
07/31/2024

**U.S. Department of Education**
**Grant Performance Report**

PR/Award # (11 characters): __S184X220035_

**SECTION C – Additional Information** (See Instructions.  Use as many pages as necessary.)

**1.  List Current Partners**

Educational Service District 105, Heritage University, Yakama Indian Nation 9 LEAs – Mt. Adams, Toppenish, Yakama, Wapato, Grandview, Granger, Mabton, Royal, Union Gap & Wahluke.

**2.  Identify grant activities that were delayed or not implemented & Delays or changes in project activities or timeline.**

The table provided  below outlines the activities and timeline proposed in our grant application. While some activities are progressing as planned, others have experienced delays. The status column will indicate which tasks have been delayed and will provide a proposed new timeline for completion. This information is crucial for tracking the progress of our proposal and managing any necessary adjustments to ensure its success.

| Work Plan: Tasks, Responsibilities and Timeline – 5 Years | | | | |
|---|---|---|---|---|
| **Legend for Personnel: 1. Project Director, 2. Internship/Clinical Supervisor, 3. Program Assistant 4. Lead Social Work Faculty, 5. Social Work Faculty, 6. Program Coordinator, 7. LEAs/Schools, 8. Evaluators, 9. Yakama Nation, 10. Students** | | | | |
| **First Six Months Management & Work Plan = Jan. 1, 2023 – Aug. 31, 2023** | | | | |
| **Project Tasks** | **Person Responsible** | **Outcomes Achieved** | **Proposed Due Date** | **Status** |
| Recruit & hire Project Director | ESD 105 HR | 1a,1c,1d, 2a,2b | January | Complete |
| Recruit & hire all ESD 105 Personnel | 1 | 1a-1d, 2a,2b | Feb.-Mar. | Complete |
| Recruit & appoint Social Work Faculty | 4 | 1a,1c,1d, 2a,2b | Feb.-Mar. | Complete |
| Convene the Project Management Team | 1, 4 | 1d, 2a, 2b | February | Complete |
| Director participates in USDE Post-Award Meeting | 1, 8 | 1b-1d, 2a, 2b | March | Complete |
| Evaluation Design is finalized | 8 | 2a, 2b | Feb.- Mar. | Complete |
| Data collection instruments are developed | 8 | 1a-1d, 2a, 2b | Mar.- April | Complete |
| All hired personnel attend grant orientation | All | 1a-1d, 2a, 2b | March | Complete |

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

| LEA's are convened to review grant commitments | 1, 2, 3, 7, 9 | 1b, 2a, 2b | February | Complete |
|---|---|---|---|---|
| Recruitment of students from BSW program begins | 4, 5, 6 | 1a | April-May | Complete |
| Development of MSW Advanced Standing Program begins | 4, 5, 6, 9 | 1a, 1b, 1c | April-June | Complete |
| Higher Education accreditation organization informed of MSW Program development | 4 | 1a, 1b, 1c | April | Complete |
| Personnel begin contacting LEAs for placement sites | 1, 2, 3, 10 | 1b, 1d | Mar.-Apr | Complete |
| Project data collection begins | All | 1a | Mar.-Dec. | Complete |
| All project staff trained on objectives & outcomes | 1, 8 | 1a | April | Complete |
| All MSW courses are developed | 4, 5, 6, 9 | 1a, 1c | Apr.-Aug. | Complete |
| Cohort of students identified | 4, 5, 6 | 1b | July-Aug. | Complete |
| Students begin pre-MSW seminar | 5, 6 | 1b, 1c | September | Complete |
| Evaluators review all aspects of MSW Program development | 8 | 1b-1d, 2a, 2b | May-Dec. | Complete |
| End of year one evaluation activities completed | 1, 8 | 1a | December | Complete |
| USDE Annual Performance Report Submitted | 1, 8 | 1a, 1c, 1d | December | Complete |
| **Year 2 Management & Work Plan = September—August** | | | | |
| **Project Tasks** | **Person Responsible** | **Outcomes Achieved** | **Due Date** | **Status** |
| Students recruited/enroll into MSW Program | 2, 4, 5, 9, 10 | 1a, 1c | May-Aug. | Complete |
| Students are provided ongoing tuition/advising support | 5, 6, 10 | 1a, 1b, 1c | Sept.-May | Complete |
| Students complete first semester | 5, 6, 10 | 1a, 1b, 1c | December | Complete |
| Students enroll in second semester | 5, 6, 10 | 1a-1d | January | Complete |
| Students are placed in LEA/schools clinical internships | 7, 2, 9, 10 | 1b | Jan. – May | Complete |
| Students complete second semester | 5, 6, 10 | 1d, 2a, 2b | May | In Progress |
| Students graduate MSW Advanced Standing Program | 4, 5, 10 | 1d, 2b | May | May 2025 |
| Data collection continues | All | 1a-1d, 2a, 2b | Sept.- May | In progress |
| Students apply and are hired by LEAs | 7, 10 | 2a | May-Aug. | Partially Complete |
| End-of-Year evaluation completed | 8 | 1b-1d, 2a 2b | August | In Progress |
| Annual Performance Report submitted | 1, 8 | 1b-1d, 2a 2b | August | In Progress |
| Two-Year MSW students graduate | 2, 4, 5, 10 | 1d | May | In Progress – Admissions open |

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

| All staff End-of-Year Meeting occurs/planning for next year | All | 1c, 1d | Summer | End of Year |
|---|---|---|---|---|
| **Year 3-5 Management & Work Plan = September –August** | | | | |
| **Project Tasks** | **Person Responsible** | **Outcomes Achieved** | **Due Date** | **Status** |
| Students recruited/enroll into MSW Program | 2, 4, 5, 9, 10 | 1a, 1c | May-Aug. | No changes made – Year 3 has begun. |
| Students are provided ongoing tuition/advising support | 5, 6, 10 | 1a, 1b, 1c | Sept.-May | |
| Students complete first semester | 5, 6, 10 | 1a, 1b, 1c | December | |
| Students enroll in second semester | 5, 6, 10 | 1a-1d | January | |
| Students are placed in LEA/schools clinical internships | 7, 2, 9, 10 | 1b | Jan. – May | |
| Students complete second semester | 5, 6, 10 | 1d, 2a, 2b | May | |
| Students graduate MSW Advanced Standing Program | 4, 5, 10 | 1d, 2b | May | |
| Data collection continues | All | 1a-1d, 2a, 2b | Sept.- May | |
| Students apply and are hired by LEAs | 7, 10 | 2a | May-Aug. | |
| End-of-Year evaluation completed | 8 | 1b-1d, 2a 2b | August | |
| Students recruited/enroll into MSW Program | 2, 4, 5, 9, 10 | 1a, 1c | May-Aug. | |
| Students are provided ongoing tuition/advising support | 5, 6, 10 | 1a, 1b, 1c | Sept.-May | |
| Students complete first semester | 5, 6, 10 | 1a, 1b, 1c | December | |

**3. Detail any challenges to grant activities.**

Please refer to the challenges listed in the executive summary.

**4. Additional Information**

We are pleased to share that Heritage University has launched the first edition of its Social Work Department newsletter. This edition features stories showcasing the impactful work happening across the BSW and MSW programs, with contributions from students, agency partners, and volunteers who are making a difference in the community.

One of its key highlights is the Student Spotlight section. Below is a snippet featuring an MSW student whose dedication to social work and education has shaped both their own growth and the community they serve. A link is included below to view the full newsletter.

[Heritage University's Social Work Newsletter](#)

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7



Heritage University is proud to feature one of its inspiring MSW Social Work students, and a dedicated member of the HU community for over 11 years. Currently serving as the Enrollment Services Support Coordinator for the Office of Admissions, this student's journey in social work has been one of faith, growth, and passion for helping others.

After earning a Bachelor of Social Work (BSW) degree in 2015 from Heritage, they embraced numerous roles in admissions. However, their time as a Transfer Admissions Counselor stands out as the most rewarding. This role allowed them to connect with students on a deeper level, advocate for their success, and assist them in navigating their academic journeys. Reflecting on their entry into social work, they credit the extraordinary individuals they encountered in the field for inspiring their commitment to serve.

For this student, the most fulfilling aspect of their education in the Social Work department has been the relationships formed within the program. The cohort model has fostered a sense of community, enabling students to support and uplift one another throughout the program. "We've been able to build a community within our cohort," they shared, emphasizing the camaraderie and encouragement that have made their journey so meaningful.

The program's blend of academic rigor and practical experience has been invaluable in preparing them for real-world challenges. Currently completing their practicum at Toppenish High School, they have been deeply inspired by the dedication of the staff and the opportunity to apply classroom lessons to impactful, hands-on work. "This experience has been truly remarkable," Sergio noted, cherishing the chance to engage with the community and learn from those around them. Looking ahead, this student envisions a career in the education field with a focus on mental health. Their experiences at Heritage, coupled with the practical skills gained through their practicum, have solidified their passion and confidence in this path.

For those considering Heritage University's Master of Social Work program, Sergio offers heartfelt advice:
*"It took me nine years to take a leap of faith and join a graduate-level program that fit my schedule and was close to home. Heritage's MSW program gave me that opportunity. The ability to work full-time, have a strong support system, and benefit from the advanced standing program—which lasts just one year—made all the difference. If you have a bachelor's degree in social work, I encourage you to apply. That year will fly by!"*

*Their story is a testament to the transformative power of education, the importance of community, and the impact of pursuing one's passion. Heritage University's Social Work program continues to shape the lives of students who, in turn, dedicate themselves to bettering the world around them.*



FALL 2024
MSW STUDENT SPOTLIGHT

Heritage.edu

"It took me nine years to take a leap of faith and join a graduate-level program that fit my schedule and was close to home. Heritage's MSW program gave me that opportunity. The ability to work full-time, have a strong support system, and benefit from the advanced standing program—which lasts just one year—made all the difference. If you have a bachelor's degree in social work, I encourage you to apply. That year will fly by!"

SERGIO AVILA

As reported in the IPR, our program has garnered notable attention in the community, as highlighted in an article titled 'Heritage University's Master of Social Work Program Achieves Candidacy Status,' recently published by the *Sunnyside Sun.*"  With candidacy status, students enrolling in the program will automatically be considered as graduates of an accredited program once full accreditation is granted. The faculty's thorough submission of a 225-page document in November, detailing adherence to accreditation standards, followed by a virtual site visit in January, led to this progress. After addressing additional clarifications requested by the CSWE Board of Accreditation, the candidacy status was granted in June. Final benchmark and full accreditation expected by 2026.

Docusign Envelope ID: AF1020BC-A8F8-4310-BF58-6835AA18F9F7

The MSW program emphasizes responsive and community-informed service, with a curriculum that includes specialized courses to prepare graduates to meet the unique needs of the populations they serve. HU is confident in meeting the accreditation timeline, highlighting their strong team and tailored curriculum.