# Attachment D



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF PLANNING, EVALUATION, AND POLICY DEVELOPMENT

April 29, 2025

Teresa Olivera

EDUCATIONAL SERVICE DISTRICT 105

Notice of Non-Continuation of Grant Award

Dear Teresa Olivera:

This letter provides notice that the United States Department of Education has determined not to continue your federal award, S184X220035, in its entirety, effective at the end of your current grant budget period. *See*, *inter alia*, 34 C.F.R. § 75.253(a)(5) and (f)(1).

Continuation requires "a determination from the Secretary that continuation of the project is in the best interest of the Federal Government." *Id*. The Department has undertaken a review of grants and determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration, in that the programs: violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds. The grant is therefore inconsistent with, and no longer effectuates, the best interest of the Federal Government and will not be continued.

Pursuant to 34 C.F.R. § 75.253(g), you may request reconsideration of this decision. To do so, you must submit information and documentation supporting your position, in writing, within 30 calendar days of the date of this non-continuation grant award notice. Requests for reconsideration must be sent by email or first-class mail and addressed to:

>Hayley Sanon
>Acting Assistant Secretary for Elementary and Secondary Education
>Office of Elementary and Secondary Education
>U.S. Department of Education
>OESEGrants@ed.gov
>400 Maryland Ave. SW

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 002

Washington, DC 20202

Your request for reconsideration should set forth your basis for disagreeing with the Department's decision not to make a continuation award and include any relevant supporting documentation. *See* 34 C.F.R. § 75.253(g) and 2 C.F.R. § 200.342. Grantees will not be offered a no-cost extension consistent with the Department's discretionary authority under 34 C.F.R. § 75.253(h) and 2 C.F.R. § 200.308(g)(2).

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Additionally, under 2 C.F.R. § 200.344(b), you are required to submit all final reports by no later than 120 calendar days after the end of the grant period of performance. Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334

Sincerely,

Murray Bessette
Office of Planning, Evaluation, and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*