The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | NO. 2:25-cv-01228-KKE<br><br>DECLARATION OF DR. JENNIFER STUBER |

DECLARATION OF DR. JENNIFER STUBER
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## DECLARATION OF DR. JENNIFER STUBER

I, Jennifer Stuber, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am an Associate Professor at the University of Washington (UW). I am also an Associate Director of the UW SMART Center, and the Director of an Organization called Behavioral Health Crisis Outreach Response and Education or BHCore. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Preliminary Injunction.

### Background

3. I have been an employee at UW for eighteen years. In that time, I have overseen dozens of federal and state grants and contracts focused on bringing behavioral health services into community-based settings for some of our country's most vulnerable citizens including people living with serious mental illnesses and those who are at high-risk for suicide. I take my responsibility for overseeing federal and state dollars, taxpayer dollars, very seriously.

4. I highly value transparency and quality program delivery.

5. As an Associate Professor, I started and directed for 10 years a Center called Forefront Suicide Prevention (www.intheforefront.org) focused on youth suicide prevention in school settings. In this role, I also partnered with organizations supporting 2nd Amendment Rights and with gun shops to develop safety messaging that would resonate with the firearms owning community to prevent firearms suicides. I then brought my school-based suicide prevention work

into a partnership with the UW SMART Center where I am now an associate director because of its strategic relationships with school districts across the Pacific NW (https://smartcenter.uw.edu). Most recently, I founded a center called Behavioral Health Crisis Outreach Response and Education or BHCore (www.bhcore.org) whose mission it is to support frontline responders, including first responders, and the people they serve who are experiencing behavioral health emergencies and complex health care needs in their homes.

6. Prior to working at the UW, I received my bachelor's degree in biology from Cornell University, my Doctorate in Public Health specializing in Health Care Policy from Yale University, and I completed a post-doctoral fellowship at Columbia University.

7. As an Associate Director of the UW SMART Center, I have the honor of leading a project called the Workforce for Student Well-being, WSW, (www.wswinitiative.org) that was terminated by the U.S. Department of Education—Mental Health Service Professional Demonstration Grant (MHSP); Grant Award number S184X220017.

8. The award was terminated 2.5 years before the expected end date.

9. The WSW is one among many grants cancelled by the current Administration related to mental health, particularly those related to school mental health services. Over $1 billion in federal grants for school mental health services were cancelled, which were intended to fund positions like school counselors, social workers and psychologists.

10. This WSW project is in full compliance with the US Department of Education's program rules and regulations. I filed a formal request for reconsideration of this termination on May 22, 2025.On June 17, 2025, I withdrew our request for reconsideration.

11. In my 18 years holding multiple state and federal grants and contracts, I have never had a project funding discontinued or terminated. To my knowledge, prior to 2025, discontinuance

or termination of grants by the federal agencies only occurred in cases of misconduct, typically with prior notice and opportunities to respond and correct any underlying issues.

12. Nevertheless, on April 29, the Department sent notice to UW SMART Center indicating its MHSP award would be discontinued at the end of the grant's current budget period, which is December 31, 2025. Given that the Department originally approved this grant's performance period through December 31, 2027, the University of Washington SMART Center faces a loss of $2,298,723 in prospective funding. The Department's discontinuation notice is attached as **Attachment A**.

13. The notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government." 34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limited its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this notice failed to cite anything regarding UW SMART Center's performance.

14. Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons, claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use

of federal funds." Based on this boilerplate language, UW has no way of knowing which reason(s) applied as the Department's basis for discontinuing the MHSP grant for the WSW.

### The Department's Funding and Discontinuance of WSW

15. The WSW is a Mental Health Service Professional Demonstration Grant (MHSP) program that attracts candidates for school-based mental health professions, including school psychologists, school social workers and school counselors, providing training opportunities for students in rural and other high-needs local educational agencies (LEAs) (also referred to as school districts).

16. Nationally, the MHSP facilitates partnerships between high-need school districts and institutions of higher education, allowing opportunities for practicum instructors and graduate students to learn the advanced skills necessary for working with high need students in schools, and for employees in schools to obtain the required clinical supervision for licensure to increase the number of clinicians who are working in schools thereby, increasing access to mental health services for children and youth.

17. The UW SMART Center applied for a multi-year MHSP grant on November 2, 2022. The UW SMART Center's application is attached as **Attachment B**. In its application, the SMART Center explained that while there is a nation-wide youth mental health crisis, youth in Washington state have higher rates of mental health disorders than the nation. In Washington, 20% of adolescents aged 12–17 have a major depressive episode each year, compared to 16% nationally (SAMHSA, 2021). Washington's Healthy Youth Survey data show one in ten students in 8th, 10th and 12th grades said they had attempted suicide in the past year, while four in ten students in the 10th and 12th grades felt so sad and hopeless that they stopped doing their usual activities (WA State Health Care Authority, 2022). In 2021, the Office of the Washington

State Auditor found an array of challenges in providing consistent, high quality school mental health supports to Washington's students in need. The results of this audit, entitled "*K-12 Student Behavioral Health in Washington: Opportunities to improve access to needed supports and services,*" Office of the State Auditor, 2021 (found at https://sao.wa.gov/sites/default/files/audit_reports/PA_K-12_Student_Behavioral_Health_ar-1028626.pdf), provide the basis for the strategies in the WSW project. The audit details a significant lack of School Mental Health providers in Washington state. For example, in 2024, there were only 300 school social workers for over 1,100,000 K-12 students. Only 32% of schools in Washington State indicated they screened either all or a subset of students to identify behavioral health needs. Lastly, the Washington audit described a linguistic and cultural mismatch between those providing and those seeking effective behavioral healthcare in schools.

18. To address Washington's mental health crisis and meet MHSP program priorities, the SMART Center proposed the following goals for the WSW:

    a. Increase the number of qualified school mental health (SMH) service professionals who work in high-need school districts.

    b. Provide high-quality advanced skills training (called the Community of Practice) for graduate students in the WSW as well as post-graduation support to retain these skilled professionals in schools; and

    c. Train participating high need school districts on effective school mental health practices.

19. On December 23, 2023, the Department awarded The UW SMART Center WA-SMHSP Demonstration Project (Workforce for Student Well-Being Initiative) Award No. S184X220017. The five year performance period for this grant was January 1, 2023–December

31, 2027, and authorized funding for the initial budget period of January 1, 2023–December 31, 2023, for a second-year January 1, 2024–December 31, 2024, and for a third year January 1, 2025–December 31, 2025. All performance requirements for this grant have been met according to a bi-annual review of the WSW by the US Department of Education MHSP program staff. The Grant Award Notification for grant number S184X220017 is attached as **Attachment C**.

20. The UW School of Social Work/SMART Center structured its budgets with the understanding that the Department would make annual continuation awards based on our WSW performance under the MHSP program through the remainder of the project performance period. The UW School of Social Work/SMART Center also structured its budgets with the understanding that, consistent with the project proposals, we would have several years to generate performance results and identify and build relationships with new sources of funding that would allow us to continue WSW following the end of the federally funded performance period.

21. The WSW funds 100 conditional scholarships to graduate students enrolled in six schools of social work across Washington state. These graduate students have demonstrated financial need as determined by the FAFSA. These graduate students win these scholarships based on their demonstrated commitment to working with students in high-need K-12 public and tribal schools for a minimum of two years post-graduation. The salaries for starting school mental health professionals are very low; without conditional scholarships many people who are passionate and adept at working with youth in schools cannot afford to do so because of the high amount of debt that they will incur with low salaries to pay it off. These school professionals will often leave schools to pay off their graduate school debt, seeking employment in private clinical practices where they can make more money. However, schools are the most common and accessible place that students can and do receive mental health services.

22. WSW graduate students win competitive conditional scholarships based on merit. *See* **Attachment D**, WSW Application Criteria. These WSW graduate students receive the scholarship to work in K-12 schools that have high need, which was the direct intention of the bipartisan federal legislation that authorized these grant funds.

23. Since the Department has awarded The University of Washington SMART Center this MHSP grant, the project is on target to meet its stated goals and has gained momentum towards surpassing the original goals of the grant. As of June 2025, the project has recruited and trained 27 graduate students committed to maintaining employment as school social workers in high-need school districts across Washington State and has significantly reduced their debt burden. A recent Washington School Social Worker survey showed that 77% of school social workers reported incurring debt during their graduate school. The project field instructors reported an average debt of $43,000. Fifty percent of WSW program participants report carrying no debt after receiving conditional scholarships, and the other 50% carry an average debt of $24,744.

24. The project is gaining momentum in reaching students who may not have a path towards graduate-level social work practice without the funds from the WSW. For example, 31% of year one cohort were first-generation college students vs. 63% of year two students. Cohorts are increasingly reflective of the communities they serve with better linguistic matches to student populations, increased representation of neurodiversity and disability, and greater representation of people of color. All applicants complete a rigorous application process in which they demonstrate their experience working in schools and their commitment to the field. The number of applications is growing year-over-year and competition for the WSW conditional scholarship spots is high.

25.     In addition to recruiting a diverse and committed workforce, the WSW project has demonstrated an increase in the skills and competencies of participating students as well as field instructors. Graduate students in cohort one and cohort two were administered pre- and post-test surveys measuring competencies in core skills taught through the 40-hour community of practice that is provided to students. Graduate student skills increased by 77%. Field instructors also showed an increase in skills of 15%, and the average growth in skills and competencies was 46% across graduate students and field instructors. The content developed in the community of practice is built on key stakeholder interviews, review of available literature on gaps and needs for the school social work field and informed by the 2023 School Social Work Force Survey developed by the team. Participants report high levels of satisfaction with the WSW training content. *See* **Attachment E**, Evaluation Report.

26.     During year one, the project developed partnerships with an additional school of social work - Heritage University. Through this partnership the project was able to increase the linguistic match between providers and public-school students and further extend its reach into central Washington. With the addition of the sixth school of social work, the total number of students in Washington state who attend high need schools in a district that receives the benefit of a WSW graduate student is 361,278 K-12 students. The WSW graduates to date are spread across 18 high-need school districts, in primary, middle and high schools in rural, urban, and suburban settings.

27.     Beyond the ways we can quantify and measure the project's impact, we can also turn to the voices of the students themselves to understand the impact of the WSW. A conditional scholarship recipient from central Washington said the following: *"I cannot even begin to describe the impact that the WSW has had on my work currently and the impact it will have on my work*

*moving forward. It has lit a fire inside of me, on a level I didn't know existed. As social workers, we often have that fire within us to fight for change, for justice, for humans. I have always been drawn to work with adolescents/teenagers. I never saw myself as someone who had the potential to make a real difference on a system level until now. My thoughts are realistic; I know that change does not happen quickly, and it is often an uphill battle. But I feel inspired to start that journey uphill and know that I have the tools and support from this incredible professional group to do so. I really am so grateful."*

### Harms from the Department's Decision to Discontinue the WSW

28.     The discontinuance of the University of Washington SMART Center's MHSP grant will end the WSW.

29.     Although the University of Washington SMART Center can still access funding through the end of our current budget period on December 31, 2025, the University is already experiencing the harmful effects of this discontinuance. Our partner schools of social work had already selected an incoming cohort of 20 students for the 2025-2026 school year when we received notice that our funds were discontinued. These funding decisions have already been made, and prospective graduate students are counting on these funds. As a result, the graduate education of these 20 students remains in limbo.

30.     Ending the WSW project early means that the WSW will only be able to recruit and train 34 school social workers vs. the intended 100 school social workers from across the state. Fewer conditional scholarship opportunities mean fewer prospective school social workers who can enter the field and support K-12 students in high need school districts. For example, one of our conditional scholarship recipients in our year two cohort was raised working in the fields alongside her parents in the Yakima Valley. She is committed to helping immigrant and Latinx

families feel seen and heard at school and is taking what she learned in the WSW training to tackle attendance issues among migrant youth. Without the conditional scholarship program, it's unlikely as a single mother of three that she could have pursued her degree, much less received the specialized training to utilize with the community she serves. Another student who received conditional funding completed her practicum hours in a school district as a Native Education Liaison. When she began her position the district leadership told her there were likely 40 Native youth enrolled in the local school district of 18,000. Through her hard work, patience, and collaborative community outreach efforts, this WSW graduate student was able to engage and enroll over 400 K-12 students in Tribal school this school year. Without funding for her graduate education and mentorship from the WSW project staff, it's unlikely she would have found her way to working in the field as a school social worker and helped these 400 K-12 previously unenrolled students access education.

31. The early termination of the WSW project will also have a negative impact on the 34 students who will not receive post-graduation support. The WSW project aims to support students in finding and securing post-graduation employment in high-needs LEAs. 92% of year one cohort members received post-graduation support from project staff. 75% received support in the form of support finding employment (mock interviews, reviewing resumes, providing references, identifying qualifying jobs across the state). The WSW provides free licensure supervision towards the goals of helping students generalize skills learned in the advanced skills training to real-world scenarios as well as combatting challenges of retention in school mental health practice by providing additional support. 67% of cohort one participants received licensure supervision and 58% participated in group consultation and training through the Project ECHO model. *See* **Attachment F**, outline of Project ECHO model. Participants in WSW Project ECHO

were satisfied with the sessions (91%), agreed that the topics were helpful (87%), and agree that the sessions contributed to their understanding of the topics (88%). *See* **Attachment E**, Evaluation Report.

32.     The premature termination of the WSW award allows less time to collect data on outcomes related to wages, debt, delivery of skills training, issues of retention in school social work practice, and impact of post-graduation supports. These data collection efforts can help move the workforce development field and the school-based mental health field forward for years to come.

33.     Finally, the premature termination of the WSW will also make it impossible to monitor and reverse situations of potential default. WSW students are required to work for a minimum of two years in a high-need school district. Early termination of this grant will make it impossible for WSW project staff to monitor if these graduate students dispatch the terms of their conditional scholarships and to assess if they remain in schools beyond their contractual obligation.

34.     The early termination of the WSW project will mean employment termination for multiple program staff who have been working diligently on this project since its inception with plans to continue until the end of the program's grant cycle. One employee has already been laid off because of the termination of the WSW. It is anticipated that one more project staff will be laid off and three more project staff will be furloughed at the end of the current grant period (December 31, 2025).

35.     If the grant termination is not rescinded, there is no way to recover lost time or to restore continuity to the WSW once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training. The livelihoods of 100 graduate students are literally at stake.

## Conclusion

35. The discontinuances of WSW grant undermine what is best for K-12 students across WA State; as well as the US of Education's Department's "mission to ensure equal access to education and to promote educational excellence throughout the Nation." 20 U.S.C. § 1228a(a). These grant discontinuances make it harder to train and secure talent and to fund clinicians in schools so that our children may access mental health services. To meet budgetary deadlines, UW and its partners are making difficult decisions in the next few weeks and are already in the process of terminating staff positions that support these programs and informing graduate students that they have lost significant tuition assistance. This harm is ongoing and will be irreparable if it is not stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 27 day of June 2025, in Seattle, Washington.

DR. JENNIFER STUBER, Ph.D.
Associate Professor, University of Washington