# Attachment D



**Workforce for Student Well-being (WSS)**
**Graduate Student Application Tool (04/30/25)**

The *Workforce for Student Well-being (WSW) Initiative* is a statewide, collaborative strategy to increase the number, diversity, and advanced skills of school social workers working in Washington schools.

Below are the criteria for selecting *Workforce for Student Well-being (WSW) Initiative* conditional scholarship recipients. This form is for internal use and includes an optional section to guide your selection process.

| Applicant Characteristics | Rating Value |
|---|---|
| **Commitment to school mental health**<br>-description of past experience working with youth and families<br>-identification of practice skills that the student hopes to develop<br>-stated interest and/or plan for future employment as a school social worker | 3) Included all 3 elements<br>2) Included 2 elements<br>1) Included 1 element<br>0) Included none of the elements |
| **Experience with and commitment to working with diverse communities**<br>-demonstrated experience working with diverse populations<br>-description of lived experience of diversity<br>-stated intention of working with diverse populations | 3) Included all 3 elements<br>2) Included 2 elements<br>1) Included 1 element<br>0) Included none of the elements |
| **Financial need**<br>-described financial need status<br>-explained how conditional scholarship will assist with financial need<br>-described a unique situation/hardship | 3) Included all 3 elements<br>2) Included 2 elements<br>1) Included 1 element<br>0) Included none of the elements |
| **Post-graduation employment**<br>-previous experience working with children and families<br>-specialized training at a high-need local education agency<br>-stated intention of working as a school social worker (post-graduation) in a high-need public or tribal school supporting K-12 students | 3) Included all 3 elements<br>2) Included 2 elements<br>1) Include 1 element<br>0) Included none of the elements |
| Total Score =<br>Maximum Score =12 | |

| | |
|---|---|
| **Academic Strengths/GPA** | 4) 4.0-3.8<br>3) 3.7-3.5<br>2) 3.4-3.2<br>1) 3.2 or below |
| **Letter of recommendation** | 2) Student described as highly favorable<br>1) Student described as neutral<br>0) Student described as unfavorable<br>0) Letter not provided |
| Total Score =<br>Maximum Score =6 | |

*workforceforstudentwell-beingstudentapplicatincriterialtool0324*