# Attachment E



# 2024-25 CoP Evaluation
## Executive Summary

**Background**

The Workforce for Student Wellbeing (WSW) seeks to improve the well-being of Washington's K-12 students by increasing staff, expanding diversity, and advancing the skills of the school behavioral health workforce. Beginning in Fall 2023, the WSW has supported **77 skilled social work professionals** through a four-phased approach: Recruit, Educate, Support, and Retain. This evaluation includes key findings about the impact of each WSW strategy in the 2024-2025 school year.

**Key Findings**

*Recruit*: In total, **37 Masters of Social Work students** were recruited from six universities across all regions of WA State (13 in year 1, 24 in year 2). The demographic characteristics of these students include an average age of 28, primarily female gender-identities (95%), about half of BIPOC race/ethnicity (54%), and first-generation college students (51%). **26 Masters-level practicum field instructors** worked with these students, with an average of 5 years of supervision experience.

*Educate*: Just as was provided in year 1, the 2024-25 Community of Practice (CoP) brought together the second cohort of 24 WSW students and 14 instructors for a 2-part, **20 session virtual learning series followed by a 2-day, in-person retreat**. Part 1 covered systems-level models for addressing school-based behavioral healthcare needs in a social work context. Part 2 explored innovations and interventions related to common topics in school social work practice. The retreat offered training on suicide prevention, adolescent trauma intervention, and Educational Staff Associate Certificate training. Aggregate results indicate participants found the CoP to be both high-quality and effective. On average, participants reported the CoP was **well organized (9.1/10)**, the learning objectives were **important to their current roles (8.4/10)**, the CoP was **delivered with inclusive methods (8.8/10)**, and they experienced **positive impacts to their work (2.3/3)**. They also reported **increasing competence with the materials and tools presented by 41%**. In open-ended comments, participants highlighted how the CoP enhanced their understanding of school behavioral health systems and increased confidence in their ability to make a larger impact within school systems and communities.

*Support*: In addition to aiding in job placement and providing 1:1 supervision, starting in January 2025, the WSW launched a free ECHO group clinical supervision program for participants to continue their professional development and help reduce barriers to clinical licensure. ECHO includes **10, 75-minute virtual sessions** on key topics for school social workers in a collaborative learning community. **16 participants** took part in 2024-25 (including 8 WSW cohort 1 student graduates and 3 instructors). According to a follow-up survey in Spring 2025, **80% of cohort 1 student graduates are currently pursuing a license or certificate** required in their current position (ESA, LICSW, or LSWAIC) and **92% are receiving post-graduation support** from WSW program staff, including: support with finding employment (75%), licensure supervision (67%), and participating in project ECHO (58%). For the Project ECHO participants, **91% report being satisfied with the ECHO sessions**, 87% agree the training topics were useful, and 88% agree the sessions contributed to their understanding of the topics.

*Retain*: The initial cohort of 13 WSW student graduates included **10 successfully hired in high-need LEAs**. Three students requested one-year deferment and are receiving 1:1 post-graduation supports to help gain employment.

*More information about the evaluation methods used as well as selected item-level ratings and qualitative comments, are presented below for additional review.*

## Methods

*Community of Practice:* To measure the impact of the CoP, the Impact of Training and Technical Assistance (IOTTA) was collected during sessions 10 and 20. The IOTTA assesses participant competency and confidence in applying new skills, training organization, presenter credibility, and perceived impacts on participants' work. In 2024-25, 40 WS Cohort 2 participants (24 Students and 16 Instructors) responded and aggregate ratings were analyzed. In 2023-24, 21 WSW Cohort 1 participants (12 WSW Students and 9 Instructors) responded and aggregate ratings were analyzed.

*Post-Graduation Support*: All 13 students from WSW cohort 1 were surveyed in Spring 2025 to follow-up about the impact the WSW has had on their career and ask what supports they continue to receive from the WSW team. For Project ECHO, each session was surveyed using an existing measure which includes ratings of satisfaction, usefulness, complexity, impact to knowledge, and confidence/likelihood of using knowledge gained.

---

*Community of Practice Evaluation Results - All Participants and Comparison of Cohort 1 and Cohort 2*

**Competence Change** *Prior competence: Before the CoP, what level of competence did you have with the information, tools, and/or skills described in the learning objectives? | Current competence: Given what you learned in the CoP, what do you think your level of competence with the information, tools, and/or skills described is now?*



**Training Quality Ratings** *Organization: Overall, how well organized and coherent was the CoP? | Interest: Overall, did you find that the CoP held your attention? | Credibility: To what extent did you find the presenters credible in terms of being fully competent and having a high level of expertise relevant to helping CoP participants achieve the learning objectives?*



**Training Inclusivity Ratings** *Inclusive content: From your perspective, to what extent did this CoP address any racial, ethnic, and/or social justice concerns related to the CoP topic(s)? | Inclusive delivery: From your perspective, to what extent was the CoP delivered in a racially/ethnically/socially conscious manner?*



**Practical Application Ratings** *Importance: In your current role, how important is it for you to be competent in the information, tools, and/or skills described in the learning objectives? | Level of impact: What level of impact do you think that this CoP will contribute to in your work over the coming months? | Change from practice: How different is what you learned in this CoP from how you currently approach your work? | Applying your learning: How confident are you that you will be able to integrate the new information, tools and/or skills you learned from the CoP into your work within the next two months?*



**Type of impact** *Type of impact: How will what you learned/gained from this CoP impact... How you understand students' needs | What you do to address students' needs | How you interact with students | How you collaborate with your colleagues | How you collaborate with other organizations in the community*



## The information from the CoP I found most useful was…

*Cohort 2:*
**Sessions 1-10**: "I had no idea that there was such a lack of social workers in schools, along with no universal screening or any curriculum for SW to follow - it just feels like it's not as organized and structures as it should or could be. I also found that chart on clarifying roles between SW, counselor, psychologist and nurse to be super useful because one school that I intern at has all 4 of these and sometimes there's an overlap or conflict that occurs due to not everyone being clear on their role."
**Sessions 11-20**: "Real life case examples about students with various needs, with diverse backgrounds and in diverse settings that impact them one way or another. Collaboration around how to increase their chances of success."

*Cohort 1:*
**Sessions 1-10**: "I found the information provided each week incredibly helpful and enlightening. For me to fully understand something on the ground level, I need to see the whole picture, the overarching system. In school, we do not spend a concentrated amount of time on anything really, especially in an advanced generalist program. CoP provided insight into the not only students and families, but the schools, districts, Washington State and the country as a whole."
**Sessions 11-20**: "It would be impossible for me to list just one thing here. When I look back at the content of WSW, everything in the second half was profoundly useful. Working in a higher needs school, so much of my time and my colleagues time is centered around behavior. I looked forward to CoP each week, knowing that I would learn something that pertained to my role in schools. It was amazing! If anything I was disappointed when it was cut short or we didn't have time to discuss more."

## During the CoP, I wish I received…

*Cohort 2:*
**Sessions 1-10**: "More information on how to juggle all the micro/mezzo/macro information and what human social workers are actually able to focus on at a realistic capacity to prevent burnout in this field."
**Sessions 11-20**: "I wish I would have received more case studies, interventions, or information on how to collaborate with or navigate parents/guardians who are not willing to be involved with student or school."

*Cohort 1:*
**Sessions 1-10**: "During the CoP, I believe I would have benefitted from more time to network with professionals. Maybe additional breakout rooms to just meet with the presenters."
**Sessions 11-20**: "I think it would be great to emphasize that every social worker in a school system may have a different set of job expectations than someone else. Some may do 504s, attendance, others may be purely behavioral support, while some are teaching small groups while helping with IEP supports. There are others that are purely clinical and that means they do something completely different. It is hard to pinpoint what we specifically do, because we do it all! :)"

## Specific Impact: What, specifically, is the major impact you anticipate this CoP having on your work?

*Cohort 2:*
**Sessions 1-10**: "I feel that the most major impact that this CoP will have on my work is my self confidence in my abilities as a professional. I have such a deeper understanding in the value and importance of my role as a school social worker and will be better able to advocate for myself and my students."
**Sessions 11-20**: "I think this CoP will impact my ability to effectively help students in schools, will help me find a job and receive supervision, and will allow me to share best practices with school staff and families on ways to assist diverse student populations"

*Cohort 1:*

**Sessions 1-10**: "I cannot even begin to describe the impact that CoP and WSW has had on my work currently and the impact it will have on my work moving forward. It has a lit a fire inside of me, on a level I didn't know existed. As social workers, we often have that fire within us to fight for change, for justice, for humans. I have always been drawn to work with adolescents/teenagers. I never saw myself as someone who had the potential to make a real difference on a system level until now. My thoughts are realistic, I know that change does not happen quickly and it is often an uphill battle. But I feel inspired to start that journey uphill and know that I have the tools and support from this incredible professional group to do so. I really am so grateful."

**Sessions 11-20**: "When I first started my graduate studies, I was primarily focused on the pursuit of my clinical license. I have always wanted to work with adolescents, teens and young adults. Being part of a school system has been my direction from the beginning. CoP has inspired me to pursue more than just working with individuals. It has given me the confidence and knowledge to believe I can have a much larger impact on how we work within our school systems and communities. As a social worker doing clinical work with students, my focus is the student. But CoP has given me additional insight to work with students inside multiple other systems that I didn't fully understand previously. Knowledge is power in this line of work. The more people you can connect with, the more resources you have available to help our students. We all need to be working smarter and TOGETHER to make real change. I am forever changed because of this experience with the WSW. Thank you for giving me this opportunity and hope there will continued connections made throughout my future work in schools."

*Post-Graduation Support Evaluation Results*

## Cohort 1 Student Follow-up Survey Results

**Are you currently pursuing a license?**

| Field | | Choice Count |
|---|---|---|
| Yes | 80% | 8 |
| No | 20% | 2 |
| Total | | 10 |

**To what extent has the post-graduation and employment support from WSW Program Staff helped prepare you for your current role or future role?**

| Field | | Choice Count |
|---|---|---|
| Not at all | 0% | 0 |
| Slightly well | 8% | 1 |
| Moderately well | 23% | 3 |
| Very well | 31% | 4 |
| Extremely well | 38% | 5 |
| Total | | 13 |

**What post-graduation and employment support have you received/are you currently receiving from the WSW Program Staff?**

| |
|---|
| Support with finding employment |
| Support with finding employment |
| Receiving licensure supervision, Attending project ECHO professional development |
| Support with finding employment, Receiving licensure supervision, Attending project ECHO professional development |
| Support with finding employment, Receiving licensure supervision |
| Support with finding employment, Receiving licensure supervision, Attending project ECHO professional development |
| Attending project ECHO professional development |
| Support with finding employment, Receiving licensure supervision, Attending project ECHO professional development |
| Support with finding employment |
| Support with finding employment, Receiving licensure supervision, Attending project ECHO professional development |
| Support with finding employment, Receiving licensure supervision |
| Receiving licensure supervision, Attending project ECHO professional development |

## Project ECHO Post-Session Evaluation Results

| Field | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
|---|---|---|---|---|---|
| Overall, I'm satisfied with this ECHO session. | 1% | 0% | 7% | 43% | 49% |
| This training topic was useful to me. | 1% | 2% | 10% | 40% | 46% |

| | | | | | |
|---|---|---|---|---|---|
| This ECHO session has contributed to my understanding of this topic. | 1% | 0% | 11% | 43% | 45% |

## Session Content - I thought the session content was:

| Field | Percentage |
|---|---|
| Too easy | 6% |
| Just right | 94% |
| Too complex | 0% |

## How would you rate your knowledge of the session content...

| Field | Not at all Knowledgeable | Slightly Knowledgeable | Moderately Knowledgeable | Very Knowledgeable | Extremely Knowledgeable |
|---|---|---|---|---|---|
| ...BEFORE this ECHO session? | 5% | 20% | 61% | 12% | 2% |
| ...AFTER this ECHO session? | 0% | 1% | 50% | 43% | 6% |

## How likely are you to use the knowledge you have gained in this ECHO session?

| Field | Percentage |
|---|---|
| Not at all likely | 0% |
| Slightly likely | 2% |
| Moderately likely | 21% |
| Very likely | 52% |
| Extremely likely | 24% |

## How confident are you that you will be able to implement the information from this ECHO session?

| Field | Percentage |
|---|---|
| Not at all confident | 1% |
| Slightly confident | 8% |
| Moderately confident | 33% |
| Very confident | 45% |
| Extremely confident | 12% |