# Attachment F



# Workforce for Student Well-being Project ECHO

January 2025 | Ten, 75-Minute Sessions

The Workforce for Student Wellbeing (WSW) ECHO is a virtual learning network designed to connect school social workers across Washington with each other and a team of experts. Developed in 2003 by Dr. Sanjeev Arora at the University of New Mexico to provide remote training for rural healthcare providers, the ECHO model has since expanded globally to include fields like education, social work, and law enforcement. WSW ECHO, one of over 1,000 global hubs, offers free group clinical supervision to reduce barriers to clinical licensure.

Starting in January 2025, the WSW Project ECHO will feature ten 75-minute sessions on key topics. Participation in the Workforce for Student Wellbeing (WSW) Project ECHO is free and will provide group clinical supervision for participants to help reduce barriers to clinical licensure. The ECHO model is built on the principles of interdisciplinary collaboration, resource sharing, and best practice dissemination. Unlike traditional webinars, where information flows one way from the expert to the participants, ECHO promotes a bidirectional exchange of knowledge, where participants learn from both subject matter experts and each other through shared experiences.

Research shows that Project ECHO is an effective professional development tool for school professionals, fostering engagement, community building, and active participation in clinical discussions.

**While adaptable to participants' needs, the traditional ECHO model includes the following components:**

- **Hub:** An interdisciplinary team of experts who guide the series' development, participate in Q&A, and may present case studies.

- **Participants:** Active contributors in the "All Teach, All Learn" model, sharing experiences and offering recommendations.

- **Didactic:** Short lectures (15-30 minutes) delivered by hub members or guest speakers, often supported by visual aids.

- **Case-Based Learning:** Case-based learning may involve traditional medical cases (using de-identified patient information), problem-solving scenarios (e.g., systems change, "what-if" situations), or experiential learning (e.g., stories, personal perspectives) with a focus on interactive discussion and shared insights.

Project ECHO aligns with the WSW initiative by enhancing skill development and retention in school-based mental health services. Ongoing learning opportunities keep professionals engaged and motivated, while the collaborative environment fosters a supportive community. This combination of continuous education and strong community ties attracts and retains a diverse workforce, leading to more effective and culturally responsive services for students in Washington State.

[1] The echo model. Project ECHO. (2024, July 11). https://projectecho.unm.edu/model/

[2] Dahl, E., Sturges, H. A., Smith, O. K., Hardesty, C., Root-Elledge, S., Zlatkovic, S., & Moody, E. J. (2023). The use of the echo modelTM for Education as an innovative approach to educator professional development. Frontiers in Education, 8. https://doi.org/10.3389/feduc.2023.1151915

wswinitiative.org | wswinitiative@uw.edu



