The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | NO. 2:25-cv-01228-KKE<br><br>INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR: August 5, 2025<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION INDEX
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| ECF | Declarant's Name | Exhibit Attachments | Plaintiff State |
|---|---|---|---|
| 50 | AAG Ellen Range | Attachments A–R | WA |
| 51 | Kristin Baranski | Attachment A | CA |
| 52 | Jack Bareilles | Attachments 1–2 | CA |
| 53 | Dr. Gloria E. Ciriza | Attachments A–E | CA |
| 54 | Joel Cisneros | Attachments A–C | CA |
| 55 | Karen DeOrian | Attachments A–C | CA |
| 56 | Andrew Furedi | Attachments A–C | CA |
| 57 | Julie Giannini-Previde | Attachments 1-2 | CA |
| 58 | *Order Granting Motion for Overlength Brief* | | |
| 59 | Janee Both Gragg, Ph.D | Attachments A–C | CA |
| 60 | Tim A. Hire | Attachments A–D | CA |
| 61 | Jason Iversen | Attachments A–C | CA |
| 62 | Jamie Jensen | Attachments A–D | CA |
| 63 | Chandra Khan, Ph.D. | Attachments A–B | CA |
| 64 | Carolyn Kleinsmith | Attachment A | CA |
| 65 | Kerri Knight-Teague | Attachments A–C | CA |
| 66 | Dr. Lisa Miller (MHSP) | Attachments A–B | CA |
| 67 | Dr. Lisa Miller (SBMH) | Attachments A-B | CA |
| 68 | Gayle Nadler | Attachments A–C | CA |
| 69 | Nicola Parr | Attachments 1–3 | CA |

DECLARATION INDEX
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| ECF | Declarant's Name | Exhibit Attachments | Plaintiff State |
|---|---|---|---|
| 70 | Catherine Draper Rodriguez | Attachments A–C | CA |
| 71 | Heather Chamberlin Scholle | Attachments A–C | CA |
| 72 | Molly Strear | Attachments A–D | CA |
| 73 | Dr. David M. Totson, Sr., (MHSP) | Attachments A–D | CA |
| 74 | Dr. David M. Totson, Sr., (SBMH) | Attachments A–D | CA |
| 75 | Jacqueline R. Anderson, Ph.D., NCSP, LP  David Hulac, Ph.D., NCSP, LP (CRiSP) | Attachments A–C | CO |
| 76 | Jacqueline R. Anderson, Ph.D., NCSP, LP  David Hulac, Ph.D., NCSP, LP (TiSP) | Attachments A–C | CO |
| 77 | Kenneth Christensen | Attachments 1–3 | CO |
| 78 | Corinne Lengsfeld | Attachments 1–4 | CO |
| 79 | Emily Matuszewicz | Attachments A–B | CO |
| 80 | Danielle Ongart | Attachments A–C | CO |
| 81 | Dr. Laura Curran | Attachments A–C | CT |
| 82 | Dr. Miguel Garcia-Diaz | Attachments A–C | DE |
| 83 | Richard Mocarski | Attachments A–D | IL |
| 84 | Dr. Tony Sanders | Attachments A–F | IL |
| 85 | Denise Barton | Attachments A–B | MA |
| 86 | Guy Alain Amoussou, Ph.D. | Attachments A–C | MD |
| 87 | Jodi J. Frey, Ph.D., LCSW-C | Attachments A–C | MD |

DECLARATION INDEX  
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
206-464-7744

| ECF | Declarant's Name | Exhibit Attachments | Plaintiff State |
|---|---|---|---|
| 88 | Dr. Megan Welter | Attachments A–C | ME |
| 89 | Scott Hutchins | Attachments A–C | MI |
| 90 | Jamie Owen-DeSchryver, Ph.D. | Attachments 1–4 | MI |
| 91 | Laura Gilge | Attachments A–C | MI |
| 92 | Christy McGill | Attachment A | MI |
| 93 | Luann Kida | Attachments A–B | NY |
| 94 | Naorah Rimkunas | Attachments A–F | NY |
| 95 | Katie Stalker, MSW, Ph.D. | Attachments A–C | NY |
| 96 | Michelle S. Storie, Ph.D. | Attachments A–C | NY |
| 97 | Richard A. Tankersley | Attachments A–C | OR |
| 98 | Irem Tumer | Attachments 1–9 | OR |
| 99 | Rosemary Reilly-Chammat, Ed.D | Attachments A–D | RI |
| 100 | Denise Dishongh | Attachments A–C | WA |
| 101 | Dr. Laura L. Feuerborn | Attachments A–B | WA |
| 102 | Natalie Gustafson | Attachments A–E | WA |
| 103 | Emily Nelson | Attachments A–D | WA |
| 104 | Dr. Jennifer Stuber | Attachments A–F | WA |
| 105 | Katie Eklund | Attachments A–D | WI |
| 106 | Susan Piazza | Attachments A–B | WI |

DECLARATION INDEX
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

1 | DATED this 8th day of July 2025.

| | |
|---|---|
| | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>*/s/ Ellen Range*<br>ELLEN RANGE, WSBA #51334<br>JENNIFER K. CHUNG, WSBA #51583<br>LUCY WOLF, WSBA #59028<br>Assistant Attorneys General<br>CYNTHIA ALEXANDER, WSBA #46019<br>Deputy Solicitor General<br>Complex Litigation Division<br>Washington State Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>206-464-7744<br>Ellen.Range@atg.wa.gov<br>Jennifer.Chung@atg.wa.gov<br>Lucy.Wolf@atg.wa.gov<br>Cynthia.Alexander@atg.wa.gov<br><br>*Attorneys for State of Washington* |
| ROB BONTA<br>Attorney General of California<br><br>*/s/ Crystal Adams*<br>CRYSTAL ADAMS*<br>Deputy Attorney General<br>NELI PALMA*<br>Senior Assistant Attorney General<br>KATHLEEN BOERGERS*<br>Supervising Deputy Attorney General<br>KATHERINE MILTON*<br>Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>916-210-7522<br>Crystal.Adams@doj.ca.gov<br>Neli.Palma@doj.ca.gov<br>Kathleen.Boergers@doj.ca.gov<br>Katherine.Milton@doj.ca.gov<br><br>*Attorneys for State of California* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>IAN R. LISTON*<br>Director of Impact Litigation<br>JENNIFER-KATE AARONSON*<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>Vanessa.Kassab@delaware.gov<br>Jennifer.Aaronson@delaware.gov<br>Ian.Liston@delaware.gov<br><br>*Attorneys for the State of Delaware* |

| | | |
|---|---|---|
| 1 | WILLIAM TONG<br>Attorney General of Connecticut | PHILIP J. WEISER<br>Attorney General of Colorado |
| 2 | | |
| 3 | /s/ Andrew Ammirati<br>ANDREW AMMIRATI | /s/ Sarah H. Weiss<br>SARAH H. WEISS |
| 4 | Assistant Attorney General<br>165 Capitol Ave | Senior Assistant Attorney General<br>Colorado Department of Law |
| 5 | Hartford, CT 06106<br>860-808-5090 | Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor |
| 6 | Andrew.Ammirati@ct.gov | Denver, CO 80203<br>720-508-6000 |
| 7 | Attorney for State of Connecticut | Sarah.Weiss@coag.gov |
| 8 | | Attorney for State of Colorado |
| 9 | | |
| 10 | KWAME RAOUL<br>Attorney General of Illinois | AARON M. FREY<br>Attorney General of Maine |
| 11 | /s/ Emily Hirsch | /s/ Sarah A. Forster |
| 12 | EMILY HIRSCH*<br>Assistant Attorney General | SARAH A. FORSTER<br>Assistant Attorney General |
| 13 | Office of the Illinois Attorney General<br>115 S. LaSalle St | Office of the Attorney General<br>6 State House Station |
| 14 | Chicago, IL 60603<br>773-835-0148 | Augusta, ME 04333-0006<br>207-626-8800 |
| 15 | Emily.Hirsch@ilag.gov | Sarah.Forster@maine.gov |
| 16 | Attorney for State of Illinois | Attorney for the State of Maine |
| 17 | | |
| 18 | ANTHONY G. BROWN<br>Attorney General of Maryland | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts |
| 19 | /s/ Michael Drezner | /s/ Katherine Dirks |
| 20 | MICHAEL DREZNER*<br>Senior Assistant Attorney General | KATHERINE DIRKS<br>Chief State Trial Counsel |
| 21 | Office of the Attorney General<br>200 Saint Paul Place, 20th Floor | YAEL SHAVIT<br>Chief, Consumer Protection Division |
| 22 | Baltimore, Maryland 21202<br>410-576-6959 | Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108 |
| 23 | Mdrezner@oag.state.md.us | 617-963-2277<br>Katherine.Dirks@mass.gov |
| 24 | Attorney for State of Maryland | Yael.Shavit@mass.gov |
| 25 | | Counsel for the Commonwealth of Massachusetts |
| 26 | | |

DECLARATION INDEX
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | | |
| 3 | /s/ Rabia Muqaddam<br>RABIA MUQADDAM* | /s/ Aletheia V.P. Allen<br>ALETHEIA V.P. ALLEN |
| | Special Counsel for Federal Initiatives | Solicitor General |
| 4 | MARK LADOV<br>Special Counsel | LAWRENCE M. MARCUS<br>Assistant Solicitor General |
| 5 | 28 Liberty Street | New Mexico Department of Justice |
| | New York, NY 10005 | 201 Third St. NW, Suite 300 |
| 6 | 212-416-8240 | Albuquerque, NM 87102 |
| | Rabia.Muqaddam@ag.ny.gov | 505-527-2776 |
| 7 | Mark.Ladov@ag.ny.gov | Aallen@nmdoj.gov |
| | | lmarcus@nmdoj.gov |
| 8 | *Attorneys for the State of New York* | |
| | | *Attorneys for State of New Mexico* |
| 9 | | |
| 10 | | |
| 11 | DANA NESSEL<br>Attorney General of Michigan | AARON FORD<br>Attorney General of Nevada |
| 12 | /s/ Neil Giovanatti | /s/ Heidi Parry Stern |
| | NEIL GIOVANATTI | HEIDI PARRY STERN* |
| 13 | Assistant Attorney General | Solicitor General |
| | Michigan Department of Attorney General | Office of the Nevada Attorney General |
| 14 | 525 W. Ottawa | 1 State of Nevada Way, Suite 100 |
| | Lansing, MI 48909 | Las Vegas, NV 89119 |
| 15 | 517-335-7603 | 702-486-3420 |
| | GiovanattiN@michigan.gov | HStern@ag.nv.gov |
| 16 | | |
| 17 | *Attorney for the People of Michigan* | *Attorney for State of Nevada* |
| 18 | | |
| 19 | DAN RAYFIELD<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 20 | /s/ Coby Howell | /s/ Kyla Duffy |
| | COBY HOWELL* | KYLA DUFFY |
| 21 | BRIAN SIMMONDS MARSHALL* | Special Assistant Attorney General |
| | Senior Assistant Attorneys General | 150 South Main Street |
| 22 | Trial Attorneys | Providence, RI 02903 |
| | Oregon Department of Justice | 401-274-4400, Ext. 2809 |
| 23 | 100 SW Market St. | Kduffy@riag.ri.gov |
| | Portland, OR 97201 | |
| 24 | 971-673-1880 | *Attorney for State of Rhode Island* |
| | Coby.Howell@doj.oregon.gov | |
| 25 | Brian.S.Marshall@doj.oregon.gov | |
| 26 | *Attorneys for State of Oregon* | |

| | |
|---|---|
| 1 | JOSHUA L. KAUL |
|   | Attorney General of Wisconsin |
| 2 | |
|   | /s/ Frances Reynolds Colbert |
| 3 | FRANCES REYNOLDS COLBERT |
|   | Assistant Attorney General |
| 4 | Wisconsin Department of Justice |
|   | Post Office Box 7857 |
| 5 | Madison, Wisconsin 53707-7857 |
|   | 608-266-9226 |
| 6 | Frances.Colbert@wisdoj.gov |
| 7 | *Attorney for State of Wisconsin* |
| 8 | *Pro hac vice pending |

| | |
|---|---|
| DECLARATION INDEX<br>NO. 2:25-cv-01228-KKE | 8 |

ATTORNEY GENERAL OF WASHINGTON<br>Complex Litigation Division<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744