The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | NO. 2:25-cv-01228-KKE <br><br> NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION PURSUANT TO LCR 3(h) |

Pursuant to LCR 3(h), Plaintiff States of Washington, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Commonwealth of Massachusetts, the People of the State of Michigan, New Mexico, New York, Nevada, Oregon, Rhode Island, and Wisconsin (Plaintiff States), hereby notify the Court of two pending actions in other jurisdictions that involve part of the same subject matter and substantially the same Defendants as this case.

In the first action, *Board of Education for the Silver Consolidated Schools v. Linda McMahon, et al.*, No. 1:25-cv-00586 (D.N.M.), one New Mexico school district sued the Department of Education, Secretary Linda McMahon, and President Donald Trump. This suit challenges various agency actions (including President Trump's anti-DEI Executive Order) resulting in the Department of Education's discontinuation of federal funding for mental health programs–the same federal funding at issue in Plaintiff States' action–but only on behalf of one

NOTICE OF PENDENCY OF OTHER
ACTION IN ANOTHER JURISDICTION
PURSUANT TO LCR 3(h)
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

New Mexico school district, rather than many Plaintiff States. The School District seeks a declaratory judgment regarding the termination regulations, 2 C.F.R. § 200.340(a)(4) (2024) and/or 2 C.F.R. § 200.340(a)(2) (2020), rather than the continuation regulation, 34 C.F.R. § 75.253, at issue in the instant action. The School District also alleges violations of the First Amendment of the United States Constitution (Free Speech and Free Association); the Fifth Amendment of the United States Constitution (Due Process and Void for Vagueness); the Spending Clause of the United States Constitution, U.S. Const. art. I, § 8, cl. 1; the Administrative Procedures Act, 5 U.S.C. § 706(2)(A) (Arbitrary and Capricious, Abuse of Discretion, and Contrary to Law); as well as an *ultra vires* allegation.

In the second action, *NAACP v. United States*, No. 8:25-cv-00965-JRR (D. Md.), Plaintiffs are the NAACP, individual parents, and several labor and education unions who sued the Department of Education, Secretary Linda McMahon, and the United States of America. The case challenges the dismantling of the United States Education Department. Plaintiffs' Amended Complaint has added allegations regarding Defendants' discontinuation of federal funding for mental health programs. *See id.*; Dkt. # 58 ¶¶ 54, 134-39, 145-46. The suit alleges a violation of the Take Care Clause, U.S. Const. art. II, § 3; the Appropriations Clause, U.S. Const. art. I, § 9, cl. 7; the Spending Clause, U.S. Const. art. I, § 8, cl. 1; Separation of Powers; the Administrative Procedures Act, 5 U.S.C. § 706(2)(A)-(C); as well as an *ultra vires* allegation.

Plaintiff States do not believe that transfer should be effected pursuant to 28 U.S.C. § 1407 at this time. Sufficient distinctions exist among the actions to counsel against transfer or consolidation. It is possible that some consideration of the progression of these other actions, (such as synchronization of case schedules and discovery), could avoid conflicts, conserve resources and promote an efficient determination of the actions, due to the likelihood of some common questions of fact and law.

NOTICE OF PENDENCY OF OTHER
ACTION IN ANOTHER JURISDICTION
PURSUANT TO LCR 3(h)
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

DATED this 8th day of July 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

NOTICE OF PENDENCY OF OTHER
ACTION IN ANOTHER JURISDICTION
PURSUANT TO LCR 3(h)
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

| | |
|---|---|
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Andrew Ammirati<br>ANDREW AMMIRATI<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>860-808-5090<br>Andrew.Ammirati@ct.gov<br><br>Attorney for State of Connecticut | PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Sarah H. Weiss<br>SARAH H. WEISS<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov<br><br>Attorney for State of Colorado |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Emily Hirsch<br>EMILY HIRSCH*<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St<br>Chicago, IL 60603<br>773-835-0148<br>Emily.Hirsch@ilag.gov<br><br>Attorney for State of Illinois | AARON M. FREY<br>Attorney General of Maine<br><br>/s/ Sarah A. Forster<br>SARAH A. FORSTER<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>Sarah.Forster@maine.gov<br><br>Attorney for the State of Maine |
| ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ Michael Drezner<br>MICHAEL DREZNER*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us<br><br>Attorney for State of Maryland | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>/s/ Katherine Dirks<br>KATHERINE DIRKS<br>Chief State Trial Counsel<br>YAEL SHAVIT<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov<br><br>Counsel for the Commonwealth of Massachusetts |

NOTICE OF PENDENCY OF OTHER
ACTION IN ANOTHER JURISDICTION
PURSUANT TO LCR 3(h)
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | | |
| 3 | */s/ Rabia Muqaddam*<br>RABIA MUQADDAM*<br>Special Counsel for Federal Initiatives | */s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN<br>Solicitor General |
| 4 | MARK LADOV<br>Special Counsel | LAWRENCE M. MARCUS<br>Assistant Solicitor General |
| 5 | 28 Liberty Street<br>New York, NY 10005 | New Mexico Department of Justice<br>201 Third St. NW, Suite 300 |
| 6 | 212-416-8240<br>Rabia.Muqaddam@ag.ny.gov | Albuquerque, NM 87102<br>505-527-2776 |
| 7 | Mark.Ladov@ag.ny.gov | Aallen@nmdoj.gov<br>Lmarcus@nmdoj.gov |
| 8 | *Attorneys for the State of New York* | |
| 9 | | *Attorneys for State of New Mexico* |
| 10 | | |
| 11 | DANA NESSEL<br>Attorney General of Michigan | AARON FORD<br>Attorney General of Nevada |
| 12 | */s/ Neil Giovanatti* | */s/ Heidi Parry Stern* |
| 13 | NEIL GIOVANATTI<br>Assistant Attorney General | HEIDI PARRY STERN*<br>Solicitor General |
| 14 | Michigan Department of Attorney General<br>525 W. Ottawa | Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100 |
| 15 | Lansing, MI 48909<br>517-335-7603 | Las Vegas, NV 89119<br>702-486-3420 |
| 16 | GiovanattiN@michigan.gov | HStern@ag.nv.gov |
| 17 | *Attorney for the People of Michigan* | *Attorney for State of Nevada* |
| 18 | DAN RAYFIELD<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 19 | */s/ Coby Howell* | */s/ Kyla Duffy* |
| 20 | COBY HOWELL*<br>BRIAN SIMMONDS MARSHALL* | KYLA DUFFY<br>Special Assistant Attorney General |
| 21 | Senior Assistant Attorneys General<br>Trial Attorneys | 150 South Main Street<br>Providence, RI 02903 |
| 22 | Oregon Department of Justice<br>100 SW Market St. | 401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov |
| 23 | Portland, OR 97201<br>971-673-1880 | |
| 24 | Coby.Howell@doj.oregon.gov<br>Brian.S.Marshall@doj.oregon.gov | *Attorney for State of Rhode Island* |
| 25 | *Attorneys for State of Oregon* | |
| 26 | | |

NOTICE OF PENDENCY OF OTHER
ACTION IN ANOTHER JURISDICTION
PURSUANT TO LCR 3(h)
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

1  JOSHUA L. KAUL
   Attorney General of Wisconsin
2
   /s/ Frances Reynolds Colbert
3  FRANCES REYNOLDS COLBERT
   Assistant Attorney General
4  Wisconsin Department of Justice
   Post Office Box 7857
5  Madison, Wisconsin 53707-7857
   608-266-9226
6  Frances.Colbert@wisdoj.gov

7  *Attorney for State of Wisconsin*

8  *Pro hac vice pending*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF PENDENCY OF OTHER
ACTION IN ANOTHER JURISDICTION
PURSUANT TO LCR 3(h)
NO. 2:25-cv-01228-KKE

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744