1

2                                                                    Judge Evanson

3

4

5

6

7

8
                              IN THE UNITED STATES DISTRICT COURT
9                               WESTERN DISTRICT OF WASHINGTON
                                         AT SEATTLE
10

11  STATE OF WASHINGTON, et al.,              CASE NO.  C25-1228KKE

12                          Plaintiffs,        **STIPULATION FOR ORDER SETTING
                                               BRIEFING SCHEDULE ON MOTION FOR
13            v.                                PRELIMINARY INJUNCTION; ORDER
                                               THEREON**
14  UNITED STATES DEPARTMENT OF
    EDUCATION, et al.,                          (Note on Motion Calendar for:
15                                                July 17, 2025)
                            Defendants.
16

17         WHEREAS because of an unavoidable schedule conflict of Defendants' counsel, Defendants

18  requested that Plaintiffs agree to a modification of the briefing schedule from that otherwise required

19  by the local rules of this District; and

20         WHEREAS Plaintiffs do not object to this request;

21         NOW THEREFORE the parties, through their respective counsel of record, do hereby

22  stipulate and agree that the court may make and enter the following order:

23         (1)  Defendants shall file their memorandum in opposition to the motion of Plaintiffs for a

24              preliminary injunction (Dkt. # 49), by no later than August 6, 2025; and

25         (2)  Plaintiffs shall file their memorandum in reply by no later than August 15, 2025; and

26         (3)  Plaintiffs' preliminary injunction motion shall be re-noted for August 15, 2025; and

27

28

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR          UNITED STATES ATTORNEY
PRELIMINARY INJUNCTION; ORDER THEREON - 1                              5220 UNITED STATES COURTHOUSE
(Case No. C25-1228KKE)                                                 700 Stewart Street
                                                                       Seattle, Washington 98101-1271
                                                                       (206)-553-7970

1    (4) The Court shall hear oral argument, as previously calendared, on August 26, 2025, at

2        10 a.m.

3    **SO STIPULATED.**

4        DATED:  This 17th day of July 2025,

5

6                                          NICHOLAS W. BROWN
                                           Attorney General of Washington

7

8                                          */s/ Ellen Range*
                                           ELLEN RANGE, WSBA #51334
                                           JENNIFER K. CHUNG, WSBA #51583
9                                          LUCY WOLF, WSBA #59028
                                           Assistant Attorneys General
10                                         CYNTHIA ALEXANDER, WSBA #46019
                                           Deputy Solicitor General
11                                         Complex Litigation Division
                                           Washington State Office of the Attorney
12                                         General
                                           800 Fifth Avenue, Suite 2000
13                                         Seattle, WA 98104-3188
                                           206-464-7744
14                                         Ellen.Range@atg.wa.gov
                                           Jennifer.Chung@atg.wa.gov
15                                         Lucy.Wolf@atg.wa.gov
                                           Cynthia.Alexander@atg.wa.gov
16

17                                         *Attorneys for State of Washington*

18   ROB BONTA
     Attorney General of California
19                                         KATHLEEN JENNINGS
                                           Attorney General of Delaware
     */s/ Crystal Adams*
20   CRYSTAL ADAMS                         */s/ Vanessa L. Kassab*
     Deputy Attorney General              IAN R. LISTON*
21   NELI PALMA*                           Director of Impact Litigation
     Senior Assistant Attorney General    JENNIFER-KATE AARONSON*
22   KATHLEEN BOERGERS*                    VANESSA L. KASSAB*
     Supervising Deputy Attorney General  Deputy Attorneys General
23   KATHERINE MILTON                      Delaware Department of Justice
     Deputy Attorney General              820 N. French Street
24   1300 I Street                        Wilmington, DE 19801
     Sacramento, CA 95814                 302-683-8899
25   916-210-7522                         Vanessa.Kassab@delaware.gov
     Crystal.Adams@doj.ca.gov             Jennifer.Aaronson@delaware.gov
26   Neli.Palma@doj.ca.gov                Ian.Liston@delaware.gov
     Kathleen.Boergers@doj.ca.gov
27   Katherine.Milton@doj.ca.gov          *Attorneys for the State of Delaware*

28   *Attorneys for State of California*

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 2
(Case No. C25-1228KKE)

WILLIAM TONG
Attorney General of Connecticut

/s/ Andrew Ammirati
ANDREW AMMIRATI
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

Attorney for State of Connecticut


KWAME RAOUL
Attorney General of Illinois

/s/ Emily Hirsch
EMILY HIRSCH
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

Attorney for State of Illinois


PHILIP J. WEISER
Attorney General of Colorado

/s/ Sarah H. Weiss
SARAH H. WEISS
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

Attorney for State of Colorado


//

//

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Michael Drezner
MICHAEL DREZNER
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

Attorney for State of Maryland


AARON M. FREY
Attorney General of Maine

/s/ Sarah A. Forster
SARAH A. FORSTER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

Attorney for the State of Maine


ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Katherine Dirks
KATHERINE DIRKS
Chief State Trial Counsel
YAEL SHAVIT
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

Counsel for the Commonwealth of Massachusetts


//

//

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 3
(Case No. C25-1228KKE)

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM
Special Counsel for Federal Initiatives
MARK LADOV
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for the State of New York*

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN
Solicitor General
LAWRENCE M. MARCUS
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
Imarcus@nmdoj.gov

*Attorneys for State of New Mexico*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for the People of Michigan*

AARON FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

*Attorney for State of Nevada*

DAN RAYFIELD
Attorney General of Oregon

*/s/ Coby Howell*
COBY HOWELL
Senior Assistant Attorneys General
Trial Attorneys
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov

*Attorneys for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

*\*Pro hac vice pending*

//

//

//

//

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 4
(Case No. C25-1228KKE)

1  JOSHUA L. KAUL
   Attorney General of Wisconsin
2
   */s/ Frances Reynolds Colbert*
3  FRANCES REYNOLDS COLBERT
   Assistant Attorney General
4  Wisconsin Department of Justice
   Post Office Box 7857
5  Madison, Wisconsin 53707-7857
   608-266-9226
6  Frances.Colbert@wisdoj.gov

7  *Attorney for State of Wisconsin*

8

9          **SO STIPULATED.**

10              DATED:  This 17th day of July 2025,

11                          TEAL LUTHY MILLER
                            Acting United States Attorney
12

13                          */s/ Brian C. Kipnis*
                            BRIAN C. KIPNIS
14                          Assistant United States Attorney
                            Office of the United States Attorney
15                          5220 United States Courthouse
                            700 Stewart Street
16                          Seattle, Washington 98101-1271
                            Phone: 206 553 7970
17                          E-mail: brian.kipnis@usdoj.gov

18                          Attorneys for Defendants

19                          I certify that this memorandum contains
                            141 words, in compliance with the
20                          Local Civil Rules.

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 5
(Case No. C25-1228KKE)

1

**ORDER**

2

3    IT IS SO ORDERED.

4

5        DATED this _____ day of July 2025.

6

7

8    _____
     KYMBERLY K. EVANSON
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 6
(Case No. C25-1228KKE)