IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | CASE NO.  C25-1228KKE<br><br>**STIPULATION AND ORDER WITH RESPECT TO A BRIEFING SCHEDULE AND ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

    WHEREAS because of an unavoidable schedule conflict of Defendants' counsel, Defendants requested that Plaintiffs agree to a modification of the briefing schedule from that otherwise required by the local rules of this District; and

    WHEREAS Plaintiffs do not object to this request;

    NOW THEREFORE the parties, through their respective counsel of record, do hereby stipulate and agree that the court may make and enter the following order:

(1) Defendants shall file their memorandum in opposition to the motion of Plaintiffs for a preliminary injunction (Dkt. # 49), by no later than August 6, 2025; and

(2) Plaintiffs shall file their memorandum in reply by no later than August 15, 2025; and

(3) Plaintiffs' preliminary injunction motion shall be re-noted for August 15, 2025; and

(4) The Court shall hear oral argument, as previously calendared, on August 26, 2025, at 10 a.m.

STIPULATION AND ORDER - 1
(Case No. C25-1228KKE)

**SO STIPULATED.**

DATED: This 17th day of July 2025,

<div style="display: flex;">

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

</div>

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Andrew Ammirati*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*

STIPULATION AND ORDER - 2
(Case No. C25-1228KKE)

| | |
|---|---|
| ANDREW AMMIRATI<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>860-808-5090<br>Andrew.Ammirati@ct.gov<br><br>*Attorney for State of Connecticut* | MICHAEL DREZNER<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us<br><br>*Attorney for State of Maryland* |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>*/s/ Emily Hirsch*<br>EMILY HIRSCH<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St<br>Chicago, IL 60603<br>773-835-0148<br>Emily.Hirsch@ilag.gov<br><br>*Attorney for State of Illinois* | AARON M. FREY<br>Attorney General of Maine<br><br>*/s/ Sarah A. Forster*<br>SARAH A. FORSTER<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>Sarah.Forster@maine.gov<br><br>*Attorney for the State of Maine* |
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>*/s/ Sarah H. Weiss*<br>SARAH H. WEISS<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov<br><br>*Attorney for State of Colorado* | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>*/s/ Katherine Dirks*<br>KATHERINE DIRKS<br>Chief State Trial Counsel<br>YAEL SHAVIT<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov<br><br>*Counsel for the Commonwealth of Massachusetts* |
| // | // |
| // | // |
| LETITIA JAMES<br>Attorney General of New York<br><br>*/s/ Rabia Muqaddam*<br>RABIA MUQADDAM | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN |

STIPULATION AND ORDER - 3
(Case No. C25-1228KKE)

| | |
|---|---|
| Special Counsel for Federal Initiatives<br>MARK LADOV<br>Special Counsel<br>28 Liberty Street<br>New York, NY 10005<br>212-416-8240<br>Rabia.Muqaddam@ag.ny.gov<br>Mark.Ladov@ag.ny.gov<br><br>*Attorneys for the State of New York* | Solicitor General<br>LAWRENCE M. MARCUS<br>Assistant Solicitor General<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>Aallen@nmdoj.gov<br>Imarcus@nmdoj.gov<br><br>*Attorneys for State of New Mexico* |
| DANA NESSEL<br>Attorney General of Michigan<br><br>/s/ Neil Giovanatti<br>NEIL GIOVANATTI<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov<br><br>*Attorney for the People of Michigan* | AARON FORD<br>Attorney General of Nevada<br><br>/s/ Heidi Parry Stern<br>HEIDI PARRY STERN*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>702-486-3420<br>HStern@ag.nv.gov<br><br>*Attorney for State of Nevada* |
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>/s/ Coby Howell<br>COBY HOWELL<br>Senior Assistant Attorneys General<br>Trial Attorneys<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>971-673-1880<br>Coby.Howell@doj.oregon.gov<br><br>*Attorneys for State of Oregon* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Kyla Duffy<br>KYLA DUFFY<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov<br><br>*Attorney for State of Rhode Island*<br><br>*Pro hac vice pending |
| // | // |
| // | // |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>/s/ Frances Reynolds Colbert<br>FRANCES REYNOLDS COLBERT<br>Assistant Attorney General | |

STIPULATION AND ORDER - 4
(Case No. C25-1228KKE)

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

**SO STIPULATED.**

DATED: This 17th day of July 2025,

TEAL LUTHY MILLER
Acting United States Attorney


*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendants

I certify that this memorandum contains 141 words, in compliance with the Local Civil Rules.

**ORDER**

The parties' stipulated motion (Dkt. No. 137) is GRANTED IN PART and DENIED IN PART. The Court ORDERS as follows:

(1) Defendants shall file their opposition brief to Plaintiffs' preliminary injunction motion (Dkt. No. 49) no later than August 6, 2025;

(2) Plaintiffs shall file their reply brief no later than August 15, 2025;

(3) The clerk is directed to RE-NOTE Plaintiffs' preliminary injunction motion (Dkt. No. 49) for August 15, 2025; and

(4) The hearing (Dkt. No. 128) previously set on Plaintiffs' motion is continued to September 5, 2025, at 10 a.m. If any party intends to call witnesses at this hearing, that party shall file a will call/may call list of such witnesses no later than September 2, 2025.

DATED this 17th day of July, 2025.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER - 6
(Case No. C25-1228KKE)