The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | NO. 2:25-cv-01228-KKE<br><br>**STIPULATED MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>July 31, 2025<br><br>**CLERK'S ACTION REQUIRED** |

The Parties have agreed to move the following deadlines set by the Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement, Dkt. # 135:

Federal Rule of Civil Procedure (FRCP) 26(f) Conference: October 3, 2025

Initial Disclosures Pursuant to FRCP 26(a)(1): October 17, 2025

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): October 24, 2025.

The Parties request that the Clerk reset the deadlines as noticed.

//

//

//

STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

DATED this 31st day of July 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS
Deputy Attorney General
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
KATHERINE MILTON
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for State of Delaware*

STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | WILLIAM TONG<br>Attorney General of Connecticut | ANTHONY G. BROWN<br>Attorney General of Maryland |
| 2 | | |
| 3 | /s/ Andrew Ammirati<br>ANDREW AMMIRATI | /s/ Michael Drezner<br>MICHAEL DREZNER |
| 4 | Assistant Attorney General<br>165 Capitol Ave | Senior Assistant Attorney General<br>Office of the Attorney General |
| 5 | Hartford, CT 06106<br>860-808-5090 | 200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202 |
| 6 | Andrew.Ammirati@ct.gov | 410-576-6959<br>Mdrezner@oag.state.md.us |
| 7 | Attorney for State of Connecticut | Attorney for State of Maryland |

1  WILLIAM TONG
   Attorney General of Connecticut

   /s/ Andrew Ammirati
   ANDREW AMMIRATI
   Assistant Attorney General
   165 Capitol Ave
   Hartford, CT 06106
   860-808-5090
   Andrew.Ammirati@ct.gov

   Attorney for State of Connecticut


   KWAME RAOUL
   Attorney General of Illinois

   /s/ Emily Hirsch
   EMILY HIRSCH
   Assistant Attorney General
   Office of the Illinois Attorney General
   115 S. LaSalle St
   Chicago, IL 60603
   773-835-0148
   Emily.Hirsch@ilag.gov

   Attorney for State of Illinois


   PHILIP J. WEISER
   Attorney General of Colorado

   /s/ Sarah H. Weiss
   SARAH H. WEISS
   Senior Assistant Attorney General
   Colorado Department of Law
   Ralph L. Carr Judicial Center
   1300 Broadway, 10th Floor
   Denver, CO 80203
   720-508-6000
   Sarah.Weiss@coag.gov

   Attorney for State of Colorado


   ANTHONY G. BROWN
   Attorney General of Maryland

   /s/ Michael Drezner
   MICHAEL DREZNER
   Senior Assistant Attorney General
   Office of the Attorney General
   200 Saint Paul Place, 20th Floor
   Baltimore, Maryland 21202
   410-576-6959
   Mdrezner@oag.state.md.us

   Attorney for State of Maryland


   AARON M. FREY
   Attorney General of Maine

   /s/ Sarah A. Forster
   SARAH A. FORSTER
   Assistant Attorney General
   Office of the Attorney General
   6 State House Station
   Augusta, ME 04333-0006
   207-626-8800
   Sarah.Forster@maine.gov

   Attorney for the State of Maine


   ANDREA JOY CAMPBELL
   Attorney General of Massachusetts

   /s/ Katherine Dirks
   KATHERINE DIRKS
   Chief State Trial Counsel
   YAEL SHAVIT
   Chief, Consumer Protection Division
   Office of the Massachusetts Attorney General
   1 Ashburton Place Boston, MA 02108
   617-963-2277
   Katherine.Dirks@mass.gov
   Yael.Shavit@mass.gov

   Counsel for the Commonwealth of Massachusetts

STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | | |
| 3 | /s/ Rabia Muqaddam<br>RABIA MUQADDAM<br>Special Counsel for Federal Initiatives | /s/ Aletheia V.P. Allen<br>ALETHEIA V.P. ALLEN<br>Solicitor General |
| 4 | MARK LADOV<br>Special Counsel | LAWRENCE M. MARCUS<br>Assistant Solicitor General |
| 5 | 28 Liberty Street<br>New York, NY 10005 | New Mexico Department of Justice<br>201 Third St. NW, Suite 300 |
| 6 | 212-416-8240<br>Rabia.Muqaddam@ag.ny.gov | Albuquerque, NM 87102<br>505-527-2776 |
| 7 | Mark.Ladov@ag.ny.gov | Aallen@nmdoj.gov<br>Lmarcus@nmdoj.gov |
| 8 | *Attorneys for the State of New York* | |
| 9 | | *Attorneys for State of New Mexico* |
| 10 | | |
| 11 | DANA NESSEL<br>Attorney General of Michigan | AARON FORD<br>Attorney General of Nevada |
| 12 | /s/ Neil Giovanatti | /s/ Heidi Parry Stern |
| 13 | NEIL GIOVANATTI<br>Assistant Attorney General | HEIDI PARRY STERN<br>Solicitor General |
| 14 | Michigan Department of Attorney General<br>525 W. Ottawa | Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100 |
| 15 | Lansing, MI 48909<br>517-335-7603 | Las Vegas, NV 89119<br>702-486-3420 |
| 16 | GiovanattiN@michigan.gov | HStern@ag.nv.gov |
| 17 | *Attorney for the People of Michigan* | *Attorney for State of Nevada* |
| 18 | DAN RAYFIELD<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 19 | /s/ Coby Howell | /s/ Kyla Duffy |
| 20 | COBY HOWELL<br>BRIAN SIMMONDS MARSHALL | KYLA DUFFY<br>Special Assistant Attorney General |
| 21 | Senior Assistant Attorneys General<br>Trial Attorneys | 150 South Main Street<br>Providence, RI 02903 |
| 22 | Oregon Department of Justice<br>100 SW Market St. | 401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov |
| 23 | Portland, OR 97201<br>971-673-1880 | |
| 24 | Coby.Howell@doj.oregon.gov<br>Brian.S.Marshall@doj.oregon.gov | *Attorney for State of Rhode Island* |
| 25 | *Attorneys for State of Oregon* | |
| 26 | | |

STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| 1 | JOSHUA L. KAUL |
| | Attorney General of Wisconsin |
| 2 | |
| 3 | */s/ Frances Reynolds Colbert* |
| | FRANCES REYNOLDS COLBERT |
| 4 | Assistant Attorney General |
| | Wisconsin Department of Justice |
| 5 | Post Office Box 7857 |
| | Madison, Wisconsin 53707-7857 |
| 6 | 608-266-9226 |
| | Frances.Colbert@wisdoj.gov |

*Attorney for State of Wisconsin*

*\*Pro Hac Vice Pending*

**SO STIPULATED.**

DATED this 31st day of July 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744