The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | NO. 2:25-cv-01228-KKE <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES <br><br> NOTE ON MOTION CALENDAR: <br> July 31, 2025 |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Amend Initial Disclosures and Other Case Deadlines. The Court ORDERS the following case deadlines be set:

Federal Rule of Civil Procedure (FRCP) 26(f) Conference: October 3, 2025

Initial Disclosures Pursuant to FRCP 26(a)(1): October 17, 2025

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): October 24, 2025.

DATED this this _____ day of _____ 2025.

_____
THE HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

/s/ Ellen Range
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br><br>/s/ Crystal Adams<br>CRYSTAL ADAMS<br>Deputy Attorney General<br>NELI PALMA<br>Senior Assistant Attorney General<br>KATHLEEN BOERGERS<br>Supervising Deputy Attorney General<br>KATHERINE MILTON<br>Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>916-210-7522<br>Crystal.Adams@doj.ca.gov<br>Neli.Palma@doj.ca.gov<br>Kathleen.Boergers@doj.ca.gov<br>Katherine.Milton@doj.ca.gov<br><br>*Attorneys for State of California* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Vanessa L. Kassab<br>IAN R. LISTON<br>Director of Impact Litigation<br>JENNIFER-KATE AARONSON*<br>VANESSA L. KASSAB<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>Vanessa.Kassab@delaware.gov<br>Jennifer.Aaronson@delaware.gov<br>Ian.Liston@delaware.gov<br><br>*Attorneys for State of Delaware* |

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO AMEND
INITIAL DISCLOSURES AND OTHER
CASE DEADLINES
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | WILLIAM TONG<br>Attorney General of Connecticut | ANTHONY G. BROWN<br>Attorney General of Maryland |
| 2 | | |
| 3 | */s/ Andrew Ammirati*<br>ANDREW AMMIRATI<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>860-808-5090<br>Andrew.Ammirati@ct.gov | */s/ Michael Drezner*<br>MICHAEL DREZNER<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us |
| | *Attorney for State of Connecticut* | *Attorney for State of Maryland* |
| | KWAME RAOUL<br>Attorney General of Illinois | AARON M. FREY<br>Attorney General of Maine |
| | */s/ Emily Hirsch*<br>EMILY HIRSCH<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St<br>Chicago, IL 60603<br>773-835-0148<br>Emily.Hirsch@ilag.gov | */s/ Sarah A. Forster*<br>SARAH A. FORSTER<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>Sarah.Forster@maine.gov |
| | *Attorney for State of Illinois* | *Attorney for the State of Maine* |
| | PHILIP J. WEISER<br>Attorney General of Colorado | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts |
| | */s/ Sarah H. Weiss*<br>SARAH H. WEISS<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov | */s/ Katherine Dirks*<br>KATHERINE DIRKS<br>Chief State Trial Counsel<br>YAEL SHAVIT<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov |
| | *Attorney for State of Colorado* | *Counsel for the Commonwealth of Massachusetts* |
[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744


| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |

LETITIA JAMES
Attorney General of New York

/s/ Rabia Muqaddam
RABIA MUQADDAM
Special Counsel for Federal Initiatives
MARK LADOV
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for the State of New York*

DANA NESSEL
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for the People of Michigan*

DAN RAYFIELD
Attorney General of Oregon

/s/ Coby Howell
COBY HOWELL
BRIAN SIMMONDS MARSHALL
Senior Assistant Attorneys General
Trial Attorneys
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov

*Attorneys for State of Oregon*

RAÚL TORREZ
Attorney General of New Mexico

/s/ Aletheia V.P. Allen
ALETHEIA V.P. ALLEN
Solicitor General
LAWRENCE M. MARCUS
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
Lmarcus@nmdoj.gov

*Attorneys for State of New Mexico*

AARON FORD
Attorney General of Nevada

/s/ Heidi Parry Stern
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

*Attorney for State of Nevada*

PETER F. NERONHA
Attorney General of Rhode Island

/s/ Kyla Duffy
KYLA DUFFY
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Frances Reynolds Colbert*
FRANCES REYNOLDS COLBERT
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

*Pro Hac Vice Forthcoming

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744