UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiff(s),<br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendant(s). | CASE NO. C25-1228-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The Court GRANTS the parties' stipulated motion to amend the early case deadlines previously imposed. Dkt. No. 144. The prior schedule is VACATED (Dkt. No. 135), and the Court ORDERS that the parties now comply with the following case deadlines:

Federal Rule of Civil Procedure 26(f) Conference: October 3, 2025

Initial Disclosures Pursuant to Rule 26(a)(1): October 17, 2025

Combined Joint Status Report and Discovery Plan as Required by Rule 26(f) and Local Civil Rule 26(f): October 24, 2025.

Dated this 1st day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1