Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　Defendants. | CASE NO. C25-1228KKE<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>(Proposed) |

This matter comes before the Court on Plaintiffs' Motion for a Preliminary Injunction (Dkt. # 49).

The Court, having considered the arguments presented by the parties for and against the motion and being fully informed,

HEREBY ORDERS that Plaintiffs' motion for a preliminary injunction is denied.

DATED this _____ day of _____, 2025.

_____
KYMBERLY K. EVANSON
United States District Judge

Presented by:

*/s/Brian C. Kipnis*
Brian C. Kipnis
Assistant United States Attorney
Attorney for Defendants

(Proposed) ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206) 553-7970