IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | CASE NO. C25-1228KKE |

## **DECLARATION OF DANA CARR**

I, Dana Carr, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1.  I am a Supervisory Program and Management Analyst and Group Leader in the Office of Safe and Supportive Schools of the Office of Elementary and Secondary Education ("OESE") at the United States Department of Education ("Education" or "the Department"). I am a duly authorized Custodian of Records, or other qualified witness for Education. I am competent to make the statements contained in this declaration. I make this declaration based on my personal knowledge and based on information provided to me in my official capacity.

2.  As a Supervisory Program and Management Analyst and Group Leader, my job responsibilities include managing two federal discretionary grant programs, the School-Based Mental Health Services Program ("SBMH") and the Mental Health Service Professional Demonstration Grant Program ("MHSP"). My responsibilities include supervising staff; grants management activities related to soliciting, reviewing and selecting applications for funding; overseeing grants monitoring activities and oversight; providing and coordinating technical

1

assistance; program reporting; and administering program budgets as appropriated by Congress. I have been in my current role since July 2024. I previously worked in the Office of Safe and Drug-Free Schools ("OSDFS") at the Department from December 2003 until March 2011.

3. One hundred and thirty-four SBMH grants were eligible for non-competing continuation awards to fund their third project period, which aligns with the January 1, 2026-December 31, 2026 calendar year. Of those grants, seventy received notices of non-continuation.

4. Those SBMH grantees received notices of non-continuation on April 29, 2025 and were informed that they could submit requests for reconsideration pursuant to 34 C.F.R. 75.253(g).

5. As of August 4, 2025, fifty-nine non-continued SBMH grantees have submitted reconsideration requests. Education is reviewing the submitted requests and has not yet issued any final determinations.

6. Two hundred and five MHSP grants were eligible for non-competing continuation awards to fund their next project period, which aligns with the January 1, 2026-December 31, 2026 calendar year. Of those grants, 153 received notices of non-continuation.

7. Those MHSP grantees received notices of non-continuation on April 30, 2025 and were informed that they could submit requests for reconsideration pursuant to 34 C.F.R. 75.253(g).

8. As of August 4, 2025, 129 non-continued MHSP grantees have submitted reconsideration requests. Education is reviewing the submitted requests and has not yet issued any final determinations.

9. Education is currently planning to run a new competition for SBMH and MHSP grants, with the goal of publishing a Notice Inviting Applications in Fall 2025.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on this 5th day of August, 2025.

_____

Dana Carr