The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>  Defendants. | NO. 2:25-cv-01228-KKE<br><br>SUPPLEMENTAL DECLARATION OF ELLEN RANGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

I, Ellen Range, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. I submit this supplemental declaration in support of Plaintiffs' Motion for Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3. The facts set forth herein are based upon my personal knowledge of a review of the files in my possession.

4. Attached as **Attachment A** is a true and correct copy of the Education Commission of the States, 50-State Review: Constitutional obligations for public education,

SUPPLEMENTAL RANGE DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

authored by Emily Parker, dated March 2016, available at: https://www.ecs.org/wp-content/uploads/2016-Constitutional-obligations-for-public-education-1.pdf.

5. Attached as **Attachment B** are true and correct copies of five emails from U.S. Department of Education grant officers to Washington, Illinois and California grantees concerning Grant Substantial Progress Review, dated July 2025.

6. Attached as **Attachment C** is a true and correct copy of 34 C.F.R. § 75.253, published on July 1, 2022, available at: https://www.govinfo.gov/content/pkg/CFR-2022-title34-vol1/pdf/CFR-2022-title34-vol1-sec75-253.pdf.

7. Attached as **Attachment D** is a true and correct copy of the publication by the U.S. Department of Education, *Grantmaking at ED, Answers to Your Questions About the Discretionary Grant Process*, dated 2010, available at: https://files.eric.ed.gov/fulltext/ED514184.pdf.

8. Attached as **Attachment E** is a true and correct copy of a declaration and exhibit from the docket in *California v. U.S Department of Education*, No. 1:25-cv-10548, (D. Mass. Mar. 6, 2025) Dkt. ## 8, 8-20.

9. Attached as **Attachment F** is a true and correct copy of the letter from the U.S. Department of Education to Green River Community College, dated July 16, 2025, concerning the denial of Green River Community College's application for the 2025 Student Support Services Program.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 15th day of August 2025 at Tacoma, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
Assistant Attorney General

SUPPLEMENTAL RANGE DECLARATION
IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744