# Attachment D

# Grantmaking at ED

## Answers to Your Questions About the Discretionary Grants Process

2010

U.S. Department of Education
Washington, D.C.

**U.S. Department of Education**
Arne Duncan
*Secretary*

**Fourth Edition: April 2010**

This publication provides a nontechnical summary of the U.S. Department of Education's discretionary grants process and the laws and regulations that govern it. The reader should not rely on it as the sole source of information in matters such as the discretionary grant application, review, award, administration, grant closeout, or audit process at the Department of Education. Specific rules that apply to the Department's programs are contained in the appropriate statutes, notices, application information, and guidance issued by the Department of Education for each program, and in the regulations in Title 34 of the Code of Federal Regulations. Nothing in this document is intended to create specific rights for applicants or grantees.

This report is in the public domain. Authorization to reproduce it in whole or in part is granted. While permission to reprint this publication is not necessary, the citation should be: U.S. Department of Education, Risk Management Service, *Grantmaking at ED: Answers to Your Questions About the Discretionary Grants Process,* Washington, D.C., 2010.

**To Obtain Copies of This Publication**

**Write to** ED Pubs, Education Publications Center, U.S. Department of Education, P.O. Box 22207, Alexandria, VA 22304.

Or **fax** your request to 703-605-6794.

Or **e-mail** your request to **edpubs@inet.ed.gov**.

Or **call in** your request toll free to 1-877-433-7827 (1-877-4-ED-PUBS). Those who use a telecommunications device for the deaf (TDD) or a

teletypewriter (TTY) should call 1-877-576-7734. If 877 service is not available in your area, call 1-800-872-5327 (1-800-USA-LEARN).

Or **order online** at www.edpubs.gov.

This publication is also available on the Department's Web site at http://www2.ed.gov/fund/grant/about/grantmaking/index.html.

On request, this publication is available in alternate formats, such as Braille, large print, or computer diskette. For more information, please contact the Department's Alternate Format Center at 202-260-0852 or 202-260-0818.

Individuals who use a telecommunications device for the deaf (TDD) may call the Federal Information Relay Service (FIRS) at 1-800-877-8339 24 hours a day, 7 days a week. Other FIRS numbers are available at www.gsa.gov/fedrelay.

**General Inquiries**

For additional information, you can contact the Department of Education at the following numbers:

Phone: 1-800-USA-LEARN (1-800-872-5327)
Spanish speakers available (se habla español)

TTY: 1-800-437-0833

**Note to Readers**

This document is intended for individuals and organizations that are interested in applying to the U.S. Department of Education (the Department) for discretionary grants and cooperative agreements, have received an award, or are interested in knowing more about the Department's discretionary grants process. It describes how grant programs are created by Congress and administered by the Department, and how the public goes about applying for and receiving discretionary grants.

This document does not contain information about programs of the Department that give ***student financial assistance*** or funding through

***formula grant*** programs. Please see "Other Information" at the end of this publication to locate information on these types of assistance.

Note: Terms that appear in ***bold italics***, when used for the first time, are defined in the Glossary.

# CONTENTS

**GRANTS AT THE U.S. DEPARTMENT OF EDUCATION ........................1**
What is a discretionary grant?........................................................................ 1
What is a cooperative agreement? ................................................................... 1
How does the Department establish discretionary grant programs?.............................. 2
How are the Department's programs organized?.......................................................... 2
How do I obtain information about the Department's discretionary grant programs?... 5
How do I determine if I am eligible to receive a discretionary grant? .......................... 6

**APPLYING FOR A GRANT ...........................................................9**
How do I apply for funding from a Department discretionary grant program?............. 9
What is an application package?.................................................................... 10
How do I get an application package? ............................................................ 10
How does the Department decide what goes into an application package? ................ 11
What are certifications and assurances? .......................................................... 11
What are regulations? .................................................................................. 12
What are funding priorities? ......................................................................... 12
Is there anything I can do to help shape regulations and funding priorities? .............. 13
Whom do I contact if I have questions concerning the application? ........................... 14
What do I need to know about indirect costs and the indirect cost rate when preparing my application?........................................................................ 14
What are performance measures? .................................................................. 16
What do I need to know about protection of human subjects in research when preparing my application?........................................................................ 18
Where do I submit the completed application?.................................................... 18
What happens if I miss the application deadline?................................................ 19
What if there are technical problems with e-Application on the deadline date? .......... 20
What if there are technical problems with Grants.gov on the deadline date?.............. 20
What if I find an error or realize I have omitted something in my application after the deadline? ........................................................................................ 21
What happens to an application once the Department receives it?.............................. 21
What do the letters and numbers mean in my PR/Award number?............................. 22
What happens if my application is not eligible?.................................................... 22

**THE APPLICATION REVIEW PROCESS AT THE DEPARTMENT........... 23**
How does the Department consider my application for funding? ............................... 23
How are application reviewers chosen?............................................................ 23
What criteria do reviewers use to score my application? ........................................ 24
How does the Department determine the rank order of applications?......................... 25
How does the Department decide which applicants get funded? ................................ 25
Does a high score guarantee funding? ............................................................. 26
How long does it take the Department to decide on my application? ......................... 26
What happens to my application after the application review process? ...................... 26

**WHEN YOUR PROJECT RECEIVES FUNDING .................................... 27**
How do I learn that my application has been funded?................................................ 27
What organizational identification is required to receive grant funds? ........................ 28
Is an application always funded for the entire amount requested? .............................. 28
What does it mean if my project has cost-sharing or matching requirements? ............ 28
What information does my Grant Award Notification (GAN) contain? ...................... 29
What happens after I get the grant award?................................................................. 29
How do I get my grant funds?.................................................................................... 30
How long does it take to get my grant funds? ........................................................... 31
How do I get funds after the first year if my organization receives a multiyear award? ...................................................................................................................... 31

**GRANTEE RESPONSIBILITIES AND ACCOUNTABILITY ...................... 33**
What responsibilities do I have under a discretionary grant or cooperative agreement? ............................................................................................................ 33
Do OMB circulars apply to my grant award?............................................................ 34
How do I make sure that I am complying with the regulations that apply to my awards? ........................................................................................................... 34
What must I do if I need to change some part of my project from the approved application? ........................................................................................................... 34
What can I do to help my request for a change get processed quickly? ...................... 36
How does the Department know how my project is doing? ....................................... 36
What type of monitoring should I expect?.................................................................. 37
What are the independent audit requirements for my grant?...................................... 38
What happens if the Office of Inspector General selects my project for an audit? ...... 39
What happens if an audit report recommends cost recovery? ..................................... 40

**AS THE PROJECT ENDS ............................................................... 41**
What happens after the project has ended?................................................................. 41
What responsibilities do I have after the project has ended?...................................... 41
What does the Department do with the information in my final performance report?. 42
Do I have to keep any records related to my grant project after the Department closes out my grant?.......................................................................................... 42
What kinds of records do I need to keep?.................................................................. 43

**AFTERWORD ............................................................................... 44**

**GLOSSARY ................................................................................. 45**

**OTHER INFORMATION ........................................................................................ 54**
U.S. Department of Education ........................................................................ 54
Catalog of Federal Domestic Assistance (CFDA) ........................................................ 55
Federal Register ....................................................................................... 55
Code of Federal Regulations (CFR) ..................................................................... 56
Federal Legislation..................................................................................... 56
Education Department General Administrative Regulations (EDGAR) ...................... 57
Title 2 in the Code of Federal Regulations (2 CFR) and Office of Management and Budget (OMB) Circulars.......................................................................... 57
U.S. Government Depository Libraries ................................................................ 58
Federal Citizen Information Center ................................................................... 58
Internet Directory....................................................................................... 58

*Page intentionally left blank*

## Grants at the U.S. Department of Education

This section describes the way the Department's ***grant programs*** are organized and how you can find the grant opportunities that are available to you.

### What is a discretionary grant?

A ***discretionary grant*** is an award made by the Department for which the Department has discretion, or choice, in which applicants get funded. Virtually all of the Department's discretionary grants are made based on a ***competitive review process***. The Department reviews applications based on the legislative and regulatory requirements, and on the application requirements and criteria established for a discretionary grant program. This review process gives the Department discretion to determine which applications best address the program requirements and are, therefore, most worthy of receiving funding. Successful applicants become the Department's ***grantees***.

### What is a cooperative agreement?

A ***cooperative agreement*** is a type of discretionary grant, which the Department awards when it determines it must have substantial continuing involvement with the grantee in order to meet the objectives of a grant. Substantial involvement may include ongoing Departmental participation in the project, very close collaboration with the grantee, and possible intervention or direct operational involvement in the review and approval of the successive stages of project activities.

For the purposes of this publication, whenever the term "grant" is used, it includes the cooperative agreement form of a grant. The laws, regulations, policies, and requirements referenced in this document apply to discretionary grants and cooperative agreements, unless program statutes or regulations stipulate otherwise.

**How does the Department establish discretionary grant programs?**

The process of making a federal discretionary grant begins long before the Department holds a competition and applicants submit applications. Congress usually creates discretionary grant programs through ***authorizing legislation*** and provides funding for the programs through annual ***appropriations legislation***. Occasionally, Congress creates a grant program in the annual appropriations legislation. The Department may establish ***program regulations*** based on the authorizing legislation and administrative procedures. The regulations describe how the programs are to be administered, which may include the criteria for the review of applications. Most discretionary grant programs do not publish regulations, but rather are administered based on regulatory materials, including the rules in published notices of final priorities, requirements, definitions, or selection criteria; or they are administered based on the rules in the ***Education Department General Administrative Regulations (EDGAR)***.

**How are the Department's programs organized?**

There are eight ***principal offices*** in the Department that are responsible for the administration of discretionary grant programs. Each office is responsible for overseeing a portion of the programs established by Congress and administered by the Department. The Department's organizational chart is available at www.ed.gov/about/offices/or.

The following principal offices are responsible for making discretionary grants:

***Office of Innovation and Improvement* (*OII*)** programs make strategic investments in innovative educational practices. OII grants support and test innovations throughout the elementary and secondary education system, in areas such as alternate routes to teaching certification, dropout prevention, and arts in education. OII programs also encourage and support the establishment of charter schools, through planning and start-up funding and through innovative approaches to providing credit for charter school facilities.

***Office of Postsecondary Education*** (***OPE***) programs are designed to increase access to quality postsecondary education. Examples of OPE grants include support to improve postsecondary educational facilities and programs, and support for programs that recruit and prepare disadvantaged students for the successful completion of postsecondary education. Other OPE programs promote the domestic study of foreign languages and international affairs and support international education research and exchange activities.

***Office of Elementary and Secondary Education*** (***OESE***) programs are designed to assist state and local education agencies to improve the achievement of elementary and secondary school students and to assure equal access to services leading to such improvement for all children, particularly children who are economically or educationally disadvantaged. Examples of OESE grants include financial assistance to support comprehensive education reform efforts, grants for projects that improve the quality of teaching in elementary and secondary schools, and grants to support the use of proven methods of early reading instruction in classrooms and early childhood centers.

***Office of Safe and Drug-Free Schools*** (***OSDFS***) programs provide financial assistance for drug and violence prevention activities, and projects that promote the health and well being of students in elementary and secondary schools and institutions of higher education. OSDFS also administers the Department's programs relating to citizenship and civics education.

***Institute of Education Sciences*** (***IES***)**,** the Department's primary research office, supports research that contributes to improved academic achievement for all students, and particularly for those whose education prospects are hindered by inadequate education services and conditions associated with poverty, limited English proficiency, disability, and family circumstance. IES conducts and supports scientifically valid research activities, including basic research and applied research, statistics activities, scientifically valid education evaluation, development, and dissemination. IES's four operational divisions are the National Center for Education Research, the National Center for Education Evaluation and Regional Assistance, the National Center for Education Statistics, and the National Center for Special Education Research.

***Office of Special Education and Rehabilitative Services*** (***OSERS***) administers grants in three main areas: special education, vocational rehabilitation, and research. Special education programs are designed to meet the needs and develop the full potential of children with disabilities through the provision of special education and early intervention programs and services. Vocational rehabilitation grants reduce dependency and enhance the productive capabilities of persons with disabilities through the provision of independent living and vocational rehabilitation services. OSERS's National Institute on Disability and Rehabilitation Research conducts and supports rehabilitative and special education research and demonstration activities in order to increase knowledge about, foster innovation in, and improve the delivery of services for persons with disabilities.

***Office of English Language Acquisition, Language Enhancement, and Academic Achievement for Limited English Proficient Students*** (***OELA***) administers programs designed to provide national leadership to help ensure that English language learners and immigrant students attain English proficiency and achieve academically. These programs assist in building the nation's capacity in critical foreign languages. OELA's grant programs include Native American and Alaska Native Children in Schools; Foreign Language Assistance; and National Professional Development.

***Office of Vocational and Adult Education*** (***OVAE***) administers programs that are related to adult education and literacy, career and technical education, and community colleges. Examples of OVAE programs include grants designed to promote identification and dissemination of effective practice in raising student achievement in high schools, community colleges and adult education programs, and grants to support targeted research investments in adult literacy and career and technical education.

Each principal office has ***program offices*** and a ***program staff*** that administer the discretionary grant programs. The program staff publishes the program announcements, coordinates the review of applications, makes funding recommendations, and awards grants to successful applicants. After awards are made, the program staff monitors grants and provides technical assistance to promote sound grants administration and the achievement of the program objective by grantees.

**How do I obtain information about the Department's discretionary grant programs?**

There are several ways that you can get more information about the discretionary grant programs at the Department of Education:

- **ED.gov.** You can access information on discretionary grant funding on the Department's Web site at www.ed.gov. Click on the "Funding" tab or link. The public can find which competitive grant programs are currently accepting applications at www.ed.gov/fund/grant/apply/grantapps. IES funding opportunities are also accessible through the IES Web site at http://ies.ed.gov/funding.

- ***Guide to U.S. Department of Education Programs*** (the *Guide*). The *Guide* describes the grant programs administered by the Department and provides a telephone number for further information about each program. You can access the *Guide* at http://www2.ed.gov/programs/gtep/gtep.pdf.

- ***Application Notices***. The Department's program offices publish notices in the ***Federal Register*** to announce that they are soliciting applications for new discretionary grant competitions. A program office uses application notices to announce a single competition or, occasionally, to invite applications for several program competitions. Application notices provide important program and funding information for the competitions, and inform potential applicants when and where they may obtain applications. These application notices are also posted at http://www2.ed.gov/news/fedregister/announce/index.html.

- ***Forecast of Funding Opportunities*** (the *Forecast*). The *Forecast* is posted on www.ed.gov in October. The *Forecast* is the preliminary plan for the discretionary grant competitions for the coming fiscal year. It includes anticipated dates for each forecasted competition. As the *Forecast* is subject to change during the year, you should check the Web site of the program in which you are interested for the most current information about its competitions.

- **Grants.gov.** Grants.gov is a central location on the Internet that allows prospective grant applicants to find and apply for funding opportunities across the federal government. Applicants can search for information on different topics and review synopses of grant opportunities from 26 federal departments and agencies. The public can access Grants.gov at www.grants.gov.

**How do I determine if I am eligible to receive a discretionary grant?**

The first thing to determine before applying for a grant is whether you, or your organization, are eligible for the program. Eligibility requirements are generally established by the legislation that authorizes the program and can be affected by a *Federal Register* notice or regulations. Eligibility requirements vary from program to program. Eligibility might be limited to a specific type of organization (such as state education agencies), organizations that serve a particular target population (such as disadvantaged students or Native American students), organizations that meet some other criteria, or individuals with certain qualifications. Some programs require an individual or organization that wishes to apply for funding to first apply to the Department to be certified as eligible for that program; however, most programs do not have this requirement.

To find eligibility requirements, you can start with the online version of the *Guide,* which includes lists of all Department programs for which specific types of organizations or individuals are eligible. The *Guide* provides the ***Catalog of Federal Domestic Assistance (CFDA) number*** for each grant program. It is useful to have this number if you contact the Department about a specific grant program of interest to you. You can access the CFDA at www.cfda.gov.

Once you know the grant program for which you or your organization might want to apply, you should review the program's laws and regulations, which are available on www.ed.gov. Start at www.ed.gov/programs to find the description of the specific program. Once at a program's Web page, click on "Laws, Regs & Guidance" to access the program's underlying law and regulations. You can also find program regulations (if any) in the ***Code of Federal Regulations (CFR)***. The CFR is available at www.gpoaccess.gov/cfr.

The application notice, the ***application package*****,** and other notices about the grant also specify the eligibility requirements. Read the entire application notice that the Department publishes in the *Federal Register* for each new competition before deciding whether to apply.

*Page intentionally left blank*

## Applying for a Grant

Applying for a Department of Education grant is not a complicated process, but it does require that you provide specific information in specific formats, which allows the Department to consider your grant application fairly and completely. This section describes the application package, some of the standard information and forms required for an application, and how to submit your application package.

### How do I apply for funding from a Department discretionary grant program?

Different competitions have different application procedures. Each competition's application package tells you what to do. You will generally be required to complete and submit to the Department by a specified date an application that includes certain standard forms, a narrative description of the project, and a budget or cost estimate for the proposed project's activities.

In order to submit an application, your organization will need to provide a valid, active Dun and Bradstreet Universal Number System (DUNS) number, and have an up-to-date registration for that DUNS number in the Central Contractor Registration (CCR). To verify an existing DUNS number, or register for a new one, go to the online Dun and Bradstreet "*Request Service for U.S. Federal Government Contractors and Grantees*" at http://fedgov.dnb.com/webform/displayHomePage.do. To register with CCR, go to www.ccr.gov. For assistance with CCR registration, you can call the Federal Service Desk at 1-866-606-8220.

**What is an application package?**

A discretionary grant application package contains all of the information and forms that you will need to apply for a grant from the Department. Application packages typically include the application notice published in the *Federal Register*, applicable program regulations and legislation, and application instructions and forms. These forms include the standard form ***Application for Federal Assistance*** (SF 424) along with the *Supplemental Information Required for Department of Education* (Department of Education Supplement to the SF 424), as well as the ***certifications*** and ***assurances*** needed to apply for a grant. Some application packages contain a "Dear Colleague" or "Dear Applicant" letter from a principal office official, which gives an overview of the program and discusses any important objectives in effect for the competition.

**How do I get an application package?**

Virtually all discretionary grant application packages are available online. The application notice will specify where the application package is available electronically. The Department makes application packages available through ***e-Application*** or Grants.gov. The Department's electronic application system, e-Application, is accessed at http://e-grants.ed.gov. Grants.gov, a central Web site used to find and apply for grants across the federal government, may be accessed at www.grants.gov. Instructions and training demonstrations for each system are located on each system's Web site.

For most programs, individuals interested in applying for a grant can obtain a printed application package from the ***Education Publications Center (ED Pubs)***, the main distributor of Department of Education publications. Applicants can download or order application packages from ED Pubs' Online Ordering System at http://edpubs.gov. See the section "Other Information" at the end of this publication for alternative ordering information.

**How does the Department decide what goes into an application package?**

The Department uses grant application materials to obtain from applicants information that is consistent with applicable legislation, regulations, and administrative requirements. Applicants must submit information about how they will meet the grant requirements and how they will use the grant funds in order to meet the objectives of the program. Some of the information is required to ensure that applications meet governmentwide requirements for federal financial assistance. Many of these governmentwide standards and forms are established by the ***Office of Management and Budget (OMB)***. The Department maintains a generic application package that many programs use for their competitions in order to simplify the application process. Whether the program uses a generic application package or one designed specifically for the program, you will find all the forms required for the application in the application package for the current competition.

**What are certifications and assurances?**

Certain federal requirements are imposed on applicants and on grantees as conditions of receiving grant funds. Application packages contain forms that an applicant must sign, promising to abide by the federal laws, regulations, and executive orders that apply to grantees. Certifications relate to requirements of eligibility to apply for and receive federal financial assistance. Assurances relate to complying with various grant requirements, such as nondiscrimination laws. Some programs award funding to a grantee, who then distributes some of the money to other entities or individuals (for example, project partners, fellowship holders or contractors). In these cases, grantees may be required to get certain forms signed by those other entities or individuals.

**What are regulations?**

The Department generally uses two types of regulations to award and administer grants: program and ***administrative regulations***. Program regulations apply to all applicants and/or grantees under a particular program. They implement legislation passed by Congress to authorize a specific grant program, and usually include applicant and participant eligibility criteria and specify the types of activities funded. Program regulations or other notices may include criteria or competitive priorities under which applications will be selected for funding. Administrative regulations, generally set out by type of recipient organization (such as government or nonprofit), apply to all grantees of that type, regardless of the program. These regulations implement requirements contained in ***OMB circulars***, presidential executive orders, and legislation that affect all applicants for, or recipients of, federal grants. The Department also has administrative regulations that apply to its discretionary grant programs. The administrative regulations implementing OMB circulars, the Department's specific administrative requirements, and the other governmentwide common requirements comprise what is known as *EDGAR (Education Department General Administrative Regulations).*

EDGAR is available at www.ed.gov/policy/fund/reg/edgarReg/edgar.html. New and amended program and administrative regulations issued by the Department and published throughout the year in the *Federal Register* are posted at www.ed.gov/news/fedregister/finrule.

**What are funding priorities?**

For some programs, the Department publishes ***funding priorities*** in a *Federal Register* notice in order to focus a competition on the activities and objectives for which the secretary of education is particularly interested in receiving applications. The Department uses three kinds of funding priorities in its programs: absolute, competitive, and invitational.

If the Department publishes an "absolute priority" for a program, it will consider for funding only those applications that address that priority. For example, a published absolute priority to fund only projects that increase the amount of time students are engaged in the study of mathematics and

science would mean that only those applications that are designed to achieve this result can be considered for funding.

If the Department publishes one or more "competitive priorities" for a program, applicants successfully addressing those priorities may receive additional points or preference during the competitive review process.

If the Department publishes "invitational priorities," it encourages applicants to address certain issues in their project design. However, an application that meets an invitational priority receives no competitive or absolute preference over applications that do not meet the priority.

Another type of priority supports novice applicants. In order to broaden and diversify the pool of applicants that apply for Department grants and to provide greater opportunities for inexperienced applicants to receive funding, the Department may give special consideration to novice applicants in program competitions. Under the regulation found in 34 CFR 75.225 (d), programs may either establish a separate competition for novice applicants or include novice applicants in the general program competitions and give them competitive preference by assigning bonus points. Programs that use the novice procedures in their competition will notify the public in the application notice, published in the *Federal Register*.

If you are considering submitting an application, be sure to read carefully all the material in the application package to identify any published priorities and whether the program is providing special consideration to novice applicants.

**Is there anything I can do to help shape regulations and funding priorities?**

Yes. The public has the opportunity to comment on proposed regulations and funding priorities. Usually, before the Department publishes final regulations and final funding priorities, it issues a ***Notice of Proposed Rulemaking (NPRM)*** or a notice of proposed priorities, requirements, definitions, or selection criteria (NPP). One exception is that the Department is not required to publish for comment information on a competition the first time the Department solicits applications for a new program.

NPRMs and NPPs are published in the *Federal Register*. They describe the proposed rules and priorities and invite the public to comment on them by a certain deadline. NPRMs and NPPs are also posted on www.ed.gov. You can review the *Federal Register* for Department of Education NPRMs and NPPs, and provide comments during the specified comment period to the persons named or at the places identified in the notices. The Web site www.Regulations.gov provides a central source for U.S. Government regulations and related documents. On this site you can find, read, and comment on regulations from all agencies of government, including the Department's NPRMs and NPPs. The Department takes into consideration the comments it receives from the public on an NPRM as it develops the final regulations. Final regulations are published in the *Federal Register* in a ***Final Rule*.** Similarly, the Department considers comments it receives from the publication of NPPs and it develops a notice of final priorities, requirements, definitions, or selection criteria in a Notice of Final Priorities (NFP), which is published in the *Federal Register*.

**Whom do I contact if I have questions concerning the application?**

The Department's application packages contain detailed instructions on how to complete an application. However, if something is unclear to you after reading the instructions, you can contact the Department for assistance. The application notice published in the *Federal Register* and the application package give the name of a contact person for applicant inquiries. In addition, program offices sponsor workshops for some competitions, at which applicants can get answers to some of their questions. If a program plans to conduct a workshop about a competition, the application notice and the program Web site will usually state when and where the workshop will be held.

**What do I need to know about indirect costs and the indirect cost rate when preparing my application?**

***Indirect costs*** are costs that an organization incurs for common or joint objectives that cannot be readily and specifically identified with a specific grant project or other institutional activity. Many applicants request funds for indirect costs that they incur while carrying out the work of a project

under a federally funded grant program. Such costs are usually charged to the grant as a percentage of some or all of the ***direct cost*** items in the applicant's budget. This percentage is called the ***indirect cost rate***. With the exception of some limitations imposed by federal law or regulation, indirect costs are ***allowable costs***.

OMB has assigned to certain federal departments and agencies the responsibility for determining indirect cost rates for specific organizations. The department or agency that determines an organization's indirect cost rate is generally the federal department or agency that provides the organization with the most federal funding. The agency that develops an ***indirect cost rate agreement*** for an organization is known as the cognizant agency for indirect cost negotiation. The indirect cost rate that a cognizant federal agency establishes for a grantee is usually accepted by other federal agencies. Nonprofit organizations, institutions of higher education, commercial organizations and state agencies should determine which federal agency provides the preponderance of their federal funding in order to determine which agency should negotiate their indirect cost rates. The Department of Education is the cognizant agency for indirect cost rates for the state education agencies of the 50 states and Washington, D.C. The Department of Health and Human Services determines rates for most universities and colleges receiving grant funds from the Department of Education. Applicants that do not know which department or agency is responsible for determining their indirect cost rates should speak with the program contact person named in the application notice or package.

Applicants that do not have an established indirect cost rate and want to apply for a Department of Education grant (or a grant from any other federal department or agency under a program that allows for indirect cost reimbursement) are encouraged, for the purpose of the application, to calculate an indirect cost rate using current financial information and keep documentation of that calculation on file. The Department will initiate the indirect cost rate determination process **after** an applicant is awarded a grant for the first time. Applicants should note that if the Department of Education establishes the initial indirect cost rate for a new grantee, it may not be the cognizant federal agency responsible for determining the rate after the initial rate expires.

If an applicant selected for funding has not already established a current indirect cost rate with its cognizant agency, the Department generally will

authorize the grantee to use a temporary rate of 10 percent of budgeted direct salaries and wages, subject to the following limitations:

1. The grantee must submit an ***indirect cost rate proposal*** to its cognizant agency within 90 days from the date that the Department makes the grant award.
2. If, after the 90-day period, the grantee has not submitted an indirect cost rate proposal to its cognizant agency, the grantee may not charge its grant for indirect costs (except when the Department finds exceptional circumstances) until it has negotiated an indirect cost rate agreement with its cognizant agency.

Some Department grant programs, such as training grant programs and programs with supplement-not-supplant requirements, have restrictions that stipulate the amount of indirect costs that can be charged to the grant regardless of the rate that was negotiated with an organization's cognizant agency. Applicants should carefully review the program application indirect cost instructions regarding the use of restricted indirect cost rates and the 10 percent temporary rate. Questions may be referred to the Department contact person named in the application notice or package.

For more information, please visit the Department's Indirect Cost Group's Web site at http://www.ed.gov/about/offices/list/ocfo/fipao/icgindex.html.

**What are performance measures?**

A grantee's ***performance reports***, which report outcomes on ***performance measures***, assist the Department in determining whether or not the funded project is making ***substantial progress*** toward meeting the approved project and program objectives. A grantee is responsible for submitting annual and final project performance reports that include the following types of performance information:

- The grantee's specific project goals and objectives;
- Program-specific *Government Performance and Results Act* (*GPRA*) measures; and
- If applicable, data or evaluations required by the program statute.

Most applications require applicants to propose performance measures and to specify the targeted outcomes levels the applicant expects to achieve on the performance measures. The application package will specify the types of measures that the applicant should propose. For the project goals and objectives, applicants are encouraged to use performance measures that will produce data about the primary desired outcomes of a project, such as increased teacher retention, decreased dropout rates, or increased student assessment scores. The program-specific *GPRA* measures are established by the Department and specified in the application package. Every project that receives funds from that program must include the established *GPRA* measures in its project evaluation.

Applicants should consider these measures in conceptualizing the design, implementation, and evaluation of their proposed projects because of the measures' importance in the application review process. In addressing selection criteria, applicants must describe the measures and the proposed targets. They must also describe the data collection and analysis methods they will use to provide data for each of the program measures referenced in the application package, and provide convincing evidence that the proposed approaches (which may include evaluation studies) are appropriate to yielding the intended data.

**What do I need to know about protection of human subjects in research when preparing my application?**

If you plan to conduct research activities involving human subjects at any time during the proposed ***project period***, you must tell the Department your intentions at the time of application. You must indicate on your application if the research activities are exempt from the regulations protecting human subjects. If research activities are not exempt, you must provide specific information about the research activities. If your application is selected for funding, the Department will ask you to obtain an assurance of compliance with human subject requirements, if you did not have one at the time of application, and to send the Department certification that the Institutional Review Board (IRB) named in the assurance has reviewed and approved the covered research activities. Keep in mind, however, that you are not required to have an assurance or an IRB in place when you apply to the Department for a grant. For additional information about the protection of human subjects in research, check the Department's Protection of Human Subjects in Research Web site at www.ed.gov/about/offices/list/ocfo/humansub.html.

**Where do I submit the completed application?**

To submit a completed grant application, you must follow the transmittal instructions provided in the *Federal Register* application notice and in the application package. If you are applying for a grant using e-Application or Grants.gov, submit the application through that system. Once you submit it, your application will be forwarded automatically to the appropriate program office for processing and review. Generally, paper applications are sent to the ***Application Control Center (ACC)*****.** The address for ACC is specified in the transmittal instructions that appear in the application notice and the application package.

Note that many programs require applicants to submit their applications electronically through one of the online application systems. Usually, applicants may apply for a waiver of this requirement as directed in the application package. The waiver must be approved by the Department before an application otherwise required to be submitted electronically will be accepted in another format.

**What happens if I miss the application deadline?**

To be considered under a grant competition, you must meet the application ***deadline***. The Department will not accept applications submitted after the deadline date and time specified in the application notice. Applicants applying electronically using either e-Application or Grants.gov must submit the application electronically by the specified date and time. Carefully follow the instructions provided in the system you are using. Applicants should plan to submit their application prior to the deadline, allowing themselves sufficient time prior to the deadline to resolve any technical problems they may encounter. If the application is late, the applicant will receive notification through the Grants.gov or e-Application system that the application cannot be accepted.

At the time of this publication, applications submitted electronically are due by 4:30:00 p.m. Washington, D.C. time on the deadline date, or "closing date," but note that the deadline time is subject to change. You must verify the time that your application is due by checking the application package and the information posted in the electronic system.

A paper application, with all forms and required paperwork, must be mailed to the ACC (or other place specified in the application package) and postmarked on or before the deadline. The Department has an absolute policy of denying the acceptance of paper applications that are not postmarked by the deadline for the program's competition. If a paper application is received late, and without a legible postmark or other proof of mailing specified by the Department reflecting the closing date of the competition, the Department will notify the applicant that the application will not be considered. Please read the application instructions carefully. Note that some programs may require that the Department **receive** applications by the deadline.

**What if there are technical problems with e-Application on the deadline date?**

If you use e-Application to apply for a grant and you are prevented from submitting your application on the closing date because the e-Application system is unavailable, the Department will grant you an extension of one business day in order to transmit your application electronically, by mail, or by hand delivery.

For the Department to grant this extension:

- You must be a registered user of e-Application, and have completed and attempted to send your application for the competition before the deadline; and

- The e-Application system must be unavailable for 60 minutes or more between the hours of 8:30 a.m. and 3:30 p.m. Washington, D.C. time on the deadline date; or the e-Application system must be unavailable for any period of time during the last hour of operation (that is, for any period of time between 3:30 and 4:30 p.m.) on the deadline date.

The Department must acknowledge and confirm the periods of unavailability before granting an extension. To request an extension you must notify either the contact person listed in the *Federal Register* notice or the ***e-Grants*** help desk at 1-888-336-8930.

**What if there are technical problems with Grants.gov on the deadline date?**

If you are prevented from electronically submitting your application on the application deadline date because of technical problems with the Grants.gov system, the Department will extend the deadline until 4:30:00 p.m. Washington, D.C. time the following business day to enable you to transmit your application electronically, or by hand delivery. You may also mail your application by following the mailing instructions as described in the application notice.

For the Department to grant this extension:

- You must provide an explanation of the technical problem you experienced with Grants.gov, along with the Grants.gov Support Desk case number (if available);
- You must have been fully registered to submit an application to Grants.gov before the deadline date and time; and
- The technical problem or unavailability must be a result of a problem with the Grants.gov system (not the result of a problem with the applicant's system).

To grant this extension, the Department must be able to confirm that a technical problem occurred with the Grants.gov system and that the problem affected your ability to submit your application by 4:30:00 p.m. Washington, D.C. time on the application deadline date. The Department will contact you after a determination is made on whether your application will be accepted.

**What if I find an error or realize I have omitted something in my application after the deadline?**

In order to ensure fairness to all applicants, the Department does not allow an applicant to submit additional or revised materials after the deadline.

**What happens to an application once the Department receives it?**

When the Department receives an application on time, it sends the applicant a confirmation. Electronic applications submitted via e-Application are automatically assigned a ***PR/Award number*** upon submission, which is both displayed in the on-screen confirmation message and sent via e-mail to the applicant.

Upon submission, an electronic application submitted via Grants.gov will receive a Grants.gov tracking number, which is displayed in the on-screen confirmation message and sent via e-mail to the applicant. Once Grants.gov validates the application successfully, the Department receives the application and assigns a PR/Award number, which is sent to the applicant via e-mail and also displayed on the Grants.gov Web site as the "Agency Tracking Number."

When the Department receives a paper application, the ACC records each application, assigns it a PR/Award number, and sends a confirmation notice to the applicant by postal mail.

After the application is received and the confirmation is sent, the application is forwarded to the program office responsible for the competition. The program staff screens the application for eligibility and completeness.

**What do the letters and numbers mean in my PR/Award number?**

The PR/Award number is composed of seven parts that provide specific information about your application. For example, H029A101234-10C:

| | |
|---|---|
| H | - Principal Office identifier |
| 029 | - CFDA numeric suffix of the program |
| A | - Alphabetic sub-program identifier |
| 10 | - Last two digits of the fiscal year of the competition |
| 1234 | - Unique application identifier |
| 10 | - Fiscal year of the funding |
| C | - Alphabetic identifier signifying the most recent funding action in a fiscal year |

The first five parts of the PR/Award number remain the same throughout the life of the application and grant, while the last two parts change by ***budget period***. It is essential to include your PR/Award number on all correspondence with the Department.

**What happens if my application is not eligible?**

If an application does not meet the eligibility criteria for the program it addresses, the Department notifies the person who signed the application that the application is not eligible and will not be considered. The notification from the Department explains the reason that the application is not being reviewed in the competition.

## The Application Review Process at the Department

Frequently, months pass between an application deadline and the day an applicant learns about the funding decision. During this time, the Department staff is processing the applications consistent with laws and regulations that govern the process. The length of time required for the review and award process depends in part on the volume of applications the Department receives for a competition, as well as the time required for the Department to act on its commitment to give each application a fair and thorough review. This section describes what happens to an eligible application after the Department receives it.

### How does the Department consider my application for funding?

For the majority of the Department's grant competitions, program offices recruit ***application reviewers*** (reviewers) from outside the federal government who have expertise in the subject area of the grant program for which the applications were submitted. For some competitions, program offices may use employees or contractors of the Department of Education, or employees of other federal agencies, to serve as reviewers. The Department staff screens applications to ensure that they meet all the requirements of the program and assign applications to reviewers. Reviewers read and independently score each application assigned to them. After the reviewers score the applications, the program staff carries out an internal review to ensure that the reviewers' scoring sheets are correctly completed.

### How are application reviewers chosen?

The Department recruits reviewers who have expertise in areas pertinent to a grant program. Individuals interested in becoming a reviewer complete an application or submit a resume or a curriculum vita that provides information the program staff uses to determine whether they have the necessary qualifications. The program staff maintains a reviewer registry and contacts individuals when they are needed for an upcoming competition. The Department reviews potential reviewers' information to determine whether they have the necessary expertise and whether they have any potential conflicts of interest in the outcome of a specific upcoming

competition. A reviewer is considered to have a conflict of interest when he or she, or certain individuals and entities with which the reviewer has a relationship, has a financial interest in the outcome of the competition. The Department staff works with potential reviewers and assigns them to competitions that raise no conflicts of interest or other reasons for which the public would question the reviewers' objectivity in rating proposals for a specific competition.

Some of the methods that the Department uses for recruiting individuals for the reviewer registry are:

- Notices and advertisements in appropriate publications, including the *Federal Register*, journals, newspapers, and the principal office Web site;
- Letters of request to key individuals (such as college or university deans, heads or prominent members of education research institutions and professional associations, or private and public school officials); and
- Contacts with members of the education community, professional associations, and current or former reviewers.

The reviewer training, grant review procedures, time commitment, and compensation vary from grant program to grant program. Some programs require travel to Washington, D.C. (at the Department's expense), while other programs use ***e-Reader*** or teleconferences so that grant application reviews can be done from the reviewer's home or office.

Individuals interested in becoming application reviewers can contact the program office that administers the grant programs in their area of interest or visit the program office's Web site on www.ed.gov. Contact information for Department staff for each grant program can be found in the *Guide to U.S. Department of Education Programs*.

**What criteria do reviewers use to score my application?**

Reviewers score each application against the selection criteria stated in the notice or application package. In reviewing applications, reviewers are not permitted to use other criteria or consider any information that is not in the application.

**How does the Department determine the rank order of applications?**

Generally, the Department averages the scores given by all the reviewers that read an application. The average score for each application is used to determine its rank order among all the eligible applications that were reviewed. Under certain circumstances, the program staff uses a statistical method to standardize reviewers' scores. Standardization helps compensate for the tendencies of some reviewers to score applications higher or lower than other reviewers for the same quality applications.

**How does the Department decide which applicants get funded?**

After the applications, reviews, and related documents are checked for completeness, the program staff conducts a series of steps to determine which applicants will be funded. The steps are to

- Develop a rank order list from the panel scores for each application.
- Determine how many applications can be funded with the available appropriations.
- Perform a cost analysis on those applications that can be considered for funding. The cost analysis is done to determine whether the proposed costs of an applicant's budget are allowable. In addition, program staff members review the narratives and budgets to ensure that costs relate to the activities and objectives of the project. All unallowable costs are deleted from the budget. During this stage, program staff may contact applicants for clarifying information, usually by telephone. If the program staff requests a written response from an applicant, the applicant's response should address only the specific items needing clarification.
- Create a formal list, called a "slate," of the applications recommended for funding and the recommended funding level for each application.
- Forward the slate to the ***principal officer*** of the program office (or his or her designee) for approval. In making the final funding decisions, the principal officer may consider information in addition to the information in the application, such as an applicant's past performance on a U.S. Department of Education grant.
- Issue award notices to the successful applicants.

**Does a high score guarantee funding?**

There is no particular score that guarantees that an application will be funded. Even if an application ranks high it may not be funded. The Department may be unable to fund all high-scoring applications because of the large number of high-quality applications submitted and the set level of funds that Congress appropriates for a program. In addition, high-scoring applications may not be funded because a program may establish a geographic distribution requirement that limits the number of grants awarded to specific regions of the country. Some applications may not be funded because of an applicant's poor performance in the past on other federal projects.

**How long does it take the Department to decide on my application?**

It takes approximately four to six months from the time the competition closes to the time an award is made. The time will vary from competition to competition.

**What happens to my application after the application review process?**

After the application review process is completed, all applications, supporting materials, and the reviewer rating forms are retained by the program office. The program staff creates a grant file for each application and carefully reviews the materials to ensure that all required forms (including certifications and assurances) are included and filled out correctly.

## When Your Project Receives Funding

When the Department notifies you that your application has been funded, the real work begins. There will be post-award communications and discussions with Department officials, and you will start the substantive activities of your project. This section provides information about what happens after your grant has been awarded.

### How do I learn that my application has been funded?

You may receive funding notification in several ways. For most competitions, the Department notifies members of Congress from the grantees' congressional districts that it intends to fund the projects, prior to notifying applicants. As a result, applicants sometimes first receive news of the status of their applications from their congressional delegations. For other competitions, a program staff person may contact the successful applicant. Every successful applicant will receive a ***Grant Award Notification (GAN)*****.** A grant award is not official until an official GAN has been signed by the authorized program official and sent to the applicant. When the Department issues the GAN, both the Department and the grantee are bound to the terms and conditions of the grant, including the statutory and regulatory requirements, as well as the terms and conditions specifically described in the attachments to the GAN.

The Department will notify you if your application was not evaluated or if it was evaluated but not selected for funding. Program staff might contact some applicants and advise them that they are in an "on hold" funding status. This means that, while the application is not recommended for funding at the time because it ranked slightly lower than the funded group or for some other reason as noted above, it might receive a grant award later if additional funds become available, or if some of the recommended applications are not funded.

**What organizational identification is required to receive grant funds?**

Applicants should be aware that, in order to receive a grant award, the organization must have a Taxpayer Identification Number (TIN) and a DUNS number that is active in the Dun and Bradstreet registry, and must register the organization and the DUNS number in the Central Contract Registration (CCR) system. The TIN is the federally issued tax identification number (such as an Employer Identification Number or Social Security Number). The DUNS number is a unique nine-character number that identifies your organization. The federal government has adopted the use of the DUNS number to track how federal funds are allocated. The CCR is a Web-enabled governmentwide system that collects, validates, and stores business information about the federal government trading partners in support of the contract award, grants, and the electronic payment process. Applicants who have questions about these requirements should speak with the contact person named in the application package or GAN.

**Is an application always funded for the entire amount requested?**

No. In some cases, the program staff determines that certain proposed activities in the application are unnecessary or unallowable, and deletes them and their associated costs from the award. In others, the program staff that performs the cost analysis determines that the amounts requested for some items are excessive and reduces the budget for them. Funding levels might be restricted based on the amount of funds appropriated for the current fiscal year and the number of applications to be funded.

**What does it mean if my project has cost-sharing or matching requirements?**

Some program legislation or regulations require that the grantee contribute some percentage of the total project costs during the budget period. Be sure to read application materials carefully to learn if a ***cost share or match*** must be included in your application budget. Generally, a grantee is required to contribute a specified minimum percentage of the total cost of the project or a minimum percentage of the amount of the federal funds awarded.

Even when a cost share or match is not required by legislation or regulation, applicants sometimes volunteer in their proposal to provide cost-sharing or matching funds to support their proposed grant projects. If an applicant voluntarily commits in the application to provide cost-sharing or matching support for a project, it must provide the cost share or match described in the approved application. Grantees should account for their cost-share and match contributions (whether voluntary or required) the same way they account for the federal funds expended on grant activities.

**What information does my Grant Award Notification (GAN) contain?**

The GAN is the official document that states the terms, conditions, and amount of an award and is signed by the official who is authorized to obligate funds on behalf of the Department. The document is formatted into numbered blocks that provide specific information about the award, including administrative information, legislative and fiscal data, and names and telephone numbers of project and program office staff. For multiyear awards, the GAN also includes information on anticipated subsequent funding periods and their tentative levels of funding. Attachments to the GAN will spell out additional terms and conditions of the award. Enclosures will give further guidance on administrative procedures (for example, how to draw down funds and where to submit required reports). The attachments and enclosures contain important information about awards. Grantees are urged to pay particular attention to them.

Two copies of the GAN are sent to each successful applicant. One copy is sent to the authorized representative who signed the Application for Federal Assistance form (SF 424) and other required forms. The second copy is sent to the project director.

**What happens after I get the grant award?**

Receiving your GAN symbolizes the beginning of a relationship between your organization and the Department of Education to promote and ensure successful project outcomes. This relationship should be characterized by frequent and ongoing communication between a grantee and the program staff throughout the life of the project. Grantees are encouraged to work with their program offices for technical assistance and as resources in

achieving their projects' goals. Grantees should obtain and use the e-mail addresses of program staff to maximize communication.

The ***Post-Award Conference*** (or post-award performance conference) is generally the first step in developing this relationship. This initial discussion takes place shortly after a new grant is awarded. The main focus of the conference is to establish a mutual understanding of the specific outcomes that are expected and to clarify measures and targets for assessing the project's progress and results. Information on project outcomes is needed to ensure that the project achieves the objectives stated in the application. The post-award conference generally clarifies and lays the groundwork for ***monitoring*** and ongoing communication between a grantee and the Department to ensure that the grant is administered in compliance with applicable laws and regulations and that the project's goals are achieved.

A conference can take many forms. It can be a face-to-face meeting, telephone discussion, workshop, Web-based conference, e-mail exchange, or notes sent via fax or postal mail. For some programs, the performance conference might involve entering into a performance agreement that is signed by both parties and specifies activities and milestones expected for the grant.

**How do I get my grant funds?**

Grantees get their grant funds by setting up accounts and making payment requests through ***G5***, which is accessed via the Internet at www.G5.gov. Organizations that do not have Internet access can request funds by telephone to the Department's G5 Payee Hotline at 1-888-336-8930 (TTY—1-866-697-2696), to have requests for payments entered into G5 for them. Grantees withdraw funds for each separate grant award by PR/Award number. Once a request for payment has been made and is validated, funds are deposited into the grantee's designated bank account. The frequency of payment requests and the amount of withdrawals must be limited to the amounts actually needed to meet the ***obligations*** made under the grant and be timed in accordance with the project's immediate cash needs to carry out the activities of the grant.

Attachment A of the GAN explains the Department's payment system. After registering online, the grantee must complete the included G5 External

Access Security Form and return it to the Department before an organization can request funds through G5. For security purposes, access to G5 is granted only after a notarized copy of the user's form is received by the Department. To assist new users of G5, the Department has developed an On Demand Help function that provides additional information and instructions on processing payments using G5. On Demand Help is accessible by going to www.G5.gov and selecting Help on the menu option. If you do not have Internet capability, please call the G5 Payee Hotline at 1-888-336-8930 (TTY—1-866-697-2996) to request a printed copy of the User Training Guide.

If you have received a grant from the Department and your organization has already established the necessary grant accounts, you will not need to complete and send another notarized form to the Department. Instead, you will receive the latest payment request information along with the GAN. In making requests for funds, please remember that a grantee may draw funds only to meet the immediate cash needs of the project for obligations made under the grant.

**How long does it take to get my grant funds?**

Funds are usually deposited to a grantee's bank account within two business days after a payment request is made.

**How do I get funds after the first year if my organization receives a multiyear award?**

To receive funds after the initial year of a multiyear award, grantees must submit a continuation performance report that describes the progress the project has made toward meeting the predefined benchmarks and milestones established at the beginning of the project. These reports are usually required once a year. The performance report provides program staff with information on the project's progress. The form or format for the performance report is provided by program staff. Some grantees will submit their performance reports electronically using the Department's Web-based ***e-Reports*** or another electronic report system. Your program office will notify you if you are required or have the option to submit your reports online. Some programs require grantees to report financial and expenditure

information, such as cost sharing, matching, and indirect costs. This information is usually collected on the governmentwide standard form, the ***Federal Financial Report (SF 425)***.

The program staff uses the information in the performance report in combination with the project's fiscal and management performance data to determine subsequent funding decisions. The performance report should specify any changes that need to be made to the project for the upcoming funding period. A grantee cannot receive a ***continuation award*** if it has not filed all the reports required for the grant. Before a continuation award can be issued, the program staff reviews the information in the performance report and the grant's financial and project management activities to determine if a grantee has made substantial progress in reaching the project's objectives, if expenditures correspond to the project's plans and timelines, and if continuation of the project is in the best interest of the federal government. If these requirements are met, the program staff issues a continuation award. To ensure that they achieve substantial progress during the funding period, grantees should contact their program staff as often as necessary. Program staff members are available to answer questions, provide technical assistance, and help grantees better understand federal requirements and procedures to ensure that the goals of their projects are achieved.

## Grantee Responsibilities and Accountability

Congress and federal agencies are placing an ever-increasing emphasis on accountability for the use of public funds. As a Department of Education grant recipient, you will share in the responsibility for being accountable to Congress and the public for proper stewardship of taxpayers' dollars and for achieving the greatest public benefit possible with those dollars.

Accountability for a grant project is measured in part on performance in achieving the educational goals of the project. Examples of success include improving student achievement, teacher effectiveness, the employment of individuals with disabilities, or the understanding of what works in educational practice. Grantees are also responsible for managing the personnel, and the financial and other administrative aspects of the project, consistent with the requirements of the laws and regulations that govern federally funded projects. This section discusses some of the responsibilities of grantees and some basic information about grant administration. As a grantee, you will learn much more about the Department's expectations for responsible stewardship of the federal grant funds entrusted to you from your grant award documents, project directors meetings, and discussions with your Department program staff.

### What responsibilities do I have under a discretionary grant or cooperative agreement?

When undertaking a project funded by the Department of Education, your major responsibilities are to:

- Perform the work detailed in the approved application (and any approved revisions to the application);
- Exercise proper stewardship of federal funds, including cash management and documentation of expenditures;
- Comply with all statutory and regulatory requirements, conditions of the grant award, and certifications;
- Draw down funds only when needed to make payments for obligations made under the grant;
- Measure and demonstrate progress toward achieving project goals;
- Report all required information to the Department; and
- Maintain records documenting the grant's activities and expenditures.

In addition, each award for a discretionary grant or cooperative agreement imposes specific responsibilities on a grantee, depending on the program for which funding is received.

**Do OMB circulars apply to my grant award?**

Yes. The Executive Office of the President issues OMB circulars through OMB and other rule-making agencies. OMB circulars are guidance for federal departments and agencies, for example in establishing policy on grants administration, cost principles and audit requirements. OMB circulars apply to the Department of Education, and the Department has adopted them in EDGAR. Many of the OMB circulars have or will be codified in Chapter 2 of the CFR. OMB Circulars are available at http://www.whitehouse.gov/omb/circulars_default/.

**How do I make sure that I am complying with the regulations that apply to my award?**

Carrying out the activities of your project in a way that is consistent with the requirements of federal regulations is a process that begins before you receive a grant. It begins with the application process. You should make yourself familiar with EDGAR and any program regulations when you are preparing your grant application. You can find program regulations in the application materials that the Department originally sent to you. EDGAR is available electronically on www.ed.gov. EDGAR contains most of the administrative requirements applicable to your grant. Refer to the table of contents at the beginning of each part of EDGAR and the program regulations to help you locate specific information of interest to you. If you still have questions after reading the regulations, contact the program staff person who administers or monitors your grant.

**What must I do if I need to change some part of my project from the approved application?**

If you need to make changes to your approved project plan, the first step is to determine if the change you want to make requires prior approval from

the program office. Many changes do **not** require prior approval. Part 75 of EDGAR gives grantees guidance regarding administrative changes to their grants. The provisions **generally** permit grantees to undertake the following ***administrative actions*** without seeking prior approval from their program office, although usually the program office requires the grantee to provide a notification of the change, including supporting justification:

- Extend the project period one time at the end of the grant for a period of up to 12 months (34 CFR 75.261);
- Carry funds over from one budget period to the next (34 CFR 75.253(c));
- Obligate funds for up to 90 days before the start date of the grant's performance period (34 CFR 75.263); and
- Transfer funds among budget line items (34 CFR 75.264).

If the change you wish to make is beyond these allowable administrative actions, you must contact the Department for prior approval. Grantees are urged to review the sections in EDGAR relating to the type of change they wish to make. The Department will not permit a grantee to change the objectives or scope that were established in the application and scored by reviewers during the application review process. This policy is designed to provide basic fairness to applicants for discretionary grants. Grantees should be aware that if they carry over a large amount of funding from one budget period to the next, the Department may reduce the amount of new funds available for the next budget period. If you wish to make some other type of change or you are not certain whether the change is allowable or if prior approval is required, contact the program staff person shown on your GAN for assistance.

You should always work with your program office staff to ensure your changes are allowable and approved. If prior approval is required, send the request to the program staff person identified on the GAN by e-mail, fax, or postal mail. Grantees can request approval for changes to their grants through ***e-Administration***, which is accessed from the Department's e-Grants home page, or through alternative grant administration systems as instructed by their program officer. Once registered, e-Administration users can submit a request and track when the Department reviews it and when a decision or change is made. Once the request is processed, the grantee receives a system-automated e-mail notification specifying whether the request is approved. For some e-Administration actions that require prior

approval, program staff may contact the grantee to obtain further justification or clarification regarding the request. Administrative actions that require prior approval may take up to 30 days to process. Grantees are notified in writing once a determination is made regarding a requested change. Grantees are urged to use electronic communication as much as possible to expedite processing of requests.

**What can I do to help my request for a change get processed quickly?**

You can take a number of steps to reduce the time it will take for the Department to process your request for a change to a project:

- **Always use your PR/Award number**. The PR/Award number gives program staff a great deal of information. Include it in all written correspondence and have it available when you call your program staff. We recommend that you put it on the outside of your envelopes so your correspondence can be properly directed before we even open the envelope.

- **Always check your computations in budgets more than once**. Check the calculations in your request and any other materials associated with your grant that you send to your program office.

- **Carefully read the attachments and enclosures that come with your GAN**. The attachments and enclosures sent with your GAN contain important information that can simplify the administration of your grant with regard to receiving payment, sending required reports, and following special terms and conditions.

- **When in doubt, ask.** If you are not sure about something, do not hesitate to contact the program staff person assigned to your grant. That person is available to give technical assistance and to help you understand grant regulations and the award documents.

**How does the Department know how my project is doing?**

The Department uses information from project and financial reports, Department monitoring, independent audits, and Department of Education

***Office of Inspector General (OIG)*** audits and investigations to determine how grants are managed and performing. Every grantee should expect to participate in some monitoring and oversight activities, such as site visits conducted by the Department staff.

**What type of monitoring should I expect?**

Monitoring is an integral part of the Department's grant administration and oversight. The end goal of Department monitoring is to promote the efficient and effective achievement of the program objectives because this supports the Department's mission to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access. The Department monitors for compliance with laws and regulations to ensure that the public funds entrusted to grantees are spent for the purposes they were awarded to support. The Department also monitors how grantees are progressing on meeting the program objectives in order to promote the successful completion of grant projects.

The Department uses many different types of monitoring. On a regular basis, the program staff monitors grantees' fiscal activities (such as draw down of funds and total expenditures to date) and administrative changes and requests. The program staff maintains regular or periodic contact with grantees by telephone or e-mail to check on the progress of their projects. The program staff reviews interim and final performance and financial reports to monitor that the project is proceeding as planned, consistent with the approved activities and budget.

The program staff conducts monitoring site visits with some of the grantees. The Department selects projects for site visits based on a number of factors aimed at managing the risk to the grant funds. Some projects are selected to include a representative sampling of grantees and projects across the program. Other projects are selected based on risk factors, such as the size of the grant or information about the grant's performance. The Department might select projects on a multiyear cycle that allows the program staff to visit many of the grantees at least once during the performance period. Grantees should view site visits as an opportunity for staff members from the Department and project staff members to get to know one another better, know more about the project, and improve the project. Site visits permit the grantee to present information to the program staff about the project in

greater depth and detail. If your grant is selected for a site visit, your program staff will provide you with guidance on preparing for a monitoring site visit.

If, in the course of monitoring, the Department's staff identifies areas of weakness or noncompliance, or simply has suggestions for how the grantee might better achieve the program objectives, the staff will provide technical assistance and advice to help bring the project up to its potential. Although the goal of monitoring is to make every project successful, unresolved monitoring findings may result in such actions as additional grant terms and conditions, recovery of funds, a decision to not award a continuation grant, or the termination of a grant.

**What are the independent audit requirements for my grant?**

The most common audit requirement affecting discretionary grant recipients is that your organization must have an organizationwide audit conducted by independent auditors, as required by the Single Audit Act Amendments of 1996. These are often called "A-133 audits" because the audit requirements are set out in *OMB Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations*. The circular provides uniform requirements for all grantees, by type of organization—state and local governments (including Indian tribal governments), colleges and universities, and hospitals and other nonprofit organizations. Organizations that expend $500,000 or more during their fiscal year in federal awards must have an A-133 audit performed for that year. Generally, A-133 audits review the expenditures of federal funds across an entire organization and test compliance with program requirements by examining expenditures and activities the organization conducts under major programs. If your organization is required to conduct an A-133 audit, it must send an electronic copy of the audit report to the Federal Audit Clearinghouse as specified in the attachments that accompany your GAN.

To obtain more information on preparing for an audit, you should get a copy of OMB's annual *A-133 Compliance Supplement*. The supplement is the guide for auditors who conduct the yearly audits under the *Single Audit Act*. It is a helpful guide for grantees in preparing for an audit. The *Compliance Supplement* is available on OMB's Web site at www.whitehouse.gov/omb/circulars.

Sometimes an audit report concludes that there are deficiencies or weaknesses in a grantee's financial system or programmatic activities. Weaknesses or deficiencies revealed in an audit report are called "***audit findings***." If your organization's A-133 audit report contains findings related to a discretionary grant program, the organization will be contacted by Department of Education staff to resolve the findings.

**What happens if the Office of Inspector General selects my project for an audit?**

The second type of audit for fiscal and program compliance is conducted by the Department of Education's OIG. Audits conducted by the OIG occur less frequently than A-133 audits and not every grantee is audited.

The OIG audit process includes an entrance conference, fieldwork, an exit conference, a draft audit report, and a final audit report. The entrance conference is held to explain the purpose of the audit, establish working arrangements, obtain copies of necessary documents from your organization, and answer any questions you may have. During the field work, OIG auditors gather general information on your organization; study specific activities or operations, and examine pertinent documents, records, and procedures.

The exit conference takes place before the OIG issues its draft report. The OIG auditors will brief your agency on their preliminary findings, and provide your organization an opportunity to respond and provide additional information before the draft report is issued. The draft report presents the preliminary OIG findings and recommendations. You will have 30 days to respond to the findings in a draft report. Your comments will be included as an attachment to the final report. The final report gives the name of an official in the Department who is responsible for resolving the issues discussed in the report. If there are findings from an OIG audit, you will be contacted by Department of Education staff to resolve the findings.

**What happens if an audit report recommends cost recovery?**

Sometimes an audit finding questions whether certain of the grantee's expenditures were allowable under the requirements that apply to the federal program. If an audit questions a grantee's costs, the Department staff reviews the audit and related documentation to determine if any of the costs questioned by the audit were, in fact, unallowable. If the Department determines that a grantee must repay grant funds that the grantee did not properly expend, the grantee is officially notified by the Department. The official correspondence from the Department will include information on appeal procedures that are available to the grantee. Grantees need to carefully adhere to these procedures, particularly the deadlines for submitting an appeal.

## As the Project Ends

Finishing project activities by the required end of the performance period is crucial, but other activities also must be performed to complete the grant process successfully. The final part of any project is telling the Department about the project, its successes and outcomes, and the effort and funds invested in the project. Your reporting becomes the basis of the Department's evaluation of your project and the overall success of the program. The Department gathers information from the projects' reports in order to report to Congress, the U.S. Government Accountability Office, and the public on the Department's progress toward achieving its goals for the program.

### What happens after the project has ended?

When you have reached the end of your performance period, you are officially in the ***grant closeout process***. During the grant closeout process, the Department has a series of procedures to check that all required administrative and grant project work actions have been successfully completed and that you have properly accounted for Department of Education and any matching funds under the grant.

### What responsibilities do I have after the project has ended?

Grantees are responsible for preparing a final performance report after the project has ended. Cooperative agreements might require additional items. The Department requires that all grantees send this final report within 90 days of the end of the project period. Attachment B, which is sent along with the GAN, provides information on when and where the report must be sent. Be sure that you always provide complete and accurate information in the report and include the PR/Award number of your project. Your program office will notify you if you should use e-Reports or another electronic system to submit your final report. Some grants require a final financial report with information on cost-share or matching contributions, indirect costs, or other financial information, in addition to the final performance report.

**What does the Department do with the information in my final performance report?**

The Department uses the information in final performance reports to evaluate the success of individual projects and the grant program as a whole. Generally, information from each project is analyzed to determine whether the goals of the project were accomplished. Then, the data from all the projects are evaluated to understand the extent to which the program had an impact on the larger, national issues it was designed to address. The long-term success of a discretionary grant program is dependent upon complete and accurate information from grant recipients. The Department uses the information to decide how to improve the design of grant programs and to explain the program's impact to Congress and the public.

The Department may use the information contained in final performance reports to identify projects that contributed significantly to furthering the goals of the program and that have national significance. This information is shared with grantees, potential grantees, and the general public using a variety of methods. The Education Resource Information Center (ERIC) and national centers and clearinghouses make information available to the public. The Department may disseminate information to future grantees and other interested members of the education community through www.ed.gov, training, technical assistance, and conferences.

**Do I have to keep any records related to my grant project after the Department closes out my grant?**

Yes. Almost all of the Department's programs fall under the record retention provisions of the *General Education Provisions Act* (*GEPA*) and EDGAR. The provisions require grantees to maintain grant records **for three years after the submission of all required reports**. This time period is extended if audit or legal matters take longer than three years to resolve. Your program staff can answer any questions you have about record retention.

**What kinds of records do I need to keep?**

You must keep records regarding the use of grant funds, compliance with program requirements, and the data the project used to demonstrate the effectiveness of the project in meeting the grant's objectives. Keep your copy of the approved application. The financial records must show the amount and source of all funds spent on the grant, including any matching funds that were promised in the approved application. The records must document how all federal and matching funds were used. You must also keep records that document other types of information you provided the Department in your annual or final reports, such as records of program participants and the source data used to report on performance measures. If you purchase equipment with grant funds, you must maintain inventory records until the equipment is no longer needed to meet the project objectives, and then you should request disposition instructions from the Department. Keep copies of all correspondence with the Department regarding the project. *GEPA* (20 U.S.C. 31) and EDGAR regulations (34 CFR 75.730-732) provide the specific requirements for record retention. You may need these records to demonstrate to program monitors or auditors that all expenditures and activities you conducted with the grant were allowable and accurately reported.

## AFTERWORD

The leadership and staff of the U.S. Department of Education appreciate your interest in our grant programs and look forward to working with you to promote excellence and equity in education in the U.S. We hope that you have found this publication helpful. The Department's ***Risk Management Service*** is responsible for updating this publication and welcomes your comments and suggestions for future editions. Please send them to:

U.S. Department of Education
Risk Management Service
400 Maryland Ave. S.W.
Washington, DC 20202
Attention: Grantmaking at ED

Or e-mail
RMSCommunications@ed.gov

# GLOSSARY

**Administrative action**: A post-award administrative request by a grantee to modify the conditions of the original grant. An administrative action may be monetary or nonmonetary and may require prior approval from the Department.

**Administrative regulations**: Regulations that implement 1) guidance from OMB contained in circulars that apply to the administration of all federal grants and cooperative agreements, 2) presidential executive orders (if regulation is necessary), 3) legislation that affects all applicants for or recipients of federal grants and cooperative agreements, and 4) the Department's specific requirements for the award and management of grants. See also *EDGAR*.

**Allowable costs**: Expenditures under a grant project that are specifically permitted (or not specifically prohibited) by law, regulation, or guidance. Allowable cost regulations for the Department of Education are found in EDGAR and based on OMB circulars, federal accounting standards, and other authoritative sources.

**Application Control Center (ACC)**: The administrative unit of the Department that is officially authorized to receive paper applications for discretionary grants and cooperative agreements.

**Application for Federal Assistance or SF 424**: The federal government's standard grant application form, sometimes referred to as the application "cover page." Department of Education grant applicants usually include a SF 424 along with a "Supplemental Information Required for Department of Education" (ED Supplement to the SF 424) as part of their application packages.

**Application notice**: A notice published in the *Federal Register* and posted on www.ed.gov that invites applications for one or more discretionary grant or cooperative agreement competitions, gives basic program and fiscal information on each competition, informs potential applicants when and where they can obtain application packages, and cites the deadline date for each competition.

**Application package**: A package that contains the application notice for one or more programs, and all the information and forms needed to apply for a discretionary grant or cooperative agreement, including applicable program regulations and legislation.

**Application reviewer** **(reviewer)**: An individual who serves the Department by reviewing and scoring new discretionary grant and cooperative agreement applications; also referred to as "field reader" or "peer reviewer."

**Appropriations legislation**: A law passed by Congress to provide a certain level of funding for a grant program in a given fiscal year.

**Assurances**: A listing of a variety of requirements, found in different federal laws, regulations, and executive orders, that applicants agree in writing to observe as a condition of receiving federal assistance.

**Audit finding**: A conclusion about a monetary or nonmonetary matter related to an auditor's examination of a grantee organization, program, activity, or function. Audit findings identify problems with an organization's compliance with grant requirements and provide recommendations for corrective action in order to prevent their future recurrence and may question whether certain grantee expenditures were allowable.

**Authorizing legislation**: A law passed by Congress that establishes (or continues, in the case of a "reauthorization") a grant program.

**Budget period**: An interval of time into which a project period is divided for budgetary purposes, usually 12 months.

**Catalog of Federal Domestic Assistance** **(CFDA)**: A publication and database produced by the General Services Administration that lists the domestic assistance programs of all federal agencies and gives information about a program's authorization, fiscal details, accomplishments, regulations, guidelines, eligibility requirements, information contacts, and application and award process.

**CFDA number**: The identifying number for a federal assistance program. Each CFDA number has a two-digit prefix to identify the federal agency that administers the program ("84" is the prefix for the Department of Education), followed by a three-digit code unique to each authorized program.

**Certification**: A statement, signed by an applicant or grantee as a prerequisite for receiving federal funds, that the applicant or grantee 1) meets or will adhere to certain conditions and 2) will undertake or not undertake certain actions.

**Code of Federal Regulations (CFR)**: A compilation of all final regulations issued by federal agencies and published annually by the National Archives and Records Administration. The CFR is divided into numbered titles. Title 34 contains the regulations of the Department of Education.

**Competitive review process**: The process used by the Department to select discretionary grant and cooperative agreement applications for funding. Application reviewers score applications and the most highly scored applications are considered for funding.

**Continuation award**: A grant made following the first budget period of a multiyear project, which extends the performance period and provides funding for another budget period, within the approved project period.

**Cooperative agreement**: A type of federal assistance—essentially a variation of a **discretionary grant**—which is awarded by the Department when it anticipates having substantial continuing involvement with the grantee during the performance of a funded project.

**Cost share or match**: The contribution to the costs of a federally funded project by the grantee (and the grantee's partners in the project) from state, local, institutional or private funds. Matching contributions may be in the form of documented in-kind contributions as well as cash. Grantees are required to provide the level of cost share that is indicated in the approved budget for their grant projects. If a program has a matching requirement, the minimum percentage of the grantee's cost share and appropriate sources of matching contributions are specified in application notices and packages.

**Deadline (also Deadline date):** The date and, if applicable, time by which an applicant must submit a discretionary grant or cooperative agreement application for it to be considered for funding by the Department. Paper applications must be mailed and postmarked by (or in some cases, received by) the deadline date. Electronic applications must be received by the deadline date and time.

**Direct costs**: Those items in a grant project that can be identified specifically with a particular final cost objective. Examples of direct costs are compensation of employees for the time devoted and identified specifically to the performance of grant activities; cost of materials acquired, consumed or expended specifically for the purpose of the grant; equipment and other approved capital expenditures; and travel expenses incurred specifically to carry out the activities of a grant project.

**Discretionary grant**: An award of financial assistance in the form of money, or property in lieu of money, by the federal government to an eligible grantee, usually made on the basis of a competitive review process.

**e-Administration**: The Department's electronic system that allows grantee project directors to request administrative changes to their grant awards over the Internet. For example, grantees can submit a change of address related to a grant award.

**e-Application**: The Department's Internet-based application system that provides the capability for applicants to submit electronic applications for selected grant programs.

**ED**: The acronym for the U.S. Department of Education (that is, "Education Department").

**Education Department General Administrative Regulations (EDGAR)**: Administrative regulations governing the Department's grant and cooperative agreement programs found in Parts 74, 75, 76, 77, 79, 80, 81, 82, 85, 86, 97, 98, and 99 of Title 34 of the CFR. The document issued by the Department that contains a reprint of these regulations is also referred to as EDGAR.

**ED Pubs**: The Department's main distributor of grant applications and other Department publications.

**e-Grants**: A term for the Department's electronic grants initiative and Web site that permits applicants and grantees to do business with the Department over the Internet. It includes the Web-based modules e-Application, e-Reader, e-Reports, and e-Administration.

**e-Reader**: The Department's electronic peer review system that manages the program offices' peer review process when conducted over the Internet.

**e-Reports**: The Department's electronic reporting system that makes it possible for grantees to submit their annual grant performance reports (ED Form 524B) to the Department via the Internet.

**Federal Financial Report (SF 425)**: A standard form for recipients to report on their grant's financial progress. OMB consolidated the two most common financial reports, the Financial Status Report (FSR or SF–269/SF–269A) and the Federal Cash Transaction Report (FCTR or SF– 272/ SF–272A), into a single form. Federal agencies were required to adopt the FFR by Sept. 30, 2009.

***Federal Register***: A daily compilation of federal proposed and final regulations, legal notices, presidential proclamations and executive orders, federal agency documents having general applicability and legal effect, documents required to be published by an act of Congress, and other federal agency documents of public interest. The *Federal Register* is the publication of record for the federal government, including the Department of Education.

**Final Rule**: A *Federal Register Notice* that describes final regulations, which may include final funding priorities.

**Formula grant**: A grant that the Department is directed by Congress to make to grantees, for which the amount is established by a formula based on certain criteria that are written into the legislation and program regulations and directly awarded and administered by the Department's program offices.

**Funding priorities**: Priorities focus a competition on areas of current concern or emphasis by the secretary of education. Priorities take the form of specific kinds of activities that applicants are asked to include in an application or certain conditions that must exist for applicants to be eligible. There are *Absolute Priorities,* which the applicant must address in order to be considered for funding; *Competitive Priorities*, which the applicant has the option of choosing whether or not to address and for which they may receive additional points or preference; and *Invitational Priorities*, which the applicant is encouraged but not required to address. Applications addressing invitational priorities receive no competitive or absolute preference over applications that do not meet the priority.

**G5**: The Department of Education's grant administration and financial system. Grantees request payments and access grant accounts to obtain current payment information through G5.

**Grant Award Notification (GAN)**: An official document signed by a program official who is authorized to obligate the Department in financial matters. The GAN states the amount and the terms and conditions of an award for a discretionary grant or cooperative agreement.

**Grant closeout process (grant closeout)**: The final stage in the life cycle of a discretionary grant or cooperative agreement. During this phase, the Department ensures that all applicable administrative actions and required work of a discretionary grant or cooperative agreement have been completed by the grantee. The Department also reconciles and makes any final fiscal adjustments to a grantee's account in the financial system (G5).

**Grant programs**: For the purposes of this publication, the Department's programs that award discretionary grants and cooperative agreements.

**Grantee**: An organization or individual that has been awarded financial assistance under one of the Department's grant programs in the form of a grant or a cooperative agreement.

**Indirect costs**: Costs an organization incurred for common or joint objectives that cannot be readily and specifically identified with a specific grant project or other institutional activity (such as electricity or janitorial services).

**Indirect cost rate**: A percentage established by a federal department or agency for a grantee organization, which the grantee uses in computing the dollar amount it charges to the grant to reimburse itself for indirect costs of a grant project.

**Indirect cost rate agreement**: A formalized, written, and signed agreement between a recipient and the cognizant federal agency that specifies the treatment of indirect costs. The agreement includes the approved rate(s), applicable fiscal year, and the specific treatment of certain items of cost. The rates and cost treatment laid out in the agreement are accepted and used by all federal agencies unless prohibited or limited by statute.

**Indirect cost rate proposal**: The documentation prepared by an organization to substantiate its claim for the reimbursement of indirect costs. This proposal provides the basis for the review and negotiation leading to the establishment of an organization's indirect cost rate.

**Monitoring**: The Department's regular and systematic review and assessment of its grants. The Department monitors grantees for compliance with applicable law and regulation, and how their projects are progressing on meeting the program objectives.

**Notice of Proposed Rulemaking (NPRM)**: An announcement published in the *Federal Register* proposing new regulations or modifications to existing regulations. This type of notice would include an invitation for the public to comment. This is the first stage in the process of creating or modifying regulations.

**Obligation**: For a grantee, an obligation is the commitment of federal funds to pay for the costs of a grant. For example, an obligation is made at the time that an employee working on the grant performs service or at the time that the grantee enters into a contract. EDGAR contains rules for determining when certain types of obligations are made.

**Office of Inspector General (OIG)**: The Office of Inspector General conducts audits and investigations of Department programs and operations in order to promote their efficiency and effectiveness and to detect and prevent fraud, waste, and abuse. Through courts and administrative procedures, this office seeks to recover misused federal funds. In

cooperation with the Department of Justice, OIG seeks prosecution of wrongdoers.

**Office of Management and Budget (OMB)**: A branch of the Executive Office of the President that assists the president in overseeing the preparation of the federal budget and supervising its administration in executive branch agencies. OMB oversees and coordinates the administration's procurement, financial management, information, and regulatory policies, including grants policies and procedures and governmentwide electronic grants initiatives, including Grants.gov.

**OMB circulars**: Administrative policy documents issued by OMB that give instruction to federal agencies on a variety of topics, including the administration of federal grants and cooperative agreements.

**Performance measure**: A characteristic or metric that can be used to assess the performance aspects of a program or project.

**Performance report**: A report of the specific activities the recipient of a discretionary grant or cooperative agreement has performed during the budget or project period.

**Post-award conference (or post-award performance conference)**: The first major discussion between the Department and grantees after a new award has been made. The conference generally focuses on the proposed project outcomes as stated in the grantee's approved application and on the ways in which the project's progress will be assessed.

**Principal office**: For the purposes of this publication, one of the organizational units of the Department responsible for administering programs that award discretionary grants and cooperative agreements.

**Principal officer**: The Department official who is head of a principal office and holds the rank of assistant secretary or its equivalent.

**Program office**: A sub-unit of a principal office that conducts the daily work of administering discretionary grant and cooperative agreement programs, including the review and ranking of applications.

**Program regulations**: Regulations that implement legislation passed by Congress to authorize a specific grant program. They generally include applicant and participant eligibility criteria, nature of activities funded, allowability of certain costs, and selection criteria under which applications will be selected for funding.

**Program staff**: A group of Department personnel in a program office responsible for all phases of the grants process.

**Project period**: (also referred to as the performance period): The total amount of time for which the Department will fund a grant and authorize a grantee to conduct the approved work of the project described in the application. Project periods of more than 18 months are generally divided into 12-month budget periods. When the Department awards a multiyear award, it obligates funds for the first budget period and commits to fund subsequent budget periods under certain conditions, including sufficient annual appropriations by Congress and sufficient progress by the grantee.

**PR/Award number**: The identifying number for a discretionary grant or cooperative agreement application and award.

**Risk Management Service (RMS)**: The RMS in the Office of the Secretary of Education is responsible for identifying risks and taking effective action to manage and mitigate risks that may adversely affect the advancement of the Department's mission. RMS establishes Departmentwide grants policy and procedures, and coordinates training and technical assistance for the Department's grants management staff and grant recipients.

**Student financial assistance**: The Department's funding of undergraduate or graduate students attending colleges, universities, and other postsecondary institutions that meet the Department's eligibility requirements. Sometimes referred to as "student aid," this assistance is provided by programs in the Department's Office of Federal Student Aid.

**Substantial progress**: A level of accomplishment that a grantee must make in its project during a budget period, which produces measurable and verifiable evidence that the activities undertaken complied with those objectives submitted by the grantee and agreed on by the grantee and the Department during the grant award process.

# OTHER INFORMATION

## U.S. Department of Education

To get more information about any aspect of the Department, its structure, or its programs, or to get answers to questions not answered by this publication, contact

1-800-USA-LEARN (1-800-872-5327)
Or visit
www.ed.gov

**Online Grants Management Training and Resources for project directors** is available at
http://e-grants.ed.gov/training/GMT0101000.htm

**Grant and Contract** information is available at
http://www.ed.gov/fund

**Formula grant** information is available on www.ed.gov by searching the name, topic, or program office that administers the grant program.

**Student financial aid** information is available at
http://studentaid.ed.gov/PORTALSWebApp/students/english/index.jsp

**Publications are available from ED Pubs via the following avenues:**

Web: www.edpubs.gov
Phone: 1-877-4ED-PUBS
TTY/TDD: 1-877-576-7734
Fax: 1-703-605-6794
Mail: ED Pubs
P.O. Box 22207
Alexandria, VA 22304
Para español, llame al 1-877-433-7827
TDD or TTY call: 1-877-576-7734

**Catalog of Federal Domestic Assistance (CFDA)**

The Catalog of Federal Domestic Assistance can be accessed online at www.cfda.gov . The CFDA Web site contains an online searchable catalog and a PDF version of the catalog that provides a format that has the same layout as the printed document.

The Government Printing Office (GPO) prints and sells the CFDA to interested buyers. For information about purchasing a copy of the CFDA from GPO, go to the online bookstore at http://bookstore.gpo.gov or call the Superintendent of Documents at 202-512-1800 or toll free at 1-866-512-1800.

**Federal Register**

The *Federal Register* is available online at www.gpoaccess.gov/fr/index.html.

The Government Printing Office distributes paper, 24x microfiche, and online versions of the *Federal Register* to U.S. Government Depository Libraries. It is often available in the reference sections of other major libraries. For information about purchasing the *Federal Register*, go to the GPO online bookstore at http://bookstore.gpo.gov or call the Superintendent of Documents at 202-512-1800 or toll free at 1-866-512-1800.

Questions about the *Federal Register* online can be directed to the GPO Access User Support Team by e-mail at gpoaccess@gpo.gov; by telephone at 202-512-1530 or toll free at 1-888-293-6498; by fax at 202-512-1262.

**Code of Federal Regulations (CFR)**

The Code of Federal Regulations can be accessed at www.gpoaccess.gov/cfr.

GPO distributes the CFR to each U.S. Government Depository Library. The CFR is often available in the reference section of major libraries. For information about purchasing the CFR, go to the GPO online bookstore at http://bookstore.gpo.gov or call the Superintendent of Documents at 202-512-1800 or toll free at 1-866-512-1800.

Questions about the Code of Federal Regulations online can be directed to the GPO Access User Support Team by e-mail at gpoaccess@gpo.gov; by telephone at 202-512-1530 or toll free at 888-293-6498; by fax at (202) 512-1262.

**Federal Legislation**

Legislative information regarding recent sessions of Congress is available online at thomas.loc.gov/.

You can obtain copies of pending and enacted federal legislation by contacting the U.S. Senate or U.S. House of Representatives at the following numbers:

Senate Document Room: 202-224-7701
House Document Room: 202-226-5200

For further information about ordering other congressional documents, contact the Government Printing Office at 202-512-1800.

## Education Department General Administrative Regulations (EDGAR)

The most recent regulations that comprise EDGAR can be found in the Code of Federal Regulations at:

www.access.gpo.gov/nara/cfr/waisidx_07/34cfrv1_07.html

Please note that this site shows **all** the parts associated with Volume One of 34 CFR. EDGAR comprises **only** Parts 74–99, a listing of which appears below for your convenience in identifying the correct parts at the Web site.

74 Administration of grants and agreements with institutions of higher education, hospitals, and other nonprofit organizations
75 Direct grant programs
76 State-administrated programs
77 Definitions that apply to Department regulations
79 Intergovernmental review of Department of Education programs and activities
80 Uniform administrative requirements for grants and cooperative agreements to state and local governments
81 *General Education Provisions Act*--enforcement
82 New restrictions on lobbying
84 Governmentwide requirements for drug-free workplace (financial assistance)
85 Governmentwide debarment and suspension (nonprocurement)
86 Drug and alcohol abuse prevention
97 Protection of human subjects
98 Student rights in research, experimental programs, and testing
99 Family education rights and privacy

A PDF version of EDGAR is available for download and printing at http://www.ed.gov/policy/fund/reg/edgarReg/edgar.html

## Title 2 in the Code of Federal Regulations (2 CFR) and Office of Management and Budget (OMB) Circulars

OMB is relocating many administrative rules from Circulars to Title 2 of the Code of Federal Regulations. You can obtain electronic copies of OMB circulars or find the links to 2 CFR rules at www.whitehouse.gov/omb/circulars.

**U.S. Government Depository Libraries**

U.S. Government Depository Libraries are in each state and act as official repositories for federal documents, such as some of those mentioned in this publication. To obtain the location of the libraries in your state, you can get a free copy of *The Federal Depository Library Directory* at

202-512-1119 (voice)
202-512-1432 (fax)
Asklps@gpo.gov
www.gpoaccess.gov/libraries.html

**Federal Citizen Information Center**

The Federal Citizen Information Center provides a wealth of information about the operations and offerings of the federal government, including telephone contact numbers for grant-related information from other federal departments and agencies. You can contact the Federal Citizen Information Center at

1-800-FED-INFO (1-800-333-4636)
www.usa.gov

**Internet Directory**

The U.S. Department of Education's Web site hosts a large collection of education-related information. The site includes statistical information, research findings and syntheses, full-text publications, directories of effective programs, and similar information. Visit the Department's Web site at www.ed.gov. Other Web sites mentioned in this publication follow.

**Catalog of Federal Domestic Assistance**
www.cfda.gov/

**Code of Federal Regulations**
www.gpoaccess.gov/cfr/index.html

**ED Pubs**
www.edpubs.gov

**Education Department General Administrative Regulations (EDGAR)**
www.access.gpo.gov/nara/cfr/waisidx_07/34cfrv1_07.html
(see description in "Other Information" section)

**e-Grants**
http://e-grants.ed.gov/

**Federal Audit Clearinghouse**
http://harvester.census.gov/fac

**Federal Citizen Information Center**
www.usa.gov/

**Federal Legislation**
http://thomas.loc.gov/

**Federal Register**
www.gpoaccess.gov/fr/index.html

**Grants.gov**
www.grants.gov/

**Guide to U.S. Department of Education Programs**
www.ed.gov/programs/gtep/index.html

**OMB Circulars**
www.whitehouse.gov/omb/circulars/

**Protection of Human Subjects in Research**
www.ed.gov/about/offices/list/ocfo/humansub.html

**U.S. Department of Education**
www.ed.gov

**U.S. Department of Education Principal Offices**
http://www.ed.gov/about/offices/or/index.html

**U.S. Government Depository Libraries**
www.gpoaccess.gov/libraries.html

**U.S. Government Online Bookstore**
http://bookstore.gpo.gov/