# Attachment F



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF POSTSECONDARY EDUCATION

July 16, 2025

Green River College
12401 SE 320TH ST
Auburn, WA 98092

P042A250499

Dear Sarah Postel:

I regret to inform you that your application for a grant under the fiscal year (FY) 2025 Student Support Services (SSS) Program competition has not been selected for funding based on the Department's review for potential conflicts with applicable nondiscrimination requirements. 34 C.F.R. § 75.500.

Department of Education staff has individually examined Green River College's application for funding and identified information indicating that the proposed activities take account of race in ways that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education and the Department's commitment to upholding the letter and purpose of Federal civil rights law. Page e44. The application is therefore inconsistent with applicable nondiscrimination statutes, regulations, policies, and other requirements applicable to the program. 34 C.F.R. § 75.500; see also 2 C.F.R. § 200.211(c). Therefore, the Department has not recommended your application for selection.

Please note that the Department's determination of potential compliance with the nondiscrimination provisions of 34 C.F.R. § 75.500 is not subject to the secondary review procedures outlined in 34 C.F.R. § 646.24 for mathematical errors or errors in the peer review process. Nonetheless, if you feel that this determination was made in error, we invite you to contact us by email OPEGrants@ed.gov explaining the nature of the error, and we may engage in further review.

Thank you for your continued interest in the SSS Program.

Sincerely,

  /s/

Gaby Watts
Senior Director
Student Service