# Attachment A

## Letter of Agreement between Seattle University & Highline College

### Purpose of Agreement

This agreement is made on 10/24/2022 and is intended to outline and formalize the partnership between Seattle University ("University") and Highline College ("Highline") pertaining to the Mental Health Service Professional Demonstration Grant Proposal ("MHSP").

This agreement is contingent upon successful receipt of a MHSP grant from the U.S. Department of Education. This agreement is designed to articulate the mission and expectations of the partnership.

### Mission

The MHSP Program, sponsored by the U.S. Department of Education, provides competitive grants to support and demonstrate innovative partnerships to train school-based mental health services providers for employment in schools and local educational agencies (LEAs). The goal of this program is to increase the number and diversity of high-quality, trained providers available to address the shortages of mental health service professionals in schools served by high-need LEAs.

### Shared Program Goals and Objectives

1. Increase the number of school-based mental health services providers in high-need LEAs (as defined by the Department of Education); and
2. Increase the number of services providers from diverse backgrounds or from the communities they serve.

### Expectations of Both Parties

University Responsibilities:

1) Ensure that Highline BAS graduates receive prioritized applications for entrance into SU School Psychology and Counseling graduate programs in the College of Education (COE) at the University.
2) Provide financial relief on application and entrance costs to Seattle University.
3) Provide grant funds directly to qualifying students who are currently enrolled in the University's COE (i.e., currently underrepresented mental health service providers in Washington state; or people of color, male-identifying, Native American, LGBTQIA+ and additional minoritized groups for the field).
4) Provide both professional development (PD) opportunities and program information sessions on mental health service provision in schools in addition to recruiting for our graduate programs in the COE directly to Highline.
5) Track the sustainability and success of Highline students in our graduate programs to ensure we are providing high-quality training for future mental health professionals in school systems. Report on the retention of Highline students with the express purpose of strengthening the connection between programs to better meet the needs of incoming and enrolled students.

Highline Responsibilities:

1. Provide opportunities for students to learn about continuing education into graduate programming at the University through hosting information sessions and PD sessions on Highline campus.
2. Articulate the diversity of students at Highline to be sought for School Psychology and Counseling graduate programming (i.e., explain how Highline can help address the disproportionality of school-based mental health service providers gap).
3. Connect interested, prospective students with admissions or faculty departments at the University's COE.
4. Provide the University Liaison with the number of students recruited from this project.

Joint Responsibilities:

1. Quarterly communication between the University and Highline around recruitment, retention, and student performance.
2. Data sharing on our professionalized programs (i.e., BAS in Elementary Ed, EdS in School Psychology, MAEd in School Counseling) to disseminate how we are preparing educators and allied professionals in schools from entry-to-exit at collegiate and university institutions.

**Contact Information for Both Parties**

**University Liaison**
David Fainstein, Assistant Professor
Seattle University, 901 12th Avenue
Seattle, WA 98122
dfainstein@seattleu.edu

**MSI Liaison**
Tanya Powers, Associate Dean
2400 S 240th Street
Des Moines, WA 98198
tpowers@highline.edu

**Signature of Both Parties**

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the effective date.

**SEATTLE UNIVERSITY**
By: *Robert Dullea* (DocuSigned, 49D2EF05C37A460...)
Name: Robert Dullea, Ph.D.
Title: Deputy Provost
Date: 10/31/2022 | 3:53:06 PM EDT

**Highline College**
By: *Emily Lardner*
Name: Emily Lardner
Title: Vice President for Academic Affairs
Date: 10/26/22

2

P. 003