# Attachment F

 Outlook

## S184X230021-Notification of Substantial Progress

**From** tiffani.sims@ed.gov <tiffani.sims@ed.gov>

**Date** Thu 7/24/2025 9:54 AM

**To** parkinj@seattleu.edu <parkinj@seattleu.edu>; bricknellsar@seattleu.edu <bricknellsar@seattleu.edu>

Dear grantee, After reviewing the Annual Performance Report (APR) submitted for the 2024 year, the program office has determined that you have made substantial progress towards achieving the goals and objective of the project, and the grants performance targets. Please let us know if you have any questions. Sincerely, Mental Health Service Professionals Grant Program Team