# Attachment H

 Outlook

### Re: S184X230021 - Request for Reconsideration

**From** Sanon, Hayley <Hayley.Sanon@ed.gov>
**Date** Wed 5/28/2025 9:07 AM
**To** Sarah Bricknell <bricknellsar@seattleu.edu>; OESEGrants <OESEGrants@ed.gov>
**Cc** Jason Parkin <parkinj@seattleu.edu>

Received, thank you.

**From:** Sarah Bricknell <bricknellsar@seattleu.edu>
**Sent:** Tuesday, May 27, 2025 8:27 PM
**To:** OESEGrants <OESEGrants@ed.gov>
**Cc:** Jason Parkin <parkinj@seattleu.edu>
**Subject:** S184X230021 - Request for Reconsideration

You don't often get email from bricknellsar@seattleu.edu. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Hayley Sanon,

Please find attached a request for reconsideration for the notice of non-continuation for Seattle University's federal award S184X230021. We look forward to your response.

Kind regards,
Sarah Bricknell

**Sarah Bricknell, MBA, CRA** | Associate Director
**Office of Research and Sponsored Projects (ORSP) | SEATTLE UNIVERSITY**
Cell: (206) 300-5756