The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | NO. 2:25-cv-01228-KKE <br><br> SUPPLEMENTAL INDEX OF DECLARATIONS (ALPHABETIZED BY NAME) IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTED ON MOTION CALENDAR: August 15, 2025 <br><br> SCHEDULED FOR ORAL ARGUMENT: September 5, 2025, at 10:00 a.m. |

SUPPLEMENTAL DECLARATION
INDEX ALPHABETIZED BY NAME
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF | Declarant's Name | Exhibit Attachments | Plaintiff State |
|---|---|---|---|
| 86 | Guy Alain Amoussou, Ph.D. | Attachments A–C | MD |
| 75 | Jacqueline R. Anderson, Ph.D., NCSP, LP David Hulac, Ph.D., NCSP, LP (CRiSP) | Attachments A–C | CO |
| 76 | Jacqueline R. Anderson, Ph.D., NCSP, LP David Hulac, Ph.D., NCSP, LP (TiSP) | Attachments A–C | CO |
| 51 | Kristin Baranski | Attachment A | CA |
| 52 | Jack Bareilles | Attachments 1–2 | CA |
| 85 | Denise Barton | Attachments A–B | MA |
| 71 | Heather Chamberlin-Scholle | Attachments A–C | CA |
| 99 | Rosemary Reilly Chammat, Ed.D | Attachments A–D | RI |
| 77 | Kenneth Christensen | Attachments 1–3 | CO |
| 53 | Dr. Gloria E. Ciriza | Attachments A–E | CA |
| 54 | Joel Cisneros | Attachments A–C | CA |
| 81 | Dr. Laura Curran | Attachments A–C | CT |
| 55 | Karen DeOrian | Attachments A–C | CA |
| 100 | Denise Dishongh | Attachments A–C | WA |
| 105 | Katie Eklund | Attachments A–D | WI |
| 101 | Dr. Laura L. Feuerborn | Attachments A–B | WA |
| 87 | Jodi J. Frey, Ph.D., LCSW-C | Attachments A–C | MD |
| 56 | Andrew Furedi | Attachments A–C | CA |
| 82 | Dr. Miguel Garcia-Diaz | Attachments A–C | DE |

| ECF | Declarant's Name | Exhibit Attachments | Plaintiff State |
|---|---|---|---|
| 57 | Julie Giannini-Previde | Attachments 1-2 | CA |
| 91 | Laura Gilge | Attachments A–C | MI |
| 59 | Janee Both Gragg, Ph.D | Attachments A–C | CA |
| 102 | Natalie Gustafson | Attachments A–E | WA |
| 60 | Tim A. Hire | Attachments A–D | CA |
| 89 | Scott Hutchins | Attachments A–C | MI |
| 61 | Jason Iversen | Attachments A–C | CA |
| 62 | Jamie Jensen | Attachments A–D | CA |
| 63 | Chandra Khan, Ph.D. | Attachments A–B | CA |
| 93 | Luann Kida | Attachments A–B | NY |
| 64 | Carolyn Kleinsmith | Attachment A | CA |
| 65 | Kerri Knight-Teague | Attachments A–C | CA |
| 78 | Corinne Lengsfeld | Attachments 1–4 | CO |
| 79 | Emily Matuszewicz | Attachments A–B | CO |
| 92 | Christy McGill | Attachment A | MI |
| 83 | Richard Mocarski | Attachments A–D | IL |
| 66 | Dr. Lisa Miller (MHSP) | Attachments A–B | CA |
| 67 | Dr. Lisa Miller (SBMH) | Attachments A-B | CA |
| 68 | Gayle Nadler | Attachments A–C | CA |

SUPPLEMENTAL DECLARATION INDEX ALPHABETIZED BY NAME NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| ECF | Declarant's Name | Exhibit Attachments | Plaintiff State |
|---|---|---|---|
| 103 | Emily Nelson | Attachments A–D | WA |
| 80 | Danielle Ongart | Attachments A–C | CO |
| 90 | Jamie Owen-DeSchryver, Ph.D. | Attachments 1–4 | MI |
| 152 | Jason Parkin | Attachments A-G | WA |
| 69 | Nicola Parr | Attachments 1–3 | CA |
| 106 | Susan Piazza | Attachments A–B | WI |
| 50 | AAG Ellen Range | Attachments A–R | WA |
| 151 | AAG Ellen Range (Supplemental) | Attachments A-E | WA |
| 94 | Naorah Rimkunas | Attachments A–F | NY |
| 70 | Catherine Draper Rodriguez | Attachments A–C | CA |
| 84 | Dr. Tony Sanders | Attachments A–F | IL |
| 95 | Katie Stalker, MSW, Ph.D. | Attachments A–C | NY |
| 72 | Molly Strear | Attachments A–D | CA |
| 96 | Michelle S. Storie, Ph.D. | Attachments A–C | NY |
| 104 | Dr. Jennifer Stuber | Attachments A–F | WA |
| 97 | Richard A. Tankersley | Attachments A–C | OR |
| 73 | Dr. David M. Totson, Sr., (MHSP) | Attachments A–D | CA |
| 74 | Dr. David M. Totson, Sr., (SBMH) | Attachments A–D | CA |
| 88 | Dr. Megan Welter | Attachments A–C | ME |

SUPPLEMENTAL DECLARATION
INDEX ALPHABETIZED BY NAME
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

DATED this 18th day of August 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

*Attorney for State of Illinois*

SUPPLEMENTAL DECLARATION
INDEX ALPHABETIZED BY NAME
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | WILLIAM TONG<br>Attorney General of Connecticut | KATHLEEN JENNINGS<br>Attorney General of Delaware |

WILLIAM TONG
Attorney General of Connecticut

/s/ Andrew Ammirati
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

Attorney for State of Connecticut


PHILIP J. WEISER
Attorney General of Colorado

/s/ Sarah H. Weiss
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

Attorney for State of Colorado


LETITIA JAMES
Attorney General of New York

/s/ Rabia Muqaddam
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADO*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

Attorneys for the State of New York


KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Vanessa L. Kassab
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

Attorneys for the State of Delaware


ROB BONTA
Attorney General of California

/s/ Crystal Adams
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

Attorneys for State of California

SUPPLEMENTAL DECLARATION
INDEX ALPHABETIZED BY NAME
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | DANA NESSEL<br>Attorney General of Michigan | AARON M. FREY<br>Attorney General of Maine |
| 2 | | |
| 3 | */s/ Neil Giovanatti*<br>NEIL GIOVANATTI*<br>Assistant Attorney General | */s/ Sarah A. Forster*<br>SARAH A. FORSTER*<br>Assistant Attorney General |
| 4 | Michigan Department of Attorney General<br>525 W. Ottawa | Office of the Attorney General<br>6 State House Station |
| 5 | Lansing, MI 48909<br>517-335-7603 | Augusta, ME 04333-0006<br>207-626-8800 |
| 6 | GiovanattiN@michigan.gov | Sarah.Forster@maine.gov |
| 7 | *Attorney for the People of Michigan* | *Attorney for the State of Maine* |
| 8 | | |
| 9 | DAN RAYFIELD<br>Attorney General of Oregon | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts |
| 10 | | |
| 11 | */s/ Coby Howell*<br>COBY HOWELL* | */s/ Katherine Dirks*<br>KATHERINE DIRKS* |
| 12 | BRIAN SIMMONDS MARSHALL*<br>Senior Assistant Attorneys General | Chief State Trial Counsel<br>YAEL SHAVIT* |
| 13 | Trial Attorneys<br>Oregon Department of Justice | Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General |
| 14 | 100 SW Market St.<br>Portland, OR 97201 | 1 Ashburton Place Boston, MA 02108<br>617-963-2277 |
| 15 | 971-673-1880<br>Coby.Howell@doj.oregon.gov | Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov |
| 16 | Brian.S.Marshall@doj.oregon.gov | *Counsel for the Commonwealth of Massachusetts* |
| 17 | *Attorneys for State of Oregon* | |
| 18 | JOSHUA L. KAUL<br>Attorney General of Wisconsin | RAÚL TORREZ<br>Attorney General of New Mexico |
| 19 | | |
| 20 | */s/ Frances Reynolds Colbert*<br>FRANCES REYNOLDS COLBERT* | */s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN* |
| 21 | Assistant Attorney General<br>Wisconsin Department of Justice | Solicitor General<br>LAWRENCE M. MARCUS* |
| 22 | Post Office Box 7857<br>Madison, Wisconsin 53707-7857 | Assistant Solicitor General<br>New Mexico Department of Justice |
| 23 | 608-266-9226<br>Frances.Colbert@wisdoj.gov | 201 Third St. NW, Suite 300<br>Albuquerque, NM 87102 |
| 24 | *Attorney for State of Wisconsin* | 505-527-2776<br>Aallen@nmdoj.gov |
| 25 | | lmarcus@nmdoj.gov |
| 26 | | *Attorneys for State of New Mexico* |

SUPPLEMENTAL DECLARATION
INDEX ALPHABETIZED BY NAME
NO. 2:25-cv-01228-KKE

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| AARON FORD<br>Attorney General of Nevada<br><br>/s/ Heidi Parry Stern<br>HEIDI PARRY STERN*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>702-486-3420<br>HStern@ag.nv.gov<br><br>*Attorney for State of Nevada*<br><br>*Admitted pro hac vice* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Kyla Duffy<br>KYLA DUFFY*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov<br><br>*Attorney for State of Rhode Island* |

SUPPLEMENTAL DECLARATION
INDEX ALPHABETIZED BY NAME
NO. 2:25-cv-01228-KKE

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744