UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiff(s), <br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendant(s). | CASE NO. C25-1228-KKE <br><br> ORDER TO PROVIDE SUPPLEMENTAL BRIEFING |

Defendants filed a notice of supplemental authority (Dkt. No. 154), listing two decisions issued yesterday by the United States Supreme Court and the United States Court of Appeals for the Ninth Circuit, in *National Institutes of Health v. American Public Health Association*, Case No. 25A103, __ U.S. __, 2025 WL 2415669 (Aug. 21, 2025); and *Thakur v. Trump*, Case No. 25-4249, __ F.4th __, 2025 WL 2414835 (9th Cir. Aug. 21, 2025).

Given these recent updates to the legal landscape framing this case, the Court ORDERS the parties to file supplemental briefs of no longer than 15 pages each no later than August 27, 2025, addressing the impact of these two authorities on this case, as well as the relationship between the two authorities to each other.

Dated this 22nd day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO PROVIDE SUPPLEMENTAL BRIEFING - 1