UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendant(s). | CASE NO. C25-1228-KKE<br><br>ORDER TO RE-NOTE MOTIONS |

Defendants filed a motion to dismiss, noting it for October 31, 2025, and requesting oral argument. Dkt. No. 161. The noting date selected is farther out than contemplated by Local Rules W.D. Wash. LCR 7(d)(4). In the interest of expediting resolution of both this motion and Plaintiffs' pending motion for preliminary injunction, the Court directs the clerk to RE-NOTE Defendants' motion to dismiss for October 7, 2025. And because the motion to dismiss impacts Plaintiffs' preliminary injunction motion (Dkt. No. 49), the clerk shall RE-NOTE that motion for October 7, 2025, as well.

ORDER TO RE-NOTE MOTIONS - 1

Plaintiffs' opposition to Defendants' motion to dismiss must be filed no later than September 23, 2025, and Defendants' reply must be filed no later than September 30, 2025. The Court will hear argument on Defendants' motion to dismiss on October 7, 2025, at 1 p.m.

Dated this 9th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO RE-NOTE MOTIONS - 2