Hon. Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | CASE NO. C25-1228-KKE <br><br> **ORDER GRANTING MOTION TO EXTEND DEADLINES** <br><br> (Proposed) |

On the motion of Defendants Linda McMahon and the United States Department of Education for an order extending certain deadlines established by Court on September 9, 2025, (Dkt. # 162) in connection with the Defendants' pending motion to dismiss and good cause having been shown,

IT IS HEREBY ORDERED that the motion is granted, and that Defendants shall have until October 14, 2025, to file their reply to Plaintiffs' opposition to their motion to dismiss.

///

///

///

ORDER GRANTING MOTION TO EXTEND DEADLINES (Proposed) - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS HEREBY FURTHER ORDERED that the Court will hear argument on Defendant's
2   motion to dismiss on _____ at _____.

    DATED this _____ day of _____ 2025.

    _____
    KIMBERLY K. EVANSON
    United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

ORDER GRANTING MOTION TO EXTEND DEADLINES (Proposed) - 2
(Case No. C25-1228KKE)