UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C25-1228-KKE |
| Plaintiff(s), | ORDER EXPEDITING BRIEFING |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendant(s). | |

Defendants filed a motion for relief from deadlines, which is noted for September 24, 2025, but impacts a briefing deadline that will have passed by the time the motion is ripe. Dkt. No. 164. In the interest of resolving Defendants' motion before counsel leaves the country (*see* Dkt. No. 165), the Court ORDERS Plaintiffs to respond to Defendants' motion (Dkt. No. 164) no later than noon on September 12, 2025. Any reply must be filed by 2 p.m. on September 12, 2025.

Dated this 11th day of September, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER EXPEDITING BRIEFING - 1