The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　Defendants. | NO. 2:25-cv-01228-KKE<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM [PROPOSED]<br><br>NOTE ON MOTION CALENDAR: October 9, 2025, 1:00 p.m.<br><br>With Oral Argument |

　　THIS MATTER came before the Court on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim. The Court has reviewed the foregoing Motion, Plaintiffs' Response, Defendants' Reply, if any, and the case file.

　　Finding itself fully informed, the Court HEREBY ORDERS that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim is DENIED.

　　DATED this _____ day of _____ 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE KYMBERLY K. EVANSON
　　　　　　　　　　　　　　　　　United States District Court Judge

ORD. DENYING DEFS.' MOT. TO DISMISS [PROPOSED] NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

/s/ Ellen Range
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br><br>/s/ Crystal Adams<br>CRYSTAL ADAMS*<br>Deputy Attorney General<br>NELI PALMA*<br>Senior Assistant Attorney General<br>KATHLEEN BOERGERS*<br>Supervising Deputy Attorney General<br>KATHERINE MILTON*<br>Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>916-210-7522<br>Crystal.Adams@doj.ca.gov<br>Neli.Palma@doj.ca.gov<br>Kathleen.Boergers@doj.ca.gov<br>Katherine.Milton@doj.ca.gov<br><br>*Attorneys for State of California* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>/s/ Vanessa L. Kassab<br>IAN R. LISTON*<br>Director of Impact Litigation<br>JENNIFER-KATE AARONSON*<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>Vanessa.Kassab@delaware.gov<br>Jennifer.Aaronson@delaware.gov<br>Ian.Liston@delaware.gov<br><br>*Attorneys for State of Delaware* |

ORD. DENYING DEFS.' MOT.
TO DISMISS [PROPOSED]
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Andrew Ammirati<br>ANDREW AMMIRATI*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>860-808-5090<br>Andrew.Ammirati@ct.gov<br><br>*Attorney for State of Connecticut* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ Michael Drezner<br>MICHAEL DREZNER*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us<br><br>*Attorney for State of Maryland* |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Emily Hirsch<br>EMILY HIRSCH*<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St<br>Chicago, IL 60603<br>773-835-0148<br>Emily.Hirsch@ilag.gov<br><br>*Attorney for State of Illinois* | AARON M. FREY<br>Attorney General of Maine<br><br>/s/ Sarah A. Forster<br>SARAH A. FORSTER*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>Sarah.Forster@maine.gov<br><br>*Attorney for State of Maine* |
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Sarah H. Weiss<br>SARAH H. WEISS*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov<br><br>*Attorney for State of Colorado* | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>/s/ Katherine Dirks<br>KATHERINE DIRKS*<br>Chief State Trial Counsel<br>YAEL SHAVIT*<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov<br><br>*Counsel for Commonwealth of Massachusetts* |

ORD. DENYING DEFS.' MOT.<br>
TO DISMISS [PROPOSED]<br>
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON<br>
Complex Litigation Division<br>
800 Fifth Avenue, Suite 2000<br>
Seattle, WA 98104<br>
206-464-7744

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | | |
| 3 | /s/ Rabia Muqaddam<br>RABIA MUQADDAM*<br>Special Counsel for Federal Initiatives | /s/ Aletheia V.P. Allen<br>ALETHEIA V.P. ALLEN*<br>Solicitor General |
| 4 | MARK LADOV*<br>Special Counsel | LAWRENCE M. MARCUS*<br>Assistant Solicitor General |
| 5 | 28 Liberty Street<br>New York, NY 10005 | New Mexico Department of Justice<br>201 Third St. NW, Suite 300 |
| 6 | 212-416-8240<br>Rabia.Muqaddam@ag.ny.gov | Albuquerque, NM 87102<br>505-527-2776 |
| 7 | Mark.Ladov@ag.ny.gov | Aallen@nmdoj.gov<br>lmarcus@nmdoj.gov |
| 8 | *Attorneys for State of New York* | |
| 9 | | *Attorneys for State of New Mexico* |
| 10 | | |
| 11 | DANA NESSEL<br>Attorney General of Michigan | AARON FORD<br>Attorney General of Nevada |
| 12 | /s/ Neil Giovanatti | /s/ Heidi Parry Stern |
| 13 | NEIL GIOVANATTI*<br>Assistant Attorney General | HEIDI PARRY STERN*<br>Solicitor General |
| 14 | Michigan Department of Attorney General<br>525 W. Ottawa | Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100 |
| 15 | Lansing, MI 48909<br>517-335-7603 | Las Vegas, NV 89119<br>702-486-3420 |
| 16 | GiovanattiN@michigan.gov | HStern@ag.nv.gov |
| 17 | *Attorney for People of Michigan* | *Attorney for State of Nevada* |
| 18 | | |
| 19 | DAN RAYFIELD<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 20 | /s/ Coby Howell | /s/ Kyla Duffy |
| 21 | COBY HOWELL*<br>BRIAN SIMMONDS MARSHALL* | KYLA DUFFY*<br>Special Assistant Attorney General |
| 22 | Senior Assistant Attorneys General<br>Trial Attorneys | 150 South Main Street<br>Providence, RI 02903 |
| 23 | Oregon Department of Justice<br>100 SW Market St. | 401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov |
| 24 | Portland, OR 97201<br>971-673-1880 | *Attorney for State of Rhode Island* |
| 25 | Coby.Howell@doj.oregon.gov<br>Brian.S.Marshall@doj.oregon.gov | |
| 26 | *Attorneys for State of Oregon* | |

ORD. DENYING DEFS.' MOT.
TO DISMISS [PROPOSED]
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| 1 | JOSHUA L. KAUL |
|   | Attorney General of Wisconsin |
| 2 | |
| 3 | /s/ Frances Reynolds Colbert |
|   | FRANCES REYNOLDS COLBERT* |
| 4 | Assistant Attorney General |
|   | Wisconsin Department of Justice |
| 5 | Post Office Box 7857 |
|   | Madison, Wisconsin 53707-7857 |
| 6 | 608-266-9226 |
|   | Frances.Colbert@wisdoj.gov |
| 7 | |
|   | *Attorney for State of Wisconsin* |
| 8 | |
|   | *Admitted pro hac vice* |

ORD. DENYING DEFS.' MOT.  
TO DISMISS [PROPOSED]  
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
206-464-7744