The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; et al.,<br><br>　　　　　　Defendants. | NO. 2:25-cv-01228-KKE<br><br>SUPPLEMENTAL DECLARATION OF DR. JENNIFER STUBER, PH.D. IN SUPPORT OF PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION |

SUPP. STUBER DECL. ISO
PLS.' MOT. PRELIM. INJ.
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## SUPPLEMENTAL DECLARATION OF DR. JENNIFER STUBER

I, Jennifer Stuber, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Associate Professor at the University of Washington (UW). I am also an Associate Director of the UW SMART Center, and the Director of an Organization called Behavioral Health Crisis Outreach Response and Education or BHCore. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Supplemental Declaration in support of the Plaintiff States' Motion for Preliminary Injunction. My previous declarations are available at Dkt. ## 104 and 170.

3. On September 25, 2025, I received notification that the U.S. Department of Education was soliciting peer reviewers for the next competitive grant competition for its SBMH/MHSP programs. Attached as **Exhibit A** please find a true and correct copy of the announcement. According to this announcement, the Department anticipates conducting the grant competition November 3, 2025, through November 21, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29 day of September 2025, at Seattle, Washington.

DR. JENNIFER STUBER, Ph.D.
Associate Professor, University of Washington