Hon. Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. C25-1228-KKE<br><br>**STIPULATED MOTION TO AMEND INITIAL DISCLOSURES AND OTHER CASE DEADLINES AND ORDER** |

**JOINT STIPULATION**

Pursuant to the Court's Order of August 1, 2025 (Dkt. 145), the parties currently have three deadlines in the month of October set to (1) conduct a Rule 26(f) conference, (2) exchange initial disclosures, and (3) file a combined joint status report and discovery plan. As previously explained to the Court, defense counsel is currently out of the office and will return on Monday, October 6, 2025. Oral argument on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss is scheduled for October 9, 2025. Because the parties believe AUSA Kipnis should take part in the Rule 26(f) conference and it would make sense for the conference to occur after the Court has issued an order on the motion to dismiss, they hereby jointly STIPULATE, AGREE, and JOINTLY REQUEST the Court to modify the scheduling order as set forth below.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Federal Rule of Civil Procedure 26(f) Conference | October 3, 2025 | Three weeks following the Court's Motion to Dismiss Decision |
| Initial Disclosures Pursuant to Rule 26(a)(1) | October 17, 2025 | Five weeks following the Court's Motion to Dismiss Decision |
| Combined Joint Status Report and Discovery Plan as Required by Rule 26(f) and Local Civil Rule 26(f) | October 24, 2025 | Six weeks following the Court's Motion to Dismiss Decision |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). For the reasons set forth above, the parties believe that there is good cause to modify the scheduling order and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 29th day of September, 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

| | | |
|---|---|---|
| 1 | ROB BONTA<br>Attorney General of California | KATHLEEN JENNINGS<br>Attorney General of Delaware |
| 2 | | |
| 3 | */s/ Crystal Adams*<br>CRYSTAL ADAMS* | */s/ Ian R. Liston*<br>IAN R. LISTON* |
| | Deputy Attorney General | Director of Impact Litigation |
| 4 | NELI PALMA*<br>Senior Assistant Attorney General | JENNIFER-KATE AARONSON*<br>VANESSA L. KASSAB* |
| 5 | KATHLEEN BOERGERS* | Deputy Attorneys General |
| 6 | Supervising Deputy Attorney General<br>KATHERINE MILTON | Delaware Department of Justice<br>820 N. French Street |
| 7 | Deputy Attorney General<br>1300 I Street | Wilmington, DE 19801<br>302-683-8899 |
| 8 | Sacramento, CA 95814<br>916-210-7522 | Vanessa.Kassab@delaware.gov<br>Jennifer.Aaronson@delaware.gov |
| 9 | Crystal.Adams@doj.ca.gov<br>Neli.Palma@doj.ca.gov | Ian.Liston@delaware.gov |
| 10 | Kathleen.Boergers@doj.ca.gov<br>Katherine.Milton@doj.ca.gov | *Attorneys for State of Delaware* |
| 11 | *Attorneys for State of California* | |

WILLIAM TONG
Attorney General of Connecticut

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Andrew Ammirati*
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

KWAME RAOUL
Attorney General of Illinois

AARON M. FREY
Attorney General of Maine

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

*Attorney for State of Illinois*

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for State of Maine*

STIPULATED MOTION TO AMEND INITIAL DISCLOSURES
AND OTHER CASE DEADLINES AND ORDER - 3
(Case No. C25-1228-KKE)

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>*/s/ Sarah H. Weiss*<br>SARAH H. WEISS*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov<br><br>*Attorney for State of Colorado* | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>*/s/ Katherine Dirks*<br>KATHERINE DIRKS*<br>Chief State Trial Counsel<br>YAEL SHAVIT*<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov<br><br>*Counsel for Commonwealth of Massachusetts* |
| LETITIA JAMES<br>Attorney General of New York<br><br>*/s/ Rabia Muqaddam*<br>RABIA MUQADDAM*<br>Special Counsel for Federal Initiatives<br>MARK LADOV*<br>Special Counsel<br>28 Liberty Street<br>New York, NY 10005<br>212-416-8240<br>Rabia.Muqaddam@ag.ny.gov<br>Mark.Ladov@ag.ny.gov<br><br>*Attorneys for State of New York* | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN*<br>Solicitor General<br>LAWRENCE M. MARCUS*<br>Assistant Solicitor General<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>Aallen@nmdoj.gov<br>Imarcus@nmdoj.gov<br><br>*Attorneys for State of New Mexico* |
| DANA NESSEL<br>Attorney General of Michigan<br><br>*/s/ Neil Giovanatti*<br>NEIL GIOVANATTI*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov<br><br>*Attorney for People of Michigan* | AARON FORD<br>Attorney General of Nevada<br><br>*/s/ Heidi Parry Stern*<br>HEIDI PARRY STERN*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>702-486-3420<br>HStern@ag.nv.gov<br><br>*Attorney for State of Nevada* |

STIPULATED MOTION TO AMEND INITIAL DISCLOSURES
AND OTHER CASE DEADLINES AND ORDER - 4
(Case No. C25-1228-KKE)

| | |
|---|---|
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>/s/ Coby Howell<br>COBY HOWELL*<br>Senior Assistant Attorney General<br>Trial Attorney<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>971-673-1880<br>Coby.Howell@doj.oregon.gov<br><br>*Attorney for State of Oregon* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>/s/ Kyla Duffy<br>KYLA DUFFY*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov<br><br>*Attorney for State of Rhode Island* |

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

*Admitted pro hac vice

TEAL LUTHY MILLER
Acting United States Attorney

s/ Teal Luthy Miller
TEAL LUTHY MILLER, WSBA No. 53224
BRIAN C. KIPNIS
Assistant United States Attorneys
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov
E-mail: teal.miller@usdoj.gov

Attorneys for Defendants

I certify that this memorandum contains 284 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO AMEND INITIAL DISCLOSURES
AND OTHER CASE DEADLINES AND ORDER - 5
(Case No. C25-1228-KKE)

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 177. The early case deadlines (Dkt. No. 145) are VACATED and will be reset as necessary after the Court resolves the pending motion to dismiss.

DATED this 29th day of September, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge