The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | SECOND SUPPLEMENTAL DECLARATION OF ELLEN RANGE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

I, Ellen Range, declare:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. I submit this supplemental declaration in support of Plaintiffs' Motion for Preliminary Injunction.

3. The facts set forth herein are based upon my personal knowledge of a review of the files in my possession.

4. Yesterday, the U.S. Department of Education (the Department) announced its grant competition for its Mental Health Service Professional Demonstration Grant Program and the School-Based Mental Health Services Grant Program in the Federal Register. For both

SECOND SUPP. RANGE DECL.
ISO PLS.' MOT. FOR PRELIM. INJ.
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

programs, the Department is inviting applications from September 29, 2025, through October 29, 2025. Priorities for these competitions apply to "FY 2025 and any subsequent year in which we make awards from the list of unfunded applications from this competition."

5. Attached as **Attachment A** is a true and correct copy of the Federal Register, Vol. 90, No. 186, dated September 29, 2025, titled Department of Education, Applications for New Awards; Mental Health Service Professional Demonstration Grant Program.

6. Attached as **Attachment B** is a true and correct copy of the Federal Register, Vol. 90, No. 186, dated September 29, 2025, titled Department of Education, Applications for New Awards; School-Based Mental Health Services Grant Program.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 30th day of September 2025 at Olympia, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
Assistant Attorney General

SECOND SUPP. RANGE DECL.
ISO PLS.' MOT. FOR PRELIM. INJ.
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744