Hon. Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>  Defendants. | CASE NO. C25-1228-KKE<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE RULING AND GRANTING OPPOSED MOTION TO STAY PROCEEDINGS**<br><br> (Proposed) |

On the unopposed motion of Defendants Linda McMahon and the United States Department of Education for an expedited ruling on their opposed motion to stay proceedings in this case in light of the lapsed appropriations for the U.S. Department of Justice and the U.S. Department of Education, and good cause having been shown,

IT IS HEREBY ORDERED that the unopposed motion to expedite a ruling on Defendants' underlying motion for a stay is granted.

IT IS HEREBY FURTHER ORDERED that the motion to stay this lawsuit in light of the lapse of appropriations for the U.S. Department of Justice and the U.S. Department of Education is granted and this case shall be stayed for the duration of the current lapse of appropriations. The stay shall be lifted automatically and immediately as soon as the lapse of

ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE RULING AND GRANTING OPPOSED MOTION TO STAY PROCEEDINGS (Proposed) - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

appropriations has ended. The parties shall confer within ten court days after the restoration of funding to determine whether either party believes an extension of the case deadlines is required, taking into account current case deadlines, the status of discovery and motions, and how much remains to be accomplished prior to a resolution of the case. Should the parties agree an extension is needed, they must submit a proposed order extending deadlines for the Court's consideration. If the parties disagree, they should submit a joint status report in which each party sets forth their position. If the parties agree no extension of the case deadlines is needed, the case deadlines will remain the same and the parties will not need to take any additional action with respect to the stay.

DATED this _____ day of _____ 2025.

_____
KIMBERLY K. EVANSON
United States District Judge

Presented by:

 /s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney

ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE RULING AND
GRANTING OPPOSED MOTION TO STAY PROCEEDINGS (Proposed) - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970