The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | ORDER DENYING DEFENDANTS' MOTION FOR ORDER STAYING CASE [PROPOSED] |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | NOTE ON MOTION CALENDAR: October 7, 2025 |
| Defendants. | |

THIS MATTER came before the Court on Defendants' Motion for Order Staying Case. The Court has reviewed the foregoing Motion, Plaintiffs' Opposition, Defendants' Reply, if any, and the case file.

Finding itself fully informed, the Court HEREBY ORDERS that Defendants' Motion for Order Staying Case is DENIED.

DATED this _____ day of _____ 2025.

_____
THE HONORABLE KYMBERLY K. EVANSON
United States District Court Judge

ORD. DENYING DEFS.' MOT. FOR
ORD. STAYING CASE [PROPOSED]
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

1 | Presented by:

2 | NICHOLAS W. BROWN
Attorney General of Washington

3 |

4 | /s/ Ellen Range
ELLEN RANGE, WSBA #51334

5 | JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028

6 | Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019

7 | Deputy Solicitor General
Complex Litigation Division

8 | Washington State Office of the Attorney
General

9 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

10 | 206-464-7744
Ellen.Range@atg.wa.gov

11 | Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov

12 | Cynthia.Alexander@atg.wa.gov

13 | Attorneys for State of Washington

14 |

15 |

16 | ROB BONTA                         KATHLEEN JENNINGS
Attorney General of California      Attorney General of Delaware

17 |

18 | /s/ Crystal Adams                  /s/ Vanessa L. Kassab
CRYSTAL ADAMS*                      IAN R. LISTON*

19 | Deputy Attorney General            Director of Impact Litigation
NELI PALMA*                         JENNIFER-KATE AARONSON*

20 | Senior Assistant Attorney General  VANESSA L. KASSAB*
KATHLEEN BOERGERS*                  Deputy Attorneys General

21 | Supervising Deputy Attorney General Delaware Department of Justice
KATHERINE MILTON*                   820 N. French Street

22 | Deputy Attorney General            Wilmington, DE 19801
1300 I Street                       302-683-8899

23 | Sacramento, CA 95814               Vanessa.Kassab@delaware.gov
916-210-7522                        Jennifer.Aaronson@delaware.gov

24 | Crystal.Adams@doj.ca.gov           Ian.Liston@delaware.gov
Neli.Palma@doj.ca.gov

25 | Kathleen.Boergers@doj.ca.gov       Attorneys for State of Delaware
Katherine.Milton@doj.ca.gov

26 | Attorneys for State of California

ORD. DENYING DEFS.' MOT. FOR                2            ATTORNEY GENERAL OF WASHINGTON
ORD. STAYING CASE [PROPOSED]                                   Complex Litigation Division
NO. 2:25-cv-01228-KKE                                          800 Fifth Avenue, Suite 2000
                                                                  Seattle, WA 98104
                                                                    206-464-7744

1

WILLIAM TONG
Attorney General of Connecticut

2

*/s/ Andrew Ammirati*
3
ANDREW AMMIRATI*
Assistant Attorney General
4
165 Capitol Ave
Hartford, CT 06106
5
860-808-5090
Andrew.Ammirati@ct.gov
6

*Attorney for State of Connecticut*
7

8

9

KWAME RAOUL
Attorney General of Illinois

10

*/s/ Emily Hirsch*
11
EMILY HIRSCH*
Assistant Attorney General
12
Office of the Illinois Attorney General
115 S. LaSalle St
13
Chicago, IL 60603
773-835-0148
14
Emily.Hirsch@ilag.gov

15

*Attorney for State of Illinois*

16

17

18

PHILIP J. WEISER
Attorney General of Colorado

19

*/s/ Sarah H. Weiss*
20
SARAH H. WEISS*
Senior Assistant Attorney General
21
Colorado Department of Law
Ralph L. Carr Judicial Center
22
1300 Broadway, 10th Floor
Denver, CO 80203
23
720-508-6000
Sarah.Weiss@coag.gov
24

*Attorney for State of Colorado*
25

26

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for State of Maine*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Katherine Dirks*
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

*Counsel for Commonwealth of Massachusetts*

ORD. DENYING DEFS.' MOT. FOR
ORD. STAYING CASE [PROPOSED]
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

| | |
|---|---|
| 1 | LETITIA JAMES | RAUL TORREZ |
| | Attorney General of New York | Attorney General of New Mexico |

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for State of New York*

RAUL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE M. MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
Imarcus@nmdoj.gov

*Attorneys for State of New Mexico*


DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for People of Michigan*

AARON FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

*Attorney for State of Nevada*


DAN RAYFIELD
Attorney General of Oregon

*/s/ Coby Howell*
COBY HOWELL*
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov

*Attorney for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

ORD. DENYING DEFS.' MOT. FOR
ORD. STAYING CASE [PROPOSED]
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

1 | JOSHUA L. KAUL
Attorney General of Wisconsin

2

3 | /s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT*
Assistant Attorney General

4 | Wisconsin Department of Justice
Post Office Box 7857

5 | Madison, Wisconsin 53707-7857
608-266-9226

6 | Frances.Colbert@wisdoj.gov

7 | Attorney for State of Wisconsin

8 | *Admitted pro hac vice

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26