The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | SECOND NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

TO: UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

AND TO: DEFENDANTS AND THIER COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7(n), Plaintiff States write to advise the Court of Supplemental Authority, issued after Plaintiffs filed their Reply in Support of Plaintiffs' Motion for Preliminary Injunction. *See* Dkt. # 150.

1. Order Granting Plaintiffs' Motions for Preliminary Injunction and Provisional Class Certification as to Additional Agency Defendants, as Modified, filed on September 22, 2025, by United States District Court, Northern District of California in *Thakur v. Trump*, No. 3:25-cv-04737-RFL, --- F.Supp.3d ---, 2025 WL 2696424 (N.D. Cal. Sept. 22, 2025).

A copy of the above-cited decision is attached for the Court's reference as Exhibit A.

PL. STATES' SECOND NTC.
OF SUPP. AUTH.
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

DATED this 7th day of October 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitor General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for State of Delaware*

PL. STATES' SECOND NTC.
OF SUPP. AUTH.
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>/s/ Andrew Ammirati<br>ANDREW AMMIRATI*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>860-808-5090<br>Andrew.Ammirati@ct.gov<br><br>*Attorney for State of Connecticut* | ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ Michael Drezner<br>MICHAEL DREZNER*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6959<br>Mdrezner@oag.state.md.us<br><br>*Attorney for State of Maryland* |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>/s/ Emily Hirsch<br>EMILY HIRSCH*<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St<br>Chicago, IL 60603<br>773-835-0148<br>Emily.Hirsch@ilag.gov<br><br>*Attorney for State of Illinois* | AARON M. FREY<br>Attorney General of Maine<br><br>/s/ Sarah A. Forster<br>SARAH A. FORSTER*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>Sarah.Forster@maine.gov<br><br>*Attorney for State of Maine* |
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Sarah H. Weiss<br>SARAH H. WEISS*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov<br><br>*Attorney for State of Colorado* | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>/s/ Katherine Dirks<br>KATHERINE DIRKS*<br>Chief State Trial Counsel<br>YAEL SHAVIT*<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov<br><br>*Counsel for Commonwealth of Massachusetts* |

PL. STATES' SECOND NTC. OF SUPP. AUTH. NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| LETITIA JAMES<br>Attorney General of New York<br><br>*/s/ Rabia Muqaddam*<br>RABIA MUQADDAM*<br>Special Counsel for Federal Initiatives<br>MARK LADOV*<br>Special Counsel<br>28 Liberty Street<br>New York, NY 10005<br>212-416-8240<br>Rabia.Muqaddam@ag.ny.gov<br>Mark.Ladov@ag.ny.gov<br><br>*Attorneys for State of New York* | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>*/s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN*<br>Solicitor General<br>LAWRENCE M. MARCUS*<br>Assistant Solicitor General<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>Aallen@nmdoj.gov<br>lmarcus@nmdoj.gov<br><br>*Attorneys for State of New Mexico* |
| DANA NESSEL<br>Attorney General of Michigan<br><br>*/s/ Neil Giovanatti*<br>NEIL GIOVANATTI*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov<br><br>*Attorney for People of Michigan* | AARON FORD<br>Attorney General of Nevada<br><br>*/s/ Heidi Parry Stern*<br>HEIDI PARRY STERN*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>702-486-3420<br>HStern@ag.nv.gov<br><br>*Attorney for State of Nevada* |
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>*/s/ Coby Howell*<br>COBY HOWELL*<br>Senior Assistant Attorney General<br>Trial Attorney<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97201<br>971-673-1880<br>Coby.Howell@doj.oregon.gov<br><br>*Attorney for State of Oregon* | PETER F. NERONHA<br>Attorney General of Rhode Island<br><br>*/s/ Kyla Duffy*<br>KYLA DUFFY*<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400, Ext. 2809<br>Kduffy@riag.ri.gov<br><br>*Attorney for State of Rhode Island* |

PL. STATES' SECOND NTC. OF SUPP. AUTH.
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| 1 | JOSHUA L. KAUL<br>Attorney General of Wisconsin |
| 2 | |
| 3 | /s/ Frances Reynolds Colbert<br>FRANCES REYNOLDS COLBERT* |
| 4 | Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857 |
| 5 | Madison, Wisconsin 53707-7857<br>608-266-9226 |
| 6 | Frances.Colbert@wisdoj.gov |
| 7 | *Attorney for State of Wisconsin* |
| 8 | *Admitted pro hac vice* |

PL. STATES' SECOND NTC.
OF SUPP. AUTH.
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744