## United States District Court – Western District of Washington
## TRANSCRIPT ORDER FORM

Court Reporter: Nickoline (Nickie) Drury   Judicial Officer: Kymberly K. Evanson

Case No. 2:25-cv-01228-KKE   Case Name: State of Washington v. Department of Education

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 10/09/2025 | Motion to Dismiss | |
| | | |
| | | |
| | | |

For Appeal? ✔ No ☐ Yes   Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| Please choose one: | Maximum Transcript Fees – Per Page | | | Requested Delivery Date* |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| ☐ Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | 10/22/2025 |
| ☐ 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | |
| ✔ Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible. |
| ☐ 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| ☐ Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ Realtime Transcript | $3.70 | ------- | ------- | |

✔ PDF (default delivery format)

Email address for delivery of PDF transcript: Ellen.Range@atg.wa.gov

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Ellen Range |
| Phone: | 360-709-6470   Email: Ellen.Range@atg.wa.gov |
| Firm: | Washington State Office of the Attorney General |
| Street Address: | 7141 Cleanwater Dr. SW |
| City/State/Zip: | Olympia, WA 98504-0111 |
| Billing Reference # (if applicable): | |

/s/ Ellen Range   10/15/2025
Signature   Date

[ PRINT ]   [ SAVE AS ]   [ RESET ]