Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                 Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                 Defendants. | CASE NO. C25-1228KKE<br><br>**DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH PRELIMINARY INJUNCTION** |

On October 27, 2025, at 2:31 p.m. PDT, the Court entered a preliminary injunction imposing certain affirmative obligations on Defendants and requiring, among other things, that "Defendants file a status report within 48 hours, documenting the actions that they have taken to comply with this order, including a copy of the notice and an explanation as to whom the notice was sent." Dkt. # 193, p. 26.

    1. As ordered by the Court, the Department has taken all necessary steps to pause the discontinuation process as to all affected grantees pending further court orders, and program funds have been set aside to fund those grants.

    2. On October 28, 2025, before 2:31 p.m. PDT, a notice was sent to the responsible persons for all affected grantees as identified in the Court's order from Defendants' counsel notifying them of this preliminary injunction as identified in the Court's order and attaching a copy of the

DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH PRELIMINARY INJUNCTION - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1   preliminary injunction to the notice.  An example of a true and correct copy of this notification

2   (without the attached preliminary injunction order) is attached hereto as Attachment A.

3        3.  On October 28, 2025, before 2:31 p.m. PDT, a notice was sent to all Department of

4   Education employees from Defendants' counsel notifying them of the preliminary injunction and

5   attaching a copy of the preliminary injunction to the notice.  Because there are presently no

6   Department contractors involved in the relevant programs, a copy of the notice was not sent to any

7   contractors.  A true and correct copy of this notification (without the attached preliminary injunction

8   order) is attached hereto as Attachment B.

     DATED this 29th day of October 2025.

     Respectfully submitted,

     CHARLES NEIL FLOYD
     United States Attorney

     */s/ Brian C. Kipnis*
     BRIAN C. KIPNIS
     Assistant United States Attorney
     Office of the United States Attorney
     5220 United States Courthouse
     700 Stewart Street
     Seattle, Washington 98101-1271
     Phone: 206 553 7970
     E-mail: brian.kipnis@usdoj.gov

     Attorneys for Defendants

DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH
PRELIMINARY INJUNCTION - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970