# EXHIBIT A

Case 2:25-cv-01228-KKE     Document 195-1     Filed 10/29/25     Page 1 of 3

To:    Responsible Party for Affected Grantees in the Mental Health Service Professional Demonstration Grant Program ("MHSP") and the School-Based Mental Health Services Grant Program ("SBMH") of the U.S. Department of Education

From:  Brian C. Kipnis,
         Assistant United States Attorney
         Office of the United States Attorney for the
         Western District of Washington
         Seattle, Washington

Date: October 28, 2025

Re: Notice of Court Order, *State of Washington, et al. v U.S. Department of Education, et al.*, 2:25-cv-1228-KKE (W.D. Wash.)

---

## NOTICE OF COURT ORDER

You are hereby advised that a preliminary injunction order has been entered in the case of *State of Washington, et al. v U.S. Department of Education, et al.,* 2:25-cv-1228-KKE (W.D. Wash.)), ECF No. 193 (October 27, 2025). You are receiving this Notice pursuant to the Court's directive that written notice of the order be provided to "all affected Grantees" as identified in the Court's order by 5:31 pm EDT on October 28, 2025. A copy of the Court's order is attached for reference.

This case challenges the Department's decisions to discontinue individual grants in the Mental Health Service Professional Demonstration Grant Program ("MHSP") and the School-Based Mental Health Services Grant Program ("SBMH"). The Court has entered a preliminary injunction affecting certain grants under MHSP and SBMH held by "affected grantees" identified by the Court.

The affected grantees are identified as follows:

    Santee School District; Northern Humboldt Union High School District; San Diego County Office of Education; Los Angeles Unified School District; Madera Unified School District; Para Los Niños; McKinleyville Union School District; University of Redlands; Tulare County Office of Education; Ukiah Unified School District; California State Polytechnic University, Humboldt; California State University, East Bay; Santa Maria-Bonita School District; California State University, Long Beach; Marin County Office of Education; the Multicultural Learning Center; Solano County Office of Education; University Corporation at Monterey Bay; Conejo Valley Unified School District; San Francisco State University; Santa Clara County Office of Education; University of Northern Colorado; University of Colorado Denver; University of Denver; Metropolitan State University of Denver; Colorado Department of Education; University of Connecticut; University of Delaware; Northern Illinois University; Illinois State Board of Education; University of Massachusetts Boston; Bowie State University; University of Maryland, Baltimore; Maine Department of Education; Michigan

Department of Education; Grand Valley State University; Central Region Educational Cooperative; Binghamton University; University of Buffalo; the Research Foundation for the State University of New York; Portland State University; Oregon State University; Rhode Island Department of Elementary and Secondary Education; Educational Service District 112; University of Washington; Northwest Educational Service District 189; Educational Service District 105; University of Wisconsin-Madison; Wisconsin Department of Public Instruction.

The relevant terms of the preliminary injunction are as follows:

1. Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receives actual notice of this order are hereby fully enjoined from the following:

   a. implementing or enforcing through any means the discontinuation decisions as to affected grantees, including recompeting program funds;

   b. reinstituting the discontinuation decisions based on the same or similar reasons, including denying a continuation award based on performance issues, if any, caused by the Department's discontinuation decision and its disruptive effects.

2. Defendants must immediately take every step necessary to effectuate this Order, including clearing any administrative, operational, or technical hurdles to implementation, and notifying affected grantees that the discontinuances have been set aside.

A copy of the preliminary injunction is attached.  The preliminary injunction remains in effect pending further court orders.

If you have any questions about the scope or effect of the Court's order, please contact counsel for the Plaintiffs in the lawsuit or your own legal counsel.

Attachment:  Order Granting Plaintiffs' Motion For Preliminary Injunction,  *State of Washington, et al. v U.S. Department of Education, et al.,* 2:25-cv-1228-KKE (W.D. Wash.) (Dkt. # 193)