The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

In accordance with the Court's October 21, 2025, Order Regarding Initial Disclosures, etc., Dkt. # 191, the parties hereby submit this joint status report, proposing a dispositive motion briefing schedule, such that this Court may resolve this matter while deferring the question whether discovery is appropriate in this action.

The parties are in agreement that Plaintiffs' APA claims constitute "an action for review on an administrative record" within the meaning of FRCP 26(a), regarding initial disclosures, and FRCP 26(f) regarding participation in a discovery conference and formulation of a discovery plan. In light of this, the parties wish to resolve this matter on cross motions for summary judgment after Defendants file their Administrative Record on November 4, 2025. If the lawsuit is not fully resolved by the aforementioned cross-motions, the parties will file a joint status report proposing a procedure for resolving any remaining disputed issues in the lawsuit.

JOINT STATUS REPORT
NO. 2:25-cv-01228-KKE
1
ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Plaintiffs represent that they intend to file a partial summary judgment motion limited to the non-constitutional issues raised in their Complaint. Defendants represent that they intend to file a cross-motion for summary judgment, but have not agreed to limit the scope of their motion. In light of the prospect of cross-motions for summary judgment, the parties agree that a briefing schedule is in order. However, the parties were unable to reach agreement on the schedule or word limits for the dispositive briefing.

Plaintiffs' Position: Expediency is necessary to protect state interests affected by state grantees who were not covered by the preliminary injunction order and, should the Court grant Plaintiffs' summary judgment, Defendants need for time to comply with any orders of the Court affecting the continuation process before the current budget period ends, December 31, 2025.

To facilitate a speedy ruling, Plaintiffs propose that cross-motions for summary judgment be submitted on briefing only, without oral argument, and that motions be simultaneously briefed to shorten the timeline. Given the deteriorating conditions of Plaintiffs' programs and the end of year continuation award process, an expedited briefing schedule is necessary for Plaintiffs to obtain relief before the current budget periods expire on December 31, 2025. *See* Dkt. ## 172, 186. This also benefits Defendants, who will receive guidance about the process they must use for continuation decisions and the amount of funds available for the new Program competitions. Plaintiffs respectfully propose the following briefing schedule that balances the need for a speedy resolution of Plaintiff States' claims with the opportunity for fulsome briefing to assist the Court:

Cross-Motions for Summary Judgment due by 11:59 p.m. PST on November 10, 2025.

Cross-Responses to Motion for Summary Judgment due by 11:59 p.m. PST on November 24, 2025.

Cross-Replies in Support of Motions for Summary Judgment due by 11:59 p.m. PST on December 2, 2025.

Given the complexity of the case, good cause exists for overlength motions for summary judgment comparable to the word length granted for Plaintiff States' preliminary injunction

briefing. *See* Dkt. # 58. Plaintiffs respectfully request the Court allows parties to file overlength motions and opposition briefs up to 11,150 words in length, and reply briefs up to 5,575 words in length. Plaintiffs will concurrently file a proposed Order reflecting this briefing schedule and allowing for overlength briefs.

In order to preserve Defendants' counsel's planned vacation, Defendants' proposed schedule gives counsel an extra week to file an opposition brief. It also runs past the continuation award process conducted by Defendants prior to issuing continuation awards. As demonstrated by Plaintiffs, GANs for next year are issued at the end of December after Defendants conduct a review described in their *Discretionary Grantmaking Guidance*. *See* Dkt. # 60-2 at 7 (GAN dated December 20, 2023); Dkt. # 52-2 at 7 (dated December 18, 2024); Dkt. # 50-14 at 32-33. Plaintiff States should not suffer continued uncertainty and an unnecessary lapse of funding at the end of this year as a result of Defendants' unlawful conduct.

Defendants' Position: The States have already obtained a preliminary injunction affording them expedited relief for all grantees that the Court determined the States had shown were entitled to preliminary relief. While the Court stopped short of granting relief to all of the grantees who the States purported to represent in their complaint, that result followed from the States' failure to adduce evidence as to irreparable harm. That failure of proof is on the Plaintiffs and not on the Defendants. Accordingly, the States' present desire for additional expedited relief is no justification for an order compelling *the Department* to file its cross-motion for summary judgment with at most 10 days advance notice from the date of the filing of this joint status report. That is particularly so as the State's proposed expedited schedule takes no account of the Defendants' counsel's preexisting obligationsto work on other exempt cases , nor his unavailability between November 22 and November 30 due to the Thanksgiving Day holiday.

The Department's counterproposed schedule satisfies the states' interest in receiving a ruling before December 31, while avoiding the untenable situation under the states' proposed schedule whereby Defendants would be required to file a cross-motion for summary judgment with

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   (at most) 10 days prior notice (during a government shutdown), not knowing with certainty what

2   Plaintiffs' arguments will be.

3   Moreover, the briefing schedule proposed by the State runs contrary to the preference of the

4   Court for a staggered briefing schedule. As expressed by the Court in its order, "[t]he Court

5   encourages parties filing cross−motions to agree to an alternate briefing schedule allowing for four

6   briefs (one cross−motion, second cross−motion/opposition, opposition/reply, and reply) rather than

7   a full six briefs (motion, opposition, and reply for each cross−motion)." Dkt. # 191, p. 3. The

8   schedule proposed by the State envisions the filing of three briefs by both side, each filed

9   simultaneously. The States' proposed schedule simply ignores the Court's stated preference, which

10  not only results in extra and unnecessary work for the Court, but it means that the filings by the

11  parties, instead of directly responding to arguments made in their opponents' previous brief, will

12  suffer from the inefficient "ships passing in the night" phenomenon whereby the parties will be

13  responding to anticipated arguments rather than the actual arguments of their opponents.

14  Finally, notwithstanding the states' assertion, Defendants do not believe that this case is

15  unusual in its complexity such that there needs to be any variance in the default 8,400 word limit

16  for principal dispositive briefs, which has proven sufficient for reasonably efficient writers in almost

17  all of the cases filed in the District, including those challenging actions taken by the Government

18  under the APA. In their quest for expediency, Plaintiffs should be expected to make their arguments

19  more efficiently and adhere to the 8,400 word limit.

20  The States offer that their proposed schedule "benefits" Defendants "who will receive

21  guidance about the process they must use for continuation decisions and the amount of funds

22  available for the new Program competitions." However, because Defendants' proposed schedule

23  reaches its endpoint at almost the same time as Plaintiffs'' proposed schedule, this is a non-factor.

24  In any event, this Court ordered Defendants to comply with its preliminary injunction in 24 hours,

25  and Defendants complied within that time as ordered by the Court. Notwithstanding, Plaintiffs'

26  representations to the contrary, there is nothing to indicate that the Department will be unable to

fully comply with a ruling of the Court only if the Court adopts Plaintiffs' proposed briefing schedule rather than the briefing schedule proposed by Defendants.

Accordingly, if there is to be an expedited briefing schedule, Defendants propose the following expedited briefing schedule which does not require the Defendants to file a cross-motion for summary judgment with unreasonable advance notice, creates a more efficient staggered briefing schedule involving consideration of only four standard length memoranda rather than six overlength memoranda, accounts for counsel's absence during the Thankyiving holiday week, and concludes briefing by December 22, 2025. :

| | |
|---|---|
| Plaintiffs' motion for partial summary judgment limited to non-constitutional claims (8,400 word limit): | November 10, 2025 |
| Defendants' cross-motion for summary judgment (8,400 word limit): | December 8, 2025 |
| Plaintiffs' Opposition and Reply (8,400 word limit): | December 15, 2025 |
| Defendants' Reply (4,200 word limit): | December 22, 2025 |
| Noting Date: | December 22, 2025[1] |

---

[1] Defendants anticipate that they will request the Court to hold oral argument.

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    DATED this 31st day of October 2025.

2                                              NICHOLAS W. BROWN
                                               Attorney General of Washington
3

4                                              /s/ Ellen Range
                                               ELLEN RANGE, WSBA #51334
5                                              JENNIFER K. CHUNG, WSBA #51583
                                               LUCY WOLF, WSBA #59028
6                                              Assistant Attorneys General
                                               WILLIAM MCGINTY, WSBA #41868
7                                              CYNTHIA ALEXANDER, WSBA #46019
                                               Deputy Solicitors General
8                                              Complex Litigation Division
                                               Washington State Office of the Attorney
9                                              General
                                               800 Fifth Avenue, Suite 2000
10                                             Seattle, WA 98104-3188
                                               206-464-7744
11                                             Ellen.Range@atg.wa.gov
                                               Jennifer.Chung@atg.wa.gov
12                                             Lucy.Wolf@atg.wa.gov
                                               William.McGinty@atg.wa.gov
13                                             Cynthia.Alexander@atg.wa.gov

14                                             Attorneys for State of Washington

15   ROB BONTA                                 KATHLEEN JENNINGS
     Attorney General of California            Attorney General of Delaware
16

17   /s/ Crystal Adams                         /s/ Ian R. Liston
     CRYSTAL ADAMS*                            IAN R. LISTON*
18   Deputy Attorney General                   Director of Impact Litigation
     NELI PALMA*                               JENNIFER-KATE AARONSON*
19   Senior Assistant Attorney General         VANESSA L. KASSAB*
     KATHLEEN BOERGERS*                        Deputy Attorneys General
20   Supervising Deputy Attorney General       Delaware Department of Justice
     KATHERINE MILTON*                         820 N. French Street
21   Deputy Attorney General                   Wilmington, DE 19801
     1300 I Street                             302-683-8899
22   Sacramento, CA 95814                      Vanessa.Kassab@delaware.gov
     916-210-7522                              Jennifer.Aaronson@delaware.gov
23   Crystal.Adams@doj.ca.gov                  Ian.Liston@delaware.gov
     Neli.Palma@doj.ca.gov
24   Kathleen.Boergers@doj.ca.gov              Attorneys for State of Delaware
     Katherine.Milton@doj.ca.gov
25
     Attorneys for State of California
26

WILLIAM TONG
Attorney General of Connecticut

*/s/ Andrew Ammirati*
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

*Attorney for State of Illinois*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Sarah H. Weiss*
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for State of Maine*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Katherine Dirks*
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

*Counsel for Commonwealth of Massachusetts*

JOINT STATUS REPORT
NO. 2:25-cv-01228-KKE

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for State of New York*


DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for People of Michigan*


DAN RAYFIELD
Attorney General of Oregon

*/s/ Coby Howell*
COBY HOWELL*
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov

*Attorney for State of Oregon*


RAUL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE M. MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
lmarcus@nmdoj.gov

*Attorneys for State of New Mexico*


AARON FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

*Attorney for State of Nevada*


PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

JOINT STATUS REPORT
NO. 2:25-cv-01228-KKE

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  JOSHUA L. KAUL
   Attorney General of Wisconsin
2
   */s/ Frances Reynolds Colbert*
3  FRANCES REYNOLDS COLBERT*
   Assistant Attorney General
4  Wisconsin Department of Justice
   Post Office Box 7857
5  Madison, Wisconsin 53707-7857
   608-266-9226
6  Frances.Colbert@wisdoj.gov

7  *Attorney for State of Wisconsin*

8  *Admitted pro hac vice

9

10

11

12
   CHARLES NEIL FLOYD
13 United States Attorney

14

15
   *s/ Brian C. Kipnis*
16 BRIAN C. KIPNIS
   Assistant United States Attorney
17 Office of the United States Attorney
   5220 United States Courthouse
18 700 Stewart Street
   Seattle, Washington 98101-1271
19 Phone: 206 553 7970
   E-mail: brian.kipnis@usdoj.gov
20
   *Attorneys for Defendants*
21

22

23

24

25

26

JOINT STATUS REPORT                    9          ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-01228-KKE                                     Complex Litigation Division
                                                         800 Fifth Avenue, Suite 2000
                                                          Seattle, WA 98104-3188
                                                              (206) 464-7744