The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | NO. 2:25-cv-01228-KKE<br><br>ORDER GRANTING PLAINTIFF STATES' PROPOSED BRIEFING SCHEDULE AND WORD LIMITS FOR SUMMARY JUDGMENT CROSS-MOTIONS [PROPOSED] |

THIS MATTER came before the Court on the Parties' Joint Status Report. The Court ORDERS the briefing schedule for Cross-Motions for Summary Judgment be set as follows:

Cross-Motions for Summary Judgment are due by 11:59 p.m. PST on November 10, 2025.

Cross-Responses to Motion for Summary Judgment are due by 11:59 p.m. PST on November 24, 2025.

Cross-Replies in Support of Motions for Summary Judgment due by 11:59 p.m. PST on December 2, 2025.

The Court further ORDERS that word limits for motions and opposition briefs be set at 11,150 words in length, and word limits for reply briefs be set at 5,575 words in length.

DATED this this _____ day of _____ 2025.

_____
THE HONORABLE KYMBERLY K. EVANSON
United States District Court Judge

ORDER GRANTING PLAINTIFF STATES' PROPOSED BRIEFING SCHEDULE AND WORD LIMITS FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for State of Delaware*

ORDER GRANTING PLAINTIFF STATES' PROPOSED BRIEFING SCHEDULE AND WORD LIMITS FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

| | | |
|---|---|---|
| 1 | WILLIAM TONG<br>Attorney General of Connecticut | ANTHONY G. BROWN<br>Attorney General of Maryland |
| 2 | | |
| 3 | */s/ Andrew Ammirati*<br>ANDREW AMMIRATI* | */s/ Michael Drezner*<br>MICHAEL DREZNER* |
| 4 | Assistant Attorney General<br>165 Capitol Ave | Senior Assistant Attorney General<br>Office of the Attorney General |
| 5 | Hartford, CT 06106<br>860-808-5090 | 200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202 |
| 6 | Andrew.Ammirati@ct.gov | 410-576-6959<br>Mdrezner@oag.state.md.us |
| 7 | *Attorney for State of Connecticut* | *Attorney for State of Maryland* |
| 8 | | |
| 9 | KWAME RAOUL<br>Attorney General of Illinois | AARON M. FREY<br>Attorney General of Maine |
| 10 | | |
| 11 | */s/ Emily Hirsch*<br>EMILY HIRSCH* | */s/ Sarah A. Forster*<br>SARAH A. FORSTER* |
| 12 | Assistant Attorney General<br>Office of the Illinois Attorney General | Assistant Attorney General<br>Office of the Attorney General |
| 13 | 115 S. LaSalle St<br>Chicago, IL 60603 | 6 State House Station<br>Augusta, ME 04333-0006 |
| 14 | 773-835-0148<br>Emily.Hirsch@ilag.gov | 207-626-8800<br>Sarah.Forster@maine.gov |
| 15 | *Attorney for State of Illinois* | *Attorney for State of Maine* |
| 16 | | |
| 17 | | |
| 18 | PHILIP J. WEISER<br>Attorney General of Colorado | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts |
| 19 | */s/ Sarah H. Weiss* | */s/ Katherine Dirks* |
| 20 | SARAH H. WEISS*<br>Senior Assistant Attorney General | KATHERINE DIRKS*<br>Chief State Trial Counsel |
| 21 | Colorado Department of Law<br>Ralph L. Carr Judicial Center | YAEL SHAVIT*<br>Chief, Consumer Protection Division |
| 22 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 | Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108 |
| 23 | 720-508-6000<br>Sarah.Weiss@coag.gov | 617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov |
| 24 | *Attorney for State of Colorado* | |
| 25 | | *Counsel for Commonwealth of Massachusetts* |
| 26 | | |

ORDER GRANTING PLAINTIFF
STATES' PROPOSED BRIEFING
SCHEDULE AND WORD LIMITS FOR
CROSS-MOTIONS FOR SUMMARY
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | | |
| 3 | */s/ Rabia Muqaddam*<br>RABIA MUQADDAM*<br>Special Counsel for Federal Initiatives | */s/ Aletheia V.P. Allen*<br>ALETHEIA V.P. ALLEN*<br>Solicitor General |
| 4 | MARK LADOV*<br>Special Counsel | LAWRENCE M. MARCUS*<br>Assistant Solicitor General |
| 5 | 28 Liberty Street<br>New York, NY 10005 | New Mexico Department of Justice<br>201 Third St. NW, Suite 300 |
| 6 | 212-416-8240 | Albuquerque, NM 87102<br>505-527-2776 |
| 7 | Rabia.Muqaddam@ag.ny.gov<br>Mark.Ladov@ag.ny.gov | Aallen@nmdoj.gov<br>lmarcus@nmdoj.gov |
| 8 | *Attorneys for State of New York* | |
| 9 | | *Attorneys for State of New Mexico* |

(signature block continues)

- LETITIA JAMES, Attorney General of New York
  - /s/ Rabia Muqaddam
  - RABIA MUQADDAM*, Special Counsel for Federal Initiatives
  - MARK LADOV*, Special Counsel
  - 28 Liberty Street, New York, NY 10005
  - 212-416-8240
  - Rabia.Muqaddam@ag.ny.gov
  - Mark.Ladov@ag.ny.gov
  - *Attorneys for State of New York*

- RAÚL TORREZ, Attorney General of New Mexico
  - /s/ Aletheia V.P. Allen
  - ALETHEIA V.P. ALLEN*, Solicitor General
  - LAWRENCE M. MARCUS*, Assistant Solicitor General
  - New Mexico Department of Justice
  - 201 Third St. NW, Suite 300
  - Albuquerque, NM 87102
  - 505-527-2776
  - Aallen@nmdoj.gov
  - lmarcus@nmdoj.gov
  - *Attorneys for State of New Mexico*

- DANA NESSEL, Attorney General of Michigan
  - /s/ Neil Giovanatti
  - NEIL GIOVANATTI*, Assistant Attorney General
  - Michigan Department of Attorney General
  - 525 W. Ottawa
  - Lansing, MI 48909
  - 517-335-7603
  - GiovanattiN@michigan.gov
  - *Attorney for People of Michigan*

- AARON FORD, Attorney General of Nevada
  - /s/ Heidi Parry Stern
  - HEIDI PARRY STERN*, Solicitor General
  - Office of the Nevada Attorney General
  - 1 State of Nevada Way, Suite 100
  - Las Vegas, NV 89119
  - 702-486-3420
  - HStern@ag.nv.gov
  - *Attorney for State of Nevada*

- DAN RAYFIELD, Attorney General of Oregon
  - /s/ Coby Howell
  - COBY HOWELL*
  - BRIAN SIMMONDS MARSHALL*
  - Senior Assistant Attorneys General
  - Trial Attorneys
  - Oregon Department of Justice
  - 100 SW Market St.
  - Portland, OR 97201
  - 971-673-1880
  - Coby.Howell@doj.oregon.gov
  - Brian.S.Marshall@doj.oregon.gov
  - *Attorneys for State of Oregon*

- PETER F. NERONHA, Attorney General of Rhode Island
  - /s/ Kyla Duffy
  - KYLA DUFFY*, Special Assistant Attorney General
  - 150 South Main Street
  - Providence, RI 02903
  - 401-274-4400, Ext. 2809
  - Kduffy@riag.ri.gov
  - *Attorney for State of Rhode Island*

ORDER GRANTING PLAINTIFF STATES' PROPOSED BRIEFING SCHEDULE AND WORD LIMITS FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| 1 | JOSHUA L. KAUL |
| | Attorney General of Wisconsin |
| 2 | |
| 3 | */s/ Frances Reynolds Colbert* |
| | FRANCES REYNOLDS COLBERT* |
| | Assistant Attorney General |
| 4 | Wisconsin Department of Justice |
| | Post Office Box 7857 |
| 5 | Madison, Wisconsin 53707-7857 |
| | 608-266-9226 |
| 6 | Frances.Colbert@wisdoj.gov |
| 7 | *Attorney for State of Wisconsin* |
| 8 | *Admitted pro hac vice |

ORDER GRANTING PLAINTIFF STATES' PROPOSED BRIEFING SCHEDULE AND WORD LIMITS FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744