UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendant(s). | CASE NO. C25-1228-KKE<br><br>SCHEDULING ORDER |

As instructed by the Court, the parties submitted a joint status report to aid the Court in setting a schedule for resolving the merits of this case. *See* Dkt. Nos. 191, 198.  The parties represent that the administrative record will be filed on November 4, 2025, and that they intend to file cross-motions for summary judgment that may entirely resolve the issues in this action.  Dkt. No. 198 at 1.  If those cross-motions do not resolve all issues, the parties will file a joint status report to propose a procedure for resolution.  *Id*.

The parties disagree, however, about the briefing schedule for the cross-motions and the word limits that should apply.  The Court has considered the parties' arguments on these issues and ORDERS the parties to comply with the following schedule:

| Administrative record filed | 11/4/2025 |
|---|---|
| Plaintiffs' motion for summary judgment (11,150 word limit) due | 11/10/2025 |
| Defendants' cross-motion for summary judgment/opposition (11,150 word limit) due | 11/21/2025 |

SCHEDULING ORDER - 1

| Plaintiffs' reply/opposition (5,575 word limit) due | 12/1/2025 |
|---|---|
| Defendants' reply (5,575 word limit) due | 12/5/2025 |
| Oral argument on cross-motions | 12/11/2025 at 1 p.m. |

Dated this 3rd day of November, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

SCHEDULING ORDER - 2