**13640**    **Federal Register** / Vol. 85, No. 46 / Monday, March 9, 2020 / Notices

## DEPARTMENT OF EDUCATION

[Docket ID ED–2019–OPEPD–0120]

### Administrative Priorities for Discretionary Grant Programs

**AGENCY:** Office of Planning, Evaluation, and Policy Development, Department of Education.

**ACTION:** Final priorities.

**SUMMARY:** The Secretary of Education announces six priorities for discretionary grant programs that the Secretary may use in fiscal year (FY) 2020 and later years that expand the Department of Education's (the Department's) flexibility to give priority to a broader range of applicants with varying experience in administering Federal education funds (Priorities 1 and 2), applicants proposing to serve rural communities (Priorities 3 and 4), applicants that demonstrate a rationale for their proposed projects (Priority 5), or applicants proposing to collect data after the grant's original project period (Priority 6).

**DATES:** These priorities are effective April 8, 2020.

**FOR FURTHER INFORMATION CONTACT:** Kelly Terpak, U.S. Department of Education, 400 Maryland Avenue SW, Room 4W312, Washington, DC 20202. Telephone: (202) 205–5231. Email: *kelly.terpak@ed.gov.*

**SUPPLEMENTARY INFORMATION:**

*Program Authority:* 20 U.S.C. 1221e–3.

We published a notice of proposed priorities in the **Federal Register** on November 29, 2019 (84 FR 65734). That notice contained background information and our reasons for proposing the particular administrative priorities.

We have made minor revisions to Priorities 1, 2, and 6, which we fully explain in the *Analysis of Comments and Changes* section of this document.

*Public Comment:* In response to our invitation in the notice of proposed priorities, 11 parties submitted comments, which, in total, addressed all six of the proposed priorities.

We group major issues according to subject.

*Analysis of Comments and Changes:* An analysis of the comments and of any changes in the priorities since publication of the notice of proposed priorities follows.

*Comments:* A few commenters questioned the impact of the Department's grant programs, recommended not making any changes, and wanted to ensure all funds go to public schools.

*Discussion:* We administer grant programs authorized and funded by Congress, and program statutes define which entities are eligible to apply. We intend to use these priorities to even the playing field for entities that are eligible for grants, but may lack experience or resources relative to more seasoned applicants. Additionally, Priorities 5 and 6 are designed to ensure we award projects that are based on a logic model and research and are better supported to collect longitudinal data. We believe both priorities will help us to measure and improve the impact our grants have on student outcomes.

*Changes:* None.

*Comments:* Multiple commenters expressed concern with Priorities 1 through 4, specifically Priorities 1 and 3, which prioritize a wider variety of applicants that commenters stated could lack prior experience or capacity to administer Federal grants. These commenters stated that the use of these priorities does not necessarily inform the applicant's ability to propose innovative projects.

*Discussion:* We appreciate commenters' concerns about applicant capacity and the importance of experience and demonstrated results. The Department agrees that organizational capacity is critical to a successful grant and provides regular technical assistance to grantees to ensure proper internal controls and compliance with Federal grant policies and procedures. In addition, before awarding grants, we conduct a review of the risks posed by applicants, including risks related to financial and management systems. However, we do not believe that only organizations that have previously or recently had Federal grants or that are experienced in grant writing can effectively manage awards and, as such, seek to expand the applicant and grantee pool in order to stimulate innovation in education across the country. The intent of these priorities is to prioritize grant awards in areas of the country and with grantees not previously served under Department grants. In programs where we would propose to use any of Priorities 1–4, we would carefully consider what resources and assistance we could provide to applicants and grantees to ensure strong applications and grant performance.

*Changes:* None.

*Comments:* Multiple commenters highlighted issues in prioritizing new potential grantees in programs where there is statutory language that prioritizes prior experience or specific statutory requirements on how funding decisions are made.

*Discussion:* The Department carefully considers which priorities to include in a grant competition, taking into consideration the purpose of the program and applicable statutory requirements. We only intend to use these priorities in programs where doing so is consistent with the program's authorizing statute.

*Changes:* None.
*Comments:* None.
*Discussion:* The Department wishes to clarify that, for Priorities 1 and 2, the phrase "under the program" is intended to mean the program's specific Catalog of Federal Domestic Assistance (CFDA) number and alpha. In situations where programs are newly authorized or reauthorized, the Department will consider on a case-by-case basis whether previous renditions of a grant program are considered to be "under the program." The Department may consider several factors, including: (a) Whether the notice inviting applications for the program included a waiver of rulemaking in a previous competition under section 437(d)(1) of the General Education Provisions Act for a first grant competition under a new or substantially revised program authority, (b) the extent of programmatic changes when reauthorized, or (c) whether the program is newly authorized in statute. For these situations, the Department will identify "the program" in the competition's notice inviting applications for the purposes of Priorities 1 and 2.

*Changes:* None.
*Comments:* A few commenters expressed concerns with prioritizing grants that would serve rural communities, noting that these projects may be more likely to serve a small number of students or have a limited scope, and have other funding mechanisms available to rural communities.

*Discussion:* We recognize the concern that, under Priority 3—Rural Applicants, applicants may propose projects that serve a smaller number of students than urban applicants; however, we believe that rural applicants may often lack resources more widely available to urban applicants to submit higher-quality applications and want to ensure an equal playing field for rural applicants whenever possible. We also recognize that while rural communities may receive other funding from the Department, such as through formula funds, non-rural communities also receive formula funds, and thus, these funds should not limit a community from applying for discretionary funds. Unless a program has specific statutory

**Federal Register**/Vol. 85, No. 46/Monday, March 9, 2020/Notices    **13641**

or regulatory requirements for the size and scope of a grant project, we do not believe that applicants should be penalized for proposing a project on a smaller scale. Moreover, we would carefully consider a program's purpose and design when determining when to use the Rural Applicant priority.

*Changes:* None.

*Comments:* Multiple commenters expressed support for Priorities 5 and 6 and the use of evidence and data to inform grantmaking, encouraging the Department to use these priorities where possible, including using Priority 5 as an absolute priority.

*Discussion:* We appreciate the comments in support of Priorities 5 and 6. The Department will carefully consider whether and how to include one or both these priorities in a competition, and whether to use these priorities as absolute, competitive preference, or invitational priorities, based on the program's purpose and design.

*Changes:* None.

*Comments:* None.

*Discussion:* As proposed, under paragraphs (iii), (iv), and (v) of Priority 1, programs would have had the discretion to establish the number of years that would have had to elapse since an applicant has had an active discretionary grant under that program, or an active discretionary grant or a contract from the Department, in order to qualify as a new potential grantee under those paragraphs of Priority 1. We proposed a similar formulation for qualifying as an applicant that is not a new potential grantee under Priority 2. Upon further review, rather than allowing a program broad discretion in establishing the number of years, we are revising paragraphs (iii), (iv), and (v) to provide a list of years—ranging from one year to seven—from which a program can choose. We believe these changes will more clearly convey the reasonable range of options that we intended in allowing programs the flexibility to determine what number of years, for a particular program, would result in giving priority to a broader range of applicants with varying experience in administering Federal education funds. We are establishing seven years as the outer bound because that period of time is sufficient to meet the goal of the priority—engaging a broader range of entities as grantees—without making it difficult for the Department to promptly and reliably ascertain whether a particular entity meets the priority's requirements.

*Changes:* We have added a list of years under paragraphs (iii), (iv), and (v) in Priorities 1 and 2.

*Comments:* None.

*Discussion:* In Priority 4, we are clarifying, in paragraph (d), that the applicant does not propose to serve a campus with a rural setting.

*Changes:* We have modified paragraph (d) in Priority 4 to say "does not."

*Comments:* None.

*Discussion:* Upon further review, we are revising the title of Priority 5 to remove the reference to a logic model, in order to align the title with the defined term "demonstrates a rationale" in 34 CFR 77.1.

*Changes:* We have removed the reference to the "logic model" in the priority title for Priority 5.

*Comments:* None.

*Discussion:* Upon further review, we are revising Priority 6 to more clearly align with 34 CFR 75.250(b) and to clarify what information an applicant would need to provide in addressing this priority.

*Changes:* We have revised the priority to specifically reference 34 CFR 75.205(b), request a budget as well as a data collection period, and specify a maximum length of up to 72 months.

## Final Priorities

*Priority 1—Applications From New Potential Grantees*

(a) Under this priority, an applicant must demonstrate one or more of the following:

(i) The applicant has never received a grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(ii) The applicant does not, as of the deadline date for submission of applications, have an active grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(iii) The applicant has not had an active discretionary grant under the program from which it seeks funds, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, in one of the following number of years before the deadline date for submission of applications under the program:

(1) One year;
(2) Two years;
(3) Three years;
(4) Four years;
(5) Five years;
(6) Six years; or
(7) Seven years.

(iv) The applicant has not had an active discretionary grant from the Department, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, in one of the following number of years before the deadline for submission of applications under the program:

(1) One year;
(2) Two years;
(3) Three years;
(4) Four years;
(5) Five years;
(6) Six years; or
(7) Seven years.

(v) The applicant has not had an active contract from the Department in one of the following number of years before the deadline date for submission of applications under the program:

(1) One year;
(2) Two years;
(3) Three years;
(4) Four years;
(5) Five years;
(6) Six years; or
(7) Seven years.

(b) For the purpose of this priority, a grant or contract is active until the end of the grant's or contract's project or funding period, including any extensions of those periods that extend the grantee's or contractor's authority to obligate funds.

*Priority 2—Applications From Grantees That Are Not New Potential Grantees*

(a) Under this priority, an applicant must demonstrate one or more of the following:

(i) The applicant has received a grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(ii) The applicant has, as of the deadline date for submission of applications, an active grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(iii) The applicant has had an active discretionary grant under the program from which it seeks funds, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, in one of the following number of years before the deadline date for submission of applications under the program:

(1) One year;
(2) Two years;
(3) Three years;
(4) Four years;
(5) Five years;
(6) Six years; or
(7) Seven years.

(iv) The applicant has had an active discretionary grant from the

**AR000002**

Department, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, in one of the following number of years before the deadline date for submission of applications under the program:

(1) One year;
(2) Two years;
(3) Three years;
(4) Four years;
(5) Five years;
(6) Six years; or
(7) Seven years.

(v) The applicant has had an active contract from the Department in one of the following number of years before the deadline date for submission of applications under the program:

(1) One year;
(2) Two years;
(3) Three years;
(4) Four years;
(5) Five years;
(6) Six years; or
(7) Seven years.

(b) For the purpose of this priority, a grant or contract is active until the end of the grant's or contract's project or funding period, including any extensions of those periods that extend the grantee's or contractor's authority to obligate funds.

(c) This priority can only be used in competitions where the priority for *Applications from New Potential Grantees* is used.

*Priority 3—Rural Applicants*

Under this priority, an applicant must demonstrate one or more of the following:

(a) The applicant proposes to serve a local educational agency (LEA) that is eligible under the Small Rural School Achievement (SRSA) program or the Rural and Low-Income School (RLIS) program authorized under Title V, Part B of the Elementary and Secondary Education Act of 1965, as amended.

(b) The applicant proposes to serve a community that is served by one or more LEAs—

(i) With a locale code of 32, 33, 41, 42, or 43; or

(ii) With a locale code of 41, 42, or 43.

(c) The applicant proposes a project in which a majority of the schools served—

(i) Have a locale code of 32, 33, 41, 42, or 43; or

(ii) Have a locale code of 41, 42, or 43.

(d) The applicant is an institution of higher education (IHE) with a rural campus setting, or the applicant proposes to serve a campus with a rural setting. Rural settings include any of the following: Town-Fringe, Town-Distant, Town-Remote, Rural Fringe, Rural-Distant, Rural-Remote, as defined by the

National Center for Education Statistics (NCES) College Navigator search tool.

**Note:** To determine whether a particular LEA is eligible for SRSA or RLIS, refer to the Department's website at *https://oese.ed.gov/ offices/office-of-formula-grants/rural-insular-native-achievement-programs/rural-education-achievement-program/*. Applicants are encouraged to retrieve locale codes from the NCES School District search tool (*https:// nces.ed.gov/ccd/districtsearch/*), where LEAs can be looked up individually to retrieve locale codes, and Public School search tool (*https://nces.ed.gov/ccd/schoolsearch/*), where individual schools can be looked up to retrieve locale codes. Applicants are encouraged to retrieve campus settings from the NCES College Navigator search tool (*https://nces.ed.gov/collegenavigator/*) where IHEs can be looked up individually to determine the campus setting.

*Priority 4—Non-Rural Applicants*

Under this priority, an applicant must demonstrate one or more of the following:

(a) The applicant does not propose to serve a local educational agency (LEA) that is eligible under the Small Rural School Achievement (SRSA) program or the Rural and Low-Income School (RLIS) program authorized under Title V, Part B of the Elementary and Secondary Education Act of 1965, as amended.

(b) The applicant does not propose to serve a community that is served by one or more LEAs—

(i) With a locale code of 32, 33, 41, 42, or 43; or

(ii) With a locale code of 41, 42, or 43.

(c) The applicant does not propose a project in which a majority of the schools served—

(i) Have a locale code of 32, 33, 41, 42, or 43; or

(ii) Have a locale code of 41, 42, or 43.

(d) The applicant is not an institution of higher education (IHE) with a rural campus setting, or the applicant does not propose to serve a campus with a rural setting. Rural settings include any of the following: Town-Fringe, Town-Distant, Town-Remote, Rural Fringe, Rural-Distant, Rural-Remote, as defined by the National Center for Education Statistics (NCES) College Navigator search tool.

(e) This priority can only be used in competitions where the priority for *Rural Applicants* is used.

**Note:** To determine whether a particular LEA is eligible for SRSA or RLIS, refer to the Department's website at *https://oese.ed.gov/ offices/office-of-formula-grants/rural-insular-native-achievement-programs/rural-education-achievement-program/*. Applicants are encouraged to retrieve locale codes from the NCES School District search tool (*https:// nces.ed.gov/ccd/districtsearch/*), where LEAs

can be looked up individually to retrieve locale codes, and Public School search tool (*https://nces.ed.gov/ccd/schoolsearch/*), where individual schools can be looked up to retrieve locale codes. Applicants are encouraged to retrieve campus settings from the NCES College Navigator search tool (*https://nces.ed.gov/collegenavigator/*) where IHEs can be looked up individually to determine the campus setting.

*Priority 5—Applications That Demonstrate a Rationale*

Under this priority, an applicant proposes a project that demonstrates a rationale (as defined in 34 CFR 77.1).

*Priority 6—Data Collection*

Under this priority and consistent with 34 CFR 75.250(b), an applicant includes a budget for and description of a data collection period for a period of up to 72 months, as specified in the notice inviting applications, after the end of the project period.

*Types of Priorities*

When inviting applications for a competition using one or more priorities, we designate the type of each priority as absolute, competitive preference, or invitational through a notice in the **Federal Register**. The effect of each type of priority follows:

*Absolute priority:* Under an absolute priority, we consider only applications that meet the priority (34 CFR 75.105(c)(3)).

*Competitive preference priority:* Under a competitive preference priority, we give competitive preference to an application by (1) awarding additional points, depending on the extent to which the application meets the priority (34 CFR 75.105(c)(2)(i)); or (2) selecting an application that meets the priority over an application of comparable merit that does not meet the priority (34 CFR 75.105(c)(2)(ii)).

*Invitational priority:* Under an invitational priority, we are particularly interested in applications that meet the priority. However, we do not give an application that meets the priority a preference over other applications (34 CFR 75.105(c)(1)).

This notice does not preclude us from proposing additional priorities, requirements, definitions, or selection criteria, subject to meeting applicable rulemaking requirements.

*Note:* This notice does *not* solicit applications. In any year in which we choose to use one or more of these priorities, we invite applications through a notice in the **Federal Register**.

AR000003

*Executive Orders 12866, 13563, and 13771*

Regulatory Impact Analysis

Under Executive Order 12866, it must be determined whether this regulatory action is "significant" and, therefore, subject to the requirements of the Executive order and subject to review by the Office of Management and Budget (OMB). Section 3(f) of Executive Order 12866 defines a "significant regulatory action" as an action likely to result in a rule that may—

(1) Have an annual effect on the economy of $100 million or more, or adversely affect a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or State, local, or Tribal governments or communities in a material way (also referred to as an "economically significant" rule);

(2) Create serious inconsistency or otherwise interfere with an action taken or planned by another agency;

(3) Materially alter the budgetary impacts of entitlement grants, user fees, or loan programs or the rights and obligations of recipients thereof; or

(4) Raise novel legal or policy issues arising out of legal mandates, the President's priorities, or the principles stated in the Executive order.

This final regulatory action is not a significant regulatory action subject to review by OMB under section 3(f) of Executive Order 12866.

Under Executive Order 13771, for each new rule that the Department proposes for notice and comment or otherwise promulgates that is a significant regulatory action under Executive Order 12866, and that imposes total costs greater than zero, it must identify two deregulatory actions. For FY 2020, any new incremental costs associated with a new regulation must be fully offset by the elimination of existing costs through deregulatory actions. Because this regulatory action is not a significant regulatory action, the requirements of Executive Order 13771 do not apply.

We have also reviewed this final regulatory action under Executive Order 13563, which supplements and explicitly reaffirms the principles, structures, and definitions governing regulatory review established in Executive Order 12866. To the extent permitted by law, Executive Order 13563 requires that an agency—

(1) Propose or adopt regulations only upon a reasoned determination that their benefits justify their costs (recognizing that some benefits and costs are difficult to quantify);

(2) Tailor its regulations to impose the least burden on society, consistent with obtaining regulatory objectives and taking into account—among other things and to the extent practicable—the costs of cumulative regulations;

(3) In choosing among alternative regulatory approaches, select those approaches that maximize net benefits (including potential economic, environmental, public health and safety, and other advantages; distributive impacts; and equity);

(4) To the extent feasible, specify performance objectives, rather than the behavior or manner of compliance a regulated entity must adopt; and

(5) Identify and assess available alternatives to direct regulation, including economic incentives—such as user fees or marketable permits—to encourage the desired behavior, or provide information that enables the public to make choices.

Executive Order 13563 also requires an agency "to use the best available techniques to quantify anticipated present and future benefits and costs as accurately as possible." The Office of Information and Regulatory Affairs of OMB has emphasized that these techniques may include "identifying changing future compliance costs that might result from technological innovation or anticipated behavioral changes."

We are issuing these final priorities only on a reasoned determination that their benefits justify their costs. In choosing among alternative regulatory approaches, we selected those approaches that maximize net benefits. Based on the analysis that follows, the Department believes that this regulatory action is consistent with the principles in Executive Order 13563.

We also have determined that this regulatory action does not unduly interfere with State, local, and Tribal governments in the exercise of their governmental functions.

In accordance with both Executive orders, the Department has assessed the potential costs and benefits, both quantitative and qualitative, of this regulatory action. The potential costs are those resulting from statutory requirements and those we have determined as necessary for administering the Department's programs and activities.

Discussion of Potential Costs and Benefits

We have reviewed the priorities in accordance with Executive Orders 12866 and 13563 and do not believe that these priorities would generate a considerable increase in burden or cost.

We believe that the combined benefit of Priorities 1, 2, 3, and 4 would be increased diversity among the Department's grantees. Priority 1 gives the Department the opportunity to prioritize a "new potential grantee" with greater flexibility than is currently available through the existing Education Department General Administrative Regulations provision allowing the Department to give special consideration to "novice applicants." We believe that this priority could result in a number of changes in the behavior of both Department staff and applicants. We believe that the additional flexibility in the new definition would increase the number of competitions in which we prioritize a "new potential grantee," resulting in additional applicants submitting applications for competitions that include such a priority. Using this priority could increase access to the Department's grants for eligible entities who have struggled to submit competitive applications in the past. However, because application submission and participation in our discretionary grant programs is voluntary, we do not think that it would be appropriate to characterize any increased participation in our grant competitions as costs associated with these priorities. Moreover, we believe any costs will be significantly outweighed by the potential benefits of more efficiently targeting funds and expanding the research base. In addition, participation in a discretionary grant program is entirely voluntary; as a result, these priorities do not impose any particular burden except when an entity voluntarily elects to apply for a grant.

Priority 2, as the inverse of Priority 1, similarly does not create costs or benefits, but may result in shifting some of the Department's grants among eligible entities. Again, since application submission and participation in our discretionary grant programs is voluntary, we do not think that it would be appropriate to characterize any increased participation or differences in which entities receive awards as costs associated with this priority.

Priority 3 gives the Department the opportunity to prioritize rural applicants. We believe that this priority could result in changes in the behavior of both Department staff and applicants similar to those described above with respect to Priority 1. First, we believe that a priority for supporting rural communities will increase the number of competitions in which we prioritize rural applicants. Second, we believe that it may result in additional

AR000004

applicants submitting applications for competitions that include such a priority, which could result in shifting some of the Department's grants among eligible entities. However, because application submission and participation in our discretionary grant programs is voluntary, we do not think that it would be appropriate to characterize any increased participation in our grant competitions as costs associated with this priority.

Similar to Priority 2, Priority 4, as the inverse of Priority 3, does not create costs or benefits. Instead, Priorities 3 and 4 may have the result of shifting at least some of the Department's grants among eligible entities. Again, since application submission and participation in our discretionary grant programs is voluntary, we do not think that it would be appropriate to characterize any increased participation or differences in which entities receive awards as costs associated with this priority.

To the extent a program directs additional resources to evidence-based strategies or helps build the evidence base on a particular action or approach, such as through Priorities 5 and 6, there may be a benefit in the form of more effective use of Federal funding and broadened information about the evidence on the grantee's approach in the grantee's setting. However, it is not possible to quantify the extent of such a benefit without knowing which programs will use these priorities and in what circumstances.

Priority 5 allows the Secretary to prioritize or require applicants to submit a logic model that is informed by research findings. This provision may result in qualitative benefits if grantees use the logic model to better plan their projects and more clearly communicate the intended outcomes. Many grant competitions already include a requirement similar to this priority and, to the extent it is included in additional competitions in the future, we do not believe that it would create a substantial burden for applicants, because we assume that applicants in those programs would likely already have conceptualized an implicit logic model for their applications and would, therefore, experience only minimal paperwork burden associated with explaining it in their applications. In addition, the Department has several publicly available resources on designing logic models and intends to provide pre-applicant technical assistance on this subject where appropriate.

Finally, Priority 6 allows the Department to give priority to applications that propose to collect data after the original project period. The priority would not require a grantee to fund the data collection period itself; rather, at the completion of a project period, the Department would provide additional funds for data collection under existing authority to do so. As with Priorities 1 and 2, because this priority would neither expand nor restrict the universe of eligible entities for any Department grant program, since application submission and participation in our discretionary grant programs is voluntary, and since the Department would provide the additional funding to support the data collection period, we do not think that using this priority in a competition would incur costs on the part of the applicant. However, it is possible that, in electing to provide data collection grants to a particular cohort of grantees, the Department would have fewer funds available to fund new awards in future years. For example, if a cohort of five-year grants was awarded in 2020, and those grantees received data collection extensions in 2026, funds that would have been available in 2026 for new awards would be used, instead, to support the data collection extensions. It is not possible to predict the specific costs related to shifts from new awards to data collection awards because each grant program is funded at different levels and awards different average amounts to its grantees. Further, we anticipate that funding provided to grantees for the purpose of extended data collection would vary considerably depending on the scope of the original grant project and the scope of the extended data collection proposal. Finally, we believe that longitudinal data are valuable as a resource for practitioners, researchers, and the Department, and providing resources for extended data collection would likely improve the quality of information available on promising approaches to improve education outcomes.

*Regulatory Flexibility Act Certification:* The Secretary certifies that the final priorities will not have a significant economic impact on a substantial number of small entities. The U.S. Small Business Administration (SBA) Size Standards define proprietary institutions as small businesses if they are independently owned and operated, are not dominant in their field of operation, and have total annual revenue below $7,000,000. Nonprofit institutions are defined as small entities if they are independently owned and operated and not dominant in their field of operation. Public institutions are defined as small organizations if they are operated by a government overseeing a population below 50,000.

Of the impacts we estimate accruing to grantees or eligible entities, all are voluntary and related mostly to an increase in the number of applications prepared and submitted annually for competitive grant competitions. Therefore, we do not believe that the final priorities will significantly impact small entities beyond the potential for increasing the likelihood of their applying for, and receiving, competitive grants from the Department.

*Intergovernmental Review:* This program is subject to Executive Order 12372 and the regulations in 34 CFR part 79. One of the objectives of the Executive order is to foster an intergovernmental partnership and a strengthened federalism. The Executive order relies on processes developed by State and local governments for coordination and review of proposed Federal financial assistance.

This document provides early notification of our specific plans and actions for this program.

*Accessible Format:* Individuals with disabilities can obtain this document in an accessible format (*e.g.,* braille, large print, audiotape, or compact disc) on request to the contact person listed under **FOR FURTHER INFORMATION CONTACT.**

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

Dated: March 4, 2020.

**Betsy DeVos,**

*Secretary.*

[FR Doc. 2020–04761 Filed 3–6–20; 8:45 am]

**BILLING CODE 4000–01–P**

# DEPARTMENT OF EDUCATION

## 34 CFR Part 75

[Docket ID ED–2021–OPEPD–0054]

**Final Priorities and Definitions— Secretary's Supplemental Priorities and Definitions for Discretionary Grants Programs**

**AGENCY:** U.S. Department of Education.

**ACTION:** Final priorities and definitions.

**SUMMARY:** In order to support a comprehensive and ambitious education agenda, the Secretary issues six priorities and related definitions for use in currently authorized discretionary grant programs or programs that may be authorized in the future. The Secretary may choose to use an entire priority for a grant program or a particular competition or use one or more of the priority's subparts. These priorities and definitions replace the Supplemental Priorities published in the **Federal Register** on March 2, 2018, the Opportunity Zones final priority published on November 27, 2019, and the Remote Learning priority published on December 30, 2020. However, if a notice inviting applications (NIA) published before the effective date of this notice of final priorities and definitions included one or more of those priorities, the included priorities apply to that competition.

**DATES:** These priorities and definitions are effective January 10, 2022.

**FOR FURTHER INFORMATION CONTACT:** Dr. Nkemjika Ofodile-Carruthers, U.S. Department of Education, 400 Maryland Avenue SW, Room 4W308, Washington, DC 20202. Telephone: (202) 401–4389. Email: *Nkemjika.ofodile-carruthers@ed.gov.*

**SUPPLEMENTARY INFORMATION:**

## Executive Summary

*Purpose of This Regulatory Action:* The Secretary has outlined a comprehensive and ambitious education agenda that reflects the Secretary's vision for American education. This vision is based on a fundamental respect for the dignity and potential of every student and their access to educational opportunity. These final priorities are aligned with evidence-based (as defined in this document) and capacity-building approaches to addressing various interconnected policy issues in the Nation's education system. These final priorities and definitions may be used across the Department of Education's (the Department) discretionary grant programs to further the Department's mission, which is "to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access."

*Summary of the Major Provisions of This Regulatory Action:* Through this regulatory action, we establish six supplemental priorities and associated definitions. Each major provision is discussed in the *Public Comment* section of this document.

*Costs and Benefits:* The final priorities and definitions will impose minimal costs on entities that receive assistance through the Department's discretionary grant programs. Application submission and participation in a discretionary grant program are voluntary. The Secretary believes that the costs imposed on applicants by the final priorities are limited to paperwork burden related to preparing an application for a discretionary grant program that is using one or more of the final priorities in its competition. Because the costs of carrying out activities will be paid for with program funds, the costs of implementation will not be a burden for any eligible applicants, including small entities.

We believe that the benefits of this regulatory action outweigh any associated costs because it will result in the submission of a greater number of high-quality discretionary grant applications and supporting activities that reflect the Administration's educational priorities.

*Program Authority:* 20 U.S.C. 1221e–3.

We published a notice of proposed supplemental priorities and definitions (NPP) in the **Federal Register** on June 30, 2021 (86 FR 34664). That document contained background information and our reasons for proposing the priorities and definitions.

There are differences between the proposed priorities and definitions and the final priorities and definitions established in this notice of final priorities and definitions (NFP), as discussed in the *Analysis of Comments and Changes* section in this document.

*Public Comment:* In response to our invitation in the NPP, 100 parties submitted comments on the proposed priorities and definitions.

Generally, we do not address technical and other minor changes, or suggested changes that the law does not authorize us to make under applicable statutory authority. In addition, we do not address general comments regarding concerns not directly related to the proposed priorities or definitions.

*Analysis of Comments and Changes:* An analysis of the comments and of any changes in the priorities and definitions since publication of the NPP follows.

**General Comments**

*Comments:* Many commenters expressed general support for all the proposed priorities, and one commenter also expressed support for the definitions. We also recognize that it is important to engage broad stakeholders and have incorporated many of the comments throughout the priorities.

Some of these commenters also expressed support in specific areas. For example, two commenters expressed appreciation for the emphasis on the needs of students and educators. A third commenter expressed similar support for the emphasis on the needs of students and added, more broadly, support for the focus on schools and families. Two commenters noted the importance of understanding the impact of the novel coronavirus disease 2019 (COVID–19), with one adding that it is critical to prioritize actions that will increase educational equity and create a more diverse education workforce. Other commenters supported the emphasis the priorities place on specific topic areas relating to, or subgroups of, children. For example, two commenters noted the emphasis these priorities have on students with disabilities. Another commenter noted, along with their support, that they thought it was important to focus Department grant programs on first-generation students from low-income backgrounds. A separate commenter supported the overall emphasis throughout the priorities on early learning, while another commenter expressed overall support for the focus on mental health. Another commenter expressed appreciation for the acknowledgement of the need to address staffing shortages and the use of universal design for learning. This same commenter specifically noted that students with disabilities, particularly students with Down syndrome, will only benefit from each of these priorities if grantees include such students. The commenter further indicated that students with significant cognitive disabilities have been frequently left out of key grant programs.

Other commenters believed that the priorities could have a positive impact on education more broadly. For example, one commenter stated that these priorities are crucial to the immediate and ongoing work of recovery and transformation in our education system to meet the needs of all learners, while another commenter appreciated the thoughtful systems-level approach to equitably distribute

resources. Finally, one commenter expressed hope that the priorities bring noticeable change in education.

*Discussion:* We appreciate the overwhelming support for the priorities and welcome the additional comments and suggestions. We agree with the commenters on the importance of focusing on the critical needs of educators, schools, families, and students, including students with disabilities, including those with significant cognitive disabilities.

*Changes:* None.

*Comments:* One commenter requested changes to the background section of the NPP where the Department discussed its intent that, where technology is referenced in the priorities and definition, the technology be accessible to English learners, and to individuals with disabilities in accordance with Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act, as applicable. The commenter asked that we also specify that limited English proficient parents should have meaningful access to information about technology, including technology support and information on data collection, storage, and sharing. The commenter also requested that instructional technology be developed with English learners in mind and that teachers know how to select appropriate and high-quality digital tools that can be adapted for English learner instructional strategies in a virtual environment. For example, instructional technology could include embedded language support features and allow for verbal peer-to-peer interaction.

*Discussion:* We appreciate the recommendation for changes to the background to include supports for limited English proficient parents and to ensure that instructional technology is developed with English learners in mind. We agree that Priority 1(e) should address this concern as technology supported learning experienced must be inclusive of English learners. We do not include a background section in the NFP, nor is the background section considered part of the final priorities.

*Changes:* In priority 1(e), we have included language to specify that access to high-quality, technology supported learning experiences be accessible and usable by English learners.

*Comments:* One commenter recommended that we require grantees to report on their progress in amplifying the voices and experiences of families, providers, and community partners. In addition, the commenter recommended requiring grantees to disaggregate data to the extent possible by race/ethnicity, language, and disability status.

*Discussion:* We appreciate the comment. Reporting requirements for grant programs are established separately for each grant program based on program requirements. The Secretary's supplemental priorities are not, by design, the place for establishing reporting requirements. For this reason, we are not making any changes in response to this comment.

*Changes:* None.

*Comments:* One commenter suggested using the term "early learning and education" instead of "education" throughout the priorities to emphasize the birth through college model. The commenter also suggested using "children and students" instead of "students," and "Pre-K starting at birth" instead of "K–12."

*Discussion:* We agree with the commenter's interest in ensuring that the priorities are inclusive of young learners. We interpret the terms "education" and "students" throughout the priorities to be, in general, inclusive of early learning and children, respectively. Where appropriate, we have specified specific groups of students. Further, "early learning" is defined to include programs that provide early care and education for children from birth to kindergarten entry. Therefore, we decline to make any changes in response to this comment.

*Changes:* None.

*Comments:* One commenter stated that prioritizing vulnerable students in underserved school districts should be a top priority for the Department.

*Discussion:* We agree that prioritizing vulnerable students in underserved school districts is important. The establishment of these priorities is one of many actions the Department is taking to focus on vulnerable students in underserved school districts. The priorities repeatedly reference "underserved students," and the definition of "underserved students" includes students who may be vulnerable for a variety of reasons.

*Changes:* None.

*Comments:* One commenter recommended adding career and technical education centers to the listings of educational settings as these centers are often not included in funding conversations.

*Discussion:* We thank the commenter for this suggestion and agree that a focus on career and technical education centers should be added to specific priorities to ensure that they are intentionally included in the discussion.

*Changes:* We have added "career and technical education programs" to subpart (a) of Priority 2, subpart (h)(1)(ii) of Priority 3, and subpart (f) of Priority 4.

*Comments:* Several commenters suggested adding additional priorities. One commenter suggested a priority focused on improving the effectiveness of principals. Another commenter suggested a science, technology, engineering, and math (STEM) priority. A third commenter proposed a priority to address other factors that impact educational attainment and outcomes, through a whole-child approach to young children's success. A fourth commenter recommended making school diversity its own priority. That commenter also suggested using more explicit language on "school integration" and "desegregation" throughout the priorities, in addition to the U.S. Supreme Court's terminology— "school diversity" and "reduction of racial isolation."

*Discussion:* We appreciate these thoughtful recommendations for additional priorities. The priorities, as proposed, address each of these topics. Priority 2 focuses on STEM by including a subpart that calls attention to the inequities related to access to and success in rigorous and engaging approaches to STEM coursework. In addition, the Department has funded and continues to fund many projects with a STEM focus.

Regarding a new priority to address other factors that impact educational attainment and outcomes, projects that focus on whole-child strategies would be included under both Priority 1 and Priority 4. Priority 1 supports projects that address the impacts of COVID–19 by providing resources and supports to meet the basic health and safety needs of students and educators. Priority 4 is for projects designed specifically to improve students' social, emotional, academic, and career development.

Finally, school diversity is addressed specifically in Priority 2. Overall, the Department is committed to equity and adequacy of resources for underserved students. One way we think this can be accomplished is by examining the sources of inequities. For this reason, proposed subpart (b)(13) of Priority 2 supports developing or implementing specific policies or practices to address racial and socioeconomic diversity by improving data collection methods to identify trends in and contributors to stratification and barriers to diversity.

Given that each of the additional proposed topics is addressed in the existing priorities, including improving the effectiveness of principals and the use of school integration and

desegregation, we are not making any changes in response to these comments.

*Changes:* None.

*Comments:* Several commenters made suggestions regarding the use of the term "educator." These commenters highlighted the lack of clarity on who the term includes, with many concerned it might be construed to mean only teachers, pointing out inconsistencies in how the term was used in the proposed priorities. For example, if "educators" is meant to include persons who are not teachers, then the commenters argued that subpart (f)(3) of Priority 3, which uses the phrase "educator and school leader," is confusing. As such, many commenters recommended including principals and other school leaders in addition to educators to highlight the important role school leaders play and noted that this would be consistent with the Elementary and Secondary Education Act (ESEA). Additionally, other commenters recommended including early learning educators among the educators addressed in Priority 3, also citing consistency with the ESEA. One commenter requested that specialized instructional support personnel be included, and another commenter noted the importance of school psychologists. Lastly, a couple of commenters requested that when discussing diverse educators, Priority 3 specifically mention educators with disabilities, emphasizing the importance of students with disabilities seeing successful educators with disabilities and the abilities of those diverse educators.

*Discussion:* We appreciate that the use of "educator" could cause confusion regarding who is included under this term. Our use of "educator" is meant to include all professionals working to educate students and impact student learning, recognizing that all these professionals play important roles. Additionally, the term "diverse educators" is intended to include educators from all backgrounds that are underrepresented in the workforce, including educators with disabilities. As such, we are adding a definition of "educator" to explain more clearly what is meant by the term and to be inclusive of the groups that commenters noted, and we are clarifying usage of "educator" throughout the priorities where it is unclear.

*Changes:* We have added a definition of "educator," which includes early childhood educators, teachers, principals and other school leaders, specialized instructional support personnel (*e.g.,* school psychologists, counselors, school social workers), paraprofessionals, and faculty.

Additionally, in Priority 2, subpart (a)(2),(b)(2)–(4), and throughout Priority 3, subpart (b), we have replaced the references to "teachers" with references to "educators" for consistency. In proposed subpart (f)(3) of Priority 3, we have removed "and school leaders."

Although the Department did not propose definitions of "teacher" and "principal" in the NPP, we have revised the final definitions, based on this and other comments, to include a definition of "educator." While it was always our intent to include early learning professionals within the broader group of educators, we have added a definition of "educator" to the final definitions that includes "early learning educator."

*Changes:* We have added "early learning educator" to the new definition of "educator."

*Comments:* One commenter suggested the Department define Pre-K students as a separate subgroup with specific needs outside of K–12 education. More specifically, the commenter suggested that we clarify that each of the final priorities would support projects in the early learning context, to the extent applicable.

*Discussion:* We appreciate this comment and agree with it, in part, as we agree with supporting projects that address early learning but do not think we need a separate subgroup definition. Priorities 2, 3, 4, and 6 share a focus on underserved students and the definition of "underserved student" includes children in early learning environments as one of the groups of learners upon which a project may focus.

*Changes:* We are revising the introductory paragraph within priorities 2, 3, 4, and 6 to include that the focus of the projects should include underserved students.

*Comments:* One commenter asked that, through the priorities, we specifically promote certificate programs, such as programs that award licensed practical nursing or cybersecurity certificates, which could benefit students with disabilities who have individualized educational programs.

*Discussion:* We thank the commenter for the comment. We agree that certificate programs can provide important career pathways to students, including students with disabilities. Priority 5 addresses the types of programs described by the commenter and encourages projects designed to increase postsecondary access, affordability, success, and completion for underserved students, which may include under subpart (j) projects that connect children or students with disabilities, adults with disabilities, and

disconnected youth to resources designed to improve independent living and the achievement of employment outcomes. Accordingly, no change is needed, as Priority 5 would allow the projects proposed by the commenter.

*Changes:* None.

*Comments:* One commenter urged the Department to include student and educator voices in each of the topic areas to engage students in the overall education process.

*Discussion:* We agree that students and educators, as applicable, should be included in the design, development, and implementation of projects proposed under these priorities. However, where appropriate to the program and the competition, the Department may include in the NIA the selection criteria in 34 CFR 75.210, through which a proposed project will be evaluated on the extent to which the proposed project encourages participant or beneficiary involvement and to which the services to be provided by the proposed project involve the collaboration of appropriate partners for maximizing the effectiveness of project services. We think this approach is a more tailored way to promote involvement by the relevant affected stakeholders, which may include students and educators, on a program-by-program basis. Therefore, we have not made any changes in response to this comment.

*Changes:* None.

*Comments:* Five commenters suggested revising the introductory note about accessibility of technology to ensure it references all applicable Federal law, including the Individuals with Disabilities Education Act (IDEA) and the ESEA. The commenters also suggested adding language to reinforce the need for technology to be universally designed and fully accessible, as well as to be interoperable with assistive technology. A sixth commenter stated that the technology should be usable by English learners and individuals with disabilities.

*Discussion:* We appreciate the recommendation for changes to the background to ensure it is consistent with all Federal requirements and for the suggested improvements. We do not include a background section in the NFP, nor is the background section considered part of the final priorities. Therefore, we are not making any changes in response to these comments.

*Changes:* None.

*Comments:* Two commenters suggested addressing rural education in the priorities. One urged caution in adding supplemental priorities to rural-serving programs without funding

increases; the other recommended maintaining the priority related to rural applicants in the Administrative Priorities for Discretionary Grant Programs published in the **Federal Register** on March 9, 2020 (85 FR 13640) and requested that additional attention be given to rural education under each supplemental priority. These commenters also provided suggestions related to funding for rural education. One recommended providing additional funding to address the needs of rural education, particularly educator compensation and training; the other commenter requested the Department work to ensure that all districts have equal opportunities to apply for and receive funding and noted concerns that some school districts do not apply for discretionary grants because they believe the Department favors the largest school districts.

*Discussion:* We thank the commenters for their suggestions. In preparing for each program's grant competition, the Department takes care in deciding which priorities to apply and when, considering, in part, eligible entities' capacity for addressing the priorities. Nevertheless, we appreciate the commenter's caution about the use of supplemental priorities for rural-serving programs. Regarding the administrative priority for rural applicants (85 FR 13640), this priority remains in effect and will be available for use by the Department, as appropriate.

Regarding the comment about additional funding for rural education, we consider these priorities to be one mechanism for generating additional funds for rural-serving programs. Rural-serving programs may apply for the Department's discretionary grants to which these priorities will apply. Finally, while the comment about ensuring that all districts have equal opportunities to apply for and receive funding is beyond the scope of the supplemental priorities, the Department's procedures for awarding discretionary grants include a variety of safeguards and technical assistance to ensure fair grant competitions. For example, for almost all the Department's grant competitions, program staff recruit application reviewers from outside the Federal Government. And, while Department staff screen applications to ensure that they meet all program requirements, the non-Federal reviewers read and independently score the applications assigned to them.

*Changes:* None.

## Priority 1—Addressing the Impact of COVID–19 on Students, Educators, and Faculty

*Comments:* Several commenters expressed their support for Priority 1, its focus on the effects of the COVID–19 pandemic, and recognition of the challenges underserved students experienced before the pandemic. Commenters especially appreciated the focus on students' social, emotional, mental health, and academic needs; technology access for students and educators and how to best address the ''digital divide''; using an evidence base; and the background discussion of the priority that emphasized afterschool and summer programs, focus on the whole child, and community and family engagement. One commenter appreciated the alignment of this priority with the needs of community colleges. In its support for the priority, one commenter recommended prioritizing underserved students, while another commenter expressed that they would like to see a focus on all age groups from infants to young adults, as well as educators and families. Another commenter recommended prioritizing Historically Black Colleges and Universities (HBCUs) to provide resources for HBCUs to address the needs of their students.

*Discussion:* We appreciate the support for the priority and that commenters found strong connections between the priority and the needs they are seeing in the field. Regarding prioritizing underserved students, Priority 1 focused on ''the students most impacted by the pandemic,'' but we believe that, as we did in the other priorities, we should include a focus on underserved students. We also define ''underserved students'' to include age groups from infants to young adults, and the educators and families that support those students. We also agree that it is important that all institutions, especially institutions that work directly with underserved students, have the resources needed to address Priority 1 to address the needs of and fully support their students who are largely underserved populations impacted by the pandemic.

*Changes:* We have added ''with a focus on underserved students'' to the lead-in paragraph of Priority 1. Additionally, to address this comment, in Priority 2, we have added new subpart (b) that allows the Department to prioritize community colleges, HBCUs, Tribal Colleges and Universities (TCUs), or Minority-Serving Institutions (MSIs). Accordingly, proposed subpart

(b) of Priority 2 has been redesignated as final subpart (a)(2).

*Comments:* A couple of commenters proposed that Priority 1 be used as a competitive preference priority, with one commenter recommending that this priority be used as a competitive preference priority in the FY 2022 Charter School Programs (CSP) competitions.

*Discussion:* These priorities are intended to be a menu of options for use in our discretionary grant programs. The Department may choose which, if any, of the priorities or subparts are appropriate for a particular program competition, as well as the appropriate level of funding and selection criteria. If the Department chooses to use a supplemental priority, it also will designate in the notice inviting applications whether the priority will be used as an absolute, competitive preference, or invitational priority in the grant competition.

*Changes:* None.

*Comments:* One commenter recommended the addition of a new subpart to Priority 1 focused on comprehensive plans to address literacy gaps from the pandemic and remote learning.

*Discussion:* We agree that the pandemic has had significant impacts on learning, including on literacy development. Although we appreciate the commenter's recommendations for how this priority could be expanded to include a focus on literacy, we want to clarify that the priority does not prohibit the projects described by the commenter, and that there are already elements that support such models, for example subpart 1(g). Applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population.

*Changes:* None.

*Comments:* Several commenters encouraged applicants to consider the views of students in addressing the issues under the priority, especially focusing on student engagement in decision-making and community asset-mapping. Another commenter suggested strengthening the priority by including family impacts from the pandemic, not just student- and educator-specific impacts, including opportunities to address the needs of families in addition to needs of students' and educators.

*Discussion:* We agree that it is important to be able to reengage and support student learning to address COVID–19 impacts, and that students and educators, as applicable should be included in the design, development and implementation of projects

proposed under these priorities. Student engagement and voice can be a part of projects addressing this priority as proposed, and we believe that applicants are best suited to determine how to engage students to address the priority. Likewise, we recognize that the pandemic has had an impact on everyone, not only students and educators, but their families as well. We believe that addressing students' needs can include addressing the needs of the families that support those students but agree with the commenter's recommendation that the priority should explicitly refer to reengaging families.

*Changes:* We have added ''and their families'' at the end of subpart (a) of Priority 1.

*Comments:* Though Priority 1 is focused on addressing the impacts of COVID–19, one commenter encouraged the Department not to use this priority to support ''vouchers,'' citing the Education Stabilization Fund-Rethink K12 Education Models, which established microgrants for parents. The commenter noted the importance of this priority focusing on public school students.

*Discussion:* We recognize that across the various COVID–19 relief programs established by Congress, there have been different requirements, priorities, and eligible applicants. This priority is designed to address the students most impacted by the pandemic, with a focus on underserved students. The priority does not include any reference to ''vouchers''; eligibility for a program, including whom a program may serve, is determined by a program's statutory authority.

*Changes:* None.

*Comments:* Several commenters recommended that Priority 1 specifically address the needs of early learning programs, and recommended changes to the background section to reference these needs and the mental health needs of children in early learning programs related to the pandemic.

*Discussion:* We appreciate the recommendation for additions to the background for the priority to discuss early learning. We do not include background sections for priorities in the NFP, nor are the background sections considered part of the final priorities. Therefore, we are not making any changes in response to this comment. Regarding focusing on the mental health needs for children in early learning, since the proposed priority refers to ''underserved students,'' and the definition of ''underserved students'' includes ''children in early learning

environments,'' the proposed priority's focus on students' mental health needs includes students in early learning programs. Accordingly, changes to the priority are not necessary.

*Changes:* None.

*Comments:* Multiple commenters supported subpart (a) of Priority 1, especially the emphasis on community asset-mapping, with one commenter recommending using U.S. Census data to look more specifically at household disparities from the pandemic. Additionally, commenters noted that this priority will help supplement the other funding States are receiving and will help minimize burden on educators, students, and families. While supportive of the priority, a few commenters recommended additions to this subpart. One commenter noted the significant impacts of the pandemic on English learners and requested that this subpart address learning and language needs of these students. This commenter also recommended a focus on reengaging ''virtual drop-out'' students who disengaged because of remote learning. Other commenters recommended that we add language to the priority to ensure that State and district needs are assessed and measured, looking not only at academic indicators but also at student well-being, school culture, and broader indicators of reengagement, with one commenter suggesting a focus on reengagement at the early learning level. Given the varying impacts of the pandemic on students, one commenter proposed additional language focused on assessing the needs of specific subgroups of students, including children or students with disabilities, and the potential extension of eligibility for services for students with disabilities based on this assessment of needs. Finally, one commenter recommended that while full community engagement in community asset-mapping and the data generated are important, the asset-mapping does not need to be perfect and that funding under the priority be used to serve as many students as possible.

*Discussion:* We appreciate the comments supporting this subpart and the importance of community asset-mapping. We agree that there are a range of data points that can be used to assess needs, including U.S. Census data, State and local data, and data from community partners. We also agree that reengagement of all groups of students is important, including students attending school in-person and those participating in remote learning. The priority is focused on the students most impacted by the pandemic, and we agree that these include English learners

and children or students with disabilities as discussed by commenters. Given the focus on students most affected by the pandemic, we do not think additional language identifying specific groups of students is necessary, but we agree that ensuring that the assessment considers subgroups of students is valuable. As a result, we have added language to clarify that the assessment may include an assessment of subgroups of students. We agree that States and districts need to work with students with disabilities and their families but do not think additional language in the priority is necessary for this work to be carried out. Lastly, the intent of the subpart is to reengage students and address the impacts of COVID–19, and applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population.

*Changes:* We have clarified in subpart (a) of Priority 1 that any assessment of student disengagement may include a focus on subgroups of students.

*Comments:* Multiple commenters supported subpart (b) of Priority 1 and appreciated the focus on health and safety needs, especially the inclusion of educators along with students. One commenter recommended a focus on underserved communities, given the impact of the pandemic on those communities. Another commenter encouraged inter-agency collaboration to address health and safety needs, including collaboration with State departments of education, food and nutrition agencies, public health departments, and other providers.

*Discussion:* We appreciate the comments in support of subpart (b) and agree that health and safety needs of both students and educators need to continually be assessed and addressed. We also agree that collaboration with relevant agencies and providers can help to successfully provide for the health and safety needs of students and educators, and such collaboration would be permitted under this subpart.

This priority is focused on those most impacted by the pandemic, and as noted above, we have added ''underserved students'' to the lead-in paragraph of Priority 1 to focus on those groups. In addition, Priority 6 addresses inter-agency collaboration and could be used in conjunction with this priority, so we do not think any changes to the subpart are necessary.

*Changes:* None.

*Comments:* A few commenters expressed support for subpart (c) of Priority 1 and suggested that mental health be maintained in this subpart.

AR000010

One commenter recommended that funding be used to address shortages in mental health professionals and that the subpart include language allowing the use of multi-tiered systems of supports to address the social and emotional needs of students. One commenter requested that the approaches to addressing these needs be culturally and linguistically responsive. Another commenter recommended a new subpart focused on community engagement and the importance of partnerships to support emotional, physical and mental health, and academic needs.

*Discussion:* We appreciate the commenters' support for this subpart of the priority and agree that addressing students' mental health needs is especially important given the impacts on mental health caused by the pandemic. Addressing mental health needs includes ensuring the appropriate mental health professionals are involved. We also recognize the potentially positive impacts of well-designed, well-executed multi-tiered systems of supports, which we include in Priority 4. Such an approach to addressing mental health needs would be permitted under this subpart, so we do not think additional language is necessary in this subpart of Priority 1. We recognize the importance of addressing students' needs in culturally and linguistically inclusive ways, recognizing and valuing all students' identities, cultures, and potential, and are adding language to address this issue similar to that used in other priorities. Lastly, we agree that community engagement and partnerships can be beneficial to addressing students' social, emotional, mental health, and academic needs. Applicants have the discretion to determine what approach or intervention, including necessary partnerships, will best address the priority and meet the needs of the targeted population. In addition, Priority 6 addresses inter-agency collaboration and could be used in conjunction with this priority.

*Changes:* We have specified in subpart (c) of Priority 1 that project approaches must be inclusive with regard to race, ethnicity, culture, language, and disability status.

*Comments:* Multiple commenters supported subpart (d) of Priority 1. One commenter recommended that this subpart emphasize the recruitment and retention of educators and educator preparation programs. Another commenter recommended that the subpart reference a specific report on

teachers of color and include a focus on educators and staff of color.

*Discussion:* We appreciate support for this subpart. We do not think the suggested additions to subpart (d) are necessary because Priority 3—Supporting a Diverse Educator Workforce and Professional Growth to Strengthen Student Learning—focuses on educator preparation, recruitment, and retention, as well as educator diversity and the needs of diverse educators. Applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population, which may include specific groups of educators most impacted by COVID–19. Lastly, we do not cite specific reports in the text of the priorities and therefore decline to include the suggested references.

*Changes:* None.

*Comments:* Multiple commenters noted their appreciation for subpart (e) of Priority 1 and the Department's recognition that those most impacted by the pandemic often have significant technology needs. Several commenters made recommendations for additional language related to technology for children or students with disabilities to ensure the technology complies with laws, such as the Children's Online Privacy Protection Act (COPPA), and is "accessible," "useable," and "interoperable." One commenter requested that district and school administrators ensure that any future technology schools and districts obtain is accessible for children or students with disabilities. Commenters recommended that English learners also be addressed in this subpart, noting that English learners similarly have unique needs. One commenter recommended that this subpart also ensure that families understand the technology being used. A couple of commenters suggested that the subpart require that the professional development educators receive is "collaborative" and "sustained," and another commenter recommended that coaching be included along with professional development. Another commenter requested changes to the background section of the NPP where the Department discussed its intent that, where technology is referenced in the priorities and definition, the technology be accessible to English learners and to individuals with disabilities in accordance with Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act, as applicable. Lastly, one commenter suggested that the subpart include language regarding the continued use of

remote learning and service delivery, especially in the case of school psychologists.

*Discussion:* We agree with commenters that technology access continues to be a barrier for many students, and we share commenters' concern about accessibility for all students, including children or students with disabilities and English learners. To address this issue, we have added language to this subpart to ensure that technology meets the accessibility needs of children or students with disabilities, and to also clarify that technology must support English learners. We do not think it is necessary to add language regarding future technology purchases by districts and schools because the subpart already requires that technology be accessible. Regarding professional development, we agree that professional development may benefit from being collaborative and sustained; however, the degree to which it need to be collaborative and sustained may depend on the type of technology and the educator's level of comfort and experience. As to maintaining remote learning and service delivery, applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population.

*Changes:* We have revised subpart (e) of Priority 1 to provide that technology-supported learning experiences must be useable and interoperable after in addition to accessible by children or students with disabilities, as well as English learners. We have also provided that related professional development should be sustained and collaborative, as appropriate.

*Comments:* One commenter suggested including universal design for learning in subpart (f) of Priority 1 as an example of an evidence-based intervention.

*Discussion:* We thank the commenter for the suggestion and agree that universal design for learning is an example of an evidence-based intervention. We do not believe that it needs to be specifically mentioned in this subpart for a prospective applicant to propose to use it and note that it is already included in the definitions.

*Changes:* None.

*Comments:* One commenter suggested decoupling personalized learning from extended learning time and technology as both can enhance learning, however, personalized learning is not dependent on extended learning time or technology. The commenter stated that applicants should enable evidence-based interventions, by leveraging technology where appropriate, to support personalized in-person student

learning as well as evidence-based supplemental activities and, where possible, to increase parent and community engagement.

*Discussion:* We want the current language of the subpart to allow for personalized learning and extended learning time and technology, however, would agree that there are also other evidence-based interventions that could be used by potential grantees. We decline to make further changes to the language.

*Changes:* None.

*Comments:* One commenter noted that Priority 1 does not clearly include afterschool and summer learning options, and suggested splitting subpart (f) of Priority 1 into two subparts to highlight the importance of afterschool and summer learning programs. Specifically, the commenter proposed that subpart (f) refer to the use of technology to enable evidence-based interventions to support personalized in-person student learning; and that we create a new subpart (g) focused on evidence-based supplemental activities that extend learning time and increase student engagement and, where possible, parent engagement. The commenter also recommended that the proposed subpart (g) contain examples of activities that extend learning time, such as comprehensive afterschool and summer programs and work with community partners.

*Discussion:* We appreciate the commenter's suggestion and agree that afterschool and summer learning programs are important and should be explicitly mentioned. We have not adopted the commenter's suggestion to split subpart (f) into two subparts but modified the current subpart (f) to include comprehensive afterschool and summer learning and enrichment programs as examples of supplemental activities.

*Changes:* We have added in subpart (f) of Priority 1 comprehensive afterschool and summer learning and enrichment programs as examples of supplemental activities that extend learning time and increase student and parent engagement.

*Comments:* One commenter suggested that the Department consider leveraging technology for strategies beyond traditional curriculum and instruction, to include work-based learning opportunities. The commenter noted that such strategies could expand opportunities for work-based learning and employer engagement, while ensuring equitable access to students of diverse backgrounds.

*Discussion:* The requirement to use evidence-based supplemental activities

do not preclude an applicant from proposing to use innovative strategies for work-based learning. Accordingly, we do not believe that changes are needed to subpart (f) to allow the activities proposed by the commenter. Other priorities reference career and technical education and work-based learning, and could be used in combination with this priority.

*Changes:* None.

*Comments:* One commenter suggested removing "where possible" from subpart (f) of Priority 1. The commenter advised that family engagement should be a top priority and made possible through all means. The commenter asked that we require that parents have access to devices, connectivity, and training in the use of the school's technology.

*Discussion:* We appreciate the comment and agree that family engagement is a top priority. We included "parent engagement" in this priority to signal its importance, however, we realize that there may be limited instances where parental engagement may not be necessary and have included the "where appropriate" in recognition of those instances. Additionally, we will not include the requirement for access to devices as this may create additional burden for school systems who are at a minimum trying to ensure that their students all have access.

*Changes:* None.

*Comments:* One commenter requested that we use subpart (g) of Priority 1 to encourage States and districts to develop strategies related to accelerated learning, but another commenter expressed concerns about a lack of information on the effectiveness of certain accelerated learning approaches, especially for children or students with disabilities, and how retention and special education eligibility are being used in relation to lost instructional time. One commenter suggested that we add language related to professional development for educators to address lost instructional time. Another commenter recommended adding language related to career development and readiness.

*Discussion:* We recognize that there are many different instructional approaches and supports to accelerate learning, and this priority is designed to support a variety of approaches to meet the needs of those most impacted by the pandemic, including children or students with disabilities. We carefully consider when and how to use any of the supplemental priorities, and in instances where we may use this priority and subpart (g), applicants will

have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population. We agree that professional development is an important component in successful use of instructional approaches and supports to accelerate learning and think that support warrants adding language to the subpart. Lastly, given that this subpart is focused on accelerating learning, we do not think it necessary to add language related to career readiness.

*Changes:* We have added professional development, coaching, and ongoing support for educators as examples of approaches and supports under subpart (g) of Priority 1.

*Comments:* Multiple commenters proposed changes to subpart (h) of Priority 1 to expressly allow for a focus on children or students with disabilities, other credit-bearing courses not specifically addressed, and adult learners. A couple of commenters recommended including non-credit-bearing coursework for comprehensive transition programs for children or students with disabilities. Another commenter recommended that dual enrollment and early college programs be referenced in the subpart. Regarding adult learning, one commenter recommended adding a reference to advancing the careers and skills for adults, and another suggested the addition of a reference to adult learning after postsecondary education.

*Discussion:* We appreciate the comments on subpart (h) of Priority 1, as commenters seek to ensure all individuals are reflected in a discussion of postsecondary education or training programs. This priority is focused on supporting all students in earning a recognized postsecondary credential, prioritizing credit-bearing coursework, therefore we decline to include the addition of non-credit bearing coursework. We strongly support and encourage dual enrollment and early college programs and because such programs would be permitted under the subpart, we do not think it is necessary to add a specific reference to these programs. As to adult learners, we recognize the importance of lifelong learners and agree that proposed projects supporting these types of programs or approaches would be permitted under this subpart, and no further revisions are necessary. We are adding express reference to such programs in this subpart to underscore our interest in promoting their use.

*Changes:* None.

AR000012

**Federal Register** / Vol. 86, No. 235 / Friday, December 10, 2021 / Rules and Regulations    **70619**

**Priority 2—Promoting Equity in Student Access to Educational Resources, Opportunities, and Welcoming Environments**

*Comments:* Several commenters expressed their general support for Priority 2 and made additional comments. One commenter specifically noted the commitment to equity and strong education regardless of background expressed through the priority, as well as the importance of equitable access to meaningful summer learning opportunities. Some commenters, while expressing their support, also urged the Department to maintain its focus on student-centered and project-based learning and stated that deeply engaging families is essential to help ensure equitable access to resources. Another commenter appreciated the inclusion of out-of-school-time settings as one of the eight educational settings listed in the priority. Several commenters appreciated the focus on parent engagement. Another commenter supported continuing existing efforts to designate resources for evidence-based, school-wide policies and practices that reduce bullying and harassment of and, discrimination against, all students. Another commenter supported new measures of student discipline to ensure more equity and end the school-to-prison pipeline. An additional commenter noted the value of project-based learning for improving academic outcomes and the importance of teacher development that includes demonstration and rehearsal activities for ensuring equitable participation in classrooms. One commenter requested that the Department increase the frequency of the Civil Rights Data Collection (CRDC) to ensure equity. A commenter agreed that equitable, systemic, and strategic early college credit is essential to driving student success in secondary and postsecondary education and beyond. Multiple commenters expressed support for all subparts of the priority. Several commenters expressed strong support for subpart (b) with specific support for the focus on identifying and remedying inequities in educational opportunities and toward making educational opportunities equal, equitable, and accessible. Another commenter stated that subpart (b) will help to increase equity by ensuring more students have access to well-prepared, effective, and diverse educators. Another commenter expressed support for equity in student access to educational resources. One commenter fully supported the Department's prioritization of

community and family engagement while designing and administering discretionary grant programs. A final commenter expressed support for success in critical and high-need fields to address the systemic practices that have contributed to inequities.

*Discussion:* We appreciate all the commenters' support for Priority 2. We think that, overall, the priority allows flexibility for applicants to propose evidence-based, capacity-building, and systems-level approaches designed to effect long-term change systemically and systematically for Department stakeholders. Although it is beyond the scope of this priority, we also appreciate the commenter's recommendation for enhancing the CRDC and agree that the CRDC is one resource available to identify inequity. Although it is beyond the scope of these priorities, we also recognize that the CRDC includes multiple data points that are currently collected that also capture gaps in educational equity.

*Changes:* None.

*Comments:* Multiple commenters made recommendations related to the use of Priority 2, generally. Two commenters proposed that we use this priority as a competitive preference priority and recommended its use in specific grant programs such as Education Innovation and Research, Full-Service Community Schools, and CSP Developer. Another commenter stated that recipients of discretionary grants should be prioritized by demonstrated need, with another providing suggestions on how projects should be funded. One commenter suggested establishing structures to increase student engagement and voice, including student board members and youth-led town halls. The commenter also suggested partnerships with youth to deliver leadership training. The commenter suggested designing processes to ensure equity in access for marginalized students and lastly, the commenter also suggested individualized curriculum delivery and resources to support the self-actualization of students, as well as training educators to utilize restorative justice practices.

*Discussion:* These priorities, as well as their subparts, are intended to be a menu of options for the Department to use in competitions for discretionary grant programs. The Department may choose which, if any, of the priorities or subparts are appropriate for a particular program competition, as well as the appropriate level of funding and selection criteria. If the Department chooses to use a supplemental priority, it also will decide whether the priority

will be used as an absolute, competitive preference, or invitational priority in the grant competition.

We agree that the commenter's proposed tools, such as student-led engagement and partnerships and professional development, could help address inequities and establish, expand, and improve learning environments. The priority is designed to allow for a wide range of projects to advance educational equity and does not prohibit projects that incorporate these approaches. Therefore, we do not think it is necessary to include these specific examples.

*Changes:* None.

*Comments:* Regarding Priority 2 generally, one commenter cited retention of principals in schools with high rates of poverty, as well as the lower income and less autonomy in decision-making principals may have, as an issue and proposed adding school leaders to some of the subparts to clarify who is included in the meaning of the term "educator." One commenter suggested that we clarify that the priority supports high-quality, non-traditional programs that include both accelerated pre-service training and classroom-based clinical training and support, particularly those programs with a track record of success. The commenter disagreed with using the word "fully" to modify "certified educators"; the commenter argued that effective teachers are best identified by their performance in the classroom, not by their background or experience. Another commenter recommended acknowledging suspension and expulsion starting at the preschool years and the inequities in these practices in the background section of this priority and citing preschool school discipline data within the priority. The commenter noted the harmful implications such practices may have on students' well-being and longer-term school success. Another commenter asked that the priority require any State pre-kindergarten enrollment portals to include Head Start and Early Head Start as options, as well as assist with transportation, mental health, and professional development programs. They also suggested that the priority require States to set and meet enrollment targets by income, family status, dual language status, and other criteria with a strong relationship to kindergarten readiness. One commenter suggested the Department consider the resources needed to enhance community capacity to analyze and use data, including funding professional development and intermediary organizations. Another commenter

suggested the Department facilitate and support peer-to-peer learning models that generate sustainable, integrated work-based learning models for employers and students.

*Discussion:* We appreciate the information provided by the commenter about the challenges of retaining principals in schools with high rates of poverty. The definition of "educator" includes principals and other school leaders, so this priority also allows for projects that support principals.

We recognize and appreciate the commenter's concern regarding the focus on fully certified educators in subpart (b). However, we think that all students, particularly underserved students, should have access to educators who are fully prepared on day one as is common practice in many high-performing nations, and who are not teaching, for example, on an emergency or substitute certification. Requiring teachers to meet State standards for full certification is one means of ensuring that all students have access to qualified educators. We agree that the focus on equity in the classroom should begin at the early learning stages. We specifically identify early learning programs as a setting that the Department may select under the priority. We have designed the priority to give applicants flexibility in promoting educational equity. We believe applicants could propose under the priority, without further revision, projects related to high-quality, non-traditional programs that include pre-service classroom-based clinical training and support; suspension and expulsion inequities in early learning settings; improvements to kindergarten readiness programs, including with respect to equitable access and accessibility generally; building capacity with respect to the analysis and use of data; and peer-to-peer work-based learning models. While we fully support Head Start and all avenues to kindergarten readiness, we are unable to make requirements that are not within the scope of the statutory authority for Department programs and therefore have not added the requested language to this priority. We appreciate the commenter's suggestion on how funds should be used. These priorities are intended as a menu of options for use in our discretionary grant programs. The Department may choose which, if any, of the priorities or subparts are appropriate for a particular program competition, as well as the appropriate level of funding and selection criteria. If the Department chooses to use one of these priorities, it will decide whether the priority will be used as an absolute,

competitive preference, or invitational priority in the grant competition, as well as the appropriate level of funding and selection criteria.

*Changes:* None.

*Comments:* Multiple commenters recommended adding additional educational settings to the list in subpart (a) of Priority 2 that would refer to schools that serve the highest-need students in an effort to support schools enrolling significant populations of students who have previously dropped out or who have a history of trauma, mental health challenges, and severe disengagement; and (2) provide for developing, implementing, and expanding access to programs that provide two-generational support for the whole family, a support that emphasizes education, economic supports, social capital, and health and well-being to create a legacy of economic security that passes from one generation to the next. Additionally, one commenter suggested that we include "home and community" in the list of educational settings in subpart (a). Regarding subpart (a)(6), one commenter recommended a definition for out-of-school-time settings that would explicitly include all kinds of programs that occur during the summer, before and after school, in the evenings, and on weekends; located in school buildings or community settings; managed or operated by schools, community organizations, parks, camps, faith-based organizations and other entities; and serving children and youth in grades K–12. A couple of commenters suggested adding alternative schools and programs and college and career education to the list of educational settings.

*Discussion:* We appreciate the recommendation to expand the list to include additional educational settings to ensure that more support is provided, and we agree that a focus on these settings is appropriate. Support for serving the highest-need students is captured through the priority's express focus on promoting educational equity and adequacy in resources and opportunity for "underserved students," which is defined to include, as appropriate to the competition, several different subgroups of students who have high needs. We agree that home and community are important locations that encourage educational development. As we have included out-of-school-time settings in the list of educational settings under subpart (a)(6), which could include both the locations identified, we do not think it necessary to add additional language. We also do not think a definition for this term is needed, as we do not want

to limit the context in which out-of-school time settings, such as before- and afterschool programs on a school campus or specialty programs that include enrichment activities, may occur. Applicants have discretion to determine out-of-school locations to meet the needs of their intended beneficiaries. We agree that alternative schools and career and technical education centers may be beneficial to add to the identified list of education settings because of the emphasis these settings put on technical skills and employability as well as academic skills that benefit students by ensuring real world applicability. For this reason, we are expanding the list in subpart (a).

*Changes:* We have added alternative schools and programs and career and technical education programs to the list of educational settings in subpart (a).

*Comments:* One commenter urged the Department to add to subpart (b)(1) of Priority 2 an explicit focus on identification of children who are dual language learners. One commenter suggested that we include in subpart (b)(1)(i) a reference to engaging students in human-centered learning experiences. One commenter recommended that we include experiential civics learning so that students can receive exposure to civic engagement outside of the classroom. One commenter agreed with the importance of early college programs in subpart (b)(1)(iii) in preparing students for success and promoting equity. This commenter suggested the use of Federal matching grants to incentivize States to implement early college programs that target first-generation students of color. This commenter also suggested including civics courses that reflect content from social civic engagement.

*Discussion:* We appreciate the comments on this subpart, as the commenters seek to ensure all individuals are reflected in a discussion of equity. Subpart (b)(9), which specifically mentions improving learning environments for multilanguage learners, addresses dual language learners, and we believe that adding additional language to the priority would be redundant. We agree that it is important to engage students thoroughly as well as utilize multiple tools to do so. Human-centered learning is one method that can be used, but it is not applicable in every learning environment or curriculum, nor is it an exhaustive approach to engagement. We believe that while it is not listed specifically within the subpart, an applicant would not be precluded from proposing a project that includes it. We also agree that real-world application in

all content areas is critical, and especially agree that there are benefits to an education that includes civic engagement. However, we do not believe a specific focus on such content is necessary, as applicants could address the preparation for a civic life, and thereby promote the quality of life in their community, in any number of ways; including such language may create an incorrect perception that the priority provides an exhaustive list of approaches.

We appreciate the commenter's acknowledgement of the importance of early college programs and the importance of ensuring that traditionally underserved students have access to higher education. Priority 2 supports projects designed to promote educational equity and adequacy in resources and opportunity for underserved students. ''Underserved students'' is defined to include, as appropriate, students of color and first-generation postsecondary education students. These priorities, and their subparts, are intended to be a menu of options for our discretionary grant programs. Accordingly, Priority 2 already allows the Department to include, as appropriate to a competition, a focus on improving access to early college programs for students of color and students who are the first in their families to attend a postsecondary institution.

*Changes:* None.

*Comments:* One commenter recommended including vocational rehabilitation in final subpart (a)(2)(xii) of Priority 2, along with education and workforce training programs. The commenter asked that we acknowledge in the priorities that a disproportionate percentage of youth in juvenile justice systems have disabilities and that they should receive access to all services to which they are entitled. Another commenter recommended that the Department require schools to consider what policies are needed or what policies should be removed to make it easier for students involved with the criminal justice system to access and succeed in these education or workforce programs. The commenter noted that, in higher education especially, there are still many policies that inhibit students with criminal records from being admitted into postsecondary education and accessing financial aid and housing and that greater educational equity means removing these barriers.

*Discussion:* We appreciate the recommendation to include vocational rehabilitation and agree that there are equity issues for children or students with disabilities in juvenile justice

facilities. We agree with the importance of removing barriers to support equity for students involved with the criminal justice system; however, this priority broadly addresses the educational settings for inclusion of these students as opposed to the specific methods which may vary by program.

*Changes:* Vocational rehabilitation has been added within final subpart (a)(2)(xii).

*Comments:* One commenter recommended that the Department consider how college and career pathways and work-based learning can be included in subpart (b)(1)(i) of Priority 2 as one of several student-centered approaches that develops skills and knowledge students need to succeed and encouraged the Department to support communities of practice, at the State and national levels, focused on innovative models for addressing systemic inequities.

*Discussion:* We appreciate the commenter's recommendation and note that there are several references within this priority and subpart to college and career pathways and work-based learning. For example, proposed subpart (b)(1)(v) (now final subpart (a)(2)(i)(E)) focuses on high-quality career and technical education courses, pathways, and industry-recognized credentials. We also appreciate supporting communities of practice and continually engage with internal and external entities to ensure that inequities are consistently addressed.

*Changes:* None.

*Comments:* One commenter recommended the Department consider how subpart (b) of Priority 2 can promote a broader focus on college and career pathways for all students and better align secondary-to-postsecondary pathways strategies. Another commenter expressed the urgent need for STEM curriculum in underserved communities. One commenter suggested that the Department include strategies such as transitional instruction in subpart (b)(1)(iii) to help reduce the need for developmental education at the postsecondary level. The commenter also suggested promoting the senior year of high school as an opportunity to accelerate student progress toward early college credit or college readiness through transitional instruction by, in part, incentivizing automatic acceleration and placement policies. One commenter suggested we include a focus on educator training in subpart (b)(1)(v) to ensure educators possess the pedagogical skills to serve the needs of all students. The commenter stressed the need for a more diverse educator workforce, especially more diverse

emergency-licensed teachers who possess bilingual skills, and the commenter believed they should be compensated like educators who receive stipends for special skills outside their regular duties.

*Discussion:* We appreciate the commenters' recommendations on subpart (b); subpart (b)(1)(v) was included for the purpose of ensuring a broader focus on college and career pathways. We agree that there is an identified need for STEM instruction in underserved communities; accordingly, in proposed subpart (b)(1)(vi) (now final (a)(2)(i)(F)) we provide for a focus on projects addressing the inequities in access to and success in rigorous and engaging approaches to STEM coursework. In addition, the Department previously funded and continues to fund many projects with a STEM focus. We agree that transitional instruction may help reduce the need for developmental education at the postsecondary level and note that proposed subpart (b)(1)(iii) (now final (a)(2)(i)(C)) has a focus on advanced courses and programs, including dual enrollment and early college programs; as a result, we believe that including additional language is unnecessary. We also agree that there should be a more diverse educator workforce and include that focus in proposed subpart (b)(2), which addresses educators from traditionally underrepresented backgrounds.

*Changes:* None.

*Comments:* One commenter recommended that in proposed subpart (b)(2) of Priority 2, the Department focus on non-novice educators, which are educators not in their first or second year of teaching, rather than inexperienced educators more broadly, and proposed additional language to ensure that schools serving underserved students do not have disproportionately high numbers of uncertified, out-of-field, and novice teachers. One commenter proposed clarifying that teachers must be fully certified, consistent with State law, in proposed subparts (b)(2) and (b)(4) to highlight that alternate pathways to certification may be offered under State law and often allow educators from underrepresented demographics to gain certification. The commenter articulated that this change would support fair and equitable treatment under Department competitions for schools subject to different requirements.

*Discussion:* We agree that there is a need to ensure that there is an equitable distribution of experienced educators and are adding the language suggested by the commenter to clarify the focus of

this subpart. We recognize that there are different State requirements for certification and different pathways into the profession. The requirements for certification are determined by the State, and, therefore, in each place where we refer to certification, we are referring to certification under State law regardless of pathway into the profession.

*Changes:* We have added language to proposed subpart (b)(2) to clarify that a project's objective under this subpart should be to ensure that underserved students are not taught at disproportionately higher rates by uncertified, out-of-field, and new teachers compared to their peers.

*Comments:* One commenter recommended revising proposed subpart (b)(4) of Priority 2 to emphasize the need to support and retain teachers in the field of special education given the recent declines in teachers entering and staying within this field.

*Discussion:* We agree that it is important to promote educational equity and adequacy in resources and opportunity in special education. Children or students with disabilities are an identified subgroup under the definition of "underserved student." Furthermore, subparts (b)(3) and (b)(4) reference high-need fields, which may include special education educators. Accordingly, projects to promote equity in special education would be permitted under these subparts.

*Changes:* None.

*Comments:* One commenter recommended adding the following specific programs to subpart (b)(5): Gender Spectrum's Gender-Inclusive Environment Training and Programming; National Association of School Psychologists' School Building Transgender and Gender Diverse Readiness Assessment; and the Family Acceptance Project's Training, Consultation and Program Development. Another commenter recommended that we include three specific programs in subpart (b)(5): Gay-Straight Alliance Clubs and Gender and Sexuality Alliances, LGBTQ-Specific Anti-Bullying Campaigns and Policies, and LGBTQ-Inclusive Sexual Education, citing the equity issues for lesbian, gay, bisexual, transgender, or queer (LGBTQ) students. Multiple commenters suggested adding "ability" as a category for pedagogical practices in subpart (b)(5) to ensure inclusion from the ability perspective. One commenter suggested modifying subpart (b)(5) to include projects that promote effective behavioral strategies and policies that create supportive school climates in the early learning years; partnering with

parents; and providing supports for educators such as mental health consultants and training and technical assistance that help in addressing implicit bias.

*Discussion:* We appreciate the commenters' identification of specific programs and agree that the work of each could be relevant to Priority 2; however, we do not endorse specific programs within our priorities and do not believe they need to be added because applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population. More generally, we also agree that there are equity issues for lesbian, gay, bisexual, transgender, queer, or intersex (LGBTQI+) students and note that this priority subpart supports projects designed to promote educational equity and adequacy in resources and opportunity for underserved students. In the definition of "underserved students," LGBTQI+ students are already an identified subgroup.

We agree that inclusive pedagogy should also include children or students with disabilities and are adding "disability status" to the list of included pedagogy. We also appreciate the commenter's suggestion for modification of this subpart to include projects that promote effective behavioral strategies and parent engagement and providing supports for educators such as mental health consultants and training and technical assistance, and believe that these projects, are covered elsewhere in the priorities, such as in Priority 1.

*Changes:* We are including "disability status," in subpart (b)(5).

*Comments:* Two commenters suggested adding language to proposed subpart (b)(6) to specifically increase "independence" and "promote self-determination" in the use of technology to increase student engagement. Another commenter suggested separating proposed subpart (b)(6) into two subparts to emphasize the role out-of-school-time programs can play in supporting student engagement and equity. One commenter recommended adding parent advocacy and parent navigator roles in proposed subpart (b)(6). Another commenter recommended adding work-based learning to proposed subpart (b)(6) so that virtual work-based learning is an option, thereby helping States address the transportation barrier that impacts work-based learning. One commenter expressed support for the inclusion of proposed subpart (b)(6) and encouraged the Department to promote strategic

partnerships that foster innovation and allow schools to experiment with different learning models that leverage technology.

*Discussion:* We appreciate the comments. We believe that a focus on student independence and self-determination in the use of technology is permitted under the priority as written. Because the priority itself includes a focus on out-of-school time as an educational setting, and technology is highlighted in the priority as well, we believe there is already sufficient emphasis in proposed subpart (b)(6) (now final subpart (a)(2)(vi)) on the use of technology in out-of-school time activities. Further, we recognize the importance of parental involvement and believe that parent engagement under final subpart (a)(2)(vi) could include parent advocacy and navigation with the existing language.

We also agree that virtual work-based learning could help address barriers to work-based learning. We believe that projects that promote such learning could already be included within the existing language of student learning or supplemental activities, and thus it is not necessary to include as a standalone focus. Finally, we agree that partnerships provide opportunities to leverage resources to increase a project's effectiveness or its ability to reach more students and that such partnerships would be permitted without changes to the subpart.

*Changes:* None.

*Comments:* One commenter suggested we revise proposed subpart (b)(7) to focus on how funds are targeted and specifically require funding levels to align with students' diverse needs and account for districts' differential access to local revenue given differences in local wealth and income levels.

*Discussion:* We appreciate the comment. We are clarifying in the subpart (now final subpart (a)(2)(vii)) that approaches to equitable school funding should focus on equitably meeting student needs and the district's capacity to fund K–12 schools.

*Changes:* We have added language to now final subpart (a)(2)(vii) indicating that approaches to equitable school funding should align funding levels to students' needs and account for districts' differential access to local revenue.

*Comments:* One commenter urged the Department to clarify in proposed subpart (b)(8) that access to high-quality early learning should be expanded for underserved populations through programs that are racially, ethnically, culturally, and linguistically responsive programs.

AR000016

*Discussion:* We agree with the commenter that projects to expand early learning programs should be racially, ethnically, culturally, and linguistically responsive.

*Changes:* We have clarified in now final subpart (a)(2)(viii) that programs should be inclusive with regard to race, ethnicity, culture, language, and disability status.

*Comments:* One commenter recommended that in proposed subpart (b)(9) of Priority 2, instead of ''multilanguage,'' we use the term ''multilingual,'' which is used in the field.

*Discussion:* We share the commenters' interest in using language consistent with that used by the field.

*Changes:* We have replaced ''multilanguage'' with ''multilingual.''

*Comments:* One commenter suggested we also promote engagement of families under proposed subpart (b)(10) of Priority 2, noting that family engagement opportunities may not be accessible or relevant to those families facing the greatest barriers because they are developed without input from them. Additionally, this commenter suggested adding language specific to ''parent leadership initiatives'' to provide parents with the opportunities and tools they need to be advocates and impact change on education issues. Another commenter suggested modifying this subpart to include staff and families.

*Discussion:* We appreciate that there is a need for parents and families to be engaged in decision making and leadership and while we believe that they may be included among ''underserved community members,'' we agree that specifically including them would provide clarity. We have not added staff, as the appropriate staff are referenced in the prior subparts that refer to educators, which is a defined term that includes a range of school staff.

*Changes:* We have added a reference to ''parents and families'' in now final subpart (a)(2)(x).

*Comments:* One commenter recommended adding a reference to special education to proposed subpart (b)(11) of Priority 2, in recognition that a disproportionate percentage of youth in juvenile justice systems have disabilities and that they should receive access to all services to which they are entitled. Also, regarding subpart (b)(11), one commenter recommended the Department consider that non-credit programs can serve as a segue to college and career pathways for individuals exiting the justice system.

*Discussion:* We appreciate the recommendation to specifically focus on students with disabilities in the juvenile justice system. We do not think this revision is needed due to the inclusion of juvenile justice settings as a targeted educational setting in proposed subpart (a) and the inclusion of students impacted by the justice system and students with disabilities in the definition of underserved students, from which the Department can select one or more of the student subgroups identified. Additionally, regarding non-credit programs, we considered this approach but have instead focused on supporting all students in earning a recognized postsecondary credential, and therefore prioritize credit-bearing coursework. As a result, we decline to include this language.

*Changes:* None.

*Comments:* A commenter requested that, in proposed subpart (b)(13)(ii) of Priority 2, we address within-school diversity and inclusion, such as efforts to end racialized tracking. Another commenter suggested that proposed subpart (b)(13)(ii)(A) require that the ongoing, robust family and community involvement include a diverse group of stakeholders. Another commenter wanted to create a separate priority with a focus of engaging family and community members in their child's education. One commenter urged the Department to add ''ethnic'' diversity along with ''racial'' and ''socioeconomic'' to subpart (b)(13)(iv) and another commenter recommended adding ''ability'' to the same subpart. One commenter suggested putting special emphasis on the cross-agency collaboration listed in proposed subpart (b)(13)(ii)(C), specifically with the U.S. Department of Housing and Urban Development (HUD). One commenter recommended in proposed subpart (b)(13)(ii)(E) adding ''or referring to charter schools in addition to magnet schools, citing research on the level of diversity in charter schools and the opportunity for charter schools to enroll students across geographic boundaries.''

*Discussion:* With respect to the request that we expressly promote within-school diversity and inclusion, we think that now final subpart (a)(2)(xiii)(B)(4) of Priority 2 addresses this through language related to an existing public diversity plan or diversity needs assessment. We agree that ethnic diversity and diversity of disability status are important and should be included in proposed subpart (b)(13)(iv), along with racial and socioeconomic diversity. We are modifying proposed subpart (b)(13)(iv) to include approaches that are inclusive with regard to race, ethnicity, culture, language, and disability status.

Regarding partnering specifically with HUD, we broadly address cross-agency partnerships in Priority 6 and therefore do not need to include that within this priority. With respect to charter schools, magnets were used as an exemplar and would not preclude an applicant being able to propose a project that addresses the same goals using charter schools.

*Changes:* We have added language that is inclusive with regard to race, ethnicity, culture, language, and disability status in now final subpart (a)(2)(xiii)(D).

*Comments:* A few commenters requested that the Department add a subpart (b)(14) to proposed Priority 2, to specifically improve the quality of education programs in Puerto Rico, to further the goal of promoting equity in access to educational resources and opportunities. One commenter recommended the addition of a subpart to prioritize the involvement of proximate voices in all levels of decision making to identify community needs.

*Discussion:* We appreciate the commenters' desire to include language specific to Puerto Rico, and we agree that furthering the promotion of equity is important. We do not believe it is appropriate to target any particular State or territory as funding from the Department's discretionary grant programs may generally be used within any of the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, Outlying Areas, and the Tribal nations, and eligible applicants under our discretionary grant programs are generally established under a program's statutory authority and, if applicable, regulations. Regarding the request to add a subpart prioritizing proximate involvement to help identify community needs, in proposed subpart (a)(2), we specifically ask for projects designed to examine inequities and increase the number and proportion of educators from traditionally underrepresented backgrounds or the communities they serve with the intention of including more of those voices.

*Changes:* None.

**Priority 3—Supporting a Diverse Educator Workforce and Professional Growth To Strengthen Student Learning**

*Comments:* Several commenters expressed their support for Priority 3 and stated that the priority focused on the full pipeline of educator preparation and growth, as well as promoting a diverse educator workforce. Regarding educator preparation, they supported the preparation of certified teachers.

Multiple commenters supported the focus on a diverse educator workforce, especially programs that include comprehensive supports, build an educator workforce from the community, include pipelines for developing educators, align with existing efforts to recruit and support educators, and support student learning. Multiple commenters reiterated the importance of professional development for both new and experienced educators that is job-embedded; culturally responsive; focused on student social, emotional, and academic needs; integrates technology; and includes a focus on students' families and the needs of the community. One commenter favorably noted that some of the areas of professional development outlined in the priority overlap with the work after-school educators do. Lastly, commenters supported the inclusion of universal design for learning. One commenter, though, suggested that we revise subpart (c) to include "accessibility" and "accommodations" in addition to universal design for learning, citing research related to working with children or students with disabilities during educator preparation.

*Discussion:* We appreciate the commenters' support for the priority and agree on the importance of evidence-based educator preparation programs; credentials, especially in shortage areas; a diverse educator workforce; and professional growth. We do not think it is necessary to add "accessibility" and "accommodations" to subpart (c), as educators can be prepared in these areas in the educator preparation programs, and we think universal design for learning also can incorporate accessibility and accommodations without specifically adding language to the priority.

*Changes:* None.

*Comments:* One commenter proposed splitting the priority into two priorities, with the first priority focused on educator preparation and the second priority focused on professional growth and student learning.

*Discussion:* We recognize that in previous iterations of the Secretary's Supplemental Priorities, the various pieces of the educator pipeline have been addressed in separate priorities. However, as we stated in the background to the NPP, "rather than a priority that is focused solely on educator professional development, the proposed priority addresses the needs of all educators, all aspects of the educator pipeline, and the diversity of and equitable access to those educators. This approach to the priorities provides a vision for systems-level approaches that

build capacity for long-term change." As such, we are retaining Priority 3 as one comprehensive priority.

*Changes:* None.

*Comments:* A few commenters expressed the importance of prioritizing HBCUs, TCUs, and MSIs in preparing educators and recommended the Department prioritize these institutions so that they have the necessary resources for their educator preparation programs.

*Discussion:* We agree that it is important that institutions, especially institutions that prepare a diverse set of educators, have the resources needed for those programs. We think that a focus on these institutions and their resources can be done through Priority 2 in combination with Priority 3.

*Changes:* None.

*Comments:* A few commenters proposed that Priority 3 include a recognition of the economic challenges early learning educators face, from loan forgiveness to compensation and benefits. One commenter also noted the inconsistent State requirements for early learning educators, the lack of professional development, and their mental health needs. Another commenter highlighted the shortages of early learning educators.

*Discussion:* We agree that there are economic challenges faced by early learning educators and recognize the important role early learning educators play in supporting the development of children. While early learning preparation standards are established at the State and local levels, we agree that early learning educators are an integral part of a diverse educator workforce and recognize the value of professional growth to strengthen student learning; however, we do not think any changes to the priority are necessary as we believe the priority is already inclusive of early learning educators.

*Changes:* None.

*Comments:* A couple of commenters recommended adding a new subpart to the priority specifically for school leaders to address school climate.

*Discussion:* We recognize the importance school leaders play in helping to establish school climate. Proposed subpart (b)(1)(vii)(5) of Priority 2 (now final Priority 2 subpart [(a)(2)(v)]) specifically addresses school climate and supportive, positive, and identity-safe education or work-based settings. Therefore, given there is a priority and subpart that specifically address school climate, and the fact that school leaders are included in the definition of "educator" and therefore all references to educators in Priority 3,

we do not think a new subpart is necessary.

*Changes:* None.

*Comments:* One commenter requested that we ensure that diverse educators prepared under Priority 3 are not segregated, stating that all students benefit from diverse educators. Further, the commenter recommended that in discussing diverse educators, we include language diversity. Another commenter recommended that diversity also include LGBTQI+ educators and alternative credentialing programs to prepare more LGBTQI+ educators.

*Discussion:* We agree that all students, not just students of color, benefit from having access to diverse educators. We do not think that the priority would result in isolating particular groups of educators; rather, it is intended to diversify the educator workforce more broadly. Additionally, we agree that a diverse educator workforce includes educators with diverse language backgrounds and LGBTQI+ educators, but we do not believe that any additional language in the priority is necessary, nor that including language for alternative credentialing programs for specific groups of educators is needed.

*Changes:* None.

*Comments:* One commenter proposed that we add a new subpart in Priority 3 under which grantees would collect, track, and report data on educator diversity and, after examining the data, address disparities in graduation rates, passage rates for certification and licensure exams, successful employment, retention, and more.

*Discussion:* We agree that an important aspect of the effort to promote diverse educators is understanding and addressing the issues that limit diverse educators from succeeding. As such, we propose adding a new subpart to the priority.

*Changes:* We added a new final subpart (c) focused on examining and addressing issues related to the success of diverse educators and reordered the remaining subparts of the priority.

*Comments:* Multiple commenters had recommendations related to the professional development pieces of the priority, specifically proposed subpart (g)(1). The commenter requested adding "evidence-based" in addition to "high-quality" and "job embedded" to describe professional development. Another commenter suggested that the priority emphasize professional development for educators to support children with disabilities and mental health needs. A third commenter suggested that the Department add subparts focused on professional

development for "students' breadth of skills" and "whole learner approaches."

*Discussion:* We appreciate commenters' recommendations to focus the professional development pieces of this priority and recognize the importance of utilizing the existing evidence base to support the professional development. We can apply an appropriate evidence level established in 34 CFR 75.226, and we think that approach is preferable to adding "evidence-based" as suggested by the commenter in the specified subparts because it will allow the Department to tailor the evidence required to individual programs, as appropriate. We also support professional development designed to address the needs of children with disabilities and students' mental health needs in final subpart (h)(1)(iv) and in Priority 1 (c), and the necessary skills all students need to engage in learning. We think all these aspects of professional development can be covered under the priority as written.

*Changes:* None.

*Comments:* A couple of commenters proposed changes to Priority 3 related to educator working conditions, suggesting that it include teacher leadership and a more active role for teachers in decision making in schools and strong inclusion of teacher voice in policies such as student discipline procedures and demands on teachers' time. In addition, one commenter recommended that the priority support projects designed to assess the reasons for teacher turnover so that those issues can be addressed. Another commenter suggested that the priority focus on teacher salaries and alignment of those salaries with the cost of living.

*Discussion:* We agree that working conditions have a significant impact on the educator workforce. This priority focuses on educators, which includes teachers, and this may include teachers' involvement in school decision making. The priority is also aimed at retaining a diverse educator workforce and addressing turnover will be central to retention. Lastly, proposed subpart (f) (now final subpart (g)) of the priority is specifically about hiring, supporting, and retaining educators, including developing compensation systems. As a result, we believe the priority as written already addresses the suggestions from commenters.

*Changes:* None.

*Comments:* One commenter suggested an additional subpart to the priority to incorporate more student engagement in providing feedback on educators and their involvement in assessments, utilizing incentives for performance

pay, and mandating specific trainings, such as conflict resolution.

*Discussion:* We appreciate the commenter raising the importance of student engagement and agree on ensuring student voices are heard. Although we appreciate the commenter's recommendations for how this priority could be expanded, we want to clarify that the priority could allow for projects like those described by the commenter so long as the projects are designed to diversify the educator workforce and support professional growth for educators. Applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population.

*Changes:* None.

*Comments:* Multiple commenters provided recommendations related to educator preparation programs and credentialing. Specifically, they recommended we consider highlighting "grow your own" programs that develop educators from the community, dual enrollment programs, and how college and career pathway programs think through supports for students. One commenter suggested adding the subparts under proposed (g)(1) of Priority 3 to subpart (a), arguing that it is important for newly prepared educators to be prepared in these same areas previously listed. Regarding credentialing, a few commenters suggested the Department include "dual certification," and another commenter requested that the Department include a focus on two specific shortage areas: Dual credit educators and career and technical education educators. Another commenter recommended that subpart (b) include additional language to incentivize the recruitment and retention of certified educators in high-need schools.

*Discussion:* We agree with the importance of recruiting from the community for future educators as well as other programs that allow educators to balance college and career as they proceed through the preparation program. The priority as written supports these efforts. Applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population. Likewise, there is nothing that precludes educator preparation programs from incorporating the areas discussed in the professional development section of the priority in these educator preparation programs. Regarding the request to identify specific credentialing programs in the priority, we do not think it is necessary to list specific credentials

beyond the shortage area language of the priority, as States and districts make determinations, based on local needs, of their shortage areas; however, we do agree that it is important to draw attention to dual certification as it may be used to help address shortage areas. In reviewing the priorities and the usage of "shortage areas" in relation to credentials, we noticed a discrepancy in usage; instead of "shortage areas," Priority 2 refers to "high-need fields." To be consistent, we will use "shortage areas" in both priorities. Regarding the comment on high-need schools, we do not think it is necessary to add language regarding educator placement in high-need schools, as proposed subpart (f) (now final subpart (g)) of Priority 3 focuses on building and expanding the educator workforce in districts with high rates of poverty.

*Changes:* In Priority 3 we are adding "or dual certification" after "certification" to subpart (b) of the priority. In Priority 2, subparts (b)(3) and (b)(4), we are changing "high-need fields" to "shortage areas."

*Comments:* Multiple commenters offered recommendations related to financial incentives, supports, and compensation for educators. One commenter requested that we add a focus on expanding, in addition to implementing, loan-forgiveness programs under subpart (f). Another commenter recommended supports for educators related to licensure fees. A third commenter suggested that the priority address the cost of assessment fees for educators who commit to teach in a school district as well as licensure endorsements in leadership, coaching, and mentoring. Another commenter recommended that the term "compensation" include comprehensive benefits packages. Finally, one commenter, while recognizing that the priority focuses on underserved students, recommended we add in proposed subpart (e) (now final subpart (f)) a focus on financial incentives in high-need schools.

*Discussion:* We appreciate commenters' recognition of the importance that financial incentives and compensation play in attracting and retaining educators. We agree that, along with implementing loan-forgiveness programs, Priority 3 should promote expanding loan-forgiveness programs. We do not agree, though, that subpart (e) should be limited to high-need schools, as diverse educators in all schools could benefit from loan-forgiveness and other programs based on their meeting service obligation requirements. We are aware of the costs associated with licensure and assessment fees and believe

comprehensive compensation can include coverage of these fees. In addition, proposed subpart (f)(2) (now final subpart (g)(2)), related to compensation systems, allows for inclusion of licensure endorsements and benefits packages and those applicants have the discretion to determine what compensation approach will best address the priority and meet the needs of the targeted population.

*Changes:* We have added a reference to expanding loan forgiveness programs to final subpart (f) of the priority.

*Comments:* Multiple commenters had recommendations for proposed subpart (f) (now final subpart (g)) of Priority 3. Commenters recommended adding charter schools in addition to high-poverty districts in proposed subpart (f), stating that with the hiring autonomy charter schools often have, charter schools that are a part of a local educational agency could be disadvantaged by not specifically being identified in the priority. One commenter also requested that we address, in proposed subpart (f), educator wellness and social and emotional health. Another commenter suggested a new subpart on educator involvement in change initiatives, to help support educator retention through educator engagement.

*Discussion:* We appreciate the commenters' recognition that the autonomies granted to charter schools include hiring processes and decisions; however, we do not agree that not specifically identifying charter schools would favor any other applicant over charter school within this subpart. As to adding an additional subpart on educator wellness and their social and emotional health, these issues are covered under Priority 1 and do not require a new subpart under Priority 3. We agree that focusing on educator retention through their involvement in change initiatives is important and aligns with the intent of the priority as it is a way to help support and ensure educator engagement and, in turn, improve retention.

*Change:* We have added a new final subpart (g)(4) on educator involvement in change initiatives which states increasing educator retention by providing opportunities for educators to be involved in the design and implementation of local and district wide initiatives that advance systemic changes.

*Comments:* A few commenters made recommendations about proposed subpart (f)(3) of Priority 3 related to data systems, with one commenter supporting the subpart and encouraging an emphasis on how well-designed data

systems inform student learning and working conditions. Another commenter requested the addition of a subpart focused on data sharing to inform curriculum for early learning education.

*Discussion:* We agree that using data to inform teaching, learning, and working conditions is important for schools and districts; however, we do not think it is necessary to add a subpart that is focused on data systems for human capital management. Applicants can consider how best to use data to inform applications in response to all the priorities, including priorities focused on COVID–19 and equity, as well as how best to share the data. This would not need to be explicitly included within the priority to allow for multiple methods to be used.

*Change:* None.

*Comments:* A few commenters supported proposed subpart (g)(1)(i) of Priority 3 and recommended that the subpart emphasize digital citizenship skills and competencies as well as student mastery of knowledge.

*Discussion:* We appreciate the support for this subpart and agree that an emphasis on instruction that is engaging, utilizes technology, and develops critical thinking skills is important. While digital citizenship skills and mastery of knowledge are important, this subpart is focused on the instructional component of learning, and we do not think it is necessary to add anything additional to the priority.

*Changes:* None.

*Comments:* Multiple commenters supported the list of key transitional stages in proposed subpart (g)(1)(ii) (now final subpart (h)(1)(ii)), with one commenter emphasizing the importance of the transition to work and ensuring that those transitioning to work have the necessary understanding of performance expectations in the workplace. Another commenter recommended adding early learning to the list, noting the importance of the transition from early learning to elementary schools, especially for English learners and children with disabilities.

*Discussion:* We agree that the successful transition to work requires that students and their families are equipped with the knowledge necessary for this transition, including an understanding of accountability systems. We think this knowledge of how we focus on accountability is embedded in this transition period and does not need to be specifically addressed. We also recognize that the transition from early learning to elementary school is critical, especially for some populations of students, but

since the priority is written to support transitioning into the setting included in the list, the transition from early learning to elementary school is covered under elementary school in what is now subpart (h)(1)(ii)(A).

*Changes:* Added "early learning" to what is now subpart (h)(1)(ii)(A).

*Comments:* One commenter suggested that proposed subpart (g)(1)(iii) of Priority 3 be expanded to include professional development for English learner specialists and general education educators with the intent of ensuring all educators are prepared to meet the needs of English learners.

*Discussion:* We agree that all educators should be prepared to meet the needs of English learners; however, given that subpart (h)(1) is focused on professional development, we do not think additional language is needed under (h)(1)(iii)]. The language of what is now (h)(1)(iii), which is unchanged from the proposed language in (g)(1)(iii), addresses professional development to meet the needs of English Learners; because it is worded broadly enough to encompass both specialists and general education teachers, additional language is not needed.

*Changes:* None.

*Comments:* Multiple commenters supported proposed subpart (g)(1)(iv) (now final subpart (h)(1)(iv)) of Priority 3 that specifically addresses meeting the needs of children or students with disabilities. In their support of the priority, one commenter recommended ensuring that new educators are made aware of the specific supports and processes in a district so that the educator is better prepared to serve children or students with disabilities. The commenter also recommended that, in meeting the needs of children or students with disabilities, educators should understand disabilities so that issues related to them are not misunderstood and treated as disciplinary issues. One commenter recommended adding language to include universal design for learning and evidence-based practices to the subpart. Another commenter recommended using the term "most significant cognitive disabilities" to align with the ESEA.

*Discussion:* We agree on the importance of meeting the needs of children or students with disabilities and agree on the importance of utilizing universal design for learning and evidence-based practices. Priority 3 includes universal design for learning in subparts (d) and (e), and Priority 2(a)(2)(i)(A) also incorporates it. We can apply an appropriate evidence level established in 34 CFR 75.226, and we

think that approach is preferable to adding "evidence-based" as suggested by the commenter in the specified subparts because it will allow the Department to tailor the evidence required to individual programs, as appropriate. We support the commenter's recommendations that educators be made aware of district supports and processes and that educator preparation include better understanding of disabilities to prevent unnecessary discipline. The proposed priority supports these efforts. Applicants have the discretion to determine what approach or intervention will best address the priority and meet the needs of the targeted population. Lastly, we agree that there should be alignment, where possible, with appropriate statutes and therefore agree that the priority should refer to "students with the most significant cognitive disabilities."

*Changes:* We have added "cognitive" after "most significant" in final subpart (h)(1)(iv) of Priority 3.

*Comments:* Under proposed subpart (g)(1)(v) (now final subpart (h)(1)(v)) of Priority 3, one commenter requested adding "ability" to the list of inclusive pedagogy to ensure that pedagogy also focuses on the needs of children or students with disabilities.

*Discussion:* We agree that inclusive pedagogy should include children or students with disabilities. To be consistent with other Department regulations with similar language, we are adding "disability status" to the list of inclusive pedagogy.

*Changes:* We have added "disability status," to subpart (h)(1)(v).

*Comments:* One commenter recommended adding "underserved students" to the end of proposed subpart (g)(1)(viii) (now final subpart (h)(1)(viii)) of Priority 3 to focus the work in these specific classroom environments on this specific population.

*Discussion:* We agree that an emphasis on underserved students is important. Given the priority itself has a focus on underserved students, we do not think it is necessary to add underserved students to this subpart, as well.

*Changes:* None.

*Comments:* A couple of commenters had recommendations specific to assessments under proposed subpart (g)(2) (now final subpart (h)(2)) of Priority 3, including ensuring that assessments are not just one "high-stakes" assessment and that assessments used to gauge work readiness have a broader focus than just career and technical education, including being

performance-based, and align with State and industry standards.

*Discussion:* We appreciate commenters' recognition that assessments should not just focus on end-of-year or other high-stakes assessments and that assessments should also more broadly look at the needs of all students. The proposed priority is not focused on high-stakes assessments alone. As to work readiness, while the subpart refers to career and technical education, these assessments, which are designed to measure student learning, can include other standards, such as State or industry standards. Applicants have the discretion to determine what assessments will best address the priority and meet the needs of the targeted population.

*Changes:* None.

**Priority 4—Meeting Student Social, Emotional, and Academic Needs**

*Comments:* Many commenters expressed support for Priority 4, stating that social and emotional learning is important to overall well-being. Several commenters strongly supported the priority and expressed agreement with the focus on trauma-informed pedagogy.

*Discussion:* We appreciate the support for this priority and agree with the commenters that meeting social and emotional needs is central to supporting students' overall well-being.

*Changes:* None.

*Comments:* Several commenters commended the inclusion of experts and the systemic implementation of evidence-based practices in social and emotional learning. One commenter recommended the addition of the term "evidence-based" to subparts (b)(2), (b)(5), and (h). Another commenter urged the Department to review proposals that include a social and emotional learning component to build on the robust evidence base in the field of social and emotional learning and ensure that the evidence base is high quality. One commenter recommended that the Department focus on implementation of evidence-based practices in addition to the evidence supporting why a practice is effective and noted the need for access to technical assistance around implementation.

*Discussion:* We agree with the commenters on the importance of building and using evidence in this area. In addition to the use of these priorities, we can apply an appropriate evidence level established in 34 CFR 75.226, and we think that approach is preferable to adding "evidence-based" as suggested by the commenter in the

specified subparts because it will allow the Department to tailor the evidence required to individual programs, as appropriate. We agree that the efforts to support implementation of evidence-based practices are critical.

*Changes:* None.

*Comments:* Several commenters made suggestions for use of Priority 4 in the Department's competitive grant programs. One commenter expressed support for this priority and encouraged the Department to maintain the focus on improving students' social, emotional, academic, and career development, including through nutritional, mental health, school climate, and other supports. One commenter expressed support for the inclusion of this priority and encouraged the Department to work with the education community to include this priority into Federal programs. Another commenter supported the priority and argued that including this as a competitive preference priority in future grant competitions could help colleges expand these types of programs. Another commenter expressed support for the priority and urged flexibility within ESEA Title II and Title IV formula grant programs to support professional development to address social and emotional learning and evidence-based trauma informed practices. In addition, the commenter urged the Department to provide programmatic and financial resources to help States and districts implement and educate families and communities on trauma-informed and culturally relevant practices.

*Discussion:* We appreciate the input of these commenters. These priorities are intended to be a menu of options for the Department to use in our discretionary grant programs. As noted earlier, the Department may choose which, if any, of the priorities or subparts are appropriate for a particular program competition, as well as the selection criteria. If the Department chooses to use a supplemental priority, it will decide whether the priority will be used as an absolute, competitive preference, or invitational priority in the grant competitions. As these priorities capture policy areas of general importance for the Department, there are also related efforts to provide technical assistance and guidance related to formula grant programs.

*Changes:* None.

*Comments:* One commenter supported the emphasis on social and emotional needs and engagement recommended in Priority 4 and recommended incorporating these aspects of education into K–12 school

accountability frameworks. Another commenter recommended revising subpart (a) to include parents.

*Discussion:* We appreciate the commenters' points on aligning with school accountability frameworks and involving parents. Adding references to school accountability could focus the priority on K–12 education as school accountability is part of ESEA Title I, and these priorities are for all discretionary grants including those focused on postsecondary education. Family involvement is included in several subparts throughout the priority where we think their involvement is most applicable. As such, we decline to make these changes to keep the priority flexible.

*Changes:* None.

*Comments:* Several commenters articulated the connection between social and emotional well-being and academics, with some commenters stating that these skills are too often taught separately. One commenter highlighted that evidence supports that more explicitly pair social and emotional learning efforts with academic support can contribute to academic growth. Another commenter suggested specific additions to tie the connection between academics and social and emotional learning into a larger asset-based approach.

*Discussion:* We appreciate the commenters' arguments in favor of making the connection between social and emotional learning and academic support clear. We think that is best accomplished through the priority as written to enable the priority to be considered in a wider breadth of programs.

*Changes:* None.

*Comments:* Several commenters expressed support for the inclusion of partnerships in the priority. One commenter encouraged the Department to foster partnerships between educational institutions and mental health professionals, and another commenter noted the strong focus on community partners and trusting relationships. Another commenter noted that, in immigrant communities, there can be a level of fear and distrust of government agencies. Another commenter recommended that school-community partnerships supplement existing services and involve collaboration between community providers and existing school personnel (*e.g.,* school psychologists, counselors, social workers).

*Discussion:* We appreciate the support from these commenters and agree that partnerships are important to include in this priority. Building trust with

communities is essential to having the partnerships achieve their intended outcomes. We agree that collaboration with existing school personnel is important and, to address each of the potential collaborators identified, are adding a definition for "educator" that includes the personnel identified by the commenter.

*Changes:* We are adding a definition of "educator" that includes the personnel identified by the commenter.

*Comments:* A secommenter proposed adding language to subpart (b)(3) of Priority 4 that would include the diversity of stakeholders in engagement efforts to allow for meaningful representation in decision-making.

*Discussion:* We appreciate and agree with the commenter's point that engagement efforts should include individuals from diverse backgrounds who are representative of the community.

*Changes:* We are rephrasing subpart (b)(3) so that it reads, "Engaging students (including underserved students), educators, families, and community partners from diverse backgrounds and representative of the community as partners in school climate review and improvement efforts."

*Comments:* Some commenters recommended revising subpart (b)(4) of Priority 4 to refer to applicants involving educators in decision-making, including in such areas as establishing school discipline procedures. One commenter recommended incentivizing the elimination of zero tolerance and exclusionary disciplinary practices while also prioritizing the development and implementation of culturally informed discipline policies. One commenter asked to add to Priority 4 a reference to specialized training for educators and administrators on school discipline, restorative practice, trauma-informed environments, and implicit bias. Another commenter recommended addressing in subpart (b)(4) how positive parent and family interaction with the schools can be helpful in addressing negative discipline styles. One commenter recommended applying this priority to the competitions within the CSP.

*Discussion:* We agree that educators should be involved in establishing disciplinary practices and that related training is important. We believe that it is important to advance culturally informed discipline practices as noted in the priority, which we expect would incentivize the reduction or elimination of zero tolerance policies and exclusionary practices. In response to the comment related to using this

priority in the CSP program, if the Department chooses to use a supplemental priority, it also will decide whether the priority will be used as an absolute, competitive preference, or invitational priority in a grant competition. We also agree that positive parent and family interaction is valuable and believe that this is also addressed within Priority 1 and Priority 2.

*Changes:* We are revising subpart (b)(4) of Priority 4, by involving educators, students, and families, in decision-making about discipline procedures and providing training and resources to support educators.

*Comments:* Several commenters supported the focus of subpart (b)(4) of Priority 4 on the disproportionate use of discipline towards students with disabilities, especially students of color with disabilities, and concerns that such students should not lose instructional time. One commenter emphasized the need to move away from discriminatory discipline policies toward evidence-based policies that create safe and inclusive environments.

*Discussion:* We appreciate the support of these commenters and agree with the importance of examining discipline policies.

*Changes:* None.

*Comments:* One commenter supported the Department's focus in subpart (b)(5) of Priority 4 on real-world, hands-on learning to address student needs, noting this approach will help students build technical and essential employability skills and social capital. Two other commenters proposed modifications to subpart (b)(5). One commenter suggested including family service learning in this subpart, noting the value of a multi-generational approach to addressing the needs of a community. Another commenter suggested that the Department provide incentives to connect work-based learning to career-focused instruction, along with other strategies, to increase college and career readiness.

*Discussion:* We agree that real-world, hands-on learning opportunities should be connected to instruction to bolster college and career readiness. While family service learning would be an appropriate strategy in some programs and communities, there may be situations where it is not practicable or aligned with program goals. Thus, we decline to make that change.

*Changes:* We have revised subpart (b)(5) of Priority 4 to clarify that real-world, hands-on learning opportunities should also be aligned with instruction.

*Comments:* One commenter expressed general support for subpart (d). Another

commenter suggested adding "linguistically inclusive practices" in addition to trauma-informed practices within the subpart.

*Discussion:* In designing a grant competition, the Department may choose to use one or more subparts in a particular grant competition. Subpart (c)(3) refers to the diversity of evidence-based professional development and as linguistically inclusive practices were identified as an element of the diverse practices; we believe that it could be coupled with this subpart to have an effect similar to the commenter's suggestion.

*Changes:* None.

*Comments:* One commenter expressed support for subpart (f). Another commenter recommended adding "and accessible" after "physically healthy," citing a U.S. Government Accountability Office (GAO) study related to school buildings and physical barriers to people with disabilities. The commenter urged the Department to include physical accessibility in improvements to school infrastructure. Another commenter suggested strengthening the various sections of this priority by recognizing the physical and mental health needs of young children.

*Discussion:* We agree with the commenter on the need to ensure that school buildings are accessible to persons with disabilities. The Department's regulations implementing, in compliance with the requirements of Section 504 of the Rehabilitation Act of 1973, which prohibits disability discrimination in federally assisted programs and activities, contain requirements applicable to the physical accessibility of facilities and the accessibility of recipients' programs or activities. Recipients of Federal funds from the Department are required to comply with these regulations, which ensure that persons with disabilities are not discriminated against because a recipient's facilities are inaccessible to or unusable by persons with disabilities. In addition to Section 504's requirements, the Department of Justice regulations implementing Title II of the Americans with Disabilities Act prohibit disability discrimination by State and local governmental entities (Title II) regardless of their receipt of Federal funds. The Title II ADA regulations also contain accessibility requirements to ensure nondiscrimination. The Department's Office for Civil Rights enforces Section 504 and, in the education context, shares in the enforcement of Title II with the Department of Justice to ensure accessibility and equal opportunity for individuals with disabilities. We believe

that the needs of young children are addressed through the inclusion of early learning settings in this priority, so a change is not needed.

*Changes:* None.

*Comments:* Some commenters expressed general support for subpart (g) with one noting that, as schools reopen, the capacity to address students' mental and emotional well-being is imperative. Another commenter urged the Department to indicate that the services provided must be linguistically and culturally responsive. Another commenter suggested explicitly using the terms "school social worker," "school psychologist," and "school counselors" and "other school-based mental health service professionals" as defined in ESEA. Another commenter expressed appreciation for the inclusion of the language "social workers, psychologists, counselors, nurses, or mental health professionals and other integrated services and supports, which may include in early learning environments," and requested the inclusion of the full range of specialized instructional support personnel in supporting students' social and emotional learning.

*Discussion:* We agree with adding that services provided should be inclusive, including but not limited to linguistic and cultural inclusivity. We also agree that school-based mental health service professionals and specialized instructional support personnel are important partners in providing these services and believe that the language of the priority is flexible enough to incorporate their work in settings where they are working with students. We decline to be more specific in this subpart so as not to unintentionally exclude services from the priority settings that are not based in an elementary or secondary school.

*Changes:* We have revised subpart (g) of Priority 4 to state that services provided should be inclusive with regard to race, ethnicity, culture, language, and disability status.

*Comments:* One commenter suggested that work-based learning be included in subpart (h) of Priority 4, as it is an impactful form of experiential learning that allows learners to acquire hands-on skills and view firsthand what occurs in the professional setting of their interest.

*Discussion:* We agree with the commenter regarding the value of work-based learning and think that experiential learning includes work-based learning. Therefore, we decline to specifically add work-based learning to the subpart.

*Changes:* None.

*Comments:* One commenter recommended adding adult learning to subpart (j) of Priority 4 and another commenter urged the Department to include language to explain that services provided should be comprehensive, and linguistically and culturally responsive.

*Discussion:* We agree with the recommended additions of adult education and inclusivity to fostering partnerships with multiple entities.

*Changes:* We have added "adult learning providers" to the list of types of organizations that provide services under subpart (j). In addition, we have revised this subpart to include approaches that are inclusive with regard to race, ethnicity, culture, language, and disability status.

**Priority 5—Increasing Postsecondary Education Access, Affordability, Completion, and Post-Enrollment Success**

*Comments:* Several commenters expressed their support for Priority 5. Two commenters expressed appreciation for the focus on transfer pathways while another commenter appreciated the focus on creating student-centered flexible systems of support. Another commenter supported the priority and noted that it could be used in competitions to help students access comprehensive educator preparation programs, and another commenter who supported this priority noted that it could be relevant to programs that support the early childhood workforce. One commenter expressed support for the Department's inclusion of adult learners in Priority 5. Two commenters applauded the priority's focus on establishing partnerships with HBCUs, TCUs, MSIs and community colleges. Three commenters expressed support for the priority and recommended that the Department consider using this priority in specific competitions, including the Education Innovation and Research program as well as in programs administered by the Office of Career, Technical, and Adult Education. Two commenters strongly supported subparts (i) and (j) of the priority, with one commenter expressing support for subpart (j) for its focus on evidence-based strategies and further suggested that the Department define "evidence-based strategies" to include strategies that meet the promising evidence definition from the ESEA as well as strategies based on research that use random assignment or quasi-experimental research methods.

*Discussion:* We appreciate the support for this priority and agree with the

AR000023

commenters about the importance of including each of these topic areas within Priority 5. Although we do not set priorities for specific competitions in this notice, we appreciate hearing feedback from commenters regarding alignment between these priorities and particular programs. We also agree that it is important to emphasize the use of evidence-based practices throughout Department grant programs. The term "evidence-based" is defined consistent with the definitions of the term in 34 CFR 77.1 and section 8101(21) of the ESEA (depending on the authorization of the program that uses the term) and includes strategies based on promising evidence as well as research that meets higher evidence standards such as moderate evidence and strong evidence. Strategies that align with the demonstrates a rationale definition also align with the evidence-based definition, so we decline to specify a particular level of evidence in the priority.

*Changes:* None.

*Comments:* One commenter made several suggestions that they think would improve Priority 5, including partnering with students, providing guidance on creating student-centered, individualized plans for college readiness, ensuring best practices and resources are allocated towards marginalized students, and establishing partnerships with the private sector to promote career and mentorship opportunities. Another commenter noted the priority's alignment to the purpose of the Federal TRIO programs. The commenter also expressed support for the goal of a diverse educator workforce and suggested the TRIO-Student Support Services program, with its focus area on teacher preparation, could serve as a helpful lever for achieving this goal.

*Discussion:* We thank the commenter for their suggestions and agree that these are helpful points of emphasis. However, we believe that they are already broadly addressed within the priority through the descriptions in each subpart of Priority 5 of project design for traditionally underserved students. As stated previously, the Department does not set priorities for any particular grant program through this notice, but appreciates the commenter's perspective on opportunities for applying them.

*Changes:* None.

*Comments:* One commenter suggested adding a new subpart to the priority that would support the development and implementation of comprehensive transition and postsecondary programs for students with intellectual disabilities to promote these programs that were authorized in the 2008 reauthorization of the Higher Education Act of 1965, as amended (HEA).

*Discussion:* We thank the commenter for highlighting the needs of this important population of students and agree with the concern that Priority 5 could be more inclusive of postsecondary students with intellectual disabilities which, in turn, could assist these students in accessing services provided through a wider range of Department grant programs.

*Changes:* We have added subpart (l) to Priority 5 to support the development and implementation of comprehensive transition and postsecondary programs for students with intellectual disabilities under the HEA.

*Comments:* One commenter recommended adding language to Priority 5 to note that the project's goal should be to help increase employability and access to quality jobs that provide a living wage, strong workplace standards, and work-family supports.

*Discussion:* We share the commenter's perspective on the importance of these goals. We agree that increasing employability and access to quality jobs are priorities that we consider within a broader category of post-graduate outcomes.

*Changes:* We have added "and post-college outcomes" to subpart (d) after "completion".

*Comments:* One commenter suggested that the Department add an additional priority area to encourage applicants to conduct equity audits, which are internal reviews of policies and practices to identify those that fail to effectively serve underrepresented students. The commenter expressed that these audits can address a range of issues such as admissions and financial aid, counseling services on campus, instructor diversity, and accessibility for students with disabilities to inform reforms.

*Discussion:* We appreciate the commenters' suggestions. We recognize that equity audits are one important strategy to promote equity and do not want to limit the field's approaches. However, we do not think it is appropriate to add an additional priority as the Department has monitoring protocols to ensure that applicants that receive awards comply with the requirements of the competition. Those requirements vary across program offices, but grant recipients must comply with them. We believe these requirements would address many of the concerns raised by the commenter.

*Changes:* None.

*Comments:* One commenter suggested adding the term "evidence-based" to subparts (b), (c), and (h) of Priority 5 to encourage applicants to propose to implement evidence-based strategies in these areas.

*Discussion:* We agree with this commenter on the importance of promoting the use of evidence-based practices to promote postsecondary student outcomes. We also note that in any competition, the Department already has the authority to combine any of these priority subparts with a particular evidence standard established in 34 CFR 75.226. This flexibility allows the Department to tailor the evidence required to individual programs, as appropriate.

*Changes:* None.

*Comments:* One commenter expressed particular concern that Priority 5 does not mention the word "parent" or "family," noting that many youth and young adults in post-secondary programs are still supported by their parents and families. The commenter suggested revising the priority to include a focus on helping parents to support their youth/young adults in accessing and completing higher education.

*Discussion:* We agree with the notion that many students rely on the support of their families as they progress into and through their postsecondary programs. We note that none of the language in this priority would preclude applicants from proposing projects that support parents of postsecondary students if providing such support is allowable in a specific Department grant program.

*Changes:* None.

*Comments:* One commenter expressed the desire to add a new subpart to Priority 5 related to providing secondary students access to career exploration and/or career advisement so that they are aware of postsecondary opportunities aligned with their academic and career goals, and the steps and supports necessary for that college and career path.

*Discussion:* We thank the commenter and agree that using evidence-based approaches to assist students with career exploration prior to college matriculation can be essential to putting students on a career pathway. Although we note that final subpart (f) includes a focus on career services, we agree with the commenter that a targeted subpart focusing on providing secondary students with career exploration and advisement opportunities is a valuable addition to these priorities.

*Change:* We have revised Priority 5 by adding a new subpart (m) that to

AR000024

prioritize projects that provide secondary school students with access to career exploration and advising opportunities to help them make informed decisions about their postsecondary enrollment and place them on a career path.

*Comments:* One commenter urged the Department to include language within this priority that acknowledges the large share of adult learners who face challenges such as low and very low levels of formal education, limited English proficiency, high rates of poverty, and employment in low-skilled jobs. The commenter recommended that they receive equitable access to adult education services that are responsive to their needs.

*Discussion:* We appreciate the recommendation by the commenter and agree that many adult learners face challenges. We have addressed those challenges by focusing on adult learners in final subpart (f). Therefore, we think that the inclusion of additional language would be redundant.

*Changes:* None.

*Comments:* One commenter supported the Department's commitment to accessible and affordable higher education but recommended that the Department modify Priority 5 to include support for efforts to lower barriers to obtaining graduate education, particularly for fields experiencing critical shortages, such as school psychology.

*Discussion:* We appreciate the comment, but we do not think a separate focus on assisting students in attaining graduate degrees is necessary. The Department's Office of Postsecondary Education administers a number of programs that are specifically designed to support students in pursuing graduate education, such as: The TRIO-Ronald E. McNair Postbaccalaureate Program, which is designed to provide assistance to help low-income and first generation college students pursue doctoral degrees; the Graduate Assistance in Areas of National Need program, which provides grants to assist students in pursuing graduate degrees in specific areas of national need; the Doctoral Dissertation Research Abroad program, which provides funding to support individual doctoral students to conduct research abroad in modern foreign languages and area studies; as well as various programs authorized by titles III and V of the HEA that are designed to expand the capacity of HBCUs, TCUs, and MSIs to offer graduate education opportunities.

*Changes:* None.

*Comments:* One commenter suggested the Department put a greater emphasis on establishing partnerships through Priority 5 to effectively smooth transitions for students and reduce barriers. The commenter highlighted issues around delivery of early college credit and reducing the need for developmental education as examples. Another commenter suggested that the Department include specific references to early college credit and recommended that we emphasize the importance of developing college and career pathways systems.

*Discussion:* We thank the commenter for highlighting the importance of, and role of Department grant programs in, establishing partnerships to bridge divides in the educational landscape, including partnerships between secondary and postsecondary schools, as well as partnerships across postsecondary institutions. We believe final subpart (a) of Priority 5 creates clearer pathways for students between institutions by making transfer of course credits more seamless and transparent. We also think proposed subpart (a) of Priority 5 (which became final subpart (b) of Priority 2), which encourage partnerships involving HBCUs, TCUs, and MSIs, as well as Priority 6, which provides the Department with the ability to require or encourage partnerships across Department competitions, address this concern. Regarding the comment about early college credit, we believe that final subpart (h) would allow for the inclusion of such a program.

*Changes:* None.

*Comments:* One commenter recommended adding adult education programs as a fifth category of prioritized institutions in proposed subpart (a) of Priority 5; another commenter suggested adding career and technical education schools as an additional category of prioritized institutions.

*Discussion:* We appreciate the commenters' recommendations and have included both categories in what was subpart(a) of Priority 5 in the NPP. To ensure better application of this subpart, we have moved it to subpart (b) in Priority 2 in this NFP.

*Changes:* We have included adult education and career and technical education in Priority 5 subpart (b).

*Comments:* One commenter suggested that instead of focusing on underserved students at community colleges, HBCUs, TCUs, and MSIs, the Department should instead focus on addressing inequities at well-resourced and highly selective colleges and universities. The commenter further suggested that this priority would further encourage well-resourced institutions to continue recruiting wealthier, high-achieving white students and noted concern regarding low enrollment rates of underserved students at well-resourced institutions.

*Discussion:* We think that enrollment rates of students from low-income backgrounds are too low across the board, and we agree that there is much work to be done to increase racial and economic diversity in postsecondary education, including at well-resourced and highly selective institutions. We note that multiple subparts within this priority are focused on increasing the number of underserved students who succeed in postsecondary education, regardless of the type of institution. For example, final subpart (b) would give priority to applicants that propose to increase the number and proportion of underserved students who enroll in and complete postsecondary education programs, regardless of whether the institution is well-resourced or under-resourced. The Department also recognizes, however, that HBCUs, TCUs, MSIs and community colleges educate a disproportionate number of underserved students, and as a result, any effort to improve postsecondary outcomes for underserved students must include targeted support to these institutions. We have moved references to targeting support to these institutions, including through establishing partnerships with well-resourced institutions and other organizations, to subpart (b) in Priority 2.

*Changes:* None.

*Comments:* One commenter expressed general support for subpart (c) of Priority 5.

*Discussion:* We appreciate the support for the subpart.

*Changes:* None.

*Comments:* One commenter expressed support for the inclusion of "Post-enrollment Success" in the title of Priority 5, but this commenter suggested modifications to highlight career readiness throughout the priority. Specifically, regarding subpart (e), this commenter suggested adding post-graduate outcomes to the list of student outcomes. The commenter suggested several ways the Department could define post-graduate outcomes, such as graduate school matriculation, as well as several metrics that could be used to characterize a strong first job.

*Discussion:* We appreciate the recommendations and think that post-enrollment broadly includes any point on a student's trajectory. We agree that there are many ways to define post-graduate outcomes and that adding post-graduate outcomes would be beneficial to add to the range of data identified as

post-enrollment outcomes. Including these data would allow a more coherent sense of what is meant by success than simply ending with graduation.

*Changes:* We have added post-college outcomes to the subpart, which is now designated as subpart (d).

*Comments:* One commenter strongly supported proposed subpart (e).

*Discussion:* We appreciate the support for the proposed subpart, which is now final subpart (d). We agree that a system of high-quality data will benefit students.

*Changes:* None.

*Comments:* One commenter suggested requiring alignment of data-related efforts to statewide goals (*e.g.,* for postsecondary attainment) with a focus on measuring equity gaps and identifying strategies for ongoing monitoring and accountability.

*Discussion:* We appreciate the commenter's suggestion and note that there are current data collections from other areas within the Department that focus on equity gaps. Additionally, the Department is required to monitor grantees and do so in a myriad of ways; therefore, we will not be adding this language to the priorities.

*Changes:* None.

*Comments:* One commenter emphasized the importance of ensuring that undergraduate students have access to coursework and activities that prepare them for the workforce. This commenter further noted the importance of providing high-quality career preparation to undergraduate students across all majors and programs of study. This commenter suggested that the Department add "Credit-bearing academic undergraduate courses focused on career," after "career services" in proposed subpart (f) of Priority 5.

*Discussion:* We appreciate the recommendation of the commenter and agree that there is a need for undergraduate students to have access to coursework and activities that prepare them for the workforce. We included structured/guided pathways within the priority to ensure that guardrails are provided for students and agree that the inclusion of the recommended language would be helpful to ensure that students were not just given guardrails, but also taking necessary classes within their major to avoid spending unnecessary time and money.

*Changes:* We have revised proposed subpart (f) to include "credit-bearing academic undergraduate courses focused on career" after "career services" in what is now final subpart (e).

*Comments:* One commenter suggested connecting efforts around integrated approaches with college and career pathway system development, including guided pathways and career and technical education and bridge programming that can accelerate students in subpart (f) of Priority 5.

*Discussion:* We appreciate the commenters' suggestions and agree that creating clear connections is beneficial to students. We believe that these connections are already included in the priority.

*Changes:* None.

*Comments:* One commenter recommended that the Department revise proposed subpart (g) (now final subpart (f)), which focuses on increasing the number of individuals who return to the educational system, to specifically recognize those individuals who return to the educational system to gain English language skills and/or to integrate into society.

*Discussion:* We appreciate and agree with this comment and recognize the unique challenges for English learners who return to the educational system.

*Changes:* In an effort to increase the number of English learners who return to the educational system to gain English language skills, we have added English language learning in subpart (f) of Priority 5.

*Comments:* One commenter expressed support for proposed subpart (h). This commenter appreciated that the language provides applicants flexibility to integrate multiple approaches to supporting learners.

*Discussion:* We appreciate the support for the proposed subpart, which is now subpart (g) in this NFP, and agree that multiple approaches to delivering instruction to students are necessary, depending on the context. We also agree that Priority 5 affords applicants the flexibility to combine multiple approaches to best support students.

*Changes:* None.

*Comments:* One commenter expressed support for the inclusion of work-based learning in proposed subpart (h) (now final subpart (g)) of Priority 5, stating that work-based learning is essential to creating an equitable and racially just economic recovery. The commenter also suggested that work-based learning must be year-round and layered into all levels of education. This commenter suggested adding a new subpart focused on building community capacity to develop or strengthen effective career readiness programs by supporting cross-system collaborative partnerships composed of leaders from education, workforce, government, social services, philanthropy, and the private sector to provide work-based learning opportunities and high-quality college and career pathways.

*Discussion:* We appreciate the commenter's support for the inclusion of work-based learning and agree that partnerships are important components of this work; however, we address cross-agency and entity partnerships in Priority 6 and work-based learning in Priority 2, which may be used in combination with this priority, so no changes are needed.

*Changes:* None.

*Comments:* One commenter recommended the Department implement career and technical education models that are grounded in labor market information and aligned from secondary through postsecondary education.

*Discussion:* We appreciate the recommendation and believe that proposed subparts (i) and (j) (now final subparts (h) and (i)), which focus on the use of evidence-based strategies, would ensure that current and proven models would be used that could include labor market information but is not restricted to that data source. Therefore, we have not included this additional language.

*Changes:* None.

*Comments:* One commenter supports the focus in proposed subpart (k) (now final subpart (j)) of Priority 5 on the transitional phase from high school to adulthood, especially the subpart that would prioritize applications that connect students and adults with disabilities with transition services under the Vocational Rehabilitation program or the IDEA.

*Discussion:* We appreciate the support for subpart (j) and agree with the importance of the inclusion of transition services under the Vocational Rehabilitation program and the IDEA.

*Changes:* None.

*Comments:* One commenter recommended adding language to subpart (j) of Priority 5 that expressly supports full participation and inclusion in postsecondary institutions, pre-apprenticeship programs, apprenticeships, and other workforce training. The commenter cited the need for additional attention to such programs to become consistent pathways to employment for individuals with disabilities. Another commenter suggested modifying subpart (j) to include language that extends eligibility for services for students with disabilities nearing age 22. The commenter noted the need to extend eligibility of individuals for these services given the learning loss due to COVID–19. Multiple commenters also referred the Department to comments

AR000026

made by another commenter to broaden this priority to ensure it is inclusive of all students with disabilities.

*Discussion:* We appreciate the commenter's recommendations and agree that it is important to ensure that the transition of services fully encompasses the intended outcomes and recipients. We agree that education outcomes are relevant, and that inclusion of that edit strengthens the subpart. Under Part B of the IDEA, a free appropriate public education (FAPE) must be made available to all children with disabilities residing in the State within the State's mandated age range for the provision of FAPE. Entitlement to FAPE begins at a child's third birthday and could last until the child's 22nd birthday, depending on State law or practice, which would render the second requested edit redundant.

*Changes:* We are adding "or education" after "employment outcomes" in final subpart (j).

**Priority 6—Strengthening Cross-Agency Coordination and Community Engagement To Advance Systemic Change**

*Comments:* Many commenters expressed general support for Priority 6 and its emphasis on interagency collaboration. Commenters noted this priority acknowledges that schools are frequently the center of the community for students and families, and that strong family and community engagement is associated with improved student outcomes.

*Discussion:* We appreciate the support for the priority and agree with these comments on the central role school's play.

*Changes:* None.

*Comments:* Several commenters expressed support for using this priority in different ways. One commenter advocated for making this a foundational priority across all grants. Another commenter recommended the Department prioritize partnerships that align with guidance developed by the Institute for Educational Leadership, the Coalition for Community Schools, and the National Association of School Psychologists.

*Discussion:* We appreciate these comments and note that several components of this priority are aligned with the community school's model. If the Department chooses to use the supplemental priorities, it also has discretion to decide how the priorities should be used in the grant competitions.

*Changes:* None.

*Comments:* One commenter suggested facilitating cross-agency budgeting and

resourcing to ensure basic educational needs are being met.

*Discussion:* We appreciate this comment and recognize the importance of examining budgeting. We think the priority as written allows for this inter-agency budgeting and resourcing.

*Changes:* None.

*Comments:* One commenter expressed support for Priority 6 and suggested modifying the language to explicitly include philanthropy and the private sector more generally.

*Discussion:* We appreciate the commenter's focus on philanthropy and the private sector. We believe that community engagement can include philanthropy and the private sector, and subpart (c) focuses on partnerships that include an array of partners, including local nonprofit organizations, businesses, and philanthropic organizations. As such, we do not think any changes to the priority are necessary.

*Changes:* None.

*Comments:* One commenter suggested adding afterschool and summer programs to the list of needs to address included in subpart (a) of Priority 6.

*Discussion:* We believe that some specific services provided through afterschool and summer programs could be addressed through the activities already included on this list, including key field-initiated focus areas. In addition, afterschool and summer programs are included in other priorities, which could be used in combination with this one in a particular grant competition.

*Changes:* None.

*Comments:* One commenter suggested adding legal services to the list of issues to address through the coordinated efforts among Federal, State, or local agencies, or community-based organizations that support students under subpart (a), as these are often a key area of need for diverse groups of underserved students.

*Discussion:* We appreciate this comment. However, we think these services may already be within the scope of this priority as well as grant programs administered by other Federal agencies.

*Change:* None.

*Comments:* Several commenters recommended adding mental health or clarifying that health includes mental health.

*Discussion:* The Department appreciates the point made by these commenters and agrees with the important addition of mental health.

*Changes:* We are revising subpart (a)(7) to read: "Health, including

physical health, mental health, and behavioral health and trauma."

*Comments:* A commenter suggested specifying that school diversity includes student and educator diversity.

*Discussion:* We agree that this specificity around diversity is helpful.

*Changes:* We are adding "including student and educator diversity" to subpart (a)(9).

*Comments:* One commenter expressed support for the inclusion of workforce development in subpart (a)(11). This commenter further indicated that workforce development should be interpreted to include career preparation for undergraduate students at four-year institutions. Another commenter suggested revising this subpart to refer to college readiness, workforce development and civic life.

*Discussion:* We appreciate the recommendations as we agree that each of these areas of college and career readiness is critical, and especially agree that referring to college readiness and civic engagement would be beneficial towards the goal of advancing systemic change. Workforce development is already included in this subpart.

*Changes:* We have revised subpart (a)(11) through (13) to also include college readiness and civic engagement.

*Comments:* Two commenters recommended that the Department add a new subpart allowing use of funds for infrastructure, citing a June 2020 report from the Government Accountability Office [1] saying that 54% of schools have major systems that need replacing.

*Discussion:* We agree with the importance of investing in school infrastructure. Issues related to healthy learning environments are emphasized in subpart (f) of Priority 4.

*Changes:* None.

*Comments:* One commenter recommended changing subpart (a)(16) to Adult Education and Literacy and moving content in subpart (a)(16) to (a)(17).

*Discussion:* We will renumber to ensure alignment.

*Changes:* We have adjusted the numbering of the subpart to include adult education and literacy in (a)(19).

*Comments:* One commenter expressed support for the inclusion of nonprofit organizations in subpart (c). This commenter noted that because nonprofits are nimble, they can be invaluable partners in Department of Education grants.

*Discussion:* We agree that nonprofit organizations can be very valuable partners and note that they may be

---

[1] *https://www.gao.gov/products/gao-20-494.*

**70634** **Federal Register** / Vol. 86, No. 235 / Friday, December 10, 2021 / Rules and Regulations

included within the subpart as currently written.

*Changes:* None.

*Comments:* One commenter who expressed support for this priority overall, articulated particular support for subpart (d). The commenter urged the Department to use this priority in future competitions of the CSP National Dissemination grant. The commenter went on to say that this priority could support accessibility and equity issues in both the National Dissemination and State Entities grant programs.

*Discussion:* We appreciate the commenter's suggestion on how the funds should be used. These priorities are intended as a menu of options for our discretionary grant programs. The Department may choose which, if any, of the priorities or subparts are appropriate for a particular program competition, as well as the appropriate level of funding and selection criteria. If the Department chooses to use a supplemental priority, it will decide whether the priority will be used as an absolute, competitive preference, or invitational priority in a grant competition, as well as the appropriate level of funding and selection criteria, which may include peer-to-peer learning models.

*Changes:* None.

**Definitions**

*Comments:* One commenter supported, in general, the clarity that the definitions offer.

*Discussion:* We appreciate the support for the definitions and think that they will ensure clarity in the use of the priorities.

*Changes:* None.

*Comments:* Multiple commenters recommended adding a definition of "technology," including their own proposed definitions that were intended to help ensure aligning with Federal laws.

*Discussion:* While we appreciate all the commenters' suggestions, we recognize that the definition of technology is continually changing and therefore could create an obsolete definition upon programmatic use. Lastly, the NPP already included the following language to ensure compliance with Federal laws: "Additionally, regarding each technology reference, all technology developed or used under these proposed priorities must be accessible to English learners, in addition to individuals with disabilities . . . ."

*Changes:* None.

*Comments:* One commenter requested that we include a definition of identity-safe learning environments.

*Discussion:* While we appreciate the commenter's suggestions, we recognize that the definition of identity-safe is parallel to language within priorities (2)(a)(2)(v) and (4)(b) and (c) that specifically speaks to supporting teachers in creating safe, healthy, inclusive, and productive classroom environments.

*Changes:* None.

*Comments:* One commenter proposed definitions of "competency-based" and "high-quality systems of assessments."

*Discussion:* We thank the commenter and have already included a definition of "competency-based education," which includes mastery of knowledge and skills, and a definition for "high-quality systems of assessments."

*Changes:* None.

*Comments:* One commenter asked that we include definitions of "social and emotional learning," and another commenter noted that social and emotional learning remains under-defined in Federal law and policy and that it should be more explicitly defined.

*Discussion:* We appreciate the request, and we recognize that the definition of social and emotional learning is continually changing and therefore could create an obsolete definition upon programmatic use.

*Changes:* None.

*Comments:* One commenter requested that the definitions of "career and technical education," "work-based learning," and "area career and technical education school" be included in the final definitions.

*Discussion:* These are definitions that are included in the Workforce Innovation and Opportunity Act (WIOA) for programs authorized by that statute, and therefore would not need to be included within these priorities.

*Changes:* None.

*Comments:* One commenter recommended definitions for "learning model" and "whole-learner approaches."

*Discussion:* We appreciate the recommendations from the commenter and note that these terms are not used within the priorities and therefore do not need to be defined.

*Changes:* None.

*Comments:* One commenter asked the Department to add the following language to the definition of children or students with disabilities: "And which includes children or students with the most significant disabilities" to explicitly identify this subgroup of students with disabilities.

*Discussion:* We appreciate the commenters' focus on children or students with the most significant cognitive disabilities. However, we are not changing the definitions used in this NFP because they are the definitions of a "child with a disability" and "student with a disability" in section 602(3) of IDEA and its implementing regulations at 34 CFR 300.8 and section 7(37) of the Rehabilitation Act of 1973 and 34 CFR 361.5(c)(51) of the Vocational Rehabilitation program regulations, respectively.

*Changes:* None.

*Comments:* One commenter encouraged the Department to expand the definition of "competency-based education" by incorporating seven components that are student focused.

*Discussion:* The definition of competency-based education as currently written is in alignment with other Department rules, and as such, we are not making any changes to the definition.

*Changes:* None.

*Comments:* Instead of just early learning, one commenter recommended defining "high quality early learning."

*Discussion:* The current definition of "early learning" includes a variety of early learning settings, and the quality piece of the early learning is established by the regulator for the early learning program.

*Changes:* None.

*Comments:* One commenter suggested using, as a definition, the term "Emergent Bilingual or Multilingual Learner" instead of "English Learner" to emphasize language as a valuable skill rather than a limit.

*Discussion:* The Department wholeheartedly agrees with an asset-minded approach to language learners and will adopt such an approach where appropriate and when concepts are not tied to a specific term in a governing statute or regulation. The term English learner is defined in both the ESEA and the WIOA, which govern many of our grant programs. Therefore, we did not make changes to the definition of English learner.

*Changes:* None.

*Comments:* One commenter had strong support for the definition of "evidence-based."

*Discussion:* We appreciate the support for the definition and think that it will ensure clarity in the use of the priorities.

*Changes:* None.

*Comments:* One commenter expressed support for a definition of the term "high-quality assessment."

*Discussion:* We appreciate the support for the definition and think that it will ensure clarity in the use of the priorities.

*Changes:* None.

AR000028

*Comments:* One commenter recommended edits to the definition of "high-quality assessment" so that assessments are part of a comprehensive assessment plan.

*Discussion:* We appreciate the commenter's suggestions and agree that a comprehensive assessment plan benefits students by adding more clarity around the expectation of high-quality assessment systems. For this reason, we have modified the definition to broaden the scope of high-quality assessment.

*Changes:* We are making edits to the definition of high-quality assessment to include "interim" as part of the assessments, and that policymakers support students at the student, classroom, school, and system levels.

*Comments:* One commenter recommended adding the term "interim" to the list of high-quality assessments to ensure the definition is comprehensive and properly represents the field. The commenter highlighted that interim assessments can measure growth and provide information throughout a school year and that interim assessment results are comparable across classrooms and schools, so they can help districts and State leaders direct resources to where they are needed most. This same commenter recommended adding language to the definition describing the importance of the purpose when defining the assessment and how the assessment will be used.

*Discussion:* We thank the commenters for the suggestions and appreciate the recommendations and will include "interim" in the definition, in addition to "formative", as they serve distinct purposes. Regarding the important use of the data from the assessments, we agree that there is a broader use that goes beyond the school and community. For this reason, we have modified the definition to strengthen the definition of high-quality assessment.

*Changes:* We have revised the definition for high-quality assessments by adding interim assessments to not only help parents, educators and caregivers, but to also help policymakers support students at the student, classroom, school and system levels.

*Comments:* One commenter appreciated the inclusion of children and students with disabilities in the definition of underserved student. Another commenter expressed support for this definition, in particular the focus on student caregivers. One commenter supported the specificity of the definition to help States and communities to be explicit about what equitable education systems include

and how they serve students from the lived experiences described in the priority. The commenter noted the inclusion of adults and student parents, and "a student performing significantly below grade level(s)," stating that inclusion of the latter acknowledges the role and responsibility of the system. One commenter appreciated the expansive and inclusive definition of underserved student. One commenter strongly supported the Department's inclusion of (LGBTQI+) students; students of color; students who are members of Tribal communities; and students with disabilities.

*Discussion:* We thank the commenters for their overall support for the definition and appreciate that the inclusions to the definition are comprehensive and relevant.

*Changes:* None

*Comments:* One commenter asked that military- or veteran-connected students be added to the definition of underserved student.

*Discussion:* We appreciate the commenter's suggestion. We agree with the recommendation to include the military- and veteran-connected student and had already included it as a separate definition but will also include it within the definition of underserved student as we believe that this is a group of students that has been underserved.

*Changes:* We have added military and veteran connected student to the category list of underserved students.

*Comments:* Three commenters recommended that the Department add students residing in Puerto Rico as additional definitions to the list.

*Discussion:* We do not believe it is appropriate to target any particular State or territory as funding from the Department's discretionary grant programs may generally be used within any of the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, Outlying Areas, and the tribal nations. We appreciate the second comment on adding a proposed subpart, and we agree that proximate involvement will help to identify community needs. We appreciate the commenter's desire to include language specific to Puerto Rico.

*Change:* None.

*Comments:* One commenter asked that "questioning" be added to (i) (LGBTQI+) under the definition of underserved student.

*Discussion:* We appreciate the comment and agree that questioning is an important part of the acronym.

*Changes:* We have added "questioning" as a part of the definition of underserved student.

*Comments:* One commenter requested that the Department add unconnected students to the definition of underserved student, which includes students who do not have access to their own individual device or high-quality internet at home.

*Discussion:* We appreciate the commenter's request and agree that there is a utility in including this group of students in the definition as the pandemic showed that students without access to the internet were unable to participate in learning.

*Changes:* We have updated the definition of "underserved student" to include technologically unconnected youth.

*Comments:* One commenter emphasized the importance of career readiness and encouraging projects focused on post-graduate outcomes and proposed a program that set undergraduates onto a path of strong economic opportunity.

*Discussion:* We agree that college and career readiness is important, and programs should have outcomes that set students onto a path of strong economic opportunity that could be through either a strong first job or matriculation into graduate school. We think that there is a clear emphasis on college and career readiness incorporated into the priorities and we do not reference specific programs within the priorities.

*Changes:* None.

**Final Priorities**

The Secretary establishes the following priorities for use in any Department discretionary grant program.

*Priority 1—Addressing the Impact of COVID–19 on Students, Educators, and Faculty*

Projects that are designed to address the impacts of the COVID–19 pandemic, including impacts that extend beyond the duration of the pandemic itself, on the students most impacted by the pandemic, with a focus on underserved students and the educators who serve them, through one or more of the following priority areas:

(a) Conducting community asset-mapping and needs assessments that may include an assessment of the extent to which students, including subgroups of students, have become disengaged from learning, including students not participating in in-person or remote instruction, and specific strategies for reengaging and supporting students and their families.

(b) Providing resources and supports to meet the basic, fundamental, health

and safety needs of students and educators.

(c) Addressing students' social, emotional, mental health, and academic needs through approaches that are inclusive with regard to race, ethnicity, culture, language, and disability status.

(d) Addressing educator, faculty, and staff well-being.

(e) Providing students and educators with access to reliable high-speed broadband and devices; providing students with access to high-quality, technology-supported learning experiences and ensuring these experiences are accessible to, interoperable, and usable by children or students with disabilities,[2] educators with disabilities, and English learners; and providing educators with access to job-embedded, sustained, and collaborative professional development, to support the effective use of technology.

(f) Using technology to enable evidence-based approaches to personalized student learning as well as evidence-based supplemental activities that extend learning time, such as comprehensive afterschool and summer learning and enrichment programs, and increase student and, where appropriate, parent engagement.

(g) Using evidence-based instructional approaches and supports, such as professional development, coaching, ongoing support for educators, high quality tutoring, expanded access to rigorous coursework and content across K–12, and expanded learning time to accelerate learning for students in ways that ensure all students have the opportunity to successfully meet challenging academic content standards without contributing to tracking or remedial courses.

(h) Using evidence-based instructional approaches or supports to assist individuals who did not enroll in, withdrew from, or reduced course loads in postsecondary education or training programs due to COVID–19 to enroll in, remain enrolled in, and complete credit-bearing coursework and earn recognized postsecondary credentials.

*Priority 2—Promoting Equity in Student Access to Educational Resources and Opportunities*

Under this priority, an applicant must demonstrate one or both of the following:

(a) The applicant proposes a project designed to promote educational equity and adequacy in resources and opportunity for underserved students—

(1) In one or more of the following educational settings:

(i) Early learning programs.
(ii) Elementary school.
(iii) Middle school.
(iv) High school.
(v) Career and technical education programs.
(vi) Out-of-school-time settings.
(vii) Alternative schools and programs.
(viii) Juvenile justice system or correctional facilities.
(ix) Adult learning;

(2) That examines the sources of inequity and inadequacy and implement responses, and that may include one or more of the following:

(i) Rigorous, engaging, and well-rounded (*e.g.,* that include music and the arts) approaches to learning that are inclusive with regard to race, ethnicity, culture, language, and disability status and prepare students for college, career, and civic life, including one or more of the following:

(A) Student-centered learning models that may leverage technology to address learner variability (*e.g.,* universal design for learning (as defined in this notice), K–12 competency-based education (as defined in this notice), project-based learning, or hybrid/blended learning) and provide high-quality learning content, applications, or tools.

(B) Middle school courses or projects that prepare students to participate in advanced coursework in high school.

(C) Advanced courses and programs, including dual enrollment and early college programs.

(D) Project-based and experiential learning, including service and work-based learning.

(E) High-quality career and technical education courses, pathways, and industry-recognized credentials that are integrated into the curriculum.

(F) Science, technology, engineering, and mathematics (STEM), including computer science coursework.

(G) Civics programs that support students in understanding and engaging in American democratic practices.

(ii) Increasing the number and proportion of experienced, fully certified, in-field, and effective educators, and educators from traditionally underrepresented backgrounds or the communities they serve, to ensure that underserved students have educators from those backgrounds and communities and are not taught at disproportionately higher rates by uncertified, out-of-field, and novice teachers compared to their peers.[3]

(iii) Improving the preparation, recruitment, and early career support and development of educators in shortage areas or hard to staff schools.

(iv) Improving the retention of fully certified, experienced, and effective educators in high-need schools or shortage areas.

(v) Pedagogical practices in educator preparation programs and professional development programs that are inclusive with regard to race, ethnicity, culture, language, and disability status so that educators are better prepared to create inclusive, supportive, equitable, unbiased, and identity-safe learning environments for their students.

(vi) Using technology to enable evidence-based approaches to personalized student learning in the classroom or support supplemental activities that extend learning time and increase student and, where appropriate, parent engagement.

(vii) Creating more equitable and adequate approaches to school funding, by doing one or more of the following:

(A) Aligning funding levels to students' diverse needs; or

(B) Sufficiently accounting for districts' differential access to local revenue given differences in local wealth and income levels.

(viii) Expanding access to high-quality early learning, including in school-based and community-based settings, by removing barriers through implementation of programs that are inclusive with regard to race, ethnicity, culture, language, and disability status.

(ix) Establishing, expanding, or improving learning environments for multilingual learners, and increasing public awareness about the benefits of fluency in more than one language and how the coordination of language development in the school and the home improves student outcomes for multilingual learners.

(x) Establishing, expanding, or improving the engagement of underserved community members (including underserved students and families) in informing and making decisions that influence policy and practice at the school, district, or State level by elevating their voices, through their participation and their perspectives and providing them with access to opportunities for leadership (*e.g.,* establishing partnerships between civic student government programs and parent and caregiver leadership initiatives).

---

[2] In an NIA, the Department could use either "children with disabilities" or "students with disabilities," depending on which term is more appropriate for the program. In this document, we use these terms interchangeably.

[3] All strategies to increase racial diversity of educators must comply with applicable law, including Title VI of the Civil Rights Act of 1964.

AR000030

(xi) Improving the quality of educational programs in juvenile justice facilities (such as detention facilities and secure and non-secure placements) or adult correctional facilities.

(xii) Supporting re-entry of, and improving long-term outcomes for, youth and adults after release from juvenile justice system or correctional facilities by linking youth and adults to appropriate support, education, vocational rehabilitation, or workforce training programs.

(xiii) Increasing student racial or socioeconomic diversity, through one or more of the following:

(A) Using high-quality data collection methods to identify racial and socioeconomic stratification, trends in and contributors to stratification, and barriers to racial, ethnic, and socioeconomic diversity.

(B) Developing or implementing evidence-based policies or strategies that include one or more of the following:

(*1*) Ongoing, robust family and community involvement.

(*2*) Intra- or inter-district or regional coordination.

(*3*) Cross-agency collaboration, such as with housing or transportation authorities.

(*4*) Alignment with an existing public diversity plan that is evidence-based and designed to effectively promote diversity.

(*5*) School assignment or admissions policies that are designed to promote socioeconomic diversity and provide equitable access to educational opportunities for students from low-income backgrounds or students residing in neighborhoods experiencing concentrated poverty.

(C) Establishing or expanding schools, or programs within schools, that are designed to attract, and foster meaningful interactions among, substantial numbers of students from different racial and/or socioeconomic backgrounds, such as magnet schools.

(D) Developing evidence related to, or providing technical assistance on, evidence-based policies or strategies designed to increase inclusivity with regard to race, ethnicity, culture, language, and disability status.

(b) The project will be implemented by or in partnership with one or more of the following entities:

(1) Community colleges (as defined in this notice).

(2) Historically Black colleges and universities (as defined in this notice).

(3) Tribal Colleges and Universities (as defined in this notice).

(4) Minority-serving institutions (as defined in this notice).

(5) Career and technical education centers.

(6) Adult education.

*Priority 3—Supporting a Diverse Educator Workforce and Professional Growth To Strengthen Student Learning*

Projects that are designed to increase the proportion of well-prepared, diverse, and effective educators serving students, with a focus on underserved students, through one or more of the following priority areas:

(a) Increasing the number of diverse educator candidates who have access to an evidence-based comprehensive educator preparation program.

(b) Increasing the number of teachers with certification or dual certification in a shortage area, or advanced certifications from nationally recognized professional organizations.

(c) Identifying and addressing disparities among educator subgroups in graduation rates, passage rates for certification and licensure exams, successful employment, retention, and professional growth.

(d) Promoting knowledge of universal design for learning in educator preparation.

(e) Integrating universal design for learning principles in pedagogical practices and classroom features, such as instructional techniques, classroom materials and resources, and classroom seating.

(f) Implementing or expanding loan forgiveness or service-scholarship programs for educators based on completing service obligation requirements.

(g) Building or expanding high-poverty school (as may be defined in the program statute or regulations) districts' capacity to hire, support, and retain an effective and diverse educator workforce, through one or more of the following:

(1) Providing beginning educators with evidence-based mentoring or induction programs.

(2) Adopting or expanding comprehensive, strategic career and compensation systems that provide competitive compensation and include opportunities for educators to serve as mentors and instructional coaches, or to take on additional leadership roles and responsibilities for which educators are compensated.

(3) Developing data systems, timelines, and action plans for promoting inclusive and bias-free human resources practices that promote and support development of educator diversity.

(4) Providing opportunities for educators to be involved in the design

and implementation of local and district wide initiatives that advance systemic changes.

(h) Supporting effective instruction and building educator capacity through one or more of the following:

(1) Providing high-quality job-embedded professional development opportunities focused on one or more of the following:

(i) Designing and delivering instruction in ways that are engaging, effectively integrate technology, and provide students with opportunities to think critically and solve complex problems, apply their learning in authentic and real-world settings, communicate and collaborate effectively, and develop academic mindsets, including through project-based, work-based, or other experiential learning opportunities.

(ii) Supporting students and their families at key transitional stages in their education as they enter into one or more of the following:

(A) Early learning programs.

(B) Elementary school.

(C) Middle school.

(D) High school.

(E) Postsecondary education.

(F) Career and technical education.

(G) Work.

(iii) Meeting the needs of English learners.

(iv) Meeting the needs of children or students with disabilities, including children or students with the most significant cognitive disabilities.

(v) Addressing inequities and developing and implementing pedagogical practices that are inclusive with regard to race, ethnicity, culture, language, and disability status.

(vi) Building meaningful and trusting relationships with students' families to support in-home, community-based, and in-school learning.

(vii) For school leaders, improving mastery of essential instructional and organizational leadership skills designed to improve teacher and student learning.

(viii) Supporting teachers in creating safe, healthy, inclusive, and productive classroom environments.

(2) Developing and implementing high-quality assessments (as defined in this notice) of student learning (for example, curriculum-aligned and performance-based tools aligned with State grade-level content standards or, for career and technical education, relevant industry standards) and strategies that allow educators to use the data from assessments to inform instructional design and classroom practices that meet the needs of all students and providing high-quality

AR000031

professional development to support educators in implementing these strategies.

(i) Increasing educator capacity to collaborate with diverse stakeholders to carry out rapid cycle evaluation, design-based research, improvement science, or other rapid cycle techniques to design, develop, or improve promising innovations that are designed to benefit underserved students.

*Priority 4—Meeting Student Social, Emotional, and Academic Needs*

Projects that are designed to improve students' social, emotional, academic, and career development, with a focus on underserved students, through one or more of the following priority areas:

(a) Developing and supporting educator and school capacity to support social and emotional learning and development that—

(1) Fosters skills and behaviors that enable academic progress;

(2) Identifies and addresses conditions in the learning environment, that may negatively impact social and emotional well-being for underserved students, including conditions that affect physical safety; and

(3) Is trauma-informed, such as addressing exposure to community-based violence and trauma specific to military- or veteran-connected students (as defined in this notice).

(b) Creating education or work-based settings that are supportive, positive, identity-safe and inclusive with regard to race, ethnicity, culture, language, and disability status, through one or more of the following activities:

(1) Developing trusting relationships between students (including underserved students), educators, families, and community partners.

(2) Providing high-quality professional development opportunities designed to increase engagement and belonging and build asset-based mindsets for educators working in and throughout schools.

(3) Engaging students (including underserved students), educators, families, and community partners from diverse backgrounds and representative of the community as partners in school climate review and improvement efforts.

(4) Developing and implementing inclusive and culturally informed discipline policies and addressing disparities in school discipline policy by identifying and addressing the root causes of those disparities, including by involving educators, students, and families in decision-making about discipline procedures and providing training and resources to educators.

(5) Supporting students to engage in real-world, hands-on learning that is aligned with classroom instruction and takes place in community-based settings, such as apprenticeships, pre-apprenticeships, work-based learning, and service learning, and in civic activities, that allow students to apply their knowledge and skills, strengthen their employability skills, and access career exploration opportunities.

(c) Creating a positive, inclusive, and identity-safe climate at institutions of higher education through one or more of the following activities:

(1) Fostering a sense of belonging and inclusion for underserved students.

(2) Implementing evidence-based practices for advancing student success for underserved students.

(3) Providing evidence-based professional development opportunities designed to build asset-based mindsets for faculty and staff on campus and that are inclusive with regard to race, ethnicity, culture, language, and disability status.

(4) Updating the institution's harassment policies and procedures consistent with applicable Federal law to ensure they apply to harassment that occurs in the institution's educational programs and activities, including during hybrid and distance education.

(d) Providing multi-tiered systems of supports that address learning barriers both in and out of the classroom, that enable healthy development and respond to students' needs and which may include evidence-based trauma-informed practices and professional development for educators on avoiding deficit-based approaches.

(e) Developing or implementing policies and practices, consistent with applicable Federal law, that prevent or reduce significant disproportionality on the basis of race or ethnicity with respect to the identification, placement, and disciplining of children or students with disabilities.

(f) Providing all students access to physically healthy learning environments, such as energy-efficient spaces, for one or more of the following:

(1) Early learning environments.

(2) Elementary or secondary schools.

(3) Out-of-school time learning spaces.

(4) Postsecondary institutions.

(5) Career and technical education.

(6) Adult education learning environments.

(g) Providing students equitable access that is inclusive, with regard to race, LGBTQI+, ethnicity, culture, language, and disability status, to social workers, psychologists, counselors, nurses, or mental health professionals

and other integrated services and supports, which may include in early learning environments.

(h) Preparing educators to implement project-based or experiential learning opportunities for students to strengthen their metacognitive skills, self-direction, self-efficacy, competency, or motivation, including through instruction that: Connects to students' prior knowledge and experience; provides rich, engaging, complex, and motivating tasks; and offers opportunities for collaborative learning.

(i) Creating and implementing comprehensive schoolwide frameworks (such as small schools or learning communities, advisory systems, or looping educators) that support strong and consistent student and educator relationships.

(j) Fostering partnerships, including across government agencies (*e.g.,* housing, human services, employment agencies), local educational agencies, community-based organizations, adult learning providers, and postsecondary education intuitions, to provide comprehensive services to students and families that support students' social, emotional, mental health, and academic needs, and that are inclusive with regard to race, ethnicity, culture, language, and disability status.

*Priority 5—Increasing Postsecondary Education Access, Affordability, Completion, and Post-Enrollment Success*

Projects that are designed to increase postsecondary access, affordability, completion, and success for underserved students by addressing one or more of the following priority areas:

(a) Increasing postsecondary education access and reducing the cost of college by creating clearer pathways for students between institutions and making transfer of course credits more seamless and transparent.

(b) Increasing the number and proportion of underserved students who enroll in and complete postsecondary education programs, which may include strategies related to college preparation, awareness, application, selection, advising, counseling, and enrollment.

(c) Reducing the net price or debt-to-earnings ratio for underserved students who enroll in or complete college, other postsecondary education, or career and technical education programs.

(d) Establishing a system of high-quality data collection and analysis, such as data on persistence, retention, completion, and post-college outcomes, for transparency, accountability, and institutional improvement.

AR000032

(e) Supporting the development and implementation of student success programs that integrate multiple comprehensive and evidence-based services or initiatives, such as academic advising, structured/guided pathways, career services, credit-bearing academic undergraduate courses focused on career, and programs to meet basic needs, such as housing, childcare and transportation, student financial aid, and access to technological devices.

(f) Increasing the number of individuals who return to the educational system and obtain a regular high school diploma, or its recognized equivalent for adult learners; enroll in and complete community college, college, or career and technical training; or obtain basic and academic skills, including English language learning, that they need to succeed in college—including community college—as well as career and technical education and/or the workforce.

(g) Supporting the development and implementation of high-quality and accessible learning opportunities, including learning opportunities that are accelerated or hybrid online; credit-bearing; work-based; and flexible for working students.

(h) Supporting evidence-based practices in career and technical education and ensuring equitable access to and successful completion of high-quality programs, credentials, or degrees.

(i) Supporting the development and implementation of evidence-based strategies to promote students' development of knowledge and skills necessary for success in the workforce and civic life.

(j) Connecting children or students with disabilities, adults with disabilities, and disconnected youth to resources designed to improve independent living and the achievement of employment outcomes or education, which may include the provision of pre-employment transition services, transition and other vocational rehabilitation services under the Vocational Rehabilitation program, and transition and related services under IDEA, as appropriate.

(k) Providing students access to international education, education in cultural and global competencies, and foreign language training in preparation for global competitiveness.

(l) Supporting the development and implementation of comprehensive transition and postsecondary programs for students with intellectual disabilities (as defined in section 760 of the Higher Education Act of 1965, as amended (HEA)).

(m) Providing secondary school students with access to career exploration and advising opportunities to help students make informed decisions about their postsecondary enrollment decisions and to place them on a career path.

*Priority 6—Strengthening Cross-Agency Coordination and Community Engagement To Advance Systemic Change*

Projects that are designed to take a systemic evidence-based approach to improving outcomes for underserved students in one or more of the following priority areas:

(a) Coordinating efforts with Federal, State, or local agencies, or community-based organizations, that support students, to address one or more of the following:

(1) Food assistance.
(2) Energy.
(3) Climate change.
(4) Housing.
(5) Homelessness.
(6) Transportation.
(7) Health, including physical health, mental health, and behavioral health and trauma.
(8) Child care.
(9) School diversity, including student and educator diversity.
(10) Justice policy.
(11) College readiness.
(12) Workforce development.
(13) Civic engagement.
(14) Technology.
(15) Public safety.
(16) Community violence prevention and intervention.
(17) Social services.
(18) Voting access and registration.
(19) Adult education and literacy.
(20) Another key field-initiated focus area.

(b) Conducting community needs and asset mapping to identify existing programs and initiatives that can be leveraged, and new programs and initiatives that need to be developed and implemented, to advance systemic change.

(c) Establishing cross-agency partnerships, or community-based partnerships with local nonprofit organizations, businesses, philanthropic organizations, or others, to meet family well-being needs.

(d) Identifying, documenting, and disseminating policies, strategies, and best practices on effective approaches to creating systemic change through cross-agency or community-based coordination and engagement.

(e) Expanding or improving parent and family engagement.

*Types of Priorities:*

When inviting applications for a competition using one or more priorities, we designate the type of each priority as absolute, competitive preference, or invitational through a notice in the **Federal Register**. The effect of each type of priority follows:

*Absolute priority:* Under an absolute priority, we consider only applications that meet the priority (34 CFR 75.105(c)(3)).

*Competitive preference priority:* Under a competitive preference priority, we give competitive preference to an application by (1) awarding additional points, depending on the extent to which the application meets the priority (34 CFR 75.105(c)(2)(i)); or (2) selecting an application that meets the priority over an application of comparable merit that does not meet the priority (34 CFR 75.105(c)(2)(ii)).

*Invitational priority:* Under an invitational priority we are particularly interested in applications that meet the priority. However, we do not give an application that meets the priority a preference over other applications (34 CFR 75.105(c)(1)).

**Final Definitions**

The Secretary establishes the following definitions for use in any Department discretionary grant program in which the final priorities are used. In any discretionary grant program competition in which the definition of "underserved students" is used, the Secretary may use the entire definition or one or more of the subparts of the definition that are most relevant for the grant program competition.

*Children or students with disabilities* means children with disabilities as defined in section 602(3) of the Individuals with Disabilities Education Act (IDEA) (20 U.S.C. 1401(3)) and 34 CFR 300.8, or students with disabilities, as defined in the Rehabilitation Act of 1973 (29 U.S.C. 705(37), 705(202) (B)).

*Community college* means "junior or community college" as defined in section 312(f) of the Higher Education Act of 1965, as amended (HEA).

*Competency-based education* (also called proficiency-based or mastery-based learning) means learning based on knowledge and skills that are transparent and measurable. Progression is based on demonstrated mastery of what students are expected to know (knowledge) and be able to do (skills), rather than seat time or age.

*Disconnected youth* means an individual, between the ages 14 and 24, who may be from a low-income background, experiences homelessness, is in foster care, is involved in the justice system, or is not working or not

AR000033

enrolled in (or at risk of dropping out of) an educational institution.

*Early learning* means any (a) State-licensed or State-regulated program or provider, regardless of setting or funding source, that provides early care and education for children from birth to kindergarten entry, including, but not limited to, any program operated by a child care center or in a family child care home; (b) program funded by the Federal Government or State or local educational agencies (including any IDEA-funded program); (c) Early Head Start and Head Start program; (d) non-relative child care provider who is not otherwise regulated by the State and who regularly cares for two or more unrelated children for a fee in a provider setting; and (e) other program that may deliver early learning and development services in a child's home, such as the Maternal, Infant, and Early Childhood Home Visiting Program; Early Head Start; and Part C of IDEA.

*Educator* means an individual who is an early learning educator, teacher, principal or other school leader, specialized instructional support personnel (*e.g.,* school psychologist, counselor, school social worker, early intervention service personnel), paraprofessional, or faculty.

*English learner* means an individual who is an English learner as defined in section 8101(20) of the Elementary and Secondary Education Act of 1965, as amended, or an individual who is an English language learner as defined in section 203(7) of the Workforce Innovation and Opportunity Act.

*Evidence-based* has the meaning ascribed to it in 34 CFR 77.1 or the ESEA, as applicable.

*High-quality assessments* mean diagnostic, formative, interim, or summative assessments that are valid and reliable for the purposes for which they are used and that provide relevant and timely information to help educators, parents or caregivers, and policymakers support students at the student, classroom, school, and system levels.

*Historically Black colleges and universities* means colleges and universities that meet the criteria set out in 34 CFR 608.2.

*Military- or veteran-connected student* means one or more of the following:

(a) A child participating in an early learning program, a student enrolled in preschool through grade 12, or a student enrolled in career and technical education or postsecondary education who has a parent or guardian who is a member of the uniformed services (as defined by 37 U.S.C. 101), in the Army, Navy, Air Force, Marine Corps, Coast Guard, Space Force, National Guard, Reserves, National Oceanic and Atmospheric Administration, or Public Health Service or is a veteran of the uniformed services with an honorable discharge (as defined by 38 U.S.C. 3311).

(b) A student who is a member of the uniformed services, a veteran of the uniformed services, or the spouse of a service member or veteran.

(c) A child participating in an early learning program, a student enrolled in preschool through grade 12, or a student enrolled in career and technical education or postsecondary education who has a parent or guardian who is a veteran of the uniformed services (as defined by 37 U.S.C. 101).

*Minority-serving institution* means an institution that is eligible to receive assistance under sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA.

*Tribal College or University* has the meaning ascribed to it in section 316(b)(3) of the HEA.

*Underserved student* means a student (which may include children in early learning environments, students in K–12 programs, students in postsecondary education or career and technical education, and adult learners, as appropriate) in one or more of the following subgroups:

(a) A student who is living in poverty or is served by schools with high concentrations of students living in poverty.

(b) A student of color.

(c) A student who is a member of a federally recognized Indian Tribe.

(d) An English learner.

(e) A child or student with a disability.

(f) A disconnected youth.

(g) A technologically unconnected youth.

(h) A migrant student.

(i) A student experiencing homelessness or housing insecurity.

(j) A lesbian, gay, bisexual, transgender, queer or questioning, or intersex (LGBTQI+) student.

(k) A student who is in foster care.

(l) A student without documentation of immigration status.

(m) A pregnant, parenting, or caregiving student.

(n) A student impacted by the justice system, including a formerly incarcerated student.

(o) A student who is the first in their family to attend postsecondary education.

(p) A student enrolling in or seeking to enroll in postsecondary education for the first time at the age of 20 or older.

(q) A student who is working full-time while enrolled in postsecondary education.

(r) A student who is enrolled in or is seeking to enroll in postsecondary education who is eligible for a Pell Grant.

(s) An adult student in need of improving their basic skills or an adult student with limited English proficiency.

(t) A student performing significantly below grade level.

(u) A military- or veteran- connected student.

*Universal design for learning* has the meaning ascribed it in section 103(24) of the HEA.

**Executive Orders 12866 and 13563**

*Regulatory Impact Analysis*

Under Executive Order 12866, the Office of Management and Budget (OMB) must determine whether this regulatory action is "significant" and, therefore, subject to the requirements of the Executive order and subject to review by OMB. Section 3(f) of Executive Order 12866 defines a "significant regulatory action" as an action likely to result in a rule that may—

(1) Have an annual effect on the economy of $100 million or more, or adversely affect a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or State, local, or Tribal governments or communities in a material way (also referred to as an "economically significant" rule);

(2) Create serious inconsistency or otherwise interfere with an action taken or planned by another agency;

(3) Materially alter the budgetary impacts of entitlement grants, user fees, or loan programs or the rights and obligations of recipients thereof; or

(4) Raise novel legal or policy issues arising out of legal mandates, the President's priorities, or the principles stated in the Executive order.

This final regulatory action is a significant regulatory action subject to review by OMB under section 3(f) of Executive Order 12866.

We have also reviewed this proposed regulatory action under Executive Order 13563, which supplements and explicitly reaffirms the principles, structures, and definitions governing regulatory review established in Executive Order 12866. To the extent permitted by law, Executive Order 13563 requires that an agency—

(1) Propose or adopt regulations only on a reasoned determination that their benefits justify their costs (recognizing

that some benefits and costs are difficult to quantify);

(2) Tailor its regulations to impose the least burden on society, consistent with obtaining regulatory objectives and taking into account—among other things and to the extent practicable—the costs of cumulative regulations;

(3) In choosing among alternative regulatory approaches, select those approaches that maximize net benefits (including potential economic, environmental, public health and safety, and other advantages; distributive impacts; and equity);

(4) To the extent feasible, specify performance objectives, rather than the behavior or manner of compliance a regulated entity must adopt; and

(5) Identify and assess available alternatives to direct regulation, including economic incentives—such as user fees or marketable permits—to encourage the desired behavior, or provide information that enables the public to make choices.

Executive Order 13563 also requires an agency "to use the best available techniques to quantify anticipated present and future benefits and costs as accurately as possible." The Office of Information and Regulatory Affairs of OMB has emphasized that these techniques may include "identifying changing future compliance costs that might result from technological innovation or anticipated behavioral changes."

We are issuing these final priorities and definitions only on a reasoned determination that their benefits would justify their costs. In choosing among alternative regulatory approaches, we selected those approaches that would maximize net benefits. Based on an analysis of anticipated costs and benefits, we believe that these final priorities and definitions are consistent with the principles in Executive Order 13563.

We also have determined that this regulatory action does not unduly interfere with State, local, and Tribal governments in the exercise of their governmental functions.

In accordance with these Executive orders, the Department has assessed the potential costs and benefits, both quantitative and qualitative, of this regulatory action. The potential costs are those resulting from statutory requirements and those we have determined as necessary for administering the Department's programs and activities.

**Potential Costs and Benefits**

The final priorities and definitions will impose minimal costs on entities that receive assistance through the Department's discretionary grant programs. Additionally, the benefits of implementing the final priorities and definitions outweigh any associated costs because it will result in the Department's discretionary grant programs encouraging the submission of a greater number of high-quality applications and supporting activities that reflect the Administration's educational priorities.

Application submission and participation in a discretionary grant program are voluntary. The Secretary believes that the costs imposed on applicants by the final priorities and definitions will be limited to paperwork burden related to preparing an application for a discretionary grant program that is using a priority in its competition. Because the costs of carrying out activities will be paid for with program funds, the costs of implementation will not be a burden for any eligible applicants, including small entities.

**Regulatory Flexibility Act Certification**

The Secretary certifies that this final regulatory action will not have a significant economic impact on a substantial number of small entities. The U.S. Small Business Administration Size Standards define proprietary institutions as small businesses if they are independently owned and operated, are not dominant in their field of operation, and have total annual revenue below $7,000,000. Nonprofit institutions are defined as small entities if they are independently owned and operated and not dominant in their field of operation. Public institutions are defined as small organizations if they are operated by a government overseeing a population below 50,000.

The small entities that this final regulatory action will affect are early learning providers, school districts, institutions of higher education, nonprofit organizations, and for-profit organizations. Of the impacts we estimate accruing to grantees or eligible entities, all are voluntary and related mostly to an increase in the number of applications prepared and submitted annually for competitive grant competitions. Therefore, we do not believe that the final priorities and definitions will significantly impact small entities beyond the potential for increasing the likelihood of their applying for, and receiving, competitive grants from the Department.

**Paperwork Reduction Act**

The final priorities and definitions do not contain any information collection requirements.

*Intergovernmental Review:* This program is subject to Executive Order 12372 and the regulations in 34 CFR part 79. One of the objectives of the Executive order is to foster an intergovernmental partnership and a strengthened federalism. The Executive order relies on processes developed by State and local governments for coordination and review of proposed Federal financial assistance.

This document provides early notification of our specific plans and actions for this program.

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, or compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov*. At this site you can view this document, as well as all other documents of the Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF, you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov*. Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

Miguel A. Cardona,
*Secretary of Education.*

[FR Doc. 2021–26615 Filed 12–9–21; 8:45 am]

**BILLING CODE 4000–01–P**

4. *Reporting:* (a) If you apply for a grant under this competition, you must ensure that you have in place the necessary processes and systems to comply with the reporting requirements in 2 CFR part 170 should you receive funding under this competition. This does not apply if you have an exception under 2 CFR 170.110(b).

(b) At the end of your project period, you must submit a final performance report, including financial information, as directed by the Secretary. If you receive a multiyear award, you must submit an annual performance report that provides the most current performance and financial expenditure information as directed by the Secretary under 34 CFR 75.118. The Secretary may also require more frequent performance reports under 34 CFR 75.720(c). For specific requirements on reporting, please go to *www.ed.gov/ fund/grant/apply/appforms/ appforms.html.*

(c) Under 34 CFR 75.250(b), the Secretary may provide a grantee with additional funding for data collection analysis and reporting. In this case the Secretary establishes a data collection period.

5. *Performance Measures:* For the purpose of Department reporting under 34 CFR 75.110, we have established the following performance measures for the School-Based Mental Health Services Grant Program:

(a) The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant.

(b) The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.

(c) The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio.

(d) The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant.

(e) The total number of students who received school-based mental health services as a result of the grant.

(f) For grantees that addressed competitive preference priority 2, the number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.

These measures constitute the Department's indicators of success for

this program. Consequently, we advise an applicant for a grant under this program to give careful consideration to these measures in conceptualizing the approach for its proposed project plan. Each grantee will be required to provide, in its annual performance and final reports, data about its progress in meeting these measures. These data will be considered by the Department in making potential continuation awards.

Consistent with 34 CFR 75.591, grantees funded under this program must meet the requirements of any evaluation of the program conducted by the Department or an evaluator selected by the Department.

*Performance measure targets:* The applicant must propose annual targets for the measures listed above in their application. Applicants must also provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) An explanation of how each proposed performance target is ambitious (as defined in this notice) yet achievable compared to the baseline (as defined in this notice) for the performance measure.

(2) An explanation of the data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and

(3) An explanation of the applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

*Note:* If the applicant does not have experience with collection and reporting of performance data through other projects or research, the applicant should provide other evidence of capacity to successfully carry out data collection and reporting for its proposed project.

The reviewers of each application will score related selection criteria on the basis of how well an applicant has considered these measures in conceptualizing the approach and evaluation of the project.

All grantees must submit an annual performance report and final performance report with information that is responsive to these performance measures.

6. *Continuation Awards:* In making a continuation award under 34 CFR 75.253, the Secretary considers, among other things, whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; and,

if the Secretary has established performance measurement requirements, the performance targets in the grantee's approved application.

In making a continuation award, the Secretary also considers whether the grantee is operating in compliance with the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

**VII. Other Information**

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document and a copy of the application package in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, Braille, large print, audiotape, compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**James F. Lane,**

*Senior Advisor, Office of the Secretary, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary for the Office Elementary and Secondary Education.*

[FR Doc. 2022–21631 Filed 10–3–22; 8:45 am]

**BILLING CODE 4000–01–P**

---

**DEPARTMENT OF EDUCATION**

**Applications for New Awards; Mental Health Service Professional Demonstration Grant Program**

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Notices    **60145**

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2022 for the Mental Health Service Professional (MHSP) Demonstration Grant Program, Assistance Listing Number 84.184x. OMB has approved the information collection related to this notice.

**DATES:**

*Applications Available:* October 4, 2022.

*Deadline for Transmittal of Applications:* November 3, 2022.

*Pre-Application Webinar Information:* The Department will hold pre-application meetings via webinar for prospective applicants on October 12th and 19th, 2022, at 3:00 p.m. Eastern Time.

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 27, 2021 (86 FR 73264) and available at *www.federalregister.gov/d/2021-27979.* Please note that these Common Instructions supersede the version published on February 13, 2019, and, in part, describe the transition from the requirement to register in *SAM.gov* a Data Universal Numbering System (DUNS) number to the implementation of the Unique Entity Identifier (UEI). More information on the phase-out of DUNS numbers is available at *https:// www2.ed.gov/about/offices/list/ofo/ docs/unique-entity-identifier-transition-fact-sheet.pdf.*

**FOR FURTHER INFORMATION CONTACT:** Tawanda Avery, U.S. Department of Education, 400 Maryland Avenue SW, Room 3E244, Washington, DC 20202–6450. Telephone: (202) 987–1782 Email: *Mental.Health@ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

**Full Text of Announcement**

**I. Funding Opportunity Description**

*Purpose of Program:* The MHSP Program provides competitive grants to support and demonstrate innovative partnerships to train school-based mental health services providers (as defined in section 4102 of the Elementary and Secondary Education Act of 1965, as amended (ESEA)) (services providers) for employment in schools and local educational agencies (LEAs). The goal of this program is to

increase the number and diversity of high-quality, trained providers available to address the shortages of mental health service professionals in schools served by high-need LEAs (as defined in this notice). The partnerships must include (1) one or more high-need LEAs or a State educational agency (SEA) on behalf of one or more high-need LEAs and (2) one or more eligible institutions of higher education (eligible IHE) (as defined in this notice).

Partnerships must provide opportunities to place postsecondary education graduate students in school-based mental health fields into high-need schools (as defined in this notice) served by the participating high-need LEAs to complete required field work, credit hours, internships, or related training, as applicable, for the degree or credential program of each student. In addition to the placement of graduate students, grantees may also develop mental health career pathways as early as secondary school, through career and technical education opportunities, or through paraprofessional support degree programs at local community or technical colleges.

*Background:* Like good physical health, positive mental health promotes success in life. As defined by the Centers for Disease Control and Prevention (CDC), "Mental health includes our emotional, psychological, and social well-being. It affects how we think, feel, and act. It also helps determine how we handle stress, relate to others, and make healthy choices. Mental health is important at every stage of life, from childhood and adolescence through adulthood." [1]

Support for the mental health of children and youth advances educational opportunities by creating conditions for students to fully engage in learning. The increases in mental health needs, including those resulting from traumatic events such as the Novel Coronavirus 2019 (COVID–19) pandemic, community violence, and adverse childhood experiences present challenges for children and youth that for many impact their overall emotional, psychological, and social well-being and their ability to fully engage in learning. The disruptions to routines, relationships, and the learning environment have led to increased stress and trauma, social isolation, and anxiety that can have both immediate and long-term adverse impacts on the physical, social, emotional, and

academic well-being of children and youth.

In response to these challenges, the FY 2022 Appropriations Act and the Bipartisan Safer Communities Act appropriated a dramatic increase in funds for the MHSP program. The final MHSP priorities, requirements, and definitions used in this notice inviting applications aim to address student mental health needs by increasing the number of school-based mental health services providers in high-need LEAs, increasing the number of services providers from diverse backgrounds or from the communities they serve, and ensuring that all services providers are trained in inclusive practices, including ensuring access to services for children and youth who are English learners.

In developing applications that meet the absolute priority, we encourage applicants to consider the needs of individuals from diverse backgrounds and utilize the program's broad allowability to use funds to provide support services that will have a meaningful impact on diversifying the school-based mental health services workforce. For example, projects may pay for participants' tuition, provide a modest salary for internships, cover the cost of transportation to and from the high-need school where the participant is placed, pay for child care while the participant is working at the high-need school, and pay for administrative expenses, such as background check fees that are necessary for placement in a participating school. Such uses of funds may be especially critical in supporting individuals from low-income backgrounds who are pursuing careers as school-based mental health services providers.

*Priorities:* This competition has one absolute priority and three competitive preference priorities. These priorities are from the notice of final priorities, requirements, and definitions for the MHSP Program published elsewhere in this issue of the **Federal Register**.

*Absolute Priority:* For FY 2022, and any subsequent year in which we make awards from the list of unfunded applications from this competition, this priority is an absolute priority. Under 34 CFR 75.105(c)(3), we consider only applications that meet this priority.

This priority is:

*Expand Capacity of High-need LEAs.* Projects that propose to expand the capacity of high-need LEAs in partnership with eligible IHEs to train school-based mental health services providers (as defined in this notice), with the goal of expanding the number of these professionals available to address the shortages of school-based

---

[1] Centers for Disease Control and Prevention. *www.cdc.gov/mentalhealth/learn/index.htm.* Accessed on September 17, 2022.

AR000037

mental health services providers in high-need schools.

To meet this priority, the applicant must propose a school-based mental health partnership (as defined in this notice) to place the IHE's graduate students in school-based mental health services fields into high-need schools served by the participating high-need LEAs for the purpose of completing required field work, credit hours, internships, or related training necessary to complete their degree or obtain a credential as a school-based mental health services provider.

*Competitive Preference Priorities:* For FY 2022, and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are competitive preference priorities. Under 34 CFR 75.105(c)(2)(i), we award up to an additional 5 points for Competitive Preference Priority 1 depending on how well the application meets the priority. We award up to an additional 5 points for Competitive Preference Priority 2, depending on how well the application meets the priority. We award an additional 2 points to an application that meets Competitive Preference Priority 3. The total number of competitive preference points an applicant may receive is 12.

An applicant must clearly identify in the project abstract and the project narrative section of its application the competitive preference priority or priorities it wishes the Department to consider for purposes of earning competitive preference priority points.

These priorities are:
*Competitive Preference Priority 1—Increase the Number of Qualified School-Based Mental Health Services Providers in High-Need LEAs Who Are From Diverse Backgrounds or From Communities Served by the High-Need LEAs.* (Up to 5 points)

Projects that propose to increase the number of qualified school-based mental health services providers in high-need LEAs who are from diverse backgrounds (*i.e.,* backgrounds that reflect the communities, identities, races, ethnicities, abilities, and cultures of the students in the high-need LEA, including underserved students) or who are from communities served by the high-need LEAs.[2]

Applicants must describe how their proposal to increase the number of school-based mental health services providers who are from diverse

backgrounds or who are from the communities served by the high-need LEA will help increase access to mental health services for students within the high-need LEA and best meet the mental health needs of the diverse populations of students to be served.

*Competitive Preference Priority 2–Promote Inclusive Practices.* (Up to 5 points)

Projects that propose to provide evidence-based (as defined in section 8101 of the ESEA) pedagogical practices in mental health services provider preparation programs or professional development programs that are inclusive with regard to race, ethnicity, culture, language, disability, and for students who identify as LGBTQI+, and that prepare school-based mental health services providers to create culturally and linguistically inclusive and identity-safe[3] environments for students when providing services.

Applicants must describe how their proposal to provide evidence-based pedagogical practices in mental health services provider preparation programs or professional development programs will prepare school-based mental health services providers to provide inclusive practices and to create culturally and linguistically inclusive and identity-safe environments for students when providing services.

*Competitive Preference Priority 3—Partnerships with HBCUs, TCUs, or other MSIs.* (0 or 2 points)

Applicants that propose to implement their projects by or in partnership with one or more of the following entities:

(1) Historically Black Colleges and Universities (HBCUs) (as defined in 34 CFR 608.2).

(2) Tribal Colleges and Universities (TCUs) (as defined in section 316(b)(3) of the HEA).

(3) Minority-Serving Institutions (MSIs) (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA).

*Note:* Only institutions that the Department determined to be eligible through the FY 2022 process for eligible MSI designation, or which were granted a waiver under the process, may be considered eligible for this competitive preference priority.

*Requirements:* These application requirements are from the notice of final priorities, requirements, and definitions for this program published elsewhere in

this issue of the **Federal Register**. We are establishing these application and program requirements for the FY 2022 grant competition and any subsequent year in which we make awards from the list of unfunded applications from this competition. These requirements are:

*Program Requirement:* Eligible applicants for this program are high-need LEAs, SEAs on behalf of one or more high-need LEAs, and IHEs. High-need LEA applicants and SEA applicants on behalf of one or more high-need LEAs must propose to work in partnership with an eligible institution of higher education (eligible IHE), which may include institutions that serve diverse learners such as an HBCU (as defined in 34 CFR 608.2), TCU (as defined in section 316(b)(3) of the HEA), or other MSI (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA). Eligible IHE applicants must propose to work in partnership with one or more high-need LEAs or an SEA.

*Application Requirements:* An applicant must include the following in its application:

(a) *Identification of schools to be served by the proposed project.*

Applicants must identify or describe how they will identify the high-need schools to be served in each high-need LEA that is part of the school-based mental health partnership.

(b) *A description of the nature and magnitude of the problem.*

Applicants must describe how the lack of school-based mental health services providers is specifically affecting students in the high-need schools to be served by project activities. Applicants must describe the nature of the problem for the LEA, based on, but not limited to, the most recent available ratios of school-based mental health services providers to students enrolled in the schools in each high-need LEA that is part of the school-based mental health partnership (in the aggregate and disaggregated by profession (*e.g.,* school social workers, school psychologists, and school counselors)). The description may also include LEA and school-level demographic data, including chronic absenteeism and discipline data, school climate surveys, school violence/crime data, data related to suicide rates, and descriptions of barriers to hiring and retaining services providers in the LEA.

(c) *A plan to enhance LEA capacity to provide mental health services to students.*

Applicants must describe the specific activities they will conduct to expand and improve LEA capacity to provide

---

[2] All strategies to increase the diversity of providers must comply with applicable Federal civil rights laws, including Title VI of the Civil Rights Act of 1964.

[3] An identity-safe environment is a place where every student feels physically and emotionally safe. Perceptions of safety often differ across different groups of students, and each intervention and support measure should be designed to ensure the safety and belonging of all students.

AR000038

**Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Notices     60147

mental health services to students in high-need LEAs and ensure that students receive appropriate, evidence-based (as defined in section 8101 of the ESEA), and culturally and linguistically inclusive mental health services. To meet this requirement, the applicant must propose a school-based mental health partnership established for the purpose of placing the IHE's graduate students in school-based mental health fields into high-need schools served by the participating high-need LEAs to complete required field work, credit hours, internships, or related training as applicable for the degree or credential program of each student. If the applicant intends to establish a program that directly benefits an individual graduate student, such as through a stipend or tuition credit, the applicant must describe its approach to implementing a service obligation for such graduate student as a school-based mental health services provider in a high-need LEA commensurate with the level of support the graduate student receives.

(d) *A memorandum of understanding (MOU), a memorandum of agreement (MOA), or letter of agreement between the LEA or SEA, and the IHE.*

Applicants must include with their application an MOU, MOA, or letter of agreement that is signed by the authorized representatives of the LEA or SEA, and the IHE. The MOU, MOA, or letter of agreement must provide details regarding the roles and responsibilities of each entity in the partnership, and include a description of how the partnership will place graduate students into high-need schools served by the participating high-need LEAs to complete required field work, credit hours, internships, or related training necessary to complete their degree or obtain a credential as a school-based mental health services provider. Additionally, SEA and LEA applicants must describe in the MOU, MOA, or letter of agreement how leaders across all levels of the project will be engaged in the implementation and evaluation of the project. The MOU, MOA, or letter of agreement must also include the estimated number of mental health services providers that will be placed into employment in high-need schools and high-need LEAs on an annual basis.

(e) *A plan for collaboration and coordination with related Federal, State, and local initiatives.*

Applicants must propose a plan that describes one or more of the following:

(1) How they will collaborate with at least one national, State, or local professional organization (to include a regional professional organization, if appropriate), such as a school social

worker association, school psychologist association, or school counselor association;

(2) The activities to be carried out in coordination with the national, State, or local mental health, public health, child welfare, and other community agencies, which may include school-based health centers, to achieve the plan goals and objectives of establishing a pipeline program to train and expand the capacity of school-based mental health services providers in high-need LEAs;

(3) How they will leverage other available Federal, State, and local resources to achieve project goals and objectives and sustain investments beyond the budget period. Applicants must identify these other available resources and describe how they will be used to promote success across programs; and

(4) How they will use the MHSP funds to expand and enhance existing efforts or put in place new measures to increase the number of qualified school-based mental health services providers to be employed by eligible schools and LEAs qualified to provide school-based mental health services.

Evidence of collaboration and coordination described in paragraphs (e)(1) and (2) must be provided through letters of support or MOAs/MOUs from State or local organizations or agencies, where applicable.

(f) *A description of the process to identify students for mental health services.*

Applicants must describe the specific process and activities they will use to ensure students in high-need LEAs who need school-based mental health services are properly identified, assessed, and provided the appropriate school-based mental health services by qualified personnel in consultation with educators, including school leaders, and parents and families, as appropriate. To meet this requirement, applicants must also describe how they will ensure that services are evidence-based and inclusive with regard to race, ethnicity, culture, language, disability, homelessness, and for students who identify as LGBTQI+, and are accessible to all. Further, applicants must describe how LEAs will engage parents and families for the purposes of raising awareness about the availability of services and connecting students to services.

*Definitions:* The definitions of "eligible institution of higher education," "high-need LEA," "high-need school," "school-based mental health partnership," and "students/children from low-income backgrounds," are from the notice of

priorities, requirements, and definitions for this program published elsewhere in this issue of the **Federal Register**. The definitions of "local educational agency" (20 U.S.C. 7801(30)), "State educational agency" (20 U.S.C. 7801(49)), and "school-based mental health services provider" (20 U.S.C. 7112(6)) are from the Elementary and Secondary Education Act of 1965, as amended (ESEA). The definition of "institution of higher education" (20 U.S.C. 1001), "Minority Serving Institution," and "Tribal Colleges and Universities" are from the Higher Education Act of 1965, as amended. The definition of "Historically Black Colleges and Universities" is from 34 CFR 608.2. The definitions of "ambitious," "baseline," "logic model," "project component," and "relevant outcome" are from 34 CFR 77.1. These definitions apply to the FY 2022 MHSP Program competition and any subsequent year in which we make awards from the list of unfunded applications from this competition.

These definitions are:

*Ambitious* means promoting continued meaningful improvement for program participants or for other individuals or entities affected by the grant, or representing a significant advancement in the field of education research, practices, or methodologies. When used to describe a performance target, whether a performance target is ambitious depends upon the context of the relevant performance measure and the baseline for that measure.

*Baseline* means the starting point from which performance is measured and targets are set.

*Eligible institution of higher education* means an institution of higher education that offers a program of study that leads to a master's degree or other graduate degree—

(a) In school psychology that prepares students in such program for a State credential as a school psychologist;

(b) In school counseling that prepares students in such program for a State credential in school counseling;

(c) In school social work that prepares students in such program for a State credential in school social work;

(d) In another school-based mental health field that prepares students in such program for a State credential to deliver school-based mental health services; or

(e) In any combination of study described in paragraphs (a) through (d).

*High-need local educational agency (LEA)* means an LEA—

(a)(1) For which at least 20 percent of the children served by the agency are children from low-income backgrounds;

AR000039

(2) That serves at least 10,000 children from low-income backgrounds;

(3) That meets the eligibility requirements for funding under the Small, Rural School Achievement (SRSA) program under section 5211(b) of the ESEA; or

(4) That meets the eligibility requirements for funding under the Rural and Low-Income School (RLIS) program under section 5221(b) of the ESEA; and—

(b) For which there is a high student to qualified mental health services provider ratio as compared to other LEAs statewide or nationally.

*High-need school* means a school that, based on the most recent data available, meets at least one of the following:

(a) The school is in the highest quartile of all schools served by an LEA ranked in descending order by percentage of students from low-income backgrounds enrolled in such schools, as determined by the LEA based on one of the following measures of poverty:

(1) The percentage of students aged 5 through 17 in poverty counted in the most recent census data approved by the Secretary.

(2) The percentage of students eligible for a free or reduced-price school lunch under the Richard B. Russell National School Lunch Act based on the most recently available data.

(3) The percentage of students in families receiving assistance under the State program funded under part A of title IV of the Social Security Act.

(4) The percentage of students eligible to receive medical assistance under the Medicaid program.

(5) A composite of two or more of the measures described in paragraphs (a)(1) through (4).

(b) In the case of—

(1) An elementary school, the school serves students not less than 60 percent of whom are eligible for a free or reduced-price school lunch under the Richard B. Russell National School Lunch Act based on the most recently available data; or

(2) Any other school that is not an elementary school, the other school serves students not less than 45 percent of whom are eligible for a free or reduced-price school lunch under the Richard B. Russell National School Lunch Act based on the most recently available data.

*Institution of higher education* has the meaning given to such term in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001).

*Local educational agency* means a public board of education or other public authority legally constituted within a State for either administrative control or direction of, or to perform a service function for, public elementary schools or secondary schools in a city, county, township, school district, or other political subdivision of a State, or of or for a combination of school districts or counties that is recognized in a State as an administrative agency for its public elementary schools or secondary schools.

(b) The term includes any other public institution or agency having administrative control or direction of a public elementary school or secondary school.

(c) The term includes an elementary school or secondary school funded by the Bureau of Indian Education but only to the extent that including the school makes the school eligible for programs for which specific eligibility is not provided to the school in another provision of law and the school does not have a student population that is smaller than the student population of the local educational agency receiving assistance under this Act with the smallest student population, except that the school shall not be subject to the jurisdiction of any State educational agency other than the Bureau of Indian Education.

(d) The term includes educational service agencies and consortia of those agencies.

(e) The term includes the State educational agency in a State in which the State educational agency is the sole educational agency for all public schools.

*Logic model* (also referred to as a theory of action) means a framework that identifies key project components of the proposed project (*i.e.*, the active "ingredients" that are hypothesized to be critical to achieving the relevant outcomes) and describes the theoretical and operational relationships among the key project components and relevant outcomes.

*Project component* means an activity, strategy, intervention, process, product, practice, or policy included in a project. Evidence may pertain to an individual project component or to a combination of project components (*e.g.*, training teachers on instructional practices for English learners and follow-on coaching for these teachers).

*Relevant outcome* means the student outcome(s) or other outcome(s) the key project component is designed to improve, consistent with the specific goals of the program.

*School-based mental health partnership* means the formal relationship, established for the purpose of training school-based mental health services providers for employment in schools and LEAs, between—

(a) One or more high-need LEAs or an SEA on behalf of one or more high-need LEAs; and

(b) One or more eligible IHEs, including HBCUs (as defined in 34 CFR 608.2), MSIs (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA), and TCUs (as defined in section 316(b)(3) of the HEA).

*School-based mental health services provider* means a State-licensed or State-certified school counselor, school psychologist, school social worker, or other State licensed or certified mental health professional qualified under State law to provide mental health services to children and adolescents.

*Students/children from low-income backgrounds* means students whose families meet any of the poverty thresholds established in section 1113 of the ESEA for the relevant grade level.

*State educational agency* means the agency primarily responsible for the State supervision of public elementary schools and secondary schools.

*Program Authority:* Section 4631(a)(1)(B) of the ESEA (20 U.S.C. 7281).

*Note:* Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

*Applicable Regulations:* (a) The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 81, 82, 84, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474. (d) The notice of final priorities, requirements, and definitions for this program published elsewhere in this issue of the **Federal Register**.

## II. Award Information

*Type of Award:* Discretionary grants.

*Estimated Available Funds:* $143,000,000.

Contingent upon the availability of funds and the quality of applications, we may make additional awards in subsequent years from the list of unfunded applications from this competition.

*Estimated Range of Awards:* $400,000 to $1,200,000.

*Estimated Average Size of Awards:* $800,000.

*Estimated Number of Awards:* 150–250.

*Note:* The Department is not bound by any estimates in this notice.

*Project Period:* Up to 60 months.

### III. Eligibility Information

1. *Eligible Applicants:* High-need LEAs, SEAs on behalf of one or more high-need LEAs, and IHEs. High-need LEA applicants and SEA applicants on behalf of one or more high-need LEAs must propose to work in partnership with an eligible institution of higher education (eligible IHE). Eligible IHE applicants must propose to work in partnership with one or more high-need LEAs or an SEA.

2.a. *Cost Sharing or Matching:* This competition does not require cost sharing or matching.

b. *Indirect Cost Rate Information:* This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see *www2.ed.gov/about/offices/list/ocfo/intro.html.*

c. *Administrative Cost Limitation:* This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Uniform Guidance.

3. *Subgrantees:* A grantee under this competition may not award subgrants to entities to directly carry out project activities described in its application.

4. *Limitation on Awards:* a. The Department will make only one award that serves any individual LEA.

b. The Department will only make an award to LEAs that are not current MHSP grantees.

c. To maximize the number of LEAs and schools that can benefit from program activities and geographic diversity, the number of awards per single entity will be limited to one per UEI number. If sufficient funds remain after funding all high-quality applications, the Department may consider funding more than one high quality application from a single entity so long as an entity's other applications propose separate projects.

### IV. Application and Submission Information

1. *Application Submission Instructions:* Applicants are required to follow the Common Instructions for

Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 27, 2021 (86 FR 73264), and available at *www.federalregister.gov/d/2021–27979,* which contain requirements and information on how to submit an application. Please note that these Common Instructions supersede the version published on February 13, 2019, and, in part, describe the transition from the requirement to register in SAM.gov a DUNS number to the implementation of the UEI. More information on the phase-out of DUNS numbers is available at *www2.ed.gov/about/offices/list/ocfo/intro.html.*

2. *Intergovernmental Review:* This competition is subject to Executive Order 12372 and the regulations in 34 CFR part 79. However, under 34 CFR 79.8(a), we waive intergovernmental review in order to make awards by December 31, 2022.

3. *Funding Restrictions:* We reference regulations outlining funding restrictions in the *Applicable Regulations* section of this notice. In addition, we remind applicants that sections 4001(a) and 4001(b) of the ESEA (20 U.S.C. 7101) apply to this program. Section 4001(a) requires entities receiving funds under Title IV of the ESEA to obtain prior, written, informed consent from the parent of each child who is under 18 years of age to participate in any mental-health assessment or service that is funded under Title IV of the ESEA and conducted in connection with an elementary or secondary school. Section 4001(b) prohibits the use of funds for medical services or drug treatment or rehabilitation, except for integrated student supports, specialized instructional support services, or referral to treatment for impacted students, which may include students who are victims of, or witnesses to, crime or who illegally use drugs. This prohibition does not preclude the use of funds to support mental health counseling and support services, including those provided by a mental health services provider outside of school, so long as such services are not medical.

4. *Recommended Page Limit:* The application narrative is where you, the applicant, address the selection criteria that reviewers use to evaluate your application. We recommend that you (1) limit the application narrative to no more than 25 pages and (2) use the following standards:

• A ''page'' is 8.5″ x 11″, on one side only, with 1″ margins at the top, bottom, and both sides.

• Double space (no more than three lines per vertical inch) all text in the application narrative, including titles, headings, footnotes, quotations, references, and captions, as well as all text in charts, tables, figures, and graphs.

• Use a font that is either 12 point or larger or no smaller than 10 pitch (characters per inch).

• Use one of the following fonts: Times New Roman, Courier, Courier New, or Arial.

The recommended page limit does not apply to the cover sheet; the budget section, including the narrative budget justification; the assurances and certifications; or the one-page abstract, the resumes, the bibliography, or the letters of support. However, the recommended page limit does apply to all of the application narrative.

### V. Application Review Information

1. *Selection Criteria:* The selection criteria for this program are from 34 CFR 75.210. The maximum score for all selection criteria is 100 points. The points assigned to each criterion are indicated in parentheses. Non-Federal peer reviewers will evaluate and score each application program narrative against the following selection criteria:

(a) *Need for the Project and Significance* (Up to 15 points)

(1) The Secretary considers the proposed need for the project. In determining the need for the proposed project, the Secretary considers the extent to which specific gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project, including the nature and magnitude of those gaps or weaknesses. (Up to 10 points)

(2) The Secretary considers the significance of the project. In determining the significance of the proposed project, the Secretary considers the extent to which the proposed project is likely to build local capacity to provide, improve, or expand services that address the needs of the target population. (Up to 5 points)

(c) *Quality of the project design* (Up to 25 points)

(1) The Secretary considers the quality of the design of the proposed project.

(2) In determining the quality of the design of the proposed project, the Secretary considers the following factors:

(i) The extent to which the design of the proposed project includes a thorough, high-quality review of the relevant literature, a high-quality plan for project implementation, and the use

AR000041

**60150**     **Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Notices

of appropriate methodological tools to ensure successful achievement of project objectives. (Up to 15 points)

(ii) The extent to which the proposed project represents an exceptional approach to the priority or priorities established for the competition. (Up to 5 points)

(iii) The extent to which the proposed project demonstrates a rationale (as defined in 34 CFR 77.1(c)). (Up to 5 points)

(d) *Quality of project services* (Up to 30 points)

(1) The Secretary considers the quality of the services to be provided by the proposed project.

(2) In determining the quality of the services to be provided by the proposed project, the Secretary considers the quality and sufficiency of strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 15 points)

(3) In addition, the Secretary considers the extent to which the training or professional development services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project. (Up to 15 points)

(e) *Management Plan and Adequacy of Resources* (Up to 20 points).

(1) The Secretary considers the management plan and the adequacy of resources for the proposed project.

(2) In determining the quality of the management plan and the adequacy of resources for the proposed project, the Secretary considers:

(i) The adequacy of mechanisms for ensuring high-quality products and services from the proposed project. (Up to 10 points)

(ii) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (Up to 10 points)

(f) *Quality of the project evaluation* (Up to 10 points)

(1) The Secretary considers the quality of the evaluation to be conducted of the proposed project.

(2) In determining the quality of the evaluation, the Secretary considers the following factors:

(i) The extent to which the methods of evaluation are thorough, feasible, and appropriate to the goals, objectives, and outcomes of the proposed project. (Up to 5 points)

(ii) The extent to which the methods of evaluation will provide performance feedback and permit periodic assessment of progress toward achieving intended outcomes. (Up to 5 points)

2. *Review and Selection Process:* We remind potential applicants that, in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217(d)(3), the past performance of the applicant in carrying out a previous award, such as the applicant's use of funds, achievement of project objectives, and compliance with grant conditions. The Secretary may also consider whether the applicant failed to submit a timely performance report or submitted a report of unacceptable quality.

In addition, in making a competitive grant award, the Secretary requires various assurances including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

3. *Risk Assessment and Specific Conditions:* Consistent with 2 CFR 200.206, before awarding grants under this program the Department conducts a review of the risks posed by applicants. Under 2 CFR 200.208, the Secretary may impose specific conditions and, under 2 CFR 3474.10, in appropriate circumstances, high-risk conditions on a grant if the applicant or grantee is not financially stable; has a history of unsatisfactory performance; has a financial or other management system that does not meet the standards in 2 CFR part 200, subpart D; has not fulfilled the conditions of a prior grant; or is otherwise not responsible.

4. *Integrity and Performance System:* If you are selected under this competition to receive an award that over the course of the project period may exceed the simplified acquisition threshold (currently $250,000), under 2 CFR 200.206(a)(2) we must make a judgment about your integrity, business ethics, and record of performance under Federal awards—that is, the risk posed by you as an applicant—before we make an award. In doing so, we must consider any information about you that is in the integrity and performance system (currently referred to as the Federal Awardee Performance and Integrity Information System (FAPIIS)), accessible through the System for Award Management. You may review and comment on any information about yourself that a Federal agency previously entered and that is currently in FAPIIS.

Please note that, if the total value of your currently active grants, cooperative agreements, and procurement contracts from the Federal Government exceeds $10,000,000, the reporting requirements in 2 CFR part 200, Appendix XII, require you to report certain integrity information to FAPIIS semiannually. Please review the requirements in 2 CFR part 200, Appendix XII, if this grant plus all the other Federal funds you receive exceed $10,000,000.

5. *In General:* In accordance with the Office of Management and Budget's guidance located at 2 CFR part 200, all applicable Federal laws, and relevant Executive guidance, the Department will review and consider applications for funding pursuant to this notice inviting applications in accordance with:

(a) Selecting recipients most likely to be successful in delivering results based on the program objectives through an objective process of evaluating Federal award applications (2 CFR 200.205);

(b) Prohibiting the purchase of certain telecommunication and video surveillance services or equipment in alignment with section 889 of the National Defense Authorization Act of 2019 (Pub. L. 115–232) (2 CFR 200.216);

(c) Providing a preference, to the extent permitted by law, to maximize use of goods, products, and materials produced in the United States (2 CFR 200.322); and

(d) Terminating agreements in whole or in part to the greatest extent authorized by law if an award no longer effectuates the program goals or agency priorities (2 CFR 200.340).

## VI. Award Administration Information

1. *Award Notices:* If your application is successful, we notify your U.S. Representative and U.S. Senators and send you a Grant Award Notification (GAN); or we may send you an email containing a link to access an electronic version of your GAN. We may notify you informally, also.

If your application is not evaluated or not selected for funding, we notify you.

2. *Administrative and National Policy Requirements:* We identify administrative and national policy requirements in the application package and reference these and other requirements in the *Applicable Regulations* section of this notice.

We reference the regulations outlining the terms and conditions of an award in the *Applicable Regulations* section of this notice and include these and other specific conditions in the GAN. The GAN also incorporates your approved application as part of your binding commitments under the grant.

3. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition,

**Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Notices

you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. When the deliverable consists of modifications to pre-existing works, the license extends only to those modifications that can be separately identified and only to the extent that open licensing is permitted under the terms of any licenses or other legal restrictions on the use of pre-existing works. Additionally, a grantee or subgrantee that is awarded competitive grant funds must have a plan to disseminate these public grant deliverables. This dissemination plan can be developed and submitted after your application has been reviewed and selected for funding. For additional information on the open licensing requirements please refer to 2 CFR 3474.20.

4. *Reporting:* (a) If you apply for a grant under this competition, you must ensure that you have in place the necessary processes and systems to comply with the reporting requirements in 2 CFR part 170 should you receive funding under the competition. This does not apply if you have an exception under 2 CFR 170.110(b).

(b) At the end of your project period, you must submit a final performance report, including financial information, as directed by the Secretary. If you receive a multiyear award, you must submit an annual performance report that provides the most current performance and financial expenditure information as directed by the Secretary under 34 CFR 75.118. The Secretary may also require more frequent performance reports under 34 CFR 75.720(c). For specific requirements on reporting, please go to *www.ed.gov/ fund/grant/apply/appforms/ appforms.html.*

(c) Under 34 CFR 75.250(b), the Secretary may provide a grantee with additional funding for data collection analysis and reporting. In this case the Secretary establishes a data collection period.

5. *Performance Measures:* The Department has established the following performance measures for Department reporting under 34 CFR 75.110 for the Mental Health Service Professional Demonstration Grant Program:

(a) The unduplicated, cumulative number of school-based mental health services providers trained by the grantee under the project to provide school-based mental health services in high-need LEAs.

(b) The unduplicated, cumulative number of school-based mental health services providers placed in a practicum

or internship by the grantee in high-need LEAs to provide school-based mental health services.

(c) The unduplicated, cumulative number of school-based mental health services providers hired by high-need LEAs to provide school-based mental health services.

(d) For grantees that addressed Competitive Preference Priority 1, the number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.

These measures constitute the Department's indicators of success for this program. Consequently, we advise an applicant for a grant under this program to give careful consideration to these measures in conceptualizing the approach and evaluation for its proposed project. Each grantee will be required to provide, in its annual performance and final reports, data about its progress in meeting these measures. This data will be considered by the Department in making potential continuation awards.

Consistent with 34 CFR 75.591, grantees funded under this program shall cooperate in any evaluation of the program conducted by the Department or an evaluator selected by the Department.

*Performance measure targets:* The applicant must propose annual targets for the measures listed above in their application. Applications must also provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) An explanation of how each proposed performance target is ambitious (as defined in this notice) yet achievable compared to the baseline (as defined in this notice) for the performance measure.

(2) An explanation of the data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and

(3) An explanation of the applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

*Note:* If the applicant does not have experience with the collection and reporting of performance data through other projects or research, the applicant should provide other evidence of capacity to successfully carry out data collection and reporting for its proposed project.

The reviewers of each application will score related selection criteria on the basis of how well an applicant has

considered these measures in conceptualizing the approach and evaluation of the project.

All grantees must submit an annual performance report and final performance report with information that is responsive to these performance measures.

6. *Continuation Awards:* In making a continuation award under 34 CFR 75.253, the Secretary considers, among other things, whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; and, if the Secretary has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application.

In making a continuation award, the Secretary also considers whether the grantee is operating in compliance with the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

## VII. Other Information

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, or compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit

your search to documents published by the Department.

**James F. Lane,**
*Senior Advisor, Office of the Secretary, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary for the Office Elementary and Secondary Education.*

[FR Doc. 2022–21632 Filed 10–3–22; 8:45 am]

**BILLING CODE 4000–01–P**

---

## DEPARTMENT OF ENERGY

### Federal Energy Regulatory Commission

[Project No. 1061–000]

### Pacific Gas and Electric Company; Notice of Authorization for Continued Project Operation

The license for the Phoenix Hydroelectric Project No. 1061 was issued for a period ending August 31, 2022.

Section 15(a)(1) of the FPA, 16 U.S.C. 808(a)(1), requires the Commission, at the expiration of a license term, to issue from year-to-year an annual license to the then licensee(s) under the terms and conditions of the prior license until a new license is issued, or the project is otherwise disposed of as provided in section 15 or any other applicable section of the FPA. If the project's prior license waived the applicability of section 15 of the FPA, then, based on section 9(b) of the Administrative Procedure Act, 5 U.S.C. 558(c), and as set forth at 18 CFR 16.21(a), if the licensee of such project has filed an application for a subsequent license, the licensee may continue to operate the project in accordance with the terms and conditions of the license after the minor or minor part license expires, until the Commission acts on its application. If the licensee of such a project has not filed an application for a subsequent license, then it may be required, pursuant to 18 CFR 16.21(b), to continue project operations until the Commission issues someone else a license for the project or otherwise orders disposition of the project.

If the project is subject to section 15 of the FPA, notice is hereby given that an annual license for Project No.1061 is issued to Pacific Gas and Electric Company for a period effective September 1, 2022 through August 31, 2023, or until the issuance of a new license for the project or other disposition under the FPA, whichever comes first. If issuance of a new license (or other disposition) does not take place on or before August 31, 2023,

notice is hereby given that, pursuant to 18 CFR 16.18(c), an annual license under section 15(a)(1) of the FPA is renewed automatically without further order or notice by the Commission, unless the Commission orders otherwise.

If the project is not subject to section 15 of the FPA, notice is hereby given that Pacific Gas and Electric Company is authorized to continue operation of the Phoenix Hydroelectric Project under the terms and conditions of the prior license until the issuance of a new license for the project or other disposition under the FPA, whichever comes first.

Dated: September 28, 2022.

**Kimberly D. Bose,**
*Secretary.*

[FR Doc. 2022–21475 Filed 10–3–22; 8:45 am]

**BILLING CODE 6717–01–P**

---

## DEPARTMENT OF ENERGY

### Federal Energy Regulatory Commission

[Docket No. CP22–513–000]

### Ohio River System LLC; Notice of Application and Establishing Intervention Deadline

Take notice that on August 26, 2022, Ohio River System LLC (ORS), 8111 Westchester Drive, Suite 600, Dallas, Texas 75225, filed a Notification Regarding Limited Term Certificate in Docket No. CP17–482–000. The Commission is treating this notification as an application for ORS to abandon that certificate (Certificate) pursuant to section 7(b) of the Natural Gas Act (NGA) and part 157 of the Commission's regulations, and hereby gives notice of this proposed abandonment. ORS' Certificate granted it authority to provide certain jurisdictional transportation service in Ohio for a term of four years, which expired on August 27, 2022. ORS states that its Certificate is no longer needed, and it does not intend to seek an extension of the Certificate beyond the initial term. ORS asserts that the sole remaining customer utilizing the jurisdictional transportation service on the ORS System has ceased service. No other potential customers have sought such jurisdictional service and ORS does not anticipate any such customers in the future. There is no ongoing jurisdictional transportation service and no customers or shippers will be affected by the abandonment of the certificate, as all more fully set forth in the request which is on file with the

Commission and open to public inspection.

In addition to publishing the full text of this document in the **Federal Register**, the Commission provides all interested persons an opportunity to view and/or print the contents of this document via the internet through the Commission's Home Page (*http://ferc.gov*) using the "eLibrary" link. Enter the docket number excluding the last three digits in the docket number field to access the document. At this time, the Commission has suspended access to the Commission's Public Reference Room, due to the proclamation declaring a National Emergency concerning the Novel Coronavirus Disease (COVID–19), issued by the President on March 13, 2020. For assistance, contact the Federal Energy Regulatory Commission at *FERCOnlineSupport@ferc.gov* or call toll-free, (886) 208–3676 or TYY, (202) 502–8659.

Any questions regarding this application should be directed to Daniel P. Archuleta, Troutman Pepper Hamilton Sanders, LLP, 401 9th Street NW, Suite 1000, Washington, DC 20004, by telephone at (202) 274–2926 or by email at *daniel.archuleta@troutman.com*.

Pursuant to section 157.9 of the Commission's Rules of Practice and Procedure,[1] within 90 days of this Notice the Commission staff will either: complete its environmental review and place it into the Commission's public record (eLibrary) for this proceeding; or issue a Notice of Schedule for Environmental Review. If a Notice of Schedule for Environmental Review is issued, it will indicate, among other milestones, the anticipated date for the Commission staff's issuance of the final environmental impact statement (FEIS) or environmental assessment (EA) for this proposal. The filing of an EA in the Commission's public record for this proceeding or the issuance of a Notice of Schedule for Environmental Review will serve to notify federal and state agencies of the timing for the completion of all necessary reviews, and the subsequent need to complete all federal authorizations within 90 days of the date of issuance of the Commission staff's FEIS or EA.

### Public Participation

There are two ways to become involved in the Commission's review of this project: you can file comments on the project, and you can file a motion to intervene in the proceeding. There is no fee or cost for filing comments or

---

[1] 18 CFR (Code of Federal Regulations) 157.9.

AR000044

## Regulatory Flexibility Act Certification

The Secretary certifies that this final regulatory action does not have a significant economic impact on a substantial number of small entities. The U.S. Small Business Administration Size Standards define proprietary institutions as small businesses if they are independently owned and operated, are not dominant in their field of operation, and have total annual revenue below $7,000,000. Nonprofit institutions are defined as small entities if they are independently owned and operated and not dominant in their field of operation. Public institutions are defined as small organizations if they are operated by a government overseeing a population below 50,000.

The small entities that this final regulatory action would affect are school districts and IHEs applying for and receiving funds under this program. The Secretary believes that the costs imposed on applicants by the final priorities, requirements, and definitions, would be limited to paperwork burden related to preparing an application and that the benefits of implementing these proposals would outweigh any costs incurred by applicants.

Participation in this program is voluntary. For this reason, the final priorities, requirements, and definitions would impose no burden on small entities in general. Eligible applicants would determine whether to apply for funds and have the opportunity to weigh the requirements for preparing applications, and any associated costs, against the likelihood of receiving funding and the requirements for implementing projects under the program. Eligible applicants most likely would apply only if they determine that the likely benefits exceed the costs of preparing an application. The likely benefits include the potential receipt of a grant as well as other benefits that may accrue to an entity through its development of an application, such as the use of that application to seek funding from other sources to address a shortage in mental health providers.

## Paperwork Reduction Act

The Paperwork Reduction Act of 1995 does not require you to respond to a collection of information unless it displays a valid OMB control number. We display the valid OMB control number assigned to the collection of information in this notice of final priorities, regulations, and definitions at the end of the affected sections of the requirements.

The final priorities, requirements, and definitions contain information collection requirements that are approved by OMB. The final priorities, requirements, and definitions do not affect the currently approved data collection. An FY 2022 competition would require applicants to complete and submit an application for Federal assistance using Department standard application forms. We estimate that for the FY 2022 MHSP competition and later competitions, each applicant will spend approximately 40 hours of staff time to address these priorities, requirements, and definitions. We estimate that we will receive approximately 500 applications for these funds. The total number of burden hours for all applicants to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the application is estimated to be 20,000 hours.

*Intergovernmental Review:* This program is subject to Executive Order 12372 and the regulations in 34 CFR part 79. One of the objectives of the Executive order is to foster an intergovernmental partnership and a strengthened federalism. The Executive order relies on processes developed by State and local governments for coordination and review of Federal financial assistance.

This document provides early notification of our specific plans and actions for this program.

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, or compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov*. At this site you can view this document, as well as all other documents of this Department published in the **Federal Register** in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov*. Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**James F. Lane,**

*Senior Advisor, Office of the Secretary, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary for the Office Elementary and Secondary Education.*

[FR Doc. 2022–21633 Filed 10–3–22; 8:45 am]

**BILLING CODE 4000–01–P**

## DEPARTMENT OF EDUCATION

### 34 CFR Chapter II

[Docket ID ED–2021–OESE–0122]

## Final Priorities, Requirements, and Definitions—School-Based Mental Health Services Grant Program

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Final priorities, requirements, and definitions.

**SUMMARY:** The Department of Education (Department) announces final priorities, requirements, and definitions under the School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number (ALN) 84.184H. We may use one or more of these priorities, requirements, and definitions for competitions in fiscal year (FY) 2022 and later years. These final priorities, requirements, and definitions are designed to direct funds to increase the number of credentialed school-based mental health services providers (as defined in 20 U.S.C. 7112(6)) in local educational agencies (LEAs) with demonstrated need (as defined in this document), in order to meet student mental health needs.

**DATES:** These priorities, requirements, and definitions are effective November 3, 2022.

**FOR FURTHER INFORMATION CONTACT:** Amy Banks, U.S. Department of Education, 400 Maryland Avenue SW, Room 3E357, Washington, DC 20202. Telephone: (202) 453–6704. Email: *OESE.School.Mental.Health@ed.gov*.

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

### Executive Summary

*Purpose of this Regulatory Action:* As defined by the Centers for Disease Control and Prevention (CDC), ''Mental health includes our emotional, psychological, and social well-being. It affects how we think, feel, and act. It

**AR000045**

also helps determine how we handle stress, relate to others, and make healthy choices. Mental health is important at every stage of life, from childhood and adolescence through adulthood.'' [1]

The Novel Coronavirus Disease 2019 (COVID–19) pandemic brought on challenges for children and youth that impacted their overall emotional, psychological, and social well-being and their ability to fully engage in learning. The disruptions in routines, relationships, and the learning environment have led to increased stress and trauma, social isolation, and anxiety.

These final priorities, requirements, and definitions are intended to support the provision of timely and necessary mental health supports to children and youth by (1) increasing the number of credentialed school-based mental health services providers in LEAs with demonstrated need through recruitment and retention-related incentives for school-based mental health services providers; (2) promoting the respecialization and certification of existing mental health services providers to qualify them for work in LEAs with demonstrated need; and (3) increasing the diversity, and cultural and linguistic competency, of school-based mental health services providers, including competency in providing identity-safe services. Summary of the Major Provisions of this Regulatory Action: Through this regulatory action, we establish four priorities, program and application requirements, and definitions.

*Costs and Benefits:* The final priorities, requirements, and definitions will impose minimal costs on entities that receive assistance through the SBMH program. Application submission and participation in this program are voluntary. The Secretary believes that the costs imposed on applicants by the final priorities are limited to paperwork burden related to preparing an application for an SBMH grant competition that uses one or more of the final priorities. Because the costs of carrying out program activities will be paid for with grant funds, the costs of implementation will not impose financial burdens on any eligible applicants, including small entities.

We believe that the benefits of this regulatory action outweigh any associated costs because it will result in the submission of a greater number of high-quality discretionary grant

¹ Centers for Disease Control and Prevention. *www.cdc.gov/mentalhealth/learn/index.htm.* Accessed on September 17, 2022.

applications likely to result in the achievement of program objectives.

*Purpose of Program:* The SBMH program provides competitive grants to State educational agencies (SEAs) (as defined in 20 U.S.C. 7801(49)), LEAs (as defined in 20 U.S.C. 7801(30)), and consortia of LEAs to increase the number of credentialed (as defined in this document) school-based mental health services providers providing mental health services to students in LEAs with demonstrated need.

*Program Authority:* 20 U.S.C. 7281.

We published a notice of proposed priorities, requirements, and definitions (NPP) in the **Federal Register** on August 2, 2022 (87 FR 47152). The NPP contained background information and our reasons for proposing the priorities, requirements, and definitions. As discussed in the Analysis of Comments and Changes section of this document, we made substantive changes to Priorities 1, 2 and 3. We made both substantive and editorial changes to the application requirements and definitions, and we made minor substantive changes to the Regulatory Impact Analysis (RIA).

*Public Comment:* In response to our invitation in the NPP, 17 parties submitted comments addressing the proposed priorities, as well as the requirements and definitions. We group major issues according to subject. Generally, we do not address technical and other minor changes or suggested changes that the law does not authorize us to make under the applicable statutory authority.

*Analysis of Comments and Changes:* An analysis of the comments and of any changes in the priorities, requirements, and definitions since publication of the NPP follows.

**General Comments**

*Comment:* Several commenters expressed general support for the SBMH program and priorities. One commenter also expressed support for the Department's efforts to expand and make mental health services more inclusive for children, while another commenter offered support for the commitment to building and expanding a diverse and culturally competent school-based mental-health services provider workplace.

*Discussion:* We appreciate the support for the program and for the specific emphasis on creating a more diverse services provider workforce and efforts to promote more inclusive practices within provider preparation programs.

*Changes:* None.

*Comment:* One commenter suggested revising the background section of the

NFP to include an explanation and data to describe the confluence of gun and other community violence, structural racism in the United States, and the COVID–19 pandemic to better substantiate specific aspects of the program.

*Discussion:* We thank the commenter for this suggestion. However, we do not include a background section in the NFP, nor is the background section considered part of the final priorities, requirements, and definitions. Therefore, we are not making any changes in response to this comment.

*Changes:* None.

*Comment:* One commenter suggested encouraging the strategy of using young adult peer support specialists to expand services related to mental health and substance use prevention, early intervention, treatment, and recovery support services.

*Discussion:* We appreciate this comment and agree with the need for substance use and misuse support services. To the extent young adult peer support specialists meet the definition of a school-based mental health services provider, these individuals could be available to provide the specified services to students under the SBMH program.

*Changes:* None.

*Priorities*

*Comment:* Several commenters expressed general support for the priorities. Some commenters suggested additional priorities. For example, one commenter suggested adding a priority related to incorporating trauma-informed care and learner-centered approaches to provider preparation programs. This same commenter also suggested adding a priority for projects that propose to partner with nonprofits with expertise in these same areas.

A second commenter recommended adding a priority or requirement to increase the capacity of school personnel, beyond school-based mental health services providers, to attend to mental health needs.

A third commenter suggested adding a priority or requirement to align systems of support by coordinating mental health services that are provided in and out of school.

A fourth commenter suggested incentivizing applicants to partner with Minority-Serving Institutions (MSIs), Hispanic-Serving Institutions (HSIs), or Historically Black Colleges and Universities (HBCUs)—particularly when the LEA serves high percentages of minority, Hispanic, or Black children and youth.

*Discussion:* We do not think it is necessary to add priorities that prescribe specific practices, such as trauma-informed care. We note that these practices are allowable under the program, and we believe that applicants should propose the recruitment, retention, and respecialization strategies that they believe will best accomplish the goals of their projects.

We also do not believe that a stand-alone priority requiring a partnership with a nonprofit is necessary given that community organizations referenced in application requirement (g) include nonprofits, making this type of partnership already permissible.

We agree with the importance of aligning systems of support by coordinating mental health services provided in and out of school. We believe paragraph (g) addresses collaboration of efforts within and outside of school (*e.g.,* collaboration with local and school-based health centers). Nevertheless, we made a small change to (g) to specifically reference "school-based" efforts whereby applicants must describe how they collaborate and coordinate.

We also agree with the importance of partnerships with MSIs (as defined in this notice), but do not agree that further incentives are required to promote such partnerships. However, we revised application requirement (g) to clarify that applicants may propose to collaborate and coordinate with HBCUs (as defined in this notice), MSIs (which include HSIs), and Tribal Colleges and Universities (TCUs) (as defined in this notice) to achieve plan goals and objectives.

*Changes:* We revised application requirement (g) to specifically reference school-based efforts and to reference HBCUs, MSIs, and TCUs as entities with which LEAs may collaborate and coordinate.

*Comment:* One commenter recommended revising Priority 2 to align with the definition of "retention." Specifically, the commenter suggests using the phrase "stay in their position" in both the priority and the definition to underscore that the goal is for services providers to remain in their position within a youth in order for children and youth to have ongoing access to the same services provider, thus increasing the likelihood of realizing the most therapeutic benefit from the services.

*Discussion:* The Department thanks the commenter for this suggestion and agrees it is important to make this change for the reasons stated by the commenter.

*Change:* The Department has revised Priorities 1 and 2 to align the language

with the definition of "retention" and to clarify the intent of the language.

*Comment:* Two commenters suggested revising how we describe respecialization in Priority 3, specifically to require that respecialization plans be developed in collaboration with and endorsed by a relevant state or national professional organization and that references to incremental training in respecialization plans be removed in order to focus respecialization on increasing pathways to meet existing credentialing standards, rather than revising existing standards to be less rigorous.

*Discussion:* We agree with revising the description of respecialization in Priority 3 for the reasons noted by the commenter. And, while we encourage applicants to collaborate with relevant organizations in developing their respecialization plans, only SEAs or other credentialing bodies establish the credentialing requirements for serving as a school-based mental health services provider.

*Changes:* We revised Priority 3 to clarify how we refer to respecialization and the outcome to which respecialization must lead.

*Comment:* One commenter suggested broadening Priority 3 beyond the goal of increasing the number of services providers to also include increasing access to needed training.

*Discussion:* The purpose of this program is to increase the number of school-based mental health services providers. General training that does not lead to a degree or credential as a school-based mental health services provider is not consistent with the purpose of this program.

*Change:* None.

*Application Requirements*

*Comment:* Three commenters recommended adding new application requirements. One commenter suggested requiring applicants to describe how they would incorporate school leaders in the development, implementation, and evaluation of the project. The same commenter recommended allowing applicants to reserve a percentage of funding for training teachers and school leaders on general mental health supports, while another commenter suggested requiring that providers be trained in trauma-informed practices. The third commenter recommended requiring grantees to continuously monitor and evaluate their outcomes and noted the importance of planning for these activities at the outset of the grant.

*Discussion:* The Department agrees with the importance of leadership

engagement with the project and will modify requirement (i) (Plan for prompt delivery of services) to require applicants to describe how leaders at each level of the project (including school leaders) will be engaged in the implementation and evaluation of the project.

The Department declines to allow applicants to set aside funding for training on general mental health supports and requiring that providers be trained in trauma-informed approaches. Training that does not lead to a credential as a school-based mental health services provider is not consistent with the purpose of this grant program.

Additionally, the Department does not prescribe specific approaches or practices within this program. Rather, applicants should propose how they will best address the application requirements and selection criteria in order to accomplish the goals of their projects.

Last, the Department agrees with the commenter about the importance of planning for monitoring and evaluation activities at the beginning of a grant. We have added application requirement (d) (Logic model), which requires applicants to describe their theory of action using a logic model that identifies key project components and relevant outcomes.

*Change:* We modified application requirement (h) (Use of grant funds) asking applicants to describe how leaders across all levels of the project will be engaged. We have also added application requirement (d) for a logic model.

*Comment:* One commenter recommended adding an annual reporting requirement for grantees to help measure the extent to which disparities in access to mental health services were reduced.

*Discussion:* The Department appreciates the commenter's point related to the importance of using data to determine the impact of the program on disparities in access to mental health services. We include performance measures in a grant competition's notice inviting applications. Additionally, we are developing our evidence-building strategy; that is, our strategy to collect and analyze program data and conduct a program evaluation to share what works with the field, which will include considerations of equitable access to mental health services.

*Change:* None.

*Comment:* Four commenters recommended requiring applicants to include additional data in their description of the importance and

**Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Rules and Regulations        **60095**

magnitude of the problem in application requirement (c). For example, commenters suggested requiring data on incidents of traumatic events, student substance use, school discipline, and the perspectives and needs of school leaders. Two of the four commenters also suggested requiring disaggregated data by student demographics, and one of these commenters recommended requiring disaggregated data by services provider.

*Discussion:* We appreciate these recommendations; however, we do not believe such additional data are necessary to achieve program purposes. Rather, we encourage applicants, in addressing the application requirement and responding to the selection criteria, to include the data they think best describes the problem they wish to address.

*Change:* None.

*Comment:* One commenter requested the Department to release desired ratios of school-based mental health services providers to students to help LEAs in determining whether they meet the criteria.

*Discussion:* The Department supports the following ratios recommended by national professional associations such as the National Association of School Psychologists: student-to-counselor 250:1, student-to-psychologist 500:1, student-to-social worker 250:1.[2][3][4]

*Change:* None.

*Comment:* One commenter raised concerns about sustainability of the mental health services provider positions after the grant ends given that grant funds can be used to pay for salaries. In response, the commenter suggested that only matching funds be used for salaries. Another commenter suggested adding language to application requirement (h) requiring applicants to address sustainability beyond the life of the grant.

*Discussion:* We believe paying for salaries with grant funds is a key strategy for achieving the goals of the program, so we decline to limit paying for salaries out of matching funds. However, we appreciate the

commenters' concerns about sustainability of projects beyond the life of the grants and agree that applicants should consider at the onset of the grant how they will sustain the project after the budget period ends.

*Change:* The new requirement for a logic model requires applicants to describe how they will sustain the project beyond the life of the grant.

*Comment:* Three commenters suggested revisions to application requirement (f) (Number of providers). Two of the three commenters suggested revising how the Department collects data on the number of services providers in application requirement (f) to ensure that telehealth is considered a method of service delivery and not a substitute for in-person services. The third commenter recommended adding a requirement to submit data on the diversity of the existing and planned new providers and whether it aligns with student demographics.

*Discussion:* The Department agrees with the comment to clarify the language about providers offering telehealth services for the reasons stated by the commenter.

We do not believe, given how broadly diversity can be defined, it is necessary to collect data on the diversity of providers at the outset of the grant. However, we encourage applicants, in addressing application requirement (f) and responding to the selection criteria, to include the data they think best describes their diversity goals.

*Change:* We revised application requirement (f), by clarifying that data on services providers offering telehealth services should be provided if this service delivery method was used.

*Comment:* Four commenters had comments on application requirement (g) (A plan for collaboration). One of the four commenters expressed concern about the difficulties LEAs would have collaborating and coordinating to the degree required in the proposed application requirement. One of the four commenters suggested requiring collaboration with nonprofit organizations, while another commenter suggested adding the Department's Regional Educational Laboratories and Comprehensive Centers to the list of entities with which applicants may coordinate. The fourth commenter stressed that collaboration with colleges and universities looks different than collaboration with professional organizations.

*Discussion:* The Department understands the challenges often associated with coordination and collaboration with other agencies, particularly for small or rural LEAs. To

ease the burden on applicants, we have streamlined and clarified this requirement, while maintaining the overall purpose of coordinating efforts with Federal, State, and local organizations to maximize mental health services. And, while we do not think it is necessary to have a stand-alone requirement to partner with a nonprofit organization, or to call out specific Department-funded technical assistance centers and grantees, we encourage applicants to coordinate with these entities, if appropriate.

*Change:* We revised application requirement (g) by clarifying the requirements for an applicant's plan for collaboration and coordination with related Federal, State, local, and school-based organizations and efforts.

*Comment:* Three commenters expressed concern about the challenges of hiring qualified services providers given current shortages and how these challenges will affect the applicant's ability to address application requirement (i) to provide services immediately.

*Discussion:* The desire is for students to receive mental health supports as soon as reasonably possible. However, we agree that the requirement, as framed in the NPP, may not account fully for the potential impact of current provider shortages and have revised the language to better state the Department's expectations.

*Change:* We revised the title and language of application requirement (i) to clarify that services should start as soon as possible, but no later than 180 days from award.

*Comment:* One commenter recommended requiring applicants to provide, in application requirement (i), their plans to increase the pipeline of individuals seeking recertification or training to become a school-based mental health services provider.

*Discussion:* We appreciate the commenter's suggestion. We anticipate that Priority 3 will accomplish this desired outcome. Additionally, the new requirement in application requirement (d) for a logic model will require applicants to describe how they plan to sustain the project beyond the life of the grant.

*Change:* Added a new application requirement for logic models in application requirement (d).

*Definitions*

*Comment:* Overall, 10 commenters commented on the proposed definitions. One commenter suggested explicitly referencing services providers for substance use disorders as part of the mental health workforce.

---

[2] "School Counselor Roles and Ratios." American School Counselor Association Home Page. *https://www.schoolcounselor.org/About-School-Counseling/School-Counselor-Roles-Ratios.* Accessed June 29, 2022.

[3] "Research Summary: Shortages in School Psychology." National Association of School Psychologists. *https://www.nasponline.org/research-and-policy/policy-priorities/critical-policy-issues/shortage-of-school-psychologists.* Accessed March 24, 2022.

[4] "NASW Standards for School Social Work Services." National Association of Social Workers. *https://www.socialworkers.org/Practice/School-Social-Work.* Accessed September 8, 2022.

*Discussion:* We appreciate the commenter's suggestion. We do not think any changes are necessary, nor does the Department have the authority to change the definition of school-based mental health services provider in the Elementary and Secondary Education Act of 1965, as amended. Services providers for substance use disorders that meet this definition are allowable under this program.

*Change:* None.

*Comment:* Three commenters recommended omitting the terms and definitions of "certified," "certification," and "licensed" because the commenters believe the terms incorrectly imply that one credential is higher than another. Alternatively, the commenters recommend adopting a revised definition of "credentialed" in lieu of these terms.

*Discussion:* We thank the commenters for this comment and will make these changes. We believe the word "credentialed" is an appropriate umbrella term that captures the various terms States might use as part of their credentialing systems. We also believe the term "credentialed" adequately reflects the meaning of "qualified" services provider and therefore, deleted references to the term "qualified" as well.

*Change:* We removed the definitions of "licensed," "certified," and "certification" and have omitted references to these terms, and the term "qualified," from the purpose of the program, and the priorities, requirements, and definitions.

We also revised the definition of "credentialed" to explicitly state the need for possessing a valid license or certificate awarded by the State or other relevant body.

*Comment:* Five commenters suggested changes to the definition of "respecialization." Four commenters recommended changes to ensure that professionals engaging in school-based mental health service delivery are properly credentialed. Two of the four commenters also recommended requiring development of respecialization plans to include collaboration with and endorsement by a relevant state or national professional organization. A fifth commenter suggested defining the term to mean, in part, that strategies are evidence-based.

*Discussion:* We agree with the importance of ensuring that school-based mental health services providers are properly credentialed and have made revisions accordingly. However, we do not believe it is appropriate to require endorsement of respecialization plans by professional associations, given

that credentialing requirements are established by SEAs or another credentialing body, not specific organizations. Additionally, we decline to define "respecialization" to mean evidence-based strategies, given that this program is part of an effort to build evidence in this area. The use of logic models in this program reflects the approach to evidence that the Department considers to be appropriate in light of the available body of evidence.

*Change:* We made changes to how we refer to "respecialization" in the definition and the outcomes to which respecialization must lead.

*Comment:* One commenter recommended adding a sixth option, related to collaboration with institutions of higher education (IHEs) to expand candidate opportunities, to the list of strategies that applicants can consider for respecialization.

*Discussion:* We do not believe it is necessary to add this sixth option. We encourage partnerships with IHEs to help candidates obtain the desired school-based mental health services credential.

*Change:* None.

*Comment:* One commenter recommended adding language to the respecialization definition about diversification of services providers who are representative of an applicant's student population.

*Discussion:* We agree with the importance of developing a more diverse services provider workforce. Rather than change the definition of respecialization, we think the language added to the definition of "recruitment" regarding recruitment and support of underrepresented populations and the final priority in this notice about increasing the number of services providers who are from diverse backgrounds addresses the commenter's suggestion.

*Change:* None.

*Comment:* Two commenters suggested revising the definition of "recruitment" to include recruitment of underrepresented populations as an incentive for mitigating shortages.

*Discussion:* Recruitment of providers from diverse backgrounds is a priority for this program, and we agree that focusing recruitment in this area is helpful. We believe providing additional supports to underrepresented populations would also be helpful.

*Change:* We have revised the definition of "recruitment" to include recruitment and support of underrepresented populations.

*Comment:* One commenter suggested defining recruitment to mean, in part,

that strategies are evidence-based. The same commenter suggested adding evidence-based strategies to the definition of "retention."

*Discussion:* We decline the recommendation to define "recruitment" and "retention" to mean evidence-based strategies, given that there is not yet a large body of evidence in these areas. We will consider using available funds for evaluation of this program to build this body of evidence.

*Change:* None.

*Comment:* Four entities commented on the definition of "LEA with demonstrated need." One commenter thanked the Department for including instances of community violence and traumatic events in the definition. Another commenter expressed support for the definition and urged the Department to focus on LEAs with demonstrated need because of high rates of community violence, poverty, and suicide. The third commenter requested adding a variable for a significant number of students who has witnessed or experienced a traumatic event. The final commenter recommended adding a variable specific to school discipline.

*Discussion:* We appreciate the comments we received in support of the definition. We do not believe it is necessary to add a variable for witnessing or experiencing a traumatic event because we generally think such experiences would be covered under the reference to community violence in paragraph (2) or under the reference to adverse childhood experiences in paragraph (3) of the definition. We agree with the comment to include discipline data as a possible variable, given the disproportionate impact discipline policies can have on underserved students.

*Change:* We revised the definition of LEA with demonstrated need to include repeated disciplinary exclusions as an example of an adverse childhood experience.

*Regulatory Impact Analysis*

*Comment:* One individual commented on the Regulatory Impact Analysis (RIA). Specifically, the commenter questioned the clarity of the analysis for Priority 3 and suggested that incremental training was not an adequate representation of the needed retraining. The commenter also asked for guidance on documenting financial hardships for SEAs and LEAs.

*Discussion:* We appreciate the commenter's review and comment on this section of the NPP. We revised the RIA to better clarify what we meant about Priority 3.

AR000049

Additionally, we recognize funding for education is limited in many States. The purpose of SBMH is to provide additional resources to help increase the number of credentialed school-based mental health services providers and help schools recruit and retain such individuals. In order to assist SEAs and LEAs to implement grant activities and reach this goal, we explicitly allow the use of grant funds for administrative costs to offset the financial hardships they may be experiencing.

*Change:* We revised the summary of the potential costs and benefits to clarify what we meant in our description of the benefit of Priority 3.

**Final Priorities**

*Priority 1—SEAs Proposing To Increase the Number of Credentialed School-Based Mental Health Services Providers in LEAs With Demonstrated Need.*

To meet this priority, an SEA must propose to increase the number of credentialed school-based mental health services providers by implementing plans that address recruitment (defined in this document) and retention (defined in this document) of services providers in LEAs with demonstrated need. Applicants must propose plans that include both of the following:

(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in LEAs with demonstrated need.

(b) Retention. An applicant must also propose a plan to increase the likelihood that credentialed services providers providing services in LEAs with demonstrated need stay in their position over time.

*Priority 2—LEAs or Consortia of LEAs With Demonstrated Need Proposing To Increase the Number of Credentialed School-Based Mental Health Services Providers.*

To meet this priority, an LEA or consortium of LEAs with demonstrated need must propose measures to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of credentialed services providers in the LEA(s). Applicants must propose plans that include both of the following:

(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in the LEA(s) with demonstrated need.

(b) Retention. An applicant must also propose a plan to improve the likelihood that credentialed services providers providing services in the LEA(s) with demonstrated need stay in their position over time.

*Priority 3—SEAs Proposing Respecialization, Professional Retraining, or Other Preparation Plan for Existing Mental Health Services Providers To Qualify Them for Work in LEAs With Demonstrated Need.*

To meet this priority, an applicant must propose a respecialization (defined in this document), professional retraining, or other preparation plan that leads to a state credential as a school psychologist, school social worker, school counselor, or other school-based mental health services provider (as defined in 20 U.S.C. 7112(6)) and that is designed to increase the number of services providers qualified to serve in LEAs with demonstrated need.

*Priority 4—Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs With Demonstrated Need Who Are From Diverse Backgrounds or From Communities Served by the LEAs With Demonstrated Need.*

To meet this priority, applicants must propose a plan to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or who are from communities served by the LEAs with demonstrated need.[5]

Applicants must describe how their proposal to increase the number of school-based mental health services providers who are from diverse backgrounds or who are from the communities served by the LEA with demonstrated need will help increase access to mental health services for students within the LEA with demonstrated need and best meet the mental health needs of the diverse populations of students to be served.

*Types of Priorities:*

When inviting applications for a competition using one or more priorities, we designate the type of each priority as absolute, competitive preference, or invitational through a notice in the **Federal Register**. The effect of each type of priority follows:

*Absolute priority:* Under an absolute priority, we consider only applications that meet the priority (34 CFR 75.105(c)(3)).

*Competitive preference priority:* Under a competitive preference priority, we give competitive preference to an application by (1) awarding additional points, depending on the extent to which the application meets the priority (34 CFR 75.105(c)(2)(i)), or (2) selecting an application that meets the priority over an application of comparable merit that does not meet the priority (34 CFR 75.105(c)(2)(ii)).

*Invitational priority:* Under an invitational priority we are particularly interested in applications that meet the priority. However, we do not give an application that meets the priority a preference over other applications (34 CFR 75.105(c)(1)).

**Final Requirements**

The following are program requirements and several application requirements for this program. We may apply one or more of these requirements in any year in which the program is in effect.

*Eligible Applicants:* One or both of SEAs, as defined in 20 U.S.C. 7801(49), or LEAs, as defined in 20 U.S.C. 7801(30), including consortia of LEAs.

*Program Requirements:*

(a) Applicants that receive an award under this program must ensure that any school-based mental health services provider hired under this grant, including any services provider that offers telehealth services, is qualified by the State to work in an elementary school (as defined in 20 U.S.C. 7801(19)) or secondary school (as defined in 20 U.S.C. 7801(45)).

(b) Applicants that receive an award under this program must ensure that any school-based mental health services provider offering services (including telehealth services) does so in an equitable manner and consistent with the Family Educational Rights and Privacy Act (FERPA), the Protection of Pupil Rights Amendment (PPRA), the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act, and the Americans with Disabilities Act, as well as all other applicable Federal, State, and local laws and profession-specific ethical obligations.

*Application Requirements:*

(a) *Describe the LEAs with demonstrated need designated by the SEA to be served by the proposed project.*

SEA applicants must describe the LEAs with demonstrated need designated to benefit from the SBMH program.

(b) *Describe how the LEA, or each LEA in the proposed consortium (if applicable), meets the definition of an LEA with demonstrated need.*

To meet this requirement, an LEA applicant or the lead LEA submitting an application on behalf of a consortium must describe how the LEA or each LEA

[5] All strategies to increase the diversity of providers must comply with applicable Federal civil rights laws, including Title VI of the Civil Rights Act of 1964.

**60098** **Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Rules and Regulations

in the consortium meets the definition of an ''LEA with demonstrated need.''

(c) *Describe the importance and magnitude of the problem.*

Applicants must describe the lack of school-based mental health services providers and its effect on students in the LEA(s) to be served by the grant. This must include a description of the nature of the problem for the LEA(s), based on information including, but not limited to, the most recent available ratios of school-based mental health services providers to students enrolled in the LEA(s), or for SEA applicants, the LEAs designated by the SEA to benefit from the SBMH program. These data must be provided in the aggregate and disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors) as compared to local, State, or national data. The description may also include LEA-level or school-level demographic data (including rates of poverty; rates of chronic absenteeism; the percentage of students involved in the juvenile justice system, experiencing homelessness, or in foster care; and discipline data), school climate surveys, school violence/crime data, data related to suicide rates, and descriptions of barriers to hiring and retaining credentialed school-based mental health services providers in the LEA.

(d) *Logic model.*

The applicant must describe its approach to increase the number of credentialed school-based mental health services providers using a logic model (as defined in 34 CFR 77.1), including the key project components and relevant outcomes (as defined in 34 CFR 77.1). The description should indicate how the proposed approach taken under this program will improve or expand on any previous approaches, how the new approach will address barriers, and how the applicant will sustain the increased number of school-based mental health services providers after the performance period has ended.

(e) *Detailed project budget, including matching funds.*

To promote the sustainability of the school-based mental health services, all applicants must include non-Federal matching funds in one of the following amounts, as determined by the Secretary in the notice inviting applications:

(1) At least 10 percent of their budgets.

(2) At least 15 percent of their budgets.

(3) At least 20 percent of their budgets.

(4) At least 25 percent of their budgets.

Budgets must describe how the applicant will meet the matching requirement for each budget period awarded under this grant and must indicate the source of the funds, such as State, local, or private resources. The Secretary may consider decreasing or waiving the matching requirement post award, on a case-by-case basis, if an applicant demonstrates a significant financial hardship.

Budgets must also specify the portion of funds that will be used for respecialization, if applicable.

Administrative costs for SEA applicants may not exceed 10 percent of the annual grant award. This includes funding for State-level or LEA-level administrative costs that promote respecialization, if applicable. Administrative costs for applicants that are LEAs and consortia of LEAs may not exceed 5 percent of the annual grant award.

(f) *Number of providers.*

Applicants must include the most recent available data on the number of school-based mental health services providers in the identified LEA(s), disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors), and the projected number of school-based mental health services providers that will be placed into employment in the identified LEA(s) for each year of the plan using funds from this grant or matching funds. If applicable, applicants should provide data on the current and projected unduplicated numbers of school-based mental health services providers disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors), offering telehealth services.

(g) *A plan for collaboration and coordination with related Federal, State, and local organizations, and school-based efforts.*

Applicants must propose a plan describing how they will collaborate and coordinate with related Federal, State, and local organizations, and school-based efforts (*e.g.,* professional associations; colleges or universities, including HBCUs, MSIs, and TCUs; local mental health; public health; child welfare; or other community agencies, including school-based health centers), to achieve plan goals and objectives of increasing the number of school-based mental health services providers in LEAs with demonstrated need. The plan must include a description of how such collaboration and coordination will promote program success across multiple programs.

(h) *Use of grant funds to supplement, and not supplant, existing school-based mental health services funds and to expand, not duplicate, efforts to increase the number of providers.*

Applicants must describe how project funds will supplement, and not supplant, non-Federal funds that would otherwise be available for activities funded under this program.

Applicants must describe how they will use the SBMH program funds to expand, rather than duplicate, existing or new efforts to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need and how they will integrate existing funding streams and efforts to support the plan.

(i) *Plan for prompt delivery of services to students.*

For SEA applicants, applicants must describe their plan to ensure the prompt delivery of services to students (*i.e.,* as soon as possible, but no later than 180 days from award), including via subgrants to LEAs, as appropriate. For LEA applicants and consortia of LEAs, applicants must describe their plan to ensure the prompt delivery of services to students (*i.e.,* as soon as possible, but no later than 180 days from award). Additionally, SEA and LEA applicants must describe how leaders across all levels of the project will be engaged in the implementation and evaluation of the project.

**Final Definitions**

The Department establishes the following definitions of ''credentialed,'' ''LEA with demonstrated need,'' ''recruitment,'' ''respecialization,'' ''retention,'' and ''telehealth'' for use in this program. We may apply these definitions in any year in which this program is in effect.

*Credentialed* means an individual who possesses a valid license or certificate from the SEA or relevant regulatory body as a school psychologist, school counselor, or a school social worker, or other mental health services provider, approved by the State to provide school-based mental health services.

*LEA with demonstrated need* means an LEA that has a significant need for additional school-based mental health services providers based on—

(1) High student to mental health services provider ratios as compared to other LEAs statewide or nationally;

(2) High rates of community violence (including hate crimes), poverty, substance use (including opioid use), suicide, or trafficking; or

(3) A significant number of students who are migratory, experiencing homelessness, have a family member deployed in the military or with a military-service connected disability

AR000051

(including veterans), have experienced a natural or manmade disaster or a traumatic event, or have other adverse childhood experiences, such as repeated disciplinary exclusions from the learning environment.

*Recruitment* means strategies that help attract and hire credentialed school-based mental health services providers, including by doing at least one of the following:

(1) Providing an annual salary or stipend for school-based mental health services providers who maintain an active national certification.

(2) Providing payment toward the school loans accrued by the school-based mental health services provider.

(3) Creating pathways to grant cross-State credentialing reciprocity for school-based mental health services providers.

(4) Providing incentives and supports to help mitigate shortages. These may include, for example, increasing pay; offering monetary incentives for relocation to high-need areas; providing services via telehealth; creating hybrid roles that allow for leadership, academic, or research opportunities; developing induction programs; developing paid internship programs; focusing on recruitment and support of underrepresented populations; and offering service scholarship programs, such as those that provide grants in exchange for a commitment to serve in the LEA for a minimum number of years.

*Respecialization* means strategies that provide opportunities for professional retraining and alternative pathways to obtain a State credential, aligned with the standards of the relevant professional organization, as a school-based mental health services provider for individuals who hold, at a minimum, a degree in a related field (*e.g.*, special education, clinical psychology, community counseling), including by doing one or more of the following:

(1) Revising, updating, or streamlining requirements for such individuals so that additional training or other requirements focus only on training needed to obtain a credential as a school-based mental health services provider.

(2) Providing a stipend or making a payment to support the training needed to obtain a credential as a school-based mental health services provider.

(3) Offering flexible options for completing training that leads such professionals to meet State credentialing requirements as a school-based mental health services provider.

(4) Establishing a provisional, time limited, and nonrenewable credential to allow individuals seeking respecialization to provide school-based mental health services under the direct supervision of a fully credentialed school-based mental health services provider of the same profession.

(5) Offering other meaningful activities that result in existing mental health services providers obtaining a State credential as a school-based mental health services provider.

*Retention* means strategies to help ensure that credentialed individuals stay in their position to avoid gaps in service and unfilled positions, including by—

(1) Providing opportunities for advancement or leadership, such as career pathways programs, recognition and award programs, and mentorship programs; and

(2) Offering incentives and supports to help mitigate shortages. These may include, for example, increasing pay; making payments toward student loans; offering monetary incentives for relocation to high-need areas; providing services via telehealth; offering service scholarship programs, such as those that provide grants in exchange for a commitment to serve in the LEA for a minimum number of years; and developing paid internship programs.

*Telehealth* means the use of electronic information and telecommunication technologies to support and promote long-distance clinical health care, patient and professional health-related education, public health, and health administration. Technologies include videoconferencing, the internet, store-and-forward imaging, streaming media, and landline and wireless communications.

This document does not preclude us from proposing additional priorities, requirements, definitions, or selection criteria, subject to meeting applicable rulemaking requirements.

**Note:** This notice does not solicit applications. In any year in which we choose to use these priorities, requirements, and definitions, we invite applications through a notice in the **Federal Register**.

## Executive Orders 12866 and 13563

*Regulatory Impact Analysis*

Under Executive Order 12866, it must be determined whether this regulatory action is "significant" and, therefore, subject to the requirements of the Executive order and subject to review by the Office of Management and Budget (OMB). Section 3(f) of Executive Order 12866 defines a "significant regulatory

action" as an action likely to result in a rule that may—

(1) Have an annual effect on the economy of $100 million or more, or adversely affect a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or State, local, or Tribal governments or communities in a material way (also referred to as an "economically significant" rule);

(2) Create serious inconsistency or otherwise interfere with an action taken or planned by another agency;

(3) Materially alter the budgetary impacts of entitlement grants, user fees, or loan programs or the rights and obligations of recipients thereof; or

(4) Raise novel legal or policy issues arising out of legal mandates, the President's priorities, or the principles stated in the Executive order.

This final regulatory action will have an annual effect on the economy of more than $100 million because approximately $143 million is available under this program from FY 2022 appropriations actions and $100 million is available each year from FY 2023 to FY 2026. Therefore, this final action is "economically significant" and subject to review by OMB under section 3(f)(1) of Executive Order 12866. Notwithstanding this determination, we have assessed the potential costs and benefits, both quantitative and qualitative, of this final regulatory action and have determined that the benefits justify the costs.

We have also reviewed this final regulatory action under Executive Order 13563, which supplements and explicitly reaffirms the principles, structures, and definitions governing regulatory review established in Executive Order 12866. To the extent permitted by law, Executive Order 13563 requires that an agency—

(1) Propose or adopt regulations only on a reasoned determination that their benefits justify their costs (recognizing that some benefits and costs are difficult to quantify);

(2) Tailor its regulations to impose the least burden on society, consistent with obtaining regulatory objectives and taking into account—among other things and to the extent practicable—the costs of cumulative regulations;

(3) In choosing among alternative regulatory approaches, select those approaches that maximize net benefits (including potential economic, environmental, public health and safety, and other advantages; distributive impacts; and equity);

(4) To the extent feasible, specify performance objectives, rather than the

**60100**    **Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Rules and Regulations

behavior or manner of compliance a regulated entity must adopt; and

(5) Identify and assess available alternatives to direct regulation, including economic incentives—such as user fees or marketable permits—to encourage the desired behavior, or provide information that enables the public to make choices.

Executive Order 13563 also requires an agency "to use the best available techniques to quantify anticipated present and future benefits and costs as accurately as possible." The Office of Information and Regulatory Affairs of OMB has emphasized that these techniques may include "identifying changing future compliance costs that might result from technological innovation or anticipated behavioral changes."

We are issuing these final priorities, requirements, and definitions only on a reasoned determination that their benefits would justify their costs. In choosing among alternative regulatory approaches, we selected those approaches that would maximize net benefits. Based on an analysis of anticipated costs and benefits, we believe that the priorities, requirements, and definitions are consistent with the principles in Executive Order 13563.

We also have determined that this final regulatory action does not unduly interfere with State, local, and Tribal governments in the exercise of their governmental functions.

In this regulatory impact analysis, we discuss the need for regulatory action, the potential costs and benefits, net budget impacts, assumptions, limitations, and data sources, as well as regulatory alternatives we considered.

## Summary of Potential Costs and Benefits

The final priorities, requirements, and definitions are necessary for the implementation of the SBMH program consistent with the requirements established by Congress in the Department of Education Appropriations Act, 2022, and the Explanatory Statement accompanying that Act. The Department believes that implementation of the SBMH program will most exclusively confer benefits on the recipients of Federal funds, while the costs associated with the priorities, requirements and definitions will be minimal. This regulatory action does not impose significant costs on eligible entities as participation in this program is voluntary, and the costs imposed on applicants are limited to paperwork burden related to preparing an application.

This program was established under a statute with broad authority and only nonbinding report language establishing program purpose, eligibility, or requirements; consequently, this rulemaking action is necessary to ensure program funds are used for their intended purpose. More specifically, the final priorities, requirements, and definitions are likely to (1) ensure that the Department collects from applicants for SBMH funding the information necessary for competitive review of applications by peer reviewers, and (2) fund high-quality applications that will lead to the implementation of projects consistent with congressional intent. Absent this rulemaking action, there is no alternative means of meeting these objectives.

The specific benefits of establishing a menu of priorities include ensuring that funds are used consistent with congressional intent and providing flexibility to the Department for supporting multiple strategies designed to address the shortage of school-based mental health services providers. The first strategy, embedded in priorities 1 and 2, is to focus grant activities on hiring additional school-based mental health services providers in LEAs with demonstrated need to increase the number of school-based mental health services providers in schools and LEAs that have the most need for such services. The definition of "LEA with demonstrated need," incorporated into these priorities, also was crafted to provide flexibility for an LEA to show need through data (ratios of school counselors to students), a description of events or conditions affecting school environment (such as community violence or disasters), or evidence that an applicant will serve students who have or are likely to face adverse childhood experiences. Although the total number of LEAs is high (over 13,000 in school year 2018–19), the available funding will only support a limited number of multiyear projects. Absent the targeting of SBMH funds to LEAs with demonstrated need, the program may allocate scarce Federal resources to high-capacity LEAs that already meet the mental health needs of their students. Moreover, ensuring that funds are targeted to LEAs with demonstrated need was a requirement of the FY 2020 SBMH competition, and Congress directed the Department, through the Explanatory Statement accompanying the Department of Education Appropriations Act, 2022, to incorporate the same requirement into the FY 2022 SBMH competition.

The benefit of including priority 3 is that it supports another strategy for addressing the shortage of school-based mental health services providers. Requirements for school-based mental health services providers are established by States and generally include the completion of a bachelor's degree or higher, completion of a practicum, and an internship in a K–12 school, which typically take several years to fulfill. Priority 3 is likely to support States working to establish innovative strategies to expand the pipeline for credentialed mental health providers by establishing pathways for individuals in related fields to attain the credentials to work as school-based mental health services providers. Under this priority, for example, a State might determine that individuals in related fields, such as counseling or social work, would only need professional retraining to qualify as a school-based mental health services provider, rather than a full degree or credentialing program. This strategy has the benefit of reducing the time necessary for credentialing and potentially increasing the number of credentialed mental health providers available for hiring by LEAs, which is the core goal and purpose of the SBMH program. Absent the expanded use of strategies to shorten the time needed to meet the requirements to become a school-based mental health services provider, SBMH grantees may not be able to increase the number of such providers in schools due to the documented shortage of such providers.

The benefit of priority 4 is that it supports another strategy for expanding the workforce of school-based mental health services providers. Currently, the psychology [6] and school counselor [7] workforce is significantly less diverse than the student population.[8] Increasing the number of credentialed school-based mental health services providers from diverse backgrounds and from communities served by LEAs with demonstrated need, and who can provide culturally and linguistically appropriate services, not only would expand the numbers of these providers but also increase access to and improve the quality of mental health services available to students. Further, this priority supports the Administration's equity agenda [14] and the Department's mission to support equity and excellence.

The Paperwork Reduction Act (PRA) section of this document discusses the

---

[6] https://www.apa.org/workforce/data-tools/demographics.

[7] https://www.schoolcounselor.org/getmedia/9c1d81ab-2484-4615-9dd7-d788a241beaf/member-demographics.pdf.

[8] https://nces.ed.gov/programs/coe/indicator/cge/racial-ethnic-enrollment.

burden estimates for preparing an application. The potential benefits of receiving Federal funds under this program to expand the pool of and hire school-based mental health services providers will likely outweigh the application costs detailed in the PRA section. The costs of implementing the requirements established in this notice can be paid for with grant funds.

**Regulatory Alternatives Considered**

The Department believes that the final priorities, requirements, and definitions in this document are needed to administer the program effectively. The authorizing statute does not provide

sufficient detail to develop and administer a competitive grant program consistent with the intent of Congress as expressed in the Explanatory Statement accompanying the Department of Education Appropriations Act 2022, which provided funding for the program in FY 2022, or the Bipartisan Safer Communities Act, which provided additional funding for FYs 2022 through 2026. Consequently, absent the final priorities, requirements, and definitions, the Department will not have a sufficient basis for evaluating the quality of applications or ensuring that the program achieves its intended objectives.

**Accounting Statement**

As required by OMB Circular A–4 (available at *https://www.whitehouse.gov/omb/information-for-agencies/circulars/*), in the following table we have prepared an accounting statement showing the classification of the expenditures associated with the provisions of this regulatory action. This table provides our best estimate of the changes in annual monetized transfers as a result of this regulatory action.

Expenditures are classified as transfers from the Federal Government to SEAs and LEAs.

ACCOUNTING STATEMENT CLASSIFICATION OF ESTIMATED EXPENDITURES

[In millions]

| Category | Transfers | |
|---|---|---|
| | 3% | 7% |
| Annualized monetized transfers ............................................................................................................... | $108.6 | $108.6 |
| From whom to whom? ............................................................................................................... | From the Federal government to SEAs and LEAs. | |

**Regulatory Flexibility Act Certification**

The Secretary certifies that this final regulatory action would not have a significant economic impact on a substantial number of small entities. The U.S. Small Business Administration Size Standards define proprietary institutions as small businesses if they are independently owned and operated, are not dominant in their field of operation, and have total annual revenue below $7,000,000. Nonprofit institutions are defined as small entities if they are independently owned and operated and not dominant in their field of operation. Public institutions are defined as small organizations if they are operated by a government overseeing a population below 50,000.

The small entities that this final regulatory action would affect are LEAs. Of the impacts we estimate accruing to grantees or eligible entities, all are voluntary. Eligible applicants most likely would apply only if they determine that the likely benefits exceed the costs of preparing an application. The likely benefits include the potential receipt of a grant as well as other benefits that may accrue to an entity through its development of an application, such as the use of that application to seek funding from other sources to address a shortage in mental health providers. Therefore, we do not believe that the final priorities, requirements, and definitions would significantly impact small entities

beyond the potential for increasing the likelihood of their applying for, and receiving, competitive grants from the Department.

**Paperwork Reduction Act**

The Paperwork Reduction Act of 1995 does not require you to respond to a collection of information unless it displays a valid OMB control number. We display the valid OMB control number assigned to the collection of information in this notice of final priorities, regulations, and definitions at the end of the affected sections of the requirements.

The final priorities, requirements, and definitions contain information collection requirements that are approved by OMB. The final priorities, requirements, and definitions do not affect the currently approved data collection. An FY 2022 competition would require applicants to complete and submit an application for Federal assistance using Department standard application forms. We estimate that for the FY 2022 SBMH competition and later competitions, each applicant will spend approximately 40 hours of staff time to address these priorities, requirements, and definitions. We estimate that we will receive approximately 300 applications for these funds. The total number of burden hours for all applicants to review instructions, search existing data sources, gather and maintain the data

needed, and complete and review the collection of information is estimated to be 12,000 hours.

*Intergovernmental Review:* This program is subject to Executive Order 12372 and the regulations in 34 CFR part 79. One of the objectives of the Executive Order is to foster an intergovernmental partnership and a strengthened federalism. The Executive order relies on processes developed by State and local governments for coordination and review of proposed Federal financial assistance.

This document provides early notification of our specific plans and actions for this program.

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov*. At this site, you can view this document, as well as all other documents of the Department published in the **Federal Register**, in text or

Portable Document Format (PDF). To use PDF, you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov*. Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**James F. Lane,**
*Senior Advisor, Office of the Secretary Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary for the Office Elementary and Secondary Education.*

[FR Doc. 2022–21634 Filed 10–3–22; 8:45 am]

**BILLING CODE 4000–01–P**

---

**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 52**

**[EPA–R03–OAR–2021–0944; FRL–9174–02–R3]**

**Air Plan Approval; Delaware; Control of Volatile Organic Compound Emissions From Solvent Cleaning and Drying**

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** The Environmental Protection Agency (EPA) is approving a state implementation plan (SIP) revision submitted by the State of Delaware. These revisions pertain to the reduction of volatile organic compounds (VOC) emissions from cold solvent cleaning operations. EPA is approving these revisions to the Delaware SIP in accordance with the requirements of the Clean Air Act (CAA).

**DATES:** This final rule is effective on November 3, 2022.

**ADDRESSES:** EPA has established a docket for this action under Docket ID Number EPA–R03–OAR–2021–0944. All documents in the docket are listed on the *www.regulations.gov* website. Although listed in the index, some information is not publicly available, *e.g.*, confidential business information (CBI) or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the internet and will be publicly available only in hard copy form. Publicly available docket materials are available through *www.regulations.gov*, or please contact the person identified

in the **FOR FURTHER INFORMATION CONTACT** section for additional availability information.

**FOR FURTHER INFORMATION CONTACT:** Mallory Moser, Planning & Implementation Branch (3AD30), Air & Radiation Division, U.S. Environmental Protection Agency, Region III, Four Penn Center, 1600 John F. Kennedy Boulevard, Philadelphia, Pennsylvania 19103. The telephone number is (215) 814–2030. Ms. Moser can also be reached via electronic mail at *Moser.Mallory@epa.gov*.

**SUPPLEMENTARY INFORMATION:**

**I. Background**

On June 27, 2022 (87 FR 38044), EPA published a notice of proposed rulemaking (NPRM) for the State of Delaware. In the NPRM, EPA proposed approval of a SIP revision that updates the solvent cleaning control requirements based upon the 2012 Ozone Transport Commission (OTC) Model Rule. The SIP revision was submitted by Delaware on October 13, 2021, requesting that EPA incorporate the Department of Natural Resources and Environmental Control's (DNREC's) revisions to Title 7 of Delaware's Administrative Code (7 DE Admin. Code) 1124 Section 33.0—Solvent Cleaning and Drying into the Delaware SIP (Section 33.0). In response to the NPRM, EPA received one comment on its June 27, 2022, proposed rulemaking, which is addressed below.

**II. Summary of SIP Revision and EPA Analysis**

The SIP revision consists of an amendment to Section 33.0. Specifically, the amendment updates the solvent cleaning control requirements based upon the 2012 Ozone Transport Commission Model Rule.

The OTC, of which Delaware is a member, is an organization established by Congress under the CAA. Among other things, the OTC develops model rules for the member states to use to reduce the emissions of ground level ozone precursors. In 2001 the OTC released the 2001 Model Rule for Solvent Cleaning, (2001 Model Rule). The 2001 Model Rule is that basis for the version of 7 DE Admin. Code 1124, Control of Volatile Organic Compound Emissions, Section 33.0—Solvent Cleaning and Drying that were previously approved in the Delaware SIP.[1] After a release of the Control Techniques Guideline (CTG): Industrial Cleaning Solvents by the EPA in 2006, proposing new VOC limits for solvent

cleaning, the OTC convened a group of experts that suggested a more stringent model rule than what is provided in the CTG and the 2001 Model Rule. The OTC then developed the 2012 Model Rule for Solvent Degreasing. The provisions set forth in Section 33.0, which is based on the 2012 Model Rule, are more stringent than those previously included in the Delaware SIP and form the basis of the regulation we are approving to include in the Delaware SIP in this rule. For instance, the provisions eliminate an existing exemption by adding provisions that apply to owners or operators of a solvent cleaning machine that uses any volume of solvent containing VOC. The provisions also reduce the solvent VOC concentration from 100 percent to 25 grams per liter of non-VOC solution for most applications.

By removing an applicability exemption and decreasing the allowable solvent VOC concentration, the 2012 model rule is expected to decrease emissions of VOCs. This reduction of VOC emissions from solvent cleaning operations will further reduce the formation of ground-ozone because ground-level ozone is formed through the reaction of VOCs and other compounds in the air in the presence of sunlight. High levels of ground-level ozone can cause or worsen difficulty in breathing, asthma and other serious respiratory problems. In addition to improving public health and the environment, decreased emissions of VOCs, and therefore subsequently ground-level ozone, will contribute to the attainment of the ozone national ambient air quality standard (NAAQS). Delaware is amending its SIP to add Section 33.0.

**III. EPA's Response to Comments Received**

EPA provided a 30-day review and comment period for this action in the Proposal. The comment period ended on July 27, 2022. EPA received one comment, which is summarized and addressed below.

*Comment:* The comment requests additional background on the development and interpretation of the "Federal" 2012 OTC model rule in the context of the commenter seeking advice with regard to acquiring a piece of equipment. In addition, the commenter claims there could be an economic impact to businesses if affected devices cannot efficiently operate at the 25 grams per liter criteria set forth in the rule. The commenter speculates using a solvent solution with lower VOC could lead to longer run time of the cleaning devices, which may

---

[1] See 67 FR 70315 (November 22, 2002).

AR000055


numbers or Social Security numbers, should not be included.

**FOR FURTHER INFORMATION CONTACT:**
Documentation prepared in support of this information collection request is available at *www.regulations.gov.* Requests for additional information should be directed to Anthony May, Paperwork Reduction Act Officer, at (202) 841–0544, or email: *CFPB_PRA@ cfpb.gov.* If you require this document in an alternative electronic format, please contact *CFPB_Accessibility@ cfpb.gov.* Please do not submit comments to these email boxes.

**SUPPLEMENTARY INFORMATION:**
*Title of Collection:* Generic Information Collection Plan for Qualitative Consumer Education, Engagement and Experience Information Collections.

*OMB Control Number:* 3170–0036.

*Type of Review:* Extension of a currently approved information collection.

*Affected Public:* Individuals or households; State, local, or tribal governments; private sector.

*Estimated Number of Respondents:* 48,000.

*Estimated Total Annual Burden Hours:* 36,000.

*Abstract:* Under the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111–203, section 1021(c)) one of the Bureau's primary functions is to conduct financial education programs. The Bureau seeks to obtain approval of a generic information collection plan to collect qualitative data on effective financial education strategies and consumer experiences in the financial marketplace from a variety of respondents (including financial educators and consumers). The Bureau will collect this information through a variety of methods including in-person meetings, interviews, focus groups, qualitative surveys, online discussion forums, social media polls, and other qualitative methods as necessary. The information collected through these processes will increase the Bureau's understanding of consumers' financial experiences, financial education and empowerment programs, and practices that can improve consumer financial decision-making skills and outcomes for consumers. This information will also enable the Bureau to better communicate to consumers about the availability of Bureau tools and resources that consumers can use to make better informed financial decisions.

*Request for Comments:* The Bureau published a 60-day **Federal Register** notice on July 27, 2022 (87 FR 45088)

under Docket Number: CFPB–2022–0051. The Bureau is publishing this notice and soliciting comments on: (a) Whether the collection of information is necessary for the proper performance of the functions of the Bureau, including whether the information will have practical utility; (b) The accuracy of the Bureau's estimate of the burden of the collection of information, including the validity of the methods and the assumptions used; (c) Ways to enhance the quality, utility, and clarity of the information to be collected; and (d) Ways to minimize the burden of the collection of information on respondents, including through the use of automated collection techniques or other forms of information technology. Comments submitted in response to this notice will be reviewed by OMB as part of its review of this request. All comments will become a matter of public record.

**Anthony May,**
*Paperwork Reduction Act Officer, Consumer Financial Protection Bureau.*

[FR Doc. 2022–21521 Filed 10–3–22; 8:45 am]
**BILLING CODE 4810–AM–P**

---

# COUNCIL ON ENVIRONMENTAL QUALITY

**[CEQ–2022–0004]**

## Environmental Justice Scorecard Feedback

**AGENCY:** Council on Environmental Quality.

**ACTION:** Notice of extension for request for information.

**SUMMARY:** On August 3, 2022, the Council on Environmental Quality published a request for information (RFI) to solicit feedback on the vision, framework, and outcomes of the Environmental Justice Scorecard. This notice extends the deadline date for receiving comments until November 3, 2022.

**DATES:** The comment period for the document published at 87 FR 47397 (August 3, 2022), is extended. Responses to this RFI should be received by November 3, 2022.

**ADDRESSES:** You may submit comments, identified by docket number CEQ–2022–0004, by any of the following methods:

• *Federal eRulemaking Portal: https://www.regulations.gov.* Follow the instructions for submitting comments.

• *Fax:* 202–456–6546.

• *Mail:* Council on Environmental Quality, 730 Jackson Place NW, Washington, DC 20503.

All submissions received must include the agency name, "Council on Environmental Quality," and the docket number, CEQ–2022–0004, for this RFI. All comments received will be posted without change to *https:// www.regulations.gov,* including any personal information provided. Do not submit electronically any information you consider to be private, Confidential Business Information (CBI), or other information the disclosure of which is restricted by statute.

You may respond to some or all of the questions listed in the RFI. You may include references to academic literature or links to online material but please ensure all links are publicly available. Each response should include:

• The name of the individual(s) or entity responding.

• A brief description of the responding individual(s) or entity's mission or areas of expertise.

• A contact for questions or other follow-up on your response.

**FOR FURTHER INFORMATION CONTACT:**
Issues regarding submission or questions on this RFI can be sent to Sharmila L. Murthy at 202–395–5750 or *Sharmila.L.Murthy@ceq.eop.gov.*

**SUPPLEMENTARY INFORMATION:** On August 3, 2022, the Council on Environmental Quality published an RFI to solicit feedback on the vision, framework, and outcomes of the Environmental Justice Scorecard. The original deadline to submit responses was October 3, 2022. This notice extends the period for response by 30 days to provide the public with additional time to provide feedback. CEQ is providing this additional time in response to public requests for an extension of the response period. Written responses should be submitted on or before November 3, 2022.

**Matthew G. Lee-Ashley,**
*Chief of Staff.*

[FR Doc. 2022–21650 Filed 10–3–22; 8:45 am]
**BILLING CODE 3325–F2–P**

---

# DEPARTMENT OF EDUCATION

## Applications for New Awards; School-Based Mental Health Services Grant Program

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2022 for

the School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number (ALN) number 84.184H. OMB has approved the information collection related to this notice.

**DATES:**

*Applications Available:* October 4, 2022.

*Deadline for Transmittal of Applications:* November 3, 2022.

*Pre-Application Webinar Information:* The Department will hold pre-application meetings via webinar for prospective applicants on October 11th and 19th, 2022, at 4:00 p.m. Eastern Time.

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 27, 2021 (86 FR 73264) and available at *www.federalregister.gov/d/2021-27979*. Please note that these Common Instructions supersede the version published on February 13, 2019, and, in part, describe the transition from the requirement to register in SAM.gov a Data Universal Numbering System (DUNS) number to the implementation of the Unique Entity Identifier (UEI). More information on the phase-out of DUNS numbers is available at *https://www2.ed.gov/about/offices/list/ofo/docs/unique-entity-identifier-transition-fact-sheet.pdf*.

**FOR FURTHER INFORMATION CONTACT:** Amy Banks, U.S. Department of Education, 400 Maryland Avenue SW, Room 3E257, Washington, DC 20202–6450. Telephone: (202) 453–6704. Email: *OESE.School.Mental.Health@ed.gov*.

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

**Full Text of Announcement**

**I. Funding Opportunity Description**

*Purpose of Program:* The SBMH program provides competitive grants to State educational agencies (SEAs) (as defined in 20 U.S.C. 7801(30)), local educational agencies (LEAs) (as defined in 20 U.S.C. 7801(49), and consortia of LEAs to increase the number of credentialed (as defined in this document) school-based mental health services providers (as defined in 20 U.S.C. 7112(6)) providing mental health services to students in LEAs with demonstrated need (as defined in this document).

*Background:*

Like good physical health, positive mental health promotes success in life. As defined by the Centers for Disease Control and Prevention (CDC), "Mental health includes our emotional, psychological, and social well-being. It affects how we think, feel, and act. It also helps determine how we handle stress, relate to others, and make healthy choices. Mental health is important at every stage of life, from childhood and adolescence through adulthood." [1]

The increases in mental health needs, including those resulting from traumatic events such as the Novel Coronavirus Disease 2019 (COVID–19) pandemic, community violence, and adverse childhood experiences, have brought on challenges for children and youth that impact their overall emotional, psychological, and social well-being and their ability to fully engage in learning. The disruptions in routines, relationships, and the learning environment have led to increased stress and trauma, social isolation, and anxiety.

The Department aims to help address these mental health needs and provide support to students, families, and schools by using the increased funds available from the FY 2022 Appropriations Act and the Bipartisan Safer Communities Act to dramatically increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need through awards in FYs 2022–2026 under the SBMH grant program. The priorities for the FY 2022 competition, described further in this notice, are intended to accomplish this goal by increasing recruitment and retention-related incentives for school-based mental health services providers; promoting the respecialization and professional retraining of existing mental health services providers to qualify them for work in LEAs with demonstrated need; and increasing the diversity, and cultural and linguistic competency, of school-based mental health services providers, including competency in providing identity-safe services.

*Note:* The provision of medical services by such services providers is not an allowable use of funds under this grant.

*Priorities:* This competition has two absolute priorities and two competitive preference priorities. These priorities are from the notice of final priorities, requirements, and definitions published elsewhere in this issue of the **Federal Register**.

*Absolute Priority:* For FY 2022 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are absolute priorities. Under 34 CFR 75.105(c)(3), we consider only applications that meet these absolute priorities. Absolute Priority 1 is only applicable to SEAs. Absolute Priority 2 is only applicable to LEAs or consortia of LEAs.

These priorities are:

*Priority 1—SEAs Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need.*

To meet this priority, an SEA must propose to increase the number of credentialed school-based mental health services providers by implementing plans that address recruitment (as defined in this document) and retention (as defined in this document) of services providers in LEAs with demonstrated need. Applicants must propose plans that include both of the following:

(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in LEAs with demonstrated need.

(b) Retention. An applicant must also propose a plan to increase the likelihood that credentialed services providers providing services in LEAs with demonstrated need stay in their position over time.

*Priority 2—LEAs or Consortia of LEAs with Demonstrated Need Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers.*

To meet this priority, an LEA or consortium of LEAs with demonstrated need must propose measures to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of credentialed services providers in the LEA(s). Applicants must propose plans that include both of the following:

(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in the LEA(s) with demonstrated need.

(b) Retention. An applicant must also propose a plan to improve the likelihood that credentialed services providers providing services in the LEA(s) with demonstrated need stay in their position over time.

*Note:* The Secretary intends to create two funding slates for SBMH applications, one for applications that meet Absolute Priority 1 (SEA applicants) and a separate slate for

[1] *www.cdc.gov/mentalhealth/learn/index.htm*.

**Federal Register** / Vol. 87, No. 191 / Tuesday, October 4, 2022 / Notices    **60139**

applications that meet Absolute Priority 2 (LEA or a consortium of LEA applicants). As a result, the Secretary may fund applications out of the overall rank order.

*Competitive Preference Priorities:* For FY 2022 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are competitive preference priorities. Under 34 CFR 75.105(c)(2)(i), we award an additional 5 points for Competitive Preference Priority 1 to any application from an SEA that addresses this priority. We award up to an additional 10 points for Competitive Preference Priority 2 to any application from an SEA, LEA, or consortium of LEAs, depending on how well the application meets the priority. The total number of competitive preference points an SEA applicant may compete for is 15. The total number of competitive preference points an LEA or consortium of LEAs applicant may compete for is 10. As stated previously, these entities will not be competing against one another.

An applicant must clearly identify in the project abstract and the project narrative section of its application the competitive preference priority or priorities it wishes the Department to consider for purposes of earning competitive preference priority points.

These priorities are:

*Competitive Preference Priority 1— SEAs Proposing Respecialization, Professional Retraining, or Other Preparation Plan for Existing Mental Health Services Providers to Qualify Them for Work in LEAs with Demonstrated Need.* (Up to 5 points)

To meet this priority, an applicant must propose a respecialization (as defined in this document), professional retraining, or other preparation plan that leads to a state credential as a school psychologist, school social worker, school counselor, or other school-based mental health services provider and that is designed to increase the number of services providers qualified to serve in LEAs with demonstrated need.

*Competitive Preference Priority 2— Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need Who Are from Diverse Backgrounds or from Communities Served by the LEAs with Demonstrated Need.* (Up to 10 Points)

To meet this priority, applicants must propose a plan to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or who are from communities served by the LEAs with demonstrated need.[2]

Applicants must describe how their proposal to increase the number of school-based mental health services providers who are from diverse backgrounds or who are from the communities served by the LEA with demonstrated need will help increase access to mental health services for students within the LEA with demonstrated need and best meet the mental health needs of the diverse populations of students to be served.

*Requirements:* These requirements are from the notice of final priorities, requirements, and definitions published elsewhere in this issue of the **Federal Register**. We are establishing these application and program requirements for the FY 2022 grant competition and any subsequent year in which we make awards from the list of unfunded applications from this competition. Application requirement (a) would apply to SEAs only, and application requirement (b) would apply to LEAs or a consortium of LEAs only. All of the remaining application requirements would apply to all eligible applicants. For FY 2022 and any subsequent year in which we make awards from the list of unfunded applications from this competition, the following requirements apply:

*Eligible Applicants:* SEAs, as defined in 20 U.S.C. 7801(49), or LEAs, as defined in 20 U.S.C. 7801(30), including consortia of LEAs.

*Program Requirements:*

(a) Applicants that receive an award under this program must ensure that any school-based mental health services provider hired under this grant, including any services provider that offers telehealth services, is credentialed by the State to work in an elementary school (as defined in 20 U.S.C. 7801(19)) or secondary school (as defined in 20 U.S.C. 7801(45)).

(b) Applicants that receive an award under this program must ensure that any school-based mental health services provider offering services (including telehealth services) does so in an equitable manner and consistent with the Family Educational Rights and Privacy Act (FERPA), the Protection of Pupil Rights Amendment (PPRA), the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act, and the Americans with Disabilities Act, as well as all other applicable Federal, State, and local laws

and profession-specific ethical obligations.

*Application Requirements:*

(a) *Describe the LEAs with demonstrated need designated by the SEA to be served by the proposed project.*

SEA applicants must describe the LEAs with demonstrated need designated to benefit from the SBMH program.

(b) *Describe how the LEA, or each LEA in the proposed consortium (if applicable), meets the definition of an LEA with demonstrated need.*

To meet this requirement, an LEA applicant or the lead LEA submitting an application on behalf of a consortium must describe how the LEA or each LEA in the consortium meets the definition of an LEA with demonstrated need.

(c) *Describe the importance and magnitude of the problem.*

Applicants must describe the lack of school-based mental health services providers and its effect on students in the LEA(s) to be served by the grant. This must include a description of the nature of the problem for the LEA(s), based on information, including, but not limited to, the most recent available ratios of school-based mental health services providers to students enrolled in the LEA(s), or for SEA applicants, the LEAs designated by the SEA to benefit from the SBMH program. These data must be provided in the aggregate and disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors) as compared to local, State, or national data. The description may also include LEA-level or school-level demographic data (including rates of poverty; rates of chronic absenteeism; the percentage of students involved in the juvenile justice system, experiencing homelessness, or in foster care; and discipline data), school climate surveys, school violence/crime data, data related to suicide rates, and descriptions of barriers to hiring and retaining credentialed school-based mental health services providers in the LEA.

(d) *Logic Model.*

The applicant must describe its approach to increase the number of credentialed school-based mental health services providers using a logic model (as defined in 34 CFR 77.1), including the key project components and relevant outcomes (as defined in 34 CFR 77.1). The description should indicate how the proposed approach taken under this program will improve or expand on any previous approaches, how the new approach will address barriers, and how the applicant will sustain the increased number of school-based mental health

---

[2] All strategies to increase the diversity of school-based mental health services providers must comply with applicable Federal civil rights laws, including Title VI of the Civil Rights Act of 1964.

AR000058

services providers after the performance period has ended.

(e) *Detailed project budget, including matching funds.*

To promote the sustainability of the school-based mental health services, all applicants must include non-Federal matching funds in the amount of at least 25 percent of their budgets.

Budgets must describe how the applicant will meet the matching requirement for each budget period awarded under this grant and must indicate the source of the funds, such as State, local, or private resources. The Secretary may consider decreasing or waiving the matching requirement post award, on a case-by-case basis, if an applicant demonstrates a significant financial hardship.

Budgets must also specify the portion of funds that will be used for respecialization, if applicable.

Administrative costs for SEA applicants may not exceed 10 percent of the annual grant award. This includes funding for State-level or LEA-level administrative costs that promote respecialization, if applicable. Administrative costs for applicants that are LEAs and consortia of LEAs may not exceed 5 percent of the annual grant award.

(f) *Number of providers.*

Applicants must include the most recent available data on the number of school-based mental health services providers in the identified LEA(s), disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors), and the projected number of school-based mental health services providers that will be placed into employment in the identified LEA(s) for each year of the plan using funds from this grant or matching funds. If applicable, applicants should provide data on the current and projected unduplicated numbers of school-based mental health services providers disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors), offering telehealth services.

(g) *A plan for collaboration and coordination with related Federal, State, and local organizations, and school-based efforts.*

Applicants must propose a plan describing how they will collaborate and coordinate with related Federal, State, and local organizations, and school-based efforts (*e.g.,* professional associations; colleges or universities, including Historically Black Colleges and Universities, Minority Serving Institutions, and Tribal Colleges and Universities; local mental health; public health; child welfare; or other

community agencies, including school-based health centers), to achieve plan goals and objectives of increasing the number of school-based mental health services providers in LEAs with demonstrated need. The plan must include a description of how such collaboration and coordination will promote program success across multiple programs.

(h) *Use of grant funds to supplement, and not supplant, existing school-based mental health services funds and to expand, not duplicate, efforts to increase the number of providers.*

Applicants must describe how project funds will supplement, and not supplant, non-Federal funds that would otherwise be available for activities funded under this program.

Applicants must describe how they will use the SBMH program funds to expand, rather than duplicate, existing or new efforts to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need and how they will integrate existing funding streams and efforts to support the plan.

(i) *Plan for prompt delivery of services to students.* For SEA applicants, applicants must describe their plan to ensure the prompt delivery of services to students (*i.e.,* as soon as possible, but no later than 180 days from award), including via subgrants to LEAs, as appropriate. For LEA applicants and consortia of LEAs, applicants must describe their plan to ensure the prompt delivery of services to students (*i.e.,* as soon as possible, but no later than 180 days from award). Additionally, SEA and LEA applicants must describe how leaders across all levels of the project will be engaged in the implementation and evaluation of the plan.

*Definitions:*

The definitions of ''credentialed,'' ''LEA with demonstrated need,'' ''recruitment,'' ''respecialization,'' ''retention,'' and ''telehealth'' are from the notice of priorities, requirements, and definitions published elsewhere in this issue of the **Federal Register**. The following definitions are from 34 CFR 77.1: ''ambitious,'' ''baseline,'' ''logic model,'' ''project component,'' and ''relevant outcome.'' The following definitions are from 20 U.S.C. 7801: ''local educational agency'', ''State educational agency.'' The definition of ''school-based mental health services provider'' is from 20 U.S.C. 7112. These definitions apply to the FY 2022 School-Based Mental Health Services Grant competition and any subsequent year in which we make awards from the list of unfunded applications from this competition.

*Ambitious* means promoting continued, meaningful improvement for program participants or for other individuals or entities affected by the grant, or representing a significant advancement in the field of education research, practices, or methodologies. When used to describe a performance target, whether a performance target is ambitious depends upon the context of the relevant performance measure and the baseline for that measure.

*Baseline* means the starting point from which performance is measured and targets are set.

*Credentialed* means an individual who possesses a valid license or certificate from the SEA or relevant regulatory body as a school psychologist, school counselor, or a school social worker, or other mental health services provider, approved by the State to provide school-based mental health services.

*Local educational agency* means a public board of education or other public authority legally constituted within a State for either administrative control or direction of, or to perform a service function for, public elementary schools or secondary schools in a city, county, township, school district, or other political subdivision of a State, or of or for a combination of school districts or counties that is recognized in a State as an administrative agency for its public elementary schools or secondary schools.

(a) The term includes any other public institution or agency having administrative control and direction of a public elementary school or secondary school.

(b) The term includes an elementary or secondary school funded by the Bureau of Indian Education but only to the extent that including the school makes the school eligible for programs for which specific eligibility is not provided to the school in another provision of law and the school does not have a student population that is smaller than the student population of the LEA receiving assistance under the Elementary and Secondary Education Act of 1965, as amended (ESEA) with the smallest student population, except that the school shall not be subject to the jurisdiction of any SEA other than the Bureau of Indian Education.

(c) The term includes educational service agencies and consortia of those agencies.

(d) The term includes the SEA in a State in which the SEA is the sole educational agency for all public schools.

*LEA with demonstrated need* means an LEA that has a significant need for

additional school-based mental health services providers based on—

(1) High student to mental health services provider ratios as compared to other LEAs statewide or nationally;

(2) High rates of community violence (including hate crimes), poverty, substance use (including opioid use), suicide, or trafficking; or

(3) A significant number of students who are migratory, experiencing homelessness, have a family member deployed in the military or with a military-service connected disability (including veterans), have experienced a natural or man-made disaster or a traumatic event, or have other adverse childhood experiences, such as repeated disciplinary exclusions from the learning environment.

*Logic model* (also referred to as a theory of action) means a framework that identifies key project components of the proposed project (*i.e.,* the active "ingredients" that are hypothesized to be critical to achieving the relevant outcomes) and describes the theoretical and operational relationships among the key project components and relevant outcomes.

*Project component* means an activity, strategy, intervention, process, product, practice, or policy included in a project. Evidence may pertain to an individual project component or to a combination of project components (*e.g.,* training teachers on instructional practices for English learners and follow-on coaching for these teachers).

*Recruitment* means strategies that help attract and hire credentialed school-based mental health services providers, including by doing at least one of the following:

(1) Providing an annual salary or stipend for school-based mental health services providers who maintain an active national certification.

(2) Providing payment toward the school loans accrued by the school-based mental health services provider.

(3) Creating pathways to grant cross-State credentialing reciprocity for school-based mental health services providers.

(4) Providing incentives and supports to help mitigate shortages. These may include, for example, increasing pay; offering monetary incentives for relocation to high-need areas; providing services via telehealth; creating hybrid roles that allow for leadership, academic, or research opportunities; developing induction programs; developing paid internship programs; focusing on recruitment and support of underrepresented populations; and offering service scholarship programs such as those that provide grants in

exchange for a commitment to serve in the LEA for a minimum number of years.

*Relevant outcome* means the student outcome(s) or other outcome(s) the key project component is designed to improve, consistent with the specific goals of the program.

*Respecialization* means strategies that provide opportunities for professional retraining and alternative pathways to obtain a state credential, aligned with the standards of the relevant professional organization, as a school-based mental health services provider for individuals who hold, at a minimum, a degree in a related field (*e.g.,* special education, clinical psychology, community counseling), including by doing one or more of the following:

(1) Revising, updating, or streamlining requirements for such individuals so that additional training or other requirements focus only on training needed to obtain a credential as a school-based mental health services provider.

(2) Providing a stipend or making a payment to support the training needed to obtain a credential as a school-based mental health services provider.

(3) Offering flexible options for completing training that leads such professionals to meet State credentialing requirements as a school-based mental health services provider.

(4) Establishing a provisional, time limited, and nonrenewable credential to allow individuals seeking respecialization to provide school-based mental health services under the direct supervision of a fully credentialed school-based mental health services provider of the same profession.

(5) Offering other meaningful activities that result in existing mental health services providers obtaining a state credential as a school-based mental health services provider.

*Retention* means strategies to help ensure that credentialed individuals stay in their position to avoid gaps in service and unfilled positions, including by—

(1) Providing opportunities for advancement or leadership, such as career pathways programs, recognition and award programs, and mentorship programs; and

(2) Offering incentives and supports to help mitigate shortages. These may include, for example, increasing pay; making payments toward student loans; offering monetary incentives for relocation to high-need areas; providing services via telehealth; offering service scholarship programs, such as those that provide grants in exchange for a

commitment to serve in the LEA for a minimum number of years; and developing paid internship programs.

*School-based mental health services provider* means a State-licensed or State-certified school counselor, school psychologist, school social worker, or other State licensed or certified mental health professional qualified under State law to provide mental health services to children and adolescents.

*State educational agency* means the agency primarily responsible for the State supervision of public elementary and secondary schools.

*Telehealth* means the use of electronic information and telecommunication technologies to support and promote long-distance clinical health care, patient and professional health-related education, public health, and health administration. Technologies include videoconferencing, the internet, store-and-forward imaging, streaming media, and landline and wireless communications.

*Program Authority:* 20 U.S.C. 7281.

*Note:* Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

*Applicable Regulations:* (a) The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474. (d) The notice of final priorities, requirements, and definitions published elsewhere in this issue of the **Federal Register**.

## II. Award Information

*Type of Award:* Discretionary grants.

*Estimated Available Funds:* $143,900,000.

Contingent upon the availability of funds and the quality of applications, we may make additional awards in subsequent years from the list of unfunded applications from this competition.

*Estimated Range of Awards:* $500,000 to 3,000,000.

*Estimated Average Size of Awards:* $1,750,000.

*Estimated Number of Awards:* 50–150.

*Note:* The Department is not bound by any estimates in this notice.

*Project Period:* Up to 60 months.

### III. Eligibility Information

1. *Eligible Applicants:* SEAs, as defined in 20 U.S.C. 7801(49), or LEAs, as defined in 20 U.S.C. 7801(30), including consortia of LEAs.

2. *Cost Sharing or Matching:* a. This program requires cost sharing or matching requirements. See "Application Requirements" in Section I.

b. *Indirect Cost Rate Information:* This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see *www2.ed.gov/about/offices/list/ocfo/intro.html.*

c. *Administrative Cost Limitation:* This program involves administrative costs for SEAs, LEAs and consortia of LEAs. See "Application Requirements" in Section I.

3. *Supplement-Not-Supplant:* This program involves supplement-not-supplant funding requirements. See "Application Requirements" in Section I.

4. *Limitation on Awards:* a. The Department will make only one award that serves any individual LEA.

b. The Department will only make an award to LEAs that are not subgrantees of a current SBMH project.

5. *Subgrantees:* Under 34 CFR 75.708(b) and (c) an SEA grantee under this competition may award subgrants to directly carry out project activities described in its application to the following types of entities: LEAs. The SEA grantee may award subgrants to entities it has identified in an approved application or that it selects through a competition under procedures established by the grantees. However, an SEA grantee is not required to award subgrants and may instead administer the program directly.

### IV. Application and Submission Information

1. *Application Submission Instructions:* Applicants are required to follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 27, 2021 (86 FR 73264) and available at *www.federalregister.gov/d/2021-27979,* which contain requirements and information on how to submit an application. Please note that these Common Instructions supersede the version published on February 13, 2019, and, in part, describe the transition from the requirement to register in *SAM.gov* a DUNS number to the implementation of the UEI. More information on the phase-out of DUNS numbers is available at *https://www2.ed.gov/about/offices/list/ofo/docs/unique-entity-identifier-transition-fact-sheet.pdf.*

2. *Intergovernmental Review:* This competition is subject to Executive Order 12372 and the regulations in 34 CFR part 79. However, under 34 CFR 79.8(a), we waive intergovernmental review in order to make awards by December 31, 2022.

3. *Funding Restrictions:* We reference regulations outlining funding restrictions in the *Applicable Regulations* section of this notice. In addition, we remind applicants that sections 4001(a) and 4001(b) of the ESEA (20 U.S.C. 7101) apply to this program. Section 4001(a) requires entities receiving funds under this program to obtain prior, written, informed consent from the parent of each child who is under 18 years of age to participate in any mental-health assessment or service that is funded under this program and conducted in connection with an elementary or secondary school. Section 4001(b) prohibits the use of funds for medical services or drug treatment or rehabilitation, except for integrated student supports, specialized instructional support services, or referral to treatment for impacted students, which may include students who are victims of, or witnesses to, crime or who illegally use drugs. This prohibition does not preclude the use of funds to support mental health counseling and support services, including those provided by a mental health services provider outside of school, so long as such services are not medical.

4. *Recommended Page Limit:* The application narrative is where you, the applicant, address the selection criteria that reviewers use to evaluate your application. We recommend that you (1) limit the application narrative to no more than 25 pages and (2) use the following standards:

• A "page" is 8.5″ x 11″, on one side only, with 1″ margins at the top, bottom, and both sides.

• Double space (no more than three lines per vertical inch) all text in the application narrative, including titles, headings, footnotes, quotations, references, and captions, as well as all text in charts, tables, figures, and graphs.

• Use a font that is either 12 point or larger or no smaller than 10 pitch (characters per inch).

• Use one of the following fonts: Times New Roman, Courier, Courier New, or Arial.

The recommended page limit does not apply to the cover sheet; the budget section, including the narrative budget justification; the assurances and certifications; or the one-page abstract, the resumes, the bibliography, or the letters of support. However, the recommended page limit does apply to all of the application narrative.

### V. Application Review Information

1. *Selection Criteria:* The selection criteria for this program are from 34 CFR 75.210. The maximum score for all selection criteria is 100 points. The points assigned to each criterion are indicated in parentheses. Non-Federal peer reviewers will evaluate and score each application program narrative against the following selection criteria:

(a) *Need for the Project* (10 points). The Secretary considers the need for the proposed project. In determining the need for the proposed project, the Secretary considers the extent to which specific gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project, including the nature and magnitude of those gaps or weaknesses. (Up to 10 points)

(b) *Quality of Project Personnel* (30 points).

(1) The Secretary considers the quality of the personnel who will carry out the proposed project. In determining the quality of project personnel, the Secretary considers the extent to which the applicant encourages applications for employment from persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 10 points)

(2) In addition, the Secretary considers:

(i) The qualifications, including relevant training and experience, of key project personnel. (Up to 10 points)

(ii) The qualifications, including relevant training and experience, of project consultants or subcontractors. (Up to 10 points)

(c) *Quality of Project Design and Project Services* (35 points).

(1) The Secretary considers the quality of the design of the proposed project and the quality of the services to be provided by the proposed project. In determining the quality of the design of the proposed project, the Secretary considers the extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly

AR000061

specified and measurable. (Up to 10 points)

(2) In determining the quality of the services to be provided by the proposed project, the Secretary considers the quality and sufficiency of strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 10 points)

(3) In addition, the Secretary considers the extent to which the training or professional development services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project. (Up to 15 points)

(d) *Management Plan and Adequacy of Resources* (25 points). The Secretary considers the management plan and adequacy of resources for the proposed project. In determining the quality of the management plan and the adequacy of resources for the proposed project, the Secretary considers:

(1) The adequacy of mechanisms for ensuring high-quality products and services from the proposed project. (Up to 10 points)

(2) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (Up to 5 points)

(3) The potential for continued support of the project after Federal funding ends, including, as appropriate, the demonstrated commitment of appropriate entities to such support. (Up to 5 points)

(4) The adequacy of the procedures for ensuring feedback and continuous improvement in the operation of the proposed project. (Up to 5 points)

2. *Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217(d)(3), the past performance of the applicant in carrying out a previous award, such as the applicant's use of funds, achievement of project objectives, and compliance with grant conditions. The Secretary may also consider whether the applicant failed to submit a timely performance report or submitted a report of unacceptable quality.

In addition, in making a competitive grant award, the Secretary requires various assurances, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

3. *Risk Assessment and Specific Conditions:* Consistent with 2 CFR 200.206, before awarding grants under this program the Department conducts a review of the risks posed by applicants. Under 2 CFR 200.208, the Secretary may impose specific conditions and, under 2 CFR 3474.10, in appropriate circumstances, high-risk conditions on a grant if the applicant or grantee is not financially stable; has a history of unsatisfactory performance; has a financial or other management system that does not meet the standards in 2 CFR part 200, subpart D; has not fulfilled the conditions of a prior grant; or is otherwise not responsible.

4. *Integrity and Performance System:* If you are selected under this competition to receive an award that over the course of the project period may exceed the simplified acquisition threshold (currently $250,000), under 2 CFR 200.206(a)(2) we must make a judgment about your integrity, business ethics, and record of performance under Federal awards—that is, the risk posed by you as an applicant—before we make an award. In doing so, we must consider any information about you that is in the integrity and performance system (currently referred to as the Federal Awardee Performance and Integrity Information System (FAPIIS)), accessible through the System for Award Management. You may review and comment on any information about yourself that a Federal agency previously entered and that is currently in FAPIIS.

Please note that, if the total value of your currently active grants, cooperative agreements, and procurement contracts from the Federal Government exceeds $10,000,000, the reporting requirements in 2 CFR part 200, Appendix XII, require you to report certain integrity information to FAPIIS semiannually. Please review the requirements in 2 CFR part 200, Appendix XII, if this grant plus all the other Federal funds you receive exceed $10,000,000.

5. *In General:* In accordance with the Office of Management and Budget's guidance located at 2 CFR part 200, all applicable Federal laws, and relevant Executive guidance, the Department will review and consider applications for funding pursuant to this notice inviting applications in accordance with:

(a) Selecting recipients most likely to be successful in delivering results based on the program objectives through an objective process of evaluating Federal award applications (2 CFR 200.205);

(b) Prohibiting the purchase of certain telecommunication and video surveillance services or equipment in alignment with section 889 of the National Defense Authorization Act of 2019 (Pub. L. 115–232) (2 CFR 200.216);

(c) Providing a preference, to the extent permitted by law, to maximize use of goods, products, and materials produced in the United States (2 CFR 200.322); and

(d) Terminating agreements in whole or in part to the greatest extent authorized by law if an award no longer effectuates the program goals or agency priorities (2 CFR 200.340).

**VI. Award Administration Information**

1. *Award Notices:* If your application is successful, we notify your U.S. Representative and U.S. Senators and send you a Grant Award Notification (GAN); or we may send you an email containing a link to access an electronic version of your GAN. We may notify you informally, also.

If your application is not evaluated or not selected for funding, we notify you.

2. *Administrative and National Policy Requirements:* We identify administrative and national policy requirements in the application package and reference these and other requirements in the Applicable Regulations section of this notice.

We reference the regulations outlining the terms and conditions of an award in the Applicable Regulations section of this notice and include these and other specific conditions in the GAN. The GAN also incorporates your approved application as part of your binding commitments under the grant.

3. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition, you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. When the deliverable consists of modifications to pre-existing works, the license extends only to those modifications that can be separately identified and only to the extent that open licensing is permitted under the terms of any licenses or other legal restrictions on the use of pre-existing works. Additionally, a grantee or subgrantee that is awarded competitive grant funds must have a plan to disseminate these public grant deliverables. This dissemination plan can be developed and submitted after your application has been reviewed and selected for funding. For additional information on the open licensing requirements please refer to 2 CFR 3474.20.

4. *Reporting:* (a) If you apply for a grant under this competition, you must ensure that you have in place the necessary processes and systems to comply with the reporting requirements in 2 CFR part 170 should you receive funding under this competition. This does not apply if you have an exception under 2 CFR 170.110(b).

(b) At the end of your project period, you must submit a final performance report, including financial information, as directed by the Secretary. If you receive a multiyear award, you must submit an annual performance report that provides the most current performance and financial expenditure information as directed by the Secretary under 34 CFR 75.118. The Secretary may also require more frequent performance reports under 34 CFR 75.720(c). For specific requirements on reporting, please go to *www.ed.gov/ fund/grant/apply/appforms/ appforms.html.*

(c) Under 34 CFR 75.250(b), the Secretary may provide a grantee with additional funding for data collection analysis and reporting. In this case the Secretary establishes a data collection period.

5. *Performance Measures:* For the purpose of Department reporting under 34 CFR 75.110, we have established the following performance measures for the School-Based Mental Health Services Grant Program:

(a) The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant.

(b) The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.

(c) The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio.

(d) The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant.

(e) The total number of students who received school-based mental health services as a result of the grant.

(f) For grantees that addressed competitive preference priority 2, the number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.

These measures constitute the Department's indicators of success for this program. Consequently, we advise an applicant for a grant under this program to give careful consideration to these measures in conceptualizing the approach for its proposed project plan. Each grantee will be required to provide, in its annual performance and final reports, data about its progress in meeting these measures. These data will be considered by the Department in making potential continuation awards.

Consistent with 34 CFR 75.591, grantees funded under this program must meet the requirements of any evaluation of the program conducted by the Department or an evaluator selected by the Department.

*Performance measure targets:* The applicant must propose annual targets for the measures listed above in their application. Applicants must also provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) An explanation of how each proposed performance target is ambitious (as defined in this notice) yet achievable compared to the baseline (as defined in this notice) for the performance measure.

(2) An explanation of the data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and

(3) An explanation of the applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

*Note:* If the applicant does not have experience with collection and reporting of performance data through other projects or research, the applicant should provide other evidence of capacity to successfully carry out data collection and reporting for its proposed project.

The reviewers of each application will score related selection criteria on the basis of how well an applicant has considered these measures in conceptualizing the approach and evaluation of the project.

All grantees must submit an annual performance report and final performance report with information that is responsive to these performance measures.

6. *Continuation Awards:* In making a continuation award under 34 CFR 75.253, the Secretary considers, among other things, whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; and, if the Secretary has established performance measurement requirements, the performance targets in the grantee's approved application.

In making a continuation award, the Secretary also considers whether the grantee is operating in compliance with the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

**VII. Other Information**

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document and a copy of the application package in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, Braille, large print, audiotape, compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**James F. Lane,**

*Senior Advisor, Office of the Secretary, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary for the Office Elementary and Secondary Education.*

[FR Doc. 2022–21631 Filed 10–3–22; 8:45 am]

**BILLING CODE 4000–01–P**

---

**DEPARTMENT OF EDUCATION**

**Applications for New Awards; Mental Health Service Professional Demonstration Grant Program**

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

school-based mental health services providers.

These measures constitute the Department's indicators of success for this program. Consequently, we advise an applicant for a grant under this program to give careful consideration to these measures in conceptualizing the approach for its proposed project plan. Each grantee will be required to provide, in its annual performance and final reports, data about its progress in meeting these measures. These data will be considered by the Department in making potential continuation awards.

Consistent with 34 CFR 75.591, grantees funded under this program must meet the requirements of any evaluation of the program conducted by the Department or an evaluator selected by the Department.

*Performance measure targets:* The applicant must propose annual targets for the measures listed above in their application. Applicants must also provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) An explanation of how each proposed performance target is ambitious (as defined in this notice) yet achievable compared to the baseline (as defined in this notice) for the performance measure.

(2) An explanation of the data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data.

(3) An explanation of the applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

*Note:* If the applicant does not have experience with collection and reporting of performance data through other projects or research, the applicant should provide other evidence of capacity to successfully carry out data collection and reporting for its proposed project.

The reviewers of each application will score related selection criteria on the basis of how well an applicant has considered these measures in conceptualizing the approach and evaluation of the project.

All grantees must submit an annual performance report and final performance report with information that is responsive to these performance measures.

6. *Continuation Awards:* In making a continuation award under 34 CFR 75.253, the Secretary considers, among other things, whether a grantee has made substantial progress in achieving the goals and objectives of the project;

whether the grantee has expended funds in a manner that is consistent with its approved application and budget; and, if the Secretary has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application.

In making a continuation award, the Secretary also considers whether the grantee is operating in compliance with the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

## VII. Other Information

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document and a copy of the application package in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register.** You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register,** in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**Adam Schott,**

*Deputy Assistant Secretary for Policy and Programs, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary Office of Elementary and Secondary Education.*

[FR Doc. 2024–04358 Filed 2–29–24; 8:45 am]

**BILLING CODE 4000–01–P**

# DEPARTMENT OF EDUCATION

## Applications for New Awards; Mental Health Service Professional Demonstration Grant Program

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2024 for the Mental Health Service Professional (MHSP) Demonstration Grant Program, Assistance Listing Number 84.184X. This notice relates to the approved information collection under OMB control number 1810–0772.

**DATES:**

*Applications Available:* March 1, 2024.

*Deadline for Transmittal of Applications:* May 15, 2024.

*Deadline for Intergovernmental Review:* July 15, 2024.

*Pre-Application Webinar Information:* The Department will hold a pre-application meeting via webinar for prospective applicants on TBD, at 1:00 p.m. and TBD at 1:00 p.m. Eastern Time. To register, please visit the program website at: *https://oese.ed.gov/offices/office-of-formula-grants/safe-supportive-schools/mental-health-service-professional-demonstration-grant-program/.*

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 7, 2022 (87 FR 75045) and available at *https://www.federalregister.gov/documents/2022/12/07/2022-26554/common-instructions-for-applicants-to-department-of-education-discretionary-grant-programs.*

**FOR FURTHER INFORMATION CONTACT:** Nicole White, U.S. Department of Education, 400 Maryland Avenue, 4th Floor, Washington, DC 20202–6450. Telephone: (202) 453–6729. Email: *Mental.Health@ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

## Full Text of Announcement

## I. Funding Opportunity Description

*Purpose of Program:* The MHSP Program provides competitive grants to support and demonstrate innovative

**Federal Register** / Vol. 89, No. 42 / Friday, March 1, 2024 / Notices    **15181**

partnerships to train school-based mental health services providers (as defined in section 4102 of the Elementary and Secondary Education Act of 1965, as amended (ESEA)) (services providers) for employment in schools and local educational agencies (LEAs). The goal of this program is to increase the number and diversity of high-quality, trained providers available to address the shortages of mental health services professionals in schools served by high-need LEAs (as defined in this notice). The partnerships must include (1) one or more high-need LEAs or a State educational agency (SEA) on behalf of one or more high-need LEAs and (2) one or more eligible institutions of higher education (eligible IHE) (as defined in this notice).

Partnerships must provide opportunities to place postsecondary education graduate students in school-based mental health fields into high-need schools (as defined in this notice) served by the participating high-need LEAs to complete required field work, credit hours, internships, or related training, as applicable, for the degree or credential program of each student. In addition to the placement of graduate students, grantees may also develop mental health career pathways as early as secondary school, through career and technical education opportunities, or through paraprofessional support degree programs at local community or technical colleges.

*Background:*

Like good physical health, positive mental health promotes success in life. As defined by the Centers for Disease Control and Prevention (CDC), "Mental health includes our emotional, psychological, and social well-being. It affects how we think, feel, and act. It also helps determine how we handle stress, relate to others, and make healthy choices. Mental health is important at every stage of life, from childhood and adolescence through adulthood." [1]

Support for the mental health of children and youth advances educational opportunities by helping to create conditions for students to fully engage in learning. The increases in mental health related needs, including those resulting from traumatic events such as the COVID–19 pandemic, community violence, adverse childhood experiences, the impact of social media, and more present challenges for children and youth that for many impact their overall emotional,

psychological, and social well-being and their ability to fully engage in learning.

The priorities, requirements, and definitions set in this notice aim to address student mental health needs by training more school-based mental health services providers who will be available to work in high-need LEAs. While the complementary K–12 mental health program, the School-Based Mental Health Services Program (SBMH), focuses on the immediate need of hiring more school-based mental health services providers, the MHSP program is designed to increase the overall number of services providers prepared to enter the workforce. Additionally, we aim to make more awards to eligible applicants who have not yet benefited from an MHSP grant, to increase the number of services providers from diverse backgrounds or from the school communities they will serve, and to ensure that all services providers are trained in inclusive practices, including ensuring access to services for children and youth who are English learners.

In developing applications that meet the absolute priorities, we encourage applicants to consider the needs of individuals from diverse backgrounds and utilize the program's broad allowability to use funds to provide support services that will have a meaningful impact on diversifying the school-based mental health services workforce. For example, projects may pay for participants' tuition, provide a modest salary for internships, cover the cost of transportation to and from the high-need school where the participant is placed, pay for childcare while the participant is working at the high-need school, and pay for administrative expenses, such as background check fees that are necessary for placement in a participating school. Such uses of funds may be especially critical in supporting individuals from low-income backgrounds who are pursuing careers as school-based mental health services providers.

*Priorities:* This competition has three absolute priorities and three competitive preference priorities. Absolute Priority 1 and the competitive preference priorities are from the notice of final priorities, requirements, and definitions for the MHSP Program published in the **Federal Register** on October 4, 2022 (87 FR 60083) (the NFP). Absolute Priority 2 and Absolute Priority 3 are from the Administrative Priorities for Discretionary Grants Programs (Administrative Priorities), published in the **Federal Register** on March 9, 2020 (85 FR 13640).

*Absolute Priorities:* For FY 2024 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are absolute priorities. Under 34 CFR 75.105(c)(3), we consider only applications that meet Absolute Priority 1 and Absolute Priority 2 or Absolute Priority 3.

The Secretary intends to create two funding slates for MHSP applications, one slate for applications that meet Absolute Priority 1 and Absolute Priority 2 and a second slate for applications that meet Absolute Priority 1 and 3. As a result, the Secretary may fund applications out of the overall rank order.

These priorities are:

*Absolute Priority 1—Expand Capacity of High-need LEAs.*

Projects that propose to expand the capacity of high-need LEAs in partnership with eligible IHEs to train school-based mental health services providers (as defined in this notice), with the goal of expanding the number of these professionals available to address the shortages of school-based mental health services providers in high-need schools.

To meet this priority, the applicant must propose a school-based mental health partnership (as defined in this notice) to place the IHE's graduate students in school-based mental health services fields into high-need schools served by the participating high-need LEAs for the purpose of completing required field work, credit hours, internships, or related training necessary to complete their degree or obtain a credential as a school-based mental health services provider.

*Absolute Priority 2—Applications From New Potential Grantees.*

Under this priority, an applicant must demonstrate the following:

(a) The applicant does not, as of the deadline date for submission of applications, have an active grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(b) For the purpose of this priority, a grant is active until the end of the grant's project or funding period, including any extensions of those periods that extend the grantee's authority to obligate funds.

*Absolute Priority 3—Applications from Grantees that Are Not New Potential Grantees.*

Under this priority, an applicant must demonstrate the following:

(a) The applicant has, as of the deadline date for submission of

---

[1] Centers for Disease Control and Prevention. *www.cdc.gov/mentalhealth/learn/index.htm.* Accessed on February 12, 2024.

AR000065

applications, an active grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(b) For the purpose of this priority, a grant is active until the end of the grant's project or funding period, including any extensions of those periods that extend the grantee's authority to obligate funds.

*Competitive Preference Priorities:* For FY 2024 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are competitive preference priorities. Under 34 CFR 75.105(c)(2)(i), we award up to an additional 5 points for Competitive Preference Priority 1, depending on how well the application meets the priority. We award up to an additional 5 points for Competitive Preference Priority 2, depending on how well the application meets the priority. We award an additional 5 points to an application that meets Competitive Preference Priority 3. The total number of competitive preference points an applicant may receive is 15.

An applicant must clearly identify in the project abstract and the project narrative section of its application the competitive preference priority or priorities it wishes the Department to consider for purposes of earning competitive preference priority points.

These priorities are:

*Competitive Preference Priority 1- Increase the Number of Qualified School Based Mental Health Services Providers in High-Need LEAs Who Are from Diverse Backgrounds or from Communities Served by the High-Need LEAs.* (Up to 5 points)

Projects that propose to increase the number of qualified school-based mental health services providers in high-need LEAs who are from diverse backgrounds (*i.e.,* backgrounds that reflect the communities, identities, races, ethnicities, abilities, and cultures of the students in the high-need LEA, including underserved students) or who are from communities served by the high-need LEAs.[2]

Applicants must describe how their proposal to increase the number of school-based mental health services providers who are from diverse backgrounds or who are from the communities served by the high-need LEA will help increase access to mental health services for students within the

high-need LEA and best meet the mental health needs of the diverse populations of students to be served.

*Competitive Preference Priority 2- Promote Inclusive Practices.* (Up to 5 points)

Projects that propose to provide evidence-based (as defined in this notice) pedagogical practices in mental health services provider preparation programs or professional development programs that are inclusive with regard to race, ethnicity, culture, language, disability, and for students who identify as LGBTQI+, and that prepare school-based mental health services providers to create culturally and linguistically inclusive and identity-safe [3] environments for students when providing services.

Applicants must describe how their proposal to provide evidence-based pedagogical practices in mental health services provider preparation programs or professional development programs will prepare school-based mental health services providers to provide inclusive practices and to create culturally and linguistically inclusive and identity-safe environments for students when providing services.

*Competitive Preference Priority 3- Partnerships with HBCUs, TCUs, or other MSIs.* (0 or 5 points)

Applicants that propose to implement their projects by or in partnership with one or more of the following entities:

(1) Historically Black Colleges and Universities (HBCUs) (as defined in 34 CFR 608.2).

(2) Tribal Colleges and Universities (TCUs) (as defined in section 316(b)(3) of the HEA).

(3) Minority-Serving Institutions (MSIs) (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA).

*Note:* Only institutions that the Department determined to be eligible through the FY 2024 process for eligible MSI designation (which includes HBCU and TCU designations), or which were granted a waiver under the process, may be considered eligible for this competitive preference priority.

*Requirements:* These application requirements are from the NFP. These requirements are:

*Program Requirement:* Eligible applicants for this program are high-need LEAs, SEAs on behalf of one or more high-need LEAs, and IHEs. High-

need LEA applicants and SEA applicants on behalf of one or more high-need LEAs must propose to work in partnership with an eligible IHE, which may include institutions that serve diverse learners such as an HBCU (as defined in 34 CFR 608.2), TCU (as defined in section 316(b)(3) of the HEA), or other MSI (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA). Eligible IHE applicants must propose to work in partnership with one or more high-need LEAs or an SEA.

*Application Requirements:* An applicant must include the following in its application:

(a) *Identification of schools to be served by the proposed project.*

Applicants must identify or describe how they will identify the high-need schools to be served in each high-need LEA that is part of the school-based mental health partnership.

(b) *A description of the nature and magnitude of the problem.*

Applicants must describe how the lack of school-based mental health services providers is specifically affecting students in the high-need schools to be served by project activities. Applicants must describe the nature of the problem for the LEA, based on, but not limited to, the most recent available ratios of school-based mental health services providers to students enrolled in the schools in each high-need LEA that is part of the school-based mental health partnership (in the aggregate and disaggregated by profession (*e.g.,* school social workers, school psychologists, and school counselors)). The description may also include LEA and school-level demographic data, including chronic absenteeism and discipline data, school climate surveys, school violence/crime data, data related to suicide rates, and descriptions of barriers to hiring and retaining services providers in the LEA.

(c) *A plan to enhance LEA capacity to provide mental health services to students.*

Applicants must describe the specific activities they will conduct to expand and improve LEA capacity to provide mental health services to students in high-need LEAs and ensure that students receive appropriate, evidence-based, and culturally and linguistically inclusive mental health services. To meet this requirement, the applicant must propose a school-based mental health partnership established for the purpose of placing the IHE's graduate students in school-based mental health fields into high-need schools served by the participating high-need LEAs to complete required field work, credit

---

[2] All strategies to increase the diversity of providers must comply with applicable Federal civil rights laws, including title VI of the Civil Rights Act of 1964.

[3] An identity-safe environment is a place where every student feels physically and emotionally safe. Perceptions of safety often differ across different groups of students, and each intervention and support measure should be designed to ensure the safety and belonging of all students.

**Federal Register** / Vol. 89, No. 42 / Friday, March 1, 2024 / Notices        **15183**

hours, internships, or related training as applicable for the degree or credential program of each student. If the applicant intends to establish a program that directly benefits an individual graduate student, such as through a stipend or tuition credit, the applicant must describe its approach to implementing a service obligation for such graduate student as a school-based mental health services provider in a high-need LEA commensurate with the level of support the graduate student receives.

(d) *A memorandum of understanding (MOU), a memorandum of agreement (MOA), or letter of agreement between the LEA or SEA, and the IHE.*

Applicants must include with their application an MOU, MOA, or letter of agreement that is signed by the authorized representatives of the LEA or SEA, and the IHE. The MOU, MOA, or letter of agreement must provide details regarding the roles and responsibilities of each entity in the partnership and include a description of how the partnership will place graduate students into high-need schools served by the participating high-need LEAs to complete required field work, credit hours, internships, or related training necessary to complete their degree or obtain a credential as a school-based mental health services provider. Additionally, SEA and LEA applicants must describe in the MOU, MOA, or letter of agreement how leaders across all levels of the project will be engaged in the implementation and evaluation of the project. The MOU, MOA, or letter of agreement must also include the estimated number of mental health services providers that will be placed into employment in high-need schools and high-need LEAs on an annual basis.

(e) *A plan for collaboration and coordination with related Federal, State, and local initiatives.*

Applicants must propose a plan that describes:

(1) The activities to be carried out in coordination with the national, State, or local mental health, public health, child welfare, and other community agencies, which may include school-based health centers, to achieve the plan goals and objectives of establishing a pipeline program to train and expand the capacity of school-based mental health services providers in high-need LEAs; and

(2) How they will leverage other available Federal, State, and local resources to achieve project goals and objectives and sustain investments beyond the budget period. Applicants must identify these other available resources and describe how they will be

used to promote success across programs.

Evidence of collaboration and coordination described in paragraph (e)(1) must be provided through letters of support or MOAs/MOUs from State or local organizations or agencies, where applicable.

(f) *A description of the process to identify students for mental health services.*

Applicants must describe the specific process and activities they will use to ensure students in high-need LEAs who need school-based mental health services are properly identified, assessed, and provided the appropriate school-based mental health services by qualified personnel in consultation with educators, including school leaders, and parents and families, as appropriate. To meet this requirement, applicants must also describe how they will ensure that services are evidence-based and inclusive with regard to race, ethnicity, culture, language, disability, homelessness, and for students who identify as LGBTQI+, and are accessible to all. Further, applicants must describe how LEAs will engage parents and families for the purposes of raising awareness about the availability of services and connecting students to services.

*Definitions:* The definitions of "eligible institution of higher education," "high-need LEA," "high-need school," "school-based mental health partnership," and "students/children from low-income backgrounds" are from the NFP. The definitions of "evidence-based" (20 U.S.C. 7801(21), "institution of higher education" (20 U.S.C. 7801(29), "local educational agency" (20 U.S.C. 7801(30)), "State educational agency" (20 U.S.C. 7801(49)), and "school-based mental health services provider" (20 U.S.C. 7112(6)) are from the Elementary and Secondary Education Act of 1965, as amended (ESEA). The definitions of "ambitious," "baseline," "demonstrates a rationale," "logic model," "project component," and "relevant outcome" are from 34 CFR 77.1. These definitions apply to the FY 2024 MHSP Program competition and any subsequent year in which we make awards from the list of unfunded applications from this competition.

These definitions are:

*Ambitious* means promoting continued meaningful improvement for program participants or for other individuals or entities affected by the grant, or representing a significant advancement in the field of education research, practices, or methodologies. When used to describe a performance

target, whether a performance target is ambitious depends upon the context of the relevant performance measure and the baseline for that measure.

*Baseline* means the starting point from which performance is measured and targets are set.

*Demonstrates a rationale* means a key project component included in the project's logic model is informed by research or evaluation findings that suggest the project component is likely to improve relevant outcomes.

*Eligible institution of higher education* means an institution of higher education that offers a program of study that leads to a master's degree or other graduate degree—

(a) In school psychology that prepares students in such program for a State credential as a school psychologist;

(b) In school counseling that prepares students in such program for a State credential in school counseling;

(c) In school social work that prepares students in such program for a State credential in school social work;

(d) In another school-based mental health field that prepares students in such program for a State credential to deliver school-based mental health services; or

(e) In any combination of study described in paragraphs (a) through (d).

*Evidence-based,* when used with respect to a State, local educational agency, or school activity, means an activity, strategy, or intervention that—(a) demonstrates a statistically significant effect on improving student outcomes or other relevant outcomes based on—(i) strong evidence from at least 1 well-designed and well-implemented experimental study; (ii) moderate evidence from at least 1 well-designed and well-implemented quasi-experimental study; or (iii) promising evidence from at least 1 well-designed and well-implemented correlational study with statistical controls for selection bias; or (b)(i) demonstrates a rationale based on high-quality research findings or positive evaluation that such activity, strategy, or intervention is likely to improve student outcomes or other relevant outcomes; and (ii) includes ongoing efforts to examine the effects of such activity, strategy, or intervention.

*High-need local educational agency (LEA)* means an LEA—

(a)(1) For which at least 20 percent of the children served by the agency are children from low-income backgrounds;

(2) That serves at least 10,000 children from low-income backgrounds;

(3) That meets the eligibility requirements for funding under the Small, Rural School Achievement

(SRSA) program under section 5211(b) of the ESEA; or

(4) That meets the eligibility requirements for funding under the Rural and Low-Income School (RLIS) program under section 5221(b) of the ESEA; and—

(b) For which there is a high student to qualified mental health services provider ratio as compared to other LEAs statewide or nationally.

*High-need school* means a school that, based on the most recent data available, meets at least one of the following:

(a) The school is in the highest quartile of all schools served by an LEA ranked in descending order by percentage of students from low-income backgrounds enrolled in such schools, as determined by the LEA based on one of the following measures of poverty:

(1) The percentage of students aged 5 through 17 in poverty counted in the most recent census data approved by the Secretary.

(2) The percentage of students eligible for a free or reduced-price school lunch under the Richard B. Russell National School Lunch Act based on the most recently available data.

(3) The percentage of students in families receiving assistance under the State program funded under part A of title IV of the Social Security Act.

(4) The percentage of students eligible to receive medical assistance under the Medicaid program.

(5) A composite of two or more of the measures described in paragraphs (a)(1) through (4).

(b) In the case of—

(1) An elementary school, the school serves students not less than 60 percent of whom are eligible for a free or reduced-price school lunch under the Richard B. Russell National School Lunch Act based on the most recently available data; or

(2) Any other school that is not an elementary school, the other school serves students not less than 45 percent of whom are eligible for a free or reduced-price school lunch under the Richard B. Russell National School Lunch Act based on the most recently available data.

*Institution of higher education* has the meaning given to such term in section 101(a) of the Higher Education Act of 1965 (20 U.S.C. 1001).

*Local educational agency* means a public board of education or other public authority legally constituted within a State for either administrative control or direction of, or to perform a service function for, public elementary schools or secondary schools in a city, county, township, school district, or other political subdivision of a State, or

of or for a combination of school districts or counties that is recognized in a State as an administrative agency for its public elementary schools or secondary schools.

(b) The term includes any other public institution or agency having administrative control and direction of a public elementary school or secondary school.

(c) The term includes an elementary school or secondary school funded by the Bureau of Indian Education but only to the extent that including the school makes the school eligible for programs for which specific eligibility is not provided to the school in another provision of law and the school does not have a student population that is smaller than the student population of the local educational agency receiving assistance under this Act with the smallest student population, except that the school shall not be subject to the jurisdiction of any State educational agency other than the Bureau of Indian Education.

(d) The term includes educational service agencies and consortia of those agencies.

(e) The term includes the State educational agency in a State in which the State educational agency is the sole educational agency for all public schools.

*Logic model* (also referred to as a theory of action) means a framework that identifies key project components of the proposed project (*i.e.,* the active "ingredients" that are hypothesized to be critical to achieving the relevant outcomes) and describes the theoretical and operational relationships among the key project components and relevant outcomes.

*Project component* means an activity, strategy, intervention, process, product, practice, or policy included in a project. Evidence may pertain to an individual project component or to a combination of project components (*e.g.,* training teachers on instructional practices for English learners and follow-on coaching for these teachers).

*Relevant outcome* means the student outcome(s) or other outcome(s) the key project component is designed to improve, consistent with the specific goals of the program.

*School-based mental health partnership* means the formal relationship, established for the purpose of training school-based mental health services providers for employment in schools and LEAs, between—

(a) One or more high-need LEAs or an SEA on behalf of one or more high-need LEAs; and

(b) One or more eligible IHEs, including HBCUs (as defined in 34 CFR 608.2), MSIs (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA), and TCUs (as defined in section 316(b)(3) of the HEA).

*School-based mental health services provider* means a State-licensed or State-certified school counselor, school psychologist, school social worker, or other State licensed or certified mental health professional qualified under State law to provide mental health services to children and adolescents.

*Students/children from low-income backgrounds* means students whose families meet any of the poverty thresholds established in section 1113 of the ESEA for the relevant grade level.

*State educational agency* means the agency primarily responsible for the State supervision of public elementary schools and secondary schools.

*Program Authority:* Section 4631(a)(1)(B) of the ESEA (20 U.S.C. 7281).

*Note:* Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

*Applicable Regulations:* (a) The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 81, 82, 84, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474. (d) The NFP. (e) The Administrative Priorities.

## II. Award Information

*Type of Award:* Discretionary grants.
*Estimated Available Funds:* $19,000,000.

The actual level of funding, if any, depends on final congressional action. However, we are inviting applications to allow enough time to complete the grant process if Congress appropriates funds for this program.

Contingent upon the availability of funds and the quality of applications, we may make additional awards in subsequent years from the list of unfunded applications from this competition.

*Estimated Range of Awards:* $400,000 to $1,000,000.

AR000068

**Federal Register** / Vol. 89, No. 42 / Friday, March 1, 2024 / Notices    **15185**

*Estimated Average Size of Awards:* $700,000 for each 12-month period.

*Estimated Number of Awards:* Between 23–33 awards.

*Note:* The Department is not bound by any estimates in this notice.

*Project Period:* Up to 60 months.

### III. Eligibility Information

1. *Eligible Applicants:* High-need LEAs, SEAs on behalf of one or more high-need LEAs, and IHEs. High-need LEA applicants and SEA applicants on behalf of one or more high-need LEAs must propose to work in partnership with an eligible IHE, which may include institutions that serve diverse learners such as an HBCU (as defined in 34 CFR 608.2), TCU (as defined in section 316(b)(3) of the HEA), or other MSI (as defined in sections 316 through 320 of part A of title III, under part B of title III, or under title V of the HEA). Eligible IHE applicants must propose to work in partnership with one or more high-need LEAs or a SEA.

2. a. *Cost Sharing or Matching:* This competition does not require cost sharing or matching.

b. *Indirect Cost Rate Information:* This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see *www2.ed.gov/about/offices/list/ocfo/intro.html.*

c. *Administrative Cost Limitation:* This program does not include any program-specific limitation on administrative expenses. All administrative expenses must be reasonable and necessary and conform to Cost Principles described in 2 CFR part 200 subpart E of the Uniform Guidance.

3. *Subgrantees:* A grantee under this competition may not award subgrants to entities to directly carry out project activities described in its application.

4. *Limitation on Awards:* The Department will make only one award that serves any individual LEA.

### IV. Application and Submission Information

1. *Application Submission Instructions:* Applicants are required to follow the Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 7, 2022 (87 FR 75045), and available at *https://www.federalregister.gov/documents/2022/12/07/2022-26554/common-instructions-for-applicants-to-department-of-education-discretionary-grant-programs,* which contain requirements and information on how to submit an application. Please note that these Common Instructions supersede the version published on December 7, 2021.

2. *Intergovernmental Review:* This program is subject to Executive Order 12372 and the regulations in 34 CFR part 79. Information about Intergovernmental Review of Federal Programs under Executive Order 12372 is in the application package for this competition.

3. *Funding Restrictions:* We reference regulations outlining funding restrictions in the *Applicable Regulations* section of this notice. In addition, we remind applicants that sections 4001(a) and 4001(b) of the ESEA (20 U.S.C. 7101) apply to this program. Section 4001(a) requires entities receiving funds under title IV of the ESEA to obtain prior, written, informed consent from the parent of each child who is under 18 years of age to participate in any mental-health assessment or service that is funded under title IV of the ESEA and conducted in connection with an elementary or secondary school. Section 4001(b) prohibits the use of funds for medical services or drug treatment or rehabilitation, except for integrated student supports, specialized instructional support services, or referral to treatment for impacted students, which may include students who are victims of, or witnesses to, crime or who illegally use drugs. This prohibition does not preclude the use of funds to support mental health counseling and support services, including those provided by a mental health services provider outside of school, so long as such services are not medical.

### V. Application Review Information

1. *Selection Criteria:* The selection criteria for this program are from 34 CFR 75.210. The maximum score for all selection criteria is 100 points. The points assigned to each criterion are indicated in parentheses. Non-Federal peer reviewers will evaluate and score each application program narrative against the following selection criteria:

(a) *Need for the Project and Significance* (Up to 15 points)

(1) The Secretary considers the need for the proposed project. In determining the need for the proposed project, the Secretary considers the extent to which specific gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project, including the nature and magnitude of those gaps or weaknesses. (Up to 10 points)

(2) The Secretary considers the significance of the proposed project. In determining the significance of the proposed project, the Secretary considers the extent to which the proposed project is likely to build local capacity to provide, improve, or expand services that address the needs of the target population. (Up to 5 points)

(b) *Quality of the project design* (Up to 25 points)

(1) The Secretary considers the quality of the design of the proposed project.

(2) In determining the quality of the design of the proposed project, the Secretary considers the following factors:

(i) The extent to which the design of the proposed project includes a thorough, high-quality review of the relevant literature, a high-quality plan for project implementation, and the use of appropriate methodological tools to ensure successful achievement of project objectives. (Up to 15 points)

(ii) The extent to which the proposed project represents an exceptional approach to the priority or priorities established for the competition. (Up to 5 points)

(iii) The extent to which the proposed project demonstrates a rationale (as defined in 34 CFR 77.1(c)). (Up to 5 points)

(c) *Quality of project services* (Up to 30 points)

(1) The Secretary considers the quality of the services to be provided by the proposed project.

(2) In determining the quality of the services to be provided by the proposed project, the Secretary considers the quality and sufficiency of strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 15 points)

(3) In addition, the Secretary considers the extent to which the training or professional development services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project. (Up to 15 points)

(d) *Management Plan and Adequacy of Resources* (Up to 20 points).

(1) The Secretary considers the management plan and the adequacy of resources for the proposed project.

(2) In determining the quality of the management plan and the adequacy of resources for the proposed project, the Secretary considers:

(i) The adequacy of mechanisms for ensuring high-quality products and services from the proposed project. (Up to 10 points)

(ii) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (Up to 10 points)

(e) *Quality of the project evaluation* (Up to 10 points)

(1) The Secretary considers the quality of the evaluation to be conducted of the proposed project.

(2) In determining the quality of the evaluation, the Secretary considers the following factors:

(i) The extent to which the methods of evaluation are thorough, feasible, and appropriate to the goals, objectives, and outcomes of the proposed project. (Up to 5 points)

(ii) The extent to which the methods of evaluation will provide performance feedback and permit periodic assessment of progress toward achieving intended outcomes. (Up to 5 points)

2. *Review and Selection Process:* We remind potential applicants that, in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217(d)(3), the past performance of the applicant in carrying out a previous award, such as the applicant's use of funds, achievement of project objectives, and compliance with grant conditions. The Secretary may also consider whether the applicant failed to submit a timely performance report or submitted a report of unacceptable quality.

In addition, in making a competitive grant award, the Secretary requires various assurances including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

3. *Risk Assessment and Specific Conditions:* Consistent with 2 CFR 200.206, before awarding grants under this program the Department conducts a review of the risks posed by applicants. Under 2 CFR 200.208, the Secretary may impose specific conditions and, under 2 CFR 3474.10, in appropriate circumstances, high-risk conditions on a grant if the applicant or grantee is not financially stable; has a history of unsatisfactory performance; has a financial or other management system that does not meet the standards in 2 CFR part 200, subpart D; has not fulfilled the conditions of a prior grant; or is otherwise not responsible.

4. *Integrity and Performance System:* If you are selected under this

competition to receive an award that over the course of the project period may exceed the simplified acquisition threshold (currently $250,000), under 2 CFR 200.206(a)(2) we must make a judgment about your integrity, business ethics, and record of performance under Federal awards—that is, the risk posed by you as an applicant—before we make an award. In doing so, we must consider any information about you that is in the integrity and performance system (currently referred to as the Federal Awardee Performance and Integrity Information System (FAPIIS)), accessible through the System for Award Management. You may review and comment on any information about yourself that a Federal agency previously entered and that is currently in FAPIIS.

Please note that, if the total value of your currently active grants, cooperative agreements, and procurement contracts from the Federal Government exceeds $10,000,000, the reporting requirements in 2 CFR part 200, appendix XII, require you to report certain integrity information to FAPIIS semiannually. Please review the requirements in 2 CFR part 200, appendix XII, if this grant plus all the other Federal funds you receive exceed $10,000,000.

5. *In General:* In accordance with the Office of Management and Budget's guidance located at 2 CFR part 200, all applicable Federal laws, and relevant Executive guidance, the Department will review and consider applications for funding pursuant to this notice inviting applications in accordance with:

(a) Selecting recipients most likely to be successful in delivering results based on the program objectives through an objective process of evaluating Federal award applications (2 CFR 200.205);

(b) Prohibiting the purchase of certain telecommunication and video surveillance services or equipment in alignment with section 889 of the National Defense Authorization Act of 2019 (Pub. L. 115–232) (2 CFR 200.216);

(c) Providing a preference, to the extent permitted by law, to maximize use of goods, products, and materials produced in the United States (2 CFR 200.322); and

(d) Terminating agreements in whole or in part to the greatest extent authorized by law if an award no longer effectuates the program goals or agency priorities (2 CFR 200.340).

## VI. Award Administration Information

1. *Award Notices:* If your application is successful, we notify your U.S. Representative and U.S. Senators and send you a Grant Award Notification

(GAN); or we may send you an email containing a link to access an electronic version of your GAN. We may notify you informally, also.

If your application is not evaluated or not selected for funding, we will notify you.

2. *Administrative and National Policy Requirements:* We identify administrative and national policy requirements in the application package and reference these and other requirements in the *Applicable Regulations* section of this notice.

We reference the regulations outlining the terms and conditions of an award in the *Applicable Regulations* section of this notice and include these and other specific conditions in the GAN. The GAN also incorporates your approved application as part of your binding commitments under the grant.

3. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition, you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. When the deliverable consists of modifications to pre-existing works, the license extends only to those modifications that can be separately identified and only to the extent that open licensing is permitted under the terms of any licenses or other legal restrictions on the use of pre-existing works. Additionally, a grantee or subgrantee that is awarded competitive grant funds must have a plan to disseminate these public grant deliverables. This dissemination plan can be developed and submitted after your application has been reviewed and selected for funding. For additional information on the open licensing requirements please refer to 2 CFR 3474.20.

4. *Reporting:* (a) If you apply for a grant under this competition, you must ensure that you have in place the necessary processes and systems to comply with the reporting requirements in 2 CFR part 170 should you receive funding under the competition. This does not apply if you have an exception under 2 CFR 170.110(b).

(b) At the end of your project period, you must submit a final performance report, including financial information, as directed by the Secretary. If you receive a multiyear award, you must submit an annual performance report that provides the most current performance and financial expenditure information as directed by the Secretary under 34 CFR 75.118. The Secretary may also require more frequent performance reports under 34 CFR 75.720(c). For specific requirements on

AR000070

**Federal Register** / Vol. 89, No. 42 / Friday, March 1, 2024 / Notices

reporting, please go to *www.ed.gov/ fund/grant/apply/appforms/ appforms.html.*

(c) Under 34 CFR 75.250(b), the Secretary may provide a grantee with additional funding for data collection analysis and reporting. In this case the Secretary establishes a data collection period.

5. *Performance Measures:* The Department has established the following performance measures for Department reporting under 34 CFR 75.110 for the Mental Health Service Professional Demonstration Grant Program:

(a) The unduplicated, cumulative number of school-based mental health services providers trained by the grantee under the project to provide school-based mental health services in high-need LEAs.

(b) The unduplicated, cumulative number of school-based mental health services providers placed in a practicum or internship by the grantee in high-need LEAs to provide school-based mental health services.

(c) The unduplicated, cumulative number of school-based mental health services providers hired by high-need LEAs to provide school-based mental health services.

(d) For grantees that addressed Competitive Preference Priority 1, the number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.

These measures constitute the Department's indicators of success for this program. Consequently, we advise an applicant for a grant under this program to give careful consideration to these measures in conceptualizing the approach and evaluation for its proposed project. Each grantee will be required to provide, in its annual performance and final reports, data about its progress in meeting these measures. This data will be considered by the Department in making potential continuation awards.

Consistent with 34 CFR 75.591, grantees funded under this program shall cooperate in any evaluation of the program conducted by the Department or an evaluator selected by the Department.

Performance measure targets: The applicant must propose annual targets for the measures listed above in their application. Applications must also provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) An explanation of how each proposed performance target is ambitious (as defined in this notice) yet achievable compared to the baseline (as defined in this notice) for the performance measure.

(2) An explanation of the data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data; and

(3) An explanation of the applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

*Note:* If the applicant does not have experience with the collection and reporting of performance data through other projects or research, the applicant should provide other evidence of capacity to successfully carry out data collection and reporting for its proposed project.

The reviewers of each application will score related selection criteria on the basis of how well an applicant has considered these measures in conceptualizing the approach and evaluation of the project.

All grantees must submit an annual performance report and final performance report with information that is responsive to these performance measures.

6. *Continuation Awards:* In making a continuation award under 34 CFR 75.253, the Secretary considers, among other things, whether a grantee has made substantial progress in achieving the goals and objectives of the project; whether the grantee has expended funds in a manner that is consistent with its approved application and budget; and, if the Secretary has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application.

In making a continuation award, the Secretary also considers whether the grantee is operating in compliance with the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

**VII. Other Information**

*Accessible Format:* On request to the program contact person listed under **FOR**

**FURTHER INFORMATION CONTACT,** individuals with disabilities can obtain this document in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, or compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov.* At this site you can view this document, as well as all other documents of this Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF, you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov.* Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**Adam Schott,**
*Deputy Assistant Secretary for Policy and Programs, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary, Office of Elementary and Secondary Education.*

[FR Doc. 2024–04356 Filed 2–29–24; 8:45 am]

**BILLING CODE 4000–01–P**

# DEPARTMENT OF EDUCATION

**Applications for New Awards; Educational Technology, Media, and Materials for Individuals With Disabilities Program—Stepping-Up Technology Implementation**

**AGENCY:** Office of Special Education and Rehabilitative Services, Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for new awards for fiscal year (FY) 2024 for Stepping-up Technology Implementation, Assistance Listing Number 84.327S. This notice relates to the approved information collection under OMB control number 1820–0028.

Under the No-Action Alternative, Congress would not enact legislation to withdraw and reserve the land. BLM would retain management responsibility for the 22,000 acres of public land. Under this alternative, YPG would not meet mission requirements, but limited military testing and training would continue within the present-day YPG boundary. While the No-Action Alternative would not satisfy the purpose of or need for the proposed action, this alternative was retained to provide a comparative baseline against which to analyze the effects of the action alternatives.

The Draft LEIS evaluates the potential direct, indirect, and cumulative environmental and socioeconomic effects of the proposed action. The resource areas and effects analyzed in the Draft LEIS include biological resources, cultural resources, existing land use, recreation, socioeconomics, and environmental justice. The analysis includes minimization measures, standard operating procedures, and best management practices routinely employed by YPG to reduce the potential adverse effects of the proposed action.

Under the proposed action (*i.e.*, the withdrawal of BLM land for an indefinite duration), there would be less-than-significant effects on all evaluated resources. The withdrawal alternatives would result in minor adverse effects on land use and recreation, but none of the effects would be significant. The proposed action would transfer management of this land from one federal agency to another. The Army's environmental compliance requirements would be the same as those of BLM. If Congress approves the withdrawal, the Army would conduct consultation on future actions under the National Historic Preservation Act and the Endangered Species Act, as appropriate. The environmental effects of the shorter-duration withdrawal alternative would be comparable to those of the proposed action but would last for a specific period.

Federal, state, and local agencies, federally recognized Tribes, other Native American organizations, and the general public are invited to participate in the public comment process for the Draft LEIS. The public comment period begins with the publication of this notice of availability in the **Federal Register** and will last for 45 days. Comments must be received or postmarked within 45 days of publication in the **Federal Register** to be considered during the decision-making process. The Army will hold two virtual public meetings during the review

period. For information about the virtual public meetings, please see the project website: *https://ypg-environmental.com/highway-95-land-withdrawal-leis.* The Army will consider all comments received on the Draft LEIS when preparing the Final LEIS.

Congress will receive the Final LEIS as part of the withdrawal case file. Congress will decide whether to authorize the requested land withdrawal and reservation.

James W. Satterwhite Jr.,
*Army Federal Register Liaison Officer.*
[FR Doc. 2024–04383 Filed 2–29–24; 8:45 am]
**BILLING CODE 3711–02–P**

---

**DEPARTMENT OF EDUCATION**

**Applications for New Awards; School-Based Mental Health Services Grant Program**

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2024 for the School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number (ALN) number 84.184H. This notice relates to the approved information collection under OMB control number 1810–0773.

**DATES:**
*Applications Available:* March 1, 2024.
*Deadline for Transmittal of Applications:* April 30, 2024.
*Deadline for Intergovernmental Review:* July 1, 2024.
*Pre-Application Webinar Information:* The Department will hold pre-application meetings via webinar for prospective applicants. For more information, please visit the program web page at: *https://oese.ed.gov/offices/office-of-formula-grants/safe-supportive-schools/school-based-mental-health-services-grant-program/.*

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 7, 2022 (87 FR 75045) and available at *https://www.federalregister.gov/documents/2022/12/07/2022-26554/common-instructions-for-applicants-to-department-of-education-discretionary-grant-programs.*

**FOR FURTHER INFORMATION CONTACT:** Amy Banks, U.S. Department of Education, 400 Maryland Avenue SW, 4th Floor, Washington, DC 20202–6450. Telephone: (202) 453–6704. Email: *OESE.School.Mental.Health@ed.gov.*

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

**Full Text of Announcement**

**I. Funding Opportunity Description**

*Purpose of Program:* The SBMH program provides competitive grants to State educational agencies (SEAs) (as defined in 20 U.S.C. 7801(30)), local educational agencies (LEAs) (as defined in 20 U.S.C. 7801(49), and consortia of LEAs to increase the number of credentialed (as defined in this document) school-based mental health services providers (as defined in 20 U.S.C. 7112(6)) providing mental health services to students in LEAs with demonstrated need (as defined in this document).

**Background**

Like good physical health, positive mental health promotes success in life. As defined by the Centers for Disease Control and Prevention (CDC), "Mental health includes our emotional, psychological, and social well-being. It affects how we think, feel, and act. It also helps determine how we handle stress, relate to others, and make healthy choices. Mental health is important at every stage of life, from childhood and adolescence through adulthood." [1]

The increases in mental health related needs, including those resulting from traumatic events such as the COVID–19 pandemic, community violence, adverse childhood experiences, and increasing number of instances of bullying and harassment, and the impact of social media, have brought on challenges for children and youth that impact their overall emotional, psychological, and social well-being, and their ability to fully engage in learning. The disruptions in routines, relationships, and the learning environment have led to increased stress and trauma, social isolation, depression and anxiety among students.

The priorities for the FY 2024 competition described in this notice are intended to increase the number of credentialed school-based mental health services providers by providing grant funds to increase recruitment and retention-related activities and

---

[1] *http://www.cdc.gov/mentalhealth/learn/index.htm.*

incentives, particularly in LEAs and SEAs that have not yet benefited from an SBMH grant; promote the respecialization and professional retraining of existing mental health services providers so that they have the credentials needed to provide school-based mental health services in LEAs with demonstrated need; and increase the diversity, and cultural and linguistic competency, of school-based mental health services providers, including competency in providing culturally sustaining and asset-based services.

*Note:* The provision of medical services by such services providers is not an allowable use of funds under this grant.

*Priorities:* This competition has four absolute priorities and two competitive preference priorities. Absolute Priorities 1 and 2 and the competitive preference priorities are from the notice of final priorities, requirements, and definitions published in the **Federal Register** on October 4, 2022 (87 FR 60092) (NFP). Absolute Priorities 3 and 4 are from the Administrative Priorities for Discretionary Grants Programs (Administrative Priorities), published in the **Federal Register** on March 9, 2020 (85 FR 13640).

*Absolute Priorities:* For FY 2024 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are absolute priorities. Under 34 CFR 75.105(c)(3), we consider only applications that meet Absolute Priority 1 and one of Absolute Priority 3 or Absolute Priority 4, or applications that meet Absolute Priority 2 and one of Absolute Priority 3 or Absolute Priority 4. Absolute Priority 1 is only applicable to SEAs. Absolute Priority 2 is only applicable to LEAs or consortia of LEAs. Absolute Priorities 3 and 4 are applicable to both SEAs and LEAs or consortia of LEAs.

The Secretary may create four funding slates for SBMH applications: one slate for applications that meet Absolute Priorities 1 and 3 (SEA applicants who are new potential grantees), a second slate for applications that meet Absolute Priorities 1 and 4 (SEA applicants who are not new potential grantees), a third slate for applications that meet Absolute Priorities 2 and 3 (LEA or a consortium of LEA applicants who are new potential grantees), and a fourth slate for applications that meet Absolute Priorities 2 and 4 (LEA or a consortium of LEA applicants who are not new potential grantees). As a result, the Secretary may fund applications out of the overall rank order.

These priorities are:

*Absolute Priority 1—SEAs Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need.*

To meet this priority, an SEA must propose to increase the number of credentialed school-based mental health services providers by implementing plans that address recruitment (as defined in this document) and retention (as defined in this document) of services providers in LEAs with demonstrated need. Applicants must propose plans that include both of the following:

(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in LEAs with demonstrated need.

(b) Retention. An applicant must also propose a plan to increase the likelihood that credentialed services providers providing services in LEAs with demonstrated need stay in their position over time.

*Absolute Priority 2—LEAs or Consortia of LEAs with Demonstrated Need Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers.*

To meet this priority, an LEA or consortium of LEAs with demonstrated need must propose measures to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of credentialed services providers in the LEA(s). Applicants must propose plans that include both of the following:

(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in the LEA(s) with demonstrated need.

(b) Retention. An applicant must also propose a plan to improve the likelihood that credentialed services providers providing services in the LEA(s) with demonstrated need stay in their position over time.

*Absolute Priority 3—Applications From New Potential Grantees.*

Under this priority, an applicant must demonstrate the following:

(a) The applicant does not, as of the deadline date for submission of applications, have an active grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(b) For the purpose of this priority, a grant is active until the end of the grant's project or funding period, including any extensions of those

periods that extend the grantee's authority to obligate funds.

*Absolute Priority 4—Applications From Grantees that Are Not New Potential Grantees.*

Under this priority, an applicant must demonstrate the following:

(a) The applicant has, as of the deadline date for submission of applications, an active grant, including through membership in a group application submitted in accordance with 34 CFR 75.127–75.129, under the program from which it seeks funds.

(b) For the purpose of this priority, a grant is active until the end of the grant's project or funding period, including any extensions of those periods that extend the grantee's authority to obligate funds.

*Competitive Preference Priorities:* For FY 2024 and any subsequent year in which we make awards from the list of unfunded applications from this competition, these priorities are competitive preference priorities. Under 34 CFR 75.105(c)(2)(i), we award an additional 5 points to an application from an SEA that meets Competitive Preference Priority 1. We award up to an additional 10 points to an application from an SEA, LEA, or consortium of LEAs, depending on how well the application meets Competitive Preference Priority 2.

The total number of competitive preference points an SEA applicant may compete for is 15. The total number of competitive preference points an LEA or consortium of LEAs applicant may compete for is 10. As stated previously, these entities will not be competing against one another.

An applicant must clearly identify in the project abstract and the project narrative section of its application the competitive preference priority or priorities it wishes the Department to consider for purposes of earning competitive preference priority points.

These priorities are:

*Competitive Preference Priority 1—SEAs Proposing Respecialization, Professional Retraining, or Other Preparation Plan for Existing Mental Health Services Providers to Qualify Them for Work in LEAs with Demonstrated Need.* (Up to 5 points)

To meet this priority, an applicant must propose a respecialization (as defined in this document), professional retraining, or other preparation plan that leads to a State credential as a school psychologist, school social worker, school counselor, or other school-based mental health services provider and that is designed to increase the number of service providers qualified to serve in LEAs with demonstrated need.

AR000073

**Federal Register** / Vol. 89, No. 42 / Friday, March 1, 2024 / Notices **15175**

*Competitive Preference Priority 2—Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need Who Are from Diverse Backgrounds or from Communities Served by the LEAs with Demonstrated Need.* (Up to 10 Points)

To meet this priority, applicants must propose a plan to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or who are from communities served by the LEAs with demonstrated need.[2]

Applicants must describe how their proposal to increase the number of school-based mental health services providers who are from diverse backgrounds or who are from the communities served by the LEA with demonstrated need will help increase access to mental health services for students within the LEA with demonstrated need and best meet the mental health needs of the diverse populations of students to be served.

*Requirements:* These requirements are from the NFP. We are establishing these application and program requirements for the FY 2024 grant competition and any subsequent year in which we make awards from the list of unfunded applications from this competition. Application requirement (a) applies to SEAs only, and application requirement (b) applies to LEAs or a consortium of LEAs only. All of the remaining application requirements apply to all eligible applicants. For FY 2024 and any subsequent year in which we make awards from the list of unfunded applications from this competition, the following requirements apply:

*Eligible Applicants:* SEAs, as defined in 20 U.S.C. 7801(49), or LEAs, as defined in 20 U.S.C. 7801(30), including consortia of LEAs.

*Program Requirements*

(a) Applicants that receive an award under this program must ensure that any school-based mental health services provider hired under this grant, including any services provider that offers telehealth services, is credentialed by the State to work in an elementary school (as defined in 20 U.S.C. 7801(19)) or secondary school (as defined in 20 U.S.C. 7801(45)).

(b) Applicants that receive an award under this program must ensure that any school-based mental health services

provider offering services (including telehealth services) does so in an equitable manner and consistent with the Family Educational Rights and Privacy Act (FERPA), the Protection of Pupil Rights Amendment (PPRA), the Individuals with Disabilities Education Act (IDEA), section 504 of the Rehabilitation Act, and the Americans with Disabilities Act, as well as all other applicable Federal, State, and local laws and profession-specific ethical obligations.

*Application Requirements*

(a) *Describe the LEAs with demonstrated need designated by the SEA to be served by the proposed project.*

SEA applicants must describe the LEAs with demonstrated need designated to benefit from the SBMH program.

(b) *Describe how the LEA, or each LEA in the proposed consortium (if applicable), meets the definition of an LEA with demonstrated need.*

To meet this requirement, an LEA applicant or the lead LEA submitting an application on behalf of a consortium must describe how the LEA or each LEA in the consortium meets the definition of an LEA with demonstrated need.

(c) Describe the importance and magnitude of the problem.

Applicants must describe the lack of school-based mental health services providers and its effect on students in the LEA(s) to be served by the grant. This must include a description of the nature of the problem for the LEA(s), based on information, including, but not limited to, the most recent available ratios of school-based mental health services providers to students enrolled in the LEA(s), or for SEA applicants, the LEAs designated by the SEA to benefit from the SBMH program. These data must be provided in the aggregate and disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors) as compared to local, State, or national data. The description may also include LEA-level or school-level demographic data (including rates of poverty; rates of chronic absenteeism; the percentage of students involved in the juvenile justice system, experiencing homelessness, or in foster care; and discipline data), school climate surveys, school violence/crime data, data related to suicide rates, and descriptions of barriers to hiring and retaining credentialed school-based mental health services providers in the LEA.

(d) *Logic Model*

The applicant must describe its approach to increase the number of credentialed school-based mental health

services providers using a logic model (as defined in 34 CFR 77.1), including the key project components and relevant outcomes (as defined in 34 CFR 77.1). The description should indicate how the proposed approach taken under this program will improve or expand on any previous approaches, how the new approach will address barriers, and how the applicant will sustain the increased number of school-based mental health services providers after the performance period has ended.

(e) *Detailed project budget, including matching funds.*

To promote the sustainability of the school-based mental health services, all applicants must include non-Federal matching funds in the amount of at least 25 percent of their budgets. Budgets must describe how the applicant will meet the matching requirement for each budget period awarded under this grant and must indicate the source of the funds, such as State, local, or private resources. The Secretary may consider decreasing or waiving the matching requirement post award, on a case-by-case basis, if an applicant demonstrates a significant financial hardship.

Budgets must also specify the portion of funds that will be used for respecialization, if applicable. Administrative costs for SEA applicants may not exceed 10 percent of the annual grant award. This includes funding for State-level or LEA-level administrative costs that promote respecialization, if applicable. Administrative costs for applicants that are LEAs and consortia of LEAs may not exceed 5 percent of the annual grant award.

(f) *Number of providers.*

Applicants must include the most recent available data on the number of school-based mental health services providers in the identified LEA(s), disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors), and the projected number of school-based mental health services providers that will be placed into employment in the identified LEA(s) for each year of the plan using funds from this grant or matching funds. If applicable, applicants should provide data on the current and projected unduplicated numbers of school-based mental health services providers disaggregated by profession (*e.g.,* school social workers, school psychologists, school counselors), offering telehealth services.

(g) *A plan for collaboration and coordination with related Federal, State, and local organizations, and school-based efforts.*

Applicants must propose a plan describing how they will collaborate

---

[2] All strategies to increase the diversity of school-based mental health services providers must comply with applicable Federal civil rights laws, including title VI of the Civil Rights Act of 1964.

and coordinate with related Federal, State, and local organizations, and school-based efforts (*e.g.,* professional associations; colleges or universities, including Historically Black Colleges and Universities, Minority Serving Institutions, and Tribal Colleges and Universities; local mental health, public health, child welfare, or other community agencies, including school-based health centers), to achieve plan goals and objectives of increasing the number of school-based mental health services providers in LEAs with demonstrated need. The plan must include a description of how such collaboration and coordination will promote program success across multiple programs.

(h) *Use of grant funds to supplement, and not supplant, existing school-based mental health services funds and to expand, not duplicate, efforts to increase the number of providers.*

Applicants must describe how project funds will supplement, and not supplant, non-Federal funds that would otherwise be available for activities funded under this program.

Applicants must describe how they will use the SBMH program funds to expand, rather than duplicate, existing or new efforts to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need and how they will integrate existing funding streams and efforts to support the plan.

(i) *Plan for prompt delivery of services to students.*

For SEA applicants, applicants must describe their plan to ensure the prompt delivery of services to students (*i.e.,* as soon as possible, but no later than 180 days from award), including via subgrants to LEAs, as appropriate. For LEA applicants and consortia of LEAs, applicants must describe their plan to ensure the prompt delivery of services to students (*i.e.,* as soon as possible, but no later than 180 days from award). Additionally, SEA and LEA applicants must describe how leaders across all levels of the project will be engaged in the implementation and evaluation of the project.

*Definitions*

The definitions of "credentialed," "LEA with demonstrated need," "recruitment," "respecialization," "retention," and "telehealth" are from the NFP. The definitions of "ambitious," "baseline," "logic model," "project component," and "relevant outcome" are from 34 CFR 77.1, and the definitions of "local educational agency" and "State educational agency" are from 20 U.S.C. 7801. The definition

of "school-based mental health services provider" is from 20 U.S.C. 7112.

These definitions apply to the FY 2024 School-Based Mental Health Services Grant competition and any subsequent year in which we make awards from the list of unfunded applications from this competition.

*Ambitious* means promoting continued, meaningful improvement for program participants or for other individuals or entities affected by the grant, or representing a significant advancement in the field of education research, practices, or methodologies. When used to describe a performance target, whether a performance target is ambitious depends upon the context of the relevant performance measure and the baseline for that measure.

*Baseline* means the starting point from which performance is measured and targets are set.

*Credentialed* means an individual who possesses a valid license or certificate from the SEA or relevant regulatory body as a school psychologist, school counselor, or a school social worker, or other mental health services provider, approved by the State to provide school-based mental health services.

*Local educational agency* means a public board of education or other public authority legally constituted within a State for either administrative control or direction of, or to perform a service function for, public elementary schools or secondary schools in a city, county, township, school district, or other political subdivision of a State, or of or for a combination of school districts or counties that is recognized in a State as an administrative agency for its public elementary schools or secondary schools.

(1) The term includes any other public institution or agency having administrative control and direction of a public elementary school or secondary school.

(2) The term includes an elementary or secondary school funded by the Bureau of Indian Education but only to the extent that including the school makes the school eligible for programs for which specific eligibility is not provided to the school in another provision of law and the school does not have a student population that is smaller than the student population of the LEA receiving assistance under the Elementary and Secondary Education Act of 1965, as amended (ESEA) with the smallest student population, except that the school shall not be subject to the jurisdiction of any SEA other than the Bureau of Indian Education.

(3) The term includes educational service agencies and consortia of those agencies.

(4) The term includes the SEA in a State in which the SEA is the sole educational agency for all public schools.

*LEA with demonstrated need* means an LEA that has a significant need for additional school-based mental health services providers based on—

(1) High student to mental health services provider ratios as compared to other LEAs statewide or nationally;

(2) High rates of community violence (including hate crimes), poverty, substance use (including opioid use), suicide, or trafficking; or

(3) A significant number of students who are migratory, experiencing homelessness, have a family member deployed in the military or with a military-service connected disability (including veterans), have experienced a natural or man-made disaster or a traumatic event, or have other adverse childhood experiences, such as repeated disciplinary exclusions from the learning environment.

*Logic model* (also referred to as a theory of action) means a framework that identifies key project components of the proposed project (*i.e.,* the active "ingredients" that are hypothesized to be critical to achieving the relevant outcomes) and describes the theoretical and operational relationships among the key project components and relevant outcomes.

*Project component* means an activity, strategy, intervention, process, product, practice, or policy included in a project. Evidence may pertain to an individual project component or to a combination of project components (*e.g.,* training teachers on instructional practices for English learners and follow-on coaching for these teachers).

*Recruitment* means strategies that help attract and hire credentialed school-based mental health services providers, including by doing at least one of the following:

(1) Providing an annual salary or stipend for school-based mental health services providers who maintain an active national certification.

(2) Providing payment toward the school loans accrued by the school-based mental health services provider.

(3) Creating pathways to grant cross-State credentialing reciprocity for school-based mental health services providers.

(4) Providing incentives and supports to help mitigate shortages. These may include, for example, increasing pay; offering monetary incentives for relocation to high-need areas; providing

AR000075

services via telehealth; creating hybrid roles that allow for leadership, academic, or research opportunities; developing induction programs; developing paid internship programs; focusing on recruitment and support of underrepresented populations; and offering service scholarship programs such as those that provide grants in exchange for a commitment to serve in the LEA for a minimum number of years.

*Relevant outcome* means the student outcome(s) or other outcome(s) the key project component is designed to improve, consistent with the specific goals of the program.

*Respecialization* means strategies that provide opportunities for professional retraining and alternative pathways to obtain a State credential, aligned with the standards of the relevant professional organization, as a school-based mental health services provider for individuals who hold, at a minimum, a degree in a related field (*e.g.*, special education, clinical psychology, community counseling), including by doing one or more of the following:

(1) Revising, updating, or streamlining requirements for such individuals so that additional training or other requirements focus only on training needed to obtain a credential as a school-based mental health services provider.

(2) Providing a stipend or making a payment to support the training needed to obtain a credential as a school-based mental health services provider.

(3) Offering flexible options for completing training that leads such professionals to meet State credentialing requirements as a school-based mental health services provider.

(4) Establishing a provisional, time-limited, and nonrenewable credential to allow individuals seeking respecialization to provide school-based mental health services under the direct supervision of a fully credentialed school-based mental health services provider of the same profession.

(5) Offering other meaningful activities that result in existing mental health services providers obtaining a State credential as a school-based mental health services provider.

*Retention* means strategies to help ensure that credentialed individuals stay in their position to avoid gaps in service and unfilled positions, including by—

(1) Providing opportunities for advancement or leadership, such as career pathways programs, recognition and award programs, and mentorship programs; and

(2) Offering incentives and supports to help mitigate shortages. These may include, for example, increasing pay; making payments toward student loans; offering monetary incentives for relocation to high-need areas; providing services via telehealth; offering service scholarship programs, such as those that provide grants in exchange for a commitment to serve in the LEA for a minimum number of years; and developing paid internship programs.

*School-based mental health services provider* means a State-licensed or State-certified school counselor, school psychologist, school social worker, or other State-licensed or certified mental health professional qualified under State law to provide mental health services to children and adolescents.

*State educational* agency means the agency primarily responsible for the State supervision of public elementary schools and secondary schools.

*Telehealth* means the use of electronic information and telecommunication technologies to support and promote long- distance clinical health care, patient and professional health-related education, public health, and health administration. Technologies include videoconferencing, the internet, store-and-forward imaging, streaming media, and landline and wireless communications.

*Program Authority:* 20 U.S.C. 7281.

*Note:* Projects will be awarded and must be operated in a manner consistent with the nondiscrimination requirements contained in Federal civil rights laws.

*Applicable Regulations:* (a) The Education Department General Administrative Regulations in 34 CFR parts 75, 77, 79, 81, 82, 84, 97, 98, and 99. (b) The Office of Management and Budget Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement) in 2 CFR part 180, as adopted and amended as regulations of the Department in 2 CFR part 3485. (c) The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in 2 CFR part 200, as adopted and amended as regulations of the Department in 2 CFR part 3474. (d) The NFP.

## II. Award Information

*Type of Award:* Discretionary grants.
*Estimated Available Funds:* $19,000,000.

The actual level of funding, if any, depends on final congressional action. However, we are inviting applications to allow enough time to complete the grant process if Congress appropriates funds for this program.

Contingent upon the availability of funds and the quality of applications, we may make additional awards in subsequent years from the list of unfunded applications from this competition.

*Estimated Range of Awards:* $500,000 to 3,000,000.

*Estimated Average Size of Awards:* $1,750,000.

*Estimated Number of Awards:* 15–25 awards.

*Note:* The Department is not bound by any estimates in this notice.

*Project Period:* Up to 60 months.

## III. Eligibility Information

1. *Eligible Applicants:* SEAs, as defined in 20 U.S.C. 7801(49), or LEAs, as defined in 20 U.S.C. 7801(30), including consortia of LEAs.

2. *Cost Sharing or Matching:* a. This program requires cost sharing or matching requirements. See ''Application Requirements'' in Section I.

b. *Indirect Cost Rate Information:* This program uses an unrestricted indirect cost rate. For more information regarding indirect costs, or to obtain a negotiated indirect cost rate, please see *www2.ed.gov/about/offices/list/ocfo/intro.html.*

c. *Administrative Cost Limitation:* This program involves administrative costs for SEAs, LEAs and consortia of LEAs. See ''Application Requirements'' in Section I.

3. *Supplement-Not-Supplant:* This program involves supplement-not-supplant funding requirements. See ''Application Requirements'' in Section I.

4. *Limitation on Awards:* The Department will make only one award that serves any individual LEA.

5. *Subgrantees:* Under 34 CFR 75.708(b) and (c) an SEA grantee under this competition may award subgrants to directly carry out project activities described in its application to the following types of entities: LEAs. The SEA grantee may award subgrants to entities it has identified in an approved application or that it selects through a competition under procedures established by the grantees. However, an SEA grantee is not required to award subgrants and may instead administer the program directly. Additionally, under 34 CFR 75.708 (b) and (c) LEAs are not authorized to make subgrants.

## IV. Application and Submission Information

1. *Application Submission Instructions:* Applicants are required to follow the Common Instructions for Applicants to Department of Education

Discretionary Grant Programs, published in the **Federal Register** on December 7, 2022 (87 FR 75045) and available at *https:// www.federalregister.gov/documents/ 2022/12/07/2022-26554/common-instructions-for-applicants-to-department-of-education-discretionary-grant-programs*, which contain requirements and information on how to submit an application.

2. *Intergovernmental Review:* This competition is subject to Executive Order 12372 and the regulations in 34 CFR part 79. Information about Intergovernmental Review of Federal Programs under Executive Order 12372 is in the application package for this competition.

3. *Funding Restrictions:* We reference regulations outlining funding restrictions in the Applicable Regulations section of this notice. In addition, we remind applicants that sections 4001(a) and 4001(b) of the ESEA (20 U.S.C. 7101) apply to this program. Section 4001(a) requires entities receiving funds under this program to obtain prior, written, informed consent from the parent of each child who is under 18 years of age to participate in any mental-health assessment or service that is funded under this program and conducted in connection with an elementary or secondary school. Section 4001(b) prohibits the use of funds for medical services or drug treatment or rehabilitation, except for integrated student supports, specialized instructional support services, or referral to treatment for impacted students, which may include students who are victims of, or witnesses to, crime or who illegally use drugs. This prohibition does not preclude the use of funds to support mental health counseling and support services, including those provided by a mental health services provider outside of school, so long as such services are not medical.

*Recommended Page Limit:* The application narrative is where you, the applicant, address the selection criteria that reviewers use to evaluate your application. We recommend that you (1) limit the application narrative to no more than 25 pages and (2) use the following standards:

A ''page'' is 8.5″ x 11″, on one side only, with 1′ margins at the top, bottom, and both sides.

Double space (no more than three lines per vertical inch) all text in the application narrative, including titles, headings, footnotes, quotations, references, and captions, as well as all

text in charts, tables, figures, and graphs.

Use a font that is either 12 point or larger or no smaller than 10 pitch (characters per inch).

Use one of the following fonts: Times New Roman, Courier, Courier New, or Arial.

The recommended page limit does not apply to the cover sheet; the budget section, including the narrative budget justification; the assurances and certifications; or the one-page abstract, the resumes, the bibliography, or the letters of support. However, the recommended page limit does apply to all of the application narrative.

**V. Application Review Information**

1. *Selection Criteria:* The selection criteria for this program are from 34 CFR 75.210. The maximum score for all selection criteria is 100 points. The points assigned to each criterion are indicated in parentheses. Non-Federal peer reviewers will evaluate and score each application program narrative against the following selection criteria:

(a) *Need for the Project* (10 points).

The Secretary considers the need for the proposed project. In determining the need for the proposed project, the Secretary considers the extent to which specific gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project, including the nature and magnitude of those gaps or weaknesses. (Up to 10 points)

(b) *Quality of Project Personnel* (30 points).

The Secretary considers the quality of the personnel who will carry out the proposed project. In determining the quality of project personnel, the Secretary considers the extent to which the applicant encourages applications for employment from persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 15 points)

In addition, the Secretary considers the qualifications, including relevant training and experience, of key project personnel. (Up to 15 points)

*Note:* For purposes of this competition, key project personnel include school-based mental health providers hired as consultants or subcontractors.

(c) *Quality of Project Design and Project Services* (35 points).

(1) The Secretary considers the quality of the design of the proposed project and the quality of the services to be provided by the proposed project. In determining the quality of the design of

the proposed project, the Secretary considers the extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified and measurable. (Up to 10 points)

(2) In determining the quality of the services to be provided by the proposed project, the Secretary considers the quality and sufficiency of strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 10 points)

(3) In addition, the Secretary considers the extent to which the training or professional development services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project. (Up to 15 points)

(d) *Management Plan and Adequacy of Resources* (25 points).

The Secretary considers the management plan and adequacy of resources for the proposed project. In determining the quality of the management plan and the adequacy of resources for the proposed project, the Secretary considers:

(1) The adequacy of mechanisms for ensuring high-quality products and services from the proposed project. (Up to 10 points)

(2) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (Up to 5 points)

(3) The potential for continued support of the project after Federal funding ends, including, as appropriate, the demonstrated commitment of appropriate entities to such support. (Up to 5 points)

(4) The adequacy of procedures for ensuring feedback and continuous improvement in the operation of the proposed project. (Up to 5 points)

2. *Review and Selection Process:* We remind potential applicants that in reviewing applications in any discretionary grant competition, the Secretary may consider, under 34 CFR 75.217(d)(3), the past performance of the applicant in carrying out a previous award, such as the applicant's use of funds, achievement of project objectives, and compliance with grant conditions. The Secretary may also consider whether the applicant failed to submit a timely performance report or submitted a report of unacceptable quality.

AR000077

**Federal Register** / Vol. 89, No. 42 / Friday, March 1, 2024 / Notices **15179**

In addition, in making a competitive grant award, the Secretary requires various assurances, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

3. *Risk Assessment and Specific Conditions:* Consistent with 2 CFR 200.206, before awarding grants under this program the Department conducts a review of the risks posed by applicants. Under 2 CFR 200.208, the Secretary may impose specific conditions and, under 2 CFR 3474.10, in appropriate circumstances, high-risk conditions on a grant if the applicant or grantee is not financially stable; has a history of unsatisfactory performance; has a financial or other management system that does not meet the standards in 2 CFR part 200, subpart D; has not fulfilled the conditions of a prior grant; or is otherwise not responsible.

4. *Integrity and Performance System:* If you are selected under this competition to receive an award that over the course of the project period may exceed the simplified acquisition threshold (currently $250,000), under 2 CFR 200.206(a)(2) we must make a judgment about your integrity, business ethics, and record of performance under Federal awards—that is, the risk posed by you as an applicant—before we make an award. In doing so, we must consider any information about you that is in the integrity and performance system (currently referred to as the Federal Awardee Performance and Integrity Information System (FAPIIS)), accessible through the System for Award Management. You may review and comment on any information about yourself that a Federal agency previously entered and that is currently in FAPIIS.

Please note that, if the total value of your currently active grants, cooperative agreements, and procurement contracts from the Federal Government exceeds $10,000,000, the reporting requirements in 2 CFR part 200, appendix XII, require you to report certain integrity information to FAPIIS semiannually. Please review the requirements in 2 CFR part 200, appendix XII, if this grant plus all the other Federal funds you receive exceed $10,000,000.

5. *In General:* In accordance with the Office of Management and Budget's guidance located at 2 CFR part 200, all applicable Federal laws, and relevant Executive guidance, the Department will review and consider applications for funding pursuant to this notice inviting applications in accordance with:

(a) Selecting recipients most likely to be successful in delivering results based on the program objectives through an objective process of evaluating Federal award applications (2 CFR 200.205);

(b) Prohibiting the purchase of certain telecommunication and video surveillance services or equipment in alignment with section 889 of the National Defense Authorization Act of 2019 (Pub. L. 115–232) (2 CFR 200.216);

(c) Providing a preference, to the extent permitted by law, to maximize use of goods, products, and materials produced in the United States (2 CFR 200.322); and

(d) Terminating agreements in whole or in part to the greatest extent authorized by law if an award no longer effectuates the program goals or agency priorities (2 CFR 200.340).

## VI. Award Administration Information

1. *Award Notices:* If your application is successful, we notify your U.S. Representative and U.S. Senators and send you a Grant Award Notification (GAN); or we may send you an email containing a link to access an electronic version of your GAN. We may notify you informally, also.

If your application is not evaluated or not selected for funding, we notify you.

2. *Administrative and National Policy Requirements:* We identify administrative and national policy requirements in the application package and reference these and other requirements in the Applicable Regulations section of this notice.

We reference the regulations outlining the terms and conditions of an award in the Applicable Regulations section of this notice and include these and other specific conditions in the GAN. The GAN also incorporates your approved application as part of your binding commitments under the grant.

3. *Open Licensing Requirements:* Unless an exception applies, if you are awarded a grant under this competition, you will be required to openly license to the public grant deliverables created in whole, or in part, with Department grant funds. When the deliverable consists of modifications to pre-existing works, the license extends only to those modifications that can be separately identified and only to the extent that open licensing is permitted under the terms of any licenses or other legal restrictions on the use of pre-existing works.

Additionally, a grantee or subgrantee that is awarded competitive grant funds must have a plan to disseminate these public grant deliverables. This dissemination plan can be developed and submitted after your application has

been reviewed and selected for funding. For additional information on the open licensing requirements please refer to 2 CFR 3474.20.

4. *Reporting:* (a) If you apply for a grant under this competition, you must ensure that you have in place the necessary processes and systems to comply with the reporting requirements in 2 CFR part 170 should you receive funding under this competition. This does not apply if you have an exception under 2 CFR 170.110(b).

(b) At the end of your project period, you must submit a final performance report, including financial information, as directed by the Secretary. If you receive a multiyear award, you must submit an annual performance report that provides the most current performance and financial expenditure information as directed by the Secretary under 34 CFR 75.118. The Secretary may also require more frequent performance reports under 34 CFR 75.720(c). For specific requirements on reporting, please go to *www.ed.gov/fund/grant/apply/appforms/appforms.html.*

(c) Under 34 CFR 75.250(b), the Secretary may provide a grantee with additional funding for data collection analysis and reporting. In this case the Secretary establishes a data collection period.

5. *Performance Measures:* For the purpose of Department reporting under 34 CFR 75.110, we have established the following performance measures for the School-Based Mental Health Services Grant Program:

(a) The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant.

(b) The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.

(c) The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio.

(d) The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant.

(e) The total number of students who received school-based mental health services as a result of the grant.

(f) For grantees that addressed Competitive Preference Priority 2, the number of such grantees that met their goal of increasing the diversity of

school-based mental health services providers.

These measures constitute the Department's indicators of success for this program. Consequently, we advise an applicant for a grant under this program to give careful consideration to these measures in conceptualizing the approach for its proposed project plan. Each grantee will be required to provide, in its annual performance and final reports, data about its progress in meeting these measures. These data will be considered by the Department in making potential continuation awards.

Consistent with 34 CFR 75.591, grantees funded under this program must meet the requirements of any evaluation of the program conducted by the Department or an evaluator selected by the Department.

Performance measure targets: The applicant must propose annual targets for the measures listed above in their application. Applicants must also provide the following information as directed under 34 CFR 75.110(b) and (c):

(1) An explanation of how each proposed performance target is ambitious (as defined in this notice) yet achievable compared to the baseline (as defined in this notice) for the performance measure.

(2) An explanation of the data collection and reporting methods the applicant would use and why those methods are likely to yield reliable, valid, and meaningful performance data.

(3) An explanation of the applicant's capacity to collect and report reliable, valid, and meaningful performance data, as evidenced by high-quality data collection, analysis, and reporting in other projects or research.

*Note:* If the applicant does not have experience with collection and reporting of performance data through other projects or research, the applicant should provide other evidence of capacity to successfully carry out data collection and reporting for its proposed project.

The reviewers of each application will score related selection criteria on the basis of how well an applicant has considered these measures in conceptualizing the approach and evaluation of the project.

All grantees must submit an annual performance report and final performance report with information that is responsive to these performance measures.

6. *Continuation Awards:* In making a continuation award under 34 CFR 75.253, the Secretary considers, among other things, whether a grantee has made substantial progress in achieving the goals and objectives of the project;

whether the grantee has expended funds in a manner that is consistent with its approved application and budget; and, if the Secretary has established performance measurement requirements, whether the grantee has made substantial progress in achieving the performance targets in the grantee's approved application.

In making a continuation award, the Secretary also considers whether the grantee is operating in compliance with the assurances in its approved application, including those applicable to Federal civil rights laws that prohibit discrimination in programs or activities receiving Federal financial assistance from the Department (34 CFR 100.4, 104.5, 106.4, 108.8, and 110.23).

## VII. Other Information

*Accessible Format:* On request to the program contact person listed under **FOR FURTHER INFORMATION CONTACT**, individuals with disabilities can obtain this document and a copy of the application package in an accessible format. The Department will provide the requestor with an accessible format that may include Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, braille, large print, audiotape, compact disc, or other accessible format.

*Electronic Access to This Document:* The official version of this document is the document published in the **Federal Register**. You may access the official edition of the **Federal Register** and the Code of Federal Regulations at *www.govinfo.gov*. At this site you can view this document, as well as all other documents of this Department published in the **Federal Register**, in text or Portable Document Format (PDF). To use PDF you must have Adobe Acrobat Reader, which is available free at the site.

You may also access documents of the Department published in the **Federal Register** by using the article search feature at *www.federalregister.gov*. Specifically, through the advanced search feature at this site, you can limit your search to documents published by the Department.

**Adam Schott,**

*Deputy Assistant Secretary for Policy and Programs, Delegated the Authority to Perform the Functions and Duties of the Assistant Secretary Office of Elementary and Secondary Education.*

[FR Doc. 2024–04358 Filed 2–29–24; 8:45 am]

**BILLING CODE 4000–01–P**

# DEPARTMENT OF EDUCATION

## Applications for New Awards; Mental Health Service Professional Demonstration Grant Program

**AGENCY:** Office of Elementary and Secondary Education, Department of Education.

**ACTION:** Notice.

---

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting applications for fiscal year (FY) 2024 for the Mental Health Service Professional (MHSP) Demonstration Grant Program, Assistance Listing Number 84.184X. This notice relates to the approved information collection under OMB control number 1810–0772.

**DATES:**

*Applications Available:* March 1, 2024.

*Deadline for Transmittal of Applications:* May 15, 2024.

*Deadline for Intergovernmental Review:* July 15, 2024.

*Pre-Application Webinar Information:* The Department will hold a pre-application meeting via webinar for prospective applicants on TBD, at 1:00 p.m. and TBD at 1:00 p.m. Eastern Time. To register, please visit the program website at: *https://oese.ed.gov/offices/ office-of-formula-grants/safe-supportive-schools/mental-health-service-professional-demonstration-grant-program/*.

**ADDRESSES:** For the addresses for obtaining and submitting an application, please refer to our Common Instructions for Applicants to Department of Education Discretionary Grant Programs, published in the **Federal Register** on December 7, 2022 (87 FR 75045) and available at *https:// www.federalregister.gov/documents/ 2022/12/07/2022-26554/common-instructions-for-applicants-to-department-of-education-discretionary-grant-programs*.

**FOR FURTHER INFORMATION CONTACT:** Nicole White, U.S. Department of Education, 400 Maryland Avenue, 4th Floor, Washington, DC 20202–6450. Telephone: (202) 453–6729. Email: *Mental.Health@ed.gov*.

If you are deaf, hard of hearing, or have a speech disability and wish to access telecommunications relay services, please dial 7–1–1.

**SUPPLEMENTARY INFORMATION:**

## Full Text of Announcement

### I. Funding Opportunity Description

*Purpose of Program:* The MHSP Program provides competitive grants to support and demonstrate innovative

AR000079



UNITED STATES DEPARTMENT OF EDUCATION
WASHINGTON, D.C. 20202

## Directive on Department Grant Priorities

Agency: U.S. Department of Education

Office of Planning, Evaluation and Policy Development (OPEPD)

Action: Directive

**FOR FURTHER INFORMATION CONTACT:**

U.S. Department of Education
Office of Planning, Evaluation and Policy Development

EFFECTIVE DATE:  February 5, 2025.

**Eliminating Discrimination and Fraud in Department Grant Awards**

From the Supreme Court's 1954 landmark opinion in *Brown v. Board of Education* to its 2023 decision in *Students for Fair Admissions, Inc. v. Fellows of Harvard College*, education has played a central role in this Nation's fight against discrimination. It remains a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. This includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. In addition to complying with the civil rights laws, it is vital that the Department assess whether all grant payments are free from fraud, abuse, and duplication, as well as to assess whether current grants are in the best interests of the United States.

For these reasons, pursuant to, among other authorities, 20 U.S.C. § 3411 and 2 C.F.R. § 200.339–341, the Secretary of Education hereby directs as follows:

> **Department personnel shall conduct an internal review of all new grant awards, grants that have not yet been awarded to specific individuals or entities (e.g., notices of funding opportunities), and issued grants.  Such review shall be limited to ensuring that Department grants do not fund discriminatory practices—including in the form of DEI—that are either contrary to law or to the Department's policy objectives, as well as to ensure that all grants are free from fraud, abuse, and duplication.**

This Directive shall be implemented by all ED personnel, including but not limited to those in the Office of Planning, Evaluation and Policy Development's Grants Policy Office, Office of Finance and Operations' Office of Grants Management, Office of Elementary and Secondary Education, Office of Postsecondary Education, Office of Special Education and Rehabilitative Services,

Office of Career, Technical and Adult Education, Office of English Language Acquisition, Institute for Education Sciences, and the Office of Discretionary Grants and Support Services, who shall, in doing so, comply with all notice and procedural requirements in each affected award, agreement, or other instrument.  Grants deemed inconsistent with these priorities shall, where permitted by applicable law, be terminated in compliance with all notice and procedural requirements in the relevant award, agreement, or other instrument.  *See* 2 C.F.R. § 200.340(a)(4)–341.

Notwithstanding this Directive, any disbursements on open grant awards paused due to Office of Management and Budget Memorandum M-25-13 or any Executive Order underlying that Memorandum shall be immediately released.

Authority: 20 U.S.C. § 3411; 2 C.F.R. § 200.339–341.

Dated: February 5, 2025.

Denise L. Carter,
Acting Secretary of Education

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220029**

**Gramts.gov Tracking#: GRANT13746440**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220029

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1236-Vancouver School District Boundary)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1239-VPS Equity Policy)* | e8 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
| *Attachment - 1 (1237-VPS SBMH Project Abstract)* | e14 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1235-VPS SBMH Final Narrative)* | e16 |
| *7. Other Narrative Form* | e41 |
| *Attachment - 1 (1238-VPS Other Attachments November 2022)* | e42 |
| *8. Budget Narrative Form* | e63 |
| *Attachment - 1 (1234-VPS SBMH Budget Narrative October 2022)* | e64 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e72 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000083

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
11/01/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Vancouver School District No. 037

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 916001540

**\* c. UEI:** GFKLNKLD8SB4

**d. Address:**

**\* Street1:** 2901 Falk Road

**Street2:**

**\* City:** Vancouver

**County/Parish:**

**\* State:** WA: Washington

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 98661-6392

**e. Organizational Unit:**

**Department Name:** Community Schools

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**

**\* First Name:** Catherine

**Middle Name:**

**\* Last Name:** MacCallum-Ceballos

**Suffix:**

**Title:** Director of Community Schools

**Organizational Affiliation:** Vancouver Public Schools

**\* Telephone Number:** 360-313-4721

**Fax Number:**

**\* Email:** catherine.maccallum-ceballos@vansd.org

AR000084

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

1236-Vancouver School District Boundary.pdf    | Add Attachment | | Delete Attachment | | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Vancouver Public Schools School Based Mental Health

Attach supporting documents as specified in agency instructions.

| Add Attachments | | Delete Attachments | | View Attachments |

AR000085

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `WA-03`                           * b. Program/Project `WA-03`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: `01/03/2023`                    * b. End Date: `06/30/2028`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 9,065,046.00 |
| * b. Applicant | 2,624,889.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 11,689,935.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

[ ] a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

[X] b. Program is subject to E.O. 12372 but has not been selected by the State for review.

[ ] c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

[ ] Yes   [X] No

If "Yes", provide explanation and attach

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

[X] \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: [          ]                     * First Name: `Amy`

Middle Name: [          ]

* Last Name: `Karcher`

Suffix: [          ]

* Title: `Finance Manager`

* Telephone Number: `360-313-1348`          Fax Number: [          ]

* Email: `amy.karcher@vansd.org`

* Signature of Authorized Representative: `Catherine MacCallum-Ceballos`   * Date Signed: `11/01/2022`

AR000086



AR000087

OMB Number: 1894-0005
Expiration Date: 06/30/2023

## NOTICE TO ALL APPLICANTS

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1239-VPS Equity Policy.pdf | Add Attachment | Delete Attachment | View Attachment |

AR000088



| Book | vps policies |
| --- | --- |
| Section | 0000-Equity and Culturally Responsive Practices |
| Title | Equity |
| Code | 0010 |
| Status | Active |
| Adopted | February 8, 2022 |

# Equity Policy

### I. Equity Definition:

The Board of Directors of Vancouver Public Schools defines "equity" as a condition that balances two dimensions: fairness and inclusion. As a function of fairness, equity implies ensuring people have what they need to participate in school life and to reach their full potential (flourish). As a function of inclusion, equity ensures that essential educational programs, services, activities, and technologies are accessible to all. The board acknowledges that equity is evolving and as the term evolves the district will adjust it practices.

### II. District Commitments:

A. Vancouver Public Schools is committed to educational equity and providing all students an educational experience that prepares them for college, career and life. This includes preparing all students to thrive in a racially and culturally diverse local, national and global community.

B. The district's commitment to educational equity means striving to cultivate a school district where educational outcomes are not predetermined by race, ethnicity, family economics, mobility, language, family status, gender, sexual orientation, gender identity, disability, religion, or initial proficiencies.  This commitment also means that the diversity of our students and community is acknowledged, affirmed and integrated into learning and school culture.

C. The board recognizes that complex societal and historical facts contribute to inequity within society and in education. The board commits to addressing factors within the district's control that contribute to educational inequity and disparate educational outcomes for students.

D. We believe that it is the right of every student to have an equitable educational experience within Vancouver Public Schools. We further believe that the responsibility for supporting student success and educational equity is broadly shared by our school community, including by the board, district administrators, district employees, our families and the community- at- large. The district is guided by the belief that educational equity benefits every student, which, in turn, benefits our entire community. We embrace a concept of educational equity that goes beyond formal equality, where every student is treated the same, to fostering an educational environment where every student is supported and has an opportunity to benefit equally. Therefore, Vancouver Public Schools will strive to provide a learning environment for all students that is enriching, equitable, and affirming of diversity.

E. In order to achieve and maintain educational equity, the Board of Directors of Vancouver Public Schools commits to:

    1. Equitable student-centered district programs;

    2. Application of an equity lens focus for all future policy adoptions;

    3. Implementation of curriculum and evidenced-based instructional practices that advance cultural connections;

    4. Ambitious goals for increasing work-force diversity and investing resources to increase, retain and promote workforce diversity;

    5. Prioritization of resources to achieve equitable outcomes across student populations, including differentiating resources for schools with underserved populations, concentrations of students living in poverty and concentrations of students who need additional supports to succeed academically;

    6. Review and monitor district operations to improve levels of inclusion and equitable access;

    7. Equitable representation in programs of choice;

    8. Implementation of additional processes to improve school culture and climate, including reducing discipline disparities;

    9. Increased family/community voice and perspective for underserved and marginalized populations;

    10. Progress monitoring on all equity initiatives through quarterly reporting requirements and biannual achievement and discipline data reviews; and

    11. Diversity in student voice by collecting input regarding student issues related to educational equity.

### III. Action Plans

The board directs the superintendent to develop action plans which will result in measurable progress towards achieving the following goals:

    A. Student Learning:  Enhance academic supports and processes to increase student learning.

    B. Culture & Climate:  Increase student and staff sense of belonging.

    C. Deploy Resources:  Achieve equitable outcomes for students in alignment with student equity action plans.

    D. Curriculum and Evidence-Based Instructional Practices: Advance student learning through cultural connections.

    E. Equity Lens: Application of an equity lens for policy amendments and adoption.

    F. Professional Staff: Hire and retain professional staff whose practices align with the district's equity policy and goals.

### IV. Progress Monitoring

AR000089

The superintendent and/or designee will provide quarterly progress monitoring reports and annually report to the board regarding the implementation of this policy. The board will review the quarterly monitoring reports and relevant data points to assess implementation progress and make recommendations. Additionally, the board will annually review this policy and revise as needed.

Adopted: February 8, 2022

VPS

AR000090

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

* APPLICANT'S ORGANIZATION

Vancouver School District No. 037

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: [ ]     * First Name: Amy     Middle Name: [ ]

* Last Name: Karcher     Suffix: [ ]

* Title: Finance Manager

* SIGNATURE: Catherine MacCallum-Ceballos     * DATE: 11/01/2022

---

AR000091

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424
Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| | Catherine | | MacCallum-Ceballos | |

Project Director Level of Effort (percentage of time devoted to grant): 25

Address:

* Street1: 2901 Falk Road

Street2:

* City: Vancouver

County: WA

* State: WA: Washington

* Zip Code: 98661-6392

Country: USA: UNITED STATES

* Phone Number (give area code)      Fax Number (give area code)

360-313-4721

* Email Address:

catherine.maccallum-ceballos@vansd.org

Alternate Email Address:

elizabeth.mikaele@vansd.org

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**AR000092**

**4. Human Subjects Research:**

   a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

   ☐ Yes    ☒ No

   b. Are ALL the research activities proposed designated to be exempt from the regulations?

   ☐ Yes   Provide Exemption(s) #(s):    ☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6   ☐ 7   ☐ 8

   ☐ No   Provide Assurance #(s), if available:

   c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
      indicated in the definitions page in the attached instructions.

       [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

Tracking Number:GRANT13746440      Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 01, 2022 03:49:15 PM EDT

**AR000093**

## Abstract

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1237-VPS SBMH Project Abstract.pdf | [Add Attachment] [Delete Attachment] [View Attachment]

PR/Award # S184H220029

Page e13

Tracking Number:GRANT13746440    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 01, 2022 03:49:15 PM EDT

AR000094

**Abstract Narrative**

Vancouver Public Schools (VPS) in the State of Washington is proposing to increase credentialed school based mental health practitioners at all District secondary schools under **Absolute Priority 2 – LEAs or Consortia of LEAs with Demonstrated Need Proposing to Increase the Number of Credentialed School-Based Mental Health Service Providers**.

Located in the City of Vancouver in southwest Washington state, VPS serves nearly 23,000 students, over half of whom are in District secondary schools serving 6th through 12th grades. This project will serve approximately 1,500 secondary youth and families each project year with an expected number served over five funding years of at least 7,500.

Three overarching goals and associated objectives provide the framework for the school based mental health grant initiative. The first goal is *secondary students have equitable access to mental health care services at school, know how to access these supports, and these supports mirror students' unique characteristics.* VPS will hire 15 mental health practitioners with a particular focus on practitioners of color, those on the LGBTQIA+ continuum, and those from communities we serve including immigrants and refugees. This goal will directly incorporate **Competitive Preference Priority 2 – Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need Who are from Diverse Backgrounds and Communities Served by the LEAs with Demonstrated Need**.

Goal 2 is *school based mental health is an embedded strategy throughout the school district supported by staff, funding, and infrastructure.* To support this goal, VPS will provide and continue comprehensive training and professional development to all staff in identifying student mental health needs, collaborative problem solving, and stewarding secondary trauma, as well as others. VPS will fold new practitioners into the building as members of the school team as any other new hire would be treated creating a culture of care and belonging.

The final goal is that *all students and staff are socially, emotionally, and mentally safe and healthy.* VPS commits to trauma-informed care, authentic student and family engagement, and whole staff wellness both in and out of the classroom. Our goal is that students will have access to mental health care that mirrors their cultural experience, they are aware of how to access supports as needed, and staff feel supported and that they have the tools to identify mental health needs in students and in themselves.

AR000095

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:** `1235-VPS SBMH Final Narrative.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13746440          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 01, 2022 03:49:15 PM EDT

**AR000096**

Vancouver Public Schools

School Based Mental Health Program Grant (2023-2028)

**Table of Contents**

Absolute Priority 2……………………………………………………………………………1

Competitive Preference Priority 2 …………………………………………………………..1

Selection Criteria:

A.  Need for the Project…………………………………………………………………1

 ○   How the LEA meets the need………………………………………………1

 ○   Importance and magnitude of problem…………………………………………4

B.  Quality of Project Personnel………………………………………………………5

 ○   Number of providers, qualifications, and experience……………………………..5

 ○   Extent of applicants from traditionally underrepresented groups………………6

 ○   Number of current providers disaggregated by profession………………………6

 ○   Qualifications and experience of project consultants……………………………7

C.  Quality of Project Design and Project Services…………………………………10

 ○   Logic Model…………………………………………………………….. 10

 ○   Goals, objectives, and outcomes………………………………………………11

 ○   Strategies for equal access and treatment of underserved groups………………13

 ○   Training and professional development to alleviate shortages…………………14

D.  Management Plan and Adequacy of Resources…………………………………16

 ○   Adequacy of mechanisms to ensure high-quality services………………………16

 ○   Plan for prompt delivery of services……………………………………….…16

 ○   Collaboration and coordination with federal, state, and local organizations…….17

 ○   Use of grant funds to supplement not supplant……………………………..…18

 ○   Relevance and demonstrated leadership of VPS………………………………19

 ○   Non-federal match………………………………………………………..…21

 ○   Plan for continued support once funding ends……………………………….22

 ○   Ensuring feedback and continuous improvement………………………………23

AR000097

**Absolute Priority**

In response to **Absolute Priority 2 – LEAs with Demonstrated Need Proposing to Increase the Number of Credentialed School-Based Mental Health Services and Providers** established under 34 CFR 75.105(c)(3), Vancouver Public Schools (VPS) in the State of Washington is proposing to expand the recruitment and retention of credentialed school based mental health at district secondary schools.

**Competitive Preference Priority 2:**

In February 2022, the VPS Board of Directors adopted an official equity policy (District Policy 0010) commiting to educational equity which strives to cultivate a school district where educational outcomes are not predetermined by race, ethnicity, family economics, mobility, language, family status, gender, sexual orientation, gender identity, disability, religion or initial proficiencies. This new policy includes the commitment to increasing work-force diversity and investing in resources to increase, retain, and promote workforce diversity. Building on this policy and commitment, this project will **seek to increase the number of credentialed mental health providers who are from diverse backgrounds as well as from the communities we serve** including but not limited to clinicians of color, clinicians on the LGBTQIA+ continuum, and multilingual clinicians with a specific focus on Spanish, Chuukese, Russian, and Ukrainian speakers.

**A. Need for the Project**

*Describe how the LEA meets the definition of an LEA with demonstrated need.*

The state's fourth-largest city, the city of Vancouver is an urban/suburban community of approximately 190,000 residents nestled along the Columbia River in Clark County, Southwest Washington with approximately another 100,000 residents outside of city limits but still within

AR000098

the suburban catchment.[1] While Vancouver is composed mostly of white, non-Hispanic residents (71%), the city has experienced a significant demographic shift over the past two decades, with significant increases in residents from Spanish-speaking Latin America and Pacific Islander residents among other immigrant communities and communities of color. Further, Vancouver is designated in the state of Washington as a refugee resettlement site and has recently welcomed several hundred new residents from Afghanistan and Ukraine.

According to the most recent Census data, nearly 20% of all Vancouver residents speak a language other than English, compared to 15% for Clark County.[2] While Hispanic/Latinx residents are the largest minority group overall, Asian/Pacific Islanders were the fastest-growing racial group in Clark County[3] with many people coming to Clark County from Chuuk, a cluster of islands in the Federated States of Micronesia. Within the city of Vancouver, of all residents who speak a language other than English, 85% are foreign-born. Of those foreign-born residents with children under 18, 52% are living below the federal poverty line. Over one-third (35%) of all Vancouver residents with children under 18 live below the federal poverty line.[4]

Vancouver Public Schools (VPS) is one of two school districts that serve the city of Vancouver in Clark County. VPS, the ninth-largest school district in the state, operates 40 schools and special programs that serve nearly 23,000 students representing great diversity and need. VPS students speak dozens of languages, and nearly one in four (24%) live in a household where English is not the primary language. The student population is 54% white alone, 28% Hispanic/Latinx of any race, 6% Asian/Hawaiian/Pacific Islander, 3% Black/African American, 9% multi-racial, and 0.5% Native American/Alaska Native.

---

[1] U.S. Census, 2020
[2] Ibid
[3] Hastings, Patty. "County growing, but not as fast" *The Columbian*. July 27, 2018
[4] U.S. Census, 2020

AR000099

VPS is also a district where over half (53%) of students are eligible for free or reduced-price meals, and 60% are Medicaid-eligible; indicators of poverty and economic hardships experienced by families. Research clearly shows the association between poverty and poor health including increased risk for mental health problems across the lifespan.[5] Further, as of November 1, 2022, 855  students within VPS are classified as homeless via the McKinney-Vento Homeless Assistance Act compared with under 600 on the same date in 2021 with no signs of slowing.

According to the 2021 Clark County Healthy Youth Survey, a biannual survey of Washington state youth by school district and county, suicide ideation and suicidality increased for every group surveyed (6th, 8th, 10th, and 12th graders) with a dramatic 10-point increase for 6th graders since 2016 from 15% to 25%. 1 in 4 area 6th graders have seriously considered killing themselves. Further, the suicide death rate among youth has nearly doubled between 2010 and 2020 from 1.7 to 3.3. Since the start of the COVID-19 pandemic, Clark County emergency departments have seen a consistent increase in youth suicide attempts. Youth in Clark County were more likely than the Washington state average to have considered suicide, attempted suicide, created a suicide plan, experienced depression or anxiety, and were less likely to have hope for the future.[6]

Drug overdoses are a consistent threat to our community. According to the Clark County Public Health Overdose Dashboard, the overdose death rate for youth ages 0-25 is 6.1, and 40% of heroin deaths and half of all synthetic opioid deaths were among county residents under the

---

[5] Hodgkinson et. al. "Improving Mental Health Access for Low-Income Children and Families in the Primary Care Setting." *Pediatrics*. January 2017; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5192088/
[6] Washington State Healthy Youth Survey, 2004-2021, https://www.preventcoalition.org/resources/reports/

AR000100

age of 35. While youth substance use is trending downward on the whole, students in Clark County were more likely to engage in substance use than the state average.[7]

Another adverse experience facing VPS students is exposure to community violence. In the densely populated Central Vancouver, where roughly half of all VPS students live, there is an outsized instance of community violence compared with other areas of the county and Southwest Washington as a whole. The most common types of violence are simple assault, aggravated assault, and sexual assault. Community violence was reported over 500 times in the six month period of April 2022 to October 2022 in Vancouver.[8] Further, in 2021 Vancouver Police Department (VPD) reported a significant number of bias crimes, second only to Seattle PD in Washington state, with the majority of bias crimes reported as Anti-Black, Anti-Latino, and Anti-LGBTQ.[9]

***Describe the importance and magnitude of the problem.***

Several metrics from the school district, health partners, and other agency partners show the increased need for youth mental health providers in our community. In a 2017-2018 SWOT analysis conducted at 28 VPS schools, every administrator interviewed identified mental health as the number one challenge and threat to their student and family populations. That concern still tops the list of unmet needs. We have seen a marked increase in violent incidents and tobacco, alcohol, and drug use incidents at school. In the 21-22 school year 1,200 referrals were made for violence and substance use, in the first 42 days of the 22-23 school year over 800 referrals have already been made for the same offenses.

---

[7] Ibid

[8] LexisNexis Community Crime Map, https://communitycrimemap.com/, Accessed October 20, 2022

[9] Washington Association of Sheriffs and Police Chiefs. *Crime in Washington 2021 Annual Report*, p.77

AR000101

Over the past two school years, VPS has experienced students overdosing on opioids during the school day at rates never before seen. In the spring of 2022, a student overdosed on opioids at school and passed away several days later, never waking from a coma. The Clark County Youth Crisis Line, a resource of last resort for children and youth in acute crisis, has seen a precipitous increase in crisis calls over the past four years. In 2019, there were 482 calls to the youth crisis line over a twelve month period. In 2021 that number jumped to 890. This increased acuity of crisis calls coincided with youth suicide attempts becoming more violent including hangings, jumping off area bridges, and one youth who tried to set himself on fire.

The School Mobilization Assistance Response Team (SMART) is a consortium of local educators, counselors, and family resource coordinators specially trained to respond post crisis or emergency at individual school buildings. These calls can range from responding to student and staff deaths to major community violence incidents in the community and everything in between. Over the past five (5) years, there have been approximately 53 SMART calls in VPS requiring at least single day responses with 50% of those calls specifically responding to a completed suicide, a suicide attempt, overdose, or a violent death. While this group of responders is specially trained, there is typically only capacity for responding to the immediate aftermath of an incident and addressing long term trauma is up to the availability of community mental health providers.

**B. Quality of Project Personnel**

***Number of providers proposed and qualifications and experience of personnel to carry out proposed project***

VPS plans to hire fifteen (15) mental health service providers to execute project services. The first position will act as clinical supervisor of the remaining service providers for those that

still require hours toward licensure as well as maintaining a small caseload and responding to crises as they arise. This person will be fully licensed with the state of Washington as a mental health practitioner and have a minimum of 5-7 years of clinical experience. The remaining fourteen (14) positions will give preference to those clinicians who are already fully licensed or on the path to licensure as licensed associates and requiring minimal supervision.

***The extent to which applications from traditionally underrepresented groups are encouraged***

In order to diversify the pool of applicants and provide racial and cultural mirrors for students from historically oppressed groups, VPS will work with local universities to identify and place candidates who reflect our student population including but not limited to providers of color, those on the LGBTQIA+ continuum (as they are comfortable identifying), and speaking languages other than English. At least one quarter of these positions will ask for a strong preference for those who speak one of the four most commonly spoken languages other than English in VPS: Spanish, Chuukese, Russian, and Ukrainian. While we show a preference above for already licensed or nearly licensed providers, in order to encourage a diverse pool of candidates we will make exceptions for new associates still needing considerable supervision hours or starting on the path of clinical supervision who are from traditionally underrepresented groups and communities we serve, with the intention that at the end of their supervision time with VPS that they would remain with the district serving students as fully licensed clinicians.

***Number of current providers disaggregated by profession***

- School counselors: 52 FTE across all secondary. VPS School Counselors are licensed by the State of Washington with an Educational Staff Associate license (ESA) to serve students across grades K-12. The roles and responsibilities for VPS school counselors

include: helping students manage emotions and apply interpersonal skills, overseeing student schedules and education plans, presenting school counseling curriculum, acting as 504 case managers, and providing short-term counseling. At some schools, counselors may have as many as 300 students on their caseload leaving little time for mental health support.

- School psychologists: 12.8 FTE across all secondary. VPS School Psychologists are licensed by the State of Washington with an Educational Staff Associate license (ESA) to serve students across grades K-12. The primary roles and responsibilities for school psychologists include: conduct comprehensive evaluations of students referred to multi-disciplinary teams, conduct assessments and evaluations of students for special education services, develop and plan interventions for student supports, facilitate and support IEP meetings for students and families.

- Mental Health and Wellness Coordinators: 3 FTE across four secondary schools. Mental Health and Wellness Coordinators are unlicensed professional technical positions that support the navigation of mental health care systems for students and families. Their primary roles and responsibilities include: referring students to mental health supports, supporting families with resources for mental health and wellness, hosting affinity groups, working closely with counselors and family resource coordinators to triage other student and family needs.

*Qualifications and experience of project consultants*

This grant will be led in a collaborative effort by the Director of Community Schools and the Director of Student Welfare and Attendance both of whom are mental health service providers and who both have supervised new clinicians, programs, and services at scale.

AR000104

A mental health professional specializing in child and adolescent mental health, Catherine MacCallum-Ceballos currently serves as the Director of Community Schools for VPS. Her background in mental health service provision spans nearly 25 years including eight years directing and supervising clinicians and programs that served children and youth, primarily from communities of color who experienced significant trauma and historical oppression at the largest provider of outpatient mental health services in the state of Oregon. As Director of Community Schools, Catherine provides professional development and technical expertise in youth mental health and trauma, suicide prevention, intervention, and postvention, and secondary trauma to service providers. Catherine also serves as the district coordinator for the SMART team overseeing crisis response services for the district. Catherine holds a Master's degree in marriage, family, and child counseling and a Bachelor's degree in psychology and human services.

A licensed mental health counselor with the state of Washington, Elizabeth Mikaele has been serving children and youth in a mental health capacity for 16 years. Elizabeth has been with VPS for 20 years working as a high school counselor, administrator, and now as the Director of Student Welfare and Attendance. Under her direction, the department of student welfare has grown and evolved into a department with a diverse staff that uses creative and trauma-informed strategies to re-engage students who have been excluded from school for behavior and discipline and who are disproportionately students of color and immigrant students. Outside of the school district, Elizabeth has worked as a clinical supervisor for new therapist graduates gaining hours towards full licensure in the state of Washington and has the insight and ability to coach complex cases of mental health and trauma. All of the clinicians that Elizabeth has supervised were developing an expertise in working with communities of color and the LGBTQIA+ community.

Elizabeth holds a Master's degree in Education: Guidance and Counseling and a Bachelor's

degree multicultural social services with an emphasis in social welfare.

## C. Quality of Project Design and Project Services



*Goals, objectives, and outcomes to be achieved by this project*

VPS leadership has developed a set of goals and objectives for this project reflecting the data explicated in the need for the project. Those include:

- Secondary students have equitable access to mental health care services at school, know how to access these supports, and those supports mirror students' unique characteristics

- School based mental health is an embedded strategy throughout the school district supported by staff, funding, and infrastructure

- All students and staff are socially, emotionally, and mentally safe and healthy

| Goal 1: Secondary students have equitable access to mental health care at school and know how to access these supports. The supports mirror students' unique characteristics. | |
|---|---|
| **Process Objectives:** | **Measurable Outcomes:** |
| <ul><li>VPS will hire and place 14 mental health practitioners and 1 practitioner/clinical supervisor in secondary schools demonstrating mental health needs.</li><li>VPS will actively recruit a diverse pool of mental health professionals to reflect the diversity of the student body.</li></ul> | <ul><li>Every secondary school has some level of mental health support. Students are aware of supports and know how to access supports.</li><li>Historically underrepresented and underserved students see racial/cultural/identity-based mirrors of themselves in their clinicians.</li></ul> |
| Goal 2: School based mental health is an embedded strategy throughout the school district supported by staff, funding, and infrastructure | |
| **Process Objectives:** | **Measurable Outcomes:** |
| <ul><li>VPS will continue to provide comprehensive training and professional development to all staff in identifying student mental health needs.</li></ul> | <ul><li>All staff are able to identify the mental health supports available in their buildings.</li><li>Climate and culture surveys reflect the</li></ul> |

AR000108

| | |
|---|---|
| ● Mental health practitioners will be included in all staff communications, meetings, and opportunities creating a climate of inclusivity and belonging. | importance of social emotional learning and mental health in building success. |

| **Goal 3:** All students and staff are socially, emotionally, and mentally safe and healthy | |
|---|---|
| **Process Objectives:** | **Measurable Outcomes:** |
| ● Academic and behavioral interventions include strategies around trauma-informed care, mental health considerations, and inclusivity<br>● Students and families will access school based mental health supports both via referral and independently<br>● Professional development offerings for staff include identifying mental health needs of students *and* stewarding secondary trauma in one's own experience | ● Referrals to school based mental health providers are made alongside academic and/or behavioral interventions<br>● Referrals to school based mental health providers are made by other building staff, and students know how to access supports independently<br>● Staff feel supported and have tools to identify student needs and take care of their own needs |

In order to meet the needs of the most students, providers will hold a 1:1 therapy caseload with a minimum of 60 students per school year as well as run counseling groups of various topics throughout the school year and summer reaching 10-15 students with each group session. We anticipate each provider will see a minimum of 100 students annually. We estimate conservatively that 15 providers will work with 1,500 individual students per year serving 7,500 students over a five year time frame.

***Strategies for ensuring equal access and treatment for students that have traditionally been
underrepresented based on race, color, national origin, gender, age, or disability***

In order to ensure equitable provision of mental health services, a comprehensive mental
health landscape will be conducted for each secondary school assessing the number of mental
health practitioners at each school, the number of those practitioners who can dedicate most or
all of their time to mental health services, the number of students at each school per provider, and
the demographic makeup of each school including but not limited to breakdowns by race,
language, culture, insurance status, socio-economics, and proximity to community mental health
providers. This exercise has already been done for distinct VPS staff which found 52 school
counselors and 12.8 school psychologists for 12,300+ students across 15 schools and programs.
This shows a calculable need of 190 students per adult, before accounting for the fact that those
counselors are also responsible for academic scheduling, college and career advising, and 504
case management for all students and psychologists responsible for all developmental
assessments and IEP meetings. The need across all schools is great.

Inventory of community providers per school and caseload waitlists per school will
inform final placement, and grant funded providers may split time between two or more schools
or be moved as needs crop up in the future. All providers will focus on those 15 secondary
programs and we anticipate that through the five years all secondary programs will be touched
by and benefit from the increased support in place from these grant funds.

***Extent to which the training and professional development services to be provided are likely to
alleviate personnel shortages***

AR000110

Youth mental health problems are getting worse, including self-harm and suicidal behavior. Our current education and mental health systems are based on a "waiting to fail" model, meaning students have to be failing classes or otherwise struggling in order to receive support. In 2014, SAMHSA reported that approximately 13% of adolescents between ages 12 and 17 received some type of counseling within the educational setting. Students with untreated mental health needs remain at high risk for poor problem-solving skills, trouble with interpersonal relationships that may result in unsafe sexual behavior, drug use, and poor academic outcomes.[10]

Dialectical Behavioral Therapy (DBT) is an effective intervention that enhances emotional regulation skills to reduce problem behaviors among adolescent populations. The four main components that make up DBT are distress tolerance, interpersonal effectiveness, mindfulness, and emotional regulation. DBT is a training and resource available in key areas of evidence-based practice in school settings. VPS teachers, counselors, support staff, and mental health practitioners will receive guidance on effective behavioral, mental health, academic interventions, and assessment using the DBT model.

Collaborative & Proactive Solutions (CPS) is an evidence-based model of psychosocial treatment originated and developed by Dr. Ross Greene, and described in his books including, *Lost at School*. Rather than focusing on students' challenging behaviors (and modifying them), CPS helps students and caregivers solve the problems that are causing those behaviors. The problem solving is collaborative and proactive. Research has shown that the model is effective not only at solving problems and improving behavior but also at enhancing skills.

---

[10] Alicea, Pardo, Conover, Gopalan, & McKay, 2011

CPS is used in countless families, general and special education schools, group homes, inpatient psychiatric units, and residential and juvenile detention facilities, The CPS model has been shown to dramatically reduce challenging behavior, ensure that that expectations are in line with a child's skills, and dramatically reduce or eliminate discipline referrals, detentions, suspensions, and the use of restraint and seclusion.

In 2021, the Washington State Legislature passed Substitute House Bill 1363, addressing Secondary Traumatic Stress (STS) in the K-12 workforce. STS is the emotional distress that arises when someone vicariously experiences the traumatic experiences of another individual. This new law is designed for districts and schools to establish a proactive, systemic approach to mitigate the impacts of STS on employees. The new law requires the district to adopt a new policy, establishing a continuous improvement process that is relevant, meaningful and includes staff input, as well as professional development, which gives employees opportunities to build knowledge, practice self-care skills and celebrate successes.

Secondary traumatic stress, also called compassion fatigue, is a natural but disruptive set of symptoms that may result when one person learns first-hand of the traumatic experiences of another. Symptoms of secondary traumatic stress may include feelings of isolation, anxiety, dissociation, physical ailments, and sleep disturbances. In addition, those affected by secondary traumatic stress may experience: changes in memory and perception; alterations in their sense of self-efficacy; a depletion of personal resources, and disruption in their perceptions of safety, trust, and independence.

Vancouver Public Schools recognizes that when the mental health of staff is prioritized and professional development is provided, these supports increase staff retention and help alleviate shortages resulting in staff that have the skill set and system-wide resources and

supports to help students and families navigate mental health barriers and connect to needed services (District Policy 5515 Section 2000).

### D. Management Plan and Adequacy of Resources

*Adequacy of mechanisms for ensuring high-quality services*

VPS has the demonstrated capacity to oversee and implement the School Based Mental Health initiative effectively and efficiently in compliance with applicable federal, state, and local laws and regulations. VPS is long-experienced in administering federal grants and receives sterling performance grades on audits and reviews of its grant administration processes. VPS has a record of 12 consecutive years of clean state and federal audits received from the WA State Auditor's Office. Under the direction of the Chief Financial Officer, this initiative will receive fiscal management and grant administration support from the VPS Fiscal Services Department and employment and benefits support from the VPS Human Resources Department.

Further, departmental leadership from the departments of Community Schools and Student Welfare and Attendance will oversee all functions and goals of the grant initiative ensuring high quality service provision and a mechanism for addressing challenges quickly and carefully. Annual performance reviews and regular check-ins by department leadership and the clinical supervisor will identify any gaps in service delivery before they are felt by students and families and disruptions to service will be minimized at every turn.

*Plan for prompt delivery of services*

Upon funding, VPS is prepared to post job listings quickly as the need is critical and the motivation to serve students is paramount. Job descriptions are ready to be released immediately upon funding, schools are ready with space and supplies. The first provider hired will be the

AR000113

clinical supervisor/clinician. This person will assist the district hiring team with hiring the remaining providers with a focus on underserved communities to increase the cultural and racial mirrors for our youth. While the aim will be largely toward hiring fully licensed clinicians, those on the path of licensure but requiring supervision who are from historically oppressed groups and reflect the cultural, racial, ethnic, and linguistic makeup of district students meeting a need we cannot otherwise meet will be considered and recruited.

***Plan for collaboration and coordination with related Federal, State, and local organizations, and school-based effort.***

VPS currently has Interagency Agreements with eight local mental health serving agencies providing school based mental health. Of those providers, one provides crisis services, one provides services specifically for Native tribal members, two specialize in substance use disorder, and three work exclusively with pediatric clients. Funding will not supplant these services but will work alongside agency partners to grow capacity for one-to-one therapies as well as increase provider numbers. Due to workforce constraints and the increased need for mental health services, all available case hours from the eight agencies are consistently utilized with dozens to hundreds more students on waitlists for services.

VPS monitors mental health funding and efforts from the Office of the Superintendent of Public Instruction (OSPI), Washington's SEA, and routinely writes letters of support for community mental health providers to increase funding and thus capacity to serve children and youth in the district. The community based agency partners consult with VPS on questions around provision of mental health care, workforce capacity, and creative problem solving to address the most needs for the most students.

AR000114

VPS will continue to work with community mental health agencies on provision of services and coming up with creative solutions to meet the mental health needs of children, youth, and families in our community. We will support partner agencies in securing program funding, project innovation, and conferencing on complex needs. Further, VPS is a member of the Southwest Washington Youth Suicide Prevention Coalition, the Regional Health Improvement Plan Council, the Safe Communities Task Force, the Trauma Informed Schools Workgroup, the Washington Family Support Network, the Adverse Childhood Experiences Alliance (ACEs Allaince), and various resource groups for mental and beahvioral health, housing and homelessness, and place based initiatives. Through these, VPS is committed to a vibrant future for all residents, especially the children and youth in our community.

***Use of grant funds to supplement and not supplant existing school based mental health services funds and to expand, not duplicate, efforts to increase the number of providers.***

VPS will not use funds to supplant current school based mental health services but to increase providers within schools supplementing the structure already in place. Currently, due to both workforce and budget constraints, many students cannot be seen because of holding private insurance, being underinsured, or other barriers. Direct hiring mental health practitioners and placing them in high need secondary school buildings will allow students to be seen for mental health purposes free of charge while loosening case hours of partner agencies to serve those on Medicaid and children and youth in schools outside of the project, namely elementary age students. Further, grant funds will allow us to focus more intentionally on hiring cultural and racial mirrors so students see themselves represented in their providers. Expanding the cultural, linguistic, and individual diverse identities of our staff will reflect in more students feeling supported in their schools without replacing one service with another.

AR000115

Grant funds will also allow partner agencies to utilize expertise in other ways including complex cases and crisis services that are outside of the scope of the school building and school day. Before the COVID-19 pandemic, when we found a student in crisis we were typically able to refer to an agency with as little as a 24 hour turn around for services. Today, due to workforce shortages and the explosion of mental health needs, those wait times have increased exponentially with some students and families waiting weeks or months to be seen, even when in crisis. The ability to hire providers into the school district will allow our community mental health partners to work on higher level needs and work toward reducing wait times to pre-pandemic levels.

***Relevance and demonstrated commitment of VPS***

**Project Leadership:**

VPS has both top down and bottom up commitment to addressing the mental health needs of the children and youth in our charge. That is demonstrated by the collaborative nature of this project, spanning two departments within the organization in particular and embedded in the district in general. The initiative will be co-located in the Department of Community Schools and the Department of Student Welfare and Attendance under the direct leadership of the Director of Community Schools, Catherine MacCallum-Ceballos and the Director of Student Welfare and Attendance, Elizabeth Mikaele.

Ms. MacCallum-Ceballos and Ms. Mikaele will bring a combination of nearly 40 years of mental health service provision and K-12 education administration experience. Both have worked directly with students in our highest need middle and high schools before moving to the central district office to expand services district-wide including but not limited to positive

behavior supports, provision of basic needs supports for students and families, creative and holistic alternatives to exclusion, authentic family and community engagement, culturally specific and relevant services for underserved populations, crisis response, and community mental health procurement.

Two members of the district executive leadership team will oversee implementation of the project for oversight and evaluative purposes. Janell Ephraim brings nearly 30 years of experience in K-12 education with over 20 of those years in administration. Ms. Ephraim has worked in leadership at several VPS schools before moving to the central district office in 2020 to advance the district's burgeoning commitments to equity for all students, families, and staff. As Chief Equity Officer and later Executive Director for Schools, Learning and Equity, Ms. Ephraim has implemented a new official district policy in Equity and Inclusion (District Policy 0010), created an Equity Lens Framework for all new programs and procedures, and champions programs that honor the experience, expertise, and unique cultures of historically underrepresented students, families, and staff.

Bill Oman has worked in education in Southwest Washington for 25 years serving as a teacher, administrator, human resources director, and now Executive Director of Schools, Learning, and Equity. As a teacher and principal, Mr. Oman worked at our two highest need high schools crafting an excellent reputation of leadership among staff and respect for students who have been historically marginalized, left out, and faced more systemic barriers to success than their peers in other areas of the community. Mr. Oman has partnered with area cultural groups such as League of United Latin American Citizens (LULAC) and the National Association for the Advancement of Colored People (NAACP), advocates for equity and conversations about

historic oppressions, and uses the knowledge and skill gained to lead newer administrators in building a sense of belonging in VPS.

In the section that follows, we describe the in-kind contributions VPS will be making to support the attainment of project objectives and outcomes. These are reflected in Part B of the 524 Form attached to this proposal.

***Non-Federal Match***

**Personnel and Fringe Benefits.** To carry out the scope of work proposed in this application, VPS will devote in-kind staff resources from among its regularly salaried VPS staff over the five year project period. Details regarding the specific staff members who will be providing in-kind support are provided below, including:

- 25% of the Director of Community Schools (at 1.0 FTE, 12 months) in Years 1-5 and beyond, focusing on project launch, supervision, professional development, equity, and technical assistance for project personnel;
- 25% of the Director of Student Welfare and Attendance (at 1.0 FTE, 12 months) in Years 1-5 and beyond, focusing on project launch, supervision, professional development, equity, and technical assistance for project personnel;
- 50% of three Mental Health and Wellness Coordinators (at 1.0 FTE, 10 months) in Years 1-5 and beyond, focusing on care coordination of mental health supports at the secondary level.
- A portion of the Secretary for Community Schools (0.05 FTE) for program support and administrative duties.

AR000118

- A portion of the Front Office Clerk for Student Welfare and Attendance (0.05 FTE) for program support and administrative duties.

- A portion of the Student Information Support Specialist (0.05 FTE) for centralized student information system support.

- A portion of the Assistant Director for College Career Readiness (0.05 FTE) for supervisory support of secondary school counselors.

- A portion of each Secondary Administrator (0.05 FTE x 15 administrators) for building level oversight of clinicians and advisory of project needs.

- A portion of two Executive Directors for Schools, Learning, and Equity (0.05 FTE each) in Years 1-5 and beyond for project oversight and evaluation.

**Supplies.** In Year 1, VPS will supply in kind supplies for all project personnel including computers and software licenses for 15 staff, desks for 15 staff, and chairs for 15 staff. The district will also cover professional development and liability insurance for the 15 staff in Years 1-5.

***Plan for continued support of the project after Federal funding ends***

In 2021 the Washington State Department of Health created an office of School Based Health with funding available for the creation of School Based Health Centers (SBHCs). Currently, privately insured students cannot receive insurance-billed mental health care at school as insurance rules dictate that care must take place in a "clinic" setting. This federal funding gives VPS the time to build out the infrastructure for SBHCs while still providing robust mental health care for students. Supported by a number of potential medical partners including but not limited to our local hospital systems and/or Federally Qualified Health Centers, these clinics will

AR000119

ideally follow promotion patterns allowing for regional placement to serve all students across the district regardless of age or locale.

At the end of the five years, given the creation of school based clinics, school based mental health providers will be able to pivot to an insurance paneled model and see students in the on site clinics, creating a financial stream for continuation of care and realizing the vision beyond the five year project term.

***Adequacy of procedures for ensuring feedback and continuous improvement of the project***

Working collaboratively, the Directors of Community Schools and Student Welfare and Attendance will create a regular evaluation and continuous improvement plan for all hired providers. Project staff will also have the opportunity to participate in professional development activities that increase skills and knowledge of school systems, child and youth behavioral health modalities, secondary trauma stewardship, and equity strategies among other topics. Clinicians will have regular check-ins with and ability to give feedback to the clinical supervisor and should issues arise, as VPS employees, clinicians will have the opportunity to raise concerns to the appropriate directors, executive directors, and/or the human resources department. Two Executive Directors of Schools, Learning, and Equity will provide oversight and evaluation to the whole scope of the project and help address any issues of improvement and course correction throughout the project.

AR000120

**References**

Alicea S, Pardo G, Conover K, Gopalan G, McKay M. Step-Up: Promoting Youth Mental Health and Development in Inner-City High Schools. Clin Soc Work J. 2012 Jun 1;40(2):175-186. doi: 10.1007/s10615-011-0344-3. Epub 2011 May 10. PMID: 23564983; PMCID: PMC3616766.

Hastings, Patty. "County growing, but not as fast" *The Columbian*. July 27, 2018

Hodgkinson et. al. "Improving Mental Health Access for Low-Income Children and Families in the Primary Care Setting." *Pediatrics*. January 2017; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5192088/

LexisNexis Community Crime Map, https://communitycrimemap.com/, Accessed October 20, 2022

U.S. Census 2020. www.census.gov

Washington Association of Sheriffs and Police Chiefs. *Crime in Washington 2021 Annual Report*, p.77

Washington State Healthy Youth Survey, 2004-2021, https://www.preventcoalition.org/resources/reports/

AR000121

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** 1238-VPS Other Attachments November 2022.pdf

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13746440    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 01, 2022 03:49:15 PM EDT

AR000122

**Catherine MacCallum-Ceballos, MA**
**16009 NE 26th Street**
**Vancouver, Washington 98684**
**Home: 360-892-6945 Cell: 360-904-0786**
**ceballos7399@comcast.net**

**PROFESSIONAL SUMMARY**
Expertise in successfully designing, implementing and directing social service, mental health and educational programs to; engage children and families, build community partnerships, leverage resources, and eliminate barriers to success for underserved/underrepresented populations. Extensive experience collaborating with public school systems, government agencies, and community stakeholders.

**AREAS OF EXPERTISE**
- Program Administration, including budgeting and fiscal oversight, recruiting, training, supervising and providing professional development to staff
- Behavioral Health Professional (program administration and oversight, mental health assessment, treatment planning, crisis intervention and trauma informed treatment)
- Building, growing and maintaining community partnerships
- Designing culturally diverse and responsive services and programs
- Working with multiple funding sources and contracts (city, county, state, federal, grants, public schools)
- Strategic and Sustainability Planning
- Fund Development/Grant Writing

**PROFESSIONAL EXPERIENCE**

**Community Schools Director (2022-present),** responsible for overseeing the district-wide community schools strategy including Family Community Resource Centers/Coordinators, mental health and wellness, crisis response services, prevention intervention services, and federal grants.

**SMART (School Mobilization and Response Teams) District Coordinator, (2017-2022) Vancouver Public Schools, Vancouver, WA.**
Responsible for leading, directing, and facilitating crisis response services district-wide.

**Training and Technical Assistance Coordinator for Family Engagement and Family Community Resource Centers, (2014-2022) Vancouver Public Schools, Vancouver, Washington.**
Provide professional development to Family Engagement/FCRC staff, district staff, and community partners. Provide leadership and technical expertise to implement programmatic goals with fidelity.  Provide district-wide triaging for student and family support requests. Serve as a member of key community partnership groups, coalitions, and steering committees.

**Family Community Resource Coordinator, (2010-2014) Discovery Middle School, Vancouver Public Schools, Vancouver, Washington.**
Designed a secondary FCRC model and opened Family Community Resource Center at Discovery Middle School, established community partnerships, wrote and received several grants.

AR000123

**Program Director, (2002-2008) Nathan Nickerson Treatment Center**
**Lifeworks Northwest, Portland, Oregon**
Responsible for program administration of agency programs, contracts, and grants providing services in residential, day treatment, community clinics, public school and social service settings.

- Directed federal research grant providing services (enrichment, recreational, and educational) to children whose parents were living in a culturally specific drug and alcohol treatment program
- Supervised Community School Based Programs (S.U.N. School, mentoring program, tutoring program, high school credit recovery program)
- Designed and implemented mental health services at Portland Relief Nursery to eliminate barriers to early learning and strengthen families
- Implemented and monitored a grant from the city of Portland to provide in–home culturally responsive mental health services to children and families
- Directed programs to engage gang members, reduce community violence, and ensure school attendance
- Participated in designing, implementing, and supervising a culturally specific school based treatment program for adolescent African American males receiving drug and alcohol treatment

**Clinical Supervisor, (2000-2002) Nathan Nickerson Day Treatment Program**
**Center for Community Mental Health, Portland Oregon**
Responsible for day-to-day administrative direction of two day treatment programs (early childhood day treatment program and adolescent day treatment program).

**Clinical Coordinator (1997-2000)**
**Center for Community Mental Health, Portland Oregon**
Responsible for program direction and supervision of eight agency community based programs addressing the needs of pregnant and parenting youth, gang youth, adults with severe and persistent mental illness and substance abuse, foster youth and crisis services.

**EDUCATION**
Hope International University, Fullerton, California
MA (Marriage, Family Child Counseling)

Albion College, Albion, Michigan
BA (Psychology, Human Services)

AR000124

# ELIZABETH ANN WEBBER-MIKAELE, M.ED, LMHC, ACS, NCC, NBPTS

1104 MAIN STREET, SUITE M 105 VANCOUVER, WA 98660
PHONE (360) 903-8929 • E-MAIL
SIMPLESOLUTIONSCOUNSELING2@GMAIL.COM

## OBJECTIVE

To share my passion for counseling, equity, & access for all with clients to increase capacity to improve achievement, expand competency, & close achievement gaps for under-represented students. To interact & work with clients to develop a positive self-concept & reach their full potential. To educate & support clients on their journey to personal fulfillment. To work directly with clients, connecting them to community resources, & providing a comprehensive guidance & counseling experience.

## WORK EXPERIENCE

**2012-Present     Elizabeth Webber-Mikaele, MEd., LMHC, ACS, NCC, NBPTS       Vancouver, WA**
*Licensed Mental Health Counselor, Approved Clinical Supervisor, & National Certified Counselor*
- Services provided-individual counseling (children, adolescents, teens, and adults), couples, families, groups, and personal/professional coaching
- Areas addressed-grief/loss, stress, anger, anxiety, divorce, parenting, depression, relationships, life transitions, alcohol/drug problems, career, legal, and financial issues
- Specializing in work with children, adolescents, and families.

**2018-Present               Vancouver Public Schools                    Vancouver, WA**
*Administrative Intern & Team Member*
- Instructional leadership- Facilitated PLCs, COPs, Learning Walks, Staff support of Race & Equity work
- Developed Staff Professional Development: Implicit bias & Culturally Responsive Instructional Practices, SIOP, & AVID strategies
- Implemented & Facilitated New Educator support program
- Coordinated & oversaw all Intervention Programs i.e Freshman SET, Sophomore Block, Making Things Right, Rise Up, Success Academy, & Bookends
- School Assessment Coordinator-Increased departmental collaboration & the utilization of technology
- Bay Enhancement Team Leader-SIP development, monitoring PD, and accreditation work lead
- Implemented & expanded Multi-Tiered Systems of Support using data driven decision making
- Lead role with PBIS work and implementation of social & emotional intervention efforts school-wide.
- Supported and monitored special educations services ensuring requirements & accommodations are met.
- Monitored Budgets for Assessment Team, PD, Intervention Programs, and Adidas grant
- Expanded community outreach and partnerships to better support students and families
- Worked with staff to best support instruction by utilizing SIOP, AVID, & Culturally Responsive strategies
- Supported & oversaw alternative education programs and Hudson's Bay Lieser Branch Campus program

**2006-2018               Vancouver Public Schools                    Vancouver, WA**
*Hudson's Bay High School Intervention Program Counselor/Discovery Middle School Counselor*
- Collaborated with administration, counselors, & teachers to create tier three interventions
- Implemented a comprehensive program to increase parent involvement & communication
- Collaborated to develop the Back on Track alternative education program, now adopted by VPS
- Created a College & Scholarship Prep Boot Camp
- Organized & hosted a total of 11 parent outreach nights, educating parents on the opportunities & options
- Improved acceptance & strengthened school culture; coordinated, organized, & planned Challenge Days

AR000125

- Started a "Success Academy" at HBHS for 60 juniors & seniors in danger of not graduating on time
- Monitored, intervened, & assisted students in developing plans to improve academics, attendance, and behavior
- Helped students on an individual basis to develop a positive self-concept
- Provided responsive services to students
- Developed strong relationships with students, families, & staff

## EDUCATION

**Concordia University-College of Education**                    **Portland, OR**

*Preliminary Administrator License (Pre IAL) Certificate Program*

- Maintained a 4.0 Cumulative GPA
- Secondary Internship at Hudson's Bay High School/Branch Campus & Primary Internship at Harney Elementary
- Completed CEL 5D Teacher Overview Train the Trainers (TOTT), DuFour PLC Institute, Zuiebeck Facilitation Skills for Challenging Times, BEST Mentor Academy, SIOP, & School Assessment Coordinator Trainings
- National Counseling Certification
- Approved Clinical Supervisor Certification

**National Board for Professional Teaching Standards**

*National Board Certification: Early Childhood through Young Adulthood/ School Counseling*

- Certified on November 18, 2011 with a score of 365, Re-Certified November 18, 2021
- Vancouver Public Schools Employee Excellence Award Recipient, December 2011
- Educator of the Year Award, Prize for Excellence in Education, On Point Credit Union, 2012

**City University**                    **Vancouver, WA**

*Masters of Education: Guidance and Counseling*

- Named to the City University Dean's List for Academic Achievement, Every Quarter
- Kadish Scholarship Award Recipient (2005) (2006)
- Alpha Xi Delta Choose Children Award Recipient (2005)
- Completed Ruby Payne Poverty Training (2006) & Love and Logic Parenting Training (2005)
- Completed AVID Summer Institute 2009, 2010, 2011

**University of Washington**                    **Seattle, WA**

*Bachelor of Arts in Multicultural Social Services with an emphasis in Social Welfare  2003*

- Mortar Board, Pi Omicron Sigma, & Order of Omega Honor Society, Greek Woman of the Year
- Completed fifth and sixth years of College Level Spanish Course work

## REFERENCES

- Available Upon Request

AR000126

# JANELL EPHRAIM

1617 NW Juneau Ct. • Camas, WA, 98607 • (360) 607-4818 • jephraim@comcast.net

## PROFESSIONAL SUMMARY

I am a culturally responsive leader who excels at creating inclusive school cultures to promote the ongoing improvement of teaching and learning for all students and staff.

## WORK EXPERIENCE

**Executive Director of Schools, Learning and Equity**, *July 2022 – Present*
*Vancouver Public Schools, Vancouver, Washington*
- Facilitate and promote a culture of belonging by supporting and overseeing the Equity, Early Learning, Community Schools, Schools of Choice and Ombudsman Offices and Departments

**Chief Equity Officer**, *August 2020 – June 2022*
*Vancouver Public Schools, Vancouver, Washington*
- Supported district administrators, teachers and other staff in building their internal capacity to operationalize equity in their schools and departments Lead and facilitated the establishment of the
- Facilitated a district-wide equity audit to inform newly established equity policy and procedures
- Established and lead a districtwide equity office to support increased student access and belonging

**Principal**, *August 2011 – July 2020*
*Martin Luther King Elementary School, Vancouver, Washington*
- Promote a culture of equity and excellence while managing resources and performing daily administrative duties for a culturally and linguistically diverse Title I school of 450 students
- Demonstrate a commitment to closing the achievement gap by implementing and monitoring high leverage research based instructional practices aligned with school district and state initiatives
- Engage communities, staff and families to ensure a safe and supportive learning environment
- Develop, implement and monitor culturally responsive systems of support that promote overall student success school

**Associate Principal**, *August 2005 – July 2011*
*Vancouver Public Schools, Vancouver, Washington*
- Supported the building principal and all staff in achieving the priorities and targets, and provided them with support and guidance in implementation
- Evaluated the effectiveness of current programs and monitored the quality of teaching and learning, and student achievement including the analysis of performance data
- Developed relationships with parents, other educational institutions and the wider community, in order to enhance teaching and learning and children's personal development
- Established and maintained a school-wide management plan that promoted a safe and supportive learning environment

AR000127

**Teacher,** *August 1996 – June 2003*
*North Clackamas School District, Clackamas, Oregon*

- Implemented an effective research based program for students that promoted high student achievement and success by facilitating an enriched learning environment that affirmed student individuality, social, and cultural backgrounds

**Adjunct Professor,** *June 2000 – June 2005*
*Portland State University, Portland, Oregon*

- Facilitated learning and developed syllabi and overall course structures for graduate pre-service and in-service teachers in the following courses: Multicultural and Urban Education, Classroom Management, The Reflective Practitioner, Integrated Methods I and II, and Theoretical Models of Curriculum and Curriculum Construction

## E D U C A T I O N

WASHINGTON STATE UNIVERSITY VANCOUVER
VANCOUVER, WA
*Professional Certification Education Leadership (Sep 2011)*

PORTLAND STATE UNIVERSITY
PORTLAND, OR
*Administrative Licensure K-12 Leadership (Jun 2000)*

OREGON STATE UNIVERSITY
CORVALLIS, OR
*M.A. Teaching (Jun 1996)*

- Thesis: "Monitoring the Changing Childhood Perceptions of Diversity through Multicultural Education"

OREGON STATE UNIVERSITY
CORVALLIS, OR
*B.S. Elementary Education (Jun 1995)*

## C R E D E N T I A L S   A N D   L I C E N S E S

- Washington State Principal Certificate
- Washington State Program Administrator Certificate

AR000128

# William E. Oman

7905 NE 179th Ave
Vancouver, WA 98682
360-241-6455
bill.oman2@yahoo.com

## EDUCATIONAL BACKGROUND

**Washington State Continuing Administrator Certificate : Principal Endorsement** July 2002

**Masters in Educational Administration:** May 2002
Heritage University – Vancouver Cohort

**Washington State Continuing Teaching Certificate:** June 1997

**Secondary Education Certificate:** May 1997
Concordia University - Portland

**Bachelor of Arts in Foreign Language – Spanish:** December 1995
Portland State University

**Bachelor of Business Administration:** May 1993
Double Major – Marketing and Management
Minor – Spanish
University of Portland

## EMPLOYMENT HISTORY

**Executive Director of Schools and Learning**
- Vancouver Public Schools: 2021 - preset

**Senior Director of Secondary Education**
- Evergreen Public Schools: 2015 - 2021

**Director of Human Resources**
- Vancouver Public Schools: 2013 - 2015

**High School Principal**
- Hudson's Bay High School – Vancouver, Washington: 2007 - 2013
- Academic School of Distinction for Closing the Achievement Gap in On-Time Graduation Rates, OSPI

**High School Associate Principal**
- Fort Vancouver High School – Vancouver, Washington: 2003 – 2007

AR000129

- Kelso High School – Kelso, Washington: 2002 – 2003

**High School Teacher**

- Hudson's Bay High School – Vancouver, Washington: 1997 – 2002

**INSTRUCTIONAL LEADERSHIP AND PRINCIPAL SUPPORT**

- Direct Support of Building Leaders Utilizing an Equity Lens
- Completed AASA / CEL UW National Principal Supervisor Academy
- Currently Enrolled in Courageous Conversations About Race Professional Development
- Trainer for Charlotte Danielson Instructional Framework
- Co-Facilitate Principal Leadership Academy at ESD 112
- Utilize AWSP Leadership Framework through Principal Partnership Plan and Cycle of Inquiry
- Update District Policy and Procedure
- Participate in Labor Management
- Co-Facilitate District Administrative Internship Cohort
- Secured GEAR UP Grant for all Current 6th and 7th Grade Students at Three Middle Schools
- Partner with LULAC, NAACP, PAL and Other Organizations to Improve the Student Experience in Our Schools and Community

**PROFESSIONAL ORGANIZATIONS AND RECOGNITION**

- American Association of School Administrators
- Association for Supervision and Curriculum Development
- Washington Association of School Administrators
- WASA Student Achievement Award for Closing the Achievement Gap in District High School Graduation Rates: 2019
- Greater St. Helens League High School Principal of the Year: 2009-2010
- Concordia University Alumni of Distinction Award: 2010

**REFERENCES**

**Jeff Snell,** Superintendent
Vancouver Public Schools
Vancouver, WA
360-624-3792

**John Deeder,** Superintendent, Retired
Evergreen Public Schools
Vancouver, WA
360-921-7089

AR000130

**Doug Hood**, Superintendent, Interim
Camas School District
Camas, WA
(971)235-1881

AR000131

# Vancouver Public Schools
# Clinical Supervisor

## Job Details

Title: Clinical Supervisor

Posting: Description
Clinical Supervisor: 8.0 hours per day, 10 months per year

We appreciate your interest in employment with Vancouver Public Schools (VPS. All applications are considered and reviewed. The most qualified and competitive applicant(s) that possess directly related experience and expertise, training, and education may be invited to participate in the interview/selection process . As part of the selection process, VPS conducts confidential reference checks to include former and present employers and also requires a criminal background investigation. Unfortunately, due to the number of applications received, not all applicants will receive an interview.

Résumés should include education, relevant experience (including current position), and skills which highlight the qualifications of the position to which a person is applying.

All district employees are encouraged to review their personnel file periodically to ensure their file includes current and relevant documentation that supports their education, experience, training, etc., as it relates to qualifications described on job postings.

Qualifications:

- A valid Washington Mental Health Counselor License
- Master's Degree from an accredited university in psychology, counseling, social work or related field
- A minimum of 5 years clinical experience
- Three years of experience providing clinical supervision, preferred
- Experience working effectively with diverse racial, ethnic and linguistic groups in treatment
- Experience conducting large-group presentations and professional development
- Experience conducting both small group and individual therapy sessions
- Experience maintaining data and records as related to therapy services
- Strong understanding (through coursework/experience) of issues relating to poverty, gang affiliation, childhood and adolescent mental health development, DSM V,

AR000132

diagnosis and treatment, neglect, and substance abuse
- Ability to work effectively with community agencies and organizations to obtain support and resources
- Willingness to participate in professional development aligned with the school and district initiatives

Other Requirements:
- Ability to lift and move moderately sized objects up to 50 pounds
- Regular attendance to carry out the duties and responsibilities of the position to achieve program requirements

Essential Functions:

- Works in a flexible and cooperative manner
- Treats co-workers, supervisors, students, parents and others with dignity and respect at all times
- Serves as a positive role model for students, and practices the behaviors that are expected of our students
- Work to build relationships and establish trust (with students, families and staff) by maintaining a visible presence within the school
- Work directly with families and teachers to help students develop a positive self-concept, enhance open communication, and create a positive school climate in which students can learn
- Provides crisis intervention and guidance services in school settings.
- Maintain necessary data for purposes of analyzing student progress and program effectiveness
- Work cooperatively with students and families from culturally, racially, and linguistically diverse backgrounds
- Performs other tasks and assumes other responsibilities as assigned by supervisor

It is understood VPS has the right to transfer and assign employees to best fit the needs of the district.

Shift Type Salary Range Location: Day Shift $49.15/Hourly Rate

AR000133

# Vancouver Public Schools
# Mental Health Therapist

## Job Details

Title: Mental Health Clinician

Posting: Description
Mental Health Therapist (8.0 hours per day, 10 months per year)

We appreciate your interest in employment with Vancouver Public Schools (VPS. All applications are considered and reviewed. The most qualified and competitive applicant(s) that possess directly related experience and expertise, training, and education may be invited to participate in the interview/selection process. As part of the selection process, VPS conducts confidential reference checks to include former and present employers and also requires a criminal background investigation. Unfortunately, due to the number of applications received, not all applicants will receive an interview.

Résumés should include education, relevant experience (including current position), and skills which highlight the qualifications of the position to which a person is applying.

All district employees are encouraged to review their personnel file periodically to ensure their file includes current and relevant documentation that supports their education, experience, training, etc., as it relates to qualifications described on job postings.

Qualifications:

- A valid Washington Mental Health Counselor License or Associate License, strongly preferred
- Master's Degree from an accredited university in psychology, counseling, social work or related field
- Experience working effectively with diverse groups of teachers, students, and families
- Experience conducting large-group presentations
- Experience conducting both small group and individual therapy sessions
- Experience maintaining data and records as related to therapy services
- Strong understanding (through coursework/experience) of issues relating to poverty, gang affiliation, childhood and adolescent mental health development, DSM V, diagnosis and treatment, neglect, and substance abuse
- Ability to work effectively with community agencies and organizations to obtain support and resources

AR000134

- Willingness to participate in professional development aligned with the school and district initiatives

Other Requirements:
- Ability to lift and move moderately sized objects up to 50 pounds
- Regular attendance to carry out the duties and responsibilities of the position to achieve program requirements

Essential Functions:

- Works in a flexible and cooperative manner
- Treats co-workers, supervisors, students, families and others with dignity and respect at all times
- Serves as a positive role model for students, and practices the behaviors that are expected of our students
- Work to build relationships and establish trust (with students, families and staff) by maintaining a visible presence within the school
- Work directly with families and teachers to help students develop a positive self-concept, enhance open communication, and create a positive school climate in which students can learn
- Provides crisis intervention and guidance services in school settings.
- Participation in individual behavioral planning, documentation and intervention, as needed (behavior plans, IEP meetings, manifestation determinations, threat assessment, individual and group clinical, and crisis intervention)
- Maintain necessary data for purposes of analyzing student progress and program effectiveness
- Work cooperatively with students and families from culturally, racially, and linguistically diverse backgrounds
- Performs other tasks and assumes other responsibilities as assigned by supervisor

It is understood VPS has the right to transfer and assign employees to best fit the needs of the district.

Shift Type Salary Range Location: Day Shift $43.17/Hourly Rate

AR000135



October 25, 2022

U.S. Department of Education, Office of Elementary and Secondary Education
School Based Mental Health Services Grant Program
400 Maryland Avenue, SW
Washington, D.C. 20202

Dear Grant Selection Committee:

On behalf of Community Health Plan of Washington, I am pleased to offer my support for Vancouver
Public Schools proposal to the Department of Education for School Based Mental Health Services. We
actively support the work of VPS and share its commitment to create stronger communities both
within our schools and our city, particularly among our most vulnerable populations.

Community Health Plan of Washington (CHPW) was founded in 1992 by Washington's community
health centers and has remained committed to Washington's health for 30 years. As a not-for-profit
company, our work is motivated first by the best interests of our members, providers, and
communities. We work in partnership with local community organizations and social service
organizations to support all aspects of our members' lives.

Decades of experience and research show that unmet basic needs, family mobility, inadequate
medical and dental care, mental health issues, drug and alcohol abuse, crime, violence, gang
involvement, unemployment, and low adult educational attainment adversely impact student
achievement. In response, our community is pursuing a proactive approach to turning around the
mental health outcomes for our children, youth, and families.

Sincerely,

Erin Hafer
Vice President
Delivery and Health System Innovation & Community Partnerships
Community Health Plan of Washington

CC: Daniel Smith, MSW

AR000136

CHILDREN'S
HOME SOCIETY

**SEATTLE ADMINISTRATIVE OFFICES**
P.O. Box 15190
Seattle, WA 98115
(206) 695-3200 Main
(800) 456-3339 Toll Free
(206) 695-3201 Fax
www.childrenshomesociety.org

OFFICERS

CHAIR
Andy MacDonald

VICE CHAIR
Gayle Murdock

TREASURER
Rachel Robert

SECRETARY
Sherilee Coffey

PRESIDENT/CEO
Dave Newell

TRUSTEES
Tom Ambrey
Maria Berardo
Sherilee Coffey
Daran Davidson
John Haid
Marian Harris, Ph. D.
Barbara Jirsa*
Rod Kaseguma*
Shayla Kern
Roy Koegen
Andy MacDonald
Dan Merlino*
Del Miller
John Mosby, Ph. D.
Gayle Murdock
Tom Oldfield*
Louise Parker, Ph. D.
Rachel Robert
Daniel Smith
Galen Sorom, M.D.
Tim Walsh
(*lifetime trustee)

LIFETIME TRUSTEES
Linda Ashlock
Pam Kaiser
Otto Klein III
Neal F. Lessenger
Sharon Osborne
Gary Ponti
Patricia Sundquist
Cliff Tingley

October 20, 2022

U.S. Department of Education, Office of Elementary and Secondary Education
School Based Mental Health Services Grant Program
400 Maryland Avenue, SW
Washington, D.C. 20202

Dear Grant Selection Committee:

On behalf of Children's Home Society of Washington, I am pleased to offer my
support for Vancouver Public School's (VPS) proposal to the Department of Education
for School Based Mental Health Services. We actively support the work of VPS and
share its commitment to create stronger communities both within our schools and our
city, particularly among our most vulnerable populations.

Children's Home Society of Washington's (CHSW) mission is to develop healthy
children, create strong families, build engaged communities, and speak and advocate
for children. CHSW has a long history of advancing the well-being of children through
a unique combination of innovative programming, proven evidence-based services, and
new approaches to meet children and families' specific needs. In Southwest
Washington, CHSW has partnered with VPS to provide school-based behavioral health
services, parent education, and mental health consultation for over 20 years. CHSW is a
CARF-accredited nonprofit organization, providing services to children and families in
Washington state for more than 125 years.

Decades of experience and research show that unmet basic needs, family mobility,
inadequate medical and dental care, mental health issues, drug and alcohol abuse,
crime, violence, gang involvement, unemployment, and low adult educational
attainment adversely impact student achievement. In response, our community is
pursuing a proactive approach to turning around the mental health outcomes for our
children, youth, and families.

Sincerely,

Andy Tucker, LMHC
Chief Behavioral Health Officer

**AR000137**



The Vancouver School District is presenting the following documentation in support of our Federal Indirect Rate Cost Proposal for the fiscal year 2022-23.

Proposed Federal Restricted Rate       6.26%

Proposed Federal Unrestricted Rate    18.53%

Relevant data and the methodology which supports the proposed rates are included as supplementary schedules embedded in the school district's Annual Financial report, F-196, submitted to OSPI per WAC 392-117-035.

An Organizational Chart showing the structure of the school district along with a functional statement noting the duties or responsibilities of all units that comprise the school district is attached.

Required certification of the Federal Indirect Cost Rate Proposal is attached.

**Vancouver Public Schools**
2901 Falk Road • Vancouver, WA 98661
PO Box 8937 • Vancouver, WA 98668-8937
Phone: 360-313-1000 • Fax: 360-313-1001 • www.vansd.org

PR/Award # S184H220029
Page e57

AR000138



VANCOUVER
PUBLIC SCHOOLS

*Imagine what you can learn!*

This is to certify that I have reviewed the indirect cost rate proposal submitted herewith and to the best of my knowledge and belief:

(1) All costs included in this proposal, dated 11/16/21, to establish final indirect cost rates for fiscal year 2022-23 are allowable in accordance with the requirements of the Federal award(s) to which they apply and the provisions of this Part. Unallowable costs have been adjusted for in allocating costs as indicated in the indirect cost proposal.

(2) All costs included in this proposal are properly allocable to Federal awards on the basis of a beneficial or causal relationship between the expenses incurred and the agreements to which they are allocated in accordance with applicable requirements. Further, the same costs that have been treated as indirect costs have not been claimed as direct costs. Similar types of costs have been accounted for consistently and the Federal Government will be notified of any accounting changes that would affect the predetermined rate.

I declare that the foregoing is true and correct.

Vancouver School District

Brett Blechschmidt
Chief Operating Officer
11/16/2021

**Vancouver Public Schools**
2901 Falk Road • Vancouver, WA 98661
PO Box 8937 • Vancouver, WA 98668-8937
Phone: 360-313-1000 • Fax: 360-313-1001 • www.vansd.org

AR000139

REPORT F196

Vancouver School District No. 037

RUN DATE: 11/16/2021

E.S.D. 112

Schedule for Determining School District Federal Restricted Indirect Cost Rate Including Fixed
With Carry-Forward Calculation for Fiscal Year 2022-2023

RUN TIME: 12:24:59 PM

COUNTY: 06 Clark

Fiscal Year 2020-2021

| | TOTAL PROGRAM EXPENDITURES | --- EXCLUDED --- CAPITAL OUTLAY | DEBT SERVICE | DISTORTING ITEMS | (ADDED TO BASE) UNALLOWABLE | (POOL) INDIRECT EXPENDITURES | (BASE) DIRECT EXPENDITURES |
|---|---|---|---|---|---|---|---|
| **PROGRAM AND ACTIVITY TITLES** | | | | | | | |
| **TOTAL PROGRAMS 01-89, 98, 99** | 281,953,252.20 | 301,397.36 | | 9,679,418.45 | | | 271,972,436.39 |
| PROGRAM 97 ACTIVITIES | | | | | | | |
| 11 Board of Directors | 500,591.10 | 0.00 | | 0.00 | 432,979.92 | 67,611.18 | |
| 12 Superintendent's Office | 1,215,300.75 | 0.00 | | 0.00 | 1,215,300.75 | 0.00 | |
| 13 Business Office | 2,614,608.37 | 0.00 | | 0.00 | | 2,614,608.37 | |
| 14 Human Resources | 4,149,752.42 | 0.00 | | 0.00 | | 4,149,752.42 | |
| 15 Public Relations | 1,092,259.75 | 0.00 | | | 0.00 | 1,092,259.75 | |
| 25 Pupil Management and Safety | 251,749.09 | 0.00 | | 0.00 | 251,749.09 | 0.00 | |
| 61 Supervision | 489,599.63 | 13,905.46 | | 0.00 | 475,694.17 | 0.00 | |
| 62 Grounds Maintenance | 2,044,683.59 | 0.00 | | 0.00 | 2,044,683.59 | 0.00 | |
| 63 Operation of Buildings | 10,564,604.75 | 22,958.04 | | 0.00 | 10,541,646.71 | 0.00 | |
| 64 Maintenance | 4,668,961.32 | 44,857.91 | | 0.00 | 4,624,103.41 | 0.00 | |
| 65 Utilities | 4,273,382.95 | 0.00 | | 0.00 | 4,273,382.95 | 0.00 | |
| 67 Building and Property Security | 594,340.26 | 3,830.86 | | 0.00 | 590,509.40 | 0.00 | |
| 68 Insurance | 3,204,046.08 | 0.00 | | 0.00 | 3,204,046.08 | 0.00 | |
| 72 Information Systems | 8,880,771.04 | 94,517.86 | | 0.00 | 1,684,434.09 | 7,101,819.09 | |
| 73 Printing | 0.00 | 0.00 | | 0.00 | | 0.00 | |
| 74 Warehousing | 1,240,944.12 | 14,881.86 | | 0.00 | | 1,226,062.26 | |
| 75 Motor Pool | 0.00 | 0.00 | | 0.00 | | 0.00 | |
| 83 Interest | 144,531.30 | | 144,531.30 | | | | |
| 84 Principal | 2,962,047.21 | | 2,962,047.21 | | | | |
| 85 Debt-Related Expenditures | 0.00 | | 0.00 | | | | |
| **Total Program 97** | 48,892,173.73 | 194,951.99 | 3,106,578.51 | 0.00 | 29,338,530.16 | 16,252,113.07 | |

Page 72 of 84

AR000140

REPORT  F196

E.S.D.  112

COUNTY: 06 Clark

Vancouver Schoo1 District No. 037

Schedule for Determining School District Fede...1 Restricted Indirect Cost Rate Including Fixed
With Carry-Forward Calculation for Fiscal Year 2022-2023

Fiscal Year 2020-2021

RUN DA™™: 11/16/2021

RUN T....: 12:24:59 PM

| | TOTAL PROGRAM EXPENDITURES | CAPITAL OUTLAY | DEBT SERVICE | DISTORTING ITEMS | (ADDED TO BASE) UNALLOWABLE | (POOL) INDIRECT EXPENDITURES | (BASE) DIRECT EXPENDITURES |
|---|---|---|---|---|---|---|---|
| | | | --- EXCLUDED --- | | | | |
| Sub-Total All Programs | 330,845,425.93 | 496,349.35 | 3,106,578.51 | 9,679,418.45 | | 16,252,113.07 | 271,972,436.39 |
| Unallowable Costs | | | | | -29,338,530.16 | | 29,338,530.16 |
| TOTALS | 330,845,425.93 | 496,349.35 | 3,106,578.51 | 9,679,418.45 | | 16,252,113.07 | 301,310,966.55 |

*** FIXED WITH CARRY-FORWARD RESTRICTED INDIRECT RATE CALCULATION ***

FY 18-19

1.  FY 18-19 INDIRECT EXPENDITURES                                          13,692,767.54
2.  FY 18-19 DIRECT EXPENDITURES                                           302,433,766.24
3.  FY 18-19 OVER/UNDER RECOVERY (CALCULATED)                                   762,022.47
4.  FY 18-19 TOTAL POOL (LINE 1 + LINE 3)                                    14,454,790.01
5.  CALCULATED FY 18-19 RESTRICTED INDIRECT RATE TO BE USED IN FY 20-21           0.0478

FY 20-21

6.  FY 20-21 INDIRECT EXPENDITURES FROM COLUMN 6                              16,252,113.07
7.  FY 20-21 OVER/UNDER RECOVERY (LINE 3)                                        762,022.47
8.  FY 20-21 ADJUSTED IND POOL (LINE 6 + LINE 7)                              17,014,135.54
9.  FY 20-21 DIRECT EXPENDITURES FROM COLUMN 7                               301,310,966.55
10. FY 20-21 RESTRICTED INDIRECT RATE (LINE 5)                                     0.0478
11. FY 20-21 AMOUNT RECOVERED (LINE 9 * LINE 10)                              14,402,664.20
12. FY 20-21 OVER/UNDER RECOVER (LINE 8 - LINE 11)                             2,611,471.34
13. FY 20-21 TOTAL POOL (LINE 6 + LINE 12)                                    18,863,584.41
14. CALCULATED FY 20-21 RESTRICTED INDIRECT RATE TO BE USED IN FY 22-23 (LINE 13 / LINE 9)    0.0626

Page 73 of 84

AR000141

Vancouver School District No. 037

RUN DATE: 11/16/2021

RUN TIME: 12:24:59 PM

Schedule for Determining School District Federal Unrestricted Indirect Cost Rate Including Fixed
With Carry-Forward Calculation for Fiscal Year 2022-2023

Fiscal Year 2020-2021

E.S.D. 112

COUNTY: 06 Clark

| PROGRAM AND ACTIVITY TITLES | TOTAL PROGRAM EXPENDITURES | CAPITAL OUTLAY | DEBT SERVICE | DISTORTING ITEMS | (ADDED TO BASE) UNALLOWABLE | (POOL) INDIRECT EXPENDITURES | (BASE) DIRECT EXPENDITURES |
|---|---|---|---|---|---|---|---|
| | | | --- EXCLUDED --- | | | | |
| Total Programs 01-89, 98, 99 | 281,953,252.20 | 301,397.36 | | 9,679,418.45 | | | 271,972,436.39 |
| PROGRAM 97 ACTIVITIES | | | | | | | |
| 11 Board of Directors | 500,591.10 | 0.00 | | 0.00 | 432,979.92 | 67,611.18 | |
| 12 Superintendents Office | 1,215,300.75 | 0.00 | | 0.00 | | 1,215,300.75 | |
| 13 Business Office | 2,614,608.37 | 0.00 | | 0.00 | | 2,614,608.37 | |
| 14 Human Resources | 4,149,752.42 | 0.00 | | 0.00 | | 4,149,752.42 | |
| 15 Public Relations | 1,092,259.75 | 0.00 | | 0.00 | 0.00 | 1,092,259.75 | |
| 25 Pupil Management and Safety | 251,749.09 | 0.00 | | 0.00 | | 251,749.09 | |
| 61 Supervision | 489,599.63 | 13,905.46 | | 0.00 | | 475,694.17 | |
| 62 Grounds Maintenance | 2,044,683.59 | 0.00 | | 0.00 | | 2,044,683.59 | |
| 63 Operation of Buildings | 10,564,604.75 | 22,958.04 | | 0.00 | | 10,541,646.71 | |
| 64 Maintenance | 4,668,961.32 | 44,857.91 | | 0.00 | | 4,624,103.41 | |
| 65 Utilities | 4,273,382.95 | 0.00 | | 0.00 | | 4,273,382.95 | |
| 67 Building and Property Security | 594,340.26 | 3,830.86 | | 0.00 | | 590,509.40 | |
| 68 Insurance | 3,204,046.08 | 0.00 | | 0.00 | | 3,204,046.08 | |
| 72 Information Systems | 8,880,771.04 | 94,517.86 | | 0.00 | | 8,786,253.18 | |
| 73 Printing | 0.00 | 0.00 | | 0.00 | | 0.00 | |
| 74 Warehousing | 1,240,944.12 | 14,881.86 | | 0.00 | | 1,226,062.26 | |
| 75 Motor Pool | 0.00 | 0.00 | | 0.00 | | 0.00 | |
| 83 Interest | 144,531.30 | | 144,531.30 | | | | |
| 84 Principal | 2,962,047.21 | | 2,962,047.21 | | | | |
| 85 Debt-Related Expenditures | 0.00 | | 0.00 | | | | |
| Total Program 97 | 48,892,173.73 | 194,951.99 | 3,106,578.51 | 0.00 | 432,979.92 | 45,157,663.31 | |

Page 74 of 84

AR000142

REPORT F196     Vancouver School District No. 037     RUN DATE: 11/16/2021

E.S.D. 112     RUN T .: 12:24:59 PM

COUNTY: 06 Clark

Schedule for Determining School District Fede. Unrestricted Indirect Cost Rate Including Fixed
With Carry-Forward Calculation for Fiscal Year 2022-2023

Fiscal Year 2020-2021

| | TOTAL PROGRAM EXPENDITURES | --- EXCLUDED --- | | | (ADDED TO BASE) UNALLOWABLE | (POOL) INDIRECT EXPENDITURES | (BASE) DIRECT EXPENDITURES |
| | | CAPITAL OUTLAY | DEBT SERVICE | DISTORTING ITEMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sub-Total All Programs | 330,845,425.93 | 496,349.35 | 3,106,578.51 | 9,679,418.45 | | 45,157,663.31 | 271,972,436.3 |
| Unallowable Costs | | | | | -432,979.92 | | 432,979.92 |
| Totals | 330,845,425.93 | 496,349.35 | 3,106,578.51 | 9,679,418.45 | -432,979.92 | 45,157,663.31 | 272,405,416.3 |

*** FIXED WITH CARRY-FORWARD UNRESTRICTED INDIRECT RATE CALCULATION ***

FY 18-19

1. FY 18-19 INDIRECT EXPENDITURES    40,292,029.39
2. FY 18-19 DIRECT EXPENDITURES    275,834,504.3
3. 18-19 OVER (UNDER) RECOVERY    -4,000,852.1
4. 18-19 TOTAL POOL (LINE 1 + LINE 3)    36,291,177.1
5. CALCULATED FY 18-19 UNRESTRICTED INDIRECT RATE TO BE USED IN FY 20-21    0.131

FY 20-21

6. 20-21 INDIRECT EXPENDITURES FROM COLUMN 6    45,157,663.31
7. 18-19 OVER (UNDER) RECOVERY (LINE 3)    -4,000,852.1
8. FY 20-21 ADJUSTED INDIRECT POOL (LINE 6 + LINE 7)    41,156,811.1
9. FY 20-21 DIRECT EXPENDITURES FROM COLUMN 7    272,405,416.3
10. FY 20-21 UNRESTRICTED INDIRECT RATE (LINE 5)    0.1313
11. FY 20-21 AMOUNT RECOVERED (LINE 9 * LINE 10)    35,848,552.78
12. FY 20-21 OVER (UNDER) RECOVER (LINE 8 - LINE 11)    5,308,258.3
13. FY 20-21 TOTAL POOL (LINE 6 + LINE 12)    50,465,921.6
14. CALCULATED FY 20-21 UNRESTRICTED INDIRECT RATE TO BE USED IN FY 22-23 (LINE 13 / LINE 9)    0.1853

Page 75 of 84

AR000143

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** 1234-VPS SBMH Budget Narrative October 2022.pdf

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

**AR000144**

**Vancouver Public School District No. 37**

**(Vancouver, WA)**

**Budget Narrative**

I.    **Introduction**

The Vancouver Public School District (VPS) is requesting a School Based Mental Health Grant in the amount of $9,064,946 from the U.S. Department of Education's Office of Elementary and Secondary Education. Coupled with the COVID-19 pandemic, Vancouver's (Washington) social and economic challenges have an adverse impact on the social and health outcomes of the community's children and their families, which is exacerbated by a gap in current services. Serving approximately 7,500 high-need youth by the end of the fifth project year, VPS will work in concert with local mental health serving agencies and the Office of Superintendent of Public Instruction (OSPI) to increase the mental health services that our students so critically need.

The following description provides an explanation for the federal (i.e. grant) and non-federal resources for this five-year project. The Budget Narrative includes a Summary Budget Justification (Section II) that summarizes the proposed federal and non-federal expenditures in each of the five grant years. The entire Budget Narrative is reconciled to the budget presentation in the ED 524 Form as Section A Budget Summary of U.S. Department of Education Funds and Section B Budget Summary of Non-Federal Funds. In addition to the items described in this Budget Narrative, a large commitment of in-kind and match resources has been and will continue to be made by VPS. Because the project is deeply embedded in the ongoing operation of the District's Priorities, it is difficult to distinctly isolate and quantify the full value of all non-federal grant funded resources that will be used to carry out this work. As a consequence, budget

AR000145

documents included in this application capture only the local and state- level resources and expenditures most directly dedicated to this effort.

## II.  Summary Budget Justification

**Proposed Federal Budget Justification: Years 1 – 5**

1.  **Personnel: $6,331,652**

VPS requests funding to support fifteen (15) new staff members in Years 1-5. Positions include one (1) clinical supervisor and fourteen (14) credentialed mental health service providers. VPS anticipates cost of living adjustments and incremental salary schedule adjustments for longevity in the amount of 2.5% in succeeding years, bringing annual salary totals for these staff members to: $1,207,721 in Year 1; $1,233,939 in Year 2; $1,264,778 in Year 3; $1,296,402 in Year 4; and $1,328,812 in Year 5.

The clinical supervisor will be employed full-time, 10 months at a base pay of $8,611.10 per month. This position will spend a majority of their time performing clinical supervision for any mental health service providers needing to finish supervision hours as well as maintaining a small caseload and responding to crises as they arise. The position is 100% grant funded in years 1 through 5 ($452,621). By year 6, following the project period, VPS intends to fully fund this position. VPS anticipates cost of living adjustments and incremental salary schedule adjustments for longevity in the amount of 2.5% in succeeding years:

- Year 1: $86,111 full-time, 10 months

- Year 2: $88,263 full-time, 10 months

- Year 3: $90,469 full-time, 10 months

- Year 4: $92,730 full-time, 10 months

AR000146

- Year 5: $95,048 full-time, 10 months

The 14 credentialed mental health service providers will be employed full-time, 10 months at a base pay of $7,563.40 per month each. The positions are 100% grant funded in years 1 through 5 ($5,550,104). By year 6, following the project period, VPS intends to fully-fund these positions. VPS anticipates cost of living adjustments and incremental salary schedule adjustments for longevity in the amount of 2.5% in succeeding years:

- Year 1: $75,634 full-time, 10 months x 14 providers = $1,058,876

- Year 2: $77,255 full-time, 10 months x 14 providers = $1,081,570

- Year 3: $79,186 full-time, 10 months x 14 providers = $1,108,604

- Year 4: $81,166 full-time, 10 months x 14 providers = $1,136,324

- Year 5: $83,195 full-time, 10 months x 14 providers = $1,164,730

Supplemental hourly pay will provide staff the opportunity to carry their caseload into the summer as well as run specialized therapy groups for the 10 weeks school is out of session (four of those ten weeks are part of the initial ten month contract). This provides continuity of care for those students who do not want to take a summer break from care and will otherwise be available. A supplemental contract of two days per week for six weeks will be offered to the clinical supervisor at a rate of $49.15 per hour. A supplemental contract of two days per week for six weeks will be offered to all fourteen (14) mental health providers at a rate of $43.17 per hour.

- Year 1: $4,718 will provide 96 hours of pay for clinical supervisor at $49.15 per hour. $4,144 will provide 96 hours of pay for all 14 mental health providers at $43.17 per hour. Total supplemental contracts for year 1 are: $62,734.

- Year 2: $4,836 will provide 96 hours of pay for clinical supervisor at $50.38 per hour.

  $4,233 will provide 96 hours of pay for all 14 mental health providers at $44.10 per hour.

  Total supplemental contracts for year 2 are: $64,106

- Year 3: $4,957 will provide 96 hours of pay for clinical supervisor at $51.64 per hour.

  $4,339 will provide 96 hours of pay for all 14 mental health providers at $45.20 per hour.

  Total supplemental contracts for year 3 are: $65,705

- Year 4: $5,081 will provide 96 hours of pay for clinical supervisor at $52.93 per hour.

  $4,448 will provide 96 hours of pay for all 14 mental health providers at $46.33 per hour.

  Total supplemental contracts for year 4 are: $67,348

- Year 5: $5,208 will provide 96 hours of pay for clinical supervisor at $54.25 per hour.

  $4,559 will provide 96 hours of pay for all 14 mental health providers at $47.49 per hour.

  Total supplemental contracts for year 5 are: $69,034

2.    **Fringe Benefits: $2,199,259**

In keeping with VPS's contracting and budgeting rules, fringe benefits for the personnel assigned to the project include social security (7.65%), worker's compensation (29 cents per hour up to 1,776 hours, max benefit $426/year), retirement (13.3%), and health insurance ($12,312 per employee for each project year). As with Personnel, presented here are annual fringe benefit costs of all staff allocated to the work described:

Clinical supervisor will receive fringe benefits at:

- Year 1: $29,739

- Year 2: $31,228

- Year 3: $31,690

- Year 4: $32,164

- Year 5: $32,650

Credentialed mental health service providers will receive fringe benefits at:

- Year 1: $27,686 x 14 providers = $387,604

- Year 2: $28,922 x 14 providers = $404,908

- Year 3: $29,326 x 14 providers = $410,564

- Year 4: $29,742 x 14 providers = $416,388

- Year 5: $30,166 x 14 providers = $422,324

3.     **Travel**

No funds are requested for travel

4.  **Equipment**

No funds are requested for equipment or construction.

5.  **Supplies**

No funds are requested for supplies

6.  **Contractual Services**

No funds are requested for contractual services

7.  **Construction**

No funds will be used for construction expenditures.

8.     **Other**

No funds will be used for other expenditures.

9. **Total Direct Costs : $8,530,911**

For each year total direct costs are: $1,625,064 in Year 1; $1,670,075 in Year 2; $1,707,032 in Year 3; $1,744,954 in Year 4; and $1,783,786 in Year 5.

10. **Indirect Costs: $534,035**

VPS has an approved 6.26% indirect rate negotiated with the federal government. VPS anticipates that this rate will remain stable over the five years of the grant. Indirect costs will be: $101,729 in Year 1; $104,547 in Year 2; $106,860 in Year 3; $109,234 in Year 4; and $111,665 in Year 5.

11. **Training Stipends:**

No funds will be used for training stipends.

12. **Total Costs**

The total project cost is $9,064,946  and includes: $1,726,793 in year 1; $1,774,622 in Year 2; $1,813,892 in Year 3; $1,854,188 in Year 4; $1,895,451 in Year 5.

**Proposed Non-Federal Expenditures: Years 1-5**

**Personnel.** To carry out the scope of work proposed in this application, VPS will devote in-kind staff resources from among its regularly salaried VPS staff over the five year project period. Details regarding the specific staff members who will be providing in-kind support are provided below, including:

- 25% of the Director of Community Schools (at 1.0 FTE, 12 months) in Years 1-5 and beyond, focusing on supervision, professional development, equity, and technical assistance for project personnel;

- 25% of the Director of Student Welfare and Attendance (at 1.0 FTE, 12 months) in Years 1-5 and beyond, focusing on supervision, professional development, equity, and technical assistance for project personnel;

- 50% of three Mental Health and Wellness Coordinators (at 1.0 FTE, 10 months) in Years 1-5 and beyond, focusing on care coordination of mental health supports at the secondary level.

- A portion of the Secretary for Community Schools (0.05 FTE) for program support and administrative duties.

- A portion of the Front Office Clerk for Student Welfare and Attendance (0.05 FTE) for program support and administrative duties.

- A portion of the Student Information Support Specialist (0.05 FTE) for centralized Student Information Systems support.

- A portion of the Assistant Director for College Career Readiness (0.05 FTE) for supervisory support of secondary school counselors.

- A portion of each Secondary Administrator (0.05 FTE x 15 administrators) for building level oversight of clinicians and advisory of project needs.

- A portion of two Executive Directors for Schools, Learning, and Equity (0.05 FTE each) in Years 1-5 and beyond for project oversight and evaluation.

The value of in-kind staff resources that will be directed specifically at the activities in this grant application will total $351,441 in Year 1, $360,227 in Year 2, $369,233 in Year 3, $378,463 in

Year 4, and $387,925 in Year 5 (reflecting a 2.5% annual salary adjustment). Total VPS funding committed for salary is $1,847,289 over the five-year project period.

**Fringe Benefits.** The same fringe benefits are budgeted for the in kind personnel as for the grant-funded staff (i.e. social security, workers' compensation, retirement, and health insurance). The budget for fringe benefits will be $114,031 in Year 1, $116,882 in Year 2, $119,804 in Year 3, $122,799 in Year 4, $125,869 in Year 5. The total District commitment to fund fringe benefits is $599,385 over the five year project.

**Supplies.** In Year 1, VPS will supply in kind supplies for all project personnel including computers and software licenses for 15 staff ($24,465), desks for 15 staff ($11,250), chairs for 15 staff ($6,000), and phones and service for 15 staff ($6,000: $1,500 for phones, $4,500 for service). In Years 2-5, VPS will pay for phone service for 15 staff at $4,500 per year. In Years 1-5, the District will provide $1,000 per employee for professional development totalling $75,000 over five years. In Years 1-5, VPS will cover the liability insurance for 15 staff totalling $37,500 over five years. Total funding committed for supplies is $178,215.

**Total Non-Federal District Match.** The total non-federal match from VPS will be $535,687 in Year 1, $504,109 in Year 2, $516,037 in Year 3, $528,262 in Year 4, and $540,794 in Year 5. The total District commitment to non-federal match is $2,624,889 over the five year project, 29% of the total project budget ask.



# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Vancouver School District No. 037

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,207,721.00 | 1,233,939.00 | 1,264,778.00 | 1,296,402.00 | 1,328,812.00 | | | 6,331,652.00 |
| 2. Fringe Benefits | 417,343.00 | 436,136.00 | 442,254.00 | 448,552.00 | 454,974.00 | | | 2,199,259.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,625,064.00 | 1,670,075.00 | 1,707,032.00 | 1,744,954.00 | 1,783,786.00 | | | 8,530,911.00 |
| 10. Indirect Costs* | 101,729.00 | 104,546.00 | 106,860.00 | 109,234.00 | 111,665.00 | | | 534,034.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,726,793.00 | 1,774,621.00 | 1,813,892.00 | 1,854,188.00 | 1,895,451.00 | | | 9,064,945.00 |

***Indirect Cost Information (To Be Completed by Your Business Office):**  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☒ Yes  ☐ No

(2)  If yes, please provide the following information:
Period Covered by the Indirect Cost Rate Agreement:  From: 09/01/2022  To: 08/31/2023  (mm/dd/yyyy)
Approving Federal agency:  ☒ ED  ☐ Other (please specify): _____
The Indirect Cost Rate is  6.26 %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☒ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is  6.26 %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or, ☐ included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

AR000153

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Vancouver School District No. 037 | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 351,441.00 | 360,227.00 | 369,233.00 | 378,463.00 | 387,925.00 | | | 1,847,289.00 |
| 2. Fringe Benefits | 114,031.00 | 116,882.00 | 119,804.00 | 122,799.00 | 125,869.00 | | | 599,385.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 70,215.00 | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | | | 178,215.00 |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 535,687.00 | 504,109.00 | 516,037.00 | 528,262.00 | 540,794.00 | | | 2,624,889.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 535,687.00 | 504,109.00 | 516,037.00 | 528,262.00 | 540,794.00 | | | 2,624,889.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Vancouver School District No. 037 | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [        ]

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR000155**

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220036**

**Gramts.gov Tracking#: GRANT13746751**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220036

AR000156

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1234-Response to GEPA427-V1.1)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1235-FINAL Abstract-North Rockland Mental Health Grant Application)* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1237-FINAL_North_Rockland_SBMH_Project_Narrative)* | e14 |
| *7. Other Narrative Form* | e47 |
| *Attachment - 1 (1238-FINAL Resumes)* | e48 |
| *Attachment - 2 (1239-NRCSD letter of support 2022 (1))* | e56 |
| *8. Budget Narrative Form* | e57 |
| *Attachment - 1 (1236-Budget-North Rockland Mental Health Grant Application)* | e58 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e76 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000157

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/02/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | NA |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: |
|---|---|
| | |

**8. APPLICANT INFORMATION:**

* a. Legal Name: Haverstraw-Stony Point Central School District

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 13-6007129 | YLS6WJ6DCZX3 |

**d. Address:**

* Street1: 65 Chapel Street
Street2:
* City: Garnerville
County/Parish: Rockland
* State: NY: New York
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 109231238

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | |

**f. Name and contact information of person to be contacted on matters involving this application:**

| Prefix: Ms. | * First Name: Taryn |
|---|---|
| Middle Name: | |
| * Last Name: Soto | |
| Suffix: | |

Title: Director of Special Education

Organizational Affiliation:

| * Telephone Number: 845-942-3459 | Fax Number: 845-942-3495 |
|---|---|

* Email: tsoto@northrockland.org

AR000158

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

North Rockland Central School District Mental Health Grant

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR000159

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `NY-017`                                    * b. Program/Project `NY-017`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                             * b. End Date: `01/01/2028`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 8,750,000.00 |
| * b. Applicant | 4,497,576.00 |
| * c. State | 1,740,128.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 14,987,704.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on ☐ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Ms.`                            * First Name: `Kleo`

Middle Name: 

* Last Name: `Girandola`

Suffix: 

* Title: `School Business Administrator`

* Telephone Number: `845-942-3409`          Fax Number: `845-942-3042`

* Email: `kgirandola@northrockland.org`

* Signature of Authorized Representative: `Kleo Girandola`          * Date Signed: `11/02/2022`

AR000160

OMB Number: 1894-0005
Expiration Date: 06/30/2023

## NOTICE TO ALL APPLICANTS

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1234-Response to GEPA427-V1.1.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR000161**

Haverstraw-Stony Point Central School District

OMB Number: 1894-0005

ED_GEPA427-V1.1


The steps that the Haverstraw-Stony Point Central School District (North Rockland) has taken to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs is illustrated throughout the project narrative.

AR000162

# CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

\* APPLICANT'S ORGANIZATION

Haverstraw-Stony Point Central School District

\* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Ms.    \* First Name: Kleo    Middle Name:

\* Last Name: Girandola    Suffix:

\* Title: School Business Administrator

\* SIGNATURE: Kleo Girandola    \* DATE: 11/02/2022

---

Tracking Number:GRANT13746751    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:27:52 AM EDT

AR000163

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Ms.`
\* First Name: `Taryn`
Middle Name:
\* Last Name: `Soto`
Suffix:

Project Director Level of Effort (percentage of time devoted to grant): `20`

Address:

\* Street1: `65 Chapel Street`
Street2:
\* City: `Garnerville`
County: `Rockland`
\* State: `NY: New York`
\* Zip Code: `109231238`
Country: `USA: UNITED STATES`

\* Phone Number (give area code): `8459423459`
Fax Number (give area code): `8459423495`

\* Email Address: `tsoto@northrockland.org`

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☒ Yes    ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

`1`

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000164

**4. Human Subjects Research:**

   a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

     ☐ Yes   ☒ No

   b.  Are ALL the research activities proposed designated to be exempt from the regulations?

     ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

     ☐ No   Provide Assurance #(s), if available:

   c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
      indicated in the definitions page in the attached instructions.

          [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**AR000165**

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added. To add a different file, you must first delete the existing file.**

* Attachment: | 1235-FINAL Abstract-North Rockland Mental Hea | [Add Attachment] [Delete Attachment] [View Attachment]

PR/Award # S184H220036

Page e11

Tracking Number:GRANT13746751     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:27:52 AM EDT

AR000166

**PART 3 ABSTRACT**

The Haverstraw-Stony Point Central School District,also known as the North Rockland

Central School District (NRCSD), is a public school district serving close to 8,000 students in

Rockland County, New York.  NRCSD students and their families face an increasing range of mental

health needs, adversely impacted by poverty and other social-emotional factors.  Approximately 15%

of students are limited English proficient, and 15% are students with disabilities (2020-2021

enrollment data). The average poverty rate is 73% according to the district's Community Eligibility

Provision determination, and all K-12 students qualify for free meals.

The district will use the grant funding to offer a multi-tiered approach to K-12 mental health

care by providing clinical programs, professional learning, and telehealth services to promote

mental health best practices and build a mental health continuum that supports the needs of every

NRCSD student.

The district will address Absolute Priority 2 and Competitive Priority 2 through an incentivized

system of recruitment and retention to hire bilingual and/or diverse candidates.  NRCSD expects to

hire 11 bilingual mental health providers (school psychologists and/or social workers), four bilingual

school counselors, one program coordinator, one bilingual mental health practitioner or psychiatrist,

and two board-certified analysts or behaviorists.

The plan also includes a telehealth family counseling center to provide free and accessible

clinical and behavioral care to students and families and a strategic plan to provide high-quality,

evidence-based training.In year two, NRCSD expects to open placement seats in the North

Rockland Focus Day Treatment Program, which will be developed with grant funding, to the other

seven LEAs in Rockland County through a consortium.

Increasing students' access to quality mental health support will expand their educational

opportunities and academic achievement by creating conditions where they can fully engage in

learning. This project will serve all district students. The district plans to implement culturally

inclusive mental health and behavioral support programs that will improve care, strengthen

outcomes, address trauma, and maintain students in their home district.

AR000167

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**  `1237-FINAL_North_Rockland_SBMH_Project_Narrative.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13746751     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:27:52 AM EDT

AR000168

**HAVERSTRAW-STONY POINT (NORTH ROCKLAND) CSD MENTAL HEALTH GRANT**

**NARRATIVE**

**PART 4: APPLICATION NARRATIVE**

**TABLE OF CONTENTS**

**1. Need for the Project**                                                                                    **2**

    Introduction                                                                                 2

    District Demographics                                                                        2

    Growing Mental Health Needs                                                                 3

    Service and Staffing Barriers                                                               9

**2. Proposed Providers and Quality of Project Personnel**                                          **10**

**3. Project Design and Project Services**                                                              **12**

    Tier 3: Intensive, In-School Clinical Support (K-12)                                         14

    Tier 2: Moderate, In-School Clinical Support (K-12)                                          17

    Tier 1: Mental Health Best Practices, Recruitment and Retention and Staff Development        20

**4. Management Plan & Adequacy of Resources**                                                      **27**

    Program Evaluation                                                                           29

    Collaboration Plan with Federal and State, Local Organizations and School-Based Efforts      30

**5. Summary**                                                                                          **32**

AR000169

## 1.  Need for the Project

**Introduction**

      The Haverstraw-Stony Point Central School District, also known as the North Rockland Central School District (NRCSD), is a public school district serving northern Rockland County, New York.  North Rockland students have experienced increased mental health needs and are adversely impacted by poverty and other social-emotional factors. Securing this mental health grant will allow the district to provide tiered quality mental health support to expand NRCSD students' educational opportunities and academic achievement by creating conditions where they can fully engage in learning. The district's long-term goal is to create a multi-tiered system of mental health support to support the social-emotional and mental health needs of all students.

**District Demographics**

      The district comprises more than 7,800 pre-K–12 students enrolled in eight schools.  The district is unique in that it serves a vast range of students from families who speak 31 different languages and hail from 43 countries and a broad continuum of social-economic ranges. The district's population has become increasingly more diverse over time, with 41% of families reporting that a language other than English is spoken in their home (2019 district enrollment data). District demographics are as follows:

| April 2022 District Demographics | |
|---|---|
| Hispanic | 61.870% |
| Black | 14.337% |
| White | 19.168% |
| Asian | 3.074% |
| Multi-Ethnic | 1.305% |
| American Indian/Alaskan Native | 0.181% |
| Native Hawaiian/Other Pacific Islander | 0.065% |

2

AR000170

Approximately 15% of ppreK-12 students in NRCSDNRCSD are limited English proficient, and 15% are students with disabilities (2020-2021 enrollment data - data.nysed.gov).. The average poverty rate in the district is 73%,, according to the district's Community Eligibility Provision  determination,, and cuts across all demographic areas.  Due to the prevailing levels of poverty, all NRCSDNRCSD students qualify for free meals. . However, some sub-populations, such as English Language Learners, have a poverty rate exceeding 90% (NutriKids 2019 Free & Reduced Lunch counts).

## Growing Mental Health Needs

### Increased Mandated Counseling Services Needs

Although the district strives to provide various mental health support programs and services to all students, NRCSD hasNRCSD has seen an exponential rise in social-emotional needs over the past few years. There has been an increase in students requiring mandated psychological counseling services through an Individualized individualized Educational educational Plan (IEP)lan (IEP) or 504 Plan Plan. There has been an equal increase in the number of students who require at-risk or crisis services provided through building-level resources.



**2020-Oct. 2022**
**Mandated Psychological Counseling by Year**

In 2020-2021, 343 students required mandated counseling services; in 2021-2022, that number increased to 413 students; by October 2022, the number of students was at 477. At this rate, if the

trend continues, NRCSD may end the school year with more than 550 students needing counseling (IEP Direct Reporting). The current staffing does not allow the district to effectively meet the needs of all classified and non-classified students who may need psychological counseling support or mental health strategies.

**Hospitalizations**

To compound matters, the number of students needing hospitalization has progressively increased yearly over the past three years, as the following graph illustrates.



The total number of students requiring hospitalization has risen by 55% since the 2019-2020 school year to 2021-2022. The number of hospitalized non-special education students has also increased by 90% over the same period (district student hospitalization records for 2019-2020, 2020-2021, 2021-2022, and the first two months of the 2022-2023 school year). So far, in 2022-2023, five hospitalizations have been reported within the first few weeks of school. In response to the growing needs over the past few years, the district hired additional Social Workers for each of its eight schools using Elementary and Secondary School Emergency Relief Funds (ESSER) to provide more individualized support for students in crisis.

4

AR000172

**Increased Out-of-District Placements**

One hundred thirty-five students attend a BOCES program or other state-operated program outside of the district (IEP Direct Reporting). These programs are primarily center-based programs servicing students with severe mental health or behavioral needs. These students are recommended to programs outside of the district when the district programs are unable to meet their intensive needs. More than 55 secondary-level students receive additional mental health services through agencies that partner with the school district, such as the Mental Health Association (MHA) of Westchester and Rockland, Rockland County's Mobile Unit (MHA Referral Reports). Post-COVID, Rockland County has faced a shortage in countywide mental health providers, and NRCSD students are often placed on waitlists for appointments for up to several months, even longer if they require a bilingual provider.

**Increased Ratio of Counseling Services**

Currently, K-6 Elementary School Counselors have a caseload of more than 600 students, a ratio of 600 students to one Counselor, making individualized services a challenge.  Both School Counselors and Social Workers deliver whole-group social-emotional lessons on a rotating basis to classes once per week or a six-day cycle to whole class groups, at an average ratio of 30 students to every one Counselor. At the secondary level, each School Counselor works with three grades, primarily focusing on scheduling and college planning for upper-level students. Due to the volume of students, they often cannot meet some of their incoming first-year students until mid-November. Post-pandemic, the district utilized ESSER funding to hire School Counselors at each grade level to close this gap and meet students' needs. In addition, the district provided an additional counselor at the middle school level with ESSER funding, which sunset at the end of this year.

Despite the additional staffing support, caseloads still exceed 350 students at the high school level, a ratio of 350 students to one Counselor for support. Additionally, even with the additional Social Workers and School Counselors hired through ESSER, the counseling group sizes remained extensive and integrated lessons are often provided to whole class groups.

AR000173

| Current Mental Health Staffing 2022-2023 | |
|---|---|
| School Psychologists - 18 (6 are bilingual) | 25 mandated counseling groups/individual sessions |
| Social Workers - 19 (10 are bilingual) | Service an average of 36 classes per building with a 22:1 ratio<br><br>Mandated counseling groups/individual sessions |
| School Counselors - 24 (6 are bilingual) | Service an average of 36 elementary classes per building with a 22:1 ratio,<br><br>Secondary caseload of 350:1 ratio |
| Bilingual Family Resource Liaisons - 8 (1 per building) | FRC Coordinators serve between 700 to 2,600 students and their families |

The district currently employs a total of 69 mental health clinicians. This includes 18 school psychologists, 19 social workers, 24 school counselors, and eight family resource coordinators. Bilingual clinicians include six school psychologists, 10 school social workers, six school counselors, and eight Family Resource Center Coordinators strategically placed across the district to ensure that students and their families can access the needed services.

ESSER funding has allowed the district to employ additional mental health clinicians for the two years following the COVID pandemic. Of NRCSD's current mental health clinical staff, one school psychologist, eight social workers, four school counselors, and seven family resource center coordinators were hired through ESSER funds. With ESSER sunsetting at the end of the 2022-2023 school year, a portion of these salaries would be funded under the mental health grant. The district will use additional funding sources to support the continuation of these positions, including the general fund and IDEA (611/619 grants).

**Family Survey: Social-Emotional Learning Needs**

In September 2022, the district conducted a bilingual (English/Spanish) parent survey that asked parents to select any concern from a list of 21 that they felt was currently interfering with their school-aged child's learning. A total of 739 parents responded to the survey. The following graph illustrates that 52.4% of participants rated anxiety and stress as the most substantial concern. As a result, families shared that students demonstrated learning difficulties and problems maintaining peer relationships. Survey participants reported elevated feelings of depression (13%) and a lack of self-esteem (26.7%) were concerns, as well. When asked how the district could support families and students struggling with these issues, 35.8% of families indicated that they would benefit from the availability of mental health or family counseling. Families were also seeking parent training and support for students with special needs.

7

AR000175

## Sept 2022 Family SEL Survey (739 participants)



Family Resource Center Survey

**Service and Staffing Barriers**

**Mental Health Support and Program Shortages**

Particularly post-pandemic, students in the district have experienced an increase in a range of mental health needs. This increase is evident in the increased hospitalization rates, counseling requests, parent feedback, and out-of-district temporary and long-term placement changes. To compound matters, there is a county-wide shortage of adequate mental health support and programs available to the district's diverse student population who are in crisis. Students are often placed on a waitlist for mental health providers to become available. The shortage issue is an even more significant barrier when seeking a bilingual provider.

Increasing students' access to quality mental health support will expand their educational opportunities and academic achievement by creating conditions where they can fully engage in learning. The district needs multi-tiered programs, supported by highly qualified mental health providers, that can address the growing mental health needs of the community. The district must hire qualified, diverse mental health providers to address these needs. It is often a hardship to engage families in support outside of the district, as some families may face challenges such as living below the poverty line; lack of medical insurance coverage, transportation, and other resources; or a language barrier.

**Challenges With Securing Highly Qualified Staff**

The district faces a challenge with attracting and sustaining highly qualified clinical bilingual or diverse candidates. Over the past four years, bilingual staff members employed at NRCSD have accepted other positions in neighboring districts that offered a more competitive initial salary and increasing pay scale. Six candidates have declined the district's initial offer of employment and have cited the fact that they were offered a more competitive package in neighboring districts. The district continues to recruit and retain highly qualified diverse clinicians by participating in diversity fairs and partnering with local college programs that offer bilingual

9

AR000177

programs, such as Molloy University, Mercy College, Long Island University, Columbia University, and Fordham University.

**Previous Approaches**

Previous approaches of hiring additional clinicians have succeeded in providing more building-level services.  However, students facing acute crisis still have to be placed in out-of-district programs or day treatments in order to receive such highly specialized support as Intensive Day Treatment (IDT) or hospitalizations, counseling through an outside agency, and out-of-district long-term placements. Additionally, even with the additional Social Workers and School Counselors who were hired through ESSER, the counseling group sizes remained large and integrated lessons are often provided to whole-class groups. The proposed approach will provide students with increased access to a mental health provider through additional counseling services or access to mental health group lessons. One of the district's goals is for clinicians to become certified or licensed in additional areas of need, which will positively impact their continuing education credits and, consequently, their long-term salary. A benefit to NRCSD students will be that the provider will increase their expertise and ability to work with students more individually, which will impact the quality of mental health care that NRCSD can provide.

**2. Proposed Providers and Quality of Project Personnel**

Through ESSER funding, the district began expanding its mental health services for students and families beginning in the 2021-2022 school year. This expansion included the addition of eight School Social Workers (one in each school building), seven Bilingual Family Resource Liaison positions, and four School Counselors. Through the mental health grant, the district is proposing the recruitment of 11 new Bilingual Clinicians (School Psychologists and/or Social Workers) and four new School Counselor positions to increase each school's capacity to support more students at each level of need. By increasing the number of clinicians at each

10

AR000178

school building, the district will reduce the ratio of students to clinician in preventative counseling groups and increase the availability of at-risk and individualized proactive care.

The district will encourage applications for the proposed positions from qualified personnel who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age or disability.  Candidates who's background encompasses a multicultural focus, bilingual specialization or are fluent in English and a second language will be competitively recruited through diversity fairs and targeted postings online and through multicultural and diverse graduate programs.  The specifications for Bilingual or Diverse Mental Health Clinicians (School Psychologists and Social Workers) will be with a Master's or Doctorate degree, licensure in School Psychology or Clinical Social Work and a minimum of 3 years experience working in a clinical setting with diverse populations. The specifications for the Bilingual Mental Health Coordinator position will include the possession of a Master's Degree in Social Work, Psychology, Administration or a related field and three (3) years of full-time experience working in the mental health field in a supervisory capacity.  The specifications of the Board Certified Behavior Analyst (BCBA) includes a Master's degree in Special Education or related human services field, with the ability to work with a variety of clients in regard to age and functionality and has experience working as a licensed BCBA for a minimum of 5 years.  The specifications for the Bilingual Mental Health Nurse Practitioner or Psychiatric Consultant includes a Master's or Doctorate Degree in Nursing with a focus on Psychiatric nursing from an advanced practice program specializing in psychiatry or mental health. The preferred experience level for this position includes 3 years as a licensed Psychiatric Mental Health Nurse Practitioner or Psychiatrist providing direct client care to persons receiving treatment for psychiatric disorders.  Additional recruitment criteria for all proposed positions includes the ability to work effectively with people of diverse cultures, ages and economic backgrounds in a culturally competent and sensitive manner.

11

AR000179

Obtaining the mental health grant will allow NRCSD to recruit for the proposed new positions during the first year and extend these mental health positions through 2028, which will provide the district with 6 years time to incorporate these positions in its general fund budget and IDEA Grants (611, 619).  Hiring the new proposed positions during the first year also allows NRCSD to provide the clinicians with more opportunities for training and development. It will enable the new mental health services providers to access more of the proposed incentive strategies, helping the district to retain them in the long run. It also provides more opportunities to gain long-term employment with the district as staff members retire or new positions are created. Through the use of this mental health grant, the district will extend these supports, which sunset at the end of 2023, in the school buildings and expand on their roles within the multi-tiered system of support for mental health within the new framework.

**3. Project Design and Project Services**

<div align="center">

**District Goal: Multi-Tiered Mental Health Support System**

A NORTH ROCKLAND CSD MULTI-TIERED APPROACH TO MENTAL HEALTH

</div>

The district's goal is to increase its capacity to meet the mental health needs of students in the district by 50% over the next five years by offering a multi-tiered approach to K-12 mental health care by providing clinical programs, professional learning, and telehealth services. This approach will allow the district to support mental health best practices and build a mental health continuum that supports the needs of every student. With the mental health grant, the district can implement culturally inclusive mental health and behavioral support programs to improve care, strengthen outcomes, address trauma, and maintain students in their home district. The district's long-term goal is to reduce hospitalizations and out-of-district placements by 25% over the next five years. NRCSD will increase the level of expertise of its mental health providers by 50%. The district will strengthen its connection by 50% with families by helping to meet their needs. Students will increase their utilization of mental health best practices by 70% over five years.

**Student Identification**

The district utilizes a variety of data points through its multi-tiered system of support (MTSS) system to identify and target students needing mental health intervention and support. Each school's MTSS team, which consists of the school's clinical team, has been charged with determining a screening mechanism to identify students who may need a variety of mental health or social-emotional support. Several school buildings have started to screen students using a social-emotional screener, such as the Strengths and Difficulties Questionnaire (SDQ) and the Devereux Student Strengths Assessment (DESSA). Each building will continue to analyze additional essential data points that may be indicators of a possible need, including but not limited to intervention data, attendance, and discipline information. The schools then use the data to determine which students need mental health support and at-risk counseling services within their buildings. Identifying students for a higher tier level of support includes analyzing hospitalizations referrals and the students exhibiting extreme mental health behaviors in school or at home.

13

AR000181

The district will use referrals from county agencies, such as the Behavioral Health Response Team (BHRT), Mental Health Associates (MHA), Volunteer Counseling Services of Rockland (VCS) and Single Point of Access (SPOA) programs to connect students in need with the appropriate level of care. In addition to school-based MTSS teams, the district clinicians will meet several times yearly as a larger MTSS district team for planning and training purposes. The clinicians will collaborate on the criteria for services and the possible services recommended at each tier.

**Tier 3: Intensive, In-School Clinical Support (K-12)**

Families often face a barrier of long waitlists and limited resources to obtain appointments with appropriate mental health or medical resources. Under the grant program, the district will develop a new clinical program called **North Rockland Focused Day Treatment Program (NR-FDTP)**, which will be available to all students in grades K-8. The NR-FDTP will be an intensive day treatment program for students experiencing an acute crisis, acute symptoms of mental health diagnosis, and medication changes that adversely affect their access to instruction. A consulting Bilingual Mental Health Nurse Practitioner or Bilingual Psychiatrist will perform psychiatric and psychological evaluations and suicide surveys for students in need. The program will include a Bilingual Psychologist and a Bilingual Social Worker. They will provide Psychological Counseling Services, develop treatment plans, and wraparound family support for students attending the program. Two Board-Certified Behavioral Analysts (BCBAs) will collect data and assist in developing the behavioral component of a treatment plan. They will provide training for support staff members and assist in developing a plan to transition students back to their school or appropriate program. While students attend the program, they will receive individualized educational and intensive mental health support in a small therapeutic setting. A Special Education Teacher and General Education Teacher will provide academic instruction so that students attending the program do not fall behind while receiving mental health care. The

14

AR000182

cost of the two new teaching positions will be covered by the general fund and IDEA 611/619 grant. The district will train the teachers in therapeutic techniques before working with the program. The NR-FDTP Program will incorporate Child-Parent Psychotherapy and parent counseling and training as an intervention service. Clinical and behavioral strategies will be part of each student's treatment plan, which will be carried over into the home and supported through teletherapy and consultation after school hours. The program will have a Mental Health Coordinator of Services to assist in developing and monitoring treatment plans and transitional care execution.

The program will require eight new highly qualified, diverse mental health providers (School Psychologists and/or School Social Workers) in each school to support a successful transition back to the student's home school which is anticipated to be covered through the grant funding. These clinicians will work with the building-level clinical team to develop continued support plans for reintegrated students.

The district will develop a secondary-level **Therapeutic Support Program Day Treatment (TSP-DT) at the North Rockland High School Extension,** an alternative high school within the district for grades 9-12. The TSP-DT will be an intensive day treatment program for high school-age students experiencing an acute crisis, acute symptoms of mental health diagnosis, substance abuse, and medication changes that adversely affect their access to instruction and learning. This extension program will share the clinical staffing support mentioned above. It will also contract with Candle of Rockland, an outpatient facility that offers treatment for individuals with mental health diagnoses and/or substance addiction, to provide counseling and wraparound support. The program will provide a small-group environment where students will work on their short-term educational and social-emotional goals as they gain the coping skills and strategies to reintegrate into their schools.

There has been a shortage of mental health service providers and county resources for students in crisis throughout Rockland County. To increase the district's access to mental health

15

AR000183

services, in year one, the district will attempt to initially hire a total of 11 proposed bilingual and/or diverse mental health providers (School Psychologists and/or Social Workers), which will allow the district to provide them with evidence-based professional development early on in the process.. This will also permit the providers to be part of the development of the multi-tiered system from the beginning of its rollout. In year two, the proposed Day Treatment Programs will become available to the other eight neighboring school districts in Rockland County for tuition-based placement in the program. The district will reserve a specific number of student placement seats and make them available to neighboring districts for students who may benefit from these services but may have been on a waitlist for county services. The district will collaborate with the county's eight other school districts to offer consortium services for a tuition rate of $21,000. The Program Coordinator and Mental Health Providers will create treatment plans to assist students in transitioning back to their districts or alternate placements after attending either of the 4-6 week NR-FDT or TSP-DT program. By expanding this service to the larger community and generating income through tuition, the district will be able to sustain the program's cost in the future. In years three through five, the district will continue to develop and enhance the multi-tiered mental health support system by reviewing data and feedback collected through parent interviews, surveys and district specific statistics.

| North Rockland Focused Day Treatment (K-8) & Therapeutic Support Program Day Treatment (9-12) | |
|---|---|
| Proposed Positions | Proposed Quantity/Position Information |
| Bilingual Mental Health Providers: School Psychologists and/or Social Workers | 2 New Bilingual School Psychologist positions for day treatment programs<br>1 New Bilingual Licensed Clinical Social Worker position for day treatment programs |

16

AR000184

|  | 8 New Bilingual Clinician positions for school buildings (School Psychologists and/or Social Workers) |
|---|---|
| Bilingual School Counselors | 4  Extension of ESSER positions |
| Bilingual Mental Health Nurse Practitioner/Psychiatrist Consultant | 1 Request for Proposal (RFP) will be distributed to recruit this consultant. |
| Board Certified Behavior Analysts (BCBA) | 2 - Extend the contractual hours of the current BCBA consultants<br><br>1 new position dedicated to the programs<br><br>*(Cost to be absorbed through IDEA 611/619) |
| Mental Health Coordinator of Services | 1 - Clinical and Administrative licenses |
| Special Education Teacher trained in mental health | 2 NR-FDTP and TSP-DT<br><br>*(Cost to be absorbed through IDEA 611/619) |

**Tier 2: Moderate, In-School Clinical Support (K-12)**

The district will develop a **North Rockland Telehealth Family Counseling Center.** The counseling center will be available free of cost, after school to all North Rockland families for student-centered psychological counseling, Child-Parent Psychotherapy (CPP), parent counseling, and training. The counseling center will provide emergency and preventive counseling and behavioral consultation services to students and their families at no cost. Often in the NRCSD community, parents have reported a lack of comprehensive health insurance coverage as a barrier to families accessing much-needed counseling services. The district will provide the services to families in a virtual format, either through a video conferencing platform or by phone. The Counseling Center will be available five days per week for three hours per day for a total of 35 weeks throughout the school year. Access to the center will help eliminate the transportation barrier many families contend with and possible student resistance to seeking

17

AR000185

in-person help at a clinic. This approach has been particularly true post-COVID, as students and families have become more comfortable using virtual platforms, as indicated by increased parent participation in virtual meetings. However, if families prefer to meet a mental health provider in person, a dedicated space within the central office building will be available for them to access services. Sessions will be pre-scheduled throughout the week, but the clinic will also provide emergency consultation services. Services will also include family training sessions for individual families or for small parent groups to create a supportive community.

The district will employ a rotating team of highly qualified diverse clinicians to offer culturally informed telehealth services to help address the community's identified concerns related to anxiety and stress. Staffing preference will be given to bilingual and/or diverse candidates currently employed or hired through this grant. The virtual NR Telehealth Family Counseling Center will also provide an incentive for clinicians by allowing them the flexibility to work remotely and gain experience in a more clinical setting. The telehealth clinic will also allow them to work with students and their families more intensely to identify the support needed. By providing easy access to these clinical services in the community, the district will work toward building more robust and trusting relationships with families. Students attending NR-FDTP and TSP-DT can also access additional telehealth counseling services. After-hour family consultations can help reinforce the strategies students learn throughout the day in these specialized programs especially when a clinician is available to provide step by step guidance.

| NR-Telehealth Family Counseling Center | |
|---|---|
| Proposed Positions | Proposed Staff/Position Information |
| Bilingual/Diverse Mental Health Providers (Psychologist, Social Workers, School Counselors) | 10 Positions (to be filled with existing and proposed clinical staff). |
| Board Certified Behavior Analysts (BCBA) | 2  Extend the contractual hours of the current |

18

AR000186

| | BCBA consultants. |
|---|---|
| Mental Health Coordinator of Services | 1 Position (to be filled with existing and proposed clinical staff). |

**Incentives to Increase Mental Health Providers**

The North Rockland Central School District community will significantly benefit from employing additional bilingual and diverse mental health providers to create a multi-tiered approach to mental health support. The district will focus on recruiting, retaining, and developing highly qualified diverse mental health providers. The district will offer monetary incentives and ongoing high-quality, evidence-based training incentives during the hiring process. The high-quality training will enhance mental health providers' practice by providing them with tools to support students. In addition, it will provide them with options to obtain additional certifications including a bilingual extension and a certification in trauma training. This will also allow them to earn other continuing education credits, possibly increasing their salaries on the district's pay scale long term. Mental health providers will receive a $2,000 stipend for completing district-designated specialized training, giving them the most effective tools for working with students and their families.

In addition, as per a letter of agreement with the North Rockland Teachers Association, the district will also offer tuition reimbursement in an amount equal to the lesser of 50% of tuition costs or $4,000 for eligible full-time current and new mental health providers who are proficient in Spanish who obtain a Bilingual Extension Certificate Extension from an accredited institution. In an effort to retain staff, the tuition cost reimbursement will be paid out in two payments. The first half of the reimbursement, up to a maximum amount of $2,000, will be paid to the clinician in a lump sum payment upon submission of the obtained certificate. The remaining one-half of the reimbursement, up to a maximum amount of $2,000, shall be paid to the mental health provider two years after the submission of proof of certification provided that the provider is an

19

AR000187

active district employee and has served continuously with the district for two years since the submission of written proof that he/she obtained the Bilingual Extension.

## College and University Partnerships

The district will continue working closely with local colleges and universities to host students completing their internships, externships, and practicums. The district will sponsor the interns in the various professional development options offered to the district's clinicians including DBT, ACT, Trauma Training, Mental Health First Aid and CPI.  NRCSD will provide unique training experiences where interns can access a wide continuum of clinical programs and support options through the district's multi-tiered model. The district's advantage is that while it contributes to the field, it will also have the opportunity to see potential mental health providers involved in high-quality, evidence-based training as part of their college experience firsthand.  NRCSD will help interns develop their expertise before officially joining the workforce in any community, and this can potentially help the district find highly skilled providers. Some of the colleges NRCSD has partnered with to offer internships, externships, and practicum placements include St. Thomas Aquinas College, Mercy College, Long Island University, Columbia University, and Fordham University, which have resulted in hiring many new clinicians for the district.

## Tier 1: Mental Health Best Practices, Recruitment and Retention and Staff Development

The district will continue to develop its mental health best practices through its MTSS system to identify and target students in need of mental health intervention and support. The MTSS teams, which consists of the school's clinical team, will use an evidence-based screener to identify students who may need a variety of mental health or social-emotional support, including the SDQ and the DESSA. The schools will continue to use the data collected to determine which students may need mental health support and at-risk counseling services within their buildings.

The district will attempt to strategically elevate its mental health best practices by using evidence-based programs to support Tier 1 mental health education, awareness, and prevention in schools. North Rockland's School Psychologists, School Social Workers, School Counselors, Family Resource Liaisons, and Administrators will be trained in several proposed professional development initiatives, including but not limited to: Dialectical Behavioral Therapy (DBT), Trauma-Focused Cognitive Behavioral Therapy Certification Program, Non-Violent Crisis Intervention (Crisis Prevention Institute), QBS Safety Care (Quality Behavioral Solutions), Acceptance and Commitment Therapy (ACT), and Mental Health First Aid (MHFA).

Clinicians will be trained in accredited programs and receive corresponding certifications for each program, possibly college credits and Continuing Education Units (CEU) credits for participating in this professional learning. Participants will be trained to recognize and respond to a student in crisis and will learn evidence-based techniques to de-escalate students appropriately. These actions are appropriate for individuals experiencing developmental, neurologic, psychiatric, and other impairments, as well as individuals who have experienced psychological or sexual trauma. The professional development and programs chosen will improve outcomes for a wide range of clinical conditions, including anxiety, depression, trauma, PTSD, personality disorders, and substance abuse. An extension of this initiative will be to provide training in Mental Health First Aid for all staff, including teachers, teaching assistants, and aides, which teaches them about recovery and resiliency centered on the belief that individuals experiencing these challenges can and do get better, and use their strengths to stay well.

Targeted groups that have been identified through district screeners for at-risk services, as well as students who have been identified through the Committee on Special Education and 504 referral process, will have access to the best practices, strategies, and supports that are taught through the evidence-based programs (DBT, ACT, QBS Safety First, MHFA, CPI). These mental health best practices will be utilized not only in the proposed Day Treatment Programs

21

AR000189

and Telehealth Clinic but also through targeted school-based cognitive-behavioral group intervention in the school buildings.

**Best Practices**

The district will strategically elevate its mental health best practices by using evidence-based programs to support Tier 1 mental health education, awareness, and prevention in schools. Each building-based MTSS team, consisting of clinicians, administration, and teachers, will be responsible for reviewing the school's mental health-related data and screening results to determine and implement the most effective best practices. North Rockland's School Psychologists, School Social Workers, School Counselors, Family Resource Liaisons, and Administrators will be included in several of the proposed professional development initiatives. The cost of the professional development certificated opportunities will be covered through the district's IDEA 611/619 grant funds.

| Professional Development Certificated Programs |
| --- |
| Trauma-Focused Cognitive Behavioral Therapy Certification (TF-CBT) |
| QBS Safety Care (Quality Behavioral Solutions Safety Care) |
| Acceptance and Commitment Therapy (ACT) |
| Mental Health First Aid (MHFA) |
| Dialectical Behavior Therapy (DBT) |
| Non-Violent Crisis Intervention (CPI - Crisis Prevention Institute) |

Mental Health Providers will be trained in accredited programs and receive corresponding certifications for each program, possibly leading to college and CEU credits for participating in this professional learning. Participants will be trained to recognize and respond to a student in crisis and will learn evidence-based techniques to de-escalate students appropriately. These actions are appropriate for individuals experiencing developmental, neurologic, psychiatric, and other impairments and individuals who have experienced

22

AR000190

psychological or sexual trauma. The professional development and programs chosen will improve outcomes for various clinical conditions, including anxiety, depression, trauma, PTSD, personality disorders, and substance abuse. An extension of this initiative will be to provide training in Mental Health First Aid for all staff, including teachers, teaching assistants, and aides. It will teach them about recovery and resiliency centered on the belief that individuals experiencing these challenges can and do get better and use their strengths to stay well.

Targeted groups that have been identified through MTSS screeners to identify at-risk students, as well as students who have been identified through the CSE and 504 referral process, will have access to the best practices, strategies, and supports that are taught through these evidence-based programs. These mental health best practices will be utilized not only in the proposed Day Treatment Programs and Telehealth Family Counseling Center but also through targeted school-based cognitive-behavioral group intervention in the school buildings.

**Recruitment and Retention**

NRCSD will look to hire and sustain school-based mental health services providers by providing specific incentives to attract, maintain, and further develop highly qualified diverse mental health practitioners. The district will incentivize qualified candidates to obtain a Bilingual Extension by providing tuition reimbursements. Additionally, NRCSD will provide stipends to bilingual candidates to cover the cost of maintaining their bilingual extensions or bilingual licenses. The district will provide stipends for candidates who obtain and maintain bilingual extension through the Individual Pathway Program (ex. Rockland Teachers' Institute- Molloy University) through the grant. Additionally, NRCSD will provide all clinicians with ongoing training and development in credit-bearing or continuing education units at the district's expense, allowing employees to increase their salary advancement on the salary scale. Some of the specialized professional development options will include obtaining an advanced certificate in Dialectical Behavior Therapy (DBT), a national Therapist Certification Program in Trauma-Focused Cognitive Behavioral Therapy, a trainer-level certification in Acceptance and

23

AR000191

Commitment Therapy (ACT), yearly certification in Non-Violent Crisis Intervention (CPI) and yearly certification in Safety Care (QBS). The district will provide mental health practitioners with grant-funded options to receive additional accreditation.  The district will offer sponsorship/scholarships towards obtaining advanced certifications, degrees, or licensures in mental health topics or trauma-informed practices to support students with social-emotional needs further.

The district will continue developing professional partnerships with colleges and universities with specialized programs for bilingual students and students from diverse backgrounds. The district has partnerships with St. Thomas Aquinas College, Mercy College, Long Island University, Columbia University, and Fordham University. NRCSD partners with these institutions to offer internships, externships, and practicum placements. This has resulted in the district hiring many new clinicians. The district includes college students who are completing their internships or practicum hours in all ongoing professional development.  In addition, NRCSD sponsors their certification for the required training programs they complete. The district will continue to seek out these partnerships to assist in training and developing prospective future candidates.

24

AR000192

## North Rockland Mental Health Grant Logic Model



**County Partnerships**

The district has several local partnerships with Rockland County resources including but not limited to the Behavioral Health Response Team (BHRT), Mental Health Associates (MHA), Volunteer Counseling Services of Rockland (VCS), Single Point of Access (SPOA), Rockland BOCES IDT, Astor Partial Hospitalization Services and the CARES program. Additionally, the district works closely with contacts from Adult Career and Continuing Education Services – Vocational Rehabilitation (Access-VR) and New York State Office for People with Developmental Disabilities (OPWD) to connect students and their families with wraparound support services and supplemental intervention services. These partnerships will continue to expand under the proposed grant program.

26

AR000194

## 4. Management Plan & Adequacy of Resources

| Upon award notification, NRCSD will take the following actions: | |
| --- | --- |
| Within 30 days of award: | <ul><li>The district will develop two teams:<ul><li>A core <u>Mental Health Planning Team (MHPT)</u>, composed of district mental health providers, teachers, the Mental Health Coordinator, directors, and other stakeholders directly involved with developing and implementing the program.</li><li>An <u>Advisory Committee</u> composed of the Mental Health Coordinator, parents, Board of Education members, district administration, and county mental health representatives from partnering agencies (i.e., Rockland County Department of Mental Health, Access-VR, SPOA, BOCES).</li></ul></li><li>The MHPT will meet weekly and discuss the location and logistics of implementing the proposed programs.</li><li>The MHPT team will create a format and schedule for data collection and review.</li><li>The Advisory Committee will meet once per quarter to review the information collected through the MHPT and provide feedback on possible changes, adjustments, or general courses of action.</li><li>Human Resources will post listings for the proposed positions.</li><li>Human Resources will send Requests for Proposals (RFPs) for proposed consultative positions.</li><li>The proposed plan and timeline for implementation will be shared with all building Administrators at weekly principals' meetings.</li></ul> |
| Within 60 days of award: | <ul><li>The district's MHPT will continue to meet to evaluate the program's implementation and create a needs assessment to determine any factors that may need revision.</li><li>The district will begin to share information about incentives and stipends with current clinicians and new diverse candidates.</li><li>The district will begin to set up training and professional development for new</li></ul> |

| | programs. <br> • The district will provide an informational meeting to explain incentives to clinicians. |
|---|---|
| Within 90 days of award: | • The district will begin to share information about proposed programs with the county agencies through District Representative Meetings, Assistant Superintendent of Instruction, and Superintendent County wide meetings. <br> • The district will share information about the proposed programs with parents and community stakeholders and collect feedback. |
| Within 120 days of award: | • The MHPT will conduct an evaluation to ensure that all components of the Mental Health Grant have been implemented. |
| Within 180 days of award: | • The MHPT will evaluate to ensure that all components of the Mental Health Grant are operating successfully. <br> • The district anticipates that it will effectively provide increased mental health support to all students. |

NRCSD will develop two teams to oversee the development and implementation of the proposed actions in the Mental Health Grant—(1) a core Mental Health Planning Team (MHPT) composed of district mental health providers, teachers, the Mental Health Coordinator, directors, and other stakeholders who are directly involved with developing and implementing the grant program and (2) an Advisory Committee, composed of the Mental Health Coordinator, parents, Board of Education members, district administration, and county mental health representatives from partnering agencies (i.e., Rockland County Department of Mental Health, Access-VR, Single Point of Access (SPOA), BOCES). The MHPT will begin meeting weekly and will discuss the location and logistics of the implementation of the proposed programs. The Advisory Committee will meet once per quarter to review the information collected through the MHPT and

28

AR000196

provide feedback on possible changes, adjustments, or general courses of action. The teams will update all building administrators to allow for feedback and program adjustments as needed. The teams will update all cabinet members at the Superintendent's monthly cabinet and extended cabinet meetings. At monthly department meetings, the teams will update clinicians about program incentives. At district MTSS team meetings, members will discuss and provide feedback concerning program actions. The planning teams will share information with the collaborating county agencies at county meetings and during individual student meetings and student planning meetings for pupils attending the programs. The planning team will share Information on the admission criteria for the NR-FDTP and TSP-DT with the countywide district representatives to inform neighboring districts about the programs and explain how they can access the programs as part of the consortium.

**Program Evaluation**

NRCSD will utilize evaluative tools, data collection, and procedures to help systematically plan changes and adjustments to improve outcomes for NRCSD students through the proposed services. The district will use short-term and long-term outcome measurements.

**Short-Term Outcome Measurement:** NRCSD will use qualitative measures to consider if its short-term outcomes have effectively been implemented. The Mental Health Planning Team will meet to review specific data detailing the number of students accessing the two new in-district day treatment programs, the number of hospitalizations, and the number of students and families who attend sessions at the NR Telehealth Family Counseling Center. The district will also review data detailing how many diverse mental health providers have been hired at various points throughout the first 180 days after the grant is awarded. The district will review the number of mental health providers engaged in the proposed professional development certification programs, as well as the number who commit to the offered incentives. The Program Coordinator will collect information from families who receive support through the

29

AR000197

proposed programs and will administer a survey to the families who access the day treatment programs. This information will be utilized to improve the quality of service and care provided to NRCSD families. Additionally, the district will disseminate a yearly Family Resource Survey and include questions specific to the Telehealth Family Counseling Center.

**Long-Term Outcome Measurement:** The MHPT and the Advisory Committee will use comparative measures to consider if its long-term outcomes have effectively been implemented, as well as any adjustments that may be needed. The MHPT will develop an evaluative rubric based on the program components and targets to review the effectiveness of each component of the proposed programs and services. The district will continue sending yearly surveys to families to compare their responses to previous years. The planning team will also review and compare district data annually, specifically for hospitalizations, referrals to special education due to mental health issues, out-of-district placements, the percentage of mental health providers who have increased their position on the salary scale, and information collected from screening mechanisms in each building. These findings will continue to be shared at the Superintendent's cabinet meetings, as well as with the principals during weekly meetings.

**Collaboration Plan with Federal and State, Local Organizations and School-Based Efforts**

Through the addition of diverse highly qualified clinicians, NRCSD will continue its coordination with related federal, state, and local organizations and school-based efforts to ensure access to the multiple dimensions of mental health for NRCSD students and their families. NRCSD will utilize evidence-based mental health practices, including but not limited to DBT, ACT, CPI, and Safety Care to teach students such mental health best practices as mindfulness, social skills, radical acceptance, distress tolerance, self-regulation skills, and coping strategies. The district will continue to train staff members in these evidence-based practices so that they can continue to provide culturally informed, multi-tiered dimensions of

30

AR000198

mental health. NRCSD's mental health providers will address the presenting symptoms and onset of mental health needs that may come about through this initiative.

**NY State Mental Health Regulations**

NRCSD ensures that all mental health supports are in keeping with 2018 the NY State Education Department (NYSED) adopted proposed amendments to Sections 135.1 and 135.3 of the Commissioner's Regulations. This regulation clarifies that required health education in schools must include instruction in mental health. NRCSD is fully committed to its obligation to expand evidence-based, culturally informed instruction in mental health and to provide students with a multifaceted system of support accessible to students with a variety of different needs. The district will continue to work toward executing the statutory amendments in health education in its schools by providing research-based instruction in mental health to be provided by our mental health providers.

In addition, NYSED recently adopted Erin's Law, which requires public schools to teach child sexual abuse and exploitation prevention classes to kindergarten through eighth-grade students. In summer 2021 and the 2021-2022 school year, the district assembled two interdisciplinary teams, one at the K-6 level and one at the 7-8 level, to review NYSED Erin's Law benchmarks, resources, and various curriculums. Both teams used their expertise to help identify the K-6 and 7-8 curriculums NRCSD will use. The district has created a North Rockland Erin's Law Guide for all schools to adhere to. At the K-6 level, two social workers co-present the lessons. As expected, this is likely a sensitive subject area for abused students.

As per the 2004 Individuals with Disabilities Education Act (IDEA) amendments, NRCSD developed a district-wide MTSS Steering team that includes Psychologists, Social Workers, and School Counselors. The MTSS team meets every other month throughout the school year to evaluate their respective buildings' social-emotional interventions and supports. Two elementary schools have begun piloting SEL screeners in their buildings and providing social skills

interventions to school teams. They will start utilizing research-based screeners during the 2022-2023 school to help identify students who may need interventions or mental health education. In addition to developing systems for identifying students in need, the newly hired clinicians will support the work to establish criteria for each tier of support and transitioning students in and out of that support.



(MTSS) NRCSD Model

**Summary**

      NRCSD students and their families face an increasing range of mental health needs, adversely impacted by poverty and other social-emotional factors.  The district plans to use the mental health grant funding to offer a multi-tiered approach to K-12 mental health care by providing clinical programs, professional learning, and telehealth services.  This will help the district to support mental health best practices and build a mental health continuum that supports the needs of every student in the district. The district plans to implement culturally inclusive mental health and behavioral support programs that improve care, strengthen

outcomes, address trauma, and maintain students in their home district. The plan includes the establishment of a Telehealth Family Counseling Center to provide free and accessible, culturally informed, clinical and behavioral care to students and families, It also includes an incentivized system of recruitment and retention to hire bilingual and/or diverse candidates; and a strategic plan to provide high-quality, evidence-based training. Increasing students' access to quality mental health support will expand their educational opportunities and academic achievement by creating conditions where they can fully engage in learning.

33

AR000201

# Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** 1238-FINAL Resumes.pdf

[ Add Mandatory Other Attachment ]    [ Delete Mandatory Other Attachment ]    [ View Mandatory Other Attachment ]

To add more "Other Attachment" attachments, please use the attachment buttons below.

[ Add Optional Other Attachment ]    [ Delete Optional Other Attachment ]    [ View Optional Other Attachment ]

**AR000202**

**Taryn Soto**

Stony Point, NY 10980

Cell (845) 300-9959 § Email: tarynsoto11@gmail.com

# Administrator

Outstanding record of success maximizing the effectiveness of educational programs through skillful curriculum development for grades K-12 for General and Special Education.  Proven results directing and coordinating academic and auxiliary activities of schools by effectively collaborating with team members and administrators.  Expert knowledge in the following:

| | | |
|---|---|---|
| * Program Development | * Special Education/IDEA | *Data Analysis and Instruction |
| *APPR (Performance Evaluation) | *MTSS Interventions | * Professional Development |
| * Behavioral Intervention Plans | *Dialectical Behavioral Therapy | * Academic Intervention Plans |

## PROFESSIONAL EXPERIENCE:

7/2019 - present       North Rockland Central School District                    Garnerville, NY
**Director of Special Education K-12**

- Ensure that schools and the district follow all state and federal regulations relative to the identification, placement, and program development for special education students.
- Provide system-wide leadership for assuring the development of effective and appropriate special education programs.
- Provide leadership and system representation in matters relating to due process procedural safeguards.
- Develops system procedures for identification, evaluation and placement of students with special education needs.
- Facilitate communication and mediation with parents and advocates regarding the delivery of special education services.
- Develop and coordinate various data reports requested by both State and Federal Agencies; assist in the preparation and review of reports generated for State funding of Special Education programs.
- Coordinate staff development sessions for general and special education personnel.
- Approve special education requests for supplies, materials, and equipment.
- Coordinate instructional program for special education services.
- Partner with principals for recruiting, hiring and evaluating special education teachers, teaching assistants, aides and related service staff.

8/2015 - 7/2019      Suffern Central School District                              Hillburn, NY
**Acting Director of Pupil Personnel Services and English as a New Language Department K-12**

- Chair initial and annual reviews for all students in K-5 across 5 elementary schools.
- Develop new district programs based on need including: Autism programs, therapeutic support programs, Transitional Bilingual program.

AR000203

- Communicate relevant policies and procedures with regard to special education topics and English as a New Language Policy.
- Supervise Special Education staff, ENL Teachers and Related Services and conduct observations utilizing the Daniel Framework.
- Plan and execute professional development workshops for teachers based on program need.
- Implementation of district wide social emotional initiatives including: Dialectical Behavioral Therapy, Emotional Intelligence (Yale EI), All Teachers are Teachers of ELLs.

7/2012 – 8/2015      Rockland BOCES                          West Nyack, NY
**Assistant Principal K-12,** Center Based & District Based Therapeutic Support Programs (tenured)

- Supervise (5) district based classrooms in grades K-5 in local district schools in addition to a K-8 Center based program for students who are classified as Learning Disabled and Emotionally Disabled.
- Conduct intakes and assess the appropriateness of each program for the profile of the student.
- Serve with parent, faculty, Family Resource Centers and student groups as requested in advancing educational and community connections
- Communicate relevant policies and procedures with regard to student discipline, conduct, and attendance to students, staff, and parents.
- Dignity For All Students Act (DASA) Coordinator for 11 sites (lead investigations, student plans and state reporting).
- Trained and calibrated to conduct observations for APPR using The Daniel Framework.
- Plan and execute yearly professional development workshops for teachers based on program needs.
- Review IEPs, attend annual review meetings and work closely with the district to create specialized programs for students.

9/2008 – 7/2012      New York City Board of Education              Bronx, NY
**Interim Assistant Principal K-8, IEP Coordinator & Data Specialist**, P.S. 218 Rafael Hernandez Dual Language School (tenured)

- Special Education Coordinator:  ensure that all related service providers administer services in accordance with each student's Individualized Education Plan
- Coordinate and provide support to Special Education teachers by creating workshops, training and professional development series to improve methods for working with Special needs students
- Responsible for the ongoing dissemination and analysis of student data and school data and providing recommendations for curriculum planning based on data
- Facilitate the School's Inquiry Teams on each grade to develop action research projects including: Language Analysis, Common Core Standard Rubrics, Deconstruct/Reconstruct and Special Needs research.
- Help develop and support a culture of collecting, examining, and utilizing data in the school, from the classroom to grade-level and department teams and provide Professional Development to teachers based on findings.

8/2005 – 8/2008      New York City Board of Education              Bronx, NY
 **Special Education Teacher 1st, 2nd, 4th,** P.S. 218 Rafael Hernandez Dual Language School (tenured)

- Co-teach Bilingual 50/50 Side-by-Side model English/Spanish Inclusion class (grades 1 & 2)
- Trained in the administration of, scoring of and in-depth analysis of periodic city and state assessments for Grades K-8.

AR000204

2009 - 2015    ABA (Applied Behavioral Analysis) Early Intervention Therapist. Bilingual NYS CPSE
Evaluator for Early Intervention Services
- NY Center for Child Development Infants & Toddlers, NY NY
- Theracare, Inc., NY NY
- Bilinguals Inc., NY NY
- Hudson Valley Developmental Services, New City, NY

## LICENSES:
Professional General Education and Special Education Dual License for grades Birth-2 and 1-6
Permanent (SBL) School Building Leader License (Professional)
Permanent (SDL) School District Leader License (Professional)

## EDUCATION:

Advanced Certificate in School District Leader *Adelphi University, Garden City, NY,  2015-2016

Master of Science in School Building Leader (*GPA 3.9*) * Mercy College, Dobbs Ferry, NY,  2010-2011

Master of Science in General Education & Special Education grades 1-6 (*GPA 3.8*) * Touro College,
New York, NY, 2004 - 2006

Master of Arts in Educational Leadership (*GPA 3.97*) * Touro University, New York, NY,   2003 – 2004

Bachelor of Arts in Psychology & Art Therapy ( *GPA 3.7*) * New York University,   New York, NY, 1996 – 2000
Gallatin School of Individualized Study & Infant Motor Research Lab Intern - Dr. Karen Adolph.

 St. Vincent Ferrer High School * New York, NY, 1992 - 1996

## SKILLS:

Notary Public of New York State; Microsoft Office, Blackboard & Google platforms.  Proficient Bilingual:
Fluent in speaking, reading, writing and teaching in Spanish.  Trained in Orton-Gillingham, PAF, Wilson
Reading, Fun-dations, Read 180, System 44.  NYS Evaluator for Early Intervention services. Trained in the
Danielson Framework, NYSAA (NYS Alternate Assessment) and DASA Coordination.

AR000205

**Professional Development Workshops Developed and Presented to Staff:**

Special Education:

- MTSS: Multi-Tiered Systems of Supports
- Japanese Lesson Study (aka Microteaching): Providing Feedback to Special Education Students
- Japanese Lesson Study (aka Microteaching): Guided Reading for Special Education Students
- Hochman Writing Techniques: The Writing Revolution
- Executive Functioning in the Classroom
- Learning Disabilities in Reading: Identification and Remediation
- Know Thy Impact: Visible Learning for Special Education Teachers (Based on the work by John Hattie)
- Positive Reinforcement Strategies and Techniques
- Preparing for a CSE Meeting
- Direct Explicit Instruction
- Language Acquisition vs Learning Disability
- Progress Monitoring: Collecting and interpreting data
- Strategy Based Goals: Teach a man to fish....

English as a New Language:

- Bilingual Panel: Comparative for Developing a Dual Language Program vs Bilingual Transitional
- Academic Literacy for English Language Learners
- Introduction to Dyslexia
- Academic Intervention (AIS) for English Language Learners
- Research Based Vocabulary Instruction for ELLs
- Response to Intervention for ELLs
- Response to Intervention Methods and Strategies
- High Quality Instructional Practices for ELLs: Questioning
- Developing New Programs from A-Z
- Bilingual Evaluations
- Culturally Responsive Teaching Strategies
- Development of a Dual Language Program

- All Teachers are Teachers of ELLs 5-Part Series:
  1. Discussion Supports for ELLs
  2. Research Based Vocabulary Instruction for ELLs
  3. Translanguaging
  4. Modifying Assignments and Assessments for ELLs
  5. 6 Strategies for Scaffolding: Modeling, Developing Meta-Cognition, Bridging, Text Representation, Contextualizing, Schema Building

AR000206

## CHRISTOPHER M. FRANK, JR

39 Lake Drive, New City, New York 10956
*Phone* (845) 304-2534 *Email* CFrank@northrockland.org

## OBJECTIVE

To obtain a position as an administrator that will allow me to utilize my strong background in educating students with disabilities while inspiring and managing a large staff of teachers, teaching assistants, and related service providers.

## PROFESSIONAL EXPERIENCES

**NORTH ROCKLAND CENTRAL SCHOOL DISTRICT, Garnerville, NY**
**ILEANA ECKERT ADMINISTRATION BUILDING, Garnerville, NY (2021-present)**
*Assistant Director Special Services* – *District-Wide, 12/21-present*
- Assists the Director of Special Services with maintaining special education compliance across the district, audit reviews, and Medicaid system maintenance.
- Supports professional development planning for staff members.
- Supervises special education staff including teachers, clinicians, related service providers, teaching assistants, clerical, and aides.
- Assists with hiring and onboarding of special education department staff.
- Assists with IEP organization and management.
- Provides guidance on special education support and services to all stakeholders.
- Provides support to all buildings K-12 with special education programs and student needs.
- Provides guidance on the development of individual student plans including academic intervention and behavioral plan.
- Assists in the development of new programs and program maintenance across the district.
- Assists in the development of student engagement initiatives for special education students.

*Committee on Special Education Chairperson* – *Grades 1-4, 8/21-12/21*
- Responsible for the management of approximately 300 IEPs
  - Chair CSE meetings to determine eligibility and continuation of services.
  - Coordinate services and ensure program mandates are being met with fidelity
  - Support teachers in developing, implementing, and monitoring progress of goals and interventions
- Provide ongoing professional development, e.g., Best Practices in Adaptive Physical Education, Introduction to TEACCH and Structured Teaching.
- Maintain positive relationships with BOCES administrators and representatives for out of district placements.

*Coordinator of Learning Loss* – *District-Wide, 8/21-present*
- Supervise learning loss recovery interventionists (4) across the district.
- Organize supports throughout the lower and upper elementary schools as well as the middle school.
- Collaborate with building principals and chairpersons to coordinate services, e.g., caseload, frequency, and duration of intervention.

**ROCKLAND BOCES, West Nyack, NY**
**JESSE J. KAPLAN SECONDARY SCHOOL, West Nyack, NY (2019-2021)**
*Assistant Principal* – *Kaplan Community Development Center, 1/19-7/21*
- Part of a visionary leadership team consisting of two building principals, and their respective assistant principals.
- Supervised a team of over 150 educational professionals including teachers, paraprofessionals, support staff, and related service providers.
- Assisted the principal in multiple duties including informal and formal observations of all staff, developing a master schedule of classes, and generating class lists.
- Acted as BOCES administrator representative on the Committee on Special Education meetings for students attending from the eight component districts of Rockland County and beyond.
- Maintained positive relationships with special education administrators of component districts.

AR000207

- Oversaw the development and implementation of Individualized Education Programs for the approximately 150 students in the building, facilitates intakes of incoming students, and exit meetings for graduates.
- Assisted in the development of transition plans and exit summaries for graduating students, including post-secondary placements in day habilitation programs.
- Helped develop community-based instruction for students that provides the skills necessary for post-secondary success, including structured volunteerism, vocational training, and increased travel and leisure skills.
- Planned and organized building level transportation inclusive of pickups, drop-offs, and community-based instructional trips.
- Implemented professional development activities salient to all professionals in the building.
- Supervised and participated in after school and extracurricular activities.
- Researched, selected, and implemented a Social Emotional Learning curriculum that is developmentally appropriate for students with cognitive impairment and developmental disabilities rooted in cognitive behavior therapy and sensory processing/regulation.
- Researched, selected, and implemented a building-wide assessment tool (AFLS) to guide differentiated instruction, and assist in the development of functional goals for each student's Individualized Education Program.

**OSSINING UNION FREE SCHOOL DISTRICT, Ossining, NY**
**PARK EARLY CHILDHOOD CENTER, Ossining, NY (2018)**
*Principal* – *Extended School Year Program, 5/18-8/18*
- Worked closely with Director of Pupil Personnel Services to ensure smooth overall operation of the school.
- Supervised, assessed and evaluated all components of the instructional process, including regular informal observations of certificated staff including:
  - Six special education teachers
  - Twenty teaching assistants
  - Physical and occupational therapist
  - Board certified behavior analyst
- Provided embedded Professional Development activities to increase staff effectiveness through differentiated best practice instructional strategies, peer review, and collaborative leadership opportunities.
- Acted as liaison to school, district, and community stakeholders.

**CLARKSTOWN CENTRAL SCHOOL DISTRICT, New City, NY**
**CLARKSTOWN HIGH SCHOOL SOUTH, West Nyack, NY (2014-2018)**
*Administrative Intern* – *Supervised by Building Principal and Chairperson of Special Education, 1/18-12/18*
- Developed both a building and community-based worksites program for students with developmental disabilities that utilized interest inventories for placement, and progress monitoring to measure success.
- Implemented the first district chapter of Best Buddies International.
- Scheduled and chaired annual review meetings of the Committee on Special Education at Clarkstown High School South.
- Acted as the representative for Clarkstown High School South at the annual review meetings of the Committee on Special Education at Felix Festa Middle School, Birchwood School and parental placements.
- Organized and developed professional development workshops centered on the needs of students whom will be receiving the Skills Achievement Commencement Credential, i.e. developing quality IEPs, writing an effective Exit Summary, and Nonviolent Crisis Intervention strategies.
- Completed new CSE/CPSE Chairperson training at Putnam Northern Westchester BOCES.

**CLARKSTOWN CENTRAL SCHOOL DISTRICT, New City, NY**
**CLARKSTOWN HIGH SCHOOL SOUTH, West Nyack, NY (2014-2018)**
*Special Education Teacher/Director of Worksites* – *STRIVE Program for Students with Autism, 9/14-12/18*
- Developed strategies for maintaining a classroom conducive to learning, utilized effective teaching strategies, and employed a variety of instructional techniques appropriate to the maturity, interests, and needs of the students.
- Maintained accurate data regarding frequency, duration, and intensity of problematic behaviors, while monitoring their effects on learning.

AR000208

- Consulted with appropriate professional staff regarding a student's IEP goals and Behavior Intervention Plans.
- Taught pre-vocational life skills to students to be generalized in a post-secondary setting.
- Secured volunteer work placements for students to practice employability skills.
- Created measurable, attainable goals while maintaining accurate anecdotal data on each student in the work program.
- Assisted in the post-secondary transition process for students with developmental disabilities.

**CLARKSTOWN CENTRAL SCHOOL DISTRICT, New City, NY**
**FELIX FESTA MIDDLE SCHOOL, West Nyack, NY (2012-2014)**
*Long Term Substitute Teacher*– *SPIRIT Life Skills Program for Students with Multiple Disabilities, 4/14-6/14*
- Created and taught functional life skills to students with multiple disabilities within English Language Arts, Math, Science, and Social Studies classes.
- Instructed students about self-awareness skills including awareness of rights, strengths and weaknesses and attitudes.
- Taught skills like money management, awareness of self-hygiene, basic literacy and numeracy.
- Conducted special sessions for the class to instruct about career planning, daily living, communication skills, social responsibilities, work life and a number of other related topics.

*Leave Replacement Teacher/Teacher Assistant*– *Multiage Special Class for Students with Autism, 7/12-present*
- Developed strategies for maintaining a classroom conducive to learning, utilizes effective teaching strategies, and employs a variety of instructional techniques appropriate to the maturity, interests, and needs of the students.
- Maintained accurate data regarding frequency, duration, and intensity of problematic behaviors, while monitoring their effects on learning.
- Consulted with appropriate professional staff regarding a student's IEP goals and Behavior Intervention Plans.
- Developed and carried out New York State Alternate Assessment tasks for all students, grades six through eight in English Language Arts, Math, and Science.
- Participant in New York State Alternate Assessment scoring institute at Rockland County BOCES.

**CLARKSTOWN CENTRAL SCHOOL DISTRICT, New City, NY**
**ST. AUGUSTINE'S SCHOOL, New City, NY (2011-2012)**
*One to One Teacher Assistant*– *Third Grade, Parentally Placed Child with OHI and ADHD, 11/11-6/12*
- Provided one to one differentiated instruction to a child with OHI and ADHD based upon the goals provided in his IEP.
- Implemented behavior modifications as determined by a Functional Behavior Assessment (FBA).
- Worked collaboratively with classroom teacher to ensure that the child was receiving the most appropriate instruction in the least restrictive environment available for success.

## EDUCATION

**State University of New York at New Paltz, New Paltz, NY (2017-2018)**
- Certificate of Advanced Study, School Leadership (*12/18*)

**St. Thomas Aquinas College, Sparkill, NY (2005-2011)**
- Bachelor of Science in Education, Concentration in English, Cum Laude (*5/09*)
- Master of Science in Education in Literacy, With Distinction (*5/11*)
- Middle School Extension for English Language Arts (*5/11*)

## PROFESSIONAL CERTIFICATIONS

- New York State Professional Certificate, Elementary Education (Grades 1-6)
- New York State Professional Extension Annotation, English Language Arts (Grades 7-9)
- New York State Professional Certificate, Literacy (Birth-Grade 6)
- New York State Professional Certificate, Students with Disabilities (Grades 1-6)
- New York State Professional Certificate, Students with Disabilities, Generalist (Grades 7-12)

AR000209

- New York State Professional Certificate, School District Leader
- New York State Initial Certificate, School Building Leader

*References furnished upon request*

**AR000210**



# ROCKLAND COUNTY
### Ed Day, Rockland County Executive

**DEPARTMENT OF MENTAL HEALTH**
Dr. Robert L. Yeager Health Center
50 Sanatorium Road, Building F
Pomona, New York 10970
Phone: (845) 364-2378    Fax: (845) 364-2381
Email: RCDMH@co.rockland.ny.us

**Susan L. Hoerter, D.O.**
*Acting Commissioner*

November 1, 2022

Taryn Soto
Director of Special Education
North Rockland Central School District

Dear Ms. Soto,

The Rockland County Department of Mental Health is aware of the demonstrated need for mental health services in the North Rockland School District and applauds your district pursuing additional mental health resources for its students and families. We offer our support for your School Based Mental Services grant program with the understanding that you will not be billing for these services and will adhere to any state regulations regarding the provision of child mental health services. We also ask that your district continue to participate in the Child and Adolescent Workgroup as a stakeholder in the children's system of care. Please reach out to our office for any needed assistance as your project moves forward.

Sincerely,

Digitally signed by
Susan Hoerter
Date: 2022.11.01
15:03:31 -04'00'

Susan Hoerter, D.O.
Acting Commissioner
Rockland County Department Mental Healht

AR000211

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** 1236-Budget-North Rockland Mental Health Grant App

[ Add Mandatory Budget Narrative ]   [ Delete Mandatory Budget Narrative ]   [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]   [ Delete Optional Budget Narrative ]   [ View Optional Budget Narrative ]

**AR000212**

North Rockland

Mental Health Grant

AR000213

**PART 2: BUDGET INFORMATION**

| Budget Summary 2022-2023 U.S. Department of Education Funds | | | | | |
|---|---|---|---|---|---|
| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) |
| 1. Personnel | $1,471,647 | $1,540,173 | $1,571,688 | $1,592,922 | $1,609,094 |
| 2. Fringe Benefits | | | | | |
| 3. Travel | | | | | |
| 4. Equipment | | | | | |
| 5. Supplies | | | | | |
| 6. Contractual | $198,353 | $177,827 | $138,312 | $141,078 | $140,906 |
| 7. Construction | | | | | |
| 8. Other | | | | | |
| 9. Total Direct costs | | | | | |
| 10. Indirect costs | | | | | |
| 11. Training Stipends | $80,000 | $32,000 | $40,000 | $16,000 | $0 |
| 12. Total Costs (lines 9-11) | $1,750,000 | $1,750,000 | $1,750,000 | $1,750,000 | $1,750,000 |

AR000214

**Budget Narrative**

**Personnel**

NRCSD plans to hire 11 Bilingual Clinicians, 4 Bilingual School Counselors, a Mental Health Coordinator of Services and provide hourly compensation for telehealth services provided for students.  To recruit for these positions, NRCSD would like to offer a competitive starting salary to attract bilingual and experienced clinicians.  In calculating the budget, five of the Bilingual Clinicians and two of the Bilingual School Counselors were budgeted on Master's Step 7 of the North Rockland Teachers Association (NRTA) Collective Bargaining Agreement (CBA) salary schedule along with six Bilingual Clinicians and two Bilingual School Counselors budgeted on Master's Step 8 of the CBA in year 1.  The Mental Health Coordinator of Services was budgeted on Middle School AP-Coordinator-Assistant Director Step 2 of the North Rockland Administrator's Association (NRAA) CBA in year 1.  Both CBAs are in effect for the first two years of this grant, and to budget years three through five, a 2% increase was added each year. Telehealth was budgeted at two hours a day, five days a week for 35 weeks at an hourly rate of $65 in year one with a 5% increase for both years two and three.  In years four and five, the budget exceeded the $1.75 million, so the district put the difference in the non-federal fund budget.

**Year 1 calculation**: (7 Clinicians @ $86,233 = $603,631) + (8 Clinicians @$89,172 = $713,376) + (1 Coordinator @ $131,890 = $131,890) + (Telehealth @ 2 hours x 5 days x 35 weeks x $65 = $22,750) is **$603,631+$713,376+$131,890+$22,750 =  $1,471,647**

**Year 2 calculation**:  (7 Clinicians @ $91,624 = $641,368) + (8 Clinicians @$92,109 = $736,872) + (1 Coordinator @ $138,045 = $138,045) + (Telehealth @ $22,750 from Year 1 x 1.05 (5% increase)  = $23,888) is **$641,368+$736,872+$138,045+$23,888 = $1,540,173**

AR000215

**Year 3 calculation**:  (7 Clinicians @ $91,624 from Year 2 x 1.02 (2% increase)=$654,192 + (8 Clinicians @$92,109 from Year 2 x 1.02 (2% increase) = $751,608) + (1 Coordinator @ $138,045 from Year 2 x 1.02 (2% increase) = $140,806) + (Telehealth @ $23,888 from Year 2 x 1.05 (5% increase)  = $25,082) is **$654,192+$751,608+$140,806+$25,082 = $1,571,688**

**Year 4 calculation**: (7 Clinicians @ $93,456 from Year 3 x 1.02 (2% increase)=$667,275 + (8 Clinicians @$93,951 from Year 3 x 1.02 (2% increase) = $766,640) + (1 Coordinator @ $140,806 from Year 3 x 1.02 (2% increase) = $143,622) + (Telehealth @ $25,082 from Year 3 x 1.05 (5% increase) is $26,336 less $10,951 to be paid with non-federal funds = $15,385) is **$667,275+$766,640+$143,622+$15,385 = $1,592,922**

**Year 5 calculation**: (7 Clinicians @ $95,325 from Year 4 x 1.02 (2% increase)=$680,624 + (8 Clinicians @$95,325 from Year 4 x 1.02 (2% increase) = $781,976) + (1 Coordinator @ $143,622 from Year 3 x 1.02 (2% increase) = $146,494) + Telehealth to be funded from non-federal funds  is **$680,624+$781,976+$146,494 =  $1,609,094**

**Contractual**

NRCSD plans to provide professional development to all new hires for certification in Trauma Focused Cognitive Behavioral Therapy, Safety Care, Dialectical Behavior Therapy, and Non-Violent Crisis Intervention in the first year with Acceptance and Commitment Therapy and Mental Health First Aid to be funded with non-federal funds.  In the second year, the district plans to provide professional development to all new hires for certification in Acceptance and Commitment Therapy and Mental Health First Aid and training in Trauma Focused Cognitive Behavioral Therapy, Safety Care, Dialectical Behavior Therapy, and Non-Violent Crisis Intervention with non-federal funds.  In years three, four, and five the district will provide training in all of these areas with non-federal funds.  The district also plans to contract for either a Bilingual Mental Health Nurse Practitioner or Psychiatrist Consultant for the five years.

**Year 1 calculation**: (Trauma Focused Behavioral Therapy Certification(TF-CBT) $250 for certification exam + $325/per person for Three-Day Basic Training + $495 for 12 consultation calls x 15 new hires (11 Clinicians + 4 School Counselors) = $16,050) + Safety Care (QBS) $150 per hour per BCBA for a total of 40 hours of training is $12,000 plus trainer recertification $425= $12,425) + Dialectical Behavior Therapy (DBT) Four-Day School Based Training is $1,300 per individual (11 Clinicians + 4 school counselors) =$19,500) + Non-Violent Crisis Intervention (CPI) $21,000 one- day on-site certification plus yearly recertification $30 per person (11 Clinicians + 4 school counselors) is $450= $21,450) + Bilingual Mental Health Nurse Practitioner Consultant or Psychiatrist Consultant budget of $128,928 = $128,928) is **$16,050+$12,425+$19,500+$21,450+$128,928 = $198,353**

**Year 2 calculation**:  (Trauma Focused Behavioral Therapy Certification(TF-CBT) to be funded from non-federal funds + Safety Care (QBS) to be funded from non-federal funds) + (Acceptance and Commitment Therapy (ACT) is $700 per hour for 40 hours = $28,0000)  + Mental Health First Aid (MHFA) is $2,200 per trainer times each of 8 buildings = $17,600) + Dialectical Behavior Therapy (DBT) to be funded from non-federal funds + Non-Violent Crisis Intervention (CPI) to be funded from non-federal funds  + Bilingual Mental Health Nurse Practitioner Consultant or Psychiatrist Consultant budget of $128,928 from Year 1 + $3,299 increase = $132,227) is **$28,000+$17,600+$132,227 = $177,827**

**Year 3 calculation**:  (Trauma Focused Behavioral Therapy Certification(TF-CBT) + Safety Care (QBS) + (Acceptance and Commitment Therapy (ACT) + Mental Health First Aid (MHFA) + Dialectical Behavior Therapy (DBT) + Non-Violent Crisis Intervention (CPI) to be funded from non-federal funds  + Bilingual Mental Health Nurse Practitioner Consultant or Psychiatrist Consultant budget of $132,227 from Year 2 + $6,085 increase = $138,312)  = **$138,312**

**Year 4 calculation**:  (Trauma Focused Behavioral Therapy Certification(TF-CBT) + Safety Care (QBS) + (Acceptance and Commitment Therapy (ACT) + Mental Health First Aid (MHFA) + Dialectical Behavior Therapy (DBT) + Non-Violent Crisis Intervention (CPI) to be funded from non-federal funds  + Bilingual Mental Health Nurse Practitioner Consultant or Psychiatrist Consultant budget of $138,312 from Year 3 + $2,766 increase = $141,078)  = **$141,078**

**Year 5 calculation**: (Trauma Focused Behavioral Therapy Certification(TF-CBT) + Safety Care (QBS) + (Acceptance and Commitment Therapy (ACT) + Mental Health First Aid (MHFA) + Dialectical Behavior Therapy (DBT) + Non-Violent Crisis Intervention (CPI) to be funded from non-federal funds  + Bilingual Mental Health Nurse Practitioner Consultant or Psychiatrist Consultant budget of $141,078 from Year 4 + $172 decrease = $140,906)  = **$140,906**

**Training Stipends**

NRCSD plans to provide training stipends for bilingual certificate extensions in two payments, $2,000 when the school-based mental health provider acquires the certificate and an additional $2,000 after two years of employment to retain employees.  The district also plans to provide training stipends for certification in TF-CBT, QBS, ACT, MHFA, DBT, and CPI in two payments, $1,000 when the school-based mental health providers acquire the certificate and an additional $1,000 after two years of employment to retain employees.  When the second payment is due to employees, the district plans to split the cost between this grant and non-federal funds.

**Year 1 calculation**: (10 mental health staff receive bilingual certificate extension @ $2,000 per hire = $20,000) + (15 mental health staff receive certification in TF-CBT @ $1,000 = $15,000) + (15 mental health staff receive certification in QBS @ $1,000 = $15,000)) + (15 mental health staff receive certification in DBT @ $1,000 = $15,000) + (15 mental health staff receive certification in CPI @ $1,000 = $15,000) is **$20,000+$15,000+$15,000+$15,000+$15,000 = $80,000**

**Year 2 calculation**: (16 mental health staff receive certification in ACT @ $1,000 = $16,000) + (16 mental health staff receive certification in MHFA @ $1,000 = $16,000) is **$16,000+$16,000 = $32,000**

**Year 3 calculation**: (10 mental health staff receive second payment for bilingual certificate extension @ $1000 per hire = $10,000, the other $1,000 per 10 employees to be paid with non-federal funds) + (15 mental health staff receive second payment for certification in TF-CBT @ $500 = $7,500, the other $500 per 15 employees to be paid with non-federal funds) + (15 mental health staff receive second payment for certification in QBS @ $500 = $7,500, the other $500 per 15 employees to be paid with non-federal funds) + (15 mental health staff receive second payment for certification in DBT @ $500 = $7,500, the other $500 per 15 employees to be paid with non-federal funds) + (15 mental health staff receive second payment for certification in CPI @ $500 = $7,500, the other $500 per 15 employees to be paid with non-federal funds) is **$10,000+$7,500+$7,500+$7,500+$7,500 = $40,000**

**Year 4 calculation**: (16 mental health staff receive second payment for certification in ACT @ $500 = $8,000, the other $500 per 16 employees to be paid with non-federal funds ) + (16 mental health staff receive second payment for certification in MHFA @ $500 = $8,000, the other $500 per 16 employees to be paid with non-federal funds) is **$8,000+$8,000 = $16,000**

**Year 5 calculation**: Any training stipends for certification to be paid with non-federal funds.

AR000219

**PART 2: BUDGET INFORMATION**

| Budget Summary 2022-2023 Non-Federal Funds | | | | | |
|---|---|---|---|---|---|
| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) |
| 1. Personnel | $0 | $0 | $0 | $10,951 | $27,653 |
| 2. Fringe Benefits | $574,176 | $601,968 | $623,820 | $644,598 | $665,310 |
| 3. Travel | $0 | $0 | $0 | $0 | $0 |
| 4. Equipment | | | | | |
| 5. Supplies | | | | | |
| 6. Contractual | $467,800 | $500,065 | $554,273 | $563,065 | $572,025 |
| 7. Construction | | | | | |
| 8. Other | | | | | |
| 9. Total Direct costs | | | | | |
| 10. Indirect costs | | | | | |
| 11. Training Stipends | $40,000 | $88,000 | $80,000 | $104,000 | $120,000 |
| 12. Total Costs (lines 9-11) | $1,081,976 | $1,190,033 | $1,258,093 | $1,322,614 | $1,384,988 |

AR000220

**Personnel**

NRCSD plans to use non-federal funds in years four and five to support the telehealth service for our NRCSD students.  The district plans to begin building this expenditure into the annual general fund budget beginning in year four in an effort to sustain this service for students.

**Year 4 calculation**: The telehealth budget from year 3 ($25,082) times 1.05 (5% increase) is $26,336 and in an effort to keep the overall budget total grant submission at $1.75 million, the district allocated $10,951 of the telehealth costs to non-federal funds.

**Year 5 calculation**: The telehealth budget from year 4 ($26,336) x 1.05 (5% increase) is $27,653.

**Fringe**

NRCSD plans to use non-federal funds to cover the cost of fringe benefits for the eleven Bilingual Clinicians, four Bilingual School Counselors, a Mental Health Coordinator of Services and the hourly compensation for telehealth services provided for students.  For health benefits, the district budgeted based on the employer cost of an employee and spouse benefit of $19,192 with a 5% increase on the previous year's employer cost for health benefits for years two through five.  There is no health benefit on hourly wages so it is $0 for the telehealth hourly payments.  The employer portion of the Federal Insurance Contributions Act (FICA) is 7.65% of salary and any hourly wages earned for each new hire and the New York State Teachers' Retirement System (NYSTRS) employer portion of 10.5% of salary and any hourly wages earned for each new hire for years one through 5.

AR000221

**Year 1 calculation**: **$307,072+112,585+154,519 = $574,176**

|  | Year 1 Salary | Health Benefits | FICA @ 7.65% | TRS @ 10.5% |
|---|---|---|---|---|
| Bilingual Clinician | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual Clinician | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual Clinician | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual Clinician | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual Clinician | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual Clinician | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual Clinician | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual Clinician | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual Clinician | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual Clinician | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual Clinician | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual School Counselors | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual School Counselors | $86,233.00 | $19,192.00 | $6,597.00 | $9,054.00 |
| Bilingual School Counselors | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Bilingual School Counselors | $89,172.00 | $19,192.00 | $6,822.00 | $9,363.00 |
| Mental Health Coordinator of Services | $131,890.00 | $19,192.00 | $10,090.00 | $13,848.00 |
| Telehealth Services-hourly | $22,750.00 | $0 | $1,740.00 | $2,389.00 |
| Totals |  | $307,072.00 | $112,585.00 | $154,519.00 |

**Year 2 Calculation**: **$322,432 + 117,818 + $161,718 = $601,968**

|  | Year 2 Salary | Health Benefits | FICA @ 7.65% | TRS @ 10.5% |
|---|---|---|---|---|
| Bilingual Clinician | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |

| | | | |
|---|---|---|---|
| Bilingual Clinician | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Bilingual School Counselors | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual School Counselors | $91,624.00 | $20,152.00 | $7,009.00 | $9,621.00 |
| Bilingual School Counselors | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Bilingual School Counselors | $92,109.00 | $20,152.00 | $7,046.00 | $9,671.00 |
| Mental Health Coordinator of Services | $138,045.00 | $20,152.00 | $10,560.00 | $14,495.00 |
| Telehealth Services-hourly | $23,888.00 | $0 | $1,827.00 | $2,508.00 |
| Totals | | $322,432.00 | $117,818.00 | $161,718.00 |

**Year 3 Calculation**: **$338,560 + $120,230 + $165,030 = $623,820**

| | Year 3 Salary | Health Benefits | FICA @ 7.65% | TRS @ 10.5% |
|---|---|---|---|---|
| Bilingual Clinician | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual Clinician | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual Clinician | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual School Counselors | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual School Counselors | $93,456.00 | $21,160.00 | $7,009.00 | $9,621.00 |
| Bilingual School Counselors | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Bilingual School Counselors | $93,951.00 | $21,160.00 | $7,046.00 | $9,671.00 |
| Mental Health Coordinator of Services | $140,806.00 | $21,160.00 | $10,560.00 | $14,495.00 |

| | | | | |
|---|---|---|---|---|
| Telehealth Services-hourly | $25,082.00 | $0 | $1,827.00 | $2,508.00 |
| Totals | | $338,560.00 | $120,230.00 | $165,030.00 |

**Year 4 Calculation**: **$355,488 + $121,856 + $167,254 = $644,598**

| | Year 4 Salary | Health Benefits | FICA @ 7.65% | TRS @ 10.5% |
|---|---|---|---|---|
| Bilingual Clinician | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual Clinician | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual Clinician | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual Clinician | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual Clinician | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual Clinician | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual Clinician | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual Clinician | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual Clinician | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual Clinician | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual Clinician | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual School Counselors | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual School Counselors | $95,325.00 | $22,218.00 | $7,292.00 | $10,009.00 |
| Bilingual School Counselors | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Bilingual School Counselors | $95,830.00 | $22,218.00 | $7,331.00 | $10,062.00 |
| Mental Health Coordinator of Services | $143,622.00 | $22,218.00 | $10,987.00 | $15,080.00 |
| Telehealth Services-hourly | $15,385.00 | $0.00 | $1,177.00 | $1,615.00 |
| Totals | | $355,488.00 | $121,856.00 | $167,254.00 |

**Year 5 Calculation**: **$373,264 + $123,097 + $168,949 = $665,310**

| | Year 5 Salary | Health Benefits | FICA @ 7.65% | TRS @ 10.5% |
|---|---|---|---|---|
| Bilingual Clinician | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |
| Bilingual Clinician | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |
| Bilingual Clinician | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |

| | | | |
|---|---|---|---|
| Bilingual Clinician | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |
| Bilingual Clinician | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |
| Bilingual Clinician | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual Clinician | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual Clinician | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual Clinician | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual Clinician | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual Clinician | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual School Counselors | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |
| Bilingual School Counselors | $97,232.00 | $23,329.00 | $7,438.00 | $10,209.00 |
| Bilingual School Counselors | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Bilingual School Counselors | $97,747.00 | $23,329.00 | $7,478.00 | $10,263.00 |
| Mental Health Coordinator of Services | $146,494.00 | $23,329.00 | $11,207.00 | $15,382.00 |
| Telehealth Services-hourly | | $0.00 | $0.00 | $0.00 |
| Totals | | $373,264.00 | $123,097.00 | $168,949.00 |

**Contractual**

NRCSD has secured a New York State Mental Health Grant to fund a portion of the cost for Family Resource Liaisons (FRL) in years one through four, with each year seeing a 2% increase on the previous year cost and the district will fund year five through the general fund budget. The district will begin to build these positions into the budget in years 2 through 5 so the General Fund can support all Family Resource Liaisons. The district plans to provide professional development to all new hires for certification in Acceptance and Commitment Therapy and Mental Health First Aid to be funded with non-federal funds. In the second year, the district plans to provide professional development to all new hires for certification in Trauma Focused Cognitive Behavioral Therapy, Safety Care, Dialectical Behavior Therapy, and Non-Violent Crisis Intervention with non-federal funds. In years three through five the district will provide training in all of these areas with non-federal funds.

**Year 1 calculation**: (Share of salary $52,775 x 8 Family Resource Liaisons = $422,200) +

(Acceptance and Commitment Therapy (ACT) is $700 per hour for 40 hours = $28,0000)  +

(Mental Health First Aid (MHFA) is $2,200 per trainer x 8 buildings = $17,600) is

**$422,200+$28,000+$17,600 = $467,800**

**Year 2 calculation**: (Share of salary $52,775 x 1.02 (2% increase) x 8 Family Resource

Liaisons = $430,640) + (Trauma Focused Behavioral Therapy Certification(TF-CBT) $250 for

certification exam + $325/per person for Three-Day Basic Training + $495 for 12 consultation

calls x 15 new hires (11 Clinicians + 4 School Counselors) = $16,050) + Safety Care (QBS)

$150 per hour per BCBA for a total of 40 hours of training is $12,000 plus trainer recertification

$425= $12,425) + Dialectical Behavior Therapy (DBT) Four-Day School Based Training is

$1,300 per individual (11 Clinicians + 4 school counselors) =$19,500) + Non-Violent Crisis

Intervention (CPI) $21,000 one-day on-site certification plus yearly recertification $30 per person

(11 Clinicians + 4 school counselors) is $450= $21,450)  is

**$430,640+$16,050+$12,425+$19,500+$21,450 = $500,065**

**Year 3 calculation**: (Share of salary $53,830 x 1.02 (2% increase) x 8 Family Resource

Liaisons = $439,248) + (Trauma Focused Behavioral Therapy Certification(TF-CBT) $250 for

certification exam + $325/per person for Three-Day Basic Training + $495 for 12 consultation

calls x 15 new hires (11 Clinicians + 4 School Counselors) = $16,050) + Safety Care (QBS)

$150 per hour per BCBA for a total of 40 hours of training is $12,000 plus trainer recertification

$425= $12,425) + Dialectical Behavior Therapy (DBT) Four-Day School Based Training is

$1,300 per individual (11 Clinicians + 4 school counselors) =$19,500) + Non-Violent Crisis

Intervention (CPI) $21,000 One-day on-site certification plus yearly recertification $30 per

person (11 Clinicians + 4 school counselors) is $450= $21,450) + (Acceptance and Commitment

Therapy (ACT) is $700 per hour for 40 hours = $28,0000)  + (Mental Health First Aid (MHFA) is $2,200 per trainer x 8 buildings = $17,600) is

**$439,248+$16,050+$12,425+$19,500+$21,450+$28,000+$17,600 = $554,273**

**Year 4 calculation**: (Share of salary $54,906 x 1.02 (2% increase) x 8 Family Resource Liaisons = $448,040) + (Trauma Focused Behavioral Therapy Certification(TF-CBT) $250 for certification exam + $325/per person for Three-Day Basic Training + $495 for 12 consultation calls x 15 new hires (11 Clinicians + 4 School Counselors) = $16,050) + Safety Care (QBS) $150 per hour per BCBA for a total of 40 hours of training is $12,000 plus trainer recertification $425= $12,425) + Dialectical Behavior Therapy (DBT) Four-Day School Based Training is $1,300 per individual (11 Clinicians + 4 school counselors) =$19,500) + Non-Violent Crisis Intervention (CPI) $21,000 One-day on-site certification plus yearly recertification $30 per person (11 Clinicians + 4 school counselors) is $450= $21,450) + (Acceptance and Commitment Therapy (ACT) is $700 per hour for 40 hours = $28,0000)  + (Mental Health First Aid (MHFA) is $2,200 per trainer x 8 buildings = $17,600) is

**$448,040+$16,050+$12,425+$19,500+$21,450+$28,000+$17,600 = $563,065**

**Year 5 calculation**: (Share of salary $56,005 x 1.02 (2% increase) x 8 Family Resource Liaisons = $457,000) + (Trauma Focused Behavioral Therapy Certification(TF-CBT) $250 for certification exam + $325/per person for Three Day Basic Training + $495 for 12 consultation calls x 15 new hires (11 Clinicians + 4 School Counselors) = $16,050) + Safety Care (QBS) $150 per hour per BCBA for a total of 40 hours of training is $12,000 plus trainer recertification $425= $12,425) + Dialectical Behavior Therapy (DBT) Four-Day School Based Training is $1,300 per individual (11 Clinicians + 4 school counselors) =$19,500) + Non-Violent Crisis Intervention (CPI) $21,000 One-day on-site certification plus yearly recertification $30 per person (11 Clinicians + 4 school counselors) is $450= $21,450) + (Acceptance and Commitment Therapy (ACT) is $700 per hour for 40 hours = $28,0000)  + (Mental Health First Aid (MHFA) is

$2,200 per trainer x 8 buildings = $17,600) is

**$457,000+$16,050+$12,425+$19,500+$21,450+$28,000+$17,600 = $572,025**

**Training Stipends**

NRCSD will continue to increase the general fund share of the training stipends to sustain these ever-important certification opportunities.  It's important to offer these certification opportunities to existing staff as well so this is included in the calculations below.  The district would like to continue to provide incentives for staff to learn and grow through the certification opportunities provided to them for the benefit of students.

**Year 1 calculation**: (15 mental health staff receive bilingual certificate extension @ $2,000 per hire = $30,000) + (15 mental health staff receive certification in TF-CBT @ $1,000 = $15,000) + (15 mental health staff receive certification in QBS @ $1,000 = $15,000)) + (15 mental health staff receive certification in DBT @ $1,000 = $15,000) + (15 mental health staff receive certification in CPI @ $1,000 = $15,000) + (15 mental health staff receive certification in ACT @ $1,000 = $15,000) + (15 mental health staff receive certification in MHFA @ $1,000 = $15,000) - less the grant contribution of $80,000 is

**$30,000+$15,000+$15,000+$15,000+$15,000+$15,000+$15,000-$80,000 =  $40,000**

**Year 2 calculation**: (15 mental health staff receive bilingual certificate extension @ $2,000 per hire = $30,000) + (15 mental health staff receive certification in TF-CBT @ $1,000 = $15,000) + (15 mental health staff receive certification in QBS @ $1,000 = $15,000)) + (15 mental health staff receive certification in DBT @ $1,000 = $15,000) + (15 mental health staff receive certification in CPI @ $1,000 = $15,000) + (15 mental health staff receive certification in ACT @ $1,000 = $15,000) + (15 mental health staff receive certification in MHFA @ $1,000 = $15,000) - less the grant contribution of $32,000 is

**$30,000+$15,000+$15,000+$15,000+$15,000+$15,000+$15,000-$32,000 =  $88,000**

AR000228

**Year 3 calculation**: (15 mental health staff receive bilingual certificate extension @ $2,000 per hire = $30,000) + (15 mental health staff receive certification in TF-CBT @ $1,000 = $15,000) + (15 mental health staff receive certification in QBS @ $1,000 = $15,000)) + (15 mental health staff receive certification in DBT @ $1,000 = $15,000) + (15 mental health staff receive certification in CPI @ $1,000 = $15,000) + (15 mental health staff receive certification in ACT @ $1,000 = $15,000) + (15 mental health staff receive certification in MHFA @ $1,000 = $15,000) - less the grant contribution of $40,000 is

**$30,000+$15,000+$15,000+$15,000+$15,000+$15,000+$15,000-$40,000 =  $80,000**

**Year 4 calculation**: (15 mental health staff receive bilingual certificate extension @ $2,000 per hire = $30,000) + (15 mental health staff receive certification in TF-CBT @ $1,000 = $15,000) + (15 mental health staff receive certification in QBS @ $1,000 = $15,000)) + (15 mental health staff receive certification in DBT @ $1,000 = $15,000) + (15 mental health staff receive certification in CPI @ $1,000 = $15,000) + (15 mental health staff receive certification in ACT @ $1,000 = $15,000) + (15 mental health staff receive certification in MHFA @ $1,000 = $15,000) - less the grant contribution of $16,000 is

**$30,000+$15,000+$15,000+$15,000+$15,000+$15,000+$15,000-$16,000 =  $104,000**

**Year 5 calculation**: (15 mental health staff receive bilingual certificate extension @ $2,000 per hire = $30,000) + (15 mental health staff receive certification in TF-CBT @ $1,000 = $15,000) + (15 mental health staff receive certification in QBS @ $1,000 = $15,000)) + (15 mental health staff receive certification in DBT @ $1,000 = $15,000) + (15 mental health staff receive certification in CPI @ $1,000 = $15,000) + (15 mental health staff receive certification in ACT @ $1,000 = $15,000) + (15 mental health staff receive certification in MHFA @ $1,000 = $15,000) - less the grant contribution of $0 is

**$30,000+$15,000+$15,000+$15,000+$15,000+$15,000+$15,000-$0 =  $120,000**

| Percentage of Non-Federal Funds | | | | | |
|---|---|---|---|---|---|
| | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) |
| U.S. Department of Education Funds | $1,750,000 | $1,750,000 | $1,750,000 | $1,750,000 | $1,750,000 |
| Non-Federal Funds | $1,081,976 | $1,190,033 | $1,258,093 | $1,322,614 | $1,384,988 |
| **Percentage of Non-Federal Funds** | **61.8%** | **68.0%** | **71.9%** | **75.6%** | **79.1%** |



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

| Name of Institution/Organization | |
|---|---|
| Haverstraw-Stony Point Central School District | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,471,647.00 | 1,540,173.00 | 1,571,688.00 | 1,592,922.00 | 1,609,094.00 | | | 7,785,524.00 |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | 198,353.00 | 177,827.00 | 138,312.00 | 141,078.00 | 140,906.00 | | | 796,476.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,670,000.00 | 1,718,000.00 | 1,710,000.00 | 1,734,000.00 | 1,750,000.00 | | | 8,582,000.00 |
| 10. Indirect Costs* | | | | | | | | |
| 11. Training Stipends | 80,000.00 | 32,000.00 | 40,000.00 | 16,000.00 | 0.00 | | | 168,000.00 |
| 12. Total Costs (lines 9-11) | 1,750,000.00 | 1,750,000.00 | 1,750,000.00 | 1,750,000.00 | 1,750,000.00 | | | 8,750,000.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)   Do you have an Indirect Cost Rate Agreement approved by the Federal government?   ☐ Yes   ☐ No

(2)   If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:   From: _____   To: _____   (mm/dd/yyyy)

Approving Federal agency:   ☐ ED   ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3)   If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?   ☐ Yes   ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)   If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes   ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)   For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?   Or,   ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is _____ %.

(6)   For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220036
Page e76

ED 524
Tracking Number:GRANT13746751                                Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:27:52 AM EDT

AR000231

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Haverstraw-Stony Point Central School District | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | 10,951.00 | 27,653.00 | | | 38,604.00 |
| 2. Fringe Benefits | 574,176.00 | 601,968.00 | 623,820.00 | 644,598.00 | 665,310.00 | | | 3,109,872.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | 467,800.00 | 500,065.00 | 554,273.00 | 563,065.00 | 572,025.00 | | | 2,657,228.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,041,976.00 | 1,102,033.00 | 1,178,093.00 | 1,218,614.00 | 1,264,988.00 | | | 5,805,704.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | 40,000.00 | 88,000.00 | 80,000.00 | 104,000.00 | 120,000.00 | | | 432,000.00 |
| 12. Total Costs (lines 9-11) | 1,081,976.00 | 1,190,033.00 | 1,258,093.00 | 1,322,614.00 | 1,384,988.00 | | | 6,237,704.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

Tracking Number:GRANT13746751     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:27:52 AM EDT

AR000232

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Haverstraw-Stony Point Central School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):   `0.00`

(2)  What does your administrative cost cap apply to?   ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR000233**

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220037**

**Gramts.gov Tracking#: GRANT13746759**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220037

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1239-GEPA AACPS)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1234-SBMH Grant Abstract AACPS)* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1235-SBMH Grant Project Narrative AACPS)* | e14 |
| *7. Other Narrative Form* | e41 |
| *Attachment - 1 (1237-AACPS Supporting Documents)* | e42 |
| *Attachment - 2 (1238-FY23 Indirect Cost Rate)* | e59 |
| *8. Budget Narrative Form* | e61 |
| *Attachment - 1 (1236-AACPS Budget Narrative-Justification)* | e62 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e70 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e73 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000235

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 11/02/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Anne Arundel County Public Schools

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 522037551

**\* c. UEI:** F9ADMUHJFCD3

**d. Address:**

**\* Street1:** 2644 Riva Road

**Street2:**

**\* City:** Annnapolis

**County/Parish:**

**\* State:** MD: Maryland

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 21401-7427

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Dr.

**\* First Name:** Kellie

**Middle Name:**

**\* Last Name:** Anderson

**Suffix:**

**Title:** Coordinator Psychological Services

**Organizational Affiliation:**

**\* Telephone Number:** 410-923-0829

**Fax Number:**

**\* Email:** kjanderson@aacps.org

AR000236

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Recruiting and retaining school psychologists in Anne Arundel County Public Schools

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR000237

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `MD-02`                    * b. Program/Project `MD-02`

Attach an additional list of Program/Project Congressional Districts if needed.

| | [Add Attachment] | [Delete Attachment] | [View Attachment] |

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                    * b. End Date: `12/31/2026`

**18. Estimated Funding ($):**

| * a. Federal | `977,692.00` |
|---|---|
| * b. Applicant | `100,000.00` |
| * c. State | `0.00` |
| * d. Local | `0.00` |
| * e. Other | `0.00` |
| * f. Program Income | `0.00` |
| * g. TOTAL | `1,077,692.00` |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `11/03/2022`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

| | [Add Attachment] | [Delete Attachment] | [View Attachment] |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | `Dr.` | * First Name: | `Mark` |
|---|---|---|---|

Middle Name: `T.`

* Last Name: `Bedell`

Suffix:

* Title: `Superintendent of Schools`

* Telephone Number: `410-222-5304`        Fax Number:

* Email: `mbedell@aacps.org`

| * Signature of Authorized Representative: | Michelle Szczepaniak | * Date Signed: | 11/02/2022 |
|---|---|---|---|

PR/Award # S184H220037

Page e5

**AR000238**

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

**Optional - You may attach 1 file to this page.**

| 1239-GEPA AACPS.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR000239**

# AACPS GEPA STATEMENT

## October 28, 2022

1. AACPS will use SBHM Grant Program funds to recruit and retain diverse school psychology and school social work interns and early career school psychology and school social work staff. We will use active strategies and incentives to recruit racially and ethnically diverse staff members, for the purposes of matching the student population of the district. No applicant will be denied participation based on gender, national origin, religion, sexual orientation, familial status, disability or age.

2. The Office of Psychological Services and Office of School Social Work will follow all federal, state, and local laws that govern the school district and all board policies that relate to equal employment practices.

3. School psychology and school social work interns and new hires will follow all federal, state, and local laws that govern the school district and all board policies that forbid discrimination in providing equal educational opportunities on the basis of race, color, sex, national origin, religion, age, disability, sexual orientation or familial status.

4. Diverse school psychologists and school social workers will be assigned to schools with identified needs, including Title I and Community Schools as designated by the Maryland Blueprint Legislation. These mental health practitioners will work with FARMS/minoritized/ELL/Special needs students with a variety of mental health needs, and activities will include counseling, consultation, family support. No student or family will be denied access based on race, color, sex, national origin, religion, age, disability, sexual orientation or familial status.

AR000240

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Anne Arundel County Public Schools

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.    * First Name: Mark    Middle Name: T.

* Last Name: Bedell    Suffix:

* Title: Superintendent of Schools

* SIGNATURE: Michelle Szczepaniak    * DATE: 11/02/2022

AR000241

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| Dr. | Kellie | | Anderson | |

Project Director Level of Effort (percentage of time devoted to grant): 10

Address:

* Street1: 2644 Riva Road

Street2:

* City: Annapolis

County:

* State: MD: Maryland

* Zip Code: 21401-7427

Country: USA: UNITED STATES

* Phone Number (give area code): 410-923-0829

Fax Number (give area code):

* Email Address: kjanderson@aacps.org

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

PR/Award # S184H220037

Page e9

Tracking Number:GRANT13746759    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:41:32 AM EDT

AR000242

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**AR000243**

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1234-SBMH Grant Abstract AACPS.pdf | [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

PR/Award # S184H220037

Page e11

Tracking Number:GRANT13746759     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:41:32 AM EDT

AR000244

AACPS SBMH Services Grant Application

Project Abstract

Anne Arundel County Public Schools (AACPS) is one of 24 LEAs in Maryland. AACPS has several student services departments that provide mental health supports to students; two of these departments, school psychology and school social work, are the focus of this grant application. AACPS is an LEA with demonstrated need in three areas: high student to school psyc/social worker ratios, high poverty, and students of military families. These needs have a significant impact on the district's ability to delivery mental health services to students, and a particular shortage in the district is diverse school psychologists and social workers. Thus, not only are students not being served by any school psychologist or social worker due to high ratios, they are also not being served by mental health practitioners that match the diversity of the students and community. This grant application aims to address these concerns through several recruitment and retention efforts, including offering paid internships for school psychology and social work students, targeted mentoring and/or clinical supervision for diverse early-career practitioners, a career pathway for LMSW social workers, financial support for professional development and membership in professional organizations, and financial incentives for bilingual social workers. AACPS will use these recruitment and retention efforts to train, hire and keep highly qualified diverse school psychologists and school social workers, which will directly increase the number and quality of mental health supports that are provided, particularly in community schools.

AR000245

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**   `1235-SBMH Grant Project Narrative AACPS.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

**AR000246**

Anne Arundel County Public Schools (MD)

School-Based Mental Health Services Grant Application

October 31, 2022

1

AR000247

AACPS SBMH Services Grant Application

Table of Contents

LEA Overview………………………………………………………………….……………3

LEA with Demonstrated Need……………………………………………………….………………3

Importance and Magnitude of the Problem…………..…………………………….……...……..6

Impact on Students……………………………………..…………………….…………………8

Logic Model……………………………………………………………………….………………9

Proposal to Increase School-Based Mental Health Providers ………………………….……..12

    Office of Psychological Services………………………………………….………..12

    Office of School Social Work………………………………………………………15

Summary…………………………………………………………………………....…21

References………………………………………………………………………….……22

Appendix A – Raw data for school psychology and school social work ratio calculations….…..23

AR000248

AACPS SBMH Services Grant Application

LEA Overview

Anne Arundel County Public Schools (AACPS) is one of 24 LEAs in Maryland. One of the larger districts in the state, AACPS has 128 schools that serve 85,000 students. Student mental health is primarily supported through the division of student services, which is comprised of four departments: school counseling, school psychology, school social work, and pupil personnel workers (e.g., truancy, homelessness). Together, they focus on school-based mental health services such as prevention, early intervention, ongoing mental health interventions and crisis interventions, including suicide/self-injury risk assessments and threat assessments. Two of these departments are the focus of this grant application: school psychology and school social work. AACPS currently employs 147 school psychologists and school social workers to support student mental health. In part because of their limited numbers, school psychologists and social workers provide supports for students primarily at the Tier 2 and Tier 3 levels.

LEA with a Demonstrated Need

AACPS meets the definition of an LEA with demonstrated need in three categories: high student to mental health service provider ratio, high rates of poverty, and students with family members deployed in the military.

First, AACPS is woefully understaffed compared to the recommended ratios for school psychologists and social workers. AACPS calculates school psychology and school social work ratios using comprehensive school enrollment data and staff FTE allocation; current calculations are based on the 2021-22 SY as that is the most recent enrollment data that are available for the district. In addition, AACPS calculates ratios based on comprehensive schools only; while

AR000249

AACPS has specialty programs and charter schools that also employ school psychologists and social workers, their job duties and funding sources are unique, and thus they are not included in the calculation. Raw data for the school psychologist and social work ratio calculations can be found in Appendix A. It should be noted that in 2021-22, school social workers were not assigned to all comprehensive schools; consequently, the ratio calculation is based only on 31% of the comprehensive schools. With that said, the National Association of School Psychologists recommends a ratio of 1:500; AACPS has a comprehensive school ratio of 1:1161. The National Association of Social Workers recommends a ratio of 1:250 in comprehensive schools; of the comprehensive schools that have a social worker, the AACPS ratio is 1:1541.

As is evident from these data, AACPS is falling well short of the recommended ratios. This has critical implications for students who are experiencing mental health needs; in many schools only the very top Tier 3 students can receive services, and students who are experiencing less than a full crisis are not likely being supported at all. AACPS and Maryland are considered as having an "underperforming ratio" in both school psychology and social work supports; according to the Hopeful Futures Campaign's *America's School Mental Health Report Card – February 2022* (https://hopefulfutures.us/), Maryland ranks 16th in the nation in school psychologist ratios and 23rd in the nation in social work ratios. Maryland also ranks worse than a number of the surrounding states, including the District of Columbia, Virginia, and a number of states in the Northeast. Not only does this impact the services that students are able to access, but it also impacts the ability to recruit school psychologists and social workers to the state in general, as there are many surrounding states with better ratios which leads to better work quality.

4

AR000250

Second, AACPS has high rates of poverty in several areas of the county. According to Poverty Amidst Plenty VII, 7th edition (2022) (https://cfaac.org/needs-assessment.html), poverty continues to be concentrated in the north and south areas of Anne Arundel County. The highest rate of poverty (using the Federal definition of poverty) is in the Brooklyn Park area at 24.8%. In addition, there is a growing population of families across the county who are employed but still struggling to make ends meet.  The United Way organization coined the term Asset Limited Income Constrained Employed (ALICE) for the individuals and families across the nation who, despite being employed, do not earn enough to afford the five basic household necessities:  housing, childcare, food, transportation, and health care.  As of 2018, there were 212,687 Anne Arundel County residents (35%) who could be categorized as ALICE or lived at or below the federal poverty level of $26,500 for a family of four (United Way ALICE Report, 2020).

A third area of demonstrated need is in having students with military families. AACPS includes Fort Meade, which is in Laurel, MD. Fort Meade is home to over 18,000 military personnel, with 11,000 family members residing on post and 80,000 in the surrounding communities (www.installations.militaryonesource.mil). Unlike some other military bases, there are not separate Department of Defense schools; all students attend schools within the AACPS district. Fort Meade is also a "compassionate assignment," which means that when students have special needs, their families can be assigned to Fort Meade for a long-term or permanent assignment. Consequently, this means that not only do AACPS school psychologists and social workers support students of military families, but they also support students identified with special needs whose families are specifically assigned to Fort Meade for those supports.

5

AR000251

Importance and Magnitude of the Problem

In 2021, Maryland passed the "Blueprint for Maryland's Future" which is a landmark piece of legislation aimed at comprehensive changes to the state's early childhood and public schools. This sweeping legislation provides significant state and local funding increases for ten years, and emphasizes a number of areas, including social/emotional supports and opportunities for all students, regardless of family income or background. A specific emphasis of this legislation is the creation of community schools, which provide expanded, wrap-around services for students and families in high poverty areas. In AACPS, there are currently 15 community schools with the expectation that the number of community schools will expand over time. The focus of the community schools includes the "social, emotional and behavioral needs of the students and their families" and as such, community schools can increase the staffing of student support personnel, including school psychologists and social workers. In the first year of implementation, AACPS has seen an increase in 6.0 FTE in social workers and 2.0 FTE in school psychologists for the support of community schools. AACPS has also increased school psychologists 3.0 FTE in support of the Blueprint emphasis on early childhood education. Taken together, the Blueprint bill has provided for 11.0 new FTE in the first year of the 10-year implementation plan. While this growth is welcome and unprecedented, it also creates significant pressure on the hiring of qualified psychologists and social workers. As noted by both NASP and NASW, shortages of school psychologists and social workers are a nationwide crisis, and AACPS is now joining this crisis. For example, during the 2021-22SY, AACPS had 7 school psychologist resignations (8% attrition rate) and 2 SW (5% attrition rate) and despite robust recruiting efforts, at the start of the school year, AACPS had three vacancies (2 social workers and 1 school psychologist), which meant that four schools were unstaffed by permanent employees. When vacancies are unfilled,

6

AR000252

AACPS uses a patchwork system of subs, contractors, in person and virtual services, and increasing the caseload of other service providers. This results in poor service delivery for school-based mental health supports; students experience a rotation of service providers with no ability to develop and maintain a consistent, supportive relationship with a service provider. Supportive relationships are the foundation for effective mental health services, and unfilled positions have a significant impact on the service delivery for students.

In addition to being an LEA with a demonstrated need, AACPS also has a need in the area of the competitive preference priority #2. While AACPS is a county with a diverse student population, the staff is far less diverse. As is evident from the chart below, AACPS continues to have an overwhelming majority white staff supporting a barely majority white district. Students and families often share that one barrier to accessing and benefiting from mental health services is the failure to have a clinician who "looks like them" and understands their specific culture and community. Consequently, not only does AACPS have shortages of staff and very poor ratios, but there is also a lack of diversity of providers to support all students and families represented in the district. This lack of diversity also impacts students, as students can be reluctant to seek support and engage in school-based mental health services when they feel that the service provider does not understand their specific needs and experiences as a non-white person.

| Race/Ethnicity | AACPS Students | OPS Staff | OSSW Staff |
|---|---|---|---|
| White | 51% | 73% | 79% |
| African American | 21% | 14% | 15% |
| Hispanic/Latino | 17% | 9% | 4% |

| Two or more races | 6% | 2% | 2% |
|---|---|---|---|
| Asian | 4% | 2% | 0% |

Impact on Students

　　　Increasing recruiting and retention of school psychologists and social workers will have a direct impact on students in several ways. First, by eliminating vacancies, students will have the opportunity to form supportive relationships with consistent service providers, and this increases their willingness to seek services. AACPS continues to see school psychology and school social work positions added at a rapid rate due to the Blueprint legislation and being able to recruit and retain staff is an essential part of meeting the social/emotional/behavioral goals of Community Schools. These additional positions will help to reduce staff to student ratios, which are critical avenues for supporting students' mental health. Furthermore, having all positions staffed means that the student services teams can work in collaboration to provide access to mental health services across the Tiers, including promoting prevention and early intervention mental health strategies.

　　　Second, an important focus of this grant request is on hiring early career school psychologists and school social workers who better reflect the diversity of AACPS students and families. Having more diverse mental health providers, who the families may see as more approachable, can greatly help to bridge the gap so that parents will give consent for services and, ultimately, students will get the support they need.   As AACPS' Hispanic population continues to grow, the need for Spanish-speaking mental health providers is even more critical. For example, during crisis situations such as assessing for suicidal risk, there is a need for

8

AR000254

nuanced, clinical conversation that is not appropriate to have via typical translation services.   In addition, during school-wide trauma response interventions (e.g., when a student dies by suicide) we have found it to be invaluable to have diverse mental health providers to further enhance the response to students of color, by having a clinician who "looks like" them.

Third, students consistently report that they are experiencing increased struggles with stress, anxiety and depression, as evident by both national and local data. For example, a recent report by Youth Truth (summarized in EdWeek, Oct 24, 2022) indicated that nationally, 50% of middle schoolers and 56% of high schoolers report that they feel depressed, stressed or anxious and that these are the biggest barriers to their learning. AACPS conducted a pilot survey of their own students last year, and preliminary data indicate that 45% of middle schoolers and 62% of high schools report that they do not manage their stress well. Furthermore, of the high school sample, nearly half of Black (42%) and Hispanic students (47%) also report that they do not manage their stress well. Recruiting and retaining more school psychologists and school social workers will have a direct effect on providing more supports to students to help them manage their feelings and recruiting and retaining diverse school psychologists and school social workers can help ensure that targeted student groups are supported appropriately.

<u>Logic Model</u>

A logic model identified the resources, activities/outputs and outcomes/impact is detailed on the next page. In its simplest form the logic model shows how all of the strategies/requests in this grant application will contribute to the retention and recruitment of qualified, diverse school psychologists and social workers, who will feel supported and engaged, and continue to work in AACPS for at least 3 years and beyond. These recruitment and retention strategies will directly contribute to having zero vacancies and filling positions created by new FTE allocations, which

9

AR000255

will in turn reduce the staffing to student ratios. Having more service providers providing direct services to students will result in improved mental health services, in terms of quantity, diversity and overall support, as well as students self-reporting improved mental health coping strategies on local measures.

10

AR000256

**AACPS Logic Model**



| Resources | Activities | Outputs | Short-term outcomes | Medium/long-term outcomes | Impact |
|---|---|---|---|---|---|
| Financial support for school psyc (SP) and social work (SW) interns | Participate in required school-based internship training in AACPS | Complete internship and graduate from SP or SW grad program | Recruited and hired in AACPS | Zero staffing vacancies | Increased capacity to provide interventions to students at all Tier levels |
| Financial support for clinical supervision of SW | Complete 100 hours of clinical supervision for completion of LCSW-C | LMSWs complete experience hours /clinical supervision; earn LCSW-C credentials | Eligible to be promoted to full LCSW-C social work position | Increased SP/SW to student ratios that more closely approximate nationally rec ratios | Increased number of students who receive mental health services, particularly in community schools |
| Financial incentives for bilingual SW | Clinical supervision/ targeted recruiting of bilingual SW | Successful hiring and credentialing of bilingual SW | Be hired and promoted as bilingual SW staff | Continued employment in AACPS, great than 3 years | Students self-report increased ability to manage stress on local (AACPS) measures |
| Matched mentoring of early career diverse SP and SW | Structured mentoring | Completed at least 24 hours of structured mentoring in first 2 yrs of AACPS employment | Maintain employment in AACPS for at least 3 years | Diverse staff matched with diverse schools increasing support for diverse students | Caseload data will show diverse populations of students receiving mental health support |
| Prof dev opps and financial support for prof memberships and conf attendance | Engaging in prof dev with diverse prof communities and support networks | Feeling connected to diverse prof community, increase knowledge of effective strategies for diverse learners | | | |

AR000257

<u>Proposal to Increase Credentialed School-Based Mental Health Providers</u>

AACPS is requesting a School-Based Mental Health Services Grant to provide support for recruiting and retaining school psychologists and social workers, with an emphasis on recruiting and retaining diverse practitioners. Each department is requesting funding for similar recruitment and retention supports, but as each office is slightly different, they will be described separately.

*Office of Psychological Services (OPS)*

Recruiting school psychologists starts at the internship level. School psychology training programs are a three-year program, with the third year being a full-time school-based internship. Some internships are paid a stipend, and the presence and size of a stipend is a critical factor when recruiting interns. Interns are one of the primary sources of hiring for a school district. At present, OPS has 5 internship positions at a stipend of $25,000. This grant proposal intends to increase this number from 5 to 8 interns. Grant funds would be used to add an additional 3 internship positions at $25,000 each. By expanding the number of paid internships OPS can offer, more interns can be recruited and trained in AACPS. Interns frequently look to stay in the district where they were trained, and if they don't stay in that district, they seek employment in another district. Consequently, not only would expanding the number of paid internship positions support AACPS, but it would also support the field by having highly qualified applicants for any district. Even when AACPS is not able to retain 100% of their interns, 100% of AACPS trained interns are fully employed the year after their internship.

In addition to expanding the total number of interns, OPS will have a specific focus on ensuring that the three new positions are filled with diverse intern candidates. In the past two years, OPS has had a targeted focus of ensuring that the intern class is majority non-white; this

12

AR000258

emphasis would be continued even within the expansion of the internship class. OPS is fortunate to have ongoing relationships with the graduate training programs at Bowie State University (HBCU) and Towson University, both of which have expanded their training programs and have an emphasis on recruiting and training diverse candidates. Letters of support from Bowie State and Towson University are included in this application.

Additionally, ensuring that all interns have appropriate equipment, resources and tools to be successful in their internship is an important aspect of supporting interns. Therefore, this grant requests funds for the purchase of laptops, iPads, psychological assessment kits, and counseling supplies. Ensuring that interns are fully equipped to complete their responsibilities without needing to pay out of their own pockets is another important way that OPS can support intern success.

In addition to recruiting school psychologists at the internship level, this grant proposal requests funding to focus on the recruitment and retention of diverse school psychologists. A key element to recruiting and retaining diverse school psychologists is the ability to offer them early career support that is specifically targeted to their needs. School psychologists who are just starting out in the field often do not have the financial resources or access to diverse mentors that help support their growth and sense of belonging. Without that support, school psychologists can become disillusioned and leave the district and even leave the field. Early career school psychologists are defined as school psychologists who are in their first three years of the profession, and AACPS has a target goal of hiring 8 diverse early career school psychologists during a 4-year period. This grant proposal includes the following supports for these school psychologists:

13

AR000259

1. Membership dues in the National (NASP) and State (MSPA) organizations for school psychology for up to the first three years of their employment in AACPS. Membership in school psychology organizations are important avenues for professional growth and development. Additionally, both NASP and MSPA have a focus on supporting diverse school psychologist and practices; for example, NASP members can join several online communities, such as African American school psychologists, Bilingual school psychologists, Latinx, Asian and Pacific Islander, etc. Many times, early career school psychologists are not able to prioritize membership dues, and by providing this financial support, AACPS can help connect early career diverse school psychologists to supportive communities.

2. National conference support. Similarly, early career school psychologists also are not often able to prioritize conference attendance, particularly when travel is required. Attendance at major school conferences is consistently identified as an energizing way to both gain knowledge, resources and connect with others in the field, and this grant request proposes to cover the costs of up to two national conferences in a four-year period for each of the 8 diverse school psychologists hired. The NASP Annual Convention, the Black School Psychologist Summit and regional conferences such as Bilingual Assessment of Dual Language Learners (Arizona Association of School Psychologists) are examples of conferences that offer specific supports to diverse school psychologists, not only in terms of professional development but also in terms of an opportunity to connect with other diverse school psychologists in the field.

3. Mentoring in AACPS with matched school psychology mentors. Additionally, for up to the first two years of their employment, this grant request proposes establishing formal

mentoring relationships with veteran school psychologists who are matched to the diverse early career school psychologist. As AACPS and OPS expands their social justice lens, the importance of having supportive colleagues who are matched to the school psychologist's race, ethnicity etc. has become apparent. AACPS school psychologists are already fostering informal opportunities for this support network, creating groups such as the "Clinicians of Color" professional learning community. This grant would help to extend that support further, by offering stipends to both the mentors and early career school psychologists for monthly after school meetings where they could focus on having a shared space to discuss all issues of concern, be it advocating for students or getting support on navigating difficult colleague situations, etc.

In sum, these additional supports would be both a recruitment and retention tool for AACPS, focusing on both attracting diverse candidates to the district, and supporting them in their early career. These financial supports and mentorship opportunities will increase their knowledge, connection, and support through active participation in the state and national organizations, school psychologist organizations specifically aligned with their diverse characteristics, and in-depth mentoring from veteran district school psychologists, which will directly support their work in AACPS.

*Office of School Social Work (OSSW)*

Currently, the OSSW is comprised of 53 school social workers. Like OPS, OSSW currently has a majority white staff which does not match the demographics of the larger AACPS student population. Our permanent employee school social workers have a master's degree in social work (MSW) and are licensed in Maryland at the highest level which is Licensed Certified Social Worker – Clinical (LCSW-C). Compared to some surrounding LEA's we are a smaller

15

AR000261

department of school social workers (e.g., Baltimore City Schools have 207 SSW's, Baltimore County has over 100). Although one may be certified by The Maryland State Department of Education (MSDE) as a school social worker with their first-level licensure upon MSW graduation (licensed master social worker – LMSW), AACPS has historically only hired LCSW-C's. One reason for this is that they provide clinical interventions and counseling services (individual/group) independently, without social work-specific, clinical supervision. This has been necessary because in most cases they are the only school social worker in the building. This hiring practice maintains a high caliber of clinical staff. However, as school-based mental health needs expand and workforce shortages continue to increase, we find ourselves with far fewer qualified applicants than in past years. As such, the OSSW is exploring additional avenues to employ LMSW's and provide them with clinical supervision as they work toward their LCSW-C licensure. This pathway will be explained further, herein.

School social workers in Anne Arundel County provide individualized, group, classroom, family and community support to students and their families. In the majority of schools, they are the only AACPS student services staff who are licensed by the state of MD as mental health providers. The School Social Work Association of America (SSWAA) and the NASW School Social Work guidelines are standards of practice and ethics that frame our work. Specifically, within AACPS, the OSSW mission and vision statements are as follows:

**OSSW Mission**: Using a collaborative, strengths-based approach, the Office of School Social Work exists to provide social/emotional support to all students in the form of individual, family, and community-wide interventions, with the goal of eliminating barriers to their learning. School social workers value the dignity and worth of each individual and advocate for equity and social justice.

16

AR000262

**OSSW Vision**:  The Office of School Social Work is committed to developing positive and engaging relationships with students, families, schools, and community partners to support social and emotional wellness, maximizing academic success.

The purpose of the SBMH grant program is "to increase the number of credentialed mental health services providers providing school-based mental health services to students in LEA's with demonstrated need."  <u>Competitive Preference Priority 2</u> of the SBMH grant is *"increasing the number of credentialed school-based mental health providers in LEA's with demonstrated need who are <u>from diverse backgrounds</u> or from communities served by the LEA's with demonstrated need."*  In this narrative, we have described the demonstrated need in Anne Arundel County.  Although the OPS and OSSW strive to hire diverse applicants, there is additional work to do in this area and need for additional funding supports to recruit, hire, support and retain diverse school social workers and psychologists.   We have taken feedback from students, especially during trauma response incidents, that they prefer to have a clinician who "looks like me."   We wholeheartedly agree, yet we currently fall significantly short in this area.

If funded through the SBMH grant, the OSSW will implement a "Pathways" program to lead a cohort of highly qualified diverse MSW interns through from 2nd year internship to LCSW-C credentialed school social worker.   The Pathways program plan for recruitment and retention of racially and ethnically diverse school social workers includes several parts:

1) <u>Recruitment</u>:  AACPS has a long history of providing field instruction for MSW students. The University of MD School of Social Work has been the main pipeline for MSW students, but we have also had students from Morgan State University, Salisbury University, and Simmons University.   For next school year, the goal is to strengthen our

17

AR000263

existing partnership with Morgan State University (HBCU) and create a partnership with Howard University, also an HBCU. The position will be advertised at all universities with whom AACPS maintains an affiliation agreement. The job description will target Advanced (2nd year or advanced standing) MSW students of color. After an open application/interview period, selected  If funded by the SBMH grant, AACPS will be able to pay a cohort of 5 interns a stipend of $15,000 each for their advanced internship. A letter of support from University of MD School of Social Work is included in this grant application.

2) <u>Materials</u>: Ensuring that all interns have appropriate equipment, resources and tools to be successful in their internship is an important aspect of supporting interns. Therefore, this grant requests funds for the purchase of laptops and counseling supplies. Ensuring that interns are fully equipped to complete their responsibilities without needing to pay out of their own pockets is another important way that OSSW can support intern success.

3) <u>Hiring</u>:  During the spring of their internship year, there will be an opportunity for interns to apply and interview for a pool of applicants for when permanent positions are confirmed to be available for the next school year.  Individuals from this cohort would be eligible for hiring upon completion of their MSW and earning their LMSW license. SBMH funding would not be used to pay permanent staff salaries.   They would matriculate into vacant positions that are funded by existing sources.

4) <u>Clinical Supervision</u>:  As a requirement for licensing at the LCSW-C level, social workers must have an MSW, be licensed as an LMSW, 100 hours of face-to-face clinical supervision, work a minimum of 2 years with at least 3000 hours of social work practice (at least 1500 must be in direct client contact).  With funding from the SBMH grant,

AACPS will be able to pay clinical supervisors (existing or retired AACPS social workers with supervisor board certification) at the rate of $75 per hour, for up to 100 hours over a period of 2 to 3 years while cohort members are working toward their LCSW-C licensure.  This is a necessary step in the process because highly qualified applicants are typically seeking a position where they will get quality clinical supervision as part of their employment.

5) <u>Mentoring</u>:  As a part of our support for new school social workers, AACPS has traditionally paired each one with one of AACPS' veteran social workers for their first year.  This has been an informal support, however, if funded this program would become more formalized for diverse early career school social workers in the cohort. One element would be to provide funding for 1 hour per month of after-school time to meet and discuss the intersectionality of one's own race/ethnicity and how it impacts and is impacted by their work in AACPS (i.e., with students, families, colleagues, and the larger system).  As the OSSW continues to expand our diversity, equity and inclusion work, there is a particular need especially for early career social workers to have a mentor who shares their same race/ethnicity.

6) <u>Professional development</u>: This grant request includes professional development funding for professional conferences, including up to two major conferences over a 4-year period for early career school social workers (e.g. SSWAA national convention).  There are other local conferences which may be considered, as well.  Within AACPS, school social workers and psychologists can participate in professional learning communities such as the "Clinicians of Color" and the LGBTQ+ Advisory committee.   In addition to

19

AR000265

conferences, OSSW will pay professional dues for SSWAA and the local chapter (SSWIM) for up to the first 2 years of their early employment.

Along the same lines but separate from the Pathways Program, the SBMH grant would provide additional assistance in the hiring of diverse staff, as follows:

1) <u>Hiring bonus</u> for bilingual Spanish-speaking LCSW-C's.  To meet the growing need for bilingual social workers in Anne Arundel County, if funded, AACPS will award an additional $2000 hiring bonus (one-time) for highly qualified bilingual social workers (two per year).

2) <u>Clinical Supervision for bilingual</u> (Spanish) social workers who have an existing LMSW license but who require clinical supervision toward LCSW-C licensure.   To meet the growing need for bilingual social workers in Anne Arundel County, if funded, AACPS will be able to pay for clinical supervision of 2 LMSW's per year, toward their LCSW-C licensure.

<u>Prompt Delivery of Services to Students</u>

If awarded the grant, the OPS and OSSW offices would begin recruiting efforts in January. OPS internship interviews occur in January, and internships are awarded in the spring. OSSW internship interviews and placement  assignments occur in late winter/early spring, for the upcoming school year.   For both OPS and OSSW permanent, any mid-year vacancies and all upcoming school year vacancies would target diverse, early career school psychologists, using these grant resources as recruiting incentives. Open contracts would be offered through the HR dept, to ensure that candidates could be hired as soon as possible. Mentors and/or clinical supervisors would be identified promptly as people are onboarded, and their mentoring/supervision activities would start immediately. Furthermore, job fairs, advertisements

20

AR000266

through NASP and MSPA would highly the supports offered for diverse early career school psychologists. Supports to students would be provided immediately upon positions being filled.

<u>Summary</u>

In sum, AACPS is one of 24 LEAs in the state of Maryland with demonstrated need. This grant proposal requests funding to support the recruitment and retention of diverse school psychologists and school social workers and includes an emphasis on supporting interns and providing additional support for early career diverse school psychologists and social workers. These strategies include targeted mentoring, licensure supervision, expanded professional development support and hiring bonuses for bilingual social workers. These additional supports will both support the district in their goal to have highly skilled mental health professionals filling all available positions and supporting students and families with school-based mental health professionals who are matched to their diverse communities and needs.

21

AR000267

References

Community Foundation of Anne Arundel County (2022). Poverty Amidst Plenty VII: Moving Forward Together. https://cfaac.org/download/assessment?sid=1922

Hopeful Futures (Feb, 2022). *America's School Mental Health Report Card* https://hopefulfutures.us/.

Prothero, A. (2022. Students say depression, anxiety are holding them back. But they can't find help at school. *EdWeek*. https://www.edweek.org/leadership/students-say-depression-anxiety-are-holding-them-back-but-they-cant-find-help-at-school/2022/10

AR000268

**Appendix A: Raw data for school psychology and school social work ratios**

AACPS school psychologist ratio by school Sept 30, 2021

| School | FTE | Enrollment | Ratio |
|---|---|---|---|
| AACPS Virtual | 1.00 | 562 | 562 |
| Annapolis ES | 0.40 | 186 | 465 |
| Annapolis HS | 1.00 | 2,159 | 2159 |
| Annapolis MS | 1.00 | 964 | 964 |
| Arnold ES | 0.40 | 522 | 1305 |
| Arundel HS | 1.00 | 1,733 | 1733 |
| Arundel MS | 1.00 | 1,196 | 1196 |
| Belle Grove ES | 0.40 | 306 | 765 |
| Belvedere ES | 0.40 | 515 | 1288 |
| Benfield ES | 0.40 | 410 | 1025 |
| Bodkin ES | 0.40 | 498 | 1245 |
| Broadneck ES | 0.50 | 686 | 1372 |
| Broadneck HS | 1.00 | 2,203 | 2203 |
| Brock Bridge ES | 0.60 | 481 | 802 |
| Brooklyn Park ES | 0.60 | 469 | 782 |
| Brooklyn Park MS | 1.00 | 834 | 834 |
| Cape St. Claire ES | 0.40 | 594 | 1485 |
| Carrie Weedon | 0.20 | 63 | 315 |
| Central ES | 0.60 | 556 | 927 |
| Central Middle | 0.80 | 1,281 | 1601 |
| Chesapeake Bay MS | 0.60 | 1081 | 1802 |
| Chesapeake HS | 1.00 | 1388 | 1388 |
| Corkran MS | 0.80 | 632 | 790 |
| Crofton ES | 0.40 | 648 | 1620 |
| Crofton HS | 1.00 | 1030 | 1030 |
| Crofton Meadows ES | 0.40 | 532 | 1330 |
| Crofton MS | 0.60 | 1293 | 2155 |
| Crofton Woods ES | 0.60 | 742 | 1237 |
| Davidsonville ES | 0.40 | 601 | 1503 |
| Deale ES | 0.20 | 190 | 950 |
| Eastport ES | 0.40 | 272 | 680 |
| Edgewater ES | 0.60 | 584 | 973 |
| Ferndale ECC | 0.40 | 103 | 258 |
| Folger McKinsey ES | 0.40 | 597 | 1493 |
| Fort Smallwood ES | 0.40 | 467 | 1168 |
| Four Seasons | 0.60 | 665 | 1108 |

PR/Award # S184H220037
Page e36

AR000269

| | | | |
|---|---|---|---|
| Freetown ES | 0.40 | 517 | 1293 |
| George Cromwell ES | 0.40 | 316 | 790 |
| Northeast MS | 0.60 | 848 | 1413 |
| Georgetown East | 0.40 | 275 | 688 |
| Germantown ES | 0.40 | 500 | 1250 |
| Glen Burnie HS | 1.00 | 2193 | 2193 |
| Glen Burnie Park ES | 0.40 | 490 | 1225 |
| Glendale ES | 0.40 | 388 | 970 |
| Hebron-Harmon ES | 0.60 | 677 | 1128 |
| High Point ES | 0.40 | 659 | 1648 |
| Hillsmere ES | 0.40 | 396 | 990 |
| Hilltop ES | 0.60 | 499 | 832 |
| Jacobsville ES | 0.60 | 545 | 908 |
| Jessup ES | 0.60 | 573 | 955 |
| Jones ES | 0.40 | 293 | 733 |
| Lake Shore ES | 0.40 | 318 | 795 |
| Lindale MS | 1.00 | 1,185 | 1185 |
| Linthicum ES | 0.60 | 442 | 737 |
| Lothian ES | 0.20 | 451 | 2255 |
| MacArthur MS | 0.80 | 883 | 1104 |
| Magothy River MS | 0.60 | 699 | 1165 |
| Manor View ES | 0.40 | 257 | 643 |
| Marley ES | 0.60 | 760 | 1267 |
| Marley MS | 0.60 | 940 | 1567 |
| Maryland City ES | 0.40 | 409 | 1023 |
| Mayo ES | 0.40 | 337 | 843 |
| Meade Heights ES | 0.60 | 364 | 607 |
| Meade HS | 1.60 | 2,143 | 1339 |
| Meade MS | 0.80 | 827 | 1034 |
| Millersville ES | 0.40 | 361 | 903 |
| Mills Parole ES | 0.60 | 559 | 932 |
| Nantucket ES | 0.60 | 665 | 1108 |
| North County HS | 1.00 | 2,446 | 2446 |
| North Glen ES | 0.40 | 286 | 715 |
| Northeast HS | 1.00 | 1,387 | 1387 |
| Oak Hill ES | 0.40 | 616 | 1540 |
| Oakwood ES | 0.60 | 359 | 598 |
| Odenton ES | 0.60 | 534 | 890 |
| Old Mill HS | 1.00 | 2,394 | 2394 |
| Old Mill Middle North | 0.60 | 992 | 1653 |
| Old Mill Middle South | 0.60 | 964 | 1607 |

PR/Award # S184H220037
Page e37

AR000270

| | | | |
|---|---|---|---|
| Overlook ES | 0.40 | 327 | 818 |
| Park ES | 0.60 | 524 | 873 |
| Pasadena ES | 0.60 | 353 | 588 |
| Pershing Hill ES | 0.60 | 495 | 825 |
| Piney Orchard ES | 0.60 | 941 | 1568 |
| Point Pleasant ES | 0.60 | 459 | 765 |
| Quarterfield ES | 0.40 | 442 | 1105 |
| Richard Henry Lee ES | 0.40 | 476 | 1190 |
| Ridgeway ES | 0.60 | 566 | 943 |
| Rippling Woods ES | 0.60 | 505 | 842 |
| Riveria Beach ES | 0.20 | 270 | 1350 |
| Rolling Knolls ES | 0.60 | 361 | 602 |
| Seven Oaks ES | 0.40 | 494 | 1235 |
| Severn ES | 0.40 | 533 | 1333 |
| Severn River MS | 0.60 | 747 | 1245 |
| Severna Park ES | 0.40 | 375 | 938 |
| Severna Park HS | 1.00 | 1,854 | 1854 |
| Severna Park MS | 1.00 | 1,440 | 1440 |
| Shady Side ES | 0.40 | 406 | 1015 |
| Shipleys Choice ES | 0.40 | 356 | 890 |
| Solley ES | 0.40 | 710 | 1775 |
| South River HS | 1.00 | 1,787 | 1787 |
| South Shore ES | 0.40 | 300 | 750 |
| Southern HS | 1.00 | 1,030 | 1030 |
| Southern MS | 0.80 | 769 | 961 |
| Southgate ES | 0.40 | 710 | 1775 |
| Sunset ES | 0.20 | 400 | 2000 |
| Tracey's ES | 0.40 | 425 | 1063 |
| Tyler Heights ES | 0.60 | 418 | 697 |
| Van Bokkelen ES | 0.40 | 382 | 955 |
| Waugh Chapel ES | 0.60 | 593 | 988 |
| West Annapolis ES | 0.20 | 227 | 1135 |
| West Meade Early Education Center | 0.20 | 228 | 1140 |
| Willey Bates MS | 1.00 | 700 | 700 |
| Windsor Farm ES | 0.40 | 495 | 1238 |
| Woodside ES | 0.60 | 330 | 550 |

Comprehensive School to School Psych.        Average        1161

113 Comprehensive schools included in calculation

Ratio calculation does not include Regional, Phoenix, Moss, Child Find, Ruth Eason/Marley Glen/Central Special. Also does not include charter schools, which fund their own school psychologist and school social worker time

AACPS school social worker ratio by school Sept 30, 2021

| School | FTE | Enrollment | Ratio |
|---|---|---|---|
| AACPS Virtual | 1.00 | 562 | 562 |
| Annapolis ES | 0.50 | 186 | 372 |
| Annapolis HS | 1.00 | 2,159 | 2159 |
| Annapolis MS | 1.00 | 964 | 964 |
| Arundel HS | 0.50 | 1,733 | 3466 |
| Arundel MS | 0.50 | 1,196 | 2392 |
| Belle Grove ES | 0.50 | 306 | 612 |
| Broadneck HS | 0.50 | 2,203 | 4406 |
| Brooklyn Park ES | 0.60 | 469 | 782 |
| Brooklyn Park MS | 1.00 | 834 | 834 |
| Chesapeake Bay MS | 0.50 | 1081 | 2162 |
| Chesapeake HS | 0.50 | 1388 | 2776 |
| Corkran MS | 1.00 | 632 | 632 |
| Eastport ES | 0.50 | 272 | 544 |
| Northeast MS | 0.50 | 848 | 1696 |
| Georgetown East | 0.50 | 275 | 550 |
| Glen Burnie HS | 1.00 | 2193 | 2193 |
| Glen Burnie Park ES | 0.50 | 490 | 980 |
| Lindale MS | 1.00 | 1,185 | 1185 |
| MacArthur MS | 1.00 | 883 | 883 |
| Marley ES | 0.40 | 760 | 1900 |
| Marley MS | 1.00 | 940 | 940 |
| Meade Heights ES | 0.30 | 364 | 1213 |
| Meade HS | 1.00 | 2,143 | 2143 |
| Meade MS | 1.00 | 827 | 827 |
| Mills Parole ES | 0.50 | 559 | 1118 |
| North County HS | 1.00 | 2,446 | 2446 |
| Northeast HS | 0.50 | 1,387 | 2774 |
| Old Mill HS | 1.00 | 2,394 | 2394 |
| Old Mill Middle North | 0.50 | 992 | 1984 |
| Old Mill Middle South | 0.50 | 964 | 1928 |
| Park ES | 0.50 | 524 | 1048 |
| Richard Henry Lee ES | 0.50 | 476 | 952 |
| Rippling Woods ES | 0.50 | 505 | 1010 |
| Southern HS | 0.50 | 1,030 | 2060 |

PR/Award # S184H220037
Page e39

AR000272

| | | | |
|---|---|---|---|
| Southern MS | 0.50 | 769 | 1538 |
| Southgate ES | 0.50 | 710 | 1420 |
| Willey Bates MS | 1.00 | 700 | 700 |

Comprehensive School to School Social Worker        Average        1541

38 Comprehensive schools included in calculation
Ratio calculation does not include Regional, Phoenix, Moss, Child Find, Ruth Eason/Marley Glen/Central Special. Also does not include charter schools, which fund their own school psychologist and school social worker time

27

AR000273

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1237-AACPS Supporting Documents.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13746759    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:41:32 AM EDT

AR000274

# Resumés of
# Key Personnel

**AR000275**

# KELLIE J. ANDERSON

1736 Patapsco Street
Baltimore MD 21230
443-822-1825

**EDUCATION:**

Ph.D. August 2005
University of Delaware, Newark DE
Major: School Psychology
Dissertation: *Understanding Parents' Decisions to Become Involved in Their Children's Education*

Specialist Certificate, May 2004
University of Delaware, Newark DE
Major: School Psychology

M.A., May 1999
University of Delaware, Newark DE
Major: School Psychology

B.S., May 1994
James Madison University, Harrisonburg VA
Major: Psychology
Summa cum laude, with honors and distinction

**CERTIFICATION:**

Advanced Professional Certificate, State of MD
Nationally Certified School Psychologist

Administration certificate completed

**PROFESSIONAL EXPERIENCE:**

2016-Present

*Coordinator of Psychological Services – Anne Arundel County Public Schools*
Oversees the Office of Psychological Services, supervising 85 school psychologists and 4-5 interns per year. Responsibilities include: maintain, support and promote the dept mission, supervision and evaluation, maintaining department budget and staffing, hiring and employee discipline, collaborating with other departments and divisions, including school counseling, pupil personnel workers, discipline, special education and early childhood intervention.

Special areas of interest/ongoing professional involvement:

Threat Assessment
- Ongoing staff training for school psychologists, social workers, school counselors, and administrators regarding implementation of the AACPS threat assessment process

AR000276

- Revised the AACPS threat assessment policy/regulations to ensure compliance with the Safe to Learn Act (2018); facilitate their review and approval by the Board of Education
- Contributor, Maryland Model Policy for Behavioral Threat Assessment (Maryland Center for School Safety, Summer, 2018)
- Member, MSPA School Safety Ad Hoc committee (2015)
- Created and conducted statewide SRO training in school-based threat assessment (Maryland Center for School Safety; summer, 2019)
- Ongoing Member, Governor's Advisory Committee for School Safety

Schoolwide Trauma Response/Trauma Response for Acts of Mass Violence
- PREPaRE trained trauma responder
- Co-coordinator of countywide trauma team responses
- Lead trainer for countywide trauma teams, including new member training, refresher training, and specialized PD such as catastrophic trauma training for natural disasters
- Additional focus on preparation and planning for acts of mass violence, including partnering with Office of Safety Security and AA County police regarding reunification process and drills, creation of trauma "to go" bags and development of mental health/student services response post-event.

Member, Anne Arundel County Mental Health Task Force
- Member of a joint committee (AACPS and Anne Arundel County Mental Health Agency) to identify and implement strategies to improve mental health supports for students both in school and within the county.

2004-2015    *School Psychologist – Anne Arundel County Public Schools*
Provide comprehensive psychological services to K-12 students, including assessment, counseling, consultation, crisis intervention, and extensive participation in IEP and 504 processes. Current placement is at South River High School, a large comprehensive high school that includes a STEM program, ELA program and a small regional program for student with emotional disabilities. Past and/or ongoing participation on regular school team (RST), school-wide improvement committees (MDS3, PBIS), in student initiatives such as Active Minds mental health awareness club, AACC transition program for special education students, and participation in bilingual parent night. Also provide as needed psychological services for South River Evening High School, including counseling, crisis intervention, and 504/IEP meetings.

Also supervised a total of four interns and two practicum students. For interns, provided direct supervision across all aspects of being a school psychologist; including a minimum of one hour weekly supervision plus observations and feedback throughout the year. For practicum students, provided direct supervision on assessment for two clinical psychology students for one semester.

AR000277

*Adjunct Faculty - University of Delaware School Psychology Program*
Taught graduate level classes for school psychology students: School-based Family Issues and Intervention (Spring 2009, Spring 2010) and Individual Intelligence Testing (Fall 2009, Fall 2010). Responsibilities included grading and providing ongoing feedback to students to develop their foundational skills as school psychologists, including providing feedback on videotaped sessions with graduate students administering IQ tests.

2003-2004    *Intern, Houston Independent School District, Houston TX*
APA approved internship site; provided comprehensive psychological services (e.g., assessment, counseling, consultation) and extensive crisis intervention in large urban district, serving K-12 population.

2000-2003    *Supervised Research, University of Delaware*
Assisted two faculty members in studying collaborative family-school conferencing, including teacher training, data collection and analysis, publications and presentations at local and national conferences.

*Instructor, School of Education, University of Delaware*
Taught three sections of Family-School Collaboration and Problem-Solving (Summer 2002, Summer 2003), graduate level summer courses for teachers, administrators and other school personnel. Responsibilities included teaching, grading and providing ongoing feedback to students to improve their family-school collaboration practices.

1998-2002    *Sr. Research Assistant, Center for Disabilities Studies, University of Delaware*
Participated in the development and implementation of the Delaware Alternative Portfolio Assessment, a statewide alternate assessment for students with moderate to severe cognitive disabilities. Involvement included program development, teacher training, data analysis, publication of technical reports and local and national presentations.

## PUBLICATIONS

Minke, K.M., & Anderson, K.J. (2008). Best practices in facilitating family-school meetings. In A. Thomas & J. Grimes (Eds.). *Best practices in school psychology-V* (pp. 969-982). Bethesda MD: National Association of School Psychologists.

Anderson, K.J. & Minke, K.M. (2007). Parent involvement in education: Towards an understanding of parents' decision making. *Journal of Educational Research, 100*(5), 311-323.

Minke, K. M. & Anderson, K. J. (2005). Family-school collaboration and positive behavior supports. *Journal of Positive Behavior Interventions*, *7*(3), 181-185.

Minke, K. M. & Anderson, K. J. (2003). Family-school conferences: An effective means to encourage parent involvement in education. *Elementary School Journal, 104*(1), 49-69.

Vickers, H. S., Minke, K. M. & Anderson, K. J. (2002). Best practices in facilitating collaborative family-teacher routine conferences. In A. Thomas & J. Grimes (Eds.), *Best Practices in School Psychology IV* (pp. 431-449). Bethesda, MD: National Association of School Psychologists.

AR000278

## RESEARCH REPORTS

Crossen, S. G., Anderson, K. J., & Pietraniello, A. (2002).  *Delaware Alternate Portfolio Assessment: Year One Survey Report*. Newark, DE: University of Delaware, Center for Disabilities Studies.

Peters, D. L., Crossen, S. G., & Anderson, K. J.  (2000).  *Technical Report 1: Raising Expectations for the School Performance of Students with Moderate to Severe Cognitive Disabilities*.  Newark, DE: University of Delaware, Center for Disabilities Studies.

Peters, D. L., Crossen, S. G., & Anderson, K. J. (2000).  *Delaware Alternate Portfolio Assessment: Implementation Study Feedback Report*.  Newark, DE: University of Delaware, Center for Disabilities Studies.

Manning, M. A., Crossen, S. G., & Anderson, K. J. (2000).  *Field Study Survey Report*.  Newark, DE: University of Delaware, Center for Disabilities Studies.

Crossen, S. G., Anderson, K. J., & Landmesser, S. B. (1999).  *Delaware Alternate Portfolio Assessment: Pilot Study 1 Report*.  Newark, DE: University of Delaware, Center for Disabilities Studies.

Crossen, S. G., Anderson, K. J., & Landmesser, S. B. (1999).  *Delaware Alternate Portfolio Assessment: Pilot Study 2 Report*.  Newark, DE: University of Delaware, Center for Disabilities Studies.

Crossen, S. G., Landmesser, S. B., & Anderson, K. J. (1999).  *Comprehensive System of Personnel Development:  Consultation/Support Team Survey*.  Newark, DE:  University of Delaware, Center for Disabilities Studies.

Crossen, S. G., & Anderson, K. J. (1998).  *Delaware Alternate Portfolio Assessment:  Feasibility Study Report*.  Newark, DE:  University of Delaware, Center for Disabilities Studies.

## PROFESSIONAL PRESENTATIONS

Anderson, K.J. & Minke, K.M. (August, 2006). *Beliefs, resources and invitations: Effects of parent involvement in education.* Poster presented at the annual meeting of the American Psychological Association, New Orleans, LA.

Minke, K. M. & Anderson, K. J.  (March. 2003).  *Family-School Collaboration: A CORE Component of Positive Behavior Supports*.  Paper presented at the annual Positive Behavior Support conference, Orlando.

Minke, K. M. & Anderson, K. J.  (February, 2002).  *Family-School Conferences: An Effective Tool for Improving Relationships among Parents, Teachers and Children*.  Paper presented at the annual meeting of the National Association of School Psychologists (NASP), Chicago.

Peters, D., Touchette, B., Weber, J., Crossen, S. & Anderson, K.  (December, 2001).  *Putting the Pieces Together: Statewide Implementation of a Portfolio-Based Alternate Assessment System*.  Paper presented at the annual meeting of The Association for the Severely Handicapped (TASH), Anaheim.

Anderson, K., Mieczkowski, M., Touchette, B., Peters, D. & Crossen, S.  (December, 2000). *Implementing a Portfolio-Based Alternate Assessment System: Issues, Insights and*

AR000279

*Recommendations*.  Paper presented at the annual meeting of The Association for the Severely Handicapped (TASH), Miami.

Mieczkowski, M., Crossen, S. G., & Anderson, K. A. (December, 1999).  *Implementation of a Portfolio-Based Alternate Assessment:  Issues, Insights, and Recommendations*.  Paper presented at the annual meeting of The Association for the Severely Handicapped (TASH), Chicago.

**PROFESSIONAL ORGANIZATION MEMBERSHIPS**
- Maryland School Psychology Association
- National Association of School Psychologists
- American Psychological Association

**References available upon request**

AR000280



# CLAUDETE BLACKWELL

Resource Social Worker

## PROFILE

Clinical social worker with extensive experience in educational, medical, and legal systems

## CONTACT

PHONE:
443-506-8696

EMAIL:
blackwellclaudette@gmail.com

## HOBBIES

Reading
Bowling
Crafting
Baking

## EDUCATION

**Walden University**
Doctor of Philosophy Candidate
July 2020 - Present
Date of expected graduation 2024.

**University of Maryland, Baltimore**
Master of Social Work
1993 - 1994

**University of Maryland, Baltimore County**
Bachelor of Social Work
1988 - 1992

## WORK EXPERIENCE

**Anne Arundel County Public Schools, Resource Social Worker**
**2002- Present**
Training and coordination of social work services provided by school social workers. Field Liaison for foundation and advanced social work interns. Onsite trauma response planner. Direct/Indirect counseling support to both general education and special education students.

**Business Health Services, Consultant**
2010–2021
Serve as Critical Incident Stress Manager for businesses experiencing trauma and crisis situations. Facilitation of professional development workshops for employees surrounding trauma and conflict management. Individual, family, couples therapy through EAP services.

**Magellan Health Services, Senior Care Manager Supervisor**
**2000-2002**
Crisis support and service coordination to members experiencing mental health and substance abuse crises. Critical Incident Stress Debriefing Manager.

**Kennedy Krieger Institute, Therapeutic Foster Care Case Manager**
**1996-2002**
Direct social work services for children in therapeutic foster care in accordance with Maryland State regulations. Conducted regional, national, and local trainings for staff, families, and other professionals in the child welfare system. Facilitate adoption services for wards of the state of Maryland.

AR000281

# Heidi Taylor, LCSW-C      hhtaylor@aacps.org      443-618-8290

## SKILLS

Clinical social worker with 28 years' experience in social work, with diverse populations, across various settings including schools, outpatient mental health clinics, psychiatric inpatient, residential treatment, treatment foster care, and community programs.  Flexible, team player with excellent written and verbal communication skills.

## EXPERIENCE

**Anne Arundel County Schools (AACPS) – Coordinator of School Social Work (July 2020 to present)**

- Originated the role of the coordinator of the Office of School Social Work (OSSW).  Administrative and clinical supervision of 53 school social workers and one administrative assistant.  Oversight of all facets of the OSSW – programs, budget, recruiting/hiring/training staff.  Planning and delivery of professional development to school social workers.  Implementation of school-based trauma response.  Collaboration on interdisciplinary projects with multiple departments (e.g. student services, special education, alternative education).  Grant writing for expansion of school mental health programs.  Departmental leadership in advancing the role of the school social worker, social work ethics and diversity, equity and inclusion principles.

**Anne Arundel County Schools (AACPS) - School Social Worker  (August 2006 to July 2020)**

- Leadership highlights:  Resource social worker - Conducted formal observations of social work staff; member of Anne Arundel Co. Mental Health Task Force; coordinated MSW intern program for the past 6 years;  facilitated social work meetings and delivered professional development trainings; instrumental in equipping social workers to do telehealth; provided technical assistance throughout COVID19 shutdown; led the PD committee in getting AACPS to "approved sponsor" status with Board of SW Examiners; advised on current legislation impacting school social workers; secured grant funding for and organized training "Ethical Considerations and Racial Bias in Clinical Practice" (Nov 2020)

- School social work in elementary schools, middle schools, alternative high school, evening high school, and regional special education program for students with emotional disabilities.
- Individual and group counseling, family consultation, in-class mindfulness/coping skills lessons, crisis intervention, suicide/risk assessments, home visits, service linkage, collaboration with school teams and community mental health providers. Field instructor for MSW intern and coordinator of MSW interns for AACPS. Participation in Collaborative Decision-making teams, IEP teams, FBA/BIP processes, writing IEP goals and monitoring progress.

**Arundel Psychological Associates – psychotherapist** (part-time, October 2019 to present)
- Individual and family therapy with children and adolescents, specializing in anxiety and trauma work, using therapeutic modalities such as CBT, solution-focused brief therapy, attachment-based techniques and mindfulness-based stress reduction.

**Adolescent & Family Services (AA County Health Department) – therapist** (January 2006 to August 2006)

- Psychosocial assessment and diagnosis of mental health disorders
- Individual, family, and group therapy using approaches such as play therapy, cognitive behavioral therapy, solution-focused brief interventions and attachment-based family therapy
- Treatment planning, medical assistance documentation and billing; interdisciplinary collaboration

AR000282

- **Board of Child Care Outpatient Mental Health Clinic - Pasadena, MD – therapist** (Dec 2002 – Dec 2005)
- Psychosocial assessment and diagnosis of mental health disorders
- Individual, family, and group therapy using approaches such as play therapy, sand tray therapy, cognitive behavioral therapy, solution-focused brief interventions and attachment-based family therapy
- Treatment planning, medical assistance documentation and billing
- Collaboration with child psychiatrist, schools and other service providers; MSW field instructor

**Baptist Family & Children's Services (Now, Building Families for Children) - Columbia, MD - Supervisor, Service Delivery Coordinator** (June 2000 - December 2002)

- Recruited by employer to serve as supervisor for CHOSEN treatment foster care program; promoted to Service Delivery Coordinator.
- Responsible for interviewing, training, and evaluating staff; Program development, training and evaluation of therapeutic foster families.
- Crisis intervention, on-call responsibilities, and direct work with children, foster families, and biological families, collaboration with local departments of social services.

**Catholic Charities/St. Vincent's Center, Timonium, MD - Senior Clinician** (August 1998 - June 2000)

- Psychosocial assessment and intervention in the Genesis Diagnostic Unit
- Individual therapy (play therapy, CBT) and behavioral intervention with children 4 to 12 years old
- Family therapy with biological families as part of DSS reunification plan, as well as pre-adoptive families.
- Crisis intervention; clinical consultant to interdisciplinary team and support staff.
- Case management and collaboration with county DSS agencies throughout MD.
- Field instructor for MSW graduate student

**Taylor Manor Hospital/Sheppard Pratt Ellicott City - Weekend Clinician (**1998 to 2001 and 2003-2005)

- Worked 2-3 weekend days per month, in addition to a full-time job.  Completed psychosocial assessments and individual/family therapy with newly admitted patients (primarily adolescents & adults).  Collaborated with clinical staff of nurses, psychiatrists, social workers, as well as unit staff.

**Mallory Community Center - Baltimore, MD - Counselor/Community Outreach** (August 1996 - August 1998)

- Individual, family and group counseling, crisis intervention
- Part of team that provided faith-based community programming and support to children/adolescents/families in the South Baltimore community.

**Mentor Maryland - Baltimore, MD - Clinical Coordinator** (April 1995 to August 1996)

- Intensive case management and therapy for 8-10 children/adolescents in treatment foster care.  Support and training of foster families, weekly home visits, permanency and treatment planning, crisis intervention, collaboration with county DSS agencies throughout MD.

**Baltimore City Dept of Social Services (Foster Care Div) - Baltimore, MD, Social Worker I** (July 1994 to April 1995)

- Case management of 29 children/adolescents in the foster care system, including permanency planning, court testimony, home visits, assessment, reunification work with biological families, service linkage, crisis intervention, support of foster families, collaboration with various providers across systems.

## EDUCATION

McDaniel College – Administrator 1 Certificate (Dec 2021)

University of MD Baltimore - Baltimore, MD — MSW,  May 1994; Specialization: Families & Children

University of MD Baltimore County (UMBC) - B.A. in Psychology May 1992

AR000283

**LICENSE, CERTIFICATIONS and PROFESSIONAL ORGANIZATIONS**

Licensed Certified Social Worker - Clinical (LCSW-C) October 1997 to present (license #09592)
Board of Social Work Examiners, Approved Clinical Supervisor
MSDE Advanced Professional Certificate in School Social Work (7/1/19 through 6/30/24)
Member, National Association of Social Workers (NASW) and NASW-MD chapter
Member, School Social Work Association of America (SSWAA)
Certified Survivor Services Volunteer, Araminta Freedom Initiative (combatting human trafficking)

AR000284

# Letters of Support

AR000285



**DEPARTMENT OF COUNSELING**
**PROGRAM IN SCHOOL PSYCHOLOGY**
James E. Proctor Jr. Building, Suite 278
14000 Jericho Park Rd, Bowie, MD 20715
**P** 301-860-3367
**F** 301-860-3154
*bowiestate.edu*

Date:       October 22, 2022
To:         Brian Williams, Director-Office Safe and Supportive Schools
From:       Kimberly Daniel, Ph.D.-Coordinator, School Psychology Program
Re:         Letter of Support-The School-Based Mental Health Service Grant Program

Greetings Director Williams:

We are excited to partner with Dr. Kellie J. Anderson (Coordinator) and the Office of Psychological Services in Anne Arundel County Public Schools (AACPS) to support the training of school psychology interns through the proposed project entitled: The School-Based Mental Health Service Grant Program.

First, I want to acknowledge that AACPS and Bowie State University (BSU) have worked together over the past several years to help support preparation of School Psychology candidates by:

- o  providing professional development opportunities for our program candidates and faculty,
- o  securing placements for practicum candidates,
- o  assisting the BSU school psychology program with our Mock Internship Interviews,
- o  supervising candidates in field practicum,
- o  hiring and training internship candidates,
- o  employing several of our program completers, and
- o  supporting BSU College of Education with successful reaffirmation of our 2020 accreditation effort.

Next, I want to share a little about Bowie State University and the School Psychology program. Bowie State University is the first Historically Black College and University established in the state of Maryland (and only one of two in the nation) that houses a program in School Psychology. BSU's Master of Arts/Certificate of Advanced Study (MA/CAS) program is a three (3) year program approved by the National Association of School Psychologists (NASP). The Bowie State University school psychology program embraces communalism (social interconnectedness) as a guiding framework to enhance culturally responsible training. In keeping with Bowie State University's mission "to empower a diverse population of students to reach their potential" this program trains candidates to become caring practitioners in the field of school psychology. Consequently, candidates develop competencies and a sensitivity towards serving children and families of diverse backgrounds.

Last, a critical part of preparing school psychology candidates is completing an internship during the final year of training. Since, most of our interns must pay their way (via loans and part-time employment) through two years of schooling, they benefit from stipends provided by school systems as they complete the required full-time/full-year comprehensive internship during year three of their program. Funding this proposal will assist us with our recruitment efforts and help support our school psychology candidates matriculate through their internship year. Candidates

AR000286

who receive stipends during internship are more likely to consider offers of employment from those systems that provided those internships; thus, expanding the number of school psychologists in Maryland, one person at a time.

The shortages in the school psychology profession throughout the nation and in this state are substantial. One major focus of this proposal is to increase and diversify the number of credentialed school-based mental health service providers to address and support the needs of children and youth attending AACPS. The BSU school psychology faculty are ecstatic about partnering with AACPS on this project to provide a critical pathway to supporting school psychology training through paid internships.

Respectfully submitted,

_____

Kimberly M. Daniel, Ph.D.
Associate Professor and School Psychology Program Coordinator
Department of Counseling
kdaniel@bowiestate.edu

2

AR000287



Brian Williams
Director, Office of Safe and Supportive Schools
United States Dept. of Education
Office of Elementary and Secondary Education
Washington, DC 20202-6200

October 24, 2022

To whom this may concern,

My name is Dr. Candice Aston, and I am the current program director of Towson University's school psychology training program. I am writing this letter in support of the School-Based Mental Health Services grant application submitted by Anne Arundel County Public Schools (AACPS).  Our graduate training program has been fortunate to establish a longstanding partnership with AACPS in regard to providing our students with field-based experiences guided by their highly skilled staff of school psychologists. In addition to my role as program director, I also oversee the clinical internship course. I have been very impressed with how well prepared our interns in AACPS are prepared to enter the field at the conclusion of the internship as well as the incorporation of professional development infused within their training model.

Nationally, there has been increased attention on the mental health crisis that schools are facing. These mental health challenges have also been evident within the state of Maryland and have led to the push for school psychology training programs to increase the number of students we can admit into our program each year as well as for districts to advocate to employ more school psychologists. While both steps are crucial to providing greater support to our K-12 schools, there remains an ongoing need to recruit and retain graduate students from minoritized backgrounds. As such, efforts like those listed in this AACPS grant to recruit diverse interns, will directly increase the representation of diverse practitioners, and allow students the opportunity to work with school mental health providers from backgrounds that are often not represented within the school settings. Numerous research has shown that students from diverse communities report greater connectedness to providers from similar diverse identities and thus may benefit from a more diverse pool of school psychologists (Monaghan, D., B., Hawkins, J., & Hernandez, A. (2020). Therefore, the direct and indirect impact of increasing the number of diverse interns can provide a positive impact for many years to come.

In closing, I strongly support the application submitted by AACPS and believe that this

AR000288



grant would provide many more opportunities to groups of students that often face many more barriers in regard to pursuing and obtaining a career in school psychology. If you would like me to provide any additional information, please do not hesitate to contact me.


Sincerely,

Candice N. Aston. NCSP
Graduate Program Director
Licensed Psychologist
Towson University
College of Liberal Arts, Department of Psychology
Email: caston@towson.edu
Phone: 410-704-2305

AR000289



Laura L. Loessner, MSW, LICSW, LCSW-C
Clinical Assistant Professor
Assistant Director

*Office of Field Education*
525 W. Redwood Street
Baltimore, MD 21201
410 706 6352

lloessner@ssw.umaryland.edu
https://www.ssw.umaryland.edu/field-education/

*STRENGTHENING SOCIETY*

Heidi Taylor, LCSW-C
Coordinator of School Social Work
Office of School Social Work (OSSW)
Anne Arundel County Public Schools (AACPS)

Dear Ms. Taylor:

It is with great pleasure that I write this letter of support for your application to the School-Based Mental Health Services Grant Program.  The School of Social Work at the University of Maryland, Baltimore (UMSSW) has enjoyed our field practicum partnership with Anne Arundel County Schools (AACPS) for many years.  Our field coordinators have successfully placed nearly 110 MSW students with AACPS since 2006, and several of those former students have become practicing school social workers in AACPS.  Our students have enjoyed the tremendous learning opportunities provided by AACPS school social work field instructors in their daily work and have significantly benefitted from their individual and group supervision.  Our five MSW students currently placed with AACPS are equally enjoying their practicum experiences.

We understand that Anne Arundel County Schools (AACPS), like many other jurisdictions, are notably underfunded and understaffed when it comes to NASW's recommended social worker - student ratio of 1:250.  We know AACPS social workers endure worker-student ratios that average six times the best-practices standard and go as high as ten times the standard for high-school aged students (1:1507 average and 1:2538 high school in 2021).  These ratios are not sustainable, and AACPS social workers cannot possibly serve so many students and meet the quality standard of care they wish to provide.

We also recognize AACPS' efforts towards best practices to recruit and retain social workers who represent the identities of the school-aged children with whom you work – especially those children who have experienced trauma.  We deeply appreciate AACPS' investment in recruiting a more diverse workforce and will do our part in trying to identify and refer social work students who not only have the strong desire to become school social workers at a critical time of student need, but who will also represent the diverse workforce you seek.

Each year, we see more of our MSW students struggle to afford graduate education and keep up with life demands.  The data tell us students in K-12 education are suffering from more, and more complex mental health challenges than ever before, requiring those who serve them to be fully present and reliable.  Your effort to find grant funds to support stipends for MSW students is most welcome, as it would enable them to focus more on their practicum and less on their need to work, and thus be more present for your K-12 students.  We also know MSW students who graduate with the promise of ready employment is a huge

AR000290

motivator for student success. The MSW students placed at AACPS who can apply for a stipend would be able to train with you during the advanced practicum, and then seamlessly continue the work as employees – the continuity of which is also a best practice standard. Even if AACPS has more applicants than positions, their training still benefits the surrounding jurisdictions that will likely hire them.

Many thanks to the AACPS Office of School Social Work (OSSW) and the Office of School Psychology (OPS) for your efforts to serve K-12 children and support our – and your students with this grant. We whole-heartedly support your application and look forward to our on-going partnership post-award!

Sincerely,

Laura Loessner, MSW, LICSW, LCSW-C
Assistant Clinical Professor
Assistant Director, Field Education

AR000291

**Anne Arundel County Public Schools**
**Indirect Cost Restricted Rate Plan for Fiscal Year 2023**

|  |  | FY2019 | FY2021 | FY2023 |
|---|---|---|---|---|
| **(C)** | **FIXED RATE (A/B):** | **3.84%** | **3.82%** | **3.67%** |
| **(B)** | Direct Base | 974,868,693 | 960,827,722 | 1,085,637,383 |
|  | Indirect Cost Pool: |  |  |  |
|  | Allowable Indirect Costs | 34,574,368 | 36,963,257 | 40,784,089 |
|  | Fixed-Carry-Forward (FCF) | 2,868,438 | (264,021) | (951,280) |
| **(A)** | Total Pool | 37,442,806 | 36,699,236 | 39,832,809 |
|  | **ACTUAL COSTS:** |  |  |  |
| **(D)** | Actual Direct Base | 1,044,159,269 | 1,085,637,383 |  |
|  | Actual Indirect Cost Pool: |  |  |  |
|  | Allowable Indirect Costs | 36,963,257 | 40,784,089 |  |
|  | Fixed-Carry-Forward (FCF) | 2,868,438 | (264,021) |  |
| **(E)** | Total Pool | 39,831,695 | 40,520,068 |  |
|  | **CARRY-FORWARD ADJUSTMENT:** |  |  |  |
|  | Recovered (F) = Fixed Rate (C) x Actual Direct Base (D) |  |  |  |
| **(F)** | Recovered Indirect Costs | 40,095,716 | 41,471,348 |  |
| **(E)** | Actual Indirect Costs | 39,831,695 | 40,520,068 |  |
| **(G)** | **UNDER OR (OVER) RECOVERY (E-F),** |  |  |  |
|  | **CARRY-FORWARD TO SUBSEQUENT YEAR** | (264,021) | (951,280) |  |

7-8-2022

Superintendent 's Signature: _____    Date: 4-28-2022

AR000292

**Anne Arundel County Public Schools**
Schedule of Expenditures for Fiscal Year Ended June 30, 2021
Indirect Cost Restricted Rate Plan for Fiscal Year 2023

| Expenditures | Account Code | Total Expenditures | Exclusions — Equipment Object 5-XX | Subcontracts (C.S.) Over $25,000* | Transfers Object 8-XX | For New Rate Year*** — Allowable Indirect Cost | Modified Total Direct Cost Base |
|---|---|---|---|---|---|---|---|
| **Current Expenditures- From Fund 1** | | | | | | | |
| Administration | | | | | | | |
| General Administration - School Board Office | 1-2-01-21-01-X-XX | $ 846,111 | $ - | $ 406,629 | $ - | | $ 439,482 |
| General Administration - Executive Office **** | 1-2-01-21-02-X-XX | $ 7,530,870 | $ - | $ 3,156,930 | $ - | | $ 4,373,940 |
| Business Support Services | 1-2-01-22-00-X-XX | $ 7,347,292 | $ 56,252 | | $ (2,356) | $ 7,293,396 | |
| Centralized Support Services | 1-2-01-23-00-X-XX | $ 23,051,345 | $ 14,718 | | $ - | $ 23,036,627 | |
| Mid-level Administration | 1-2-02-XX-XX-X-XX | $ 72,112,763 | $ - | $ 112,184 | $ - | | $ 72,000,579 |
| Instruction | | | | | | | |
| Instruction Salaries & Wages | 1-2-03-XX-XX-X-XX | $ 459,147,193 | $ - | $ - | $ 5,213 | | $ 459,141,980 |
| Instruction Supplies & Materials | 1-2-04-XX-XX-X-XX | $ 68,862,647 | $ - | $ - | $ 624,005 | | $ 68,238,642 |
| Other Instructional Cost | 1-2-05-XX-XX-X-XX | $ 26,385,147 | $ 2,600,948 | $ 17,084,811 | $ 886,109 | | $ 5,813,279 |
| Special Education - All Objects | 1-2-06-XX-XX-X-XX | $ 150,236,598 | $ - | $ 4,041,217 | $ 30,951,604 | | $ 115,243,778 |
| Student Personnel Services - All Objects | 1-2-07-XX-XX-X-XX | $ 10,347,986 | $ - | $ 86,935 | | | $ 10,261,050 |
| Health Services - All Objects | 1-2-08-XX-XX-X-XX | $ 408,317 | $ - | $ 314,149 | $ - | | $ 94,169 |
| Student Transportation - All Objects | 1-2-09-XX-XX-X-XX | $ 46,608,178 | $ 570,470 | $ 35,935,771 | $ 93,182 | | $ 10,008,755 |
| Operation of Plant | | | | | | | |
| Warehousing Distribution - All Objects | 1-2-10-30-00-X-XX | $ 2,592,954 | $ 533,475 | | $ - | $ 2,059,480 | |
| Other Operation of Plant - All Objects | 1-2-10-31-00-X-XX | $ 83,475,579 | $ 8,923,316 | $ 2,621,750 | $ - | | $ 71,930,512 |
| Maintenance of Plant - All objects | 1-2-11-00-00-X-XX | $ 25,292,213 | $ 184,595 | $ 8,622,455 | $ - | | $ 16,485,162 |
| Food Service - Transfer | 1-2-13-00-00-8-86 | $ 543,100 | $ - | $ - | $ 543,100 | | |
| Community Service | 1-2-14-00-00-X-XX | $ 465,493 | $ - | $ - | $ - | | $ 465,493 |
| Capital Outlay | 1-2-15-00-00-X-XX | $ 5,040,247 | $ - | $ 343,970 | $ - | | $ 4,696,277 |
| Student Activities - Fund 1 | 1-2-16-00-00-X-XX | $ 4,231,733 | $ - | $ - | $ - | | $ 4,231,733 |
| **Fixed Charges - From Fund 9** | | | | | | | |
| General Administration | 9-2-01-21-XX-X-XX | $ 1,280,043 | | | | | $ 1,280,043 |
| Business Support Services | 9-2-01-22-XX-X-XX | $ 2,088,423 | | | | $ 2,088,423 | |
| Centralized Support Services | 9-2-01-23-XX-X-XX | $ 5,691,619 | | | | $ 5,691,619 | |
| Mid-level Administration | 9-2-02-XX-XX-X-XX | $ 24,168,754 | | | | | $ 24,168,754 |
| Instruction | 9-2-05-XX-XX-X-XX | $ 157,212,268 | | | | | $ 157,212,268 |
| Special Education | 9-2-06-XX-XX-X-XX | $ 39,159,909 | | | | | $ 39,159,909 |
| Student Personnel Service | 9-2-07-XX-XX-X-XX | $ 3,440,784 | | | | | $ 3,440,784 |
| Student Health Service | 9-2-08-XX-XX-X-XX | $ - | | | | | $ - |
| Student Transportation | 9-2-09-XX-XX-X-XX | $ 1,900,879 | | | | | $ 1,900,879 |
| Operation of Plant - Warehousing & Distribution | 9-2-10-30-XX-X-XX | $ 614,544 | | | | $ 614,544 | |
| Operation of Plant - Other Operations **** | 9-2-10-31-XX-X-XX | $ 10,637,328 | | | | | $ 10,637,328 |
| Maintenance of Plant | 9-2-11-XX-XX-X-XX | $ 3,130,801 | | | | | $ 3,130,801 |
| Community Service | 9-2-14-XX-XX-X-XX | $ 100,783 | | | | | $ 100,783 |
| Capital Outlay | 9-2-15-XX-XX-X-XX | $ 1,181,003 | | | | | $ 1,181,003 |
| **ALL OTHER:** | | | | | | | |
| Food Service  Expenditures - Fund 5 | 5-2-XX-XX-XX-X-XX | $ 26,710,727 | $ 785,502 | $ 470,652 | $ - | | |
| School Construction - Fund 3 | 3-2-XX-XX-XX-X-XX | $ 99,548,733 | | | | | |
| Debt Service - Fund 4 | 4-2-XX-XX-XX-X-XX | $ 83,174,585 | | | | | |
| Student Activities - Fund 6 | 6-2-XX-XX-XX-X-XX | $ - | | | | | |
| Trust / Agency - Fund 7 | 7-2-XX-XX-XX-X-XX | $ - | | | | | |
| **Total** | | $ 1,454,566,525 | $ 73,197,452 | $ 33,100,856 | | $ 40,784,089 | $ 1,085,637,383 |

AR000293

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** 1236-AACPS Budget Narrative-Justification.pdf

[ Add Mandatory Budget Narrative ]    [ Delete Mandatory Budget Narrative ]    [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]    [ Delete Optional Budget Narrative ]    [ View Optional Budget Narrative ]

**AR000294**

# Budget Narrative/Justification

AR000295

| ANNE ARUNDEL COUNTY PUBLIC SCHOOLS BUDGET | Year 1 | Year 2 | Year 3 | Year 4 | TOTAL |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| OPS stipends for school psyc interns (supplement 5 existing intern positions, add 3 new positions) | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 300,000 |
| OSSW stipends for social work interns (5 interns at $15,000) | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 300,000 |
| OPS stipends for mentors and mentees for once a month meetings (1st two years; using est. per diem rate of $55/hr) | $ 2,640 | $ 5,280 | $ 5,280 | $ 5,280 | $ 18,480 |
| OSSW stipends for mentors and mentees (1st two years; using est. per diem rate of $55/hr) | $ 2,640 | $ 5,280 | $ 5,280 | $ 5,280 | $ 18,480 |
| OSSW Pathway Program stipends for clinical supervision for LCSW-C licensure (100 hours of supervision @ $75 rate for supervisors; 8 cohort hires total over 4 years) | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 75,000 |
| OSSW stipends clinical supervision for bilingual LMSWs (100 hours of supervision @$75/hr for supervisor; 2 bilingual MSWs per year) | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 60,000 |
| OSSW stipend for bilingual hiring bonus; $2000 per person, 2 per year for 4 years) | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 16,000 |
| | | | | | |
| **PERSONNEL TOTAL** | $ 189,280 | $ 194,560 | $ 194,560 | $ 194,560 | $ 772,960 |
| | | | | | |
| **FRINGE BENEFITS** | | | | | |
| Fixed Charges | $ 15,918 | $ 16,362 | $ 16,362 | $ 16,362 | $ 65,006 |
| **FRINGE BENEFITS TOTAL** | $ 15,918 | $ 16,362 | $ 16,362 | $ 16,362 | $ 65,006 |
| | | | | | |
| **TRAVEL** | | | | | |
| **TRAVEL TOTAL** | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **EQUIPMENT** | | | | | |
| **EQUIPMENT TOTAL** | $ - | $ - | $ - | $ - | $ - |

AR000296

| ANNE ARUNDEL COUNTY PUBLIC SCHOOLS BUDGET | Year 1 | Year 2 | Year 3 | Year 4 | TOTAL |
|---|---|---|---|---|---|
| **SUPPLIES** | | | | | |
| OPS and OSSW counseling supplies (purchase each year for 3 new school psyc and 5 new school social work interns) | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 6,400 |
| OPS psyc assessment materials for 3 new intern positions (one time purchase) | $ 9,000 | | | | $ 9,000 |
| **SUPPLIES TOTAL** | **$ 10,600** | **$ 1,600** | **$ 1,600** | **$ 1,600** | **$ 15,400** |
| **CONTRACTUAL SERVICES** | | | | | |
| N/A | | | | | |
| **CONTRACTUAL SERVICES TOTAL** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **CONSTRUCTION** | | | | | |
| N/A | | | | | |
| **CONSTRUCTION TOTAL** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **OTHER** | | | | | |
| OPS membership dues for up to 1st 3 years (MSPA, NASP) | $ 450 | $ 960 | $ 1,570 | $ 1,570 | $ 4,550 |
| OSSW membership dues for up to 1st 3 years (SSWAA, SSWIM) | $ 400 | $ 800 | $ 1,200 | $ 1,200 | $ 3,600 |
| OPS travel - 2 conferences over a 4 year period for 8 diverse early career school psycs | $ 5,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 35,000 |
| OSSW travel - 2 conferences every 4 years x 8 diverse early career SW's | $ 5,300 | $ 10,600 | $ 10,600 | $ 10,600 | $ 37,100 |
| positions + 5 social work intern positions, one time purchase) | $ 12,000 | $ - | $ - | $ - | $ 12,000 |
| OPS iPads - 6 iPads for psyc assessments for 3 new interns | $ 3,600 | | | | $ 3,600 |
| **OTHER TOTAL** | **26,750** | **22,360** | **23,370** | **23,370** | **95,850** |

AR000297

| ANNE ARUNDEL COUNTY PUBLIC SCHOOLS BUDGET | | Year 1 | Year 2 | Year 3 | Year 4 | TOTAL |
|---|---|---|---|---|---|---|
| TOTAL DIRECT COSTS | | 242,548 | 234,882 | 235,892 | 235,892 | 949,216 |
| | | | | | | |
| INDIRECT COSTS | 3.00% | 7,276 | 7,046 | 7,077 | 7,077 | |
| INDIRECT COSTS TOTAL | | $ 7,276 | $ 7,046 | $ 7,077 | $ 7,077 | $ 28,476 |
| | | | | | | |
| TRAINING STIPENDS | | | | | | |
| NA | | | | | | |
| TRAINING STIPENDS TOTAL | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| TOTAL COSTS | | $ 249,825 | $ 241,929 | $ 242,969 | $ 242,969 | 977,692 |

AR000298

Budget Justification for SBMH Grant

Anne Arundel County Public Schools (AACPS)

The goal of this project is to recruit, hire and retain culturally diverse school psychologists and school social workers into AACPS and to give them significant support during the early phase of their careers. This project is a collaboration between two Student Services departments within AACPS: Office of Psychological Services (OPS) and Office of School Social Work (OSSW).

1. **PERSONNEL:**

No salary support is requested in this grant. A number of stipends are requested for the following:

a. *OPS school psychology interns*: currently, OPS has 5 interns a year that are paid a $25,000 annual stipend. This grant requests to add an additional 3 internship positions at $25,000 each, for a total annual cost of $75,000.

b. *OSSW school social work interns*: OSSW currently has unpaid interns. This grant requests funds to pay 5 interns a $15,000 stipend for an internship from Sept-April each year, for a total annual cost of $75,000.

c. *OPS mentoring program*: OPS will set a target of hiring 8 diverse early career school psychologists over a 4-year period. OPS proposes creating a mentorship program whereby diverse early career school psychologists will be paired with diverse veteran school psychologists, having one hour monthly mentoring meetings for up to the first two years of their employment in AACPS. The mentor and mentee will conduct their mentoring sessions after their contractual hours and both mentor and mentee will be paid a stipend, using the averaged per diem rate of $55/hour. In the first year, there will be only two new hires in the mentor program, so the costs will be $2,640 for the first year. In subsequent years, there will be four new hires so the annual cost will be $5,280 for the remaining three years.

d. *OSSW mentoring program*: OSSW will set a target of hiring 8 diverse early career social workers over a 4-year period. OSSW also proposes creating a mentorship program whereby diverse early career social workers will be paired with diverse veteran social workers, having one hour monthly mentoring meetings per month for up to the first two years of their employment. The mentor and mentee will conduct their mentoring sessions after their contractual hours and both mentor and mentee will be paid a stipend, using the averaged per diem rate of $55/hour. In the first year, there will be only two new hires in the mentor program, so the costs will be $2,640 for the first year. In subsequent years, there will be four new hires so the annual cost will be $5280 for the remaining three years.

e. *OSSW licensed clinical supervision for Pathways Program LMSWs*: OSSW requests $15,000 per year ($75 per hour for Board-approved Supervisors for up to 100 hours of clinical supervision each for 2 LMSW's) per year for four years. To achieve

AR000299

LCSW-C licensure, 100 hours of supervision are required, along with a minimum of 3,000 work hours (1,500 of which must be in face-to-face client contact).

f.  *OSSW licensed clinical supervision for bilingual LMSWs*:  To attract bilingual (Spanish-speaking) social workers who currently hold an LMSW license but who need continued supervision to earn their LCSW-C license, this grant requests funding to provide clinical supervision so that we can hire these diverse candidates.  In this way, the cost and availability of paid supervision hours will not be a hiring barrier. OSSW will pay for clinical supervision for bilingual LMSWs (up to 100 hours of supervision @$75 for Board-approved supervisor; 2 bilingual MSWs per year).  The annual cost would be $15,000.

g.  *OSSW stipend for a hiring bonus for bilingual social workers*:  It is well-known that there is a shortage of bilingual (Spanish speaking) social workers and other professional staff.  Many agencies are giving hiring bonuses to attract these diverse candidates.  This grant request would provide hiring bonuses for 2 LCSW-C social workers per year, to come to work for AACPS.  The annual cost would be $4,000 per year.

## 2. FRINGE BENEFITS
The associated fixed costs for personnel costs are $15,918 for Year 1, and $16,362 for Years 2-4.

## 3. TRAVEL
Not applicable

## 4. EQUIPMENT
Not applicable

## 5. SUPPLIES

***Computers and iPads.*** OPS and OSSW have both included costs for a one-time purchase of laptops for 3 interns (OPS) and 5 interns (OSSW). AACPS currently uses a five-year replacement cycle for laptops, so it is anticipated that an initial purchase of laptops can be shared by each subsequent intern group. Currently, AACPS estimates laptop costs at $1500. In addition, OPS also requests equipment funding for 6 iPads, which are used as a part of the psychological assessment process (Q-Interactive, Pearson). AACPS currently estimates a cost of $600 per iPad. In total, this grant requests 8 laptops at $12,000 and 6 iPads at $3,600 for a one-time total cost of $15,600.

***Counseling Supplies.*** OPS and OSSW are requesting funds for counseling supplies for their interns. Each intern will be permitted to select their own counseling materials that are appropriate to the level and population they are serving; consequently $200 per intern per year is requested, creating an annual cost of $1600 per year (3 school psyc and 5 social work interns).

AR000300

***Psychological Assessment Test Kits.*** OPS is requesting a one-time purchase of psychological assessment test kits and assessment protocols for the 3 additional interns, $3,000 per intern. These assessment instruments will include cognitive, attention and social emotional assessment test kits and protocols, which are required for assessments including emotional disabilities. Total cost: $9,000.

## 6. CONTRACTUAL
Not applicable

### Subawards/Contracts
Not applicable

## 7. CONSTRUCTION
Not applicable

## 8. OTHER

### *Professional Dues – School Psychology*
OPS is requesting professional membership dues (i.e., National Association of School Psychologists, Maryland School Psychologists Association) for 8 diverse early career school psycs for up to the first three years of employment. NASP uses a tiered fee structure whereby 1st year school psyc dues are $140, 2nd year dues are $170 and 3rd year dues are $220 for a total of $530 over 3 years. MSPA dues are consistently $85/year. In the first year, there will be only two new hires and the annual cost will be $450. In Year 2, the total cost will be $960 to reflect the additional new hires and increased cost for NASP Y2 dues. In years 3-4, the total cost will be $1,570 to reflect additional new hires and inclusion of the NASP Y3 dues.

### *Professional Dues – School Social Work*
OSSW is requesting professional membership dues (i.e., School Social Work Association of America and School Social Workers in Maryland) for 8 diverse early career social workers for up to the first three years of their employment in AACPS. The annual dues for SSWAA are $150 and SWWIM are $50. In the first year, there will be only two new hires and the annual cost will be $400. In Year 2, the total cost will be $800, and in Years 3-4 the total cost will be $1,200 per year.

## 9. TOTAL DIRECT COSTS

| Year 1 | Year 2 | Year 3 | Year 4 | Total |
|--------|--------|--------|--------|-------|
| $242,548 | $234,882 | $235,892 | $235,892 | $949,216 |

## 10. INDIRECT COSTS

| Year 1 | Year 2 | Year 3 | Year 4 | Total |
|--------|--------|--------|--------|-------|
| $7,276 | $7,046 | $7,077 | $7,077 | $28,476 |

## 11. TRAINING
### *Attendance at Professional Conferences – School Psychology*
OPS is requesting conference support for 8 diverse early career school psychologists to each attend up to 2 conferences over a 4-year period (18 conferences total). Conferences identified include

AR000301

NASP and Black School Psyc Summit. $2500 per attendee is requested, which covers estimated registration fees ($350), airfare ($700), hotel costs x 4 nights ($1,000) and per diem ($250) and transportation costs ($200).

### *Attendance at Professional Conferences – Social Work*

OSSW is requesting conference support for 8 diverse early career school social workers to attend up to 2 conferences over a 4-year period. Such conferences may include the School Social Workers of America (SSWAA) national convention, for example. $2650 per attendee is requested, which covers estimated registration fees ($500), airfare ($700), hotel costs x 4 nights ($1,000) and per diem ($250) and transportation costs ($200).

## 12. TOTAL COSTS

| Year 1 | Year 2 | Year 3 | Year 4 | Total |
|--------|--------|--------|--------|-------|
| $249,825 | $241,929 | $242,969 | $242,969 | $977,692 |

AR000302



# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Anne Arundel County Public Schools

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 189,280.00 | 194,560.00 | 194,560.00 | 194,560.00 | | | | 772,960.00 |
| 2. Fringe Benefits | 15,918.00 | 16,362.00 | 16,362.00 | 16,362.00 | | | | 65,004.00 |
| 3. Travel | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 5. Supplies | 10,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | | | | 15,400.00 |
| 6. Contractual | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 8. Other | 26,750.00 | 22,360.00 | 23,370.00 | 23,370.00 | | | | 95,850.00 |
| 9. Total Direct Costs (lines 1-8) | 242,548.00 | 234,882.00 | 235,892.00 | 235,892.00 | | | | 949,214.00 |
| 10. Indirect Costs* | 7,276.00 | 7,046.00 | 7,077.00 | 7,077.00 | | | | 28,476.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 12. Total Costs (lines 9-11) | 249,824.00 | 241,928.00 | 242,969.00 | 242,969.00 | | | | 977,690.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):**  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☒ Yes  ☐ No

(2)  If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:  From: 07/01/2022  To: 06/30/2023  (mm/dd/yyyy)

Approving Federal agency:  ☐ ED  ☒ Other (please specify): Maryland State Department of Education

The Indirect Cost Rate is  3.00 %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☒ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?  The Restricted Indirect Cost Rate is  3.00 %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:
PR/Award # S184H220037
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?
Page e70

ED 524
Tracking Number:GRANT13746759          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:41:32 AM EDT

AR000303

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Anne Arundel County Public Schools | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | | | 400,000.00 |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | | | 400,000.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | | | 400,000.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR000304**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Anne Arundel County Public Schools | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  `3.00`

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☒ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | 5,678.00 | 5,837.00 | 5,837.00 | 5,837.00 | | | | 23,189.00 |
| 2. Fringe Benefits Administrative | 478.00 | 491.00 | 491.00 | 491.00 | | | | 1,951.00 |
| 3. Travel Administrative | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 4. Contractual Administrative | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 5. Construction Administrative | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 6. Other Administrative | 1,120.00 | 718.00 | 749.00 | 749.00 | | | | 3,336.00 |
| 7. Total Direct Administrative Costs (lines 1-6) | 7,276.00 | 7,046.00 | 7,077.00 | 7,077.00 | | | | 28,476.00 |
| 8. Indirect Costs | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| 9. Total Administrative Costs | 7,276.00 | 7,046.00 | 7,077.00 | 7,077.00 | | | | 28,476.00 |
| 10. Total Percentage of Administrative Costs | 3.00 | 3.00 | 3.00 | 3.00 | | | | |

ED 524

Tracking Number:GRANT13746759                    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 09:41:32 AM EDT

AR000305

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☒ a. bid/offer/application<br>☐ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4.   Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: N/A

* Street 1: N/A    Street 2:

* City: N/A    State: MD: Maryland    Zip:

Congressional District, if known:

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

**6. * Federal Department/Agency:**
N/A

**7. * Federal Program Name/Description:**
School Safely National Activities

CFDA Number, if applicable: 84.184

**8. Federal Action Number, if known:**

**9. Award Amount, if known:**
$

**10. a. Name and Address of Lobbying Registrant:**

Prefix:    * First Name: N/A    Middle Name:

* Last Name: N/A    Suffix:

* Street 1: N/A    Street 2:

* City: N/A    State:    Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:    * First Name: N/A    Middle Name:

* Last Name: N/A    Suffix:

* Street 1: N/A    Street 2:

* City: N/A    State:    Zip:

**11.**   Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Michelle Szczepaniak

*Name:    Prefix: Dr.    * First Name: Mark    Middle Name: T.

* Last Name: Bedell    Suffix:

Title: Superintendent of Schools    Telephone No.: 410-222-5304    Date: 11/02/2022

Federal Use Only:

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

AR000306

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220038**

**Gramts.gov Tracking#: GRANT13746770**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220038

AR000307

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1234-GEPA_Statement_SBMH)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1235-SBMH-Abstract)* | e12 |
| *6. Project Narrative Form* | e14 |
| *Attachment - 1 (1236-SBMH-Narrative-FINAL)* | e15 |
| *7. Other Narrative Form* | e38 |
| *Attachment - 1 (1237-School-BasedMentalHealthResumes)* | e39 |
| *Attachment - 2 (1238-School-Based-Mental-Health-Support-Letters)* | e47 |
| *8. Budget Narrative Form* | e57 |
| *Attachment - 1 (1239-NFCSD-SBMHBudget)* | e58 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e60 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000308

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/02/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: Choose State... |
|---|---|

**8. APPLICANT INFORMATION:**

* a. Legal Name: Niagara Falls City School District

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 16-6001929 | FDLNAEJWBT56 |

**d. Address:**

* Street1: 630 66th Street
Street2:
* City: Niagara Falls
County/Parish:
* State: NY: New York
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 14304-2212

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix: Mr.    * First Name: Thomas
Middle Name:
* Last Name: Fisher
Suffix:

Title: Grants Administrator

Organizational Affiliation:

Niagara Falls City School District

* Telephone Number: 716-286-4101    Fax Number:

* Email: tfisher@nfschools.net

PR/Award # S184H220038
Page e3

AR000309

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

\* Other (specify):

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

\* Title:

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

School-Based Mental Health Providers Pipeline

Attach supporting documents as specified in agency instructions.

[ Add Attachments ] [ Delete Attachments ] [ View Attachments ]

AR000310

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `NY-026`                    * b. Program/Project `NY-026`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                    * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 529,335.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 529,335.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on `                ` .

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Ms.`                    * First Name: `Marie`

Middle Name: `                `

* Last Name: `Battaglia`

Suffix: `                `

* Title: `Grants Consultant`

* Telephone Number: `716-695-9998`     Fax Number: `                `

* Email: `Marie.Battaglia@grantsforgrowth.com`

* Signature of Authorized Representative: `Marie Battaglia`     * Date Signed: `11/02/2022`

PR/Award # S184H220038

Page e5

**AR000311**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1234-GEPA_Statement_SBMH.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR000312**

## GEPA Statement

Niagara Falls City School District implements all federally grant-funded programs in close alignment with the requirements of the General Education Provisions Act (GEPA), by assuring that strategies are in place to reduce the potential for barriers that can impede equitable access to or participation in grant-funded programs.  These barriers include gender, race, national origin, color, disability or age.

Because the School-Based Mental Health Services initiative targets all students, and includes classroom-based universal programming and interventions, it is anticipated that all District students in the participating schools will participate in most of the universal programming available, regardless of gender, race, national origin, color, disability or age.

Tier 2 and 3 interventions will be implemented for students who require more intense services to address behavioral challenges stemming from exposure to violence. Because research indicates that students in poverty are approximately twice as likely to experience violence as students who do not live in poverty, and children of color are overrepresented among students living in poverty, we anticipate that economically disadvantaged students and students of color will be over-represented among the students needing Tier 2 and 3 interventions, and will be similarly over-represented among children receiving those services. Student data on behavior and academic standing (which do not include racial or ethnic identifiers) will be used to identity and serve children based on need, without regard to ethnicity or race.

Because this District has a small (less than 1%) ENL population, language is not expected to be a significant barrier to participation in the program.  ENL students who meet the other eligibility criteria will be assisted to participate, and families will be provided translators if needed to participate in parent components of the program.

AR000313

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Niagara Falls City School District

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Ms.     * First Name: Marie     Middle Name:

* Last Name: Battaglia     Suffix:

* Title: Grants Consultant

* SIGNATURE: Marie Battaglia     * DATE: 11/02/2022

Tracking Number:GRANT13746770     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 10:01:21 AM EDT

AR000314

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Mr.`    * First Name: `Thomas`    Middle Name: `    `    * Last Name: `Fisher`    Suffix: `    `

Project Director Level of Effort (percentage of time devoted to grant): `25`

Address:

* Street1: `630 66th Street`

Street2: `    `

* City: `Niagara Falls`

County: `Choose State...`

* State: `NY: New York`

* Zip Code: `14304-2212`

Country: `USA: UNITED STATES`

* Phone Number (give area code)    Fax Number (give area code)

`716-286-4101`    `    `

* Email Address:

`tfisher@nfschools.net`

Alternate Email Address:

`    `

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000315

**4. Human Subjects Research:**

    a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes    ☒ No

    b. Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as indicated in the definitions page in the attached instructions.

    [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

AR000316

**Abstract**

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

\* Attachment: | 1235-SBMH-Abstract.pdf | [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

Tracking Number:GRANT13746770          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 10:01:21 AM EDT

AR000317

*Niagara Falls City School District – School-Based Mental Health Services Grant*

**Abstract**

Niagara Falls City School District (NFCSD) will implement a five-year School-Based Mental Health Services project that will recruit and engage 90 individuals over the five year grant period in careers as school-based mental health service providers, and enhance participants' capacity to work in high-needs school districts through supporting implementation of a multi-tiered system of support, and emphasizing trauma-informed care approaches to student behavior management. Key objectives include:

- Developing and implementing an outreach and engagement plan to increase the number of college-bound individuals, particularly individuals of color, who enroll in courses toward a school-based mental health services field/career.

- Annually, the number of NFCSD students who enroll in coursework related to a career in school-based mental health services will increase by 5%.

- Annually, partnering colleges will indicate an increase of 3% over the previous year, in the number of students pursuing a school-based mental health services career.

- Annually beginning in year two, 21 new mental health service providers will complete internships (a total of 90 over the five-year grant period).

- Annually, the percentage of mental health service provider interns of color will increase when compared to the previous year.

- Annually, 80% of participants who complete their programs and graduate, will secure employment in a high-needs school district.

- Annually, in NFCSD, the percent of Office Disciplinary Referrals resulting in suspension will decrease 3%.

AR000318

*Niagara Falls City School District – School-Based Mental Health Services Grant*

- Annually, the percent of NFCSD students who are chronically absent will decrease 3%.

- Each year, at least 85% of NFCSD students identified as needing Tier 2 or 3 academic intervention will receive the indicated intervention.

This project addresses Competitive Preference Priority 2– Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need Who are from Diverse Backgrounds, by:

- Creating and implementing an outreach and engagement campaign specifically targeting people of color;

- Developing a project advisory committee that includes professionals of color to assist in program assessment, monitoring and modification, as needed.

- Providing mentoring and support services specifically for students of color;

- Providing tutoring to ensure students who are capable but who might not have focused on the required coursework in the past, have access to supports needed to successfully complete required coursework;

- Offering stipends for internships to ensure that students can support themselves/their families while completing their internships

Annually, approximately 6,800 students and up to 21 new mental health professionals will benefit from the project, with a total of approximately 9,000 unique students and 90 mental health professionals benefiting over the five-year project. The project will impact 11 district schools (eight elementary schools, two preparatory schools and one high school).

AR000319

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**  1236-SBMH-Narrative-FINAL.pdf

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13746770    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 10:01:21 AM EDT

AR000320

**TABLE OF CONTENTS**

**Need for the Project**                                                                                 **2**

**Quality of Project Personnel**                                                        **5**

**Quality of Project Design**                                                               **8**

**Management Plan and Adequacy of Resources**                 **18**

1

AR000321

**(a)** *Need for the Project.*

*The Secretary considers the need for the proposed project. In determining the need for the proposed project, the Secretary considers the extent to which specific gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project, including the nature and magnitude of those gaps or weaknesses.*

Niagara County, New York, is a primarily suburban/rural county that includes three cities: Niagara Falls; North Tonawanda; and Lockport. While much of the county is rural/farmland, the urban centers experience the same challenges seen in nearby Buffalo, New York: high poverty; limited employment for individuals without a high school diploma; and high rates of teen pregnancy and parenting. Using FBI data detailing the rates of a range of violent crimes, New York Upstate.com (2020) has identified Niagara Falls, New York as the most violent city in New York State.

According to the 2020 Numbers in Need report prepared by the John R. Oishei Foundation, over 44% of Niagara Falls residents are living at or below the poverty level. The US Census (2021 update) reports the following: that the percentage of adults with a Bachelor's Degree or higher is 19.8%, half of the NYS rate of 37.5%. Niagara Falls has experienced a decline in population (down 12% since 2000), and a significant loss of employment opportunities over the past two decades, the majority of which were geared towards individuals with labor skills rather than a degree that requires higher education. As a result, very few opportunities exist in this area for undereducated adults to maintain gainful employment. The median family income ($41,137) is 57% of the State average ($71,117).

Niagara Falls is a unique community with the potential for significant violence, for several reasons:

-as a major tourism center, Niagara Falls attracts millions of non-resident visitors who are potential targets of theft;

- As a border city, Niagara Falls is a gateway for potential drug and contraband smuggling and, along with Buffalo, is at the terminus of the NYS drug pipeline between New York City and Lake Erie/Canada. Gangs involved in drug smuggling and violence regularly travel between Niagara Falls and NYC, and several major drug-related gangs are active in Niagara Falls.

- Decades of community blight, coupled with low levels of education and declining employment opportunities for people with lower education levels, has resulted in families who have spent generations in poverty and see little hope of escape. Many studies have shown a link between high poverty and high rates of violence; a 2014 study by the US Bureau of Justice Statistics indicates that persons in poor households at or below the Federal Poverty Level (FPL) had more than double the rate of violent victimization (39.8 per 1,000) as persons in high-income households (16.9 per 1,000). Recent Child Protection Services data aligns with this research: in the city's two highest-poverty Zip Codes (14301 and 14303) the rate of CPS involvement is 2.5% and 3%, respectively, nearly double the rate in the two lowest-poverty Zip Codes (14304, <1%, and 14305, 1.5%).

Niagara Falls City School District is deeply impacted by these trends. NFCSD has a prekindergarten through Grade 12 enrollment of just over 6,800 students, of whom 83% are identified as socio-economically disadvantaged, and 63% are students of color comprised of black, Hispanic/Latino, Native American, Asian, and multiracial students.

Student data on attendance suggests the number of students who are not fully engaged in school is increasing. Extensive research has linked chronic absenteeism to an increased risk of school dropout. High school dropout, which chronically absent students are more likely to experience, has been linked to poor outcomes later in life, from poverty and diminished health to involvement in the criminal justice system. In 2013, 29.95% of students were considered

3

AR000323

chronically absent (that is, missed 18 or more days of school). In 2019, the percentage of students who were chronically absent had risen to 41.0% - more than one in three, double the national average of one in six (https://www2.ed.gov/datastory/chronicabsenteeism.html. People in poverty experience violence at twice the rate of more economically stable individuals, suggesting that without intervention, the violence rate will continue to increase along with the poverty rate.

Perhaps the most concerning trend in student behavior is the recent, significant increase in student suspensions. As of June 30, 2022 (and with six weeks remaining in the 2021-22 school year, the district had 462 suspensions, the highest ever for the district and 25% higher than the 321 suspensions from 2018-19. Of these, 72% were for violent behavior (fighting or possession of a weapon).

While the district is currently implementing several strategies to increase the number of mental health professionals in the district, NFCSD has far fewer mental health professionals that are recommended by the National Association of School Psychologists, as illustrated below:

|  | NASP recommended ratio | District ratio |
|---|---|---|
| School Psychologists | 700:1 | 850:1 |
| School Counselors | 250:1 | 261:1 |
| School Social Workers | 400:1 | 523:1 |

Complicating the shortage of mental health professionals in each category, the district also faces an additional challenge. The student population is 63% children of color; only 24% of the district's mental health professionals are people of color. Data from the American Psychiatric Association (APA) shows that only 2 percent of the estimated 41,000 psychiatrists in the U.S. are Black, and just 4 percent of psychologists are Black. On college campuses, close to 61 percent of

4

AR000324

counseling center staff are White, and 13 percent are Black, according to a 2020 Association for University and College Counseling Center Directors survey.

The shortage of psychiatrists and counselors of color has severe implications for all Black individuals needing treatment. A 2019 survey by the Substance Abuse and Mental Health Services Administration (SAMHSA) found nearly 5 million, or 16 percent, of Black Americans reported having a mental illness. However, only one in three Black adults who needs mental health care receives it. Because of the scarcity of mental health professionals of color, it can be difficult for Black Americans to find a practitioner with whom they feel comfortable enough to share any race-related trauma. One 2016 study in the Journal of Black Psychology found that African American therapists and their patients often had relationships marked by a "distinct sense of solidarity … as evidenced by having a better understanding of the context of Black clients' lives.

**(b) *Quality of Project Personnel.***

**(1) *The Secretary considers the quality of the personnel who will carry out the proposed project. In determining the quality of project personnel, the Secretary considers the extent to which the applicant encourages applications for employment from persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability.***

NFCSD is committed to equal opportunity for all. The district policy describes this:

"The Niagara Falls City School District does not discriminate on the basis of an individual's disability, actual or perceived race, color, creed, religion, religious practice, national origin, ethnic group, sex (including sexual harassment and sexual violence), gender identity, sexual orientation (the term "sexual orientation" means heterosexuality, homosexuality, bisexuality, or asexuality), political affiliation, age, marital status, military status, veteran status, weight, domestic violence victim status, arrest or conviction record, genetic information or any

5

AR000325

other basis prohibited by New York state and/or federal non-discrimination laws in admission or access to, or treatment or employment in its programs and activities, and provides equal access to designated youth groups."

The district actively recruits applicants from diverse backgrounds, utilizing targeted media outreach in communities of color to encourage applications. The district advertises in a national publication that recruits minority candidates yearly, and the other supports they offer are listed. Staff recently participated in a virtual minority job fair and regularly collaborate with area colleges to recruit minority candidates for district positions.

*(2) In addition, the Secretary considers:*
*(i) The qualifications, including relevant training and experience, of key project personnel.*

Tom Fisher, MS., Grants Coordinator, will be the project director. Mr. Fisher is the project director for the district's Mental Health Services Professionals grant from the USDE (now in its fourth year), and his background and experience managing mental health services in the district will be invaluable as the School-Based Mental Health Providers Pipeline project is implemented. NFCSD's Mental Health Providers Pipeline has been designed to build on the MHSP project, enabling the district to reach more people, particularly people of color, who are interested in careers in mental health-related fields. In addition to managing the Family & Community Engagement grant and 21st Century Community Learning Centers, he also manages the Smart Scholars Early College program, which will be a key entry point for students of color to become mental health professionals. He has been trained in Mental Health First Aid and Trauma-Informed Approaches to Educating High-needs students. Over the past four years he has administered several Federally funded initiatives; all have met their goals and were completed within budget.

6

AR000326

Cynthia Jones, MS, Principal on Special Assignment, will serve as District Engagement Coordinator. Ms. Jones, who is African-American, has extensive experience as an educator of high-needs, low-income students and students of color. She currently operates the Black Excellence Mentorship Program at Niagara Falls High School. This program prepares Black girls for college and careers, providing tours of black colleges and universities, matching them with mentors, and offering monthly panel discussions.

Bhawna Chowdhary, MS, Teacher on Special Assignment and Adjunct Professor of science at University at Buffalo, will serve as the project's Community Engagement Coordinator. Ms. Chowdhary will work with local colleges and community agencies to introduce the program to people of color and encourage consideration of a career in school-based mental health. Ms. Chowdhary is a member on the District Multi-Tiered System of Supports (MTSS) Committee, and is involved with Advanced Placement for high school students.

Ebone Rose, MS. a counselor at the high school who is also a person of color, will work with district high school students to encourage students from diverse backgrounds to choose school-based mental health services as a career. Ms. Rose has experience working with high school students from diverse backgrounds who are pursuing higher education through the Early College High School program.

All project staff have been trained in Mental Health First Aid, trauma-informed care, district mental health policies and procedures, and the Pearson Total Behavior Software, which integrates with the district's SEL behavior screener tool and assists staff to select appropriate interventions (Tier I, II or III) from examples provided.

***(ii) The qualifications, including relevant training and experience, of project consultants or subcontractors.***

7

AR000327

NFCSD anticipates contracting with a marketing firm to assist the district to design and implement a marketing plan to increase interest in mental health careers among high school and college students in Niagara County. The ideal firm will have experience mobilizing people of color and have a commitment to social responsibility, at least five years in the marketing field, and projects similar to this project in its portfolio. NFCSD anticipates releasing an RFP soliciting bids from appropriate providers immediately upon notification of the grant award, so that the firm can be selected immediately after the formal grant contract is executed.

No other subcontractors are anticipated.

**(c) Quality of Project Design and Project Services**

> **(1) The Secretary considers the quality of the design of the proposed project and the quality of the services to be provided by the proposed project. In determining the quality of the design of the proposed project, the Secretary considers the extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified and measurable.**

The goals of the NFCSD School-Based Mental Health Providers Pipeline project are to increase the number of credentialed school-based mental health services providers in high needs school districts, and to increase the number of people of color who become credentialed school-based mental health services providers. Program objectives and intended outcomes include:

Objectives:

1. Develop, execute, and modify annually, a recruitment and engagement strategy to increase the number of students enrolling in college with a goal of a career as a school-based mental health services provider.

2. Annually, increase the percentage of NFHS graduates who enter college with a goal of attaining a degree aligned with school-based mental health services provision.

8

AR000328

3.  Annually, increase the percentage of NFHS graduates of color who enter college with a goal of attaining a degree aligned with school-based mental health services provision.

4.  Each year, the Project Advisory Committee will meet at least quarterly to share successes and barriers, review data, and create action plans to address any barriers.

5.  Annually beginning in year two, NFCSD will offer at least 15 paid internship opportunities, including five graduate-level social worker interns; five school psychologist interns; and five school counseling interns. The addition of these positions will increase the number of mental health providers, from the baseline set during the 2021-2022 school year.

6.  Annually, 80% of new mental health providers participating in the program who complete their programs of study and graduate, will secure employment in a high needs school district.

7.  Annually, NFCSD will provide at least three professional development opportunities for mental health provider staff on topics such as trauma-informed practice, restorative justice, MTSS, and positive behavior management.

8.  Each year, social workers and mental health providers will provide embedded professional development to teachers weekly to support implementation of strategies related to improving student social and emotional development and behavior.

9.  Each year, social workers and mental health providers will implement Tier 2 and 3 Mental health interventions.

10. Families will have access to at least 4 hours of mental health services at each school each year.

9

AR000329

Outcomes:

1. Annually, the number of NFCSD students who enroll in coursework related to a career in school-based mental health services will increase by 5%.

2. Annually, partnering colleges will indicate an increase of 3% over the previous year, in the number of students pursuing a school-based mental health services career.

3. Annually beginning in year two, 21 new mental health service providers will complete internships (a total of 90 over the five-year grant period).

4. Annually, the percentage of mental health service provider interns of color will increase when compared to the previous year.

5. Annually, 80% of participants who complete their programs and graduate, will secure employment in a high-needs school district.

6. Annually, in NFCSD, the percent of Office Disciplinary Referrals resulting in suspension will decrease 3%.

7. Annually, the percent of NFCSD students who are chronically absent will decrease 3%.

8. Each year, at least 85% of NFCSD students identified as needing Tier 2 or 3 academic intervention will receive the indicated intervention.

The project is designed to both increase the number of mental health professionals who are prepared to work in high-needs school districts, and to increase this District's capacity to address the needs of its own students.  Because NFCSD has fewer positions among mental health service providers than is recommended, the district's students receive far less access to mental

10

AR000330

health and related services than they need. To address the need, the project will implement the following six project components.

**Component 1: Design, implement and regularly update a recruitment and engagement plan to increase the number of school-based mental health providers, especially providers of color.**

The Project team will select a marketing firm to assist with the development and execution of a recruitment plan to engage people in the community, especially youth and young people, in the school-based mental health services career field. The recruitment plan will include a mix of media outreach and in-person visits to engage more young people, particularly people of color, in mental health careers.

The project team will conduct a minimum of four large outreach events (job fairs, college recruitment events, etc.) and 1-2 additional outreach events monthly throughout the project period. Outreach efforts will be targeted toward high school and college students, and will also include engagement of people looking for a career change. Outreach and engagement efforts will target communities of color, and support services are available to ensure that interested students can meet the academic requirements that a career in school-based mental health will require.

The outreach and engagement plan will be updated annually to reach new communities and ensure the project stays on track to attain its goals and objectives.

Within the district, several strategies will be used to recruit and engage students of color in the School-Based Mental Health Service Providers project. At the high school, the Black Excellence Mentorship Program is designed to link African American male and female students with positive, local African American role models who will share their time, advice, and life experiences to guide the students in a constructive direction.

AR000331

Using pre-determined criteria, students are selected for this program through staff and administrative recommendations. This program targets high risk youth that are on the precipice of turning their academic, behavioral and social lives around, and gives students an additional resource to assist with decision making skills. Interactive activities focus on providing life skills and life lessons for students as they transition from high school to independence.

During this program, students will participate in the following activities during and after school hours:

- Orientation Dinner
- Panel Discussions
- "Each One, Teach One" Dinner
- Fun and Community Outreach Activities
- Leadership Building
- Service Learning
- Culminating Dinner

Mentors include male and female role models in prominent positions in the Niagara Falls and Buffalo Area who have undergone screening and orientation regarding the expectations of the program. They have been specifically and carefully selected from different occupations and backgrounds. Students will be linked with mentors that are currently working in an area or have experience in a field that matches the students' interests.

To ensure that students interested in a career in school-based mental health services can complete pre-requisite high school or early college classes, tutors will be available throughout the grant period. Tutors will be college students from participating area colleges, and will work

12

AR000332

with students enrolled in high school or early college courses needed for a degree in a mental health-related field (social work, counseling, psychology).

      *Component 2: Create a minimum of 21 mental health internships/opportunities annually to prepare school mental health professionals to work with students in high-needs districts.*

Individuals will be linked with a licensed School Psychologist, School Counselor, or Social Worker, who will provide appropriate supervision as the individual completes their internship.

Mental health providers will be recruited from Graduate Programs at Niagara University and the University at Buffalo (MOUs will be developed in the first three months of the project). Appropriate-level supervision will be provided either by the school itself or through a partnership with a community-based agency.  Providers will work closely with existing district psychologists and school counselors to deliver services from Pre-K through Grade 12, District-wide.

Professional development will be provided to project staff in the areas of trauma-informed care, restorative justice, and other best practices in school-based mental health services, both to prepare them to work in Districts using these practices and to enable them to most effectively serve children in this District.

**Component 3: Prepare teachers, administrators and interns to recognize and mitigate the impact of trauma on children.**

Professional development for District school teachers and non-instructional staff will be provided annually in Trauma-Informed Care, through the University at Buffalo's Trauma-Informed Care Institute. Two days of training, supplemented by classroom-based coaching delivered by teacher leaders or school counseling staff who have been trained to support TIC strategies, and coaching in executive functioning for one-on-one adult to peer and peer to peer

13

AR000333

mentoring. Training will focus on topics including: the effects of acute and chronic violence on children; signs that a child may be experiencing violence; strategies to help a child de-escalate from potentially violent behaviors; and other topics as student needs indicate.

School-based mental health professionals will receive training in Cognitive Behavior Therapy and EMDR, to increase their capacity to deliver a range of mental health supports to children.

At least one day of professional development will be provided by University at Buffalo on school counseling and related issues.

***Component 4: Provide mental health supports and interventions for children experiencing violence in their home or the community.***

The district will utilize interns to expand its social work and counseling capacity to support both universal programs to build social and emotional skills in children of all ages, and Tier 2 interventions for children who are struggling as a result of violence. The social worker to student ratio will align with national recommendations of 1 social worker to 400 students; the counselor to student ratio will align more closely with national recommendations of 1:250 students.

For children whose needs are more complex or require specialized interventions, the project will engage community based mental health services providers to provide services two days each week at each school (2-3 hours each day). Families will be encouraged to schedule appointments, but can also drop in for consultation with the provider.

*(2) **In determining the quality of the services to be provided by the proposed project, the Secretary considers the quality and sufficiency of strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability.***

14

AR000334

The Niagara Falls SBMH program is designed to meet the needs of all students regardless of age, race, color, national origin, gender, or disability, by increasing the number of mental health professionals available to deliver services in school and increasing the number of people of color who deliver those services. Students interested in careers in this field will be supported to pursue high school and early college courses that will prepare them for college in a mental health-related field. While outreach will target youth of color (with a goal of increasing the percentage of students of color who enter a mental health field) all interested students will be encouraged to pursue this higher education goal.

Tutors will be available to assist students to successfully complete coursework related to mental health careers, to ensure that students from disadvantaged backgrounds have access to the supports they need to meet academic goals related to mental health careers.

Teachers and interns throughout the district will receive professional development in trauma-informed response, creation of a warm and welcoming environment, and violence diffusion strategies, ensuring that all students receiving educational services from the trained teacher will receive the benefit of the professional development provided through the program. Students in need of school-based or community-based counseling will be identified by a teacher, a counselor, or other district administrator, and referred to an appropriate mental health provider on the basis of need and behavior. Because children from poverty are more likely to be exposed to violence and children of color are more likely to be living in poverty in Niagara Falls, it is anticipated that children of color will be overrepresented among children receiving Tier 2 and Tier 3 services.

15

AR000335

The district has less than 1% of students who are considered English Language Learners. The students receive services from and ENL teacher, and when necessary, students and their families can receive support from a translator to enable them to fully participate in programs offered the district. These services will continue to be available for children who do not speak English, to ensure they have full access to programs offered through the Niagara Falls SCT Program.

All program elements are designed to address children specific age levels, ensuring that program services are appropriate for the age and developmental level of children from pre-K through high school. Interns will have the opportunity to work with students of all ages.

The district is currently implementing a REACH program (Race, Education, Advocacy, College-Credit Course in High School), a 12-credit course emphasizing minority engagement. One of the career strands included in this opportunity is social work. Students in the program incorporate four, 3-credit-bearing social work courses into their Junior and Senior years (courses are offered both at the high school and on the college campus) and complete high school with 12 credits toward their degree in social work. Dr. Rolanda Ward, a woman of color, implements the program at the high school. While the program is open to all students, the district conducts targeted outreach to engage students of color in the program and enrollment is currently 91% minority. NFCSD anticipates expanding this program to additional school-based mental health careers, such as counseling.

(3) *In addition, the Secretary considers the extent to which the training or professional development services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project.*

Training and professional development opportunities offered through this program will be designed to prepare new mental health providers with skills and strategies they need to work

16

AR000336

with students from diverse backgrounds in high-need districts. Staff professional development is key to NFCSD's plan to address the impact of trauma on district students.

Therapeutic Crisis Intervention (TCI) System training will be provided to three District trainers, who will participate in five days of training to become certified to turnkey train District mental health professionals, safety officers, Deans, and other non-instructional pupil services staff, who will receive two days of training from the certified District trainers. Certification training is provided by Cornell University; all TCI trainers are included in the National Registry of Professionally Certified trainers. The Therapeutic Crisis Intervention (TCI) training program presents a crisis prevention and intervention model designed to teach staff how to help children learn constructive ways to handle crisis. The ability of the entire organization to respond effectively to children and young people in crisis situations is critical in establishing not only a safe environment, but also one that promotes growth and development. The skills, knowledge, and professional judgment of staff in responding to crises are critical factors in helping young people learn constructive and adaptive ways to deal with frustration, failure, anger, rejection, hurt, and depression. District trainers will provide ongoing support to mental health professionals in the District to ensure the model is implemented with fidelity. Interns will participate in these trainings.

One day of professional development will be provided annually on topics related to social and emotional learning and development. It is anticipated that this training will be provided by the regional Board of Cooperative Educational Services (BOCES). Interns will participate in these trainings.

17

AR000337

In addition, District social work and mental health staff will provide embedded professional development to instructional staff throughout the year to support them as they implement trauma-informed strategies and restorative justice practices.

The University at Buffalo Institute on Trauma and Trauma-Informed Care will provide training to District mental health providers in the EMDR therapy model, to provide alternative strategies to working with children who have experienced trauma. The ITTIC will provide ongoing consultation throughout the project as providers incorporate these strategies.

Interns will work closely with district mental health staff to identify and mitigate challenges that could impact their ability to successfully complete their education and enter a school-based mental health services career. The PAC will support district staff, as needed, should challenges arise related to student retention.

**(d) Management Plan and Adequacy of Resources.**

***The Secretary considers the management plan and adequacy of resources for the proposed project. In determining the quality of the management plan and the adequacy of resources for the proposed project, the Secretary considers:***

**(1) The adequacy of mechanisms for ensuring high-quality products and services from the proposed project.**

The project management plan is designed to provide regular, ongoing feedback to ensure that products and services developed and implemented through this program are of high quality.

The Project Director oversees other district mental health initiatives, ensuring that this project is implemented to align with, not duplicate, services already offered in the district. The project team includes members of underrepresented populations in the mental health services field, who have strong linkages in the community and who are, themselves, professionals of color. The team will work closely on outreach and engagement to both increase the number of

young people who choose mental health careers (especially school-based careers) and to increase the percentage of new enrollees who are from diverse backgrounds.

The PAC includes project staff working with key community partners to recruit, engage and support students to complete their education and prepare for a career in a school-based mental health profession. The PAC will closely monitor the program as it is rolled out, and will make recommendations for adjustments as needed to ensure the program meets its goals and objectives.

The project director will work in the WNY region to engage additional college partners who offer one or more education programs related to school-based mental health, to reach more students and to help program staff determine whether the program is having a regional impact on engagement in the mental health fields. The project director will report program outcomes to the district Board of Education.

Niagara Falls City School District has extensive experience administering large grants funded by New York State and US government sources. Most recently, the district was awarded a five-year, $2.5 Million Mental Health Service Project grant by the US Department of Education. About to enter its fourth year, this grant trains school counselors and social workers to effectively respond to the needs of students living with multiple challenges such as high poverty, violence, trauma, and other factors. Other recent awards include a seven-year, $2.7 Million NYS Education Department Pathways in Technology grant that offers courses providing both high school and college credits to prepare students for careers in technology-related fields not requiring a college degree; and a five-year, $1.75 Million NYS Education Department Extended School Day/School Violence Prevention grant that provides after-school enrichment and educational supports to help youth succeed in school and make positive choices. All of these

(and other grant-funded initiatives implemented by the district) are on-track to attain all program objectives on time and within budget. The district utilizes fund management software that enables it to track each grant-funded program by program and by expense category, ensuring no co-mingling of funding. The district utilizes Generally Accepted Accounting Principles in all its fiscal practices, and has received clean audits for 10 years.

***(2) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project.***

The following partners have committee to collaborating with NFCSD on the MHSP project:

***Niagara University – Ostapenko Center for Race, Equity, and Mission*** – has committed to providing college credit-bearing social work courses for NFHS students, and college interns from diverse backgrounds in social work, psychology and counseling, who will provide services to NFCSD through their internship. NU will also collaborate in outreach efforts to engage more students of color in school-based mental health careers.

***UB Graduate School of Education*** - has committed to providing college interns from diverse backgrounds in social work, psychology and counseling, who will provide services to NFCSD through their internship. UB will also collaborate in outreach efforts, such as participating in high school job fairs, to engage more students of color in school-based mental health careers.

***Melinda Scime, Psychologist*** – will assist project staff with recruiting and engaging students in school-based mental health careers.

***Mental Health Advocates of WNY*** – will provide peer advocates in Mental Health to work with students and share information about careers in the mental health professions. Peer Advocates serving NFCSD are primarily students of color.

*TELL Consulting* – this minority-owned business will provide family outreach on college admissions to English as a New Language (ENL) students and their families, and provide professional development for project staff.

*Booker College Planning* – this minority owned business assists families of color to navigate the financial aid and college application processes, and will assist students of color to enroll in college with a goal of a career in school-based mental health services.

*Pinnacle Community Services* – Will conduct outreach as part of their youth services programs, building in mental health careers into their career exploration services.

*Winning Because I Tried* – minority owned business that assists students of color with career exploration, and provides mentoring to boys of color. As a partner in this project, WBIT will also assist with recruiting and engaging students of color in mental health careers.

All partnering agencies will serve as members of the Program Advisory Committee (PAC). Responsibilities of the PAC include recruitment and engagement of people interested in school-based mental health services careers; targeted outreach to communities of color to engage more diverse students in pursuing those careers; and assisting in the development of a sustainability plan to continue the program beyond the grant period.

**(3) *The potential for continued support of the project after Federal funding ends, including, as appropriate, the demonstrated commitment of appropriate entities to such support.***

As members of the PAC, all partner agencies will work with NFCSD to identify funding sources and project design strategies that will provide continued support beyond the five-year grant period. Outreach and engagement activities can become part of career exploration and youth engagement activities offered through the school district; field trips to familiarize students with mental health careers can also continue beyond the grant period with district funds. We will

21

AR000341

work closely with our college partners, and engage additional partners as needed, to identify funding streams that can mitigate the cost of higher education for student entering school-based mental health careers, and to provide ongoing assistance to support students who enter the field. The district has a history of continuing effective programs beyond the grant period when students are benefiting from the program. The district currently has agreements to fund other program components that support this initiative, such as Early College High School and Family & Community Engagement, both of which pay tuition for high school students taking college-credit-bearing courses. We are committed through our SPED budget and general fund, to continue paying stipends to interns in mental health fields such as psychology, enabling us to recruit more college-level students to work in high-needs districts.

### *(4) The adequacy of the procedures for ensuring feedback and continuous improvement in the operation of the proposed project.*

Project evaluation will be used to inform continuous quality improvement efforts and provide perspective on project progress. It will follow the principles of Utilization-Focused Evaluation, which emphasizes stakeholder involvement, building evaluation processes that gather valid data within context, and sharing results in ways that stakeholders can understand and use to make decisions.

The Project Advisory Board (PAC) will inform evaluation design, provide input on methods to gather representative data, review analysis results, and enhance understanding of results by discussing results in the context of day-to-day operations and community perspectives. During each quarterly PAC meeting, the committee will review results of data analyses and determine actions to address any identified problems. The PAC will review both process (i.e., is the program being implemented as intended) and outcome (i.e., are intended changes occurring) data. Best practices and common barriers across the 11 schools will be shared during meetings as

22

AR000342

well. This review will be supplemented by regular review of data by the Project Director and an annual evaluation report that summarizes progress comprehensively each year.

The PAC will use the information collected for this grant to adjust programming as issues emerge. In addition, the committee will review the annual comprehensive report provided by the evaluator to foster bigger-picture discussions and adjustments. At the first meeting of each project year, the team will review the report and create an action plan to address barriers to achieving the project outcomes. The team also will review successes and work to replicate them across sites, and share them with the federal project officer and others to foster replication in other settings.

The objectives and outcomes presented previously are fully aligned to the GPRAs and the project plan. These objectives and outcomes were designed collaboratively with the project team and the evaluator to ensure alignment to the project plan, realistic target setting, and valid, reliable measurement of implementation and outcomes.

23

AR000343

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1237-School-BasedMentalHealthResumes.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13746770    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 10:01:21 AM EDT

AR000344

**THOMAS FISHER**
1416 99th Street
Niagara Falls, New York 14304
(716) 471-9254
Nufisher@aol.com

---

## CERTIFICATION

NEW YORK STATE
School District Leader:     Professional
School Building Leader:     Professional
Social Studies 7-12:     Permanent
Social Studies 5-6:     Permanent

## EDUCATION

NIAGARA UNIVERSITY – NEW YORK
Master of Science:     Educational Leadership     4.0 GPA
Master of Science:     Special Education     4.0 GPA
Bachelor of Arts:     Social Studies 7-12 Education     3.9 GPA

OXFORD UNIVERSITY – ENGLAND
Study Abroad:     Medieval History     3.7 GPA

## ADMINSTRATIVE EXPERIENCE

**Teacher on Special Assignment – Central Office**
Niagara Falls City School District
September 2019 – Present

- ❖ Oversee District grants including 21st Century, Family and Community Engagement, Smart Scholars Early College, and Mental Health Professional Demonstration Grant
- ❖ Chair the S.A.V.E. committee to review the District Code of Conduct and Safety Plan
- ❖ Serve as a substitute building administrator as needed in all schools
- ❖ Facilitate professional development to staff members including Data Analysis Planning
- ❖ Monitor the District's Healthy Behaviors Initiative
- ❖ Plan staff trainings on various topics including Alternatives to Suspension
- ❖ Coordinate professional development for counselors and social studies teachers

**Dean of Students – Henry J. Kalfas Magnet School**
Niagara Falls City School District
September 2013 – Present

- ❖ Oversaw all student discipline issues and tracked discipline data
- ❖ Introduced a positive behavior school-wide plan
- ❖ Facilitated professional development to staff members on positive behavior

AR000345

<div align="center">

**THOMAS FISHER**
1416 99th Street
Niagara Falls, New York 14304
(716) 471-9254
Nufisher@aol.com

</div>

---

**Teacher on Special Assignment – Central Office**
Niagara Falls City School District
September 2009 – Present

- ❖ Chaired committee that secured the District's Middle States Accreditation
- ❖ Oversaw committee to update the District Code of Conduct and Safety Plan
- ❖ Served as hearing officer for superintendent suspension and transition hearings
- ❖ Led sub-committee that designed the District Professional Development Plan
- ❖ Monitored students on home instruction and the student homeless in the District
- ❖ Coordinated professional development on staff development days (ie: Common Core)
- ❖ Directed the Teacher Mentor Program and the use of the MTIP Grant
- ❖ Facilitated presentations at Board of Education meetings (ie: Middle States Accreditation)


**TEACHING EXPERIENCE**

**Social Studies Teacher – Grades 7 and Grade 8**
LaSalle Middle School – Niagara Falls City School District
September 2003 – June 2009

- ❖ Facilitated professional development (ie: workshop model) to social studies department
- ❖ Determined student achievement gaps using item analysis on state assessment data
- ❖ Designed District social studies assessments on the curriculum renewal team
- ❖ Mapped District curriculum to align with the New York State Standards
- ❖ Developed a District-wide student preparation guide for the state assessment
- ❖ Guided students to create movies on historical events using Windows Movie Maker
- ❖ Used hands-on activities (ie: student-designed poster boards) to summarize events
- ❖ Implemented various forms of technology (ie: SMART Boards) into classroom lessons

**PAST DISTRICT COMMITTEE MEMBERSHIP**

- ❖ Mentor Teacher Advisory Board - Chairperson
- ❖ Staff Development Steering - Chairperson
- ❖ Middle States Accreditation  - Chairperson
- ❖ S.A.V.E. Committee - Chairperson
- ❖ Teacher Resource Center Policy Board
- ❖ Disproportionality Committee

AR000346

# Cynthia Rose Jones

Phone: (716) 471-4895                              Email: cjones@nfschools.net

2015 Woodlawn Avenue, Niagara Falls, New York 14301

---

### Certification

- School District Administrator (S.D.A.) certification - permanent
- Project S.A.V.E. training - certified
- Secondary Social Studies Teaching Certification - permanent
- Coursework/Training in Identification and Reporting of Child Abuse and Maltreatment - certified

### Education

- Master of Science in Education - Administration and Supervision - Niagara University
- Master of Education - Social Studies Education - State University of New York at Buffalo
- Bachelor of Arts - African American Studies - State University of New York at Buffalo

### Employment History

**July 2022 – Present ● Principal on Special Assignment**

➢ Niagara Falls Board of Education, 630-66th Street, Niagara Falls, New York 14304

* Working as Principal on Special Assignment in the Curriculum and Instruction Office under the direction of the Deputy Superintendent for Curriculum and Instruction. Supervising the renewal of curriculum for the Art, Business, Physical Education, Health, Social Studies, World Languages, and English Departments. Participating in the District Comprehensive Instructional Plan and Multi-Tiered Systems of Support Initiative. Assisted with the roll out of updated A.P.P.R. and S.L.O.s requirements, Assisted with the creation of the New Teacher Orientation schedule. Assisted with the creation of district administrator meeting agendas.

**July 2018 – June 2022 ● Chief Educational Administrator**

➢ Niagara Falls High School, 4455 Porter Road, Niagara Falls, New York 14305

* Served as the Chief Educational Administrator with three assistant principals / team administrators. Responsible for building index budget and grants, Organized and facilitated Building Leadership Team meetings, Created and disseminated information regarding building use and events in a weekly format. Collaborated with department chairpersons, class advisors, and other staff members regarding students and building events, Conducted lockdown, fire, and other safety drills, Managed building facility, furniture, repairs, safety issues and maintenance/custodial staff issues, Worked ENL programming and staff, Collaborated with higher education organizations and local businesses to provide work based learning job shadows and opportunities for students, Collaborated with district medical director, nurses and clinical staff to implement and refine COVID-19 protocols for the school community, Facilitated alternative educational programs for students, Conducted meetings for the yearly creation of the School Comprehensive Educational Plan, Collaborated with District Safety Director regarding building safety and staff, Facilitated the monthly recognition of staff and students, Implemented principles from Charlotte Danielson to mentor, conference, and evaluate teachers in pedagogy and classroom management, as well as, collect and evaluate teacher plan books. Coordinated professional staff development and department meetings.

**June 2013 – June 2018 ● Principal**

➢ Harry F. Abate Elementary School, Lockport Road and 11th Street, N.F., N.Y. 14305

* As part of instructional leadership team, organized and facilitated Building Leadership Team meetings supervised the implementation of the "workshop model" in the Niagara's Choice reading program. Organized, scheduled, and administered New York State Assessments in English Language Arts, as well as local assessments in social studies, mathematics, and science for grades Pre-K - 6 and special education students. Implemented principles from Charlotte Danielson to mentor, conference, and evaluate teachers in pedagogy and classroom management. Collaborated with building personnel, maintenance, and clerical staff to initiate safe and orderly building procedures, etc. Coordinated professional staff development and department meetings. Completed evaluation of instructional staff using Teachscape evaluation programs.

AR000347

September 2008 – June 2013 ● Assistant Principal

➢ Harry F. Abate Elementary School, Lockport Road and 11th Street, N.F., N.Y. 14305

> ➢ As part of instructional leadership team, organized and facilitated Building Leadership Team meetings supervised the implementation of the "workshop model" in the Niagara's Choice reading program. Organized, scheduled, and administered New York State Assessments in English Language Arts, as well as local assessments in social studies, mathematics, and science for grades Pre-K - 6 and special education students. Implemented principles from Charlotte Danielson to mentor, conference, and evaluate teachers in pedagogy and classroom management. Collaborated with building personnel, maintenance, and clerical staff to initiate safe and orderly building procedures, etc. Coordinated professional staff development and department meetings. Completed evaluation of instructional staff using Teachscape evaluation programs.

July 2008 - Aug. 2008   ● Principal

➢ O/N B.O.C.E.S. Regional Middle School Summer School, Niagara Falls High School, 4455 Porter Rd. N.F. N.Y.

> ➢ As instructional leader, coordinated delivery and distribution of instructional materials, collected planbooks, consulted with staff regarding observations and expectations, worked with literacy and math coaches to provide professional development opportunities, participated in instruction with students in all classes, completed evaluations of staff, facilitated faculty/staff meetings, etc. As building manager, ensured the maintenance of a safe and orderly environment by supervising office staff, coordinating evacuation and fire drill procedures, supervising daily entry and dismissal of students, daily communication of events with all staff, monitored building safety and environment using walk throughs, etc. Served as liaison with participating school districts regarding student discipline incidents, registration, grades, transportation, etc. Communicated with parents regarding student absences, truancies, discipline, etc.

October 2007 – June 2007 ● Assistant Principal

➢ Harry F. Abate Elementary School, Lockport Road and 11th Street, N.F., N.Y. 14305

> ➢ As part of instructional leadership team, served as the "Design Coach" for Harry F. Abate Elementary School and supervised the implementation of the "workshop model" in the Niagara's Choice reading program. Organized, scheduled, and administered New York State Assessments in English Language Arts, as well as local assessments in social studies, mathematics, and science for grades Pre-K - 6 and special education students. Implemented principles from Charlotte Danielson to mentor, conference, and evaluate teachers in pedagogy and classroom management. Collaborated with building personnel, maintenance, and clerical staff to initiate safe and orderly building procedures, etc. Coordinated professional staff development and faculty meetings. Completed evaluation of instructional and support staff

Sept. 2007 – October 2007 ● Assistant Principal

➢ Cataract Elementary School, 6431 Girard Avenue, N.F., N.Y. 14304

> ➢ As part of instructional leadership team, served as the "Design Coach" for Cataract Elementary School and supervised the implementation of the "workshop model" in the America's Choice reading program. Organized, scheduled, and administered New York State Assessments in English Language Arts and Intermediate Math, as well as local assessments in social studies, mathematics, and science for grades Pre-K - 6 and special education students. Implemented principles from Charlotte Danielson to mentor, conference, and evaluate teachers in pedagogy and classroom management. Collaborated with building personnel, maintenance, and clerical staff to initiate safe and orderly building procedures, etc.

Sept. 2005 - August 2007 ● Assistant Principal

➢ Niagara Middle School, 6431 Girard Avenue, N.F., N.Y. 14304

> ➢ As part of instructional leadership team, served as the "Design Coach" for Niagara Middle School and supervised the implementation of the "workshop model" in the America's Choice reading program. Organized, scheduled, and administered New York State Assessments in English Language Arts and Intermediate Math, as well as local assessments in social studies, mathematics, and science for grades 6 – 8 and special education students. Implemented principles from Charlotte Danielson to mentor, conference, and evaluate teachers in pedagogy and classroom management. Collaborated with building personnel, maintenance, and clerical staff to initiate safe and orderly building procedures, etc.

July 2005 - Aug. 2005   ● Dean of Students

➢ Orleans/Niagara B.O.C.E.S. Regional Summer School, Niagara Falls High School, 4455 Porter Rd. N.F. N.Y.

AR000348

> As a teacher on special assignment, I served in administrative position assisting in the supervision and mentoring of administrative interns from Niagara University and University at Buffalo. Implemented discipline office procedures and policies. Reported statistical information regarding discipline records. Communicated with parents, teachers, and staff, etc regarding disciplinary procedures and outcomes.

## Jan. 2005 - June 2005 • Dean of Students

> Gaskill Middle School, 910 Hyde Park Blvd. N.F., N.Y. 14301

>> As a teacher on special assignment, served in administrative position creating and implementing discipline office procedures and policies. Supervised staff of certified teachers completing contractual duty assignments. Reported statistical information regarding discipline records. Maintained public relations with community members, parents, social agencies, teaching staff, and media.

## Nov 2004 - December 2004 • Teacher on Special Assignment

> Niagara Falls Board of Education, 607 Walnut Ave. N.F., N.Y. 14301

>> Assigned a variety of tasks including creation of district-wide, supplemental review materials for the New York State English Language Arts Assessment (E.L.A.) and the New York State Mathematics Assessment (E.M.A.) for 4th and 8th grades. I also served on the Niagara Falls City School District Social Studies Curriculum Committee by collaborating with administrators and teachers to create, publish, and implement a new matrix format for the Middle School Social Studies Curricula. Negotiated with representatives of McDougal Littel for the purchase, shipment, and distribution of new textbook materials for all middle schools. Arranged staff development for middle school social studies, special education, and literacy coaches for new curricula and materials.

## July 2004 - Aug. 2004    • Dean of Students

> Orleans/Niagara B.O.C.E.S. Regional Summer School, Niagara Falls High School, 4455 Porter Rd. N.F. N.Y.

>> As a teacher on special assignment, served in administrative position implementing discipline office procedures and policies. Collaborated with other administrators, safety personnel and administrative interns to establish, facilitate, and conduct the summer school program. Reported statistical information regarding discipline records. Resolved conflicts between and among students to maintain a safe and orderly environment. Communicated with parents, teachers, and staff, etc regarding disciplinary procedures and outcomes.

## Sept. 2003 - June 2004 • Dean of Students

> Gaskill Middle School, 910 Hyde Park Blvd. N.F., N.Y. 14301

>> As a teacher on special assignment, served in administrative position creating and implementing discipline office procedures and policies. Supervised staff of certified teachers completing contractual duty assignments. Reported statistical information regarding discipline records. Maintained public relations with community members, parents, social agencies, teaching staff, and media.

## Sept. 2002 - June 2003    • Administrative Substitute

> Henry J. Kalfas Magnet School, 1730 Beech Avenue, N.F., N.Y. 14305
> Harry F. Abate Elementary School, 11th Street and Lockport Road, N.F., N.Y. 14305
> Geraldine J. Mann Elementary School, 1330-95th Street, N.F., N.Y. 14304
> Hyde Park Elementary School, 1620 Hyde Park Blvd, N.F., N.Y. 14305
> Maple Avenue Elementary School, 952 Maple Avenue, N.F., N.Y. 14305
> Gaskill Middle School, 910 Hyde Park Boulevard, N.F., N.Y. 14301

>> As a teacher on special assignment, served as an administrative substitute for the Niagara Falls City School District. Assumed the duties and responsibilities of principal and/or vice-principal at various schools in a variety of settings. Supervised instructional staff and security of buildings, resolved student discipline and behavior issues, administered local and state assessments.

## Sept. 2002 - June 2003    • Theme Specialist

> Henry J. Kalfas Magnet School, 1730 Beech Avenue, N.F., N.Y. 14305

>> As a teacher on special assignment, coordinated the integration of the theme of communication into a literature-based magnet school curriculum, organized community and school-based programs, arranged and conducted staff development workshops, performed the duties of an assistant administrator regarding discipline and curriculum.

## June 2002 - August 2002 • Administrative Intern

AR000349

➢ Orleans/Niagara B.O.C.E.S. Regional Summer School, Niagara Falls High School, 4455 Porter Rd. N.F. N.Y.

  ➢ Completed 300 hours of administrative internship with Niagara University by performing administrative duties in the O/N B.O.C.E.S. Middle School Program. Managed instructional staff and students, served as the administrative liaison for the North Tonawanda School District regarding scheduling and enrollment, resolved student discipline and behavior issues within the classroom and on school buses, administered and proctored New York State Regents examinations

## Sept. 1994 - June 2002 • Secondary Social Studies Teacher

➢ Niagara Middle School, 6431 Girard Ave., N.F., N.Y. 14304

➢ Niagara Falls High School, 4455 Porter Road, N.F., New York 14305

➢ Gaskill Middle School, 910 Hyde Park Boulevard, N.F., New York 14301

➢ LaSalle Middle School, Buffalo Avenue & 76th Street, N.F., New York 14304

  ➢ Taught 7th - 10th grade New York State Social Studies Standards and Curriculum by implementing relevant and meaningful, hands-on instructional techniques, created performance-based assessments such as document-based questions and thematic essays aligned with New York State Social Studies Curriculum, administered New York State Assessments, utilized organizational and administrative skills as a middle school team leader to motivate team teachers in the use of innovative practices such as, block scheduling, looping, and interdisciplinary instruction and assessment

## Jan. 1994 - June 1994 • Secondary Social Studies Student Teacher

➢ former Niagara Falls High and former LaSalle Senior High Schools, N. F., N.Y.

  ➢ Taught 9th - 12th grade students implementing New York State Social Studies Curriculum, prepared students for New York State Regents Social Studies Assessments, successfully obtained New York State Certificate of Qualification and subsequent permanent certification

## March 8, 1993 - Jan. 1994 • Teaching Assistant

➢ Niagara Street Elementary School, Niagara Street & 25th Street, N.F., N.Y. 14303

  ➢ Implemented the Individual Education Plan for inclusion students by modifying work assignments and instructing students on an individual basis, administered local and state assessments according to state mandated testing modifications, planned and prepared innovative instructional techniques to facilitate improved academic achievement

AR000350

3333Church Avenue, Niagara Falls, New York 14303 (716)299-0220 ebradberryrose@gmail.com

# Ebone T. Rose

## Objective

To obtain part-time employment in an environment that promotes positive communication and interaction with people, up-beat, and energetic atmosphere.

## Experience

October 2008- Present          Niagara Falls City School District          Niagara Falls, NY
**School Counselor**
- Provide counseling services to students
- Member of crisis management and student response team
- Coordinate outside services to students

September 2009 -          Kate Spade New York          Niagara Falls, NY
Present
**Sales Associate/Cashier**
- Provide personal and energetic customer service
- Operate cash register, mobile cash register, and perform customer returns
- Open and put away shipment and replenish product on the sales floor

April 2006-October          Buffalo Urban League, Inc.          Buffalo, NY
2008
**Foster Care Caseworker**
- Assisted biological parents with court mandates in the reunification of their children
- Supervised visitation
- Provided trainings and conducted home visits for foster families

August 2002-April          Memorial Medical Child Care          Niagara Falls, NY
2006
**Pre-K Teacher**
- Designed and implemented academic and social-emotional curriculum for children ages 3-5
- Supervised children ages 3-5
- Assisted children ages 3-5 with daily living skills (feeding, toileting, getting dressed)

## Education

2006          Niagara University          Lewiston, NY
**Masters of Education in School Counseling**
- Graduated with high honors, Magna Cum Laude

**New York State Teacher Certification**
- September 1, 2011    #522933111

2002          State University of New York at Buffalo          Buffalo, NY

AR000351

(716)299-0220•ebradberryrose@gmail.com

# Ebone T. Rose

## References

References are available on request.

AR000352



# NIAGARA UNIVERSITY

*Rose Bente Lee Ostapenko Center for Race, Equity, & Mission*

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of Rose Bente Lee Ostapenko Center for Race, Equity, & Mission at Niagara University, I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. In 2018, more than 20 district leaders from Niagara Falls School District participated in our Student Mental Health Conference. Your existing program to increase the number of mental health professionals who are prepared to work with students in high-needs districts is helping area schools address the severe shortage of mental health providers at a time when the need for mental health supports is higher than ever before. This new initiative will complement that work, mobilizing community partners to engage people from diverse backgrounds in mental health professions and encouraging them to choose to work with children.

As an institution of higher education, engaging more people from diverse backgrounds is an ongoing priority. This initiative will enable us to achieve our goals while helping you to address a critical need.

As a partner with you in this initiative, the Ostapenko Center for Race, Equity, & Mission will work with you to develop an MOU formalizing collaborative efforts to recruit, engage and retain students from diverse backgrounds in the mental health services fields with a focus on school-based mental health services. While retention strategies will include stipends and other student resources, we will collaborate with you to apply our own institutional resources to ensure students who enroll in a mental health services field of study have the support they need to complete their education and intern in a high-needs school. Offering stipends and

AR000353



*Rose Bente Lee Ostapenko Center for Race, Equity, & Mission*

internships through the district will supplement our resources and increase students' potential for success.

We will also serve on a project advisory committee to:
- Identify communities in which to concentrate recruitment efforts, targeting potential students of color
- Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
- Support implementation of recruitment and engagement strategies implemented through the grant
- Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Rolanda L. Ward, Ph.D., MSW, MDiv
Associate Professor of Social Work
Endowed Faculty Director
Rose Bente Lee Ostapenko Center for Race, Equity, and Mission
Director, Vincentian Scholars Program
Niagara University
Niagara University, New York 14109
rward@niagara.edu
716.286.8520

AR000354

**University at Buffalo**
# Graduate School of Education

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of the University at Buffalo Graduate School of Education, I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. Your existing program to increase the number of mental health professionals who are prepared to work with students in high-needs districts is helping area schools address the severe shortage of mental health providers at a time when the need for mental health supports is higher than ever before. This new initiative will complement that work, mobilizing community partners to engage people from diverse backgrounds in mental health professions and encouraging them to choose to work with children.

As an institution of higher education, engaging more people from diverse backgrounds is an ongoing priority. This initiative will enable us to achieve our goals while helping you to address a critical need.

As a partner with you in this initiative, the University at Buffalo Graduate School of Education will work with you to develop an MOU formalizing collaborative efforts to recruit, engage and retain students from diverse backgrounds in the mental health services fields with a focus on school-based mental health services. While retention strategies will include stipends and other student resources, we will collaborate with you to apply our own institutional resources to ensure students who enroll in a mental health services field of study have the support they need to complete their education and intern in a high-needs school. Offering stipends and internships through the district will supplement our resources and increase students' potential for success.

**Office of the Dean**

367 Baldy Hall, Buffalo, NY 14260-1000
716.645.6640  (F) 716.645.2479
gsedean@buffalo.edu

www.ed.buffalo.edu

AR000355

**University at Buffalo**
**Graduate School of Education**

We will also serve on a project advisory committee to:
- Identify communities in which to concentrate recruitment efforts, targeting potential students of color
- Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
- Support implementation of recruitment and engagement strategies implemented through the grant
- Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Suzanne Rosenblith, PhD
Dean and Professor

Office of the Dean

367 Baldy Hall, Buffalo, NY 14260-1000
716.645.6640  (F) 716.645.2479
gsedean@buffalo.edu

www.ed.buffalo.edu

PR/Award # S184H220038
Page e50

AR000356



NIAGARA FALLS
1522 Main Street
Niagara Falls, NY 14305
TEL: 716-285-6984
FAX: 716-285-0831

LOCKPORT
57 Canal Street, Suite 102
Lockport, NY 14094
TEL: 716-433-6019
FAX: 716-285-0831

**Pinnacle**
Community Services
pinnaclecs.org

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of Pinnacle Community Services,  I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. This opportunity will mobilize community partners to work with the district, recruiting people of color into the mental health services field and assisting them to complete their education in preparation for a career in school-based mental health services.

As a partner with you in this initiative, Pinnacle Community Services will serve on a project advisory committee to:

- Identify communities in which to concentrate recruitment efforts, targeting potential students of color
- Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
- Support implementation of recruitment and engagement strategies implemented through the grant
- Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Laura Pennington
President and CEO

*Formerly Family & Children's Service of Niagara*

*Side by Side, Step by Step... we strengthen our community by supporting and empowering individuals and families on their journey.*

PR/Award # S184H220038
Page e51

AR000357

 

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of Mental Health Advocates of WNY, I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. This opportunity will mobilize community partners to work with the district, recruiting people of color into the mental health services field and assisting them to complete their education in preparation for a career in school-based mental health services.

As a partner with you in this initiative, Mental Health Advocates of WNY will serve on a project advisory committee to:
-   Identify communities in which to concentrate recruitment efforts, targeting potential students of color
-   Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
-   Support implementation of recruitment and engagement strategies implemented through the grant
-   Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Melinda DuBois
Executive Director

1021 Broadway, 5th Floor, Buffalo, NY 14212  |  p (716) 886-1242  |  f (716) 881-6428
MHAWNY.ORG
PR/Award # S184H220038
Page e52

AR000358

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of Melinda Scime, Psychologist PLLC, I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. This opportunity will mobilize community partners to work with the district, recruiting people of color into the mental health services field and assisting them to complete their education in preparation for a career in school-based mental health services.

As a partner with you in this initiative, Melinda Scime, Psychologist, PLLC will serve on a project advisory committee to:

- Identify communities in which to concentrate recruitment efforts, targeting potential students of color
- Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
- Support implementation of recruitment and engagement strategies implemented through the grant
- Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Melinda Scime, Ph.D.

AR000359



October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of Booker College Planning, I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. This opportunity will mobilize community partners to work with the district, recruiting people of color into the mental health services field and assisting them to complete their education in preparation for a career in school-based mental health services.

As a partner with you in this initiative, Booker College Planning will serve on a project advisory committee to:
-   Identify communities in which to concentrate recruitment efforts, targeting potential students of color
-   Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
-   Support implementation of recruitment and engagement strategies implemented through the grant
-   Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Allen P. Booker, M.S.
Founder and College Planning Consultant
Booker College Planning

Booker College Planning is a member of the National Association for College Admission Counseling (NACAC) and a New York State Certified Minority Business Enterprise (MBE).

AR000360



**TELL**CONSULTING
Teaching English Language Learners

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of TELL Consulting, I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. This opportunity will mobilize community partners to work with the district, recruiting people of color into the mental health services field and assisting them to complete their education in preparation for a career in school-based mental health services.

As a partner with you in this initiative, TELL Consulting will serve on a project advisory committee to:
- Identify communities in which to concentrate recruitment efforts, targeting potential students of color
- Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
- Support implementation of recruitment and engagement strategies implemented through the grant
- Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Deena Anthony
Founder
TELL Consulting
www.tell-consulting.com
MWBE & CTLE Certified

AR000361

# WINNING BECAUSE I TRIED

**YOUTH MENTORING PROGRAM**

October 21, 2022

Mr. Mark R. Laurrie, Superintendent
Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Dear Mr. Laurrie:

On behalf of Because I Tried Enterprises, Inc., I am pleased to collaborate with you in your application for funding from the US Department of Education under the School Based Mental Health Services Grant Program. If funded, this program will increase the number of mental health services providers serving high-needs schools, by implementing recruitment and retention activities designed to engage more people from diverse backgrounds as mental health service providers for students.

Niagara Falls City School District has a strong history of collaboration to meet the mental health needs of students from high-needs communities, especially communities of color. This opportunity will mobilize community partners to work with the district, recruiting people of color into the mental health services field and assisting them to complete their education in preparation for a career in school-based mental health services.

As a partner with you in this initiative, Because I Tried Enterprises, Inc. will serve on a project advisory committee to:

- Identify communities in which to concentrate recruitment efforts, targeting potential students of color
- Develop recruitment strategies to engage students from diverse backgrounds in careers in mental health services
- Support implementation of recruitment and engagement strategies implemented through the grant
- Monitor progress toward outcomes and support attainment of project goals and objectives.

We look forward to working with you on this opportunity.

Sincerely,

Modie Cox
Founder, Because I Tried Enterprises, Inc

170 Manhattan Street ● P.O. Box 1278 ● Buffalo, NY 14214 ● Phone: 716.715.3114 ● E-mail: mcox@wbit12.com ● Web: www.wbit12.com

AR000362

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** `1239-NFCSD-SBMHBudget.pdf`

[ Add Mandatory Budget Narrative ]   [ Delete Mandatory Budget Narrative ]   [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]   [ Delete Optional Budget Narrative ]   [ View Optional Budget Narrative ]

Tracking Number:GRANT13746770     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 10:01:21 AM EDT

AR000363

## Mental Health Services Grant

**Niagara Falls City School District**

| Category: Personnel | FTE | Annual Salary | Yr1 Request | Yr2 Request | Yr3 Request | Yr4 Request | Yr5 Request | Five-year total |
|---|---|---|---|---|---|---|---|---|
| Project Director | 0.25 | $ 110,000 | $ 27,500 | $ 28,050 | $ 28,611 | $ 29,183 | $ 29,767 | $ 143,111 |
| Project Coordinator | 1.00 | $ 75,000 | $ 75,000 | $ 76,500 | $ 78,030 | $ 79,591 | $ 81,182 | 390,303 |
| Student Engagement Coord | 0.25 | $ 110,000 | $ 27,500 | $ 28,050 | $ 28,611 | $ 29,183 | $ 29,767 | 143,111 |
| Community Outreach Coord | 0.25 | $ 110,000 | $ 27,500 | $ 28,050 | $ 28,611 | $ 29,183 | $ 29,767 | 143,111 |
| Student Counselor | 0.25 | $ 75,000 | $ 18,750 | $ 19,125 | $ 19,508 | $ 19,898 | $ 20,296 | 97,576 |
| Grants Administrator | 0.05 | $ 80,000 | $ 4,000 | $ 4,080 | $ 4,162 | $ 4,245 | $ 4,330 | 12,242 |
| Teacher trainings | 600.00 | $ 44 | $ 26,400 | $ 26,928 | $ 27,467 | $ 28,016 | $ 28,576 | 137,387 |
| | | | $ 206,650 | $ 210,783 | $ 214,999 | $ 219,299 | $ 223,685 | 1,075,415 |
| | | | | | | | | |
| **Category: Fringe Benefits** | | | **Yr1 Request** | **Yr2 Request** | **Yr3 Request** | **Yr4 Request** | **Yr5 Request** | |
| All above staff (35%) | | | $ 72,285 | $ 73,774 | $ 75,250 | $ 76,679 | $ 78,223 | $ 376,209 |
| | | | $ 72,285 | $ 73,774 | $ 75,250 | $ 76,679 | $ 78,223 | $ 376,209 |
| | | | | | | | | |
| **Category: Travel** | **Trips** | **Cost** | **Yr1 Request** | **Yr2 Request** | **Yr3 Request** | **Yr4 Request** | **Yr5 Request** | |
| USDE Grant Travel | 2.00 | $ 2,500 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 25,000 |
| Local Mileage Reimbursement | 0.55 | $ 3,750 | $ 2,063 | $ 2,063 | $ 2,063 | $ 2,063 | $ 2,063 | 10,314 |
| Regional Travel for PD | 3.00 | $ 1,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | 22,500 |
| Travel to colleges | 10.00 | $ 300 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | 15,000 |
| | | | $ 11,563 | $ 11,563 | $ 11,563 | $ 11,563 | $ 11,563 | 57,814 |
| | | | | | | | | |
| **Category: Supplies** | **Units** | **Cost** | **Yr1 Request** | **Yr2 Request** | **Yr3 Request** | **Yr4 Request** | **Yr5 Request** | |
| Supplies for community events | 4.00 | $ 1,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 20,000 |
| Materials for engagement progra | 11.00 | $ 1,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | $ 11,000 | 55,000 |
| PAC supplies | 1.00 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | $ 140 | 700 |
| Shipping | 1.00 | $ 320 | $ 320 | $ 300 | $ 300 | $ 300 | $ 300 | 1,520 |
| **Sub-Total Supplies** | | | $ 15,460 | $ 15,440 | $ 15,440 | $ 15,440 | $ 15,440 | 77,220 |
| | | | | | | | | |
| **Category: Contractual** | **Units** | **Cost** | **Yr1 Request** | **Yr2 Request** | **Yr3 Request** | **Yr4 Request** | **Yr5 Request** | |
| Marketing Partner | 1.00 | $ 25,000 | $ 50,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 150,000 |
| School Counselor Stipends | 7.00 | $ 10,000 | $ 20,000 | $ 70,000 | $ 70,000 | $ 70,000 | $ 70,000 | $ 300,000 |

AR000364

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| School Psychologist stipends | 7.00 | $ | 15,000 | $ | 30,000 | $ | 105,000 | $ | 105,000 | $ | 105,000 | $ | 105,000 | $ | 450,000 |
| School Social Work Stipends | 7.00 | $ | 5,000 | $ | 10,000 | $ | 35,000 | $ | 35,000 | $ | 35,000 | $ | 35,000 | $ | 150,000 |
| College partner supervisor stipen | 7.00 | $ | 10,000 | $ | 20,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 70,000 | $ | 300,000 |
| Tutors | 500.00 | $ | 20 | $ | 10,000 | $ | 10,200 | $ | 10,404 | $ | 10,612 | $ | 10,824 | $ | 30,604 |
| Assessment tools | 3000.00 | $ | 3 | $ | 8,250 | $ | 8,250 | $ | 8,250 | $ | 8,250 | $ | 8,250 | $ | 41,250 |
| TICI Trainers | 4.00 | $ | 1,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 4,000 | $ | 20,000 |
| Postage/mailings | 21000.00 | $ | 1 | $ | 26,250 | $ | 26,250 | $ | 26,250 | $ | 26,250 | $ | 26,250 | $ | 131,250 |
| Billboards, PSAs, etc | 3.00 | $ | 10,000 | $ | 30,000 | $ | 30,000 | $ | 30,000 | $ | 30,000 | $ | 30,000 | $ | 150,000 |
| | | | | | | | | | | | | | | | |
| | | | | $ | 208,500 | $ | 383,700 | $ | 383,904 | $ | 384,112 | $ | 384,324 | $ | 1,744,540 |
| | | | | | | | | | | | | | | | |
| **SUB-TOTAL DIRECT COSTS** | | | | $ | 514,457 | $ | 695,260 | $ | 701,155 | $ | 707,092 | $ | 713,235 | $ | 3,331,199 |
| | | | | | | | | | | | | | | | |
| Unrestricted (3.8%) | | | | $ 19,549.37 | | $ 26,419.86 | | $ 26,643.90 | | $ 26,869.50 | | $ 27,102.91 | | $ | 126,586 |
| | | | | | | | | | | | | | | | |
| **TOTAL PROJECT** | | | | $ | 534,006 | $ | 721,679 | $ | 727,799 | $ | 733,962 | $ | 740,337 | $ | 3,457,784 |

AR000365



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Niagara Falls City School District

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 206,650.00 | 210,783.00 | 214,999.00 | 219,299.00 | 223,685.00 | | | 1,075,416.00 |
| 2. Fringe Benefits | 72,285.00 | 73,774.00 | 75,250.00 | 76,679.00 | 78,223.00 | | | 376,211.00 |
| 3. Travel | 11,563.00 | 11,563.00 | 11,563.00 | 11,563.00 | 11,563.00 | | | 57,815.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 15,460.00 | 15,440.00 | 15,440.00 | 15,440.00 | 15,440.00 | | | 77,220.00 |
| 6. Contractual | 208,500.00 | 383,700.00 | 383,904.00 | 384,112.00 | 384,324.00 | | | 1,744,540.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 9. Total Direct Costs (lines 1-8) | 514,458.00 | 695,260.00 | 701,156.00 | 707,093.00 | 713,235.00 | | | 3,331,202.00 |
| 10. Indirect Costs* | 19,378.00 | 26,419.00 | 26,643.00 | 26,869.00 | 27,102.00 | | | 126,411.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 533,836.00 | 721,679.00 | 727,799.00 | 733,962.00 | 740,337.00 | | | 3,457,613.00 |

*Indirect Cost Information *(To Be Completed by Your Business Office)*: If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☐ Yes  ☒ No

(2)  If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:   From: _____   To: _____   (mm/dd/yyyy)

Approving Federal agency:   ☐ ED   ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☒ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☒ Is included in your approved Indirect Cost Rate Agreement?  Or, ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is  3.80  %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:

PR/Award # S184H220038
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or, ☐ ...cluded in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

Page e60

AR000366

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Niagara Falls City School District | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | | | | | | | | |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | | | | | | | | |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

AR000367

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Niagara Falls City School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1) List administrative cost cap (x%): [          ]

(2) What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR000368**

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220042**

**Gramts.gov Tracking#: GRANT13746826**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220042

AR000369

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1235-GEPA Statement)* | e7 |
| *3. Grants.gov Lobbying Form* | e9 |
| *4. Dept of Education Supplemental Information for SF-424* | e10 |
| *Attachment - 1 (1241-Exempt Research Narrative)* | e12 |
| *5. ED Abstract Narrative Form* | e14 |
| *Attachment - 1 (1240-3.ED Abstract Form)* | e15 |
| *6. Project Narrative Form* | e16 |
| *Attachment - 1 (1234-4.Narrative (SBMH MUSD))* | e17 |
| *7. Other Narrative Form* | e43 |
| *Attachment - 1 (1237-6.a.Resumes)* | e44 |
| *Attachment - 2 (1238-6.b.ICR Agreement)* | e60 |
| *Attachment - 3 (1239-6.d.References)* | e61 |
| *8. Budget Narrative Form* | e62 |
| *Attachment - 1 (1236-5.Budget Narrative (SBMH MUSD))* | e63 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e98 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e101 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000370

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| | |
|---|---|
| **\* 1. Type of Submission:** | **\* 2. Type of Application:** |

* 1. Type of Submission:
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

* 2. Type of Application:
- [x] New
- [ ] Continuation
- [ ] Revision

* If Revision, select appropriate letter(s):
[_____]

* Other (Specify):
[_____]

**\* 3. Date Received:** 11/02/2022

**4. Applicant Identifier:** [_____]

**5a. Federal Entity Identifier:** [_____]

**5b. Federal Award Identifier:** [_____]

**State Use Only:**

**6. Date Received by State:** [_____]

**7. State Application Identifier:** CA

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Madera Unified School District

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 35-2247260

**\* c. UEI:** CPLCLKQTK2W5

**d. Address:**

**\* Street1:** 1902 Howard Road

**Street2:**

**\* City:** Madera

**County/Parish:** 20

**\* State:** CA: California

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 93637-5123

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**

**\* First Name:** Karen

**Middle Name:**

**\* Last Name:** DeOrian

**Suffix:**

**Title:** Director of School Culture and Climate

**Organizational Affiliation:** Madera Unified School District

**\* Telephone Number:** 559-416-5858 ext.11124

**Fax Number:** 559-661-2005

**\* Email:** karendeorian@maderausd.org

PR/Award # S184H220042

Page e3

AR000371

**Application for Federal Assistance SF-424**

*** 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Enhancing MUSD Pupil Overall Wellbeing by Employing and Retaining Exceptional and Diverse Staff (EMPOWERED Staff) Program

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**AR000372**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `CA16`                    * b. Program/Project `CA16`

Attach an additional list of Program/Project Congressional Districts if needed.

[_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

**17. Proposed Project:**

* a. Start Date: `07/01/2023`                    * b. End Date: `06/30/2028`

**18. Estimated Funding ($):**

| | |
|---|---:|
| * a. Federal | 7,861,050.43 |
| * b. Applicant | 1,992,231.95 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 9,853,282.38 |

**\* 19. Is Application Subject To Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `11/01/2022`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

[_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: [_____]                    * First Name: `Lorena`

Middle Name: [_____]

* Last Name: `Rardin`

Suffix: [_____]

* Title: `Admin. Assistant to the Area Asst. Supts.`

* Telephone Number: `559-675-4500 ext. 246`    Fax Number: [_____]

* Email: `lorenarardin@maderausd.org`

* Signature of Authorized Representative: `Andrew M Huss`    * Date Signed: `11/02/2022`

AR000373

OMB Number: 1894-0005
Expiration Date: 06/30/2023

## NOTICE TO ALL APPLICANTS

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1235-GEPA Statement.pdf | | Add Attachment | Delete Attachment | View Attachment |

**AR000374**

School-Based Mental Health Services Grant Program: GEPA Statement
Madera Unified School District

**General Education Provisions Act (GEPA) Statement**

The proposed EMPOWERED Staff Program includes several strategies that will reduce and eliminate equitable access barriers based on gender, race, national origin, color, disability, and age. The program is designed to ensure Madera Unified students and family members from underrepresented groups have equal access to and receive equal benefit from proposed program strategies. The vast majority of MUSD students are members of one or more underrepresented groups—94.9% of students are minorities (91.7% Hispanic), 30.5% are English Learners, and 89.4% are socioeconomically disadvantaged. As detailed in Narrative Section C.1, the overall goal of the EMPOWERED Staff Program is to increase Madera Unified's capacity to hire and retain high-quality bilingual and bicultural social workers. By partnering with a Hispanic-Serving Institution to increase the number of social worker interns serving in MUSD schools, MUSD will expand the regional pool of bilingual and bicultural social workers who mirror the demographics of MUSD's service population.

New PPS-credentialed social workers and Fresno State social worker interns will provide Tier II and Tier III interventions within MUSD's districtwide PBIS/MTSS infrastructure. The primary reasons MUSD chose to implement PBIS district-wide include the body of research on the framework's impact on improving academic and behavioral outcomes among *all* students, including students with disabilities and students from underrepresented groups, as well as its potential to decrease racial and ethnic disproportionality in school discipline. As noted in numerous studies, racial and ethnic disproportionality in school suspensions and expulsions is a wide-scale problem (Skiba et al., 2011), with the discipline rates of students of color (particularly African-American, Hispanic, and Native American students) up to four times higher than that of White students (Balfanz, Byrnes, & Fox, 2015; Losen et al., 2015). Sadly, MUSD disciplinary

AR000375

data supports these research findings. The MUSD African-American student suspension rate of 19.7% is nearly four times the White student suspension rate of 5.2%. Multiple studies have found that robust Tier II and Tier III intervention with a PBIS framework reduces the use of exclusionary discipline by school personnel (Bradshaw, Mitchell, & Leaf, 2010; Bradshaw, Waasdorp, & Leaf, 2012; Nelson, Martella, & Marchand-Martella, 2002) and reduces racial and ethnic disparities in exclusions (Gregory, Skiba, & Mediratta, 2017; Tobin & Vincent, 2011). Further, new professional development to be implemented as part of the EMPOWERED Staff Program will specifically promote educational equity. Professional learning will include sessions on cultural responsiveness and leverage lessons and resources from PBIS Cultural Responsiveness Field Guide: Resources for Trainers and Coaches.

In addition to increasing the district's capacity to deliver Tier II and Tier III intervention to produce positive outcomes among underrepresented groups, MUSD's proposed use of the Panorama Student Well-Being Survey will provide teachers and staff with improved universal screening, allowing MUSD social workers to better serve students from *all* subgroups by identifying early warning signs and making timely referrals to Tier II and III interventions.

The mental health awareness programming delivered through Madera Unified's 10 Parent Resource Centers will be specifically designed to address the cultural barriers to accessing mental health services among many in MUSD's service area. Sessions will be delivered in English and Spanish and focus on removing negative stigmas often associated with mental illness in Latino culture in order to increase equitable access to new MUSD school-based mental health services among traditionally underserved populations.

Lastly, all EMPOWERED Staff Program activities will be held in Americans with Disabilities Act (ADA) compliant facilities.

AR000376

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Madera Unified School District

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: | * First Name: Lorena | Middle Name:

* Last Name: Rardin | Suffix:

* Title: Admin. Assistant to the Area Asst. Supts.

* SIGNATURE: Andrew M Huss | * DATE: 11/02/2022

AR000377

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
|  | Karen |  | DeOrian |  |

Project Director Level of Effort (percentage of time devoted to grant): `100`

Address:

* Street1: `1902 Howard Road`

Street2:

* City: `Madera`

County: `Madera`

* State: `CA: California`

* Zip Code: `93637-5123`

Country: `USA: UNITED STATES`

* Phone Number (give area code)     Fax Number (give area code)

`559-416-5858 ext.11124`     `559-661-2005`

* Email Address:

`karendeorian@maderausd.org`

Alternate Email Address:

`karendeorian@maderausd.org`

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes   ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| 06039000202 | 06039000103 |  |
|---|---|---|
| 06039000503 |  |  |
| 06039000506 |  |  |
| 06039000800 |  |  |

AR000378

**4. Human Subjects Research:**

   a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

   ☒ Yes   ☐ No

   b.  Are ALL the research activities proposed designated to be exempt from the regulations?

   ☒ Yes  Provide Exemption(s) #(s):  ☒ 1  ☒ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

   ☐ No  Provide Assurance #(s), if available:

   c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
      indicated in the definitions page in the attached instructions.

| 1241-Exempt Research Narrative.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR000379**

School-Based Mental Health Services Grant Program: Exempt Research Narrative
Madera Unified School District

The EMPOWERED Staff Program evaluation activities are exempt under the following definition: (1) Research conducted in established or commonly accepted educational settings, involving normal educational practices, such as (a) research on regular and special education instructional strategies, or (b) research on the effectiveness of or the comparison among instructional techniques, curricula, or classroom management methods. (2) Research involving the use of educational tests (cognitive, diagnostic, aptitude, achievement), survey procedures, interview procedures, or observation of public behavior, unless: (a) information obtained is recorded in such a manner that human subjects can be identified, directly or through identifiers linked to the subjects; and (b) any disclosure of the human subjects' responses outside the research could reasonably place the subjects at risk of criminal or civil liability or be damaging to the subjects' financial standing, employability, or reputation.

1. These activities (focus groups, interviews, surveys, program observation) will be used to determine the effectiveness of the program to (i) increase the number of full-time credentialed social workers serving in MUSD K-8 schools; (ii) place Fresno State social worker interns in MUSD K-8 schools in order to cultivate a homegrown workforce of mental health professionals by enabling candidates to complete their PPS credential requirements in MUSD schools; (iii) increase the diversity of MUSD mental health services providers by hiring new bilingual and bicultural social workers; (iv) increase year-to-year retention among MUSD mental health services providers; (v) decrease year-to-year attrition among MUSD mental health services providers; (vi) increase the percentage of Madera Unified school-based mental health services providers who report high levels of job satisfaction; (vii) increase the number of MUSD K-8 students per year who access MUSD school-based mental health services (e.g., Tier III behavioral intervention, crisis intervention, social services case management services); (viii) improve the understanding of the value of mental health services among parents and family members who attend Parent Resource Center mental health awareness trainings; (ix) improve MUSD students' behavioral/mental health and overall wellbeing; and (x) decrease the cumulative number of discipline referrals across all MUSD K-8 schools.

2. Results will be reported as 'group' data. Individual data will not be reported. Data will be used only for evaluation of this program.

3. Participation in the project evaluation is voluntary. All key participants (as defined above) will be encouraged to participate. All subjects at MUSD schools will have an equal chance to participate voluntarily in the study so that all school stakeholders are represented in the research. The only special criteria for inclusion in the study are that the subject attends an MUSD school. No screening measures or protocols will be employed to select participants. Subjects will be assured that their data will be held in strict confidence and will never be shared with anyone in such a way that any individual subject could be identified. Subjects will further be provided with the name and contact information of a member of the evaluation team if they have any questions about the research or their rights as a participant.

4. There are no known or suspected risks involved in the evaluation activities.

5. There are no known or suspected risks involved in the evaluation activities.

6. Results of research activities will be used (i) to ensure the program's efficacy, (ii) to ensure grantee accountability in use of federal funding; and (iii) to produce findings that are of interest

AR000380

School-Based Mental Health Services Grant Program: Exempt Research Narrative
Madera Unified School District

to educational researchers, practitioners, and policymakers and that advance knowledge regarding program impacts on student mental, behavioral, social, and emotional outcomes.

7. All research involving human subjects will take place at Madera Unified School District schools.

AR000381

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1240-3.ED Abstract Form.pdf | | Add Attachment | | Delete Attachment | | View Attachment |

AR000382

School-Based Mental Health Services Grant Program: Abstract
Madera Unified School District

## Project Abstract

**1. Project objectives and activities:** The **E**nhancing **M**USD **P**upil **O**verall **W**ellbeing by **E**mploying and **R**etaining **E**xceptional and **D**iverse **Staff** (EMPOWERED Staff Program) will establish an infrastructure that enables Madera Unified to cultivate a *homegrown workforce* of bilingual and bicultural behavioral and mental health professionals who mirror the demographics of the MUSD community by (1) recruiting and hiring PPS-credentialed social workers; (2) providing new professional development and training that will promote social worker retention; (3) partnering with a Hispanic-Serving Institution to place MSW interns in MUSD schools; and (4) delivering a series of mental health awareness trainings to MUSD parents and families.

**2. Project outcomes:** Major outcomes include (1) improve MUSD capacity to deliver high-quality mental health services; (2) increase retention rates among MUSD mental health services providers; (3) decrease attrition rates among MUSD mental health services providers; (4) increase the number of MUSD K-8 students per year who access MUSD school-based mental health services; (5) improve parent and family member understanding of the value of mental health services; and (6) improve MUSD student behavioral/mental health and overall wellbeing.

**3. Number of LEAs to be served:** The program will serve 18 K-8 schools in Madera Unified.

**4. Number of students to be served:** The program will serve at least 12,500 students per year.

**5. Number of providers to be hired:** MUSD will hire eight 1.0 FTE PPS-credentialed social workers, one Lead Social Worker Coordinator, and 18 social worker interns per year.

**6. Competitive Preference Priorities addressed:** The program will address Competitive Preference Priority 2—Increasing the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or from communities served by the LEAs with demonstrated need.

1

**AR000383**

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**    `1234-4.Narrative (SBMH MUSD).pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13746826    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 11:20:21 AM EDT

**AR000384**

**Table of Contents**

**Part 1: Preliminary Documents:** Form SF 424 and ED Supplemental Information for SF 424

**Part 2: Budget Information:** ED Form 524

**Part 3: ED Abstract Form:** Project Abstract

**Part 4: Project Narrative**

**A. Need for the Project**....................................................................................................**1**

1. Description of the high-need LEA and its service population....................................................1

2. Importance and magnitude of the program.............................................................................2

**B. Quality of Project Personnel**........................................................................................**6**

1. Personnel who will carry out the project and qualifications........................................................6

2. Promotion of employment from members of underrepresented groups....................................9

**C. Quality of the Project Design and Project Services**...................................................**10**

1. Activities, goals, objectives, and measurable outcomes............................................................10

2. Equal access and treatment for those from underrepresented groups......................................16

3. Training and professional development to alleviate personnel shortages..................................17

**D. Management Plan and Adequacy of Resources**..........................................................**19**

1. Mechanisms for ensuring high-quality products and services..................................................19

2. Commitment of each partner to the project's implementation and success.............................21

3. Continued support for the project after Federal funding ends.................................................23

4. Procedures for ensuring feedback and continuous project improvement................................24

**Part 5: Budget Narrative**

**Part 6: Other Attachments:** Resumes, E.O. 12372 Letter, Indirect Cost Rate Agreement

**Part 7: Assurances and Certifications**

**Part 8: Intergovernmental Review (Executive Order 12372)**

AR000385

## A. Need for the Project

**1. Description of the high-need LEA and its service population**: Madera Unified School District (MUSD) serves 20,704 students from Madera city and surrounding rural Central California communities, some of which are more than 20 miles away from Madera city. All 26 MUSD schools are high-need schools serving communities that face a number of challenges.

Extreme poverty: Madera's child poverty rate is a staggering 32.7%, and its per-capita income of $19,866 is almost half the state average of $36,955. More than 89% of MUSD students are designated socioeconomically disadvantaged and receive free or reduced-price meals. Limited English language proficiency and low levels of adult educational attainment: MUSD serves high percentages of Hispanic students (91.7%) and English Learners (30.5%). Many MUSD students are children of migrant workers who possess neither the English language skills nor educational backgrounds that foster active engagement in their children's education. Thirty-five percent (35%) of Madera residents over the age of 25 do not possess a high school diploma or GED, and less than 10% of residents over 25 hold a bachelor's degree. Madera County's illiteracy rate of 29% is the fourth highest among California's 58 counties. High levels of serious emotional disturbance (SED) and serious mental illness (SMI): According to a recent California Health Care Foundation study and a separate study published by the California Department of Health Care Services, Madera County has the highest percentage of youth with SED (8.2%) and the third highest percentage of adults with SMI (7.4%) among all California counties.

These community characteristics directly affect MUSD students and the schools charged with serving them, and students across all schools demonstrate significant need for interventions that will positively impact academic, social, emotional, and behavioral development. MUSD students at every grade level score far below the state average on the state's English Language

AR000386

Arts (ELA) and Math standardized tests. According to the California Department of Education, MUSD students scored 43.1 points below the ELA standard (compared to 6 points below standard among students statewide) and 74.2 points below the Math standard (compared to 36.4 points below standard among students statewide). Further, MUSD suspension and expulsion rates significantly exceed state averages. The district's suspension rate of 6.7% is nearly double the state average of 3.5%, and its expulsion rate of 0.4% is five times the state average of 0.08%.

**2. Importance and magnitude of the problem**: An analysis of three district-wide surveys, the California Healthy Kids Survey (CHKS), California School Climate Survey (CSCS), and Panorama Survey, demonstrates the severity of social, emotional, behavioral, and mental health issues in Madera Unified. The CHKS and CSCS are sponsored by the California Department of Education and meet Federal Safe and Drug-Free Schools and Communities Act requirements. MUSD's most recent CHKS found that only 13% of secondary and 50% of elementary students feel safe at school all the time; 28% of students report chronic sadness/hopelessness; and 20% of secondary students and 46% of elementary students report having been a victim of harassment or bullying. Further, only 11% of students reported a high level of meaningful participation at school, and only 33% reported a high level of school connectedness. The CSCS asked MUSD teachers, administrators, and staff to identify "moderate or severe" problems at their school, and CSCS results highlighted a number of problems, including disruptive behavior (78% of respondents noted this as a moderate or severe problem); truancy (70%); gang activity (69%); alcohol and drug use (62%); bullying (61%); and physical fighting (57%). Notably, only 14% of MUSD teachers "strongly agreed" that their school was a "safe place for students."

Madera Unified annually administers the Panorama Student Survey, which was developed by Harvard Graduate School of Education researchers to serve as a valid and reliable

tool for measuring student perceptions of teaching and learning across 19 domains, including School Climate (perceptions of the social and learning climate of the school), School Safety (perceptions of student physical and psychological safety at school), School Belonging (how much students feel they are valued members of the school community), and School Engagement (how attentive and invested students are in school). MUSD's most recent Panorama Student Survey (Spring 2022) identified significant needs in all four of these areas. At the secondary level, MUSD ranks in the bottom fifth quadrant (0-19th percentile) among districts nationally in the areas of School Belonging, School Climate, and School Engagement. Further, at the elementary level, MUSD's 2022 results highlighted significant declines from pre-pandemic outcomes in the areas of School Belonging (4 percentage point decline), School Climate (6 point decline), School Engagement (3 point decline), and School Safety (4 point decline).

The academic, behavioral, and social-emotional outcomes described above are the result of a number of interconnected challenges, which are compounded by severe gaps in mental health and primary healthcare services. Madera County is designated by the U.S. Health Resources and Services Administration as a countywide Medically Underserved Area and Population, and 100% of MUSD's service area is designated a Primary Care Health Professional Shortage Area. According to the California Office of Statewide Health Planning Development, the San Joaquin Valley has the lowest number of psychiatrists, psychologists, social workers, and therapists per resident among every region in the state. Madera County Behavioral Health Services is the county's only mental health direct services provider. There are no behavioral health community-based organizations in Madera County, and alternative resources for services are scarce and typically inaccessible to MUSD's low-income families. While the California Healthcare Foundation estimates that half of California adults and two-thirds of adolescents with

AR000388

mental illness needs do not receive treatment, these percentages are considerably higher among MUSD's service population due to the higher prevalence of SED and SMI combined with the limited availability of mental health services in Madera. In addition, MUSD's service population, over 90% of which is Hispanic, is even less likely to access needed mental health services due to one or more of the following barriers: insufficient English language skills required to navigate the system, lack of bilingual/bicultural mental health professionals, negative stigmas associated with mental illness in Latino culture, and/or limited transportation among rural residents.

In addition to community-wide service gaps, MUSD's existing mental health services infrastructure is insufficient to address student needs. While MUSD recently invested to establish a districtwide PBIS/MTSS infrastructure and hire more behavioral interventionists to provide tiered intervention, the majority of these personnel investments have targeted high schools due to severe school safety concerns at the secondary level. As a result, K-8 schools still lack basic mental health services, and the district has limited resources to increase mental health staff at elementary and middle school levels. MUSD K-8 schools currently employ 12 psychologists (1,056:1 student-staff ratio), 18 counselors (704:1 student-staff ratio), and no social workers for 12,669 students, compared to national average ratios of 1,041-to-1 (psychologists), 415-to-1 (counselors), and 690-to-1 (social workers). While 12 MUSD psychologists are on call to assist K-8 students in emergency situations, their primary responsibility is special education testing, observation, and paperwork, and their special education workload does not allow them time to provide direct services to students and families. According to the CSCS, only 5% of MUSD elementary teachers and administrators reported that their school "provides adequate counseling and support services for students," and only 5% reported that their school "emphasizes helping students with their social, emotional, and behavioral problems."

In addition to lacking the financial resources needed to increase school-based mental health services, Madera Unified has historically struggled to recruit mental health professionals due to the limited pool of qualified candidates within district boundaries. Fresno State University (located between 30 and 45 minutes by car from MUSD schools) is the closest institution of higher education that produces credentialed counselors, social workers, and school psychologists, and the majority of Fresno State graduates either remain within the urban center of Fresno city or secure employment at more well-resourced Central Valley districts. In an effort to increase the number of Fresno State graduates employed by the district, MUSD established a formal partnership with Fresno State's Department of Social Work Education in 2021 to serve as a field placement site for counselor and social worker internships. However, due to the long distances between Fresno State and MUSD schools, MUSD faces challenges in recruiting interns to complete field placements in Madera, and MUSD currently hosts only two interns.

Insufficient resources to increase direct mental health services and a limited pool of qualified mental health professional candidates inhibits MUSD from addressing the student behavioral and mental health needs detailed above. The proposed **E**nhancing **M**USD **P**upil **O**verall **W**ellbeing by **E**mploying and **R**etaining **E**xceptional and **D**iverse **Staff** (EMPOWERED Staff) Program will specifically address these needs by establishing an infrastructure that enables Madera Unified to cultivate a *homegrown workforce* of bilingual and bicultural behavioral and mental health professionals who mirror the demographics of the MUSD community. As detailed in Section C, the EMPOWERED Staff Program will fully address SBMH Service Grant *Competitive Preference Priority 2*—Increasing the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or from communities served by the LEAs with demonstrated need.

School-Based Mental Health Services Grant Program: Narrative
Madera Unified School District

## B. Quality of Project Personnel

**1. Personnel who will carry out the project and qualifications**: The EMPOWERED Staff

Program will be implemented by a team of highly qualified leaders who possess the experience

and qualifications required to fulfill their roles and responsibilities (see attached résumés).

The MUSD Director of School Culture and Climate, Karen DeOrian, will (1) serve as

Program Director and MUSD's administrative lead in implementing the program; (2) chair

monthly Leadership Team meetings of all key program personnel; (3) coordinate, monitor, and

continuously improve the provision of Tier II and III interventions across all MUSD schools; (4)

coordinate districtwide implementation of social-emotional supports and positive behavior

interventions aligned within MUSD's multi-tiered system of supports, including coordinating

trainings of PPS-credentialed staff leading interventions; (5) collaborate with the external

evaluator to assess and document program impacts, guide the Leadership Team in continuous

quality improvement efforts, and formally present findings to MUSD leaders and stakeholders to

increase program buy-in and long-term sustainability; and (6) serve as MUSD's liaison to the

Office of Safe and Supportive Schools, including completing all fiscal and programmatic

reporting. Karen holds an M.A. in special education, an M.A. in curriculum and instruction, and

a Clear Administrative Services Credential. She has more than 25 years of experience working in

K12 education, including as a Regional Special Education Instructional Manager. As MUSD

Director of School Culture and Climate, she has served as Project Director of a U.S. Department

of Education-funded School Climate Transformation Grant, which includes overseeing district-

wide coordination of MUSD teams delivering Tier II and Tier III interventions.

The Lead Social Worker Coordinator, Christine Doss, will (1) collaborate with Fresno

State's Department of Social Work Education to oversee social worker intern recruitment,

AR000391

placement, and support across all MUSD K-8 schools and (2) monitor the intern-MUSD social worker match to ensure the quality of the match and that interns are fully supported to deliver effective interventions and social-emotional supports to MUSD students. Christine is a Licensed Clinical Social Worker and a former Mariposa County Division Director of Health Services. As MUSD Director of Health & Wellness, she is responsible for overseeing the coordination, integration, and direction of districtwide mental and behavioral health services.

MUSD's Director of Community Services and Parent Resource Centers (PRCs), Elia Medina, will coordinate trainings to educate parents on the importance of mental health interventions and the school-based mental health resources available to students and families. These events will be delivered through MUSD's 10 PRCs and designed to remove negative stigmas associated with mental health services prominent among the Latino community members who represent more than 90% of MUSD's service population. Elia holds a BSW and previously served as Program Coordinator and Supervisor at Madera County Department of Public Health. As Director of PRCs, she serves as a bilingual leader in coordinating MUSD departments, schools, students, families, and CBOs to build parent and family member capacity to meet the academic, social-emotional, and behavioral needs of their children.

MUSD's Supervisor of Behavioral Health, Linda Negrete, will serve on the Leadership Team and provide supervision, training, and support to MUSD social workers serving students across all MUSD K-8 schools. Linda is a bilingual Licensed Clinical Social Worker and holds a PPS credential. She coordinates Madera Unified and outside agency behavioral health services for the district's most at-risk students and provides in-service trainings for MUSD mental health services providers, community agencies, parents, and district personnel.

<u>Fresno State University Assistant Professor of Social Work</u>, Dr. Felipe Mercado, will (1) conduct outreach to eligible social worker interns in Fresno State's MSW program and encourage individuals to complete their internships at MUSD; (2) ensure internships meet all credentialing requirements; (3) serve as a liaison between MUSD leaders and Fresno State faculty to ensure shared vision and leadership; (4) support MUSD lead social workers in overseeing the intern-social worker match; and (5) evaluate the impact of field internships and communicate results to key program partners and stakeholders. Dr. Mercado holds a doctorate in educational leadership and an MSW. As Assistant Professor of Social Work, he delivers BSW and MSW courses and educates students from the broadest possible cross-sections of their communities with respect to gender, ethnicity, socioeconomic status, and sexual orientation.

<u>Eight social workers</u>, to be hired, will scale up MUSD's social worker capacity over the SBMH Services Grant funding period and significantly increase the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to MUSD K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in MUSD schools.

Madera County Behavioral Health Services (MCBHS) and Camarena Health will serve as MUSD's community healthcare partners and will (1) provide highly qualified healthcare

AR000393

professionals to lead select professional development trainings for MUSD mental health services providers and (2) provide a representative to serve on the Leadership Team.

**2. Promotion of employment from members of underrepresented groups**: MUSD leadership has a strong history of celebrating diversity and reducing barriers related to race, ethnicity, sex, gender identity, and disability. Several policies and published statements reflect the district's commitment to diversity and reducing demographic gaps between district employees and students. The MUSD Human Resources Department diversity statement highlights these commitments, "Madera Unified is committed to recruiting, hiring, and retaining a high-quality, diverse workforce that reflects the demographics of the students and families served, and the district has implemented several strategies to fulfill this commitment, including establishing a 9-16 education careers pathway program in partnership with regional institutions designed to increase teacher diversity both within Madera Unified and throughout the Central Valley."

The proposed EMPOWERED Staff Program will advance the district's commitment to hire teachers and staff who reflect the MUSD community. As detailed in Section C, the overall program goal of cultivating a homegrown mental health staff aligns with this commitment, and MUSD's partnership with Fresno State's Department of Social Work Education will increase the number of individuals from traditionally underrepresented groups who apply for social worker positions within MUSD. Fresno State is a federally designated Hispanic-Serving Institution that enrolls a high percentage of English-Spanish bilingual students. By placing 18 Fresno State social worker interns in MUSD schools, the district will have unique opportunities to identify, recruit, and hire the bilingual/bicultural mental health professionals required to meet the needs of its students. Fresno State social worker interns who complete their field placements in MUSD schools will receive priority consideration for open MUSD social worker positions.

School-Based Mental Health Services Grant Program: Narrative
Madera Unified School District

## C. Quality of Project Design and Project Services

**1. Activities, goals, objectives, and measurable outcomes**: The **E**nhancing **M**USD **P**upil **O**verall **W**ellbeing by **E**mploying and **R**etaining **E**xceptional and **D**iverse **Staff** Program will specifically address the needs outlined in Section A by establishing an infrastructure that enables Madera Unified to cultivate a homegrown workforce of bilingual and bicultural behavioral and mental health professionals who mirror the demographics of the MUSD community. The EMPOWERED Staff Program will accomplish the following goals and objectives.

**Goal 1: Increase the number and diversity of MUSD school-based mental health services providers, with an emphasis on employing bilingual and bicultural social workers**

Objective 1.1: Increase the number of full-time credentialed social workers serving in MUSD K-8 schools from 0 to 8 in order to decrease the social worker-to-student ratio from the current baseline of 12,669-to-0 to 1,584-to-1 by the end of the five-year grant period.

Objective 1.2: Place 18 Fresno State social worker interns per year in MUSD K-8 schools in order to cultivate a homegrown workforce of mental health professionals by enabling candidates to complete their PPS credential requirements in MUSD schools, thus increasing the likelihood that interns will seek full-time employment in MUSD upon credential completion.

Objective 1.3: At least 90% of new mental health services providers hired during the grant period will be bilingual and bicultural in order to increase the cultural and linguistic diversity needed to best serve MUSD students and families.

**Goal 2: Increase retention among MUSD school-based mental health services providers**

Objective 2.1: Increase year-to-year retention among MUSD mental health services providers from the baseline of 89% to at least 95% over the five-year grant period.

AR000395

Objective 2.2: Decrease year-to-year attrition among MUSD mental health services providers from the baseline of 11% to 5% or below over the five-year grant period.

Objective 2.3: Increase the percentage of Madera Unified school-based mental health services providers who report high levels of job satisfaction by at least 10% in each program year, as determined by annual surveys and focus groups of MUSD mental health services providers.

**Goal 3: Increase the number of MUSD students who access mental health services and the number of parents engaged in mental health awareness trainings**

Objective 3.1: Increase the number of MUSD K-8 students per year who access MUSD school-based mental health services (e.g., Tier III behavioral intervention, crisis intervention, social services case management services) from the current baseline of 620 to 1,240 (100% increase) by the end of the five-year grant period.

Objective 3.2: At least 1,200 parents and family members per year attend one or more MUSD Parent Resource Center mental health awareness training events, and at least 90% of participants demonstrate improved understanding of the value of mental health services, as determined by pre-/post-surveys.

**Goal 4: Increase MUSD students' behavioral/mental health and overall wellbeing**

Objective 4.1: Over the five-year grant period, Panorama Student Survey results demonstrate an increase of at least five percentage points in the domains of School Belonging, School Climate, School Engagement, and School Safety.

Objective 4.2: Over the five-year grant period, Panorama Student Well-Being Survey results demonstrate an increase of at least five percentage points in the domains of Positive Feelings, Challenging Feelings, and Supportive Relationships.

AR000396

<u>Objective 4.3</u>: The cumulative number of discipline referrals across all MUSD K-8 schools will

decrease by at least 10% in each program year across the five-year grant period.

The EMPOWERED Staff Program will implement five strategies designed to accomplish

the above goals and objectives. First, Madera Unified will expand its existing partnership with

Fresno State University's Department of Social Work Education to recruit and place 18 social

worker interns in MUSD K-8 schools (6 interns in Year 1, 12 interns in Year 2, and 18 interns

per year in Years 3-5). This partnership represents a sustainable and mutually beneficial strategy

to increase the regional pipeline of mental health professionals. MUSD students will benefit from

increased mental health services, and MUSD mental health services staff will benefit from

having the support of interns, which will decrease their workloads and increase retention. Social

worker interns will benefit from the opportunity to work under highly qualified MUSD mental

health services providers and fulfill their field placement required for PPS credentialing.

Stipends provided with SBMH Services Grant funding will incentivize interns (many of whom

come from low-income families) to travel from Fresno city to MUSD schools, eliminating one of

the primary barriers that MUSD faces in recruiting both PPS-credentialed mental health

professionals and MSW interns. This strategy will promote MUSD's efforts to produce a

homegrown mental health staff, while producing a future pool of qualified mental health

professionals from which MUSD can recruit as it continues to build its mental health services

capacity. Numerous evaluation studies have found that similar strategies increase the likelihood

that social worker interns will return as full-time employees to the institutions in which they

complete their field placements. Further, Fresno State is a Hispanic-Serving Institution that

enrolls a high percentage of English-Spanish bilingual students, which will increase

opportunities for MUSD to identify, recruit, and hire the bilingual and bicultural mental health services providers required to meet the needs of its service population.

Second, Madera Unified will significantly scale up its capacity to deliver high-quality mental and behavioral health services by hiring eight new PPS-credentialed social workers across the five-year SBMH Services Grant funding period. MUSD will hire one lead social worker for every six K-8 schools (total of three lead social workers) as well as five additional social workers. The district will make every effort to recruit and hire four of these PPS-credentialed social workers within four months of the start of the SBMH Services Grant period in order to ensure the prompt delivery of mental and behavioral health services to MUSD's high-need students and families. As a result of these efforts, Madera Unified will decrease its social worker-to-student ratio from the current baseline of zero social workers for 12,669 K-8 students to 1,5834-to-1. Social workers' primary role will be to serve MUSD's most at-risk K-8 students by providing school-based Tier II and Tier III intervention and collaborating with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home. Madera Unified's three new lead social workers will have the additional responsibility of collaborating with Fresno State Department of Social Work Education faculty to oversee and execute the recruitment, selection, placement, and support of Fresno State social worker interns placed in MUSD K-8 schools.

Third, as detailed in Section C.3 below, Madera Unified will deliver a series of specialized trainings to build the capacity of social workers and other school-based mental health services providers to meet the specific behavioral and mental health needs of MUSD K-8 students. Professional development will be spearheaded by the MUSD Director of School Culture & Climate and Supervisor of Behavioral Health and focus on evidence-based strategies

and best practices in delivering Tier II and Tier III interventions to at-risk youth. Madera County Behavioral Health Services and Camarena Health will also be key partners in the delivery of these trainings. Providing high-quality professional learning will not only serve as a strategy for improving the quality of Madera Unified school-based mental health services, but it will also promote retention among the district's mental health professionals by ensuring they have the resources and support needed to serve as effective mental health professionals.

Fourth, Madera Unified will annually administer the Panorama Student Survey and Panorama Student Well-Being Survey to gauge students' positive feelings, negative feelings, and the social support that students receive from and provide to others as well as a number of other indicators related to school engagement, belonging, climate, and safety. The district will use surveys as a universal screening tool to identify students in need of interventions and coping strategies that improve their wellbeing as well as an evaluation tool to contribute to determining the impact of the EMPOWERED Staff Program.

Lastly, Madera Unified's 10 Parent Resource Centers will deliver a series mental health awareness programming and parent/family workshops designed to remove negative stigmas associated with mental health services across MUSD's service population and to engage family members in fostering children's positive behavioral/mental health and overall wellbeing and development. All PRC mental health awareness programming will be delivered in English and Spanish, and select workshops will be delivered in collaboration with Madera County Behavioral Health and Camarena Health with the goal of destigmatizing mental illness, normalizing family conversation around mental health, and ensuring families are aware of available school- and community-based mental health services.

The following page contains the EMPOWERED Staff Program logic model.

AR000399

School-Based Mental Health Services Grant Program: Narrative
Madera Unified School District

**Logic Model**

| Resources | Activities | Outputs | Outcomes |
|---|---|---|---|
| Existing partnerships and MOUs with Fresno State, MCBHS, and Camarena Health | Recruit bilingual and bicultural social workers; hire eight social workers | 8 new bilingual/bicultural social workers recruited, selected, and hired | **Short-Term Outcomes**<br>(1) Increase in the number of mental health services providers serving MUSD K-8 students; (2) Increase by at least 10% each year the percentage of MUSD students who access MUSD mental health services |
| Existing districtwide infrastructure for behavioral/mental health services delivery (e.g., PBIS/MTSS, MUSD Department of School Culture and Climate) established through MUSD's ED-funded School Climate Transformation Program | Recruit, select, support social worker interns in partnership with FSU | 18 new social worker interns recruited, selected, and placed | |
| | Deliver trainings to promote social worker development and retention | Training and support delivered to social workers and social worker interns | **Mid-Term Outcomes**<br>(1) 10% annual increase in the percentage of MUSD mental health services providers who report high levels of job satisfaction; (2) 90% of MUSD parents who complete PRC trainings demonstrate improved understanding of the value of mental health services |
| | Conduct Panorama Surveys to identify students in need of mental health services | Panorama Surveys conducted across MUSD schools; student universal screening completed | |
| 10 MUSD Parent Resource Centers promoting parent/family engagement, including around mental health | Deliver increased mental health services | Mental health services delivered to an increased number of students | **Long-Term Outcomes**<br>(1) 50% increase in number of bilingual/bicultural MUSD mental health services providers; (2) 30% increase in MUSD mental health services provider retention; (3) 30% decrease in mental health services provider attrition; (4) improved MUSD student behavioral and mental health as determined by annual Panorama Student Survey results and declines in student discipline referrals |
| | Deliver PRC mental health awareness events to parents and families | Parent/family members engaged during PRC mental health events | |
| District-committed in-kind and matching funds for administrative support and new mental health services provision | Conduct program evaluation to determine success in meeting target performance measures | Evaluation conducted; formative and summative outcomes documented | |
| SBMH Services Grant Funding | Conduct monthly Leadership Team meetings to engage in continuous quality improvement | Evaluation findings reviewed; continuous quality improvement efforts documented | |

AR000400

**2. Equal access and treatment for those from underrepresented groups**: The EMPOWERED

Staff Program is designed to ensure MUSD students and family members from underrepresented

groups have equal access to and receive equal benefit from proposed program strategies. The

vast majority of MUSD students are members of one or more underrepresented groups—94.9%

of students are minorities (91.7% Hispanic), 30.5% are English Learners, and 89.4% are

socioeconomically disadvantaged. As detailed in Section C.1 above, the overall goal of the

EMPOWERED Staff Program is to increase Madera Unified's capacity to hire and retain high-

quality bilingual and bicultural social workers. By partnering with a Hispanic-Serving Institution

to increase the number of social worker interns serving in MUSD schools, MUSD will expand

the regional pool of bilingual and bicultural social workers who mirror the demographics of

MUSD's service population.

New PPS-credentialed social workers and Fresno State social worker interns will provide

Tier II and Tier III interventions within MUSD's districtwide PBIS/MTSS infrastructure. The

primary reasons MUSD chose to implement PBIS district-wide include the body of research on

the framework's impact on improving academic and behavioral outcomes among *all* students,

including students with disabilities and students from underrepresented groups, as well as its

potential to decrease racial and ethnic disproportionality in school discipline. As noted in

numerous studies, racial and ethnic disproportionality in school suspensions and expulsions is a

wide-scale problem (Skiba et al., 2011), with the discipline rates of students of color (particularly

African-American, Hispanic, and Native American students) up to four times higher than that of

White students (Balfanz, Byrnes, & Fox, 2015; Losen et al., 2015). Sadly, MUSD disciplinary

data supports these research findings. The MUSD African-American student suspension rate of

19.7% is nearly four times the White student suspension rate of 5.2%. Multiple studies have

AR000401

found that robust Tier II and Tier III intervention with a PBIS framework reduces the use of

exclusionary discipline by school personnel (Bradshaw, Mitchell, & Leaf, 2010; Bradshaw,

Waasdorp, & Leaf, 2012; Nelson, Martella, & Marchand-Martella, 2002) and reduces racial and

ethnic disparities in exclusions (Gregory, Skiba, & Mediratta, 2017; Tobin & Vincent, 2011).

Further, new professional development to be implemented as part of the EMPOWERED Staff

Program will specifically promote educational equity. Professional learning will include sessions

on cultural responsiveness and leverage lessons and resources from the PBIS Cultural

Responsiveness Field Guide: Resources for Trainers and Coaches.

In addition to increasing the district's capacity to deliver Tier II and Tier III intervention

to produce positive outcomes among underrepresented groups, MUSD's proposed use of the

Panorama Student Well-Being Survey will provide teachers and staff with improved universal

screening, allowing MUSD social workers to better serve students from *all* subgroups by

identifying early warning signs and making timely referrals to Tier II and III interventions.

 Lastly, the mental health awareness programming delivered through Madera Unified's

10 Parent Resource Centers will be specifically designed to address the culture barriers to

accessing mental health services among many in MUSD's service area. Sessions will be

delivered in English and Spanish and focus on removing negative stigmas often associated with

mental illness in Latino culture in order to increase equitable access to new MUSD school-based

mental health services among traditionally underserved populations.

**3. Training and professional development to alleviate personnel shortages**: Madera Unified

will deliver a number of new specialized trainings that will build the capacity of its mental health

services providers to deliver high-quality intervention while also increasing retention rates. The

Director of School Culture & Climate will coordinate the annual calendar of trainings, which

AR000402

will be led by the Supervisor of Behavioral Health, practitioners from Madera County Behavioral

Health Services and Camarena Health, and other external subject matter experts and trainers.

While the annual scope and sequence of professional development will be based on

EMPOWERED Staff Program evaluation results and identified training needs of MUSD mental

health services providers, MUSD plans on provide the following trainings in Year 1: (1)

Skillstreaming: A four-part training on strategies to build prosocial skills and social-emotional

competence through modeling, role-playing, performance feedback, and generalization; (2)

Aggression Replacement Training (ART): A 10-week, 30-hour cognitive behavioral training

program for Tier II small group intervention that covers three main curriculum components:

structured learning training, anger control training, and moral education; (3) Coping Power: A

year-long training that supports mental health services providers in facilitating interventions

focused on goal setting, problem solving, anger management, and peer relationships; (4) Coping

Cat/C.A.T.: A professional development series that trains staff to implement behavioral

treatment for children with anxiety by (i) recognizing and understanding emotional and physical

reactions to anxiety, (ii) clarifying thoughts and feelings in anxious situations, (iii) developing

plans for effective coping, and (iv) evaluating performance and giving self-reinforcement; (5)

Positive Action: A three-day training that will build MUSD mental health services providers'

capacity to implement the evidence-based Positive Action social and emotional curriculum and

program; (6) Support for Students Exposed to Trauma (SSET): Training in group intervention

strategies aimed at relieving symptoms of PTSD, depression, and general anxiety among children

exposed to trauma; and (7) Boy's Town: Trainings to build MUSD mental health services

providers' capacity to lead school-based interventions focused on managing behavior, building

relationships, and teaching social skills.

## D. Management Plan and Adequacy of Resources

**1. Mechanisms for ensuring high-quality products and services**: Over the past decade, Madera Unified has successfully implemented a number of Federal and State grant programs of similar size and scope to that of the proposed EMPOWERED Staff Program. Several of these programs have advanced district efforts to improve student mental/behavioral health outcomes, including a U.S. Department of Education-funded School Climate Transformation Grant Program, Elementary and Secondary School Counseling Program, and Mental Health Student Services Program. Through these initiatives, MUSD has established mechanisms for ensuring high-quality products and services to maximize the cost-effective use of public investments.

Ongoing program assessment, review, reflection, and collaborative decision-making are central to MUSD's commitment to delivering high-quality products and services. Throughout the grant period, MUSD will engage with an external evaluator to conduct formative and summative evaluations that include quantitative and qualitative assessments to determine the program's success in achieving target goals, objectives, outputs, outcomes, and impacts. To measure fidelity of implementation, the evaluator will create a rubric of implementation that quantifies expectations for implementation of each major program activity in accordance with the program implementation timeline. Expectations will be expressed in terms of the number of recruitment activities conducted, staff hired, mental health services offered, trainings held, and participants served. Although implementation scales may vary, the rubric will categorize each component as not implemented, partially implemented, mostly implemented, or fully implemented.

To measure program impacts, the evaluator will establish baseline data at the start of the project period across each measure to be assessed to determine the project's success in accomplishing the four goals and associated objectives and measurable outcomes outlined in

AR000404

Section C.1. Evaluation tools and methods will include (1) review of employment contracts and rosters to determine increases in the number of MUSD PPS-credentialed mental health services providers and interns; (2) review of MUSD mental health services provider demographic information to determine increases in diversity among MUSD mental health services providers; (3) review of employment contracts to determine increases in retention rates and decreases in attrition rates among MUSD mental health services providers; (4) MUSD mental health services provider surveys and focus groups to obtain qualitative feedback regarding the quality of professional development provided, support received, and overall job satisfaction; (5) teacher/staff surveys and focus groups to obtain qualitative feedback regarding perceived improvements to MUSD mental health services delivery; (6) review of intervention rosters and case management records to determine increases in the number of students who receive mental health services; (7) review of PRC rosters and attendance sheets to determine the number of MUSD parents and family members who attend mental health awareness trainings; (8) pre-/post-surveys to determine improvements in parent and family member perceptions of mental health services; (9) year-to-year comparison of Panorama Student Survey results to determine annual improvements in the domains of School Belonging, School Climate, School Engagement, and School Safety; (10) year-to-year comparison of Panorama Student Well-Being Survey results to determine annual improvements in the domains of Positive Feelings, Challenging Feelings, and Supportive Relationships; and (11) analysis of multiple measures that assess student behavioral outcomes (e.g., attendance, dropout rates, suspension/expulsion rates, discipline referrals).

The EMPOWERED Staff Leadership Team will meet monthly to review key formative evaluation findings and at the end of each year to review summative results. During the final meeting of each year, the Director of School Culture and Climate and evaluator will lead all

AR000405

stakeholders in determining program strengths and weaknesses and making improvement

decisions to be implemented in the subsequent year. Rigorous evaluation combined with ongoing

collaborative reflection and continuous improvement will ensure SBMH Services Grant

investments benefit MUSD students and families far beyond the five-year funding period.

In addition to mechanisms for ensuring high-quality services delivery and programmatic

accountability, Madera Unified's extensive experience in grant management ensures sound fiscal

oversight. Over the past five years, MUSD has managed $63 million in Federal and State

discretionary grant programs requiring programmatic and fiscal reporting. MUSD's nine-

member Department of Business Support Services is composed of certified accountants,

accounting technicians, and payroll specialists who oversee all grant fiscal planning,

accountability, and reporting through internal policies and protocols. All Department of Business

Support Services staff members have at least 10 years of experience in school finance, including

specific experience tracking, analyzing, and reporting grant funding. MUSD utilizes a chart of

accounts that corresponds to the Standardized Account Code Structure (SACS), in addition to

Smart-e Finance software, to facilitate accurate fiscal tracking and reporting.

**2. Commitment of each partner to the project's implementation and success**: The proposed

EMPOWERED Staff Program will be a collaborative effort led by Madera Unified in partnership

with Fresno State University, Madera County Behavioral Health Services, and Camarena Health.

Each of these partners have demonstrated a strong history of promoting positive mental and

behavioral health outcomes among MUSD students and families and are fully committed to

ensuring the success of the EMPOWERED Staff Program. Over the past seven years, MUSD has

invested heavily in establishing a district-wide PBIS/MTSS infrastructure and social-emotional

learning supports. Madera Unified's Local Control Accountability Plan (LCAP), which is the

AR000406

district's comprehensive three-year funding plan, includes over $3 million in supplemental funding allocated to supporting the following LCAP Priorities and Actions: (1) Maintain, align, and expand social-emotional and behavioral support and intervention, (2) Support high-quality behavioral health support of Tier III students, (3) Expand efforts to destigmatize mental health, and (4) Continue to build partnerships with related community agencies to better respond to student mental health crises. SBMH Services Grant investments will be braided with these local investments and an $11.4 million five-year discretionary grant (2022-27) from the California Community Schools Partnership Program (CCSPP) that provides funding to support related MUSD mental and behavioral health initiatives.

Fresno State's Department of Social Work Education is committed to the education of social workers at the bachelor's and master's levels who will provide social welfare services and leadership in the San Joaquin Valley and beyond. While the Department of Social Work Education has already executed an MOU with MUSD to place social worker interns in MUSD schools, these efforts to date have faced barriers due to factors such as the long distances between the FSU campus and MUSD schools, increased transportation costs, and the high percentage of low-income students at FSU. The EMPOWERED Staff Program will work to remove these barriers. Assistant Professor of Social Work Dr. Felipe Mercado will serve as FSU's lead in collaborating with MUSD to identify, place, and support social worker interns as they assist with caseloads, facilitate groups, and help connect MUSD students and families to available mental health resources. Dr. Felipe will also serve on the Leadership Team to engage with partners in the program's continuous quality improvement.

Madera County Behavioral Health Services (MCBHS) and Camarena Health are Madera Unified's two primary healthcare partners. Camarena Health operates two school-based health

centers at two MUSD comprehensive high schools, providing direct healthcare services to more than 11,000 MUSD students. Camarena Health is also the primary partner on Madera Unified's Mental & Behavioral Health CTE program, which provides MUSD high school students with a career pathway program that prepares them for postsecondary degree programs and careers in mental and behavioral health. Madera County Behavioral Health Services is Madera County's only mental health direct services provider. MCBHS oversees community interagency planning of case management and wraparound behavioral health services as well as coordinates with MUSD to provide behavioral health intervention and de-escalation to students and families in crisis. MCBHS and Camarena Health fully support the EMPOWERED Staff Program and will leverage resources to provide professional development training to MUSD mental health services providers as well as provide representatives to serve on the Leadership Team.

**3. Continued support for the project after Federal funding ends**: Executing a realistic, research-informed sustainability plan to ensure the long-term success and continued support of the EMPOWERED Staff Program is central to the program design and includes three primary strategies. First, the program's rigorous program evaluation is designed to document key outcomes and impacts, and the Leadership Team will develop formal presentations that highlight program successes and target specific stakeholder groups (e.g., MUSD Executive Cabinet, School Board, parents, community partners). These presentations will quantify the EMPOWERED Staff Program's return on investment resulting from reduced local expenditures on staff recruitment (due to increased mental health services provider retention rates), reduced administrative workloads of PPS-credentialed staff (due to the support of social worker interns), and reduced need for more severe resource-intensive disciplinary actions (due to increased capacity to identify and address early warning signs of mental and behavioral health issues

AR000408

before they escalate). Second, frequently sharing cost-benefit analyses will encourage MUSD leaders and stakeholders to reinvest cost savings to sustain SBMH Services Grant investments during and beyond the five-year funding period. As MUSD increases local support for EMPOWERED Staff Program efforts throughout the grant period, the Director of School Culture and Climate will coordinate with Leadership Team members to annually analyze program fiscal planning and revise the program budget as necessary to braid increased financial support generated through cost savings resulting from program impacts and increased local investments. Lastly, Madera Unified and Fresno State University have a strong history of collaboratively prospecting and securing discretionary funding from diverse sources, including the California Department of Education, U.S. Department of Education, and private and corporate foundations, and this partnership will continue to disseminate program impacts to government and private entities positioned to contribute the EMPOWERED Staff Program's long-term sustainability.

**4. Procedures for ensuring feedback and continuous project improvement**: Madera Unified has established continuous quality improvement procedures and processes as part of its ED-funded School Climate Transformation Grant, and the EMPOWERED Staff Program will leverage these efforts to ensure the program's continued success. MUSD's recipe for ensuring meaningful feedback and continuous project improvement includes establishing a high-quality and diverse Leadership Team, executing rigorous formative and summative evaluation, and providing opportunities for the Leadership Team and evaluator to meet regularly to review key evaluation findings and make program improvement decisions.

As described in Section D.1 above, the EMPOWERED Staff Program's formative evaluation will include multiple measures for frequently assessing fidelity of program implementation, determining the strengths and weaknesses of activities, and providing ongoing

AR000409

feedback useful for program monitoring, accountability, and improvement. Throughout the grant period, the evaluator will collaborate closely with the Director of School Culture and Climate to document progress toward meeting program goals and lead the Leadership Team in frequent program review and continuous quality improvement efforts. As the Leadership Team includes members from Madera Unified, Fresno State's Department of Social Work Education, Madera County Behavioral Health Services, and Camarena Health, improvement efforts will benefit from the feedback and perspectives of multiple school district and community stakeholders charged with promoting the mental and behavioral health of MUSD students and families.

The evaluator will employ appropriate methods to document and report on the degree to which Madera Unified achieves each major program goal, objective, output, and outcome and will produce quarterly reports that highlight progress in fulfilling each deliverable and provide recommendations on which strategies and deliverables MUSD and its partners should focus on improving. One Leadership Team meeting per quarter will focus on program evaluation. During this meeting, the Director of School Culture and Climate and evaluator will share quarterly evaluation reports and guide the Leadership Team in making program adjustments and redirecting resources according to findings. Quarterly evaluation meetings will allow for adjustments to the activities, tasks, schedules, allocation of resources, and other management decisions and provide an open forum for Leadership Team members to review activities to date, voice any program implementation concerns they may have, discuss ways to improve activities that are not meeting expectations, and revise upcoming strategies and activities in response to evaluation findings and feedback. The evaluator will also present a formal year-end summative evaluation report during the final Leadership team of each year, which will include commendations and program improvement recommendations for the subsequent program year.

AR000410

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1237-6.a.Resumes.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13746826    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 11:20:21 AM EDT

AR000411

Karen DeOrian                                                              5589 N. Citrus Lane, Fresno, CA 93711
Improving Performance • Enhancing Programs • Motivating Systemic Change                (559)930-9685 cell
                                                                           karendeorian@maderausd.org

## EXPERIENCED EDUCATOR
*dedicated to ensuring all students receive individualized supports for maximum success*

### EDUCATION
- **Clear Administrative Services Credential,** Fresno County Office of Education, May 2017
- **M.A., Special Education-** CSU, Fresno, Fresno, CA – Fall 2013
- **Education Specialist Level II Credential –Mild/Moderate,** CSU, Fresno, Fresno, CA - May2013
- **Preliminary Administrative Services Credential,** CSU, Fresno, Fresno, CA – 2011
- **Clear Multiple Subjects Teaching Credential,** National University, Fresno, CA– 2000
- **M.A., Curriculum and Instruction,** emphasis in **Cross Cultural Education**, National University, Fresno, CA –2000
- **B.A., Liberal Studies**, CSU, Fresno, Fresno, CA – 1990

## PROFESSIONAL EXPERIENCE

**Department of School Culture & Climate, MUSD**                          **July 2019– Present**
*1820 Howard Road, Madera, CA 93637 (559)416-5858 ext 11124*
### Director
- Project Director US Dept of Education School Climate Transformation Grant-2019 to develop, enhance, or expand systems of support for, and technical assistance to, schools implementing a multi-tiered system of support, for improving school climate.
- Drive a decrease in behavior incidents, an increase in student attendance and improved academic achievement, by creating a safe, stable, supportive environment in which all students can excel
- Coordinate implementation of research-based social emotional learning (SEL) and positive behavior interventions aligned in a multi-tiered system of support.
- Developing and implementing professional development in all areas of responsibility.
- Prioritize promotion of diversity and equity in school culture.
- Coordinate a continuum of student reviews, including COST and Student Study Teams.
- Plan, organize and manage of assigned instructional and support programs and services.

**Department of Special Services, MUSD**                                  **July 2017– June 2019**
*1902 Howard Road, Madera, CA 93637 (559)675-4500 ext 259*
### Coordinator
Assist in the development and implementation of special education programs as assigned in compliance with District, State and Federal requirements.
- Assist with supervising the planning, organization, and administration of special education programs and services for the district.
- Coordinate interpretation-translation services.
- Assist school site personnel in the hiring and evaluation of special education personnel.
- Serve as a representative of the district in the SELPA and other related groups.

**Department of Special Education, FUSD**                                 **Aug 2015– July 2017**
*1301 M. Street, Fresno, CA 93721 (559)457-3220*
### Regional Instructional Manager
Provide assistance in supervising all special education programs under the direction of the Director of Special Services and in compliance with District, State and Federal requirements.

AR000412

**Department of Special Education, FUSD**                          **Aug 2014 – Present**
*1301 M. Street, Fresno, CA 93721 (559)457-3220*
<u>**TSA – Curriculum & Instruction and Professional Learning**</u>

- Worked with SELPA Director and Professional Learning Team to plan and deliver teacher in-services in curriculum, instruction, IEP Goal and Objective Writing emphasizing access to State Standards at all levels.
- Provided IEP / SEIS training and on-going coaching via SEIS Camps
- Provided UDL access strategies to mild/moderate & mod/severe teachers
- Served as an instructor for the FUSD Column 5 Professional Learning courses
- Conducted trainings and in-services to FUSD's Transition to Teachingcohorts
- Maintained positive contacts with special education teachers and school personnel

**Vinland Elementary School, FUSD**                          **Aug 2011–Jun 2014**
*4666 N. Maple Avenue, Fresno, CA 937276 (559)248-7300*
<u>**Resource Specialist-Mild/Moderate**</u>

- Service identified and non-identified students with exceptional needs in Tier 2 and Tier 3 intervention program.
- Work with principal and other staff on the Student Study Team (SST) to identify children needing extra support.
- Assist in the development of the child's Individual Educational Program(s) (IEP)
- Provide instruction as outlined in the IEP and evaluated student's progress and report to child's homeroom teacher and parents.
- Serve as a member of the School Site Council Team (SSC).
- Provide services and materials to other staff members
- Maintain positive contacts with other school personnel and parents

**Easterby Elementary School, FUSD**                          **Nov 2007 – Jun 2011**
*5211 E. Tulare Avenue, Fresno, CA 93727 (559)253-6440*

<u>**5th-6th Grade Teacher**</u>
- Taught 5/6 combination or 6th grade self-contained classes
- Utilized multiple assessments in compliance with district and state requirements to informinstruction
- Used innovative methods and materials to produce effective learning experiences throughthe gradual release of practice, including cooperative learning, and differentiation

<u>***Highlighted Achievements***</u>
- Contributed to a significant increase in student performance on standardized testing
- Increased parental involvement by consulting with parents regularly
- Active team member of a professional learning community

**Edison-Bethune Charter Academy**                          **Aug 1999 – Nov 2007**
*1616 S. Fruit, Fresno, CA 93706 (559)457-2530*

<u>**3rd-6th Grade Teacher**</u>

**Career Education –ROP, CUSD**                          **Aug 1998 – Jun 1999**
*1055 Fowler Ave, Clovis, CA 93712 (559)327-1000*
<u>**Medical Manager Career Education Teacher**</u>

AR000413

## PROFESSIONAL AFFILIATIONS, VOLUNTEERISM AND PROFESSIONAL LEARNING

- Certified Trainer for Edison Schools, Inc. for curricular programs: *Success for All, Everyday Math* and *Step Up to Writing.* Facilitated new teacher trainings curricular implementation trainings
- FUSD – Volunteer member of Grade Level Assessment of Standards (GLAS) 6th Grade English Language Arts summative assessment writing team 2009-2011.
- FUSD – Member of Single Standards Quiz (SSQ) formative assessment writing team for 5th grade English Language Arts 2011-2012.
- California Association of Resource Specialist – 2012.
- Kremen School of Education Co-Teaching Workshop
- Safe & Civil August 2013- 40 hours professional development in PBIS consulting, training, and coaching services designed to assist all K-12 school personnel in using research-based positive behavior support strategies to structure all school settings for success.
- PENT Cadre Member February 2015- California Positive Behavior Initiative designed to provide information and resources for educators striving to achieve high educational outcomes through the use of proactive positive strategies.
- Key2ED Facilitated IEP Certified - April 2017 – The design and delivery of special education IEP meeting facilitation workshops and programs. IEP Facilitation is a method of improving the IEP meeting process. It breaks down barriers, improves communication, reduces conflict, and puts the attention where it ought to be - back on the student's needs.
- NISL's Executive Development Program- May 2018-June 2019- A program designed to strengthen the leadership of both serving principals and aspiring leaders; proven to raise student achievement, the program can transform leadership and learning in schools.

## PROFESSIONAL ACHIEVEMENTS, RECOGNITION & SPECIAL SKILLS

- Academic Achievement Recognition in the Teacher Credentialing Program, National University Award, 2000.
- Golden Key International Honour Society Member, CSU, Fresno, 2012.
- The Honor Society of Phi Kappa Phi Member, CSU, Fresno – 2012.
- California Association of Resource Specialist – 2012.
- Co-Teaching Workshop –Office of Professional Field Experiences, CSU, Fresno, February 2012

References listed below.

Julie Severns, EdD                                    (559) 457-3656 wk
Leadership Development, FUSD                          (559) 289-2759 cell
Julie.Severns@fresnounified.org


Kristen Boroski,                                      (559) 248-7465 wk
Director, Career & Technical
Education, FUSD
Kristen.Boroski@fresnounified.org


Felicia Quarles-Tredwell                             (559) 457-3928 wk
Principal, Gaston Middle School, FUSD                 (559) 970-1420 cell
Felicia.Treadwell@fresnounified.org

Letters of Recommendation will be furnished upon request.

AR000414

# Christine L. Doss

51816 Road 426 661-204-5072 Oakhurst, CA 93644 cldoss@gmail.com

## HIGHLIGHTS

- Program management/Staff development
- Community collaboration and coordination
- Excellent communication skills

## PROFESSIONAL EXPERIENCE

**Director of Health & Wellness Department,** Madera Unified School District: Madera, CA — **08/2020 - Present**

- Oversee the coordination, integration and direction of all services within the Health & Wellness Department
- Oversee the coordination, integration and direction of MUSD's COVID-19 response, policies, procedures and collaboration county public health, including testing and vaccination clinics for staff and student.
- Plan, organize, manage and evaluate all programs, contracts and services administered within the divisions nursing, behavioral/mental health
- Ensure all programs are delivered according to professional standards and State and Federal guidelines
- Supervise and evaluate the work of subordinate staff
- Collaborate and coordinate with State Departments, community partners, as well as, the other Health and Human Services Divisions
- Analyze and implement programs to meet community needs
- Assist with the Community Health Improvement Plan for the County
- Develop and monitor budgets for all programs, including but not limited to, personnel, supplies and equipment.
- Participate with statewide initiatives through professional organizations; California Behavioral Health Directors Association, Ca. Institute for Behavioral Health Solutions, and CalMSHA
- Assist with the planning and organization of emergency preparedness and response as part of the Emergency Operations Center
- Conduct agency wide, BOS and community presentations

**PROFESSIONAL EXPERIENCE Division Director of Health Services,** Mariposa County Department of Health & Human Services: Mariposa, CA — **07/17/2019-08/2020**

- Oversee the coordination, integration and direction of all services within the Health Division

AR000415

● Plan, organize, manage and evaluate all programs, contracts and services administered within the Divisions mental health, substance use disorder, Adult and Children's System of Care, Whole Person Care and Emergency Homeless Shelter programs

● Plan, manage and evaluate all programs, services and contracts administered within the divisions public health, environmental health, community health and health education programs

● Ensure all programs are delivered according to professional standards and State and Federal guidelines

● Supervise and evaluate the work of subordinate staff

● Collaborate and coordinate with State Departments, community partners, as well as, the other Health and Human Services Divisions

● Analyze and implement programs to meet community needs

● Assist with the Community Health Improvement Plan for the County

● Develop and monitor budgets for all programs, including but not limited to, personnel, supplies and equipment.

● Participate with statewide initiatives through professional organizations; California Behavioral Health Directors Association, Ca. Institute for Behavioral Health Solutions, and CalMSHA

● Assist with the planning and organization of emergency preparedness and response as part of the Emergency Operations Center

● Conduct agency wide, BOS and community presentations

**Deputy Director,** Mariposa County Department of Health & Human Services-Behavioral Health and Recovery Services: Mariposa, CA — **12/01/16-07/17/2019**

● Oversee the coordination and integration of all clinical services

● Ensure all programs are delivered according to professional standards and State and Federal guidelines

● Supervise and evaluate the work of subordinate staff

● Plan, organize, manage and evaluate all services and contracts administered within the Divisions mental health, substance use disorder, Adult and Children's System of Care, Whole Person Care and Emergency Homeless Shelter programs

● Collaborate and coordinate with State Departments, community partners, as well as, the other Health and Human Services Divisions

● Analyze and implement programs to meet community needs

● Assist with the Community Health Improvement Plan

● Develop and monitor budgets for all programs, including but not limited to, personnel, supplies and equipment.

● Participate with statewide initiatives through professional organizations; California Behavioral Health Directors Association, Ca. Institute for Behavioral Health Solutions, and CalMSHA

● Assist with the planning and organization of emergency preparedness and response as part of

AR000416

the Emergency Operations Center

● Conduct Board Of Supervisors and community presentations

**Social Worker Supervisor II,** Mariposa County Department of Human Services-Behavioral Health and Recovery Services: Mariposa, CA — **04/06/2015-12/01/2016**

● Oversee all quality assurance measures for all the programs and contracts in the Behavioral Health Division.

● Regulate compliance to ensure that all delivered services are within the state and federal guidelines, department policy and procedures, and professional standards.

● Coordinate and collaborate with community partners and other Human Service Divisions.

● Supervise and evaluate the work of subordinate staff.

● Provide clinical direction to mental health clinicians and mental health assistants.

● Oversee all mandated committees (Quality Improvement, Cultural Responsiveness, Performance Improvement, Compliance, and the Primary Care Provider subcommittees).

● Oversee the development and revisions of policy and procedures, documentation manual, compliance plan, implementation plan and all required plans for BHRS committees.

● Monitor service delivery for children's services programs within the Behavioral Health and Recovery Services Department.

● Develop systems, programs, and implement evaluation tools.

● Train staff of all pertinent laws and regulations.

● Train and coordinate CWS and CSOC staff for Katie A. practices and procedures.

● Coordinate and collaborate with community partners.

● Serve as the Chairperson of the Quality Improvement Committee (QIC) BHRS.

● Supervised crisis unit staff, which included but was not limited to, reviewing all crisis evaluations, staffing all 5150's, training and certifying staff to complete 5150 assessments, training Sheriff Officers 5150, coordinating with hospital staff, and overseeing all hospitalization placements. **Mental Health Clinician,** Mariposa County Department of Human Services-Behavioral Health and Recovery Services: Mariposa, CA — **01/05/2015-04/06/2015**

● Provided therapeutic support and interventions for Medi-Cal beneficiaries.

● Managed the implementation of Katie A. services and coordination for Mariposa County- BHRS and CWS.

● Trained all CSOC staff Core Practice Model and the Medical Manual for Katie A.

● Wrote and submitted reports for DHCS for Katie A. **Social Worker IV,** Mariposa County Department of Human Services-Child Welfare Services: Mariposa, CA — **03/01/2010-01/02/2015**

● Coordinated four youth programs for Mariposa County; Independent Living Program, Transitional Housing Program-Plus, California Youth Connection, and Extended Foster Care.

● Created program budgets, conducted program evaluations, and developed written quarterly

AR000417

and annual reports to the California State Department of Social Services and The John Burton Foundation.

● Provided training and education for Child Welfare Services staff, Probation staff and the community for the aforementioned programs.

● Co-Facilitated the regional ILP Coordinators meeting for the central region counties.

● Provided Field Instruction for a student at University of California, Fresno Social Work program.

● Case manager for families in Family Maintenance, Family Reunification, and Permanent Placement.

● Case management, included but was not limited to, engaging families, connecting families to necessary resources, writing court reports and making recommendations to the Court, overseeing all aspects of care for children, placing children in foster homes, removing children from unsafe environments, training new social workers, and advocating for youth. **Program Coordinator/Social Worker,** Koinonia Family Services: Bakersfield, CA — **05/2008-02/2010**

● Developed and implemented a youth permanency program.

● Managed program budget and conducted program evaluations.

● Collaborated with community partners, conducted program presentations, and provided education and training to social workers and foster parents.

● Monitored case management and treatment plans for the program, and provided direct services and treatment plans for clients. **Social Worker/Co-Administrator,** Joezer Youth Homes: Bakersfield, CA — **06/2007-09/2008**

● Provided staff development/training.

● Collaborated with community partners and monitored the work of 14 staff and the progress of youth.

● Developed treatment plans with minor parent foster youth.

## EDUCATION

● University of California, Bakersfield — Master of Social Work

● University of California, Bakersfield — Bachelor of Arts, Sociology

## LICENSE & CERTIFICATIONS

● Licensed Clinical Social Worker, LIC# 64005

● Advanced Behavioral Health Leadership

● Supervisory Effectiveness I and II

# Elia Medina

**Director of Community Services and Parent Resource Centers**

**Elia Medina**
1820 Howard Rd.
Madera, Ca. 93637

559.416.5841
eliamedina@maderausd.org

## Skills

Bilingual, strong interpersonal skills, leadership skills
public speaking/ public relations, self-motivated, organizational,
operation of standard office equipment, budget and financial
management, problem-solving.

## Experience

**Madera Unified School District /** Director of Community Services
and Parent Resource Centers

August 2021- PRESENT,  Madera

Responsible for leading, managing, and supporting the staff and
volunteers at multiple Parent Resource Centers, overseeing and
evaluating the value of contracted parent engagement services at all
MUSD schools, building capacity, and developing appropriate program
curriculum to meet the diversified educational needs of
parents/guardians across the District, so that they can be fully engaged
and play meaningful roles in their children's education.  These duties
encompass engaging all District departments, committees, schools,
students, families, and relevant community organizations to advance
parent/guardian leadership in our District.

**Madera County Department of Public Health /** Health Education
Coordinator

August 2017 - August 2021,  Madera

Coordinate, supervise and oversee various programs as well as assigned
staff and volunteers; develop, disseminate, and evaluate health education
programs and oversee staff preparation and presentation of health
educational material to ensure work plans are implemented following
grantors and department's guidelines, policies, and procedures.
Coordinate and facilitate activities, meetings and programs with multiple
and diverse stakeholders and advance productive partnerships and
networks to deliver implementation of policies, systems, and
environmental changes in the community. Establish, maintain, and foster
positive and harmonious working relationships with those contacted in
the course of work including, city, county and schools' officials and
personnel; community-based, non-profit organizations, businesses,
health care providers, educational institutions, volunteer groups,
parents, students, and the public. Coordinate, direct and evaluate the
performance of staff in the implementation of programs, activities, and
projects. Monitor the work plan and budget of three grants. Serve as
liaison and provide technical assistance to community groups and

AR000419

organizations and work closely with multiple community-based organizations in improving services and resources for the city and the county of Madera.

**Mid Valley Disposal** / Recycling Coordinator

August 2011 - July 2017, Kerman

Develop school recycling presentations for schools K-12th using accredited research and meeting some of the standards and objectives in the K-12th science curriculum; coordinate residential waste assessment projects; train and supervise temporary employees; conduct presentation for city councils at multiple contracted communities; develop educational material like brochures, posters, public displays, newsletters and presentations; conduct recycling presentations and facility tours; coordinate recycling services, outreach events, educational presentations and waste assessments; prepare internal progress reports as well state and local reports; set goals and work plans for new approaches to improve waste reduction for each city assigned; maintain records and promote statistics of program effectiveness; develop strategic and targeted approach to outreach to the community and educational sectors of service areas; establish, maintain, and foster positive and harmonious working relationships with business owners, school superintendents, teachers, community leaders, city elected officials and staff to advance recycling educational programs.

**Firebaugh Las Deltas Unified School District** / Substitute Teacher

August 2008 - June 2011, Firebaugh

Follow lesson plans provided by the classroom teacher; manage the classroom effectively to encourage student participation; maintain a positive learning environment; adapt teaching methods to fit the needs of each individual student; supervise students out and in the classroom; provide in-class and homework assignments based on lesson plans.

## Education

**California State University** / Bachelors

August 2007 - May 2009, Fresno

Bachelor's Degree in Social Work

**West Hills Community College** / Associates

August 2004- May 2007, Firebaugh

Associates Degree

AR000420

**Linda Negrete, LCSW, PPSC**
**717 Soledad Ave.**
**Clovis, CA 93619**
**559-871-5208**
**lhnegrete@gmail.com**

**Objective:**
Seeking to obtain a management position within a client-centered, community involved organization in order to apply both my 15 plus years of clinical and 5 plus years of supervisory skills I have developed throughout my career.

**Summary of Skills:**

**Abilities:** Strong leadership and communication skills, interpersonal, organizational, analytical, and case management skills. Able to assess, diagnose, and set up treatment plans for clients at various age levels. Computer: Microsoft Word, Excel, Power Point, Google drive, and Internet Explorer.

**Language:** Fluent in reading, writing, and speaking Spanish

**Education:**  PPS Credential
Master of Social Work
California State University, Fresno                    May 2006
Bachelor of Arts in Psychology
California State University, Fresno                    May 2002

**Professional Experience:**

**Madera Unified School District**                    **October 2021 -Current**
**Behavioral Health Supervisor**
- Communicate with other administrators, personnel, and outside agencies to coordinate behavioral health services, resolve conflicts/issues, and exchange information
- Participate as a member of the referral team in the review of all information and records that are provided by the school districts and other agencies as part of the referral process for determining the need for behavioral health services
- Plan, organize, and direct behavioral health programs in order to provide a continuum of behavioral health services in compliance with federal and state regulations.
- Provide in-service training to parents, community agencies, district personnel and others
- Provide leadership to educationally-related behavioral health staff in identifying student needs and in the implementation of appropriate behavioral health interventions
- Assist in the evaluation of evidence-based interventions and therapeutic treatment modalities
- Manage caseloads for clinical staff
- Review documentation and conduct file audits to ensure that evidence-based theories, techniques, and legal and ethical requirements of the Board of Behavioral Sciences are followed
- Train, supervise, and evaluate staff assigned to the programs; interview and select employees
- Direct and provide oversight for behavioral health therapy services; coordinate work schedules and location for Clinicians and other behavioral health staff
- Provides regularly scheduled clinical meetings and professional development to ensure all behavioral health clinicians have ongoing support in the provision of best practices

AR000421

**Madera Unified School District**                    **February 2018 - October 2021**
**Behavioral Health Clinician**
- Conduct Behavioral Health Assessment for students referred for social/emotional and behavioral health needs and complete a Treatment Plan
- Review and consult with school staff on Behavioral Health Referrals
- Provide individual, and/or family sessions as needed
- Attend SST (Student Success Team) Meetings to assist in problem solving for student success
- Attend IEP meetings
- Conduct Individual Observations and provide recommendations to help support students success
- Attend Safety Plan Meetings for students who are returning to school after a 5150
- Parent Presentations
- Grief & Loss groups for staff
- Individual Staff support due to crisis
- Staff/community Newsletter on MH topics (grief and loss, suicide awareness, i.e.,)
- MSW Intern Field Instruction

**United Health Centers**                    **September 2014-February 2018**
**Licensed Clinical Social Worker**
- Work closely with the primary care provider and other members of the patient care team
- Provide direct care to UHC patients with behavioral health problems or social service needs
- Individual and family counseling
- Work directly with the teachers and administrators at the school based clinic
- Attend SST (Student Success Team Meetings) to assist in problem solving for the
- success of the students
- Assist primary care providers in consultative contact for patients by assessment
- of patient needs through "warm handoffs".
- Collaborate with the UHC Perinatal services program for referral and treatment of patients in need of psycho-social and social service care.
- Assist with program development through creation and revision of departmental policies, procedures, and protocols.
- Provide supervision to ASW's

**Sierra Vista Child & Family Services**                    **February 2008 – August 2014**
**Program Coordinator 8/2012- 8/2014**
**Program Supervisor 7/2010-7/2012**
**Clinician 2/2008- 6/2010**
- Supervise a team of clinicians under a variety of contracts – (school based mental health clinicians, Early mental health clinicians)
- Provide oversight for clinicians (staff meetings, organizing clinician site placement, professional development)
- Managing caseloads of clinicians
- Managing the behavioral health referral process – collaborating with other agencies as part of the referral process
- Complete monthly, quarterly and annual reports
- Provide staff training
- Conduct Employee performance evaluations
- Review documentation and conduct file audits
- Provide assessments and diagnosing of children and adolescents of diverse populations with mental health issues and establish appropriate treatment plans.
- Provide therapeutic intervention services for children and adolescents using individual, family and group therapy.
- Provide support and therapeutic intervention in the classroom with Emotionally Disturbed students
- Conduct and facilitate social skills groups for children and pre adolescents.
- Case Management for children and their families through regular phone calls and or home visits to address the identified problems and provide support and linkage to resources in the community.

AR000422

- Coordinate and establish collaborative relationships between school, families, community agencies and students. Continual consultation with teachers and school staff to encourage open communication with students.
- Collaboration with school administration regarding student's achievement and attend student's IEP's.
- Conduct and facilitate parenting classes in English and Spanish for families with children ages 0-5.
- Conduct classroom observations and individual observations for children 0-5 in Head Start/Early Head Start program.

**Madera County Behavioral Health**             **January 2007-February 2008**
**Bilingual Pre-Licensed Clinician**
- Provide assessments and diagnosing of adults with mental health issues
- and establish appropriate treatment plans.
- Provide therapeutic intervention services for adults using individual, family
- and group treatment.
- Conducted and facilitated Spanish and English speaking Dialectical
- Behavioral Therapeutic groups.
- Case Management for adults and their family.

AR000423

# DR. FELIPE MERCADO

*Department of Social Work | Health and Human Services*
Fresno, CA 93727 | H: 559-759-2790 | felipemercado1@mail.fresnostate.edu

## EDUCATION

**Doctorate of Education and Leadership**                                                                        May 2017
*Clear Administrative Service Credential # 210012740*
CSU, Fresno
**Master of Social Work**                                                                                                      May 2012
*Clear Pupil Personnel Services Credential #123125779*
CSU, Fresno
**Bachelor of Arts: Social Work**                                                                                         May 2010

## EXPERIENCE

*California State University, Fresno*                                                                             Fresno, CA
**Assistant Professor of Social Work**                                                           October 2022 – Current
- Demonstrate and articulate a commitment to anti-oppressive teaching, scholarship, mentoring, and service on a local, national and international level.
- Mentor and educate students from the broadest possible cross-sections of their communities and countries with respect to gender, ethnicity, first-generation student status, socioeconomic status, sexual orientation, and academic interests.
- Deliver instruction through an intersectional lens that uses a critically cultural conscious, trauma-informed, collaborative, and strength-based pedagogical approach;
- Leads specialization development  in Macro/Policy/Advocacy work and Research
- Secure external grants and create partnerships between the university and community.
- Provide instruction to MSW& BSW courses per semester, research productivity, student advisement responsibilities, and working on departmental, college, and university-wide committees.
- Serves as liaison between the department and the community.
- Further best practice in the field of social work and create opportunities for innovation and curating best practices.
- Provide training to districts, mentor teachers, university coaches, student teachers and community based organizations on wellness, professionalism, best practices in the field, and compassion.

*Wise Soul LLC*                                                                                                          Fresno, CA
**Founder**                                                                                                 August 2020 – Current
- Train, consult, facilitate, and coach's leaders, organizations, practitioners, and upcoming professionals through the lens of compassion, social justice, diversity, equity, inclusion, and belonging, healing, and happiness.
- Curriculum design for nonprofits, K-12 districts, and universities supporting these spaces to be more responsive to socioeconomic status, sexual orientation, cultural, and unique interests of those they serve.
- Aims to create compassionate leaders and positive organizational cultures that sustain holistic wellness for team members and those they serve.
- Provide visionary leadership and evidence-based strategic development to school districts and non-profit agencies to support students, staff and leaders.
- Conduct performance and program evaluations, keynote speaking, and brand innovation from an equity lens.

*California State University, Fresno*                                                                             Fresno, CA
**Coordinator of Clinical Practice & Professor in Residence**                      October 2020 – August 2022
- Directed, coordinated and created systemic procedures for over 600 student teacher placements a semester in single subject, multiple subject, and special education across the Central Valley.
- Developed and sustained effective partnerships with more than 40 district partners and community based organizations.
- Implemented policies, programs, and educational opportunities which actively foster and maintain an equitable learning, research, and work environment for faculty, district partners, students, and staff.
- Provided comprehensive support, advocacy and advising services to students to facilitate student success, including academic, career, personal and life transitions; especially first-generation students.
- Recruited and hired staff that will meet the needs of our students and fit the overall mission and vision of the university.
- Led and developed assessments and processes to ensure that university departments are in alignment with the accreditation process.
- Collaborated with university faculty and district partners to deliver curricula and/or professional learning aligned with the mission and vision of the residency partnership.

AR000424

**Washington Unified School District**                                                      Fresno, CA
*Principal*/MTSS Coordinator                                                   July 2019 – October 2020
- As Principal, I served the Community and District in the following capacities: Community stakeholder meetings, partnerships building with large industry partners, grant writing and development, staff recruitment, program improvement task force, governance knowledge and fostered sustainable partnerships with researchers and universities.
- As MTSS Coordinator, I served the district in the following capacities: district data management, program evaluation, staff development, budget oversite, lead 1,100 students and 120 staff, and academic discipline.
- Created sustainable partnerships with City leaders and developed strategic short-term and long-term plans as well as a common vision for an area ranked #5 in concentrated poverty in the entire nation.
- Directed, planned, organized and administered instructional department, student equity & basic skills committees, and multi-tiered systems of support to meet the behavioral, academic, and social-emotional needs of our community.
- Administered staff recruitment, development and evaluation, fiscal management, record and administration organization, curriculum implementation design, and advisory council coordination.
- Managed, directed, and provided consultation for counselors, school social workers, campus safety, and specific specialized programs.
- Created sustainable research partnerships with Universities, WestEd, and Western Equity Assistance Center.
- Responsible for instructional rigor and oversaw scheduling, budgeting, and staffing of faculty and management staff.
- Improved suspension and discipline rates using a compassionate lens resulting over 50% and overall attendance rate by 2% in one academic year.
- Helped draft a Cradle to Career grant worth $100,000 with the aim of increasing equity and access.
- Earned a $60,000 Comcast grant, and beautified the school with the help of over 200 volunteers.
- Led sustainable cross-sector relationships that brought in donations and services to meet the needs of the community.
- Developed a healing community's leadership team of leaders committed to transforming a community ranked #5 in concentrated poverty in the entire nation.

**West Hills College**                                                                Coalinga, CA
*Social Work Part-time Instructor*                                         December 2015 - December 2018
- Collaborated on syllabus for Introduction to Social Work, Interdisciplinary Studies, and Career Guidance.
- Taught an online and in person curriculum for the social work department in Firebaugh and Coalinga.
- Participated in district strategic planning for future directions of CTE and Social-Emotional Programs.
- Designed innovative and relevant academic lesson plans, course content and lesson delivery.
- Helped establish pathways and programs for social work students to transfer from community college to the university.
- Coordinated and taught course for inmates- introduction to college.
- Created and taught curriculum that allowed teaching inside the prison.
- Taught social work courses in rural communities such as Coalinga and Firebaugh.

**Madera Unified School District**                                                    Madera, CA
*Vice Principal*                                                              July 2017 – July 2018
- Served the district in the following capacities: Accreditation committee, curriculum development, management of at-risk youth programs, and district systems improvement team.
- Established a strong community relationship to cultivate the possibilities of college from elementary to high school, engage in service-learning, and to provide families with community resources.
- Responsible for student and staff discipline related to academic matters.
- Managed and directed counselors, psychologist, 7th grade teachers, campus safety, and every specialized program.
- Created systemic academic and social emotional systems and programs that increased equity and access for students.
- Member of the District Multi-Tiered Support of Support (MTSS) and led this work at the site level.
- Led college and career workshops for parents and students to increase college exposure and connection.

**Central Unified School District**                                                   Fresno, CA
*Counselor*                                                               December 2015 – July 2017
- Engineered social-psychological interventions for students and created programs and trainings for staff to increase school climate, foster collaboration and motivation, and to optimize productivity among all stakeholders.
- Led mental health, social emotional, crisis, and suicide interventions and trained other counselors.
- Trained school sites and districts on social emotional learning, trauma-informed practices, and mental health.
- Direct services, crisis intervention, career guidance, social skills development, and other counseling techniques.
- Facilitated parent workshops, SEL workshops, community events, and counseling check-in for students and the community.
- Spearheaded the new mental health initiative for the district. Trained counselors, psychologist, and nurses.
- Led the districts Suicide, Crisis Intervention, and Mental Health teams to create more equitable systems.

AR000425

**Fresno Unified School District** <span style="float:right">Fresno, CA</span>

*Social-Emotional Counselor* <span style="float:right">October 2013 – December 2015</span>

- Worked with administration to promote a school culture that exudes universal inclusion, positive staff members, cultural understanding, and a restorative approach to discipline and leadership.
- Facilitated teacher and parent learning surrounding restorative practices, positive discipline, and trauma informed practices and invite parents to be a participant in their child's educational success.
- Delivered direct counseling service to students (group, individual) and conduct assessments to help increase school connectedness and social emotional well-being.
- Spearheaded regional trainings on organizational culture and improvement science for staff and administrators.
- Facilitated professional learning that was rooted in social emotional learning for administrators, teachers, and parents.
- Improved school discipline by 29%, parent engagement by 25%, and attendance by 3% in one semester by creating effective individual, group, and community interventions, programs, and trainings.
- Participated in the development and management of a $2 Million district budget for school culture and safety.
- The first ever K-12 restorative counselor in California; lead to the development of the practices you see today.

**Department of Social Services** <span style="float:right">Fresno, CA</span>

*Social Work Practitioner/Supervisor* <span style="float:right">June 2010 – Oct. 2013</span>

- Monitored programs and resources for families to increase their holistic behavior and mental health.
- Lead in emergency response, family reunification, home approval, and as a cultural broker.
- Maintained a 45:1 case load for clients in family reunification and prepared court reports to present to the judge.
- Conducted biopsychosocial assessments and worked with families to meet their goals and ways for them to thrive.
- Helped to create and facilitate a new practice where we include families and provide them with voice in our decision making practice called California Partners for Permanency (CAPP)
- Became one of the first cultural brokers in the State with the aiming of decreasing disproportionality in the Fresno County when it came to children of families of color.

**CSU, Fresno** <span style="float:right">Fresno, CA</span>

*Ed.D/Masters Research Student* <span style="float:right">August 2010 – June 2018</span>

- Dissertation (mixed-methods); social/psychological (wise) interventions infusing shame resilience theory with adults.
- Program Evaluation: State to District: Linked Learning Sustainability (Tulare and Kings Unified School District).
- Thesis (mixed-methods) cultural brokers impact on disproportionality in the child welfare system in Fresno, CA.

## PUBLICATIONS

o   Mercado, F. (2021). Wise-compassionate Framework: A Leadership Guide To Educational Equity. *Journal for Leadership, Equity, and Research*, 7(1). Retrieved from https://journals.sfu.ca/cvj/index.php/cvj/article/view/121
o   Hart,S., Mercado, F. & Wandeler, C. (October, 2019). *Youth Design the Future of Transportation for their Community*.
o   Mercado. F., (2018) Infusing Neuroscience and Education to Create Equity (CLEARvoz) 4-1
o   Mercado. F., (2018) Whole Child Framework: Supporting Educators in Their Plight toward Equity (CLEARvoz) 5-4
o   Restorative Schools Vision Project (2014). Keeping Our Kids in School- Felipe's Story. (A special advertising Supplement). http://restorativeschoolsproject.org/wp-content/uploads/2014/12/SNR_RSVPpgxx_060316r6.pdf

## CERTIFICATIONS/AWARDS/HONORS

- President's Cultural Competency Certificate Program <span style="float:right">October 2022</span>
- Certified Mindfulness Facilitator  by Happiitude <span style="float:right">October  2022</span>
- Best Paper Award at the International Organization of Social Science and Behavioral Research <span style="float:right">October  2022</span>
- Certified Compassion Teacher Via Stanford University and Compassion Institute <span style="float:right">November 2021</span>
- Building Compassion from the Inside Out (Thupten Jinpa Ph.D) <span style="float:right">September 2021</span>
- Certified Happiness Practitioner by Happiitude <span style="float:right">June 2021</span>
- Dare to Lead Program Certificate of Completion <span style="float:right">January 2021</span>
- Graduate of Dr. Siri Sat Nam Singh Mentorship program <span style="float:right">June 2020</span>
- Compassion Cultivation Trained by Compassion Institute <span style="float:right">April 2020</span>
- CSU, Fresno Health and Human Services Community Hero Awardee <span style="float:right">October 2019</span>
- Graduated of The Central Valley Latino Leadership Academy <span style="float:right">September 2019</span>
- ECHO- Trauma Informed Trainer <span style="float:right">August 2019</span>
- Leadership Development Program-Hispanic Foundation (Silicon Valley) <span style="float:right">July 2019</span>
- Emotional Intelligence Certified by TalentSmart <span style="float:right">December  2016</span>

AR000426

## COMMITTEES

| | |
|---|---|
| • Alegria Mental Health Task Force at Fresno State University | April 2022 |
| • Fresno State Bilingual Authorization Program Committee | November 2021 |
| • Compassion Prison Project Committee | July  2021 |
| • Association of Teacher Education Diversity Committee | July 2021 |
| • Graduated of The Central Valley Latino Leadership Academy | September 2019 |
| • ECHO- Trauma Informed Trainer | August 2019 |
| • Leadership Development Program-Hispanic Foundation (Silicon Valley) | July 2019 |
| • Mentor/Researcher for Center for Leadership Equity and Research (CLEAR) | August 2017 |

## MAJOR PRESENTATIONS & FEATURES

- **Mercado. F**. *Effects of Trauma on Learning: Causes and Interventions.* Exemplary Practices in Educational Leadership Conference. October 2016
- Mercado. F. Becoming an Educator in the 21st Century & Trauma-Informed Practices & Compassion Leadership. Teaching Fellows Keynote and breakout speaker. November 2016, February 2017- Current
- Mercado, F. Infusing Neuroscience with Education to Create Equity. Center for Leadership Equity and Research (CLEAR) Social Justice and Equity Institute 2018. April 2018.
- Mercado. F. Strengthening Collaboration to Identify and Implement Promising Practices: Vision for the I5/99 Corridor. **California Association of Supervisors of Child Welfare** and Attendance (May 2018).
- Mercado. F. Social Psychological Interventions that Promote Well-Being in Higher Education. **Association of American Colleges and Universities (AAC&U)**.-Bringing Theory to Practice (BTtoP). June 2018.
- Mercado. F. The Whole Child Initiative: Moving Beyond Academics. **Alisal Unified School District**. October 27, 2018.
- Mercado. F. Whole Child Framework: Paradigm Shift in Education. **Adverse Childhood Experience Conference in California**. October 2018.
- ABC 30 News- Fresno Music Teacher Donates Clothes to Students in Need. (December 12, 2018)
- Mercado. F. The Well-Being Bridge: Connecting the Curriculum and Co-curriculum through Holistic High-Impact Practices. Association of American Colleges and Universities (AAC&U). January 2019.
- Mercado. F. Keynote @ Migrant Education Program Parent Mini conference. Fresno County Office of Education-(March 22, 2019)
- Mercado. F. Leveraging the Power of Relationships to Engage and Empower Families. California School-Based Health Alliance.( October 2019)
- Mercado. F. Leveraging the Power of Relationships to Engage and Empower Families. Tulare County Office of Education Support Services Department (August 2020)
- Mercado. F. Making Equity Actionable and Mental Health Actionable in Education. California Student Mental Wellness Conference by The California Department of Education.  (September 8-10, 2020)
- Mercado. F. Cultivating Mental Health and Equity in Education. California League of Schools. (September 2020)
- Mercado. F. Cultivating Mental Health and Equity in Education. California League of Schools. (February 2021)
- ABC 30 News- Central Valley Latino Leadership Academy Looking for Applicants. (March 24, 2021)
- Kris Clarke & The Social Work Routes Podcast- Episode 18: Trauma-Informed School Social Work. (May 24, 2021).
- Mercado. F (2021) 2nd Annual Virtual Conference Building a Community of Supervisors for Equity and Justice (Supervisors of Teacher Education Network Team)- UC DAVIS- July 27, 2021.
- Mercado. F (2021) Fresno State Day of Giving (D.O.G) Virtual Event (Diversity, Equity and Inclusion)- November 4, 2021.
- Mercado. F (2022) Madera Unified School District. Leadership Institute (July 19, 2022). Self-Compassion as Self-Defense.
- Mercado. F (2022). International Organization of Social Sciences and Behavioral Research (IOSSBR) Conference- Presenter. (October 3, 2022), Las Vegas, NV
- Mercado. F (2022). National Latino Social Work Organization (LSWO) Conference- Presenter. (October 6, 2022), Seattle, Washington
- Mercado. F (2022). San Joaquin Valley Public Health Consortium- Presenter: Cultivating Compassion for MD Leaders. (October 20, 2022), Pismo Beach, CA
- Will be speaking at the United Nations on March 11th in Costa Rica for the 2023 Gross Global Happiness Summit

AR000427

**2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing**
**California Department of Education (CDE) - School Fiscal Services Division**
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022
C: County
CA: Common Administration
D: District
J: Joint Powers Agency
Non Op : Closed or LEA not yet operational

### Approved Rates. For use with state and federal programs, as allowable in:

| County Code | LEA Code | Type | LEA Name | 2018–19 (based on 2016–17 expenditure data) | 2019–20 (based on 2017–18 expenditure data) | 2020–21 (based on 2018–19 expenditure data) | 2021–22 (based on 2019–20 expenditure data) | 2022–23 (based on 2020–21 expenditure data) |
|---|---|---|---|---|---|---|---|---|
| 20 | 65243 | D | Madera Unified | 6.32% | 5.21% | 4.89% | 7.09% | 6.45% |

AR000428

## References Cited

Balfanz, R., Byrnes, V., & Fox, J. H. (2015). Sent home and Put off track. In D. J. Losen (Ed.), *Closing the school discipline gap: Equitable remedies for excessive exclusion* (pp. 17-30). New York and London: Teacher College Press.

Bradshaw, C. P., Mitchell, M. M., & Leaf, P. J. (2010). Examining the effects of schoolwide positive behavioral interventions and supports on student outcomes: Results from a randomized controlled effectiveness trial in elementary schools. *Journal of Positive Behavior Interventions, 12*, 133-148.

Bradshaw, C. P., Waasdorp, T. E., & Leaf, P. J. (2012). Effects of School-wide Positive Behavioral Interventions and Supports on child behavior problems and adjustment. *Pediatrics*, e1136-e1145.

Gregory, A., Skiba, R. J., & Mediratta, K. (2017). Eliminating disparities in school discipline: A framework for intervention. *Review of Research in Education, 41*, 253-278.

Losen, D. J., Hodson, C. L., Keith, I., Michael, A., Morrison, K., & Belway, S. (2015). Are we closing the school discipline gap? In D. J. Losen (Ed.). Los Angeles, CA: Center for Civil Rights Remedies.

Skiba, R. J., Horner, R. H., Chung, C. G., Rausch, M. K., May, S. L., & Tobin, T. (2011). Race is not neutral: A national investigation of African American and Latino disproportionality in school discipline. School Psychology Review, 40(1), 85–107.

AR000429

**Budget Narrative File(s)**

**\* Mandatory Budget Narrative Filename:** 1236-5.Budget Narrative (SBMH MUSD).pdf

[Add Mandatory Budget Narrative]    [Delete Mandatory Budget Narrative]    [View Mandatory Budget Narrative]

To add more Budget Narrative attachments, please use the attachment buttons below.

[Add Optional Budget Narrative]    [Delete Optional Budget Narrative]    [View Optional Budget Narrative]

**AR000430**

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 1 (Grant Request)

| 1. Personnel | $650,000.00 |
| --- | --- |

| 3.0 FTE Social Workers | $300,000.00 |
| --- | --- |

Madera Unified will scale up its social worker capacity over the SBMH grant period by hiring three lead social workers starting in Year 1, a fourth new social worker in Year 4, and a fifth new social worker in Year 5. These SBMH grant-funded positions will be braided with local investments (see MUSD match) in order to provide MUSD with a total of eight new social workers starting in Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

Cost calculation: Base salary @ $100,000.00 x 3 social workers = $300,000.00

| 1.0 FTE Program Director/Director of School Culture and Climate | $150,000.00 |
| --- | --- |

Madera Unified's Director of School Culture and Climate will (1) serve as Program Director and MUSD's administrative lead in implementing the program; (2) chair monthly Leadership Team meetings of all key program personnel; (3) coordinate, monitor, and continuously improve the provision of Tier II and III interventions across all MUSD schools; (4) coordinate districtwide implementation of social-emotional supports and positive behavior interventions aligned within MUSD's multi-tiered system of supports, including coordinating trainings of PPS-credentialed staff leading interventions; (5) collaborate with the external evaluator to assess and document program impacts, guide the Leadership Team in continuous quality improvement efforts, and formally present findings to MUSD leaders and stakeholders to increase program buy-in and long-term sustainability; and (6) serve as MUSD's liaison to the Office of Safe and Supportive Schools, including completing all fiscal and programmatic reporting.

Cost calculation: Base salary @ $150,000.00

| 1.0 FTE Lead Social Worker Coordinator | $130,000.00 |
| --- | --- |

The Lead Social Worker Coordinator will (1) collaborate with Fresno State's Department of Social Work Education to oversee social worker intern recruitment, placement, and support across all MUSD K-8 schools and (2) monitor the intern-MUSD mental health services provider match to ensure the quality of the match and that interns are fully supported to deliver effective interventions and social-emotional supports to Madera Unified students.

1

**AR000431**

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

Cost calculation: Base salary @ $130,000.00

| | |
|---|---|
| **1.0 FTE Administrative Assistant** | $70,000.00 |

An Administrative Assistant will support the MUSD Director of School Culture and Climate in completing EMPOWERED Staff Program administrative tasks, such as scheduling and booking program-related travel and program events (e.g., conferences, trainings), corresponding with stakeholders, monitoring and managing budgets, assisting with data collection and reporting, and disseminating program communications to stakeholders.

Cost calculation: Base salary @ $70,000.00

| | |
|---|---|
| **2. Fringe Benefits** | **$234,650.00** |

| | |
|---|---|
| **Fringe Benefits** | $234,650.00 |

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $650,000.00 x 0.361 = $234,650.00

| | |
|---|---|
| **3. Travel** | **$20,802.00** |

| | |
|---|---|
| **Travel – OSSS SBMH Services Grant Program Meeting** | $2,502.00 |

The Program Director and Lead Social Worker Coordinator will travel to attend the OSSS School-Based Mental Health Services Grant Program Directors' Meeting each year in Washington, DC.

Cost calculation: $500 (estimated roundtrip airfare from Central California to Washington, DC) + $514 (hotel @ GSA DC rate of $257 per night x 2 nights) + $237 (per diem @ GSA DC rate of $79 per day x 3 days) = $1,251 x 2 individuals = $2,502.00

| | |
|---|---|
| **Travel – National PBIS Leadership Conference** | $6,300.00 |

The MUSD Director of School Culture and Climate and three lead social workers will attend the National PBIS Leadership Conference in order to improve the quality of MUSD's PBIS Tier II and Tier III interventions.

Cost calculation: $350 conference registration fee + $500 (estimated roundtrip airfare) + $500 (hotel @ estimated GSA rate of $250 per night x 2 nights) + $225 (per diem @ estimated GSA rate of $75 per day x 3 days) = $1,575 x 4 individuals = $6,300.00

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| **Travel – Social Worker Intern Travel Reimbursement** | $12,000.00 |
|---|---|

During planning meetings, Madera Unified leaders and Fresno State Department of Social Work Education faculty identified transportation costs as one of the primary barriers that discourage Fresno State social worker interns from serving in Madera Unified schools. While Fresno State is the closest accredited IHE department of social work to MUSD, it is still between 30 and 45 minutes by car from MUSD schools. To encourage Fresno State social worker interns to serve in MUSD schools and remove financial barriers that may inhibit low-income interns from serving in MUSD schools, the district will offer travel reimbursement.

Cost calculation: $2,000 travel reimbursement x 6 social worker interns = $12,000.00

| **4. Equipment** | **$0.00** |
|---|---|

| **5. Supplies** | **$62,500.00** |
|---|---|

| **PRC Mental Health Awareness Materials and Supplies** | $37,500.00 |
|---|---|

Madera Unified's 10 Parent Resource Centers will deliver mental health awareness programming and parent/family workshops designed to remove negative stigmas associated with mental health services across MUSD's service population and to engage family members in fostering children's healthy development. Materials and supplies will include parent and community outreach materials, training curricula, parent resources packets, and workshop consumables.

Cost calculation: $3,750.00 x 10 Parent Resource Centers = $37,500.00

| **Panorama Student Well-Being Student Survey** | $25,000.00 |
|---|---|

Madera Unified will annually administer the Panorama Student Well-Being Survey to gain an understanding of students' positive feelings, negative feelings, and the social support that students receive from and provide to others. MUSD will use the survey as a universal screening tool to identify students in need of intervention and/or coping strategies that improve their wellbeing as well as an evaluation tool to contribute to determining the impact of the EMPOWERED Staff Program.

Cost calculation: Estimated annual cost of $25,000.00

| **6. Contractual** | **$120,000.00** |
|---|---|

| **IHE Partner Stipend** | $10,000.00 |
|---|---|

Madera Unified will provide a stipend to Fresno State University Assistant Professor of Social Work Dr. Felipe Mercado, who will (1) conduct outreach to eligible social worker interns in Fresno State's MSW program and encourage individuals to complete their internships at MUSD; (2) ensure internships meet all credentialing requirements; (3) serve as a liaison between MUSD leaders and Fresno State faculty to ensure shared vision and leadership; (4) support MUSD lead

AR000433

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

social workers in overseeing the intern-social worker match; and (5) evaluate the impact of field internships and communicate results to key program partners and stakeholders.

Cost calculation: Stipend @ $10,000.00

| | |
|---|---|
| **Professional Development Trainers** | $50,000.00 |

Madera Unified will contract with Madera County Behavioral Health Services, Camarena Health, and other external subject matter experts and trainers to deliver a number of new specialized trainings that will build the capacity of its mental health services providers to deliver high-quality intervention while also increasing retention rates.

Cost calculation: Estimated annual cost to deliver new trainings @ $50,000.00

| | |
|---|---|
| **Program Evaluation** | $60,000.00 |

Madera Unified will contract with ERC to serve as the external evaluator and (1) design and execute the program evaluation; (2) collaborate with the Director of School Culture and Climate to implement and oversee a data collection and management plan that aligns with the evaluation plans; (3) assess the quantity and quality of school-based mental health services delivery and the fidelity of Tier II and Tier III implementation across all MUSD K-8 schools; (4) conduct observations and interviews; (5) analyze data; (6) develop and present formative and summative evaluation reports and make program improvement recommendations; and (7) collaborate with the Director of School Culture and Climate to prepare and submit evaluation reports to the Office of Safe and Supportive Schools.

Cost calculation: $40,000 (Lead Evaluator @ $800/day x 50 days) + $20,000 (Research Associate @ $500/day x 40 days) = $60,000.00

| | |
|---|---|
| **7. Construction** | **$0.00** |

| | |
|---|---|
| **8. Other** | **$0.00** |

| | |
|---|---|
| **9. Total Direct Costs** | **$1,087,952.00** |

| | |
|---|---|
| **10. Indirect Costs** | **$54,397.60** |

| | |
|---|---|
| **Indirect Costs** | $54,397.60 |

Madera Unified's Indirect Cost Rate is 5.21% (approved by the California Department of Education). However, in accordance with SBMH Services Grant guidelines, MUSD will apply the maximum allowable ICR for LEAs of 5% to all direct costs.

Cost calculation: Direct costs @ $1,087,952.00 x 0.05 = $54,397.60

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| 11. Training Stipends | $120,000.00 |
|---|---|

| Social Worker Intern Stipends | $120,000.00 |
|---|---|

MUSD will offer stipends of $20,000 to attract MSW candidates from the Fresno State Department of Social Work Education to complete their internship field placement in an MUSD K-8 school under the supervision of a Fresno State University faculty member and the MUSD Lead Social Worker Coordinator. Stipends will encourage MSW candidates to serve in MUSD by removing financial barriers and result in increased MUSD mental health services provider staff across all MUSD K-8 schools. Further, as Fresno State is a Hispanic-Serving Institution, this partnership will increase the number of Hispanic social workers serving in MUSD schools to better reflect the demographics of MUSD students (more than 90% of whom are Hispanic) while also increasing the number of bilingual and bicultural social workers serving in MUSD schools. In addition, the MUSD-FSU partnership will expand the pipeline of social workers within MUSD's service area and increase the likelihood that Fresno State MSW candidates will choose to work in an MUSD school upon completing their credential. Lastly, by providing social worker interns, MUSD projects that it will increase retention rates across all of the district's mental health services providers by providing the additional support personnel required to reduce heavy workloads resulting from MUSD's currently high student-to-mental health professional ratios. The MUSD-FSU partnership will strategically scale social worker intern placement across SBMH Services Grant Years 1-3 until sustaining 18 interns per year starting in Year 3.

Cost calculation: Direct costs @ $20,000 stipend x 6 interns = $120,000.00

| 12. Total Costs | $1,262,349.60 |
|---|---|

AR000435

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 2 (Grant Request)

| 1. Personnel | $663,000.00 |
|---|---|

| 3.0 FTE Social Workers | $306,000.00 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBMH grant period by hiring three lead social workers starting in Year 1, a fourth new social worker in Year 4, and a fifth new social worker in Year 5. These SBMH grant-funded positions will be braided with local investments (see MUSD match) in order to provide MUSD with a total of eight new social workers starting in Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

Cost calculation: Base salary @ $102,000.00 x 3 social workers = $306,000.00

| 1.0 FTE Program Director/Director of School Culture and Climate | $153,000.00 |
|---|---|

Madera Unified's Director of School Culture and Climate will (1) serve as Program Director and MUSD's administrative lead in implementing the program; (2) chair monthly Leadership Team meetings of all key program personnel; (3) coordinate, monitor, and continuously improve the provision of Tier II and III interventions across all MUSD schools; (4) coordinate districtwide implementation of social-emotional supports and positive behavior interventions aligned within MUSD's multi-tiered system of supports, including coordinating trainings of PPS-credentialed staff leading interventions; (5) collaborate with the external evaluator to assess and document program impacts, guide the Leadership Team in continuous quality improvement efforts, and formally present findings to MUSD leaders and stakeholders to increase program buy-in and long-term sustainability; and (6) serve as MUSD's liaison to the Office of Safe and Supportive Schools, including completing all fiscal and programmatic reporting.

Cost calculation: Base salary @ $153,000.00

| 1.0 FTE Lead Social Worker Coordinator | $132,600.00 |
|---|---|

The Lead Social Worker Coordinator will (1) collaborate with Fresno State's Department of Social Work Education to oversee social worker intern recruitment, placement, and support across all MUSD K-8 schools and (2) monitor the intern-MUSD mental health services provider match to ensure the quality of the match and that interns are fully supported to deliver effective interventions and social-emotional supports to Madera Unified students.

AR000436

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

Cost calculation: Base salary @ $132,600.00

| 1.0 FTE Administrative Assistant | $71,400.00 |
|---|---|

An Administrative Assistant will support the MUSD Director of School Culture and Climate in completing EMPOWERED Staff Program administrative tasks, such as scheduling and booking program-related travel and program events (e.g., conferences, trainings), corresponding with stakeholders, monitoring and managing budgets, assisting with data collection and reporting, and disseminating program communications to stakeholders.

Cost calculation: Base salary @ $71,400.00

| 2. Fringe Benefits | $239,343.00 |
|---|---|

| Fringe Benefits | $239,343.00 |
|---|---|

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $663,000.00 x 0.361 = $239,343.00

| 3. Travel | $32,802.00 |
|---|---|

| Travel – OSSS SBMH Services Grant Program Meeting | $2,502.00 |
|---|---|

The Program Director and Lead Social Worker Coordinator will travel to attend the OSSS School-Based Mental Health Services Grant Program Directors' Meeting each year in Washington, DC.

Cost calculation: $500 (estimated roundtrip airfare from Central California to Washington, DC) + $514 (hotel @ GSA DC rate of $257 per night x 2 nights) + $237 (per diem @ GSA DC rate of $79 per day x 3 days) = $1,251 x 2 individuals = $2,502.00

| Travel – National PBIS Leadership Conference | $6,300.00 |
|---|---|

The MUSD Director of School Culture and Climate and three lead social workers will attend the National PBIS Leadership Conference in order to improve the quality of MUSD's PBIS Tier II and Tier III interventions.

Cost calculation: $350 conference registration fee + $500 (estimated roundtrip airfare) + $500 (hotel @ estimated GSA rate of $250 per night x 2 nights) + $225 (per diem @ estimated GSA rate of $75 per day x 3 days) = $1,575 x 4 individuals = $6,300.00

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| Travel – Social Worker Intern Travel Reimbursement | $24,000.00 |
|---|---|

During planning meetings, Madera Unified leaders and Fresno State Department of Social Work Education faculty identified transportation costs as one of the primary barriers that discourage Fresno State social worker interns from serving in Madera Unified schools. While Fresno State is the closest accredited IHE department of social work to MUSD, it is still between 30 and 45 minutes by car from MUSD schools. To encourage Fresno State social worker interns to serve in MUSD schools and remove financial barriers that may inhibit low-income interns from serving in MUSD schools, the district will offer travel reimbursement.

Cost calculation: $2,000 travel reimbursement x 12 social worker interns = $24,000.00

| 4. Equipment | $0.00 |
|---|---|

| 5. Supplies | $62,500.00 |
|---|---|

| PRC Mental Health Awareness Materials and Supplies | $37,500.00 |
|---|---|

Madera Unified's 10 Parent Resource Centers will deliver mental health awareness programming and parent/family workshops designed to remove negative stigmas associated with mental health services across MUSD's service population and to engage family members in fostering children's healthy development. Materials and supplies will include parent and community outreach materials, training curricula, parent resources packets, and workshop consumables.

Cost calculation: $3,750.00 x 10 Parent Resource Centers = $37,500.00

| Panorama Student Well-Being Student Survey | $25,000.00 |
|---|---|

Madera Unified will annually administer the Panorama Student Well-Being Survey to gain an understanding of students' positive feelings, negative feelings, and the social support that students receive from and provide to others. MUSD will use the survey as a universal screening tool to identify students in need of intervention and/or coping strategies that improve their wellbeing as well as an evaluation tool to contribute to determining the impact of the EMPOWERED Staff Program.

Cost calculation: Estimated annual cost of $25,000.00

| 6. Contractual | $120,000.00 |
|---|---|

| IHE Partner Stipend | $10,000.00 |
|---|---|

Madera Unified will provide a stipend to Fresno State University Assistant Professor of Social Work Dr. Felipe Mercado, who will (1) conduct outreach to eligible social worker interns in Fresno State's MSW program and encourage individuals to complete their internships at MUSD; (2) ensure internships meet all credentialing requirements; (3) serve as a liaison between MUSD leaders and Fresno State faculty to ensure shared vision and leadership; (4) support MUSD lead

AR000438

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

social workers in overseeing the intern-social worker match; and (5) evaluate the impact of field internships and communicate results to key program partners and stakeholders.

Cost calculation: Stipend @ $10,000.00

| Professional Development Trainers | $50,000.00 |
|---|---|

Madera Unified will contract with Madera County Behavioral Health Services, Camarena Health, and other external subject matter experts and trainers to deliver a number of new specialized trainings that will build the capacity of its mental health services providers to deliver high-quality intervention while also increasing retention rates.

Cost calculation: Estimated annual cost to deliver new trainings @ $50,000.00

| Program Evaluation | $60,000.00 |
|---|---|

Madera Unified will contract with ERC to serve as the external evaluator and (1) design and execute the program evaluation; (2) collaborate with the Director of School Culture and Climate to implement and oversee a data collection and management plan that aligns with the evaluation plans; (3) assess the quantity and quality of school-based mental health services delivery and the fidelity of Tier II and Tier III implementation across all MUSD K-8 schools; (4) conduct observations and interviews; (5) analyze data; (6) develop and present formative and summative evaluation reports and make program improvement recommendations; and (7) collaborate with the Director of School Culture and Climate to prepare and submit evaluation reports to the Office of Safe and Supportive Schools.

Cost calculation: $40,000 (Lead Evaluator @ $800/day x 50 days) + $20,000 (Research Associate @ $500/day x 40 days) = $60,000.00

| 7. Construction | $0.00 |
|---|---|

| 8. Other | $0.00 |
|---|---|

| 9. Total Direct Costs | $1,117,645.00 |
|---|---|

| 10. Indirect Costs | $55,882.25 |
|---|---|

| Indirect Costs | $55,882.25 |
|---|---|

Madera Unified's Indirect Cost Rate is 5.21% (approved by the California Department of Education). However, in accordance with SBMH Services Grant guidelines, MUSD will apply the maximum allowable ICR for LEAs of 5% to all direct costs.

Cost calculation: Direct costs @ $1,117,645.00 x 0.05 = $55,882.25

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| 11. Training Stipends | $240,000.00 |
|---|---|

| Social Worker Intern Stipends | $240,000.00 |
|---|---|

MUSD will offer stipends of $20,000 to attract MSW candidates from the Fresno State Department of Social Work Education to complete their internship field placement in an MUSD K-8 school under the supervision of a Fresno State University faculty member and the MUSD Lead Social Worker Coordinator. Stipends will encourage MSW candidates to serve in MUSD by removing financial barriers and result in increased MUSD mental health services provider staff across all MUSD K-8 schools. Further, as Fresno State is a Hispanic-Serving Institution, this partnership will increase the number of Hispanic social workers serving in MUSD schools to better reflect the demographics of MUSD students (more than 90% of whom are Hispanic) while also increasing the number of bilingual and bicultural social workers serving in MUSD schools. In addition, the MUSD-FSU partnership will expand the pipeline of social workers within MUSD's service area and increase the likelihood that Fresno State MSW candidates will choose to work in an MUSD school upon completing their credential. Lastly, by providing social worker interns, MUSD projects that it will increase retention rates across all of the district's mental health services providers by providing the additional support personnel required to reduce heavy workloads resulting from MUSD's currently high student-to-mental health professional ratios. The MUSD-FSU partnership will strategically scale social worker intern placement across SBMH Services Grant Years 1-3 until sustaining 18 interns per year starting in Year 3.

Cost calculation: Direct costs @ $20,000 stipend x 12 interns = $240,000.00

| 12. Total Costs | $1,413,527.25 |
|---|---|

AR000440

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 3 (Grant Request)

| 1. Personnel | $676,260.00 |
|---|---|

| 3.0 FTE Social Workers | $312,120.00 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBMH grant period by hiring three lead social workers starting in Year 1, a fourth new social worker in Year 4, and a fifth new social worker in Year 5. These SBMH grant-funded positions will be braided with local investments (see MUSD match) in order to provide MUSD with a total of eight new social workers starting in Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

Cost calculation: Base salary @ $104,040.00 x 3 social workers = $312,120.00

| 1.0 FTE Program Director/Director of School Culture and Climate | $156,060.00 |
|---|---|

Madera Unified's Director of School Culture and Climate will (1) serve as Program Director and MUSD's administrative lead in implementing the program; (2) chair monthly Leadership Team meetings of all key program personnel; (3) coordinate, monitor, and continuously improve the provision of Tier II and III interventions across all MUSD schools; (4) coordinate districtwide implementation of social-emotional supports and positive behavior interventions aligned within MUSD's multi-tiered system of supports, including coordinating trainings of PPS-credentialed staff leading interventions; (5) collaborate with the external evaluator to assess and document program impacts, guide the Leadership Team in continuous quality improvement efforts, and formally present findings to MUSD leaders and stakeholders to increase program buy-in and long-term sustainability; and (6) serve as MUSD's liaison to the Office of Safe and Supportive Schools, including completing all fiscal and programmatic reporting.

Cost calculation: Base salary @ $156,060.00

| 1.0 FTE Lead Social Worker Coordinator | $135,252.00 |
|---|---|

The Lead Social Worker Coordinator will (1) collaborate with Fresno State's Department of Social Work Education to oversee social worker intern recruitment, placement, and support across all MUSD K-8 schools and (2) monitor the intern-MUSD mental health services provider match to ensure the quality of the match and that interns are fully supported to deliver effective interventions and social-emotional supports to Madera Unified students.

AR000441

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

Cost calculation: Base salary @ $135,252.00

| 1.0 FTE Administrative Assistant | $72,828.00 |
|---|---|

An Administrative Assistant will support the MUSD Director of School Culture and Climate in completing EMPOWERED Staff Program administrative tasks, such as scheduling and booking program-related travel and program events (e.g., conferences, trainings), corresponding with stakeholders, monitoring and managing budgets, assisting with data collection and reporting, and disseminating program communications to stakeholders.

Cost calculation: Base salary @ $72,828.00

| 2. Fringe Benefits | $244,129.86 |
|---|---|

| Fringe Benefits | $244,129.86 |
|---|---|

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $676,260.00 x 0.361 = $239,343.00

| 3. Travel | $44,802.00 |
|---|---|

| Travel – OSSS SBMH Services Grant Program Meeting | $2,502.00 |
|---|---|

The Program Director and Lead Social Worker Coordinator will travel to attend the OSSS School-Based Mental Health Services Grant Program Directors' Meeting each year in Washington, DC.

Cost calculation: $500 (estimated roundtrip airfare from Central California to Washington, DC) + $514 (hotel @ GSA DC rate of $257 per night x 2 nights) + $237 (per diem @ GSA DC rate of $79 per day x 3 days) = $1,251 x 2 individuals = $2,502.00

| Travel – National PBIS Leadership Conference | $6,300.00 |
|---|---|

The MUSD Director of School Culture and Climate and three lead social workers will attend the National PBIS Leadership Conference in order to improve the quality of MUSD's PBIS Tier II and Tier III interventions.

Cost calculation: $350 conference registration fee + $500 (estimated roundtrip airfare) + $500 (hotel @ estimated GSA rate of $250 per night x 2 nights) + $225 (per diem @ estimated GSA rate of $75 per day x 3 days) = $1,575 x 4 individuals = $6,300.00

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| Travel – Social Worker Intern Travel Reimbursement | $36,000.00 |
|---|---|

During planning meetings, Madera Unified leaders and Fresno State Department of Social Work Education faculty identified transportation costs as one of the primary barriers that discourage Fresno State social worker interns from serving in Madera Unified schools. While Fresno State is the closest accredited IHE department of social work to MUSD, it is still between 30 and 45 minutes by car from MUSD schools. To encourage Fresno State social worker interns to serve in MUSD schools and remove financial barriers that may inhibit low-income interns from serving in MUSD schools, the district will offer travel reimbursement.

Cost calculation: $2,000 travel reimbursement x 18 social worker interns = $36,000.00

| 4. Equipment | $0.00 |
|---|---|

| 5. Supplies | $62,500.00 |
|---|---|

| PRC Mental Health Awareness Materials and Supplies | $37,500.00 |
|---|---|

Madera Unified's 10 Parent Resource Centers will deliver mental health awareness programming and parent/family workshops designed to remove negative stigmas associated with mental health services across MUSD's service population and to engage family members in fostering children's healthy development. Materials and supplies will include parent and community outreach materials, training curricula, parent resources packets, and workshop consumables.

Cost calculation: $3,750.00 x 10 Parent Resource Centers = $37,500.00

| Panorama Student Well-Being Student Survey | $25,000.00 |
|---|---|

Madera Unified will annually administer the Panorama Student Well-Being Survey to gain an understanding of students' positive feelings, negative feelings, and the social support that students receive from and provide to others. MUSD will use the survey as a universal screening tool to identify students in need of intervention and/or coping strategies that improve their wellbeing as well as an evaluation tool to contribute to determining the impact of the EMPOWERED Staff Program.

Cost calculation: Estimated annual cost of $25,000.00

| 6. Contractual | $120,000.00 |
|---|---|

| IHE Partner Stipend | $10,000.00 |
|---|---|

Madera Unified will provide a stipend to Fresno State University Assistant Professor of Social Work Dr. Felipe Mercado, who will (1) conduct outreach to eligible social worker interns in Fresno State's MSW program and encourage individuals to complete their internships at MUSD; (2) ensure internships meet all credentialing requirements; (3) serve as a liaison between MUSD leaders and Fresno State faculty to ensure shared vision and leadership; (4) support MUSD lead

AR000443

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

social workers in overseeing the intern-social worker match; and (5) evaluate the impact of field internships and communicate results to key program partners and stakeholders.

Cost calculation: Stipend @ $10,000.00

| Professional Development Trainers | $50,000.00 |
|---|---|

Madera Unified will contract with Madera County Behavioral Health Services, Camarena Health, and other external subject matter experts and trainers to deliver a number of new specialized trainings that will build the capacity of its mental health services providers to deliver high-quality intervention while also increasing retention rates.

Cost calculation: Estimated annual cost to deliver new trainings @ $50,000.00

| Program Evaluation | $60,000.00 |
|---|---|

Madera Unified will contract with ERC to serve as the external evaluator and (1) design and execute the program evaluation; (2) collaborate with the Director of School Culture and Climate to implement and oversee a data collection and management plan that aligns with the evaluation plans; (3) assess the quantity and quality of school-based mental health services delivery and the fidelity of Tier II and Tier III implementation across all MUSD K-8 schools; (4) conduct observations and interviews; (5) analyze data; (6) develop and present formative and summative evaluation reports and make program improvement recommendations; and (7) collaborate with the Director of School Culture and Climate to prepare and submit evaluation reports to the Office of Safe and Supportive Schools.

Cost calculation: $40,000 (Lead Evaluator @ $800/day x 50 days) + $20,000 (Research Associate @ $500/day x 40 days) = $60,000.00

| 7. Construction | $0.00 |
|---|---|

| 8. Other | $0.00 |
|---|---|

| 9. Total Direct Costs | $1,147,691.86 |
|---|---|

| 10. Indirect Costs | $57,384.59 |
|---|---|

| Indirect Costs | $57,384.59 |
|---|---|

Madera Unified's Indirect Cost Rate is 5.21% (approved by the California Department of Education). However, in accordance with SBMH Services Grant guidelines, MUSD will apply the maximum allowable ICR for LEAs of 5% to all direct costs.

Cost calculation: Direct costs @ $1,147,691.86 x 0.05 = $57,384.59

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| 11. Training Stipends | $360,000.00 |
|---|---|

| Social Worker Intern Stipends | $360,000.00 |
|---|---|

MUSD will offer stipends of $20,000 to attract MSW candidates from the Fresno State Department of Social Work Education to complete their internship field placement in an MUSD K-8 school under the supervision of a Fresno State University faculty member and the MUSD Lead Social Worker Coordinator. Stipends will encourage MSW candidates to serve in MUSD by removing financial barriers and result in increased MUSD mental health services provider staff across all MUSD K-8 schools. Further, as Fresno State is a Hispanic-Serving Institution, this partnership will increase the number of Hispanic social workers serving in MUSD schools to better reflect the demographics of MUSD students (more than 90% of whom are Hispanic) while also increasing the number of bilingual and bicultural social workers serving in MUSD schools. In addition, the MUSD-FSU partnership will expand the pipeline of social workers within MUSD's service area and increase the likelihood that Fresno State MSW candidates will choose to work in an MUSD school upon completing their credential. Lastly, by providing social worker interns, MUSD projects that it will increase retention rates across all of the district's mental health services providers by providing the additional support personnel required to reduce heavy workloads resulting from MUSD's currently high student-to-mental health professional ratios. The MUSD-FSU partnership will strategically scale social worker intern placement across SBMH Services Grant Years 1-3 until sustaining 18 interns per year starting in Year 3.

Cost calculation: Direct costs @ $20,000 stipend x 18 interns = $360,000.00

| 12. Total Costs | $1,565,076.45 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 4 (Grant Request)

| 1. Personnel | $789,785.20 |
|---|---|

| 4.0 FTE Social Workers | $418,362.40 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBMH grant period by hiring three lead social workers starting in Year 1, a fourth new social worker in Year 4, and a fifth new social worker in Year 5. These SBMH grant-funded positions will be braided with local investments (see MUSD match) in order to provide MUSD with a total of eight new social workers starting in Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

Cost calculation: Average base salary @ $104,590.60 x 4 social workers = $418,362.40

| 1.0 FTE Program Director/Director of School Culture and Climate | $159,181.20 |
|---|---|

Madera Unified's Director of School Culture and Climate will (1) serve as Program Director and MUSD's administrative lead in implementing the program; (2) chair monthly Leadership Team meetings of all key program personnel; (3) coordinate, monitor, and continuously improve the provision of Tier II and III interventions across all MUSD schools; (4) coordinate districtwide implementation of social-emotional supports and positive behavior interventions aligned within MUSD's multi-tiered system of supports, including coordinating trainings of PPS-credentialed staff leading interventions; (5) collaborate with the external evaluator to assess and document program impacts, guide the Leadership Team in continuous quality improvement efforts, and formally present findings to MUSD leaders and stakeholders to increase program buy-in and long-term sustainability; and (6) serve as MUSD's liaison to the Office of Safe and Supportive Schools, including completing all fiscal and programmatic reporting.

Cost calculation: Base salary @ $159,181.20

| 1.0 FTE Lead Social Worker Coordinator | $137,957.04 |
|---|---|

The Lead Social Worker Coordinator will (1) collaborate with Fresno State's Department of Social Work Education to oversee social worker intern recruitment, placement, and support across all MUSD K-8 schools and (2) monitor the intern-MUSD mental health services provider match to ensure the quality of the match and that interns are fully supported to deliver effective interventions and social-emotional supports to Madera Unified students.

AR000446

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

Cost calculation: Base salary @ $137,958.04

| 1.0 FTE Administrative Assistant | $74,284.56 |
|---|---|

An Administrative Assistant will support the MUSD Director of School Culture and Climate in completing EMPOWERED Staff Program administrative tasks, such as scheduling and booking program-related travel and program events (e.g., conferences, trainings), corresponding with stakeholders, monitoring and managing budgets, assisting with data collection and reporting, and disseminating program communications to stakeholders.

Cost calculation: Base salary @ $74,284.56

| 2. Fringe Benefits | $285,112.46 |
|---|---|

| Fringe Benefits | $285,112.46 |
|---|---|

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $789,785.20 x 0.361 = $285,112.46

| 3. Travel | $44,802.00 |
|---|---|

| Travel – OSSS SBMH Services Grant Program Meeting | $2,502.00 |
|---|---|

The Program Director and Lead Social Worker Coordinator will travel to attend the OSSS School-Based Mental Health Services Grant Program Directors' Meeting each year in Washington, DC.

Cost calculation: $500 (estimated roundtrip airfare from Central California to Washington, DC) + $514 (hotel @ GSA DC rate of $257 per night x 2 nights) + $237 (per diem @ GSA DC rate of $79 per day x 3 days) = $1,251 x 2 individuals = $2,502.00

| Travel – National PBIS Leadership Conference | $6,300.00 |
|---|---|

The MUSD Director of School Culture and Climate and three lead social workers will attend the National PBIS Leadership Conference in order to improve the quality of MUSD's PBIS Tier II and Tier III interventions.

Cost calculation: $350 conference registration fee + $500 (estimated roundtrip airfare) + $500 (hotel @ estimated GSA rate of $250 per night x 2 nights) + $225 (per diem @ estimated GSA rate of $75 per day x 3 days) = $1,575 x 4 individuals = $6,300.00

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| Travel – Social Worker Intern Travel Reimbursement | $36,000.00 |
|---|---|

During planning meetings, Madera Unified leaders and Fresno State Department of Social Work Education faculty identified transportation costs as one of the primary barriers that discourage Fresno State social worker interns from serving in Madera Unified schools. While Fresno State is the closest accredited IHE department of social work to MUSD, it is still between 30 and 45 minutes by car from MUSD schools. To encourage Fresno State social worker interns to serve in MUSD schools and remove financial barriers that may inhibit low-income interns from serving in MUSD schools, the district will offer travel reimbursement.

Cost calculation: $2,000 travel reimbursement x 18 social worker interns = $36,000.00

| 4. Equipment | $0.00 |
|---|---|

| 5. Supplies | $62,500.00 |
|---|---|

| PRC Mental Health Awareness Materials and Supplies | $37,500.00 |
|---|---|

Madera Unified's 10 Parent Resource Centers will deliver mental health awareness programming and parent/family workshops designed to remove negative stigmas associated with mental health services across MUSD's service population and to engage family members in fostering children's healthy development. Materials and supplies will include parent and community outreach materials, training curricula, parent resources packets, and workshop consumables.

Cost calculation: $3,750.00 x 10 Parent Resource Centers = $37,500.00

| Panorama Student Well-Being Student Survey | $25,000.00 |
|---|---|

Madera Unified will annually administer the Panorama Student Well-Being Survey to gain an understanding of students' positive feelings, negative feelings, and the social support that students receive from and provide to others. MUSD will use the survey as a universal screening tool to identify students in need of intervention and/or coping strategies that improve their wellbeing as well as an evaluation tool to contribute to determining the impact of the EMPOWERED Staff Program.

Cost calculation: Estimated annual cost of $25,000.00

| 6. Contractual | $120,000.00 |
|---|---|

| IHE Partner Stipend | $10,000.00 |
|---|---|

Madera Unified will provide a stipend to Fresno State University Assistant Professor of Social Work Dr. Felipe Mercado, who will (1) conduct outreach to eligible social worker interns in Fresno State's MSW program and encourage individuals to complete their internships at MUSD; (2) ensure internships meet all credentialing requirements; (3) serve as a liaison between MUSD leaders and Fresno State faculty to ensure shared vision and leadership; (4) support MUSD lead

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

social workers in overseeing the intern-social worker match; and (5) evaluate the impact of field internships and communicate results to key program partners and stakeholders.

Cost calculation: Stipend @ $10,000.00

| Professional Development Trainers | $50,000.00 |
|---|---|

Madera Unified will contract with Madera County Behavioral Health Services, Camarena Health, and other external subject matter experts and trainers to deliver a number of new specialized trainings that will build the capacity of its mental health services providers to deliver high-quality intervention while also increasing retention rates.

Cost calculation: Estimated annual cost to deliver new trainings @ $50,000.00

| Program Evaluation | $60,000.00 |
|---|---|

Madera Unified will contract with ERC to serve as the external evaluator and (1) design and execute the program evaluation; (2) collaborate with the Director of School Culture and Climate to implement and oversee a data collection and management plan that aligns with the evaluation plans; (3) assess the quantity and quality of school-based mental health services delivery and the fidelity of Tier II and Tier III implementation across all MUSD K-8 schools; (4) conduct observations and interviews; (5) analyze data; (6) develop and present formative and summative evaluation reports and make program improvement recommendations; and (7) collaborate with the Director of School Culture and Climate to prepare and submit evaluation reports to the Office of Safe and Supportive Schools.

Cost calculation: $40,000 (Lead Evaluator @ $800/day x 50 days) + $20,000 (Research Associate @ $500/day x 40 days) = $60,000.00

| 7. Construction | $0.00 |
|---|---|

| 8. Other | $0.00 |
|---|---|

| 9. Total Direct Costs | $1,302,199.66 |
|---|---|

| 10. Indirect Costs | $57,384.59 |
|---|---|

| Indirect Costs | $65,109.98 |
|---|---|

Madera Unified's Indirect Cost Rate is 5.21% (approved by the California Department of Education). However, in accordance with SBMH Services Grant guidelines, MUSD will apply the maximum allowable ICR for LEAs of 5% to all direct costs.

Cost calculation: Direct costs @ $1,302,199.66 x 0.05 = $65,109.98

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| 11. Training Stipends | $360,000.00 |
|---|---|

| Social Worker Intern Stipends | $360,000.00 |
|---|---|

MUSD will offer stipends of $20,000 to attract MSW candidates from the Fresno State Department of Social Work Education to complete their internship field placement in an MUSD K-8 school under the supervision of a Fresno State University faculty member and the MUSD Lead Social Worker Coordinator. Stipends will encourage MSW candidates to serve in MUSD by removing financial barriers and result in increased MUSD mental health services provider staff across all MUSD K-8 schools. Further, as Fresno State is a Hispanic-Serving Institution, this partnership will increase the number of Hispanic social workers serving in MUSD schools to better reflect the demographics of MUSD students (more than 90% of whom are Hispanic) while also increasing the number of bilingual and bicultural social workers serving in MUSD schools. In addition, the MUSD-FSU partnership will expand the pipeline of social workers within MUSD's service area and increase the likelihood that Fresno State MSW candidates will choose to work in an MUSD school upon completing their credential. Lastly, by providing social worker interns, MUSD projects that it will increase retention rates across all of the district's mental health services providers by providing the additional support personnel required to reduce heavy workloads resulting from MUSD's currently high student-to-mental health professional ratios. The MUSD-FSU partnership will strategically scale social worker intern placement across SBMH Services Grant Years 1-3 until sustaining 18 interns per year starting in Year 3.

Cost calculation: Direct costs @ $20,000 stipend x 18 interns = $360,000.00

| 12. Total Costs | $1,727,309.64 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 5 (Grant Request)

| 1. Personnel | $905,580.90 |
| --- | --- |

| 5.0 FTE Social Workers | $526,729.65 |
| --- | --- |

Madera Unified will scale up its social worker capacity over the SBMH grant period by hiring three lead social workers starting in Year 1, a fourth new social worker in Year 4, and a fifth new social worker in Year 5. These SBMH grant-funded positions will be braided with local investments (see MUSD match) in order to provide MUSD with a total of eight new social workers starting in Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

Cost calculation: Average base salary @ $105,345.93 x 5 social workers = $526,729.65

| 1.0 FTE Program Director/Director of School Culture and Climate | $162,364.82 |
| --- | --- |

Madera Unified's Director of School Culture and Climate will (1) serve as Program Director and MUSD's administrative lead in implementing the program; (2) chair monthly Leadership Team meetings of all key program personnel; (3) coordinate, monitor, and continuously improve the provision of Tier II and III interventions across all MUSD schools; (4) coordinate districtwide implementation of social-emotional supports and positive behavior interventions aligned within MUSD's multi-tiered system of supports, including coordinating trainings of PPS-credentialed staff leading interventions; (5) collaborate with the external evaluator to assess and document program impacts, guide the Leadership Team in continuous quality improvement efforts, and formally present findings to MUSD leaders and stakeholders to increase program buy-in and long-term sustainability; and (6) serve as MUSD's liaison to the Office of Safe and Supportive Schools, including completing all fiscal and programmatic reporting.

Cost calculation: Base salary @ $162,364.82

| 1.0 FTE Lead Social Worker Coordinator | $140,716.18 |
| --- | --- |

The Lead Social Worker Coordinator will (1) collaborate with Fresno State's Department of Social Work Education to oversee social worker intern recruitment, placement, and support across all MUSD K-8 schools and (2) monitor the intern-MUSD mental health services provider match to ensure the quality of the match and that interns are fully supported to deliver effective interventions and social-emotional supports to Madera Unified students.

AR000451

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

Cost calculation: Base salary @ $140,716.18

| 1.0 FTE Administrative Assistant | $75,770.25 |
|---|---|

An Administrative Assistant will support the MUSD Director of School Culture and Climate in completing EMPOWERED Staff Program administrative tasks, such as scheduling and booking program-related travel and program events (e.g., conferences, trainings), corresponding with stakeholders, monitoring and managing budgets, assisting with data collection and reporting, and disseminating program communications to stakeholders.

Cost calculation: Base salary @ $75,770.25

| 2. Fringe Benefits | $326,914.71 |
|---|---|

| Fringe Benefits | $326,914.71 |
|---|---|

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $905,580.90 x 0.361 = $326,914.71

| 3. Travel | $44,802.00 |
|---|---|

| Travel – OSSS SBMH Services Grant Program Meeting | $2,502.00 |
|---|---|

The Program Director and Lead Social Worker Coordinator will travel to attend the OSSS School-Based Mental Health Services Grant Program Directors' Meeting each year in Washington, DC.

Cost calculation: $500 (estimated roundtrip airfare from Central California to Washington, DC) + $514 (hotel @ GSA DC rate of $257 per night x 2 nights) + $237 (per diem @ GSA DC rate of $79 per day x 3 days) = $1,251 x 2 individuals = $2,502.00

| Travel – National PBIS Leadership Conference | $6,300.00 |
|---|---|

The MUSD Director of School Culture and Climate and three lead social workers will attend the National PBIS Leadership Conference in order to improve the quality of MUSD's PBIS Tier II and Tier III interventions.

Cost calculation: $350 conference registration fee + $500 (estimated roundtrip airfare) + $500 (hotel @ estimated GSA rate of $250 per night x 2 nights) + $225 (per diem @ estimated GSA rate of $75 per day x 3 days) = $1,575 x 4 individuals = $6,300.00

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| Travel – Social Worker Intern Travel Reimbursement | $36,000.00 |
|---|---|

During planning meetings, Madera Unified leaders and Fresno State Department of Social Work Education faculty identified transportation costs as one of the primary barriers that discourage Fresno State social worker interns from serving in Madera Unified schools. While Fresno State is the closest accredited IHE department of social work to MUSD, it is still between 30 and 45 minutes by car from MUSD schools. To encourage Fresno State social worker interns to serve in MUSD schools and remove financial barriers that may inhibit low-income interns from serving in MUSD schools, the district will offer travel reimbursement.

Cost calculation: $2,000 travel reimbursement x 18 social worker interns = $36,000.00

| 4. Equipment | $0.00 |
|---|---|

| 5. Supplies | $62,500.00 |
|---|---|

| PRC Mental Health Awareness Materials and Supplies | $37,500.00 |
|---|---|

Madera Unified's 10 Parent Resource Centers will deliver mental health awareness programming and parent/family workshops designed to remove negative stigmas associated with mental health services across MUSD's service population and to engage family members in fostering children's healthy development. Materials and supplies will include parent and community outreach materials, training curricula, parent resources packets, and workshop consumables.

Cost calculation: $3,750.00 x 10 Parent Resource Centers = $37,500.00

| Panorama Student Well-Being Student Survey | $25,000.00 |
|---|---|

Madera Unified will annually administer the Panorama Student Well-Being Survey to gain an understanding of students' positive feelings, negative feelings, and the social support that students receive from and provide to others. MUSD will use the survey as a universal screening tool to identify students in need of intervention and/or coping strategies that improve their wellbeing as well as an evaluation tool to contribute to determining the impact of the EMPOWERED Staff Program.

Cost calculation: Estimated annual cost of $25,000.00

| 6. Contractual | $120,000.00 |
|---|---|

| IHE Partner Stipend | $10,000.00 |
|---|---|

Madera Unified will provide a stipend to Fresno State University Assistant Professor of Social Work Dr. Felipe Mercado, who will (1) conduct outreach to eligible social worker interns in Fresno State's MSW program and encourage individuals to complete their internships at MUSD; (2) ensure internships meet all credentialing requirements; (3) serve as a liaison between MUSD leaders and Fresno State faculty to ensure shared vision and leadership; (4) support MUSD lead

AR000453

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

social workers in overseeing the intern-social worker match; and (5) evaluate the impact of field internships and communicate results to key program partners and stakeholders.

Cost calculation: Stipend @ $10,000.00

| Professional Development Trainers | $50,000.00 |
|---|---|

Madera Unified will contract with Madera County Behavioral Health Services, Camarena Health, and other external subject matter experts and trainers to deliver a number of new specialized trainings that will build the capacity of its mental health services providers to deliver high-quality intervention while also increasing retention rates.

Cost calculation: Estimated annual cost to deliver new trainings @ $50,000.00

| Program Evaluation | $60,000.00 |
|---|---|

Madera Unified will contract with ERC to serve as the external evaluator and (1) design and execute the program evaluation; (2) collaborate with the Director of School Culture and Climate to implement and oversee a data collection and management plan that aligns with the evaluation plans; (3) assess the quantity and quality of school-based mental health services delivery and the fidelity of Tier II and Tier III implementation across all MUSD K-8 schools; (4) conduct observations and interviews; (5) analyze data; (6) develop and present formative and summative evaluation reports and make program improvement recommendations; and (7) collaborate with the Director of School Culture and Climate to prepare and submit evaluation reports to the Office of Safe and Supportive Schools.

Cost calculation: $40,000 (Lead Evaluator @ $800/day x 50 days) + $20,000 (Research Associate @ $500/day x 40 days) = $60,000.00

| 7. Construction | $0.00 |
|---|---|

| 8. Other | $0.00 |
|---|---|

| 9. Total Direct Costs | $1,459,797.61 |
|---|---|

| 10. Indirect Costs | $72,989.88 |
|---|---|

| Indirect Costs | $72,989.88 |
|---|---|

Madera Unified's Indirect Cost Rate is 5.21% (approved by the California Department of Education). However, in accordance with SBMH Services Grant guidelines, MUSD will apply the maximum allowable ICR for LEAs of 5% to all direct costs.

Cost calculation: Direct costs @ $1,459,797.61 x 0.05 = $72,989.88

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

| 11. Training Stipends | $360,000.00 |
|---|---|

| Social Worker Intern Stipends | $360,000.00 |
|---|---|

MUSD will offer stipends of $20,000 to attract MSW candidates from the Fresno State Department of Social Work Education to complete their internship field placement in an MUSD K-8 school under the supervision of a Fresno State University faculty member and the MUSD Lead Social Worker Coordinator. Stipends will encourage MSW candidates to serve in MUSD by removing financial barriers and result in increased MUSD mental health services provider staff across all MUSD K-8 schools. Further, as Fresno State is a Hispanic-Serving Institution, this partnership will increase the number of Hispanic social workers serving in MUSD schools to better reflect the demographics of MUSD students (more than 90% of whom are Hispanic) while also increasing the number of bilingual and bicultural social workers serving in MUSD schools. In addition, the MUSD-FSU partnership will expand the pipeline of social workers within MUSD's service area and increase the likelihood that Fresno State MSW candidates will choose to work in an MUSD school upon completing their credential. Lastly, by providing social worker interns, MUSD projects that it will increase retention rates across all of the district's mental health services providers by providing the additional support personnel required to reduce heavy workloads resulting from MUSD's currently high student-to-mental health professional ratios. The MUSD-FSU partnership will strategically scale social worker intern placement across SBMH Services Grant Years 1-3 until sustaining 18 interns per year starting in Year 3.

Cost calculation: Direct costs @ $20,000 stipend x 18 interns = $360,000.00

| 12. Total Costs | $1,892,787.49 |
|---|---|

| Total 5-Year Grant Request | $7,861,050.43 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 1 (Madera Unified Match)

| 1. Personnel | $140,513.00 |
|---|---|

| 0.2 FTE Director of Community Services and Parent Resource Centers | $28,318.00 |
|---|---|

Madera Unified's <u>Director of Community Services and Parent Resource Centers (PRCs)</u>, Elia Medina, will dedicate 0.2 FTE to the EMPOWERED Staff Program and will coordinate trainings to educate parents on the importance of mental health interventions and the school-based mental health resources available to students and families. These events will be delivered through MUSD's 10 PRCs and designed to remove negative stigmas associated with mental health services prominent among the Latino community members who represent more than 90% of MUSD's service population.

<u>Cost calculation</u>: Base salary @ $141,590.00 x 0.2 = $28,318.00

| 0.1 FTE Supervisor of Behavioral Health | $10,195.00 |
|---|---|

Madera Unified's <u>Supervisor of Behavioral Health</u>, Linda Negrete, will dedicate 0.1 FTE to the EMPOWERED Staff Program and will serve on the Leadership Team and provide supervision, training, and support to MUSD social workers serving students across all MUSD K-8 schools.

<u>Cost calculation</u>: Base salary @ $101,950.00 x 0.1 = $10,195.00

| 1.0 FTE Social Worker | $102,000.00 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBHC grant period by hiring one social worker per year in Years 1-3. This local investment will be braided with SBMH Services Grant funding in order to provide MUSD with a total of eight new social workers by Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

<u>Cost calculation</u>: Base salary @ $102,000.00

| 2. Fringe Benefits | $50,725.19 |
|---|---|

| Fringe Benefits | $50,725.19 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $140,513.00 x 0.361 = $50,725.19

| | |
|---|---|
| **3. Travel** | **$0.00** |

| | |
|---|---|
| **4. Equipment** | **$0.00** |

| | |
|---|---|
| **5. Supplies** | **$0.00** |

| | |
|---|---|
| **6. Contractual** | **$0.00** |

| | |
|---|---|
| **7. Construction** | **$0.00** |

| | |
|---|---|
| **8. Other** | **$0.00** |

| | |
|---|---|
| **9. Total Direct Costs** | **$191,238.19** |

| | |
|---|---|
| **10. Indirect Costs** | **$0.00** |

| | |
|---|---|
| **11. Training Stipends** | **$0.00** |

| | |
|---|---|
| **12. Total Costs** | **$191,238.19** |

AR000457

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 2 (Madera Unified Match)

| 1. Personnel | $245,323.26 |
|---|---|

| 0.2 FTE Director of Community Services and Parent Resource Centers | $28,884.36 |
|---|---|

Madera Unified's Director of Community Services and Parent Resource Centers (PRCs), Elia Medina, will dedicate 0.2 FTE to the EMPOWERED Staff Program and will coordinate trainings to educate parents on the importance of mental health interventions and the school-based mental health resources available to students and families. These events will be delivered through MUSD's 10 PRCs and designed to remove negative stigmas associated with mental health services prominent among the Latino community members who represent more than 90% of MUSD's service population.

Cost calculation: Base salary @ $144,421.80 x 0.2 = $28,884.36

| 0.1 FTE Supervisor of Behavioral Health | $10,398.90 |
|---|---|

Madera Unified's Supervisor of Behavioral Health, Linda Negrete, will dedicate 0.1 FTE to the EMPOWERED Staff Program and will serve on the Leadership Team and provide supervision, training, and support to MUSD social workers serving students across all MUSD K-8 schools.

Cost calculation: Base salary @ $103,909.00 x 0.1 = $10,398.90

| 2.0 FTE Social Worker | $206,040.00 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBHC grant period by hiring one social worker per year in Years 1-3. This local investment will be braided with SBMH Services Grant funding in order to provide MUSD with a total of eight new social workers by Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

Cost calculation: Average base salary @ $103,020.00 x 2 = $206,040.00

| 2. Fringe Benefits | $88,561.70 |
|---|---|

| Fringe Benefits | $88,561.70 |
|---|---|

AR000458

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $245,323.26 x 0.361 = $88,561.70

| | |
|---|---|
| **3. Travel** | **$0.00** |

| | |
|---|---|
| **4. Equipment** | **$0.00** |

| | |
|---|---|
| **5. Supplies** | **$0.00** |

| | |
|---|---|
| **6. Contractual** | **$0.00** |

| | |
|---|---|
| **7. Construction** | **$0.00** |

| | |
|---|---|
| **8. Other** | **$0.00** |

| | |
|---|---|
| **9. Total Direct Costs** | **$333,884.96** |

| | |
|---|---|
| **10. Indirect Costs** | **$0.00** |

| | |
|---|---|
| **11. Training Stipends** | **$0.00** |

| | |
|---|---|
| **12. Total Costs** | **$333,884.96** |

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 3 (Madera Unified Match)

| 1. Personnel | $352,229.73 |
|---|---|

| 0.2 FTE Director of Community Services and Parent Resource Centers | $29,462.05 |
|---|---|

Madera Unified's <u>Director of Community Services and Parent Resource Centers (PRCs)</u>, Elia Medina, will dedicate 0.2 FTE to the EMPOWERED Staff Program and will coordinate trainings to educate parents on the importance of mental health interventions and the school-based mental health resources available to students and families. These events will be delivered through MUSD's 10 PRCs and designed to remove negative stigmas associated with mental health services prominent among the Latino community members who represent more than 90% of MUSD's service population.

<u>Cost calculation</u>: Base salary @ $147,310.25 x 0.2 = $29,462.05

| 0.1 FTE Supervisor of Behavioral Health | $10,606.88 |
|---|---|

Madera Unified's <u>Supervisor of Behavioral Health</u>, Linda Negrete, will dedicate 0.1 FTE to the EMPOWERED Staff Program and will serve on the Leadership Team and provide supervision, training, and support to MUSD social workers serving students across all MUSD K-8 schools.

<u>Cost calculation</u>: Base salary @ $106,068.80 x 0.1 = $10,606.88

| 3.0 FTE Social Worker | $312,160.80 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBHC grant period by hiring one social worker per year in Years 1-3. This local investment will be braided with SBMH Services Grant funding in order to provide MUSD with a total of eight new social workers by Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

<u>Cost calculation</u>: Average base salary @ $104,053.60 x 3 = $312,160.80

| 2. Fringe Benefits | $127,154.93 |
|---|---|

| Fringe Benefits | $127,154.93 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

<u>Cost calculation</u>: Personnel base salaries @ $352,229.73 x 0.361 = $127,154.93

| | |
|---|---|
| **3. Travel** | **$0.00** |

| | |
|---|---|
| **4. Equipment** | **$0.00** |

| | |
|---|---|
| **5. Supplies** | **$0.00** |

| | |
|---|---|
| **6. Contractual** | **$0.00** |

| | |
|---|---|
| **7. Construction** | **$0.00** |

| | |
|---|---|
| **8. Other** | **$0.00** |

| | |
|---|---|
| **9. Total Direct Costs** | **$479,384.66** |

| | |
|---|---|
| **10. Indirect Costs** | **$0.00** |

| | |
|---|---|
| **11. Training Stipends** | **$0.00** |

| | |
|---|---|
| **12. Total Costs** | **$479,384.66** |

AR000461

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 4 (Madera Unified Match)

| 1. Personnel | $359,274.31 |
|---|---|

| 0.2 FTE Director of Community Services and Parent Resource Centers | $30,051.29 |
|---|---|

Madera Unified's <u>Director of Community Services and Parent Resource Centers (PRCs)</u>, Elia Medina, will dedicate 0.2 FTE to the EMPOWERED Staff Program and will coordinate trainings to educate parents on the importance of mental health interventions and the school-based mental health resources available to students and families. These events will be delivered through MUSD's 10 PRCs and designed to remove negative stigmas associated with mental health services prominent among the Latino community members who represent more than 90% of MUSD's service population.

<u>Cost calculation</u>: Base salary @ $150,256.45 x 0.2 = $30,051.29

| 0.1 FTE Supervisor of Behavioral Health | $10,819.02 |
|---|---|

Madera Unified's <u>Supervisor of Behavioral Health</u>, Linda Negrete, will dedicate 0.1 FTE to the EMPOWERED Staff Program and will serve on the Leadership Team and provide supervision, training, and support to MUSD social workers serving students across all MUSD K-8 schools.

<u>Cost calculation</u>: Base salary @ $108,190.20 x 0.1 = $10,819.02

| 3.0 FTE Social Worker | $318,404.01 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBHC grant period by hiring one social worker per year in Years 1-3. This local investment will be braided with SBMH Services Grant funding in order to provide MUSD with a total of eight new social workers by Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

<u>Cost calculation</u>: Average base salary @ $106,134.67 x 3 = $318,404.01

| 2. Fringe Benefits | $129,698.03 |
|---|---|

| Fringe Benefits | $129,698.03 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $359,274.31 x 0.361 = $129,698.03

| 3. Travel | $0.00 |
|---|---|

| 4. Equipment | $0.00 |
|---|---|

| 5. Supplies | $0.00 |
|---|---|

| 6. Contractual | $0.00 |
|---|---|

| 7. Construction | $0.00 |
|---|---|

| 8. Other | $0.00 |
|---|---|

| 9. Total Direct Costs | $488,972.34 |
|---|---|

| 10. Indirect Costs | $0.00 |
|---|---|

| 11. Training Stipends | $0.00 |
|---|---|

| 12. Total Costs | $488,972.34 |
|---|---|

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

# Budget Narrative Year 5 (Madera Unified Match)

| 1. Personnel | $366,459.81 |
|---|---|

| 0.2 FTE Director of Community Services and Parent Resource Centers | $30,652.30 |
|---|---|

Madera Unified's <u>Director of Community Services and Parent Resource Centers (PRCs)</u>, Elia Medina, will dedicate 0.2 FTE to the EMPOWERED Staff Program and will coordinate trainings to educate parents on the importance of mental health interventions and the school-based mental health resources available to students and families. These events will be delivered through MUSD's 10 PRCs and designed to remove negative stigmas associated with mental health services prominent among the Latino community members who represent more than 90% of MUSD's service population.

<u>Cost calculation</u>: Base salary @ $153,261.55 x 0.2 = $30,652.30

| 0.1 FTE Supervisor of Behavioral Health | $11,035.40 |
|---|---|

Madera Unified's <u>Supervisor of Behavioral Health</u>, Linda Negrete, will dedicate 0.1 FTE to the EMPOWERED Staff Program and will serve on the Leadership Team and provide supervision, training, and support to MUSD social workers serving students across all MUSD K-8 schools.

<u>Cost calculation</u>: Base salary @ $110,354.00 x 0.1 = $11,035.40

| 3.0 FTE Social Worker | $324,772.11 |
|---|---|

Madera Unified will scale up its social worker capacity over the SBHC grant period by hiring one social worker per year in Years 1-3. This local investment will be braided with SBMH Services Grant funding in order to provide MUSD with a total of eight new social workers by Year 5, significantly increasing the district's capacity to serve MUSD's most at-risk K-8 students. Social workers' primary role will be to provide school-based Tier II and Tier III intervention within the district's PBIS/MTSS infrastructure to Madera Unified K-8 students and to collaborate with parents and family members to promote students' social, emotional, mental, and behavioral wellbeing both at school and in the home through the provision of wraparound social work case management services. Applicants will be required to hold an MSW and Pupil Personnel Services credential in School Social Work. Applications from English-Spanish bilingual candidates will be strongly encouraged and preference will be given to Fresno State social worker interns who complete their field placements in Madera Unified schools.

<u>Cost calculation</u>: Average base salary @ $108,257.37 x 3 = $324,772.11

| 2. Fringe Benefits | $132,291.99 |
|---|---|

| Fringe Benefits | $132,291.99 |
|---|---|

AR000464

School-Based Mental Health Services Grant Program: Budget Narrative
Madera Unified School District

MUSD's standard fringe benefit rate of 36.1% will be applied to all personnel salaries.

Cost calculation: Personnel base salaries @ $366,459.81 x 0.361 = $132,291.99

| | |
|---|---|
| **3. Travel** | **$0.00** |

| | |
|---|---|
| **4. Equipment** | **$0.00** |

| | |
|---|---|
| **5. Supplies** | **$0.00** |

| | |
|---|---|
| **6. Contractual** | **$0.00** |

| | |
|---|---|
| **7. Construction** | **$0.00** |

| | |
|---|---|
| **8. Other** | **$0.00** |

| | |
|---|---|
| **9. Total Direct Costs** | **$498,751.80** |

| | |
|---|---|
| **10. Indirect Costs** | **$0.00** |

| | |
|---|---|
| **11. Training Stipends** | **$0.00** |

| | |
|---|---|
| **12. Total Costs** | **$498,751.80** |

| | |
|---|---|
| **Total 5-Year Match** | **$1,992,231.95** |

AR000465



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Madera Unified School District

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 650,000.00 | 663,000.00 | 676,260.00 | 789,785.20 | 905,580.90 | | | 3,684,626.10 |
| 2. Fringe Benefits | 234,650.00 | 239,343.00 | 244,129.86 | 285,112.46 | 326,914.71 | | | 1,330,150.03 |
| 3. Travel | 20,802.00 | 32,802.00 | 44,802.00 | 44,802.00 | 44,802.00 | | | 188,010.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 62,500.00 | 62,500.00 | 62,500.00 | 62,500.00 | 62,500.00 | | | 312,500.00 |
| 6. Contractual | 120,000.00 | 120,000.00 | 120,000.00 | 120,000.00 | 120,000.00 | | | 600,000.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 9. Total Direct Costs (lines 1-8) | 1,087,952.00 | 1,117,645.00 | 1,147,691.86 | 1,302,199.66 | 1,459,797.61 | | | 6,115,286.13 |
| 10. Indirect Costs* | 54,397.60 | 55,882.25 | 57,384.59 | 65,109.98 | 72,989.88 | | | 305,764.30 |
| 11. Training Stipends | 120,000.00 | 240,000.00 | 360,000.00 | 360,000.00 | 360,000.00 | | | 1,440,000.00 |
| 12. Total Costs (lines 9-11) | 1,262,349.60 | 1,413,527.25 | 1,565,076.45 | 1,727,309.64 | 1,892,787.49 | | | 7,861,050.43 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☒ Yes ☐ No

(2)  If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: 04/01/2022 To: 06/30/2023 (mm/dd/yyyy)

Approving Federal agency: ☐ ED ☒ Other (please specify): California Department of Education

The Indirect Cost Rate is 6.45 %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is ___ %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

AR000466

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Madera Unified School District | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 140,513.00 | 245,323.26 | 352,229.73 | 359,274.32 | 366,459.81 | | | 1,463,800.12 |
| 2. Fringe Benefits | 50,725.19 | 88,561.70 | 127,154.93 | 129,698.03 | 132,291.99 | | | 528,431.84 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 191,238.19 | 333,884.96 | 479,384.66 | 488,972.35 | 498,751.80 | | | 1,992,231.96 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 191,238.19 | 333,884.96 | 479,384.66 | 488,972.35 | 498,751.80 | | | 1,992,231.96 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR000467**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Madera Unified School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  [        ]

(2)  What does your administrative cost cap apply to?  [  ] (a) indirect and direct costs   or,  [  ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR000468**

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

**1. * Type of Federal Action:**
- [ ] a. contract
- [x] b. grant
- [ ] c. cooperative agreement
- [ ] d. loan
- [ ] e. loan guarantee
- [ ] f. loan insurance

**2. * Status of Federal Action:**
- [ ] a. bid/offer/application
- [x] b. initial award
- [ ] c. post-award

**3. * Report Type:**
- [x] a. initial filing
- [ ] b. material change

**4.   Name and Address of Reporting Entity:**

[x] Prime   [ ] SubAwardee

* Name: N/A
* Street 1: N/A       Street 2:
* City: N/A       State: CA: California       Zip:
Congressional District, if known:

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

**6. * Federal Department/Agency:**
U.S. Department of Education

**7. * Federal Program Name/Description:**
School Safely National Activities

CFDA Number, if applicable: 84.184

**8. Federal Action Number, if known:**

**9. Award Amount, if known:**
$

**10. a. Name and Address of Lobbying Registrant:**

Prefix:       * First Name: N/A       Middle Name:
* Last Name: N/A       Suffix:
* Street 1: N/A       Street 2:
* City: N/A       State: CA: California       Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:       * First Name: N/A       Middle Name:
* Last Name: N/A       Suffix:
* Street 1: N/A       Street 2:
* City: N/A       State: CA: California       Zip:

**11.**   Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Andrew M Huss

*Name:   Prefix:       * First Name: Lorena       Middle Name:
* Last Name: Rardin       Suffix:

Title: Admin. Assistant to the Area Asst. Supts.       Telephone No.:       Date: 11/02/2022

**Federal Use Only:**

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

AR000469

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220044**

**Gramts.gov Tracking#: GRANT13746919**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220044

AR000470

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1239-ED GEPA 427)* | e7 |
| *3. Grants.gov Lobbying Form* | e11 |
| *4. Dept of Education Supplemental Information for SF-424* | e12 |
| *5. ED Abstract Narrative Form* | e14 |
| *Attachment - 1 (1244-ED Abstract Form)* | e15 |
| *6. Project Narrative Form* | e16 |
| *Attachment - 1 (1234-SBMHS Grant Narrative Final)* | e17 |
| *Attachment - 2 (1235-Other Attachments Form)* | e18 |
| *Attachment - 3 (1236-Other Attachments Form1)* | e19 |
| *Attachment - 4 (1237-Other Attachments Form 2)* | e20 |
| *7. Other Narrative Form* | e36 |
| *Attachment - 1 (1240-Mandatory Budget Narrative)* | e37 |
| *Attachment - 2 (1241-Other Attachments Form)* | e38 |
| *Attachment - 3 (1242-Other Attachments Form1)* | e39 |
| *Attachment - 4 (1243-Other Attachments Form 2)* | e40 |
| *8. Budget Narrative Form* | e56 |
| *Attachment - 1 (1238-Mandatory Budget Narrative)* | e57 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e58 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

There were problems converting one or more of the attachments. These are: 1236-Other Attachments Form1.docx, 1244-ED Abstract Form.docx, 1240-Mandatory Budget Narrative.docx, 1234-SBMHS Grant Narrative Final.docx, 1242-Other Attachments Form1.docx, 1238-Mandatory Budget Narrative.docx

AR000471

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
11/02/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**
13-6007160

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:** NY

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Board of Education - Ossining Union Free School District

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
13-6007160

**\* c. UEI:**
Y763GEU1C469

**d. Address:**

| | |
|---|---|
| **\* Street1:** | 400 Executive Boulevard |
| **Street2:** | |
| **\* City:** | Ossining |
| **County/Parish:** | NY |
| **\* State:** | NY: New York |
| **Province:** | |
| **\* Country:** | USA: UNITED STATES |
| **\* Zip / Postal Code:** | 10562-2559 |

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

| | |
|---|---|
| Prefix: | Ms. |
| **\* First Name:** | Helene |
| Middle Name: | |
| **\* Last Name:** | Mantell |
| Suffix: | |

Title: Grants Coordinator

Organizational Affiliation:

Ossining Union Free School District

**\* Telephone Number:** 9149417700

**Fax Number:**

**\* Email:** hmantell@ossiningufsd.org

PR/Award # S184H220044

Page e3

AR000472

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[Add Attachment] [Delete Attachment] [View Attachment]

**\* 15. Descriptive Title of Applicant's Project:**

Application for School-Based Mental Health Services Grant

Attach supporting documents as specified in agency instructions.

[Add Attachments] [Delete Attachments] [View Attachments]

PR/Award # S184H220044

Page e4

Tracking Number:GRANT13746919    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 12:52:53 PM EDT

AR000473

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `NY17`                    * b. Program/Project `84.184`

Attach an additional list of Program/Project Congressional Districts if needed.

[_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                    * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 596,234.00 |
| * b. Applicant | 150,000.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 746,234.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [_____] .

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes     ☒ No

If "Yes", provide explanation and attach

[_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: `Ms.` | * First Name: `Helene` |
| Middle Name: | |
| * Last Name: `Mantell` | |
| Suffix: | |

* Title: `Grants Coordinator`

* Telephone Number: `9149417700`     Fax Number:

* Email: `hmantell@ossiningufsd.org`

* Signature of Authorized Representative: `Helene Mantell`     * Date Signed: `11/02/2022`

AR000474

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in the, Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1239-ED GEPA 427.pdf | | Add Attachment | Delete Attachment | View Attachment |

AR000475

The Board of Education believes that ensuring each student is prepared to be successful and thrive in college, career, and life, requires an explicit commitment to promoting equity district-wide through policies, practices, and the beliefs of the adults serving our students. The goal of this policy is to eliminate barriers to student access, opportunity, outcomes and experience, based on race, ethnicity, culture, language, gender identity/expression, sexual orientation, religion, (dis)ability, weight, and socioeconomic status. Racism, discrimination, and marginalization of any people or groups of people, whether intentional or not, have no place in our schools, our district or our community. Such actions damage not only those individuals and groups at which they are directed, but also our community as a whole. We are committed to addressing these inequities and helping each and every student to equitably access learning opportunities in school to enable them all to thrive and to build a better society. The Board of Education recognizes the diversity of Ossining students as one of the district's greatest strengths and opportunities to leverage in the work of promoting educational equity.



AR000476



OSSINING R·I·S·E·S
RENEW... IMAGINE... SUCCEED... ELEVATE... SOAR
RENOVAR... IMAGINAR... SUPERAR... ELEVAR... SUBIR

## Goal: Multiple Literacies

We will provide the scaffolded structures and services needed for students to develop, strengthen, and attain expertise in multiple literacies (including multicultural literacy) at every stage of their Ossining learning journey.

| Balance ALL Literacies | Vertical Alignment | Supporting Language Development | Background Knowledge |

AR000477



## Goal: Relevance and Student Choice

We will create and utilize culturally responsive-sustaining, contemporary, and engaging real-world learning experiences that are inspired, designed, and guided by student voice and student choice.

Systems for Voice, Choice and Progress

Students Connect, Inspire and Reflect

Enhance, Extend, Experience

OSSINING R·I·S·E·S

RENEW... IMAGINE... SUCCEED... ELEVATE... SOAR
RENOVAR... IMAGINAR... SUPERAR... ELEVAR... SUBIR

AR000478



# Goal: Culture of Care

We will bolster the social and emotional needs of all learners by **creating a deep culture of care with an equity lens that envelops students**, parents, staff, and community members with **structures and supports** that emphasize the **social and emotional skills** and knowledge that children must possess to be great learners.

**Build Foundational Support and Plan**

**Strengthen Adult SEL Competence and Capacity**

**Promote SEL for Students**

**Reflect on Data for Continuous Improvement**

OSSINING R·I·S·E·S

RENEW... IMAGINE... SUCCEED... ELEVATE... SOAR
RENOVAR... IMAGINAR... SUPERAR... ELEVAR... SUBIR

AR000479

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Board of Education - Ossining Union Free School District

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Ms.   * First Name: Helene   Middle Name:

* Last Name: Mantell   Suffix:

* Title: Grants Coordinator

* SIGNATURE: Helene Mantell   * DATE: 11/02/2022

AR000480

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Dr.`    * First Name: `Dixelia`    Middle Name: [ ]    * Last Name: `Lopez`    Suffix: [ ]

Project Director Level of Effort (percentage of time devoted to grant): `25`

Address:

* Street1: `400 Executive Boulevard`
Street2: [ ]
* City: `Ossining`
County: [ ]
* State: `NY: New York`
* Zip Code: `105629998`
Country: `USA: UNITED STATES`

* Phone Number (give area code): `9149417700`    Fax Number (give area code): [ ]

* Email Address: `dlopez@ossiningufsd.org`

Alternate Email Address: [ ]

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

[X] Yes    [ ] No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

`10`

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000481

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**AR000482**

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

   - Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

   - Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

   - Abstracts must include the population(s) to be served.

   - Abstracts must include primary activities to be performed by the recipient.

   - Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

   - Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

   - Research issues, hypotheses and questions being addressed.

   - Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1244-ED Abstract Form.docx | [Add Attachment] [Delete Attachment] [View Attachment]

AR000483

There was a problem attaching a file(s).

The attached file can be viewed as an individual component using Application Log menu option.

AR000484

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**   `1234-SBMHS Grant Narrative Final.docx`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13746919          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 12:52:53 PM EDT

AR000485

There was a problem attaching a file(s).

The attached file can be viewed as an individual component using Application Log menu option.

**AR000486**

**wJCS**

October 31, 2022

President
Bruce Freyer

Vice President
Barry Kaplan
Michele Brettschneider

Treasurer
Adrian Schwartz

Secretary
William Shirley

Board of Directors
Louise B. Albin
David A. Alpert
Michel Araten
Joel Beckman
Steven Beckman
Froma B. Benerofe
Karen Blumenthal
Mariquita Blumberg
Ron Charnowitz
Carol H. Corbin
Mindy Feldman
Meira Fleisch
Ellen Gelboim
Julian Gomez
Victor Hershaft
Sarah Kayle
Laura Kleinhandler
Meredith Kornreich
Robert E. Mensch
Carol Richards Mermey
Linda Plattus
Neil T. Rimsky
Nina Ross
Shirley Shwiel
Roy Stillman
Suzanne Kogan Yearley

Chief Executive Officer
Seth Diamond

Medical Director
John Douglas, MD

Chief Financial Officer
Irene Math

Dr. Raymond Sanchez
Superintendent of Schools
Ossining Union Free School District
400 Executive Boulevard
Ossining, New York 10562

Dear Dr. Sanchez:

As the Chief Executive Officer of the Westchester Jewish Community Services (WJCS), I am writing on behalf of WJCS to express my commitment to serve as a community partner with the Ossining Union Free School District (OUFSD) for the School Based Mental Health Services Grant.  Through Department of Education (DOE) funds, WJCS seeks to help alleviate the challenge of providing critical mental health services to the Ossining student population by offering clinical support and professional development training to the school clinicians and proposed student interns.

In support of OUFSD's application to the DOE for the School Based Mental Health Services Grant, OUFSD is committed to partnering with WJCS to implement effective programming efforts that will support the Ossining student population by relieving school clinicians with the increasing number of students in their caseload and in taking advantage of the expertise available at WJCS.  Services that we propose to offer include programs related to LGBTQ+ youth; counseling pregnant teens; bullying/violence prevention program; and dialectical behavior therapy-based training.

We appreciate this opportunity to collaborate with OUFSD in their application for this important grant, and we highly recommend them for receipt of this funding. As community wraparound agencies, OUFSD and its partners are extremely well suited to provide supplemental clinical support to the Ossining student population.

Should you have any questions about this letter or WCJS's support of the Ossining Union Free School District, please don't hesitate to reach out to me at my contact information below.

Sincerely,

Seth Diamond
Chief Executive Officer
914-848-8100
sdiamond@wjcs.com

Westchester Jewish Community Services
*Strengthening Lives. Shaping Futures.*

845 North Broadway, White Plains, NY 10603
T: 914.761.0600    F: 914.761.5367    info@wjcs.com    www.wjcs.com

PROUD PARTNER
UJA Federation NEW YORK

AR000487

There was a problem attaching a file(s).

The attached file can be viewed as an individual component using Application Log menu option.

**AR000488**

# DIXELIA LÓPEZ

164 Chauncey Place ◆ Peekskill, NY 10566◆ (518) 817-0663 ◆ doctoradlopez@gmail.com

"Each traveler is alone, but the journey is together".

## Education

**Bank Street College**
MASTERS OF EDUCATIONAL LEADERSHIP                              MAY 2021
**The Chicago School of Professional Psychology**, Chicago, IL (online program)
PHD IN INTERNATIONAL PSYCHOLOGY, TRAUMA TRACK            JANUARY 2016
**The College of Saint Rose**, Albany, NY
BILINGUAL CERTIFICATION EXTENSION, PUPIL PERSONNEL/ADMINISTRATION    MAY 2008
**State University of New York, University at Albany**, Albany, NY
CERTIFICATE OF ADVANCE STUDIES IN SCHOOL PSYCHOLOGY         AUGUST 2002
MASTERS OF SCIENCE, EDUCATIONAL PSYCHOLOGY                AUGUST 2000
**Siena College**, Loudonville, NY
BACHELOR'S OF ARTS IN PSYCHOLOGY, MINOR IN SOCIOLOGY          MAY
1999

## Certifications

School District Leader Certification, NYS   (1557235211)                OCTOBER 2021
School Building Leader Certification, NYS (1550743211)              NOVEMBER 2021
National Board Certified School Psychologist                 DECEMBER 2007 – PRESENT
Bilingual Certification, Permanent Extension, Pupil Personnel/Administration        MAY 2008
Public School Teacher Certificate-School Psychologist, Permanent Extension    SEPTEMBER 2005
Public School Teacher Certificate-School Psychologist, Provisional Extension    SEPTEMBER 2002

## Professional Experience

**DIRECTOR OF SCHOOL COUNSELING**
OSSINING UNION FREE SCHOOL DISTRICT                      JULY 2020 - PRESENT
- Responsible for the strategic plan and implementation of the Culture of Care/SEL plan with the adoped CASEL framework with an equity lens (i.e., transformative SEL). Creator of MTSS-SEL/Mental Health visual (and writer) of systems of supports at the district level. Oversees the development and implementation of district wide surveys using the Panorama platform, which included translation and district dessimination, flyers and standard administration, and lead of districtwide team. Leader in the revision of the districtwide school counseling plan. Created and initiated an advisory board incorporating stakeholders,  including parents and community members to better inform the decisions around the Culture of Care plan and District School Counseling plan. Co-leader in the development and implementation of the Social Emotional Leanring Plan (SEL) for re-opening in 2020. Responsible for the adherance of graduation requirements at Ossining High School. Alongside data reviews specific to seniors. Alignment of Naviance platform to support School Counseling plan and supervisor of school counselors and social workers in district. Collaborator of community school liaison and other district central administrators, teachers, staff and parents around the aforementioned district plans. Director and translator of newly desined Ossining Culture of Care Mental Health Text Line. Director of district mental health prevention efforts and parent programming at the Secondary level. Part of the acting administration team at Ossining High School, thereby also being part of the building leadership team, leading professional development and supporting disciplinary systems, as needed.  Responsible for professional development offering to parents, social workers and school counselors. Supervisor of newly developmed internship program (social workers, school cosuenling, school psych) to expand capacity in support of students and families, which expanded and support our partnerships with various

AR000489

# DIXELIA  LÓPEZ

colleges/universities. Supervisor/creator of newly established afterschool clinical teams. Thought partner, support around grants related to Mental Health and Student support, alongside grant coordinator.

## BILINGUAL PSYCHOLOGIST/EVALUATION SPECIALIST
PUTNAM/NORTHERN WESTVCHESTER COUNTY BOCES                OCTOBER 2017- JULY 2020

- Oversees over one thousand multicultural-multilingual evaluations conducted per year conducted by contracted Bilingual School psychologists, Bilingual Social Workers and Bilingual-Speech and Language Pathologists. Responsible for the adherence of Best Practice approaches in assessment and report writing as it relates to Culturally and Linguistically Diverse Students. Responsible for the coordination, and development of professional development opportunities for school psychologists, speech therapist, social workers and ENL for Putnam/Northern Westchester County and beyond. Regional consultant on ELL/CLD issues for neighboring school districts. Coordinates trainings and orders on new assessment procedures as it relates to ELL/CLD students.  Provide professional development as needed around immigrant/refugee issues, assessment and trauma.

## BILINGUAL-SCHOOL PSYCHOLOGIST
CITY SCHOOL DISTRICT OF ALBANY, ALBANY NY            SEPTEMBER 2002- SEPTEMBER 2017

- Leader of the RtI team, 504plan Committee and Crisis Team; Co-leader of PBIS; Second Step Coach (building level)
- Use norm-referenced tests to assess students in kindergarten through grade 5 within a variety of disability categories.
- Complete psychoeducational evaluations, functional behavioral assessments, behavior intervention plans, and individual crisis management plans.
- Provide counseling, social skills training (Second Step, Bullying Prevention), academic, and behavioral interventions at the individual, small group, and classroom levels.
- Assist in data collection and analysis using the AIMSweb progress monitoring system, and other district- an school-wide assessments, and used these to help teachers develop instructional strategies (behavior and academics).
- Facilitate collaboration between school, home, and community services in regard to students' academic, behavioral, and mental health needs.
- Collaborator with administration and school personnel in identifying systemic concerns and promoting system-level change in addressing the needs of all students and families, particularly our English Language Learners.
- Presenter of professional development  for teachers, parents, and other professionals  on a variety of topics pertaining to children and instruction
- Interpreter and translator for CSE (Spanish/English oral and written)

## Other Leadership Experience

### CULTURALLY RESPONSIVE CO-CHAIR
NEW YORK STATE ASSOCIATION OF SCHOOL PSYCHOLOGISTS        FALL  2021-PRESENT

- Help support culturally responsive practices in the field of school psychologists as needed and warranted by the organization and state delegates.

### DELEGATE OF REGION III/HUDSON VALLEY
NEW YORK STATE ASSOCIATION OF BILINGUAL EDUCATION (NYSABE)      SPRING 2021-PRESENT

- In accordance with the mission and vision of the organization: Assist in the promotion, maintenance

AR000490

# DIXELIA LÓPEZ

and expansion of quality bilingual education programs for students of diverse cultural and linguistic backgrounds as a means tot ensure equitable, enriched, educational opportunities for all students. In addition, assist in the promotion of bilingual education as a valid - , research-based educational process and help advocate for the briad ublic recognition of the importance of bilingualism and biliteracy as a path towead equitable participation in a global, and multicultural, multilingual world.

**MULTICULTURAL AFFAIRS COMMITTEE: LATINO SUBCOMMITTEE CO-CHAIR**
NATIONAL ASSOCIATION OF SCHOOL PSYCHOLOGIST            SEPTEMBER 2018-PRESENT
- Organize and encourage Latinx members to submit proposals for NASP Convention workshops, symposiums, special sessions, posters, etc. Identify, encourage and inform Latinx members of NASP leadership opportunities. Participate in the leadership team of the Bilingual Interest Group as NASP consultant, submitting articles for publication, and developing presentations at Convention. Develop, organize, and send updates to members related to the subcommittee work. Lead cross-collaboration with other MAC groups. Encourage and organize individuals/groups to submit culturally-relevant submissions to SPR, SPF, Communiqué, and/or NASP Convention. Develop and organize online meetings to encourage consultation related to the provision of bilingual school psychological services for all school psychologists. Serve as a liaison between NASP leadership and NASP Latinx members. Oversee work of subcommittee student leader.
- Advocate for NASP members interested in Latinx issues. Advocate for nondiscriminatory practice when working with culturally and linguistically diverse individuals. Serve as an Ambassador for NASP. Participate in recruitment efforts of Latinx students into the profession.
- Prepare and submit quarterly progress reports.  Participate in monthly NASP Multicultural Affairs Committee conference calls. Organize yearly subcommittee meeting during the NASP Convention Attend annual convention to represent NASP as well as to recruit individuals in the field of school psychology who are interested in Latinx issues. Collaborate with the NASP office in the translation of NASP documents to the Spanish language.

**SUPERVISOR (ONSITE) OF GRADUATE STUDENTS**
STATE UNIVERSITY OF NEW YORK, UNIVERSITY AT ALBANY            SEPTEMBER 2006-2017
- Full-time supervision of graduate students (one per year) during their last year of training helping them develop many competences including: data based decision making and accountability, interpersonal communication, collaboration, and consultation, effective instruction and development of cognitive/academic skills, competencies related to student diversity in development and learning, school structure, organization, and climate, as well as, prevention, wellness promotion, and crisis intervention, home/school/community collaboration, and legal, ethical practices.

Experience in Academia
**LEARNING DISABILITY SPECIALIST (PART-TIME)**
OFFICE OF STUDENTS WITH DISABILITIES, SIENA COLLEGE            SEPTEMBER 2007-2009
- Support the implementation of accommodations for students with learning disabilities and helping students maximize their learning potentials.

**LEARNING SPECIALIST/INSTRUCTOR**
HIGHER EDUCATION OPPORTUNITY PROGRAM (HEOP), SIENA COLLEGE            SUMMERS ONLY 2002-2008
- Prepare students for the demands of college life through the teaching of an Interdisciplinary College

AR000491

## ━ DIXELIA LÓPEZ ━

Level-Prep course which included the development of a syllabus and materials. The course taught organizational and writing skills and various citation methods including APA.

**ACADEMIC/PERSONAL COUNSELOR**
HIGHER EDUCATION OPPORTUNITY PROGRAM (HEOP), SIENA COLLEGE      SUMMERS ONLY 2002, 2005, and 2006

- Provider of academic and personal counseling services to upcoming Freshmen of low social-economic status (SES) assisting students in coping with the demands of college life including test-taking, test anxiety, study skills and organizational skills. Lead workshops for students related to time management, picking a major, rapport building, diversity issues, accessing campus resources, academic integrity, security measures, and legal, ethical and moral standards etc.

**Apperances**

**PROFESSIONAL PANNELIST/SPEAKER**
    SHOW Dr. Roy Aranda Psy. D., J.D.
        The Children of Trauma and the Journey of Hope and Healing      APRIL 2022

**PROFESSIONAL PANNELIST/SPEAKER**
    AQUITV (a Spanish Channel Internet-Cable network that focuses on the needs      JUNE 2018
    and education of the Hispanic Community)
- Consultant and advocate for Latinx Children and families in Spanish

**Highlighted Accomplishments**

The Council's 2020 Dr. Mary Barter Scholarship for Women and Minorities      DECEMBER 2019
    Nominated by Dr. Lynn Allen and Dr. Andrew Ecker from Putnam/Northern Westchester BOCES

Dissertation Defense: Resilience in the Karen-Refugee Population      NOVEMBER 2015
    from Myanmar/Burma Resettled in Albany, NY: An Exploratory Study
Art Based Intervention for the Center for the Study of Violence and Reconciliation      MARCH 2014
    Johannesburgh, South Africa (group project)
PRESENTER: New York State Special Education Task Force:      MARCH 2014
    Big T, Little T: Impact of Trauma in our Classrooms
WiKi Pin Project, Early Intervention/Education for UNICEF      FEBRUARY 2013
    Sierra Leone, West Africa (group project)
Golden Apple Award Recipient      SPRING 2013
    City School District of Albany, Albany, NY

AR000492

# DIXELIA LÓPEZ

## Recent Presentations

(Face-to-Face)

López, D. (2020, January). *Best Practice in the Prereferral Process: Oral language and Literacy Development.* Presented at the Sustaining Multilingualism in the Hudson Valley Bilingual Educators' Conference. West Nyack, N.Y.

López, D. Sherr, T., Ablang, C. P., Charley, E. & Barrett, C. A. (2020, February). *Students' Context and the Lens by which we Practice.* Symposium presentation at the National Association of School Psychologist 2020 Convention. Baltimore, M.D.

López, D. (2019, September). *Social Justice in Schools.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. & Bencosme, L. (2019, September). *Equitable Access to Parent Engagement in Schools.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2019, November). *Know Better, Do Better! Demystifying the Bilingual Evaluation Process.* Presented at the Sustaining Multilingualism in the Hudson Valley Bilingual Educators' Conference. West Nyack, N.Y.

López, D. (2019, October). *Best Practice in the Pre-referral Process: Describing before Diagnosing.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2019, January). *Pre-referral Considerations for Culturally and Linguistically Diverse Students: Overview.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktow Heights, N.Y.

López D. & Avelino, V. (2018, November). *Best Practice in Bilingual Evaluations.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D., Thornburg, D. & Carnes, S. (2018, November). *Effectively Addressing Trauma in Immigrant/Refugee Students.* Workshop presented at Putnam/Norther Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2018, October). *Trauma, Immigrants and Protective Factors.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2018, February). *Best Practice Guidelines and Approaches to Culturally Competent Assessment.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2017, November). *Trauma in Children: Effects and Interventions.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

AR000493

# DIXELIA LÓPEZ

(Virtual)

López, D. (2022, April 5.). Hispanic Parents Leadership Conference on Special Education-Key Note Speaker. Workshop presented for the Changing Suburbs Institute at Manhattanville College. Keynote speaker. Purchase, N. Y.

López, D. (2021, November 3.). Hispanic Parents Leadership Conference on Trauma, Resilience & Hope-Key Note Speaker. Workshop presented for the Changing Suburbs Institute at Manhattanville College. Keynote speaker. Purchase, N. Y.

López, D. (2020, May 13). *Clinical Forum Series: Executive Functioning II.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, May 12). *Clinical Forum Series: Executive Functioning I.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, May 5). *Clinical Forum Series: Enhancing Community Resilience.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 30). *Professional Learning on the Go: Resilience Part II.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 29). *Clinical Forum Series: Equity, Advocacy & Professional Practice-During & After Covid.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 23). *Professional Learning on the Go: Resilience Part* I. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 21). *Clinical Forum Series: Telepractice & Teletherapy: Review, Implications, & Conversations.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 15). *Clinical Forum Series: International Psychology, Resilience & Covid-19.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 8). *Clinical Forum Series: Managing Uncertainty.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y

**Professional Affiliations/Subscriptions**

Child Mind Institute
Citizen Corps News for FEMA
Faculty Focus: Higher Education Teaching Strategies for Magna Publications
National Academy of Education
National Association of School Psychologists
The National Child Traumatic Stress Network
The New York State Association of Bilingual Educators
Marshall Memo

# DIXELIA LÓPEZ

**Language/Computer Skills**

Spanish- Listening, Speaking, Reading and Writing
Microsoft Office Products
Google Products
Canvas
Zoom

**References Available Upon Request**

AR000495

# ANNELISE ISABEL VALERIO
## LMSW

---

**PROFILE**

My name is Annelise Isabel Valerio. I am a Licensed Master Level Social Worker (LMSW), and New York State Certified School Social Worker. Since August of 2017, I have served as a  School Social Worker with the Ossining Union Free School District located in Westchester County, New York. I received my tenure from the Ossining UFSD as School Social Worker in June of 2021.

From September 2017 - June 2021, I was assigned to Brookside Elementary School located at 30 Ryder Road in, Ossining, NY serving grades 1-2. In September 2021 through the present day, I have been assigned to Claremont Elementary School, located at 2 Claremont Road, Ossining, NY serving grades 3-4.

I obtained my Seminar Training in Field Instruction (SIFI) Fordham University in the Spring of 2018. Since then, I have provided Social Work field placement supervision to  eleven BSW/MSW students as School Social Work interns from educational institutions including Fordham University, New York University, Iona University, and Lehman College serving as a Social Work Field Placement Supervisor.

Prior to School Social Work, my occupational experiences were rooted in Residential Treatment Center (RTC) care for children and youth in NY state, primarily from NYC's five boroughs who had been exposed to Adverse Childhood Experiences (ACEs),  and either removed from their legal guardians or placed in care  by their legal guardians on a PINS petition.

I began as a cottage Social Worker with the Jewish Child Care Association (JCCA),  later becoming the Educational Coordinator for the entire RTC campus and its five programs including Pleasantville Cottage School serving children with long-term emotional and behavioral challenges, the Edenwald Center serving children who have low IQs, autism and other developmental disorders, Pleasantville START serving  children in need of diagnostic assessment, residential treatment and intensive intervention for a short period of time, and the Gateways serving youth who have been the victims of commercial sexual exploitation and domestic trafficking.

I was nominated by the Ossining UFSD Superintendent, Dr. Ray Sanchez to attend the Bank Street College of Education dual certification in School Building Leadership (SBL) and School District Leadership(SDL) Master of Education (EdM)  from the Future School Leaders Academy (FSLA) in the Spring of 2021. I began FSLA in September 2021, and I am currently a EdM candidate, expected to complete my second masters and dual certification in SBL and SDL  from the Bank Street College of Education in May 2023.

I am a Doctor of Psychology degree (PsyD) candidate, in the process of obtaining a PsyD in Human and Organizational Psychology from Touro University WorldWide. I began my doctoral studies in February 2017, and am  expected to complete my PsyD  in the fall of 2023.

AR000496

## EDUCATION

**Bank Street College of Education**, September 2021 - Present
Graduate Future School Leader Academy

**Touro University WorldWide**, February 2017 – Present
Doctorate in Human and Organizational Psychology

**Fordham University**, August 2010 – May 2012

Graduate School of Social Service, Area of Concentration: Client Centered Management

**The College of Mount Saint Vincent**, August 2006 – June 2010
Bachelor of Arts, Major: Sociology

Bachelor of Arts, Major: Corporate Communications

## CERTIFICATIONS

**2022**
Trauma Informed Supervision
CUNY-IIE CTLE Immigration in Elementary Schools

**2018**
The Seminar in Field Instruction (SIFI)

**2017**
New York State Department of Education - Certified School Social Worker

**2016**
Assessing Functional Behavior Assessment (FBA), and Fundamental Applications of Cognitive Behavioral Therapy (CBT) with Students at Risk of Dropping Out

**2015**
Dignity for All Students Act (DASA)
Mandated Reporter Training,
School Violence Prevention and Intervention

**2012**
Therapeutic Crisis Intervention and Family Team Conferencing

AR000497

**EXPERIENCE**

**School Social Worker, Brookside/Claremont Elementary School; Ossining, NY**
September 2017 - Present

Related Services: Participate in Committee on Special Education meetings (CSE), and Individual Educational Planning (IEP) meetings. Complete social developmental history reports for CSE referrals and mandated students. Use a Multi-Tiered System of Support (MTSS) to help match academic, social-emotional, and behavioral assessment and instructional resources to student's needs. Mobilizing family, school, and community resources to enable students to learn as effectively as possible in his or her educational program.

**Services to Students:** Educating students in Social Emotional Learning (SEL) practices, Restorative Practices, and Positive Behavior Intervention Supports (PBIS) through an RTI lense. Tiered support provided through grade level assemblies, in class workshops, small groups, and individual sessions. Facilitate school counseling for referred building level support students, and mandated students including individual and group. Providing crisis intervention and conflict resolution. Developing positive behavioral intervention strategies to increase academic success. Supporting children with challenges related to school adjustment, and other areas pertaining to behavioral health, and interpersonal relationships. Assisting in developing and the creation of Functional Behavioral Assessments (FBA), and Behavior Intervention Plans (BIP).

**Services to Families:** Working with parents to facilitate their support in their children's school adjustment. Alleviating family stress to enable the child to function more effectively in school and community. Assisting parents to access programs available to students with special needs. Assisting parents in accessing and utilizing school and community resources.  Services to

**Services to School Personnel:** Providing staff with essential information to  better understand factors (cultural, societal, economic, familial, health, etc.) affecting a student's performance and behavior. Assessing students with mental health concerns. Developing staff in-service training programs/PD's. Assisting teachers with behavior management. Providing direct support to staff.

**School Community Liaison:** Obtaining and coordinating community resources to meet students' needs. Supporting school district leaders with  receiving adequate support from social and behavioral health agencies.

**Services to the District:** Assisting with developing and implementing psychoeducational programs to support Social Emotional Learning and Restorative Practices. Identifying and reporting child abuse and neglect. Providing case management for students and families requiring multiple resources.

**Gateways Social Worker, Jewish Child Care Association; Pleasantville, NY**
June 2019 - October 2019

I was the Gateways cottage social worker, providing therapeutic treatment and case management services to female adolescents who had  been the victims of commercial sexual exploitation and domestic trafficking. I collaborated with Gateways team members to generate individualized therapeutic treatment and discharge plans. I facilitated monthly home visits to each of the Gateways youth family case addresses, and assisted in developing visitation plans with families and visit supervision.

AR000498

I ensured the implementation of AWOL protocol including notifying ACS/DSS/CSE via phone and progress note, notifying FCLS Attorney, obtaining and vacating warrant, ensuring that missing person's report was filed, and vacated upon the youths return.

I acted as JCCA residential treatment center liaison between ACS, DSS, CSE, and OCFS workers as well as officers of the court. I provided individual, group and family counseling for clients/families. In addition, I conducted monthly home visits to youths' families in the community, primarily in NYC. I conducted assessments of referred families according to established program procedure.

I maintained documentation of all youth/family/collateral contacts, and completed FASPs, court reports, TPR summaries, and surrender applications. I completed incident reports and transfer summaries, and statistical change forms, as well as CONX notes documenting movements of youth. I maintained correspondence for clients as required by the Family Assessment Service Plan (FASP), and provided all case management services called for in the Family Assessment Service Plan (FASP).

I attended clinical case conferences and staff meetings according to program procedures, inter-agency meetings (including client-specific meetings at schools, hospitals, ACS, etc.), and participated in planning and implementation of client group activities..

**Educational Coordinator, Jewish Child Care Association; Pleasantville, NY**
February 2016 - June 2018

I was the Educational Coordinator for Edenwald Program, Pleasantville Cottage School (PCS), Gateways Program, and the START Diagnostic Program on the Jewish Child Care Association (JCCA) residential treatment center campus located in Pleasantville, New York. I provided educational direction, advocacy, and support to residents, their families, and residential treatment center staff and administrators.

I created and enforced educational reform, and policies on the campus positively impacting foster youth and long term educational outcomes for those ranging in age from five through early twenties aging out of care. Served as the agency's liaison with all educational providers serving JCCA's Campus youth. I worked in close partnership with one of New York State Coalition of Special Act School Districts, the Mount Pleasant Cottage School UFSD also located on the JCCA campus.

In collaboration with the Mount Pleasant Cottage School UFSD, and with JCCA residential treatment center professionals, programs were created to increase retention, promote academic success, and support students and their families. I provided educational direction and advocacy for JCCA's Campus Youth Work in tandem with Campus Directors and their staff to ensure that youth receive the individualized attention and support they need to plan for their future education and permanency plans.

I provided individual and group academic advisement for youth of all ages, as well as college prep to high school juniors and seniors. I supported with modifying campus educational supports in place for youth with learning difficulties and/or mental health issues to ensure that identified youth had multiple opportunities to learn essential program material.

I attended all educational meetings; including but not limited to permanency planning meetings, school based Committee on Special Education (CSE), suspension meetings. In addition, I participated in Manifestation Determination (MDR) meetings, superintendent fair hearings, suspension re-entry meetings, 504 Plan meetings, Individualized Education Program (IEP) meetings, Functional Behavioral Assessment (FBA) meetings, and Behavior Intervention Plan (BIP) meetings.

AR000499

I created on campus events and programs to support youth with state testing from garages 3-12, finals and regents exams. I supported and guided campus youth in the transition from High School to higher levels of education. I facilitated college tours throughout NYC, Westchester County, and out of state including RI. I assisted college bound campus youth in identifying and researching potential colleges; writing effective college essays; completing applications; and researching and applying for financial aid and scholarships.

I maintained consistent post-secondary plans for the youth with whom I was working with, effectively linking communication among youth, families, JCCA staff, and the MPCS district, and other higher education institutions I worked collaboratively with all campus staff in planning and arranging for critical post-foster care services including but not limited to housing; vocational/employment, and accessing educational services. I participated in the planning and execution of all audits and reports needed for funders and regulators.

**School Social Worker, Park Avenue Elementary School; Port Chester, NY**
September 2015 – February 2016

Through The Guidance Center of Westchester's School Based Clinic Program, I supported Park Avenue Elementary School students and families with complex needs, serving a population with co-occurring disorders, a variety of diagnoses, and with populations of diverse socioeconomic backgrounds.

I implemented evidence-based interventions to support students in achieving academic and behavioral health wellness. In addition, I facilitated individual, group, and family therapy in areas such as school adjustment and functioning, academic performance, family dynamics, interpersonal relationship development, family dynamics, the self and one's world view. I generated individualized school based treatment plans.

I assessed student and family needs in the creation of a treatment plan and reviewed planning goals monthly. Performed ongoing clinical assessment of students and their families. I documented the progress of treatment regularly. I also completed initial and ongoing assessment, and supported administrators and teachers with students and family needs.

**Care Manager, Open Door Family Medical Centers; Ossining, NY**
September 2014 - September 2015

As a Care Manager in the Health Home program, I provided direct patient care to Medicaid-eligible adults with: two or more chronic conditions, serious emotional disturbance, trauma, at risk for another chronic condition, or for functional impairment.

I was accountable for engaging and retaining Health Home enrollees in care; coordinating and arranging for the provision of services; supporting adherence to treatment recommendations; and monitoring and evaluating a patient's needs, including prevention, wellness, medical, specialist and behavioral health treatment, care transitions, and educational and social services where appropriate through the creation of an individual plan of care.

I conducted NYS-required assessments initially, annually and upon discharge from Health Home for each enrollee. I provided patient education using: one-on-one teaching, written and printed material as well as computer and video instruction approved by the primary care team. I monitored and documented goals selected and follow-up with patients by phone, e-mail, and in person to determine if goals were achievable, and provided assistance to the patient when needed in how to achieve their goals.

AR000500

I utilized health information technology as feasible to facilitate interdisciplinary collaboration among all providers, the patient, family, caregivers, and local supports. I identified available community-based resources and actively managed appropriate referrals, access, engagement, follow-up and coordination of services. I traveled as required to community based meetings, provider sites and clients' homes.

**Edenwald Social Worker, Jewish Child Care Association; Pleasantville, NY**
May 2012 – August 2014

Assessment and Treatment Planning to Facilitate Permanency: I generated individualized treatment and discharge plans. I work in collaboration with families in creating and monitoring service plans and monthly goals. I performed ongoing clinical assessment of youth and their families. I documented the progress of treatment regularly. I completed Initial Review Summaries for all cottage youth, and completed initial and ongoing trauma assessment.

Treatment with Families to Support and Facilitate Permanency: I attended family conferences. Participated in family and/or sibling visits as clinically indicated, and assessed and teaught parenting skills. I provided family therapy primarily in the home and community settings. I ensured there was a written visiting plan tailored for every youth, monitoring family progress and that was updated weekly.

Treatment with Residents to Forge Successful Transitions to Discharge: I provided group treatment in the cottage and other settings weekly. I provided individual treatment weekly to all cottage youth. I provide crisis intervention as needed. I prepared individual IL monthly contacts and documentation. I co-facilitated IL workshops with milieu staff.

AR000501

**Kimberly A. Mauricio**
**155 Underhill Lane**
**Peekskill, NY 10566**
**716-713-9662 (Cell)**
**Kimberlymauricio40@gmail.com**

**Certification Areas**
2008   NYS Certification as a School Building Leader and School District Leader
2008   Permanent NYS Certification in Literacy (Birth-6)
2007   Permanent NYS Certification in Special Education (K-12)
2007   Permanent NYS Certification in Elementary Education (K-6) Education

**Education**
2008   Educational Administration: School Building Leader and School District Leader
       Canisius College. Buffalo, New York GPA: 3.96
2006   Masters of Science, Literacy Specialist (B-6) - State University of New York College at
       Buffalo. Buffalo, New York GPA: 3.86
2003   Bachelors of Science, Exceptional Education (K-12)
       State University of New York College at Buffalo. Buffalo, New York
       GPA: 3.71 Magna Cum Laude Teaching Experience

**Teaching Experience**
2004-2010   **Special Education Teacher -** Lorraine Elementary, Buffalo Public Schools
   - Teacher of English Language Arts to Students in Grades 7 and 8 special classroom
     (8:1:1)
   - Consultant Teacher in all academic areas for Grades 7 and 8
   - Planned and implemented curriculum with instructional materials to meet the needs of
     students with disabilities in collaboration with general education teachers
   - Served on multicultural, scheduling, and school climate committees
   - Utilized data and best practices to guide common planning meetings with colleagues
   - Collaborated with parents to support their children's needs and built strong home-to-
     school relationships.

**Administrative Experience**
**2021- Present Assistant Superintendent of Pupil Personnel Services- Ossining UFSD**
   - Oversight of Districtwide Special Education
   - Lead districtwide Social-Emotional Learning
   - Supervise districtwide psychologist
   - Supervise districtwide related service providers
   - Work collaboratively with Community Schools liaison to implement initiatives
   - Oversee the district registration process
   - Working collaboratively with the Director of School Counseling

AR000502

**2020-2021 Executive Director of Student Services-** Ossining Union Free School District
- Oversight of Special Education
- Lead districtwide Social-Emotional Learning
- Supervise districtwide psychologist
- Supervise districtwide related service providers
- Work collaboratively with Community Schools liaison to implement initiatives

2018-2020 **Director of School Counseling-** Ossining Union Free School District
- Oversaw the districtwide School Counseling Program
- Districtwide Social-Emotional Learning
- Supervised Social workers districtwide

2014-2018     **Director of Special Education (Committee on Special Education and Curriculum),** Buffalo Public Schools
- Conducted classroom observations and supported special education teachers to provide high-quality instruction
- Observed and evaluated teachers using the 3012D APPR process to improve instructional practices and enhance learning
- Observed and evaluated Committee on Special education Chairs, school psychologists, and social workers using the non 3012D APPR process
- Developed and delivered professional development for teachers on differentiated instruction and Integrated Co-Teaching
- Provided professional development on Trauma-Informed Care, Classroom Management, and Educational Benefit
- Worked with principals and teachers on supporting students with academic and social-emotional needs through tiered interventions
- Served as a district liaison on the Special Education Parent Advisory Committee
- Collaboratively led district initiatives to maximize the resources in the delivery of services
- Ensured compliance aligned with New York State Part 200 regulations and laws
- Supervised and monitored the Committee on Special Education Chairs
- Supervised district appeals, agency, student placement for students with disabilities offices, and staff
- Created and implemented cost-saving initiatives without sacrificing quality around Integrated Co-Teaching Model
- Currently serve as a member of the disproportionality committee to reduce over-identification of students of color in special education

**2010-2014 Assistant Principal –** Community School #53, Buffalo Public Schools
- Supported the principal in the leadership and management of the School
- Assisted in the creation of the master schedule to maximize the supports

AR000503

- Observed and evaluated teachers through the APPR process to improve instructional practices and enhance learning
- Implemented a school-wide discipline program
- Guided grade-level meetings to collaborate with and develop teachers in improving academic achievement
- Led the assessment process (e.g., scheduling, distribution, and administration of tests, etc.)
- Provided professional learning opportunities to staff
- Monitored student progress via a data analysis process
- Created a culture of safety for students and personnel (PBIS)
- Coordinated and supervised after-school program
- Secured and assigned all substitutes
- Collaborated with Closing the Gap Services and the 21st Century Program

AR000504

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** 1240-Mandatory Budget Narrative.docx

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

AR000505

There was a problem attaching a file(s).

The attached file can be viewed as an individual component using Application Log menu option.

**wjcs**

October 31, 2022

Dr. Raymond Sanchez
Superintendent of Schools
Ossining Union Free School District
400 Executive Boulevard
Ossining, New York 10562

Dear Dr. Sanchez:

As the Chief Executive Officer of the Westchester Jewish Community Services (WJCS), I am writing on behalf of WJCS to express my commitment to serve as a community partner with the Ossining Union Free School District (OUFSD) for the School Based Mental Health Services Grant. Through Department of Education (DOE) funds, WJCS seeks to help alleviate the challenge of providing critical mental health services to the Ossining student population by offering clinical support and professional development training to the school clinicians and proposed student interns.

In support of OUFSD's application to the DOE for the School Based Mental Health Services Grant, OUFSD is committed to partnering with WJCS to implement effective programming efforts that will support the Ossining student population by relieving school clinicians with the increasing number of students in their caseload and in taking advantage of the expertise available at WJCS. Services that we propose to offer include programs related to LGBTQ+ youth; counseling pregnant teens; bullying/violence prevention program; and dialectical behavior therapy-based training.

We appreciate this opportunity to collaborate with OUFSD in their application for this important grant, and we highly recommend them for receipt of this funding. As community wraparound agencies, OUFSD and its partners are extremely well suited to provide supplemental clinical support to the Ossining student population.

Should you have any questions about this letter or WCJS's support of the Ossining Union Free School District, please don't hesitate to reach out to me at my contact information below.

Sincerely,

Seth Diamond
Chief Executive Officer
914-848-8100
sdiamond@wjcs.com

President
Bruce Freyer

Vice President
Barry Kaplan
Michele Brettschneider

Treasurer
Adrian Schwartz

Secretary
William Shirley

Board of Directors
Louise B. Albin
David A. Alpert
Michel Araten
Joel Beckman
Steven Beckman
Froma B. Benerofe
Karen Blumenthal
Mariquita Blumberg
Ron Charnowitz
Carol H. Corbin
Mindy Feldman
Meira Fleisch
Ellen Gelboim
Julian Gomez
Victor Hershaft
Sarah Kayle
Laura Kleinhandler
Meredith Kornreich
Robert E. Mensch
Carol Richards Mermey
Linda Plattus
Neil T. Rimsky
Nina Ross
Shirley Shwiel
Roy Stillman
Suzanne Kogan Yearley

Chief Executive Officer
Seth Diamond

Medical Director
John Douglas, MD

Chief Financial Officer
Irene Math

Westchester Jewish Community Services
*Strengthening Lives. Shaping Futures.*

845 North Broadway, White Plains, NY 10603
T: 914.761.0600   F: 914.761.5367   info@wjcs.com   www.wjcs.com



AR000507

There was a problem attaching a file(s).

The attached file can be viewed as an individual component using Application Log menu option.

AR000508

# DIXELIA LÓPEZ

164 Chauncey Place ◆ Peekskill, NY 10566◆ (518) 817-0663 ◆ doctoradlopez@gmail.com
"Each traveler is alone, but the journey is together".

## Education

**Bank Street College**
MASTERS OF EDUCATIONAL LEADERSHIP                                       MAY 2021
**The Chicago School of Professional Psychology**, Chicago, IL (online program)
PHD IN INTERNATIONAL PSYCHOLOGY, TRAUMA TRACK               JANUARY 2016
**The College of Saint Rose**, Albany, NY
BILINGUAL CERTIFICATION EXTENSION, PUPIL PERSONNEL/ADMINISTRATION          MAY 2008
**State University of New York, University at Albany**, Albany, NY
CERTIFICATE OF ADVANCE STUDIES IN SCHOOL PSYCHOLOGY          AUGUST 2002
MASTERS OF SCIENCE, EDUCATIONAL PSYCHOLOGY               AUGUST 2000
**Siena College**, Loudonville, NY
BACHELOR'S OF ARTS IN PSYCHOLOGY, MINOR IN SOCIOLOGY             MAY
1999

## Certifications

School District Leader Certification, NYS   (1557235211)                OCTOBER 2021
School Building Leader Certification, NYS (1550743211)              NOVEMBER 2021
National Board Certified School Psychologist                DECEMBER 2007 – PRESENT
Bilingual Certification, Permanent Extension, Pupil Personnel/Administration          MAY 2008
Public School Teacher Certificate-School Psychologist, Permanent Extension        SEPTEMBER 2005
Public School Teacher Certificate-School Psychologist, Provisional Extension        SEPTEMBER 2002

## Professional Experience

**DIRECTOR OF SCHOOL COUNSELING**
OSSINING UNION FREE SCHOOL DISTRICT                     JULY 2020 - PRESENT
- Responsible for the strategic plan and implementation of the Culture of Care/SEL plan with the adoped CASEL framework with an equity lens (i.e., transformative SEL). Creator of MTSS-SEL/Mental Health visual (and writer) of systems of supports at the district level. Oversees the development and implementation of district wide surveys using the Panorama platform, which included translation and district dessimination, flyers and standard administration, and lead of districtwide team. Leader in the revision of the districtwide school counseling plan. Created and initiated an advisory board incorporating stakeholders,  including parents and community members to better inform the decisions around the Culture of Care plan and District School Counseling plan. Co-leader in the development and implementation of the Social Emotional Leanring Plan (SEL) for re-opening in 2020. Responsible for the adherance of graduation requirements at Ossining High School. Alongside data reviews specific to seniors. Alignment of Naviance platform to support School Counseling plan and supervisor of school counselors and social workers in district. Collaborator of community school liaison and other district central administrators, teachers, staff and parents around the aforementioned district plans. Director and translator of newly desined Ossining Culture of Care Mental Health Text Line. Director of district mental health prevention efforts and parent programming at the Secondary level. Part of the acting administration team at Ossining High School, thereby also being part of the building leadership team, leading professional development and supporting disciplinary systems, as needed.  Responsible for professional development offering to parents, social workers and school counselors. Supervisor of newly developmed internship program (social workers, school cosuenling, school psych) to expand capacity in support of students and families, which expanded and support our partnerships with various

AR000509

# DIXELIA LÓPEZ

colleges/universities. Supervisor/creator of newly established afterschool clinical teams. Thought partner, support around grants related to Mental Health and Student support, alongside grant coordinator.

**BILINGUAL PSYCHOLOGIST/EVALUATION SPECIALIST**
PUTNAM/NORTHERN WESTVCHESTER COUNTY BOCES                    OCTOBER 2017- JULY 2020
- Oversees over one thousand multicultural-multilingual evaluations conducted per year conducted by contracted Bilingual School psychologists, Bilingual Social Workers and Bilingual-Speech and Language Pathologists. Responsible for the adherence of Best Practice approaches in assessment and report writing as it relates to Culturally and Linguistically Diverse Students. Responsible for the coordination, and development of professional development opportunities for school psychologists, speech therapist, social workers and ENL for Putnam/Northern Westchester County and beyond. Regional consultant on ELL/CLD issues for neighboring school districts. Coordinates trainings and orders on new assessment procedures as it relates to ELL/CLD students.  Provide professional development as needed around immigrant/refugee issues, assessment and trauma.

**BILINGUAL-SCHOOL PSYCHOLOGIST**
CITY SCHOOL DISTRICT OF ALBANY, ALBANY NY                    SEPTEMBER 2002- SEPTEMBER 2017
- Leader of the RtI team, 504plan Committee and Crisis Team; Co-leader of PBIS; Second Step Coach (building level)
- Use norm-referenced tests to assess students in kindergarten through grade 5 within a variety of disability categories.
- Complete psychoeducational evaluations, functional behavioral assessments, behavior intervention plans, and individual crisis management plans.
- Provide counseling, social skills training (Second Step, Bullying Prevention), academic, and behavioral interventions at the individual, small group, and classroom levels.
- Assist in data collection and analysis using the AIMSweb progress monitoring system, and other district- an school-wide assessments, and used these to help teachers develop instructional strategies (behavior and academics).
- Facilitate collaboration between school, home, and community services in regard to students' academic, behavioral, and mental health needs.
- Collaborator with administration and school personnel in identifying systemic concerns and promoting system-level change in addressing the needs of all students and families, particularly our English Language Learners.
- Presenter of professional development  for teachers, parents, and other professionals  on a variety of topics pertaining to children and instruction
- Interpreter and translator for CSE (Spanish/English oral and written)

<u>Other Leadership Experience</u>

**CULTURALLY RESPONSIVE CO-CHAIR**
NEW YORK STATE ASSOCIATION OF SCHOOL PSYCHOLOGISTS                    FALL  2021-PRESENT
- Help support culturally responsive practices in the field of school psychologists as needed and warranted by the organization and state delegates.

**DELEGATE OF REGION III/HUDSON VALLEY**
NEW YORK STATE ASSOCIATION OF BILINGUAL EDUCATION (NYSABE)                    SPRING 2021-PRESENT
- In accordance with the mission and vision of the organization: Assist in the promotion, maintenance

AR000510

# DIXELIA LÓPEZ

and expansion of quality bilingual education programs for students of diverse cultural and linguistic backgrounds as a means tot ensure equitable, enriched, educational opportunities for all students. In addition, assist in the promotion of bilingual education as a valid - , research-based educational process and help advocate for the briad ublic recognition of the importance of bilingualism and biliteracy as a path towead equitable participation in a global, and multicocultural, multilingual world.

**MULTICULTURAL AFFAIRS COMMITTEE: LATINO SUBCOMMITTEE CO-CHAIR**
NATIONAL ASSOCIATION OF SCHOOL PSYCHOLOGIST          SEPTEMBER 2018-PRESENT

- Organize and encourage Latinx members to submit proposals for NASP Convention workshops, symposiums, special sessions, posters, etc. Identify, encourage and inform Latinx members of NASP leadership opportunities. Participate in the leadership team of the Bilingual Interest Group as NASP consultant, submitting articles for publication, and developing presentations at Convention. Develop, organize, and send updates to members related to the subcommittee work. Lead cross-collaboration with other MAC groups. Encourage and organize individuals/groups to submit culturally-relevant submissions to SPR, SPF, Communiqué, and/or NASP Convention. Develop and organize online meetings to encourage consultation related to the provision of bilingual school psychological services for all school psychologists. Serve as a liaison between NASP leadership and NASP Latinx members. Oversee work of subcommittee student leader.
- Advocate for NASP members interested in Latinx issues. Advocate for nondiscriminatory practice when working with culturally and linguistically diverse individuals. Serve as an Ambassador for NASP. Participate in recruitment efforts of Latinx students into the profession.
- Prepare and submit quarterly progress reports.  Participate in monthly NASP Multicultural Affairs Committee conference calls. Organize yearly subcommittee meeting during the NASP Convention Attend annual convention to represent NASP as well as to recruit individuals in the field of school psychology who are interested in Latinx issues. Collaborate with the NASP office in the translation of NASP documents to the Spanish language.


**SUPERVISOR (ONSITE) OF GRADUATE STUDENTS**
STATE UNIVERSITY OF NEW YORK, UNIVERSITY AT ALBANY          SEPTEMBER 2006-2017

- Full-time supervision of graduate students (one per year) during their last year of training helping them develop many competences including: data based decision making and accountability, interpersonal communication, collaboration, and consultation, effective instruction and development of cognitive/academic skills, competencies related to student diversity in development and learning, school structure, organization, and climate, as well as, prevention, wellness promotion, and crisis intervention, home/school/community collaboration, and legal, ethical practices.


**Experience in Academia**
**LEARNING DISABILITY SPECIALIST (PART-TIME)**
OFFICE OF STUDENTS WITH DISABILITIES, SIENA COLLEGE          SEPTEMBER 2007-2009

- Support the implementation of accommodations for students with learning disabilities and helping students maximize their learning potentials.


**LEARNING SPECIALIST/INSTRUCTOR**
HIGHER EDUCATION OPPORTUNITY PROGRAM (HEOP), SIENA COLLEGE          SUMMERS ONLY 2002-2008

- Prepare students for the demands of college life through the teaching of an Interdisciplinary College

AR000511

# DIXELIA LÓPEZ

Level-Prep course which included the development of a syllabus and materials. The course taught organizational and writing skills and various citation methods including APA.

**ACADEMIC/PERSONAL COUNSELOR**
HIGHER EDUCATION OPPORTUNITY PROGRAM (HEOP), SIENA COLLEGE     SUMMERS ONLY 2002, 2005, and 2006

- Provider of academic and personal counseling services to upcoming Freshmen of low social-economic status (SES) assisting students in coping with the demands of college life including test-taking, test anxiety, study skills and organizational skills. Lead workshops for students related to time management, picking a major, rapport building, diversity issues, accessing campus resources, academic integrity, security measures, and legal, ethical and moral standards etc.

## Apperances

**PROFESSIONAL PANNELIST/SPEAKER**
SHOW Dr. Roy Aranda Psy. D., J.D.
The Children of Trauma and the Journey of Hope and Healing     APRIL 2022

**PROFESSIONAL PANNELIST/SPEAKER**
AQUITV (a Spanish Channel Internet-Cable network that focuses on the needs     JUNE 2018
and education of the Hispanic Community)
- Consultant and advocate for Latinx Children and families in Spanish

## Highlighted Accomplishments

The Council's 2020 Dr. Mary Barter Scholarship for Women and Minorities     DECEMBER 2019
Nominated by Dr. Lynn Allen and Dr. Andrew Ecker from Putnam/Northern Westchester BOCES

Dissertation Defense: Resilience in the Karen-Refugee Population     NOVEMBER 2015
from Myanmar/Burma Resettled in Albany, NY: An Exploratory Study
Art Based Intervention for the Center for the Study of Violence and Reconciliation     MARCH 2014
Johannesburgh, South Africa (group project)
PRESENTER: New York State Special Education Task Force:     MARCH 2014
Big T, Little T: Impact of Trauma in our Classrooms
WiKi Pin Project, Early Intervention/Education for UNICEF     FEBRUARY 2013
Sierra Leone, West Africa (group project)
Golden Apple Award Recipient     SPRING 2013
City School District of Albany, Albany, NY

AR000512

# DIXELIA LÓPEZ

**Recent Presentations**

(Face-to-Face)

López, D. (2020, January). *Best Practice in the Prereferral Process: Oral language and Literacy Development.* Presented at the Sustaining Multilingualism in the Hudson Valley Bilingual Educators' Conference. West Nyack, N.Y.

López, D. Sherr, T., Ablang, C. P., Charley, E. & Barrett, C. A. (2020, February). *Students' Context and the Lens by which we Practice.* Symposium presentation at the National Association of School Psychologist 2020 Convention. Baltimore, M.D.

López, D. (2019, September). *Social Justice in Schools.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. & Bencosme, L. (2019, September). *Equitable Access to Parent Engagement in Schools.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2019, November). *Know Better, Do Better! Demystifying the Bilingual Evaluation Process.* Presented at the Sustaining Multilingualism in the Hudson Valley Bilingual Educators' Conference. West Nyack, N.Y.

López, D. (2019, October). *Best Practice in the Pre-referral Process: Describing before Diagnosing.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2019, January). *Pre-referral Considerations for Culturally and Linguistically Diverse Students: Overview.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktow Heights, N.Y.

López D. & Avelino, V. (2018, November). *Best Practice in Bilingual Evaluations.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D., Thornburg, D. & Carnes, S. (2018, November). *Effectively Addressing Trauma in Immigrant/Refugee Students.* Workshop presented at Putnam/Norther Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2018, October). *Trauma, Immigrants and Protective Factors.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2018, February). *Best Practice Guidelines and Approaches to Culturally Competent Assessment.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2017, November). *Trauma in Children: Effects and Interventions.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

AR000513

# DIXELIA LÓPEZ

(Virtual)

López, D. (2022, April 5.). Hispanic Parents Leadership Conference on Special Education-Key Note Speaker. Workshop presented for the Changing Suburbs Institute at Manhattanville College. Keynote speaker. Purchase, N. Y.

López, D. (2021, November 3.). Hispanic Parents Leadership Conference on Trauma, Resilience & Hope-Key Note Speaker. Workshop presented for the Changing Suburbs Institute at Manhattanville College. Keynote speaker. Purchase, N. Y.

López, D. (2020, May 13). *Clinical Forum Series: Executive Functioning II*. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, May 12). *Clinical Forum Series: Executive Functioning I*. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, May 5). *Clinical Forum Series: Enhancing Community Resilience.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 30). *Professional Learning on the Go: Resilience Part II*. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 29). *Clinical Forum Series: Equity, Advocacy & Professional Practice-During & After Covid.* Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 23). *Professional Learning on the Go: Resilience Part* I. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 21). *Clinical Forum Series: Telepractice & Teletherapy: Review, Implications, & Conversations*. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 15). *Clinical Forum Series: International Psychology, Resilience & Covid-19*. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y.

López, D. (2020, April 8). *Clinical Forum Series: Managing Uncertainty*. Workshop presented at Putnam/Northern Westchester Board of Cooperative Education. Yorktown Heights, N.Y

## Professional Affiliations/Subscriptions

Child Mind Institute
Citizen Corps News for FEMA
Faculty Focus: Higher Education Teaching Strategies for Magna Publications
National Academy of Education
National Association of School Psychologists
The National Child Traumatic Stress Network
The New York State Association of Bilingual Educators
Marshall Memo

AR000514

# DIXELIA LÓPEZ

**Language/Computer Skills**

Spanish- Listening, Speaking, Reading and Writing
Microsoft Office Products
Google Products
Canvas
Zoom

**References Available Upon Request**

AR000515

# ANNELISE ISABEL VALERIO
## LMSW

---

**PROFILE**

My name is Annelise Isabel Valerio. I am a Licensed Master Level Social Worker (LMSW), and New York State Certified School Social Worker. Since August of 2017, I have served as a  School Social Worker with the Ossining Union Free School District located in Westchester County, New York. I received my tenure from the Ossining UFSD as School Social Worker in June of 2021.

From September 2017 - June 2021, I was assigned to Brookside Elementary School located at 30 Ryder Road in, Ossining, NY serving grades 1-2. In September 2021 through the present day, I have been assigned to Claremont Elementary School, located at 2 Claremont Road, Ossining, NY serving grades 3-4.

I obtained my Seminar Training in Field Instruction (SIFI) Fordham University in the Spring of 2018. Since then, I have provided Social Work field placement supervision to  eleven BSW/MSW students as School Social Work interns from educational institutions including Fordham University, New York University, Iona University, and Lehman College serving as a Social Work Field Placement Supervisor.

Prior to School Social Work, my occupational experiences were rooted in Residential Treatment Center (RTC) care for children and youth in NY state, primarily from NYC's five boroughs who had been exposed to Adverse Childhood Experiences (ACEs),  and either removed from their legal guardians or placed in care  by their legal guardians on a PINS petition.

I began as a cottage Social Worker with the Jewish Child Care Association (JCCA),  later becoming the Educational Coordinator for the entire RTC campus and its five programs including Pleasantville Cottage School serving children with long-term emotional and behavioral challenges, the Edenwald Center serving children who have low IQs, autism and other developmental disorders, Pleasantville START serving  children in need of diagnostic assessment, residential treatment and intensive intervention for a short period of time, and the Gateways serving youth who have been the victims of commercial sexual exploitation and domestic trafficking.

I was nominated by the Ossining UFSD Superintendent, Dr. Ray Sanchez to attend the Bank Street College of Education dual certification in School Building Leadership (SBL) and School District Leadership(SDL) Master of Education (EdM)  from the Future School Leaders Academy (FSLA) in the Spring of 2021. I began FSLA in September 2021, and I am currently a EdM candidate, expected to complete my second masters and dual certification in SBL and SDL  from the Bank Street College of Education in May 2023.

I am a Doctor of Psychology degree (PsyD) candidate, in the process of obtaining a PsyD in Human and Organizational Psychology from Touro University WorldWide. I began my doctoral studies in February 2017, and am  expected to complete my PsyD  in the fall of 2023.

AR000516

## EDUCATION

**Bank Street College of Education**, September 2021 - Present
Graduate Future School Leader Academy

**Touro University WorldWide**, February 2017 – Present
Doctorate in Human and Organizational Psychology

**Fordham University**, August 2010 – May 2012

Graduate School of Social Service, Area of Concentration: Client Centered Management

**The College of Mount Saint Vincent**, August 2006 – June 2010
Bachelor of Arts, Major: Sociology

Bachelor of Arts, Major: Corporate Communications

## CERTIFICATIONS

**2022**
Trauma Informed Supervision
CUNY-IIE CTLE Immigration in Elementary Schools

**2018**
The Seminar in Field Instruction (SIFI)

**2017**
New York State Department of Education - Certified School Social Worker

**2016**
Assessing Functional Behavior Assessment (FBA), and Fundamental Applications of Cognitive Behavioral Therapy (CBT) with Students at Risk of Dropping Out

**2015**
Dignity for All Students Act (DASA)
Mandated Reporter Training,
School Violence Prevention and Intervention

**2012**
Therapeutic Crisis Intervention and Family Team Conferencing

AR000517

**EXPERIENCE**

**School Social Worker, Brookside/Claremont Elementary School; Ossining, NY**
September 2017 - Present

Related Services: Participate in Committee on Special Education meetings (CSE), and Individual Educational Planning (IEP) meetings. Complete social developmental history reports for CSE referrals and mandated students. Use a Multi-Tiered System of Support (MTSS) to help match academic, social-emotional, and behavioral assessment and instructional resources to student's needs. Mobilizing family, school, and community resources to enable students to learn as effectively as possible in his or her educational program.

**Services to Students:** Educating students in Social Emotional Learning (SEL) practices, Restorative Practices, and Positive Behavior Intervention Supports (PBIS) through an RTI lense. Tiered support provided through grade level assemblies, in class workshops, small groups, and individual sessions. Facilitate school counseling for referred building level support students, and mandated students including individual and group. Providing crisis intervention and conflict resolution. Developing positive behavioral intervention strategies to increase academic success. Supporting children with challenges related to school adjustment, and other areas pertaining to behavioral health, and interpersonal relationships. Assisting in developing and the creation of Functional Behavioral Assessments (FBA), and Behavior Intervention Plans (BIP).

**Services to Families:** Working with parents to facilitate their support in their children's school adjustment. Alleviating family stress to enable the child to function more effectively in school and community. Assisting parents to access programs available to students with special needs. Assisting parents in accessing and utilizing school and community resources. Services to

**Services to School Personnel:** Providing staff with essential information to better understand factors (cultural, societal, economic, familial, health, etc.) affecting a student's performance and behavior. Assessing students with mental health concerns. Developing staff in-service training programs/PD's. Assisting teachers with behavior management. Providing direct support to staff.

**School Community Liaison:** Obtaining and coordinating community resources to meet students' needs. Supporting school district leaders with receiving adequate support from social and behavioral health agencies.

**Services to the District:** Assisting with developing and implementing psychoeducational programs to support Social Emotional Learning and Restorative Practices. Identifying and reporting child abuse and neglect. Providing case management for students and families requiring multiple resources.

**Gateways Social Worker, Jewish Child Care Association; Pleasantville, NY**
June 2019 - October 2019

I was the Gateways cottage social worker, providing therapeutic treatment and case management services to female adolescents who had been the victims of commercial sexual exploitation and domestic trafficking. I collaborated with Gateways team members to generate individualized therapeutic treatment and discharge plans. I facilitated monthly home visits to each of the Gateways youth family case addresses, and assisted in developing visitation plans with families and visit supervision.

AR000518

I ensured the implementation of AWOL protocol including notifying ACS/DSS/CSE via phone and progress note, notifying FCLS Attorney, obtaining and vacating warrant, ensuring that missing person's report was filed, and vacated upon the youths return.

I acted as JCCA residential treatment center liaison between ACS, DSS, CSE, and OCFS workers as well as officers of the court. I provided individual, group and family counseling for clients/families. In addition, I conducted monthly home visits to youths' families in the community, primarily in NYC. I conducted assessments of referred families according to established program procedure.

I maintained documentation of all youth/family/collateral contacts, and completed FASPs, court reports, TPR summaries, and surrender applications. I completed incident reports and transfer summaries, and statistical change forms, as well as CONX notes documenting movements of youth. I maintained correspondence for clients as required by the Family Assessment Service Plan (FASP), and provided all case management services called for in the Family Assessment Service Plan (FASP).

I attended clinical case conferences and staff meetings according to program procedures, inter-agency meetings (including client-specific meetings at schools, hospitals, ACS, etc.), and participated in planning and implementation of client group activities..

**Educational Coordinator, Jewish Child Care Association; Pleasantville, NY**
February 2016 - June 2018

I was the Educational Coordinator for Edenwald Program, Pleasantville Cottage School (PCS), Gateways Program, and the START Diagnostic Program on the Jewish Child Care Association (JCCA) residential treatment center campus located in Pleasantville, New York. I provided educational direction, advocacy, and support to residents, their families, and residential treatment center staff and administrators.

I created and enforced educational reform, and policies on the campus positively impacting foster youth and long term educational outcomes for those ranging in age from five through early twenties aging out of care. Served as the agency's liaison with all educational providers serving JCCA's Campus youth. I worked in close partnership with one of New York State Coalition of Special Act School Districts, the Mount Pleasant Cottage School UFSD also located on the JCCA campus.

In collaboration with the Mount Pleasant Cottage School UFSD, and with JCCA residential treatment center professionals, programs were created to increase retention, promote academic success, and support students and their families. I provided educational direction and advocacy for JCCA's Campus Youth Work in tandem with Campus Directors and their staff to ensure that youth receive the individualized attention and support they need to plan for their future education and permanency plans.

I provided individual and group academic advisement for youth of all ages, as well as college prep to high school juniors and seniors. I supported with modifying campus educational supports in place for youth with learning difficulties and/or mental health issues to ensure that identified youth had multiple opportunities to learn essential program material.

I attended all educational meetings; including but not limited to permanency planning meetings, school based Committee on Special Education (CSE), suspension meetings. In addition, I participated in Manifestation Determination (MDR) meetings, superintendent fair hearings, suspension re-entry meetings, 504 Plan meetings, Individualized Education Program (IEP) meetings, Functional Behavioral Assessment (FBA) meetings, and Behavior Intervention Plan (BIP) meetings.

AR000519

I created on campus events and programs to support youth with state testing from garages 3-12, finals and regents exams. I supported and guided campus youth in the transition from High School to higher levels of education. I facilitated college tours throughout NYC, Westchester County, and out of state including RI. I assisted college bound campus youth in identifying and researching potential colleges; writing effective college essays; completing applications; and researching and applying for financial aid and scholarships.

I maintained consistent post-secondary plans for the youth with whom I was working with, effectively linking communication among youth, families, JCCA staff, and the MPCS district, and other higher education institutions I worked collaboratively with all campus staff in planning and arranging for critical post-foster care services including but not limited to housing; vocational/employment, and accessing educational services. I participated in the planning and execution of all audits and reports needed for funders and regulators.

**School Social Worker, Park Avenue Elementary School; Port Chester, NY**
September 2015 – February 2016

Through The Guidance Center of Westchester's School Based Clinic Program, I supported Park Avenue Elementary School students and families with complex needs, serving a population with co-occurring disorders, a variety of diagnoses, and with populations of diverse socioeconomic backgrounds.

I implemented evidence-based interventions to support students in achieving academic and behavioral health wellness. In addition, I facilitated individual, group, and family therapy in areas such as school adjustment and functioning, academic performance, family dynamics, interpersonal relationship development, family dynamics, the self and one's world view. I generated individualized school based treatment plans.

I assessed student and family needs in the creation of a treatment plan and reviewed planning goals monthly. Performed ongoing clinical assessment of students and their families. I documented the progress of treatment regularly. I also completed initial and ongoing assessment, and supported administrators and teachers with students and family needs.

**Care Manager, Open Door Family Medical Centers; Ossining, NY**
September 2014 - September 2015

As a Care Manager in the Health Home program, I provided direct patient care to Medicaid-eligible adults with: two or more chronic conditions, serious emotional disturbance, trauma, at risk for another chronic condition, or for functional impairment.

I was accountable for engaging and retaining Health Home enrollees in care; coordinating and arranging for the provision of services; supporting adherence to treatment recommendations; and monitoring and evaluating a patient's needs, including prevention, wellness, medical, specialist and behavioral health treatment, care transitions, and educational and social services where appropriate through the creation of an individual plan of care.

I conducted NYS-required assessments initially, annually and upon discharge from Health Home for each enrollee. I provided patient education using: one-on-one teaching, written and printed material as well as computer and video instruction approved by the primary care team. I monitored and documented goals selected and follow-up with patients by phone, e-mail, and in person to determine if goals were achievable, and provided assistance to the patient when needed in how to achieve their goals.

AR000520

I utilized health information technology as feasible to facilitate interdisciplinary collaboration among all providers, the patient, family, caregivers, and local supports. I identified available community-based resources and actively managed appropriate referrals, access, engagement, follow-up and coordination of services. I traveled as required to community based meetings, provider sites and clients' homes.

**Edenwald Social Worker, Jewish Child Care Association; Pleasantville, NY**
May 2012 – August 2014

Assessment and Treatment Planning to Facilitate Permanency: I generated individualized treatment and discharge plans. I work in collaboration with families in creating and monitoring service plans and monthly goals. I performed ongoing clinical assessment of youth and their families. I documented the progress of treatment regularly. I completed Initial Review Summaries for all cottage youth, and completed initial and ongoing trauma assessment.

Treatment with Families to Support and Facilitate Permanency: I attended family conferences. Participated in family and/or sibling visits as clinically indicated, and assessed and teaught parenting skills. I provided family therapy primarily in the home and community settings. I ensured there was a written visiting plan tailored for every youth, monitoring family progress and that was updated weekly.

Treatment with Residents to Forge Successful Transitions to Discharge: I provided group treatment in the cottage and other settings weekly. I provided individual treatment weekly to all cottage youth. I provide crisis intervention as needed. I prepared individual IL monthly contacts and documentation. I co-facilitated IL workshops with milieu staff.

AR000521

**Kimberly A. Mauricio**
**155 Underhill Lane**
**Peekskill, NY 10566**
**716-713-9662 (Cell)**
**Kimberlymauricio40@gmail.com**

## Certification Areas
2008  NYS Certification as a School Building Leader and School District Leader
2008  Permanent NYS Certification in Literacy (Birth-6)
2007  Permanent NYS Certification in Special Education (K-12)
2007  Permanent NYS Certification in Elementary Education (K-6) Education

## Education
2008  Educational Administration: School Building Leader and School District Leader
         Canisius College. Buffalo, New York GPA: 3.96
2006  Masters of Science, Literacy Specialist (B-6) - State University of New York College at
         Buffalo. Buffalo, New York GPA: 3.86
2003  Bachelors of Science, Exceptional Education (K-12)
         State University of New York College at Buffalo. Buffalo, New York
         GPA: 3.71 Magna Cum Laude Teaching Experience

## Teaching Experience
2004-2010  **Special Education Teacher -** Lorraine Elementary, Buffalo Public Schools
- Teacher of English Language Arts to Students in Grades 7 and 8 special classroom (8:1:1)
- Consultant Teacher in all academic areas for Grades 7 and 8
- Planned and implemented curriculum with instructional materials to meet the needs of students with disabilities in collaboration with general education teachers
- Served on multicultural, scheduling, and school climate committees
- Utilized data and best practices to guide common planning meetings with colleagues
- Collaborated with parents to support their children's needs and built strong home-to-school relationships.

## Administrative Experience
**2021- Present Assistant Superintendent of Pupil Personnel Services- Ossining UFSD**
- Oversight of Districtwide Special Education
- Lead districtwide Social-Emotional Learning
- Supervise districtwide psychologist
- Supervise districtwide related service providers
- Work collaboratively with Community Schools liaison to implement initiatives
- Oversee the district registration process
- Working collaboratively with the Director of School Counseling

AR000522

**2020-2021 Executive Director of Student Services-** Ossining Union Free School District
- Oversight of Special Education
- Lead districtwide Social-Emotional Learning
- Supervise districtwide psychologist
- Supervise districtwide related service providers
- Work collaboratively with Community Schools liaison to implement initiatives

2018-2020 **Director of School Counseling-** Ossining Union Free School District
- Oversaw the districtwide School Counseling Program
- Districtwide Social-Emotional Learning
- Supervised Social workers districtwide

2014-2018     **Director of Special Education (Committee on Special Education and Curriculum),** Buffalo Public Schools
- Conducted classroom observations and supported special education teachers to provide high-quality instruction
- Observed and evaluated teachers using the 3012D APPR process to improve instructional practices and enhance learning
- Observed and evaluated Committee on Special education Chairs, school psychologists, and social workers using the non 3012D APPR process
- Developed and delivered professional development for teachers on differentiated instruction and Integrated Co-Teaching
- Provided professional development on Trauma-Informed Care, Classroom Management, and Educational Benefit
- Worked with principals and teachers on supporting students with academic and social-emotional needs through tiered interventions
- Served as a district liaison on the Special Education Parent Advisory Committee
- Collaboratively led district initiatives to maximize the resources in the delivery of services
- Ensured compliance aligned with New York State Part 200 regulations and laws
- Supervised and monitored the Committee on Special Education Chairs
- Supervised district appeals, agency, student placement for students with disabilities offices, and staff
- Created and implemented cost-saving initiatives without sacrificing quality around Integrated Co-Teaching Model
- Currently serve as a member of the disproportionality committee to reduce over-identification of students of color in special education

**2010-2014 Assistant Principal –** Community School #53, Buffalo Public Schools
- Supported the principal in the leadership and management of the School
- Assisted in the creation of the master schedule to maximize the supports

AR000523

- Observed and evaluated teachers through the APPR process to improve instructional practices and enhance learning
- Implemented a school-wide discipline program
- Guided grade-level meetings to collaborate with and develop teachers in improving academic achievement
- Led the assessment process (e.g., scheduling, distribution, and administration of tests, etc.)
- Provided professional learning opportunities to staff
- Monitored student progress via a data analysis process
- Created a culture of safety for students and personnel (PBIS)
- Coordinated and supervised after-school program
- Secured and assigned all substitutes
- Collaborated with Closing the Gap Services and the 21st Century Program

AR000524

**Budget Narrative File(s)**

* **Mandatory Budget Narrative Filename:** 1238-Mandatory Budget Narrative.docx

[Add Mandatory Budget Narrative] [Delete Mandatory Budget Narrative] [View Mandatory Budget Narrative]

To add more Budget Narrative attachments, please use the attachment buttons below.

[Add Optional Budget Narrative] [Delete Optional Budget Narrative] [View Optional Budget Narrative]

PR/Award # S184H220044

Page e56

Tracking Number:GRANT13746919    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 12:52:53 PM EDT

AR000525

There was a problem attaching a file(s).

The attached file can be viewed as an individual
component using Application Log menu option.

**AR000526**



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Board of Education - Ossining Union Free School District

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 298,600.00 | 298,600.00 | 298,600.00 | 298,600.00 | 298,600.00 | | | 1,493,000.00 |
| 2. Fringe Benefits | 54,434.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | | | 294,434.00 |
| 3. Travel | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 | | | 42,500.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 20,700.00 | 20,700.00 | 20,700.00 | 20,700.00 | 20,700.00 | | | 103,500.00 |
| 6. Contractual | 214,000.00 | 214,000.00 | 214,000.00 | 214,000.00 | 214,000.00 | | | 1,070,000.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 596,234.00 | 601,800.00 | 601,800.00 | 601,800.00 | 601,800.00 | | | 3,003,434.00 |
| 10. Indirect Costs* | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 596,234.00 | 601,800.00 | 601,800.00 | 601,800.00 | 601,800.00 | | | 3,003,434.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):**  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☐ Yes    ☐ No

(2)    If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:    From: _____    To: _____    (mm/dd/yyyy)

Approving Federal agency:    ☐ ED    ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?    ☐ Yes    ☐ No    If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes    ☐ No    If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is _____ %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220041
Page e58

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Board of Education - Ossining Union Free School District | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | | | 750,000.00 |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | | | 750,000.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | | | 750,000.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR000528**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Board of Education - Ossining Union Free School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1) List administrative cost cap (x%): ☐

(2) What does your administrative cost cap apply to? ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Tracking Number:GRANT13746919          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 12:52:53 PM EDT

AR000529

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220052**

**Gramts.gov Tracking#: GRANT13747007**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220052

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1234-Areas Affected by the Project)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1236-Project Cook GEPA )* | e8 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
| *Attachment - 1 (1238-Project COOK abstract)* | e14 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1237-Project Cook Narrative .docx)* | e16 |
| *7. Other Narrative Form* | e45 |
| *Attachment - 1 (1239-Resumes)* | e46 |
| *Attachment - 2 (1240-Project COOK LOS.docx)* | e47 |
| *Attachment - 3 (1241-References)* | e48 |
| *8. Budget Narrative Form* | e63 |
| *Attachment - 1 (1235-Project COOK BNF)* | e64 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e68 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).
There were problems converting one or more of the attachments. These are: 1239-Resumes.pdf

AR000531

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**
[                    ]

**\* Other (Specify):**
[                    ]

**\* 3. Date Received:**
11/02/2022

**4. Applicant Identifier:**
[                    ]

**5a. Federal Entity Identifier:**
[                    ]

**5b. Federal Award Identifier:**
[                    ]

**State Use Only:**

**6. Date Received by State:** [          ]

**7. State Application Identifier:** [                    ]

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Cook County School District 130

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
36-6004346

**\* c. UEI:**
VLRHWMGLPSS8

**d. Address:**

**\* Street1:** 12300 S. Greenwood Ave.
**Street2:**
**\* City:** Blue Island
**County/Parish:** Cook
**\* State:** IL: Illinois
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 60406-1558

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Mrs.
**\* First Name:** Stephanie
**Middle Name:**
**\* Last Name:** Delgrosso
**Suffix:**

**Title:** Asst. Supt. of Curr. & Inst.

**Organizational Affiliation:**
Cook County School District 130

**\* Telephone Number:** 708-489-7009
**Fax Number:** 708-385-8467

**\* Email:** sdelgrosso@district130.org

AR000532

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

\* Other (specify):

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

\* Title:

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

1234-Areas Affected by the Project.pdf    | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Project COOK

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR000533

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `IL-001`                                      * b. Program/Project `IL-001`

Attach an additional list of Program/Project Congressional Districts if needed.

| | [ Add Attachment ] | [ Delete Attachment ] | [ View Attachment ] |
|---|---|---|---|

**17. Proposed Project:**

* a. Start Date: `12/31/2022`                               * b. End Date: `12/30/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 1,955,646.00 |
| * b. Applicant | 1,735,225.71 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,690,871.71 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

| | [ Add Attachment ] | [ Delete Attachment ] | [ View Attachment ] |
|---|---|---|---|

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Mrs.`                              * First Name: `Lucero`

Middle Name:

* Last Name: `Moreno`

Suffix:

* Title: `Assistant Superintendent of Business Services`

* Telephone Number: `708-385-6800`          Fax Number:

* Email: `lmoreno@district130.org`

* Signature of Authorized Representative: `Stephanie Delgrosso`    * Date Signed: `11/02/2022`

AR000534

Areas Affected by the Project:

Blue Island, Alsip, Robbins, Crestwood, Cook County, IL

AR000535

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC  20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1236-Project Cook GEPA .pdf | Add Attachment | Delete Attachment | View Attachment |

PR/Award # S184H220052

Page e7

AR000536

Application General Education Provisions Act (GEPA) Section 427
Project COOK is a project developed to demonstrate an Integrated Systems Framework for
embedding School Mental Health support within a PBIS system.

Positive Behavioral Interventions and Supports (PBIS) is a proactive systems approach to
establishing the behavioral supports and social culture needed for all students in a school to
achieve social, emotional, and academic success. The explicit values of the PBIS model include
a focus on comprehensive lifestyle change to improve quality of life, and the role of multiple
stakeholders (parents, teachers, staff, and students) in order to function as active participants and
collaborators with professionals to ensure the ecological, social, and cultural validity of
interventions implemented in the school.

PBIS has its roots in Applied Behavioral Analysis and Special Education, and as such, contains
provisions for addressing students and families along a continuum of need by fully integrating
specialized school support into the general education program for the benefit of all students. The
Midwest PBIS Network is committed to removing barriers preventing any stakeholders from
benefiting from any Network activities which may be due to differences in gender, race, national
origin, disability, or age. To that end, Network leadership has worked since 1999(when it
previously existed as Illinois PBIS) to develop and extend the PBIS framework and remove
obstacles to participation for all PBIS stakeholders, including school-based staff, families, and
community members. In addition to providing field-based technical assistance (TA) from
highly-qualified TA Directors and Coordinators (TACs) who encourage family engagement by
providing solutions to common problems, i.e., lack of time, transportation, or difficulty accessing
Network resources.

The Network has encouraged and trained schools and districts to disaggregate behavioral and
academic data by student ethnicity and disability (IEP) status with the support of national leaders
in school equity and behavioral research. Project COOK is designed to supplement the standard
PBIS model by supporting schools and districts with enhanced activities and procedures
specifically designed to improve access to a free, appropriate, public education (FAPE) in the
least restrictive environment (LRE) for students most at risk of behavioral and academic failure.
Students who experience disproportionately harsher consequences in schools relative to
ethnicity, and students with emotional/behavioral components to their IEPs are two examples of
students whose outcomes are expected to be impacted by this project.

In addition to the activities specified by the Project guidelines, the following anticipated barriers
to implementation which might be faced by stakeholders are addressed below: Students -
Teacher identifies barriers due to language or disability which prevents efficient implementation
of Curriculum-Based Measurement (CBM) or differentiated instruction. Technical Assistance
director and coordinator to provide technical assistance to school-based team to support team in

AR000537

helping teachers access assistive technology resources or locate school and community-based translators.

School Staff - Reluctance to address ethnic/racial disproportionality. Project COOK project components include the provision of training in restorative justice practices and culturally relevant teaching practices, which contain rationales for intervention. Schools - School-level administrators may not be able to provide accommodations for staff time as a result of participation in Project COOK .Project COOK gives support to districts for training and is restricting training time to the minimum required.

Family/Community Members, and School Staff - Access to Project Training components and/or materials will be available online.

AR000538

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

\* APPLICANT'S ORGANIZATION

Cook County School District 130

\* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Mrs.    \* First Name: Lucero    Middle Name:

\* Last Name: Moreno    Suffix:

\* Title: Assistant Superintendent of Business Services

\* SIGNATURE: Stephanie Delgrosso    \* DATE: 11/02/2022

---

AR000539

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: [                    ]  * First Name: [Stephanie]  Middle Name: [                ]  * Last Name: [Delgrosso]  Suffix: [              ]

Project Director Level of Effort (percentage of time devoted to grant): [25]

Address:

* Street1: [12300 South Greenwood Avenue]
Street2: [                                        ]
* City: [Blue Island]
County: [                                        ]
* State: [IL: Illinois]
* Zip Code: [60406-1558]
Country: [USA: UNITED STATES]

* Phone Number (give area code)         Fax Number (give area code)
[708-489-7009]                          [                              ]

* Email Address:
[sdelgrosso@district130.org]

Alternate Email Address:
[                                        ]

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

[X] Yes    [ ] No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

[10]

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000540

**4. Human Subjects Research:**

   a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

   ☐ Yes   ☒ No

   b. Are ALL the research activities proposed designated to be exempt from the regulations?

   ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

   ☐ No  Provide Assurance #(s), if available:

   c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
      indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

**AR000541**

## Abstract

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

\* Attachment: | 1238-Project COOK abstract.pdf | [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

PR/Award # S184H220052

Page e13

Tracking Number:GRANT13747007          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 01:58:03 PM EDT

AR000542

Descriptive Title of Applicant's Project: **Project COOK** (Creating Opportunities and Outcomes is Key)

**Project COOK** seeks to support improved outcomes for the students of Cook County School District #130 by enhancing infrastructure to increase the capacity to implement, sustain and improve mental health services and recruit and retain additional school based mental health providers with the Midwest PBIS Network as Technical Assistance provider.

**Summary of Project Goals, Objectives and Expected Outcomes:** The project has seven goals with objectives and outcomes aimed at increasing the number of school based mental health service providers and improving outcomes for students, staff and families within Cook County #130 with training and technical assistance provided by the Midwest PBIS Network.  This community level collaboration can be used as a demonstration site and be replicated in other districts.  Data collection and dissemination plans will support evidenced based replication while also identifying obstacles and iterating solutions to those obstacles during installation.

**Project COOK** will support 3,023 students within the eleven schools of Cook County #130 in Cook County, IL.  The grant will support the recruitment of 26 school based mental health service providers while also supporting the retention of existing school based mental health service providers.

**Project COOK** addresses Absolute Priority 2—LEAs or Consortia of LEAs With Demonstrated Need Proposing To Increase the Number of Credentialed School-Based Mental Health Services Providers. Project NORTHStar also addresses Competitive Priority 4—Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs With Demonstrated Need Who Are From Diverse Backgrounds or From Communities Served by the LEAs With Demonstrated Need.

AR000543

## Project Narrative File(s)

**\* Mandatory Project Narrative File Filename:**   1237-Project Cook Narrative .docx.pdf

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13747007     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 01:58:03 PM EDT

AR000544

## Table of Contents

**Need for the Project**                                               **2**

**Quality of the Project Personnel**                                   **5**

**Quality of Project Design & Services**                               **7**

**Management Plan & Adequacy of Resources**                           **22**

**AR000545**

**Need for the Project**

    **Project COOK** (Creating Opportunities and Outcomes is Key) is aimed at maximizing implementation, scale and sustainability through embedding equity-based practices within existing systems over the five-year grant period through the development of the Interconnected Systems Framework (ISF) within the eleven schools of Cook County School District #130 in Cook County, Illinois.  The funding provided by this opportunity would support ongoing training and support of ISF within this Local Education Association (LEA) with demonstrated need, as well as allowing the addition of school based mental health service providers within the schools. The project will develop and implement a continuum of evidence-based integrated school mental health services including prevention and intervention to improve outcomes for students in need of social-emotional-behavioral-mental health (SEBMH) support, in partnership with families and community mental health organizations and other community-based organizations. This project will improve and support the capacity of schools and school personnel to identify and support youth with and/or at-risk of disabilities, especially those from underrepresented groups.  In addition to supporting student SEBMH needs, the District and Community Leadership team within the district will use community-based data to continuously identify the needs of students and work together to provide opportunities and access to students to improve student outcomes. The integrated systems developed by the ISF work in these two districts will support recruitment and retention of school based mental health providers from the LEA catchment area including those from underrepresented groups.

    Cook County School District #130 is a district which serves over 3,000 students within twelve schools.  The district comprises eleven schools including an early learners center, four primary schools, three intermediate schools and three middle schools.  Cook County School District #130's student population is 61.8% Hispanic, 23.8 % Black, 1.2% two or more races,

2

AR000546

12.7 % White, and .5% Asian.  Over 84% of students in the district are low-income students, 17% of students have an Individualized Education Plan (IEP), 28% of students are English Language Learners, and 1% are Homeless.  In 2021, 28% of students were considered chronically truant, which is students who miss 5% or more of school days per year without a valid excuse.

As with many districts throughout the United States, Cook County School District #130 struggles to meet the needs of underrepresented students.  In fact, when looking at discipline data, the most over-represented students related to exclusionary discipline practices within Cook County School District #130 are Black students.  Black students are twice as likely to receive a discipline referral when compared to other students.

Each school in Cook County School District #130  participates in the 5Essentials Survey each year.  The 5Essentials Survey was derived from 20 years of research on improving schools. The five essentials measured by the survey align to the research-based indicators of school success across the overall framework components (Instruction, Environment, Leaders, Teachers, and Families), and the reliability of the survey measures.  These "5Essentials" detail the perspectives and processes central to the delivery and support of student learning. The overall 5Essentials score is a summary indicator that describes a school's performance on the 5Essentials as a group. This score is calculated by adding up the school's performance on each individual Essential.  There are five summary ratings; they are listed from highest to lowest: Well Organized, Organized, Moderately Organized, Partially Organized and Not Yet Organized.   Two schools, Revere Intermediate and Whittier ES were considered Well Organized.  Four schools, Memorial MS, Hale Intermediate, Washington ES and Lincoln ES were considered Organized. Hale MS was considered Moderately Organized.  Kerr MS and Hale Primary were considered

Partially Organized. Revere Primary was considered Not Yet Organized.   Mann School had such low participation rates that they did not receive a score in 2022.

Presently Cook County School District #130 funds school based mental health service providers.  There are thirteen social workers including ten direct hires and three contract social workers across the eleven schools.  Each of the middle schools has a Counselor.  There are presently five contract-based School Psychologists.  With over 3,023 students the ratio of social workers to students is 1 social worker for every 233 students.  The ratio of students to counselors is 1 to 1,008  and the ratio of students to school psychologists is 1 to 605 .  The average school counselor to student ratio is 1 to 665 in Illinois and 1 to 415 Nationally.  The average school psychologist to student ratio is 1 to 1,290 in Illinois and 1 to 1,162 Nationally.  The average school social worker to student ratio is 1 to 741 in Illinoi and 1 to 2,106 Nationally.

In the United States, nearly one in five students struggle with social-emotional-behavioral (SEB) problems (Ghandour et al., 2012). These struggles impact their ability to successfully function across settings, and most students do not receive necessary mental health support. While less than 30% of students receive necessary mental health services, when these services are provided in community-based mental health facilities families often do not stay connected to these supports (Merikangas et al., 2011). Within schools, school-based clinicians have often not been trained in evidence-based practices; this lack of ongoing mental health-based support frequently leads to increased impairments as students enter secondary settings (Santiago et al., 2014). Students with mental health disorders often have poor academic performance and are more likely to drop out of school (Anderson & Cardoza, 2016). The advent of the COVID-19 pandemic has exacerbated mental health needs across school settings. Research on prior disasters reveals short term and long-term consequences for students

especially those from underrepresented groups (Weist et al., 2002). While mental health services are needed across student groups, the availability of mental health services is particularly lacking in underrepresented groups.

**Quality of the Project Personnel**

    **Project COOK** will focus on developing a collaborative partnership between the Cook County School District #130, The Midwest PBIS Network, and their local community mental health providers and other community partners. The project will serve to increase the capacity of staff from all organizations in supporting social-emotional-behavioral (SEB) mental health supports within schools and districts by deepening the multi-tiered systems of support within Cook County School District #130 by installing The Interconnected Systems Framework (ISF). In addition, the development of a robust system of support for staff and students will support both recruitment and retention efforts of school based mental health service providers. School based staff leaving the profession often cite a lack of ongoing support as a main component of their choice to leave. (Podolsky, et. al. 2016). Providing a supportive system such as ISF will strengthen retention efforts currently implemented in both LEAs which include mentoring and tuition reimbursement. Staff involved in pipeline programs to develop internal candidates will witness first-hand the supportive environment that ISF provides.

    The Midwest PBIS Network (MWPBIS) is a national research, grant, and direct-funded organization. MWPBIS' primary charge is to function as a hub of the Center on PBIS, a national technical assistance partnership funded by the U.S. Department of Education. Illinois is one of eight states assigned to MWPBIS through the Center to support statewide scale up of PBIS. MWPBIS staff have extensive expertise in identifying training needs of educators, designing

5

AR000549

training programs aligned to identified needs and implementing said activities while gathering ongoing feedback from participants and iterating on training to meet the needs of participants.

The Midwest PBIS Network is also widely recognized for its research involvement. In addition to the eight states supported through the Center, the team of national content experts have been sought out to support training and technical assistance by other state departments of education who have received Project AWARE grants, such as New Hampshire, Vermont, and Kentucky. The Midwest PBIS Network has been involved in research across the country, studying the effectiveness of PBIS and ISF on school systems and outcomes. This includes randomized control trial research on the effectiveness of MTSS-B, effectiveness of ISF, implementation of restorative practices within PBIS, and impact of PBIS/ISF on vulnerable populations who are disproportionately represented in restrictive discipline practices.

Staff Positions for the project- Additional information will be outlined within budget narratives, biographical sketches, and position descriptions.

The Cook County #130 District Leadership Team will assist in the installation of Interconnected Systems Framework at the District Level, and will support training, technical assistance in partnership with **Project COOK** staff and district and school teams; will also participate as needed in coordination level meetings and calls with project, district, and school staff leaders to review progress. The District Leadership team is comprised of the Assistant Superintendent of Curriculum and Instruction, the Director of Learning and Accountability and the Director of Pupil Personnel Services. The additional nine school psychologists, ten school social workers and seven counselors at Cook County School District #130 will work closely with project staff, partner organizations, district and school sites on the successful

6

AR000550

development and implementation. Cook County School District #130 worked to use existing IEP data, as well as student behavioral data and mental health needs across the LEA to identify positions that would support the ongoing work to implement ISF across the setting.

Each member of the District Leadership team has over 20 years of tenure in public education. All have served at the building level as practitioners and administrators and presently serve in District Leadership roles. In addition to the high quality of the leadership of the project, Cook County School District #130, and Midwest PBIS Network leadership are committed to encouraging applications for employment from persons who are members of underrepresented groups as well as those from within their catchment areas.

Staff at Midwest PBIS Network will coordinate leadership and guidance of content development, development of training materials and progress-monitoring tools, and of the delivery of training, technical assistance, and evaluation support. Specific attention will be given to updating the content with the most current research on 1) implementation science, 2) Multi-tiered Systems of Support, 3) interconnecting systems between school and community structures, and 4) alignment of related initiatives.

**Quality of the Project Design and Services**

      **Project COOK** is guided by a logic model. The ultimate goal of **Project COOK** is to install and refine the ISF while supporting the recruitment of additional school based mental health service providers to support the installation. The logic model includes activities such as training and technical assistance for implementation and sustainability planning, and the addition of personnel and materials to support the installation of an Integrated Tiered Framework. The recipients of services provided include vested partners. The logic model

7

AR000551

includes leading/short term outcomes and more lagging/long term outcomes. The logic model and strategic plan of the organization led to the development of additional goals, objectives and outcomes.

The project focuses on implementing an integrated system as the research-based framework that leads to improved outcomes for staff and students and serves as one component of an overall recruitment and retention strategy. When services are delivered through a fragmented delivery system, siloes create barriers to providing support to adults within the system as well as services to students. This leads to a hard to navigate process where services are hard to access let alone sustain. Within schools, those providing direct services to children and students, including teachers, counselors, school psychologists, and social workers, are often siloed and work in relative isolation from one another (Adelman & Taylor, 2021b) affecting all children and students, including those with disabilities (Skaar et al., 2020).

AR000552

**Figure 1. Logic Model**



## Goals, Objectives and Outcomes

- **Table 1.** *Project Goals, Objectives, Outcomes*

| *Project Goals, Objectives, Outcomes* | |
|---|---|
| **Goal 1** | *1.  Increase the number of school based mental health service providers within the LEA.* |
| **OBJECTIVES** | **OUTCOMES** |
| District increases school based mental health providers. | Cook County School District #130 *increase school based mental health service providers by 26  FTE (9 School Psychologists, 10 Social Workers, and 7 Counselors)* |

9

| | |
|---|---|
| **GOAL 2** | *2. Implement the ISF with Fidelity as measured by the Interconnected Systems Framework Implementation Inventory (ISF-II, the Tiered Fidelity Inventory (TFI) and Self-Assessment Survey (SAS).* |

| **OBJECTIVES** | **OUTCOMES** |
|---|---|
| **Year 1** - ISF teams using perception, outcome and fidelity data design year one action plan to implement the ISF and embed equity practices. Identified internal and external coaches receive TA, PD, and coaching to build fluency and capacity to support school efforts. | **Year 1** - Schools complete baseline assessment and establish year 2 goals as measured by TFI, ISF II and SAS. |
| **Year 2** - Schools are monitored and supported with ongoing TA, PD and coaching in Fidelity Implementation of the ISF with embedded equity practices. | **Year 2** - Schools achieve 50-70% annual rating of fidelity as measured by the ISF-II, TFI and SAS. |
| **Years 3-5 Schools** - monitored and supported in Fidelity Implementation of the ISF at Tiers 1, 2 & 3. | **Years 3-5 Schools** - achieve 70% annual rating of fidelity as measured by the ISF-II, TFI and SAS. |
| **GOAL 3** | *3. Improve perception of school safety, climate and culture for students, staff and families.* |

10

AR000554

| OBJECTIVES | OUTCOMES |
|---|---|
| 3.1 Schools will have overall improvements in teacher perception data as measured by 5 Essentials (or similar climate measure).<br><br>3.2 Schools will have overall improvements in student perception data as measured by 5 Essentials (or similar climate measure).<br><br>3.3 Schools will have overall improvements in parent perception data as measured by 5 Essentials (or similar climate measure). | By 2027, all schools will be identified as Organized for improvement by 5 Essentials (or similar climate measure) |

| GOAL 4 | 4. Increase school connectedness metrics for students, staff and parents. |
|---|---|

| OBJECTIVES | OUTCOMES |
|---|---|
| 4.1 Schools will have overall improvements in student connectedness as measured by the Feedback and Input Survey.<br><br>4.2 Schools will have overall improvements in parent engagement as measured by the Feedback and Input Survey. | 3.1 Increase the number of students who report attachment to school by 30% by 2027.<br><br>3.2 Increase the number of parents that report engagement with the school by 30% by 2027. |

| GOAL 5 | 5. Improve student social emotional behavioral outcomes. |
|---|---|

PR/Award # S184H220052<br>Page e26

AR000555

| OBJECTIVES | OUTCOMES |
|---|---|
| 5.1 Decrease the proportion of students with office discipline referrals.<br><br>5.2 Decrease the number of students with Out of School Suspensions. | 4.1 Decrease the proportion of students with office discipline referrals by 30% by 2027.<br><br>4.2 Decrease the number of students with Out of School Suspensions by 30% by 2027. |

| GOAL 6 | *6. Decrease disproportionality of exclusionary discipline practices as measured by Office Discipline Referrals, In-School and Out of School Suspension.* |
|---|---|

| OBJECTIVES | OUTCOMES |
|---|---|
| 6.1 Decreased disproportionality in exclusionary discipline practices including office discipline referrals and Out of School Suspensions. | 6.1 Decrease sub-group disproportionality in office discipline referrals and suspensions by 50% by 2027. |

| GOAL 7 | *7. Improved student academic outcomes.* |
|---|---|

| OBJECTIVES | OUTCOMES |
|---|---|
| 7.1 Students will decrease failure rates for core academic courses.<br><br>7.2 Increase Academic Progress. | 7.1 Decrease failure rate of core academic courses by 40% by 2027.<br><br>7.2 Increase the percentage of Elementary and Middle School Students at meets and exceeds in Language Arts and Mathematics by 25% by 2027 as measured by appropriate state testing measure. |

12

AR000556

**Proposed Implementation Approach**

Although Positive Behavioral Interventions & Support (PBIS) has its roots in behavior and implementation science, within the last decade, leaders in the field have innovated to expand the logic of PBIS. Recognizing the unmet mental health needs of students, it became clear that only focusing on acting out problem behavior meant the possibility of missing an underserved group of students. As referenced, the prevalence of anxiety, depression, and the impact of trauma mirrors that of common physical health concerns for young people (asthma, diabetes, obesity). Although these issues can manifest as acting out behavior, they can also show up as students being withdrawn, absent, with frequent visits to the nurse or school counselor (Weist et al, 2018). Therefore, it has been recognized that educators and other partners should begin to pay attention to any time a student leaves the instructional environment and work to eliminate any non-academic barriers to achievement.

School mental health (SMH) is defined as providing a full continuum of mental health promotion programs and services in schools. This framework includes enhancing environments, broadly training and promoting social-emotional-behavioral (SEB) learning and life skills, preventing social-emotional-behavioral (SEB) problems, identifying and intervening in these problems early on, and providing intervention for established problems. SMH services should be available to all students including students with or at risk of disabilities. Given the significant gaps identified by research in the field, SMH services are especially important for Black, Indigenous, (and) People of Color (BIPOC) youth. These support services should be developed with youth, their families, as well as school and community partners (Weist & Murray, 2007). This expanded model of SMH moves beyond the constraints of the traditional school-based mental health model where too few students are

13

AR000557

served based on limiting factors (Weist, 1997). Improved understanding of more substantial school-based supports has led to increasing partnership between community mental health staff and school-based staff and educators to move to the expanded model of SMH. This is evidenced by a national sample of 1,064 school districts, around one half of which reported contractual agreements with community-based agencies to integrate services (Foster et al., 2005).

Since 2009, leaders from federally funded national centers for SMH and for PBIS have been working collaboratively to establish a framework inclusive of the experiences and knowledge of both centers. This work began in response to research which indicated that while both systems have positive impact on student outcomes, there are limitations within each that can be addressed through an aligned approach.

**Project COOK** will support installation of The Interconnected Systems Framework (ISF). ISF is a structure and process that maximizes effectiveness and efficiency by blending the strengths of school and community mental health into the core features of the multi-tiered, evidence-based framework of Positive Behavioral Interventions and Supports (PBIS). Systemic outcomes include: aligning and leveraging related SEB and mental health initiatives through one system; active participation of family and youth; and integrating community and school partners into a blended set of teams for selecting and progress-monitoring interventions, data-based decision making, universal screening, and coaching.

The ISF approach emphasizes prevention, universal interventions, early identification, and targeted and intensive interventions with coordinated service delivery to support the SEB

AR000558

needs of middle school students. Family and community partner (e.g., community mental health) involvement is critical to this framework.

The Interconnected Systems Framework (ISF) key messages include:

- Implement with an MTSS Framework
- Utilize a Single System of Delivery
- Promote Mental Health for All
- Move Beyond Access: Mental Health Interventions with Specific Outcomes

The ISF was completely defined within a monograph distributed nationally (Barrett et al., 2013) by the Center on PBIS. The ISF is currently being implemented in more than 30 sites around the nation, with technical assistance provided by regional hubs of the Center on PBIS. A recently completed randomized controlled trial (RCT) in 24 elementary schools tested the impact of the ISF as compared to PBIS alone, or PBIS with SMH clinicians, operating separately, which is the norm (Splett et al., 2014). Ongoing research supports an integrated evidence-based approach to school-based mental health interventions within a multi-tiered system of support.

The focus of **Project COOK will** be to develop collaborative partnerships within Cook County School District #130's catchment area.  Cook County School District #130  will partner with community mental health providers as well as additional community partners, and governmental agencies.   The project will serve to increase the capacity of staff from all organizations in supporting social-emotional-behavioral (SEB) mental health supports within schools and districts by deepening the multi-tiered systems of support within Cook County School District #130 by installing The Interconnected Systems Framework (ISF).  The

15

AR000559

installation of ISF within Cook County School District #130 can be used as a demonstration site for other Illinois districts and regions, allowing others to learn from the project and replicate the work in other districts.

The ISF is an iterative process that enhances the core features of PBIS (e.g., teaming, universal screening, data-based decision making, implementing evidence-based practices, coaching, and professional development).   In consultation with identified partners, initial needs assessments will identify current levels of implementation related to PBIS, SMH, and other related SEB initiatives (e.g., trauma-informed care, restorative practices, social-emotional learning) and identify service gaps and the extent of the need within the catchment area.  The initial needs assessment will lead to planning with collaborative teams. Within schools, community partners, families, and leaders will build a single set of teams to improve SEB outcomes for all students, especially those at risk or in need of mental health interventions. Using the logic of implementation science, **Project COOK** will provide the training and technical assistance needed to move schools from exploration through implementation. Although the steps are not always linear, the following paragraphs describe the proposed process within the project.

For schools to successfully implement the ISF, district and community mental health partners who have authority to make decisions will be needed (Eber, 2020). This is best done through the formation or expansion of a district and community leadership team (DCLT). The interagency team includes families and other Vested Parties to provide perceptions and perspectives of how to best meet the needs of every student. Leaders, such as a superintendent or designee, and an executive director of a mental health agency, or designee,

16

AR000560

will have the authority to decide how people within the schools spend their time, how funding is allocated, and what if any policies need to change.

Using a District Installation Guide (https://www.k12.wa.us/sites/default/files/public/ossi/k12supports/guidancecounseling/pubdocs/ISF%20District%20Leadership%20Installation%20Guide%20for%20MV2%20Final.pdf) With supporting tools and resources, the project staff will work with the DCLT to support a capacity building model for sustainability. Although the steps of implementation are not linear, the interagency leadership team will work together to (1) establish or enhance their current teaming structures; (2) assess their current status of PBIS and SMH implementation within the school(s) identified for the project; (3) reach consensus on their mission, vision, and goals of their shared work; (4) establish routines and procedures for the enhanced multi-tiered system of SEB support; and (5) develop an action plan to support the efforts of the school interagency team.

The DCLT will identify a coach from the school district and a coach from the mental health partner agency to support the interagency school team(s). These coaches will be supported by the project staff to build their confidence and competence in supporting the implementation of the ISF. **Project COOK** intends to build the capacity of all staff, families, and community partners. This includes professional development on mental health literacy, ensuring all staff and families know what interventions are available across the continuum and how to nominate a student they have concerns about, and building a shared understanding of SEB challenges to reduce stigma and establish an approach that builds a culture of wellness for all. As part of the ISF installation, school-based student suicide awareness and prevention training policies will be developed and implemented.

Further, as implementation begins within the identified schools, bi-directional communication will occur with support from the coaches to the DCLT to address any perceived barriers. If there are matters that the DCLT alone cannot address, the project staff will work with the leadership team to seek guidance from identified partners at the regional and state level. Within the identified schools, the project staff will use the School Installation Guide (https://www.pbis.org/resource/interconnecting-school-mental-health-and-pbis-volume-2) to provide training and technical assistance to the integrated school teams.  Like with the efforts at the district level, the steps are not linear. Teams will be guided to (1) assess their current teaming structures and establish or enhance their interagency teaming; (2) assess their current systems, data, and practices across their multi-tiered system of support for SEB; (3) establish their routines for an integrated MTSS, such as what school and community data to review; how to identify students at-risk or in need of SEB interventions; and how to select, implement, and monitor evidence-based interventions; and (4) develop an integrated action plan.

**Project COOK** staff will work with coaches and leaders to provide iterative training and coaching. We have training materials and a manual that has been developed and used in other projects while studying and developing the ISF. Because local context is important, we will work with the DCLT and stakeholders to ensure the materials are relevant and reflective of the local culture. Further, based on experience in supporting PBIS, SMH, and early iterations of the ISF, our team of experts know that a high frequency of technical assistance during the early years of this project is more likely to build capacity, sustainability, and improved outcomes for students.

18

AR000562

Throughout the project and based on data over time, our team will provide professional development on topics such as: how to authentically partner with and engage families in a collaborative effort; how to address the changing roles of clinicians both employed by the school district and partnering mental health agencies; mental health literacy and teacher referral systems for student SEB concerns; how to select and implement a universal screening measure for SEB; in addition to the training topics mentioned above. The initial training is aligned to the ISF Implementation Inventory.

The Timeline document in **Table 2.** offers an overview of the timeline related to Training and Technical Assistance by year as well as dissemination goals and activities. **Project COOK** staff will provide yearly professional development and support to fully install the ISF in the selected school(s). **Project COOK** staff will align data and input from schools to specify training and TA related to climate needs, such as equity, zero-tolerance discipline, family engagement, and other areas of need.

The ISF Support Plan has been identified in **Table 2**. This outlines the ongoing Training and Technical Assistance. Feedback from each training and technical assistance iteration will be measured using feedback instruments which are reviewed in the Data Collection and Performance Section. **Project COOK** staff will implement the plan using materials developed during previous research and demonstration work.

**Table 2. ISF Support Plan**

| Training and Technical Assistance Activities | Duration and Format | Year |
|---|---|---|
| Start Up Activities | First Three Months | 1 |

PR/Award # S184H220052
Page e34

AR000563

| | | |
|---|---|---|
| Confirm agreements between partners, schedule district professional development, schedule coaching and technical assistance meetings, address readiness and needs assessment. Promote positions using HR recruitment strategies and community partnerships | | |
| Training for district, community leaders and coaches: overview of the ISF, assess current status, develop shared understanding, develop initial action plan | Use of Chapter 4 of the ISF monograph and the Installation Guide with supporting tools and resources | 1 |
| Training for school teams and coaches: Overview, assess current status with resource mapping and review of data, examining teaming structures, establish MTSS routines and procedures, develop initial action plan | Use of Chapter 5 of the ISF monograph, the Installation Guide with supporting tools and resources; and the ISF training manual | 1 |
| Technical assistance virtual meetings with coaches | Weekly | 1 |
| | | |

AR000564

| | | |
|---|---|---|
| Virtual training for school team and coaches: topics TBD based on need (family engagement, changing role of clinician, using data for decision making, Team Initiated Problem Solving, Suicide Prevention, etc.) | Monthly | 1 |
| Technical assistance to complete assessments: ISF-Implementation Inventory (ISF-II); Tiered Fidelity Inventory (TFI-FSC) for Families Monitor staff and retention of school based mental health service providers. | Fall and spring of the school year | 1 |
| School learning walks and baseline assessment | Fall and spring of the school year | 1 |
| Virtual training for school team and coaches: topics TBD based on need | Monthly | 2-5 |
| Technical assistance to complete spring assessments ISF-II, TFI-FSC for Families | Spring | 2-5 |

PR/Award # S184H220052
Page e36

AR000565

| | | |
|---|---|---|
| School learning walks | 1 day per school in person | 2-5 |
| Technical assistance for action planning. Monitor staff recruitment and retention of school based mental health services providers. Gathering feedback from ongoing coaching and technical assistance to continually support staff. | Ongoing | 2-5 |

**Management Plan and Adequacy of Resources**

***Dissemination Plan* (Ongoing throughout the Grant Cycle)**

Our dissemination plan is designed to utilize this project to support continued learning and scalability across the state. Our activities are structured around two main goals:

1. Impact *educational practice* via the dissemination of project findings to Interested Parties (e.g., parents), local and state educational leaders, and TA centers with the capacity to influence operations within authentic education settings.

2. Develop *resources* to support the adoption, use, and sustained implementation of the ISF to successfully address school mental health outcomes within  schools (e.g., professional development materials, assessment measures, toolkits).

Dissemination Activities

PR/Award # S184H220052
Page e37

AR000566

**Goal 1 – Educational Practice.** We will create one-page infographics and short videos that demonstrate the outcomes of our work to impact practice at the local, state, and national level. This includes sharing project outcomes via our social media platforms (e.g., Twitter, Facebook). We will also present our findings at professional conferences that target educators and practitioners, such as the Collaborative for Academic, Social, and Emotional Learning (CASEL) Exchange and the Positive Behavioral Interventions and Supports Leadership Forum. We will provide open access to the school mental health model, all study tools, and related resources by hosting them on a project website and alert the public to the availability of these materials through social media and conferences. These websites and organizations are often accessed by state and district policymakers and consultants, educators, school mental health professionals, and families.

**Goal 2 – Resources.** Our team will create resources to promote use of the ISF. We will develop an *implementation manual and checklist* for decision makers within a school (e.g., administrators, school mental health professionals). This document will include guidelines on implementation, assessment, and sustainability of the model. Second, we will develop an *online platform* for professional development tools that will be open access to be used by teachers, school mental health professionals, and administrators. This will include access to the implementation manual and checklist, as well as professional development videos, tools, and resources.

**Project COOK's** established training opportunities explicitly develop the capacity of school teams and coaches/trainers to provide on-going professional learning within their school. Beginning with the initial assessments, the training and TA examples throughout will incorporate ongoing assessment of current context, development of skills and competencies,

and support strategic planning and measurement of benchmarks and outcomes. By supporting schools in developing representative teams which include school-based staff, community partners, parents and other stakeholders' engagement and participation is actively sought. In addition to supporting the development and ongoing work of the school-based teams, structured activities are developed as part of the action planning process to continuously gain the perspectives of parents, teachers, students, school and community-based staff, and other stakeholders.

Based on previous work in the field related to installation of ISF, Internal Evaluation data will be gathered to continuously inform training and technical assistance throughout the demonstration project. Cook County School District #130 and the training and technical assistance partners are committed to the project and will work together to regularly use qualitative and quantitative data to guide the ongoing improvement of products, services and processes.  The partners will work together to identify redundancy within the system, identifying practices that need to be eliminated that could fund the important work of the project after the federal funding ends, while also seeking out additional funding opportunities.  Cook County School District #130 has committed local and state funding to the project and will continue to do so in order to sustain the work.  The project lead from Cook County School District #130 will partner with the DCLT and Midwest PBIS to review data on a monthly, quarterly and yearly basis to inform implementation and long-term planning.

The proposed timeline can be found in **Table 3.**

**Table 3. Midwest PBIS Evaluation Timeline**

| *Internal Evaluation Timeline* |
|---|
|  |

| Tool | Suggested Annual Completion | Resources |
|---|---|---|
| **School Climate Survey (Student, Family, Personnel)** | | |
| **Purpose:** Provides stakeholder perception data to assist with annual action planning, internal decision-making, assessment of change over time. | September and April | http://www.pbisapps.org |
| **SWPBIS Tiered Fidelity Inventory** | | |
| **Purpose:** Helps teams identify and prioritize action planning items, provides fidelity of implementation data, and basis for recognition. Inventory available at http://www.pbisapps.org | January-March | http://www.pbisapps.org |
| **Self- Assessment Survey (SAS)** | | |
| **Purpose:** Provides staff perception data to assist with annual action planning, internal decision-making, assessment of change over time, awareness of building staff and team validation. | September and April | http://www.pbisapps.org |
| **ISF-Implementation Inventory** | | |
| **Purpose:** Provides a valid and reliable measure of the extent to which education and school mental | September and April | https://drive.google.c |

PR/Award # S184H220052
Page e40

AR000569

| | | |
|---|---|---|
| health partners are applying the core features of the ISF. | | om/file/d/1 JHzpl-Hvb TVL2DtL FjBgQoko na_OZeDJ /view |
| **School-wide Information System or similar data system (SWIS, CICO-SWIS)** | | |
| **Purpose:** Provides data on frequency of problem behaviors, locations of problems, types of problems, students involved in problem behaviors and staff making referrals to be used for designing and progress monitoring. | • Data entered regularly<br>• Team reviews data:<br>• T1: At least once per month<br>• T2: At least 2 time per month<br>• T3: Weekly, or more frequently | http://www .pbisapps.o rg |
| **Student Outcome data: Office Discipline Referrals, Attendance, Grade achievement/ proficiency, time out of class, etc. to identify the number and percentage of students being successful at Tier 1.** | | |
| **Purpose:** To allow teams to determine the impact of instruction and intervention. Teams should look at data by the entire school, and by sub-groups and | • Data entered regularly.<br>• Team reviews data: | http://www .pbis.org/s |

PR/Award # S184H220052
Page e41

AR000570

| | | |
|---|---|---|
| populations to determine equity of impact. *For example, by grade level, by IEP and non-IEP status, and by ethnicity/race.* | • T1: At least once per month <br><br> • T2: At least 2 time per month <br><br> • T3: Weekly, or more frequently | chool/equity-pbis |
| **Student Intervention Enrollment data: Number and percentage of students participating in Tier 2 and Tier 3 interventions.** | | |
| **Purpose:** To allow teams to determine the proportion of students participating in T2 and T3 interventions. Teams should look at proportion in relation to the entire school population, as well as compare by sub-groups and populations to determine equity of impact. *For example, by grade level, by IEP and non-IEP status, and by ethnicity/race.* | • Data entered within 24 hours. <br><br> • Team reviews data: <br><br> • T2: At least 2 time per month <br><br> • T3: Weekly, or more frequently | http://www.pbis.org/school/equity-pbis |
| **Student Intervention Success data:** <br> **Number and percentage of students meeting goals in Tier 2 and Tier 3 interventions.** | | |

PR/Award # S184H220052
Page e42

AR000571

| | | |
|---|---|---|
| **Purpose:** To allow teams to determine the rates of success for students participating in T2 and T3 interventions. Teams should look at rates of success of the entire T2 and T3 interventions, as well as compare rates of success for sub-groups and populations to determine equity of impact. *For example, by grade level, by IEP and non-IEP status, and by ethnicity/race.* | • Data entered regularly.<br>• Team reviews data:<br>• T2: At least 2 time per month<br>• T3: Weekly, or more frequently | http://www.pbis.org/school/equity-pbis |

**Data Table 4. for Performance Measures**

| Evaluation Activity/ Data Source | Schedule | Targets |
|---|---|---|
| Competitive Priority #2 | Annually | Team will compile data on the increase of school based mental health service providers from underrepresented groups and/or from within the LEA's catchment area |
| Organizational Data | Annually | Team will compile unduplicated, cumulative number of new school-based mental health service providers hired as a result of the grant<br>Team will compile unduplicated, cumulative number of retained school-based mental health service providers as a result of the grant |

|  |  | Team will compile the attrition rate of school-based mental health service providers of each LEA participating in the grant<br><br>Team will compile the ratio of students to school-based mental health service providers in each LEA participating in the grant |
| --- | --- | --- |
| Individual Data | Quarterly | Team will compile<br><br># of individuals screened for MH and/or interventions<br><br># of individuals referred mental health or related services<br><br># of individuals receiving services after referral<br><br># of individuals with demonstrated improvement based on implementation of grant activities. |

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1239-Resumes.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**AR000574**

There was a problem attaching a file(s).

The attached file can be viewed as an individual
component using Application Log menu option.

AR000575



10/31/2022

Dr. Colleen McKay

12300 Greenwood Ave

Blue Island, IL 60406

Dear Dr. McKay,

 I am very pleased to write this letter confirming the commitment of the Midwest PBIS Network, as the training and technical assistance partner in **Project COOK**.

 This collaboration offers numerous opportunities for the Midwest PBIS Network to support North Chicago's efforts of implementing Positive Behavior Interventions and Supports and School Mental Health into an Interconnected Systems Framework, with emphasis on the efficient delivery of a full continuum of evidence-based mental health and educational services in least restrictive settings.  The Midwest PBIS Network understands the critical importance of the overall goal of this project: to demonstrate how an interconnected multi-tiered system of support can improve family-school-community partnerships and, has the potential for expediting positive school outcomes for all students, including those from underrepresented groups and those with or at-risk of disabilities.

We welcome the opportunity to participate in this proposal and offer full commitment to the success of the program.  If there is any additional information that you may require from us at this time, please let us know. We look forward to working with Cook County #130, if this proposal is funded.

Sincerely,

Brian C Meyer
Midwest PBIS Co-Director

AR000576

# References

Achenbach, T. M., & Rescorla, L. A. (2001). *Manual for the ASEBA School-Age Forms & Profiles*. University of Vermont, Research Center for Children, Youth, & Families.

Adelman, H., & Taylor, L. (2021b). New directions for school counselors, psychologists, & social workers. University of California at Los Angeles: The Center for Mental Health in Schools & Student/Learning Supports. http://smhp.psych.ucla.edu/pdfdocs/report/framingnewdir.pdf

Algozzine, R. F., Barrett, S., Eber, L., George, H., Horner, R. H., Lewis, T. J., Putnam, B., Swain-Bradway, J., McIntosh, K., & Sugai, G. (2014). *Schoolwide PBIS tiered fidelity inventory*. OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports. https://www.pbis.org/resource/tfi

Anderson, Meg, and Kavitha Cardoza. "Mental Health In Schools: A Hidden Crisis Affecting Millions Of Students." *NPR*. NPR, 31 Aug. 2016. Web. 26 Mar. 2017.

Barrett, S., Eber, L., & Weist, M.D. (2013). Advancing education effectiveness: An interconnected systems framework for Positive Behavioral Interventions and Supports (PBIS) and school mental health. Center for Positive Behavioral Interventions and Supports (funded by the Office of Special Education Programs, U.S. Department of Education). Eugene, Oregon, University of Oregon Press.

Bear, G. G., Gaskins, C., Blank, J., & Chen, F. F. (2011). Delaware School Climate Survey—Student: Its factor structure, concurrent validity, and reliability. *Journal of School Psychology*, *49*(2), 157–174. https://doi.org/10.1016/j.jsp.2011.01.001

AR000577

Bear, G. G., Yang, C., Pell, M., & Gaskins, C. (2014). Validation of a brief measure of teachers'

perceptions of school climate: Relations to student achievement and suspensions.

*Learning Environments Research*, *17*, 339-354.

https://doi.org/10.1007/s10984-014-9162-1

Belfield, C. R., & Levin, H. M. (2013). Guiding the development and use of cost-effectiveness

analysis in education. Center for Benefit-Cost Studies of Education. Columbia

University.

https://static1.squarespace.com/static/583b86882e69cfc61c6c26dc/t/58cfd4123e00be566

2d26dc3/1490015251051/Guiding-the-Development-And-Use-of-Cost-effectiveness-An

alysis-in-Education.pdf

Bradshaw, C., Koth, C., Bevans, K., Ialongo, N., & Leaf, P. (2008). The impact of school-wide

positive behavioral interventions and supports (PBIS) on the organizational health of

elementary schools. *School Psychology Quarterly*, *23*(4), 462–473.

https://doi.org/10.1037/a0012883

Brantlinger, E., Jimenez, R., Klingner, J., Pugach, M., & Richardson, V. (2005). Qualitative

studies in special education. *Exceptional Children, 71*(2), 195–207.

https://doi.org/10.1177/001440290507100205

Braun, V., & Clarke, V. (2006). Using thematic analysis in psychology. *Qualitative Research in

Psychology*, *3*(2), 77-101. https://doi.org/10.1191/1478088706qp063oa

Briesch, A. M., Chafouleas, S. M., Neugebauer, S. R., & Riley-Tillman, T. C. (2013). Assessing

influences on intervention implementation: Revision of the Usage Rating

Profile-Intervention. *Journal of School Psychology, 51*(1), 81-96.

https://doi.org/10.1016/j.jsp.2012.08.006

AR000578

Carr, E. G., Dunlap, G., Horner, R. H., Koegel, R. L., Turnbull, A. P., & Sailor, W. (2002).
    Positive behavior support: Evolution of an applied science. *Journal of Positive Behavior
    Interventions*, **4**, 4– 16.

Cavanagh, S. (1997). Content analysis: concepts, methods and applications. *Nurse Researcher*,
    *4*(3), 5-16. https://doi.org/10.7748/nr.4.3.5.s2

Czeisler, M. E., Lane, R. I., Petrosky, E., Wiley, J. F., Christensen, A., Njai, R., Weaver, M. D.,
    Robbins, R., Facer-Childs, E. R., Barger, L. K., Czeisler, C. A., Howard, M. E., &
    Rajaratnam, A. M. W. (2020). Mental health, substance use, and suicidal ideation during
    the COVID-19 pandemic. MMWR Morbidity and Mortality Weekly Report 69,
    1049–1057. http://dx.doi.org/10.15585/mmwr.mm6932a1

Conduct Problems Prevention Research Group. (1991). *Parent and teacher involvement
    measure–teacher*. http://www.fasttrackproject.org

Creswell, J. W. (2013). *Qualitative inquiry and research design: Choosing among five traditions*
    (3rd ed.). Sage Publications.

Department of Education. (2021). Education in a Pandemic: The Disparate Impacts of
    COVID-19 on America's Students. Office for Civil Rights.
    https://www2.ed.gov/about/offices/list/ocr/docs/20210608-impacts-of-covid19.pdf

Dick, W., & Carey, L. (1996). *The systematic design of instruction* (4th ed.). Harper.

Dishion, T. J., & Patterson, G. R. (2016). The development and ecology of antisocial behavior:
    Linking etiology, prevention, and treatment. In D. Cicchetti (Ed.), *Developmental
    psychopathology: Maladaptation and psychopathology* (Vol. 3, 3rd ed., pp. 647–678).
    John Wiley & Sons, Inc.

AR000579

Donaldson, G. A. (2006). *Cultivating Leadership in Schools: Connecting People, Purpose and Practice.* Teachers College Press

Doubilet, P., Begg, C. B., Weinstein, M. C., Braun, P., & McNeil, B. J. (1985). Probabilistic sensitivity analysis using Monte Carlo simulation: a practical approach. *Medical decision making*, *5*(2), 157-177. https://doi.org/10.1177/0279289X8500500205

Eber, L., Barrett, S., Scheel, N., Flammini, A., & Pohlman, K. (2020). Integrating a trauma-informed approach within a PBIS framework. Washington, DC: National Center on Positive Behavioral Interventions and Supports (PBIS Center).

Eber, L., Sugai, G., Smith, C., Scott, T. (2002). Wraparound and Positive Behavioral Interventions and Supports in the Schools. *Journal of Emotional and Behavioral Disorders*, 10(3), 171-180.

Elmore, R. F. (2004). *School Reform from the Inside Out: Policy, Practice, and Performance.* Harvard Education Press.

Foster, S., Rollefson, M., Doksum, T., Noonan, D., Robinson, G., Teich, J. (2005). School mental health services in the United States, 2002-2003. DHHS Pub. No. (SMA) 05-4068. Rockville, MD: Center for Mental Health Services, Substance Abuse and Mental Health Services Administration.

Garbacz, S. A. (2019). Enhancing family engagement in schoolwide positive behavioral interventions and supports. *Intervention in School and Clinic*, *54*(4), 195–203. https://doi.org/10.1177/1053451218782428

Garbacz, A., Minch, D., Cook, S., McIntosh, K., Weist, M., & Eagle, J. (2019). *Tiered fidelity inventory: Family-school collaboration.* Family-School-Community Alliance and OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports.

AR000580

Garbacz, S. A., Stormshak, E. A., McIntyre, L. L., & Kosty, D. (2019). Examining
family-school engagement in a randomized controlled trial of the family check-up.
*School Psychology, 34*(4)*,* 433–443. https://doi.org/10.1037/spq0000284

Garbacz, S. A., Zerr, A. A., Dishion, T. J., Seeley, J. R., & Stormshak, E. A. (2018). Parent
involvement in middle school: Longitudinal influences on student outcomes. *Journal of
Early Adolescence, 38,* 629 –660.

Gold, Y. (1984). The factorial validity of the Maslach Burnout Inventory in a sample of
California elementary and junior high school classroom teachers. *Educational and
Psychological Measurement*, *44*(4), 1009-1016.
https://doi.org/10.1177/0013164484444024

Gregory, A., & Weinstein, R. S. (2008). The discipline gap and African Americans: Defiance or
cooperation in the high school classroom. *Journal of School Psychology*, *46*(4), 455-475.

Handley, M. A., Lyles, C. R., McCulloch, C., & Cattamanchi, A. (2018). Selecting and
improving quasi-experimental designs in effectiveness and implementation research.
*Annual Review of Public Health, 39,* 5-25.
https://doi.org/10.1146/annurev-publhealth-040617-014128

Herman, K. C., Hickmon-Rosa, J. E., & Reinke, W. M. (2018). Empirically derived profiles of
teacher stress, burnout, self-efficacy, and coping and associated student outcomes.
*Journal of Positive Behavior Interventions, 20*(2), 90-100.
https://doi.org/10.1177/1098300717732066

Holmes, S. R., Reinke, W. M., Herman, K. C., & David, K. (2021). An examination of teacher
engagement in intervention training and sustained intervention implementation. *School
Mental Health*. Advance online publication. https://doi.org/10.1007/s12310-021-09457-3

AR000581

Horne, Stephen. (1992). Organisation and Change within Educational Systems: Some
Implications of a Loose-coupling Model. *Educational Management Administration &
Leadership.* 20. 88-98.

Horner, R. H., Sugai, G., Anderson, C. M. (2010). Examining the evidence base for school-wide
positive behavior support. *Focus on Exceptional Children, 42*(8), 1–14.

Horner R. H, Sugai G, Smolkowski K, Eber L, Nakasato J, Todd A, Esperanza J. A randomized,
waitlist-controlled effectiveness trial assessing school-wide positive behavior support in
elementary schools. *Journal of Positive Behavior Interventions.* 2009;11(3):133–144.

Horner, R., Sugai, G., & Lewis, T. (2015). Is school-wide positive behavior support and
evidence-based practice. *Retrieved from* http://www.pbis.org/research

Hoy, W., & Feldman, J. (1987). Organizational health: The concept and its measure. Journal of
Research and Development in Education, 20(4), 30–38.

Hoy, W. K., Miskel, C. G. (1996). Education administration: Theory, research, and practice (5th
ed.). McGraw-Hill.

Institute of Education Sciences (2020). *Cost analysis: A toolkit* (IES 2020-001). U.S. Department
of Education: Institute of Education Sciences.
https://ies.ed.gov/seer/pdf/IES_Cost_Analysis_Starter_Kit_V1.pdf

Irvin, et al. (2004). Validity of office discipline referral measures as indices of school-wide
behavioral status and effects of school-wide interventions, *Journal of Positive Behavior
Interventions, 6*(3), 131-147.

Irvin, et al. (2006). Using office discipline referral data for decision making about student
behavior in elementary and middle schools: An empirical evaluation of validity, *Journal
of Positive Behavior Interventions, 8*(10), 10-23.

AR000582

Ishimaru, A. M., & Lott, J. (2015). *User's Guide for Road Map Family Engagement Survey*. University of Washington.

Iwanicki, E.F., & Schwab, R.L. (1981). A cross validation study of the Maslach Burnout Inventory. *Educational and Psychological Measurement, 41*(4), 1167-1174. https://doi.org/10.1177/001316448104100425

January, S. A. A., & Ardoin, S. P. (2015). Technical adequacy and acceptability of curriculum-based measurement and the measures of academic progress. *Assessment for Effective Intervention, 41*(1), 3-15. https://doi.org/10.1177/1534508415579095

Kilgus, S. P., Chafouleas, S. M., & Riley-Tillman, T. C. (2013). Development and initial validation of the Social and Academic Behavior Risk Screener for elementary grades. School Psychology Quarterly, 28(3), 210-226. https://doi.org/10.1037/spq0000024

Kilgus, S. P., Eklund, K., von der Embse, N. P., Taylor, C. N., & Sims, W. A. (2016). Psychometric defensibility of the Social, Academic, and Emotional Behavior Risk Screener (SAEBRS) Teacher Rating Scale and multiple gating procedure within elementary and middle school samples. Journal of School Psychology, 58, 21-39. https://doi.org/10.1016/j.jsp.2016.07.001

Kilgus, S. P., Eklund, K., von der Embse, N. P., Weist, M., Barber, A. J., Kaul, M., & Dodge, S. (2020). Structural Validity and Reliability of Social, Academic, and Emotional Behavior Risk Screener–Student Rating Scale Scores: A Replication Study. Assessment for Effective Intervention. Advance online publication. https://doi.org/10.1177/1534508420909527

Kini, T., & Podolsky, A. *Does Teaching Experience Increase Teacher Effectiveness? A Review of the Research* (Palo Alto: Learning Policy Institute, 2016).

AR000583

Langley, A. K., Nadeem, E., Kataoka, S. H., Stein, B. D., & Jaycox, L. H. (2010).
Evidence-Based mental health programs in schools: Barriers and facilitators of successful
implementation. *School Mental Health*, *2*(3), 105–113.

Larsen, D. L., Attkisson, C. C., Hargreaves, W. A., & Nguyen, T. D. (1979). Assessment of
client/patient satisfaction: Development of a general scale. *Evaluation and Program
Planning, 2*(3), 197-207. https://doi.org/10.1016/0149-7189(79)90094-6

Leeb, R. T., Bitsko, R. H., Radhakrishnan, L., Martinez, P., Njai, R., & Holland, K. M. (2020).
Mental health–related emergency department visits among children aged <18 years
during the COVID-19 pandemic — United States, January 1–October 17, 2020.
Morbidity and Mortality Weekly Report, 69(45), 1675–1680.
https://www.cdc.gov/mmwr/volumes/69/wr/mm6945a3.htm

Leverson, M., Smith, K., McIntosh, K., Rose, J., & Pinkelman, S. (2016). PBIS Cultural
Responsiveness Field Guide: Resources for Trainers and Coaches.

Levin, H. M., McEwan, P. J., Belfield, C., Bowden, A. B., & Shand, R. (2018). *Economic
evaluation in education: Cost-effectiveness and benefit-cost analysis* (3rd ed.). Sage.

Lewis-Palmer, T., Sugai, G., & Larson, S. (1999). Using data to guide decisions about program
implementation and effectiveness: Overview and applied example. *Effective School
Practices, 17*(4), 47-53.

Lewis, T., & Sugai, G. (1999). Effective behavior support: A systems approach to proactive
schoolwide management, *Focus on Exceptional Children, 31*(6), 1-24.

Linden, A., and J. L. Adams. 2011. Applying a propensity-score based weighting model to
interrupted time series data: Improving causal inference in program evaluation. *Journal*

AR000584

*of Evaluation in Clinical Practice 17*(6), 1231–1238.

https://doi.org/10.1111/j.1365-2753.2010.01504.x

Little, J.W. (1993). Professional Community in Comprehensive high schools: The Two worlds of academic and vocational teachers. In J.W Little & M.W McLaughlin (Eds.), Teachers' work: Individuals, colleagues, and contexts (pp 137-163). Teachers College Press.

Lohrmann, S., Forman, S., Martin, S., & Palmieri, M. (2008). Understanding school personnel's resistance to adopting schoolwide positive behavior support at a universal level of intervention. Journal of Positive Behavior Interventions 10, 256–269.

Maslach, C., Jackson, S. E., & Leiter, M. P. (1996). The Maslach Burnout Inventory (3rd ed.). Consulting Psychologists Press.

Masten, A. S., & Cicchetti, D. (2010). Developmental cascades. *Development and Psychopathology, 22,* 491–495.

Merikangas KR, He JP, Burstein M, Swendsen J, Avenevoli S, Case B, Georgiades K, Heaton L, Swanson S, Olfson M. Service utilization for lifetime mental disorders in U.S. adolescents: results of the National Comorbidity Survey-Adolescent Supplement (NCS-A). J Am Acad Child Adolesc Psychiatry. 2011 Jan;50(1):32-45.

Meyer, J. W., & Rowan, B. (1978) The structure of educational organizations. In M. Meyer (ed.), Environments and Organizations (San Francisco: Jossey-Bass), pp. 78–110

McIntosh, K., Massar, M. M., Algozzine, R. F., George, H. P., Horner, R. H., Lewis, T. J., & Swain-Bradway, J. (2017). Technical adequacy of the SWPBIS Tiered Fidelity Inventory. *Journal of Positive Behavior Interventions, 19*(1)*, *3–13.

https://doi.org/10.1177/109830071667193

AR000585

McIntosh, K., Girvan, E. J., Horner, R. H., Smolkowski, K., & Sugai, G. (2014). Recommendations for addressing discipline disproportionality in education. *Eugene, OR: OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports*.

McLean, D., Eklund, K., Kilgus, S. P., & Burns, M. K. (2019). Influence of teacher burnout and self-efficacy on teacher-related variance in social-emotional and behavioral screening scores. School Psychology, 34(5), 503-511. https://doi.org/10.1037/spq0000304

Muscott, H. S., Mann, E. L., LeBrun, M. R. (2008). Positive behavioral interventions and supports in New Hampshire: Effects of large-scale implementation of schoolwide positive behavior support on student discipline and academic achievement. *Journal of Positive Behavior Interventions, 10,* 190–205.

National Center on Intensive Intervention (2021). *National center on intensive intervention: Behavior screening tool charts*. Washington, D.C.: U.S. Department of Education, Office of Special Education Programs. http://www.intensiveintervention.org/

National Center on Intensive Intervention (2021). *National center on intensive intervention: Academic screening tool charts*. Washington, D.C.: U.S. Department of Education, Office of Special Education Programs. http://www.intensiveintervention.org/

Nelson, C. M., Sprague, J. R., Jolivette, K., Smith, C. R., & Tobin, T. J. (2009). Positive behavior support in alternative education, community-based mental health and juvenile justice settings. In G. Sugai, R. Horner, G. Dunlap, and W. Sailor (Eds.), *Handbook of Positive behavior support* (pp. 465-496). Springer.

Newton, J. S., Horner, R. H., Algozzine, B., Todd, A. W., Algozzine, K. M. (2012). A randomized wait-list controlled analysis of team-initiated problem solving. *Journal of School Psychology, 50,* 421–441.

AR000586

Noguera, Pedro. (2003). The Trouble with Black Boys. *Urban Education, 38,* 431-459.

    Northwest Evaluation Association (2009). Technical manual for measures of academic

    progress and measures of academic progress for primary grades. Author.

Patrick, S. W., Henkhaus, L. E., Zickafoose, J. S., Lovell, K., Halvorson, A., Loch, S., Letterie,

    M., & Davis, M. M. (2020). Well-being of parents and children during the COVID19

    pandemic: A national survey. Pediatrics, 146(4), 1–8.

    https://pediatrics.aappublications.org/content/146/4/e2020016824

Rowan, B., & Miskel, C. G. (1999). Institutional theory and the study of educational

    organizations. In J. Murphy & K. S. Louis (Eds.), *Handbook of research in educational*

    *administration* (pp. 359–384). Jossey-Bass.

Rumberger, R. W., & Losen, D. J. (2016). The High Cost of Harsh Discipline and Its Disparate

    Impact. *Civil Rights Project-Proyecto Derechos Civiles*. Retrieved from

    http://www.schooldisciplinedata.org/ccrr/docs/UCLA_HighCost_6-2_948.pdf

Sadler, C. & Sugai, G. (2009). Effective Behavior and Instructional Support: A District Model

    for Early Identification and Prevention of Reading and Behavior Problems. *Journal of*

    *Positive Behavior Intervention, 11*(1), 35 – 46.

Santiago, C. D. C., & Miranda, J. (2014). Progress in improving mental health services for

    racial-ethnic minority groups: A ten-Year perspective. *Psychiatric Services*, *65*(2),

    180–185. https://doi.org/10.1176/appi.ps.201200517

Scott, T. M., & Martinek, G. (2006). Coaching positive behavior support in school settings:

    Tactics and data-based decision making. *Journal of Positive Behavior Interventions*, *8*,

    165–173

AR000587

Shepard, S., & Rivera, M. (2009). Therapist impressions of participation. [unpublished

    instrument].

Sheridan, S. M., Salmon, D., Kratochwill, T. R., & Carrington Rott, P. J. (1992). A conceptual

    model for the expansion of behavioral consultation training. *Journal of Educational and*

    *Psychological Consultation, 3*(3), 193-218.

    https://doi.org/10.1207/s1532768xjepc0303_1

Simonsen, B., Pearsall, J. J., Sugai, G. & McCurdy, B. (2011). Alternative setting-wide positive

    behavior support. *Behavioral Disorders, 36*, 213-224.

Skaar, N. R., Etscheidt, S. L., & Kraayenbrink, A. (August 2020). School-Based Mental Health

    Services for Students with Disabilities: Urgent Need, Systemic Barriers, and a Proposal.

    Exceptionality. https://doi.org/10.1080/09362835.2020.1801437

Splett, J. W., Perales, K., Al-Khatib, A. M., Raborn, A., & Weist, M. D. Preliminary

    development and evaluation of the interconnected systems framework—implementation

    inventory (ISF-II). *School Psychology, 35*(4), 255-156.

    https://www.doi.org/10.1037/spq0000369

Splett, J. W., Perales, K., Halliday-Boykins, C. A., Gilchrest, C. E., Gibson, N., & Weist, M. D.

    (2017). Best practices for teaming and collaboration in the interconnected systems

    framework. *Journal of Applied School Psychology*, *33*(4), 347–368.

Sugai, G., Horner, R. H., Dunlap, G., Hieneman, M., Lewis, T. J., Nelson, C. M., Scott, T.,

    Liaupsin, C., Sailor, W., Turnbull, A. P., Turnbull, H. R., III, Wickham, D., Reuf, M., &

    Wilcox, B. (2000). Applying positive behavioral support and functional behavioral

    assessment in schools. *Journal of Positive Behavioral Interventions, 2,* 131–143.

AR000588

Sugai, G. M., & Tindal, G. (1993). *Effective school consultation: An interactive approach.* Brooks/Cole.

Trainor, A. A., & Graue, E. (2014). Evaluating rigor in qualitative methodology and research dissemination. *Remedial and Special Education*, *35*(5), 267–274.

https://doi.org/10.1177/0741932514528100

Tschannen-Moran, M., & Hoy, A. W. (2001). Teacher efficacy: Capturing an elusive construct. *Teaching and Teacher Education, 17*(7)*, 783–805.

http://doi.org/10.1016/S0742-051X(01)00036-1

von der Embse, N. P., Pendergast, L., Kilgus, S. P., & Eklund, K. (2016). Evaluating the applied use of a mental health screener: Structural validity of the social, academic, and emotional behavior risk screener. *Psychological Assessment*, *28*(10), 1265–1275.

https://doi.org/10.1037/pas0000253

Weick, K. E. (1982) Administering education in loosely couple schools. *Phi Delta Kappan,* June, pp. 673–676.

Weist, M.D. (1997). Expanded School Mental Health Services. In: Ollendick, T.H., Prinz, R.J. (eds) Advances in Clinical Child Psychology. Advances in Clinical Child Psychology, vol 19. Springer, Boston, MA. https://doi.org/10.1007/978-1-4757-9035-1_9

Weist, M. D., Eber, L., Horner, R., Splett, J., Putnam, R., Barrett, S., Perales, K., Fairchild, A. J., & Hoover, S. (2018). Improving multitiered systems of support for students with "internalizing" emotional/behavioral problems. Journal of Positive Behavior Interventions, 20(3), 172–184.

Weist, M. D., Garbacz, S. A., Lane, K. L., & Kincaid, D. (2017). *Aligning and integrating family engagement in Positive Behavioral Interventions and Supports (PBIS): Concepts and*

AR000589

*strategies for families and schools in key contexts.* Center on Positive Behavioral

Interventions and Supports.

https://www.pbis.org/resource/aligning-and-integrating-family-engagement-in-pbis

Weist, M. D., Goldstein, J., Evans, S. W., Lever, N. A., Axelrod, J., Schreters, R., & Pruitt, D.

(2003). Funding a full continuum of mental health promotion and intervention programs

in the schools. Journal of Adolescent Health, 32, 70–78.

Weist, Mark & Murray, Michael. (2008). Advancing School Mental Health Promotion Globally.

Advances in School Mental Health Promotion. 1. 2-12.

10.1080/1754730X.2008.9715740.

Weist, M.D., Splett, J. W., Halliday, C.A., Gage, N.A., Seaman, M.A., Perkins, K.A., Perales, K.,

Miller, E., Collins, D. (2022). A Randomized Controlled Trial on the Interconnected

Systems Framework for School Mental Health and PBIS: Focus on Proximal Variables

and School Discipline. Journal of School Psychology, Forthcoming.

Weisz, J. R., Vaughn-Coaxum, R. A., Evans, S. C., Thomassin, K., Hersh, J., Ng, M. Y., Lau, N.,

Lee, E. H., Raftery-Helmer, J. N., & Mair, P. (2019). Efficient monitoring of treatment

response during youth psychotherapy: the behavior and feelings survey. *Journal of*

*Clinical Child & Adolescent Psychology*, *49*(6), 737-751.

https://doi.org/10.1080/15374416.2018.1547973

AR000590

AR000591

**Budget Narrative File(s)**

**\* Mandatory Budget Narrative Filename:** `1235-Project COOK BNF.pdf`

[ Add Mandatory Budget Narrative ]   [ Delete Mandatory Budget Narrative ]   [ View Mandatory Budget Narrative ]

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]   [ Delete Optional Budget Narrative ]   [ View Optional Budget Narrative ]

AR000592

**Cook County #130**
**Budget Narrative**
**SBMH**

**PERSONNEL ($1,560,000  for Year 1; $1,638,000  for Year 2; $1,719,900 for Year 3; $1,805,895   for Year 4; $1,896,189.75  for Year 5 )**

Social Workers (10 FTE in each year in Years 1-5) will provide differentiated services to students and their families.  Will support behavioral, social and emotional needs.  Will coordinate and support project activities/tasks and support installation of ISF framework.

School Psychologist, ( 9.0 FTE in each year, in each school, in Years1-5) will provide support for students, staff and families including supporting psychological counseling, social skills training, behavior management, decision making and problem solving skills development.  Will participate in training and technical assistance.  Will support teaming and overall implementation of ISF.

School Counselors( 7.0 FTE in each year in Years 1-5)  will provide comprehensive school counseling programming as part of ISF framework implementation.  Will work to support students, families and staff in both academic and social emotional behavioral mental health domains.  Provide assistance and support project staff.

**TOTAL PERSONNEL- $ 8,619,984.75**

**FRINGE BENEFITS ($312,000 for Year 1; $327,600 for Year 2; $343,980 for Year 3; $ 361,179 for Year 4; $379,237.95 for Year 5)**

Fringe benefit rates are based on actual costs that are computed on an annual basis from July 1st to June 30th of each year and include FICA, Medicare, retirement (TRS or IMRF), unemployment, worker's compensation, disability, vision, and life insurance. Projected rates are based on employment type and group insurance coverage chosen by the employee and have been estimated using projected rates.

**TOTAL FRINGE- $ 1,723,996.95**

**CONTRACTUAL-**

**Midwest PBIS**

**PERSONNEL ($ 54,904 for Year 1;$57,100  for Year 2;$ 59,384 for Year 3; $61,759  for Year 4; $64,230 for year 5;)**

AR000593

<u>Brian Meyer, Technical Assistance Director, (.05 FTE in each year in Years 1-5)</u> will provide oversight of coaching and technical assistance to project staff, including collection of evaluation data.  She will participate as needed in coordination level meetings and calls with project, district, and school staff leaders to review progress; adjust the training and TA support plan as needed.She will also assist in co-development and updating of training materials.

<u>Trisha Shrode,Evaluation Director, EdD. (.1 FTE each year in Years 1 through 5)</u>, will provide leadership and overall support to the Project. As Director of Research and Evaluation, Dr. Shrode will be responsible for the oversight of data collection, oversight of the dissemination efforts, integrity of fidelity assessments and training materials. Dr. Shrode will support the efforts of the schools, districts and project staff on issues surrounding data collection.

<u>Jennifer Norton,Evaluation Data Support/Administrative Support, (.1 FTE in each year in Years 1-5)</u> will support data collection, management, and analysis measures, will ensure quality assurance, and prepare reports and sample analysis for dissemination.
She will provide assistance and support project staff, coordinate and support project activities/tasks, provide overall project administrative and fiscal support, and will be the liaison with the grant budget/management office.

<u>Nikole Hollins-Sims, Trainer, (.20 FTE each year in Years 1 through 5)</u> will work closely with project staff, district and school sites on the successful development and implementation. The trainer will provide coaching and technical assistance to project staff, including assistance with collection and use of fidelity and implementation data, and intensive coaching to identified personnel as they implement and refine their practices and interventions.The Trainer will also assist in co-development and updating of training materials.

**FRINGE BENEFITS ($14,138 for Year 1; $15,573  for Year 2; $16,282 for Year 3; $17,025 for Year 4;$17,803  for Year 5)**

Fringe benefit rates are based on actual costs that are computed on an annual basis from July 1st to June 30th of each year and include FICA, Medicare, retirement (TRS or IMRF), unemployment, worker's compensation, disability, vision, and life insurance.  Projected rates are based on employment type and group insurance coverage chosen by the employee and have been estimated using projected rates for West40 Intermediate Service Center No. 2's FY23 (July 1, 2022 to June 30, 2023) with a projected annual 1% increase on retirement and a 5% increase on group insurance.

Fringe Benefit Rates:

| Item | Certified Staff | Classified Staff |
|---|---|---|
| FICA/Medicare | 1.45% | 7.65% |

AR000594

| TRS | 10.49% | - |
| Employer TRS | 1.25% | - |
| Employee TRS | 9.9% | - |
| IMRF | - | 8.0% July-December<br>6.36% January-June |
| Employee IMRF | - | 4.5% |
| Worker's Comp | .27% | .27% |

Group Insurance Coverage:
Single Health - $6,081.84-$6,711.84
Family Health - $10,213.68-$10,501.44
Dental - $155.76
Short Term Disability - $169.20-204.48
Long Term Disability - $92.16-$242.40
Vision - $77.04
Life - $130.56-$303.12

**TRAVEL ($1,000 for Year 1; $1,000 for Year 2; $1,000 for Year 3; $1,000 for Year 4: $1,000 for Year 5)**

Travel will be necessary to provide support, training, and technical assistance to participating schools and for participation in related activities and meetings. Costs for staff required to support sites or related to dissemination efforts may include mileage. Policy guidelines set forth in the Federal Travel Regulations (FTR) will be followed for all project related activities and meetings.

Project staff are expected to travel to schools within each district on 40 occasions in Years 1-5.

**SUPPLIES**

**Supplies ($6,000 for Year 1; $1,000 for Year 2; $1,000 for Year 3; $1,000 for Year 4: $1,000 for Year 5)**

A budget of $500 in years 1-5 will cover the costs of project related supplies. Supplies related to development and preparation for collaborative working meetings and dissemination are included in this budget item. All project supplies purchased will be project specific. General office items will not be charged to the grant.

**INDIRECT COSTS ($ 7,604  for Year 1; $7,467  for Year 2; $7,767  for Year 3; $8,078  for Year 4; $ 8,403 for Year 5)**

Indirect costs are calculated at 10% of Total Direct Costs.

**Total Contractual  ($ 83,646  for Year 1; $82,140  for Year 2; $85,433  for Year 3; $ 88,862 for Year 4; $92,436 for Year 5)**

**Matching Funds-**

In-kind contributions of a value totaling   have been allocated from state and local funding.

The contribution Cook County #130 will provide is funding to pay staff costs for the duration of the grant.  These costs include salary and fringe benefits as outlined in our bargaining agreements. The value of our contribution reflects the amount of funds budgeted to support costs in the proposed budget in the application and represents the amount of funds we will allocate to support the ongoing ISF work described in the School Based Mental Health Services application.

| Project Year | In-Kind Contribution Amount |
|---|---|
| 1 | $ 1,735,225.71 |
| 2 | $ 1,821,987 |
| 3 | $ 1,913,086.35 |
| 4 | $ 2,008,740.66 |
| 5 | $ 2,109177.7 |
| Total | $ 9,588,217.41 |

The funding allocation per year includes .25 of the District Assistant Superintendent of Curriculum and Instruction, .25 of the Director of Learning and Accountability, .15 of the Director of Pupil Personnel Services, .15 of the Pupil Personnel Services Coordinator, 1 FTE for Alternative Program Principal, 1 FTE Alternative Program Teacher, 1.0 FTE Alternative Program ParaProfessional, 3 FTE School Counselors, School Psychologist contractors(5 FTE), Data Analyst stipends 7 at .5 % of the Stipend, 10 FTE District  Social Work positions, and 3 FTE Contract Social Work positions.  These staff will directly support the work of ISF within Cook County #130 including supporting new staff funded by the grant to increase the success of staff and students.

AR000596



# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Cook County School District 130

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,560,000.00 | 1,638,000.00 | 1,719,900.00 | 1,805,895.00 | 1,896,189.75 | | | 8,619,984.75 |
| 2. Fringe Benefits | 312,000.00 | 327,600.00 | 343,980.00 | 361,179.00 | 379,237.95 | | | 1,723,996.95 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | 83,646.00 | 82,140.00 | 85,433.00 | 88,862.00 | 92,436.00 | | | 432,517.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,955,646.00 | 2,047,740.00 | 2,149,313.00 | 2,255,936.00 | 2,367,863.70 | | | 10,776,498.70 |
| 10. Indirect Costs* | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,955,646.00 | 2,047,740.00 | 2,149,313.00 | 2,255,936.00 | 2,367,863.70 | | | 10,776,498.70 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☐ Yes  ☐ No

(2)  If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:   From: _____   To: _____   (mm/dd/yyyy)

Approving Federal agency:  ☐ ED  ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is _____ %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220082
Page e68

ED 524
Tracking Number:GRANT13747007                Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 01:58:03 PM EDT

AR000597

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Cook County School District 130 | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,452,120.18 | 1,524,726.19 | 1,600,962.50 | 1,681,010.62 | 1,765,061.15 | | | 8,023,880.64 |
| 2. Fringe Benefits | 283,105.53 | 297,260.81 | 312,123.85 | 327,730.04 | 344,116.54 | | | 1,564,336.77 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,735,225.71 | 1,821,987.00 | 1,913,086.35 | 2,008,740.66 | 2,109,177.69 | | | 9,588,217.41 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,735,225.71 | 1,821,987.00 | 1,913,086.35 | 2,008,740.66 | 2,109,177.69 | | | 9,588,217.41 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR000598**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| Cook County School District 130 | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): _____

(2)  What does your administrative cost cap apply to? ☐ (a) indirect and direct costs   or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR000599**

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220061**

**Gramts.gov Tracking#: GRANT13747142**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220061

AR000600

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1234-Areas Affected)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1240-Project LAKE GEPA )* | e8 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
| *Attachment - 1 (1239-Project LAKE abstract)* | e14 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1235-Project Lake Narrative.docx)* | e16 |
| *7. Other Narrative Form* | e45 |
| *Attachment - 1 (1236-Resumes)* | e46 |
| *Attachment - 2 (1237-References)* | e60 |
| *Attachment - 3 (1238-LOS)* | e75 |
| *8. Budget Narrative Form* | e78 |
| *Attachment - 1 (1241-Project LAKE BNF)* | e79 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e84 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000601

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 11/02/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Crystal Lake Community Consolidate School District #47

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 36-6005102

**\* c. UEI:** NAZ7YEVP9Q26

**d. Address:**

**\* Street1:** 300 Commerce Drive

**Street2:**

**\* City:** Crystal Lake

**County/Parish:** McHenry

**\* State:** IL: Illinois

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 60014-3503

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**

**\* First Name:** Kristin

**Middle Name:**

**\* Last Name:** Schmidt

**Suffix:**

**Title:**

**Organizational Affiliation:**

**\* Telephone Number:** 8157885047

**Fax Number:**

**\* Email:** KLSchmidt@d47.org

PR/Award # S184H220061

Page e3

AR000602

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

```
G: Independent School District
```

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

```
Department of Education
```

**11. Catalog of Federal Domestic Assistance Number:**

```
84.184
```

CFDA Title:

```
School Safely National Activities
```

**\* 12. Funding Opportunity Number:**

```
ED-GRANTS-100422-001
```

**\* Title:**

```
Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H
```

**13. Competition Identification Number:**

```
84-184H2022-2
```

Title:

```
84.184H School Based Mental Health
```

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

```
1234-Areas Affected.pdf
```
[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

```
Project LAKE (Learning Acceptance through Kindness for Everyone)
```

Attach supporting documents as specified in agency instructions.

[ Add Attachments ] [ Delete Attachments ] [ View Attachments ]

AR000603

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `IL-014`                                   * b. Program/Project `IL-014`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: `12/31/2022`                             * b. End Date: `12/30/2027`

**18. Estimated Funding ($):**

| | |
|---|---:|
| * a. Federal | 1,042,046.00 |
| * b. Applicant | 287,608.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 1,329,654.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [                ].

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes  ☒ No

If "Yes", provide explanation and attach

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: [        ] | * First Name: `Mary Ann` |
| Middle Name: [        ] | |
| * Last Name: `Wigtion` | |
| Suffix: [        ] | |

* Title: `Director of Finance`

* Telephone Number: `8157885022`         Fax Number: [        ]

* Email: `mwigtion@d47.org`

* Signature of Authorized Representative: `Mary A Wigtion`     * Date Signed: `11/02/2022`

PR/Award # S184H220061

Page e5

AR000604

Crystal Lake, McHenry County, Illinois

AR000605

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1240-Project LAKE GEPA .pdf | Add Attachment | Delete Attachment | View Attachment |

AR000606

Application General Education Provisions Act (GEPA) Section 427
**Project LAKE** (Learning Acceptance through Kindness for Everyone) is a project developed to demonstrate an Integrated Systems Framework for embedding School Mental Health support within a PBIS system.

Positive Behavioral Interventions and Supports (PBIS) is a proactive systems approach to establishing the behavioral supports and social culture needed for all students in a school to achieve social, emotional, and academic success. The explicit values of the PBIS model include a focus on comprehensive lifestyle change to improve quality of life, and the role of multiple stakeholders (parents, teachers, staff, and students) in order to function as active participants and collaborators with professionals to ensure the ecological, social, and cultural validity of interventions implemented in the school.

PBIS has its roots in Applied Behavioral Analysis and Special Education, and as such, contains provisions for addressing students and families along a continuum of need by fully integrating specialized school support into the general education program for the benefit of all students. The Midwest PBIS Network is committed to removing barriers preventing any stakeholders from benefiting from any Network activities which may be due to differences in gender, race, national origin, disability, or age. To that end, Network leadership has worked since 1999(when it previously existed as Illinois PBIS) to develop and extend the PBIS framework and remove obstacles to participation for all PBIS stakeholders, including school-based staff, families, and community members. In addition to providing field-based technical assistance (TA) from highly-qualified TA Directors and Coordinators (TACs) who encourage family engagement by providing solutions to common problems, i.e., lack of time, transportation, or difficulty accessing Network resources.

The Network has encouraged and trained schools and districts to disaggregate behavioral and academic data by student ethnicity and disability status with the support of national leaders in school equity and behavioral research. Project LAKE is designed to supplement the standard PBIS model by supporting schools and districts with enhanced activities and procedures specifically designed to improve access to a free, appropriate, public education (FAPE) in the least restrictive environment (LRE) for students most at risk of behavioral and academic failure. Students who experience disproportionately harsher consequences in schools relative to ethnicity, and students with emotional/behavioral components to their  Individualized Education Program (IEP)s are two examples of students whose outcomes are expected to be impacted by this project.

In addition to the activities specified by the Project guidelines, the following anticipated barriers to implementation which might be faced by stakeholders are addressed below: Students - Teacher identifies barriers due to language or disability which prevents efficient implementation of Curriculum-Based Measurement (CBM) or differentiated instruction. Technical Assistance

AR000607

director and coordinator to provide technical assistance to school-based team to support team in helping teachers access assistive technology resources or locate school and community-based translators.

School Staff - Reluctance to address ethnic/racial disproportionality. Project LAKE project components include the provision of training in restorative justice practices and culturally relevant teaching practices, which contain rationales for intervention. Schools - School-level administrators may not be able to provide accommodations for staff time as a result of participation in Project LAKE. Project LAKE gives support to districts for training and is restricting training time to the minimum required.

Family/Community Members, and School Staff - Access to Project Training components and/or materials will be available online.

AR000608

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Crystal Lake Community Consolidate School District #47

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: [ ]    * First Name: Mary Ann    Middle Name: [ ]

* Last Name: Wigtion    Suffix: [ ]

* Title: Director of Finance

* SIGNATURE: Mary A Wigtion    * DATE: 11/02/2022

AR000609

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: [        ]    * First Name: [Shannon]    Middle Name: [        ]    * Last Name: [Seibert]    Suffix: [        ]

Project Director Level of Effort (percentage of time devoted to grant): [50]

Address:

* Street1: [1100 W. Alexandra Blvd.]
Street2: [        ]
* City: [Crystal Lake]
County: [        ]
* State: [IL: Illinois]
* Zip Code: [60014-3503]
Country: [USA: UNITED STATES]

* Phone Number (give area code) [8154444800]    Fax Number (give area code) [        ]

* Email Address: [scseibert@d47.org]

Alternate Email Address: [        ]

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☒ Yes    ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

[10]

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000610

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

Tracking Number:GRANT13747142    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 03:17:57 PM EDT

**AR000611**

**Abstract**

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

    ■   Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

    ■   Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

    ■   Abstracts must include the population(s) to be served.

    ■   Abstracts must include primary activities to be performed by the recipient.

    ■   Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

    ■   Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

    ■   Research issues, hypotheses and questions being addressed.

    ■   Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

> **You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

\* Attachment: | 1239-Project LAKE abstract.pdf | [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

PR/Award # S184H220061

Page e13

Tracking Number:GRANT13747142          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 03:17:57 PM EDT

AR000612

Descriptive Title of Applicant's Project: **Project LAKE** (Learning Acceptance through Kindness for Everyone)

**Project LAKE** seeks to support improved outcomes for the students of Crystal Lake CCSD 47 by enhancing infrastructure to increase the capacity to implement, sustain and improve mental health services and recruit and retain additional school based mental health providers with the Midwest PBIS Network as Technical Assistance provider.

**Summary of Project Goals, Objectives and Expected Outcomes:** The project has seven goals with objectives and outcomes aimed at increasing the number of school based mental health service providers and improving outcomes for students, staff and families within Crystal Lake CCSD 47 with training and technical assistance provided by the Midwest PBIS Network.  This community level collaboration can be used as a demonstration site and be replicated in other districts.  Data collection and dissemination plans will support evidenced based replication while also identifying obstacles and iterating solutions to those obstacles during installation.

**Project LAKE** will support 7,100 students within the thirteen schools of Crystal Lake CCSD 47 in McHenry County, IL.  The grant will support the recruitment of twelve school based mental health service providers while also supporting the retention of existing school based mental health service providers.

**Project LAKE** addresses Absolute Priority 2—LEAs or Consortia of LEAs With Demonstrated Need Proposing To Increase the Number of Credentialed School-Based Mental Health Services Providers. Project NORTHStar also addresses Competitive Priority 4—Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs With Demonstrated Need Who Are From Diverse Backgrounds or From Communities Served by the LEAs With Demonstrated Need.

AR000613

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:** `1235-Project Lake Narrative.docx.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

**AR000614**

# Table of Contents

**Need for the Project**                                                  **2**

**Quality of the Project Personnel**                                      **5**

**Quality of Project Design & Services**                                  **7**

**Management Plan & Adequacy of Resources**                               **22**

**AR000615**

**Need for the Project**

**Project LAKE** (Learning Acceptance through Kindness for Everyone) is aimed at maximizing implementation, scale and sustainability through embedding equity-based practices within existing systems over the five-year grant period through the development of the Interconnected Systems Framework (ISF) within the thirteen educational facilities of Crystal Lake CCSD 47 in McHenry County, Illinois. The funding provided by this opportunity would support ongoing training and support of ISF within this Local Education Association (LEA) with demonstrated need, as well as allowing the addition of school based mental health service providers within the schools. The project will develop and implement a continuum of evidence-based integrated school mental health services including prevention and intervention to improve outcomes for students in need of social-emotional-behavioral-mental health (SEBMH) support, in partnership with families and community mental health organizations and other community-based organizations. This project will improve and support the capacity of schools and school personnel to identify and support youth with and/or at-risk of disabilities, especially those from underrepresented groups. In addition to supporting student SEBMH needs, the District and Community Leadership team within the district will use community-based data to continuously identify the needs of students and work together to provide opportunities and access to students to improve student outcomes. The integrated systems developed by the ISF work in these two districts will support recruitment and retention of school based mental health providers from the LEA catchment area including those from underrepresented groups.

Crystal Lake CCSD 47 is a district which serves over 7,100 students within thirteen schools. The district comprises thirteen schools including an early childhood center, nine elementary schools and three middle schools. Crystal Lake CCSD 47's student population is 23.8% Hispanic, 2.2 % Black, 3.3% two or more races, 67.7 % White, 2.7% Asian. Over 26% of

2

AR000616

students in the district are low-income students, 14% of students have an Individualized Education Plan (IEP), 14% of students are English Language Learners and 1% are Homeless. In 2021, 22% of students were considered chronically absent.

As with many districts throughout the United States, Crystal Lake CCSD 47 struggles to meet the needs of underrepresented students. In fact, when looking at discipline data, the most over-represented students related to exclusionary discipline practices within Crystal Lake CCSD 47 are Black students, and students with IEPs. Black students are three times as likely to receive a discipline referral when compared to other students. While students in the district with IEPs are twice as likely as their non-IEP peers to have been sent to the office on a discipline referral. In addition to disproportionality, the district is seeing a significant increase in the number of students in need of support. As of October 31, 2022, the district has received close to the number of student support requests as it did during the entire 21-22 school year. The self-injury and risk assessment data also shows a sharp uptick as well as hospitalizations.

Each school in Crystal Lake CCSD 47 participates in the 5Essentials Survey each year. The 5Essentials Survey was derived from 20 years of research on improving schools. The five essentials measured by the survey align to the research-based indicators of school success across the overall framework components (Instruction, Environment, Leaders, Teachers, and Families), and the reliability of the survey measures. These "5Essentials" detail the perspectives and processes central to the delivery and support of student learning. The overall 5Essentials score is a summary indicator that describes a school's performance on the 5Essentials as a group. This score is calculated by adding up the school's performance on each individual Essential. There are five summary ratings; they are listed from highest to lowest: Well Organized, Organized, Moderately Organized, Partially Organized and Not Yet Organized. Only one school in the

district, Woods Creek was considered Well Organized.  Two schools, West and Husmann were considered Organized.  Canterbury was considered Moderately Organized.  Five schools, Beardsley MS, North, South, Indian Prairie and Bernotas MS were considered Partially Organized. Three Schools, Glacier Ridge, Coventry and Lundahl MS, had such low participation rates that they did not receive a score in 2022.  All twelve schools had parent participation rates below 10%.

Presently Crystal Lake CCSD 47 funds school based mental health service providers. There are 26.4 social workers across the thirteen schools.  Each of the middle schools have 2.5 positions allocated.  The elementary schools have at least one social worker per building with additional social workers assigned across high needs schools including Title I buildings.  There are presently 11.8 School Psychologists and one counselor in the district.  With over 7,100 students the ratio of social workers to students is 1 social worker for every 265 students.  The ratio of students to counselors is 1 to 7,100 and the ratio of students to school psychologists is 1 to 602.  The average school counselor to student ratio is 1 to 665 in Illinois and 1 to 415 nationally.  The average school psychologist to student ratio is 1 to 1,290 in Illinois and 1 to 1,162 nationally.  The average school social worker to student ratio is 1 to 741 in Illinois and 1 to 2,106 nationally.

In the United States, nearly one in five students struggle with social-emotional-behavioral (SEB) problems (Ghandour et al., 2012). These struggles impact their ability to successfully function across settings, and most students do not receive necessary mental health support. While less than 30% of students receive necessary mental health services, when these services are provided in community-based mental health facilities families often do not stay connected to these supports (Merikangas et al., 2011). Within schools, school-based

clinicians have often not been trained in evidence-based practices; this lack of ongoing mental health-based support frequently leads to increased impairments as students enter secondary settings (Santiago et al., 2014). Students with mental health disorders often have poor academic performance and are more likely to drop out of school (Anderson & Cardoza, 2016). The advent of the COVID-19 pandemic has exacerbated mental health needs across school settings. Research on prior disasters reveals short term and long-term consequences for students especially those from underrepresented groups (Weist et al., 2002).  While mental health services are needed across student groups, the availability of mental health services is particularly lacking in underrepresented groups.

**Quality of the Project Personnel**

**Project LAKE** will focus on developing a collaborative partnership between the Crystal Lake CCSD 47, The Midwest PBIS Network, and their local community mental health providers and other community partners. The project will serve to increase the capacity of staff from all organizations in supporting social-emotional-behavioral (SEB) mental health supports within schools and districts by deepening the multi-tiered systems of support within Crystal Lake CCSD 47 by installing The Interconnected Systems Framework (ISF). In addition, the development of a robust system of support for staff and students will support both recruitment and retention efforts of school based mental health service providers.  School based staff leaving the profession often cite a lack of ongoing support as a main component of their choice to leave. (Podolsky et. al., 2016).  Providing a supportive system such as ISF will strengthen retention efforts currently implemented in both LEAs which include mentoring and tuition reimbursement.  Staff involved in pipeline programs to develop internal candidates will witness first-hand the supportive environment that ISF provides.

5

AR000619

The Midwest PBIS Network (MWPBIS) is a national research, grant, and direct-funded organization. MWPBIS' primary charge is to function as a hub of the Center on PBIS, a national technical assistance partnership funded by the U.S. Department of Education. Illinois is one of eight states assigned to MWPBIS through the Center to support statewide scale up of PBIS. MWPBIS staff have extensive expertise in identifying training needs of educators, designing training programs aligned to identified needs and implementing said activities while gathering ongoing feedback from participants and iterating on training to meet the needs of participants.

The Midwest PBIS Network is also widely recognized for its research involvement.  In addition to the eight states supported through the Center, the team of national content experts have been sought out to support training and technical assistance by other state departments of education who have received Project AWARE grants, such as New Hampshire, Vermont, and Kentucky.  The Midwest PBIS Network has been involved in research across the country, studying the effectiveness of PBIS and ISF on school systems and outcomes.  This includes randomized control trial research on the effectiveness of MTSS-B, effectiveness of ISF, implementation of restorative practices within PBIS, impact of PBIS/ISF on vulnerable populations who are disproportionately represented in restrictive discipline practices.

Staff Positions for the project- Additional information will be outlined within budget narratives, biographical sketches, and position descriptions.

Crystal Lake CCSD 47 Lead Social Worker/Director of SEL will assist in the installation of Interconnected Systems Framework at the District Level, and will support training, technical assistance in partnership with **Project LAKE** staff and district and school teams; will also participate as needed in coordination level meetings and calls with project, district, and school

6

AR000620

staff leaders to review progress. The Crystal Lake CCSD 47 Lead Social Worker/Director of SEL has an extensive background in building and district level leadership.  The additional five school social workers and six counselors in Crystal Lake CCSD 47 will work closely with project staff, partner organizations, district and school sites on the successful development and implementation.  Crystal Lake CCSD 47 worked to use existing IEP data, as well as student behavioral data and mental health needs across the LEA to identify positions that would support the ongoing work to implement ISF across the setting.

In addition to the high quality of the leadership of the project, Crystal Lake CCSD 47 and Midwest PBIS Network leadership are committed to encouraging applications for employment from persons who are members of underrepresented groups as well as those from within their catchment areas.

Staff at Midwest PBIS Network will coordinate leadership and guidance of content development, development of training materials and progress-monitoring tools, and of the delivery of training, technical assistance, and evaluation support. Specific attention will be given to updating the content with the most current research on 1) implementation science, 2) Multi-tiered Systems of Support, 3) interconnecting systems between school and community structures, and 4) alignment of related initiatives.

**Quality of the Project Design and Services**

   **Project LAKE** is guided by a logic model.  The ultimate goal of **Project LAKE** is to install and refine the ISF while supporting the recruitment of additional school based mental health service providers to support the installation.  The logic model includes activities such as training and technical assistance for implementation and sustainability planning and the addition

7

AR000621

of personnel and materials to support the installation of an Integrated Tiered Framework. The recipients of services provided include vested partners. The logic model includes leading/short term outcomes and more lagging/long term outcomes. The logic model and strategic plan of the organization led to the development of additional goals, objectives and outcomes.

The project focuses on implementing an integrated system as the research-based framework that leads to improved outcomes for staff and students and serves as one component of an overall recruitment and retention strategy. When services are delivered through a fragmented delivery system, siloes create barriers to providing support to adults within the system as well as services to students. This leads to a hard to navigate process where services are hard to access let alone sustain. Within schools, those providing direct services to children and students, including teachers, counselors, school psychologists, and social workers, are often siloed and work in relative isolation from one another (Adelman & Taylor, 2021) affecting all children and students, including those with disabilities (Skaar et al., 2020).

8

AR000622

## Figure 1. Logic Model



## Goals, Objectives and Outcomes

- **Table 1.** *Project Goals, Objectives, Outcomes*

| *Project Goals, Objectives, Outcomes* | |
|---|---|
| **Goal 1** | *I. Increase the number of school based mental health service providers within the LEA* |
| **OBJECTIVES** | **OUTCOMES** |
| District increases school based mental health providers | Crystal Lake CCSD 47 *increase school based mental health service providers by 12 FTE (6 Social Workers and 6 Counselors)* |

9

AR000623

| GOAL 2 | *2. Implement the ISF with Fidelity as measured by the Interconnected Systems Framework Implementation Inventory (ISF-II, the Tiered Fidelity Inventory (TFI) and Self-Assessment Survey (SAS)* |
|---|---|
| **OBJECTIVES** | **OUTCOMES** |
| **Year 1** - ISF teams using perception, outcome and fidelity data design year one action plan to implement the ISF and embed equity practices. Identified internal and external coaches receive TA, PD, and coaching to build fluency and capacity to support school efforts. | **Year 1** - Schools complete baseline assessment and establish year 2 goals as measured by TFI, ISF II and SAS. |
| **Year 2** - Schools are monitored and supported with ongoing TA, PD and coaching in Fidelity Implementation of the ISF with embedded equity practices. | **Year 2** - Schools achieve 50-70% annual rating of fidelity as measured by the ISF-II, TFI and SAS. |
| **Years 3-5 Schools** - monitored and supported in Fidelity Implementation of the ISF at Tiers 1, 2 & 3. | **Years 3-5 Schools** - achieve 70% annual rating of fidelity as measured by the ISF-II, TFI and SAS. |
| **GOAL 3** | *3. Improve perception of school safety, climate and culture for students, staff and families* |

PR/Award # S184H220061

Page e25

AR000624

| OBJECTIVES | OUTCOMES |
|---|---|
| 3.1 Schools will have overall improvements in teacher perception data as measured by 5 Essentials (or similar climate measure).<br><br>3.2 Schools will have overall improvements in student perception data as measured by 5 Essentials (or similar climate measure).<br><br>3.3 Schools will have overall improvements in parent perception data as measured by 5 Essentials (or similar climate measure). | By 2027, all schools will be identified as Organized for improvement by 5 Essentials (or similar climate measure) |

| GOAL 4 | 4. Increase school connectedness metrics for students, staff and parents |
|---|---|

| OBJECTIVES | OUTCOMES |
|---|---|
| 4.1 Schools will have overall improvements in student connectedness as measured by the Feedback and Input Survey.<br><br>4.2 Schools will have overall improvements in parent engagement as measured by the Feedback and Input Survey. | 3.1 Increase the number of students who report attachment to school by 30% by 2027.<br><br>3.2 Increase the number of parents that report engagement with the school by 30% by 2027. |

| GOAL 5 | 5. Improve student social emotional behavioral outcomes |
|---|---|
| | |

AR000625

| OBJECTIVES | OUTCOMES |
|---|---|
| 5.1 Decrease the proportion of students with office discipline referrals. 5.2 Decrease the number of students with Out of School Suspensions. | 4.1 Decrease the proportion of students with office discipline referrals by 30% by 2027. 4.2 Decrease the number of students with Out of School Suspensions by 30% by 2027. |

| GOAL 6 | *6. Decrease disproportionality of exclusionary discipline practices as measured by Office Discipline Referrals, In-School and Out of School Suspension* |
|---|---|

| OBJECTIVES | OUTCOMES |
|---|---|
| 6.1 Decreased disproportionality in exclusionary discipline practices including office discipline referrals and Out of School Suspensions. | 6.1 Decrease sub-group disproportionality in office discipline referrals and suspensions by 50% by 2027. |

| GOAL 7 | *7. Improved student academic outcomes* |
|---|---|

| OBJECTIVES | OUTCOMES |
|---|---|
| 7.1 Students will decrease failure rates for core academic courses. 7.2 Increase Academic Progress. | 7.1 Decrease failure rate of core academic courses by 40% by 2027. 7.2 Increase the percentage of Elementary and Middle School Students at meets and exceeds in Language Arts and Mathematics by 25% by 2027 as measured by appropriate state testing measure |

12

AR000626

**Proposed Implementation Approach**

Although Positive Behavioral Interventions & Support (PBIS) has its roots in behavior and implementation science, within the last decade, leaders in the field have innovated to expand the logic of PBIS. Recognizing the unmet mental health needs of students, it became clear that only focusing on acting out problem behavior meant the possibility of missing an underserved group of students. As referenced, the prevalence of anxiety, depression, and the impact of trauma mirrors that of common physical health concerns for young people (asthma, diabetes, obesity). Although these issues can manifest as acting out behavior, they can also show up as students being withdrawn, absent, with frequent visits to the nurse or school counselor (Weist et al, 2018). Therefore, it has been recognized that educators and other partners should begin to pay attention to any time a student leaves the instructional environment and work to eliminate any non-academic barriers to achievement.

School mental health (SMH) is defined as providing a full continuum of mental health promotion programs and services in schools. This framework includes enhancing environments, broadly training and promoting social-emotional-behavioral (SEB) learning and life skills, preventing social-emotional-behavioral (SEB) problems, identifying and intervening in these problems early on, and providing intervention for established problems. SMH services should be available to all students including students with or at risk of disabilities. Given the significant gaps identified by research in the field, SMH services are especially important for Black, Indigenous, (and) People of Color (BIPOC) youth. These support services should be developed with youth, their families, as well as school and community partners (Weist & Murray, 2007). This expanded model of SMH moves beyond the constraints of the traditional school-based mental health model where too few students are

13

AR000627

served based on limiting factors (Weist, 1997). Improved understanding of more substantial school-based supports has led to increasing partnership between community mental health staff and school-based staff and educators to move to the expanded model of SMH. This is evidenced by a national sample of 1,064 school districts, around one half of which reported contractual agreements with community-based agencies to integrate services (Foster et al., 2005).

Since 2009, leaders from federally funded national centers for SMH and for PBIS have been working collaboratively to establish a framework inclusive of the experiences and knowledge of both centers. This work began in response to research which indicated that while both systems have positive impact on student outcomes, there are limitations within each that can be addressed through an aligned approach.

**Project LAKE** will support installation of The Interconnected Systems Framework (ISF). ISF is a structure and process that maximizes effectiveness and efficiency by blending the strengths of school and community mental health into the core features of the multi-tiered, evidence-based framework of Positive Behavioral Interventions and Supports (PBIS). Systemic outcomes include: aligning and leveraging related SEB and mental health initiatives through one system; active participation of family and youth; and integrating community and school partners into a blended set of teams for selecting and progress-monitoring interventions, data-based decision making, universal screening, and coaching.

The ISF approach emphasizes prevention, universal interventions, early identification, and targeted and intensive interventions with coordinated service delivery to support the SEB

14

AR000628

needs of middle school students. Family and community partner (e.g., community mental health) involvement is critical to this framework.

The Interconnected Systems Framework (ISF) key messages include:

- Implement with an MTSS Framework
- Utilize a Single System of Delivery
- Promote Mental Health for All
- Move Beyond Access: Mental Health Interventions with Specific Outcomes

The ISF was completely defined within a monograph distributed nationally (Barrett et al., 2013) by the Center on PBIS. The ISF is currently being implemented in more than 30 sites around the nation, with technical assistance provided by regional hubs of the Center on PBIS. A recently completed randomized controlled trial (RCT) in 24 elementary schools tested the impact of the ISF as compared to PBIS alone, or PBIS with SMH clinicians, operating separately, which is the norm (Splett et al., 2014). Ongoing research supports an integrated evidence-based approach to school-based mental health interventions within a multi-tiered system of support.

The focus of **Project LAKE will** be to develop collaborative partnerships within Crystal Lake CCSD 47's catchment area. Crystal Lake CCSD 47 will partner with community mental health providers as well as additional community partners, and governmental agencies. The project will serve to increase the capacity of staff from all organizations in supporting social-emotional-behavioral (SEB) mental health supports within schools and districts by deepening the multi-tiered systems of support within Crystal Lake CCSD 47 by installing The Interconnected Systems Framework (ISF). The installation of ISF within Crystal Lake CCSD

15

AR000629

47 can be used as a demonstration site for other Illinois districts and regions, allowing others to learn from the project and replicate the work in other districts.

  The ISF is an iterative process that enhances the core features of PBIS (e.g., teaming, universal screening, data-based decision making, implementing evidence-based practices, coaching, and professional development).   In consultation with identified partners, initial needs assessments will identify current levels of implementation related to PBIS, SMH, and other related SEB initiatives (e.g., trauma-informed care, restorative practices, social-emotional learning) and identify service gaps and the extent of the need within the catchment area.  The initial needs assessment will lead to planning with collaborative teams. Within schools, community partners, families, and leaders will build a single set of teams to improve SEB outcomes for all students, especially those at risk or in need of mental health interventions. Using the logic of implementation science, **Project LAKE** will provide the training and technical assistance needed to move schools from exploration through implementation. Although the steps are not always linear, the following paragraphs describe the proposed process within the project.

  For schools to successfully implement the ISF, district and community mental health partners who have authority to make decisions will be needed (Eber, 2020). This is best done through the formation or expansion of a district and community leadership team (DCLT). The interagency team includes families and other Vested Parties to provide perceptions and perspectives of how to best meet the needs of every student. Leaders, such as a superintendent or designee, and an executive director of a mental health agency, or designee, will have the authority to decide how people within the schools spend their time, how funding is allocated, and what if any policies need to change.

16

AR000630

Using a District Installation Guide

(https://www.k12.wa.us/sites/default/files/public/ossi/k12supports/guidancecounseling/pubdocs/ISF%20District%20Leadership%20Installation%20Guide%20for%20MV2%20Final.pdf)

With supporting tools and resources, the project staff will work with the DCLT to support a capacity building model for sustainability. Although the steps of implementation are not linear, the interagency leadership team will work together to (1) establish or enhance their current teaming structures; (2) assess their current status of PBIS and SMH implementation within the school(s) identified for the project; (3) reach consensus on their mission, vision, and goals of their shared work; (4) establish routines and procedures for the enhanced multi-tiered system of SEB support; and (5) develop an action plan to support the efforts of the school interagency team.

The DCLT will identify a coach from the school district and a coach from the mental health partner agency to support the interagency school team(s). These coaches will be supported by the project staff to build their confidence and competence in supporting the implementation of the ISF. **Project LAKE** intends to build the capacity of all staff, families, and community partners. This includes professional development on mental health literacy, ensuring all staff and families know what interventions are available across the continuum and how to nominate a student they have concerns about, and building a shared understanding of SEB challenges to reduce stigma and establish an approach that builds a culture of wellness for all. As part of the ISF installation, school-based student suicide awareness and prevention training policies will be developed and implemented.

Further, as implementation begins within the identified schools, bi-directional communication will occur with support from the coaches to the DCLT to address any

perceived barriers. If there are matters that the DCLT alone cannot address, the project staff will work with the leadership team to seek guidance from identified partners at the regional and state level. Within the identified schools, the project staff will use the School Installation Guide (https://www.pbis.org/resource/interconnecting-school-mental-health-and-pbis-volume-2) to provide training and technical assistance to the integrated school teams.  Like with the efforts at the district level, the steps are not linear. Teams will be guided to (1) assess their current teaming structures and establish or enhance their interagency teaming; (2) assess their current systems, data, and practices across their multi-tiered system of support for SEB; (3) establish their routines for an integrated MTSS, such as what school and community data to review; how to identify students at-risk or in need of SEB interventions; and how to select, implement, and monitor evidence-based interventions; and (4) develop an integrated action plan.

**Project LAKE** staff will work with coaches and leaders to provide iterative training and coaching. We have training materials and a manual that has been developed and used in other projects while studying and developing the ISF. Because local context is important, we will work with the DCLT and stakeholders to ensure the materials are relevant and reflective of the local culture. Further, based on experience in supporting PBIS, SMH, and early iterations of the ISF, our team of experts know that a high frequency of technical assistance during the early years of this project is more likely to build capacity, sustainability, and improved outcomes for students.

Throughout the project and based on data over time, our team will provide professional development on topics such as: how to authentically partner with and engage families in a collaborative effort; how to address the changing roles of clinicians both employed by the

18

AR000632

school  district and partnering mental health agencies; mental health literacy and teacher referral systems for student SEB concerns; how to select and implement a universal screening measure for SEB;  in addition to the training topics mentioned above. The initial training is aligned to the ISF Implementation Inventory.

The Timeline document in **Table 2.** offers an overview of the timeline related to Training and Technical Assistance by year as well as dissemination goals and activities.  **Project LAKE** staff will provide yearly professional development and support to fully install the ISF in the selected school(s). **Project LAKE** staff will align data and input from schools to specify training and TA related to climate needs, such as equity, zero-tolerance discipline, family engagement, and other areas of need.

The ISF Support Plan has been identified in **Table 2**. This outlines the ongoing Training and Technical Assistance. Feedback from each training and technical assistance iteration will be measured using feedback instruments which are reviewed in the Data Collection and Performance Section. **Project LAKE** staff will implement the plan using materials developed during previous research and demonstration work.

**Table 2. ISF Support Plan**

| Training and Technical Assistance Activities | Duration and Format | Year |
|---|---|---|
| Start Up Activities<br><br>Confirm agreements between partners, schedule district professional development, schedule coaching and technical assistance meetings, address readiness | First Three Months | 1 |

19

AR000633

| | | |
|---|---|---|
| and needs assessment. Promote positions using HR recruitment strategies and community partnerships | | |
| Training for district, community leaders and coaches: overview of the ISF, assess current status, develop shared understanding, develop initial action plan | Use of Chapter 4 of the ISF monograph and the Installation Guide with supporting tools and resources | 1 |
| Training for school teams and coaches: Overview, assess current status with resource mapping and review of data, examining teaming structures, establish MTSS routines and procedures, develop initial action plan | Use of Chapter 5 of the ISF monograph, the Installation Guide with supporting tools and resources; and the ISF training manual | 1 |
| Technical assistance virtual meetings with coaches | Weekly | 1 |
| Virtual training for school team and coaches: topics TBD based on need (family engagement, changing role of clinician, using data for decision making, | Monthly | 1 |

AR000634

| | | |
|---|---|---|
| Team Initiated Problem Solving, Suicide Prevention, etc.) | | |
| Technical assistance to complete assessments: ISF-Implementation Inventory (ISF-II); Tiered Fidelity Inventory (TFI-FSC) for Families Monitor staff and retention of school based mental health service providers. | Fall and spring of the school year | 1 |
| School learning walks and baseline assessment | Fall and spring of the school year | 1 |
| Virtual training for school team and coaches: topics TBD based on need | Monthly | 2-5 |
| Technical assistance to complete spring assessments ISF-II, TFI-FSC for Families | Spring | 2-5 |
| School learning walks | 1 day per school in person | 2-5 |

21

AR000635

| | | |
|---|---|---|
| Technical assistance for action planning Monitor staff recruitment and retention of school based mental health services providers.  Gathering feedback from ongoing coaching and technical assistance to continually support staff. | ongoing | 2-5 |

**Management Plan and Adequacy of Resources**

***Dissemination Plan* (Ongoing throughout the Grant Cycle)**

Our dissemination plan is designed to utilize this project to support continued learning and scalability across the state.  Our activities are structured around two main goals:

1. Impact *educational practice* via the dissemination of project findings to Interested Parties (e.g., parents), local and state educational leaders, and TA centers with the capacity to influence operations within authentic education settings.

2. Develop *resources* to support the adoption, use, and sustained implementation of the ISF to successfully address school mental health outcomes within   schools (e.g., professional development materials, assessment measures, toolkits).

Dissemination Activities

    **Goal 1 – Educational Practice.** We will create one-page infographics and short videos that demonstrate the outcomes of our work to impact practice at the local, state, and national level. This includes sharing project outcomes via our social media platforms (e.g., Twitter,

PR/Award # S184H220061
Page e37

AR000636

Facebook). We will also present our findings at professional conferences that target educators and practitioners, such as the Collaborative for Academic, Social, and Emotional Learning (CASEL) Exchange and the Positive Behavioral Interventions and Supports Leadership Forum. We will provide open access to the school mental health model, all study tools, and related resources by hosting them on a project website and alert the public to the availability of these materials through social media and conferences.  These websites and organizations are often accessed by state and district policymakers and consultants, educators, school mental health professionals, and families.

**Goal 2 – Resources.** Our team will create resources to promote use of the ISF. We will develop an *implementation manual and checklist* for decision makers within a school (e.g., administrators, school mental health professionals). This document will include guidelines on implementation, assessment, and sustainability of the model. Second, we will develop an *online platform* for professional development tools that will be open access to be used by teachers, school mental health professionals, and administrators. This will include access to the implementation manual and checklist, as well as professional development videos, tools, and resources.

**Project LAKE's** established training opportunities explicitly develop the capacity of school teams and coaches/trainers to provide on-going professional learning within their school. Beginning with the initial assessments, the training and TA examples throughout will incorporate ongoing assessment of current context, development of skills and competencies, and support strategic planning and measurement of benchmarks and outcomes. By supporting schools in developing representative teams which include school-based staff, community partners, parents and other stakeholders' engagement and participation is actively sought. In

23

AR000637

addition to supporting the development and ongoing work of the school-based teams, structured activities are developed as part of the action planning process to continuously gain the perspectives of parents, teachers, students, school and community-based staff, and other stakeholders.

Based on previous work in the field related to installation of ISF, Internal Evaluation data will be gathered to continuously inform training and technical assistance throughout the demonstration project. Crystal Lake CCSD 47 and the training and technical assistance partners are committed to the project and will work together to regularly use qualitative and quantitative data to guide the ongoing improvement of products, services and processes.  The partners will work together to identify redundancy within the system, identifying practices that need to be eliminated that could fund the important work of the project after the federal funding ends, while also seeking out additional funding opportunities.  Crystal Lake CCSD 47 has committed local and state funding to the project and will continue to do so in order to sustain the work.  The project lead from Crystal Lake CCSD 47 will partner with the DCLT and Midwest PBIS to review data on a monthly, quarterly and yearly basis to inform implementation and long-term planning.

The proposed timeline can be found in **Table 3.**

**Table 3. Midwest PBIS Evaluation Timeline**

| *Internal Evaluation Timeline* | | |
|---|---|---|
| **Tool** | **Suggested Annual Completion** | **Resources** |
| **School Climate Survey (Student, Family, Personnel)** | | |

| | | |
|---|---|---|
| **Purpose:** Provides stakeholder perception data to assist with annual action planning, internal decision-making, assessment of change over time. | September and April | http://www.pbisapps.org |
| **SWPBIS Tiered Fidelity Inventory** | | |
| **Purpose:** Helps teams identify and prioritize action planning items, provides fidelity of implementation data, and basis for recognition. Inventory available at http://www.pbisapps.org | January-March | http://www.pbisapps.org |
| **Self- Assessment Survey (SAS)** | | |
| **Purpose:** Provides staff perception data to assist with annual action planning, internal decision-making, assessment of change over time, awareness of building staff and team validation. | September and April | http://www.pbisapps.org |
| **ISF-Implementation Inventory** | | |
| **Purpose:** Provides a valid and reliable measure of the extent to which education and school mental health partners are applying the core features of the ISF. | September and April | https://drive.google.com/file/d/1JHzpl-HvbTVL2DtLFjBgQoko |

PR/Award # S184H220061

Page e40

AR000639

| | | na_OZeDJ /view |
|---|---|---|
| **School-wide Information System or similar data system (SWIS, CICO-SWIS)** | | |
| **Purpose:** Provides data on frequency of problem behaviors, locations of problems, types of problems, students involved in problem behaviors and staff making referrals to be used for designing and progress monitoring. | • Data entered regularly <br> • Team reviews data: <br> • T1: At least once per month <br> • T2: At least 2 time per month <br> • T3: Weekly, or more frequently | http://www .pbisapps.o rg |
| **Student Outcome data: Office Discipline Referrals, Attendance, Grade achievement/ proficiency, time out of class, etc. to identify the number and percentage of students being successful at Tier 1.** | | |
| **Purpose:** To allow teams to determine the impact of instruction and intervention. Teams should look at data by the entire school, and by sub-groups and populations to determine equity of impact. *For example, by grade level, by IEP and non-IEP status, and by ethnicity/race.* | • Data entered regularly. <br> • Team reviews data: <br> • T1: At least once per month <br> • T2: At least 2 time per month | http://www .pbis.org/s chool/equit y-pbis |

AR000640

| | • T3: Weekly, or more frequently | |
|---|---|---|

**Student Intervention Enrollment data: Number and percentage of students participating in Tier 2 and Tier 3 interventions.**

| **Purpose:** To allow teams to determine the proportion of students participating in T2 and T3 interventions. Teams should look at proportion in relation to the entire school population, as well as compare by sub-groups and populations to determine equity of impact. *For example, by grade level, by IEP and non-IEP status, and by ethnicity/race.* | • Data entered within 24 hours.<br>• Team reviews data:<br>• T2: At least 2 time per month<br>• T3: Weekly, or more frequently | http://www.pbis.org/school/equity-pbis |
|---|---|---|

**Student Intervention Success data:**
**Number and percentage of students meeting goals in Tier 2 and Tier 3 interventions.**

| **Purpose:** To allow teams to determine the rates of success for students participating in T2 and T3 interventions. Teams should look at rates of success of the entire T2 and T3 interventions, as well as compare rates of success for sub-groups and populations to determine equity of impact. *For* | • Data entered regularly.<br>• Team reviews data:<br>• T2: At least 2 time per month<br>• T3: Weekly, or more frequently | http://www.pbis.org/school/equity-pbis |
|---|---|---|

27

AR000641

| *example, by grade level, by IEP and non-IEP status, and by ethnicity/race.* | | |
|---|---|---|

**Data Table 4. for Performance Measures**

| Evaluation Activity/ Data Source | Schedule | Targets |
|---|---|---|
| Competitive Priority #2 | Annually | Team will compile data on the increase of school based mental health service providers from underrepresented groups and/or from within the LEA's catchment area |
| Organizational Data | Annually | Team will compile unduplicated, cumulative number of new school-based mental health service providers hired as a result of the grant<br><br>Team will compile unduplicated, cumulative number of retained school-based mental health service providers as a result of the grant<br><br>Team will compile the attrition rate of school-based mental health service providers of each LEA participating in the grant<br><br>Team will compile the ratio of students to school-based mental health service providers in each LEA participating in the grant |
| Individual Data | Quarterly | Team will compile<br><br># of individuals screened for MH and/or interventions |

| | | # of individuals referred mental health or related services |
| | | # of individuals receiving services after referral |
| | | # of individuals with demonstrated improvement based on implementation of grant activities. |

29

AR000643

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1236-Resumes.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

PR/Award # S184H220061

Page e45

Tracking Number:GRANT13747142          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 03:17:57 PM EDT

AR000644

# Kristin Schmidt

4531 Whitehall Lane Algonquin, IL 60102• (224)623-2827• kris.schmidt26@gmail.com

## Highly Experienced Special Education Professional with Diverse Background and Extensive Knowledge in SEL

Comprehensive experience in special education services and supports, special education law, special education paperwork and procedures, coordination of district-wide SEL initiatives, and the management and coordination of multiple special education teams and staff.

Diverse knowledge of private placements. Experience with grades K-12. Understanding of multiple self contained programs. Created a K-8 autism program. Co-developed a county-wide mental health initiative. Exceptional leadership skills

## PROFESSIONAL EXPERIENCE

**Assistant Director of Special Ed,** Crystal Lake District 47 2013-present
- Collaborated with neighboring districts to expand programming options within our district
- Created a district autism program and brought back many students to their home district
- Co-coordinated a county round table including clinicians from the county as well as representatives from all county districts to work together in supporting the mental health needs of our families.
- Was a member of a planning board to create a diagnostic clinic for children with autism
- Serve as LEA of special education meetings as required
- Supported students and staff in all 6 district self contained programs
- Lead special education building teams
- Support multiple elementary and middle schools, including special education students and staff
- Oversee the district social work department
- Oversee the district's SEL initiatives including creating partnerships that provide onsite clinics to provide mental health services to our Title 1 schools
- Applied for grants to bring in funding for new SEL initiatives

**Student Services Coordinator,** Crystal Lake District 47 2011-2013
- Contributed to multiple ICG and WRAP teams for students with significant emotional and behavioral concerns
- Supported students in Crystal Lake parochial schools as the LEA as well as supporting RtI processes
- Facilitated meetings for all outplaced students
- Worked closely with neighboring districts and private day schools who were services our outplaced students
- Created a comprehensive list of educational partners to be used for students who require more intensive programming options
- Supported students who were placed in residential treatment facilities

**School Social Worker,** Crystal Lake District 47 2001-2012
- PArticipated on the school improvement committee
- Participated in and coordinated several district-wide RtI committees

AR000645

- Instructed parenting classes
- Worked closely with building administration as well as building staff in order to ensure SEL needs were supported
- Supported students in buildings as well as multiple self-contained programs
- Completed accurate paperwork for all students with IEP's and 504'as as required by law ● Provided general education integration experiences for our most profoundly disabled students ● Co-coordinated monthly parenting support groups
- Provided services and supports to general education and special education students including 1:!, small group, large group and integrated services

**School Social Worker,** WoodDale District 7 1999-2001
- Individual, integrative and group treatment of regular and special education students ● Family and teacher consultation
- Completion of SDS and IEP's
- Consultation with outside agencies to provide resources to families
- Facilitated weekly divorce and social skills groups
- Designed and lead a district wide charity drive
- Created and facilitated multiple school wide initiatives
- Co-facilitated an area=wide Parenting University program with 3 other districts
- Trained as a school-based WRAP service facilitator and coordinator

**Noteworthy Experiences**
- **Trained as a Love and Logic Facilitator**
- **NAMI McHenry County Board of Directors member**
- **LGMC 2020 graduate**
- **Youth Coalition founding board member**
- **YMHFA trainer**

### EDUCATION

**Bachelor of Science, Psychology, Illinois State University 1995**
**Masters of Social Work, School Social Work, Loyola University Chicago 1999**
**Masters in Educational Leadership, Concordia University 2007**

AR000646

# SHANNON SEIBERT



815-212-3359



scseibert@d47.org

## PROFILE

Looking to guide teams in evidence-based strategies to support coordinated and effective classroom management skills, social-emotional learning, restorative practices, and behavioral interventions to develop a positive school climate and culture.

## EDUCATION

**M.ED. Educational Leadership**
American College of Education
Currently enrolled

**English as a Second Language Endorsement**
Benedictine University
2012

**Learning Behavior Specialist Master's Degree**
National Louis University
2009

## EXPERIENCE

Crystal Lake School District #47
2009 - present

**Lead Social Emotional Learning & Wellness Coordinator**

- Provide training for staff and administrators such as PBIS, functions of behavior, classroom management skills, behavioral strategies, circles, and trauma
- Create district procedures and guidance documents related to SEL, PBIS and FBA/BIP
- Assist in the enforcement of all federal, state and district regulations, policies and procedures around best practices with restraints and timeouts
- Lead CPI trainer for the district to train and support staff with CPI certification and renewal
- Identify and model Tier 1 practices for teaching staff

AR000647

**Bachelor of Arts**
Iowa State University
1994

- Work with district PBIS coaches to develop, assess and monitor Tier 2 & Tier 3 interventions that support the MTSS framework
- Provide support to behaviorally struggling students through small group or one-to-one intervention
- Intervene in occurrences of inappropriate behavior of students for the purpose of assisting students and modifying such behavior and developing successful interpersonal skills
- Respond to discipline and crisis situations as needed
- Collaborate with administration to conduct re-entry meetings on students who have been suspended, and as appropriate develop intervention plans involving instruction of expected behaviors
- Participate in problem-solving meetings: MTSS, PBIS, Building Leadership Team, 504 and IEP
- Train other SEL Coordinators and Staff with SEL curriculum
- Registered Behavior Technician

**Social Emotional Learning & Wellness Coordinator**

- Supported Tier 3 behavior students across the district
- Led building level reviews of FBA/BIPS by attending meetings to develop, collect data, develop data sheets, analyze data and conduct fidelity checks
- Supported staff and families on current trends, trauma informed practices, and evidence-based practices as they relate to positive and effective behavior support, wellness and interventions
- Provided guidance and coaching to school staff on behavioral support, including but not limited to classroom management, function of behavior, de-escalation, PBIS and interventions
- Conducted conflict resolution, peer mediation and wellness support sessions with students
- Provided assistance with de-escalating student behaviors with reintegration back into the classroom or an alternate environment, and facilitated restorative process
- CPI Trainer for the district

AR000648

**Emotional Disability Self-Contained Program Teacher in Oasis**

Glacier Ridge Elementary School

- Case managed and oversaw IEP development and implementation
- Managed and develop FBA/BIP's
- Implemented positive classroom management strategies and restructured classroom using Conscious Discipline
- Created a Trauma Informed classroom
- Designed classroom spaces to create learning environments that contributed to children's overall wellbeing, and social and emotional development
- Trained in Discrete Trials, STAR Autism and Pivotal Response Treatment

AR000649

# DIANE LAMASTER

2747 NORTHMOOR DRIVE NAPERVILLE, IL 60564
PHONE 563 505-3020 • E-MAIL diane.lamaster@midwestpbis.org

Trainer and Technical Assistance provider for the past 20 years in behavioral supports at the school, district and state level. Expertise in the areas of data based decision-making, evaluation systems, training and coaching multi-tiered systems of support. National SWIS (School Wide Information System) Facilitator Trainer and National TIPS (Team Initiated Problem Solving) Trainer. Highly skilled in training teams to utilize data for decision-making, action planning and addressing both outcome as well as fidelity measures.

## WORK EXPERIENCE

**2014 – Present**          **Midwest PBIS Network**
Trainer / Technical Assistance Coordinator - SWIS / PBIS Assessments / TIPS

**2014-2014**          **ISTAC**                              **Westmont, IL**
Evaluation Specialist for Il State Technical Assistance Collaborative

**2013-2014**          **Illinois PBIS Network**          **Westmont, IL**
Technical Assistance Coordinator for Il PBIS Network

**2004-2013**          **Rock Island S.D. 41**          **Rock Island, IL.**
PBIS (Positive Behavioral Interventions & Supports) District Coordinator/Staff Development-Trainer

**2002-2004**          **Edison Junior High School**          **Rock Island, IL.**
Case Manager/Behavior Interventionist; Special Education Department Head

**1989-2002**          **Thomas Jefferson School**          **Rock Island, IL.**
Special Education Teacher/Case Manager – Resource Room

**1977-1989**          **Denkmann School**          **Rock Island, IL.**
Instructional Special Education Teacher – Cross-categorical, self-contained classroom.

**1976-1977**          **Chicago Public Schools**          **Chicago, IL.**
Self-contained special education classroom for ED elementary students

## TRAINING EXPERIENCE

- **National SWIS Facilitator Trainer / National TIPS Trainer**

  1. Trained approx. 400 individuals to become certified SWIS Facilitators in SWIS, CICO-SWIS and ISIS-SWIS
  2. Trained and/or support at least 600 schools in SWIS, CICO-SWIS and ISIS-SWIS
  3. Supports all schools across the state of IL in the use and application of various behavioral evaluation tools/surveys – PBIS Assessments

AR000650

4.  Trained TIPS Problem Solving Process/Model to 100 districts/teams across the country

- **PBIS Training/Support**

1.  Provided training and support to 200 school districts (over 400 schools) in Tier 1 (Universal), Tier 2 (Secondary) and Tier 3 (Tertiary)
2.  Provided training and support in TIPS (Team Initiated Problem Solving) to over 100 school districts
3.  Provided SWIS and TIPS training at State and National Conferences
4.  Presentations at National Behavioral Conferences - PBIS Leadership Forum; Association for Positive Behavior Support (APBS) Conference; Illinois Alliance of Administrators of Special Education (IAASE)
5.  Trainer/Technical Assistance provider for 2 year national study implementing Multi-Tiered Systems of Support for Behavior - Tier 1 and Tier 2 (MTSS-B)
6.  Member of Association for Positive Behavior Support

- **Contribution to Education Research**

Bohanon-Edmonson, H., Flannery, K. B., Eber, L., & Sugai, G. (2004). Positive Behavior Support in High Schools: Monograph from the 2004 Illinois High School Forum of Positive Behavioral Interventions and Supports. National Center of Positive Behavior Support.

- **Additional Information: Research Support and/or Scholastic Performance**

Completed Research Support:

ED-IES-14-C-0003, Institute of Education Sciences
Eber and Barrett (PI)
11/01/14-06/30/17
MTSS-B: Impact Evaluation of Training in School Wide Positive Behavior Supports
Sub-contracted coordinator (Center for Social Behavior Support) for training development, technical assistance, and implementation provided to nine study districts in six states
Role: Trainer

- **Current Support:**

Office of Special Education and Rehabilitative Services: *Technical Assistance Center of Positive Behavior Interventions & Supports IV* H326S13004 / CFDA - 84.326S
(PI: Robert Horner); Role: Trainer (10%)
5 years (10/1/2013-09/30/2018)

University of Vermont and State Agricultural College: *Efficacy of RENEW for High School Students with Emotional & Behavioral Challenges* R305A150438/ CFDA - 84.305A
(PI: Jesse C. Suter); Role: Trainer (37%)
4 years (07/1/2015-06/30/2019)

AR000651

## EDUCATION

<u>1979-1981</u>       Western Illinois University            Macomb, IL.
           M.S.,  Educational Administration - Type 75 Certificate

<u>1973-1976</u>       Western Illinois University            Macomb, IL.
           B.S.,  Special Education - certificates in: EMH;  TMH;  ED/SM;  LD

AR000652

## BIOGRAPHICAL SKETCH

NAME: Meyer, Brian

eRA COMMONS USER NAME (credential, e.g., agency login):

POSITION TITLE: Co-Director

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE (if applicable) | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Bradley University, Peoria, IL | BS | 05/1996 | Elementary Education and General Science |
| University of Maine, Orono, ME | MED | 05/1999 | Human Development and Higher Education Administration |
| University of Illinois, Urbana, IL | MED | 05/2011 | Educational Organization and Leadership |

**A. Personal Statement**

Brian Meyer is the Co-Director of the Midwest PBIS Network, an implementing Technical Assistance Partner with the USDOE Center on PBIS, and a facilitator of organizational change and systems alignment initiatives at state, regional, and district levels. Mr. Meyer has over 20 years of leadership experience in the field of education, implementing systems thinking across multiple settings including alternative school settings, general education, and higher education. His curricular development interests include alignment of social-emotional-behavioral initiatives, district leadership of PBIS, Tier I foundations, classroom practices, crisis de-escalation, and bullying prevention.  Mr Meyer also provides technical assistance for the National Center's School Climate Transformation Grants (SCTG), mental health integration demonstration projects, the national PBIS Leadership Forum, and the internal evaluation of the Center on PBIS.

**B. Positions and Honors**

**Positions and Employment**

1996 - 1997    Family Teacher, Mooseheart Child City and School, Mooseheart, IL

1999 - 2001    Residential Director, Cornell University, Ithaca, NY

2000 - 2001    Faculty/Housemaster, College Gifted Programs, Denison University, Summer Programs, Parsippany, NJ

2001 - 2004    Community Consultant, Mooseheart Child City and School, Mooseheart, IL

2004 - 2007    Community Coordinator, Mooseheart Child City and School, Mooseheart, IL

2007 - 2014    Operations Director, Illinois PBIS Network, La Grange Park, IL

2014 -           Co-Director, Midwest PBIS Network, Lombard, IL

AR000653

**Other Experience and Professional Memberships**

2014 -    Project Coordinator, Center for Social Behavior Support, a collaboration of Midwest and Mid-Atlantic PBIS Networks

2015 -    Member, Association of Positive Behavior Supports

**Honors**

2000    Honorable Mention, James A. Perkins Prize for Interracial Understanding and Harmony, Cornell University

2001    Honorable Mention, James A. Perkins Prize for Interracial Understanding and Harmony, Cornell University

**C. Contribution to Education Research**

1. Training Grant Project Coordinator & Lead Trainer: for training subcontract of the USDOE's Institute of Education Sciences national research study of "MTSS-B: Impact Evaluation of Training in School Wide Positive Behavior Supports." Coordinated training development, technical assistance, and implementation provided to nine study districts in six states. (USDOE AWARD# ED-IES-14-C-0003)

**D. Additional Information: Research Support and/or Scholastic Performance**

**Completed Research Support**

ED-IES-14-C-0003, Institute of Education Sciences
    Eber and Barrett (PI)
11/01/14-06/30/17
MTSS-B: Impact Evaluation of Training in School Wide Positive Behavior Supports
Sub-contracted coordinator (Center for Social Behavior Support) for training development, technical assistance, and implementation provided to nine study districts in six states
Role: KP

Office of Special Education and Rehabilitative Services: *Technical Assistance Center of Positive Behavior Interventions & Supports IV* H326S13004 / CFDA - 84.326S
(PI: Robert Horner); Role: Research Director (6%)
5 years (10/1/2013-09/30/2018)

AR000654

# Trisha Curran Shrode

EXPERIEN
CE

### Director of Research and Evaluation
August 2020 to present
Midwest PBIS acts as a national research, grant, and direct-funded organization housed at West 40 ISC #2 in Illinois. Our primary charge is to function as a hub of the Center on PBIS, a national technical assistance partnership funded from the U.S. Department of Education to assist state boards of education in building their capacity for installation, fidelity, outcomes, and sustainability of Positive Behavior Interventions and Supports (PBIS).

### Director of Curriculum and Instruction
January 2013 to August 2020
School District U-46 serves over 40,000 children in grades Pre-k-12.  School District U-46 serves portions of 11 communities in the northwest suburbs of Chicago in Cook, Dupage and Kane Counties and is the second largest school district in the state of Illinois.

### Principal
**Oakhill Elementary, Streamwood, Illinois**
August 2012 to January 2013
Oakhill is a U-46 school serving 520 students in K-6.  The student population is 70% Hispanic, 24% Causcasion and 71% low-income.  The school has an ELL population of over 40% and has one-way Dual Language programs in K-3 as well as Transitional Bilingual classes in grades 4-6.

### Principal
**Jean de Lafayette Elementary School, Chicago, Illinois**
July 2008 to June 2012

Lafayette is located in the Humboldt Park section of Chicago and serves 530 students PreK-8. The student population is 70% Hispanic, 30% African American and 98% low-income.   The school has an ELL population of 20% and is a cluster site with five low-incidence classrooms serving predominately students on the spectrum.

### Interim Principal
**Scott Joplin Elementary School, Chicago, Illinois**
March 2008 to June 2008

Joplin is located in Chicago's Auburn Gresham neighborhood and serves 600 students K-8.  The student population is 99% African American and 80% low-income.

### Math/Science Coach
**Area 14, Chicago Public Schools, Chicago,  Illinois**
August 2007 to February 2008

Area 14 is located in Englewood, a predominantly African American, predominantly low-income community on Chicago's south side.  Most of the 25 schools in Area 14 have mobility rates that exceed 30%.

### Principal Intern
**William P. Gray Elementary School, Chicago, Illinois**
August 2006 to July 2007

Gray is a K-8 school on Chicago's northwest side that serves over 1300 students, 80% of whom come from low-income households.  Students who attend Gray come from 24 different language communities, the largest of which is Spanish-speaking.

AR000655

**Summer School Principal**
**Sterling Summer School, Peoria, Illinois**
January 2006- July 2006

Responsible for overall summer school planning and operations with a faculty and staff of 30.

**Lead Teacher**
**Blaine Sumner Middle School, Peoria, Illinois**
December 2003- June 2006

**District-wide Professional Developer**
**Peoria District #150, Peoria, Illinois**
Summer 2004 & Summer 2005

Complete responsibility for the organization of summer school math and technology instruction, development and coordination of weekly problem solving workshops for math and technology teachers, and member of district administrative team.

**Case Manager& Grant Coordinator**
**YWCA of Quincy, Quincy, Illinois**
October 2002- December 2003

Experiences included:  development and oversight of four major HUD grants and all matching funds; case work and support staff oversight; coordination of communications among funders, staff, as well as program participants.

**Director of Family Ministries**
**First Union Congregational Church, Quincy, Illinois**
August 2000-June 2003

Development and implementation of all family programming, oversight of all service-led initiatives, representation on local and state boards, active participation on executive board.



**Northern Illinois University**                                        Dekalb, IL
Masters in School Business
August 2020

**UNIVERSITY OF ILLINOIS**                                        Chicago, IL
Doctorate in Urban Leadership
December 2017 Superintendent Endorsement

**Bradley University**                                                   Peoria, IL
Masters in Educational Leadership and Administration
Summer 2004 to Spring 2006  Type 75 Certificate Spring of 2006
Major:  Educational Administration

**Illinois State University**                                        Normal, IL
Bachelor of Arts, Fall 1997 to Spring 1999
Major: Elementary Education   Minor: History

**Illinois Central College**                                 East Peoria, IL
Associate of Arts, Spring of 1995 to Spring of 1997

AR000656

# Jennifer Norton

**Title of Position:** Project Coordinator & Data Manager

## Education Background

**ART THERAPY CERTIFICATE** • May 2012 • Northwestern University, School of Continuing Studies

**MASTER OF ART IN ART EDUCATION** • May 2005 • University of Illinois @ Urbana-Champaign

**BACHELOR OF FINE ART IN ART EDUCATION** • May 2004 • University of Illinois @ Chicago

**BACHELOR OF ART IN STUDIO ART** • May 2001 • Columbia College Chicago

## Employment History

PROJECT COORDINATOR & DATA MANAGER • MIDWEST PBIS NETWORK
NOVEMBER 2015 – PRESENT
- Accounting & Evaluation team member
- Maintain contact & evaluation database for over 6,000 schools statewide
- Maintain and improve database information systems needed for efficient data collection and communication
- Ensure accurate and efficient communication systems for ongoing evaluation and research team dissemination tasks
- Format and present data and information in usable format for user friendly analysis
- Maintain Google Sites website

CLIENT SERVICES REPRESENTATIVE • TMS BEHAVIORAL ELECTRONIC HEALTH RECORD
MAY 2014 – OCTOBER 2015
- Point of contact for three client accounts regarding user experience of system, customization specifications, & development
- Maintained fluid communication system among Development/Programming Team & Client Services Representatives
- Designed technical manuals for a non-technical audience
- Managed five support staff

AR000657

## EVALUATION & RESEARCH DATA MANAGER • ILLINOIS PBIS NETWORK
## JUNE 2011 – MAY 2014

- Maintain contact database for over 6,000 schools statewide
- Ensure accurate and efficient communication systems for ongoing evaluation and research team dissemination tasks
- Format and present data and information in usable format for user friendly analysis
- Ensure the support, database administration and integrity, and implementation of all evaluation and research components of the ISTAC/Illinois PBIS Network
- Maintain and improve database information systems needed for efficient data collection and communication internally, and with local, regional, state, and national stakeholders

## ART TEACHER • FOREST PARK MIDDLE SCHOOL, FOREST PARK IL
## AUGUST 2007 – JUNE 2011

- Developed and executed art curriculum for grades 5-8
- Served as Tier I representative for PBIS team
- Supported student teachers from Dominican University, Columbia College Chicago, and University of Illinois @ Urbana-Champaign

## ART TEACHER • JEFFERSON MIDDLE SCHOOL, CHAMPAIGN IL
## AUGUST 2005 – MAY 2007

- Developed and executed art curriculum for grades 6-8
- Served as Tier I representative for PBIS team
- Served as Teacher Liaison for Parent-Teacher Association
- Supported student teacher University of Illinois @ Urbana-Champaign

## LEAD TEACHER • CONNECTIONS PROGRAM, GALLERY 37, CHICAGO IL
## OCTOBER 2000 – MAY 2002

- Developed and executed after school art curriculum for Chicago Public School students, grades 4-8
- Managed classroom of diverse students
- Worked closely with general education classroom teachers
- Acknowledged as Lead Teacher after being recognized as a Senior Apprentice Artist during high school experience in the printmaking, bookbinding & papermaking, and puppetry programs

## Related Publications

- Kittelman A., McIntosh K., Mercer S., Evanovich, L., Gulbrandson K., Nantais M., Norton, J., Way G., Izzard S., Nese R.N.T. (In Publication) When Do Schools Receive Tier 2 and 3 SWPBIS Training? Center on PBIS, University of Oregon. www.pbis.org.

## References

Achenbach, T. M., & Rescorla, L. A. (2001). *Manual for the ASEBA School-Age Forms & Profiles*. University of Vermont, Research Center for Children, Youth, & Families.

Adelman, H., & Taylor, L. (2021b). New directions for school counselors, psychologists, & social workers. University of California at Los Angeles: The Center for Mental Health in Schools & Student/Learning Supports.

http://smhp.psych.ucla.edu/pdfdocs/report/framingnewdir.pdf

Algozzine, R. F., Barrett, S., Eber, L., George, H., Horner, R. H., Lewis, T. J., Putnam, B., Swain-Bradway, J., McIntosh, K., & Sugai, G. (2014). *Schoolwide PBIS tiered fidelity inventory*. OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports. https://www.pbis.org/resource/tfi

Anderson, Meg, and Kavitha Cardoza. "Mental Health In Schools: A Hidden Crisis Affecting Millions Of Students." *NPR*. NPR, 31 Aug. 2016. Web. 26 Mar. 2017.

Barrett, S., Eber, L., & Weist, M.D. (2013). Advancing education effectiveness: An interconnected systems framework for Positive Behavioral Interventions and Supports (PBIS) and school mental health. Center for Positive Behavioral Interventions and Supports (funded by the Office of Special Education Programs, U.S. Department of Education). Eugene, Oregon, University of Oregon Press.

Bear, G. G., Gaskins, C., Blank, J., & Chen, F. F. (2011). Delaware School Climate Survey—Student: Its factor structure, concurrent validity, and reliability. *Journal of School Psychology*, *49*(2), 157–174. https://doi.org/10.1016/j.jsp.2011.01.001

AR000659

Bear, G. G., Yang, C., Pell, M., & Gaskins, C. (2014). Validation of a brief measure of teachers' perceptions of school climate: Relations to student achievement and suspensions. *Learning Environments Research*, *17*, 339-354. https://doi.org/10.1007/s10984-014-9162-1

Belfield, C. R., & Levin, H. M. (2013). Guiding the development and use of cost-effectiveness analysis in education. Center for Benefit-Cost Studies of Education. Columbia University. https://static1.squarespace.com/static/583b86882e69cfc61c6c26dc/t/58cfd4123e00be566 2d26dc3/1490015251051/Guiding-the-Development-And-Use-of-Cost-effectiveness-An alysis-in-Education.pdf

Bradshaw, C., Koth, C., Bevans, K., Ialongo, N., & Leaf, P. (2008). The impact of school-wide positive behavioral interventions and supports (PBIS) on the organizational health of elementary schools. *School Psychology Quarterly*, *23*(4), 462–473. https://doi.org/10.1037/a0012883

Brantlinger, E., Jimenez, R., Klingner, J., Pugach, M., & Richardson, V. (2005). Qualitative studies in special education. *Exceptional Children, 71*(2), 195–207. https://doi.org/10.1177/001440290507100205

Braun, V., & Clarke, V. (2006). Using thematic analysis in psychology. *Qualitative Research in Psychology*, *3*(2), 77-101. https://doi.org/10.1191/1478088706qp063oa

Briesch, A. M., Chafouleas, S. M., Neugebauer, S. R., & Riley-Tillman, T. C. (2013). Assessing influences on intervention implementation: Revision of the Usage Rating Profile-Intervention. *Journal of School Psychology, 51*(1), 81-96. https://doi.org/10.1016/j.jsp.2012.08.006

AR000660

Carr, E. G., Dunlap, G., Horner, R. H., Koegel, R. L., Turnbull, A. P., & Sailor, W. (2002). Positive behavior support: Evolution of an applied science. *Journal of Positive Behavior Interventions*, **4**, 4– 16.

Cavanagh, S. (1997). Content analysis: concepts, methods and applications. *Nurse Researcher*, *4*(3), 5-16. https://doi.org/10.7748/nr.4.3.5.s2

Czeisler, M. E., Lane, R. I., Petrosky, E., Wiley, J. F., Christensen, A., Njai, R., Weaver, M. D., Robbins, R., Facer-Childs, E. R., Barger, L. K., Czeisler, C. A., Howard, M. E., & Rajaratnam, A. M. W. (2020). Mental health, substance use, and suicidal ideation during the COVID-19 pandemic. MMWR Morbidity and Mortality Weekly Report 69, 1049–1057. http://dx.doi.org/10.15585/mmwr.mm6932a1

Conduct Problems Prevention Research Group. (1991). *Parent and teacher involvement measure–teacher*. http://www.fasttrackproject.org

Creswell, J. W. (2013). *Qualitative inquiry and research design: Choosing among five traditions* (3rd ed.). Sage Publications.

Department of Education. (2021). Education in a Pandemic: The Disparate Impacts of COVID-19 on America's Students. Office for Civil Rights. https://www2.ed.gov/about/offices/list/ocr/docs/20210608-impacts-of-covid19.pdf

Dick, W., & Carey, L. (1996). *The systematic design of instruction* (4th ed.). Harper.

Dishion, T. J., & Patterson, G. R. (2016). The development and ecology of antisocial behavior: Linking etiology, prevention, and treatment. In D. Cicchetti (Ed.), *Developmental psychopathology: Maladaptation and psychopathology* (Vol. 3, 3rd ed., pp. 647–678). John Wiley & Sons, Inc.

AR000661

Donaldson, G. A. (2006). *Cultivating Leadership in Schools:  Connecting People, Purpose and Practice.* Teachers College Press

Doubilet, P., Begg, C. B., Weinstein, M. C., Braun, P., & McNeil, B. J. (1985). Probabilistic sensitivity analysis using Monte Carlo simulation: a practical approach. *Medical decision making*, *5*(2), 157-177. https://doi.org/10.1177/0279289X8500500205

Eber, L., Barrett, S., Scheel, N., Flammini, A., & Pohlman, K. (2020). Integrating a trauma-informed approach within a PBIS framework. Washington, DC: National Center on Positive Behavioral Interventions and Supports (PBIS Center).

Eber, L., Sugai, G., Smith, C., Scott, T. (2002). Wraparound and Positive Behavioral Interventions and Supports in the Schools. *Journal of Emotional and Behavioral Disorders*, 10(3), 171-180.

Elmore, R. F. (2004).  *School Reform from the Inside Out: Policy, Practice, and Performance.* Harvard Education Press.

Foster, S., Rollefson, M., Doksum, T., Noonan, D., Robinson, G., Teich, J. (2005). School mental health services in the United States, 2002-2003. DHHS Pub. No. (SMA) 05-4068. Rockville, MD: Center for Mental Health Services, Substance Abuse and Mental Health Services Administration.

Garbacz, S. A. (2019). Enhancing family engagement in schoolwide positive behavioral interventions and supports. *Intervention in School and Clinic*, *54*(4), 195–203. https://doi.org/10.1177/1053451218782428

Garbacz, A., Minch, D., Cook, S., McIntosh, K., Weist, M., & Eagle, J. (2019). *Tiered fidelity inventory: Family-school collaboration.* Family-School-Community Alliance and OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports.

AR000662

Garbacz, S. A., Stormshak, E. A., McIntyre, L. L., & Kosty, D. (2019). Examining family-school engagement in a randomized controlled trial of the family check-up. *School Psychology, 34*(4), 433–443. https://doi.org/10.1037/spq0000284

Garbacz, S. A., Zerr, A. A., Dishion, T. J., Seeley, J. R., & Stormshak, E. A. (2018). Parent involvement in middle school: Longitudinal influences on student outcomes. *Journal of Early Adolescence, 38,* 629 –660.

Gold, Y. (1984). The factorial validity of the Maslach Burnout Inventory in a sample of California elementary and junior high school classroom teachers. *Educational and Psychological Measurement*, *44*(4), 1009-1016. https://doi.org/10.1177/0013164484444024

Gregory, A., & Weinstein, R. S. (2008). The discipline gap and African Americans: Defiance or cooperation in the high school classroom. *Journal of School Psychology*, *46*(4), 455-475.

Handley, M. A., Lyles, C. R., McCulloch, C., & Cattamanchi, A. (2018). Selecting and improving quasi-experimental designs in effectiveness and implementation research. *Annual Review of Public Health, 39,* 5-25. https://doi.org/10.1146/annurev-publhealth-040617-014128

Herman, K. C., Hickmon-Rosa, J. E., & Reinke, W. M. (2018). Empirically derived profiles of teacher stress, burnout, self-efficacy, and coping and associated student outcomes. *Journal of Positive Behavior Interventions, 20*(2), 90-100. https://doi.org/10.1177/1098300717732066

Holmes, S. R., Reinke, W. M., Herman, K. C., & David, K. (2021). An examination of teacher engagement in intervention training and sustained intervention implementation. *School Mental Health*. Advance online publication. https://doi.org/10.1007/s12310-021-09457-3

AR000663

Horne, Stephen. (1992). Organisation and Change within Educational Systems: Some Implications of a Loose-coupling Model. *Educational Management Administration & Leadership.* 20. 88-98.

Horner, R. H., Sugai, G., Anderson, C. M. (2010). Examining the evidence base for school-wide positive behavior support. *Focus on Exceptional Children, 42*(8), 1–14.

Horner R. H, Sugai G, Smolkowski K, Eber L, Nakasato J, Todd A, Esperanza J. A randomized, waitlist-controlled effectiveness trial assessing school-wide positive behavior support in elementary schools. *Journal of Positive Behavior Interventions.* 2009;11(3):133–144.

Horner, R., Sugai, G., & Lewis, T. (2015). Is school-wide positive behavior support and evidence-based practice. *Retrieved from* http://www.pbis.org/research

Hoy, W., & Feldman, J. (1987). Organizational health: The concept and its measure. Journal of Research and Development in Education, 20(4), 30–38.

Hoy, W. K., Miskel, C. G. (1996). Education administration: Theory, research, and practice (5th ed.). McGraw-Hill.

Institute of Education Sciences (2020). *Cost analysis: A toolkit* (IES 2020-001). U.S. Department of Education: Institute of Education Sciences. https://ies.ed.gov/seer/pdf/IES_Cost_Analysis_Starter_Kit_V1.pdf

Irvin, et al. (2004). Validity of office discipline referral measures as indices of school-wide behavioral status and effects of school-wide interventions, *Journal of Positive Behavior Interventions, 6*(3), 131-147.

Irvin, et al. (2006). Using office discipline referral data for decision making about student behavior in elementary and middle schools: An empirical evaluation of validity, *Journal of Positive Behavior Interventions, 8*(10), 10-23.

AR000664

Ishimaru, A. M., & Lott, J. (2015). *User's Guide for Road Map Family Engagement Survey*. University of Washington.

Iwanicki, E.F., & Schwab, R.L. (1981). A cross validation study of the Maslach Burnout Inventory. *Educational and Psychological Measurement, 41*(4), 1167-1174. https://doi.org/10.1177/001316448104100425

January, S. A. A., & Ardoin, S. P. (2015). Technical adequacy and acceptability of curriculum-based measurement and the measures of academic progress. *Assessment for Effective Intervention, 41*(1), 3-15. https://doi.org/10.1177/1534508415579095

Kilgus, S. P., Chafouleas, S. M., & Riley-Tillman, T. C. (2013). Development and initial validation of the Social and Academic Behavior Risk Screener for elementary grades. School Psychology Quarterly, 28(3), 210-226. https://doi.org/10.1037/spq0000024

Kilgus, S. P., Eklund, K., von der Embse, N. P., Taylor, C. N., & Sims, W. A. (2016). Psychometric defensibility of the Social, Academic, and Emotional Behavior Risk Screener (SAEBRS) Teacher Rating Scale and multiple gating procedure within elementary and middle school samples. Journal of School Psychology, 58, 21-39. https://doi.org/10.1016/j.jsp.2016.07.001

Kilgus, S. P., Eklund, K., von der Embse, N. P., Weist, M., Barber, A. J., Kaul, M., & Dodge, S. (2020). Structural Validity and Reliability of Social, Academic, and Emotional Behavior Risk Screener–Student Rating Scale Scores: A Replication Study. Assessment for Effective Intervention. Advance online publication. https://doi.org/10.1177/1534508420909527

Kini, T., & Podolsky, A. *Does Teaching Experience Increase Teacher Effectiveness? A Review of the Research* (Palo Alto: Learning Policy Institute, 2016).

AR000665

Langley, A. K., Nadeem, E., Kataoka, S. H., Stein, B. D., & Jaycox, L. H. (2010). Evidence-Based mental health programs in schools: Barriers and facilitators of successful implementation. *School Mental Health*, *2*(3), 105–113.

Larsen, D. L., Attkisson, C. C., Hargreaves, W. A., & Nguyen, T. D. (1979). Assessment of client/patient satisfaction: Development of a general scale. *Evaluation and Program Planning, 2*(3), 197-207. https://doi.org/10.1016/0149-7189(79)90094-6

Leeb, R. T., Bitsko, R. H., Radhakrishnan, L., Martinez, P., Njai, R., & Holland, K. M. (2020). Mental health–related emergency department visits among children aged <18 years during the COVID-19 pandemic — United States, January 1–October 17, 2020. Morbidity and Mortality Weekly Report, 69(45), 1675–1680. https://www.cdc.gov/mmwr/volumes/69/wr/mm6945a3.htm

Leverson, M., Smith, K., McIntosh, K., Rose, J., & Pinkelman, S. (2016). PBIS Cultural Responsiveness Field Guide: Resources for Trainers and Coaches.

Levin, H. M., McEwan, P. J., Belfield, C., Bowden, A. B., & Shand, R. (2018). *Economic evaluation in education: Cost-effectiveness and benefit-cost analysis* (3rd ed.). Sage.

Lewis-Palmer, T., Sugai, G., & Larson, S. (1999). Using data to guide decisions about program implementation and effectiveness: Overview and applied example. *Effective School Practices, 17*(4), 47-53.

Lewis, T., & Sugai, G. (1999). Effective behavior support: A systems approach to proactive schoolwide management, *Focus on Exceptional Children, 31*(6), 1-24.

Linden, A., and J. L. Adams. 2011. Applying a propensity-score based weighting model to interrupted time series data: Improving causal inference in program evaluation. *Journal*

AR000666

*of Evaluation in Clinical Practice 17*(6), 1231–1238.

https://doi.org/10.1111/j.1365-2753.2010.01504.x

Little, J.W. (1993). Professional Community in Comprehensive high schools: The Two worlds of academic and vocational teachers. In J.W Little & M.W McLaughlin (Eds.), Teachers' work: Individuals, colleagues, and contexts (pp 137-163). Teachers College Press.

Lohrmann, S., Forman, S., Martin, S., & Palmieri, M. (2008). Understanding school personnel's resistance to adopting schoolwide positive behavior support at a universal level of intervention. Journal of Positive Behavior Interventions 10, 256–269.

Maslach, C., Jackson, S. E., & Leiter, M. P. (1996). The Maslach Burnout Inventory (3rd ed.). Consulting Psychologists Press.

Masten, A. S., & Cicchetti, D. (2010). Developmental cascades. *Development and Psychopathology, 22,* 491–495.

Merikangas KR, He JP, Burstein M, Swendsen J, Avenevoli S, Case B, Georgiades K, Heaton L, Swanson S, Olfson M. Service utilization for lifetime mental disorders in U.S. adolescents: results of the National Comorbidity Survey-Adolescent Supplement (NCS-A). J Am Acad Child Adolesc Psychiatry. 2011 Jan;50(1):32-45.

Meyer, J. W., & Rowan, B. (1978) The structure of educational organizations. In M. Meyer (ed.), Environments and Organizations (San Francisco: Jossey-Bass), pp. 78–110

McIntosh, K., Massar, M. M., Algozzine, R. F., George, H. P., Horner, R. H., Lewis, T. J., & Swain-Bradway, J. (2017). Technical adequacy of the SWPBIS Tiered Fidelity Inventory. *Journal of Positive Behavior Interventions, 19*(1)*,* 3–13.

https://doi.org/10.1177/109830071667193

AR000667

McIntosh, K., Girvan, E. J., Horner, R. H., Smolkowski, K., & Sugai, G. (2014). Recommendations for addressing discipline disproportionality in education. *Eugene, OR: OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports*.

McLean, D., Eklund, K., Kilgus, S. P., & Burns, M. K. (2019). Influence of teacher burnout and self-efficacy on teacher-related variance in social-emotional and behavioral screening scores. School Psychology, 34(5), 503-511. https://doi.org/10.1037/spq0000304

Muscott, H. S., Mann, E. L., LeBrun, M. R. (2008). Positive behavioral interventions and supports in New Hampshire: Effects of large-scale implementation of schoolwide positive behavior support on student discipline and academic achievement. *Journal of Positive Behavior Interventions, 10,* 190–205.

National Center on Intensive Intervention (2021). *National center on intensive intervention: Behavior screening tool charts*. Washington, D.C.: U.S. Department of Education, Office of Special Education Programs. http://www.intensiveintervention.org/

National Center on Intensive Intervention (2021). *National center on intensive intervention: Academic screening tool charts*. Washington, D.C.: U.S. Department of Education, Office of Special Education Programs. http://www.intensiveintervention.org/

Nelson, C. M., Sprague, J. R., Jolivette, K., Smith, C. R., & Tobin, T. J. (2009). Positive behavior support in alternative education, community-based mental health and juvenile justice settings. In G. Sugai, R. Horner, G. Dunlap, and W. Sailor (Eds.), *Handbook of Positive behavior support* (pp. 465-496). Springer.

Newton, J. S., Horner, R. H., Algozzine, B., Todd, A. W., Algozzine, K. M. (2012). A randomized wait-list controlled analysis of team-initiated problem solving. *Journal of School Psychology, 50,* 421–441.

AR000668

Noguera, Pedro. (2003). The Trouble with Black Boys. *Urban Education, 38,* 431-459.

    Northwest Evaluation Association (2009). Technical manual for measures of academic

    progress and measures of academic progress for primary grades. Author.

Patrick, S. W., Henkhaus, L. E., Zickafoose, J. S., Lovell, K., Halvorson, A., Loch, S., Letterie,

    M., & Davis, M. M. (2020). Well-being of parents and children during the COVID19

    pandemic: A national survey. Pediatrics, 146(4), 1–8.

    https://pediatrics.aappublications.org/content/146/4/e2020016824

Rowan, B., & Miskel, C. G. (1999). Institutional theory and the study of educational

    organizations. In J. Murphy & K. S. Louis (Eds.), *Handbook of research in educational*

    *administration* (pp. 359–384). Jossey-Bass.

Rumberger, R. W., & Losen, D. J. (2016). The High Cost of Harsh Discipline and Its Disparate

    Impact. *Civil Rights Project-Proyecto Derechos Civiles*. Retrieved from

    http://www.schooldisciplinedata.org/ccrr/docs/UCLA_HighCost_6-2_948.pdf

Sadler, C. & Sugai, G. (2009). Effective Behavior and Instructional Support: A District Model

    for Early Identification and Prevention of Reading and Behavior Problems. *Journal of*

    *Positive Behavior Intervention, 11*(1), 35 – 46.

Santiago, C. D. C., & Miranda, J. (2014). Progress in improving mental health services for

    racial-ethnic minority groups: A ten-Year perspective. *Psychiatric Services*, *65*(2),

    180–185. https://doi.org/10.1176/appi.ps.201200517

Scott, T. M., & Martinek, G. (2006). Coaching positive behavior support in school settings:

    Tactics and data-based decision making. *Journal of Positive Behavior Interventions*, *8*,

    165–173

AR000669

Shepard, S., & Rivera, M. (2009). Therapist impressions of participation. [unpublished instrument].

Sheridan, S. M., Salmon, D., Kratochwill, T. R., & Carrington Rott, P. J. (1992). A conceptual model for the expansion of behavioral consultation training. *Journal of Educational and Psychological Consultation, 3*(3), 193-218.

https://doi.org/10.1207/s1532768xjepc0303_1

Simonsen, B., Pearsall, J. J., Sugai, G. & McCurdy, B. (2011). Alternative setting-wide positive behavior support. *Behavioral Disorders, 36*, 213-224.

Skaar, N. R., Etscheidt, S. L., & Kraayenbrink, A. (August 2020). School-Based Mental Health Services for Students with Disabilities: Urgent Need, Systemic Barriers, and a Proposal. Exceptionality. https://doi.org/10.1080/09362835.2020.1801437

Splett, J. W., Perales, K., Al-Khatib, A. M., Raborn, A., & Weist, M. D. Preliminary development and evaluation of the interconnected systems framework—implementation inventory (ISF-II). *School Psychology, 35*(4), 255-156.

https://www.doi.org/10.1037/spq0000369

Splett, J. W., Perales, K., Halliday-Boykins, C. A., Gilchrest, C. E., Gibson, N., & Weist, M. D. (2017). Best practices for teaming and collaboration in the interconnected systems framework. *Journal of Applied School Psychology*, *33*(4), 347–368.

Sugai, G., Horner, R. H., Dunlap, G., Hieneman, M., Lewis, T. J., Nelson, C. M., Scott, T., Liaupsin, C., Sailor, W., Turnbull, A. P., Turnbull, H. R., III, Wickham, D., Reuf, M., & Wilcox, B. (2000). Applying positive behavioral support and functional behavioral assessment in schools. *Journal of Positive Behavioral Interventions, 2,* 131– 143.

AR000670

Sugai, G. M., & Tindal, G. (1993). *Effective school consultation: An interactive approach.*

    Brooks/Cole.

Trainor, A. A., & Graue, E. (2014). Evaluating rigor in qualitative methodology and research

    dissemination. *Remedial and Special Education*, *35*(5), 267–274.

    https://doi.org/10.1177/0741932514528100

Tschannen-Moran, M., & Hoy, A. W. (2001). Teacher efficacy: Capturing an elusive construct.

    *Teaching and Teacher Education, 17*(7)*, 783–805.

    http://doi.org/10.1016/S0742-051X(01)00036-1

von der Embse, N. P., Pendergast, L., Kilgus, S. P., & Eklund, K. (2016). Evaluating the applied

    use of a mental health screener: Structural validity of the social, academic, and emotional

    behavior risk screener. *Psychological Assessment*, *28*(10), 1265–1275.

    https://doi.org/10.1037/pas0000253

Weick, K. E. (1982) Administering education in loosely couple schools. *Phi Delta Kappan,* June,

    pp. 673–676.

Weist, M.D. (1997). Expanded School Mental Health Services. In: Ollendick, T.H., Prinz, R.J.

    (eds) Advances in Clinical Child Psychology. Advances in Clinical Child Psychology, vol

    19. Springer, Boston, MA. https://doi.org/10.1007/978-1-4757-9035-1_9

Weist, M. D., Eber, L., Horner, R., Splett, J., Putnam, R., Barrett, S., Perales, K., Fairchild, A. J.,

    & Hoover, S. (2018). Improving multitiered systems of support for students with

    "internalizing" emotional/behavioral problems. Journal of Positive Behavior

    Interventions, 20(3), 172–184.

Weist, M. D., Garbacz, S. A., Lane, K. L., & Kincaid, D. (2017). *Aligning and integrating family*

    *engagement in Positive Behavioral Interventions and Supports (PBIS): Concepts and*

AR000671

*strategies for families and schools in key contexts.* Center on Positive Behavioral Interventions and Supports.

https://www.pbis.org/resource/aligning-and-integrating-family-engagement-in-pbis

Weist, M. D., Goldstein, J., Evans, S. W., Lever, N. A., Axelrod, J., Schreters, R., & Pruitt, D. (2003). Funding a full continuum of mental health promotion and intervention programs in the schools. Journal of Adolescent Health, 32, 70–78.

Weist, Mark & Murray, Michael. (2008). Advancing School Mental Health Promotion Globally. Advances in School Mental Health Promotion. 1. 2-12. 10.1080/1754730X.2008.9715740.

Weist, M.D., Splett, J. W., Halliday, C.A., Gage, N.A., Seaman, M.A., Perkins, K.A., Perales, K., Miller, E., Collins, D. (2022). A Randomized Controlled Trial on the Interconnected Systems Framework for School Mental Health and PBIS: Focus on Proximal Variables and School Discipline. Journal of School Psychology, Forthcoming.

Weisz, J. R., Vaughn-Coaxum, R. A., Evans, S. C., Thomassin, K., Hersh, J., Ng, M. Y., Lau, N., Lee, E. H., Raftery-Helmer, J. N., & Mair, P. (2019). Efficient monitoring of treatment response during youth psychotherapy: the behavior and feelings survey. *Journal of Clinical Child & Adolescent Psychology*, *49*(6), 737-751.

https://doi.org/10.1080/15374416.2018.1547973

AR000672

AR000673

# Midwest PBiS Network
## Positive Behavioral Interventions and Supports

10/31/2022

Dr. Kathy Hinz

300 Commerce Dr

Crystal Lake, IL 60014

Dear Dr. Hinz,

I am very pleased to write this letter confirming the commitment of the Midwest PBIS Network, as the training and technical assistance partner in **Project LAKE**.

This collaboration offers numerous opportunities for the Midwest PBIS Network to support North Chicago's efforts of implementing Positive Behavior Interventions and Supports and School Mental Health into an Interconnected Systems Framework, with emphasis on the efficient delivery of a full continuum of evidence-based mental health and educational services in least restrictive settings. The Midwest PBIS Network understands the critical importance of the overall goal of this project: to demonstrate how an interconnected multi-tiered system of support can improve family-school-community partnerships and, has the potential for expediting positive school outcomes for all students, including those from underrepresented groups and those with or at-risk of disabilities.

We welcome the opportunity to participate in this proposal and offer full commitment to the success of the program. If there is any additional information that you may require from us at this time, please let us know. We look forward to working with Crystal Lake SD #47, if this proposal is funded.

Sincerely,

Brian C Meyer
Midwest PBIS Co-Director

AR000674



*Empowering Minds*                                                              *Transforming Lives*

November 1, 2022

Kristin Schmidt
Assistant Director of Special Ed
District 47
klschmidt@d47.org

Dear Ms. Schmidt,

The McHenry County Mental Health Board is pleased to offer support for District 47 in securing grant funding from the US Department of Education for post-covid mental health needs with students.  As we are all aware, studies have shown that students are feeling more anxious, depressed, fatigued, and distressed than prior to the pandemic.  Therefore, more efforts and resources targeted at mental health and well-being in students in District 47 is vital.

As a special unit of government, the McHenry County Mental Health Board works with organizations and schools throughout our county like District 47 to improve the mental health education, needs, and access in our communities to quality behavioral health services.  More specifically, the Mental Health Board and District 47 have created a partnership over the last 4-years in which a <u>School Professionals Meeting</u> was created and is comprised of the school professionals (i.e. mainly social workers and counselors) in our community as well as community behavioral health professionals working with youth. The purpose of the quarterly meeting is to provide education and networking to school professionals on services for youth.  The meeting is co-chaired by the District 47 Assistant Director of Special Ed, Kristin Schmidt, and the Executive Director of the Mental Health Board.

Crystal Lake Elementary District 47 is the largest elementary school district and second largest employer in McHenry County and is a highly regarded education provider for pre-K-8th-grade students in McHenry County.   Besides the post-covid studies on students showing the need, behavioral health was also recently identified as a top priority health need in our most recent Community Needs Assessment in McHenry County.  We work closely with high-quality community partners such as schools to help address these needs. This grant, which we highly support, will aid efforts within the district in prevention and outreach efforts for more than 7,100 students in 12 schools.

Sincerely,

Leonetta Rizzi, BSN, MS, MBA
Executive Director, McHenry County Mental Health Board
Direct: 815.788.4364
Cell: 224-363-0058

AR000675

October 31, 2022

Over the last several years, schools have faced staff burnout & shortages, increased mental health concerns for students, as well as families struggling to respond to their children's emotional, educational, and behavioral needs.  Our school communities have been impacted by increased trauma, uncertainty, and a lack of resources. The CDC calls for 'more collaboration between educational leaders and health sectors to improve the cognitive, physical, social and emotional development of each child'. We believe that students who feel accepted, are more likely to engage in learning and relationships.  It takes a village to support our students and families during this time, we have seen the impact firsthand.

School-Community Partnerships play a vital role in the success of schools, often providing supports and resources to meet educator, family and student needs that go beyond what can typically be provided from the school community alone.  Our partnership between the Center for Emotional Wellness of the Northwest Suburbs and District 47 works with the understanding that children with social, emotional, and learning difficulties, may have had past trauma, and we do not want to further retraumatize our students through our responses. This partnership understands that it is not the responsibility of our students to fit into our structures, rather it is our job to mod the school environment around the students, our families and our communities. Due to this partnership, District 47 has been able to provide trainings to their educators on mental health related topics, such as anxiety, school refusal, engagement, technology addiction, depression and much more.

District 47's current practice of administering school-based mental health services independently without an interconnected system framework is not the most effective way to help students due to the growing needs in the community. If this change improves students' social and emotional health, it could lead to a reduction in school suspensions, discipline referrals, school based referrals and out-of-school suspensions.

Moreover, due to a recognized need for more family resources, as well as educator and student resources, this partnership has also been able to provide therapists in schools in District 47, family and parenting programming to provide support and skill building, as well as resources to engage students, families and educators across all areas of mental health. Also, due to this partnership, families are receiving strategies to provide support for their children at home, students are receiving counseling and support at school and at home as well as educators are getting support which has in turn impacted engagement. Finally, as a result of this community & school partnership, students, families and educators are reporting an increase in engagement, leading to a healthier school community.

Sincerely,

Jacqueline A. Rhew, CADC, LCPC

The Center for Emotional Wellness of the Northwest Suburbs

AR000676

**Budget Narrative File(s)**

* **Mandatory Budget Narrative Filename:** 1241-Project LAKE BNF.pdf

[ Add Mandatory Budget Narrative ]  [ Delete Mandatory Budget Narrative ]  [ View Mandatory Budget Narrative ]

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]  [ Delete Optional Budget Narrative ]  [ View Optional Budget Narrative ]

AR000677

**Crystal Lake SD #47**
**Budget Narrative**
**SBMH**

**PERSONNEL ($738,200 for Year 1; $765,883 for Year 2; $794,604 for Year 3; $824,402 for Year 4; $855,317 for Year 5 )**

Lead School Social Worker/SEL Director ( FTE in each year in Years 1-5) will provide differentiated services to students and their families. Will support behavioral, social and emotional needs. Will coordinate and support project activities/tasks and support installation of ISF framework.

Social Workers ( FTE in each year in Years 1-5) will provide differentiated services to students and their families. Will support behavioral, social and emotional needs. Will coordinate and support project activities/tasks and support installation of ISF framework.

School Counselors (  FTE in each year in Years 1-5)  will provide comprehensive school counseling programming as part of ISF framework implementation. Will work to support students, families and staff in both academic and social emotional behavioral mental health domains. Provide assistance and support project staff.

**TOTAL PERSONNEL- $ 3,978,406**

**FRINGE BENEFITS ($221,592  for Year 1; $232,671  for Year 2; $244,305 for Year 3; $256,520 for Year 4; $269,346 for Year 5)**

Fringe benefit rates are based on actual costs that are computed on an annual basis from July 1st to June 30th of each year and include FICA, Medicare, retirement (TRS or IMRF), unemployment, worker's compensation, disability, vision, and life insurance. Projected rates are based on employment type and group insurance coverage chosen by the employee and have been estimated using projected rates.

**TOTAL FRINGE- $ 1,224,434**

**TRAVEL ($1,500 for Year 1; $1,500 for Year 2; $1,500 for Year 3; $1,500 for Year 4: $1,500 for Year 5)**

Travel will be necessary to attend, training, and technical assistance to participating schools and for participation in related activities and meetings. Policy guidelines set forth in the Federal Travel Regulations (FTR) will be followed for all project related activities and meetings.

**TOTAL Travel- $ 7,500**
**SUPPLIES**

AR000678

**Supplies  ($1,500 for Year 1; $1,500 for Year 2; $1,500  for Year 3; $1,500 for Year 4: $1,500 for Year 5)**

A budget of $1,500 in years 1-5   will cover the costs of project related supplies. Supplies related to collaborative working meetings are included in this budget item. All project supplies purchased will be project specific.

**TOTAL Supplies- $ 7,500**


**CONTRACTUAL- Midwest PBIS**

**PERSONNEL ($52,734  for Year 1;$54,844  for Year 2;$57,038 for Year 3; $59,319  for Year 4; $61,692  for year 5;)**

Brian Meyer, Technical Assistance Director, (.05 FTE in each year in Years 1-5) will provide oversight of coaching and technical assistance to project staff, including collection of evaluation data.  She will participate as needed in coordination level meetings and calls with project, district, and school staff leaders to review progress; adjust the training and TA support plan as needed.She will also assist in co-development and updating of training materials.

Trisha Shrode,Evaluation Director, EdD. (.1 FTE each year in Years 1 through 5), will provide leadership and overall support to the Project. As Director of Research and Evaluation, Dr. Shrode will be responsible for the oversight of data collection, oversight of the dissemination efforts, integrity of fidelity assessments and training materials. Dr. Shrode will support the efforts of the schools, districts and project staff on issues surrounding data collection.

Jennifer Norton,Evaluation Data Support/Administrative Support, (.1 FTE in each year in Years 1-5) will support data collection, management, and analysis measures, will ensure quality assurance, and prepare reports and sample analysis for dissemination.
She will provide assistance and support project staff, coordinate and support project activities/tasks, provide overall project administrative and fiscal support, and will be the liaison with the grant budget/management office.

Diane LaMaster, Trainer, ( .20 FTE each year in Years 1 through 5) will work closely with project staff, district and school sites on the successful development and implementation. The trainer will provide coaching and technical assistance to project staff, including assistance with collection and use of fidelity and implementation data, and intensive coaching to identified personnel as they implement and refine their practices and interventions.The Trainer will also assist in co-development and updating of training materials.

AR000679

**FRINGE BENEFITS ($12,315  for Year 1; $13,668  for Year 2; $14,293 for Year 3; $14,947 for Year 4;$15,632  for Year 5)**

Fringe benefit rates are based on actual costs that are computed on an annual basis from July 1st to June 30th of each year and include FICA, Medicare, retirement (TRS or IMRF), unemployment, worker's compensation, disability, vision, and life insurance.  Projected rates are based on employment type and group insurance coverage chosen by the employee and have been estimated using projected rates for West40 Intermediate Service Center No. 2's FY23 (July 1, 2022 to June 30, 2023) with a projected annual 1% increase on retirement and a 5% increase on group insurance.

Fringe Benefit Rates:

| Item | Certified Staff | Classified Staff |
|------|-----------------|------------------|
| FICA/Medicare | 1.45% | 7.65% |
| TRS | 10.49% | - |
| Employer TRS | 1.25% | - |
| Employee TRS | 9.9% | - |
| IMRF | - | 8.0% July-December<br>6.36% January-June |
| Employee IMRF | - | 4.5% |
| Worker's Comp | .27% | .27% |

Group Insurance Coverage:
> Single Health - $6,081.84-$6,711.84
> Family Health - $10,213.68-$10,501.44
> Dental - $155.76
> Short Term Disability - $169.20-204.48
> Long Term Disability - $92.16-$242.40
> Vision - $77.04
> Life - $130.56-$303.12

**TRAVEL ($1,000 for Year 1; $1,000 for Year 2; $1,000  for Year 3; $1,000 for Year 4: $1,000 for Year 5)**

Travel will be necessary to provide support, training, and technical assistance to participating schools and for participation in related activities and meetings.  Costs for staff required to support sites or related to dissemination efforts may include mileage. Policy guidelines set

AR000680

forth in the Federal Travel Regulations (FTR) will be followed for all project related activities and meetings.

Project staff are expected to travel to schools within each district on 40 occasions in Years 1-5.

**SUPPLIES**

**Supplies ($6,000 for Year 1; $1,000 for Year 2; $1,000 for Year 3; $1,000 for Year 4: $1,000 for Year 5)**

A budget of $500 in years 1-5 will cover the costs of project related supplies. Supplies related to development and preparation for collaborative working meetings and dissemination are included in this budget item. All project supplies purchased will be project specific. General office items will not be charged to the grant.

**INDIRECT COSTS ($7,205 for Year 1; $7,051 for Year 2; $7,333 for Year 3; $7,627 for Year 4; $7,932 for Year 5)**

Indirect costs are calculated at 10% of Total Direct Costs.

**Total Contractual ($79,254 for Year 1; $77,563 for Year 2; $80,663 for Year 3; $83,893 for Year 4; $87,256 for Year 5)**

**Total Direct Costs$5,626,469**

**Matching Funds- Crystal Lake SD #47**

In-kind contributions of a value totaling have been allocated from state and local funding.

The contribution **Crystal Lake SD #47** will provide is funding to pay staff costs for the duration of the grant. These costs include salary and fringe benefits as outlined in our bargaining agreements. The value of our contribution reflects the amount of funds budgeted to support costs in the proposed budget in the application and represents the amount of funds we will allocate to support the ongoing ISF work described in the School Based Mental Health Services application.

| Project Year | In-Kind Contribution Amount |
|---|---|
| 1 | $ 287,608 |
| 2 | $ 298,807 |
| 3 | $ 310,448 |
| 4 | $ 322,545 |

AR000681

| 5 | $ 329,945 |
|---|---|
| Total | $ 1,549,352 |

The funding allocation per year includes staff that support MTSS and SEL work within district. These staff will directly support the work of ISF within SD #47 including supporting new staff funded by the grant to increase the success of staff and students.

AR000682



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| Crystal Lake Community Consolidate School District #47 | |

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 738,200.00 | 765,883.00 | 794,604.00 | 824,402.00 | 855,317.00 | | | 3,978,406.00 |
| 2. Fringe Benefits | 221,592.00 | 232,671.00 | 244,305.00 | 256,520.00 | 268,346.00 | | | 1,223,434.00 |
| 3. Travel | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | | | 7,500.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | | | 7,500.00 |
| 6. Contractual | 79,254.00 | 77,563.00 | 80,663.00 | 83,893.00 | 87,256.00 | | | 408,629.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,042,046.00 | 1,079,117.00 | 1,122,572.00 | 1,167,815.00 | 1,213,919.00 | | | 5,625,469.00 |
| 10. Indirect Costs* | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,042,046.00 | 1,079,117.00 | 1,122,572.00 | 1,167,815.00 | 1,213,919.00 | | | 5,625,469.00 |

*Indirect Cost Information (To Be Completed by Your Business Office): If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☐ Yes    ☐ No

(2)    If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:    From: _____    To: _____    (mm/dd/yyyy)

Approving Federal agency:    ☐ ED    ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?    ☐ Yes    ☐ No    If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes    ☐ No    If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?    Or, ☐ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is _____ %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or,    ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

AR000683

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Crystal Lake Community Consolidate School District #47 | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 244,366.00 | 253,530.00 | 263,037.00 | 272,901.00 | 280,007.00 | | | 1,313,841.00 |
| 2. Fringe Benefits | 43,241.00 | 45,277.00 | 47,411.00 | 49,644.00 | 49,938.00 | | | 235,511.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 287,607.00 | 298,807.00 | 310,448.00 | 322,545.00 | 329,945.00 | | | 1,549,352.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 287,607.00 | 298,807.00 | 310,448.00 | 322,545.00 | 329,945.00 | | | 1,549,352.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

AR000684

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Crystal Lake Community Consolidate School District #47 | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  _____

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Tracking Number:GRANT13747142    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 03:17:57 PM EDT

AR000685

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220066**

**Gramts.gov Tracking#: GRANT13747205**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220066

AR000686

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1239-Areas Served)* | e6 |
| *Attachment - 2 (1240-Congressional Areas)* | e7 |
| *2. ED GEPA427 Form* | e8 |
| *Attachment - 1 (1238-GEPA)* | e9 |
| *3. Grants.gov Lobbying Form* | e11 |
| *4. Dept of Education Supplemental Information for SF-424* | e12 |
| *5. ED Abstract Narrative Form* | e14 |
| *Attachment - 1 (1234-Project Abstract SBMH_)* | e15 |
| *6. Project Narrative Form* | e16 |
| *Attachment - 1 (1237-RCOE_SBMH_Final Narrative)* | e17 |
| *7. Other Narrative Form* | e59 |
| *Attachment - 1 (1241-Appendix A - TOC_Resumes with Cover Page)* | e60 |
| *Attachment - 2 (1242-Appendix B_Indirect_LEA Data)* | e114 |
| *Attachment - 3 (1243-Appendix C- SBMH LOA)* | e119 |
| *Attachment - 4 (1244-Appendix D- References-Bibliography)* | e136 |
| *Attachment - 5 (1245-Appendix E_RCOE_SBMH Logic Model_Final_)* | e138 |
| *Attachment - 6 (1246-Appendix F - RCWC Leadership Team Key Members Roles & Responsibilities )* | e142 |
| *Attachment - 7 (1247-Appendix G - Survey Responses)* | e143 |
| *8. Budget Narrative Form* | e158 |
| *Attachment - 1 (1235-SBMH Budget Narrative_Final_)* | e159 |
| *Attachment - 2 (1236-SBMH Budget- Matching)* | e161 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e163 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e166 |
| *Attachment - 1246-Appendix F - RCWC Leadership Team Key Members Roles And Responsibilities .pdf* | e167 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000687

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

* 1. Type of Submission:
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

* 2. Type of Application:
- [x] New
- [ ] Continuation
- [ ] Revision

* If Revision, select appropriate letter(s):

* Other (Specify):

* 3. Date Received: 11/02/2022

4. Applicant Identifier:

5a. Federal Entity Identifier:

5b. Federal Award Identifier:

**State Use Only:**

6. Date Received by State:

7. State Application Identifier:

**8. APPLICANT INFORMATION:**

* a. Legal Name: Riverside County Office of Education

* b. Employer/Taxpayer Identification Number (EIN/TIN): 33-830818

* c. UEI: TMG9HC9BBG81

**d. Address:**

* Street1: 3939 Thirteenth Street
Street2:
* City: Riverside
County/Parish: Riverside
* State: CA: California
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 92051-3505

**e. Organizational Unit:**

Department Name:

Division Name: Leadership, Wellness & Student

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix: Mr.
* First Name: Stephan
Middle Name:
* Last Name: McPeace
Suffix:

Title: Assistant Superintendent, LWSS

Organizational Affiliation: Riverside County Office of Education

* Telephone Number: 951-826-6248
Fax Number: 951-826-6928

* Email: smcpeace@rcoe.us

AR000688

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

1239-Areas Served.pdf    | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Riverside County Wellness Collaborative (RCWC) project

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR000689

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `CA-041`                              * b. Program/Project `CA-041`

Attach an additional list of Program/Project Congressional Districts if needed.

`1240-Congressional Areas.pdf`    [Add Attachment]  [Delete Attachment]  [View Attachment]

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                        * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 14,989,011.00 |
| * b. Applicant | 758,993.00 |
| * c. State | 0.00 |
| * d. Local | 3,918,445.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 19,666,449.00 |

**\* 19. Is Application Subject To Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `11/02/2022`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

[                    ]   [Add Attachment]  [Delete Attachment]  [View Attachment]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | | |
|---|---|---|
| Prefix: | `Dr.` | * First Name: `Scott` |
| Middle Name: | | |
| * Last Name: | `Price` | |
| Suffix: | | |

* Title: `Chief Business Official`

* Telephone Number: `951-926-6790`        Fax Number: `951-826-6974`

* Email: `sprice@rcoe.us`

* Signature of Authorized Representative: `Theresa Fowler`        * Date Signed: `11/02/2022`

**AR000690**

*Riverside County Office of Education*

**Project Areas Affected**

The Riverside County Wellness Collaborative project will be implemented in the Riverside County school districts and the cities within district boundaries. Riverside County, located in Southern California, has 23 school districts, with over 506 schools and over 431,521 students. Riverside County has a total area of 7,303 square miles, larger than the 3 smallest states and is more populous than 15 states with over 2,470,546 residents.

The following school districts that serve high need students will have the opportunity to participate in the mental health project.

**Riverside County School Districts**
- Alvord Unified School District
- Banning Unified School District
- Beaumont Unified School District
- Coachella Valley Unified School District
- Corona-Norco Unified School District
- Desert Center Unified School District
- Desert Sands Unified School District
- Hemet Unified School District
- Jurupa Unified School District
- Lake Elsinore Unified School District
- Menifee Union School District
- Moreno Valley Unified School District
- Murrieta Valley Unified School District
- Nuview Union School District
- Palm Springs Unified School District
- Palo Verde Unified School District
- Perris Elementary School District
- Perris Union High School District
- Riverside Unified School District
- Romoland School District
- San Jacinto Unified School District
- Temecula Valley Unified School District
- Val Verde Unified School District

Schools and participants from the following cites will have the opportunity to participate in the project.

**Riverside County Cities**
- Banning
- Beaumont
- Blythe
- Calimesa
- Canyon Lake
- Cathedral City
- Coachella
- Corona
- Desert Hot Springs
- Eastvale
- Hemet
- Indian Wells
- Indio
- Jurupa Valley
- Lake Elsinore
- La Quinta
- Menifee
- Moreno Valley
- Murrieta
- Norco
- Palm Desert
- Palm Springs
- Perris
- Rancho Mirage
- Romoland
- Riverside
- San Jacinto
- Temecula
- Wildomar

**AR000691**

*Riverside County Office of Education*

## Congressional Districts

### Riverside County Districts
- 36th District
- 41st District
- 42nd District
- 50th District

AR000692

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1238-GEPA.pdf | | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|---|

**AR000693**

*Riverside County Office of Education*

## General Education Provisions Act Activities (GEPA) Statement

Most of the activities proposed by the attached project directly touch on overcoming many barriers described in the six GEPA areas. The RCOE Mental Health projects proposes to utilize US DOE funds to accomplish the following outcomes:

- Increasing the number of school based licensed mental health service providers in schools, especially individuals of diverse backgrounds;

- Increasing access, by lowering the ratio of students to counselors and increasing the number of students who receive mental health services, especially those in diverse and economically disadvantaged school districts;

- Increasing retention, and therefore decreasing attrition, of School Based Licensed Mental Health providers;

- Advancing student health and well-being which is connected to measures of school success, especially those from diverse and economically disadvantaged backgrounds

The project will hire 24 School Based Licensed Mental Health (SBLMH) over the 5 years of the grant. In addition, 58 SBMH interns will participate in the SBLMH Provider Pathway over the 5 years of the grant and provide Tier 1 and Tier 2 supports to students. These SBMH interns will be eligible for hire by our 23 LEA's after completion of their program. The project is estimated to reach at least 50,000 students over the five-year funding period. The overall implementation goal of the project is to create and support the key objectives noted above. The proposal narrative details specific plans to accomplish all of

GEPA 1

AR000694

*Riverside County Office of Education*

these. However, significant points are as follows:

**Disability and Age.** A focus on access and ADA compliance. The project, as are all programs at Riverside County Office of Education, required to ensure full opportunities for persons with disabilities to gain optimal access to educational opportunities at all levels.

**Gender, Race, National Origin, Color/Language Barriers.** Program recruitment and service activities, support systems, training, and materials are directly targeted at supporting and overcoming any barriers to educational opportunity due to race, color, national origins, and language barriers. The Mental Health Project is specifically trying to recruit, train and retain individuals from diverse backgrounds (i.e*., * backgrounds that reflect the communities, identities, races, ethnicities, abilities, and cultures of the students in the high-need LEA, including underserved students) or who are from communities served by the high-need LEAs.

**Economic Barriers**. Students who attend high needs districts tend to not have access comprehensive mental health services.  Through our project, we will be able to provide services to students at the school site so there is no need to have to go to other appointments outside of school hours.  Our project will also be able to provide resources and services to family members. **Solution.** The proposal speaks directly to providing greater access to mental health services and resources to students, families and community members, especially those who face economic barriers

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Riverside County Office of Education

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.    * First Name: Scott    Middle Name:

* Last Name: Price    Suffix:

* Title: Chief Business Official

* SIGNATURE: Theresa Fowler    * DATE: 11/02/2022

AR000696

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| Ms. | Kathy | | King | |

Project Director Level of Effort (percentage of time devoted to grant): 100

Address:

* Street1: 3939 Thirteenth Street

Street2:

* City: Riverside

County: Riverside

* State: CA: California

* Zip Code: 92502-0868

Country: USA: UNITED STATES

* Phone Number (give area code): 951-826-6433

Fax Number (give area code): 951-826-6928

* Email Address: kking@rcoe.us

Alternate Email Address: tfowler@rcoe.us

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000697

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
        indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

AR000698

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

> **You have attached 1 file to this page, no more files may be added. To add a different file, you must first delete the existing file.**

\* Attachment: | 1234-Project Abstract SBMH_.pdf |   [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

PR/Award # S184H220066

Page e14

Tracking Number:GRANT13747205          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:00:02 PM EDT

AR000699

*US DOE School-Based Mental Health Services Grant Program Narrative*

## ABSTRACT

**Project Title:** Riverside County Wellness Collaborative (RCWC)

**Project Objectives and Activities:** The RCWC project includes three primary objectives and activities:

1. Recruitment of school based licensed mental health providers and interns;

2. Mental health service delivery; and

3. Retention of school based licensed mental health providers and school based mental health interns through professional development, scholarship program and other retention activities.

**Proposed Project Outcomes:** RCWC outcomes are as follows:

1. Increasing the number of school based licensed mental health service providers in schools, especially individuals of diverse backgrounds;

2. Increasing access, by lowering the ratio of students to counselors and increasing the number of students who receive mental health services, especially those in diverse and economically disadvantaged school districts;

3. Increasing retention, and therefore decreasing attrition, of school based licensed mental health providers;

4. Advancing student health and well-being which is connected to measures of school success, especially those from diverse and economically disadvantaged backgrounds.

**Number of LEAs to be served:** Three high needs LEA's will be served the first 2 years and then an additional 6 high needs LEA's will be served in years 3-5. At least 9 high needs LEA's will be served over the 5 years of the grant.

**Number of Students to be Served:** We estimate at least 43,875 students will receive either Tier 1, 2, and/or 3 mental health supports over the 5 years of the grant.

**Number of Providers to be Hired:** At least 30 new school based licensed mental health (SBLMH) providers will be hired over the 5 years of the grant. In addition, 60 SBMH interns will participate in the SBLMH Provider Pathway over the 5 years of the grant and provide Tier 1 and Tier 2 supports to students. These SBMH interns will be eligible for hire by our 23 LEA's after completion of their program.

**Which Competitive Preference Priorities are Being Addressed by the Project:** Absolute Priority 2: LEAs or Consortia of LEAs with Demonstrated Need Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers. Also, we will address Competitive Preference Priority 2: Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need Who Are from Diverse Backgrounds or from Communities Served by the LEAs with Demonstrated Need.

Riverside County Office of Education – Riverside County Wellness Collaborative Project

**AR000700**

**Project Narrative File(s)**

---

      **\* Mandatory Project Narrative File Filename:**   1237-RCOE_SBMH_Final Narrative.pdf

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

---

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13747205      Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:00:02 PM EDT

AR000701

*US DOE School-Based Mental Health Services Grant Program Narrative*
Riverside County Office of Education – Riverside County Wellness Collaborative Project

## Table of Contents

Overview ..................................................................................................................1
**A. Need for the Project**.......... ....................................................................…...2
    Great Need In Riverside County: Meeting High Need LEA Grant Requirements..........2
**B. Project Personnel and Diversity of Project Personnel** ……………….…..……..…..5
    Competitive Preference Priority 2...................................................................6
    Qualifications, Including Relevant Training and Experience of Key Project Personnel...7
    The Leadership Team….......……….……….……………………………….……………8
**C. Project Design and Project Services**…………………………………...….…...11
    Grant Goals and Outcomes……....………….……………………………….……..…..11
    RCEC Logic Model………………………………………………………………12
    Number to be Served……………………………………………………...........14
    Recruitment Strategies- School-Based Licensed Mental Health (SBLMH) Pathway ….15
    Recruitment Pathway and Outreach Activities…………………………………………17
    Pathway Activities at CBU for Recruitment…....…….…………………………...…....18
    Student placement into High Need LEAs for Recruitment……………………………18
    Types of Counseling Degrees and Licensure in California…………………………...18
    Mental Health Counseling Direct Services: Tiered System of Support………………..22
    Timeline for Service Delivery…………………………………………………………...26
    Professional Development and Retention Activities…………………………………….28
    **D. Project Management Plan and Adequacy of Resources**……………………...31
    Demonstrated Commitment of Partners for Implementation and Success………………32
    Project Organization and Leadership……………………………………………………32
    Fiscal Experience and Oversight…………………………………………………………33
    Staffing……………………………………………………………………………………34
    Commitment of partners…………………………………………………………………...36
    Potential for Continued Support after Federal Funding Ends……………………………38
    Adequacy of the Procedures for Ensuring Feedback and Continuous Improvement……39

## Index of Tables

Table A: Partner LEA Characteristics...………………………………...………………………..4
Table B: Staff Demographics …………………………………………………………….6
Table C: RCWC Key Project Personnel and Leadership Team ………………………..………..8
Table D: Advisory Board..…….....………….………………………………………………...9
Table E: Outcomes, Objectives Integrated with Equity, Diversity and Inclusion (CPP2)…….....12
Table F: Providers, Interns and Student Numbers Served Per Year ………………………….14
Table G: CA License Requirements …..………………………………………………….19
Table H: Multi-Tiered System of Support (MTSS) as a Foundation……………………………22
Table I: MTSS Framework and Proposed Grant Activities………………………………………24
Table J. High Quality Products and Services to be Provided through RCWC Project…………….31
Table K: Evaluation Method, Logic Model Reference and Measurement   ……………………40
Table L: GPRA Measures and Methods…………………………………………………….41

## Index of Appendix

Appendix A – Individual Resumes Resumes
Appendix B – Copy of Indirect Cost Rate Agreement and LEA Documentation
Appendix C – Letters of Support
Appendix D – References/Bibliography
Appendix t E – Logic Model
Appendix F – RCWC Leadership Team Key Member Roles & Responsibilities
Appendix G – Survey Results

**AR000702**

*US DOE School-Based Mental Health Services Grant Program Narrative*

**Overview**: The Riverside County Wellness Collaborative (RCWC) project is being proposed with collaborating School Districts in Riverside County, California, to meet the mental health needs of a very diverse and socioeconomically challenged school population. The project will be led by Riverside County Office of Education (RCOE) in partnership with three high-need districts including Beaumont Unified School District (BUSD), Jurupa Unified School District (JUSD), and Moreno Valley Unified School District (MVUSD). Additional named partners include California Baptist University (CBU) and Riverside University Health System - Behavioral Health (RUHS-BH). The RCWC project will serve at least 43,875 ethnically diverse students over the five-year period. The overall outcomes are: (1) increase the number of School Based Licensed Mental Health (SBLMH) providers in schools, especially individuals of diverse backgrounds; (2) increase access, by lowering the ratio of students to counselors and increasing the number of students who receive mental health services, especially those in diverse and economically disadvantaged school districts; and (3) increase retention, and therefore decreasing attrition, of school based mental health counselors or providers.

## A. Need for the Project

Our young people today face challenges that are daunting and difficult to navigate. These challenges have created a major impact on the mental, emotional and behavioral health and well-being of our youth. They face rising rates of anxiety, depression and other mental health issues, with children and youth of color, LGBTQ+ youth, low-income youth and underserved communities being disproportionately impacted. Even before the pandemic, the United States was experiencing a mental health crisis: the escalating mental health needs of children and youth were largely unmet due to insufficient capacity, multiple barriers to care, and disparities across populations. The COVID-19 pandemic continues to exacerbate this crisis and disproportionately affect populations that have been historically marginalized. The Centers for Disease Control and Prevention reported, from 2016-2019, 2.7 million children ages 3 through 17 had depression, 5.5 million had behavioral problems and 5.8 million had anxiety. Suicide represented the second leading cause of death among

Riverside County Office of Education – Riverside County Wellness Collaborative Project     page 1
PR/Award # S184H220066
Page e18

AR000703

*US DOE School-Based Mental Health Services Grant Program Narrative*

people 10-24 years of age and 20% of children ages 3-17. 1 in 5 children in the US had a reported mental, emotional, developmental or behavioral disorder. National surveys revealed American youth experiencing major increases in depression and suicidal ideation. From 2009 to 2019, the proportion of high school students reporting persistent feelings of sadness or hopelessness increased by 40%.

In California, mental illness is the leading reason for hospitalization among children. During the pandemic, adults and students struggled with social isolation, remote learning, loss of family members to COVID, missed major life events, loss of access to recreation and activities, job loss, and partners working on the front lines. Many children still feel disconnected and overwhelmed. Those who want help to support their well-being, find stigmas around mental health, lack of access, and other challenges that stand in their way. There are many factors involved, but the need and urgency are clear. Supporting the mental, emotional, and behavioral well-being of California's young people is critical to their future and our state.

According to the National Association of School Psychologists (NASP), "Good mental health is critical to children's success in school and life." Research indicates that students who receive social emotional and mental health support achieve better academically (NASP, 2022). Research has shown universal and targeted elements of an effective mental health framework have a higher impact on graduation rates (Lehr et al. 2004), increase student engagement and connectedness to school (Greenberg et al. 2005), increase academic achievement (Kase et al. 2017), and decrease the need for restrictive placements (Bruns 2004). Benefits to students and staff include increased access to mental health care (Guo 2010), positive psychosocial outcomes (Durlak et al. 2007), and improved school climate (Astor 2017).

### Great Need in Riverside County: Meeting High Need LEA Grant Requirements

The need for school mental health service support in Riverside County, CA is clear when considering the diversity, social economic status, counselor-to-student ratio, and self-reported mental health needs of students in the county. Riverside County, located in Southern California, has

*US DOE School-Based Mental Health Services Grant Program Narrative*

23 school districts, with over 506 schools and 431,521 students. Riverside County has a total area of 7,303 square miles, larger than the 3 smallest U.S. states and is more populous than 15 states with over 2.4 million residents. The county is highly diverse and with 47% of the population Hispanic or Latino, 6% African American, 6% Asian/Native Hawaiian/Other Pacific Islanders and 38% white. One in five children in Riverside County are at or below the poverty level. School districts in Riverside County report over 65.1% of students being on free and reduced lunch, compared to roughly 53% of students in the state of California.

Youth in Riverside County report levels of suicide ideation and depression that are greater than state averages. 13.7% of straight and 45.9% of gay, lesbian, and bisexual students reported suicide ideation in Riverside County, while in California, 12.5% of straight and 43.7% of gay, lesbian, and bisexual students reported suicide ideation. 21.6% of students Riverside County as compared to 21.2% of students in California generally reported high levels of depression. Riverside County School Districts as a whole, report (2019) a social worker-to-student ratio of 26781:1, a school counselor to student ratio of 597:1 and a psychologist to student ratio of 1235:1. Riverside County ratios are far greater than the state of California which reports a social worker to student ratio of 7308:1, a school counselor to student ratio of 626:1 and a psychologist to student ratio of 1041:1. Taken in aggregate the county has very high ratios of counselors to student ratios.

Our proposal includes three high-need Riverside school districts serving over 43,875 students. As articulated in their Letters of Agreement to this project, all three districts are committed to providing high-quality educational opportunities which includes addressing the social, emotional, and mental health needs of students. Each of these districts is diverse, has high free and reduced lunch, and high student-to-counselor ratios as described below. Additionally, as demonstrated in Table A, all Riverside schools in the county exceed the recommended rates for school counselor, social worker and school psychologist to student ratios. Our project will expand to 6 additional high need districts in years 3-5.

Riverside County Office of Education – Riverside County Wellness Collaborative Project                    page 3
PR/Award # S184H220066
Page e20

AR000705

*US DOE School-Based Mental Health Services Grant Program Narrative*

**Table A: High Need Partner LEA Characteristics**

| | Enrollment | # of schools | % in National School Lunch Program | Student to HS Counselor Rate | Student to Social Worker | Student to School Psychologist | Ethnically Diverse Backgrounds | English Learner Population | Foster Youth | Homeless rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont USD | 12,055 | 14 | 66.0% | 430 : 1 | 12,0555: 1 | 816 : 1 | 46% | 8.10% | 1.6% | |
| Jurupa USD | 18,618 | 24 | 81.8% | 258 : 1 | 18,618 : 1 | 930 : 1 | 17% | 29% | .56% | .51% |
| Moreno Valley USD | 32,576 | 40 | 81.9% | 371 : 1 | 3,258 : 1 | 1,019:1 | 37% | 19% | 1% | 17.4% |
| Riverside County | 420, 687 | 542 | 67.7% | 597 : 1 | 26,781 : 1 | 1,235: 1 | | 19% | | |
| California | 5,892,240 | 10,756 | 57.8% | 626 : 1 | 7,308 : 1 | 1,041: 1 | | 20% | | |
| Recommended Rates | | | | 250: 1 | 250: 1 | 500: 1 | | | | |
| * Recommended rates from the Am School Counselor Association, Nat'l Assoc. of Social Workers and Nat' Assoc. of School Psychologist | | | | | | | | | | |

District specific mental health screening and assessments display tremendous mental health needs. For instance, JUSD utilizes the Panorama Education's social and emotional learning assessments twice a year to assess student social emotional needs. The latest survey data results indicated 49% of students frequently experience challenging emotions and 54% have difficulty with emotional regulation. A trauma screener is utilized for select students in grades 7-9. This screener indicates that over 35% of students screened have had a past trauma that may be impacting daily functioning. JUSD's referral system is widely used, showing over 1,000 referrals for mental health services during the 2021-22 school year. BUSD currently utilizes the California Healthy Kids Survey (CHKS) and Panorama Education's social emotional learning assessments to help assess overall student wellness, resiliency, and school climate. During the 2020-21 school year and during virtual learning, CHKS surveyed students saw a significant rise in cyberbullying, particularly at the secondary levels. Foster Youth reported a sense of belonging in grades 3-5 at 2% lower than all students and EL students reported 6% lower than all students.

In Riverside County, there is a lack of mental health service providers for the large number of students and therefore a gap exists between the needs of students and the ability of Riverside County to address those needs. In JUSD, the Mental Health Team reached capacity for the 2022-23 school year on October 21, 2022, less than 2 months after school started. JUSD peaked at over 1000 referrals for the 2021-22 school year, a demand that would require an additional 10 full time mental

*US DOE School-Based Mental Health Services Grant Program Narrative*

health professionals to meet. JUSD has been forced to stop all referrals directing individuals to community mental health partners. This is an issue since partner providers are also short staffed and are always at capacity. JUSD was able to creatively partner with non-profit providers to utilize additional clinicians to meet this need, but pushed them to capacity in just 5 days. Student mental health needs are more complex and layered with more trauma than before the pandemic requiring layered services and more time which has also impacted JUSD's overall capacity. All partner districts are under resourced for School Counselors as well, and cannot meet mental health needs. Some Riverside districts have designated a District Based Wellness Center as a strategy to meet immediate mental health needs and to provide drop-in services for students. An additional gap is lack of ongoing training related to mental health topics for staff and support providers within county school district staff.

## B.1. Quality and Diversity of Project Personnel

To lead this effort and to address the tremendous service gap we will next describe the key personnel for this project and the importance of having staff that reflect the communities being served. RCOE, as the project lead, currently provides educational and administrative support services to 23 school districts and over 431,000 students in highly diverse Riverside County, California, and serves as an intermediary with the California Department of Education (CDE). RCOE collaborates with districts to ensure the success of all students by assisting with implementation of high-quality educational programs and successfully operates early learning, preschool, special education, vocational, alternative, and dropout recovery programs. RCOE's mission is to ensure the success of all students and has a deep commitment to employing persons from diverse groups. The employee demographic of RCOE is diverse as demonstrated in Table B and consists of 66% black, indigenous and/or people of color (BIPOC).

Our district partners are deeply committed to encouraging applicants from diverse BIPOC backgrounds. The demographics of our high needs LEA's are 47% Hispanic/Latino, 6% African American, 6% Asian/Native Hawaiian/Other Pacific Islanders and 38% white and unspecified 3%,

*US DOE School-Based Mental Health Services Grant Program Narrative*

there is representation from other ethnic and cultural backgrounds, including but not limited to
Asian, Asian Indian, Cambodian, Chinese, Chicano, Hawaiian, Hmong,
Jamaican, Japanese, Korean, Mexican American, Latino and Vietnamese
that make up a smaller percentage of personnel, but contribute to the
overall growth of a rich and diverse staff that benefits the school and
larger community as Riverside County continues its work around equity,
diversity and inclusion. JUSD Behavioral Health staff consists of 15
staff with 87% Hispanic or Latino 6.5% Black or African American.

| Table B: Staff Diversity | |
|---|---|
| Biracial | 136 |
| White: | 499 |
| American Indian: | 7 |
| Asian: | 7 |
| Asian Indian: | 7 |
| Black or African American | 133 |
| Cambodian: | 2 |
| Central American: | 12 |
| Chicano: | 9 |
| Chinese: | 8 |
| Cuban: | 4 |
| Filipino: | 32 |
| Hispanic: | 320 |
| Hmong: | 1 |
| Jamaican: | 2 |
| Japanese: | 2 |
| Korean: | 5 |
| Loatian: | 1 |
| Latino: | 41 |
| Mexican: | 341 |
| Minority Other: | 2 |
| Other Asian: | 3 |
| Other Black: | 5 |
| Other Pacific Islander | 3 |
| Puerto Rican | 7 |
| South American | 9 |
| Trinidian | 1 |
| Unspecified | 60 |
| Vietnamese | 8 |
| **Total Employees:** | **1667*** |
| *Includes Cabinet | |

In addition, RCOE, along with our district and community partners,
have non-discrimination policies, which includes providing training to
employees, volunteers, and interns regarding their nondiscrimination
policy, including what, constitutes unlawful discrimination, harassment,
and retaliation and how and to whom a report of an incident should be
made.

With our focus on competitive preference priority 2 (CPP2), *increasing diversity of school-
based mental health service providers,* our project design includes creating pathways that will
encourage individuals of diverse backgrounds to become School Based Licensed Mental Health
(SBLMH) providers. We have a multifaceted approach in the project to encourage diverse project
personnel. First, RCOE, partner districts (BUSD, JUSD, and MVUSD), and community partners
(RUHS-BH, and CBU), all have nondiscrimination policies and practices in hiring. Second, each
organization has had success in attracting and retaining a diverse workforce. Third, we have
partnered with CBU's Social Work Program because of its Hispanic Serving Institutional status and
diverse Social Work Program that reflects our students and community. CBU has the federal
designation as a Hispanic-serving institution, which qualifies as a Minority-Serving Institution, and
is ranked No. 20 for "Best Hispanic-Serving Institutions" in the national rankings. The Division of

*US DOE School-Based Mental Health Services Grant Program Narrative*

Social Work, has 55% of the students identify as Hispanic or Latinx, 16% African-American, 13% white, 8% multi-racial, and 8% as other. 8% of CBU's social work students are first-generation graduate school students. Fourth, we take a long-term pipeline approach in our grant activities to build interest in licensed mental health counseling from high school through graduate school as a means to encourage diverse individuals to consider entrance into this key professional career not simply for the cycle of this grant, but to ensure that individuals of diverse background are aware of and are encouraged to become school based mental health counselors who will provide services in high needs LEA's.



**Competitive Preference Priority Two (CPP2)**

RCOE, partner districts (MVUSD, BUSD, JUSD), IUHS, and California Baptist University all have nondiscrimination policy and practices in hiring.

Each organization has success in attracting and retaining a diverse workforce.

Partnered with California Baptist Universities Social Work Program because of its Hispanic Serving Institutional status and diverse Social Work Program.

Long-term pipeline approach in our grant activities to build interest in licensed mental health counseling from high school through graduate school.

## *B.2 & 3. Qualifications, Including Relevant Training and Experience of Key Project Personnel*

The RCWC project has a highly diverse team of experts in the field who are ready to start implementation immediately. These lead key staff have the experience, training and expertise needed (see Appendix A) to be able to successfully implement the RCWC project.

**The Leadership Team** will meet weekly for the first 6 months of the project and then will move to a monthly meeting calendar. This Team will be responsible for implementing the RCWC project. This Team will be responsible for outlining key project activities, services, components, timeline for implementation, and longitudinal data support. The Team will be responsible for the specific site implementation and coordination of partnership activities. Also, members will work with the external evaluator to determine the effectiveness of the project successes, challenges, and areas identified for improvement. Additional alignment teams may be formed based on focus areas, including recruitment, retention, workforce development and pathways. The Leadership team consists of four individuals from diverse racial/ethnic categories and four of the 8 members are women. The Leadership Team consists of the individuals mentioned below in table C.

AR000709

*US DOE School-Based Mental Health Services Grant Program Narrative*

## Table C: RCWC Key Project Personnel and Leadership Team

**RCWC Project Director -** Esmirna Valencia, Ed.D has been in the field of education for over forty years. She has a Bachelor of Arts in Psychology with a minor in Social Science from California State University, Long Beach, and a Master of Arts in Counseling Psychology with an emphasis on Marriage, Child, and Family Therapy from Chapman University.

**RCWC Project Manager -** Kathy King is an Administrator in the Pupil and Administrative Services Unit at RCOE.  She received her MS-CLAD credential, Master of Administration and Administrative Cleared credential for California State University, San Bernardino.  She has worked in the field of education for more than 25 years with increasing roles of responsibility from elementary classroom teacher to site and district administration. She currently leads RCOE's Mental Health Initiative, which aims at addressing the mental health and wellness of adults and students in Riverside County.

**B.3. Qualifications, Including Relevant Training and Experience of Key Project Consultants and Subcontractors**

**RCWC Project Administrator for CBU -** Rev. Dr. Charles Lee-Johnson is the Associate Dean for the Division of Social Work at CBU; Pastor of The Life Church in Riverside, CA; and the Chief Executive Officer of National Family Life and Education Center providing consultation and training services locally, nationally, and internationally. Dr. Lee-Johnson was selected by the National Association of Social Workers, Region H, as the 2010 Social Worker of the Year.

**RCWC Project Administrator for RUHS-BH -** Janine Moore, is a Licensed, Marriage and Family Counselor and the Deputy Director with Riverside University Health System – Behavioral Health working in a variety of capacities for 26 years.  Janine has worked as a Licensed Marriage and Family Therapist serving youth and families for a majority of her career. She currently oversees the Specialty Mental Health Services (SMHS) for youth with Medi-Cal throughout Riverside County, including County operated programs and Contracted services provided by Community based Organizations and Local Education Agencies (LEA).

**RCWC Project Administrator for BUSD -** Christina Lynch is a Licensed Clinical Social Worker in California serving as the Counseling Coordinator for the Student Services Department with BUSD.  She is currently responsible for directly overseeing the development and implementation of the District's comprehensive school counseling program to provide a range of counseling services for all students, including ERMHS. She has over seventeen years of experience in education, serving in multiple capacities, including School Mental Health Therapist, Alternative Education Counselor, and Assistant Principal for multiple secondary sites.

**RCWC Project Administrator for JUSD -** Jose Campos has served on the Riverside County Behavioral Health Commission and currently sits on the boards for a local Federally Qualified Health Center (FQHC), chair of the Riverside Community Health Foundation, and commissioner for the Riverside County Children's Commission.  As director for Parent Involvement and Community Outreach in JUSD for eight years, Jose has built a collaboration to increase services as well as writing grants and establishing county based service contracts to address needs combating the social determinants of health and establishing mental health services in the area. He initiated various behavioral health contracts with RUHS-BH establishing billable services for JUSD and has provided technical support for other districts exploring the same mechanism of establishing and sustaining services.

**RCWC Project Administrator for MVUSD -** Rafael Garcia has served in various roles over his 17 years in education, including Coordinator of Child Welfare and Attendance, Principal, and Director of Wellness, Mental Health, and Community Outreach. He has developed programs such as the Equity Through Action program to increase access to mental health providers to general education students.

*US DOE School-Based Mental Health Services Grant Program Narrative*

> **RCWC External Evaluator and Subject Matter Expert Consultant -** Andrew F. Wall, PhD has served as a tenured Professor, Department Chair, Faculty Senate Chair, Research Center Direction, at the University of Rochester and then Dean and Professor at the University of Redlands. Dr. Wall has served as an evaluator on foundation, state and national grants from US Department of Education, NSF, NIH and USAID over the past 20 years. In total he has been a part of more than $50 million in grant funded projects, where his role has predominantly been as project evaluation.

RCOE has the capacity, infrastructure, and ability to oversee, implement, and lead RCWC project efforts to increase SBLMH providers and SBMH interns and to promote diversity through utilizing researched-based recruitment and retention practices.

Along with the Leadership Team, we will also create an Advisory Board. The **Advisory Board**, composed of representatives from our grant partners and stakeholders will meet quarterly to discuss the overall goals and objectives of the project. The Advisory Board will provide guidance and expertise to the Leadership Team and provide advice on long term planning and sustainability. A key priority for the Advisory Board will be to build capacity, integrate service delivery, enable partners to share and leverage resources, and identify effective practices, resulting in a sustainable project model that can be replicated by others. The Advisory Board is also discussed in further details later sections.

**Table D: Advisory Board**

| Title and Organization | Qualifications, Training and Experience | Role Description |
|---|---|---|
| Chair-RCOE | **Stephan McPeace - is** the Assistant Superintendent of Leadership, Wellness, and Student Services Division, for RCOE. | Project vision, coordination of partnership activities, review project progress, long term planning and sustainability. |
| Co-Chair-CBU | **Dr. Robin Duncan** currently serves as Dean of the Dr. Bonnie G. Metcalf School of Education at CBU. She has worked in education for 25 years, as a public-school teacher, university faculty at Samford University, and now as faculty and Dean at CBU. | Project vision, coordination of partnership activities, review project progress, long term planning and sustainability. |
| Board Member | **Esmirna Valencia, Ed.D** has over forty years of experience in education. Serves as an Executive Director at RCOE. | Provide guidance, counsel, and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |

*US DOE School-Based Mental Health Services Grant Program Narrative*

| Board Member | **Kathy King** is an Administrator in the Pupil and Administrative Services Unit at RCOE. She currently leads RCOE's Mental Health Initiative, which aims at addressing the mental health and wellness of adults and students. | Provide guidance, counsel and expertise, ensure activities are achieving grant goals an objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
|---|---|---|
| Board Member- Riverside University Health System – Behavioral Health | **Janine Moore, LMFT** is a Deputy Director with Riverside University Health System – Behavioral Health working in a variety of capacities for 26 years.  She currently oversees the Specialty Mental Health Services (SMHS) for youth with Medi-Cal throughout Riverside County, including County operated programs and Contracted services provided by Community based Organizations and Local Education Agencies (LEA). | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
| Board Member- Beaumont USD | **Dr. Bobbi Burnett** has been in education for twenty-four yearsDr. Burnett is a strong student advocate who has supported multiple initiatives in Beaumont USD including: student safety, increased mental health support, social emotional learning, restorative practices, Positive Behavior Intervention Supports (PBIS), and trauma informed care. | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
| Board Members from JUSD & MVUSD-TBD | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. ||
| Parent Representative for district partners- TBD | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. ||
| Board External Evaluator and Subject Matter Expert Consultant | **Andrew F. Wall, PhD** has served as an evaluator on foundation, state and national grants from US Dept. of Ed, NSF, NIH and USAID over the past 20 years. Has been a part of more than $50 million in grant-funded projects, where his role has predominantly been as project evaluation. | Responsible for research design, data collection, analysis, and reporting as outlined in the evaluation section. Collaborate with the national evaluator and US DOE. |

*US DOE School-Based Mental Health Services Grant Program Narrative*

## C.1. 2. Project Design, Project Services and Ensuring Equal Access and Treatment

RCOE and the collaborating districts and community partners that are jointly responding to this request for proposals to add additional SBLMH providers to serve youth in schools in Riverside County California, have organized our application consistent with the outline in the *Call for Program* and aligned with the project logic model (Appendix E). Here we describe the three primary project activities we are proposing, which include; (1) school based licensed mental health provider recruitment; (2) mental health service delivery; (3) mental health counseling professional development and retention.

### Grant Goals and Outcomes

RCOE, in collaboration with BUSD, MVUSD, JUSD, RUHS-BH, and CBU, will implement four sets of activities to reach the project outcomes as listed below: (1) Increasing the number of SBLMH providers in schools, especially individuals of diverse backgrounds; (2) Increasing access, by lowering the ratio of students to counselors and increasing the number of students who receive mental health services, especially those in diverse and economically disadvantaged school districts; (3) Increasing retention, and therefore decreasing attrition, of SBLMH providers; (4) Advancing student health and well-being which is connected to measures of school success, especially those from diverse and economically disadvantaged backgrounds.

Our proposed project resources, activities, outputs, and outcomes are outlined in our Logic Model and described throughout the narrative. To achieve desired grant outcomes, we have developed a theory of change displayed in our grant Logic Model (below and Appendix E for full logic model). This theory articulates our primary grant activities including: (1) grant administration and leadership (as described above); (2) the development of a comprehensive and ongoing mental health provider pathway to working in schools; (3) direct mental health service delivery; and (4) professional development/retention efforts.

Riverside County Office of Education – Riverside County Wellness Collaborative Project     page 11
PR/Award # S184H220066
Page e28

AR000713

*US DOE School-Based Mental Health Services Grant Program Narrative*

## Riverside County Wellness Collaborative (RCWC) LOGIC MODEL – SBMH

Page 1 of 4 – See Appendix E

| Input – Resources | Activities | Outputs | Immediate Outcomes | Middle and Long-Term Outcomes |
|---|---|---|---|---|
| • 1.0 FTE RCOE Project Director<br>• 1.0 FTE RCOE Project Administrator<br>• 1.0 FTE Behavior Health Coordinator<br>• 1.0 FTE RCOE Recruitment & Retention Specialist | **Overall Grant Management**<br>**Project Organization**<br>• Resources<br>• Fiscal Leadership and Oversight<br>• Staffing<br>**Project Management**<br>• High Quality Products and Services<br>• Partner Commitment<br>• Sustainability<br>**Feedback and Continuous Improvement**<br>• Data collection and analysis<br>• GPRA Performance Measures<br>**Project Leadership**<br>• Leadership Team<br>• Advisory Board | **Overall Grant Management**<br>• Increased interaction and coordination between LEAs, State, Federal and local mental health resources<br>• Collaboratively delivered PD and TA | **Overall Grant Management**<br>• Increased knowledge and use of mental health resources between LEAs, state, federal and local organizations<br>• Increased collaboration across organizational boundaries related to mental health services | • Increase the number of school based licensed mental health service providers in schools, especially individuals of diverse backgrounds<br><br>• Increase access, by lowering the ratio of students to counselors and increasing the number of students who receive mental health services, especially those in diverse and economically disadvantaged school districts |
| • Assistance from each district RE space/ email access<br>• Recruitment Materials<br>• Supervision staff | **Recruitment Strategies**<br>**SBLMH Provider Pathway Approach**<br>• Recruit students from diverse backgrounds to work as SBLMH providers and SBMH interns in our partners schools<br>• Leverage the partnership between RCOE, participating | **Recruitment Strategies**<br>• 1 Fall and 1 Spring outreach event per district<br>• 2 Direct Mail/ Email Campaign Messages Fall and Spring | **Recruitment Strategies**<br>• Increase number of School Counselors entering licensed mental health programs<br>• Increase number of classified staff | • Increase retention, and therefore decreasing attrition, of SBLMH providers<br><br>• Advance student health and well-being which is connected to measures of school success, |

This section of the grant narrative describes these activities in detail as we have conceptualized implementing them during each year of the grant. Each of our strategies were designed with equity in mind, in Table E (below) we describe long term project outcomes, objectives (short term outcomes), activities and how we have integrated equity into each aspect of our project design and out strategies for ensuring equal access.

**Table E:Outcomes, Objectives Integrated with Equity, Diversity and Inclusion (CPP2)**

| Long Term Outcomes | Key Objectives | How Equity, Diversity and Inclusion is Integrated |
|---|---|---|
| Increasing the number of licensed mental health service providers in schools, especially individuals of diverse backgrounds. | • Create a higher education partnership that creates a pathway to mental health licensure<br>• Create a pathway to mental health profession from high school through graduate school<br>• Conduct ongoing outreach activities with a focus on students of diverse backgrounds to raise awareness of mental health providers as a profession | • Partnering with a higher education social work project that is focused on diversity and justice with a diverse student population<br>• Conduct all pathway and outreach activities with a focus on reaching diverse and traditionally underserved communities |

**AR000714**

*US DOE School-Based Mental Health Services Grant Program Narrative*

| Increasing access, by lowering the ratio of students to mental health providers and increasing the number of students who receive mental health services, especially those in diverse and socioeconomically disadvantaged school districts | • Hire 4 new school based licensed mental health providers per partner district<br>• Implement a MTSS Framework of mental health services at each partner district with expanded staff supported by the grant<br>• Implement professional development related to the MTSS Framework of support that focuses on diversity, equity and inclusion. | • Leverage partnership with a highly diverse student body to increase probability of hiring diverse school based licensed mental health providers and school based mental health interns.<br>• Implement a MTSS Framework of mental health services that is based upon culturally relevant practices throughout each tier |
|---|---|---|
| Increasing retention, and therefore decreasing attrition, of school based licensed mental health providers. | • Implement general professional development mental health project with partner district staff<br>• Implement a well-being project to support district personnel and create mental well-being supportive climate<br>• Implement targeted PD for school based licensed mental health providers<br>• Implement a new school based licensed mental health provider induction project<br>• Design a school based licensed mental health provider Community of Practice to encourage connection and collaboration and learning from one another | • Every professional development activity will include an underlying commitment to equity, diversity and inclusion.<br>• SBLMH providers and SBMH interns will learn how to navigate the school environment and how to work on teams with educators to address the mental health, social, emotional and behavioral needs of students. This will aid to ensure SBLMH providers and SBMH interns integrate well within the school setting so they feel they are a part of the school culture and family. |
| Advancing student health and well-being which is connected to measures of school success, especially those from diverse and socioeconomically disadvantaged backgrounds. | • Implement a MTSS Framework of mental health services at each partner district with expanded staff supported by the grant<br>• Implement professional development related to the MTSS Framework of support that focuses on creating environments that are safe, equitable, and nurturing.<br>• Implement professional development, which assists school, based licensed mental health providers and school based mental health interns with existing school based initiatives (i.e., MTSS, PBIS, TSEL and culturally relevant teaching, etc.)<br>• Implement professional development for school educators at each partner district to assist staff in learning about the warning signs of mental health concerns, the available resources, the roles of school staff and how to access support for themselves as well as students and their families. | • Implement a three-tier system of mental health services that is based upon culturally relevant practices throughout each tier.<br>• Every professional development activity will include an underlying commitment to equity, diversity and inclusion.<br>• SBLMH providers and SBMH interns will learn about the focal constructs of belonging, identity, agency, curiosity and collaborative problem solving.<br>• SBLMH providers and SBMH interns will learn about the importance of self-care and strategies they can utilize to reduce burnout and compassion fatigue. |

AR000715

*US DOE School-Based Mental Health Services Grant Program Narrative*

### Number to be Served over the Five-year Funding

We will start our project with three initial districts and then add six more districts during years 3-5 of grant funding. Over the five year grant funding, at least 30 licensed providers will be able to serve our high need LEA's. Our project plan is to hire 12 SBLMH providers (4 per partner district) in July of 2023 to serve students during the 2023-2024 academic year. Each year of the grant, the grant will fund 12 FTE SBLMH provider positions. Given the grant cycle, we will only have to pay 6 months of the first year SBLMH providers salaries from year one grant funds, thus our impact will be 12 FTE divided by .5 (or half the year of salary and impact in Grant Year 1). Our plan is that by year 3 our original partner districts will have Medi-Cal and MediCaid billing in place, and thus be able to begin to support via non-grant funds the original 12 SBLMH positions. When positions are sustained, we will begin to work with new partner districts to fund additional new SBLMH provider positions in those districts, though the grant will never support more than 12 FTE SBLMH providers per year.

**Table F: Providers, Interns and Student Numbers Served Per Year**

|  | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| SBLMH Providers FTE Funded by Grant | 6 | 12 | 12 | 12 | 12 |
| Students Served by SBLMH Providers Funded by Grant | 2,250 | 4,500 | 4,500 | 4,500 | 4,500 |
| SBLMH Providers FTE who become sustained by District Funds | - | - | 6 | 12 | 18 |
| Students Served by SBLMH Providers who become Sustained by District Funds | - | - | 2,250 | 4,500 | 6750 |
| SBLMH Interns Funded by Grant Scholarship | 6 | 12 | 12 | 12 | 12 |
| Students Served by SBLMH Interns Funded by Grant Scholarship | 1,125 | 2,250 | 2,250 | 2,250 | 2,250 |
| **Total Student Served Per Year** | **3,375** | **6,750** | **9,000** | **11,250** | **13,500** |

We will also place 12 SBMH interns (4 per district), into our three partner district per year of the grant, beginning in July of 2023. Over the five years, we will serve at least 60 interns. We estimate that given our multi-tier service delivery model that each provider will serve 375 students

*US DOE School-Based Mental Health Services Grant Program Narrative*

per year, via primary prevention, group counseling, 1 on 1 counseling or case management. In year one our 12 grant funded SBLMH providers and SBMH interns (over 6 months) will serve 3,375 students. In years 2 through 5 we estimate serving between 6,750 and 13,500 students directly or indirectly through SBLMH providers and interns. We estimate that over five years the project will directly serve 30,375 students, and in total directly or indirectly serve 43,875 students via SBLMH provider and SBMH interns as demonstrated in Table F.

### *Recruitment Strategies - School Based Licensed Mental Health Provider Pathway Activities*

We will use a School Based Licensed Mental Health (SBLMH) Provider Pathway approach to recruit individuals to work as SBLMH providers and SBMH interns in our partners schools. This will allow us to expand the number of students from diverse backgrounds both in the short term and the long term, interested in becoming new SBLMH providers and/or SBMH interns in Riverside County. Our goal is to leverage the partnership between RCOE, participating districts and the Social Work program at CBU to hire strongly qualified new SBLMH providers and new SBMH interns from diverse backgrounds.

Our short- term (in the first 180 days of the grant) recruitment strategy to increase the number of SBLMH providers and SBMH interns will be to work directly with the Social Work Program at CBU. The recruitment effort will include students at the Master of Social Worker (MSW) level and the final year of the Bachelor of Social Work (BSW) level and focus on recruiting students into SBLMH provider and SBMH intern positions within our partner districts. With the current MSW and BSW classes at CBU being more than 50% from traditionally marginalized/ racially and ethnically diverse groups, we believe that directly recruiting from these programs for grant and district funded SBLMH providers and SBMH interns, is an excellent opportunity to attract diverse SBLMH providers and SBMH interns to partnering districts. Our initial approach will be to visit MSW and BSW courses of students in their final year to make them aware of the upcoming positions. Then we will invite them to a RCWC recruitment event with an aim to encourage applications for positions. We will also send two email messages directly to students alerting them

*US DOE School-Based Mental Health Services Grant Program Narrative*

to the opportunity to work with partner districts as school mental health professionals. In addition, we will be offering students who join the internship a $8,000 scholarship to complete their program and become SBLMH providers. Students will be required to complete two years of service within Riverside County as SBLMH providers as a stipulation to receiving the scholarship.

Another important step to recruitment activities is to educate leaders and recruiters about implicit bias that may lead them to select some candidates over others. Also, creating job descriptions that go beyond job duties and minimum qualifications and include information about the organization's commitment to diversity and inclusivity. Sharing the organization's diversity / inclusive statement, the diverse populations the position will serve and including the need for experience working with underrepresented or underserved populations will demonstrate to new employees the value the organization places on different perspectives, greater innovation and workplace engagement. In addition, advertising open positions with professional organizations that have diverse membership and attending job fairs or networking events sponsored by universities / institutions that primarily serve underrepresented populations is another effective strategy. Building relationships with community and faith based organizations and asking for their assistance in sharing job openings with their members is another method to ensuring diversity and inclusivity within the mental health workforce. (CPP2) Also helpful is providing opportunities for SBLMH providers and SBMH interns "to earn as they learn" through scholarships.

Our long-term recruitment strategy is to use grant support to build a pipeline with awareness and recruitment activities taking place from high school to employment as a SBLMH provider. This pipeline would begin as early as secondary education with increasing student awareness of careers in health care through concurrent enrollment courses and potential work-based opportunities. University grant partners would further outline their pathway through two-year degree programs that connect to four-year educational opportunities for workplace advancement. In partnership with CBU, we would develop the SBLMH Provider Pathway with the primary goal to professionalize school based licensed mental health services by increasing the number of both BSW and MSW

Riverside County Office of Education – Riverside County Wellness Collaborative Project    page 16
PR/Award # S184H220066
Page e33

AR000718

*US DOE School-Based Mental Health Services Grant Program Narrative*

degree social workers who provide services to children and their families in school settings. These services would be culturally responsive, effective, and high-quality wellness and social service delivery to students and their families in Riverside County.

### *Recruitment Pathway and Outreach Activities*

The RCWC project will have outreach activities at three levels: high school, college, and graduate school.  The collaborative partnership between RCOE, school districts, and CBU, facilitates the Pathway Program. The project will have the following activities at each level:

For High School students in partnering districts, we will provide the following Pathway activities:

1. Fall School Mental Health Counseling recruitment event at each district partner high school. This includes visiting classes and working with PPS school counselors to meet directly with interested students.

2. Fall and Spring email campaigns with partner high school students to alert all students to the possibility of working as a SBLMH provider.

3. College visit to the Social Work Program at CBU. Including a campus tour, social work class visit, and speaking with current college students.

4. High School Dual Enrollment Program – College Credit for Intro to Social Work for High School students.  CBU will offer a dual enrollment program for high school students, targeting students from marginalized and underrepresented populations, to receive college credit for taking introductory social work courses as juniors and seniors in high school. The goal of this project is to introduce high school students to career opportunities in social work and school counseling, particularly behavioral health.



**Recruitment Activities for High School Students**

*US DOE School-Based Mental Health Services Grant Program Narrative*

***Pathway Activities at CBU for Recruitment***

CBU is as a Hispanic Serving Institution which qualifies as a Minority-Serving Institution, and as such, is an institution with a diverse student body. Within CBU, the BSW and MSW programs are deeply diverse programs (as previously described) and these programs are dedicated to recruiting BSW and MSW students into the school social work from diverse backgrounds. RCWC activities with CBU include:

1. Annual recruitment reception that focuses on the pathway to become a school based licensed mental health provider for school counseling students, undergraduate psychology majors and those who express interest in helping professions.

2. Fall and Spring email campaigns to students to alert all students to the possibility of working as a SBLMH provider.

3. Opportunities to job shadow with partner district behavioral health staff for undergraduates.

4. Recruitment class visits to BSW, MSW, and School Counseling courses from District Leads or the Project Director to gain interest to work in school settings, so as to have them complete the CBU elective curriculum related to working in social work school settings.

***Student placement into High Need LEAs for Recruitment***

Students in the pathway program, which is a specific curriculum track in the BSW and MSW programs at CBU, will take elective courses that prepare them for social work service delivery in school-based settings. Students will complete a minimum of 500 hours of internship in a school-based practicum site within Riverside County, in dedicated placement at participating grant partner districts. It is anticipated that 12 student interns will be placed in the high-need districts per year as partner districts have each committed to hosting 4 interns during each year of the grant (Table F). The pathway project will increase recruitment of SBLMH providers and prepare a diverse group of social workers for careers in school settings, with special emphasis in integrated behavioral health.

***Types of Counseling Degrees and Licensure in California***

AR000720

*US DOE School-Based Mental Health Services Grant Program Narrative*

It is important for us to clarify the types of degrees and licensure this project seeks to expand as a means to increase SBLMH providers in schools. SBLMH providers in California can provide an array of services and treatment to meet the rising mental health needs of students and their families. Services that can be provided in a school based setting include mental health evaluations and direct mental health services including; counseling, consultation, treatment coordination, individual/group, family therapy, collateral and rehabilitation services and case management/brokerage for individuals and families. Additionally, with SBLMH providers being in schools, this would expand the number of evaluations and services available to students and their families and provide more timely access with addressing their mental health needs. SBLMH providers can facilitate services in the classroom, in student homes and/or via telehealth sessions.

Licensure laws for mental health professionals help establish minimum required standards in the areas of education, examination, and clinical experience. Every state has a board responsible for issuing licenses, receiving, and responding to consumer ethical complaints. In California, the Board of Behavioral Science is the responsible body for overseeing the practice of counseling for professions, including Licensed Clinical Social Workers (LCSW), Licensed Professional Clinical Counselors (LPCC) and Licensed Marriage and Family Therapists (LMFT). While all three of these licensed mental health professions possess some similarities related to required education, additional training and coursework, along with the details of required supervised clinical experience is outlined below (see Table G below). We seek to increase the number of LCSW, LPCC and LMFT through grant activities.

**Table G: CA License Requirements**

| LICENSE TYPE | Licensed Clinical Social Worker (LCSW) | Licensed Marriage and Family Therapist (LMFT) | Licensed Professional Clinical Counselor (LPCC) |
|---|---|---|---|
| *Education* | Master's Degree in Social Work from an institution that is accredited by Council on Social Work Education (CSWE) | *Master's or doctoral degree from a college or university program meeting the requirements in marriage and family therapy, marriage, family and child counseling, couple and family therapies or other related | *Obtain a master's or doctoral degree that is counseling or psychotherapy in content from an accredited or approved institution, as defined in Business and Professions Code §4999.33. |

Riverside County Office of Education – Riverside County Wellness Collaborative Project    page 19
PR/Award # S184H220066
Page e36

AR000721

*US DOE School-Based Mental Health Services Grant Program Narrative*

| | | counseling degrees as outlined in California Business and Professions Code §4980.36 and approved by the Bureau for Private Postsecondary Education, or accredited by either the Commission on Accreditation for Marriage and Family Therapy Education, or a regional or national institutional accrediting agency that is recognized by the United States Dept. of Education (US DOE). | |
|---|---|---|---|
| *Registration BBS* | *Complete application to register with BBS as an Associate Clinical Social Worker. *Complete Livescan fingerprinting and background check process | *Complete application to register with BBS as an Associate Marriage and Family Therapist *Complete Livescan fingerprinting and background check process | *Complete application to register with BBS as an Associate Professional Clinical Counselor *Complete Livescan fingerprinting and background check process |
| *Law and Ethics Exam* | *Take and pass a law and ethics exam *Exam has to be taken annually upon renewal of the ACSW registration until passed and before applying for the LCSW license. | *Take and pass a law and ethics exam. *Exam must be taken annually and passed in order to receive subsequent APCC registration | *Take and pass a law and ethics exam. *Exam must be taken annually and passed in order to receive subsequent APCC registration. |
| *Supervised Clinical Experience* | *Total of 3000 weekly supervised hours *Must be obtained in a minimum of 104 weeks *Minimum 2,000 hours overall (must include a minimum of 750 hours performing face-to-face individual or group psychotherapy) in clinical experience with psychosocial diagnosis, treatment and individual and/or group psychotherapy *Maximum 1,000 hours of non-clinical social work experience (Client-Centered Advocacy; Consultation, Evaluation, | *Total of 3,000 hours minimum of weekly supervised clinical experience. *Must be obtained in a minimum of 104 weeks *Direct Clinical Counseling - There is a required minimum of 1750 hours with a minimum of 500 of these hours being in the area of diagnosing and treating couples, families and children. *Non-clinical experience - There is a maximum amount of 1,250 hours that can be counted towards the required supervised experience (direct supervisor contact; administering and evaluating psychological tests; writing clinical reports; writing progress or process notes; client- | *Total of 3,000 hours minimum of weekly supervised clinical experience. *Must be obtained in a minimum of 104 weeks *Direct Clinical Counseling - There is a required minimum of 1750 hours face to face hours providing psychotherapy.. *Non-clinical experience - There is a maximum amount of 1,250 hours that can be counted towards the required supervised experience (direct supervisor contact; administering and evaluating psychological tests; writing clinical reports; writing |

AR000722

*US DOE School-Based Mental Health Services Grant Program Narrative*

| | | | |
|---|---|---|---|
| | Research; Workshops, Seminars, Training Sessions or Conferences; Direct Supervisor Contact). | centered advocacy; and workshops, seminars, training sessions, or conferences directly related to marriage, family, and child counseling). | progress or process notes; client centered advocacy; and workshops, seminars, training sessions, or conferences directly related to marriage, family, and child counseling). |
| *Additional Training or Coursework Required for Licensure* | *Child Abuse Assessment and Reporting (7 hours) *Human Sexuality (10 hours) *Alcohol and Chemical Substance Abuse and Dependency (15 hours) *Aging Long Term Care and Elder/Dependent Adult Abuse (10 hours) *Spousal/Partner Abuse Assessment, Detection and Intervention (15 hours) *Suicide Risk Assessment (6 hours) | *Suicide Risk Assessment (6 hours) | *Child Abuse Assessment and Reporting (7 hours) *Human Sexuality (10 hours) *Alcohol and Chemical *Substance Abuse and Dependency (15 hours) *Aging Long Term Care and *Elder/Dependent Adult Abuse (10 hours)*Spousal/Partner Abuse Assessment, Detection and Intervention (15 hours) *Psychopharmacology (2 semester units or 3 quarter units) *California Law and Professional Ethics (18 hours) *Crisis and Trauma Counseling (15 hours) *Suicide Risk Assessment (6 hours) |
| *Application and Exam* | *Complete application when supervised experience is completed, additional coursework for licensure is completed and law and ethics exam has been passed. *Take the National Association of Social Work Boards (ASWB) Clinical Examination. *Apply for initial licensure when the ASWB Clinical Exam has been passed. | *Complete application when supervised experience is completed, additional coursework for licensure is completed and the law and ethics exam has been passed. *Take the LMFT California Clinical Exam. *Apply for initial licensure when LMFT California Clinical Exam has been passed. | *Complete application when supervised experience requirements met, additional coursework for licensure has been completed and law and ethics exam has been passed. *Take the National Clinical Mental Health Counseling Examination (NCMHCE). *Apply for initial licensure when NCMHCE has been passed. |
| *Continuing Education Requirements for License Renewal* | * Minimum of 18 hours of CE for first renewal. All subsequent renewals have a requirement of 36 hours. *Law and Ethics (6 hours) each renewal period | * Minimum of 18 hours of CE for first renewal. All subsequent renewals have a requirement of 36 hours *Law and Ethics (6 hours) each renewal period. | * Minimum of 18 hours of CE for first renewal. All subsequent renewals have a requirement of 36 hours. *Law and Ethics (6 hours) each renewal period. |

AR000723

*US DOE School-Based Mental Health Services Grant Program Narrative*

| | *HIV/AIDs (7 hours) for the first renewal only | *HIV/AIDs (7 hours) for the first renewal period only. | *HIV/AIDs (7 hours) for the first renewal period only. |
|---|---|---|---|

The California Commission on Teacher Credentialing does issue Pupil Personnel Service (PPS) Credentials that authorize specializations in the areas of school counseling, school social work, school psychology and child welfare and attendance services. Candidates must complete a baccalaureate or higher degree from a regionally accredited college or university and obtain a recommendation from the college or university with a PPS program specializing in that area. While there are many professionals working in the educational setting with PPS in these areas, continued statistics related to California and mental health needs, give rise to the need for a higher level of clinical training to address needed mental health services and support of students.  school.  Some districts throughout California, require that mental health professionals who are licensed through the California Board of Behavioral Sciences (BBS) also possess a PPS Credential in addition to the license in order to secure employment.

### *Mental Health Counseling Direct Services: Tiered System of Support*

Consistent with the SBMH grant request for proposals to increase SBLMH providers in schools that have high needs and diverse student populations, we will use grant funding to build or enhance mental health tiered systems of support in each partner district. We see a Multi-Tiered System of Support (MTSS) as a foundation of support for student and adult mental health, wellness and social, emotional and behavioral (SEB) as described in Table H.

### Table H: Multi-Tiered System of Support (MTSS) as a Foundation

| |
|---|
| - Family/Youth/School/Community Partners - Districts and schools have strong relationships with families and community organizations.  The district and school teams engage families, community members, and community organizations to advance student mental health, wellness and SEB skills. |
| - Positive School Climate and Culture - Positive school culture and climate is a collective sense of purpose and commitment to ensure the success, well-being, sense of belonging, safety and equitable outcomes of every student and adult. |
| - Strong Universal Implementation - Strong universal implementation relates to relationship building, mental health and wellness education, rich social-emotional learning (SEL), resiliency building, trauma sensitive practices, and collaborative systems and practices which are accessible, effective, and reflective of all. |

Riverside County Office of Education – Riverside County Wellness Collaborative Project
PR/Award # S184H220066
Page e39
page 22

**AR000724**

*US DOE School-Based Mental Health Services Grant Program Narrative*

| | |
|---|---|
| - | Culturally Responsive Practices - Culturally Responsive Practices creates a powerful connection between classroom lessons and diverse student backgrounds. It is based on the idea that every student brings unique cultural strengths to the classroom which promotes an open-minded, supportive environment that celebrates cultural differences and honors the stories and voices of students and their families. |
| - | Continuum of Supports - Continuum of Supports includes high quality instruction, collaboration and strategic use of data to equitably address the needs of every learner. |
| - | Systemic Professional Development and Implementation - Systemic professional development and technical assistance provides support which is coordinated with school and district improvement priorities and reflected in the school improvement plan. |

The MTSS approach ensures that all students can access the tiered services, including students in both general and special education, and that all students will have exposure to universal mental health support. MTSS is based on a public health framework, so prevention is an underlying principle at all three tiers. Tier 1 focusing on promoting mental health and preventing occurrences of mental health concerns, Tier 2 focusing on preventing risk factors or early- onset concerns from progressing, and Tier 3 focusing on individual student interventions that address more serious concerns and prevent the worsening of symptoms that can impact daily functioning. Professional development and support for a healthy school workforce as well as family- school-community partnerships are foundational elements that support these three tiers. Table I below outlines some activities SBLMH providers, school based mental health interns, and school staff can provide to support the mental health and wellness of students, their families and district and school staff. This framework melds a System of Care within the MTSS Framework. Research increasingly points to the link between students' academic success and social, emotional, and behavioral health. To reduce barriers to learning, RCOE's framework supports schools in creating a comprehensive system that integrates behavioral health supports within academic and SEL practices and interventions to address student success in all areas of their lives.

We have chosen a MTSS due to evidence that this approach at its foundation addresses issues of equity in service delivery. Awareness, prevention, outreach, coordination, screening, referral, direct mental health services and coordination of care to students will be facilitated by the District Behavioral Health Team (DBHT) at each partner district. Services will then be provided by partner

AR000725

*US DOE School-Based Mental Health Services Grant Program Narrative*

districts via hiring new SBLMH providers through grant funding and sustained by the billing of

services to Medi-Cal, current district funding sources and the integration of existing initiatives with

similar goals of expanding the SBLMH providers throughout Riverside County.

**Table I: MTSS Framework and Proposed Grant Activities**

| MTSS Framework | Definition | Proposed Grant Activities |
|---|---|---|
| Tier 1<br>School Wide Intervention | • Prevention services for ALL<br>• Promoting mental health awareness and practices. Examples: providing resources to staff and families, presentations to staff, families and classrooms promoting mental health and providing strategies and events such as a school wide wellness fair. | • Using SBLMH providers and SBMH interns to design resource materials, provide presentations and to plan events to educate staff, students and families on awareness and prevention resources, skills and supports. |
| Tier 2<br>Short Term Targeted Interventions | • Prevention of risk factors<br>• Providing timely supports to reduce the progression of mental health concerns<br>• Support at-risk students thru coordination of services through school support team<br>• Examples: small group counseling, motivational interviewing and mentorship. | • Add staff to facilitate short term counseling<br>• SBLMH providers and/or SBLMH interns will participate in school coordination teams to assist with designing the system and practices of providing mental health supports for students |
| Tier 3<br>Longer-Term Intensive Interventions | • Respond to acute crisis or ongoing mental health challenge<br>• Long-term solutions to traumatic events, self-harm, eating disorders, or suicide risk<br>• Individual basis and management<br>• Example: Long-term therapy, case management, wraparound services. | • Protocol for referral<br>• Add staff to increase capability to conduct longer term counseling around trauma, self-harm, and suicide risk |

Tier 1 is designed to support the well-being of all students, regardless of whether they are at risk

for mental health problems. These activities might include efforts to support positive school climate

and staff well-being. They would be implemented schoolwide, at the grade level and/or at the

classroom level. Examples include schoolwide curricular lessons and grade-level or classroom

presentations for all students, regardless of whether they are at risk for mental health concerns. The

services that we proposed to be funded by this grant through SBLMH providers and SBMH interns

are aligned to the MTSS Framework. The addition of SBLMH providers and SBMH interns will

**AR000726**

*US DOE School-Based Mental Health Services Grant Program Narrative*

increase district capacity to provide prevention and promote mental health and wellness through the activities listed above.

Tier 2 provides early intervention services and supports to address mental health concerns to students who have been identified through needs assessments, screening, referral or other school teaming processes as experiencing mild distress or functional impairment, or being at risk for a given issue or concern. When concerns are identified early and supports are put in place, positive youth development is promoted and mental health concerns  may be eliminated or reduced. Examples include small-group interventions for students identified with similar needs (e.g., students with asthma), brief individualized interventions (e.g., motivational interviewing, problem-solving), mentoring, and/or low-intensity classroom-based supports such as a daily report card or daily teacher check-in. At this tier, we envision the District Behavior Health Team (DBHT) would develop a screening and referral process to assist in providing targeted short term mental health services. Our grant focus will be short term small group counseling and brief individualized interventions. Counseling offered through these short terms, one on one or group-based support might include substance abuse treatment, Wraparound, Trauma Focused Cognitive Behavior Therapy (TF-CBT) and Multidimensional Family Therapy.

Tier 3 addresses treatment services and supports to address mental health concerns for students who need individualized interventions for the significant distress and functional impairment they are experiencing. Examples include individual, group or family therapy for students who have been identified, and often diagnosed, with social, emotional and/or behavioral needs. At this tier, our plan will encompass more specific, intensive counseling services. The  DBTH Team will facilitate linkages between partners' resources, community mental health resources, and youth and their families as it relates to students with the greatest needs. This linkage will include warm hand-offs to new SBLMH providers and follow up case management as needed to community mental health services. Our goal will be to create a baseline of services in each Tier in the first year and then increase connection, referral, and direct counseling by 25% over the subsequent years of the grant.

AR000727

*US DOE School-Based Mental Health Services Grant Program Narrative*

The Leadership Team will develop a protocol that outlines the processes for screening and referrals to direct district mental health counseling services and as needed external community-based services. All services will ensure any SBLMH provider offering services will do so in an equitable manner and consistent with the Family Education Rights and Privacy (FERPA), Protection of Pupil rights Amendment (PPRA), Individuals with Disabilities Act (IDEA), Section 504 of the Rehabilitation Act, and the Americans with Disabilities Act as well as all other applicable Federal, State and Local laws and professional specific obligations, including having written parent consent.

The Leadership Team will seek the review and consultation of the Advisory Board for protocols for screening, referral, and services delivery. Both the Leadership Team and Advisory Board will focus on creating and refining organizational processes that identify, screen and coordinate services offered by new SBLMH providers and SBMH interns hired by the grant. The Behavior Health Services Coordinator will have the responsibility of overseeing day-to-day operations, and along with the Project Director who will have the responsibility of building and maintaining relationships with partner organizations that provide services to youth and families in Riverside County. For a detailed description of the titles, roles and responsibilities of each member of the Leadership Team and Advisory Board, see Appendix F.

***Timeline for Service Delivery***

In the first six months of the project identification, screening and referral processes will be developed and each partner district will hire two new licensed mental health professionals to offer services. Even with two new professionals in each district, in the first year we anticipate that demand will exceed each district's service capacity, and for this reason we will develop clear external referral processes utilizing existing and new community mental health service partnerships. External community mental health service providers will be included in the Grant Advisory Board to help support the large need in our county. In addition, the Leadership Team will establish an evaluation system aligned with the grant logic model that will create a continuous cycle of

Riverside County Office of Education – Riverside County Wellness Collaborative Project                    page 26
PR/Award # S184H220066
Page e43

AR000728

*US DOE School-Based Mental Health Services Grant Program Narrative*

improvement. This process will create evidence as to the ongoing work of the DBHT so as to ask critical questions and examine mid-course corrections in service delivery.

DBHT will be embedded and will coordinate care with school districts' existing behavioral health infrastructure to ensure linkages and access to ongoing services. Partner Districts currently employ behavioral health providers, along with school counselors, who provide direct behavioral health support to students on campuses as well as referrals to services offered outside of the district by community mental health service providers. Districts also employ Positive Behavioral Support Specialists and/or School Counselors at the middle and high schools in each district who provide mentoring and group counseling services to at-risk students. Community mental health services are offered to school sites based upon referral, such as RUHS-BH offering substance abuse prevention and services at middle and high schools of partnering districts, or Peer to Peer services offered via a MHSA. These existing supports combined with new SBLMH providers delivered through the DBHT will significantly enhance the tiered mental health services districts will provide. Cross training and collaboration are integral parts of the project for all service providers to make sure they are aware of available school resources.

During the second year of the grant we will expand the project from two mental health professionals to four SBLMH per district, dramatically increasing the service capability of each participating district to serve youth with mental health concerns. With pathway and recruitment activities fully implemented in collaboration with CBU and service delivery begun in each district, we believe that scaling up will be primarily about creating additional capacity to provide direct licensed counseling services within schools in partnering districts.

Our approach for further growth is based upon establishing a Medi-Cal billing model for school districts to use with licensed mental health services. Part of the work of the second and subsequent years of the grant is to fully implement Medi-Cal billing for mental health services in participating schools. This work will create a sustainable pathway for funds to not only continue the employment of SBLMH's initially funded through this grant, but also in adding additional services aligned with

AR000729

*US DOE School-Based Mental Health Services Grant Program Narrative*

use by district students. Our model for sustainability is to create a structure via this grant project to have protocols and services in place to meet the mental health needs of students in participating districts, and to build a reimbursable process through Medi-Cal to fund those services going forward.

During years 3-5 of grant funding, RCWC will expand to other Riverside County high-need LEA's to provide mental health services, staffing, resources and support to expand Medi-Cal billing. This expansion will allow for more students to receive critical mental health services as well as help districts build their capacity and sustainability of SBLMH providers. The identification and participation of the LEA's will ensure they meet the high-need LEA's requirements as defined in this application and in the Federal Register.

## C. 3 Professional Development and Retention Activities

Part of building a sustainable system of licensed mental health services in Riverside County, and specifically in partner grant districts, is to have a robust professional development and retention project. Mental health provider retention is better at organizations where providers feel their professional development is supported by their employers. Professional development would assist SBLMH providers gain confidence, improve competency, develop knowledge of evidence based practices, and reduce stress. Support would include training, supervision and peer mentoring. Research shows that mental health professionals in mentoring relationships were more satisfied with their jobs, and that mentoring relationships predicted career and personal development.

The Leadership Team, working in conjunction with the Advisory Board for the project, will begin implementing, within the first 180 days of the project, a series of professional development and retention initiatives for SBLMH providers in schools. Our professional development project will have three levels of implementation: (1) activities focused on licensed school based mental health providers' growth, development and well-being; (2) activities focused on general knowledge, referral and support for mental health and well-being among partner districts' teachers, administrators and staff; and (3) professional development and induction support for new SBLMH

PR/Award # S184H220066
Riverside County Office of Education – Riverside County Wellness Collaborative Project            page 28
Page e45

AR000730

*US DOE School-Based Mental Health Services Grant Program Narrative*

providers to ensure that new professionals working in schools have additional support as they begin their work.

**Professional Development**

   Our first level of <u>professional development and retention</u> work will be with current and new SBLMH providers. RCOE personnel, working in conjunction with district staff will implement the following activities.


- Professional Development
  - CoP's
  - license requirements- 6X per year
  - micro-credentials
  - WOW school wellness



Supportive school climate to teachers, administration, and staff

Professional development and induction support for new licensed mental health counselors

1. An online Community of Practice(CoP) for all SBLMH providers and SBMH interns led by the Behavior Health Services Coordinator. This Community of Practice will meet via Zoom once per month to provide support and ongoing learning for SBLMH providers and SBMH interns in partner districts.

2. Professional development sessions at least six times per year, with at least two of these activities meeting licensure requirements for continuing education units. Topics will include; counselor well-being, information on school based initiatives and frameworks, legal updates to school based mental health practice, fidelity to therapeutic approach, evidence based counseling approaches in school settings, and counseling supervision. Retention stipends will be available after two years of successful participation in RCWC.

3. The opportunity to earn counseling related micro-credential through CBU's continuing education programs.

4. A school based mental health wellness program for SBLMH providers and SBMH interns that is an extension of the virtual WoW! Working on Wellness Program which is part of RCOE's Mental Health Initiative. This program includes two yearly weeks of wellness as well as ongoing programming based on the Substance Abuse and Mental Health Services Administration's 8 Dimensions of Wellness. This programming will be extended and tailored for partner district SBLMH providers and SBMH interns.

   Research tells us that school climate and support for one's professional work are essential to job satisfaction and retention. The more that teachers, staff and administrators at partnering districts

**AR000731**

*US DOE School-Based Mental Health Services Grant Program Narrative*

are knowledgeable about the mental health needs of students and resources available to them to support students the more supportive the school climate will be to SBLMH providers and SBMH interns, which therefore will increase the support and educational opportunities by creating conditions for students to fully engage in learning.

For the second level we will focus on <u>supportive school climate</u> and offer two broad professional developments related to mental health and related services each year to district teachers, staff and administrators at each participating district. Each district will work with RCOE, CBU, and RUHS-BH to design a professional development schedule which considers the needs of the district, the needs of the SBLMH and the needs of students and their families. Topics for this professional development will align with the Multiple Tier System of Support including the following topics; MTSS, Positive Behavior Interventions and Supports (PBIS), Social and Emotional Learning, Community Schools, Trauma-informed classrooms and practices, Suicide prevention policies in schools, and Restorative Justice, to name a few. All of these topics work to create more positive school climates and cultures with supportive student and staff relationships. This work, alongside more targeted services for students that need more intensive support, create a comprehensive approach to increasing student mental health. The goal of these sessions is to build knowledge and support for addressing mental health needs of students and adults in schools.

The third level, specific to new SBLMH providers will offer each newly hired SBLMH provider <u>coaching and induction support</u> from RCOE staff and from Dr. Wall, External Evaluator and Subject Matter Expert Consultant as means to provide the highest level of support for new SBLMH providers. New SBLMH providers will attend approximately 80 hours of professional development in the first year and approximately 40 hours in each subsequent year. Some of these training hours will assist SBLMH providers in completing their continuing education units which are a licensure requirement of the State of California.

During the induction support activities we will provide training, coaching or learning related to the following; Policy and Documentation (CalAIM, Diagnosis, Charting, Legal Consent, IEP, Goal

PR/Award # S184H220066
Page e47
Riverside County Office of Education – Riverside County Wellness Collaborative Project                    page 30

AR000732

*US DOE School-Based Mental Health Services Grant Program Narrative*

Writing, Case Notes and File Maintenance, FERPA and HIPAA); School and Healthcare Initiatives (MTSS, PBIS, Restorative Justice, SEL, Cultural Competency, Trauma Informed Practices); Suicide Prevention and Substance Abuse (ASIST Training, Know the Signs, QRP- Question, Persuade and Refer, This is Not a Drug); Skills and Practices for Students and Families (Cognitive Behavioral Intervention for Trauma In Schools, Seeking Safety, Life Skills Groups, Anger Management, Relational aggression, Collateral Sessions, Everyday Behavioral Tools Program; Assessment and Referrals (Training on ERMHS Assessments, Processing referrals to add Peer Support Services, Processing referrals for case management support, CANS (Children and Adolescent Needs and Strength Tool), PSC – 35 (Pediatric Symptom Checklist); Adult Self-Care and Wellness (Boundary Setting, Stress Management, Compassion Fatigue and Self-Care).

## D. Project Management Plan and Adequacy of Resources

### D. 1. Mechanisms for Ensuring High-quality Products and Services

In this section we will describe how the project will be organized, and work collaboratively to ensure timely accomplishment of key deliverables and ensure high quality products and services. This application describes a collaboration between RCOE and local districts who have worked together in the past and are committed to the success of RCWC. Consistent with the tiered approach to service delivery as discussed above, we also have a tiered approach to ensuring high-quality products and services (see Table J below).

**Table J. High Quality Products and Services to be Provided through RCWC Project**

| Tiered Approach to High Quality Services | Description of Mechanism for Ensuring High Quality Products and Services |
|---|---|
| Foundnation Level | • Selected district partners who have partnered in prior projects to advance mental health services and are committed to advancing their resources and work.<br>• Strength of partners in prior delivery of high quality grant projects<br>• Project focused with lens on equity and increasing service providers from diverse backgrounds to be able serve high need LEA's(CPP2) |

Riverside County Office of Education – Riverside County Wellness Collaborative Project    page 31
PR/Award # S184H220066
Page e48

**AR000733**

*US DOE School-Based Mental Health Services Grant Program Narrative*

| Comprehensive Recruitment and Retention Strategies and Activities | • Creation of innovative Mental Health Provider Pathway program to increase recruitment and retention efforts from high school to BSW to MSW to intern placement<br>• In-depth Professional Development for 1-new and existing mental health professionals, 2- school wide staff, and 3- new provider induction support<br>• Student intern scholarships and retention stipends to serve in high needs LEA's |
|---|---|
| Strong Leadership Structure | • Developed a multi-level leadership team that is inclusive of project partners<br>• Embed evaluator on the leadership team to ensure use of evidence on implementation as part of continuous improvement |
| Robust Evaluation Data Collection | • We have described in a next section a robust evaluation design by an internal project evaluator so as to use evaluation as a tool to drive continuous improvement |
| Advisory Board | • An Advisory Board has been created to look across the project as a means to provide a high level examination of what is and is not working during project implementation. |

## **D.2. Relevance and Demonstrated Commitment of Partners for Implementation and Success**

### *Project Organization and Leadership*

RCOE, considered a high-need LEA, will serve as the fiscal agent and employ the coordinating leadership for the project. RCOE is highly experienced in providing effective programs and services, operating state and federal grants, and serving students, families, and the community. RCOE currently provides educational and administrative support services to 23 school districts and over 431,000 students and serves as an intermediary with the California Department of Education. RCOE collaborates with districts to ensure the success of all students by assisting with implementation of high-quality educational programs and successfully operating early learning, preschool, special education, vocational, alternative, and dropout recovery programs. RCOE's mission is to ensure the success of all students through extraordinary service, support, and partnerships. The vision is to be a collaborative organization characterized by the highest quality employees providing leadership, programs, and services.

The management plan and timeline have been developed based upon research, lessons learned, and the unique needs of the community (identified through needs assessment results). A team of experienced professionals will implement this project within timelines and the allocated budget (Appendix A). RCOE has the capacity, infrastructure, and ability to oversee, and implement the

AR000734

*US DOE School-Based Mental Health Services Grant Program Narrative*

RCWC project. RCOE divisions have successfully administered numerous grants and are well-known throughout the state for their ability to assist districts in improving student achievement and establishing institutional change. RCOE will be collaborating with the various partners to bring them together to increase collaboration, coordinate efforts, and build a system of support to help increase the number of SBLMH providers, SBMH interns and services throughout Riverside County. The inclusion of an internal evaluator who will regularly engage with the project leadership and who has a strong background in evidence-based practices and rigorous evaluation work is a unique project element and brings a critical reflective aspect to ensuring quality through the implementation of the project.  Finally, the Advisory Board will be used to examine the work of the grant at a high level, to ensure that we have meeting community needs with practices that are evidence base and ensure access and equity for the diverse students of Riverside County.

***Fiscal Experience and Oversight***

   The RCOE Business Office will monitor the budget monthly to ensure the project stays within budget. RCOE has successfully administered numerous competitive federal and state grants including: Head Start, Migrant Head Start, California Department of Education Grants, Youth Build, CA Pathways Trust, Tobacco Use Prevention Grant, After School Education and Safety (ASES), Investing in Innovation (i3) grant, and others, exceeding 600 million dollars over the past five years. RCOE has administrators and staff in place who are able to start planning and implementing the RCWC project immediately.

    RCOE and partners have committed over 30% of matching funds to greater leverage the US DOE funds. RCOE operates a fund-based government financial accounting system with a secure financial condition due to the strong management of its resources and rigorous internal controls. Clear and consistent policies and procedures have annually yielded passing audits and budget approval by the Board of Education. RCOE has undergone revisions to administrative regulations, policies, and procedures to incorporate the requirements set forth under Uniform Grant Guidance

PR/Award # S184H220066
Page e50
Riverside County Office of Education – Riverside County Wellness Collaborative Project                    page 33

AR000735

*US DOE School-Based Mental Health Services Grant Program Narrative*

and has fiscal and administrative controls in place to manage federal funding effectively and efficiently.

### Staffing

A diverse and comprehensive group of project personnel have been established to implement the RCWC project. As the lead LEA, RCOE will employ a Project Director, Administrator, Behavioral Health Services Coordinator, and Recruitment and Retention Program Specialist described in key personnel and/or budget sections of the grant. The Project Director will be responsible for leadership and coordination for all grant activities, will ensure all outcomes are met and will have direct responsibility for administration of the Leadership Team and Advisory Board. A RCWC Administrator will be responsible for the day to day coordination of activities, professional development and retention activities, partner communication and collaboration and program implementation. The Behavioral Health Services Coordinator will ensure proper student intern hours and placement are implemented and will work with district behavior health teams. Additionally, a Recruitment and Retention Program specialist will be responsible for program recruitment, retention, referrals, and support for logistics of direct service delivery. Additional staff will support the project through matching funds with experience in grant administration, data collection and assessment, equity and access and administrative support (See Matching Budget Narrative).

### Project Management

The RCOE Project Director will convene two groups. First, day to day management will be facilitated by an eight person <u>Leadership Team</u> that will meet weekly during the first six months of the project and then at least monthly for the remainder of the grant. Two members of the team are from RCOE and fill the roles of Project Director and Project Manager. Three members of the team are Project Administrators for our 3 partner districts, 2 members are Project Administrators for our community partners, and 1 member is our External Evaluator/Consultant. To see a detailed listing of the titles, roles and responsibilities of our Leadership Team members, please see Appendix F.

*US DOE School-Based Mental Health Services Grant Program Narrative*

The Leadership Team will be responsible for collaborative implementation of the recruitment, direct mental health service activities and model, and the professional development/retention program grant activities. With representation from each project partner, this Leadership Team is key to accessing school district policy and practices that we seek to advance through grant activities. Coordination of recruitment, school based mental health service delivery and professional development/ retention policies and practices will be developed and implemented by the individuals on this team. In particular this team will be central to the development of the identification and referral for service process developed for the project's school mental health services.

Second, the Project Director will convene an <u>Advisory Board</u> which is composed of a Board Chair and two Board members from RCOE, a Board Co-Chair from CBU, a Board Member from each collaborating school district and RUHS-BH. In addition, the Advisory Board will have a student/family representative chosen by one of the partnering school districts to ensure the voices of students and families are included on project development and implementation. The Advisory Board will meet each quarter with the purpose of providing advice and support for integration of grant activities in district, county, state and federal mental health support systems.

To provide project leadership in each collaborating school district, school site teams such as the Tier 1 PBIS Team, will include the Behavioral Health Services Coordinator. This Behavioral Health Services Coordinator and District Lead will be the links for each of the distinct district Behavioral Health Teams. The Behavior Health Team will be made of the District Lead, licensed counseling staff, and other key personnel identified by the district to aid their implementation. The Behavioral Health Services



AR000737

*US DOE School-Based Mental Health Services Grant Program Narrative*

Coordinator will be a liaison to each district's Behavior Health Team. This team will be responsible for district specific implementation of grant activities as described in the ensuing sections.

It is not a simple process or structure that creates assurance the people involved in this project will deliver high quality services and products, but rather multiple levels and approaches to ensuring quality. The partners in this project have a history of working together collaboratively on projects such as the CalHOPE grant. This history means that funding agencies have seen the past value of the collaborative work of all or parts of the proposed project partners. The base for ensuring high quality work begins with a strong collaborative foundation. The foundational management plan and timeline have been developed based upon research, lessons learned, and the unique needs of the community (identified through needs assessment results). A team of experienced professionals will implement this project within timelines and the allocated budget (Appendix A).

### *Commitment of partners*

The partners on this project are experienced and committed. RCOE has seen this in the rapid response and follow through on the writing of the grant in an expedited time frame. The commitment of our partners in shaping this application is strong evidence of commitment to the project and desire to serve our high need students. All partners see rising numbers of adults and students experiencing mental health concerns. Riverside County Office of Education (RCOE) Superintendent of Schools, Dr. Edwin Gomez has been a real leader in this effort through his announced commitment to addressing mental health concerns throughout Riverside County. In the fall of 2020, Dr. Gomez launched four initiatives to support student success including a focus on mental health, financial literacy, literacy by fifth grade, and equity and inclusive practices. A Mental Health Initiative (MHI) Committee was formed with individuals from various divisions of RCOE to design a plan for meeting the mental health, wellness and social emotional behavioral needs of students and adults. The RCWC project is an outgrowth of that deep commitment.

The MHI Committee met with school district leaders within Riverside County to ascertain their current services and where the needs/gaps existed in relation to meeting the mental health needs of

AR000738

*US DOE School-Based Mental Health Services Grant Program Narrative*

students and adults (Appendix G). Also, the Committee researched the behavioral health models from several states and utilized this information, along with information collected from Riverside County LEAs, to develop a mental health framework for Riverside County. The Riverside County Mental Health Framework (RCMHF) focuses on developing a multi-tiered system of supports (MTSS) which integrates mental health supports with related social emotional behavioral and academic supports in order to leverage existing equitable services and interventions for students and adults. The comprehensive mental health framework includes a continuum of services and supports to promote student and staff mental health by fostering social and emotional wellbeing and positive school culture, while eliminating systemic barriers to wellbeing and success for all students (Lever 2019). Health equity is increased by ensuring all students and adults have access to the prevention, early intervention, and treatment supports that they need, when they need them, free of stigma.

District commitment is displayed formally in their Letters of Agreement (Appendix C), but is behavioral evident through the ongoing work that each district is currently doing to advance mental health. While resource gaps are large, that does not mean that partner districts have not sought to make a positive difference with their own limited resources. For instance BUSD has continued to enter and maintain positive, collaborative working relationships with other partners who are included in partners as part of this School Based Mental Health (SBMH) grant proposal. Most recently, BUSD has partnered with RCOE as part of the CalHOPE project, which is supported by Federal Emergency Management Administration (FEMA) to help build capacity around social emotional competency and crisis response, in part, in response to COVID 19. As part of this partnership, BUSD participates as a pilot district in Riverside County, with RCOE providing professional development in Transformative Social Emotional Learning (TSEL) and the coordination of SEL/Mental Health Community of Practice to help support capacity building among members.

Another example of existing partnership commitment is JUSD's long standing relationship with key project partners. JUSD is contracted with RUHS-BH to provide various services which include

PR/Award # S184H220066
Page e54
Riverside County Office of Education – Riverside County Wellness Collaborative Project                                      page 37

AR000739

*US DOE School-Based Mental Health Services Grant Program Narrative*

its Set 4 Schools contract since 2019, Cognitive Behavioral Intervention for Trauma in Schools training since 2018, and its System of Care or EPSDT contract since 2019. This relationship allows for JUSD and RUHS-BH to identify community needs and collaborate on projects. JUSD contracts with CBU hosting MFT trainees and MSW interns. RUHS-BH has a collaborative partnership with RCOE that has spanned decades. This collaborative partnership has included the development and implementation of new programs to provide behavioral health services to students, coordinating professional development opportunities for educators and school behavioral health professionals and coordinating services for vulnerable youth and families. In addition to the strong relationship with RCOE, RUHS –BH has worked with and alongside LEAs for a very long time. RUHS –BH holds a Medi-Cal contract with JUSD to provide Specialty Mental Health Services to their students. In addition, RUHS – BH has partnered with JUSD, BUSD and MVUSD to provide an array of mental health prevention and early intervention services as well as crisis response for students experiencing mental health crises. The partnership linkages are strong and lasting, as are the existing commitments to advancing mental health support for students in Riverside County. Our collaborative is prepared and ready to be able to leverage federal funding to be able to increase mental health professional and expand services throughout Riverside County.

## D.3. Potential for Continued Support after Federal Funding Ends

As part of preparing this application we have requested that each partner consider sustainability of the project. In the case of CBU, the partnership represents an opportunity to build awareness, reputation, enrollment, and revenue with a strong likelihood that project focus will continue following the grant given their built-in incentive to continue to recruit and graduate counselors.

The landscape in California has shifted with the introduction of Medi-Cal reform or CalAIM. CalAIM allows for mental health services to begin prior to a diagnosis under specific circumstances such as homelessness, foster youth, trauma and others. This reform allows for providers to begin services prior to a diagnosis and allow for reimbursement of said services. Implementation also helps reduce stigma to mental health services as it allows for case management services to be that

AR000740

*US DOE School-Based Mental Health Services Grant Program Narrative*

entry point. In Riverside County, JUSD has worked with the RUHS-BH to become a specialty mental health provider under the Early and Periodic Screening, Diagnostic and Treatment (EPSDT) benefit for children under age 21 who are enrolled in Medicaid.

The structure, processes and additional counseling staff to be hired by BUSD, JUSD, and MVUSD are likely to be sustained for two reasons. First, each school district recognizes the significant mental health counseling needs of their students. By investing in infrastructure and process, evidence suggests a greater likelihood that the practice and activities will be sustained over time. Second, a project activity is to develop processes and services that are directly billed to Medicaid and EPSDT based on existing Medi-Cal certification. A secured source of revenue connected to new service and related staff make sustainability, and even further expansion likely.

In addition, RCOE is a lead with the CalHOPE grant and the School Behavioral Health Incentive Program (SBHIP). The CalHOPE grant focuses on building the capacity of county offices of education and school districts in TSEL practices which helps to build safe and equitable environments. One of SBHIP's interventions is the expansion of the behavioral health workforce and building culturally responsive mental health practices for students and their families. Both of these efforts will assist in sustainability and building the capacity of districts to meet the mental health needs of students and their families well beyond the expiration of the SBMH grant.

## D. 4. Adequacy of the Procedures for Ensuring Feedback and Continuous Improvement

This project will integrate evaluation into its ethos as a means of ensuring a cycle of continuous improvement that values practice and policies based upon evidence of efficacy. The project will have an embedded evaluator who has a prior history of a professional working relationship with key project personnel and partners (RCOE, CBU, BUSD, JUSD, and MVUSD). The evaluator is a subject matter expert and has extensive evaluation experience working across education and health projects, and will adopt the stance of a critical friend focused on ensuring high-quality products and service outputs and outcomes. The evaluator will participate monthly in the Leadership Team meetings to ensure project data is consistently present and utilized in project decision making.

PR/Award # S184H220066
Page e56
Riverside County Office of Education – Riverside County Wellness Collaborative Project                    page 39

AR000741

*US DOE School-Based Mental Health Services Grant Program Narrative*

The evaluation approach for this project will be a theory driven evaluation, with a focus on gathering data to inform project improvement. The RCWC project will have numerous processes and procedures that it will use for effective and efficient feedback to support continuous improvement. These procedures will include: a web-based platform, data-driven decision-making, regular purposeful meetings, close collaboration with the evaluator at regular intervals, and meetings with the Advisory Board and Leadership Team to discuss the state of the evaluative efforts. The evaluator will prepare in-depth written and oral presentations of findings at the end of each funded year and upon completion of the grant. Presentations to school districts will be given to share information on the effectiveness of the mental health efforts at schools to stimulate interest in replication. Additionally, the grant team will attend and present findings and efforts at local and national conferences.

The evaluator was involved in developing the logic model for this grant submission and the evaluation design is based upon examining the project's desired output and outcomes. The evaluation design will collect in conjunction with the project logic model outputs and outcomes. The evaluation and related information to inform decision making will come from six data gathering strategies as described in the Table K below.

**Table K: Evaluation Method, Logic Model Reference and Measurement**

| Number | Method | Logic Model Reference | What is measure |
|---|---|---|---|
| 1 | Program Participant Tracking Procedures | Outputs (of all activities), included counseling services, CBU programs, and other grant activities | Who (background characteristics), how many served via recruitment, direct service and professional development/ retention activities |
| 2 | Counselor Job Satisfaction Pre and Post Survey | Outputs and Outcomes of Counselors (PD, Retention and work) | Each year a pre and post survey of job satisfaction, school climate and grant support. |
| 3 | Professional Development Session Pre and Post Survey | Outputs and outcomes of professional development and retention activities | All outside-of-RCOE participants |
| 4 | Social Work School Based | Outcomes | Attitudes and Beliefs about working school mental health counseling |

AR000742

*US DOE School-Based Mental Health Services Grant Program Narrative*

|  |  |  |  |
|---|---|---|---|
|  | Counseling Survey |  | from enrolled students in BSW/MSW |
| 5 | Interview Protocol | Pathway | Interviews with high school students about their interest in counseling and attitudes toward mental health counseling. |
| 6 | Secondary Data Analysis | Long Term Outcomes of logic model | Employment, student enrollment & success data from school districts |

The six data gathering strategies include both process and outcome data elements. Process data associated with grant participant experience will facilitate modification of activities to ensure results. Outcome evaluation ensures that the project can report upon the GPRA Performance Measures as noted in the Table L below with alignment to method of data collection.

**Table L: GPRA Measures and Methods**

| GPRA | Method #(s) | Method |
|---|---|---|
| The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant. | 2,6 | We capture information on this as part of the Counselor Job Satisfaction Survey, but directly answer this through examining district records. |
| The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant. | 2,6 | We capture information on this as part of the Counselor Job Satisfaction Survey, but directly answer this through examining district records. |
| The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio. | 1,6 | We will capture data on student need related to who participates in activities, and we calculate ratios based upon district employment and student unduplicated attendance data |
| The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant. | 2,6 | We capture information on this as part of the Counselor Job Satisfaction Survey, but directly answer this through examining district employment records. |
| The total number of students who received school-based mental health services because of the grant. | 1 | We will track participation in service as a core component of the participant tracking methods. |
| For grantees that addressed competitive preference priority 2, the number of such grantees that met their goal of increasing the diversity of school-based mental health services providers. | 6 | We capture information on this as part of the Counselor Job Satisfaction Survey, but directly answer this through examining district employment records. |

AR000743

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1241-Appendix A - TOC_Resumes with Cover Page.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13747205    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:00:02 PM EDT

AR000744

*US DOE School-Based Mental Health Services Grant Program Narrative*
Riverside County Office of Education – Riverside County Wellness Collaborative Project

## Table of Contents of Appendix

Appendix A – Individual Resumes Resumes
Appendix B – Copy of Indirect Cost Rate Agreement and LEA Documentation
Appendix C – Letters of Support
Appendix D – References/Bibliography
Appendix E – Logic Model
Appendix F – RCWC Leadership Team Key Member Roles & Responsibilities
Appendix G – Survey Results

AR000745

*Riverside County Office of Education*

**ATTACHMENT A: RESUMES OF KEY PERSONNEL**

**Riverside County Office of Education**
- RCWC Advisory Board Chair - Stephan McPeace
- RCWC Project Director/RCWC Advisory Board Member - Esmirna Valencia, Ed.D.
- RCWC Project Manager (PM)/RCWC Advisory Board Member  - Kathy King
- Grant Administrator- Theresa Fowler
- RCWC External Evaluator and Consultant/RCWC Advisory Board External Evaluator and Consultant - Andrew Wall, Ph.D.

**Beaumont Unified School District**
- RCWC Project Administrator for BUSD - Christina Lynch
- RCWC Advisory Board Member - Dr. Bobbi Burnett

**Jurupa Unified School District**
- RCWC Project Administrator for JUSD - Jose Campos

**Moreno Valley Unified School District**
- RCWC Project Administrator for MVUSD - Rafael Garcia

**California Baptist University**
- RCWC Project Administrator for CBU - Rev. Dr. Charles Lee-Johnson
- RCWC Advisory Board Co-Chair - Dr. Robin Duncan

**Riverside University Health**
- RCWC Project Administrator for RUHS-BH/RCWC Advisory Board Member  - Janine Moore, LMFT

Appendix A- Resumes of Key Personnel 1

AR000746

# STEPHAN MCPEACE

7570 Meadow Ridge Ct ❈ Riverside, CA  92506 ❈ Home: 951-218-6945 ❈ Cell: 951-545-0235

## *Leader, Liaison, and Manager*

❧ Resourceful, innovative, dedicated educational manager, committed to building assets in young people ❧
❧ Articulate: communicates effectively with students, parents, colleagues and other stakeholders ❧
❧ Diverse and culturally sensitive ❧
❧ Dedicated to creating safe, positive climates conducive to working and learning ❧

## EDUCATION:

Administrative Services Credential
        Riverside County Office of Education, Riverside, California – 2017

Master of Arts and Pupil Personnel Services Credential (P.P.S.), Educational Counseling
        National University, San Diego, California – 2010

Bachelor of Arts Degree, Social Sciences
        California State University, San Bernardino, California – 2002

## PROFESSIONAL EXPERIENCE:

*August 2022– Present*
**Assistant Superintendent, Leadership. Wellness and Student Services, Riverside County Office of Education**
        Directing the overall activities and operations of the equity and access, charter school, educational leadership, migrant education, and pupil and administrative services programs within the division. Conduct administrative oversight of all programs and functions within the division; providing consultative, and advisory services in the essential components of equity and inclusion, developing and monitoring a large multi-faceted budget, and supervising and managing staff at multiple sites. Formulate procedures for developing and leading programs and strategies that foster a diverse, equitable, and inclusive school community.

*March 2021 – July 2022*
**Director ll, Pupil and Administrative Services Unit, Riverside County Office of Education**
        Provide support and technical assistance in the areas of leadership, program development, school culture and climate, safe schools, homeless populations and appeals to the Riverside County Board of Education.  Provide program management and expertise to county school districts and charter schools in the areas of Attendance, Homeless Education, Conflict Mediation, Mental Health, Social Emotional Learning, Tobacco Use Prevention Education, Cultural Competency, Olweus Bullying Prevention Program, and California Healthy Kids Survey Administration.  Develop implementation tools and resources aligned to professional development and program activities to support staff development and implementation of state, county, or district initiatives.

*July 2017 – March 2021*
**Administrator, Pupil and Administrative Services Unit, Riverside County Office of Education**
        Provide supervision and oversight of RCOE personnel, contracted mangers and community agency personnel relating to the implementation of Restorative Practices.  Manage and mitigate site needs regarding school site safety plan implementation.  Maintenance of professional relationships with Riverside County LEA designees in areas surrounding Child Welfare and Attendance.  Serve as the unit designee for the Southern Region County Offices of Education Child Welfare and Attendance workgroup.  Serve as unit designee for LCAP review and compliance in the areas of student engagement. Develop, maintain and manage consistent partnerships with law enforcement and mental health partners.  Provide guidance and training to district staff to ensure program

AR000747

compliance with state, federal, and/or county regulations.  Serve as liaison for the PAS unit to Foster Youth Services.

*October 2003 – June 2017*
**Coordinator, Pupil and Administrative Services Unit, Riverside County Office of Education**
Provide technical assistance to county school districts in the areas of Foster Youth/Homeless Education laws and policies, Conflict Resolution, Student Assistance Programs, Restorative Practices, Cultural Competency, AB 34 Safe Place to Learn Act Programming, Cultural Competency and Peer Leadership.  Provide site management of district teams and community agency personnel.  Mitigate site needs regarding program implementation.  Maintenance of professional relationships with school district designees in areas surrounding Child Welfare and Attendance.  Serve as clearinghouse, which forwards pupil engagement data to multiple evaluation sources.  Maintain consistent contact with law enforcement and mental health partners.

*July 1998 – September 2003*
**Unit Technician, School Linked Programs and Partnerships, San Bernardino County Office of Education**
Provide oversight of Safe and Drug-free Schools (SFDSC) funding for districts in county.  Serve as liaison between county office and community partnerships.  Supervise and evaluate Health Administration interns quarterly.  Oversee tobacco use reduction activities for districts countywide.  Directly support activities between Department of Behavioral Health and school sites.  Serve as key district support personnel regarding coordinated health activities.  Provide oversight of various grant activities under the umbrella of the Coordinated Health Division.  Coordinate Student Assistance Program needs countywide.  Coordinate county Peer Leadership and Conflict Resolution trainings countywide.

## SKILLS AND TRAINING:

**Skills:**
- Public speaking
- Program planning and organization
- Meeting and group facilitation
- Grant writing and implementation

**Trained and/or experienced in:**
- Asset and Youth Development
- Drug, Tobacco and Alcohol Prevention
- Critical Incident Stress Debriefing & Management
- Suicide Prevention
- Student Assistance Programs
- Bully and School Violence Prevention
- Understanding the Culture of Poverty
- Conflict Mediation (meeting planning and facilitation)
- Case Management
- Restorative Practices
- Attendance and Expulsion Appeal Due Process
- Cultural Competency
- Trauma Informed Practices
- Youth Mental Health First Aid

**Professional Organizations**
- International Critical Incident Stress Foundation
- National Student Assistance Association
- City of Riverside Emergency Response Team
- Californians for Drug-Free Youth (CADFY), Inc.
- National Educators for Restorative Practices
- International Bullying Prevention Association
- National Association for the Education of Homeless Children and Youth
- The American School Counselor Association
- California Association of Child Welfare and Attendance
- International Institute for Restorative Practices
- Association of California School Administrators

**References Available Upon Request**

AR000748

# Esmirna Valencia, Ed.D.

3644 Beechwood Place - Riverside, California 92506
essie7@hotmail.com - (951) 529-4988

*Curriculum Vitae*

## EDUCATION

UNIVERSITY OF LA VERNE, LA VERNE, CALIFORNIA
**Doctor of Education in Organizational Leadership – May 2013**
*Dissertation: Three Key Leadership Arenas in Leadership Agility: A Study of Head Start Leaders in the State of California*

CHAPMAN UNIVERSITY, ORANGE, CALIFORNIA
**Master of Arts:  Clinical Psychology, with an emphasis on Marriage, Family, and Child Therapy – May 2000**

CALIFORNIA STATE UNIVERSITY, LONG BEACH
**Bachelor of Arts:  General Psychology – May 1990**

## PROFESSIONAL DEVELOPMENT/CERTIFICATIONS

NIH (The National Institutes of Health) Office of Extramural Research Certificate:
 "Protecting Human Research Participants", #1298853, completed -2/23/2014
State of California, Commission on Teacher Credentialing
Child Development Program Director Permit
UCLA John Anderson Graduate School of Management, Management Fellows
 Program Certificate
Riverside County Office of Education:
 The Good Grief Training/Crisis Intervention, Trainer of Trainers Certificate
 Leadership Institute Riverside County, multiple certificates of training
Riverside Unified School District, CHOICES Program Certificate
Greater Riverside Chambers of Commerce, Riverside Leadership Program

## INSTRUCTIONAL EXPERIENCE

Current    Bradman University Doctoral Dissertation Committee Member
-    Topic: A look At Grit: Teachers who Teach Students with Severe Disabilities

University of La Verne Doctoral Dissertation Committee Member
-    Long Term English Language Learner's Experiences through an Asset Lens: A Phenomenological Study

Page | 1

AR000749

| | |
|---|---|
| Summer<br>2013 | BRANDMAN UNIVERSITY, Ontario, CA<br>**Adjunct Faculty Member,** Early Childhood Education Program<br>- Dual Language Learners and Their Families |

2013-Present    RIVERSIDE COUNTY OFFICE OF EDUCATION, Riverside, CA
*Leadership Institute of Riverside County*
**Adjunct Faculty Member**
- Leadership from the Inside Out Series:
  - Emotional Intelligence
  - Leadership is Everyone's Business
  - Leadership the Challenge
  - Influence without Authority
  - What Got You Here Won't Get You There
  - The Story Factor: Inspiration, Influence, and Persuasion through the Art of Storytelling

RIVERSIDE COMMUNITY COLLEGE, Riverside/Norco/Moreno Valley, CA
**Adjunct Faculty Member**
- Early Childhood Studies Department

## PROFESSIONAL WORK EXPERIENCE

1994-Present    RIVERSIDE COUNTY OFFICE OF EDUCATION, Riverside, CA

| | |
|---|---|
| **Executive Director – Division of Children & Family Services** | **2006-Present** |
| Head Start, Early Head Start and State Preschool Programs | |
| **Director II – Early Childhood Education** | **2004-2006** |
| **Administrator – Early Childhood Education** | **2003-2005** |
| **Program Development Specialist – Mental Health** | **1994-2003** |

1992-1994    ALPHA TREATMENT CENTERS, Riverside, CA
**Social Worker/Therapist**

1990-1993    THE RESOURCE GROUP, Riverside, CA
**Executive VP/Director of Training and Staff Development**

Previous experience includes:

UNIVERSITY OF CALIFORNIA, RIVERSIDE, CA
**Director, Partnership Program**

CALIFORNIA STATE UNIVERSITY, LONG BEACH, CA
**Outreach Coordinator, Core Student Affirmative Action Program**
**Administrative Intern, SSA Program**

Page | 2

AR000750

## PROFESSIONAL PRESENTATIONS

The California Head Start Association Conference:
-2014, Verbal Abuse and Its Impact on Children's Learning
-2013, Program Governance in the Head Start Program
-2012, Three Key Leadership Arenas Leadership Agility: A Study of Head Start Leaders in the State of California
ACSA (Association for California School Administrators) – 2014, Leadership Styles
Region IX Association, San Diego – 2014, Family Engagement
The California Association for African American Superintendents and Administrators – Early Childhood Education in K-12 System
Charting the Course for the Next Generation (Teacher In-service)
An Overview of Leadership Agility (National Head Start Leadership Academy)
Succession Planning
Dealing with Change
Help for the Helper
Motivational Speaker for numerous college and high school students

## DISSERTATION COMMITTEES

1. Strategies That Exemplary Superintendents in K-12 Unified School Districts Use to Create an Organizational Culture of Inclusiveness
   Kennedy, Kelly Marie. Brandman University, ProQuest Dissertations Publishing, 2021. 28539973.
2. Why Parents in San Bernardino Choose Public Charter Schools Over Traditional Public Schools
   Moss, Robert. Brandman University. ProQuest Dissertations Publishing, 2018. 10812332.
3. Developing Social and Emotional Skills in Early Childhood Instruction: A Delphi Study
   Alternate title: Desarrollo de habilidades sociales y emocionales en la instrucción de la primera infancia: un estudio Delphi
   Breen, Tess V. Brandman University. ProQuest Dissertations Publishing, 2018. 13422476.
4. A Look at Grit: Teachers Who Teach Students with Severe Disabilities
   Martin, Donna Baker. Brandman University. ProQuest Dissertations Publishing, 2016. 10240965.

## MEMBERSHIPS

National Head Start Association (NHSA) Research Committee
   -Editor for the NHSA Research Journal (current)
   -Selected by the Office of Head Start, Washington, D.C. to serve as a Mentor Coach for New Directors; National Center on Program Management and Fiscal Operations
California Head Start Association Leadership Research Institute, Executive Committee Board, Member
Toastmasters International, Member #4093559
Riverside County Department of Public and Social Services-Abused Children Program, Volunteer Counselor
United Way, Executive Loan Officer
Riverside Chambers of Commerce Alumni, Leadership Class of 1991
Lions Club International, Member Los Angeles Host Club 4L1
California Association for Latino Superintendents and Administrators

Page | 3

AR000751

# KATHY KING

*9242 Millionaire Lane, Riverside, CA 92508 Telephone (951) 323-0321*
email: kathyrb_1024@yahoo.com

## PROFILE

A self-directed, enthusiastic educator with a passionate commitment to leadership and service. Nine years of county, district and site administrative experience administrative experience, nine years of coaching and teaching experience and six years advanced trust services and management experience. An outgoing, self-motivated and dedicated team-player with strong leadership, organizational and communication skills.

## EDUCATION/CERTIFICATION

**Leading Edge Certification for Administrator**
Riverside County Office of Education
Riverside, CA 92501, December 2016

**Infant/Toddler Curriculum and Group Care**
Saddleback Valley College
Mission Viejo, CA 92692, December 2009

**Master of Administration/Administrative Clear Credential**
California State University – San Bernardino
San Bernardino, CA 92407, August 2009

**Reading Certificate**
University of California Los Angeles
Los Angeles, CA 90024, May 2006

**Professional Clear Multiple Subject Credential with CLAD**
California State University – San Bernardino
San Bernardino, CA 92407, June 1998

**Bachelor of Science, Business Management Major**
Oral Roberts University
Tulsa, OK 74171, May 1989

## ACHIEVEMENTS

- Developed and presented trainings for PBIS, Tiers 1, 2, and 3 interventions to assist districts and charter schools with implementing the PBIS framework
- Co-presented with Dr. Jeffery Sprague in the areas of classroom discipline, Tier 1 and 2 interventions and trained coaches and administrators to lead the work in their district and/or school site

AR000752

- Trainer, Multi-Tiered System of Supports (MTSS), supported district teams in implementing the MTSS framework by analyzing their data to address a variety of concerns such as disproportionality in suspensions for various student groups (African American, Special Ed, Homeless and Foster youth) and to address chronic absenteeism, attendance, anti-bullying and positive behavior supports
- Member, California Social and Emotional Learning Community of Practice
- Trainer, International Institute of *Restorative Practices* to develop the strategies of affective statements and questions, impromptu conversations and circles
- Trainer, Washington University *Navigating Difference* which addresses the areas of cultural competence, awareness, knowledge, understanding, sensitivity and interactions
- Trainer, California Department of Education *Youth Mental Health First Aid* which provides strategies to non-clinicians in the area of suicide and mental health prevention
- Collaborated with the Instructional Services Unit to train district teams in the Multi-Tiered System of Supports
- Site administrator, achieved the lowest suspension and expulsion rate of all 19 elementary schools
- Site administrator, achieved attendance rate of 96% or higher and consistently in the top 3 of 19 elementary schools for attendance
- Leader in implementing Document Tracker program to create Single Plan for Student Achievement (SPSA) and provided support to other administrators
- Site Coordinator for Positive Behavior Intervention and Support (PBIS) team facilitating PBIS implementation through staff development, monitoring and assessment
- Early adopter for elementary schools of G Suite applications.  Provided training and support for 3rd-5th grade students in accessing their Google account and learning various G Suite applications
- Provided staff development and support for teachers in successfully administering the online California Assessment Student Performance and Progress (CAASPP) and provided leadership and support to other site administrators
- *Rialto School Management Association's Employee of the Quarter*, 2013
- Rialto Superintendent's Award, *Ultimate Professional*, 2013
- Superintendent's Award, *Rookie of the Year*, 2011
- Effectively led District Transitional Kindergarten Task Force for the successful implementation of the Transitional Kindergarten Program at various school sites throughout the Rialto Unified School District
- Applied for and awarded $2.2 million from First 5, San Bernardino
- Administered and provided oversight for $2.2 million grant from First 5, San Bernardino
- Completed annual First 5 program audits with zero findings
- Annually earned $2.9 million State Preschool Contract with 99% attendance

# PROFESSIONAL EXPERIENCE

**ADMINISTRATOR, PAS**                                              12/20 – Present
*RIVERSIDE COUNTY OFFICE OF EDUCATION*
*Riverside, CA  92502*


**COORDINATOR, PBIS**                                              01/18 – 12/20
*RIVERSIDE COUNTY OFFICE OF EDUCATION*
*Riverside, CA  92502*

- Facilitated sustainability and expansion of PBIS practices county-wide to support student success.

AR000753

- Facilitated sustainability and expansion of PBIS practices county-wide to support student success.
- Trained and provided ongoing technical assistance and data analysis with school-wide data collection systems.
- Participated in regional, statewide and national PBIS leadership conferences and meetings for the purpose of gathering and disseminating information and to remain abreast of new guidelines, practices and regulations related to program compliance and quality assurance standards.
- Provided ongoing coaching of school-based PBIS teams to enhance district effectiveness.
- Assisted schools with the analysis of PBIS data to ensure effective and accurate reports.
- Served as the liaison between CalTAC and RCOE for the purpose of maintaining current information on PBIS rules, regulations and processes.
- Attended conferences in the areas of PBIS, MTSS, restorative practices, cultural responsiveness and social emotional learning in order to continue to grow as a professional and broaden support provided to districts and charter schools.
- Demonstrated sound leadership and organization skills to promote PBIS practice throughout school districts in Riverside County.
- Provided technical assistance on school-wide data analysis, use of targeted intervention data analysis and intensive intervention data analysis to ensure student success.
- Provided guidance and training to district staff to assure program compliance with state, federal, and/or county regulations.
- Developed contracts to provide administrative services with outside consultants to support district needs
- Attended monthly CWA meetings and provides input and support to CWA directors, as needed.
- Supervised, trained and evaluated classified staff to ensure quality employee performance.
- Provided professional development for district administrators, site administrators, teachers, counselors and support staff in the areas of *Restorative Practices, Navigating Difference, Multi-Tiered System of Support and Youth Mental Health First Aid.*
- Provided leadership, managed and coordinated activities in assigned areas of PAS.
- Participated in the review of Riverside County school district LCAPs.
- Collaborated with the PAS team and other Educational Services staff to calibrate and contribute to services provided to all districts.
- Performed other related duties as assigned.

**ASSISTANT PRINCIPAL, SAMUEL W. SIMPSON ELEM.**               07/13 – 01/18
*RIALTO UNIFIED SCHOOL DISTRICT*
*Rialto, CA  92376*

- Supported staff in reviewing and analyzing student data to determine student outcomes and next steps to address academic and behavioral progress and growth.
- Gathered required data, prepares accurate reports, monitors project compliance with all applicable regulations and updates Single Plan for Student Achievement (SPSA) annually.
- Led School Site Council (SSC) and works with parent and staff members in the development, monitoring and implementation of our site programs, Title 1 budget and our SPSA.
- Reviewed, approved and monitored all inter and intra district transfers.
- McKinney-Vento Liaison, responsible for identifying students who were experiencing homelessness. Ensured students were enrolled in a timely manner, informed parents/guardians about available educational opportunities to assist their child and how to access resources in the community to assist with housing, transportation, food and health services.
- Leader of site School Attendance Review Team (SART).  Worked with students and parents to identify possible solutions to improving attendance and reducing the rates of truancy and chronic absenteeism.

AR000754

- Assisted in administration of California English Language Development Test (CELDT) for K-5th grade students.  Created assessment schedule and ensured teachers have required materials to complete testing.
- Provided effective parental involvement activities at site.  Analyzed results of site and district parent surveys to develop appropriate and meaningful activities and lines of communication to promote positive family involvement and parent trainings.
- Ensured SSC, ELAC and other parent groups understand our student data and so they have a strong voice in decision-making, the development of our SPSA and the use of our school funds to effectively address student achievement and growth.
- Assisted principal in planning, supervising and directing site categorical programs which included development of needs assessments and budgets, implementation of school wide reform and ongoing evaluation to determine whether student needs are being met.
- Assisted in planning, supervising, and directing federal and state funded grants and program budgets in accordance with all policies, procedures and laws.
- Collaborated with the principal in the maintenance of the instructional program, innovation and change.
- PBIS site coordinator, led site PBIS team and facilitate implementation of PBIS through staff trainings, staff feedback, monitoring and assessment.

**DIRECTOR, CHILD DEVELOPMENT**                                      07/10 – 07/13
*RIALTO UNIFIED SCHOOL DISTRICT*
*Rialto, CA  92376*

- Under the direction of the Associate Superintendent of Educational Services, provided administrative leadership in the development and implementation of quality early childhood program provided for Rialto Unified School District children ages birth to kindergarten.
- Developed Annual Self-Evaluation Plan which created department focus based on student assessment data, parent survey results and staff reflections.
- Developed and managed a $3.4 million budget for all child development programs.
- Secured and provided oversight for First 5 grant of $2.2 million from First 5, San Bernardino to provide full day preschool programs.
- Provided supervision and evaluation of over 125 child development staff members.
- Provided professional development for staff in a variety of areas such as literacy, mathematics, assessment and CCSS.
- Maintained liaison responsibilities with appropriate private and public agencies and community organizations.

**CHILD DEVELOPMENT ADMINISTRATOR**                          08/09 – 06/10
*RIALTO UNIFIED SCHOOL DISTRICT*
*Rialto, CA  92376*

- Worked with Director to manage and provide administrative leadership in all areas associated with the Child Development Department.
- Interviewed, recommended, supervised and evaluated 125 certificated and classified staff and apprentices.
- Completed California Department of Education, Early Childhood Division, Annual Program Self Evaluation.
- Ensured compliance with Title 5 and Title 22 regulations and all state requirements for State Preschool Programs.
- Worked with teachers, families and teen parents to provide parent education through PPAC, PAT program and teen parenting classes.

AR000755

- Monitored and managed $3.4 million budget from First 5 and State Preschool contracts and assured compliance with Title 22, Title 5 and First 5 grant requirements.

**OWNER/PRESCHOOL TEACHER**                                         10/08 – 04/11
*APPLES IN THE MAKING*
*Riverside, CA  92507*

- Owner of preschool company which contracted with local cities to provide preschool age programs.
- Managed and directed the hiring, supervising and evaluating of site supervisor and personnel.
- Monitored and reconciled preschool budget.
- Built and maintained relationships with local agencies and organizations.

**READING FIRST COACH**                                             07/03 – 06/06
*ONTARIO/MONTCLAIR SCHOOL DISTRICT*
*Montclair, CA  91763*

- Reading Coach for grades K-6.
- Worked with teachers and administrators to assist in the full and skillful implementation of the district adopted reading instructional materials.

**ELEMENTARY SCHOOL TEACHER**                                       08/98 – 07/03
*ONTARIO/MONTCLAIR SCHOOL DISTRICT*
*Montclair, CA  91763*

- Experienced teacher in 1st-4th grades.
- Prepared daily lessons which addressed the various academic needs of the students.
- Worked with various staff members to achieve the highest level of success for all students.
- Established and maintained positive relationships with students, parents and colleagues, fostering an environment of open communication and support.
- Leader of the Technology Committee and Student Study Team.

# PROFESSIONAL LEARNING

*Trainer of Trainers, Restorative Practices and Using Circles Effectively*
International Institute of Restorative Practices

*Introduction, Navigating Difference*
Riverside County Office of Education

*Trainer of Trainers, Multi-Tiered System of Supports*
Riverside County Office of Education

*Trainer of Trainers, Navigating Difference*
Washington State University

*Trainer of Trainers, Youth Mental Health First Aid*
California Department of Education

Excellence in Equity Conference

AR000756

Riverside County Office of Education

Social Emotional Learning, Mindfulness and Social Justice Conference
Oakland Unified School District

Integrating Social Emotional Learning into Leading
2019 CA MTSS Professional Learning Institute

*Multi-Tiered System of Supports (MTSS): A Comprehensive Framework for Implementing the California Common Core State Standards*
Orange County Department of Education

*Introduction to Restorative Practices and Using Circles Effectively*
Rialto Unified School District

*Categorical Institutes*
*Categorical and EL Departments, Rialto Unified School District*

*Positive Behavior Interventions and Support (PBIS) Tier 1 and 2 Training*
San Bernardino County Office of Education/Rialto Unified School District

*Positive Behavior Interventions and Support (PBIS) Tier 1 and 2 Coaches Training*
San Bernardino County Office of Education/Rialto Unified School District

*Dr. Saheli: Unconscious Bias, Teaching Equity and Restorative Practices*
Rialto Unified School District

*ADAPT:  Assisting Digital Age Parents with Technology, a Family Engagement Program*
San Bernardino County Office of Education

*Google Educator Summer Camp*
Riverside County Office of Education/Menifee Unified School District

*Code.org CS Fundamentals Workshop*
Apple Valley Unified School District

*Categorical Institute Training*
Rialto Unified School District

*Ruby Paine Training*
*A Framework for Understanding Poverty*
San Bernardino County Office of Education
Rialto Unified School District

*Coaches Institute – Sessions 1-4*
California State Department of Education
Ontario/Montclair School District

AR000757

# Theresa J. Fowler, MA, GPC

3939 Thirteenth Street, Riverside, CA 92501
(714) 743-0455(c)  (951)826-6231(w)
Tfowler@rcoe.us    ■    Theresafowler3@gmail.com

## Professional Summary

Over twenty years of experience in the grant, technical writing, and program administration field. Experience with searching for funding sources, working with teams from various School Districts, County Office of Educations and nonprofits to determine needs, program design, review grant requirements, write proposals, critique and edit proposals, submit proposals, program implementation, evaluation, overseeing grant requirements, and ensuring successful grant administration, accountability and reporting. Six years' experience working with implementing, supervising, reporting, and evaluating afterschool educational and recreation programs for Economically Disadvantaged Students, English Learners, and Students with Disabilities at ten different locations. Extensive community involvement as parent volunteer to assist teachers at various school events, community volunteer, leader and trainer for Boy and Girl Scout programs.

## Education

Masters of Arts (May 2002), California State University, Long Beach, Vocational Education, Magna Cum Laude, Dean's Honor List.
Thesis Topic: Exemplary Characteristics of a Community Collaboration within an After School Program provided by a Community Based Organization

Bachelors of Science (May 1999), California State University, Long Beach, Occupational Studies, emphasis in Corporate Training and Development, Sociology Minor. Cum Laude, Dean's Honor List.

Grant Professional Certified (GPC), (November 2021), by the Grant Professional Certification Institute (GPCI)
http://www.grantcredential.org

## Current Organizational Affiliation – Riverside County Office of Education

The Riverside County Office of Education (RCOE) is a service agency that supports the 23 school districts that serve nearly 430,000 students- more than the student population of 17 individual states. Districts within Riverside County serve urban, suburban, and isolated, rural settings. District enrollment ranges from 15 students to over 53,000 students. The ethnic breakdown is 64% Hispanic, 5% Asian/Pacific Islander, 4% African American, 21% white, 3% two or more races, and 2% other. RCOE services include administrative support to districts, programs for preschools, special education, pregnant minors, corrections, migrant, and vocational students.  In addition, the organization provides training, support and resources for more than 18,000 teachers, administrators, and staff throughout the 7,000 square miles of Riverside County. All work at RCOE supports the pledge, "Every student in Riverside County will graduate from high school academically and socially prepared for college, the workforce, and civic responsibility."

## Professional Experience

**Grant Design & Implementation Administrator (2018-current), Riverside County Office of Education,** Riverside, CA
Oversees the planning, directing, and administering of over 380 million dollars in grant funds across 13 different units for the Riverside County Office of Education (RCOE). Provides leadership and assistance to RCOE staff as they prepare new grant applications and supporting documents to ensure compliance with applicable policy and funding requirements. Coordinates with RCOE Administration and Business Services (ABS) Division to review grant applications  and obtain grant budget approval from ABS to ensure applications are fiscally sound. Facilitates proposal review, final approval, and submission to granting agency in accordance with standard business practices. Provides technical assistance and coordinates with grant project directors to ensure reports are submitted to granting agencies in a timely manner. Maintains grant files and databases of grant proposals and awarded grants for the purpose of providing documentation on the status of grants. Participates, coordinates, and conducts meetings, trainings, workshops, and/or conferences to present materials and information or provide technical assistance concerning grants, proposals or awards. Develops grant activities, professional development events, and resources to ensure efficient and effective outcomes for RCOE staff and local school district staff. Works closely with College and Career Readiness, Instructional Services, Student Programs and Services, Early Learning Services, and Educational Services Division to ensure funding is secured and effective programs are implemented to support Economically Disadvantaged Students, English Learners, and Students with Disabilities throughout Riverside County. Works closely with the business community for the purpose of cultivating partnerships that foster innovative educational opportunities at RCOE. Works closely with various local school districts, foundations, business, state and federal funders to ensure effective project implementation, monitoring and success.

PR/Award # S184H210066
Page e73

AR000758

**Project Manager -Investing in Innovation (i3) grant (2017-2018) Riverside County Office of Education**, Riverside, CA
Manage and oversee US Dept. of Education Investing in Innovation (i3) grant to implement new 4th year Mathematics course to over 120 teachers and 2500 high school seniors in Riverside and San Bernardino Counties. Coordinate bi-county collaborative partnership with County Offices of Education, School districts, Universities, external evaluator, private funders, and community partners. Oversees successful development and completion of Mathematical Reasoning With Connections curriculum and activities. Works with external program evaluator to ensure all program requirements are implemented, reported and evaluated. Coordinates selection of school sites for implementing and comparison sites. Plans and schedules 20 days of professional development per year. Drafts and ensures all contracts and MOU's are submitted and returned by participating districts. Oversees program activities, grant requirements, budgets and state and federal evaluation requirements. Participates in US Dept. of Education communities of practice and project director conferences. Monitors, tracks, and audit program elements, gathers data, prepares, completes and submits grant reports and budgets to ensure grant accountability, effectiveness, and compliance with US Dept. of Education and collaborating funders.

  **Interim Grant Administrator (April 2018-December 2018)** – Took on role of Grant Administrator to support various units and divisions while co-worker was out of leave. Worked with directors to develop and secure foundation, state and federal funding. Ensured grant documents and files were maintained and kept up to date.

**Grant Writing Administrator (2016-2018), Boys & Girls Clubs of Carson,** Carson, CA
Research potential funding sources and conduct program research including meetings with key program staff and site visits for relevant programs. Review guidelines, develop timeline for completion, collect data, test result data, program information, and develop draft proposals for review. Writes program design, grant proposals, program budget, data collection, and program evaluation. Read, proof, edit and submit draft and final grant proposals to agency director according to established timeline. Maintains a calendar and database of potential funding sources, applications submitted, reporting due dates, data analysis and evaluation requirements. Designs, writes and prepares reports, objectives and data tables. Oversees program activities, grant requirements, budgets and state and federal evaluation requirements. Gathers, organizes, trains, and reviews work of staff to ensure program requirements are met. Monitors, tracks, and audit program elements, gathers data, prepares, completes and submits grant reports and budgets to ensure grant accountability, effectiveness, and compliance with funder. Successfully secured over $1.4 million dollars in in funding.

**Grant Writing Consultant (2008-2017), Key Data Systems,** Lake Elsinore, CA
Research potential local, state, federal and foundation funding sources. Collaborate with key staff from various School Districts and County Offices of Education to determine district needs and feasibility applying for grants. Work with School Districts to successfully secure over $32 million dollars of federal, state, local and foundation grant funds. Successful major funding from US Dept. of Education, Dept. of Labor, and CA Department of Education. Analyze data and information from multiple sources and develop draft proposal per grant guidelines and local, state and federal laws. Submit draft and final grant proposals to district contact according to established timeline. Coordinate, prepare and evaluate additional sections and documents needed for submission. Perform grant critiques, edits, and proof reading to ensure all requirements are met. Assist with grant reviews and submission process via paper, electronic and grants.gov system. Participate in collaborative partner's meetings, maintains effective relationship with partners, and present program evaluation results. Conduct ongoing research to identify potential funding sources for school districts. Maintain a calendar and database of potential funding sources and applications submitted. Establish, maintain, and lead collaborations in the grant writing and administration process. Coordinate, write and analyze Local Control and Accountability Plans (LCAP). Coordinate, write, analyze and edit technical documents such as Supplemental Education Services Applications, Evaluation Applications, School Waivers, Etc.

**Grant Writing Consultant (2005-2008), Camp Fire USA Orange County Council,** Santa Ana, CA
Researched potential funding sources and conducted program research. Reviewed guidelines, developed timeline for completion, collected data and program information, and developed draft proposal for review. Read, proofed, edited and submitted draft and final grant proposals to agency director per established timeline. Conducted ongoing research to identify potential funding sources for specific programs. Successfully secured over $250,000 in local and foundation grant funds.

**Director of Grants (2005-2006), Boys and Girls Club of Garden Grove,** Garden Grove, CA
Oversaw federal, state, foundation, corporate and local grants that were implemented at 16 different locations. Coordinated with site staff to ensure grants were implemented and completed as stated in original grant application. Wrote and assisted with grant proposals, program design, data collection and program evaluation. Oversaw and ensured timely submission of grant requirements, required reports, budgets, and state and federal evaluation requirements. Completed and submitted grant reports, reviewed grant budget and invoices to ensure grant accountability and effectiveness. Successfully managed programs with budgets totaling over $1.8 million in grant funds. Successfully secured over $3 million in grant funds.

AR000759

**Educational Programs Administrator (2002-2005), Boys and Girls Clubs of Garden Grove**

    Implemented ten new grant funded After School Enrichment sites for 1000 elementary and junior high students in collaboration with the Garden Grove Unified School District, Orange County Department of Education and California

Department of Education. Oversaw and completed grant requirements for ten 21st Century Community Learning Centers Grant funded after school sites and 10 Family Literacy Adult Education Sites with CBET Funds. Oversaw all education and enrichment programs that were implemented at 10 after school club sites. Oversaw and trained positions including 8+ full-time directors and 110+ part-time staff. Oversaw all 21st Century after school staff, members and school property to insure quality tutoring, homework and recreation programs (75 staff members). Planned, implemented and oversaw the development and opening of ten new school based 21st Century grant funded sites, staff, members and school property. Oversaw planning and implementation of Family Literacy Adult Education classes in collaboration with Garden Grove Unified School District (45 staff members). Oversaw, administered and monitored budgets of all education related grants for organization- totaling over $725K in 2003, $ 1.4M in '04, $1.6M in '05 and $1.8 M in '06. Implemented comprehensive team management building strategies and staff training. Researched new funding sources, completed grant budgets and applications. Oversaw program event records, student achievement records, data sources, and evaluation requirements for state and federal grant funded programs. Completed data entry and monthly invoices to ensure grant reimbursements are received. Maintained current grant list, grant files, budgets, program materials, attendance sheets in accordance with organizational and grant requirements. Led collaborative partnerships between schools, Garden Grove Unified School District, and collaborative partnerships between collaborating colleges (Cypress, Chapman, CSULB, CSUF, Santa Ana & UCI) to place college students at appropriate sites. Assisted with recruiting, interviewing, background & orientation of staff

**Director of Education (2000-2002), Boys and Girls Clubs of Garden Grove**

    Developed and oversaw education programs implemented at 5 Club site after school fee based locations. Ensured that quality homework assistance, tutoring and education program were offered to youth. Hired, trained, supervised and evaluated 30+ staff and volunteers at 5 sites. Responsible for recruiting, interviewing, background checks and training of new staff. Oversaw curriculum planning, instruction, training topics, activities and staff meetings. Oversaw staff scheduling, data entry, payroll reports, and tracking of total hours worked. Oversaw, edited, and assisted with program reports for all education grant funded programs. Liaison between club directors, staff, teachers and schools to ensure quality programs. Encouraged dialogue between parents and education staff to communicate about homework assistance, tutoring and youth's progress. Worked with various community partners including: OC United Way, YMCA, Junior League, and OC Department of Education.

**Community Service Officer (1998-2001), Garden Grove Police Department,** Garden Grove, CA

    Worked in Youth Services Unit writing grants and with Explorer Leadership Program. Worked at front desk writing police reports, assisting with citizen concerns, complaints, and related police tasks.

**Police Explorer Advisor (1998-2001), Garden Grove Police Department,** Garden Grove, CA

    Supervised, taught, and assisted Explorers during weekly meetings. Assisted with backgrounds, recruitment, paperwork, weekly training, annual calendar planning, and supervision of teens.

**<u>Community Involvement</u>**

**Boy Scout Troop 999** (2009-present) – Troop Committee Member, Secretary- take minutes at monthly meetings, maintain yearly calendar, and keep vital troop records. Fundraising Coordinator- responsible for planning and implementing fundraising activities and assist with planning yearly troop budget.

**Girl Scout Troop 2053** (2011-present) – Troop Leader for seven girls, responsible for planning meetings, ensure girls complete achievements and requirements, ensure all GSUSA rules and regulations are followed, plan troop budget, complete yearly financial and membership requirements, oversee troop cookie sales and finances, purchase and distribute all awards and patches, ensure adults paperwork and training is up to date. Developed Girl Scout Information Guide.

**Samaritan's Purse- Operation Christmas Child** (2007- present) Acquire donations and collect items to pack shoeboxes for Christmas gifts for children in underdeveloped countries. Organized, collected and donated over 1200 boxes. Yearly volunteer at processing center.

**<u>References</u>** Available Upon Request

AR000760

# ANDREW F. WALL

1045 Oakwood Rd | Newport, MN | Mobile: (909) 735-0504
Email: andrewfwall72@mac.com

## EDUCATIONAL BACKGROUND

UNIVERSITY OF ILLINOIS AT URBANA – CHAMPAIGN, Urbana, IL
**Doctor of Philosophy in Education, Organization and Leadership**, October 2005 /*Additional Coursework Focus:* Evaluation and Community Health. <u>Doctoral Dissertation</u>: On-Line Health Education Curriculum Evaluation: Individual and Delivery Findings Among College Students.

BALL STATE UNIVERSITY, Muncie, IN
**Master of Arts in Education**, July 1996
<u>Master's Thesis:</u> Academic Affairs, Student Affairs, and Students Perceptions of Collegiate Student Learning

UNIVERSITY OF IOWA, Iowa City, IA
**Bachelor of Arts**, May 1994
<u>Major</u>: Sociology and Political Science

## SELECTED HIGHLIGHTS

- Authored 20+ refereed journal articles, total of 48 publications, and extensive conference and invited presentations
- Served as PI/Co-PI for nearly $4 million in projects from NIH, NSF, USDE and private foundations
- Won 2018 Ball State University Teacher's College Alumni of the Year, 2010 University of Rochester Excellence in Teaching Award and 2008-2010 ACPA Emerging Scholar Award
- Chaired 26 completed doctoral dissertations, 2008 – Present
- California Commission on Teacher Education, Member 2018 to 2021
- Deans for Impact, Dean Fellow 2018-2019
- Lead reorganization, accreditation and growth of University of Redlands School of Education, 2014 – 2020
- Lead effort to reinvigorate the Warner School Educational Leadership Programs, 2007 – 2014
- Served as Co-Chair of the University of Rochester Faculty Senate, 2013 – 2014

## ACADEMIC LEADERSHIP AND ADMINISTRATIVE EXPERIENCE

FENIX CONSULTING LLC (previously Andrew F. Wall Consulting from July 2001 to June 2021) June 2021 - Present
**Owner, Founder, Principal,**
*Founder and principal of educational consulting firm focused on education evaluation, research and organizational leadership support to higher education, k-12 schools, private foundations and not-for-profit organizations. Current and past clients include (as examples): American College Health Foundation, Chicago Area Project, Riverside County Office of Education, SUNY Albany, University of Rochester, National Science Foundation, US Department of Education, Murray State University, California Department of Education, Illinois Council of Area Projects.*

UNIVERSITY of DENVER, Center for Innovative Rural Collaborative and Innovative Leadership (CIRCLE)
**Senior Policy Fellow**                                          November 2021- Present

UNIVERSITY OF REDLANDS, School of Education                July 2020 - August 2021
**Professor, with tenure**
**Director, Hall Network for Public Policy**

UNIVERSITY OF REDLANDS, School of Education                July 2014 – June 2020
**Robert A. & Mildred Peronia Naslund Endowed Dean's Chair and Professor**
**Interim Director School of Continuing Studies**          July 2019 – June 2020
**Interim Chair, Teaching and Learning Department**        January 2018 – August 2018
*Provide leadership for the School of Education comprised of twenty-five full time faculty, ten full time staff and over 120 adjunct faculty and 1000 students within nine program areas offering credential, Master, and Ed.D. degrees,*

AR000761

ANDREW F. WALL
Mobile: (909) 735-0504
andrewfwall@mac.com

*including: Administrative Certification, Education Administration, Teaching Certification, Master of Learning and Teaching with Certification, Special Education, Higher Education, School Counseling, Clinical Mental Health Counseling, Curriculum and Instruction and Ed.D. in Leadership for Educational Justice. Grew incoming enrollment 75% and reached all time high enrollment. Led 1.2 million in new grant funding and collaborated in 3 million dollars in fundraising. Tenured Professor.*

- Serve on the President's Cabinet and assist with all facets of institutional leadership strategy
- Develop School of Education strategic plans focused on a social justice ethos
- Cultivate/manage strong K-12 and higher education community, regional, statewide, and national relationships
- Develop Rochford Leadership Initiative including college access program and leadership development initiative
- Oversaw recruitment, retention, support, supervision, and evaluation of faculty
- Lead curriculum innovation and strategic program evolution
- Managed 6-million-dollar budget, course scheduling, and admissions processes
- Develop a School of Education community of scholars and a student focused culture
- Serve students and faculty through conflict resolution, crisis management, and judicial concerns
- Develop and implement a school assessment system for improvement, accreditation, and certification requirement
- Lead re-accreditation efforts related to California Commission on Teacher Credentialing
- Convened School of Education advisory board of local school leaders and students

***Accomplishments:***
- Recruited ten tenure track and nine contract faculty, fifteen of the nineteen self-identifying as coming from traditionally under-represented faculty groups
- Developed strategic enrollment plan and admission practices leading to a 75% increase in total enrollment and 10% increase in diversity of student population.
- Reorganized advising, fieldwork, and credentialing functions of the school and improved student satisfaction
- Transform faculty workload, including implementing new scholarship expectations leading to doubling of faculty scholarly productivity
- Created donor funded year-long college access program for 6-12 graders in partnership with Redlands Unified School District
- Created donor funded year-long leadership development program for community capacity building
- Created donor funded Ken and Lynn Hall Network for Public Policy to advance scholarship and advocacy in  public policy by the University of Redlands

- Implemented ongoing short-term study abroad program
- Led an increase in school tuition revenue from 6.8 million to between 12 to 13 million dollars annually over six years
- Implemented new assessment system and schoolwide retreats to utilize assessment to drive improvement
- Implemented three fully online degree programs for the first time
- Developed and implemented an integrated School communications strategy including social media, newsletters, digital marketing and content development
- Complete major facilities renovation with funding from major donor

UNIVERSITY OF ROCHESTER, Warner School of Education, Rochester, NY          July 2006 – June 2014
**Associate Professor and Department Chair / Educational Leadership** [July 2012 – June 2014]
**Assistant Professor and Program Director / Higher Education Program** [July 2006 – June 2012]

*Provide leadership for the Warner School of Education's Educational Leadership Department comprised of eight tenured or tenure stream, three clinical, 20+ adjunct faculty and 275 current students within four program areas offering Master, Ed.D. and Ph.D. degrees, including: Administrative Certification, Education Administration (non-certification), Education Policy, and Higher Education. As Assistant Professor, spearheaded a major curriculum revision in 2007 and grew the program from fewer than 50 students in 2007 to an enrollment of over 100 MS, Ed.D., and Ph.D. students in 2014. Achieved tenure and promotion asked to be Department Chair in July 2012.*

- Serve on the Dean's Cabinet and assist with all facets of school leadership strategy
- Facilitate ongoing reviews/dialogue throughout the School and Department to ensure adherence to strategic plan
- Support the Warner School of Education's social justice plan
- Cultivate/manage strong K-12 and higher education community, regional, statewide, and national relationships

AR000762

ANDREW F. WALL
Mobile: (909) 735-0504
andrewfwall@mac.com

- Oversee recruitment, retention, support, supervision, and evaluation of department faculty
- Lead curriculum innovation and strategic program direction
- Manage the department budget, course scheduling, and admissions processes
- Develop a department community of scholars and a student focused culture
- Serve students through conflict resolution, crisis management, and judicial concerns
- Conduct ongoing program assessment for improvement, accreditation, and certification requirement
- Ensure that programs are NCATE (CAEP), along with state certification compliance
- Serve as Doctoral Dissertation Chair for Ph.D. and Ed.D. candidates
- Convened a K-12 administrative certification advisory board of local school leaders

*Accomplishments:*

- Chaired/co-chaired five tenure and promotion cases (three tenure and promotion; two clinical faculty promotion)
- Successfully recruited one new tenure track and three clinical faculty members beginning July 2014
- Formalized the admissions interview and recruitment processes; moved department away from ad hoc practices
- Developed targeted admissions recruitment and scholarship strategies in collaboration with Admissions and Dean
- Promulgated efforts to rebalance (bring equity) to faculty workload differences
- Chaired 21 completed doctoral dissertations
- Oversaw a 15% increase in student and credit hour enrollment over a two-year period from 2012 to 2014
- Fostered pedagogical innovation by offering online (full or hybrid) courses for the first time in Warner's history
- As a junior faculty member, spearheaded a major curriculum revision for the Higher Education Program
- Built higher education partnerships and rebuilt the program's reputation
- Represented the program in local, regional, and national settings, actively recruited students into the program
- Collaborated with the then department chair to recruit two tenure track faculty members
- Developed graduate assistantships in collaboration with Dr. Logan Hazen, Clinical Professor in Higher Education
- Conducted program assessment for improvement
- Developed a cross institutional collaboration on the development of Health Professions Education Master program

UNIVERSITY OF ROCHESTER, Warner School of Education, Rochester, NY          2013 – 2014
**Co-Director / Warner Center for Professional Development and Education Reform**

*Provide leadership for this self-supporting subunit of nine full time faculty and staff of the Warner School of Education that serves to develop the capacity of individuals within K-12, higher education, and community agencies to improve education practices in pursuit of the common good, including having a more just and equitable society. The Center worked annually with more than 25 school districts, several hundred teachers and more than 50 school leaders through leadership coaching, teacher professional learning, and evaluation projects to engage individuals in a systematic effort at advancing education practices toward the best current knowledge base. The two-million-dollar annual budget was derived from grant and contractual collaborations with K-12 schools, higher education institutions, and community agency partners. Supervise Center faculty and staff.*

- Created a community of educators, where transparent leadership is normative
- Cultivated high quality relationships with K-12 schools, higher education institutions, and community leaders
- Leveraged relationships for the purpose of securing external funding to sustain the Center
- Created a new budget process and accounting system for revenue and expenditures
- Conducted an organizational study and then implemented an organizational restructuring
- Conducted a strategic planning process, including a proposal to rename The Center
- Developed HR policies for supervision structure, evaluation processes, and professional development pathways
- Maintained/enhanced organizational revenues through grant writing and contract development
- Credited with the delivery of exceptional coaching, instruction, and evaluation services to those served

UNIVERSITY OF ROCHESTER, Warner School of Education, Rochester, NY          2008 – 2014
**Director / Division of Research and Evaluation**
**Warner Center for Professional Development and Education Reform**

*Founded the Division of Research and Evaluation (DRE) in 2008, including developing and articulating an organizational vision and strategic direction. The DRE was one of two organizations within the Warner Center for Professional Development and Educational Reform, which began as a collaboration with the Center. Growing from its inception with two small projects to more than 15 active projects in 2013-2014 and more than $250,000 in annual revenue, staff of two full time Ph.D. evaluators and six graduate students. Used improvement driven approach to evaluation with its project partners. Supervise the DRE faculty, staff, and graduate students.*

AR000763

ANDREW F. WALL
Mobile: (909) 735-0504
andrewfwall@mac.com

- Developed collaborative partnerships with K-12 schools and other partners as delineated above
- Provided expertise on evaluation and assessment issues, including policy, design and interpretation of findings
- Designed and implemented in collaboration with the DRE team evaluation projects for clients and stakeholders

UNIVERSITY OF ROCHESTER, Rochester, NY                                2013 – 2014
**Co-Chair of the Faculty Senate**

*Comprehensive oversight for leading the faculty elected governance organization of the University of Rochester. The role was to provide leadership in agenda setting for the elected Senators, including the examination of trends around institutional fiscal tensions, findings of a faculty life survey, revisions to tenure and promotion policy, and emerging institutional strategic direction. In 2013-2014, the primary efforts of the chairs have included:*

- Proposing of revisions to the Faculty Handbook
- Organizing faculty discussions with Board of Trustees members
- Sharing faculty concerns with the senior academic administration in a proactive, constructive manner
- Completing a faculty review of the University President
- Organizing monthly Senate Meetings following an agenda
- Participating in institution accreditation processes

KEELING AND ASSOCIATES, New York, NY                          June 2005 – December 2009
**Senior Consultant**

*Served as consultant to higher education institutions related to organization, governance, strategic planning, assessment of student learning, and accreditation processes.*

- Supported a portfolio of projects including diverse US and Canadian institutions of higher education
- Assisted institutions with organizational restructuring, strategic planning, re-accreditation, and student assessment

ILLINOIS PUBLIC COLLEGES TEACHER GRADUATE ASSESSMENT          April 2004 – June 2006
EASTERN ILLINOIS UNIVERSITY, Charleston, Illinois
**Program Director and Visiting Assistant Professor / College of Education and Professional Studies**

*Worked on behalf of the Dean's of the twelve public colleges of education in Illinois to examine the quality of recent teacher graduates in the state of Illinois. Wrote, piloted, validated, and finalized evaluation tools related to new teacher graduates and their supervisors in Illinois K-12 public schools. Assisted participating institutions in meeting their new accreditation and state certification information needs related to the quality of the new teachers graduates.*

- Responsible for all funding, development, and implementation activities for the evaluation project
- Coordinated the project advisory group
- Procured funding from the 12 colleges, the Illinois Board of Higher Education, and the Illinois State BOE
- Solicited grant funding from private foundations; start-up funding was awarded from the Joyce Foundation
- Implemented an annual statewide survey for new teacher graduates; compiled reports and reported on results

EASTERN ILLINOIS UNIVERSITY, Charleston, Illinois                   August 2002 – July 2004
**Associate Director of Evaluation and Policy Analysis** / College of Education & Professional Studies
*Served as the internal evaluator and project administrator for externally funded projects associated with college student alcohol abuse prevention. Key accomplishments:*

- Conducted program evaluation and cross-sectional survey implementation and analysis
- Wrote grants and developed policy briefs as required by external funding requirements, funded by Illinois Department of Human Services

UNIVERSITY OF ILLINOIS AT URBANA - CHAMPAIGN, Urbana, Illinois     November 2000 – August 2002
**Coordinator of Research Programs** / Institute of Government and Public Affairs
*Served as a social policy researcher working on state government contracts associated with substance abuse prevention policy, juvenile delinquency, and community organizing in the state of Illinois. Worked with K-12 schools on data collection related to the Illinois Youth Survey, a survey of youth health behavior. Key accomplishments:*

AR000764

ANDREW F. WALL
Mobile: (909) 735-0504
andrewfwall@mac.com

- Partnered with community agencies on evaluation related to state funded juvenile delinquency and alcohol abuse prevention programming
- Created policy briefs related to youth health and the efficacy of interventions to improve health

UNIVERSITY OF ILLINOIS AT URBANA - CHAMPAIGN, Urbana, Illinois        July 1999 – November 2000
**Program Coordinator** / Housing Learning Communities – Student Affairs Division
*Collaborated across campus units to develop new Living Learning Communities (LLC) and oversee existing programs. Key accomplishments:*

- Collaboratively developed and implemented an International Living Learning Community for 110 students
- Expanded course offerings and programmatic STEM support for women in existing living learning community
- Developed the first LLC evaluation in collaboration with the campus Office of Institutional Research


UNIVERSITY OF ILLINOIS AT URBANA - CHAMPAIGN, Urbana, Illinois        July 1996 – July 1999
**Director** / Weston Exploration Living and Learning Community – Student Affairs Division
**Specialist in Career Development (Co-Appointment)** Student Affairs Division
*Partnered with the Office of the Provost, Career Services, Academic Advising, and the College of Liberal Arts and Sciences to develop a residentially based Living Learning Community for undeclared Liberal Arts majors at the University of Illinois. Key accomplishments:*

- Led renovations of first floor of Weston Hall to house 3 classrooms, a suite of offices, and career resource center
- Oversaw a staff of 10 undergraduates in day-to-day program operations
- Collaborated on the position to create, recruit, and hire the Weston Exploration Program Coordinator

***Concurrent Academic Activities:***
UNIVERSITY OF ILLINOIS AT URBANA - CHAMPAIGN, Urbana, Illinois
College of Education (COE) and College of Applied Life Sciences (CALS)
**Dissertation Fellowship** / COE [July 2004 – June 2005]
**Teaching Assistant / Introduction to Health Statistics** / CALS [Aug – Dec 2004]
**Graduate Research Assistant to Dr. Stanley Ikenberry & Dr. Janet Reis** / COE/CALS [Aug 2003 – May 2004]
**Graduate Research Assistant to Dr. Frankie Laanan** / COE [June – August 2001]

AR000765

Curriculum Vitae
# Dr. Charles Courtney Lee-Johnson, MSW, D.Min



## PROFESSIONAL EDUCATION

**D.Min.**   *United Theological Seminary*, *Dayton, OH.*  A 21st Century Model for Church Administration and Preaching in a Multi-Cultural Context. Degree completed May 2015.  Published Dissertation: "A Twenty-First Century Multicultural Discipleship Ministry Model for Gifted, Saved, and Prospering Millennials"

**M.S.W.**   *University of California, Los Angeles (UCLA)* Department Of Social Welfare, 2001.  Awarded "Student of the Year" for 1999-2000 school year, by the National Association of Social Workers, Region H.

**B.A.**   *Morehouse College*, Atlanta, Georgia.  Sociology Major. Graduated Cum Laude with a 3.3 g.p.a, and Honors in Sociology, 1997.  Inducted into Alpha Kappa Delta, Sociological Honors Society.  Also served as President of Morehouse Sociological Association for 1996-1997.

**I.E.**   *The African Methodist Episcopal Church*, Itinerant Elder (I.E.)  Licensed to Preach in 1997, and completed 5 year course studies and received final Ordination in 10/2003.

AR000766

# PROFESSIONAL EXPERIENCE

**CAL BAPTIST UNIVERSITY,**                                    **Riverside, CA**

**Associate Dean, Division of Social Work**          **01/2016 – Present**
**Associate Professor**

Dr. Lee-Johnson serves as the Associate Dean for the Division of Social Work within the College of Behavioral and Social Sciences (CBSS) at California Baptist University, and the Program Director for the MSW program, and is one of three founding faculty members for CBU's MSW program, leading in curriculum, program design, and assisting with the hiring and assignments of all BSW, MSW, and DSW programs and faculty. Dr. Lee-Johnson is an Associate Professor of Social Work (tenure track), a NASW Social Worker of the Year (Region H), and specializes in Congregational Social Work. Dr. Lee-Johnson served as the Field Director for the Social Work program for the 2017-2018 academic year, and is now the leader of a team of 25+ faculty and staff members for the Department of Social Work at CBU.


**NORCO COLLEGE,**                                          **Norco, CA**

**Adjunct Counselor/Faculty**                      **03/2012 – Present**

As an adjunct counselor in General counseling and EOPS, I assisted students with creating Student Education Plans, preparing for transfer, understanding articulation, and assisting them with their matriculation at Norco College. I have taught four sections of the Guidance 47 Class, Facilitated Special Projects for multiple departments, maintained outstanding relationships with Counseling peers, Administrators, and students.

**NATIONAL FAMILY LIFE AND EDUCATION CENTER,**    Culver City, CA

**Chief Executive Officer**                         **1/1997-Present**

As CEO, Mr. Lee-Johnson has led NFLEC to new heights. Following the sudden death of the founding Executive Director, Charles Lee-Johnson tripled the funding of the organization from around $400,000 to more than 1.6 million dollars annually. Mr. Lee-Johnson has been heralded as one of the most dynamic speakers and leaders in the field of social work. National Family Life and Education Center (NFLEC), under the leadership of Mr. Lee-Johnson provides the following Services:

**Emancipation Preparation Programs**
Mr. Lee-Johnson is the key architect of all models presently implemented in conjunction with the Department of Children and Family Services (DCFS) to prepare foster youth ages 14-21 for successful emancipation. Mr. Lee-Johnson's model have proven to be

AR000767

exceptionally successful in enhancing self-esteem, enhancing educational performance, increasing rates of HS graduation, decreasing deviant behavior, decreasing rates of homelessness and instability, and increasing rates of employment and pursuit of higher education.

**Transitional Housing Programs**
Mr. Lee-Johnson coordinates the housing program for foster youth ages 17-19 in the South Central Los Angeles area. Mr. Lee-Johnson guides the curriculum for Independent Living Skills training for multiple programs throughout Los Angeles and San Bernadino Counties.

**Relationship and Marriage Enhancement Workshops**
Mr. Lee-Johnson teaches workshops and provides counseling services for young adults and adults who are struggling in pre-marital, marital, or family relationships. Mr. Lee-Johnson teaches skills that include, but are not limited to: conflict resolution, anger management, healthy communication techniques, languages of love, forgiveness, and grief recovery.

**Fatherhood Programs**
Mr. Lee-Johnson has obtained 4 federal and state grants to facilitate fatherhood programs in the South Los Angeles area. Additionally, Mr. Lee-Johnson has been the co-facilitator of fatherhood groups in State and Federal Penitentiaries throughout the nation. Mr. Lee-Johnson, has inspired fathers to restore their relationships with their children, and to end the negative cycle of recidivism.

**Training Consultation**
Mr. Lee-Johnson is an internationally recognized trainer of social workers, probation officers, teachers, administrators, mental health therapists, and other social service professionals. Topics of trainings include but are not limited to: Cultural Diversity, "Best Practice" strategies for Families and Youth, Abstinence, Leadership, Teamwork and Collaboration, Gangs, Healthy Marriage and Relationships, Education, Alternative Therapeutic Models, Working with At-Risk populations, and much more. Mr. Lee-Johnson has provided training in faith-based organizations, community based organizations, hospitals, colleges and universities, k-12 schools, and corporations in more than 3 countries, 40 states, and more than 120 cities.

**School Based Programming**
Mr. Lee-Johnson provides numerous workshops and programs in schools in Los Angeles Unified School District, Compton Unified School District, and numerous other school districts across the United States. Mr. Lee-Johnson has serviced students and families through after-school programs, tutoring programs, Family Interventions, Teacher and Administrative Staff workshops, and school assemblies. Mr. Lee-Johnson's work has been so impressive, that schools often request his services for the training of teachers and other school personnel. Mr. Lee-Johnson has serviced more than 150 schools and 300,000 students throughout the nation

AR000768

**Martial Arts Instruction**

Mr. Lee-Johnson is a first-degree black belt (Shodan) in Kumite Ryu Jujitsu. Mr. Lee-Johnson has long provided free martial arts training for the Los Angeles community, in which youth and adults learn how to defend and develop themselves physically, mentally, and spiritually. Mr. Lee-Johnson's classes are fun, intense, and an invaluable asset to his parents and students.

**Administrative Leadership**

Mr. Lee-Johnson has served in an administrative capacity of NFLEC since 1999. In 2003, Mr. Lee-Johnson was appointed CEO of the NFLEC by the Board of Directors following the death of the founding Executive Director. Mr. Lee-Johnson managed more than a $2.5 million dollar budget, 25 employees, and a host of community programs and collaborations. Mr. Lee-Johnson has served as a case manager, program director, and CEO. Mr. Lee-Johnson has had great success as a grant writer, organizer, administrator, and leader. Presently, Mr. Lee-Johnson also serves as the Chief Facilitator of Sankofa Preparatory Academy, a charter school being developed by NFLEC.

**CORONA COMMUNITY AME CHURCH,**                    **CORONA, CA**

Pastor                                                            **02/08-Present**

Mr. Lee-Johnson is the Proud Pastor of Corona Community AME Church, and the Church has grown from 60 members in 2008, to presently having more than 360 members. Additionally, Mr. Lee-Johnson has relocated the church, started more than 15 community outreach programs, including but not limited too: Job Readiness, Parenting Classes, Substance Abuse, Counseling Services, Food Ministry, Food Anonymous, Rites to Thrive (Community College Partnership), and much more. Mr. Lee-Johnson is a seen as a "Community Leader" in the Corona area, and has made a big impression amongst Corona leaders in just a short time.

**SYNERGY WORKS,**                                     LOS ANGELES, CA

**Social Work Intern**                                **09/00-06/01**

Mr. Lee-Johnson served as the coordinator of the Parent Center for Compton High School, providing Strategic planning, parents advocacy, grant writing services, focus groups, group facilitation, and community organizing.

**DEPARTMENT OF CHILDREN AND FAMILY SERVICES**, TORRANCE, CA

**Social Work Intern**                                **10/99-06/00**

Mr. Lee-Johnson carried a case load comprised of adoption, permanent placement, and family reunification cases. Mr. Lee-Johnson did case management, home and school

AR000769

visits, court reports, macro community projects and co-facilitation of youth groups in the Sexual Abuse unit.

## SELECTED AWARDS AND HONORS

*Martin Luther King Jr. Annual Speaker, Inland Empire Committee, 2012*
*Social Worker of the Year, National Association of Social Workers, Region H, 2010*
California Association of Black Social Workers, 2010
*White House/Office of the First Lady: Helping America's Youth*
*Charles Drew University: Pediatric Residency Program*
*UCLA: School of Social Work*
*Heritage Foundation, Library of Congress, Who's Who 2007*
*South Central Foundation, Anchorage, Alaska,*
*California State Legislature,*
*County of Los Angeles,*
*Indiana Black Expo,*
*National Association of Social Workers, Region H,*
*Alpha Kappa Delta, Sociological Honors*

## GRANTS WRITTEN AND RECEIVED

**Selective Grants**
Proud Parenting Grant, $330,000.00
Rites of Passage School Based Grant - $230,000.00
Job Readiness Grant, $30,000.00
Capacity Building Fatherhood Grant, $50,000.00
Long-Term Self-Sufficiency Grant, Department of Social Services, 1,500,000
Fathering Behind Bars, Federal Correctional Institutions, $200,000
Rites of Passage, Department of Children and Family Services, $360,000
Opening Avenues for Kids to Stay in School, DCFS, $250,000
Transitional Housing Placement Grant, DCFS $400,000
Alternative Services for Youth Grant, Department of Children and Family Services, $1,600,000
Emancipation Preparation, County of Los Angeles, $100,000
Project Fatherhood, National Fatherhood Initiative, $50,000
Fatherhood Initiative, Children's Institute International, $25,000
LAUSD School Intervention 93rd Street, 118th Street, Gompers, Locke, $120,000
Compton Unified School District, $233,881
Proud Parenting Program, State of California, California Department of Corrections and Rehabilitation, $99,000
Peoples Coordinated Services, Gang Reduction and Youth Development Grant, $60,000

AR000770

# PUBLICATIONS

Knabb, J., Vazquez, V., Lee-Johnson, C., Hays, K.; Healing Conversations on Race: Four Key Practices from Scripture and Psychology, February 2023, Inter Varsity Press.

Bharmal, Nazleen, Kennedy, D., Jones, L., Lee-Johnson, C., Through Our Eyes: Exploring African-American Men's Perspective on Factors Affecting Transition to Manhood, Journal of General Internal Medicine , February 2012, Volume 27, Issue 2, pp 153–159

Lee-Johnson, C., The Ten Step Rites of Passage Curriculum Second Edition, 2016; Charles Lee-Johnson & Associates

Tijerina, R., Tijerina, C., Lee-Johnson, C., Keeping Faith Curriculum: For Ex-Offenders, 2006

Kelly, Candace; Boys to Men, Charles Lee-Johnson wrote two Devotional Inserts, 2006

Slack, Rosario and Muhammad, Nisa, Lee-Johnson, C.; Black Marriage Curriculum, 2005; Charles Lee-Johnson wrote Chapter on Blended Families.

# SELECT LECTURES

**Selective Speaking Engagements**
White House, Helping America's Youth Initiative, Tennessee State University
National Resource Center, Oklahoma City, OK
Washington State University, 4-T "Teen Conference"
New York Fatherhood Initiative, Queens, NY
Georgia Family Council – Rites of Passage Training
Smart Marriages, Denver, Reno, San Francisco, Atlanta, Washington D.C, and more
Mocha Moms, Staten Island New York
Shoulder to Shoulder Diversity Conference, Portland, Oregon
Mississippi School of Addiction
UCLA, School of Social Work and Public Policy,
Charles Drew University – "Faculty Retreat"
SAPA Conference in Atlanta, GA
Salem Bible Church, Staff Training, Atlanta, GA
University of LaVerne – "Overview of Rites of Passage"
Diamond Ranch High School – "Black Parent Conference"
White House Initiative: Helping America's Youth" , Portland, Oregon
Garey High School "Preparing for Your Future" -
California State University, Dominguez Hills "Mess to Message"
Morehouse School of Medicine 'Trainer of Trainers"
Martin Luther King Hospital, Pediatrics– "Medical Intern Retreat"

AR000771

Department of Children and Family Services, Los Angeles "Relationship Readiness
Celebrating Real Family Life, New York, New York "Rites of Passage Training"
Faith Based Partners and Community Caregivers Permanency Symposium
International Fatherhood Conference, Atlanta, Ga
Charles Drew University, Honored
Ward AME Church, Los Angeles 'Men's Retreat"
Bethel AME Church, Los Angeles – "Youth Revival",
White House Initiative: Helping America's Youth "Family Panel, University of
Minnesota,
Ward AME Church, Cambria, CA, Youth Retreat
LAUSD Therapist, Los Angeles, CA – Staff Development
The Ridge Project: Keeping Faith Initiative
Council of African American Parents (CAAP)
Fatherhood Conference, Atlanta, GA
African American Healthy Marriage Initiative – Charlotte, NC
Family and Community Conference, Lagos, Nigeria

AR000772

ROBIN COOK DUNCAN
7380 Whitegate Avenue, Riverside, California 92506
1.909.353.9915
rduncan@calbaptist.edu

EDUCATION
Doctor of Education, 2002 Educational Leadership
Samford University     Birmingham, Alabama

Educational Specialist, 2000 Educational Leadership
Samford University     Birmingham, Alabama

Master of Science, 1998 Secondary Mathematics Education
University of Alabama     Birmingham, Alabama

Bachelor of Science, 1996 Mathematics, Chemistry and Secondary Education
Samford University     Birmingham, Alabama

PROFESSIONAL EXPERIENCE
2018-Present Dean, California Baptist University, Riverside, California
Administrative duties and teaching responsibilities are held in the School of Education. Leadership responsibilities include facilitating faculty selection, community connections and strategic growth within the School of Education.

2014-2018 Apprentice, International Mission Board, Indonesia and Malaysia
Professional education work has included advising, training and consulting with refugee schools throughout the city, including creating and leading the CERTE Bridge program in conjunction with OUR, UNHCR and local universities. Additional presentations given in Lampung, Indonesia.

2012-2014 Assistant Professor, Samford University, Birmingham, Alabama
Director of Secondary Fifth Year Non-Traditional Masters Program. Duties included advising, teaching and facilitating masters degree program. Duties also included extensive collaboration with state and local school administrators, teachers and the university teaching faculty; program development and curriculum changes; school, national and accreditation annual reporting; recruiting and admitting students; serving on dissertation committees; assigning and managing program faculty; writing SPA and other accreditation documents; and working as a liaison with faculty across campus in content related scheduling and course development.

2010-2012 Adjunct Professor, OBB Samford University, Birmingham, Alabama
Duties included teaching undergraduate professional education and research courses, utilizing both on campus and on-line platforms, participating in program revisions/improvements, preparing documents to show evidence of alignment with standards for NCATE and national program recognition.

2010-2013 External Evaluator, Huntsville City Schools, Huntsville, Alabama
Duties included data analysis and evaluation of district schools' implementation of Department of Defense federal grant to improve mathematics (STEM) education among military students in the Huntsville City School District.

AR000773

ROBIN COOK DUNCAN

2009-2010 Assistant Professor, OBB Samford University, Birmingham, Alabama
Courses of instruction included professional education courses and assessment at the undergraduate level and assessment and organizational change in the graduate programs. (One year appointment to allow for national search.)

2008-2009 Christian Women's Leadership Center, Samford University, Birmingham, Alabama
Director of External Communications. Duties included supervision and development of undergraduate interdisciplinary minor, collaboration with transitional advisory team, planning and implementing monthly Leadership Lunches, annual lectureship organization, oversight of budget and student worker and development of publicity including print and internet based.

2003-2008 Adjunct Professor and Special Projects, Samford University, Birmingham, Alabama
Duties included teaching undergraduate professional education course, organization and preparation for NCATE, assisting Dean of the School in school-wide projects, including a middle school initiative to reach underprivileged students by providing tools for success in university applications.

2002-2003 Research Assistant, Samford University, Birmingham, Alabama
Institute of Teaching and Student Achievement. Duties included grant writing and execution, assisting the grant authors, implementing grants which focused on teacher training in science education (STEM) working with teachers both at training on campus and in their schools.

2000-2002 Graduate Assistant, Samford University, Birmingham, Alabama
Duties included assisting the Dean of the School of Education and the Chair of Teacher Education, preparing for and presenting at teacher training sessions, writing and hosting a national teacher preparation award visit, documentation for the state department of education and special projects.

1997-2010 Private Mathematics Tutor, Birmingham, Alabama
Duties included assisting students in preparing for the college entrance exams, ACTs and SATs, and high school courses – algebra, geometry, basic math, algebra II, trigonometry, and statistics.

1997-2000 Mathematics and Chemistry Teacher, Birmingham, Alabama
Duties included teaching high school chemistry, geometry, algebra, technical math, and statistics. Duties included co-teaching technical math with a special education teacher to low achieving math students, developing and beginning a senior level statistics course, leading student organizations and athletics.

INTERNATIONAL EXPERIENCE
- 2015-2018 – Kuala Lumpur, Malaysia – Consultant with refugee education throughout Kuala Lumpur. Co-creator and Director of CERTE Bridge course for teen refugee students.

- 2014-2017 – Lampung, Indonesia – Lead Presenter at teacher training for local teachers in conjunction with Universitas Bandar Lampung and Samford University faculty

- 2014-15 – Bandung, Indonesia – Language learner, IMLAC

- 2014 - London, England - Professor in Residence at Daniel House with Samford University

- 2013 - Kathmandu, Nepal - Local cultural experiences

- 2012 - Bangka, Indonesia - Presenter at teacher training with local government

AR000774

ROBIN COOK DUNCAN

- 2011 – Swaziland, Africa – School visits and orphan care

- 2010 – Medan, Indonesia – Guest lecturer at Universitas Neger Medan with teacher education students, specifically with math education candidates

PUBLICATIONS

Birtwell, J., Duncan, R., Carson, J., & Chapman, J. (2020). Bridging the Gap Between Secondary and Tertiary Education for Students with Refugee Backgrounds with Bourdieu: A Case study from Malaysia. *Journal of Comparative &Amp; International Higher Education*, *12*(Winter), 112–139. https://doi.org/10.32674/jcihe.v12iWinter.1954

Ford, C., Bateman, M., Duncan, R.C., & Chandler, K. (2014). The Attitudes of Interior Design Educators towards Concepts, Principles and Theories of Sustainable Design. *The International Journal of Design Education*, 7(3), 11-25, CG Publisher.

Seay, C., Hilsmier, A., & Duncan, R. (2010). Inclusion: A Review Examining the Efficacy of Practice and Needs of Teachers. *The Educational Collaborative*, 1.

Duncan, R. C. (2002). An Analysis of Student-learning Focused Professional Development on Student Achievement and Teacher Attitudes. Thesis. Samford University.

VOLUNTEER/SERVICE WORK
CASA Volunteer, Voices for Children, Riverside, CA 2020-present
ISP Leader, California Baptist University, Riverside, CA 2019-present
Path Teacher, Sandals Church, Riverside, CA 2019
Parent Teacher Organization, Treasurer, Vice Chairman, Kuala Lumpur 2015-2018
Alpha Course, Holy Trinity Bukit Bintang, Leader, Kuala Lumpur 2016-2018
Cadre Leader, Samford University, Birmingham, AL 2010, 2011, 2013
Alabama Men's Hall of Fame, Educational Consultant 2009-13
Children's Hope Chest, Educational committee for Swaziland educational development 2011
Coordinator of Homeless Ministry at Linn Park, Birmingham, AL 2007-2010
Chair of Dawson Educational Trust Fund Committee 2008-2010
Coordinator of girls' program, Dawson Birmingham, AL 2008-2009
Young Adult and high school Sunday School Teacher, Birmingham, AL 2005-2008, 1995-2000
Parent Teacher Organization Committee, Treasurer, Birmingham, AL 2007-2014
Treasurer, Alpha Delta Pi Greater Birmingham Alumnae Association 2007-2009
Foster Parent for Alabama Children's Homes, Birmingham, AL 1997-2000

CERTIFICATION AND TRAINING
Leadership Vestavia Hills (class of 2008-2009)
Alabama State Teachers Certification, Mathematics Education, 7-12 - not current
Alabama State Teachers Certification, Chemistry Education, 7-12 - not current
Alabama State Teachers Certification, Administration, 7-12 - not current

AR000775

# HILLARY MAY

1079 Coriander Street, Calimesa, CA 92320 ● (951) 741-8374 ● hillaryjmay@gmail.com

## PROFESSIONAL SUMMARY

Experienced School Psychologist/Mental Health Counselor successful at helping students cope with academic, emotional, and social pressures. Excellent communication, problem-solving and relationship building skills. Offering 15 + years in education. Knowledgeable in youth and adolescent development, including social, behavioral, emotional and cognitive areas. Expertise in Solution-Focused Brief Counseling, Cognitive Behavioral Strategies, and the Humanistic Approach in an Integrative Model.

## SKILLS

- Youth and adolescent development
- Mediation and crisis intervention
- Faculty Training
- Behavior Intervention Plan Development
- Individualized Education Programs
- Group Counseling
- Emotional Support
- Classroom-based Lessons

- Individual and Family Support
- Learning Improvements
- Data-driven Decision Making
- Organizational Abilities
- Team Collaboration and Leadership
- Intervention Planning
- Solutions-Focused
- Trauma-Informed Counseling

## WORK EXPERIENCE

**Adjunct Professor,** 03/2021– Current
**Loma Linda University** – Loma Linda, CA
- Teaching graduate-level Clinical Mental Health Counseling (CMHC) courses
- Plan, evaluate, and revise curricula, course content, course materials, and methods of instruction
- Maintaining membership and actively participating in the work of appropriate professional organizations
- Keep abreast of developments in the field by reading current literature, talking with colleagues, and participating in professional conferences.
- Supervise graduate practicum, internship, and research work.
- Successfully engage with students from a wide range of backgrounds, races, cultures, ethnicities, sexual preferences, abilities, and nationalities in a manner that positively promotes the Mental Health Counseling field's impact on diversity, equity, and inclusion.

**Mental Health Counselor,** 08/2021– Current
**Beaumont Unified School District** – Beaumont, CA
- Provide Tier 1 intervention services school-wide
- Provide Tier 1, 2, and 3 services across school setting
- Guide students in the development of skills and strategies for dealing with their problems
- Counsel students, individually and in group sessions, to assist in overcoming dependencies, maladaptive behavior, adjusting to life, and making changes
- Collect and assess information about students through interviews, observation, and tests
- Act as student advocates in order to coordinate required services or to resolve emergency problems in crisis situations
- Trained in Everyday Behavior Tools (EBT) and Professional Crisis Management (PCM). Instructor of EBT.
- Collaborate with other staff members to develop Tier 2 and Tier 3 interventions
- Refer students or family members to community resources or to specialists as necessary
- Evaluate the effectiveness of counseling programs and students' progress in resolving identified problems and moving towards defined objectives
- Maintain data on the efficacy of services; Data-informed decision making
- Modify treatment activities and approaches as needed in order to comply with changes in students' status
- Run groups, workshops and courses, or presentations about mental health issues
- Maintain confidentiality of records relating to students' treatment
- Communicate and collaborate with other staff and family members as a means of effectively supporting students in home and school as to optimize the overall program and progress of the student
- Work with and communicate with other agencies, to insure that all aspects of the student's program are addressed
- Work as a team of counseling support when a grief incident occurs in the District that requires the services of more than one School-Based Mental Health Counselor

AR000776

**School Psychologist,** 10/2017 – 08/2021
**Beaumont Unified School District** – Beaumont, CA

- Partnered with school administrators, teachers, and parents or guardians to provide students with appropriate and adequate counseling support in school.
- Utilized formal and established testing protocols to evaluate educational, emotional, and behavioral needs of students and created legally defensible psycho-educational reports.
- Completed required documentation and reports for compliance and intervention planning
- Consulted with teachers and parents to gain in-depth understanding of students.
- Provided referrals for community resources and mental health professionals in development of Individualized Education Plans (IEPs).
- Met with students to conduct individual assessments and determine academic and mental health needs.
- Facilitated interdisciplinary meetings to assess goals and progress.
- Built positive and productive relationships with students, parents, educators and community resources.
- Observed students in classroom and play environments.
- Conducted Functional Behavior Assessments and Educationally Related Mental Health Service Assessments.
- Collaborated with teacher and administrators to discuss academic needs of students including intervention, mainstreaming, and small group instruction.
- Assessed students for special education eligibility and referred to appropriate services.
- Collaborated with teachers, administrators, and counselors to develop and evaluate school programs including Tier 2 Counseling and Behavior Support Plans by interpreting student data and insights.

**School Psychologist,** 08/2015 – 09/2017
**Saddleback Valley Unified School District** – Mission Viejo, CA

- Provided observations, took measurements, and performed tests at various stages for Functional behavior Assessments.
- Created and managed IEPs to define student learning objectives and educational strategies, in addition to applying instructional knowledge and methods to support goals.
- Establish and maintained rapport with other staff, students, and parents to facilitate communication and academic progress.
- Assessed students for special education eligibility and referred to appropriate services.
- Partnered with school administration and teacher to provide counseling for student support in areas of mental health or social skills.
- Conducted group and individual counseling support sessions for key issues.
- Consulted with teachers and parents to gain an in-depth understanding of students
- Utilized formal and established testing protocols to evaluate educational, emotional and behavioral needs of students.
- Stayed abreast of changes to school and district policies as well as new trends in education by attending professional development courses and in-service trainings.

**Elementary Teacher,** 10/2012 -09/2014
**Norris School District** – Bakersfield, CA

- Established expectations on classroom policies, management strategies, and discipline.
- Communicated with guardians to discuss educational progress and classroom successes and problems.
- Prepared and administered grade-specific tests and examinations regulated by school district to monitor students' growth, to report progress to parents, and to implement small groups in the areas of need.
- Developed learning objectives for each subject area to quantify learning and set benchmarks.
- Created lesson plans to correlate with state curriculum standards and devised educational programs to meet educational objectives.
- Instructed according to Common Core Standards as part of federal funding mandates for education.
- Provided warm, supportive environment for developing academic, social, and emotional growth.
- Developed engaging curriculum and performed daily classroom activities including taking attendance, creating lesson plans, and teaching information in accordance with state testing material.
- Fostered student curiosity and interest in learning through hands-on activities and field trips.
- Helped students develop self-esteem and life skills by fostering health conflict-resolution, critical thinking and communication.

**School Psychologist Intern/Long-Term Substitute,** 08/2009 – 06/2011
**Saddleback Valley Unified School District** – Mission Viejo, CA

AR000777

- Partnered with school administrators, teachers, and parents or guardians to provide students with appropriate and adequate counseling support in school.
- Collaborate with students with multiple degrees of special needs to accomplish various tasks.
- Collaborated with educators, school administrator, and external professionals in the development of Individualized Education Plans (IEPs).
- Utilized formal testing protocols to evaluate educational, emotional, and behavioral needs of students.
- Provided referrals for community resources and mental health professionals for families and students.
- Built positive and productive relationships with students, parents, and educators.

**Elementary/Middle School Teacher,** 08/2007 – 06/2009
**Yucaipa-Calimesa Joint Unified School District** – Yucaipa, CA
- Used a variety of assessment tools and strategies to improve instruction methods.
- Developed and deepened relationships with students, family members, and faculty to promote optimal student learning environments.
- Collaborate within professional learning communities to develop systems and strategies with coworkers.
- Developed and implemented lesson plans that addressed general students as well as those with individualized 504 plans as part of an integrated classroom.
- Collected, analyzed and tracked data on student progress to update and enhance learning plans.
- Assisted struggling students to maintain progress levels by designing individualized lesson plans focused on areas for improvement.

## EDUCATION

**Doctorate,** Marriage and Family Therapy, 06/2022
**Loma Linda University** – Loma Linda, CA

**Master of Arts,** Educational Psychology, 06/2010
**Azusa Pacific University** – Azusa, CA

**Bachelor of Arts,** Liberal Studies/Child Development, 08/2005
**California Baptist University** – Riverside, CA

## CREDENTIALS/CERTIFICATION/LICENSURE

**Preliminary Administrative Services Credential,** Riverside County Office of Educations (In Progress)
**Board of Behavioral Sciences,** Associate Professional Clinical Counselor, APCC #4849
**Nationally Certified School Psychologist,** (NCSP)
**Education Specialist Credential,** Mild/Moderate Special Education Credential
**Pupil Personnel Services Credential,** School Psychology
**Pupil Personnel Services Credential,** School Counseling
**Multiple Subject Teaching Credential,** General Education

AR000778

# CHRISTINA L. LYNCH

1535 Cameo Drive * Redlands, CA * 92373
Residence: 909-335-2697 * Mobile: 951-581-8228

## OBJECTIVE

To secure an increasingly responsible management position within education that will allow me to utilize my knowledge and skills while enhancing my ability to successfully address the needs, concerns and issues of students and families from diverse backgrounds.

## EDUCATION

❖ Master of Social Work, Dual Concentration Clinical/Policy Administration, June 2002
*University of Loma Linda, Loma Linda, CA*

❖ Pupil Personnel Services Credential, June 2006
*University of Redlands, Redlands, CA*

❖ Clear Administrative Services Credential, September 2009
*University of Redlands, Redlands, CA*

❖ Bachelor of Arts in Social Sciences, September 1999
*California State University San Bernardino, San Bernardino, CA*

## RELATED EXPERIENCE

| | | |
|---|---|---|
| 7/20- Current | *Counseling Coordinator* | *Student Services Department* |
| | | *Beaumont Unified School District* |

Support the development and implementation of the District's comprehensive school counseling program to provide a range of counseling services, including Education Related Mental Health Services (ERMHS), for all students. Supervise, evaluate, and coach staff, counselors, interns, and clinicians to work effectively in a school setting. Oversee and at times participate in providing direct and indirect services including individual, group, and family counseling, as well as conflict resolutions to at risk and special education students. Coordinate, implement, and assist school sites with programs for students intended to include, but not limited to: improve academic achievement and social emotional functioning; promote school connectedness and improve campus climate; reduce conflict and prevent violence; improve school safety; foster resiliency in students and prevent alcohol and substance use. Provides intervention in mental health crises and provides consultation as needed. Serves as a resource to school leaders and school counselors in areas related to school attendance and student social emotional needs and academic counseling. Provides professional development to administrators, counselors and other staff on a variety of social emotional and mental health topics. Evaluates the counseling program activities using current and long-term data. Provides direct supervision to counselors, clinical associates and student interns.

| | | |
|---|---|---|
| *9/18-7/20* | *Assistant Principal* | *Beaumont High School* |
| | *Special Programs* | *Beaumont Unified School District* |

Provide supervision and leadership for school and instructional operations related to the Special Education Department. Monitors program and services to ensure compliance with legal processes and procedures

related to the Individualized Education Program (IEP) process. Address disciplinary issues that arise with students receiving special education services, including providing needed interventions and restorative practices to address behavior that impedes academic success while ensuring adherence to procedural safeguards. Consult with staff to provide guidance and input on the development and implementation of behavioral goals and/or behavior support plans for students with special needs. Evaluate and provide feedback on needed changes in site policies, procedure and activities to ensure equity and inclusion of all students. Coordinate instructional, social, emotional and other related activities at the site level for students receiving special education services. Facilitate and provide ongoing support and training to staff within the Special Education Department. Supervise and evaluate assigned classified and certificated staff.

| | | |
|---|---|---|
| *12/20-1/22* | *Hospice Clinical Social Worker* | *AmeriHealth Hospice* |

Participated in the preparation, evaluation and execution of the interdisciplinary plan of care to assure that the highest quality psychosocial care is provided to patients/families. Performed bio-psycho-social-spiritual assessments of patients/families. Provided individual and family supportive counseling. Referred patient and family to appropriate community resources as needed. Maintained accurate and timely documentation in the patient medical chart. Attended weekly interdisciplinary team meetings to review plans of care. Provides psychosocial education and consultation to the patient and core family. Participated in psychosocial supervision meetings and other training. Provided direct supervision to bachelor level social workers.

| | | |
|---|---|---|
| *7/14 to 9/18* | *Assistant Principal* | *Mt. View Middle School*<br>*Beaumont Unified School District* |

Assist in providing leadership for the implementation and supervision of instructional programs and curriculum at the site level. Supervise and provide leadership to the school counseling, health service, and conflict resolution program at the site level. Develop and ensure the implementation of the school wide behavioral policies and procedures based on Positive Behavioral Intervention Strategies (PBIS). Monitor student attendance and work collaboratively with parents as part of the Student Attendance and Review Team (SART) to address student needs and improve overall attendance. Develop, implement and monitor positive behavior support plans for students based on individual need. Assist with the development of a master schedule of classes and student assignment to classes. Assist in developing a school wide system for recognizing student and staff achievement   Supervise and evaluate assigned classified and certificated staff.

| | | |
|---|---|---|
| *8/06 to 7/14* | *Alternative High School Counselor* | *Glen View High School*<br>*Beaumont Unified School District* |

Provided individual and group counseling to meet the individual social, emotional and educational needs of students. Created and monitored individual learning plans for students. Provided training and supervised Pupil Personnel Services (PPS) interns from Redlands University and Master of Social Work (MSW) interns from Loma Linda University while placed at the site to provide needed counseling services to students. Served as the Administrative Designee to provide supervision and leadership to the staff in the absence of the Principal. Worked collaboratively with the Principal and staff to implement and supervise the instructional program at the site.

| | | |
|---|---|---|
| *4/07 to 4/16* | *Contract Social Worker* | *Greenhouse Family Services* |

Conducted initial psychosocial assessment of children placed in foster care. Identified needs and created service plans to meet the individual needs of children. Conducted weekly visitations to assess the adjustment of children to their foster care placements and provided needed counseling and interventions. Completed home safety inspections of foster homes to ensure compliance with Community Care Licensing regulations and agency standards. Provided training and other resources to help support foster families with

2

AR000780

addressing the social and emotional needs of children placed in foster care. Conducted other case management duties, including but not limited to completing necessary court and agency documentation and providing linkages to needed community agencies and resources.

*3/06 to 8/06*                          ***School Mental Health Therapist***                          ***Jurupa Unified***

Provided comprehensive clinical analysis and evaluation of identified students. Developed inclusive treatment plans based on identified needs with measurable counseling goals and objectives. Provided individual, group and/or family counseling sessions utilizing various treatment interventions to promote optimal functioning. Provided psycho-educational groups to parents of students in the district on relevant parenting topics. Completed other case management duties, including completing referrals to community resources as needed.

*5/05 to 3/06*                          ***Hospice Medical Social Worker***                          ***Cornerstone Hospice***

Provided psychosocial counseling and support to patients and family experiencing social, emotional and economic distress due to a terminal diagnosis. Coordinated patient and family services with other medical team members. Participated in interdisciplinary team meetings (IDT) to establish, review and revise the plan of care for each patient based on individual needs. Provided necessary case management services for the patient and family, including helping them to access and secure needed community services and resources.

*7/02 to 5/05*                          ***Social Service Practitioner***                          ***San Bernardino County***
                                                                                                          ***Department of Human Services***

Investigated allegations of child abuse and assessed individual/family service and counseling needs. Conducted initial diagnostic assessments to establish service plans to meet identified individual service needs based on measurable behavioral changes to help parents resolve original protection issue(s) and aid in the family reunification process. Provided ongoing case management services to children and their families with an average caseload of 30-40 children. Prepared and completed regular documentation, including court reports to Juvenile Court with detailed individual and family progress on service plans, as well as recommendations for further service/treatment needs.

*4/99 to 6/02*                          ***Social Worker II***                          ***San Bernardino County***
                                                                                                          ***Department of Human Services***

Investigated allegations of elder and dependent adult abuse and assessed individual/family service and counseling needs. Conducted initial diagnostic assessments utilizing the biopsychosocial model to establish service plans to meet identified individual service needs. Developed service/treatment plans to address identified needs. Provided ongoing case management from intake to discharge for an average caseload of 15-25 clients per month to address and resolve the original protection issue(s).

# PROFESSIONAL LICENSES/MEMBERSHIPS

❖ Licensed Clinical Social Worker (LCSW)

❖ National Association of Social Workers

❖ Association of California School Administrators

❖ California Association of School Counselors

❖ California Association of Play Therapy

3

AR000781

**Bobbi L. Burnett**
1744 Starlight Ave.
Beaumont, CA. 92223
bburnettkidz@gmail.com
(951)205-2568

## SUMMARY

I am an energetic, positive and passionate person with 24 years of educational experience as an English teacher, an Instructional Coach, an Elementary Assistant Principal, a Principal at the Alternative Education Site, a Beaumont USD Student Services Coordinator and currently serving in my third year as the Director of Student Services for Beaumont USD.  Most of my experience as a teacher was spent working with special population groups:  English Language Learners, Homeless Youth, Foster Youth, and Credit Deficient Students. As an Instructional Coach, I assisted with facilitating the creation of Math and English Language Arts Units of Study and supported teachers with research-based instructional practices. As an Assistant Principal, I was responsible for many site tasks including the handling of all discipline under the Positive Behavior Intervention Support (PBIS) framework, the implementation of Advancement Via Individual Determination (AVID) at our school site, site test coordinator, professional development, facilities management, facilitating staff agendas and meetings, along with both classified and certificated evaluations. As the site Principal for the Alternative Education schools, I facilitated the successful Western Association of Schools and Colleges (WASC) Accreditation of our 21st Century team leading to a 6 year accreditation, while our continuation high school, Glen View High School, one year later, also received a successful 6 year WASC Accreditation in the Spring of 2019 under my leadership.  As the Alternative Education Principal, my foundational goals were to ensure that students felt safe, that staff felt empowered, and that our families knew that their students would be well taken care of both socially-emotionally and academically under my leadership. This home to school partnership, with relationship and safety being my priority, contributed to substantial gains in student graduation rates, improvement in chronic absenteeism rates and truancy rates, along with a large decline in suspensions. In an effort to continue to have an even greater impact on our students within our community, I worked as the Student Services Coordinator for Beaumont USD. In this role, I worked collaboratively with families, teachers, social workers, guardians, departments within our district, the Riverside County Office of Education, and community partners to eliminate educational barriers and to ensure that our homeless and foster youth families had access to their educational rights and to any support that they needed for success. In this position, I was especially skilled at interpersonal relationships and working collaboratively with district staff, our families, and community partners for positive outcomes for student achievement. In this capacity, I also served as part of the Student Services Student Attendance and Review Board (SARB) team that was recognized in the state of California as a SARB model of excellence district. I also co-wrote a grant where funding was received from the University of Redlands to create a foster youth committee in Beaumont USD assisted with guidance and support for our foster youth mentorship program that was created in the 2019-2020 school year. As the Director of Student Services, I currently oversee the Enrollment Office, Counseling, Foster and Homeless Youth, our Health Services Department, Discipline, Parent Engagement, Attendance, Social Emotional Learning, Title IX and Uniform Complaint investigations, parent concerns and direct support to our site administration of all things Student Services related. With all of my educational roles, I have gained extensive experience in curriculum implementation and research-based instructional practices, Educational Law and Governance, and Tiered Systems of Support in Attendance, Behavior, and Academics. I have also received training in the SARB process, the suspension and expulsion process, records, homeless and foster youth laws,  trauma informed care, de-escalation techniques, and best practices to support students who have experienced severe trauma. Furthermore,. I have successfully completed my Educational Doctorate's Degree in K-12 Urban Leadership at USC in 2016, which demonstrates my ongoing desire to learn, improve my practice, and to be the best leader that I can be to serve the students of our great community.

## EXPERIENCE

2000-2005

AR000782

**Teacher Eisenhower High School**
- English Language Arts teacher grades 9-11
- Language! Certified
- School Site Council Member
- WASC Committee
- Flare Academy (Teacher for an Academy focused on EL learners levels 1-4)
- Assisted in staff development activities
- Supervised a variety of student activities and athletic events
- Facilitated data analysis workshops with peers to determine focus areas for curriculum
- Member of the School Site Council
- Implemented curriculum through classroom instruction with technology
- Collaborated with teachers to develop curriculum and standards for instruction
- Promoted student leadership and organizational skills through classroom instruction
- Attended a variety of conferences targeted at professional development

2005-2013
**Teacher Glen View High School Beaumont / Alternative Education Independent Studies**
- English Language Arts teacher grades 9-12
- Gateways trained (SB 472)
- Holt trained (SB 472)
- Smart Board trained
- WASC Chair
- BTSA teacher support coach for 3 years
- Brain-based learning conference
- LC conference
- Glen View Instructional Leadership Team
- English Department Chair
- Facilitated data analysis workshops with peers to determine focus areas for curriculum
- Implemented curriculum through classroom instruction with technology
- Collaborated with teachers to develop curriculum and standards for instruction
- Promoted student leadership and organizational skills through classroom instruction
- Attended a variety of conferences targeted at professional development and Common Core
- CELDT Site Coordinator
- Teacher of the Year Award site 2008 and district 2012
- Trained in Data Director and Illuminate
- PBS trained
- Independent Studies Conference 2014
- School site Administrative Designee 2013-2014

2014-2015
**Teacher on Special Assignment**
- Facilitator of the creation of  ELA Units of Study Curriculum
- Credential Teacher Induction (CTI) Coach for new teachers
- Lead Professional Development Training both district-wide and at the elementary schools, middle schools, and high school
- Co-teach, Co-plan and Model Common Core Instructional Strategies in K-12 classroom settings
- Attend Professional Development ongoing including: Illuminate, AVID, ERWC, Common Core State Standards and supporting ELD standards, Common Core ELA Framework, Close Reading and Collaborative Conversations, New Teacher Induction (CTI), and CELDT Administration
- Attended Instructional Rounds at multiple district sites identifying Focused Goals with areas of strengths and weaknesses that contribute to site plans for next steps.

2015-2016
**Assistant Principal**
- Test site coordinator

AR000783

- PBIS weekly small group intervention
- Student Discipline
- Communication with Parents – ongoing
- AVID Site Coordinator
- Classified and Certificated Evaluations
- Facilities Management
- Professional Development
- ELAC meetings
- School Site Council Member
- IEP Meeting Representative
- Site Agenda and Meeting Facilitator

2016-2019
**Principal**
- Accreditation of Schools
- School Single Plan for Student Achievement
- School Budget and Expenditures
- School Site Council
- School Safety Plan
- Site leader in: IEPs, EMTs, Staff Meetings, PLC
- School Discipline and Positive Interventions
- Site Liaison for BUSD Departments
- Maintains facilities
- Alternative Education Networking
- Maintains Action Plan for Site Goals with embedded Accountability Follow-up

2019- 2020
**Student Services Coordinator**
- Foster Youth and Homeless Law District Training
- District Liaison for Homeless and Foster Youth Services as it Relates to Educational Law and Eliminating Educational Access Barriers
- Facilitation of Professional Learning Opportunities: Trauma Informed Practices and Verbal Judo (De-escalation strategies)
- Member of the SARB team and co-collaborator of the SARB process
- Site support with student behavior plans, suspensions, and expulsions
- Development of Beaumont USD Foster Youth Program
- Attend Foster Youth and Homeless student EMTs, AB216, 504, and IEP meetings
- Case Manage all Foster Youth and Homeless Students in District
- Liaison between Child Help and Ettie Lee Group Homes
- Partnership with Department of Social Services (DPSS), Probation, the Riverside County Office of Education, Other Districts, and Community Partners to provide ongoing support for Foster Youth and Homeless Families
- Attend Foster Youth and Homeless County Network Meetings, Along with County Child Welfare and Attendance (CWA)  Meetings

2020- Current
**Director of Student Services**
- Foster Youth and Homeless Law
- Facilitation of Professional Learning Opportunities: Behavior, De-escalation techniques, trauma informed

AR000784

care, social emotional learning, records, 504, student discipline (suspension and expulsion)
- Oversee the following District programs: Attendance, Counseling, Health Services, Student Discipline (suspension and expulsions), Parent Complaints, Title IX and UCP Complaints, Foster and Homeless, and Parent Engagement
- Teams that I am apart of: Safety Response Team (SRT) and Equity
- Attend site support meetings for Educational Monitoring Team (EMT), 504, student discipline
- Facilitator of Expulsion Hearings
- Oversight of anti-bullying and emergency response: Gaggle and Stop it App
- Oversight of site completion of Comprehensive School Safety Plans
- Deep understanding of Education code and liaison for District legal counsel
- Facilitation of Professional Learning Opportunities: Trauma Informed Practices, Verbal Judo (De-escalation strategies), Social Emotional Learning and Panorama
- Oversight of Child Welfare and Attendance (CWA) - Co-facilitate SARB process

**EDUCATION**

| | | |
|---|---|---|
| **2014-2015** | *University of Redlands* | *Redlands, CA* |
| **2013-2016** | *University Southern California* | *Los Angeles, CA* |
| **1999-2000**<br>**Masters of Secondary Education** | *Chapman University* | *Orange, CA* |
| **1998-1999**<br>**Single Subject Credential English** | *Chapman University* | *Orange, CA* |
| **1998-1999**<br>**CLAD** | *Chapman University* | *Orange, CA* |
| **1996-1997**<br>**Bachelor of Arts in English** | *Cal State San Bernardino* | *San Bernardino, CA* |
| **1994-1995**<br>**Associates Degree in Liberal Studies** | *Riverside Community College* | *Riverside, CA* |

AR000785

# John B. Feringa

930 7th St., Norco, CA 92860 | 909-821-7598 | johnferinga@yahoo.com

## District Level Experience

### COORDINATOR WELLNESS, MENTAL HEALTH & COMMUNITY OUTREACH
### MORENO VALLEY USD - 2022-PRESENT

· Supervise and facilitate programs for mental health referrals and services.
· Coordinating the services and supports of wellness mental health district wide.
· Coordinating community outreach events.
· Planning and assisting with program implementation at the Moreno Valley SELPA Counseling Center.
· Monitor and support services and supports through the Wellness and Community Outreach Center.
· Oversee the Moreno Valley SELPA Counseling Center by supervising clinical counselors, monitoring intern responsibilities, and delivery of mental health services.
· Coordinate psychological services with mental health and other community agencies.

### SPECIAL EDUCATION PROGRAM SPECIALIST
### MORENO VALLEY USD - 2017-PRESENT

· Monitored Individual Service Agreements with NPS and NPA for delivery of services under contract.
· Provide case management for high profile students by acting as District liaison between parents, advocates, attorneys, and District staff to assist in resolving conflicts surrounding Individualized Education Program (IEP) implementation, services, placement, assessment, and appropriate behavior interventions.
· Responded and gathered documents for CDE Disproportionality and Compliance Review which included the holding of IEPs for corrective actions, researching and locating documents supporting District compliance, along with conducting and developing training to reduce future occurrences of non-compliance.
· Conducted and trained CSOs and school staff in District adopted nonviolent crisis intervention, CPI, to reduce the use of restraints along with ensuring any restraints are compliant with Education Code.  CPI training is a preventive framework that increases the capacity of school staff to support all children, including children with the most complex behavioral needs, thus reducing the instances that require intensive interventions.
· Developed site specific trainings for District staff for development and implementation of Multi-Tiered Systems of Supports (MTSS), behavior interventions, behavior support plans, new teacher training, data tracking, using SEIS, administering the Woodcock-Johnson IV, behavior pathway charting, and data tracking for the implementation of tiered interventions.
· Proactively consult with administrators and teachers in the development of action plans to address legal compliance, implementation of behavior interventions, parent complaints/concerns, and management of students with behavioral needs.
· Directly supported Emotionally Disturbed Program and Alternative Program at Alessandro in the development of IEPs, placement decisions, student assessment, and data-based decision making.

AR000786

- Engage in ongoing skill development by attending legal symposiums, researching research-based behavior interventions, assessment, and positive behavior supports/interventions.
- Supported IEP team by providing assessments in the area of academics, behaviors, assistive technology, along with the development of behavior goals and data tracking methods.
- Case manager for students in residential and NPS placements which included collaborated with District and NPS BCBAs regarding behavior charting, consulted and collaborated with therapist regarding treatment,

### ACTING DISTRICT PROGRAM SPECIALIST
### HACIENDA LA PUENTE USD - 2015-2017

- Serve on the District Compliance Review team with the CDE verifying IEPs for compliance and documented educational benefit.
- Directly assist eleven school site (elementary and middle schools) in the development of IEPs and assist staff in conducting meetings that are legally compliant and organized, while supporting appropriate placement of students in the least restrictive environment. Serve as administrative designee as needed.
- Provide case management for high profile students by serving as communication liaison, facilitating parent teacher conferences, coordinating and facilitating pre-meetings and IEPs; consulted with school staff regarding educational needs of students, develop action plans to address compliance, parent and staff concerns; supported teachers regarding articulating student's needs and communicating with parents in a manner to avoid further disagreement.
- Consult and confer with administrators, general education and special education teachers regarding procedural safeguards, development of Behavior Intervention Plans – data tracking, development of classroom behavioral management techniques and procedures to facilitate learning with students who have behavioral challenges. Provide ongoing consultation as needed.
- Developed school site training for teachers regarding responsibilities for implementation of student's IEP focusing on classroom accommodations and modifications in collaboration with the school site administration, the Teacher's Union, the Director of Special Education, and the Coordinator of Special Education.
- Prepared, inputted, and maintained student schedules, contacts with parents and discipline incidents in AERIES and meet with families regarding School Attendance Review Board (SART) agreements as needed.

## Teaching Experience

### SPECIAL EDUCATION TEACHER
### HACIENDA LA PUENTE USD - 2010-2015

- Created and managed a teaching environment conducive to learning and providing intensive behavioral management for students with an emotional and behavioral disorder in a restrictive setting.
- Conducted staff training for use of successive approximations as behavioral management strategy and planned.
- Served on the site Behavioral Response to Intervention team (MTSS) which included reviewing and recommending tiered behavioral interventions tailored to individual student needs.

· Academically assessed students for triennial evaluations and prepared necessary reports for inclusion in psycho-educational evaluation, presented materials during Individualized Education Program meeting, reported on goals, developed goals and objectives, maintained contact with parents and support providers.
· Worked collaboratively with special education teachers and psychologists to develop behavior management plans specific towards student needs.
· Developed instructional plans to meet the educational needs identified through formal and informal assessment of students with Emotional Disturbance.
· Encouraged and maintained open communication with parents and service providers.
· Supervised and shared in the evaluation of paraprofessionals in classroom.
· Systematically maintained pupil attendance records.

## Education

**CALIFORNIA STATE UNIVERSITY, SAN BERNARDINO**
· Administrative Services Credential (Certificate of Eligibility)
· Master of Arts, Educational Administration

**CALIFORNIA STATE UNIVERSITY, FULLERTON**
· Bachelor of Arts, Communications (Emphasis in Public Relations)
· Clear Education Specialist Instruction Credential – Valid through 11/01/2026
· Behavior Intervention Case Manager (BICM)

# JOSE E. CAMPOS

7123 Twinspur Ct.                                    (951) 742-3251
Eastvale, CA 92880                                   JECampos41@yahoo.com

## EDUCATION

2007     **Ed.D, Organizational Leadership (A.B.D.)**
        University of La Verne, La Verne

2003     **Master of Arts, Educational Administration**
        Cal State San Bernardino, San Bernardino

2001     **Master of Arts, Education**
        Whittier College, Whittier

1994     **Bachelor of Arts, Political Science**
        Whittier College, Whittier

## STATE OF CALIFORNIA CREDENTIALS

**Professional Administrative Services Credential**
**Professional Clear Multiple Subject Teaching Credential, CLAD Emphasis**

## ACCREDITATIONS / LICENSES

**Accredited Trainer, Triple P Parenting Level 4**
University of Queensland, Australia

**Certified Trainer, Restorative Practice**
IIRP

## CERTIFICATES

**Certificate, CBITS certified**
Riverside University Health System – Behavioral Health

**Certificate, Home Instruction for Parents of Preschool Youngsters**
HIPPY USA, Little Rock Arkansas,

**Certificate, Parent Child Home Program**
PCHP Home Visitation Program, Garden City, New York

**Certificate, Common Sense Parenting**
Boys Town, NE

**Certificate, Latino Family Literacy**
Pasadena, CA

**Certificate, Parent Engagement Leadership Initiative**
Riverside County Office of Education, Riverside

**Certificate, Center for Civic Policy and Leadership**
Reach Out, Upland

**Certificate, Gifted and Talented Education**
Jurupa Unified School District, Riverside

**Certificate, Leadership Academy**
Jurupa Unified School District, Riverside

AR000789

**Certificate, Education Leadership Through Technology**
Stanford University, Palo Alto

<div align="center">PROFESSIONAL EXPERIENCE</div>

2014-Present    **Director, Parent Involvement and Community Outreach**

**Jurupa Unified School District**

- **Director** of mental health services and related contracts for reimbursement of said services
- 
- **Director** of school based health related services and immunizations
- **Facilitator** of Parent Engagement Leadership programs
- **Grant Writer of** over $8,000,000 in funding for services since 2014
- **Fiscal Manager** of over $6,000,000 annual budget
- **Grant Manager** for government and private grants
- **Coordinator** for school based educational program for nutrition, mental health, and parenting
- **Coordinator** of outreach and community programs
- **Co-Facilitator** of district level wellness committee and school based wellness initiatives
- **Member** of district level SARB (Student Attendance Review Board)

2005-2014    **Principal, Troth Street Elementary**

**Jurupa Unified School District**

- **Supervisor** for Categorical Program implementation; Title I, Title III, School Improvement, English Language Acquisition Program, CBET
- **Liaison** for home/school/community relations
- **Instructional Leader** for the implementation of differentiated instructional strategies
- **Coordinator** for School Attendance Review Team (SART)
- **Facilitator** of site level staff development and planning
- **Coordinator** of School Safety and Facilities
- **Supervisor** for site-based Extended Learning

2003-2005    **Assistant Principal, Haynes Elementary**, Ontario-Montclair School District

2001-2003    **Program Facilitator, Corona Elementary**, Ontario-Montclair School District

1996-2001    **Bilingual Teacher, Lehigh Elementary**, Ontario-Montclair School District

2000-2002    **Success Program Presenter, Bilingual Family Counseling Services
Ontario, California**

<div align="center">SELECTED PROFESSIONAL DEVELOPMENT</div>

Curriculum     Jurupa Unified School District:  **GATE Certificate Program**
Riverside County Office of Education: **AB430 Module II and III, Step Up To Writing, AB466 Math, Language!**
Ontario-Montclair School District: **AB75 Module 1, Houghton Mifflin Program Implementation – General Classroom and Special Education training, AIMS training, Curriculum Mapping**, **Developing Language For Academic Success, BTSA**

AR000790

Administrator's Training (SB 2042)
BER: **Cutting-Edge Strategies and Practical Classroom Techniques for GIFTED AND HIGHLY CAPABLE STUDENTS: A Differentiated Approach**
Staff Development for Educators' Program: **Teaching Gifted Kids in the Regular Classroom**

Technology    San Bernardino County Schools: **ADAPT training**
California Computer Schools: **Microsoft Access Intermediate and Advanced Level**
Cal State San Bernardino: **Introduction to and intermediate microsoft access**
Ontario-Montclair School District: **Instructor of all Microsoft Office Applications**

Facilitation & Planning:
The Cambridge Group: **Strategic Planning Facilitator's Training, Site Planning in a Strategic Context**
University of La Verne: **The Decision Making Process**
Franklin Covey: **FOCUS Training**

*COMMUNITY ORGANIZATIONS*

Commissioner, Riverside County Children and Families Commission
Board Chair, Riverside Community Health Foundation
Board Member, Borrego Health
Coach (since 2007), Empire Soccer Eastvale
Coach (since 2013), Little League Eastvale
Cub Scout Leader (since 2010), Pack 803 Eastvale

*PREVIOUS COMMUNITY ORGANIZATIONS*

Commissioner, Riverside County Behavioral Health Commission
Past President, Jurupa Valley Chamber of Commerce
Chair, HOPE Collaborative District 1
Board Member, HOPE Collaborative (Riverside County Child Abuse Council)
Advisory Board Member, Rubidoux Family Resource Center

*AWARDS & RECOGNITION*

2022 CSBA Golden Bell Award Recipient
2020 Districts of Distinction
2019 Kaiser National Thriving Schools Awardee
2018 Riverside County Sustainability Awardee
2017 Riverside County Office of Education Administrator or the Year
2017 Riverside County Public Health Champion
2016 Community Partner of the Year
2016 CSBA Golden Bell Award Recipient
2015 Riverside County Office of Education Models of Excellence & Innovation

AR000791

# Rafael Garcia

17440 Mariposa Ave ▪ Riverside, CA 92504 ▪ Cell: (951) 741-8958 ▪ E-mail: rgarcia1@mvusd.net

## Summary of Qualifications and Areas of Knowledge:

Multi-Tiered Systems of Support, including Positive Behavioral Interventions and Supports; Create and maintain a positive school culture and climate by building a team with strong core values that utilizes data as a call to action; Connect and collaborate with all stakeholders; Professional development workshops (Technology, Structured Student Interaction, Anti-Bullying, AVID, EL Strategies, SART/SARB, Expulsion Process, Interview Panels); School Plan for Student Achievement; Budget, purchasing, and finances; CAASPP/Smarter Balanced/ELPAC Administrator; Special Education law and mandated interventions; School Site Council; WASC focus group member; Curriculum development; Club Advisor; Activities Director; Youth counselor; Tutoring/Mentoring; Bilingual/Bi-literate; Excellent communication skills; Computer and software proficiency.

## Professional Career History:

| | |
|---|---|
| Aug 2022 – Present | **13563 Heacock St, Moreno Valley, CA 92553**<br>**Director III: Wellness, Mental Health, & Community Outreach**<br>Liaison between local schools, law enforcement, community agencies and governmental organizations to enhance delivery of services. Responsible for development, coordination, and monitoring of budgets relating to programs in the Wellness Center. Responsible for the coordination, expansion of, and monitoring of mental health support and services. |
| Oct 2019 – Aug 2022 | **15261 Legendary Dr, Moreno Valley, CA 92553**<br>**Principal, Landmark Middle School**<br>Serves as the chief administrative officer of a middle school; manages all affairs of the school within District policy and procedures including implementation and evaluation of instructional programs, student and staff supervision, and community relations functions. |
| Nov 2016 – Oct 2019 | **Moreno Valley USD: 23301 Dracaea Ave, Moreno Valley, CA 92553**<br>**Coordinator, Child Welfare & Attendance, Student Services**<br>Responsibilities Included: Develop and implement attendance practices that improve student performance in the District. Implement and supervise the discipline program of the District. Provide leadership in the process of appropriate placement in Alternative Education programs of the District. Coordinate the District School Attendance Review Board. Maintain relationships with other divisions and community based organizations to enhance services within the Student Services program of the District. |
| Aug 2013 – Nov 2016 | **Val Verde USD: 970 W. Morgan St, Perris, CA 92571**<br>**Assistant Principal: Lakeside MS, March MS, & Rancho Verde HS**<br>Responsibilities Included: Co-Administrator of a 6-8/9-12 school facility; perform duties involving the administration of all major portions of school operations as assigned by the principal; assumes leadership and responsibility for the school in the absence of the principal. Develop and implement discipline and attendance programs. |

## Related Experience:

| | |
|---|---|
| Aug 2013 - Nov 2016 | **Assistant Principal, March Middle School/Lakeside Middle School/Rancho Verde HS**<br>Developed and Implemented: Sequential Discipline Policy, School-wide PBIS program (PAAC/Fierce Fridays/Student of the Month), "MARCH Up" Intervention Program. Administrator for ASB, AVID, STEAM, Special Education, and Junior Scholars. Maintained appropriate school wide safety and supervision protocols and training. Implemented Attendance protocols/procedures; Developed Saturday STEAM Program. Served on Expulsion Panels, SART/SARB Panels, Discipline Committee representative. |
| Aug 2007 – June 2013 | **Val Verde USD: 970 W. Morgan St, Perris, CA 92571**<br>Teacher, Social Science: Student Success Academy, Val Verde HS, Lakeside MS<br>Responsibilities Included: Design and implement effective lesson plans that include high yield instructional strategies in order to increase student achievement while maintaining a positive learning environment. |

AR000792

# Rafael Garcia

17440 Mariposa Ave ▪ Riverside, CA 92504 ▪ Cell: (951) 741-8958 ▪ E-mail: rgarcia1@mvusd.net

| July 2020 – June 2022 | **Knight Center: <u>W</u>ellness, <u>I</u>nterventions, & <u>N</u>ever-ending <u>S</u>upport (*Each student WINS!*)** Created and developed a resource center for students to receive school supplies, resources, clothing, and community referrals; used data and referrals to provide students with social/emotional development needs with evidence-based curriculum and/or referrals to mental health services; created comprehensive school-wide Multi-Tiered Systems of Support to ensure that students receive a continuum of supports and services. |
| --- | --- |
| Aug 2017 – Present | **<u>E</u>quity <u>T</u>hrough <u>A</u>ction (*What's Your ETA?*) Program** Creator and coordinator: Select, train, and assign social worker intern trainees to schools to identify and remove barriers to education, including absenteeism/social-emotional deficits. |
| Aug 2011 – June 2016 Aug 2021 – June 2022 | **Run with the PAAC (Phenomenal Attendance, Academics, & Citizenship)** School-wide positive attendance, academic, & behavioral incentive & recognition program |
| Jan 2011 – June 2013 | **Activities Director, Val Verde High School & Lakeside Middle School** Coordinate a variety of events in order to build a positive school culture while forming relationships in the community. Organized graduation and other student ceremonies. |
| Aug 2008 – May 2013 | **Bilingual Facilitator/Re-designator:** English proficiency exam administrator; progress monitoring and re-designation for English Learners. |

## Degrees and Certificates:

| Aug 2016 – Sept 2018 | **Riverside County Office of Education** 3939 13th St, Riverside, CA 92501 Cleared Administrative Services Credential |
| --- | --- |
| Aug 2017 – May 2018 | **Association of California School Administrators: Pupil Services Academy** 3602 Inland Empire Blvd., Suite A-230, Ontario, CA 91764 Certificate of Completion |
| Jan 2007 – Jan 2011 | **Chapman University** 3990 Concours Drive, Ontario, CA 91764 Single Subject Cleared Credential (2042), Social Science. Master of Arts in Education, Organizational Leadership. Preliminary Administrative Services Credential |
| April 2005 – Dec 2006 | **California State University** 5500 University Parkway, San Bernardino, CA 92407 Bachelor of Arts, History – Social Science Subject Competency (NCLB Compliant) |

## Professional References:

| Dr. Martinrex Kedziora | **Superintendent of Schools, Moreno Valley USD** 951.768.8686 mkedziora@mvusd.net |
| --- | --- |
| Dr. Robert Verdi | **Chief Human Resources Officer, Moreno Valley USD** 909.532.9041 rverdi@mvusd.net |
| Mrs. Maribel Mattox | **Retired, Chief Academic Officer, Moreno Valley USD** 951.743.1257 mmattox@mvusd.net |

AR000793

# JANINE A. MOORE, LMFT

---

## EDUCATION:

### CALIFORNIA STATE UNIVERSITY, FULLERTON
Master's Degree in Counseling, with a concentration in Marriage, Family and Child Counseling;  June 1990

### UNIVERSITY OF CALIFORNIA, IRVINE
Bachelor of Arts Degree in Psychology;  May 1987

## LICENSES:

Licensed Marriage and Family Therapist  #MFC31899, effective 10/94

## EXPERIENCE IN MENTAL HEALTH FIELD:

### Riverside University Health System – Behavioral Health, Riverside, California

1/18 – Present:     **Deputy Director – Mental Health Services**

- Deputy Director of the Department's Children's and Transition Age Youth programs.
- Lead department-wide program planning, organization, management, and evaluation of comprehensive, county-wide children's mental health programs; facilitated expansion of the children's system of care.
- Implement policies and procedures to meet legal requirements, county policies, goals and the delivery of required service levels.
- Provides leadership, direction and oversight to Mangers and Administrators in the planning, organization, management, evaluation and coordination of delivery of services to ensure comprehensive county-wide, mental health programs.
- Provides administrative and program guidance to managers in the implementation of departmental objectives consistent with the overall department goals and improve their understanding of program and administrative policies and procedures.
- Monitors program operations to ensure that objectives are accomplished within established budgets; meets with subordinate managers to determine budgetary requirements and forecast needs for staffing, equipment, material and supplies; prepares budget estimates and justification for assigned programs including grant funds, contracted services, and federal and state funds; maintains cost controls to assure compliance with budget provisions.
- Supervises and evaluates Managers and Administrators; reviews, staffing and personnel decisions, organizational structures, issues and operational methods; continually evaluates and assesses operations relative to effective utilization of resources and achievement of goals and implements changes as necessary.
- Meets with the Assistant Mental Health Directors to provide administrative and program updates and make recommendations for policy decisions.
- Assesses the needs of the communities served to determine program and service priorities; coordinates with regional Board of Supervisor's staff to address Mental Health issues identified by County Supervisors; evaluates the effectiveness of

AR000794

existing programs, and recommends and/or implements new or modified programs.

- Acts as liaison and represents RUHS - BH in relationships with service providers, county departments, state or other funding sources and community and business organizations; participates in a variety of internal and external meetings, committees and coalitions; and interacts with various planning councils and boards.
- Negotiates, administers, and evaluates major contractual agreements with private and public mental health service providers; recommends and facilitates implementation of procedural and operational changes to maximize service delivery; recommends related remedial action to correct any noted deficiencies to ensure continuation of contracts.

9/17 – 1/18:    **Mental Health Services Administrator**

- Administrator of the Department's Central Children's Region, which includes eight supervisory staff that oversee six distinct programs. Each program supports services to youth and families throughout the county, both through provision of direct services and/or providing support to community based providers and partner agencies.
- Provide program guidance for each program including evaluation of staffing needs, monitoring of staff productivity, evaluation of outcomes and review of program budgets.
- Lead department efforts in the implementation of Continuum of Care Reform (CCR) legislation and ongoing implementation of Pathways to Wellness, including coordination with management of the Department of Social Services and Probation.
- Evaluate impact of legislation of children's programs throughout the department and provide information to the Deputy Director and Program Supervisors on needed changes to services delivery.
- Work closely with the Deputy Director of Children's Services to expand the Children's System of Care. This included the development of the Department's vision and strategic plan for serving youth and families.
- Evaluation of program statements, meetings with administrators of potential provider organizations and development of contract language.
- Work closely with the Deputy Director of Children's Services in the development of contract monitoring requirements for new and existing providers to ensure quality of services to youth and families and cost effectiveness of programs.
- Maintain ongoing, positive working relationships with Department of Social Services and Probation to ensure the coordination of services for youth and families.
- Participate in coordination meetings with partner agencies, including Department of Social Services, Probation, Public Defender's Office, Juvenile Defense Panel and Juvenile Court.

5/08 – 9/17:    **Administrative Services Manager/Prevention and Early Intervention**

- Planned, organized and directed the development of the Riverside County Department of Mental Health, Mental Health Services Act, Prevention and Early Intervention (PEI) Plan.
- Completed a comprehensive community planning process which included coordination of staff to complete focus groups and the development and distribution of a community survey.
- Developed and coordinated topic specific workgroups addressing stigma reduction, trauma and ethnic/cultural disparities.
- Provided community education regarding Prevention and Early Intervention guidelines to a broad base of community stakeholders.

- Act as a liaison in relationships with community members, cultural leaders, faith based organizations, service providers and other county departments.
- Develop and monitor contractual agreements with private and public mental health service providers. Monitor programs to ensure program compliance and make recommendations regarding remedial action as needed.
- Ensure that fidelity to Evidence-Based Practices are maintained.
- Work directly with Research and Evaluation unit to develop protocols regarding data collection to ensure program effectiveness.
- Developed and provide program guidance to a multi-disciplined mental health staff including staff development officers, social service planners and clinical therapists in their role as training and fidelity liaisons.
- Utilize data to assess the needs of communities served to determine program and service priorities.
- Monitor overall PEI budget and expenditures to ensure funds are utilized appropriately.
- Monitor outcomes of each program to evaluate effectiveness and make determinations regarding continuation of programs.
- Monitor local, State and Federal regulations related to ensure program compliance.
- Participated in the Community College Chancellor's Office Student Mental Health Advisory Group.
- Act as one of the Department's liaisons to CalMHSA, which is a Joint Powers Authority funded by counties to implement statewide strategies to address suicide prevention and stigma reduction among other initiatives.
- Ensure statewide initiatives are integrated into local activities through providing information to providers and cultural groups.

12/05 – 5/08:  **Mental Health Services Supervisor** – Van Horn Counseling Center

- Provide clinical and administrative supervision of a multi-disciplinary staff including, psychiatrists, psychologists, clinical therapists, behavioral health specialist, office assistants and student interns. Staff is located at two locations, Van Horn Youth Center and Riverside Juvenile Hall.
- Develop and maintain interagency relationships with multiple agencies, including Probation, Detention Health, Riverside County Office of Education, and Judges.
- Developed additional programming for minors housed at Riverside Juvenile Hall.
- Developed a multi-agency staffing at Riverside Juvenile Hall which includes Probation and Riverside County Office of Education.
- Implemented policies and procedures to ensure consistency of services at both locations.
- Ensured the implementation and adherence to the County's policies and procedures.
- Developed roles and responsibilities for two newly funded MHSA positions, Probation Liaison and Court Liaison.
- Provided training to all children's staff on AB2726 regulations and procedures.
- Participate in the task force focused on Co-Occurring Disorders in children and adolescents.

12/00 – 12/05:  **Mental Health Services Supervisor** – Children's Treatment Services

- Supervision of the primary children's public mental health clinic for the Western Region of Riverside County.

AR000796

- Provided clinical and administrative supervision of a multi-disciplinary staff of 25, including, psychiatrist, psychologist, clinical therapists, behavioral health specialist, parent partner, office assistants, student interns and community service assistants.
- Developed and maintain interagency relationships with four school districts.
- Developed new programming and ensure that current programming is effective in meeting the needs of the client's served.
- Developed and implemented clinic policies and procedures.
- Ensured the implementation and adherence to the County's policies and procedures.
- Implemented two CAPIT contracts awarded by DPSS for transportation services and parent education classes.

09/96 – 12/00:   **Clinical Therapist II** - Children's Treatment Services

- Provided individual, group and collateral therapy for children, ages 2-20, and their families.
- Provided therapeutic services designed for a target population of seriously emotionally disturbed children.
- Provided therapeutic services designed for a target population of victims of child sexual abuse.
- Provided services on school site as well as treatment within an intensive outpatient program.
- Maintained client records to meet Medi-Cal standards.
- Supervised student interns within the intensive outpatient setting.
- Provided crisis intervention for children and their families.

## Canyon Ridge Hospital, Chino, California

01/94 – 09/96:   **Program Therapist** in Partial Hospital Program:

- Adult patient clientele whose diagnoses included Major Depression, Panic Disorders, Schizophrenia, Personality Disorders and Chemical Dependency.
- Facilitated process, cognitive, chemical dependency, educational and family groups.
- Developed treatment plans for effective patient care.
- Participated in multi-disciplinary treatment planning.
- Conducted in-patient consultations for suitability for the Partial Hospital Program.
- Provided community based referrals.
- Provided crisis intervention on a one to one basis.
- Conducted presentations to hospital staff on group leadership skills and Adlerian Psychology.
- Conducted prevention focused educational groups for senior citizens and developmentally disabled adults.

05/93 – 01/94:   **Social Worker** in Partial Hospital Program:

- Facilitated cognitive, chemical dependency and educational groups.
- Developed treatment plans for effective patient care.
- Participated in multi-disciplinary treatment planning.
- Conducted in-patient consultations for suitability for the Partial Hospital Program.
- Provided community based referrals.
- Conducted psychosocial evaluations for all outpatient clientele.
- Conducted discharge planning for all outpatient clientele.

10/92 – 05/93:   **Parent Educator**

AR000797

- Conducted six week parent/adolescent education program to develop communication skills and consequence/reward systems.

**City Of Chino, Human Services Division**, Chino, California

09/89 – 12/93:    **Counselor, MFCC Intern**

**Elementary School Counseling Program:**

- Conducted individual, group and family counseling sessions for elementary school children.
- Developed curriculum for on site school based groups.
- Trained BA and MA level interns in elementary school counseling.
- Crisis intervention with students and their families.

**Adolescent Counseling Program:**

- Conducted individual, group and family counseling for junior high and high school students.
- Trained BA and MA level interns in working with adolescents.
- Crisis intervention with students and their families.

**Gang Diversion Program:**

- Conducted crisis intervention groups to divert and resolve gang conflicts.

**Educational Programs:**

- Facilitated S.T.E.P. and Active Parenting classes.
- Facilitated alcohol/drug education classes for special education students and developmentally disabled adults.

AR000798

*Riverside County Office of Education*

## **Appendix B: Copy of Indirect Cost Rate Agreement**

## **and LEA Documentation**

**AR000799**

**2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing**
**California Department of Education (CDE) - School Fiscal Services Division**
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022
C: County
CA: Common Administration                                    https://www.cde.ca.gov/fg/ac/ic/index.asp
D: District
J: Joint Powers Agency
Non Op : Closed or LEA not yet operational

## Approved Rates. For use with state and federal programs, as allowable in:

| County Code | LEA Code | Type | LEA Name | 2018–19 (based on 2016–17 expenditure data) | 2019–20 (based on 2017–18 expenditure data) | 2020–21 (based on 2018–19 expenditure data) | 2021–22 (based on 2019–20 expenditure data) | 2022–23 (based on 2020–21 expenditure data) |
|---|---|---|---|---|---|---|---|---|
| 33 | 10330 | C | Riverside County Superintendent | 8.23% | 8.41% | 8.28% | 8.04% | 8.00% |
| 33 | 66977 | D | Alvord Unified | 5.02% | 4.34% | 4.21% | 3.58% | 3.75% |
| 33 | 66985 | D | Banning Unified | 7.95% | 8.15% | 6.13% | 6.85% | 5.06% |
| 33 | 66993 | D | Beaumont Unified | 5.72% | 7.49% | 10.02% | 6.49% | 4.56% |
| 33 | 67033 | D | Corona-Norco Unified | 4.84% | 5.14% | 3.14% | 4.39% | 5.82% |
| 33 | 67041 | D | Desert Center Unified | 9.93% | 10.05% | 7.74% | 6.82% | 11.17% |
| 33 | 67058 | D | Desert Sands Unified | 4.55% | 5.14% | 5.25% | 5.37% | 4.86% |
| 33 | 67082 | D | Hemet Unified | 6.34% | 5.88% | 5.92% | 8.03% | 9.18% |
| 33 | 67090 | D | Jurupa Unified | 3.88% | 3.51% | 3.26% | 3.69% | 2.66% |
| 33 | 67116 | D | Menifee Union Elementary | 5.15% | 5.90% | 6.09% | 5.89% | 3.59% |
| 33 | 67124 | D | Moreno Valley Unified | 5.05% | 4.05% | 3.78% | 3.63% | 3.84% |
| 33 | 67157 | D | Nuview Union | 6.78% | 5.86% | 5.83% | 6.27% | 6.19% |
| 33 | 67173 | D | Palm Springs Unified | 5.02% | 4.53% | 5.19% | 4.98% | 4.32% |
| 33 | 67181 | D | Palo Verde Unified | 5.20% | 5.64% | 4.60% | 3.29% | 6.12% |
| 33 | 67199 | D | Perris Elementary | 5.14% | 7.17% | 9.84% | 7.19% | 5.25% |
| 33 | 67207 | D | Perris Union High | 6.33% | 6.11% | 6.01% | 6.11% | 3.74% |
| 33 | 67215 | D | Riverside Unified | 4.18% | 3.98% | 3.60% | 3.41% | 3.49% |
| 33 | 67231 | D | Romoland Elementary | 4.47% | 6.22% | 5.36% | 5.13% | 4.84% |
| 33 | 67249 | D | San Jacinto Unified | 5.71% | 6.86% | 9.07% | 6.93% | 3.39% |
| 33 | 73676 | D | Coachella Valley Unified | 5.04% | 4.17% | 4.48% | 4.35% | 4.34% |
| 33 | 75176 | D | Lake Elsinore Unified | 5.54% | 5.75% | 5.63% | 4.60% | 3.97% |
| 33 | 75192 | D | Temecula Valley Unified | 6.10% | 3.77% | 3.41% | 3.23% | 5.12% |
| 33 | 75200 | D | Murrieta Valley Unified | 5.19% | 5.37% | 5.64% | 5.56% | 5.34% |
| 33 | 75242 | D | Val Verde Unified | 6.91% | 7.40% | 7.37% | 7.04% | 8.19% |

AR000800



# California School Directory

## Riverside County Office of Education

| County | Riverside |
| --- | --- |
| District | Riverside County Office of Education<br>List of active district's schools |
| CDS Code | 33 10330 0000000 |
| District Address | 3939 13th St.<br>Riverside, CA 92502-0868<br><br>Google Map ◨Link opens new browser tab |
| Mailing Address | PO Box 868<br>Riverside, CA 92502-0868 |
| Phone Number | (951) 826-6530 |
| Fax Number | Information Not Available |
| Email | cpetinak@rcoe.usLink opens new Email |
| Web Address | www.rcoe.us ◨Link opens new browser tab |
| Superintendent | Dr. Edwin Gomez<br>County Superintendent of Schools<br>(951) 826-6670<br>egomez@rcoe.us |
| Chief Business Official | Scott Price<br>Chief Business Official<br>(951) 826-6790<br>sprice@rcoe.us |
| Status | Active |

https://www.cde.ca.gov/SchoolDirectory/details?cdscode=33103300000000

AR000801

| District Type | County Office of Education (COE) |
|---|---|
| Low Grade | P |
| High Grade | Adult |
| NCES/Federal District ID | 0691026 |
| Statistical Info | [Link to District Profile](#) |
| CDS Coordinator (Contact for Data Updates) | Craig Petinak (951) 826-6679 [Request Data Update(s)](#) |
| Last Updated | March 23, 2022 |

## Directory Disclaimer

The California School Directory and related public school and district data files (collectively referred to as the "Directory"), contain information about California schools, districts, and school/district administrators that is voluntarily self-reported by local education agencies (LEAs) to the California Department of Education (CDE) as a public convenience. Because the information is voluntarily self-reported, the Directory does not contain information for every LEA and the information that is in the Directory may be outdated or have errors, omissions, typos and other inaccuracies. Therefore, information, or the absence of information, in the Directory should not be relied upon for any purpose and should be used only to contact the LEA. The CDE makes no representation or warranty, express or implied, with respect to Directory information.

For information regarding LEA accreditation, please visit the US Department of Education's [Accreditation and Quality Assurance ↗](#) web page.

**Share this Page**

**Resources**

- [County-District-School Administration](#)
  Information regarding county-district-school (CDS) administration. Includes tools to request CDS updates and information on district reorganizations.

- [Student Records & Transcripts](#)
  General information regarding student records.

- [High School Equivalency (HSE) Tests](#)
  Information to obtain General Education Diploma (GED) results.

- [CDE Press](#)
  Publications and other educational resources from CDE Press, the Department's publications office.

https://www.cde.ca.gov/SchoolDirectory/details?cdscode=33103300000000

AR000802

- [Search for public schools nationwide](#) ↗ on the National Center for Educational Statistics (NCES) web site.

- [Search for private schools nationwide](#) ↗ on the National Center for Educational Statistics (NCES) web site.

- Post-secondary information may be obtained from the [California Community College](#) ↗, [California State University](#) ↗, or [University of California](#) ↗.

## Submitting Updates/Corrections

All updates/corrections must be routed through the LEA CDS coordinator. You can submit updates directly to the LEA CDS Coordinator for this entity by clicking here: [Request Data Update(s)](#)

Below are links to resources for LEA CDS coordinators for submitting corrections.

- [OPUS-CDS Web Application](#)
  Application used by authorized LEA CDS coordinators to notify the CDE of updates to the Public School Directory. A user name and password is required to access this application.
- [Instructions for Submitting CDS Changes](#)
  Instructions for submitting changes to County-District-School (CDS) information.

---

California Department of Education
1430 N Street
Sacramento, CA 95814

[Contact Us](#) | [FAQ](#) | [Web Policy](#) | [Directory Disclaimer](#)

https://www.cde.ca.gov/SchoolDirectory/details?cdscode=33103300000000

AR000803

## APPENDIX C: LETTERS OF AGREEMENT

- Beaumont Unified School District (BUSD)

- Jurupa Unified School District (JUSD)

- Moreno Valley Unified School District (MVUSD)

- Riverside University Health System - Behavioral Health (RUHS-BH)

- California Baptist University (CBU)

AR000804



# BEAUMONT UNIFIED SCHOOL DISTRICT

### BOARD OF TRUSTEES

| | | | | |
|---|---|---|---|---|
| *Mr. Steven Hovey* | *Mr. David Sanchez* | *Mrs. Janelle Poulter* | *Mrs. Susie Lara* | *Mr. Shawn Mitchell* |
| President | Vice President | Clerk | Member | Member |

### ADMINISTRATION

| | | | |
|---|---|---|---|
| *Mrs. Maya Kakish* | *Mrs. Jennifer Castillo* | *Dr. Ebon Brown* | *Mrs. Penni Harbauer* |
| Superintendent | Assistant Superintendent Human Resources | Assistant Superintendent Instruction & Support Services | Assistant Superintendent Business Services |

## School Based Mental Health Letter of Agreement

**Overview:** The purpose of this Letter of Agreement is to support the work for the School Based Mental Health (SBMH) grant. The SBMH Grant is a five-year grant funded by the US Department of Education up to three million dollars per year, with a required 25% non-federal match to federal funds awarded. The purpose of the SBMH is to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of highly diverse credentialed services providers in the LEA(s).

**Scope of Project:** Riverside County Office of Education (RCOE) with local school districts, local non-profits, and higher education partners is applying for the School Based Mental Health Grant. The SBMH project will 1- increase the number of credentialed service providers serving students in the LEA(s) with demonstrated need and 2- will improve the likelihood that credentialed service providers in the high needs LEA(s) will stay in their position over time.

The SBMH Collaborative will build upon existing local and regional plans for education success and will improve mental health services, outcomes and the number of credentialed service providers. The Grant period is from January 1, 2023 through December 31, 2027.

**Collaborative Commitments:** As member of the School Based Mental Health Collaborative, Beaumont Unified School District commits to adhering to the following School Based Mental Health activities:

- Work cooperatively with members of the SBMH Collaborative to adhere to all guidelines outlined in the School Based Mental Health grant application.
- Appoint a lead representative to participate in quarterly collaborative meetings who will be involved in administering and overseeing SBMH services. Additional meetings, calls, and collaboration may be planned as needed.
- Will participate in activities in the recruitment and retention of mental health providers.
- Will participate and provide professional development and technical assistance to school based mental health interns.
- Will provide professional development to further develop their knowledge and skills to help students learn and acclimate to the school environment.
- Contribute to the overall success of SBMH by providing the specific services related to their agency as described below.
- Agree to share with the SBMH Collaborative opportunities for children and families to engage and participate in relevant mental health services and support through the partnering agency.
- Actively supports the SBMH Collaborative efforts through coordinated and calibrated community and family outreach, services, and supports.
- Agree to the RCOE data sharing agreement that will enable the SBMH Collaborative to track progress in meeting required student outcome measures and grant requirements.
- Share and manage data among members of the SBMH Collaborative in accordance with FERPA and/or other federal, state and local laws and policies that protect privacy.
- Make monetary or in-kind contributions toward the matching requirement.
- Agree to provide space and supervision of mental health interns and professionals at school sites.

- Submit required program and matching documentation.
- Submit required program reports, data, or other information needed for program implementation, monitoring, and case management.

**Specific Organization Commitments:** Beaumont Unified School District agrees to participate as a collaborative member in the SBMH Collaborative. The specific program commitments of Beaumont Unified School District are listed below:

### Annual Matching Commitment Table

| Description | Calculation Formula | Total of Public Funding Sources | Total of Private Funding Sources |
|---|---|---|---|
| Financial Match | Total Annual Dollar Amount | | |
| Personnel | 2 x $130,223 (annual salary, plus benefits) | $260,446 | N/A |
| Volunteer Time | ## x $29.95 */hr./month x 12 = | N/A | N/A |
| Supervision | .25 x 2960x11=32,555.75 | $32,556 | N/A |
| Supplies and Materials | Estimated Total Annual Dollar Amount | N/A | N/A |
| Equipment | Value and/or Annual Depreciation, Wear/Tear, Maintenance, Etc. | N/A | N/A |
| Space | Monthly Cost x 12 = | N/A | N/A |
| Communication/ Marketing Costs | Estimated Total Annual Dollar Amount | N/A | N/A |
| Provided Training | Annual Training Costs (materials, presenter, etc.) | N/A | N/A |
| Travel/Mileage | Estimated Total Annual Dollar Amount | N/A | N/A |
| Other: | | N/A | N/A |
| Other | | N/A | N/A |
| | Grand Total | $293,002 | N/A |

*Volunteer rate taken from independentsector.org

Beaumont Unified School District is located in the San Gorgonio Pass area within a growing city of over 55,259 residents. Beaumont Unified School District serves a diverse population of students from the communities of Beaumont, Cherry Valley, Banning and Calimesa. As the City of Beaumont and surrounding cities grow, so has the District, adding an average of nearly 300 students each year. During the 2021-22 school year, the District had an increase of over 800 students and another increase of 1,361 students for the 2022-2023 school year.

With the continued growth of our student population, combined with the recent global event of the Covid 19 pandemic, which led to lengthy school closures resulting in both individual and collective mental health challenges, the need to address these effects to mitigate potential long lasting negative outcomes for our students has become an utmost priority. While our staff and other service providers, including school counselors and community partners have continued to work diligently to try to meet the increasing social emotional needs of our student population, it is still evident that additional support is warranted to address the rising level of mental health needs of our students and their families. With students returning to in person instruction during the 21-22 school year, the District received a rise in reports of anxiety and depression, increased challenging feelings and reports of decrease in sense of belonging among are students as part of social emotional surveys. In addition, the District experienced an increase in chronic absenteeism, a rise in behavioral emergencies, a rise in suicide and risk assessments, as well as an increase in overall districtwide behavioral incidents resulting in suspensions and expulsions.

Beaumont Unified is therefore committed to partnering with RCOE and other members of the Mental Health Collaborative in order to address the need to both recruit, retain licensed school based mental health therapists (LMFT, LCSW, LPCC) in our schools, which will help lower the current high ratios of mental health providers to students and help increase timely access to needed mental health services and supports for all students. As part of our commitment, Beaumont Unified School District agrees to participate as a collaborative member in the SBMH Collaborative. Beaumont Unified School District will provide resources as a partner member, including providing funding to add two licensed therapists positions, in addition to any provided if awarded through the grant, along with supervision support for clinical interns placed in the District. Our long-term commitment will be in effect for the duration of the grant period from January 1, 2023 through December 31, 2027.

**RCOE Commitments:** RCOE commits to serving as the lead agency and fiscal agent for the SBMH grant. RCOE will work cooperatively with SBMH Collaborative members to ensure the agreed upon activities and support are adequately planned and funded to meet the goals and objectives outlined in the grant. Additionally, RCOE will ensure all program, fiscal, and data reports are completed and submitted within a timely manner.

Moreover, our organization commits to working cooperatively and systematically within the School Based Mental Health Collaborative to develop and implement mental health, academic, family and community services to maximize resources and avoid duplication of efforts as outlined in the School Based Mental Health grant application.

Agreed:

_Ebon Brown - Assistant Superintendent_

Authorized Signer- Name and Title

_Beaumont Unified School District_

Partner Organization Name

_10 - 27 - 22_

Date:

Stephan McPeace                10/24/2022
Assistant Superintendent
Division of Leadership, Wellness, and Student Services

PR/Award # S184H220066
Page e123

AR000808



**Trenton Hansen, Ph.D.**
 **Superintendent**
 4850 Pedley Road, Jurupa Valley, CA 92509 T (951) 360-4100

October 31, 2022

School Based Mental Health Letter of Agreement

**Overview:** The purpose of this Letter of Agreement is to support the work for the School Based Mental Health (SBMH) grant. The SBMH Grant is a five-year grant funded by the US Department of Education up to three million dollars per year, with a required 25% non-federal match to federal funds awarded. The purpose of the SBMH is to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of highly diverse credentialed services providers in the LEA(s).

**Scope of Project:** Riverside County Office of Education (RCOE) with local school districts, local non-profits, and higher education partners is applying for the School Based Mental Health Grant. The SBMH project will 1- increase the number of credentialed service providers serving students in the LEA(s) with demonstrated need and 2- will improve the likelihood that credentialed service providers in the high needs LEA(s) will stay in their position over time.

The SBMH Collaborative will build upon existing local and regional plans for education success and will improve mental health services, outcomes and the number of credentialed service providers. The Grant period is from January 1, 2023 through December 31, 2027.

**Collaborative Commitments:** As member of the School Based Mental Health Collaborative, Jurupa Unified School District commits to adhering to the following School Based Mental Health activities:

- Work cooperatively with members of the SBMH Collaborative to adhere to all guidelines outlined in the School Based Mental Health grant application.
- Appoint a lead representative to participate in quarterly collaborative meetings who will be involved in administering and overseeing SBMH services. Additional meetings, calls, and collaboration may be planned as needed.
- Will participate in activities in the recruitment and retention of mental health providers.
- Will participate and provide professional development and technical assistance to school based mental health interns.
- Will provide professional development to further develop their knowledge and skills to help students learn and acclimate to the school environment.
- Contribute to the overall success of SBMH by providing the specific services related to their agency as described below.

**LEARNING WITHOUT LIMITS**

Board of Trustees
Melissa Ragole *President*, Robert Garcia *Clerk*, Karen Bradford, M.A., Eric Ditwiler, Ph.D., Joseph Navarro

AR000809

- Agree to share with the SBMH Collaborative opportunities for children and families to engage and participate in relevant mental health services and support through the partnering agency.
- Actively supports the SBMH Collaborative efforts through coordinated and calibrated community and family outreach, services, and supports.
- Agree to the RCOE data sharing agreement that will enable the SBMH Collaborative to track progress in meeting required student outcome measures and grant requirements.
- Share and manage data among members of the SBMH Collaborative in accordance with FERPA and/or other federal, state and local laws and policies that protect privacy.
- Make monetary or in-kind contributions toward the matching requirement.
- Agree to provide space and supervision of mental health interns and professionals at school sites.
- Submit required program and matching documentation.
- Submit required program reports, data, or other information needed for program implementation, monitoring, and case management.

**Specific Organization Commitments:** Jurupa Unified School District agrees to participate as a collaborative member in the SBMH Collaborative. The specific program commitments of Jurupa Unified School District are listed below:

**Annual Matching Commitment Table**

| Description | Calculation Formula | Total of Public Funding Sources | Total of Private Funding Sources |
|---|---|---|---|
| Financial Match | Total Annual Dollar Amount | | |
| Personnel | 12,343 Median Monthly Wage of Behavioral Health Therapist II x 12 = 148,116 | 148,116 | |
| Volunteer Time (7 interns at 400 hrs. per/ yr) | 280 x $29.95 */hr/month x 10 =$83,860 | 83,860 | |
| Supervision | $5,000 Median Monthly Wage of Position x 12 =$60,000 | $60,000 | |
| | **Grand Total** | 291,976 | |

*Volunteer rate taken from independentsector.org

Jurupa Unified School District will provide a total financial commitment of $291,976 to support the School Based Mental Health Project. Jurupa Unified is fully committed to increasing the number of licensed mental health providers to serve our school communities and by doing so addressing the high demand and need for services. Jurupa Unified will support the project through this collaborative partnership and support the identification and implementation of

AR000810

sustainable funding streams beyond the grant period. Our long-term commitment will be in effect for the duration of the grant period from January 1, 2023 through December 31, 2027.

**RCOE Commitments:** RCOE commits to serving as the lead agency and fiscal agent for the SBMH grant. RCOE will work cooperatively with SBMH Collaborative members to ensure the agreed upon activities and support are adequately planned and funded to meet the goals and objectives outlined in the grant. Additionally, RCOE will ensure all program, fiscal, and data reports are completed and submitted within a timely manner.

Moreover, our organization commits to working cooperatively and systematically within the School Based Mental Health Collaborative to develop and implement mental health, academic, family and community services to maximize resources and avoid duplication of efforts as outlined in the School Based Mental Health grant application.

Agreed:

Signature

Trenton Hansen, PhD, Superintendent

Jurupa Unified School District

October 31, 2022
Date

Signature

Stephan McPeace, Assistant Superintendent Division of Leadership

Riverside County office of Education

10/31/2022
Date

AR000811



**MORENO VALLEY UNIFIED SCHOOL DISTRICT**

SUPERINTENDENT'S OFFICE

25634 Alessandro Blvd.
Moreno Valley, CA 92553
951-571-7500
www.mvusd.net

**BOARD OF EDUCATION**

CLEVELAND JOHNSON
*President*

SUSAN SMITH
*Vice President*

BRANDY CLARK
*Clerk*

JESÚS M. HOLGUÍN
*Member*

RUTH SELF-WILLIAMS
*Member*

**SUPERINTENDENT OF SCHOOLS**
DR. MARTINREX KEDZIORA

**EXECUTIVE CABINET**
DR. ESPERANZA ARCE
*Chief Academic Officer*

SUSANA LOPEZ
*Chief Business Official*

DR. ROBERT VERDI
*Chief Human
Resources Officer*

**Vision Statement**
*To empower students to
become future ready and
positively impact the world.*

**Mission Statement**
*To provide an equitable
education for all students to
be prepared for college
and/or a viable career path
for a successful life.*

School Based Mental Health Letter of Agreement

**Overview:** The purpose of this Letter of Agreement is to support the work for the School Based Mental Health (SBMH) grant. The SBMH Grant is a five-year grant funded by the US Department of Education up to three million dollars per year, with a required 25% non-federal match to federal funds awarded. The purpose of the SBMH is to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of highly diverse credentialed services providers in the LEA(s).

**Scope of Project:** Riverside County Office of Education (RCOE) with local school districts, local non-profits, and higher education partners is applying for the School Based Mental Health Grant. The SBMH project will 1- increase the number of credentialed service providers serving students in the LEA(s) with demonstrated need and 2- will improve the likelihood that credentialed service providers in the high needs LEA(s) will stay in their position over time.

The SBMH Collaborative will build upon existing local and regional plans for education success and will improve mental health services, outcomes and the number of credentialed service providers. The Grant period is from January 1, 2023 through December 31, 2027.

**Collaborative Commitments:** As member of the School Based Mental Health Collaborative, Moreno Valley Unified School District commits to adhering to the following School Based Mental Health activities:

- Work cooperatively with members of the SBMH Collaborative to adhere to all guidelines outlined in the School Based Mental Health grant application.
- Appoint a lead representative to participate in quarterly collaborative meetings who will be involved in administering and overseeing SBMH services. Additional meetings, calls, and collaboration may be planned as needed.
- Will participate in activities in the recruitment and retention of mental health providers.
- Will participate and provide professional development and technical assistance to school based mental health interns.
- Will provide professional development to further develop their knowledge and skills to help students learn and acclimate to the school environment.
- Contribute to the overall success of SBMH by providing the specific services related to their agency as described below.
- Agree to share with the SBMH Collaborative opportunities for children and families to engage and participate in relevant mental health services and support through the partnering agency.
- Actively supports the SBMH Collaborative efforts through coordinated and calibrated community and family outreach, services, and supports.

AR000812

- Agree to the RCOE data sharing agreement that will enable the SBMH Collaborative to track progress in meeting required student outcome measures and grant requirements.
- Share and manage data among members of the SBMH Collaborative in accordance with FERPA and/or other federal, state and local laws and policies that protect privacy.
- Make monetary or in-kind contributions toward the matching requirement.
- Agree to provide space and supervision of mental health interns and professionals at school sites.
- Submit required program and matching documentation.
- Submit required program reports, data, or other information needed for program implementation, monitoring, and case management.

**Specific Organization Commitments:** Moreno Valley Unified School District agrees to participate as a collaborative member in the SBMH Collaborative. The specific program commitments of Moreno Valley Unified School District are listed below:

### Annual Matching Commitment Table

| Description | Calculation Formula | Total of Public Funding Sources | Total of Private Funding Sources |
|---|---|---|---|
| Financial Match | Total Annual Dollar Amount | | |
| Personnel | ## x Median Monthly Wage of Position x 12 = | $71,871.84 | |
| Volunteer Time | ## x $29.95 */hr/month x 12 = | | |
| Supervision | ## x Median Monthly Wage of Position x 12 = | $105,838.91 | |
| Grand Total | | $177,710.75 | |

*Volunteer rate taken from independentsector.org

Moreno Valley Unified School District will provide a total financial commitment of $177,710.75 (.25 FTE) to support the School Based Mental Health Project.

- Position Title: Professional Development Specialist
  - Will facilitate curriculum support and student achievement, will assist district staff in designing, implementing, and coaching teachers towards accelerating student achievement.
  - Provide professional development for stakeholders as it relates to Trauma Informed Schools, Social and Emotional Learning, and Restorative Practices.
- Position Title: Coordinator | Wellness, Mental Health, Community Outreach
  - Coordinating the services and supports of wellness and mental health districtwide
  - Coordinating community outreach services and events
  - Monitors and supports the services and supports through the Wellness and Community Outreach Center
- Position Title: Director III | Wellness, Mental Health, Community Outreach
  - Serves as a liaison between local schools, law enforcement, community agencies and governmental organizations to enhance delivery of services

AR000813

- o  Responsible for development, coordination, and monitoring of budgets relating to programs in the Wellness Center
- o  Responsible for the coordination, expansion of, and monitoring of mental health support and services
- Position Title: School Social Worker
  - o  Develops resources and connections with state, county, private, and non-profit community agencies that can assist students and families in the areas of physical and mental health and other social and faith-based programs designed to improve student success.
  - o  Work with other support staff like the behavior specialists to train and support sites with the implementation of Positive Behavior Support Strategies and Restorative Justice Programs.

Our long-term commitment will be in effect for the duration of the grant period from January 1, 2023 through December 31, 2027.

**RCOE Commitments:** RCOE commits to serving as the lead agency and fiscal agent for the SBMH grant. RCOE will work cooperatively with SBMH Collaborative members to ensure the agreed upon activities and support are adequately planned and funded to meet the goals and objectives outlined in the grant. Additionally, RCOE will ensure all program, fiscal, and data reports are completed and submitted within a timely manner.

Moreover, our organization commits to working cooperatively and systematically within the School Based Mental Health Collaborative to develop and implement mental health, academic, family and community services to maximize resources and avoid duplication of efforts as outlined in the School Based Mental Health grant application.

Agreed:

Signature

Dr. Martinrex Kedziora,
Superintendent of Schools

Moreno Valley Unified School District

Stephan McPeace                    10/24/2022
Assistant Superintendent
Division of Leadership, Wellness, and Student Services

AR000814


**Riverside University**
**HEALTH SYSTEM**
**Behavioral Health**

Reply to:  Behavioral Health Administration
P.O. Box 7549
Riverside, CA  92513

October 28, 2022

School Based Mental Health Letter of Agreement

**Overview:** The purpose of this Letter of Agreement is to support the work for the School Based Mental Health (SBMH) grant. The SBMH Grant is a five-year grant funded by the US Department of Education up to three million dollars per year, with a required 25% non-federal match to federal funds awarded. The purpose of the SBMH is to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of highly diverse credentialed services providers in the LEA(s).

**Scope of Project:** Riverside County Office of Education (RCOE) with local school districts, local non-profits, and higher education partners is applying for the School Based Mental Health Grant. The SBMH project will 1- increase the number of credentialed service providers serving students in the LEA(s) with demonstrated need and 2- will improve the likelihood that credentialed service providers in the high needs LEA(s) will stay in their position over time.

The SBMH Collaborative will build upon existing local and regional plans for education success and will improve mental health services, outcomes and the number of credentialed service providers.  The Grant period is from January 1, 2023 through December 31, 2027.

**Collaborative Commitments:** As member of the School Based Mental Health Collaborative, Riverside University Health System – Behavioral Health commits to adhering to the following School Based Mental Health activities:

- Work cooperatively with members of the SBMH Collaborative to adhere to all guidelines outlined in the School Based Mental Health grant application.
- Appoint a lead representative to participate in quarterly collaborative meetings who will be involved in administering and overseeing SBMH services. Additional meetings, calls, and collaboration may be planned as needed.
- Will participate and provide professional development and technical assistance to Local Education Agencies.
- Contribute to the overall success of SBMH by providing the specific services related to their agency as described below.
- Agree to share with the SBMH Collaborative opportunities for children and families to engage and participate in relevant mental health services and support through the partnering agency.
- Actively supports the SBMH Collaborative efforts through coordinated and calibrated community and family outreach, services, and supports, as appropriate.

AR000815

**Specific Organization Commitments:** Riverside University Health System – Behavioral Health agrees to participate as a collaborative member in the SBMH Collaborative. The specific program commitments of Riverside University Health System – Behavioral Health are listed below:

- Participate in collaborative meetings with program partners in the planning and implementation of the grant activities.
- Provide ongoing Training and Technical Assistance to the partner agencies on Medi-Cal billing in order to lead towards the sustainability of the project.
- Offer Professional Development to Clinicians that are hired by the Local Education Agencies.

**RCOE Commitments:** RCOE commits to serving as the lead agency and fiscal agent for the SBMH grant. RCOE will work cooperatively with SBMH Collaborative members to ensure the agreed upon activities and support are adequately planned and funded to meet the goals and objectives outlined in the grant. Additionally, RCOE will ensure all program, fiscal, and data reports are completed and submitted within a timely manner.

Moreover, our organization commits to working cooperatively and systematically within the School Based Mental Health Collaborative to develop and implement mental health, academic, family and community services to maximize resources and avoid duplication of efforts as outlined in the School Based Mental Health grant application.

Agreed:

Janine Moore, MS, LMFT
Deputy Director, Children's and TAY Programs
Riverside University Health Systems – Behavioral Health

10/31/2022

Stephan McPeace
Assistant Superintendent
Riverside County Office of Education

AR000816

 **College of Behavioral and Social Sciences**

California Baptist University
8432 Magnolia Avenue
Riverside, California 92504

951.343.4487
951.343.4569 (fax)
**calbaptist.edu**

School Based Mental Health Letter of Agreement

**Overview:** The purpose of this Letter of Agreement is to support the work for the School Based Mental Health (SBMH) grant. The SBMH Grant is a five-year grant funded by the US Department of Education up to three million dollars per year, with a required 25% non-federal match to federal funds awarded. The purpose of the SBMH is to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of highly diverse credentialed services providers in the LEA(s).

**Scope of Project:** Riverside County Office of Education (RCOE) with local school districts, local non-profits, and higher education partners is applying for the School Based Mental Health Grant. The SBMH project will 1- increase the number of credentialed service providers serving students in the LEA(s) with demonstrated need and 2- will improve the likelihood that credentialed service providers in the high needs LEA(s) will stay in their position over time.

The SBMH Collaborative will build upon existing local and regional plans for education success and will improve mental health services, outcomes and the number of credentialed service providers. The Grant period is from January 1, 2023 through December 31, 2027.

**Collaborative Commitments:** As member of the School Based Mental Health Collaborative, **California Baptist University** commits to adhering to the following School Based Mental Health activities:

- Work cooperatively with members of the SBMH Collaborative to adhere to all guidelines outlined in the School Based Mental Health grant application.
- Appoint a lead representative to participate in quarterly collaborative meetings who will be involved in administering and overseeing SBMH services. Additional meetings, calls, and collaboration may be planned as needed.
- Will participate in activities in the recruitment and retention of mental health providers.
- Will participate and provide professional development and technical assistance to school based mental health interns.
- Will provide professional development to further develop their knowledge and skills to help students learn and acclimate to the school environment.
- Contribute to the overall success of SBMH by providing the specific services related to their agency as described below.
- Agree to share with the SBMH Collaborative opportunities for children and families to engage and participate in relevant mental health services and support through the partnering agency.
- Actively supports the SBMH Collaborative efforts through coordinated and calibrated community and family outreach, services, and supports.

**LIVE YOUR PURPOSE**[*]

**AR000817**



- Agree to the RCOE data sharing agreement that will enable the SBMH Collaborative to track progress in meeting required student outcome measures and grant requirements.
- Share and manage data among members of the SBMH Collaborative in accordance with FERPA and/or other federal, state and local laws and policies that protect privacy.
- Make monetary or in-kind contributions toward the matching requirement.
- Agree to provide space and supervision of mental health interns and professionals at school sites.
- Submit required program and matching documentation.
- Submit required program reports, data, or other information needed for program implementation, monitoring, and case management.

**Specific Organization Commitments: California Baptist University** agrees to participate as a collaborative member in the SBMH Collaborative. The specific program commitments of California Baptist University are listed below:

### Annual Matching Commitment Table

| Description | Calculation Formula | Total of Public Funding Sources | Total of Private Funding Sources |
|---|---|---|---|
| Financial Match | Total Annual Dollar Amount | | |
| Personnel | 2 x 5000 x 12 = $120,000 | | $120,0000 |
| Volunteer Time | 16x $29.95 */60hr/month x 12 = $345,024.00 | | $345,024.00 |
| Supervision | 2 x 2000 x 12 = | | $48,000 |
| Supplies and Materials | Estimated Total Annual Dollar Amount | 0 | 0 |
| Equipment | Value and/or Annual Depreciation, Wear/Tear, Maintenance, Etc. | 0 | 0 |
| Space | Monthly Cost x 12 =0 | 0 | 0 |
| Communication/ Marketing Costs | Estimated Total Annual Dollar Amount | 0 | 0 |
| Provided Training | Annual Training Costs (materials, presenter, etc.) | 0 | 0 |

AR000818



| Travel/Mileage | Estimated Total Annual Dollar Amount | 0 | 0 |
|---|---|---|---|
| Other | | | |
| Other | | | |
| | **Grand Total** | | **$513,024.00** |

*Volunteer rate taken from independentsector.org

California Baptist University will provide a total financial commitment of $513,024.00 to support the School Based Mental Health Project. CBU agrees to provide the following:

- 16 MSW Social Work Interns providing up to 80 hours per month per student, of mental health services in Riverside County schools
- 2 Full-Time faculty members to provide direction and guidance for social work students, and guidance on obtaining the PPSC credential
- 2 Clinical Supervisors to provide supervision for students and schools that do not have licensed clinicians on staff.

Our long-term commitment will be in effect for the duration of the grant period from January 1, 2023 through December 31, 2027.

**RCOE Commitments:** RCOE commits to serving as the lead agency and fiscal agent for the SBMH grant. RCOE will work cooperatively with SBMH Collaborative members to ensure the agreed upon activities and support are adequately planned and funded to meet the goals and objectives outlined in the grant. Additionally, RCOE will ensure all program, fiscal, and data reports are completed and submitted within a timely manner.

Moreover, our organization commits to working cooperatively and systematically within the School Based Mental Health Collaborative to develop and implement mental health, academic, family and community services to maximize resources and avoid duplication of efforts as outlined in the School Based Mental Health grant application.

Agreed:

Signature

AR000819



_Associate Dean of Social Work_

Authorized Signer – Name and Title

_California Baptist University_

Partner Organization Name

_____

11/1/2022

Stephan McPeace
Associate Superintendent
Riverside County office of Education

AR000820

Riverside County Office of Education

*Appendix D – References/Bibliography*

- *National Association of School Psychologists (2022): https://www.nasponline.org accessed October 22, 2022.*

- Lehr, C. A., Sinclair, M. F., &Christenson, S. L. (2004). Addressing student engagement and truancy prevention during the elementary years: A replication study of the Check & Connect model. *Journal of Education for Students Placed At Risk, 9*(3), 279–301.

- Greenberg, M.T., Domitrovich, C.,  Graczyk, P. & Zins, J. E.  (2005). The Study of Implementation in School-Based Preventive Interventions: Theory, Research, and Practice. U.S. Department of Health and Human Services Substance Abuse and Mental Health Services Administration Center for Mental Health Services.

- Kase, C., Hoover, S., Boyd, G., West, K.D., Dubenitz, J., Trivedi, P.A., Peterson, H.J, & Stein, B.D. (2017). Educational Outcomes Associated With School Behavioral Health Interventions: A Review of the Literature. Journal of School Health, 8(7), 54-562

- Bruns, E.J., Walker, J.S., Adams, J., Miles, P., Osher, T.W., Rast, J., VanDenBerg, J.D. & National Wraparound Initiative Advisory Group (2004). Ten principles of the wraparound process. Portland, OR: National Wraparound Initiative, Research and Training Center on Family Support and Children's Mental Health, Portland State University.

- Bruns, E.J., Walker, J.S., Adams, J., Miles, P., Osher, T.W., Rast, J., VanDenBerg, J.D. & National Wraparound Initiative Advisory Group (2004). Ten principles of the wraparound process. Portland, OR: National Wraparound Initiative, Research and Training Center on Family Support and Children's Mental Health, Portland State University.

- Bruns, E.J., Walker, J.S., Adams, J., Miles, P., Osher, T.W., Rast, J., VanDenBerg, J.D. National Wraparound Initiative Advisory Group (2004). Ten principles of the wraparound process. Portland, OR: National Wraparound Initiative, Research and Training Center on Family Support and Children's Mental Health, Portland State University.

- Durlak, J.A., Weissberg, A.B., Dymnicki, A.B., Taylor, R.D. & Schellinger, K.B. (2011). The impact of enhancing students' social and emotional learning: a meta-analysis of school-based universal interventions.  Child Development, 82(1). 405-432.

- Berkowitz, R., Moore, H., Astor, R.A. & Benbenishty, R. (2017). A Research Synthesis of the Associations Between Socioeconomic Background, Inequality, School Climate, and Academic Achievement. Review of Education Research, 87(2). https://doi.org/10.3102/0034654316669821.

AR000821

- Burke, L. A. (2020, June 22). *Best practices for diversity recruitment in the healthcare sector*. myHealthTalent. Retrieved November 1, 2022, from https://www.myhealthtalent.com/article/best-practices-for-diversity-recruitment-in-the-healthcare-sector

- California, S. of. (2022, August 18). *Governor Newsom unveils new plan to Transform Kids' Mental Health*. California Governor. Retrieved November 1, 2022, from https://www.gov.ca.gov/2022/08/18/governor-newsom-unveils-new-plan-to-transform-kids-mental-health/

- *Hallways to health*. SBHA Toolkits. (n.d.). Retrieved November 1, 2022, from https://tools.sbh4all.org/hallways-to-health/

- *Healthcare badges*. WSU Badges. (n.d.). Retrieved November 1, 2022, from https://badges.wichita.edu/category/healthcare-badges/

- *Helping you to help others.* Home. (n.d.). Retrieved November 1, 2022, from https://www.naadac.org/

- *National Center for School Mental Health (NCSMH)*. National Center for School Mental Health (NCSMH) | University of Maryland School of Medicine. (n.d.). Retrieved November 1, 2022, from https://www.schoolmentalhealth.org/

- *Publications and Digital Products*. Search SAMHSA Publications and Digital Products | SAMHSA Publications and Digital Products. (n.d.). Retrieved November 1, 2022, from https://www.store.samhsa.gov/

- *Recruitment & Retention of the Mental Health Workforce Part 1 webinar*. Southeastern Mental Health Technology Transfer Center. (n.d.). Retrieved November 1, 2022, from https://southeastmhttc.org/recruitment-retention-of-the-mental-health-workforce-part-1-webinar/

- *Required training for Wisconsin School staff*. Wisconsin Department of Public Instruction. (2019, September 3). Retrieved November 1, 2022, from https://dpi.wi.gov/sspw/required-trainings

- Services, D. of H. C. (n.d.). *Department of Health Care Services*. DHCS Homepage. Retrieved November 1, 2022, from https://www.dhcs.ca.gov/

- *Supporting child and student social, emotional, behavioral, and ... - ed*. (n.d.). Retrieved November 1, 2022, from https://www2.ed.gov/documents/students/summary-supporting-child-student-social-emotional-behavioral-mental-health.pdf

AR000822

# Riverside County Wellness Collaborative (RCWC) LOGIC MODEL – SBMH

| Input – Resources | Activities | Outputs | Immediate Outcomes | Middle and Long-Term Outcomes |
|---|---|---|---|---|
| <ul><li>1.0 FTE RCOE Project Director</li><li>1.0 FTE RCOE Project Administrator</li><li>1.0 FTE Behavior Health Coordinator</li><li>1.0 FTE RCOE Recruitment & Retention Specialist</li></ul> | **Overall Grant Management**<br>**Project Organization**<ul><li>Resources</li><li>Fiscal Leadership and Oversight</li><li>Staffing</li></ul>**Project Management**<ul><li>High Quality Products and Services</li><li>Partner Commitment</li><li>Sustainability</li></ul>**Feedback and Continuous Improvement**<ul><li>Data collection and analysis</li><li>GPRA Performance Measures</li></ul>**Project Leadership**<ul><li>Leadership Team</li><li>Advisory Board</li></ul> | **Overall Grant Management**<ul><li>Increased interaction and coordination between LEAs, State, Federal and local mental health resources</li><li>Collaboratively delivered PD and TA</li></ul> | **Overall Grant Management**<ul><li>Increased knowledge and use of mental health resources between LEAs, state, federal and local organizations</li><li>Increased collaboration across organizational boundaries related to mental health services</li></ul> | <ul><li>Increase the number of school based licensed mental health service providers in schools, especially individuals of diverse backgrounds</li><li>Increase access, by lowering the ratio of students to counselors and increasing the number of students who receive mental health services, especially those in diverse and economically disadvantaged school districts</li></ul> |
| <ul><li>Assistance from each district RE space/ email access</li><li>Recruitment Materials</li><li>Supervision staff</li></ul> | **Recruitment Strategies**<br>**SBLMH Provider Pathway Approach**<ul><li>Recruit students from diverse backgrounds to work as SBLMH providers and SBMH interns in our partners schools</li><li>Leverage the partnership between RCOE, participating</li></ul> | **Recruitment Strategies**<ul><li>1 Fall and 1 Spring outreach event per district</li><li>2 Direct Mail/ Email Campaign Messages Fall and Spring</li></ul> | **Recruitment Strategies**<ul><li>Increase number of School Counselors entering licensed mental health programs</li><li>Increase number of classified staff</li></ul> | <ul><li>Increase retention, and therefore decreasing attrition, of SBLMH providers</li><li>Advance student health and well-being which is connected to measures of school success,</li></ul> |

AR000823

| | | | | |
|---|---|---|---|---|
| • Professional Development<br>• Scholarships for practicum | districts and the Social Work program at CBU<br>• Recruitment effort will include students at the Master of Social Worker (MSW) level and the final year of the Bachelor of Social Work (BSW) level<br>• Visit MSW and BSW courses of students in their final year to make them aware of the upcoming positions.<br>• Hold Grant recruitment event with an aim to encourage applications for positions.<br>• Send two email messages directly to students alerting them to the opportunity to work with partner districts as school mental health counselors.<br>• Offer a $8,000 scholarship to complete their program and become SBLMH providers.<br><br>**Three Levels of Recruitment (Pathways)**<br>Level 1 - High School Pathway Activities:<br>• High School Recruitment Events<br>• Email Campaigns to HS Students<br>• College Visits to SW Program at CBU<br>• Dual Enrollment at CBU | • 5 Dual Enrollment students<br>• 50 students attending college recruitment events<br>• 12 job shadowing students per year<br>• 12 Negotiated $8,000 Scholarships per year with CBU for dedicated Interns | entering licensed mental health program<br>• Increase number of diverse students entering and completing counseling licensure program<br>• Increase access via admission and financial aid for diverse students | especially those from diverse and economically disadvantaged backgrounds |
| • 30 FTE School Based Licensed Mental Health providers (SBLMH)<br>• 60 Interns<br>• Materials<br>• Website | | | | |

AR000824

| | | | |
|---|---|---|---|
| • Referral process facilitated by technology | **Level 2 - Pathway Activities at CBU for Recruitment**<br>• Graduate Recruitment events with local colleges materials with universities<br>• CBU Undergraduate Recruitment Activities<br>• CBU Dual Enrollment Course<br>• Job Shadowing<br>**Level 3 - Student placement into High Need LEAs for Recruitment**<br>• Social Work class attendance/ representation<br>• Students complete 500 hours of internship in school based practicum<br>• 12 students a year will be placed in high-needs districts<br>• Dedicated Internship Placement with $8,000 scholarship | | |
| | **Tiered Counseling Model**<br>• Health Behavior Teams<br>• Professional Development Service Protocol Development and Training<br>• Dedicated counseling spaces<br>• Prevention Services (awareness, classroom presentations, health fair)<br>• Dedicated 1 on 1 counselors with 6-8 session model<br>• Group counseling<br>• Long Term Therapy | **Tiered Counseling Model**<br>• 24 new district licensed school based mental health providers receiving PD, plus 6+ existing staff<br>• Prevention to all students in partner districts about 43,875<br>• 100 students served by each counselor | **Tiered Counseling Model**<br>• Outcomes of those served, increased resiliency, decreased depression, increased health, increased skills | |

AR000825

| | | | | |
|---|---|---|---|---|
| | • Case Management | • 2-3 counseling groups per counselor<br>• 5 long term counseling student served per counselor<br>• Case management for up to 20 students per counselor | | |
| • Professional Development Budget<br>• Retention Stipends<br>• Coordinated Centrally by RCOE | **<u>Retention Strategies</u>**<br>• Coaching for new counselors with experienced licensed mental health counseling<br>• Community of Practice – Help for Helper<br>• Workplace well-being program<br>• Professional development program with continuing education credit for licensure<br>• Professional development micro-credentialing<br><br>**<u>Sustainability</u>**<br>• Medi-Cal Billing<br>• Cal Lane – exploring using this through Medi-Cal reform | **<u>Retention Strategies</u>**<br>• Monthly coaching for new counseling staff<br>• Monthly PD for all counseling district staff<br>• Ongoing workplace wellness program for counseling staff<br>• 30 of staff taking PD to earn additional counseling micro-credentials | **<u>Retention Strategies</u>**<br>• Increased number of counselors in participating schools<br>• Increased diversity of counselors in participating schools<br>• Increased job satisfaction of school-based counseling staff<br>• Increased well-being of school-based counseling staff<br>• Increase belief in a career path within the K-12 Counseling area | |

**AR000826**

There was a problem attaching a file(s).

The file was missing in the application package
submitted through Grants.Gov

AR000827



Riverside County Office of Education

# Mental Health Initiative Inquiry Responses

## Temecula Valley USD *(willing to serve on Mental Health Steering Committee)*

Lead: Jess Caponigro / Donna Lione - Assistant Directors Student Welfare & Success

jcaponigro@tvusd.us / dlione@tvusd.us

Jess - 951-259-1340 / Donna 951-428-7488

**Referral Process in Place:** Our district has an extensive protocol in place for referral to social emotional supports at all levels K-12. Aside from having school counselors and social workers available to support the social emotional needs of our students, we also partner with our behavioral health team for crisis team support. We have these processes documented for use by all administrators and staff. Our district has also partnered with Care Solace.

**Process for Identifying Risk Factors:** Our SEL Team members (counselors and social workers) as well as our district nurses rely on their professional training (CASEL, ACES, etc.), support of professional organizations and their collective collaboration to identify the risk factors and capture that information in a comprehensive document for administrators and staff.

**Provided Suicide Prevention/Intervention Support:** TVUSD has partnered with Riverside and we have implemented suicide prevention programs at the middle and high school level. In addition, all of the members of the SEL Team and Behavioral Health team work collaboratively to provide an extensive support network.

**How did you compose your mental health team?** Our Student Services Division administrators reviewed district protocols and Board policies to determine the makeup of our mental health team.

**Who is your team composed of?** Our Mental Health Team is composed of all counselors, school social workers, district nurses, and behavioral health team members with assistance from the Asst. Directors of Student Welfare and Success.

**Reintegration Plan:** All students that have had a break in academic time (away from school), return from a facility, etc. all require a re-entry plan prior to their return to school as well as the development of a safety plan created by the site team to support the student.

**What might RCOE provide to add value or positively supplement your efforts?** We continuously look to RCOE to provide us with more resources and strategies to support our efforts.

**What else would you like to know?** The Asst. Directors of SWS work to create a comprehensive network of staff to create and implement social emotional supports at all levels of MTSS.

AR000828

## Menifee Union SD *(willing to serve on Mental Health Steering Committee)*

Melissa Lafayette

mlafayette@menifeeusd.org

951-672-1851, ext. 49045

**Referral Process in Place:** Refer to Care Solace; Wellness Wednesday; data for small counseling groups

**Process for Identifying Risk Factors:** Core Rally Survey; data review, D/F list

**Provided Suicide Prevention/Intervention Support:** Small and individual counselling, lunch bunches for social time, home visits

**How did you compose your mental health team?** Counseling Team

**Who is your team composed of?** Counselors

**Reintegration Plan:** Every school has a tiered system; re-engagement

**What might RCOE provide to add value or positively supplement your efforts?** Need relevant training; concrete examples with take aways; templates, etc. to design implementation around

**What else would you like to know?** We need this.

## Murrieta Valley USD *(willing to serve on Mental Health Steering Committee)*

Yoana Armendariz

yarmendariz@murrieta.k12.ca.us

951-696-1600 ext 1216

**Referral Process in Place:** At all grades levels: Counselors have a canvas/web page set up with the option for students to request an appointment.

Students can also call/email counselors or mental health staff asking to be contacted.

**Process for Identifying Risk Factors:** Reviewing various data sources: Attendance data, Panorama survey results and academic data.

**Provided Suicide Prevention/Intervention Support:** For the past three months we have been providing a monthly suicide prevention workshop (available to all students/staff/parents/community members). We are also hosting student panels to talk about mental health, how to ask for help and are providing resources. We are also providing monthly workshops discussing various mental health topics to include signs to look for and resources. All of our secondary sites participate in TSAPP through RUHS.

AR000829

Various QPR trainings are being offered to both staff and parents.

**How did you compose your mental health team?** Data showed a need for additional supports so we added social workers at the secondary level to help enhance what counselors are already doing or needed more support with.

**Who is your team composed of?** Mental health teams include the counselors on site and we have a social workers that are assigned to a HS 4 days a week & a MS 1 day a week.

**Reintegration Plan:** Work in progress as of now.

**What might RCOE provide to add value or positively supplement your efforts?** It's nice to hear what other districts are doing. This enables us to reach out to each other to collaborate if we are interested in hearing more about their efforts.

**What else would you like to know?** N/A

## Palm Springs USD *(willing to serve on Mental Health Steering Committee)*

Anne Kalisek

akalisek@psusd.us

760-883-2703, ext. 4805101

**Referral Process in Place:** Teachers can refer students to counselors or administrators. Counselors or administrators can fill out a mental health referral. Families and students can also self-refer via the Mental Health referral or through Care Solace.

**Process for Identifying Risk Factors:** Changes in behavior, attendance, students working with counselors, administrators, also through Go Guardian or Gaggle.

**Provided Suicide Prevention/Intervention Support:** We have all staff trained in suicide prevention/intervention each year and we provide suicide prevention curriculum in grades 5, 7 and 9. We do outreach through community organizations like Safehouse of the Desert.

**How did you compose your mental health team?** We continue to change as people leave and we progress. But it is refined by the two mental health coordinators, behavior intervention coordinator, SpEd Director and Executive Direct of Student Support Services

**Who is your team composed of?** A site counselor at each site, psychologists, and four levels of mental health therapists (licensed and non-licensed.)

**Reintegration Plan:** If you mean when a student is returned from a hospital, then that is depending on need and is determined by site counselors and psychs and/or mental health therapists.

**What might RCOE provide to add value or positively supplement your efforts?** We need funding for students who don't qualify for Medi-Cal

**What else would you like to know?** N/A

AR000830

## Lake Elsinore USD *(willing to serve on Mental Health Steering Committee)*

Felipe Flores

felipe.flores@leusd.k12.ca.us

(951) 609-8450

**Referral Process in Place:** Mental health team referral process is referred through school psych then to the IEP team and ERMHS referral is filled out as well. Our SEL is referred to the SELSP through teachers and a universal screening tool. This is a general education service for the elementary students.

**Process for Identifying Risk Factors:** Teacher, admin, self-referral help us identify the needs of students with high needs risk factors.

**Provided Suicide Prevention/Intervention Support:** Mostly education. We want to start offering Mental Health First Aid on a larger scale we have 2 staff that are certified. We have resources on our website and are ready to respond during the school day with risk assessment and CREST interventions.

**How did you compose your mental health team?** There are 3 MH Counselors and 3 Behavior Specialist this team has been the same for over 7 years.

**Who is your team composed of?** The team is made up of school counselors, school psychologist school, social worker and BCBA all PPSC.

**Reintegration Plan:** We don't have a specific plan, it is something that I am working on developing.

**What might RCOE provide to add value or positively supplement your efforts?** More information on what others are doing can help develop what we are doing on our end. Funding to expand our services and a model that allows us to better support GenEd not just SpEd. Additional training to better support staff and ways to develop greater supports across the school district.

**What else would you like to know?** I am new to this position Covid adjusted my learning curve. I would like to help LEUSD Grow in mental health supports for students, staff and families.

AR000831

4

## Temecula Preparatory School *(willing to serve on Mental Health Steering Committee)*

Yvonne Crace

ycrace@temeculaprep.com

951-926-2776 ext 6204

**Referral Process in Place:** For students, we have a check-in form they have access to in all their classes (Google Classroom) and it was sent to their email. We also use the StopIt App which is accessible on all their chrome books. For teachers, we have a Confidential Referral Form (paper and online version). For parents, they can email a counselor or admin.

**Process for Identifying Risk Factors:** Poor attendance and/or grades, responses on check in form, referral from teachers/staff

**Provided Suicide Prevention/Intervention Support:** We provided assemblies and parent nights using the films: Angst and Like, small groups **How did you compose**

**your mental health team?** Our mental health team is only the counselors, but I also invited teachers and staff to be a part of our crisis team. **Who is your team**

**composed of?** Our crisis team which includes teachers, staff and district support members

**Reintegration Plan:** We have a re-entry meeting where we discuss the stay safe plan the student commits to.

AR000832

**What might RCOE provide to add value or positively supplement your efforts?** We need more resources to share with teachers and families.

**What else would you like to know?** N/A

---

## Excelsior Charter Schools *(willing to serve on Mental Health Steering Committee)*

Dr. Derek King

DerekK@Excelsior.com

(760) 552-2013

**Referral Process in Place:** We use a Care Concierge service that is available to our students, staff, and families (including staff families).

**Process for Identifying Risk Factors:** Risk factors identified by appropriate professionals.

**Provided Suicide Prevention/Intervention Support:** Gaggle communication monitoring.

5

**How did you compose your mental health team?** SELPA recommendations

**Who is your team composed of?** Site/District Administrators/Contracted Mental Health Agencies

**Reintegration Plan:** By recommendation of the assigned mental health professionals.

**What might RCOE provide to add value or positively supplement your efforts?** We have no immediate need beyond continual invitations to mental health support trainings that we use to constantly evaluate and improve our supports.

**What else would you like to know?** We appreciate RCOE proactive efforts to coordinate mental health supports.

AR000833

## Romoland USD *(willing to serve on Mental Health Steering Committee)*

Carmen Kaas

ckaas@romoland.net

(951)746-6136

**Referral Process in Place:** Referral System to District MH Specialist, and Care Solace

**Process for Identifying Risk Factors:** MTSS/Staff Referral/Parent Referral/Web Filters

**Provided Suicide Prevention/Intervention Support:** MH Specialist/MTSS/Care Solace/Professional Development

**How did you compose your mental health team?** Taskforce

**Who is your team composed of?** MH Specialist, School Counselors, District Nurse, School Psychologist, 2-Principals, Director of Pupil Services, 2-Special Education Department Members

**Reintegration Plan:** Currently providing in-person services

**What might RCOE provide to add value or positively supplement your efforts?** Opportunities for collaboration with other district leaders on the topic of MH systems and practices

**What else would you like to know?** N/A

AR000834

6

## Alvord USD *(willing to serve on Mental Health Steering Committee)*

Tanya Gillick

tanya.gillick@alvordschools.org

951-509-5139

**Referral Process in Place:** Site counselors/administration contact student services with any potential concerns.

**Process for Identifying Risk Factors:** Patterns of behavior, attendance concerns, and teacher/staff observations.

**Provided Suicide Prevention/Intervention Support:** Site counselors oversee suicide prevention/intervention programs

**How did you compose your mental health team?** Team is still being developed.

**Who is your team composed of?** District level mental health coordinator, site counselors, McKinley therapists, Wylie Center counselors, CARESolace and other outside agencies.

**Reintegration Plan:** Plan is currently under development.

**What might RCOE provide to add value or positively supplement your efforts?** N/A

**What else would you like to know?** N/A

AR000835

## Leadership Military Academy *(willing to serve on Mental Health Steering Committee)*

Art Paz

[Apaz@lmaschools.org](mailto:Apaz@lmaschools.org)

951-421-8450

**Referral Process in Place:** Contact intern-social workers on site

**Process for Identifying Risk Factors:** Teachers outreach, self-reporting by students

**Provided Suicide Prevention/Intervention Support:** Social worker workshops, staff outreach

**How did you compose your mental health team?** Parent/ staff survey

7

**Who is your team composed of?** School administrator, social worker interns.

**Reintegration Plan:** Based on social worker feedback

**What might RCOE provide to add value or positively supplement your efforts?** Online student resources.

**What else would you like to know?** Online resources for families in Spanish.

AR000836

## Desert Sands USD *(willing to serve on Mental Health Steering Committee)*

SueAnn Blach

sueann.blach@desertsands.us

760-238-9720

**Referral Process in Place:** We use a Google Form called "Request for Assistance". We have one form that is for staff and for anyone else to refer a student.

**Process for Identifying Risk Factors:** We use multiple types of screeners and matrixes

**Provided Suicide Prevention/Intervention Support:** Staff PD annually and SAP/counselor interventions

**How did you compose your mental health team?** We have ERMHS and SAP in place. We currently are looking at expanding SAP. School psychs also assist.

**Who is your team composed of?** I oversee a team of 7 SAP counselors and are looking to expand that number to 11 or 12.

**Reintegration Plan:** We use a planning tool (Google Form) to use when a student returns to school. Site Counselors initiate the planning and assemble the team. **What might RCOE provide to add value or positively supplement your efforts?** Continue with the great PD RCOE offers. Our team has attended many of the trainings. **What else would you like to know?** SueAnn Blach would be a great addition to the MH Steering Committee.

AR000837

**Jurupa USD** *(willing to serve on Mental Health Steering Committee)*

Jose Campos

jose_campos@jusd.k12.ca.us

8

951-360-4175

**Referral Process in Place:** We have referral forms available on our district website that parents or staff can access to submit a referral. Hard copies of the referral form are also available in the district building and every school office. Staff receive monthly emails offering information on how to access mental health resources for their needs from human resources office.

**Process for Identifying Risk Factors:** We use GoGuardian to monitor and track student online activities for at risk searches and online behavior. Staff receive annual training for potential risk factors of abuse, self-harm.

**Provided Suicide Prevention/Intervention Support:** SEL instruction for all grades. Mental Health Interns and contracted counselors are available to work with identified students individually or in small groups. Individual case workers are assigned as needed.

**How did you compose your mental health team?** Our Parent Involvement and Community Outreach department has contracted with Medical and local providers as well as school PPS personnel.

**Who is your team composed of?** Mental Health Interns, Mental Health Counselors, Guidance Counselors

**Reintegration Plan:** This has been handled at the site level with support from PICO office as needed. SST is held to create a plan to help student reintegrate with potential modified schedule, communication with relevant staff, special supervision, clear points of contact on campus for support as needed, etc.

**What might RCOE provide to add value or positively supplement your efforts?** Additional staff support and tier 1 support to create more comprehensive SE development and resources as needed.

**What else would you like to know?** Our mental/ behavioral health support is provided by our PICO office, but most referrals and notification is identified in the PPS office or campus staff.

AR000838

Charles Fischer

cfischer@rcoe.us

951-826-6464

**Referral Process in Place:** A multi-tiered system of support (MTSS) and approach to interventions provides mental health services in Alternative Education that focus on promoting positive mental health/social and emotional development; addressing mental health problems as they present barriers to learning; providing linkages to community agencies and resources; and mental health resources delivered within or linked to school settings. Parental/guardian supports are available to families at each site addressing broad mental health needs with opportunities for individual referral. Universal prevention and intervention strategies identify and intervene with children who manifest

9

potential difficulties in their social, behavioral, and emotional development. Selective or targeted interventions are used with students who require more than universal strategies but less than intensive individualized interventions.

**Process for Identifying Risk Factors:** The Adverse Childhood Experience (ACEs) screening assessment is administered to each student by our contracted service providers. Behavioral health providers and mentors administer the ACEs assessment.

**Provided Suicide Prevention/Intervention Support:** The Alternative Education Suicide Prevention Pan is implemented to address the needs for high risk crisis issues. Teachers are trained on trauma informed care. Behavioral Health counselors provide individual and group sessions for students.

**How did you compose your mental health team?** All administrators and contracted provider were asked to be a part of the team.

**Who is your team composed of?** Central office administrators, principals, counselors, psychologist, social worker, campus security, mentor, and contracted providers.

**Reintegration Plan:** The MTSS process for student reintegration includes student safety plans, after care plans, and meetings with students and their families. The following steps shall be implemented upon re-entry:

•Obtain a written release of information signed by parents/guardians/caregivers and providers;

•Confer with student and parents/guardians/caregivers about any specific requests on how to handle the situation;

•Inform the student's teachers about possible days of absences;

•Allow accommodations for student to make up work (be understanding that missed assignments may add stress to student);

•Mental health professionals or trusted staff members should maintain ongoing contact to monitor student's actions and mood;

AR000839

•Work with parents/guardians/caregivers to involve the student in an aftercare plan.

•Develop safety plan within 48 hours of student's return to school.

**What might RCOE provide to add value or positively supplement your efforts?** Provide ongoing training and resources.

**What else would you like to know?** N/A

---

## Moreno Valley USD *(willing to serve on Mental Health Steering Committee)*

Dr. Lynne Sheffield

lsheffield@mvusd.net

(951)571-7630

10

**Referral Process in Place:** MVUSD has a request for Counselor Support on all school's website. There is also a request for Behavior Support that can be completed by the site administrator for Tier 2 and Tier 3 supports.

**Process for Identifying Risk Factors:** There are a variety of ways; Attendance, Behavior, grades, lack of engagement, anxiety, and there are many more items that can identify there is an issue.

**Provided Suicide Prevention/Intervention Support:** The district has a Crisis Response Counselor. We also train the counseling and Administrative staff each year on Suicide Prevention, Intervention, Assessment and Protocols.

**How did you compose your mental health team?** We have monthly collaborations within Students Services with the Coordinators. Then, there are regular meetings with the schools, principals, and counselors.

**Who is your team composed of?** It may vary depending on the circumstances.

**Reintegration Plan:** It can vary upon the students and their circumstances.

AR000840

**What might RCOE provide to add value or positively supplement your efforts?** We would like to make sure we are being as efficient as possible and are offering all the services there is to offer. RCOE can support in identifying resources and services for school districts.

**What else would you like to know?** You can also refer to my Coordinator Victoria Chavez.

---

## San Jacinto USD *(willing to serve on Mental Health Steering Committee)*

Vanessa Gomez

vgomez@sanjacinto.k12.ca.us

(951) 929-7700 x4314

**Referral Process in Place:** Our school counselors and therapists train staff on identifying early warning signs that may indicate a student needs social/emotional support. They have a concern person referral form that staff can complete if they think a student can benefit from more social emotional support. Each school has a problem solving team that looks at data and make referrals to various interventions based on student need. Our school counselors and therapists use Care Solace for referrals to outside counseling agencies. We also have developed MOUs with counseling agencies, some of these agencies offer a variety of support groups and individual therapy.

**Process for Identifying Risk Factors:** Universal screening tool/survey provided to students in grades 3-12. School counselors administered a survey to student asking if any needed additional mental health. We use Panorama student success platform to look at students SEL results, teacher identification based on staff training, parent referrals

**Provided Suicide Prevention/Intervention Support:** Our secondary schools work with the TSAPP for school wide suicide prevention, they have also offered parent trainings. Our school counselors offer suicide prevention lessons in the classroom that are age appropriate starting in kindergarten. SJUSD has a suicide prevention protocol. We have a counselor or therapist of the day to assist students who may be suicidal.

11

**How did you compose your mental health team?** Reaching out to outside agencies that work with our families. We have school counselors and therapists that work alongside community providers.

**Who is your team composed of?** Director, Coordinator, School Counselors, Ed. therapists, interns

**Reintegration Plan:** We have been focusing on teaching SEL during distance learning and are emphasizing the importance of tier one instruction. Develop support plans for

AR000841

students that are struggling.

**What might RCOE provide to add value or positively supplement your efforts?** Continue to make us aware of best practices and resources available.

**What else would you like to know?** N/A

12

AR000842

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** | 1235-SBMH Budget Narrative_Final_.pdf |

[ Add Mandatory Budget Narrative ]  [ Delete Mandatory Budget Narrative ]  [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]  [ Delete Optional Budget Narrative ]  [ View Optional Budget Narrative ]

**AR000843**

**Riverside County Office of Education**
**School Based Mental Health Grant- Riverside County Wellness Project**
**5 Year Budget Narrative**

| 1. Personnel | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| All positions are 1 FTE unless otherwise noted and are in keeping with appropriate salary agreements and schedules. Staff salaries/benefits have been calculated and amortized to include step/COLA increases.  All FTE employees are contracted for 12 months. | | | | | | |
| **Personnel** | | | | | | |
| **Director I- 1 FTE** | $152,639 | $161,138 | $170,110 | $179,583 | $190,358 | **$853,828** |
| Position will be responsible overall success and coordination of the MH services and collaboration. Coordinates with all partners to ensure program goals and objectives are met. | | | | | | |
| **Administrator- 1 FTE** | $144,613 | $152,662 | $161,163 | $170,137 | $180,345 | **$808,920** |
| Position will be responsible overall day to day coordination of mental health activities, services and partner collaboration to ensure coordinated efforts. Works with collaborative partners, coordinates leadership team and collaborative board meetings, events, and data coordinator to ensure data system is implemented and services are provided to meet program goals and objectives. | | | | | | |
| **Behavioral Health Services Coordinator- 1 FTE** | $122,880 | $129,720 | $136,920 | $144,624 | $153,301 | **$687,445** |
| Works with partners to ensure proper student intern hours and placement implemented and services are provided to meet program goals and objectives. | | | | | | |
| **Program  Specialist - Recruitment and Retention- 1 FTE** | $86,472 | $91,236 | $96,132 | $101,652 | $107,751 | **$483,243** |
| Position will be responsible for program recruitment, referrals and retention. Will provide any needed case management, referrals, maintain files, and records for RCWC project. | | | | | | |
| **Translation Services-** translation of printed materials and translation at community events, partner events, etc. | $20,000 | $15,000 | $15,000 | $10,000 | $7,500 | **$67,500** |
| **Temporary Contract Management Employees-** Subject matter experts as needed for support, resources, training | $100,000 | $100,000 | $80,000 | $80,000 | $80,000 | **$440,000** |
| **Column totals line 1 Personnel** | **$626,604** | **$649,756** | **$659,325** | **$685,996** | **$719,255** | **$3,340,936** |
| **2. Fringe Benefits** | | | | | | |
| All positions are FTE unless otherwise noted. Fringe benefits of employees noted above are calculated using actual cost of benefits by salary. Benefit rates include: FICA 6.2%, Health and Welfare (estimated by employee selected plan), and MediCare 1.45%, Unemployment .05%, Workers Compensation 3.463%, PERS and STRS | | | | | | |
| Fringe Benefits | $186,059 | $193,554 | $201,413 | $209,865 | $219,391 | **$1,010,282** |
| TCME Benefits | $24,513 | $24,513 | $19,610 | $19,610 | $19,610 | **$107,856** |
| **Column Totals Line 2 Fringe Benefits** | **$210,572** | **$218,067** | **$221,023** | **$229,475** | **$239,001** | **$1,118,138** |
| **3. Travel and Communication** | | | | | | |
| Travel: travel to support work, mileage travel to sites at federal rate (.57), estimate of over 350 miles per month per staff - average of $ 2,400 per employee | | | | | | |
| Travel- $ 200/month x 12 months x 3 staff | $7,200 | $7,200 | $7,200 | $7,200 | $7,200 | **$36,000** |
| USDOE required annual conference - $ 4500/ person x 3 | $13,500 | $13,500 | $13,500 | $13,500 | $13,500 | **$67,500** |
| Staff mifi (436/yr), cellphone (780/yr.) @ 1216 per position X 3 positions | $3,648 | $3,648 | $3,648 | $3,648 | $3,648 | **$18,240** |
| Marketing, promotional, communication, branding, website design (y1) | $40,000 | $35,000 | $30,000 | $20,000 | $15,000 | **$140,000** |
| **Column Totals Line 3 Travel** | **$64,348** | **$59,348** | **$54,348** | **$44,348** | **$39,348** | **$261,740** |
| **4. Equipment** | | | | | | |
| **Column Totals Line 4 Equipment** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **5. Supplies** | | | | | | |
| Technology and office supplies - desktop, laptop, printer, etc. | $8,000 | $2,500 | $2,500 | $2,500 | $2,000 | **$17,500** |
| Program materials and supplies - program and instructional supplies, books, resources | $40,000 | $35,000 | $35,000 | $30,000 | $25,000 | **$165,000** |
| **Column Totals Line 5 Supplies** | **$48,000** | **$37,500** | **$37,500** | **$32,500** | **$27,000** | **$182,500** |

AR000844

**Riverside County Office of Education**
**School Based Mental Health Grant- Riverside County Wellness Project**
**5 Year Budget Narrative**

| 6. Contractual | | | | | | |
|---|---|---|---|---|---|---|
| External Evaluator & Subject Matter Expert- Evaluates the overall success of the project, provides subject matter expertise and support for new MH staff and sites | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | **$375,000** |
| Contracts to partners to build capacity, increase collaborative efforts, and expand services based on need to increase Mental Health Services New Licensed MH Professional- ($92,300-base wage + $33,228-Fringe + $3000-Training + $2000-supplies + $500-Mileage)= $ 131,028 per position x 12 positions per year (divided by 3 districts). Total of 9 districts participating over the 5 year grant period. | $1,572,336 | $1,572,336 | $1,572,336 | $1,572,336 | $1,572,336 | **$7,861,680** |
| Pathway outreach, development and recruitment from high school to licensed professionals to be able to increase MH services across districts | $95,000 | $65,000 | $55,000 | $40,000 | $20,000 | **$275,000** |
| New MH professional and Intern Volunteer fingerprinting @ $ 90/ person x 25/ yr. | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | **$11,250** |
| Basic needs for recruitment and retention- tb tests, initial costs to onboard from employment, materials, books, etc. | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | **$25,000** |
| Intern scholarships- $ 8000/ intern x 12 (4 per district per year) | $96,000 | $96,000 | $96,000 | $96,000 | $96,000 | **$480,000** |
| Retention Activities- WOW, training, resources for MH staff, school staff, adm | $15,000 | $15,000 | $15,000 | $15,000 | $10,000 | **$70,000** |
| Retention Stipends- $ 2000/yr. after year 2 x 12/ yr. | | $24,000 | $24,000 | $24,000 | $24,000 | **$96,000** |
| Professional Development supplies, books, workshop registration | $25,000 | $20,000 | $15,000 | $12,000 | $10,000 | **$82,000** |
| Program Technology costs- Zoom, boomset for virtual meetings and conferences | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | **$25,000** |
| Printing, postage | $10,000 | $5,000 | $8,000 | $8,000 | $5,000 | **$36,000** |
| | | | | | | |
| **Column Totals Line 6 Contractual** | **$1,900,586** | **$1,884,586** | **$1,872,586** | **$1,854,586** | **$1,824,586** | **$9,336,930** |
| | | | | | | |
| **7. Construction** | | | | | | |
| Construction | | | | | | **$0** |
| **Column Totals Line 7 Construction** | | | | | | **$0** |
| | | | | | | |
| **8. Other** | | | | | | |
| Office Space- ($ 2000 per office x 3, $ 1000 per cubicle x 1) | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 |
| | | | | | | |
| **Column Totals Line 8 Other** | **$7,000** | **$7,000** | **$7,000** | **$7,000** | **$7,000** | **$35,000** |
| | | | | | | |
| **9. Sub-Total Direct Costs (Lines 1-8)** | **$2,857,110** | **$2,856,257** | **$2,851,782** | **$2,853,905** | **$2,856,190** | **$14,275,244** |
| | | | | | | |
| **10. Indirect Cost** | | | | | | |
| RCOE Indirect Costs: Cap at 5% | | | | | | |
| **Column Totals Line 10 Indirect** | **$142,857** | **$142,813** | **$142,590** | **$142,696** | **$142,811** | **$713,767** |
| | *5.00%* | *5.00%* | *5.00%* | *5.00%* | *5.00%* | |
| | | | | | | |
| **11. Total Costs (Lines 9-10)** | **$2,999,967** | **$2,999,070** | **$2,994,372** | **$2,996,601** | **$2,999,001** | **$14,989,011** |

AR000845

Riverside County Office of Education
School Based Mental Health Grant
5 Year Matching Budget Narrative

| 1. Personnel | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| All positions are 1 FTE unless otherwise noted and are in keeping with appropriate salary agreements and schedules. Staff salaries/benefits have been calculated and amortized to include step/COLA increases. All FTE employees are contracted for 12 months. | | | | | | |
| **Personnel** | | | | | Total |
| **Assistant Superintendent, Leadership, Wellness & Student Services - 10% FTE** Position will be responsible for overall grant implementation of RCWC, ensures all objectives of the grant are met. Encourages and facilitate communication among schools, families, partners and staff. | $18,643 | $19,575 | $20,553 | $21,580 | $22,659 | **$103,010** |
| **Pupil and Administrative Services Administrator- 15%** Help to coordinate mental health services with local providers, resources and districts | $24,896 | $26,140 | $27,447 | $28,819 | $30,259 | **$137,561** |
| **Grant Administrator- 10%** Provides support the ensure grant requirements are met, reports are submitted, liaison between units and fiscal teams | $16,154 | $16,961 | $17,809 | $18,699 | $19,633 | **$89,256** |
| **AACI Administrator- 10%** Help support with data collection and analysis | $16,519 | $16,519 | $16,519 | $16,519 | $16,519 | **$82,595** |
| **Equity & Access Administrator- 10%** Will provide professional development and support on equity, access, and diversity | $14,328 | $15,044 | $15,792 | $16,581 | $17,410 | **$79,155** |
| **Exec. Director's Secretary - 10%** Position will be responsible for coordinating and supporting grant services, communications, and community activities. | $8,095 | $8,335 | $8,580 | $8,830 | $9,085 | **$42,925** |
| **Column totals line 1 Personnel** | **$98,635** | **$102,574** | **$106,700** | **$111,028** | **$115,565** | **$534,502** |
| **2. Fringe Benefits** | | | | | | |
| All positions are FTE unless otherwise noted. Fringe benefits of employees noted above are calculated using actual cost of benefits by salary. E | | | | | | |
| Fringe Benefits | $41,427 | $43,081 | $44,814 | $46,632 | $48,537 | **$224,491** |
| **Column Totals Line 2 Fringe Benefits** | **$41,427** | **$43,081** | **$44,814** | **$46,632** | **$48,537** | **$224,491** |
| **3. Travel and Communication** | | | | | | |
| **Column Totals Line 3 Travel** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **4. Equipment** | | | | | | |
| **Column Totals Line 4 Equipment** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **5. Supplies** | | | | | | |
| Materials & Supplies | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | **$75,000** |
| **Column Totals Line 5 Supplies** | **$15,000** | **$15,000** | **$15,000** | **$15,000** | **$15,000** | **$75,000** |

AR000846

Riverside County Office of Education
School Based Mental Health Grant
5 Year Matching Budget Narrative

| 6. Contractual | | | | | | |
|---|---|---|---|---|---|---|
| **Beaumont USD** | | | | | | |
| Mental Health Staff- $11,838.46 x 11mos x 2 positions =$260,436 | $260,446 | $260,446 | $260,446 | $260,446 | $260,446 | **$1,302,230** |
| Supervision- .25 x 2960x11=$32,555 | $32,556 | $32,556 | $32,556 | $32,556 | $32,556 | **$162,780** |
| | | | | | | |
| **Jurupa USD** | | | | | | |
| Mental Health Staff- 12,343 x 12 = 148,116 | $148,116 | $148,116 | $148,116 | $148,116 | $148,116 | **$740,580** |
| Supervision- $5,000 Median Monthly Wage of Position x 12 =$60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | **$300,000** |
| Volunteer time- 6 interns @ 280 hrs./yr. x $29.95 */hr./month 10 =$83,860 | $83,860 | $83,860 | $83,860 | $83,860 | $83,860 | **$419,300** |
| | | | | | | |
| **Moreno Valley USD** | | | | | | |
| Mental Health Staff | $71,872 | $71,872 | $71,872 | $71,872 | $71,872 | **$359,359** |
| Supervision | $105,839 | $105,839 | $105,839 | $105,839 | $105,839 | **$529,195** |
| | | | | | | |
| **Column Totals Line 6 Contractual** | **$762,689** | **$762,689** | **$762,689** | **$762,689** | **$762,689** | **$3,813,444** |
| | | | | | | |
| **7. Construction** | | | | | | |
| Construction | | | | | | **$0** |
| **Column Totals Line 7 Construction** | | | | | | **$0** |
| | | | | | | |
| **8. Other** | | | | | | |
| Communication/ Marketing | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | **$30,000** |
| | | | | | | |
| **Column Totals Line 8 Other** | **$10,000** | **$5,000** | **$5,000** | **$5,000** | **$5,000** | **$30,000** |
| | | | | | | |
| **9. Sub-Total Direct Costs (Lines 1-8)** | **$927,751** | **$928,344** | **$934,203** | **$940,349** | **$946,791** | **$4,677,437** |
| | | | | | | |
| **10. Indirect Cost** | | | | | | |
| RCOE Indirect Costs: | | | | | | |
| | | | | | | |
| **Column Totals Line 10 Indirect** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| | | | | | | |
| | | | | | | |
| **11. Total Match (Lines 9-10)** | **$927,750** | **$928,344** | **$934,203** | **$940,349** | **$946,791** | **$4,677,438** |

AR000847



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Riverside County Office of Education

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 626,604.00 | 649,756.00 | 659,325.00 | 685,996.00 | 719,255.00 | | | 3,340,936.00 |
| 2. Fringe Benefits | 210,572.00 | 218,067.00 | 221,023.00 | 229,475.00 | 239,001.00 | | | 1,118,138.00 |
| 3. Travel | 64,348.00 | 59,348.00 | 54,348.00 | 44,348.00 | 39,348.00 | | | 261,740.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 48,000.00 | 37,500.00 | 37,500.00 | 32,500.00 | 27,000.00 | | | 182,500.00 |
| 6. Contractual | 1,900,586.00 | 1,884,586.00 | 1,872,586.00 | 1,854,586.00 | 1,824,586.00 | | | 9,336,930.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | | | 35,000.00 |
| 9. Total Direct Costs (lines 1-8) | 2,857,110.00 | 2,856,257.00 | 2,851,782.00 | 2,853,905.00 | 2,856,190.00 | | | 14,275,244.00 |
| 10. Indirect Costs* | 142,857.00 | 142,813.00 | 142,590.00 | 142,696.00 | 142,811.00 | | | 713,767.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 2,999,967.00 | 2,999,070.00 | 2,994,372.00 | 2,996,601.00 | 2,999,001.00 | | | 14,989,011.00 |

*Indirect Cost Information (To Be Completed by Your Business Office): If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☒ Yes ☐ No

(2) If yes, please provide the following information:
Period Covered by the Indirect Cost Rate Agreement: From: 07/01/2022 To: 06/30/2023 (mm/dd/yyyy)
Approving Federal agency: ☐ ED ☒ Other (please specify): CA Dept of Education
The Indirect Cost Rate is 8.00 %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes ☐ No If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes ☐ No If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is _____ %.

(6) For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220066
Page e163

ED 524

AR000848

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Riverside County Office of Education | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 98,635.00 | 102,574.00 | 106,700.00 | 111,028.00 | 115,565.00 | | | 534,502.00 |
| 2. Fringe Benefits | 41,427.00 | 43,081.00 | 44,814.00 | 46,632.00 | 48,537.00 | | | 224,491.00 |
| 3. Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | | | 75,000.00 |
| 6. Contractual | 762,689.00 | 762,689.00 | 762,689.00 | 762,689.00 | 762,689.00 | | | 3,813,445.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | | | 30,000.00 |
| 9. Total Direct Costs (lines 1-8) | 927,751.00 | 928,344.00 | 934,203.00 | 940,349.00 | 946,791.00 | | | 4,677,438.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 927,751.00 | 928,344.00 | 934,203.00 | 940,349.00 | 946,791.00 | | | 4,677,438.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

AR000849

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Riverside County Office of Education | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  [        ]

(2)  What does your administrative cost cap apply to?   [  ] (a) indirect and direct costs   or,   [  ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR000850**

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☐ a. bid/offer/application<br>☒ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4.   Name and Address of Reporting Entity:**

☒ Prime     ☐ SubAwardee

* Name: Riverside County Office of Education

* Street 1: 3939 Thirteenth Street     Street 2:

* City: Riverside     State: CA: California     Zip: 92502

Congressional District, if known: CA-041

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| US Department of Education | School Safely National Activities<br><br>CFDA Number, if applicable: 84.184 |

| 8. Federal Action Number, if known: | 9. Award Amount, if known: |
|---|---|
|  | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:     * First Name: Riverside County Office     Middle Name:

* Last Name: of Education     Suffix:

* Street 1: 3939 Thirteenth Street     Street 2:

* City: Riverside     State: CA: California     Zip: 92502

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix: Mr.     * First Name: Jeff     Middle Name:

* Last Name: Vaca     Suffix:

* Street 1: 1211 L Street     Street 2:

* City: Sacramento     State: CA: California     Zip: 92814

**11.**   Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Theresa Fowler

*Name:     Prefix: Dr.     * First Name: Scott     Middle Name:

* Last Name: Price     Suffix:

Title: Chief Business Official     Telephone No.: 951-826-6790     Date: 11/02/2022

| Federal Use Only: | Authorized for Local Reproduction<br>Standard Form - LLL (Rev. 7-97) |
|---|---|

PR/Award # S184H220066

Page e166

AR000851

**Appendix F - RCWC Leadership Team Key Members Roles & Responsibilities**

| Title | Organization | Role Description |
|---|---|---|
| RCWC Project Director | **Esmirna Valencia, Ed.D** has been in the field of education for over forty years. She has a Bachelor of Arts in Psychology with a minor in Social Science from California State University, Long Beach, a Master of Arts in Counseling Psychology with an emphasis on Marriage, Child, and Family Therapy from Chapman University. | Supervise and support PM to ensure project goals and outcomes are successfully achieved. Provides high-level administrative oversight of SBMH grant administration, compliance and fiscal oversight. Communicates objectives, progress, and outcomes of the grant to college/district administrators, consortia, and other stakeholders. |
| RCWC Project Manager (PM) | **Kathy King** is an Administrator in the Pupil and Administrative Services Unit at RCOE. She received her MS-CLAD credential, Master of Administration and Administrative Cleared credential for California State University, San Bernardino. She has worked in the field of education for more than 25 years with increasing roles of responsibility from elementary classroom teacher to site and district administration. She currently leads RCOE's Mental Health Initiative, which aims at addressing the mental health and wellness of adults and students in Riverside County. | Responsible for day-to-day operation of RCWC. Consistent, timely communication and feedback to all partners. Prepare meeting schedule and agendas, written reports summarizing results to share with Collaborative members and stakeholders. Maintains records of activities. Manages/monitors the project budget and maintains documentation to ensure fiscal compliance. Secures and maintains contracts from agencies associated with the grant. Maintains effective and cooperative relationships with project partners. |
| RCWC Project Administrator for CBU | **Rev. Dr. Charles Lee-Johnson** is the Associate Dean for the Division of Social Work at CBU; Pastor of The Life Church in Riverside, CA; and the Chief Executive Officer of National Family Life and Education Center providing consultation and training services locally, nationally, and internationally. | Provide high-level administrative leadership for collaboration with grant partners. Provide assistance with supervision, recruitment and retention efforts and coordinate workforce pathways with district partners. |

AR000852

| RCWC Project Administrator for RUHS-BH | **Janine Moore, LMFT** is a Deputy Director with Riverside University Health System – Behavioral Health working in a variety of capacities for 26 years.  Janine has worked as a Licensed Marriage and Family Therapist serving youth and families for a majority of her career. She currently oversees the Specialty Mental Health Services (SMHS) for youth with Medi-Cal throughout Riverside County, including County operated programs and Contracted services provided by Community based Organizations and Local Education Agencies (LEA). | Provide high-level administrative leadership for collaboration with grant partners.  Provide expertise in billing for SMHS and supporting LEAs is hiring and training behavioral health staff as well as effectively billing for the services. |
|---|---|---|
| RCWC Project Administrator for BUSD | **Christina Lynch** is a Licensed Clinical Social Worker in California serving as the Counseling Coordinator for the Student Services Department with Beaumont Unified School District.  She is currently responsible for directly overseeing the development and implementation of the District's comprehensive school counseling program to provide a range of counseling services for all students, including Educationally Related Mental Health (ERMH) services. She has over seventeen years of experience in education, serving in multiple capacities, including School Mental Health Therapist, Alternative Education Counselor, and Assistant Principal for multiple secondary sites. | Provide high-level administrative leadership for collaboration with grant partners. Provide assistance with supervision, recruitment and retention efforts and coordinate workforce pathways with district partners. |
| RCWC Project Administrator for JUSD | **Jose Campos** has served on the Riverside County Behavioral Health Commission and currently sits on the boards for a local FQHC, chair of the Riverside Community Health Foundation, and commissioner for the Riverside County Children's Commission. | Provide high-level administrative leadership for collaboration with grant partners. Provide assistance with supervision, recruitment and retention efforts and coordinate workforce pathways with district partners. |

AR000853

| | | |
|---|---|---|
| RCWC Project Administrator for MVUSD | **Rafael Garcia** has served in various roles over his 17 years in education, including Coordinator of Child Welfare and Attendance, Principal, and Director of Wellness, Mental Health, and Community Outreach. He has developed programs such as the Equity Through Action program to increase access to mental health providers to general education students. | Provide high-level administrative leadership for collaboration with grant partners. Provide assistance with recruitment and retention efforts and coordinate workforce pathways with district partners. |
| RCWC External Evaluator and Consultant | **Andrew F. Wall, PhD** has served as a tenured Professor, Department Chair, Faculty Senate Chair, Research Center Direction, at the University of Rochester and then Dean and Professor at the University of Redlands. Dr. Wall has served as an evaluator on foundation, state and national grants from US Department of Education, NSF, NIH and USAID over the past 20 years.  In total, he has been a part of more than $50 million in grant-funded projects, where his role has predominantly been as project evaluation. | Responsible for research design, data collection, analysis, and reporting as outlined in the evaluation section. Collaborate with the national evaluator and US DOE. |

AR000854

**Advisory Board**

| Title | Organization | Role Description |
|---|---|---|
| RCWC Advisory Board Chair | **Stephan McPeace - is** the Assistant Superintendent of Leadership, Wellness, and Student Services Division, for the Riverside County Office of Education. He received his BA in Social Sciences, California State University, San Bernardino and his MA in Educational Counseling, from National University.  Stephan has worked in the field of education for 20 years with an emphasis on wellness and pupil support services. Stephan has served as a school counselor, coordinator, administrator, and director at the central office level.  During his time in education, he has had the opportunity to support school districts and educators in the areas of Mental Health, Student Assistance Programs, Restorative Practices, Bullying Prevention, School Safety, Cultural Competence, Critical Incident Stress Debriefing, Suicide Prevention, Homeless Education and Foster Youth Services. | Project vision, coordination of partnership activities, review project progress, long term planning and sustainability. |

AR000855

| | | |
|---|---|---|
| RCWC Advisory Board Co-Chair | **Dr. Robin Duncan** currently serves as Dean of the Dr. Bonnie G. Metcalf School of Education at CBU. She has worked in education for 25 years, as a public-school teacher, university faculty at Samford University, and now as faculty and Dean at CBU. She has experience with schools in Indonesia, Malaysia, Swaziland and the UK. Dr. Duncan's research interests are educational leadership, international education, refugee education, teacher training, and accreditation. Dr. Duncan lived in Malaysia where her work included serving with refugee schools and the CERTE Bridge course. Dr. Duncan has undergraduate and graduate degrees in math/chemistry education and a doctorate in Educational Leadership. | Project vision, coordination of partnership activities, review project progress, long term planning and sustainability. |
| RCWC Advisory Board Member | **Esmirna Valencia, Ed.D** has been in the field of education for over forty years. She has a Bachelor of Arts in Psychology with a minor in Social Science from California State University, Long Beach, a Master of Arts in Counseling Psychology with an emphasis on Marriage, Child, and Family Therapy from Chapman University. | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
| RCWC Advisory Board Member | **Kathy King** is an Administrator in the Pupil and Administrative Services Unit at RCOE.  She received her MS-CLAD credential, Master of Administration and Administrative Cleared credential for California State University, San Bernardino.  She has worked in the field of education for more than 25 years with increasing roles of responsibility from elementary classroom teacher to site and district administration. She currently leads | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |

AR000856

| | | |
|---|---|---|
| | RCOE's Mental Health Initiative, which aims at addressing the mental health and wellness of adults and students in Riverside County. | |
| RCWC Advisory Board Member | **Janine Moore, LMFT** is a Deputy Director with Riverside University Health System – Behavioral Health working in a variety of capacities for 26 years.  Janine has worked as a Licensed Marriage and Family Therapist serving youth and families for a majority of her career. She currently oversees the Specialty Mental Health Services (SMHS) for youth with Medi-Cal throughout Riverside County, including County operated programs and Contracted services provided by Community based Organizations and Local Education Agencies (LEA). | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
| RCWC Advisory Board Member | **Dr. Bobbi Burnett** has been in education for twenty-four years, sixteen of those years as a high school English teacher, with the last eight years in multiple District leadership roles including, assistant principal, high school principal, coordinator and most recently, Director of Student Services.  Dr. Burnett received her Doctorate of Education at the University of Southern California in 2016 to demonstrate to the community and to the students she serves her commitment to being a lifelong learner. Dr. Burnett is a strong student advocate who has supported multiple initiatives in Beaumont USD including: student safety, increased mental health support, social emotional learning, restorative practices, Positive Behavior Intervention Supports (PBIS), and trauma informed care. | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |

AR000857

| | | |
|---|---|---|
| RCWC Advisory Board Members Asst. Superintendents from JUSD and MVUSD | | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
| RCWC Advisory Board Member Parent Representative for district partners | | Provide guidance, counsel and expertise, ensure activities are achieving grant goals and objectives, promote collaborative efforts within the community and assist in unifying partner resources. |
| RCWC Advisory Board External Evaluator and Consultant | **Andrew F. Wall, PhD** has served as a tenured Professor, Department Chair, Faculty Senate Chair, Research Center Direction, at the University of Rochester and then Dean and Professor at the University of Redlands. Dr. Wall has served as an evaluator on foundation, state and national grants from US Department of Education, NSF, NIH and USAID over the past 20 years.  In total, he has been a part of more than $50 million in grant-funded projects, where his role has predominantly been as project evaluation. | Responsible for research design, data collection, analysis, and reporting as outlined in the evaluation section. Collaborate with the national evaluator and US DOE. |

AR000858

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220067**

**Gramts.gov Tracking#: GRANT13747277**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220067

AR000859

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1243-ISBE GEPA FY23)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1245-SBMH Abstract1)* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1244-Final Grant 2 SBMH Narrative)* | e14 |
| *7. Other Narrative Form* | e45 |
| *Attachment - 1 (1234-ISBE StrehlowResume2022)* | e46 |
| *Attachment - 2 (1235-ISBE Candace Decker Resume)* | e48 |
| *Attachment - 3 (1236-ISBE StrehlowResume2022)* | e49 |
| *Attachment - 4 (1237-Logic Model SBMH)* | e51 |
| *Attachment - 5 (1238-Congressional Letters of Support Note ISBE (1))* | e52 |
| *Attachment - 6 (1239-IASSW Letter in Support of SBMH (1))* | e53 |
| *Attachment - 7 (1240-ISCA LOS for ISBE (1))* | e54 |
| *Attachment - 8 (1241-ISPA MHSP Letter - ISBE  (1))* | e55 |
| *Attachment - 9 (1242-FY2023_INDIRECT_RATE_AGREEMENT)* | e57 |
| *8. Budget Narrative Form* | e61 |
| *Attachment - 1 (1246-Grant 2 SBMH Budget)* | e62 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e72 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e75 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000860

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
11/02/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** EDUCATION, ILLINOIS STATE BOARD OF

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 05-0527061

**\* c. UEI:** NCA7EAUG2YK4

**d. Address:**

**\* Street1:** 100 N 1ST ST
**Street2:**
**\* City:** SPRINGFIELD
**County/Parish:**
**\* State:** IL: Illinois
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 62777-0001

**e. Organizational Unit:**

**Department Name:** Wellness
**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**
**\* First Name:** Candace
**Middle Name:**
**\* Last Name:** Decker
**Suffix:**

**Title:** Principal Consultant

**Organizational Affiliation:**

**\* Telephone Number:** 2177825270
**Fax Number:**

**\* Email:** cdecker@isbe.net

AR000861

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

A: State Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Illinois School Based Mental Health Services Grant

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR000862

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `IL-013`                    * b. Program/Project `IL-ALL`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                    * b. End Date: `09/27/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 2,975,414.00 |
| * b. Applicant | 750,015.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,725,429.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

[ ] a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

[ ] b. Program is subject to E.O. 12372 but has not been selected by the State for review.

[X] c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

[ ] Yes  [X] No

If "Yes", provide explanation and attach

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

[X] \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | | | |
|---|---|---|---|
| Prefix: | `Dr.` | * First Name: | `Carmen` |
| Middle Name: | | | |
| * Last Name: | `Ayala` | | |
| Suffix: | | | |

* Title: `State Superintendent of Education`

* Telephone Number: `217-782-2223`    Fax Number: [          ]

* Email: `statesup@isbe.net`

* Signature of Authorized Representative: `Carmen Ayala`    * Date Signed: `11/02/2022`

AR000863

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

**Optional - You may attach 1 file to this page.**

| 1243-ISBE GEPA FY23.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR000864**

Illinois State Board of Education
GEPA (General Education Provisions Act), Section 427

In accordance with Section 427 of the Department of Education's General Provision Act (GEPA), the Illinois State Board of Education (ISBE) ensures equal access and participation to all persons.  For state-level activities as well as all other activities supported by federal assistance under this application, ISBE will fully enforce all federal and state laws and regulations designed to ensure equitable access to all program beneficiaries and to overcome barriers to equitable participation.  ISBE will take all steps necessary, whether by required notices, complaint procedures, appointment of liaisons, outreach activities, pursuit of conforming state legislation, or otherwise, to achieve these goals.

The Illinois State Board of Education (ISBE) provides leadership, resources, assistance, and oversight in partnership with local education agencies to support student achievement and success.  As such, students, teachers, and others with special needs in local education agencies do not face barriers in accessing or participating in federally-funded programs and activities based on their gender, race, national origin, color, disability, or age.  All potential beneficiaries will be provided equitable access to participate in grant-funded activities and services.

In the event a barrier is identified, the ISBE is prepared to take action to remove such barriers and ensure equitable access for all beneficiaries with special needs.

Illinois serves an increasingly diverse student population.  Students who are Black, Hispanic, Asian, American Indian or Alaskan Native, Hawaiian or Other Pacific Islander, or Two or More Races comprised 53.6 % of the student enrollment in 2021-22.  The state has identified schools in which students are succeeding in spite of high poverty and other risk factors.

Over 120 languages are represented in Illinois by more than 255,000 students.  Illinois provides bilingual services for these students according to state law.  Documents are translated, at the state or local level, into other languages as needed (e.g., the parental notification for families of children receiving services as Limited English Proficient Learners).

The ISBE is an equal opportunity/affirmative action employer and does not discriminate on the basis of gender, race, national origin, color, disability, or age.

AR000865

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

* APPLICANT'S ORGANIZATION

EDUCATION, ILLINOIS STATE BOARD OF

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.      * First Name: Carmen      Middle Name:

* Last Name: Ayala      Suffix:

* Title: State Superintendent of Education

* SIGNATURE: Carmen  Ayala      * DATE: 11/02/2022

---

AR000866

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424
Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| | Candace | | Decker | |

Project Director Level of Effort (percentage of time devoted to grant): 100

Address:

* Street1: 100 N. 1st Street
Street2:
* City: Springfield
County: Sangamon
* State: IL: Illinois
* Zip Code: 62777-0002
Country: USA: UNITED STATES

* Phone Number (give area code)    Fax Number (give area code)
217-782-5270

* Email Address:
cdecker@isbe.net

Alternate Email Address:
cdecker@isbe.net

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR000867

**4. Human Subjects Research:**

    a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b. Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**AR000868**

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1245-SBMH Abstract1.pdf | [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

AR000869

**Abstract:** The Illinois State Board of Education (ISBE) is applying for the School Based Mental Health Services Grant Program through a partnership with 16 high need Local Education Agencies (LEAs) across the state. ISBE will work to expand capacity to serve high need students across the state including those attending LEAs in the western, southern, central, and northern regions. This application achieves the Absolute Priority One by increasing the number of credentialed School-Based Mental Health Services Providers (SBMHPs) providing services to students in high need LEAs as well as Competitive Preference Priorities one and two. These priorities are met through these goals:

1. Increase SBMHSPs working within high need LEAs providing services to students;

2. Increase SBMHSPs in re-specialization training program within LEAs; and

3. Increase SBMHSPs from diverse backgrounds or communities served by the LEAs.

Support, mentoring, supervision, re-specialization opportunities, and financial supports with service obligations to SBMHSPs in the fields of School Psychology, School Counseling, and School Social Work will be provided. The proposed project seeks to increase 45 SBMHSPs, 25 re-specializing professionals, and 13 supervisors or mentors annually with targets of retention to ultimately increase the capacity and lower the SBMHSP ratios to less than state average by year five. This increased capacity will also serve 7,500 students living in high need communities during the grant period. These ambitious priorities will be sought after with an overarching goal of diversifying the field with professionals who are from diverse, underrepresented backgrounds or those from the local communities that house the LEAs.

AR000870

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**  `1244-Final Grant 2 SBMH Narrative.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13747277          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:44:54 PM EDT

AR000871

**Need for the Project**

Youth in Illinois experience a significant amount of adversity and mental health challenges. Youth in Illinois experience higher rates of reported and indicated cases of abuse and neglect than the rest of the nation (US Dept of HHS, 2015). Students in Illinois are more likely to grow up in communities with higher-than-average rates of violent crimes than others in the nation; including almost 50% more homicides as well as more rates of rape and burglary than the rest of the nation (FBI Uniform Crime Report, 2020). Youth in Illinois are more likely experience violence in and out of school – more likely to be bullied on school property, be bullied online, be threated, or injured by a weapon on school property, to experience sexual violence, be forced to have sexual intercourse, or miss school because of feeling unsafe than students across the nation (Youth Behavior Risk Survey, 2019). This same report found that students are more likely carry a weapon in Illinois than the rest of the nation as well as try to escape the pain – including being more likely to serious consider attempting suicide, attempt suicide, and have an injury from an attempt that requires medical attention than others in the US. Burke, Hellman, Scott, Weems, and Carrion (2011) showed significant increases in learning and behavior problems for youth that experienced four or more ACEs and Bethell, Newacheck, Hawes, & Halfon (2014) found that students with two or more ACEs were eight times more likely to demonstrate behavioral problems and twice as likely to repeat a grade compared to those with none.

Youth living in communities, households, and schools with high rates of poverty often have many other challenges during their lives. Youth living in poverty are more likely to experience Adverse Childhood Experiences (ACES; Steele, Bate, Steele, Dube, Danskin, et al., 2016) than students not living in poverty. SAMHSA and CDC estimate that one out of every five children meet criteria for a mental health diagnosis and one out of every ten meet criteria for a SED (CDC, 2011). Additionally, Costello, Messer, Bird, Cohen, & Reinherz (1998) found that children living in poverty are two times more likely to experience a SED than those not living in poverty. Approximately 40% of students in Illinois report experiencing depression; and Illinois youth have reported higher rates of seriously considering suicide than the rest of the nation (Jones, 2022). Of youth experiencing Major Depressive episodes, 55% of youth in Illinois report not receiving treatment (Mental Health America, 2022). Additionally, individuals from racial/ethnic minority groups are less likely to receive mental health care (American Psychiatric Association, 2017).

AR000872

These challenges affect youth every day.  Youth have shown a steady decrease in attendance over the past three years (ISBE School Report Card, 2022).  This trend is noticed nationally; while, Illinois has a higher rate of Chronic Absenteeism compared to the rest of the nation (NCES, 2022).  In disaggregating chronic absenteeism rates by race/ethnicity, students of color had disproportionately higher chronic absenteeism. Forty-eight percent of African American students and 36 percent of Hispanic students were chronically absent last year in Illinois. White and Asian students had comparably lower rates of chronic absenteeism but still experienced higher rates last year than in years prior (ISBE School Report Card, 2022).   Students in these districts have a need for improved positive school environments and mental health professionals that can provide high quality supports that are responsive to adversity, promote resiliency, and create a positive school climate with hopes of mitigating the effects of adversity (Bethell et al.).

SBMHSPs are not distributed evenly across locales, regions, or school sizes (Slade, 2004).  This is also true in Illinois and, unfortunately, the communities with the highest need have less SBMHSPs compared to high resourced LEAs with lower need.  With the exception of School Social Workers, a disproportional majority of SBMHSPs are employed by LEAs within the Chicago suburbs and not the higher need LEAs within Chicago or less resourced areas across the state (Lueck & Kelly, 2010).  Furthermore, Lueck and Kelly found that SBMHSPs across the state did not match the cultural, ethnic, or racial diversity of the students served.

The majority of training programs in the state of Illinois are traditional training programs requiring in-person attendance and relocation outside of native communities to attend the one-to-three-year programs.  High need communities have limited access to SBMHSPs that are originally from those communities; and those SBMHSP who are from high need communities may move to the city of their university and never return.  Especially young adults in rural and non-metropolitan areas have shown a trend of migrating to metropolitan areas since the movement from family farming (Cromartie, 2000).  Young adults especially perceive a lack of educational or employment opportunities as a reason for migration from their home communities and often believe they must leave for these opportunities (Kenway et al., 2006).  Following graduation, Neoclassic Economic Theory suggests that people will weigh the economic benefits of their choices and will select a location that serves their well-being (Cadwallader, 1992; Jobes, 2000).

AR000873

To address some of these shortages, the state of Illinois has developed a short-term certification allowing any licensed provider to take the respective school personnel content test and then provide services for up to three years while under supervision. The mental health professional shortage in community settings, lack of awareness, lack of efficiency in these programs, and other barriers results in very low utilization of these programs. A review of the institutes of higher education programs in the state revealed that less than 10% of their graduate students consist of students utilizing these alternative re-specialization training. There is a need for increased awareness, utilization, and refinement of SBMHSPs re specialization training program within the state and especially within high need LEAs.

The Illinois State Board of Education (ISBE) proposes a plan to work with 16 Local Education Agencies (LEAs) in four regions of the state to increase the number of School Based Mental Health Service Providers. Illinois has 852 LEAs and is an extremely diverse state regarding a variety of demographic categories, including race, ethnicity, and socioeconomic status. People in Illinois live in large urban areas, suburbs, small cities, or rural communities. For this proposed project, 16 LEAs with demonstrated need have been chosen that will be served. ISBE has divided them into four regions: north, central, west, and south.

The north region of the proposed project will include three LEAs in southern Cook County, including Harvey School District 152, Thornton Fractional Township High School District 215 and Thornton Township District 205. Totaling 9469 students, ISBE's Illinois Report Card (https://www.illinoisreportcard.com) states that all three of these districts serve over 70% low-income students that are primarily Black students, with each district also serving large populations of ethnically Hispanic students and other non-white races and ethnicities. The region of Illinois where these districts are located is considered by the University of Illinois at Chicago to be one of five identified areas in Illinois with the greatest concentration of social vulnerability to health inequities and poor health outcomes (Transformation Data & Community Needs Report: South Cook County, 2021).

The central region of the proposed project will include four LEAs – one in Champaign County, one in Vermillion County, and two in Livingston County: Urbana School District 116, Westville Consolidated Unit School District 2, Pontiac Community Consolidated School District 429, and Pontiac Township High School District 90. Totaling 7239 students, all three represented counties experience unique needs. According to ISBE's Illinois Report Card data, Urbana's

AR000874

students are 69% low income, while Westville's are 62% low income. Urbana is more racially diverse than the state averages. Livingston County is less diverse, with each district having over 70% white students, however, it is a rural area that is more isolated from mental health supports and has a poverty rate of 47% between its two districts.

The west region of the proposed project will include 3 LEAs - Illini West High School District 307 and West Central Consolidated Unit School District 235 in Henderson County, and Macomb Consolidated Unit School District 185 in McDonough County. According to ISBE's Illinois Report Card, all of these districts serve predominantly white students in more rural areas than the other regions of this proposed project, but have unique needs, including Illini West which reports 4% of its students are homeless, and West Central with more than 50% of its students being low income. Macomb is also a school district with nearly 50% students coming from low income households.

The far southern counties in Illinois are predominantly rural, white, and low income, however in more recent years, the Hispanic population has grown in this area. A selection of school districts from this region for this proposed project highlights smaller and bigger school districts – all are more than 50% low income according to ISBE's Illinois Report Card (2022). They are Carbondale Consolidated High School District 165, Carbondale Elementary School District 95, Meridian Community Unit School District 101, High Mount School District 116, Centralia High School District 200, and Centralia School District 135. Meridian CUSD is more than 95% low income, the Centralia SD 135 is 100% low income, and High Mount includes a homeless population of 7% of its students.

ISBE has an internal department that provides peer-reviewed data to those requesting information about its programs. Information was requested about the most recent numbers of SBMHSP ratios for this application in October 2022. Most of the high need LEAs selected for this project experience higher than average ratios of SBMHSPs to students than the 1:202 statewide ratio of SBMHSPs to students, which is the aggregate ratio reported by ISBE's entity profile system and the October 2022 data request. Ratios vary widely across the state. Within specific disciplines, the statewide ratio of School Psychologists to students in the is 1:1009; the statewide ratio of School Counselors to students is 1:534; and the statewide ratio of School Social Workers to students is 1:476 (ISBE Entity Profile System data, October 2022).

AR000875

The LEAs selected are all high-need. ISBE used SBMHSP ratios, poverty rates, and exclusionary discipline records to determine the list. Most students in Illinois live in communities and attend schools with mental health shortages. Over 40% of the population in Illinois lives in an area that seriously lacks access to mental health care [Healthcare Resources and Services Administration (HRSA)].  Compared to the average increased shortages of mental health professionals in surrounding states, the state of Illinois has shown at least double the rate of increased shortages from 2017-2019 (HRSA, 2019).  As of May 2022, Illinois had 221 mental health shortage areas with an estimated capacity to meet 22% of the mental health needs of the state.  It is estimated that Illinois would need 425 new behavioral health professionals to meet the needs of the state.  This data showed Illinois to be the fourth highest state for the number of mental health practitioners needed to address the shortages (Kaiser Family Foundation, 2022).

According to HRSA, there are several Illinois counties with the most shortages of mental health providers and greatest priority need, according to the Health Professional Shortage Area (HPSA) Score developed by the National Health Service Corps (NHSC) in determining priorities for assignment of clinicians. The scores range from 0 to 26 where the higher the score, the greater the priority. Most of the LEAs selected for this project are located in an area with a score of 18 or higher, with the exception of LEAs in Cook County, which are in an area with a score of 13, St. Clair County, near St. Louis, has a score of 12, and Vermillion County, with a score of 14. The counties or county groupings with a score of 18 or higher include Champaign and Douglas Counties, Henderson, Knox and Warren Counties, Livingston County, McDonough County, and a large grouping of rural counties in southern Illinois (Alexander, Clay, Clinton, Crawford, Edwards, Fayette, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Marion, Massac, Perry, Pope, Pulaski, Richland, Saline, Union, Wabash, Washington, Wayne, White, and Williamson counties). LEAs were identified only in these listed counties or groupings to ensure the project was reading high priority shortage areas.

The majority of students within the state attend schools with less than half the recommended number of mental health professionals.  The aggregated average of School Based Mental Health Service Providers (SBMHSPs) in Illinois is one SBMHSP for every 202 students in schools across the state [the aggregated best practice recommendation is 1 for every 100 students, calculated by aggregating the School Psychologists (1:500), School Social Workers (1:250), and School Counselors (1:250) best practice recommendations to equal 5 SBMHSPs for

AR000876

every 500 students)]. In addition, Illinois employment records show less than half the professionals needed for the recommended ratio of School Psychologist (1:1,261) and School Counselors (1:626) and almost one third the recommended ratio of School Social Workers (1:741; Hopeful Futures Campaign, 2022). There is a need for increased recruitment and retention of SBMHSPs to expand capacity to provide services within high need LEAs.

All of the LEAs selected for this project are in counties with a poverty rate the same or higher than the state's average of 11.4% (Heartland Alliance, https://www.heartlandalliance.org/illinois-poverty-data-dashboards/, 2019). Additionally, the LEAs selected for this project are also all in counties with a child poverty rate higher than the state's average of 15.6% (Heartland Alliance, https://www.heartlandalliance.org/illinois-poverty-data-dashboards/, 2019).

The pivotal data point that drove the selection of the LEAs in this proposed project relates to data that Illinois collects about student discipline. Each year, ISBE analyzes which districts are in the top 20% of all LEAs in the state for 1) suspensions, 2) expulsions, and 3) racial disproportionality in suspensions and expulsions (or a combination of all three metrics). Districts that are in the top 20% for three consecutive years are required to create and file a discipline reduction plan with ISBE and file annual progress reports with ISBE. All of the LEAs identified under this proposal have been in the top 20% of all Illinois districts for all three metrics for the last three years (2019-2020, 2020-2021, 2021-2022). Schools should be safe and supportive environments conducive to teaching and learning for educators and students. On the path to creating this culture, schools should rely less on exclusionary discipline techniques (e.g. suspensions and expulsions) and instead utilize methods that focus on the social, emotional, and behavioral needs of all students. And it is essential that when these methods of discipline are relied upon, it is not in a manner that involves disproportionate impact on racial minority groups. As noted in the American Bar Association's 2019 publication *A Model Code on Dignity in Education*, exclusionary discipline has a disastrous impact on student mental health, school climate, and academic performance. ISBE's proposal under the School Based Mental Health Grant has the potential to prevent the overuse of exclusionary discipline by preventing the need for intervention with mental health supports through primary prevention.

The LEAs chosen carefully for this proposal meet the criteria for mental health provider shortage areas, high rates of poverty, and all have been in the top 20% of schools in Illinois for

AR000877

the past three school years for exclusionary and racially disproportionate disciplinary methods. ISBE has confidence that if awarded, higher ratios of SBMHSPs will make a positive impact in these communities. These LEAs will form a consortia if this grant is awarded with one (to be determined) acting as the Lead LEA to streamline the workflow, goals, and deliverables.

All schools to be served within the high need LEAs meet the criteria of high need schools. All schools that will be served will meet this eligibility through a high percentage of students that are eligible for free or reduced-price lunch (FRL). There will be at least 60% of students at the elementary schools and at least 45% of students at non-elementary schools that meet FRL eligibility criteria for a school to be served. Schools that do not meet these criteria will not qualify for the supports or activities of this project. As the project is implemented and successful recruitment efforts prevail, schools that increase the number of SBMHSPs will move into maintenance and retention status and other high need schools within the high need LEAs will be prioritized for recruitment.

The west and south sides of the City of Chicago in the northern region are designated as mental health shortage areas, and ISBE is aware that Chicago Public Schools District #299 is applying under this School Based Mental Health grant notice of invitation with an application of their own. ISBE's application goals align well to theirs, as both taking a broad approach to increasing providers across all three disciplines with multiple strategies. ISBE has not included CPS as an LEA on this application so that, if awarded, both applications are able to complement one another and reach more high need areas of Illinois.

The chart below includes a breakdown of each school district's individual student population and SBMHSP ratios and counts, many of which were received by an ISBE data request and some of which were received by direct contact with the district. ISBE is noting with an asterisk* in the chart below that the number of school counselors reported to the ISBE entity profile system includes individuals with a license to work in schools who serve in advisory roles as well as licensed clinical professional counselors. If awarded this grant, ISBE would hope to be able to determine more about the data points surrounding school counselors in Illinois to build upon the robust work already being done by those in advisory and clinical roles to specifically capture mental health needs. Because ISBE is aware that advisory roles are reflected in the data about counselors, we have used both poverty and exclusionary discipline data to identify these high need districts in addition to their SBMHSP to student ratios.

AR000878

| School District | County | Student Count | School Social Worker count | School Social Worker ratio | School Psychologist count | School Psychologist ratio | School Counselor count | School Counselor ratio | Aggregate |
|---|---|---|---|---|---|---|---|---|---|
| Pontiac CCSD 429 | Livingston | 1105 | 3 | 1:368 | 0 | 0:1150 | 1 | 1:1105 | 1:276 |
| Pontiac Twp HSD 90 | Livingston | 678 | .9 | 1:753 | 1 | 1:678 | 2 | 1:339 | 1:174 |
| Westville CUSD 2 | Vermillion | 1176 | 1 | 1:1176 | 0 | 0:1176 | 1 | 1:1176 | 1:588 |
| Urbana SD 116 | Champaign | 4280 | 13.5 | 1:317 | 7 | 611:1 | 6.1 | 1:702 | 1:161 |
| | **Central total** | **7239** | **18.4** | **1:393** | **8** | **1:905** | **10.1** | **1:717** | **1:198** |
| Harvey SD 152 | Cook | 1647 | 5 | 1:329 | 2 | 1:824 | 0 | 0:1647 | 1:235 |
| Thornton Fract Twp HSD 215 | Cook | 3238 | 4.5 | 1:720 | 2 | 1:1619 | 13 | 1:249 | 1:166 |
| Thornton Twp HSD 205 | Cook | 4584 | 8 | 1:573 | 4 | 1:1146 | 20.35 | 1:226 | 1:141 |
| | **North total** | **9469** | **17.5** | **541:1** | **8** | **1:1184** | **33.35** | **1:0** | **1:161** |
| Illini West H S Dist 307 | Henderson | 337 | 0 | 0:337 | 0 | 0:337 | .82 | 1:411 | 1:411 |
| West Central CUSD 235 | Henderson | 729 | 0 | 0:729 | 1 | 1:729 | 1 | 1:729 | 1:365 |
| Macomb CUSD 185 | McDonough | 1924 | 3 | 1:641 | 2.8 | 1:687 | 4.63 | 1:416 | 1:185 |
| | **West total** | **2990** | **3** | **1:997** | **3.8** | **1:787** | **6.45** | **1:464** | **1:226** |
| Carbondale CHSD 165 | Jackson | 930 | 1 | 1:930 | 0 | 0:930 | 1 | 1:930 | 1:465 |
| Carbondale ESD 95 | Jackson | 1513 | 4 | 1:378 | 1 | 1:1513 | 1 | 1:1513 | 1:252 |
| Meridian CUSD 101 | Pulaski | 429 | 2 | 1:214 | 0 | 0:429 | 1 | 1:429 | 1:143 |
| High Mount SD 116 | St. Clair | 345 | 1 | 1:345 | 1 | 1:345 | 0 | 0:345 | 1:173 |
| Centralia HSD 200 | Marion | 849 | 2 | 1:424 | 0 | 0:849 | 4 | 1:212 | 1:142 |
| Centralia SD 135 | Marion | 1121 | 0 | 0:1121 | 0 | 0:1121 | 1 | 1:1121 | 1:1121 |
| | **South total** | **5187** | **10** | **1:519** | **2** | **1:2594** | **8** | **1:432** | **1:259** |
| **GRAND TOTAL** | | **24885** | **48.9** | **1:508** | **21.8** | **1:1142** | **24.55** | **1:872** | **1:356** |

AR000879

**Quality of Project Personnel**

Given the experience that ISBE has had with similar projects, and their collaboration with capable and committed partners, who also have extensive experience with similar projects and/or providing services to the populations of focus, there is an excellent opportunity to meet all desired outcomes of School Based Mental Health Grant. ISBE will collaborate with the three state associations that advocate for each of the SBMHSP disciplines under this grant - the Illinois School Psychology Association, the Illinois Association of School Social Workers, and the Illinois School Counselor Association for assistance with communications and marketing about the proposed project, alignment to best practices and statewide needs, as well as sustainability of and commitment to furthering diversity in the SBMHSP workforce.

The ISBE Project Coordinator will oversee and manage all aspects of the proposed project and ensure that ISBE resources are available for program support. The Project Coordinator will be responsible for coordinating all activities related to and including convening/coordinating partnerships and overseeing credentialing and tracking activities to ensure that the program meets its goals and achieves its objectives. They will plan, direct, and coordinate all program services, including working with local community partner organizations to execute the goals and objectives. The Project coordinator is responsible for program evaluation issues, including interfacing with project partners to collect information about outcomes, discuss challenges, and solve problems. They oversee policies and procedures related to service delivery goals and training goals of projects and facilitate regular meetings with key stakeholders. Overall, this coordinator ensures that all program requirements are met. The position will require at least five years of experience providing outreach, engagement and services to the populations similar to those identified as high-need under this application. This program will use two project coordinators to adequately ensure that the program is carried to completion successfully.

Candace Decker at ISBE will support this project if this proposal is awarded. Candace currently holds a Master of Public Health graduate degree with concentrations in Epidemiology and Biostatistics. She has served as the SEA project coordinator for several similar programs, including SAMHSA's Project AWARE which focuses on advancing wellness and resiliency in education by developing a sustainable infrastructure for school-based mental health programs

AR000880

and services. Candace has been with the Illinois State Board of Education for four years during which time she has managed the Mental Health Services grant to provide funding to Tier 1 and Tier 2 districts across the state, allowing them to develop and improve the mental health services for their students; Illinois YouthBuild, a community-based pre-apprenticeship program that provides job training and educational opportunities for at-risk youth; CDC's Improving Student Health and Academic Achievement Through Nutrition, Physical Activity and the Management of Chronic Conditions in Schools; Illinois' Community Partnership grant, which aims to address gaps in opportunity and the COVID-19 pandemic's impact on interrupted learning by developing or expanding relationships between schools, community-based organizations, and mental health providers to benefit the well-being of children, parents, and school staff; and many other wellness-related state initiatives.

Julia Strehlow, an Illinois licensed clinical social worker, is the Lead for Social Emotional Learning in the Wellness Department at the Illinois State Board of Education overseeing issues of social emotional learning, trauma sensitive schools, sexual health education, suicide prevention and related topics. Julia will support this project if this proposal is awarded. She has worked with many of Chicago's diverse communities since 2005, primarily focused on issues of child sexual abuse prevention, trauma informed care, child welfare and restorative justice. Julia worked for 10 years overseeing public policy advocacy and prevention education aimed at ending sexual harm against young people at the Children's Advocacy Center serving the city of Chicago. Additionally, Julia has served as an adjunct professor at the University of Illinois at Chicago's Jane Addams College of Social Work. A proud life-long Illinoisan, Julia is an Urbana native, a graduate of Knox College and she earned her MSW from University of Illinois at Chicago Jane Addams College of Social Work in 2012.

The Stress and Trauma Treatment Center, Inc. (SATTC) is a leader in the field of trauma informed and focused treatment services within school and community-based settings within the state of Illinois. The organization houses Nationally and Internationally Certified trainer(s) in Youth Mental Health First Aid, Parent Child Interaction Therapy (PCIT), Neurosequential Model of Therapeutics & Education, Child Adult Relationship Enhancement, and Managing & Adapting Practices. Including a Nationally Certified Supervisor in Trauma Focused Cognitive Behavioral Therapy. As clearly articulated in the mission and vision of the Center – the work of

AR000881

activating communities and disseminating state of the art trauma informed treatment and services is at the core of the organization.  The mission and vision of the Center are to:

"Help the vulnerable and hurt in our communities to heal from adversity, traumatic stress, and suffering during childhood. The vision of the SATTC is to provide and disseminate state-of-the art trauma informed and trauma focused evidence-based practices. The SATTC intends to do this by providing information and activating communities, organizations, and people to support the hurt and vulnerable."

Led by Dr. Matt Buckman, Nationally Certified School Psychologist dually credentialed as a Clinical Psychologist, this organization employs community- and school-based Psychologists, Social Workers, and Counselors.  The organization is an HFS certified Behavioral Health Clinic and site within the statewide APA-accredited Illinois School Psychology Internship Training Program and partner within three Behavioral Health Workforce Education and Training initiatives.  The organization serves in various training, mental health service, and consultation activities including integrating mental health services, training, and developing infrastructure within multiple school districts and communities in southern Illinois.  Among other projects and activities, the organization partners to achieve several statewide training, consultation, and service initiatives including Project AWARE (Advancing Wellness & Resilience in Education), Illinois Victim of Crime Act (VOCA) demonstration site for IL HEALS (Illinois Helping Every Access Linked Systems), Trauma Responsive Schools and Bullying Prevention Project, Managing Partner of REACH (Resilience Education to Achieve Community Healing) and the School-Based Trauma-Informed Support Services and Mental Health Care grant.  This work is core to the mission, goals, and activities of the organization. SATTC will support this grant in a training and capacity role by partnering with the Lead LEA via the consortium.

**Quality of Project Design and Project Services**

This project builds on existing federal, state, and local initiatives to expand and enhance current partnerships between the SEA (ISBE); 16 high-need LEAs; State Associations of Social Work, Counseling, and School Psychology; and the Stress and Trauma Treatment Center to serve families and communities. By leveraging and expanding existing initiatives, partnerships, and funding projects, the ambitious goals created for the project are feasible.  This project and activities is an expansion of existing programs to meet the needs of students impacted by mental health challenges in Illinois schools, As a result of the pandemic and associated stressors,

AR000882

children's mental health has been thrust to the forefront of discussions across the state, and efforts to promote mental health, social emotional, and trauma-informed systems have received a much needed increase in prioritization.

**Goal One: Increase the unduplicated, cumulative number of new school-based mental health services providers hired for the high need LEAs to provide school-based mental health services in high need schools.**

*Objective 1.1:* Forty SMBHSPs will be recruited, supported, and hired to provide mental health services to students within the high need LEAs per year. (baseline: TBD)

*Objective 1.2:* At least 28 unduplicated, cumulative number (30% attrition rate) of new school-based mental health services providers will be retained for more than three years. (baseline: TBD)

*Objective 1.3:* Improve the aggregated average ratio of school based mental health service providers to students within the high need LEAs to be lower than the state average by year five. (baseline < 1:267 for aggregate ratio of school based mental health providers)

*Objective 1.4:* Five (6 in yrs 2-5) SBMHSP supervisors or mentors will be provided support and contracted to provide support and quality supervision to first year SBMHSPs in LEAs per year (baseline: < 10% statewide)

*Objective 1.5:* 7,500 unduplicated students will receive SBMHSP's services by year 5.

Rationale for Performance Targets: The performance targets for 1.1, and 1.2 are ambitious given that the high need LEAs have, by criteria of selection, have had more challenge recruiting and retaining mental health professionals as evidenced by higher than state average SBMHSP to student ratios. The performance target for 1.2 and 1.3 will be ambitious to both create improvement and maintain this improvement given anticipated budget challenges during year two, three, and four. By October of year two, funding through Elementary and Secondary Education School Emergency Relief (ESSER) and American Rescue Plan Act (ARPA) will no longer be available. After this deadline, the high need LEAs federal funding will reduce significantly which will likely cause budget restrictions for new SBMHSP positions. The performance target for 1.3 will also be ambitious to take the high need LEAs that are worse than the state average on several indicators including ratios of SBMHSPs to students to be performing better than the rest of the state. Objective 1.4 is an ambitious target because this will supplement the supervision or mentoring already received to support professional growth and development.

AR000883

Lastly, objective 1.5 is ambitious to achieve service delivery of evidence- or research-based service delivery to 7,500 unduplicated students by year 5 (30% of the total students served).

ISBE and the LEAs have worked for many years to increase the number of SBMHSPs, which ultimately would increase the much needed services for students. The state of Illinois has a Medicaid waiver to expand reimbursement of services to general education students, a temporary certification for re-specialization, interstate reciprocity, and has funded hundreds of millions of dollars into this expansion across the state. These targets are core to the vision of this project, ISBE, and the LEAs. As such, the resources of leaders, staff, and partners will make these targets achievable. Utilizing partnering internship training programs, networks, state, regional, and local resources, the increase in SBMHSPs will be achievable. These targets are achievable given Illinois' full interstate reciprocity and short-term approval (re-specialization) legislation that can increase the supervisors and currently non-school state or nationally licensed providers that can be recruited (the latter will also be enrolled as a graduate student). All of the LEAs currently have at least one SBMHSP position unfilled and many have multiple positions unfilled. The outreach, recruitment, re-specialization strategies, interstate reciprocity strategies, mentoring, supervision, stipends, and other strategies will help attract and recruit SBMHSPs to these high need communities to fill unfilled and to allow expansion of these positions. In addition, a pipeline development or enhancement will increase the number of individuals entering one of the SBMHSPs fields from the high need communities with hopes of them returning and staying in the community. Lastly, the decrease in funding for existing SBMHSPs in lower need communities may not sustain current activities funded by ESSER OR ARPA, so these SBMHSPs may be motivated to find other employment after year two. Supplemental recruitment and retention stipends, supervisors or mentor stipends, respecializing provider stipends with service obligations as well as other recruitment and retention strategies, training and support make recruitment and retention of this significant increase in SBMHSPs achievable. In addition, training and consultation provided on the use of Medicaid reimbursement and other sustainability strategies will allow for a budget recovery from loss of federal funding and continued sustainability and growth of SBMHSPs at the high need LEAs.

Method/Activities to achieve objective:

Increased SBMHSPs will prioritize the increase in mental health services and supports with services to students starting within 180 days of the project start date. Other activities include

AR000884

team-based leadership planning around sustainability begin in year one for anticipated reduction of federal funds in year two; leveraging state and federal funds to sustain salaries for SBMHSPs; retention of leaders and well-trained and committed SBMHSP that started within the pipeline as graduate students; recruitment activities through presentations and exhibition booths at state conferences; identify graduates and licensed providers in around Illinois; create and disseminate separate outreach and awareness materials individualized for each group (currently licensed providers, non-licensed graduates, undergraduate students, and secondary school students with the LEA) to start graduate training, become temporarily certified, or transfer certification as SBMHSPs within high need LEAs for recruitment; provide training on effective supervision, employee retention, and recruitment strategies for supervisors and graduate students; provide specialized training on evidence based practices as both a recruitment and retention strategy; training on Medicaid reimbursement options for current School-Based Health Services (SBHS) to students with an Individualized Education Plan or establishment or partnering with a school-based Behavioral Health Clinic; training and consultation on the Medicaid State Plan Amendment that is under review with the Centers for Medicare and Medicaid Services (CMS) to update and expand SBHS program to reimburse for services to students in general education with Medicaid; convene ISBE, LEA, and leadership to review the efficiency and grow capacity for re-specialization training for currently licensed individuals; provide consultation and training to LEAs on post-graduation licensing processes and procedures for SBMHSP; provide diversity in role by formalizing and enhancing SBMHSPs activities in supervision; participate and advocate within the legislatively created Illinois Behavioral Health Workforce Education Center to address SBMHSP shortages; provide funding to cover a portion of the costs for the districts to expand new SBMHSP roles (25,000); provide competitive stipends that will increase pay or reimburse expenses on top of other compensation to SBMHSPs ($25,000), professional mentors or supervisors ($5,000), and respecializing practitioners ($10,000); a competitive stipend ($10,000) to any SBMHSP for reimbursement of costs associated with commuting more than 25 miles one way or to move significantly closer and within 20 miles of the high need LEA; and a service obligation contract for retention in the form of a -month full-time (6-month part-time) service obligation for every $5,000 provided.

Rationale/Literature Review for activities, interventions, process, practice, or policy:

AR000885

US Department of Health and Human Services (2001) reported that approximately 75-80% of youth in need of services do not receive them because of inadequate mental health services. A survey conducted by NCES (2022) found that 96% of schools provide mental health services and approximately half of these schools agree or strongly agree that they can effectively provide mental health services to all students in need. Of those who did not believe the could adequately address the need, they reported their limitations being insufficient number of mental health professionals (61%), inadequate access to licensed mental health professionals (57%), and inadequate funding (48%).

Half of students that need services receive them (Whitney & Peterson, 2019). Those who receive services are mostly identified and receive those services at school (Rones & Hoagwood, 2000). Increased number of SBMHSPs and smaller ratios will increase mental health services provided to students, families, and staff that will improve the overall wellbeing of students, the school and the community. These lower ratios have been found to reduce disciplinary concerns (Carrell & Carrell, 2006) and effective at increasing standardized test scores (Parsych et al., 2019), attendance (Carey et al, 2012), GPA (Goodman-Scott et al., 2018), and graduation rates (Lapan & Gysbers, 2012).

A graduate student focus group was conducted in developing this proposal. The participants reported recruitment to participate in field placements and to apply for employment within high need LEAs would require financial supports, training, and supervision. These financial supports could be used for loan repayment, travel costs, resources for practice, resources for studying the licensure exam or taking the test, or many other expenses during this time of a provider's career (reported to be expenses by a focus group). In addition to financial investments and supports for recruitment and retention, professional associations also recommend that professional and administrative supervision and mentorship will increase retention, professional development, and a positive work environment (e.g. NASP, 2021).

Effective strategies for recruitment and retention of SBMHSPs includes the development of a school-university partnership to create a pipeline of qualified graduate students to high need LEAs (NASP). A similar program coordinated by one of the partnering organizations through the Behavioral Health Workforce Education and Training program for community-based settings, has shown evidence of increased placement in higher need areas, increased participation by graduate students, and increased recruitment to work in settings students interned.

AR000886

The state of Illinois also has key legislation that is underutilized but that has found to be effective to recruit practitioners (NASP, 2021).  The first is a pathway to recriprocity of licensure across state lines.  The second is a re-specialization credential with a three year temporary certification under the supervision of a fully credentialed provider and while taking additional courses.  This re-specialization and supervision will be promoted and supported with financial support through this project to reduce the costs and increase utilization within high need LEAs.

These implementation of a service obligation that is commensurate with the amount of funding support will increase retention within the high need LEAs or other high need LEAs.  A systemic review found that similar programs across the US and other countries have found the effectiveness of utilizing financial incentives for professionals to work in underserved areas increased recruitment and increased retention in the same or other high need areas (Barnighausen & Bloom, 2009).

**Goal Two: Increase the unduplicated, cumulative number of SBMHSPs participating in re-specialization program in the high need LEAs to provide school-based mental health services in high need schools**

*Objective 2.1:* Eight (10 in yrs 2-5) SBMHSP supervisors or mentors will be provided support and contracted to provide support and quality supervision to respecializing providers in high need LEAs per year (baseline: < 10% statewide)

*Objective 2.2:* Twenty-five mental health professionals will participate in re-specialization short-term approval program while providing school based mental health services to students placed in the high need LEAs per year. (Baseline: TBD)

Rationale for Performance Targets: The performance target for graduate students is ambitious given there were approximately 100 school-based internship positions reported to ISBE in 2022. The target of fifteen respecializing mental health professionals and ten SBMHSP supervisors is ambitious given that high need LEAs have, by criteria of selection, had more challenge recruiting and retaining mental health professionals as evidenced by higher than state average SBMHSP to student ratios.  These targets are achievable given Illinois' full interstate reciprocity and short-term approval (re-specialization) legislation that can increase the supervisors and currently non-school state or nationally licensed providers that can be recruited (the latter will also be enrolled as a graduate student).   The project will support the achievement of these objectives through the pipeline recruitment as SBMHSPs and the provision of stipends to support participation.

AR000887

<u>Method/Activities to achieve objective:</u> Identify graduates and licensed providers in around Illinois; create and disseminate separate outreach and awareness materials individualized for each group (currently licensed providers, non-licensed graduates, undergraduate students, and secondary school students with the LEA) to start graduate training, become temporarily certified, or transfer certification as SBMHSPs within high need LEAs for recruitment; provide training on effective supervision, employee retention, and recruitment strategies for supervisors and graduate students; provide specialized training on evidence based practices as both a recruitment and retention strategy; convene partners to review the efficiency and grow capacity for re-specialization training for currently licensed individuals; provide consultation and training to LEAs and training programs on post-graduation licensing processes and procedures for SBMHSP; provide diversity in role by formalizing and enhancing SBMHSPs activities in supervision; participate and advocate within the legislatively created Illinois Behavioral Health Workforce Education Center to address SBMHSP shortages; provide competitive stipends that will increase pay or reimburse expenses on top of other compensation to graduate students ($10,000), professional supervisors ($5,000), and respecializing practitioners ($5,000); a competitive stipend ($10,000) to any graduate student or professional for reimbursement of costs associated with commuting more than 25 miles one way or to move significantly closer and within 20 miles of the high need LEA; and a service obligation contract for retention in the form of a 3-month full-time (6-month part-time) service obligation for every $5,000 provided.

<u>Rationale/Literature Review for activities, interventions, process, practice, or policy:</u>  Effective strategies for recruitment and retention of SBMHSPs includes the development of a school-university partnership to create a pipeline of qualified graduate students to high need LEAs (NASP).  Expansion of activities of a field coordinator and financial support for internships will improve these partnerships and increase internship placements within high need LEAs across the state.  A similar program coordinated by one of the partnering organizations through the Behavioral Health Workforce Education and Training program for community based settings, has shown evidence of increased placement in higher need areas, increased participation by graduate students, and increased recruitment to work in settings students interned.

A graduate student focus group was conducted in developing this proposal.  The participants reported recruitment to participate in field placements and to apply for employment within high need LEAs would require financial supports, training, and supervision.  This project will provide

AR000888

additional financial support for graduate students to participate, to find employment within the LEAs, and to commute or relocate closer to the LEA even if they live some distance from the high need LEAs. These financial supports could be used for loan repayment, travel costs, resources for practice, resources for studying the licensure exam or taking the test, or many other expenses during this time of their career. In addition to financial investments and supports to support recruitment and retention, professional associations also recommend that professional and administrative supervision and mentorship will increase retention, professional development, and a positive work environment (e.g. NASP, 2021). NCES (2022) found that first year educators with mentors were significantly more likely to stay employed and to stay at the same LEA.

The state of Illinois also has key legislation that is underutilized but that has found to be effective to recruit practitioners (NASP, 2021). The first is a pathway to reciprocity of licensure across state lines. The second is a re-specialization credential with a three year temporary certification under the supervision of a fully credentialed provider and while taking additional courses. This re-specialization and supervision will be promoted and supported with financial support through this project to reduce the costs and increase utilization within high need LEAs.

These implementation of a service obligation that is commensurate with the amount of funding support will increase retention within the high need LEAs or other high need LEAs. A systemic review found that similar programs across the US and other countries have found the effectiveness of utilizing financial incentives for professionals to work in underserved areas increased recruitment and increased retention in the same or other high need areas (Barnighausen & Bloom, 2009).

**Goal Three: Increase the unduplicated, cumulative number of school-based mental health services providers in the high need LEAs who are from diverse backgrounds or from communities served  (Competitive Preference Priority 2)**

*Objective 4.1:* Fifty percent of school based mental health services providers in the high need LEAs will be of diverse backgrounds reflecting the community's identities, races, ethnicities, abilities, and cultures and/or from the community served by year five. (baseline = TBD)

*Objective 4.2:* Increase the percentage of professionals who are members of groups that have traditionally been underrepresented in school based mental health professions based on race,

AR000889

color, national origin, gender, age, or disability providing services within the high need LEAs by 20% by year five. (baseline = TBD)

<u>Rationale for Performance Targets:</u> The performance target for 4.1 and 4.2 are ambitious given that Lueck & Kelly (2010) found that SBMHSPs in Illinois were a homogenous group with 87% White and 84% female and given the criteria for High need LEAs that demonstrates difficulties in recruitment and retention. These targets are considered achievable given the diversity of graduate students within training programs in Illinois. With a diverse set of graduate students with commitment, connections, and roots within these communities, strategies for recruitment and retention will support achievement of these targets.

<u>Method/Activities to achieve objective:</u> The prioritization of recruitment and retention of SBMHSPs from diverse backgrounds or from the communities served by the LEAs to provide school based mental health services in high need LEAs is intentional and strategic to the success of this project. Activities include active recruitment and prioritization of hiring SBMHSPs from diverse backgrounds and from the local communities served; inclusion of diverse backgrounds and inclusive language in recruitment and outreach materials; identify graduates and licensed providers in around Illinois from diverse backgrounds or originally from the communities served by the LEAs; create and disseminate individualized outreach and awareness materials for each LEA to represent the unique characteristics of each community to target separate groups [currently licensed providers, non-licensed graduates, undergraduate students, groups of underrepresented individuals (e.g. black fraternities; LGBTQI+ groups); secondary school students within the LEAs] to start graduate training, become temporarily certified, or transfer certification as SBMHSPs within high need LEAs for recruitment; training and systemic implementation of policies and practices to promote inclusion practices within the high need LEAs (anything from strategies of updating inclusive pictures and language on the website to analyzing data on disproportionality in office discipline or special education referrals and responding with improved policies and practices), provide training and professional activities on effective multi-cultural supervision, employee retention, implicit bias, and equity and healing center workforce, and recruitment strategies; provide specialized training and involve SBMHSPs on culturally inclusive and adaptive use of evidence based practices as both a recruitment and retention strategy; provide diversity in role by formalizing and enhancing SBMHSPs of diverse backgrounds in supervisory, mentoring, recruitment, and retention activities; strategies to grow

AR000890

cohesiveness and connection within graduate student cohort as peer support and recruitment of multiple cohort members of diverse backgrounds to allow continuity of relationship and support through the pipeline from graduate student to professional; targeted recruitment activities through presentations and exhibition booths at state conferences, minority SBMHSP organizations, listservs for minority SBMHSP, and networks of minority SBMHSPs; provision of distance learning for graduate students to remain in their community while studying; provision of telehealth to meet the needs of students; prioritization for competitive stipends that will increase pay or reimburse expenses on top of other compensation to graduate students ($10,000), professional supervisors ($5,000), and respecializing practitioners ($5,000); a competitive stipend ($10,000) to any graduate student or professional for reimbursement of costs associated with commuting more than 25 miles one way or to move significantly closer and within 20 miles of the high need LEA; a service obligation contract for retention in the form of a 3-month full-time (6-month part-time) service obligation for every $5,000 provided.  A prioritization system will be utilized for the dissemination of stipends with the following prioritizations to increase number of individuals of diverse backgrounds and from the communities into high need LEAs until a critical mass of faculty of diversity is obtained for future recruitment and retention (if applicable) for selection of awardees:

1. Those receiving funding for the first time
2. Full time committed SBMHSPs
3. Individuals from diverse backgrounds that reflect the communities identities, races, ethnicities, abilities, and cultures of the students.
4. Individuals from the communities served by the LEAs
5. Individuals who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability.

Rationale/Literature Review for activities, interventions, process, practice, or policy:

Culturally diverse SBMHSPs are underrepresented within the workforce.  For example, Goforth and colleagues (2021) found that approximately 86% of School Psychologists were White and only 8% Hispanic, not representing the population of schools across the country, especially not higher need schools.  Furthermore, shortages exist in certain types of locales and higher need communities with more affluent communities having more and retaining more SBMHSPs across the state of Illinois (Lueck & Kelly, 2010).  Goforth and colleagues found that there is an

AR000891

increased shortage of school psychologists in rural areas.  Also, supports such as financial stipends for internships were not consistently available (Prus et al., 2014).  ASCA (2021) reported many communities lack sufficient access to school counselors and other support staff with schools with high rates of students of color and low-income students having especially limited access.

The proposed project involves the deployment of several different recruitment and retention strategies that were developed after a thorough review of current practices that have shown demonstrated success.  Studies of strategies that increase recruitment of individuals of color into behavioral health professions include financial aid packages, the involvement of existing minority faculty and students in recruitment efforts, linking with historical institutions of color, having or approaching a critical mass of faculty of color, engaging graduate students and faculty in diversity issues related work and the personal contacts that faculty made with prospective minority students (Rogers & Molina, 2006).  NASP (2021) also identifies the use of targeted high school and undergraduate student introduction and recruitment strategies. McCleary and colleagues (2020) found the creation of a distance education learning programs addressed the regional needs to increase distribution to underserved areas.  This project will utilize these strategies and more.

**Implementation Plan**

The goals and objectives of this proposed school-based project build on these current priorities, with a focus on a trauma informed model of increasing mental health service providers in schools that is culturally competent, developmentally appropriate, evidence-based, or evidence-informed, and addresses the mental health effects of COVID-19. This project will leverage existing systems and build sustainability throughout the state by modeling creative and impactful partnerships between high need LEAs.

**Activity timeline.** An activity timeline with a visual depiction of the program's key activities and delegated staff can be found below:

AR000892

| Key Activities | Completion Date | Lead Person |
|---|---|---|
| **Infrastructure and Planning/Start Up** | | |
| Establish workflows, meeting schedules, and partnerships logistics | Jan 2023 | Program Coordinator (PC) |
| Individual meetings with all LEAs | Jan-Feb 2023 | PC |
| Review evaluation plan, develop necessary data collection tools | Jan 2023 | PC |
| Convene monthly calls with partners and districts for the first 6 months of the award | Jan-June 2023 | PC |
| Begin mental health services to students in LEAs | Feb 2023 | PC |
| Begin training with LEAs and SBMHSP | Feb 2023 | PC; SATTC |
| Convene annual planning meetings/retreats | Summer 2023, 2024, 2025, 2026, 2027 | PC |
| Establish additional meeting frequency with collaborators and partners | Jan 2023 | PC |
| **Performance measures** | | |
| Goal 1: hiring/expanding | | |
| 40 professionals hired per year (1.1) | Annually | PC; LEA Leads |
| 28 retained providers more than three years (1.2) | 12/31/26 | PC; LEA Leads |
| Ratio lower than the state average by year five (1.3) | 12/31/27 | PC; LEA Leads |
| 5 supervisors or mentors supporting new staff (1.4) | Annually | PC; LEA Leads |
| 7,500 students served by year five (1.4) | 12/31/27 | PC; LEA Leads |
| Goal 2: placement in high need LEA | | |
| 8 supervisors or mentors supporting others (2.1) | Annually | PC; SATTC |
| 25 professionals respecialize (2.2) | Annually | PC; LEA Leads |
| Goal 3: diversity of field | | |
| Profession is 50% from diverse backgrounds by year 5 (3.1) | 12/31/27 | PC; LEA Leads; SATTC |
| Percentage of underrepresented groups increased by 20% by year 5 (3.2) | 12/31/27 | PC; LEA Leads; SATTC |
| **Evaluation** | | |
| Performance measures reported in project tracker | Ongoing | PC; LEA Leads; |
| Biannual staff survey | June and Dec of each year | PC |
| Biannual professionals survey | June and Dec of each year | PC |
| Extant LEA data | Annually | PC |
| Create reports to DOE at required intervals | As required or requested | PC |
| Collect and analyze data as outlined in Evaluation | Monthly | PC; SATTC |

AR000893

As disproportionalities exist for individuals of color and other diverse backgrounds in academic, behavioral, and mental health challenges, the provision of services by a diverse staff of SBMHSPs and staff that are from the community and understand the culture of the community can increase the success of the mental health services provided. In a recent press release about a new ISBE initiative to promote affinity groups as part of the state's teacher retention strategies, ISBE's State Superintendent Carmen Ayala said "all students benefit when they have teachers who are diverse, experienced, and supported." The same goes for SBMHSPs. ISBE began reporting the three-year teacher retention rate disaggregated by race/ethnicity for the first time in 2021. The data show that Illinois schools retain Black teachers at the lowest rate of all teacher groups – 80.6 percent. That compares to an 87.6 percent rate for White teachers. While this data is currently not available specific to SBMHSPs, it is likely that it looks similarly disproportionate, which points to the need for the objectives under the fourth goal of this proposal. Research from the Learning Policy Institute also shows that teachers of color boost the academic performance of students of color, including better reading and math test scores, higher graduation rates, and increased aspirations to attend college. Studies show that students taught by teachers of the same race/ethnicity are less likely to be chronically absent and less likely to experience exclusionary discipline.

The proposed program will place graduate students in school psychology, counselor, and social worker programs into high-need LEAs for the purpose of completing required training necessary to complete their degree or obtain a credential as a school-based mental health services provider. This will be done under the guidance of ISBE's adopted Strategic Plan from 2020 that serves as a roadmap for Illinois public schools through school year 2022-23. The plan is focused on three areas - student learning, learning conditions, and elevating educators. These goals are held together by four principles that guide the work at ISBE - equity, quality, collaboration, and community - and responsibility to tirelessly pursue educational equity for all of our students in all of our classrooms, schools, and districts. Equitable access to quality services is also a large priority for all areas of Illinois. In its strategic plan, ISBE recognized the importance of addressing youth mental health and leveraged both federal and state funds to begin to lay the foundation for long-term mental health solutions.

AR000894

The fourth goal of the proposed project is centered on strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. The goal seeks to raise the amount of unduplicated, cumulative number of school-based mental health services providers in the high need LEAs who are from diverse backgrounds or from communities served by the LEAs. The project seeks to have 50 percent of school based mental health services providers in the high need LEAs will be of diverse backgrounds reflecting the community's identities, races, ethnicities, abilities, and cultures and/or from the community served by year five. The project also seeks to increase the percentage of graduate students and professionals who are members of groups that have traditionally been underrepresented in school based mental health professions based on race, color, national origin, gender, age, or disability providing services within the high need LEAs by 20% by year five. Strategies will be multi layered from the micro-individual level of honoring a students core identities and valuing diversity, equity and inclusion to the macro-community level efforts to built a robust system of supervision including supervisors from racially and ethnically diverse backgrounds as well as those from the communities where the LEAs are located.

**Sustainability Planning**

The enhanced capacity within the high need LEAs and subsequent high need schools will demonstrate value to all involved, which will lead to the leveraging of local, regional, state, and national resources to sustain this work in the high need LEAs.  This sustainability is demonstrated early in the project by identifying 25% match through local and state funding and in-kind contribution to expand these SBMHSP positions.  Furthermore, ISBE, LEAs, federal, or other funding sources will have to be leveraged throughout the project term to have the resources for the expansion.  Additionally, these high need LEAs do get additional funding from ISBE to support strategies to achieve success for their students.  This methodology allows for planful and intention increased local and state investment from a commitment to invest during development of this proposal to every year of new hires during the project term. Therefore, resource mapping, financial leveraging strategies, and sustainability planning will begin at the onset of the project to allow for expansion from year to year and sustainability once expansion has occurred.

Although this commitment is clear from ISBE, local LEAs, and other partners, financial mechanisms for sustainability are also necessary.  The state of Illinois has a Medicaid waiver to

AR000895

expand reimbursement of services to general education students under review. The Department of Healthcare and Family Services in partnership with ISBE have worked to increase the number of providers eligible for reimbursement through Medicaid as well as expand services to all students – general and special education. This service reimbursement will use a time-study and fee for service model and other models such as Behavioral Health or School-Based Health Center options for reimbursement will also be explored. This expansion and increased utilization of School-Based Medicaid services will be the target of lots of training and consultation to support LEA utilization of reimbursement mechanisms to sustain these positions.

ISBE and other state departments identify these high need communities as a priority for supports. The prioritization of these communities and schools will create many funding opportunities during the project period and after the project period for expansion and sustainability within the LEAs. Additionally, the School Board, County Board, and 708 Mental Health Board may see the benefits of this expansion and leverage additional resources to sustain this expansion. Lastly, the capacity, relationships, and team built through this project will support local influence, ongoing retention and recruitment of staff as needed, and ingenuity and synergy for obtaining funding and other supports.

## Management Plan and Adequacy of Resources

The Illinois State Board of Education has a strong history with the management of mental health support programming and statewide initiatives related to mental and behavioral health. Equitable access to quality services is a large priority for all areas of Illinois. In its strategic plan, ISBE recognized the importance of addressing youth mental health and leveraged both federal and state funds to begin to lay the foundation for long-term mental health solutions. Leveraging the work of its Wellness department, ISBE will build on past demonstrated successes with Project AWARE, its seven Social Emotional Learning (SEL) Hubs, the Resilience Education Resilience Education to Advance Community Healing (REACH) pilot and statewide initiative, the Community Partnerships grant program, and the recent award ISBE received from SAMHSA for Trauma-Informed Services in Schools to expand REACH into alternative schools.

The Community Partnership Grant addresses the post-pandemic gaps in opportunity and unfinished teaching/learning that school districts in Illinois are facing. More specifically, the grant aims to decrease the gaps in meeting students' social, emotional, behavioral, and mental health needs. Community Partnerships awardees are creating enduring partnerships between

AR000896

schools, community-based organizations, and mental health providers that will last beyond the grant – and the goals of this application will be a complement to the existing systems of support built under Community Partnerships.

This application to expand the mental health provider pipeline is also connected to the successful management that has been ongoing of ISBE's seven SEL Hubs that are housed within six Regional Offices of Education across the state and Chicago Public Schools. SEL Hubs are providing professional development, training, and support to districts in their region to establish and expand SEL programs in Illinois schools. They are assisting school-community leadership teams to implement data-driven strategies to address student trauma and mental health needs and build resilient communities. The Hubs rely on a strong base of mental health providers in Illinois schools – and the programming described under this application will help ensure that base is strong.

Solving the mental health provider shortage in Illinois schools would enhance the ability of school districts to be successful with many existing initiatives, especially REACH Statewide Initiative. REACH trains educators, school mental health professionals, and community members to recognize the signs and symptoms of trauma and address students' social-emotional and mental health needs. More specifically, it trains educators to engage in a reflective self-assessment process through which it assesses its current level of trauma-responsiveness and uses assessment data to inform areas of growth and action steps. During Y1 of the REACH statewide initiative, 228 schools, across 131 school districts, participated in the initiative. Illinois is currently in Year 2 of REACH, and hope to be able to continue this exciting program that is a huge resource for our communities. Each school formed REACH teams comprised of the following: mental health professional, school administrator, teacher, parent or caregiver, and community member or partner. Over the course of their initial participation, REACH teams worked collaboratively to (1) complete the Trauma Responsive Schools-Implementation Assessment (TRS-IA), a self-assessment tool designed for schools to assess internal trauma responsive policies, procedures, and practices and (2) develop a data driven action plan for becoming more trauma responsive. One hundred twenty-five (55%) of these schools completed the Trauma Responsive Schools-Implementation Assessment (TRS-IA) in year 1.

REACH, as well as other aforementioned ISBE initiatives, demonstrate a wealth of resources that complement the expansion of school mental health service providers well. ISBE's

AR000897

experience managing the existing programs demonstrates its ability to further expand these efforts into expanding the behavioral health workforce while leveraging and sustaining past efforts. ISBE's management plan for this grant will include oversight via the Safe and Healthy Climate Center of the Educational Operations Department, including involvement of the Wellness Director, Wellness supervisor, and the Program Coordinator. The Coordinator will be responsible for regular meetings with all LEAs and partners, communications with institutions of higher education suppling the graduate students, and regular monitoring of how the program is functioning within the high need LEAs and between all parties.

ISBE provides leadership and resources to achieve excellence across Illinois districts through engaging stakeholders in formulating and advocating for policies that enhance education, empower districts, and ensure equitable outcomes for students. In 2018, ISBE formed a Department of Wellness to ensure that social, emotional and mental health needs of students and educators were a priority for the agency. In 2020, ISBE developed a strategic plan that identified student wellness as one of the agency's primary goals. The COVID-19 pandemic resulted in ISBE collaborating with numerous other state agencies to provide guidance, resources, and support to students, families, communities, staff, and school administration through the shut-down of in-person learning, shift to remote learning, and the eventual return to in-person learning.  The need for supports during this unprecedented time seemed to continually grow and evolve, but ISBE continuously stayed on the forefront of bringing the necessary guidance to the state of Illinois.  The release of state and federal funds, including ESSER funds, resulted in ISBE working with entities to provide information and guidance on how to blend and braid funding.  This is seen in several of the grants in ISBE's Wellness Department now where wellness staff are providing technical assistance, office hours, and learning communities to entities with information on coordination of funding.

All partners involved in this proposal are deeply committed to students in Illinois – both the K-12 students at high need LEAs that will be provided mental health services, and the graduate and professional students who will receive instruction and training to serve children and youth under this project. Based on data and its history working with mental health related programs to support schools, ISBE has carefully considered the location and expertise of programs proposed to be involved in this project.

AR000898

**Quality of the project evaluation**

The goal of the evaluation of this proposed project is to monitor progress toward achievement of the goals and objectives. Evaluation will occur formatively, such that data collection and performance management informs implementation and enables course corrections. Bimonthly quality improvement meetings between the ISBE Coordinator, their supervisor, and the lead staff from partner organizations will use data to identify successes, barriers, and solutions to support ongoing quality improvement. The coordinator will be responsible for ensuring that all partner organizations as well as ISBE are providing data to DOE as required.

The data collection and reporting methods used for this project will yield reliable, valid, and meaningful performance data. ISBE will create a secure and shared data tracker to be used by all project partners to monitor data. Using a secure project tracker will keep all of the data points consistent and reliable, while allowing for simplicity in counting the frequencies necessary to demonstrate impact. The ISBE program coordinator will be responsible for ensuing all project staff at all partner agencies remain up to date with project tracker entries, and will ensure their accuracy and validity. All data collected will be stored to protect privacy and confidentiality, in accordance with ethical standards. Participant protection, privacy, and confidentiality will be maintained. The list and table below outline the plan for the data related to the performance measures/objectives.

Additionally, to complement the quantitative data reflected in the goals and performance measures, ISBE will administer a short survey biannually to graduate and professional students involved in the proposed project. This survey will assess knowledge and attitudes about the project's goals, satisfaction with the support provided, self-report of implementation progress, and perceptions of potential effects. Also, ISBE will administer a short survey biannually to partner staff involved in the proposed project. This survey will assess knowledge and attitudes about the project's goals, satisfaction with the support provided, self-report of implementation progress, and perceptions of potential effects. Additional extant sources of data may be collected related to the high-need LEAs. To minimize burden, these will include data routinely collected by the state (school report card and school climate data) and be used to summarize high level progression toward goals.

ISBE has a history of high-quality data collection and robust reporting methods. The ISBE Wellness department oversees the 5 Essentials annual student climate survey and the Youth Risk

AR000899

Behavior Survey, among other research related initiatives in its various programs. In its use of ESSER funding, ISBE has administered a number of research endeavors to demonstrate the impact of its use of pandemic relief funds, including being awarded the Institute of Education Sciences' Improving Pandemic Recovery Efforts in Education Agencies project, which ISBE is undergoing currently in collaboration with the American Institute for Research. This, in addition to countless other research and data collection initiatives, demonstrates ISBE's capacity to collect and report reliable, valid, and meaningful performance data.

The below listing of goals and corresponding performance measures include thorough, feasible, and appropriate considerations of how to measure impact. The listed methods of evaluation will provide performance feedback and permit periodic assessment of progress toward achieving intended outcomes. Data will be shared with all project stakeholders and used to inform related work of ISBE and high-need LEAs.

**Goal One: Increase the unduplicated, cumulative number of new school-based mental health services providers hired for the high need LEAs to provide school-based mental health services in high need schools.**

*Performance Measure 1.1:* Forty SMBHSPs will be recruited, supported, and hired to provide mental health services to students within the high need LEAs per year. (baseline: TBD)

*Performance Measure 1.2:* At least 28 unduplicated, cumulative number (30% attrition rate) of new school-based mental health services providers will be retained for more than three years. (baseline: TBD)

*Performance Measure 1.3:* Improve the aggregated average ratio of school based mental health service providers to students within the high need LEAs to be lower than the state average by year five. (baseline < 1:267 for aggregate ratio of school based mental health providers)

*Performance Measure 1.4:* Five (6 in yrs 2-5) SMBHSP supervisors or mentors will be provided support and contracted to provide support and quality supervision to first year SBMHSPs in LEAs per year (baseline: < 10% statewide)

*Performance Measure 1.5:* 7,500 unduplicated students will receive SBMHSP's services by year 5.

AR000900

**Goal Two: Increase the unduplicated, cumulative number of SBMHSPs participating in re-specialization program in the high need LEAs to provide school-based mental health services in high need schools**

*Performance Measure 2.1:* Eight (10 in yrs 2-5) SBMHSP supervisors or mentors will be provided support and contracted to provide support and quality supervision or mentoring to re-specializing professionals per year (baseline: < 10% statewide)

*Performance Measure 2.2:* Twenty five mental health professionals will participate in re-specialization short-term approval program while providing school based mental health services to students placed in the high need LEAs per year. (Baseline: TBD)

**Goal Three: Increase the unduplicated, cumulative number of school-based mental health services providers in the high need LEAs who are from diverse backgrounds or from communities served by the LEAs. (Competitive Preference Priority 1)**

Performance Measure 3.1: Fifty percent of school based mental health services providers in the high need LEAs will be of diverse backgrounds reflecting the community's identities, races, ethnicities, abilities, and cultures and/or from the community served by year five. (baseline = TBD)

Performance Measure 3.2: Increase the percentage of graduate students and professionals who are members of groups that have traditionally been underrepresented in school based mental health professions based on race, color, national origin, gender, age, or disability providing services within the high need LEAs by 20% by year five. (baseline = TBD)

AR000901

| Objective and Data Element (Performance Measures) | Collection Method | Method of Data Analysis |
|---|---|---|
| **Goal 1: hiring** | | |
| 40 professionals hired per year (1.1) | Project tracker entries | Frequency count |
| 28 professionals retained by year 3 (1.2) | Project tracker entries | Frequency count |
| Ratio lower than state average by year five (1.3) | Project tracker entries | Ratio calculation |
| 5 supervisors/mentors for new staff (1.4) | Project tracker entries | Ratio calculation |
| 7,500 students served by year five (1.5) | Project tracker entries | Frequency count |
| **Goal 2: re-specialization training in high need LEAs** | | |
| 8 supervisors/mentors to provide supervision (2.1) | Project tracker entries | Frequency count |
| 25 professionals re-specializing (2.2) | Project tracker entries | Frequency count |
| **Goal 3: diversity of field** | | |
| Profession is 50% from diverse backgrounds by year 5 (3.1) | Project tracker entries | Percentage calculation |
| Percentage of underrepresented groups increased by 20% by year 5 (3.2) | Project tracker entries | Increase calculation |
| **Additional data elements** | | |
| Biannual staff survey | Emailed questionnaire | Survey summary report |
| Biannual graduate student & professionals survey | Emailed questionnaire | Survey summary report |
| Extant LEA data: Attendance, absenteeism, truancy, achievement, achievement gap by race, achievement gap by income, school climate, | Existing ISBE School Report Card and 5 Essentials Climate Survey | High-need LEA data summary report |

## Other Attachment File(s)

* **Mandatory Other Attachment Filename:**  `1234-ISBE StrehlowResume2022.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**AR000903**

# Julia M. Strehlow, MSW, LCSW (she/her)

Chicago, IL | jstrehlo@isbe.net

**Licensure and Education**

Licensed Clinical Social Worker: Illinois Department of Professional Regulation #149.017201

Master of Social Work (May 2012) - *Community Health and Urban Development concentration*
Jane Addams College of Social Work, University of Illinois at Chicago

Bachelor of Arts in Anthropology-Sociology (June 2007) - *Minors in Psychology and Social Service*
Knox College, Galesburg, IL

**Professional Experience**

**Illinois State Board of Education (ISBE)** - Chicago, IL

*Learning Renewal Lead - Social Emotional Learning* (08/2022 - present)

- Oversee the Social Emotional Learning portfolio of the Learning Renewal work at ISBE, including the Community Partnerships grant program, seven Social Emotional Learning Hubs across the state of Illinois, and the Resilience Education to Advance Community Healing (REACH) program
- Execute projects using a lens informed by equity, strategy, and evidence-based approaches
- Collaborate and consult with grantees to achieve the goals of Learning Renewal, supporting student and community recovery from the impact of the COVID-19 pandemic

*Principal Consultant - Youth in Care/Foster Care Coordination* (04/2022 - 07/2022)

- Supported the implementation of public acts, rules, and guidance about Youth in Care, suicide prevention, sexual health education, and other wellness-related topics
- Provided technical assistance and training to school districts related to their Foster Care obligations under the Every Student Succeeds Act, including approval of written plans and compliance with best interest determination processes
- Collaborated and regularly correspond with the Illinois Department of Children and Family Services Office of Education and Transition Services about strategic improvements for and increased awareness of issues impacting Youth in Care in schools

**Chicago Children's Advocacy Center (ChicagoCAC)** - Chicago, IL

*Director of Education, Prevention and Policy* (07/2018 – 04/2022)

- Led ChicagoCAC's public policy agenda including development of legislation, coordination of advocacy and government relations at the local, state and federal level
- Contributed to collaborative efforts to write, negotiate and pass numerous amendments to state law
- Prioritized equity, inclusivity and trauma-informed perspectives in policy and prevention materials
- Supervised a team of employees and MSW interns
- Managed complex prevention and policy projects simultaneously
- Created written and video forms of evidence-informed and trauma-sensitive child sexual abuse prevention education curricula for child-serving professionals and parents/caregivers
- Developed and execute strategies to reach Chicago communities with these curricula
- Led the Chicago Prevention Alliance, with the goal of ending sexual harm involving young people and elevating prevention education via a collaboration of more than 20 local agencies
- Facilitated ChicagoCAC's Community Advisory Council, including working with sexual assault survivors to share their stories as a means to teach others about prevention
- Conducted in-person and online professional development sessions about child sexual abuse prevention to thousands of human services professionals annually

# Julia M. Strehlow, MSW, LCSW (she/her)

Chicago, IL | jstrehlo@isbe.net

- Provided clinical support and crisis debrief services, including leading efforts to assist Chicago Public Schools in responding to The Chicago Tribune's *Betrayed* series in 2018 about sexual abuse
- Collaborated to apply for foundation and government funding to support programs

*Program Manager of Education, Outreach and Prevention* (11/2014 – 6/2018)

- Expanded ChicagoCAC's prevention education  to include trainings for adults about trauma informed care and primary prevention of child sexual abuse
- Developed collaborations with schools to offer Second Step Child Protection Unit sexual abuse prevention education for students grades PreK-5, staff and parents/caregivers
- Authored PowerPoint trainings and E-learning modules using Adobe Presenter Supervised department staff and MSW interns

*Outreach and Training Coordinator* (05/2012 – 10/2014)

- Provided professional development to first responders and  social service professionals regarding best-practice response to child sexual abuse
- Organized and executed ChicagoCAC's Symposia Series, including recruitment of keynote speakers, coordination of expert panels and budget management
- Oversaw development of ChicagoCAC's new-employee orientation training series

**The University of Illinois at Chicago Jane Addams College of Social Work** - Chicago, IL

*Adjunct Professor* (Spring 2017 & Spring 2019)

- Taught the course *Critical Social Work in a Multicultural Environment*, including preparation of lessons, facilitating discussion and incorporating current event dialogue into syllabus

**Lawrence Hall** - Chicago, IL

*Balanced and Restorative Justice Coordinator* (07/2007 – 10/2011)

- Created and facilitated restorative justice programming for youth ages 10-21 in therapeutic day school and residential treatment settings
- Received training in Peacemaking Circle Facilitation and Clinical Practice with LGBTQ Youth in Child Welfare Settings
- Certified Therapeutic Crisis Intervention (#3SP) trainer
- Acted in a part-time role as the Specialized Services Coordinator from November 2011 - April 2012

**Presentations at National Conferences**

National Children's Alliance Leadership Conference in Washington, D.C.
- June 2016, June 2019, December 2020 (virtual)

National Recreation & Parks Association Annual Conferences, various locations
- September 2017, September 2018

National Children's Advocacy Center's International Symposium on Child Abuse, Huntsville, AL
- March 2017, March 2021 (virtual)

Crimes Against Children National Conference, Dallas, TX
- August 2016

# CANDACE DECKER, MPH

## CONTACT INFORMATION

2532 Huntleigh Road, Springfield, IL 62704
217-204-5770
candacedecker7@gmail.com

## PROFESSIONAL SUMMARY

Experienced public health professional with a demonstrated history of working in educational and government settings, skilled in strategic planning and collaboration with the desire to continually improve operations statewide and promote health equity.

## SKILLS

Technical integration
Mental Health Programs state lead
Program management
Analytical skills
Project management & coordination
Health education
Strategic planning
Wellness strategies
Oral and written communication
Preparing reports
Data analysis
Grants at both state and federal level

## POSITIONS HELD

**Principal Consultant**
*Illinois State Board of Education | Dec 2018-present*
- Wrote, reviewed and edited proposals for various grants and contracts at both the state and federal level - including development of Notice of Funding Opportunities (NOFOs) and Request for Proposals (RFPs)
- Facilitated integration of programs with other state agencies, community organizations, families, and governmental entities at federal, state, and local levels
- Served as primary contact for mental health, wellness programs, state/national surveys, and physical education/activity for the state of Illinois
- Prepared and communicated several high-quality data, program, and financial reports for dissemination to a variety of audiences
- Conducted systematic collection, analysis, and interpretation of student health-related data

**Program Administrator**
*genHkids, Inc. | April 2018-Dec 2018*
- Supported and supervised a team of 4 wellness professionals
- Planned, developed and implemented several programs centered on increasing wellness for students, families, and communities
- Maintained effective communication with professional, educational, and community audiences

**Graduate Public Service Intern**
*Illinois Department of Public Health | Aug 2016-June 2017*
- Maintained data, reporting and quality assurance standards throughout investigations
- Surveilled notifiable infectious diseases and outbreaks in Illinois and maintained accurate records in state case management database systems
- Worked with local health departments, laboratories, and other public health professionals to complete case records and conduct surveillance on several infectious diseases
- Presented on several topics at local and national conferences
- Assisted CDC on an outbreak investigation

## EDUCATION

**University of Illinois at Springfield**

*Master of Public Health | Aug. 2015 - May 2018*
Coursework in Statistics, Epidemiology, and Community Health Education

**Columbus State University**

*Bachelor of Science, Health Science | Aug. 2008 - May 2013*

AR000906

# Julia M. Strehlow, MSW, LCSW (she/her)

Chicago, IL | jstrehlo@isbe.net

**Licensure and Education**

Licensed Clinical Social Worker: Illinois Department of Professional Regulation #149.017201

Master of Social Work (May 2012) - *Community Health and Urban Development concentration*
Jane Addams College of Social Work, University of Illinois at Chicago

Bachelor of Arts in Anthropology-Sociology (June 2007) - *Minors in Psychology and Social Service*
Knox College, Galesburg, IL

**Professional Experience**

**Illinois State Board of Education (ISBE)** - Chicago, IL

*Learning Renewal Lead - Social Emotional Learning* (08/2022 - present)

- Oversee the Social Emotional Learning portfolio of the Learning Renewal work at ISBE, including the Community Partnerships grant program, seven Social Emotional Learning Hubs across the state of Illinois, and the Resilience Education to Advance Community Healing (REACH) program
- Execute projects using a lens informed by equity, strategy, and evidence-based approaches
- Collaborate and consult with grantees to achieve the goals of Learning Renewal, supporting student and community recovery from the impact of the COVID-19 pandemic

*Principal Consultant - Youth in Care/Foster Care Coordination* (04/2022 - 07/2022)

- Supported the implementation of public acts, rules, and guidance about Youth in Care, suicide prevention, sexual health education, and other wellness-related topics
- Provided technical assistance and training to school districts related to their Foster Care obligations under the Every Student Succeeds Act, including approval of written plans and compliance with best interest determination processes
- Collaborated and regularly correspond with the Illinois Department of Children and Family Services Office of Education and Transition Services about strategic improvements for and increased awareness of issues impacting Youth in Care in schools

**Chicago Children's Advocacy Center (ChicagoCAC)** - Chicago, IL

*Director of Education, Prevention and Policy* (07/2018 – 04/2022)

- Led ChicagoCAC's public policy agenda including development of legislation, coordination of advocacy and government relations at the local, state and federal level
- Contributed to collaborative efforts to write, negotiate and pass numerous amendments to state law
- Prioritized equity, inclusivity and trauma-informed perspectives in policy and prevention materials
- Supervised a team of employees and MSW interns
- Managed complex prevention and policy projects simultaneously
- Created written and video forms of evidence-informed and trauma-sensitive child sexual abuse prevention education curricula for child-serving professionals and parents/caregivers
- Developed and execute strategies to reach Chicago communities with these curricula
- Led the Chicago Prevention Alliance, with the goal of ending sexual harm involving young people and elevating prevention education via a collaboration of more than 20 local agencies
- Facilitated ChicagoCAC's Community Advisory Council, including working with sexual assault survivors to share their stories as a means to teach others about prevention
- Conducted in-person and online professional development sessions about child sexual abuse prevention to thousands of human services professionals annually

# Julia M. Strehlow, MSW, LCSW (she/her)

Chicago, IL | jstrehlo@isbe.net

- Provided clinical support and crisis debrief services, including leading efforts to assist Chicago Public Schools in responding to The Chicago Tribune's *Betrayed* series in 2018 about sexual abuse
- Collaborated to apply for foundation and government funding to support programs

*Program Manager of Education, Outreach and Prevention* (11/2014 – 6/2018)

- Expanded ChicagoCAC's prevention education  to include trainings for adults about trauma informed care and primary prevention of child sexual abuse
- Developed collaborations with schools to offer Second Step Child Protection Unit sexual abuse prevention education for students grades PreK-5, staff and parents/caregivers
- Authored PowerPoint trainings and E-learning modules using Adobe Presenter Supervised department staff and MSW interns

*Outreach and Training Coordinator* (05/2012 – 10/2014)

- Provided professional development to first responders and  social service professionals regarding best-practice response to child sexual abuse
- Organized and executed ChicagoCAC's Symposia Series, including recruitment of keynote speakers, coordination of expert panels and budget management
- Oversaw development of ChicagoCAC's new-employee orientation training series

**The University of Illinois at Chicago Jane Addams College of Social Work** - Chicago, IL

*Adjunct Professor* (Spring 2017 & Spring 2019)

- Taught the course *Critical Social Work in a Multicultural Environment*, including preparation of lessons, facilitating discussion and incorporating current event dialogue into syllabus

**Lawrence Hall** - Chicago, IL

*Balanced and Restorative Justice Coordinator* (07/2007 – 10/2011)

- Created and facilitated restorative justice programming for youth ages 10-21 in therapeutic day school and residential treatment settings
- Received training in Peacemaking Circle Facilitation and Clinical Practice with LGBTQ Youth in Child Welfare Settings
- Certified Therapeutic Crisis Intervention (#3SP) trainer
- Acted in a part-time role as the Specialized Services Coordinator from November 2011 - April 2012

**Presentations at National Conferences**

National Children's Alliance Leadership Conference in Washington, D.C.
- June 2016, June 2019, December 2020 (virtual)

National Recreation & Parks Association Annual Conferences, various locations
- September 2017, September 2018

National Children's Advocacy Center's International Symposium on Child Abuse, Huntsville, AL
- March 2017, March 2021 (virtual)

Crimes Against Children National Conference, Dallas, TX
- August 2016

**Objective:** ISBE will increase the number of credentialed school based mental health services providers in high need LEAs

| Inputs | Outputs | | Outcomes -- Impact | | |
|---|---|---|---|---|---|
| | *Activities* | *Direct Products* | *Short* | *Medium* | *Long* |
| Graduate students in School Psychology, School Mental Health Counseling, School Social Work<br><br>Professionals that are hired or respecialize<br><br>ISBE Program coordinator<br><br>Faculty<br><br>ISBE and partner leadership<br><br>-Funding<br>-Time<br>-Materials<br>-Equipment<br>-Technology | Training provided by SATTC<br><br>Outreach<br><br>Education<br><br>Consolation<br><br>Supervision<br><br>Graduate school courses<br><br>Internship hours<br><br>Work hours<br><br>Clinical services hours to students | 7,500 students will receive school based mental health services<br><br>Graduate students will work in high-need LEAs<br><br>Credentialed staff will be hired by high-need LEAs<br><br>Professionals will receive training, credentialing, respecialization | Posted positions for SBMHSPs will be filled in all high need schools<br>Annual increase:<br>- 40 SBMHSPs<br>- 25 respecializing professionals<br>- 13 supervisors or mentors | -Improve the aggregated average ratio of school based mental health service providers to students within the high need LEAs to be lower than the state average<br>-Improved mental health for students in high need LEAs<br>-Improved attendance<br>-Improved grades | Increase SBMHSPs working within LEAs through recruitment and retention;<br><br>Increase SBMHSPs in respecialziation training program within LEAs; and<br><br>Increase SBMHSPs from diverse backgrounds or communities served by the LEAs.<br><br>Enhanced learning outcomes<br><br>Increased number of services providers who are from diverse backgrounds |

**Assumptions**
Effective recruitment, retention, and respecialization strategies will increase the number of SBMHSPs in high needs schools

**External Factors**
District policies
Continuation of funding
Availability of staff, resources, and time

AR000909



**Dr. Carmen I. Ayala**, State Superintendent of Education
**Dr. Steven Isoye**, Chair of the Board

EQUITY • QUALITY • COLLABORATION • COMMUNITY

November 2, 2022

U.S. Department of Education
Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW
Washington, DC 20202

To Whom it May Concern:

Congressional letters of support for the Illinois State Board of Education's applications to the School Based
Mental Health (SBMH) Grant and the Mental Health Service Professional Demonstration (MHSP) Grant will be
sent directly to the U.S. Department of Education by congressional offices and are not included in grants.gov
submission materials.

**Jeffrey A. Aranowski**
Executive Director
Center for Safe & Healthy Climate
Illinois State Board of Education

# Illinois Association of School Social Workers

IASSW.org
15941 Harlem Avenue #289
Tinley Park, IL 60477-1609

October 30, 2022

U.S. Department of Education
Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW
Washington, DC 20202

To Whom it May Concern:

I am writing this letter to express Illinois Association of School Social Workers' support of the Illinois State Board of Education's (ISBE) two applications for the School Based Mental Health (SBMH) Grant and the Mental Health Service Professional Demonstration (MHSP) Grant. We understand the significant impact of mental health problems, adverse childhood experiences, and trauma on many students and families across Illinois, including the high need local education agencies and their communities that will be served if either or both of these awards are granted. Illinois has a demonstrated shortage of mental health professionals across the state, in all sectors, including schools, as noted in ISBE's application for these awards. Our association is committed to expanding mental health services that address the needs of students across the state. We support the work that would unfold from the additional funding requested under these applications.

As our communities continue to recover from the pandemic, it is crucial that we invest in capacity building strategies to ensure our schools have the personnel and resources needed to meet the varying needs of our students. ISBE's proposal for the MHSP Grant will support school districts in hiring additional school-based mental health providers in high-need communities by building a robust professional pipeline. The agency aims to achieve this by creating partnerships with schools of social work, school counseling and school psychology to implement recruitment and retention strategies like paid internships, loan repayment opportunities, covering relocation costs and travel, and others. Through the SBMH Grant, ISBE intends to implement similar strategies to those under MHSP, as well as ensure Local Education Agencies (LEAs) are identified holistically, considering metrics like concentrated poverty, chronic absenteeism and dropout rates, student mobility, geography, and others.

We look forward to supporting ISBE to help expand the number of school-based mental health professionals in high need districts in Illinois.

Sincerely,

Thomas Tebbe
Executive Director
Illinois Association of School Social Workers

IASSW was founded in 1970 as a not-for-profit organization and is dedicated to improving the quality of life and education for children by enhancing the professional development of school social workers.
Page e53

AR000911

October 28, 2022

U.S. Department of Education
Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW
Washington, DC 20202

To Whom it May Concern:

I am writing this letter to express Illinois School Counselor Association's support of the Illinois State Board of Education's (ISBE) two applications for the School Based Mental Health (SBMH) Grant and the Mental Health Service Professional Demonstration (MHSP) Grant. We understand the significant impact of mental health problems, adverse childhood experiences, and trauma on many students and families across Illinois, including the high need local education agencies and their communities that will be served if either or both of these awards are granted. Illinois has a demonstrated shortage of mental health professionals across the state, in all sectors, including schools, as noted in ISBE's application for these awards. Our association is committed to expanding mental health services that address the needs of students across the state. We support the work that would unfold from the additional funding requested under these applications.

As our communities continue to recover from the pandemic, it is crucial that we invest in capacity building strategies to ensure our schools have the personnel and resources needed to meet the varying needs of our students. ISBE's proposal for the MHSP Grant will support school districts in hiring additional school-based mental health providers in high-need communities by building a robust professional pipeline. The agency aims to achieve this by creating partnerships with schools of social work, school counseling and school psychology to implement recruitment and retention strategies like paid internships, loan repayment opportunities, covering relocation costs and travel, and others. Through the SBMH Grant, ISBE intends to implement similar strategies to those under MHSP, as well as ensure Local Education Agencies (LEAs) are identified holistically, considering metrics like concentrated poverty, chronic absenteeism and dropout rates, student mobility, geography, and others.

We look forward to supporting ISBE to help expand the number of school-based mental health professionals in high need districts in Illinois.

Sincerely,

Vince Walsh-Rock-Ph.D, LCPC
Executive Director
Illinois School Counselor Association

AR000912

**Illinois
School Psychologists
Association**
www.ilispa.org

**Letter of Support for the Department of Education Mental Health Service Professional
Demonstration Grant**

November 1st, 2022

U.S. Department of Education
Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW
Washington, DC 20202

To Whom it May Concern:

I am writing this letter to express the Illinois School Psychologists Association (ISPA) support of
the Illinois State Board of Education's (ISBE) two applications for the School Based Mental
Health (SBMH) Grant and the Mental Health Service Professional Demonstration (MHSP)
Grant. We understand the significant impact of mental health problems, adverse childhood
experiences, and trauma on many students and families across Illinois, including the high need
local education agencies and their communities that will be served if either or both of these
awards are granted. Illinois has a demonstrated shortage of mental health professionals across the
state, in all sectors, including schools, as noted in ISBE's application for these awards. Our
association is committed to expanding mental health services that address the needs of students
across the state. We support the work that would unfold from the additional funding requested
under these applications.

As our communities continue to recover from the pandemic, it is crucial that we invest in
capacity building strategies to ensure our schools have the personnel and resources needed to
meet the varying needs of our students. ISBE's proposal for the MHSP Grant will support school
districts in hiring additional school-based mental health providers in high-need communities by
building a robust professional pipeline. The agency aims to achieve this by creating partnerships
with schools of social work, school counseling and school psychology to implement recruitment
and retention strategies like paid internships, loan repayment opportunities, covering relocation
costs and travel, and others. Through the SBMH Grant, ISBE intends to implement similar
strategies to those under MHSP, as well as ensure Local Education Agencies (LEAs) are
identified holistically, considering metrics like concentrated poverty, chronic absenteeism and
dropout rates, student mobility, geography, and others.

AR000913

We look forward to supporting ISBE to help expand the number of school-based mental health professionals in high need districts in Illinois.

Respectfully submitted,

Bridget Bucklin, Ed.S., NCSP
President
Illinois School Psychologists Association



**AR000914**

INDIRECT COST RATE AGREEMENT
STATE EDUCATION AGENCY

**Organization:**

Illinois State Board of Education
100 North First Street, W-481
Springfield, IL 62777

**Date:** April 26, 2022

**Agreement No:** 2022-010

**Filing Reference:** This replaces previous
Agreement No. 2021-021
Dated: 5/24/2021

The approved indirect cost rates herein are for use on grants, contracts, and other agreements with the Federal Government. The rates are subject to the conditions included in Section II of this Agreement and regulations issued by the Office of Management and Budget (OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards under 2 CFR 200.

**Section I - Rates and Bases**

| Type | From | To | Rate | Base | Applicable To |
|------|------|-----|------|------|---------------|
| Fixed | 7/1/2021 | 6/30/2022 | 23.7% | MTDC | APwR |
| Fixed | 7/1/2022 | 6/30/2023 | 20.9% | MTDC | APwR |

**Distribution Base:**

MTDC        Modified Total Direct Cost - Total direct costs excluding equipment, capital expenditures, participant support costs, pass-through funds and the portion of each subaward (subcontract or subgrant) above $25,000 (each award; each year).

**Applicable To:**

APwR        The rates herein are applicable to All Programs including those that require a restricted rate per 34 CFR 75.563 and 34 CFR 76.563.

**Treatment of Fringe Benefits:**
Fringe benefits applicable to direct salaries and wages are treated as direct costs. Pursuant to 2 CFR 200.431, (b), (3), Paragraph (i), unused leave costs for all employees are allowable in the year of payment. The treatment of unused leave costs should be allocated as an indirect cost except for those employee salaries designated as a direct cost for the restricted rate calculation.

**Capitalization Policy:** Items of equipment are capitalized and depreciated if the initial acquisition cost is equal to or greater than $5,000.

AR000915

**Section II – Particulars**

Limitations:  Application of the rates contained in this Agreement is subject to all statutory or administrative limitations on the use of funds, and payments of costs hereunder are subject to the availability of appropriations applicable to a given grant or contract. Acceptance of the rates agreed to herein is predicated on the following conditions: (A) that no costs other than those incurred by the Organization were included in the indirect cost pools as finally accepted, and that such costs are legal obligations of the Organization and allowable under the governing cost principles; (B) the same costs that have been treated as indirect costs are not claimed as direct costs; (C) that similar types of information which are provided by the Organization, and which were used as a basis for acceptance of rates agreed to herein, are not subsequently found to be materially incomplete or inaccurate; and (D) that similar types of costs have been accorded consistent accounting treatment.

Accounting Changes:  The rates contained in this agreement are based on the organizational structure and the accounting systems in effect at the time the proposal was submitted. Changes in organizational structure or changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rates in this agreement, require the prior approval of the responsible negotiation agency. Failure to obtain such approval may result in subsequent audit disallowance.

Provisional/Final/Predetermined Rates:  A proposal to establish a final rate must be submitted. The awarding office should be notified if the final rate is different from the provisional rate so that appropriate adjustments to billings and charges may be made. Predetermined rates are not subject to adjustment.

Fixed Rate:  The negotiated fixed rate is based on an estimate of the costs that will be incurred during the period to which the rate applies. When the actual costs for such period have been determined, an adjustment will be made to a subsequent rate calculation to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

Notification to Other Federal Agencies:  Copies of this document may be provided to other Federal agencies as a means of notifying them of the agreement contained herein.

Audit:  All costs (direct and indirect, federal and non-federal) are subject to audit. Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based may be compensated for in a subsequent negotiation.

Reimbursement Ceilings/Limitations on Rates: Awards that include ceiling provisions and statutory/ regulatory requirements on indirect cost rates or reimbursement amounts are subject to the stipulations in the grant or contract agreements. If a ceiling is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

**Section III - Special Remarks**

**Alternative Reimbursement Methods:** If any federal programs are reimbursing indirect costs by a methodology other than the approved rates in this agreement, such costs should be credited to the programs and the approved rates should be used to identify the maximum amount of indirect costs allocable.

**Submission of Proposals:** New indirect cost proposals are necessary to obtain approved indirect cost rates for future fiscal years. **The next indirect cost rate proposal is due six months prior to the expiration dates of the rates in this agreement.**

**Section IV – Approvals**

For the State Education Agency:

Illinois State Board of Education
100 North First Street, W-481
Springfield, IL 62777




_____
Signature

_____
Name

_____
Title

_____
Date

For the Federal Government:

U.S. Department of Education
OFO / OAGA / ICD
400 Maryland Avenue, SW
Washington, DC 20202-4500

ANDRE HYLTON    Digitally signed by ANDRE HYLTON
Date: 2022.04.26 08:42:24 -04'00'

_____
Signature

Andre Hylton
_____
Name

Director, Indirect Cost Division
_____
Title

April 26, 2022
_____
Date


Negotiator: Phillip Luster
Telephone Number: (202) 453-7468

AR000918

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** `1246-Grant 2 SBMH Budget.pdf`

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

**AR000919**

**Budget and Budget Narrative: School Based Mental Health Grant**
**Applicant: Illinois State Board of Education**
**Estimated Yearly Award: $3,000,000**

## 1. Personnel

| Position (1) | Name (2) | Annual Salary/Rate (4) | Level of Effort (5) | Total Salary Charge to Award (6) |
|---|---|---|---|---|
| 1. Program Coordinator | TBD | $69,821 | 1.0 | $69,821 |
| Federal Request (enter in Section B, Column 1, line 6a of SF-424A) | | | | $69,821 |

Justification for Personnel

1. The Program Coordinator will work with all partners on the project to ensure that grant goals and objectives are met.  The program coordinator will also work with other departments in the agency, other state agencies, and professionals throughout the state to ensure that the work being done as a result of this grant complements other initiatives taking place throughout the state.
2. The program coordinator will contribute to the success of the program by aligning all work being done and providing leadership within ISBE to accomplish the goals and create a sustainable change for the future.
3. Salaries are estimated based on average salaries of Principal Consultants within the agency. (year 1: $69,821 x 1 coordinator = $69,821; subsequent years include a 3% cost of living increase)

## 2. Fringe Benefits

| Position (1) | Benefit (2) | Rate (3) | Total Salary Charged to Award (4) | Total Fringe Charged to Award (5) |
|---|---|---|---|---|
| Program Coordinator | Health Insurance | 25,700 | $25,700 | $25,700.00 |

**AR000920**

|  | FICA | 1.45% | $1,012.40 | $1,012.40 |
|  | Retirement | 11.07% | $8,169.06 | $8,169.06 |
| Federal Request (enter in Section B column 1, line 6b of SF-424A) | | | | $34,882 |

Justification for Fringe Benefits

1. Illinois State Board of Education's Fringe benefits are comprised of:

   1. FICA for Project Coordinator ($69,821 x 1.45% of salary = $1,012.40)
   2. Retirement benefits for Project Coordinator ($69,821 x 11.07% of salary = $8,169.06)
   3. Group Health Insurance for Project Coordinator ($25,700/employee x 1 staff = $25,700)

2. The fringe benefit rate is calculated for each fiscal year. The fiscal year to year rate will change based on cost of living increases and other factors. Subsequent years are estimated to have a 3% cost of living increase)

**3. Travel**

| Purpose (1) | Destination (2) | Item (3) | Calculation (4) | Travel Cost Charged to Award (5) |
|---|---|---|---|---|
| Statewide Travel | Site visit to LEAs and site meeting with grant team | Mileage | .625 (13,000 miles) x 1 person x 5 years | 8,125 |
|  |  | Per Diem | $28/day x 1 person x 20 days | $560 |

AR000921

| | | Hotel | $250/night x 1 person x 20 nights | $5,000 |
|---|---|---|---|---|
| Federal Request (enter in Section B column 1, line 6d of SF-424A) | | | | $13,685 |

Justification for Travel

1. Local travel is needed to attend local meetings, project activities, and training events.  Meetings will be conducted virtually to the greatest extent possible.  There will be at least one site visit for each LEA every year.  There will be one site meeting with the grant team per year.
   a. Mileage rate is based on ISBE's policies/procedures for privately owned vehicle reimbursement rate [.625/mile x 13,000 miles (estimating average trip is 250 miles roundtrip x 52 trips)  = $8,125]
   b. Per diem is calculated based on the needed travel to attend meetings, project activities, and training events.  Per diem rate is based on ISBE's current travel policies and procedures ($28/day x 20 days = $560)
   c. Hotel rate is based on the needed travel to attend meetings and project activities.  The rate is based on ISBE current travel policies and procedures ($250/night x 20 nights = $5,000)

## 4. Equipment

| Item(s) (1) | Quantity (2) | Amount (3) | % Charged to the Award (4) | Total Cost Charged to Award (5) |
|---|---|---|---|---|
| N/A | | | | 0 |

## 5. Supplies

AR000922

| Item(s) | Rate | Cost |
|---|---|---|
| General Office including printer cartridges; air card for laptop | $100 | $1,200 |
| Laptop | $1000 | $1,000 |
| Projector | $500 | $500 |
| Printer | $500 | $500 |
| Postage | $.55 | $2,750 |
| Federal Request (enter in Section B column 1, line 6e of SF-424A) | | $5,950 |

Justification for Supplies

1. General office supplies including paper, envelopes, printer cartridges and air card ($100/month x 12 months = $1,200)
2. Laptop is needed for project coordination, project reports, and virtual meetings ($1000/laptop x 1 laptop = $1,000)
1. Projector is needed for project coordination through in-person presentations and training ($500/projector x 1 projector = $500)
2. Postage is needed to mail awareness and outreach materials as well as stipends for recruitment and retention across the state, coordination with high need LEAs, and distribution of resources to mental health service professionals ($.55/stamp x 5,000 stamps = $2,750)

**6. Contract**

| Name (1) | Service (2) | Rate (3) | Match | Cost (4) |
|---|---|---|---|---|
| Lead Consortia LEA | Lead Coordination Partner | | $750,015 | $2,820,000 |
| Federal Request (enter in Section B column 1, line 6f of SF- 424A) | | | | |

1. The Lead Consortia LEA will serve as the lead coordinator for other LEAs through an intergovernmental agreement for this grant. The lead LEA will utilize the above amount for their own implementation and will pass funding through to the high need LEAs to implement this work and the Stress & Trauma Treatment Center (SATTC) that will work collaboratively to ensure success of this project.  SATTC will provide consultation and training regarding on-site supervision, school policies and procedures for implementation of school mental health services, sustainability, and school mental health services infrastructure (mental health teams, MTSS, etc.) as well as additional supports needed for new hires that is not normally provided in the high need LEAs.  With the support from these and other organizations, high need LEAs will increase capacity and supports through expanding the number of School Based Mental Health Services Providers (SBMHSP) providing much needed services to students within these communities.

    a. Each of the high need LEAs will receive support to expand their capacity to create a comprehensive, multi-tiered mental health support system for students and families within their LEA.  LEAs will increase capacity by expanding and sustaining 45 SBMHSPs across the LEAs with the project covering 42,000 ($25,000 federal contribution and $16,667 in-kind local or state match) of each 1.0 FTE position hired ($41,667 x 45 SBMHSPs = $1,890,000)

    b. Stress & Trauma Treatment Center (SATTC) will support recruitment and retention strategies within the high need LEAs and administer the stipends across the state.  This organization was selected to streamline the payment process to participants and to keep graduate students from experience unintended consequences for student loans or financial aid distribution.  Due to the nature of this project with a priority of ensuring the maximum amount of funding supports the increased capacity of mental health professionals in high need LEAs, SATTC will waive their indirect cost rate.

        i. SATTC will provide individualized consultation, training, and support to school-based mental health service providers in designated high need LEAs to promote recruitment and retention.  Rate is based on standard consultation fee on similar projects. (yr 1: $120/hour x 2,450 hours = $294,000; subsequent years: $120/hour x 2,500 hours = $300,000)

AR000924

ii. Full-time SBMHSP's Supplemental Stipends to recruit and retain staff that move into full-time positions at LEA. This strategy will increase the amount paid by the LEA and cover the costs to practicing as a SBMHSP including school loan repayment, school licensure certification study and testing materials, background checks, and other costs in exchange for a service obligation of one year to promote recruitment and retention. Rate is based on the calculation of costs associated with these expenses and a focus group of graduate students reporting the amount that would increase the odds of working in a high need LEA. This amount was also based on the same amount provided for one year commitment by National Health Services Corp Loan Repayment program for community-based providers (40 qualified staff x $25,000/year = $1,000,000).

iii. Respecialization stipends to recruit those that are wanting to respecialize with school endorsements and certifications by reducing the costs associated with coursework, tuition, books, testing fees, licensing fees, and more to work in high need LEAs. Rate is based on findings from a focus group conducted regarding recruitment and retention of graduate students and will reduce but not cover the potential costs associated with the time commitment to participate in coursework, training and supervision activities (25 school mental health professionals x $10,000/staff member = $250,000).

iv. Experienced SBMHSP mentorship or supervision stipend for the additional time and effort committed to participating in training and consultation and providing mentorship or supervision to new SBMHSPs within high need LEAs to support retention of SBMHSPs with role diversity for mentors and supervisors and support for new SBHHMHSPs. Rate is based on the costs associated with supervising or mentoring one individual and not more than three (Yr 1: 5,000/mentor or supervisor x 13 mentor or supervisor = $65,000; Subsequent years: 5,000/mentor or supervisor x 16 mentor or supervisors = $80,000)

v. SBMHSPs travel or relocation costs for qualified individuals that travel more than 25 miles one way or relocate their residence significantly closer from more than 20 miles from the high need LEA. Rate is based on findings from a focus group on relocation costs and travel costs to high need LEAs. This strategy will recruit and retain by reducing the costs associated with SBMHSP's travel to and from high need LEAs or moving back to or to a community closer to a high need LEA (8 staff working at least 30 hours/wk for 30 weeks x $10,000/staff member = $80,000).

c. The Lead LEA indirect cost rate is based the state approved indirect rate for ISBE [year 1: 8% indirect x $450,000 (excludes contract total except $25,000 x 16 contracts) $36,000; subsequent years: 8% indirect x $50,000 (excludes contract totals) = $4,000]

2. ISBE follows all procedures for procurement under 2CFR 200.317-200.326.

3. Stipends will be distributed until exhausted based on the following priorities:

AR000925

   a. Those receiving funding for the first time
   b. SBMHSPs and graduate students who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability.
   c. SBMHSPs and graduate students from diverse backgrounds that reflect the communities identities, races, ethnicities, abilities, and cultures of the students.
   d. SBMHSPs and graduate students that are from the communities served by the LEAs

## 7. Construction

Not allowed. Leave blank.

## 8. Other

| Item(s) | Rate | Cost |
|---|---|---|
|  |  |  |
| Federal Request (enter in Section B column 1, line 6h of SF-424A) |  |  |

1.

## 9. Total Direct Costs

| Federal Request – Total Direct Charges – Section B column 1, line 6i of SF-424A | $1,170,608 |
|---|---|

## 10. Indirect Costs

AR000926

| Calculation (1) | Indirect Cost Charged to the Award (2) |
|---|---|
| Organization's Indirect Cost Rate of 20.9% | $ 31,076 |

1. The most recently approved indirect cost agreement for ISBE is included and round up to the whole dollar [year 1: 20.9% x $148,688 (excludes contract total minus 25,000) = $31,076; subsequent years: 20.9% x $123,688 (excludes contract total) = $25,851].

**11. Training Stipends**

**12. Total Cost**

AR000927

| Category | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total Project Costs |
|---|---|---|---|---|---|---|
| Personnel | $69,821 | $71,916 | $74,074 | $76,297 | $81,589 | $ 373,697 |
| Fringe | $34,882 | $35,929 | $37,007 | $38,118 | $39,152 | $185,088 |
| Travel | $13,685 | $13,685 | $13,685 | $13,685 | $13,685 | $68,425 |
| Equipment | | | | | | |
| Supplies | $5,950 | $5,950 | $5,950 | $5,950 | $5,950 | $ 29,750 |
| Contractual | $2,820,000 | $2,820,000 | $2,820,000 | $2,820,000 | $2,820,000 | $14,100,000 |
| Construction | | | | | | |
| Match | $750,015 | $750,015 | $750,015 | $750,015 | $750,015 | 3,750,075 |
| Total Direct Costs | $2,944,338 | $2,947,480 | $2,950,716 | $2,954,050 | $2,960,375 | $ 14,756,959 |
| Indirect Costs | $31,076 | $25,851 | $25,851 | $25,851 | $25,851 | $ 134,480 |
| Training Stipends | | | | | | |

| Total Project Costs | $2,975,414 | $2,973,331 | $2,976,567 | $2,979,901 | $2,986,227 | $14,891,440 |
|---|---|---|---|---|---|---|

AR000929



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

EDUCATION, ILLINOIS STATE BOARD OF

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 69,821.00 | 71,916.00 | 74,074.00 | 76,297.00 | 81,589.00 | | | 373,697.00 |
| 2. Fringe Benefits | 34,882.00 | 35,929.00 | 37,007.00 | 38,118.00 | 39,152.00 | | | 185,088.00 |
| 3. Travel | 13,685.00 | 13,685.00 | 13,685.00 | 13,685.00 | 13,685.00 | | | 68,425.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 5,950.00 | 5,950.00 | 5,950.00 | 5,950.00 | 5,950.00 | | | 29,750.00 |
| 6. Contractual | 2,820,000.00 | 2,820,000.00 | 2,820,000.00 | 2,820,000.00 | 2,820,000.00 | | | 14,100,000.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 2,944,338.00 | 2,947,480.00 | 2,950,716.00 | 2,954,050.00 | 2,960,376.00 | | | 14,756,960.00 |
| 10. Indirect Costs* | 31,076.00 | 25,851.00 | 25,851.00 | 25,851.00 | 25,851.00 | | | 134,480.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 2,975,414.00 | 2,973,331.00 | 2,976,567.00 | 2,979,901.00 | 2,986,227.00 | | | 14,891,440.00 |

*Indirect Cost Information *(To Be Completed by Your Business Office)*: If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☒ Yes    ☐ No

(2)    If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:    From: 07/01/2022    To: 06/30/2023    (mm/dd/yyyy)

Approving Federal agency:    ☒ ED    ☐ Other (please specify): _____

The Indirect Cost Rate is  20.90 %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?    ☐ Yes    ☐ No    If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes    ☐ No    If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?    Or,    ☐ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is _____ %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?    Or,    ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

AR000930

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| EDUCATION, ILLINOIS STATE BOARD OF | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | 750,015.00 | 750,015.00 | 750,015.00 | 750,015.00 | 750,015.00 | | | 3,750,075.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 750,015.00 | 750,015.00 | 750,015.00 | 750,015.00 | 750,015.00 | | | 3,750,075.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 750,015.00 | 750,015.00 | 750,015.00 | 750,015.00 | 750,015.00 | | | 3,750,075.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

Tracking Number:GRANT13747277    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:44:54 PM EDT

AR000931

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| EDUCATION, ILLINOIS STATE BOARD OF | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): _____

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs   or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Tracking Number:GRANT13747277                    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:44:54 PM EDT

AR000932

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☐ a. bid/offer/application<br>☒ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4.   Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: EDUCATION, ILLINOIS STATE BOARD OF
* Street 1: 100 N 1st St     Street 2:
* City: Springfield     State: IL: Illinois     Zip: 627770001

Congressional District, if known: IL-013

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| Dept. of Education | School Safely National Activities<br><br>CFDA Number, if applicable: 84.184 |

**8. Federal Action Number, if known:**

**9. Award Amount, if known:**

$

**10. a. Name and Address of Lobbying Registrant:**

Prefix:     * First Name: Not     Middle Name:
* Last Name: Applicable     Suffix:
* Street 1: Not applicable     Street 2:
* City: Not applicable     State:     Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:     * First Name: Not     Middle Name:
* Last Name: Applicable     Suffix:
* Street 1: Not applicable     Street 2:
* City: Not applicable     State:     Zip:

**11.**  Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Carmen  Ayala
*Name:   Prefix: Dr.     * First Name: Carmen     Middle Name:
* Last Name: Ayala     Suffix:

Title: State Superintendent of Education     Telephone No.:     Date: 11/02/2022

Federal Use Only:

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

**AR000933**

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220068**

**Gramts.gov Tracking#: GRANT13747282**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220068

AR000934

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1242-EdAdvance GEPA Statement)* | e7 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
| *Attachment - 1 (1243-EdAdvance Abstract)* | e14 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1234-Final EdAdvance Narrative)* | e16 |
| *7. Other Narrative Form* | e43 |
| *Attachment - 1 (1235-Copy of Indirect Cost Rate Agreement)* | e44 |
| *Attachment - 2 (1236-EdAdvance 424B)* | e47 |
| *Attachment - 3 (1237-EdAdvance Lobbying Form)* | e48 |
| *Attachment - 4 (1238-EdAdvance Bibliography)* | e49 |
| *Attachment - 5 (1239-SBMH-NW CT Logic Model for EdAdvance)* | e51 |
| *Attachment - 6 (1240-EdAdvance Letters of Agreement)* | e52 |
| *Attachment - 7 (1241-EdAdvance Resumes)* | e61 |
| *8. Budget Narrative Form* | e78 |
| *Attachment - 1 (1244-SBMH Budget Narrative)* | e79 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e112 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e115 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR000935

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 11/02/2022

**4. Applicant Identifier:** EdAdvance

**5a. Federal Entity Identifier:** EVVMPGHM8-QBe

**5b. Federal Award Identifier:** NA

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:** CT

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** EdAdvance

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 06 0842189

**\* c. UEI:** EVVMPGHM8QB3

**d. Address:**

**\* Street1:** 355 Goshen Road
**Street2:** PO Box 909
**\* City:** Litchfield
**County/Parish:** CT
**\* State:** CT: Connecticut
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 06759-0909

**e. Organizational Unit:**

**Department Name:** School Services
**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**
**\* First Name:** Abby
**Middle Name:**
**\* Last Name:** Peklo
**Suffix:**

**Title:** Director of Grants and Special Programs

**Organizational Affiliation:** EdAdvance

**\* Telephone Number:** 8605670863
**Fax Number:** 860-567-3381

**\* Email:** peklo@edadvance.org

AR000936

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Increasing School Based Mental Health Services in Rural Northwestern CT (SBMHS-NWCT)

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

Tracking Number:GRANT13747282     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:46:40 PM EDT

AR000937

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `CT-005`                                    * b. Program/Project `CT-005`

Attach an additional list of Program/Project Congressional Districts if needed.

[_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                              * b. End Date: `12/31/2028`

**18. Estimated Funding ($):**

| | |
|---|---:|
| * a. Federal | 8,727,968.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 8,727,968.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [_____] .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

[_____]  [Add Attachment]  [Delete Attachment]  [View Attachment]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Dr.`                       * First Name: `Jeffrey`

Middle Name: [_____]

* Last Name: `Kitching`

Suffix: [_____]

* Title: `Executive Director`

* Telephone Number: `8605670863`        Fax Number: `8605673382`

* Email: `kitchingl@edadvance.org`

* Signature of Authorized Representative: `Abby Peklo`    * Date Signed: `11/02/2022`

AR000938

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1242-EdAdvance GEPA Statement.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR000939**

## EdAdvance Impact General Education Provisions Act (GEPA) Section 427 Statement

EdAdvance promotes equitable access and treatment for all students. EdAdvance's policies, procedures, and practices satisfy the required Section 427 of the Department of Education's General Education Provisions Act (GEPA) enacted as part of the Improving America's Schools Act of 1994 (P.L. 103-382). EdAdvance does not discriminate in any of its programs, activities, or employment practices on the basis of race, color, national origin, sex, age, disability, religion, sexual orientation, veteran, marital or familial status, ancestry, genetic information, gender identity or expression, or any other basis prohibited by law.

Potential Barrier: Individual Mental Health professionals who are members of groups that have traditionally been underrepresented may be hesitant to apply for positions in rural Northwest CT schools.

Solution: EdAdvance, key stakeholders, and schools served by this proposed project are committed to encouraging applications for employment from persons who are members of groups that have traditionally been underrepresented. The agency strongly believes in creating inclusive workplaces that are culturally diverse and representative of the individuals, schools, and communities they serve. A diverse workforce fuels the agency's creativity and connects it more closely to the students, schools, and communities served. The agency embraces the belief that different ideas, perspectives, and backgrounds create a stronger and more equitable work environment that delivers better results. To support an inclusive environment, EdAdvance's Culturally Diverse Workplan is designed to increase a diverse workforce and prevent discrimination against all people regardless of gender identity or expression, sexual orientation, religion, race, color, sex, ethnicity, age, neurodiversity, disability status, citizenship, or any other classification protected by state and

AR000940

federal law. The agency maintains fair and equitable hiring practices that promote a culturally and linguistically diverse staff.

Potential Barrier:  Students with limited English proficiency or low literacy may be hesitant to participate in program activities due to personal perceptions.

Solution: EdAdvance works diligently to ensure that English-language learner (EL) students have equal access and treatment in its programs, courses, and activities, and that all students have every opportunity for success. EdAdvance collaborates with school districts to provide students with programs and services to improve English language proficiency and literacy.  Educational specialists develop outreach and course materials that are language appropriate and at the correct reading level for the target audience. In this proposed project, as in all other programs, EdAdvance and its partners will address the needs of diverse learners, including students who read below grade level and students who are multilingual learners.

Potential Barrier:  Students, educators, or administrators with disabilities may be less likely to participate in program activities due to personal perceptions.

Solution: EdAdvance is committed to equal access and treatment to students with disabilities, and every effort is made to eliminate possible barriers within school buildings, programs, and activities. EdAdvance strictly adheres to Americans with Disabilities Act provisions and all school and community facilities to be used in this project are ADA-compliant.

EdAdvance develops programs and services to address the special needs of students with varying levels of physical, emotional, and learning disabilities. Services provided to students with disabilities are done so in the least restrictive environment. Students are supported by a wide range of specialists, including therapists and behaviorists, certified teaching staff, and trained

AR000941

paraprofessionals. As indicated, training and parent, student, and community education materials will be produced in Braille, audiotape, or in languages other than English.

Potential Barrier:  Students of any gender identity or expression may be hesitant to participate in program activities due to personal perceptions.

Solution: Multiple strategies are used to ensure students of any gender identity or expression have equal access to programs, services and/or activities. Students are encouraged to enroll in programs, courses, and activities based upon their interests and needs rather than their gender. Programs, courses, and activities are open to all interested students.  Students participating in programs or activities that have been traditionally underrepresented by gender are not only encouraged to participate but also are provided every possible avenue for success.

Elimination of Other Potential Barriers

Insofar as religion of the student and/or family could be a possible barrier to equal access and treatment in school programs, courses, or activities, efforts are made to eliminate any such factors that could cause underrepresentation. The agency calendars, for instance, are established each year only after taking into consideration major holidays of all religions. Equitable access is further provided through optional provisions that are made for students when parents ask that their child not participate in an activity under many circumstances, including religious reasons. Public school transportation is available to all students during normal school hours.

AR000942

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

EdAdvance

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.    * First Name: Jeffrey    Middle Name:

* Last Name: Kitching    Suffix:

* Title: Executive Director

* SIGNATURE: Abby Peklo    * DATE: 11/02/2022

AR000943

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Ms.`  \* First Name: `Abby`  Middle Name:  \* Last Name: `Peklo`  Suffix:

Project Director Level of Effort (percentage of time devoted to grant): `50`

Address:

\* Street1: `355 Goshen Road`

Street2: `PO Box 909`

\* City: `Litchfield`

County: `Litchfield`

\* State: `CT: Connecticut`

\* Zip Code: `06759-0909`

Country: `USA: UNITED STATES`

\* Phone Number (give area code): `860-567-0863`    Fax Number (give area code): `860-567-3381`

\* Email Address: `peklo@edadvance.org`

Alternate Email Address: `abby.peklo@gmail.com`

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes   ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

AR000944

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

      ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

      ☐ Yes  Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

      ☐ No   Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

Tracking Number:GRANT13747282    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:46:40 PM EDT

AR000945

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1243-EdAdvance Abstract.pdf |    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

Tracking Number:GRANT13747282    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:46:40 PM EDT

AR000946

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

## Project Abstract

**Title:** Increasing School-Based Mental Health Services in Northwestern CT (SBMHS-NW CT)

**Applicant:** EdAdvance

**Summary Statement:** SBMHS-NW CT is a multi-pronged approach to increase the number of credentialed school-based mental health providers and services in 28 schools/ 6 school districts in the rural NW corner of the state.

**Project objectives and activities:** Increase equitable access to mental health providers and services and promote positive mental health among K-12 students in rural NW CT; coordinated, systems approach to managing the project; recruit and retain 14 SBMH providers in 28 small rural schools (50% FTE per school); PD; and, Strategic Planning process.

**Proposed project outcomes:** Increased number of *diverse* SBMH providers here; more adequate, equitable and prompt access to SBMH providers and services; decreased need for emergency responses and crisis intervention.

**Number of LEAs to be served:** With EdAdvance as LEA Applicant, 28 small rural schools (LEAs) will be served.

**Number of students to be served.** 6,337 K-12 students.

**Number of providers to be hired.** 14 credentialed providers.

**Competitive Preference Priorities**: (a) Absolute Priority 2 – LEAs or Consortia of LEAs with Demonstrated Need Proposing to increase the Number of Credentialed School-Based Mental Health Services Providers. (b) Competitive Preference Priority 2 – Increasing the Number of Credentialed School-Based Mental Health services Providers in LEAs with Demonstrated Need Who Are from Diverse Backgrounds or from Communities Served by the LEAs with Demonstrated Need.

AR000947

## Project Narrative File(s)

\* **Mandatory Project Narrative File Filename:** 1234-Final EdAdvance Narrative.pdf

[ Add Mandatory Project Narrative File ]   [ Delete Mandatory Project Narrative File ]   [ View Mandatory Project Narrative File ]

To add more Project Narrative File attachments, please use the attachment buttons below.

[ Add Optional Project Narrative File ]   [ Delete Optional Project Narrative File ]   [ View Optional Project Narrative File ]

Tracking Number:GRANT13747282    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:46:40 PM EDT

AR000948

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Table of Contents | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

## **Table of Contents**

A.  Need for the Project

    1

    Description of LEA with Demonstrated Need    1

    LEA Meets the Definition of an LEA with Demonstrated Need    1

    Importance and Magnitude of the Problem    5

    Specific Gaps and Weaknesses in Services, Infrastructure, or Opportunities    8

B.  Quality of Project Personnel    10

    Project Intentionally Seeks to Hire Diverse SBMH Providers    10

    Qualifications of Key Project Personnel    11

C.  Quality of Project Design and Project Services    15

    Project Timeline    15

    Goals, Objectives, and Outcomes    16

    Plan for Collaboration and Coordination    17

    Recruitment and Retention Strategies    17

D.  Management Plan and Adequacy of Resources    22

E.  Project Evaluation    25

Attachments:

Logic Model

Bibliography

Resumés

Letters of Support

**AR000949**

***Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*** is a multi-pronged approach to increase the number of credentialed school-based mental health providers and services in 28 schools/ 6 school districts in the rural NW corner of the state. The **Absolute Priority** is **Priority 2**. The Applicant is **EdAdvance**, the LEA with Demonstrated Need. We propose plans that will <u>promptly</u> Recruit and Retain credentialed SBMH providers and that will help increase access to SBMHS for students in schools with Demonstrated Need. Under **Competitive Preference Priority 2**, the project intends to Increase the Number of Credentialed SBMH Providers from Diverse Backgrounds or from Communities Served.

**(a) <u>Need for the Project</u>**

**(a) *Describe the LEA with Demonstrated Need*.**

    **EdAdvance** is a 501(c) (3) non-profit agency and regional educational service center (RESC) in Western Connecticut.[i] Its mission is to promote the success of school districts and their communities. Collaboratively with them, we provide much needed educational and related services. Our connections to the 29 public school districts that we directly serve foster and strengthen partnerships, leading to true understanding of our region. To best serve schools and communities in rural Northwestern CT (*Litchfield County*), EdAdvance provides many services, such as Birth to Three, Head Start, Early Head Start, McKinney Vento Homeless Assistance, School Readiness, Home Visiting, Before and After School Extended Care, Special Education, SEL (*Social Emotional Learning*), English Language (EL) support, and Adult Education.

**(b) *Describe how the LEA meets the definition of an LEA with Demonstrated Need.***

    The LEA and all schools served have demonstrated need, including:

(1) *<u>High student to mental health services provider ratios as compared to other LEAs statewide or nationally</u>*. Litchfield County is a federally designated mental health professional shortage area,

AR000950

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

with the ratio of mental health providers to residents of 1:350, **far greater than** the statewide rate of 1:230. According to the *NW CT Community Health Needs Assessment*, Significant Community Health Needs include: 1) Mental health shortage area; 2) Long Behavioral health wait times; 3) Limited access to treatment for widespread opioid and substance abuse; 4) Lack of resources compared to other CT towns; and 5) Lack of coordination among and between providers.[ii]

(2) *High rates substance use (including opioid use).* The 2021 Regional Profile[iii] identified specific areas of concern and emerging issues and trends, including:

- Continued widespread use of alcohol as the most widely used of all substances, with negative consequences of alcohol and *underage drinking* being of primary concern.

- Rapid rise of vaping and use of e-cigarettes *among teens* and young adults.

- Widespread, growing use of marijuana *among youth* and adults, with low perception of harm.

- Use of heroin that is complicated by fentanyl as a dangerous mixing agent.

- Pervasive, often fatal, use of other illicit opioids, the most prevalent being fentanyl.

- Persistent misuse of prescription drugs *among youth* and adults.

- Increase in prevalence of mental health issues *among youth* and adults from all socioeconomic strata and ethno-racial groups.

A critical take away from this study is, "the linkage between mental health issues and substance use disorders and the associated risks of addiction and compounding behavioral health risks."[iv]

(3) *A significant number of students experiencing homelessness, traumatic event, or other adverse childhood experiences, such as repeated disciplinary exclusions from the learning environment.*

**(i) Homelessness:** EdAdvance has administered the McKinney Vento Homeless Assistance Grant in NW CT for more than nine years. Last year, in response to the critical and *unmet needs* of

AR000951

homeless children, youth, and families in <u>*rural*</u> communities, EdAdvance <u>*expanded partnerships to include rural districts here*</u>. Research indicates that, nationally, "the prevalence of youth homelessness is similar in rural, suburban, and urban areas."[v]. Recent data demonstrates a steady number of children identified in this local rural region. The prevalence of homeless shelters in urban areas often masks the presence of homelessness in surrounding rural towns. Teachers here reported that they know of students, especially high school students, who "couch surf" because they can't stay at home. *Unstable* housing and co-occurring risk factors include mental health challenges, substance misuse, and risk-taking behaviors. The persistent lack of affordable housing in NW CT increases unstable housing and ensuing mental health challenges for many at risk children, youth, and adolescents. Even in wealthier communities, homelessness exists. For example, last year in Litchfield (a wealthy rural town here), there were **62** housing and shelter request calls to 211. Escalating impacts of homelessness affect the physical and mental health, social-emotional well-being, and academic success of homeless children and youth.[vi] Students experiencing homelessness in rural NW CT face many daily struggles and obstacles that make it challenging for them to succeed academically and to function at healthy social-emotional levels. Homelessness increases <u>chronic absenteeism, low graduation rates, low academic performance, and social-emotional challenges</u>. The small size and isolation of towns here results in scarce resources to help overcome these everyday challenges. In FY 2021, 4 regional organizations serving the homeless reported placing 80+ children and adolescents in emergency shelter.

**(ii) Traumatic Events:** Students in the region are still grappling with the emotional impacts of the <u>Sandy Hook school shooting</u>, a traumatic event that occurred in Western CT. Often referred to as students "*raised with trauma,*" adolescents in the region remember the tragedy and still struggle with post-traumatic stress, fear, sadness, and anxiety. Nearly a decade later, teens here talk about

AR000952

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

how every new school shooting re-injures their sense of security, resilience, and wellbeing. In a recent article entitled *The Impact of Gun Violence on Children, Families, & Communities*, the authors write that "…While individuals killed and injured in atrocities such as Sandy Hook… are publicly remembered and mourned, victims of these tragedies are not limited to those men, women, and children killed, injured, or present during these horrific events. The consequences of gun violence are more pervasive and affect entire communities, families, and children…" The authors advocate for "addressing the impact on those who have been traumatized by such violence."[vii] Researcher James Garbarino and colleagues explain that "children exposed to gun violence may experience negative short and long-term psychological effects, including anger, withdrawal, posttraumatic stress, and desensitization to violence."[viii] Helping youth heal who have experienced gun trauma, according to the Child Welfare League of America, "requires a sufficient number of providers trained in age-appropriate, evidence-based, and trauma-informed treatments..."[ix]

Covid-19 is a **traumatic event**, with poignant impacts on students in isolated NW CT. Recent studies found that many who had quarantined experienced a high prevalence of psychological distress and disorders, including emotional disturbance, depression, stress, low mood, irritability, insomnia, and post-traumatic stress [x]. The National Rural Health Association recently reported that 'loneliness can have a serious impact on health and quality of life, with the strongest evidence in the everyday stories of rural people… The effects of rising stress levels, loneliness, depression, and despair can be exacerbated by rural hardships and a geographical dearth of resources."[xi]

**(iii) Repeated disciplinary exclusions from the learning environment**: There has been a growing disruptive trend here of school suspensions due to vaping/ tobacco use. Dr. John Simoncelli, Executive Director of Greenwoods Counseling & Referrals, explains that persistent use of vaping and other tobacco products is often an indication of deeper mental health issues and

AR000953

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

co-occurring mental health diagnoses. Schools have been implementing disciplinary procedures *such as suspension* to address this problem, which can lead to unsupervised time to explore other risk-taking behaviors. Many students re-offend, creating further school suspensions. EdAdvance, in collaboration with Greenwoods and Western CT Coalition, have been collaborating with district administrators to strategize alternatives to suspensions to address this challenge. However, as both Greenwoods and WCC attest to, behaviors resulting in repeated suspensions require additional, professional SBMH providers who can work consistently and appropriately with these students.

***(c) Importance and Magnitude of the Problem.***

In rural NW CT, the overriding reason is the *lack of accessible mental health providers and related services in schools and communities exacerbated by increasing mental health challenges, including substance misuse.* In their article *Achieving Access to Mental Health Care for School-Aged Children in Rural Communities*, the authors cite research demonstrating that "rural children were more likely to receive a mental health prescription (8.0%) than they were to receive counseling (4.3%). Rural children were less likely to receive counseling (4.3% vs. 6.7%) and were more likely to receive a prescription (8.0% vs. 6.4%) compared to urban children.[xii] According to the National Center for Rural Mental Health, nearly 20% of school-age children experience serious mental health issues, yet few receive services. Rural communities are incorrectly perceived as having fewer mental health needs given their small populations and low residential density. "This along with their geographic isolation and scarce resources has resulted in limited mental health service options for rural youth and their families."[xiii] Other problems include:

- Escalation of mental health challenges, serious mental illness and severe emotional disturbance
- The number of reported poor mental health days per month for Litchfield County residents is 4.2, higher than both state and national averages.

AR000954

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

- More than 30% of high school students in CT felt so sad or hopeless that they stopped doing some usual activities; nearly 70% of students reported their mental health was "not good"[xiv]

- Only 24% of high school students in CT reported they most of the time or always get the kind of help they need when they feel sad, empty, hopeless, angry, or anxious. [xv]

- Experimenting with substance use, substance use disorders, opioid addiction, poly-substance use, and co-occurring disorders continues to rise among all population sectors in this region.

Table One describes the dearth of school-based mental health services providers in this region.

**Table One: Ratio of School Based Mental Health Service Providers to Students**

| School | Total # of Students | # of Social Workers | # of School Counselors | # of School Psychologists | Total # of Providers (Aggregated) | Ratio SBMH Provider: Students |
|---|---|---|---|---|---|---|
| Barkhamsted Elementary | 209 | 0 | 0 | 1 | 1 | 1:209 |
| Bethlehem Elementary | 274 | 1 | 1 | 1 | 3 | 1:91.3 |
| Booth Free School | 74 | 0 | 0 | .5 | .5 | 1:148 |
| Botelle Elementary | 70 | 0 | 0 | 1 | 1 | 1:70 |
| Colebrook Consolidated | 77 | 0 | 0 | 1 | 0 | 1:77 |
| Cornwall Consolidated | 111 | 0 | 0 | .5 | .5 | 1:222 |
| Explorations | 89 | 1 | 0 | 0 | 1 | 1:89 |
| Goshen Center | 159 | 0 | 0 | 1 | 1 | 1:159 |
| Housatonic Valley Reg. H.S | 340 | 1 | 2 | 0 | 3 | 1:113.3 |
| James Morris | 115 | 0 | 0 | .5 | .5 | 1:230 |
| Kellogg Elementary | 74 | 0 | 1 | .5 | 1.5 | 1:49.3 |
| Kent Center | 212 | 0 | 1 | 0 | 1 | 1:212 |
| Litchfield Center | 278 | 0 | 1 | 0 | 1 | 1:278 |
| Litchfield Intermediate | 189 | 0 | 1 | 1 | 2 | 1:94.5 |
| Mitchell Elementary | 329 | 1 | 1 | 1 | 3 | 1:109.7 |
| Nonnewaug H.S. | 671 | 1 | 5 | 1 | 7 | 1:95.9 |
| North Canaan Elementary | 234 | 0 | 1 | 1 | 2 | 1:112 |
| NW Regional HS | 604 | 0.5 | 2 | .5 | 3 | 1:201.3 |
| Northwestern Regional MS | 227 | 0.5 | 2 | .5 | 3 | 1:75.7 |
| Salisbury Central | 305 | 0 | 2 | 0 | 2 | 1:152.5 |
| Sharon Center | 96 | 0 | 1 | .5 | 1.5 | 1:64 |
| Shepaug Valley H.S.: R12 | 472 | 0 | 3 | 1.5 | 4.5 | 1:104.9 |
| The Burnham School | 59 | 0 | 0 | .5 | .5 | 1:118 |
| Wamogo Reg. HS | 380 | 1 | 2 | 0 | 3 | 1:126.7 |
| Wamogo Reg. MS | 165 | 1 | 1 | 0 | 2 | 1:82.5 |
| Warren Elementary | 60 | 0 | 0 | .5 | .5 | 1:120 |
| Washington Primary | 154 | 0 | 0 | .5 | .5 | 1:308 |
| Woodbury Middle School | 310 | 1 | 3 | 1 | 5 | 1:62 |
| **Totals** | **6,337** | **10** | **30** | **15.5** | **55.5** | **Ave: 1:135** |

AR000955

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

Table Two below shows those schools with <u>higher than state average</u> *pockets of need*. Due to the small, rural characteristics of communities here, there is lower than state average racial/ethnic diversity among students. NW CT attracts many wealthy second/ summer home buyers from outside the region, which skews the data for economic need, truly present here.

**Table Two: Schools with Higher Than State Average Demonstration of Need**

| Schools that <u>Exceed</u> State Average in demonstrated areas of need | % Eligible for Free/Reduced-Price Meals | % Chronic Absenteeism | Suspension/ Expulsion Rate | % Students with IEPs |
|---|---|---|---|---|
| Barkhamsted | | | | 17.5% |
| Bethlehem Elementary School | | | | 20.4% |
| Booth Free School | | 25.3% | | |
| Botelle Elementary School | | | | 18.6% |
| Colebrook Consolidated | | 22.7% | | 27.3% |
| Explorations | 65.2% | 33.3% | 16.3% | 34.8% |
| James Morris | | | | 17.4% |
| Litchfield Intermediate School | | | | 18.5% |
| Housatonic Valley Regional HS | | 31% | 15.2% | 17.1% |
| Nonnewaug High School | | | 1.9% | |
| North Canaan Elementary School | | | 2.5% | |
| NW Regional School District #7 | | 21.2% | 4.2% | 19.4% |
| Sharon Center School | | 19.2% | | 22.9% |
| Shepaug Valley High School | | 20.8% | 1.6% | |
| Wamogo Middle School | | | 8.9% | 17.0% |
| Wamogo High School | | 28.1% | 5.7% | 18.9% |
| Woodbury Middle School | | | 6.3% | 16.5% |
| **State** | 42.7% | 19% | 1.4% | 16.3% |

As Table Two demonstrates, **Chronic Absenteeism** and **Suspensions/Expulsions** are demonstrated areas of need that impacts many K-12 students here. Both can be indications that students are experiencing mental health concerns and/or drug misuse. Suspensions, such as for vaping/tobacco use, is a disciplinary action implemented *in place of more appropriate mental health response*, due to <u>lack of available mental health resources</u>.  There was a jump of Chronic Absenteeism due to Covid-impacts, *<u>primarily due to isolation/pandemic mental health concerns without accessible mental health care</u>*. A recent New York Times article reports that in one district located in NW CT, the rate of Chronic Absenteeism more than doubled.[xvi] In this article, Kari

AR000956

Sullivan Custer of the CT Department of Education (CSDE) comments that, "When the pandemic hit, we realized that everyone was having engagement and attendance issues because of all of the trauma families were facing. It hit the high-need communities the most…"[xvii] The **trauma** that ensued from Covid-19 fear and isolation – *especially in an already isolated region* – persists, with students still needing accessible mental health services.

Nearly half of all participating schools (*13 of 28*) have student populations with higher-than-average rates of **disabilities**, defined by CSDE as: "Students in this category are students with an individualized education program (IEP) only."[xviii] This higher-than-average disability designation among K-12 students in rural NW CT can be indicative of a lack of SBMH providers and services. Students with ADHD and Emotional Disorders are legally eligible for an IEP and are considered as "common condition" for an IEP.[xix] To compensate for the lack of available mental health resources, schools here often use IEPs as an effective way to implement mandated special services.

Regarding the **Juvenile Justice System** in this isolated rural region, according to Juvenile Public Defender and Jurisdiction Supervisor Attorney Sharon Elias, "There are many children who enter the Juvenile Justice System with mental health issues in NW CT, with very few services available compared to other parts of the state. In my office, we called this the 'Forgotten Corner'. If there were more mental health care providers for the youth offenders that we see, my attorneys would be doing more referrals. But the wait lists are too long, so our hands are tied, and without a viable mental health response, our youth offenders often get punitive actions that might have been avoided. With appropriate and accessible mental health providers, a mental health response would often be preferable. To help ensure less delinquency behavior, we have to start meeting children's mental health needs at younger ages."

*Specific Gaps and Weaknesses in services, infrastructure, or opportunities.*

AR000957

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

<u>Other indicators of gaps and weaknesses in service, infrastructure, or opportunities, including</u>:

- Health care professionals typically do not receive *mental* health training as part of their education and express feeling unprepared about mental health awareness and resources.

- COVID-19 pandemic has resulted in a new array of <u>persistent</u> mental health challenges among youth and adolescents, requiring additional long-term SBMH providers and services.

- Extensive lack of qualified and credentialed mental health professionals in rural NW CT.

- Rural schools here do not have enough SBMH providers to meet student needs (1:134.4).

- Increasing use of vaping, other tobacco products, and alcohol among youth and adolescents.

- Isolated, rural towns that are geographically distant from other towns and regions of CT.

- Limited access to medical, social service, social, and educational opportunities.

- <u>Small school budgets are not adequately funded to meet the costs of SBMH providers and services</u>. Small enrollment numbers result in low per pupil state funding allocations. Schools with small student populations have very high per pupil costs due to low Educational Cost Sharing (ECS). State education funding is partially calculated on district enrollment, so typically the smallest, rural school districts receive the smallest percentage of monies.

- <u>Many mental health professionals in the region, especially Licensed Clinical Social Workers (LCSW), counselors, and psychologists, are choosing private practice over school or community-based agency work</u>. There is a tremendous need for therapists in the region among the *general* population based on the low provider:individual rate of 1:350 with burgeoning mental health issues, with long waiting lists for care. This, among other factors, has made private practice much more lucrative and attractive to practitioners. Referral and direct service agencies in the region have great difficulty filling job openings. Credentialed mental health

AR000958

care professionals also often choose to work in much larger urban and suburban areas. Even when school budgets allow for *contractual* mental health services, positions cannot be filled.

**(b) Quality of Project Personnel**

(1) *The applicant encourages applications for employment from persons who are members of groups that have been traditionally underrepresented.*

The proposed project will intentionally seek to hire <u>diverse</u> SBMH providers and will develop a project workplan that reflects this commitment. Cultural competence and cultural humility will be a priority at every level of project planning, development, implementation, evaluation, and iteration. The agency strongly believes in creating inclusive workplaces that are culturally diverse and representative of the individuals, schools, and communities they serve. The agency embraces the belief that different ideas, perspectives, and backgrounds create a stronger and more equitable work environment that delivers better results. To support an inclusive environment, EdAdvance's Culturally Diverse Workplan is designed to increase a diverse workforce, prevent discrimination, and maintain fair and equitable hiring practices. To encourage diverse applications for employment, the project includes three EdAdvance specialists: **Devonna Dionne** will serve as the project's Diversifying Educator Workforce Specialist. Ms. Dionne, Director of Marketing and Communications, represents EdAdvance on the statewide Committee to Diversity CT's Educator Workforce. She also serves as co-chair for the agency's DEIJ Committee, where she engages in strategic planning initiatives to bring more racial/ethnic diversity to the agency and to the rural NW CT school districts we serve. Her perspectives as a woman of color have helped promote greater understanding in this rural area that lacks racial/ethnic diversity. She advocates for *centering safety* and for recruiting outside the region, including at historically black colleges and universities. **Aisha Alam**, Assistant Director of Human Resources, will serve as the proposed

10

AR000959

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

project's Recruitment and Retention Specialist. Ms. Alam co-chairs the agency's DEIJ Committee and has developed numerous professional learning opportunities for agency personnel on encouraging diverse hiring practices and understanding cultural competencies in the workplace. Ms. Alam will work closely with recruiting, interviewing, and onboarding the 14 new SBMH providers for this proposed project. Her lived experiences, in-depth knowledge of the 28 schools, and her experience contracting and placing shared personnel in schools, will greatly increase successful management of this proposed project. **Dalia Assem**, English Learner (EL) Consultant, has extensive experience working in schools to ensure equitable access to learning and supportive services for all ELs. Due to their small size, schools served by this grant proposal typically do not have the resources to hire their own EL specialist. For SBMH-NW CT, Ms. Assem will address barriers to mental health services and increase the likelihood that EL students receive quick referrals to and responses from SBMH providers, despite language challenges.

Specific strategies to increase diversity include a meaningful presence at two annual statewide recruitment fairs to diversify the educator workforce; increasing the pipeline of school to career opportunities at Historically Black Colleges and Universities (HBCU); local recruitment at the 9 universities offering project-specific degrees and certifications; and facilitating a coaching series for school and district administrators on understanding and applying the applicant/employee inclusion guidebook entitled "Creating a District Plan to Increase the Racial, Ethnic, Linguistic Diversity of Your Educator Workforce."[xx]

(2) In addition,

(i) Qualifications, including relevant training and experience, of key project personnel:

The Project Director will be **Dr. Judith Palmer**, who currently serves as Superintendent of Schools for Rural School District #7. She will transition to this position upon notification of

AR000960

funding. Dr. Palmer has more than 35 years of school experience, as a teacher and school and district administrator. Dr. Palmer recently served as Co-founder and Chair of EdAdvance's *Northwestern CT Youth and Adolescent Mental Health Coalition*. Dr. Palmer has been actively engaged in efforts to address burgeoning youth mental health challenges, substance use disorders, and alcohol and tobacco use. She has successfully implemented several initiatives in her rural NW CT district, in collaboration with EdAdvance and regional CBOs, including Youth Mental Health First Aid and Suicide Prevention Training, and tobacco-free programs. Dr. Palmer is an expert in SEL (*Social Emotional Learning*). She completed a 2-year Fellowship Program with the Yale Center for Emotional Intelligence and founded an award-winning SEL program called *Kindness in Motion*. She is in an excellent position to understand the systems and obstacles involved in increasing SBMH services in schools throughout the region. Her extensive experience working with local Boards of Education offers the project the unique opportunity to understand how to advocate for, get approval of, and implement additional SBMH services on a long-term basis. She has actively served on the *CT Association of Public School Superintendents*, as Co-Chair of the SEL, School Governance, Legislative, and Small Rural District Committees, and as President. Dr. Palmer's vast experience as a classroom teacher and district leader, her regional and statewide professional affiliations, and her community collaborations will be critical assets to the success of this proposed project.

The Project Co-Director will be **Abby Peklo**, Director of Grants and Special Programs at EdAdvance. Ms. Peklo has extensive experience managing and administering multi-year grant-funded mental health-focused programs for youth and adolescents. She currently serves as Project Director for a 5-year SAMHSA-funded Mental Health Awareness Training in Western CT (MHAT-WCT), where she works directly with school administrators, teachers, and students

AR000961

throughout NW CT. She designed and directed Project AWARE (*providing Youth Mental Health First Aid Training in NW CT*); Project Safe Reporting (*recognizing and responding to teen dating violence*); Health Children/ Healthy Minds; Healthy Beginnings; S2S (*Student to Student Internet Safety*); and 4 extensive community-wide anti-tobacco/anti-vaping education programs. Ms. Peklo serves as an expert on Bullying, Understanding Diversity and Othering, and Cultural Competencies. She served on the statewide committee to diversity CT's educational workforce and is a certified instructor in Mental Health First Aid (MHFA), Youth MHFA, Teen MHFA, and QPR Suicide Prevention Training. She has trained hundreds of adults and teens over the last several years in these Evidence-Based Practice models designed to help individuals recognize the signs and symptoms of mental health challenges and illness, respond appropriately, and refer individuals in need to mental health professionals.

Dr. Palmer's and Ms. Peklo's expertise complement each other and will provide a highly effective systems-approach to co-directing SBMHS-NW CT. They have collaborated on numerous projects, and each will bring a unique set of talents and skills to this work. Together, will ensure that all aspects of project, including grants management and reporting, is of the highest quality.

**Jonathan Costa**, Assistant Executive Director at EdAdvance, is a talented and much sought-after Strategic Planning facilitator who has worked with more than a hundred planning clients. He pioneered the backwards design Strategic Coherence Planning process and works with each client to customize an engagement strategy that meets their needs. His expertise includes facilitating the identification of high-leverage strategic goals and indicators of progress, ensuring the inclusion of key stakeholders, and increasing community engagement. He has worked closely with every school district participating in this proposed project, with keen insight as a former classroom teacher. Importantly, he has led focused ongoing conversations on increasing school-based mental

AR000962

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

health providers and services. His vast experience presenting proposals before local Boards of Education will strengthen the strategic planning process for sustaining SBMH providers and services in NW CT's small rural schools.

**Dr. Kevin Glass** is Director of the Center for Program Research and Evaluation at EdAdvance. An expert at data collection and analysis, Dr. Glass has provided evaluations for programs impacting K-12 public schools, including McKinney Vento Homeless Assistance, Home Visitation, Mental Health Awareness Programs, and Tobacco-Free Initiatives. He has done work for CT's School Health Index and completed evaluations and assessments for various healthcare organizations. Dr. Glass has successfully identified gaps in service delivery that have informed decisions that benefit underserved populations. As a former teacher, Dr. Glass is well-positioned to collect and analyze evidence of the proposed project's success at meeting goals and expectations and ensuring methods of implementing effective iterative changes.

**Table 3** below shows the 5-year Project Staffing Plan.

| Project Role | Name | Key Roles and Responsibilities |
|---|---|---|
| Project Director | Dr. Judith Palmer | Provide grant oversight; chief liaison with U.S. Dept. of Ed, project partners, and school administrators; chair SBMH-NW CT Roundtable |
| Project Co-Director | Abby Peklo | Manage day-to-day project coordination; oversee implementation with 28 schools; collaborate with EdAdvance consultants, specialists, and evaluator |
| Research & Evaluation Specialist | Dr. Kevin Glass | Collect and analyze evidence of meeting goals and expectations to inform project revisions as needed |
| Diversifying Educator Workforce Specialist | Devonna Dionne | Promote increased diversity among applicants and encourage *centering safety* for diverse SBMH providers |
| HR Recruitment & Retention Specialist | Aisha Alam | Implement effective strategies and multiple incentives designed to recruit and retain 14 diverse SBMH providers |
| EL (English Learner) Specialist | Dalia Assem | Provide language support to ELs in 28 small rural schools to ensure accessible mental health services for these students |
| Strategic Planning Specialist | Jonathan Costa | Facilitate a 5-year Strategic Planning process with each participating school district/ local BOE for sustainability |
| Administrative Assistant | Carol Montory | Timesheets, payroll, invoicing, purchase orders, supply orders, meeting minutes, and scheduling. |

AR000963

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

## (c) Quality of Project Design and Project Services

SBMHS-NW CT is a multi-pronged approach to **promptly** increase the number of credentialed SBMH providers and ensure greater depth of SBMHS delivery in 28 small, rural schools in NW CT. EdAdvance will collaborate with 28 schools with Demonstrated Need, to effectively pool resources to provide one .5 FTE credentialed SBMH provider in each small school in each of five years. The project will build capacity within each small school and leaders across all levels of the project will be engaged in the implementation and evaluation of the project.

**Table 3: Project Timeline for Accomplishing Tasks**

| PROJECT YEAR | 1 | 2 | 3 | 4 | 5 | Responsible Staff |
|---|---|---|---|---|---|---|
| **1. Review and refine project parameters and prepare for implementation.** | | | | | | Project Director Co-Director HR Specialist Diversity Specialist |
| • Key Personnel and School/ District Administrators meet to develop a planning and implementation strategy. | x | | | | | |
| • Hire and onboard Project Director. | x | | | | | |
| • Recruit, interview, hire & onboard 14 credentialed SBMH providers. | x | *As needed* | | | | |
| • Design & implement a Professional Development (PD) calendar for providers & other relevant staff. | x | x | x | x | x | |
| **2. Implement Project in 28 K-12 small rural schools in NW CT** | | | | | | Project Director Co-Director 14 SBMH providers PD Providers School Supervisors Skills21 WCTC |
| • Onsite supervision of 14 newly hired SBMH providers in each school. | x | x | x | x | x | |
| • Ongoing individualized coaching for 14 SBMH providers. | x | x | x | x | x | |
| • PD for 14 SBMH providers and other relevant staff in schools. | x | x | x | x | x | |
| • Group sessions for students to improve mental health and SEL. | x | x | x | x | x | |
| • Implement JOY SEL program for 200 students per year in grades 6, 8, or 9. | x | x | x | x | x | |
| • Implement SBIRT interviews for students disciplined for vaping/tobacco use and others identified as at risk of drug misuse. | x | x | x | x | x | |
| **3. Design and conduct a Project Evaluation to demonstrate extent to which goals, objectives, and outcomes are achieved.** | | | | | | Evaluator |
| • Develop quantitative and qualitative measurements and instruments. | x | | | | | |
| • Includes data collection and analysis. | x | x | x | x | | |
| • Utilize results to support revisions and iterative improvements. | | x | x | x | x | |
| **4. Facilitate SBMH-NW CT Roundtable** | | | | | | Project Director Co-Director |
| • Roundtable meets quarterly to support project, discuss relevant issues, and develop solutions to challenges that arise throughout the region. | x | x | x | x | x | |
| • Conduct other meetings with CBOs to help ensure project success. | x | x | x | x | x | |
| **5. Facilitate 5-year Strategic Planning Process for sustainability** | | | | | | Strategic Planning Specialist |
| • Develop outline work process & customize for each district's needs. | x | | | | | |
| • Facilitate planning sessions. | | x | x | x | | |
| • Meet with school and district administrators and local BOEs to advocate for sustaining SBMH providers and related services on a long-term basis | | | | x | x | |

PR/Award # S184H220068

Page e31

AR000964

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

**(1)** *Goals, Objectives, and Outcomes*

The **Logic Model** (*located as Attachment*) graphically delineates the project's Inputs, Activities, Outputs, and Outcomes. In summary:

Overriding project goals are to increase the number of credentialed SBMH *providers* and increase SBMH *services* in small rural schools in NW CT.

Objectives aligned with these goals are to increase equitable access to mental health providers and services in this area of Demonstrated Need, where there is a gap in service delivery and insufficient mental health care providers throughout small rural towns; promote positive mental health among K-12 students in rural NW CT, including SEL and social well-being.

Outcomes include an increased number of *diverse* SBMH providers in small, rural schools in NW CT (from 55.5 to 69.5); more adequate, equitable and prompt access to SBMH providers and services (Provider:Student of 1:135 to 1:93); decreased need for emergency responses and crisis intervention; effective and sustained Recruitment & Retention Strategy to ensure adequate numbers of SBMH providers; Strategic Plan for sustained funding by local districts after the 5-year funding period; collaborative regional approach between schools, EdAdvance, and CBOs to ensure sustainable support for SBMH services here.

To achieve goals, objectives, and outcomes, and to *quickly implement project tasks*, we will:

- Implement a coordinated, systems approach to managing this proposed project. It would be an overwhelming task for each small school to accomplish this same goal alone. EdAdvance will administer and manage all aspects of this project and will become the employer for 14 new credentialed SBMH providers. We will ensure that these SBMH providers will receive above average salary, resources, coaching, and PD, at no cost to schools. With 600+ full and part time employees, and through comprehensive HR, Fiscal, and School Services Departments, EdAdvance

AR000965

is in a favorable position to serve as LEA to place a *.5 FTE SBMH provider in each school*, allowing each to benefit from *consistent* SBMH services throughout the 5-year project period.

- <u>Develop a plan for collaboration and coordination with Federal, State, and local organizations and school-based efforts</u> to promote program success across multiple programs: EdAdvance will collaborate with the Western CT Coalition, Greenwoods Counseling & Referral, and CT Center for School Safety and Crisis Preparedness to support project success. Together, we will develop and facilitate the SBMH-NW CT **Roundtable** that meets quarterly. With experience facilitating the well-attended and successful *NW CT Youth and Adolescent Mental Health Coalition,* we believe that this Roundtable will enhance capacity within schools to encourage prevention, early intervention, and accessible and equitable services to students, and increase retention of SBMH providers. With its commitment to increasing mental health in multiple arenas, EdAdvance's <u>intra-agency initiatives</u> will include facilitating the highly successful School Social Work Network; developing and facilitating the project's Community of Practice; implementing JOY for 6th graders in schools to build SEL attributes; and teaching no-coast Mental Health Awareness Training workshops. EdAdvance will continue to collaborate with Federal (i.e., SAMHSA's Mental Health Awareness Training Program) and State (i.e., recruiting diverse SBMH providers and present relevant PD), as mentioned throughout this proposal.

- <u>Implement robust Recruitment & Retention Strategies</u>:

<u>a. Recruitment</u>. In consultation with our HR Department and the statewide Committee to Increase Diversity Among CT's Education Workforce, we have allocated funds and staff time for an intentional recruitment strategy that will increase the likelihood of success for the proposed project's goal of hiring and retaining 14 *diverse* credentialed SBMH providers, including those

AR000966

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

from communities served. We will concentrate efforts in Year 1, with a strategy to *implement project components quickly*. We will continue recruitment in subsequent years if attrition occurs:

- Applitrack Frontline Recruiting, enabling applicants for *other* K-12 positions around the country to efficiently submit online application materials without duplication of effort.

- Sponsored advertising on Indeed, the most widely used national recruiting software.

- Featured job postings on CT REAP and K-12 JobSpot, popular sites for school employment.

- News release that will appear as a link on the CT Education Association's (CEA) website.

- Social media postings on LinkedIn, Twitter, and Facebook sites.

- Recruitment Table at Career Fairs with sponsored program listings at 8 CT universities that offer degrees and credentials in K-12 School Social Worker, School Counselor, or School Psychologist: Southern, Western, and Central State Universities; Fairfield, Sacred Heart, and Quinnipiac Universities; University of St. Joseph and University of CT.

- Recruitment at CSDE Career Fairs to Diversify CT's Educator Workforce, held twice annually.

- Outreach and advertising at Historically Black Colleges and Universities (HBCU), including scheduling expense-paid interviews and school/community visits in NW CT.

- Sponsorship Advertising and/or in-person recruitment at National Conferences for School Social Work Association of America (April 2023), American School Counselors Association (July 2023), and National Association of School Psychologists (February 2023).

- In recognition of the difficulties that schools in NW CT have had placing SBMH providers, we will offer Financial Incentives (described below under *b. Retention),* including higher than average rate of pay, travel or relocation stipends, and school loan repayment or tuition stipends.

AR000967

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

To increase the **pipeline** for future additional credentialed SBMH providers, the Project Director will serve on a statewide committee for this intention. Dr. Jeffrey Kitching, Executive Director at EdAdvance, is currently spearheading this new initiative with his colleagues at Central CT State University. The task is for these universities to collaboratively develop academic programs that will respond to the expanding job market for SBMH professionals in CT K-12 schools. This grant funding will offer underlined scholarships for students here to obtain their SBMH provider credentials.

b. Retention

(1) Monetary Incentives.  14 SBMHS providers will receive, annually: starting salary of $75,000, exceeding the typical rate for similar positions; $5,000 stipend for college loan repayments or tuition reimbursement; $2,000 relocation stipend aligned with Competitive Preference Priority 2, but with a auto travel reimbursement option, as providers may already live in a town that is a distance from their isolated rural schools.

(2) Collegial Support and Targeted PD: The *School Social Work Network* is organized by EdAdvance and facilitated by Michelle Anderson, MSW, Director of the agency's Early Childhood and Family Programs. The Network began three years ago in response to requests from school social workers in the region to have more relevant and beneficial PD and collegial support. Two recent PD workshops that the Network provided were *Understanding and Deepening our Practice and Work with Students and Families Across Race, Class, and Culture*s and *School Avoidance Issues Among Our Students*. "Increasing the number of credentialed school-based mental health professionals is very important in this rural region, because *every child* needs a touch in," comments Anderson. She adds that, "Right now, there simply are not enough school social workers to do all that is expected of them. More boots on the ground are critically important."

AR000968

In a recent Network meeting with U.S. Representative Jahana Hayes at EdAdvance, Hayes described the current gap of services and the call to expand SBMH providers *beyond* school social workers. As a former a teacher in the area, and as a child raised here who benefitted from SBMH services, Hayes explained current legislation that supports expanding SBMH providers beyond school social workers. In response, we will include credentialed School Psychologists and Counselors in this project. To support them, aligned with CDC Guidelines[xxi], the project will create a *SBMHS-NWCT Community of Practice* (CoP) for SBMH providers to "learn, share expertise, and work together on solving common problems in their communities' focus areas."[xxii] The project will also engage diverse PD providers for SBMHS providers, teachers, and other school personnel to build capacity and increase understanding of mental health issues that impact K-12 students.

(3) <u>SEL</u> (Social Emotional Learning). Building capacity in schools for students' SEL competencies will decrease the need for emergency mental health services.  Increasing the number of SBMHS providers will allow more students to be seen *more than once*, groups to meet regularly, and guidance for teachers to assist with SEL in classrooms. One SEL program that we will implement quickly is JOY, or *Journey of You*. This successful activities-based classroom curriculum includes teacher PD and coaching and is designed to increase students' resilience, positivity, healthy habits, and SEL strength building. JOY will be offered at no cost to 200 6th grade students here each year.

**(2)** *Strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented.*

The number of students of color in this rural New England region is comparatively low. However, this number, along with the number of new immigrants, is slowly growing in positive ways that benefit *all* students and their communities. EdAdvance and participating school districts have been fully committed to approaching this project with cultural humility and ensuring fair and

AR000969

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

equitable access to SBMH services *on all levels*. As a statewide leader in teaching cultural competencies to teachers and others, EdAdvance will continue to provide high quality accessible no-cost professional learning on <u>diversity, equity, and inclusion processes and practices at schools</u> and <u>equitable access to services for EL students</u>. We have recently offered (*and at times required*) directors, managers, and other employees to attend DEIJ workshops presented by experts in the field who have worked with us in the region, including Atty. Kathy Taylor, Dr. Kevin Walston, and Dr. John Ramos. We believe that deeper knowledge and understanding of complexities around equal access and treatment will lead to continued positive changes in school culture, resulting in increased assurances of equal access to providers and mental health treatment.

**(3)** *Training or PD services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project*

SBMH-NW CT includes a robust PD plan designed to alleviate personnel shortages and strengthen retention efforts. No-cost PD includes: **DEIJ** workshops presented by leaders in this field, includes increasing communications and responses for EL students, *cultivating safe spaces* and *racial equity habit-building*; **SEL** training, including evidence-based CASEL-aligned (*Collaborative for Academic, Social, and Emotional Learning*) Aperture Education's DESSA Scale, for SBMH providers and classroom teachers to improve immediate responses to and referrals for students and to improve classroom management that will benefit *all* students; **Trauma-Informed Care/ Crisis Response** workshops, in collaboration with project partner *The Center for School Safety and Crisis Preparation*. **Prevention** PD, such as **SBIRT** training (screening, brief intervention, and referral for treatment), facilitated by project partner Western CT Coalition; and **Mental Health Awareness** Trainings (Mental Health First Aid, Youth MHFA, Teen MHFA, and QPR Suicide Prevention), facilitated by EdAdvance. For greater support that

AR000970

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

will increase retention, we included funding for 14 SBMH providers to attend their annual national professional conferences and a regional or statewide meeting or conference of their choice.

**(d) Management Plan and Adequacy of Resources**

*(1) The adequacy of mechanisms for ensuring high-quality products and services.*

<u>Organizational Capacity and Programmatic Capability</u>: EdAdvance is one of CT's six Regional Educational Service Centers (RESC) and is a Local Education Authority (LEA) in Western Connecticut,[xxiii] established in 1966 under Connecticut Statute 10-66, a-m, is a 501(c)(3) non-profit organization. It is governed by a Board of Director comprised of members from local Boards of Education. With 56 years' experience, EdAdvance has a solid and supportive organizational structure with highly qualified administrative and professional staff to lead this proposed project. The agency's portfolio includes multiple accomplishments in directing federal, state, foundation, and other private grant-funded initiatives, with grant awards from **U.S. Departments of** Education, Health and Human Services, Mental Health and Addiction Services, Substance Abuse and Mental Health Services Administration; **CT Departments of** Education, Public Health, Early Childhood, Health and Human Services, Disability Services, and Social Services; CT Office of Policy and Management; CT Parent Information Resource Center; National Science Foundation; National Oceanic and Atmospheric Administration, and North American Association for Environmental Education. EdAdvance has an operating budget of $41+ million, employs 604+ full and part-time staff, and currently manages $12+ million in federal, state, and foundation grant awards and contracts. The agency's organizational structure ensures quality and timely response to all aspects of program management.  The agency has a full-time director of finance and administration, payroll administrator, accountants, program support specialists, and administrative support staff who ensure robust financial management and accounting systems. The agency's annual

AR000971

independent audits have uniformly found that the agency complied with all requirements applicable and that its financial statements present fairly its financial position and conformity with generally accepted accounting principles. Fiscal accountability and timely reporting are key operating principles for all programs. Consistent adherence to these principles is evidenced by recurring grant and contract awards from the same agencies and programs.

*(2) The relevance and demonstrated commitment of each partner.*

   EdAdvance is committed to providing a flexible systems approach to increase SBMH providers and services at each school. EdAdvance partners with local Boards of Education and CBOs to build capacity within each school district and has a positive history of collaborating with them. EdAdvance will partner with 28 K-12 schools within 6 rural school districts in NW CT as the most effective strategy to increase the number of SBMH providers. The implementation and success of the project depends on a strategy of shared resources with dedicated and professional *regional* direction and oversight. EdAdvance has implemented this regional team approach to flexible and shared resources with dedicated and professional regional direction and oversight for numerous other initiatives, especially in partnership with small rural schools. These pooled resources include *critical Information Technology (IT), English Learner (EL) and translation services, human resource, food services, and fiscal services* to multiple school districts. Key to our mission is that whenever a regional or statewide solution has the potential to be more efficient and cost effective, the agency's role is to be part of that conversation and provide flexible services to help overcome challenges and build bridges to success in schools and communities.

   EdAdvance will partner with Western CT Coalition, Greenwoods Counseling & Referral, and CT Center for School Safety and Crisis Preparedness. EdAdvance has successfully collaborated with them on other initiatives, and each partner brings unique expertise and experiences. WCTC

AR000972

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

will provide SBIRT training for SBMH providers, teachers, and other school personnel. Greenwoods will assist with recruiting SBMH providers and helping schools and families with referrals. Center will facilitate crisis management PD and will respond quickly when/if a there is a crisis incident at school.

*(3) The potential for continued support of the project after federal funding ends.*

An important project component will be an EdAdvance-facilitated 5-year **strategic planning** process with each participating district to encourage local funding for long-term sustainability of SBMH providers. This systems-approach is critically important to improving the mental health status of the region's youth and will result in fewer mental health crises, emergency room visits for such, and in-patient mental health care; much shorter wait times to diagnose and treat mental illness, including SMI (*serious mental illness*) and SED (*severe emotional disturbances*); fewer suspensions for illegal substance use; reduction of suicide rates and suicide attempts among youth and teens; decreased self-harm; and, perhaps most importantly, greater access to mental health services for more typical and prevalent incidences of generalized sadness and anxiety.

Due primarily to budgetary constraints and low student populations, our partner schools and districts have not been successful increasing school-based mental health services. Through this proposed project's multi-pronged approach, we intend to demonstrate the strength of *shared resources* designed to build capacity for school-based mental health. EdAdvance is committed to providing long-term in-kind, financial, and personnel support by 1) brokering *shared* positions; 2) providing PD; 3) consulting on data collection; 4) EL support; 5) facilitating regional meetings at its Litchfield location; 6) supporting diversity and cultural competencies; and 7) planning with Boards of Education to encourage local financial resources for sustaining SBMH services.

*(4) The adequacy of the procedures for ensuring feedback and continuous improvement.*

AR000973

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

The Center for Program Research & Evaluation (CPRE) at EdAdvance will provide the project's formative and summative program evaluation. CPRE has 17+ years of experience providing research and evaluation services to local, state, and federal grant projects. The team has vast skill and knowledge in developing and iterating quality improvement tools utilizing quantitative and qualitative methods. They were recently recognized as an innovator in tracking fidelity of implementation for a large scale i3 grant by ED. To accurately measure the effectiveness and success of this program, we will develop SMART[xxiv] goals and objectives (*Specific, Measurable, Attainable, Relevant, and Timely*). We will use a SWOT Analysis to evaluate the program's Strengths, Weaknesses, Opportunities, and Threats and identify both internal and external factors that impact the program's effectiveness, success, and sustainability. The proposed program's Community of Practice (CoP) (*grant-funded school-based mental health service providers*), school/district administrators, senior program staff, and other key stakeholders will be encouraged to consider data from the ongoing SWOT Analysis to provide continuous feedback that will drive iterative improvements. To help ensure feedback and continuous improvement, we will develop and implement a CQI approach (Continuous Quality Improvement), customized for SBMH, that encourages key stakeholders to continuously ask the questions, "How are we doing?" and "Can we do it better?"[xxv] Evaluation results will be provided to key stakeholders regularly, reviewed annually for iterative improvements, and included in all grant reporting.

---

[i] *LEA CT State ID Code 242; Rural Locale Code 41.*
[ii] Community Health Needs Assessment, Charlotte Hungerford Hospital/ Hartford HealthCare, June 2018
[iii] 2020 Regional Profile, Western CT Coalition, June 30, 2021
[iv] 2020 Regional Profile, Western CT Coalition, June 30, 2021
[v] *schoolhouseconnection.org*
[vi] The National Association for the Education of Homeless Children and Youth (NAEHCY): https://naehcy.org/
[vii] Collins, Julie and Emily Swoveland. "The Impact of Gun Violence on Children, Families, & Communities," *Children's Voice* Volume 23, Number 1

AR000974

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Project Narrative | *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

[viii] James Garbarino, Catherine P. Bradshaw, and Joseph A. Vorrasi. "Mitigating the Effects of Gun Violence on Children and Youth," *The Future of Children* Volume 12, Number 2

[ix] https://www.cwla.org/the-impact-of-gun-violence-on-children-families-communities/

[x] Brooks, PhD, Samantha K. et al. "The psychological impact of quarantine and how to reduce it: rapid review of the evidence." The Lancet Feb. 2, 2020

[xi] *"Approaching the issue of rural social isolation."* Jan. 7, 2020. www.ruralhealthweb.org

[xii] Blackstock, Jacob et all. "Achieving Access to Mental Health Care for School-Aged Children in Rural Communities," The Rural Educator, 4/24,2018, Vol. 34, No. 1

[xiii] https://www.ruralsmh.com/

[xiv] 2019 Youth Risk Behavior Survey, CT Department of Public Health

[xv] 2022 County Health Rankings at https://www.countyhealthrankings.org/

[xvi] Jordan, Phyllis W. "The Key to Getting students Back in Classrooms? Establishing Connections," The New York Times Oct. 6, 2022

[xvii] Jordan, Phyllis W. "The Key to Getting students Back in Classrooms? Establishing Connections," The New York Times Oct. 6, 2022

[xviii] https://public-edsight.ct.gov/overview/profile-and-performance-reports

[xix] https://kidshealth.org/en/parents/iep.html

[xx] https://portal.ct.gov/-/media/SDE/Talent_Office/HiringAndSelectionGuidebook.pdf

[xxi] https://www.cdc.gov/publichealthgateway/phcommunities/communities-of-practice-cops.html

[xxii] https://www.cdc.gov/publichealthgateway/phcommunities/communities-of-practice-cops.html

[xxiii] NCES ID # 0903512 and State ID # 242

[xxiv] Doran, G.T. (1981) There's a SMART Way to Write Management's Goals and Objectives. Journal of Management Review, 70, 35-36.

[xxv] https://www.healthit.gov/sites/default/files/tools/nlc_continuousqualityimprovementprimer.pdf

AR000975

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1235-Copy of Indirect Cost Rate Agreement.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

AR000976

## NONPROFIT RATE AGREEMENT

EIN: 1060842189A1

ORGANIZATION:

EdAdvance
(Formerly: Education Connection)
355 Goshen Road - PO Box 909
Litchfield, CT 06759-0909

DATE:04/15/2020

FILING REF.: The preceding
agreement was dated
04/26/2019

The rates approved in this agreement are for use on grants, contracts and other
agreements with the Federal Government, subject to the conditions in Section III.

---

### SECTION I: INDIRECT COST RATES

RATE TYPES:     FIXED         FINAL       PROV. (PROVISIONAL)     PRED. (PREDETERMINED)

#### EFFECTIVE PERIOD

| TYPE  | FROM       | TO         | RATE(%) LOCATION | APPLICABLE TO |
|-------|------------|------------|------------------|---------------|
| FINAL | 07/01/2018 | 06/30/2019 | 23.00 On-Site    | All Programs  |
| PROV. | 07/01/2019 | 06/30/2022 | 23.00 On-Site    | All Programs  |

#### *BASE

Direct salaries and wages excluding all fringe benefits.

---

AR000977

ORGANIZATION: EdAdvance (Formerly: Education Connection)

AGREEMENT DATE: 4/15/2020

## SECTION II: SPECIAL REMARKS

TREATMENT OF FRINGE BENEFITS:

Fringe benefits applicable to direct salaries and wages are treated as direct costs.

TREATMENT OF PAID ABSENCES

Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages. Separate claims are not made for the cost of these paid absences.

1. Grantee charges all costs direct to grants and/or contracts except the costs below:

A. For the All Program rate, salaries and wages of agency-wide employees are as follows: Executive Director, Director of Support Services, Division Director, Program Coordinator, Accounting Staff, Program Manager, Secretary, Receptionist, Administrative Assistant, Computer Technician, Technology Services Coordinator, Fingerprint Technician, and Custodians - All 100%.

B. Leave and Fringe Benefits for above personnel only are included in the indirect cost pool.

C. Other Expenses - Administrative portion only: contractual services, depreciation, equipment rental/maintenance, equipment minor, insurance, mortgage interest, office supplies, other expense, postage, professional fees, program supplies, rent & utilities, printing, telephone, and travel.

2. Equipment means tangible personal property (including information technology systems) having a useful life of more than one year and a per-unit acquisition cost which equals or exceeds the lesser of the capitalization level established by the non-Federal entity for financial statement purposes, or $1,000.

3. The indirect cost rate has been negotiated in compliance with the Administration for Children and Families Program Instruction (ACF-PI-HS-08-03) dated 5/12/2008, which precludes recipients of Head Start grants to use any Federal funds to pay for any part of the compensation of an individual either as a direct cost or any pro-ration as an indirect cost if that individual's compensation exceeds the rate payable of an Executive Level II. As of January 2019, the rate of compensation for an Executive Level II is $192,300 per year.

4. Your next proposal based on actual costs for the fiscal year ending 06/30/20 is due in our office by 12/31/20.

ORGANIZATION: EdAdvance (Formerly: Education Connection)

AGREEMENT DATE: 4/15/2020

## SECTION III: GENERAL

A.  LIMITATIONS:

The rates in this Agreement are subject to any statutory or administrative limitations and apply to a given grant, contract or other agreement only to the extent that funds are available. Acceptance of the rates is subject to the following conditions:  (1) Only costs incurred by the organization were included in its indirect cost pool as finally accepted: such costs are legal obligations of the organization and are allowable under the governing cost principles; (2) The same costs that have been treated as indirect costs are not claimed as direct costs; (3) Similar types of costs have been accorded consistent accounting treatment; and (4) The information provided by the organization which was used to establish the rates is not later found to be materially incomplete or inaccurate by the Federal Government. In such situations the rate(s) would be subject to renegotiation at the discretion of the Federal Government.

B.  ACCOUNTING CHANGES:

This Agreement is based on the accounting system purported by the organization to be in effect during the Agreement period. Changes to the method of accounting for costs which affect the amount of reimbursement resulting from the use of this Agreement require prior approval of the authorized representative of the cognizant agency. Such changes include, but are not limited to, changes in the charging of a particular type of cost from indirect to direct. Failure to obtain approval may result in cost disallowances.

C.  FIXED RATES:

If a fixed rate is in this Agreement, it is based on an estimate of the costs for the period covered by the rate. When the actual costs for this period are determined, an adjustment will be made to a rate of a future year(s) to compensate for the difference between the costs used to establish the fixed rate and actual costs.

D.  USE BY OTHER FEDERAL AGENCIES:

The rates in this Agreement were approved in accordance with the authority in Title 2 of the Code of Federal Regulations, Part 200 (2 CFR 200), and should be applied to grants, contracts and other agreements covered by 2 CFR 200, subject to any limitations in A above. The organization may provide copies of the Agreement to other Federal Agencies to give them early notification of the Agreement.

E.  OTHER:

If any Federal contract, grant or other agreement is reimbursing indirect costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of indirect costs allocable to these programs.

| BY THE INSTITUTION: | ON BEHALF OF THE FEDERAL GOVERNMENT: |
|---|---|
| EdAdvance (Formerly: Education Connection) | DEPARTMENT OF HEALTH AND HUMAN SERVICES |
| (INSTITUTION) | |
| *[signature]* | Darryl W. Mayes -S *(Digitally signed by Darryl W. Mayes -S DN: c=US, o=U.S. Government, ou=HHS, ou=PSC, ou=People, 0.9.2342.19200300.100.1.1=2000131669, cn=Darryl W. Mayes -S Date: 2020.04.17 15:16:27 -04'00')* |
| (SIGNATURE) | (SIGNATURE) |
| *Jeff Kitching* | Darryl W. Mayes |
| (NAME) | (NAME) |
| *Executive Director* | Deputy Director, Cost Allocation Services |
| (TITLE) | (TITLE) |
| *4/20/2020* | 4/15/2020 |
| (DATE) | (DATE) 2848 |
| | HHS REPRESENTATIVE:   Seung Choi |
| | Telephone:   (212) 264-2069 |

Page 3 of 3

AR000979

# Please wait...

If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document.

You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting http://www.adobe.com/go/reader_download.

For more assistance with Adobe Reader visit http://www.adobe.com/go/acrreader.

Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries.

AR000980

# Please wait...

If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document.

You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting  http://www.adobe.com/go/reader_download.

For more assistance with Adobe Reader visit  http://www.adobe.com/go/acrreader.

Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries.

AR000981

**Bibliography**

Blackstock, Jacob et al (2018). Achieving Access to Mental Health Care for School-Aged Children in Rural Communities, *The Rural Educator*, April 24, 2018, Vol. 34, No. 1.

Brooks, PhD, Samantha K. et al. (2020). The psychological impact of quarantine and how to reduce it: rapid review of the evidence. *The Lancet*, February 2, 2020.

Centers for Disease Control and Prevention (CDC). (2021) Communities of Practice (CoPs), U.S. Department of Health & Human Services, Webpage last reviewed December 2, 2021.

Collins, Julie, and Swoveland, Emily. (2014). The Impact of Gun Violence on Children, Families, & Communities, *Children's Voice,* Volume 23, Number 1. Washington: CWLA.

Connecticut State Department of Education (2020). Creating a District Plan to Increase the Racial, Ethnic and Linguistic Diversity of Your Educator Workforce, 2020.

Charlotte Hungerford Hospital/Hartford HealthCare. (2018). Community Health Needs Assessment, June 2018.

County Health Rankings & Roadmaps (2022). 2022 State Report: Connecticut. University of Wisconsin Population Health Institute, 2022.

CT Department of Public Health, (2019). Youth Risk Behavior Survey Results.

EdSight, (2022). Connecticut's official source for education data. © 2022 CT.gov - Connecticut's Official State Website.

Doran, George T. (1981). There's a SMART way to write management's goals and objectives. *Management Review* 70.11 (1981): 35-36.

Garbarino, James, Bradshaw, Catherine P., Vorrasi, Joseph A. (2002). Mitigating the effects of gun violence on children and youth. *Future Child*. 2002 Summer-Fall;12(2):72-85. PMID: 12194614.

Jordan, Phyllis W. (2022). The Key to Getting students Back in Classrooms? Establishing Connections, The New York Times, October 6, 2022.

Schoolhouse Connection. (2022) Hidden Homelessness: Youth Voices, © 2022 SchoolHouse Connection.

The National Association for the Education of Homeless Children and Youth (NAEHCY)

The National Learning Consortium. (2013). Continuous Quality Improvement (CQI) Strategies to Optimize your Practice. Health Information Technology Research Center (HITRC), April 30, 2013.

AR000982

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Bibliography| *Increasing School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)* | Applicant/LEA: EdAdvance

The National Center for Education Statistics (NCES). (2022) Institute of Education Sciences, U.S. Department of Education, 2022.

The National Rural Health Association. (2020). Approaching the issue of rural social isolation. National Rural Health Association blog post: January 9, 2020.

The Nemours Foundation (2022). Individualized Education Programs (IEPs), KidsHealth®. 2022.

Western CT Coalition, (2021). 2020 Regional Profile, June 30, 2021.

**AR000983**

## Inputs

14 additional project-hired credentialed school-based mental health providers
➤ 1 50% FTE in 28 small rural schools
➤ 100% of salaries, benefits, and incentives

6,337 K-12 students across 28 schools/ 6 rural school districts, of which:
➤ 30% have IEPs
➤ 7 schools have higher than state average chronic absenteeism

Strategic project partners:
❑ EdAdvance with deep ties to and expertise serving school districts in CT
❑ 28 schools. 6 districts in rural NW CT
❑ Western CT Coalition as the Regional Behavioral Health Action Organization
❑ Greenwoods Counseling & Referral with expertise in accessible mental healthcare
❑ Center for School Safety and Crisis Preparation

Robust & intention Recruitment & Retention strategies to increase number of diverse SBMH providers in rural NW CT

PD and coaching for SBMH providers & teachers to increase capacity at schools

SBMH Roundtable comprised of key stakeholders that meets quarterly

Five-year Strategic Planning Process to sustain SBMH providers and services

## Activities

Increased BSMH providers and mental health services in each of 5 years
➤ Intake interviews and assessments
➤ Individual sessions with a credentialed SBMH providers
➤ Support groups and other group sessions
➤ Referrals for additional care when needed

**All** students can access:
❑ Mental health services at school
❑ Group sessions to improve mental health and overcome daily challenges
❑ Substance use disorder assessments and referrals
❑ Mental health intervention/ educational response as an alternative to suspension for vaping and other tobacco use

SBMH providers participate in ongoing PD and individualized coaching and supervision

EdAdvance conducts 5-year Strategic Planning Process with each participating district/ BOE, to increase sustainability of SBMH providers and services in rural NW CT

SBMH Roundtable meets quarterly to support schools to increase and sustain accessible quality mental health services

## Outputs

❑ Ratio of SBMH providers:students increases from 1:135 to 1:93
❑ Increase in number of SBMH providers in rural NW CT from 55.5 to 69.5

For the 6,337 students across the 28 participating schools:
❑ Equitable access to SBMH providers and services quickly, as needs arise
❑ Equitable access to in-school support groups to increase mental health status and SEL skills and competencies
❑ Prompt referrals for additional mental health care and intervention as needed

14 newly hired SBMH providers, in addition to current SBMH providers & classroom teachers participate in multiple days of no-cost PD

Recruitment & Retention Strategy designed to increase the number of diverse credentialed SBMH providers

Completed Data Collection & Analysis and Summative Evaluation that informs iterations for ongoing, sustainable SBMH providers and services in rural NW CT schools

5-year SBMH Strategic Plan to increase SBMH providers and services in 28 rural schools on a sustainable basis

## Outcomes

More adequate, equitable and prompt access to SBMH providers & services for 6,3337 students in 28 schools in 6 rural NW CT school districts

Number of SBMH providers in rural NW CT increased from 55.5 to 69.5, representing an increase of 25.23%

Increased diversity among SBMH providers in rural NW CT schools

Recruitment & Retention Strategy that can be customized for each school/ district to hire & retain future diverse SBMH providers

Strategic Plan in each district that includes goals and objectives to sustain adequate and accessible SBMH providers and services

Positive social-emotional skill-building and outcomes (SEL), including resilience, problem-solving, self-management, decision-making, and relationship skills as a result of school-based support groups and individual sessions

Decreased need for crisis intervention and responses, including ER visits, inpatient stays, and emergency referrals.

Collaborative, regional approach between schools, EdAdvance, and CBOs to ensure strategic, sustainable support for access to SBMH services

AR000984



**The Connecticut Center for School Safety and Crisis Preparation**

Western Connecticut State University
White Hall Suite 316
181 White St. Danbury, CT 06810

October 28, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

**The Center for School Safety and Crisis Preparation** is pleased to share this **Letter of Support** for EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. The Center supports EdAdvance's project goals to increase the number of credentialed school-based mental health services providers from diverse backgrounds in 28 rural schools located in Northwestern CT.

We understand that through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. We recognize the lack of access to mental health providers in the region along with an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders (*including tobacco and alcohol use*). In discussions with EdAdvance as the LEA with Demonstrated Need, we enthusiastically support the project's goals and objectives.

Aligned with its mission, the Center will collaborate with EdAdvance and participating schools to assist with training and offer technical assistance on student resilience, school crisis, trauma-informed schools, and other topics relevant to school safety.

The Center serves as a school crisis and safety resource to schools across the entire state of Connecticut. We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in this region.

Feel free to contact me if I can provide any additional information.

Sincerely,

Amery E. Bernhardt, D.M., CEM
Director
Center for School Safety and Crisis Preparation

Website: https://www.wcsu.edu/schoolsafetycenter/
Email: schoolsafetycenter@wcsu.edu
PR/Award # S184H220068
Telephone: (203) 837-3210
Page e52

AR000985



WESTERN CT COALITION
*promoting best practices in prevention and behavioral health*

October 28, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

**Western CT Coalition** is pleased to share this **Letter of Support** for EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program.  WCTC supports EdAdvance's project goals to increase the number of credentialed school-based mental health services providers from diverse backgrounds in 28 rural schools located in Northwestern CT.

We understand that through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. We recognize the lack of access to mental health providers in the region along with an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders (*including tobacco and alcohol use).* In discussions with EdAdvance as the LEA with Demonstrated Need, we enthusiastically support the project's goals and objectives.

For this project, WCTC will:

- Provide SBIRT training for newly placed SBMH service providers as well as other SBMH staff at schools. The SBIRT screening tool (*Screening, Brief Intervention, and Referral to Treatment*) is a nationally recognized approach of early intervention and treatment for persons with (or at risk of developing) substance use disorders.
- Support schools' efforts to schedule re-entry to school interviews following a vaping/ tobacco use violation.
- Continue to support prevention strategies in schools throughout rural NW CT.

WCTC's mission is to promote the behavioral health continuum of care, and to enhance quality of life at every stage. We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in this region.

Feel free to contact me if I can provide any additional information.

Sincerely,

Allison Fulton
Executive Director
Western Connecticut Coalition

AR000986



# EXPLORATIONS CHARTER SCHOOL

EXPLORE · CONNECT · SUCCEED

October 25, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

Explorations Charter School, designated with Rural Locale code #41, confirms its commitment to participate in EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders *(including tobacco and alcohol use)*, we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to <u>sustain</u> increased SBMH services in our district beyond the funding period.

As a small rural charter school, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives.

We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

Jill E. Johnson
Principal/Executive Director

JEJ/cmr

A Connecticut Charter School: 71 Spencer Street, Winsted, CT 06098 ~ Phone (860) 738-9070 ~ Fax (860) 738-9092
www.explorationscs.com
PR/Award # S184H280009
Page e54

AR000987

# Litchfield Public Schools

## 35 Wamogo Road ~ Litchfield, Connecticut ~ 06759

Serving the Towns of Warren, Morris, and Goshen

October 27, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

The Litchfield Public School District, designated with Rural Locale code# 074-00 confirms its commitment to participate in EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm, and suicidal ideations, and substance use disorders (*including tobacco and alcohol use),* we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to <u>sustain</u> increased SBMH services in our district beyond the funding period.

As a small rural school district, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives.
We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

Superintendent of Schools

AR000988

Zoho Sign Document ID: Q2BHV-IKT-JAAZLCWI-GC23TVL_BI4Z3FWK5AK4B1Y8



246 Warren Turnpike Road
Falls Village, CT 06031
Central Office (860) 824-0855
Business Office (860) 824-0875
Fax (860) 824-1271
www.region1schools.org

October 25, 2022
Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

The Region One School District, designated with Rural Locale code #42 confirms its commitment to participate in EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders (*including tobacco and alcohol use),* we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to sustain increased SBMH services in our district beyond the funding period.

As a small rural school district, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives.

We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

*Lisa B. Carter*

Lisa Carter, Superintendent of schools

---

Superintendent: Lisa Carter              Asst. Superintendent: Dr. Jeanine Rose              Business Manager: Samuel Herrick
lcarter@region1schools.org                    jrose@region1schools.org                    sherrick@region1schools.org

EQUAL OPPORTUNITY EMPLOYER

AR000989

# REGIONAL SCHOOL DISTRICT No. 6

35 WAMOGO ROAD
LITCHFIELD, CT  06759-3204
860.361.9033 ~ 860.567.6606 (FAX)
Serving the Towns of Warren, Morris, and Goshen

October 27, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

The Regional School District No. 6, designated with Rural Locale code# 41 confirms its commitment to participate in EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program.  Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm, and suicidal ideations, and substance use disorders (*including tobacco and alcohol use),* we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to sustain increased SBMH services in our district beyond the funding period.

As a small rural school district, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives.
We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

Superintendent of Schools

AR000990

## REGIONAL SCHOOL DISTRICT NO. 7
**BARKHAMSTED, COLEBROOK, NEW HARTFORD, NORFOLK**
Post Office Box 656, Winsted, Connecticut 06098
**(860) 379-1084**

Judith A. Palmer, Ed.D.
Superintendent
jpalmer@nwr7.org

James M. Gaskins
Director of Finance and Operations
jgaskins@nwr7.org

October 25, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

Regional School District No. 7, designated with Rural Locale code 31 confirms its commitment to participate in EdAdvance's proposed program called School-Based Mental Health Services in Rural Northwestern Connecticut (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders (including tobacco and alcohol use), we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to sustain increased SBMH services in our district beyond the funding period. As a small rural school district, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives. We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

Judith A. Palmer, Ed.D.
Superintendent of Schools

AR000991



**DR. LORRIE RODRIGUE**
**Interim Superintendent of Schools**
rodriguel@region-12.org

**NICOLE GRANT**
**Director of Finance**
grantn@region-12.org

**DONALD O'LEARY**
**Director of Facilities**
olearyd@region-12.org

**TERESA DEBRITO, Ed.D.**
**Director of Curriculum,**
**Instruction & Assessment**
debritot@region-12.org

**ALLYSON O'HARA**
**Director of Pupil**
**Personnel Services**
oharaa@region-12.org

October 25, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

The Regional School District 12, designated with Rural Locale code 41, confirms its commitment to participate in EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders (*including tobacco and alcohol use),* we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to <u>sustain</u> increased SBMH services in our district beyond the funding period.

As a small rural school district, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives.

We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

*Lorrie Rodrigue*

Dr. Lorrie Rodrigue
Interim Superintendent of schools

CREATING OPPORTUNITIES FOR THE FUTURE    **AR000992**



**Brian Murphy**
*Superintendent of Schools*
5 Minortown Road, Woodbury, CT 06798
Tel: (203) 263-4339 | Fax: (203) 263-0372
bmurphy@ctreg14.org | www.ctreg14.org

Serving the Towns of Bethlehem and Woodbury

October 25, 2022

Jeffrey Kitching, Ed.D.
Executive Director
EdAdvance
355 Goshen Road – PO Box 909
Litchfield, CT 06759-0909

Dear Dr. Kitching:

The Region 14 School District, designated with Rural Locale code #41 confirms its commitment to participate in EdAdvance's proposed program called *School-Based Mental Health Services in Rural Northwestern Connecticut* (SBMH-NW CT), a funding opportunity provided by the U.S. Department of Education's School-Based Mental Health Services Grant Program. Our partnership with EdAdvance will increase the number of credentialed school-based mental health services providers from diverse backgrounds.

We understand that over the five-year grant period, through a regional collaborative approach, the project will recruit and retain 14 credentialed school-based mental health (SBMH) providers to ensure equal access and treatment in this rural area. In discussions with EdAdvance as the LEA with Demonstrated Need, and in recognition of the lack of access to mental health providers in the region and an increasing number of students presenting with mental health challenges, serious mental illness, self-harm and suicidal ideations, and substance use disorders (*including tobacco and alcohol use*), we enthusiastically support the project's intent to place one 50% FTE credentialed SBMH service provider in each of the 28 participating schools, for five years.

We believe that this proposed project, with its multiple strategies for success, will greatly benefit current and future students in our district. We agree to collaborate with EdAdvance to develop a strategic plan designed to sustain increased SBMH services in our district beyond the funding period.

As a small rural school district, we agree that collaborating with EdAdvance as the LEA for this grant is a positive and realistic strategy to increase SBMH services. We will be an active collaborator in this project and will work together with other small rural school districts in our region as the most effective strategy for reaching the proposed goals and objectives.

We look forward to partnering with EdAdvance on this U.S. ED project. Feel free to contact me if I can provide any additional information.

Sincerely,

Brian Murphy
Superintendent of schools

The Regional School District 14 Board of Education does not discriminate on the basis of race, color, religion, marital status, national/ethnic origin, age, sex, gender identity or expression, sexual orientation, or disability in its programs, activities, and employment practices as set forth in compliance with the Office of Civil Rights, Title VI, Title IX, and Section 504. Any person having inquiries concerning Regional School District 14 Public Schools' compliance with Section 504, Title VI or Title IX should contact: Donna Marcinek, Director of Student Services, Regional School District 14, 5 Minortown Road, Woodbury, CT 06798 (203) 263-6356.

AR000993

# AISHA ALAM, MBA

22 Lansdowne Lane Cheshire, CT 06410    203-376-8887    aisha.m.alam@gmail.com

## PROFESSIONAL EXPERIENCE:

EDADVANCE    LITCHFIELD, CT
**Assistant Director of Human Resources,** *Nov. 2018 – Present*

- Engage in local, regional, and statewide work to diversify the CT educator workforce
- Chair the agency's DEIJ Committee
- Coordinate benefits, FMLA and Leave of Absence
- Manage recruitment and retention strategies
- Oversee application, interview, and onboarding processes
- Assist with Employee Investigations
- Report incidents for Worker's Compensation and OSHA
- Maintain CSDE Certified Teachers Data
- Title IX and Equity/Inclusion Coordinator

MOSAIC, INC.    CROMWELL, CT
**Human Resources Generalist,** *Sept. 2015 – Nov. 2018*

- Responsible for the recruitment, hiring and onboarding process
- Coordinate benefits, FMLA and Leave of Absence
- Provide new employee orientation and training
- Report incidents for Worker's Compensation and OSHA
- Process bi-weekly payroll

BERLIN BOARD OF EDUCATION    BERLIN, CT
**Temporary Human Resources Coordinator,** *November 2014 – March 2015*

- Responsible for job posting, Applitrack, resume processing and distribution
- Processed paperwork for benefits, course approval, tuition reimbursement
- Coordinated all aspects of FMLA, federal and state reports
- Maintained personnel files, employment records and teacher certification

TIMBERLAND COMPANY   HAMPTON, NH
**Payroll Specialist**

- Processed weekly payroll for both hourly and salaried employees.
- Responsible for monthly insurance buy and reconciling bank statements.

## EDUCATION:
- University of Michigan – M.B.A.

- Boston College – B.S., Marketing and Human Resources

AR000994

# DALIA ASSEM
# M.Sc. TESOL, B Ed., BA. Psychology
**217 OLD FARMS RD,**
**SOUTH GLASTONBURY, CONNECTICUT U.S.A**
**860-997-4113**
**DALIAASSEM80@GMAIL.COM**

**EDUCATION:**   **2024** 6TH YEAR LEADERSHIP AND ADMINISTRATION
CENTRAL CONNECTICUT STATE UNIVERSITY, CONNECTICUT U.S.A

**2014** M.S TESOL
CENTRAL CONNECTICUT STATE UNIVERSITY, CONNECTICUT U.S.A. **GPA 3.9**

**2004-2005** BACHELOR OF EDUCATION **PRIMARY/JUNIOR (K-6) GPA 4.0**
ONTARIO INSTITUTE FOR STUDIES IN EDUCATION, UNIVERSITY OF TORONTO

**1998-2002** HONORS BACHELOR OF ARTS, WILFRID LAURIER UNIVERSITY
MAJOR: **PSYCHOLOGY**, MINOR: **RELIGION AND CULTURE**

## LICENSURE AND PROFESSIONAL DEVELOPMENT WORKSHOPS

**2011- PRESENT**    CONNECTICUT CERTIFIED ELEMENTARY EDUCATION (013), TESOL (111)

**2005-PRESENT**    MEMBER OF THE ONTARIO COLLEGE OF TEACHERS

## RELEVANT EXPERIENCE

2022-PRESENT   **ENGLISH LEARNER CONSULTANT**
EDADVANCE, CONNECTICUT
- ASSIST PARTNER DISTRICTS IN COMPLETING REQUIREMENTS FOR THE TITLE III GRANT
- DEVELOP PD AND SUPPORT SERVICES FOR PARTNER DISTRICTS IN SUPPORTING MULTILINGUAL LEARNER PROGRAM, CURRICULUM, LAS LINKS TESTING
- ACT AS A LIAISON BETWEEN THE CONNECTICUT STATE DEPARTMENT OF EDUCATION AND DISTRICTS IN SUPPORTING MULTILINGUAL LEARNERS K-12.
- DEVELOP PD FOR ADULT ENGLISH LEARNERS AND REVIEW PROGRESS FOR NEW TEACHERS.
- SUPPORT STATE ADULT ED TRAINING NETWORKS BY IDENTIFYING AND DEVELOPING PD THAT ACCURATELY REFLECTS CURRENT BARRIERS (LITERACY, CULTURAL SENSITIVITY TRAINING)

2020-2022   **TESOL TEACHER K-12**
SOUTH WINDSOR PUBLIC SCHOOLS, CONNECTICUT
- TAUGHT K-12 MULTILINGUAL LEARNER UTILIZING STATE STANDARDS.
- SERVED ON THE DIVERSITY AND EQUITY DISTRICT COMMITTEE, REVIEWED DISTRICT POLICIES WITH AN EQUITY LENS FOR PROBLEMATIC LANGUAGE AS WELL AS TO ADDRESS BARRIERS IN OUR CURRENT POPULATION (CULTURAL, SOCIOECONOMIC, LGBTQ +)

- Served on district hiring committee to implement new standards for equal opportunity hiring practices

**2016-2019    High School TESOL Teacher/District TESOL Testing Coordinator**
Southington Public Schools, Connecticut
- Coordinated District-wide testing for English Language Learners
- Trained district teachers on aligning common core standards to CELP standards for supporting English Language Learners
- As a member of the CAPELL (Connecticut Administrators of Programs for English Language Learners) organization, worked with State department of Education on aligning teaching methodologies and other state/federal mandates to serve k-12 English learners
- Provided PD on cultural sensitivity to district professionals
- Coordinated registration for international students and English learners throughout the district
- Coordinated District-wide TESOL curriculum planning
- Responsible for training/evaluating district-wide TESOL staff in current linguistic best practices for EL students as well as cultural sensitivity
- Planned and taught an integrated TESOL curriculum for grades 9-12

**2015-2016    Graduate Assistant**
Intensive English Language Program Central Connecticut State New Britain, CT
- Tutored ESL students in Listening, Speaking, Reading and Writing
- Administered Accuplacer program to place students in levels
- Coordinated Conversation Partners program for international students with limited English Proficiency

**2013-2014  Literacy Interventionist**
Madina Academy, Windsor CT
- Provided literacy intervention to students grades K-3 Responsible for administering all school assessments including: IOWA, DRA and writing prompts
- Evaluated student progress by analyzing test scores

**2012-2013  Associate Instructor**
Glastonbury-East Hartford Magnet School, Glastonbury, CT
- Provided literacy intervention to students from grades 3-5 using Quick Reads, Ready: Common Core Instruction and Junior Great Books
- Assisted classroom teachers, grades 2-5, in reader's workshop (conferring, word work, DRA assessments)

**2011-2012  Grade Four Teacher**
Madina Academy, Windsor, CT
- Maintained complete responsibility for the organization of a fourth grade classroom

Appendix B



**Jonathan P. Costa, Sr.**
**Assistant Executive Director**
**Chief Strategic Planning Consultant**
costa@edadvance.org
**860-567-0863 ext. 1115**

Jonathan P. Costa, Sr. is currently the Assistant Executive Director of EdAdvance in Litchfield, Connecticut and has been recognized as a leading educational improvement consultant in the field since 1990. Over the last three decades, no individual has completed more district level interventions or strategic planning projects in the public-school sector in the tri-state area than Jonathan, having successfully engaged with over 100 planning clients from every demographic profile and size, including private schools, non-profits, and for-profit businesses. With a suite of systemic and data-based planning principles learned in the study of the Quality Sciences, Jonathan has pioneered the backwards design Strategic Coherence Planning process and works with each client to customize an engagement strategy that meets their needs. Jonathan is known for his highly focused, purposeful, and pragmatic facilitation style that balances context flexibility with consensus driven outcomes that meet deadlines. Among the outcomes he has achieved for clients in dozens of these plans:

- Expanding the vision of leadership and planning groups to encompass emerging digital tools and societal changes, including lessons learned from the recent pandemic.
- Modeling the use of backwards design principles at the district planning level
- Customizing the process to align with the specific needs of the client district
- Guiding the renewal and design of vision of the graduate and definition of learning.
- Facilitating the identification of high-leverage strategic goals and indicators of progress
- Ensuring the inclusion of key stakeholders (community, parents, students, and staff), and ensure all have an opportunity to provide structured input
- Facilitating conversations with stakeholders and increasing community engagement
- Reviewing existing planning and assessment documents to inform the renewal of foundational values
- Coalescing a sense of focus, purpose and determined action around the acquisition of rigorously applied 21st century skills for student success.

**EDUCATION**

- o **Central Connecticut State University**, New Britain, CT 06051, - Sixth Year/Administrative Certification Program, Educational Leadership (38 credits completed), 092 awarded in July, 2007, 093 December 2010.
- o **Central Connecticut State University**, New Britain, CT 06051, MS, May, 1994 - Educational Leadership.
- o **Fairfield University**, Fairfield, CT 06430, BA, May 1984 – Politics Major, Minors in Education and History.

AR000997

**PROFESSIONAL EDUCATIONAL EXPERIENCE**

o   **Assistant Executive Director**, EdAdvance - July 1, 2008 - present.  Focused on developing, supervising, and delivery of all agency services on behalf of member districts and as well as internal Central Office leadership responsibilities.  This includes leadership of the highly regarded School Services Division and the Skills21 blended learning program.

o   **Author**, February, 2012 - present.  ***Digital Learning for All, Now:  A School Leader's Guide for 1:1 on a Budget.***  Corwin Press, February, 2012.  This national release describes how any district can transition from print to digital learning resources within existing budget parameters.  Created and host the digital companion web-resource page where readers can download resources related to the book.

o   **Educational and Systems Consultant *(Self-Employed)***, July, 1997 - June, 2008.  Offering personal and organizational learning in the areas of systems integration and alignment, technology, performance-based teaching - learning – assessment - curriculum development, school governance, leadership, executive level hiring, and strategic school improvement processes.  Clients include boards of education, central office administrations, building principals, educational leaders, teachers and businesses in 8 different states (partial client list follows) and involved long-term contracts with ACES (2006) for CALI technical assistance and the Oxford Public Schools (2007) for development of their new high school's curriculum.

o   **Team Leader,** EdAdvance, Professional Learning Services.  June 1994 – July 1997.  Coordinated all activities related to the delivery of programs and services offered to educators and constituents interested in improving their instructional and organizational performance.  Duties included planning, budgeting, service delivery, and employee supervision.

o   **Facilitator,** EdAdvance, Connecticut Facilitator Project. October 1990 - June 1994.  Directed all activities related to the dissemination of exemplary instructional programs and practices under the auspices of the United States Department of Education's National Diffusion Network.

o   **Teacher,** Miss Porter's School, 1989-1990, Secondary School History & Social Studies (replacement for teacher on sabbatical leave).

o   **Teacher,** Housatonic Valley Regional High School, 1986-87, Secondary School History & Social Studies (replacement for teacher on sabbatical leave).

o   **Teacher,** Fairfield Preparatory, 1984-1986, Secondary School History & Social Studies.

**RELATED PROFESSIONAL EXPERIENCE**

o   **Director**, Domino's Pizza Distribution Corp., Innovation Network, Sept. 1987-June 1989 (during the duration of spouse's graduate work in Ann Arbor, Michigan).  Directed the development, marketing, and implementation of Domino's Pizza management training programs for outside commercial use by other for-profit clients.

**OTHER RELATED EDUCATIONAL & LEADERSHIP EXPERIENCE**

o   **Connecticut Advisory Panel** – The **Center for Public Research and Leadership** (**CPRL**) at Columbia University, 2021-present.

o   **Commission Member** – NEASC Council for International Education, 2018-present.

o   **Chair/Lead Visitor –** NEASC Council for International Education accreditation teams, 2016-present.

o   **National Science Foundation Proposal Review Panel**, Washington, DC, October, 2017, December, 2020, November, 2021.

o   **Elected Member,** Litchfield Board of Education**,** November, 2001 to 2007, Vice Chair, 2002-2006.  Litchfield Public Schools, Litchfield, Connecticut.

o   **Elected Member,** Torrington Country Club Board of Directors, 2019-Present.  Board Secretary 2020-present.

AR000998

**SIGNIFICANT SPEECHES AND CONTRIBUTIONS:**

o  Equipping All Students for Remote and Blended Learning, *The Journal – Connecticut Association of Boards of Education,* November, 2020.  Co-Authored with Doug Casey

o  Living Your Portrait of a Graduate, CABE/CAPSS Annual Conference, November, 2019

o  Rigor and 21st Century Skills, Connecticut Council for Education Reform Learning Conference, March, 2019

o  Past and Future, Educational Trends in the Land of Steady Habits, Keynote for the Northwest Community Foundation's Educational Policy Day, Naugatuck Community College, CT, February, September, 2017 & 18

o  Finding Coherence in Planning and District Improvement, Putnam-Northern Westchester County BOCES Annual Convocation, Yorktown Heights, August, 2016

o  Finding Coherence in Planning and District Improvement, First Annual Coherence Best Practices Conference, Cromwell, CT, February, 2015 & 2016

o  Digital Age Teacher Evaluation Practices, Association of Educational Service Agencies Annual Conference, San Antonio, Texas, December, 2013

o  21st Century Library Media Transitions, Treasure Mountain Research Retreat, Hartford, Connecticut, November 13, 2013

o  Mobile Devices as Agents of Inclusion, Mobile Technology Learning Conference, Chicago, Illinois, October 8-9, 2013

o  Bring Your Own Action Plan **-** EdTech: Focus on K–12 Magazine, Issue 41, Winter 2013

o  Student Ownership – The Future of Self Directed Learning – January, 2013.  General Session, What's Next Conference, Bushnell Auditorium, Hartford, Connecticut

o  Digital Learning for All, Now! - November, 2012.  General Session, Association of Supervision and Curriculum Development Regional Conference, Boston, Massachusetts.

o  ***Digital Learning for All, Now!*** – Principal Leadership magazine, National Association of Secondary School Principals, September 2012.

o  School Leadership Briefing – March, April, and May, 2012.  Featured interviews in the Digital Learning and Technology section – A School Leader's Guide to One-to-One on a Budget.

o  CABE/CAPSS Annual Conference – Digital Learning for All, Now! A presentation based on the author's book from Corwin Press with the same title.  November, 2011.

o  Defining Student Success in an Information Age – March, 2006.  Ticketed session, National Association of Independent Schools National Conference, Boston, Massachusetts.

o  ***Creating a Stable System of School Improvement*** - Connecticut Journal of Educational Leadership, *CASCD*, summer, 2005.

o  School Leadership and Communications in an Information Age - April, 2005.  Ticketed session, Association of Supervision and Curriculum Development National Conference, Orlando, Florida.

o  Three Phases of Technology Integration - March, 2004.  General Session at MEC, (Microcomputers in Education Conference) Arizona State University, Tempe, Arizona.

o  ***Development and Assessment of High School Graduation Requirements*** - Connecticut Journal of Educational Leadership, fall 2002, Volume I, Number II.  Co-Authored with Alice Jackson.

o  Technology Trends and Applications – June, 2001.  Keynote address to statewide Adult Education Technology Conference, Farmington, Connecticut.

o  Helping Leaders Create Value - March, 2001.  General Session, Association of Supervision and Curriculum Development National Conference, Boston, Massachusetts.

o  ***Information Technology for Schools*** - Chapter 4, October 2000.  Co-authored with Esther Bobowick.  Bena Kallick and James M Wilson III Editors, *Jossey-Bass.*

o  ***Helping Leaders Create Value*** - April, 1998.  *Educational Leadership,* Co-Authored with Dr. Ken Freeston, this feature article explored the relationship between leadership and learning in a school setting.

Sample Strategic Planning/Facilitation Clients:

- Ansonia Public Schools
- Beacon City Public Schools, NY
- Bedford Public Schools, NY
- BOCES - Ulster, NY
- Bolton Public Schools
- Branford Public Schools
- Brookfield Public Schools (2)
- Brewster Public Schools, NY
- C.E.T.E. (Consortium for Excellence in Teacher Education)
- Chappaqua Central School District, NY
- Cromwell Public Schools
- Croton-Harmon School District, NY
- Danbury Public Schools
- Eastchester Public Schools, NY
- East Lyme Public Schools
- Garrison Union Free School District, NY
- Gilbert School
- Glastonbury Public Schools (4)
- Granby Public Schools (2)
- Greenwich High School (2)
- Greenwich Public Schools
- Hampden-Wilbraham Regional School District, MA
- Haldane, NY
- Harvard Public Schools, MA
- Harvard Public Library (2)
- Hyde Park Public Schools, NY
- King & Low Heywood Thomas School
- Marlborough Public Schools
- Mead Independent School
- Middletown Public Schools
- Mohegan Sun Gaming Commission
- Muddy Brook Elementary, Stockbridge MA
- National Association of Independent Schools
- Naugatuck Public Schools
- New Canaan Public Schools
- New Milford Public Schools
- Newtown Public Schools
- North Haven
- North Salem Public Schools, NY (2)
- North Stonington Public Schools
- Northwestern Connecticut AHEC
- Oxford Public Schools
- Plainville Public Schools
- Plymouth Public Schools
- Princeton-Blairstown Center, NJ
- Princeton University (Program in Teacher Preparation)

- Principal's Center of the Garden State at Princeton University
- Redding Public Schools
- Regional School District #1
- Regional School District #3
- Regional School District #4
- Regional School District #6
- Regional School District #8
- Regional School District #9
- Regional School District #12
- Regional School District #13
- Regional School District #14
- Regional School District #15
- Ridgefield Public Schools (2)
- Saint Charles Public Schools, MO
- Salem Public Schools
- Seymour Public Schools
- Silvermine Elementary School
- Simsbury Public Schools
- Sinai Temple, Long Meadow, MA
- Somers Public Schools (2)
- St. Luke's School, New Canaan
- Stafford Public Schools
- Tarrytowns Public Schools, NY
- Valhala Public Schools, NY
- Waterford Public Schools

Strategic Coherence Planning References:
--------------------------------------

Dr. Kenneth R. Freeston, Superintendent, North Salem Public Schools, North Salem, NY, (914) 669-5414, kfreeston@northsalemschools.org

Dr. Patrick Stirk, Superintendent, North Haven Public Schools, North Haven, CT (203) 239-2581 *stirk.patrick@northhavenschools.org*

Davida Bagatelle, Harvard Public Library Board of Trustees, davidabag1@gmail.com

**AR001000**

# DEVONNA DIONNE

📱 860.262.3372          ✉ devonnadionne@gmail.com          in DevonnaDionne

## SUMMARY

Over ten years of professional experience working in growth-oriented organizations to generate strategic marketing, branding, and messaging to various audiences. Proven ability to lead within organizations that prioritize a collaborative work environment and data driven decision making.

## EDUCATION

| MASTER'S DEGREE
Business Administration, 2016
Central CT State University

| BACHELORS DEGREE
Business Management, 2013
Central CT State University

## SKILLS

| Microsoft Excel
Microsoft Word
Microsoft PowerPoint
Adobe Photoshop
Adobe InDesign
Adobe Acrobat
WordPress
Wix
Mailchimp
Constant Contact
Social Media Management

## WORK EXPERIENCE

### DIRECTOR OF MARKETING & COMMUNICATIONS
EdAdvance / 2017-Present

In this role I work collaboratively across EdAdvance departments and with the RESC Alliance to produce print and digital marketing and communications assets. EdAdvance is one of Connecticut's six Regional Educational Service Centers which promotes the success of school districts and their communities.

- Write, edit and produce agency and program-specific publications and communications
- Coordinate, create, and distribute news releases to media outlets
- Work with Development team to create branding and marketing strategies
- Produce and maintain online marketing assets: social media posts, email marketing campaigns, website resources
- Plan and conduct marketing and communications-related staff training programs
- Implementation of statewide social media campaign for Learner Engagement Attendance Program with Connecticut State Department of Education
- Serve on statewide CSDE committee to Increase Educator Diversity by assisting Connecticut school districts in recruiting, developing, hiring, supporting, and retaining a racially, ethnically, and linguistically diverse school workforce
- Co-chair Edadvance's DEIJ Committee to provide professional learning opportunities in this space among all employees and to increase a diverse pool of applicants and agency employees.

### COMMUNICATIONS COORDINATOR
Middlesex YMCA / 2015-2017

- Worked with Development team to create branding and marketing strategies
- Maintained positive relationships with participants, colleagues, and prospective business partners
- Maintained posts to social media accounts and analyzed content metrics to maximize exposure
- Completed the planning of advertising for local papers, publications and other outlets

AR001001

# DEVONNA DIONNE

📱 860.262.3372          ✉ devonnadionne@gmail.com          in DevonnaDionne

## ACHIEVEMENTS

| Ella Grasso Women's
Leadership Award
2021

| Bonnie B. Carney Award of
Excellence for Educational
Communications
2018

| YMCA Board of Directors
Recognition of Performance
2014

| Star Rating
2012

| Above and Beyond Award
2009, 2007

## WORK EXPERIENCE

### ASSISTANT SITE DIRECTOR
Middlesex YMCA / 2006-2017

- Planned, organized, and facilitated academic, social, and physical enrichment activities and clubs
- Adhered to state licensing regulations, site-specific policy and procedure, and standards of school-age care

### EVENT STAFF
Noble Gold Events / 2015-2018

Noble Gold Events is a Brooklyn based, award-winning wedding and event planning company specializing in private, social, and corporate events
- Coordinated details of events, monitored timelines and ensured deadlines were met
- Maintained clear and open communication between all staff members for overall event success
- Proactively handled any arising issue and solved according to policy and procedure

## BRAND DEVELOPMENT EXPERIENCE

### BRAND AMBASSADOR
xoNecole.com / 2015-2017

Acted as the lead on #WCW feature highlighting women entrepreneurs and thought leaders for the platform xoNecole.com, which aims to promote positive images of women of color while empowering, educating, and inspiring millennials through stories and interviews.
- Amplified brand awareness across various social media platforms
- Generated ideas to increase social media engagement
- Assisted with day of coordination of events

### BUSINESS DEVELOPMENT ASSISTANT
Brooklyn Brand Lab / 2016

The Brooklyn Brand Lab is a boutique agency specializing in product development, publisher development, and project management for entrepreneurs.
- Managed accounts receivable
- Conducted market research
- Developed brand partnership strategies and plans
- Prospected, maintained, and expanded business relationships

AR001002

**Dr. Kevin P. Glass**

**Director, Center for Program Research and Evaluation at EdAdvance**

*Education:*
PhD, Measurement, Evaluation and Assessment, *University of Connecticut*, 2018
Sixth Year in Educational Leadership - *Sacred Heart University, 2009.*
Master of Science, Research, Statistics and Measurement - *Southern CT State University, 2008.*
Bachelor of Science, Cellular and Molecular Biology - *Loyola University in Maryland, 2000.*

*Administrative Work Experience:*
**Director, Center for Program Research and Evaluation EdAdvance, 2014-Present**
Internal and external evaluator to state agencies, universities and healthcare organizations throughout Connecticut.  Responsible for the design and implementation of internal and external program evaluations, gap assessment, needs assessment and collaborative evaluation processes.

**Research Associate in Program Evaluation, Google, Inc., 2013-2014**
Provide leadership for the design of Google Apps for education.  Evaluate effectiveness of program implementation in rural and urban school districts.

*Teaching Experience*
**University of Connecticut – Adjunct Professor – Department of Mathematics, 2017-2019**
Professor of undergraduate and graduate statistics and evaluation courses. Developed use of online, asynchronous course delivery in several courses.

**Staples High School, 2006-2013**
Taught high-level science courses in high performing school district.  Successfully used statistical approach to improve student performance on standardized tests.  Worked with team to develop and implement new curriculum.  Designed and launched comprehensive training for educational software to teachers district wide.  Collected and analyzed data on teacher performance while inventing new methods to improve instruction.  Collected and analyzed data in development program with budget ramifications.

**Windsor High School, 2001-2005**
Design and implement science curriculum in Biology, Chemistry, Earth Sciences and Environmental Science.

*Research Experience*
*Director, Center for Program Research and Evaluation, 2014-Present*
*Research Associate, Google, Inc., 2013-2014*
*Senior Research Associate at CT DEP, 2000-2001*
*Research Associate at Columbus Center, Baltimore MD, 1998-2000*

*Federal Grant Evaluations:*
**National Science Foundation, Advanced Technology Education (ATE) Grant:** Connecticut Pathways to Innovation & Design 21(1304609) and Connecticut Pathways to Innovation in Advanced Manufacturing Technologies and Entrepreneurship (1601220)

AR001003

**Nellie Mae Education Foundation Research on Competency Education Project**: Impact of STEM21 Competency-Based Education Model on Underserved Student Engagement, Self-Regulation, and Academic Growth and Achievement.

**National Science Foundation, Innovative Technology Experiences for Students and Teachers (ITEST) Strategies Project:** The Connecticut Academy of Digital Arts and Sciences (1029472) and Skills21STEMStarter: An Incubator and Launch Pad to STEM Entrepreneurship and Careers (1614182)

**United States Department of Education Investing in Innovation (i3) Grant:** STEM21 Program

**National Science Foundation Robert Noyce Teacher Scholarship Program:** Planning for a Teacher Fellowship/Master Teacher Fellowship Program to Serve High-Need Schools in Urban Southwestern Connecticut

**National Science Foundation, STEM + Computing Partnerships (STEM+C):** STEM21+CS: Integrating Computer Science Principles into the High School STEM Curriculum (1640163)

**United States Department of Education Teacher Quality Partnership Program:** Development of evaluation for grant for Teacher's College and the Natural History Museum

**United States Department of Defense Navy and Marine Corps Science, Technology, Engineering:** Development of evaluation for the Yurt Center at Brown University

**United States Department of Education Elementary and Secondary School Counseling Program**: External Evaluator for Newtown, CT Elementary schools ESSC Grant

**Substance Abuse and Mental Health Services Administration Project Aware:** External evaluator for Project Aware Health360

**National Science Foundation, Teaching to Learn, Massachusetts College of Liberal Arts**: Lead research scientist and psychometrician

AR001004

# Judith A. Palmer, Ed.D.

264 Perch Rock Trail, Winsted, CT 06098 ■ (c) 860-309-1703 ■ (w) 860-738-6200 ext.2400
jpalmer@nwr7.org

## SUMMARY

Over the past 22 years as a school district superintendent, I have led and actively participated in all areas of school improvement and curriculum development. I believe that the mental health and social emotional wellbeing of staff and students are the foundation for all of our work. My passion lies in implementing Social Emotional Learning skills as a "way of being" to promote a positive school culture and in supporting the mental health of students and staff by learning to actively manage a wide array of emotions.

## PROFESSIONAL EXPERIENCE

**Superintendent of Schools**

*Regional School District No. 7, Winsted, CT*                                            **2010-present**

- Northwestern High School: 2021 National Blue Ribbon for Exemplary High Performance
- Connecticut State Department of Education SEL Working Group
- Yale Center for Emotional Intelligence: 2-Year Fellowship Program        (2017-2019)
- Co-founder of the Northwestern Connecticut Youth and Adolescent Mental Health Coalition
- Recipient of the InspirEd Award: Awarded by the NOVO Foundation, Education First, and the Rockefeller Philanthropy Advisors        (2016)
- Founder of *Kindness in Motion* an SEL mini-grant program for students to take action to improve the lives of others through empathy, compassion, and leadership. (2015- present)
- Education First: SEL Grant Award winner for Kindness in Motion
- Created an SEL Interventionist position for Northwestern Middle School to provide Tier I, Tier II, and Tier III intervention.
- CT LEAD Center for School Change:  Executive Coach        (2014-Present)
- Created a School Resource Officer position after full security assessment of facilities
- Initiated and instituted district-wide electronic curriculum mapping software
- Developed new websites to maximize communication
- Instituted a Learning Management System for Remote Learning
- Expanded Northwestern High School's Agricultural Education Program
- Received ALCOA Foundation Grant to create FIRST Robotics Club

**Superintendent of Schools**

*Oxford Public Schools, Oxford, CT*                                            **2002-2010**

- Engaged community members in the planning and creation of Oxford High School
- Provided vast curriculum and technological upgrades throughout the school system
- Thoughtfully developed, promoted and monitored annual operating and capital budgets
- Advanced the district through a 54% growth in student enrollment
- Instituted plan for comprehensive improvement in all areas of the CMT and CAPT
- Recruited five exceptional school administrators and hired 170 new staff members
- Ensure student safety through an upgraded security system and emergency plan

AR001005

**Superintendent of Schools**

***Winchester Public Schools, Winchester, CT***                            **2001-2002**

- Focused leadership in Language Arts, Mathematics, Science and Social Studies curriculum development
- Communicated vision for technology integration; implemented and monitored the plan
- Facilitated and presented professional development opportunities for technology integration
- Developed and promoted annual operating budget

**Assistant Superintendent/Curriculum Coordinator**

***Winchester Public Schools, Winchester, CT***                            **1999-2001**

- Developed technology infused digital library of math lessons
- Designated a *Spotlight School District* by the U.S. Department of Education for outstanding technology integration.

**Lead Teacher**

      ***Batcheller Elementary School, Winchester, CT***                   **1997-1999**

- Produced school budget and presented to superintendent
- Created teacher schedules
- School Improvement Team, Chairman

**Classroom Teacher**

      ***Batcheller Elementary School, Winchester, CT***                   **1988-1999**

      ***Mary P. Hinsdale School, Winchester, CT***

**Parochial School**

      ***St. Anthony School, Winchester, CT***                            **1985-1988**

**Education**

      **Educational Doctorate**                                 **2004**
      *Started at Southern Connecticut State University*
      *Awarded by California Coast University*
      *Dissertation: Creating a Small Rural High School Economically, Academically, and Socially*
      **Superintendent Certification (093)**                     **2001**
      *Awarded by Southern Connecticut State University*
      **Administration Certification (092)**                    **1999**
      *Awarded by Southern Connecticut State University*
      **Master of Science**                                      **1989**
      *Awarded by Central Connecticut State University*
      *Intermediate Upper Education*
      **Bachelor of Science**                                  **1985**
      *Awarded by Southern Connecticut State University*
      *Elementary Education*

AR001006

**Professional Affiliations**

      **Connecticut Association of Public School Superintendents**
- Co-Chair, Social Emotional Learning Committee       **2019- present**
- School Governance Committee CAPSS/CABE       **2015-present**
- Legislative Committee       **2017-2021**
- Immediate Past-President       **2012-2014**
- CAPSS Foundation Board~ President       **2012-2021**
- President of Executive Board       **2011-2012**
- Executive Board ~ President Elect       **2008-2011**
- Board of Directors       **2005-2007**
- Superintendent Evaluation Committee       **2007-2008**
- Small Rural District Committee       **2002-2010**
- Technology Committee       **2002-2010**

      **Litchfield County Superintendents' Association**
- President       **2005-2007**
- Vice President       **2003-2005**
- Secretary       **1999-2003**

      **The Gilbert School, Winsted, CT**
      Board of Trustees       **2005- 2015**

      **Northwest Connecticut Community College Foundation**
- Member       **2011-present**

      **Connecticut Virtual Learning Steering Committee**       **2007-2009**
- Created a system for all Connecticut public school districts to centralize on-line course delivery

      **Griffin Health Services Corp.,   Derby, CT**       **2008-2010**
      Corporator

      **Valley United Way,  Shelton, CT**       **2008-2010**
      Corporator

**Publications**

**McGraw Hill SRA News**
    Superintendent Spotlight       March, 2008

**AASA School Administrator**
Feeding the Superintendent's Mind, Body, and Spirit       August 2008

**The CABE Journal**
    "Results Now" Book Review       September 2008

**AASA School Administrator**
    Guest Column       January 2009

AR001007

**National Conferences**

Recipient of the InspirEd Award:  InspirEd Social Emotional Learning Summit at Facebook Headquarters in Menlo Park, CA.  Award presented by Facebook, CASEL (Collaborative for Academic, Social, and Emotional Learning) and the Yale Center for Emotional Intelligence.          October 2016

Presented a workshop at the AASA Conference on: Building a Coalition to Improve Mental Health Services for Students in New Orleans, LA                    March 2017

Presented a workshop at the national AASA Conference: How to Put Kindness into Motion: in Los Angeles, CA                           February 2019

SEL Innovation Award for Districts: National SEL in Action Convening:  NOVO Foundation, Education First, Rockefeller Philanthropy Advisors:  Regional School District No. 7 Invited to share promising SEL practices in school districts.                February 2019

AR001008

**ABBY PEKLO**
(w) 860.567.0863
peklo@edadvance.org

## Educational Background
Master of Arts Degree – Education and Human Development, George Washington University
Bachelor of Arts Degree –Sociology and English Literature, Muhlenberg College

## Professional Experience
**Director of Grants and Special Programs**
EdAdvance, Litchfield, CT, 2008- Present

- Manage comprehensive grant-funded health and wellness and educational programs for K-12 students and adults in western Connecticut. Relevant programs (current and previous) include Mental Health Awareness Training in Western CT (MHAT-WCT), Project AWARE NW CT, Preserving our Histories of CT Veterans, NW CT Coalition for Tobacco Free Communities, Western CT Alliance for Tobacco Free Communities, Access to Success in Healthcare Professions, Healthy & Fit 4 Life, Healthy & Tobacco-Free Schools, Healthy Beginnings, Healthy Children, Healthy Minds, KidsCAN Avoid Tobacco, Project Safe Reporting, and S2S: Student to Student Internet Safety
- Coordinated Northwest Connecticut Youth and Adolescent Mental Health Coalition
- Conduct outreach and collaborate with school district leadership to implement engaging student programs to promote outdoor experiential environmental science and other programs
- Collaborate with community-based agencies and organizations to provide on and off-site programs and services for student programs
- Conduct professional development training for teachers, non-formal educators, paraprofessionals, and administrators in the areas of anti-bullying, cyber safety, promoting positive interactions in schools, multiculturalism, and ensuring cultural competencies
- Manage and implement Parent Leadership Model Programs
- Served as Connecticut State Coordinator for National Action for Healthy Kids
- Coordinated statewide summit entitled *Healthy, Fit & Fueled to Learn*
- Served as lead for statewide conference entitled *Nourishing Health Through Nature*
- Provide technical assistance in standards-based, culturally competent curriculum development
- Assessments and evaluations, including designing tools, collecting and analyzing data and reporting results
- Develop new initiatives and programs
- Hire, train and supervise staff, including program managers, site coordinators, certified public school teachers, non-formal educators and support staff
- Write federal, state, and foundation grant proposals with successful annual awards
- Designated liaison with federal and state grant officers
- Grant-funded and fee-for-service program budget development, fiscal management, and financial reporting
- Outreach to and inclusion of underserved youth, including ethnically diverse and economically disadvantaged
- Program marketing and publicity, including content for brochures, news media and electronic media

AR001009

**Evening Student Services Coordinator**
University of Connecticut, Waterbury Campus, Waterbury, CT, 2005 – 2008

- Administrative professional for evening classes and programs
- Implemented school programs that focus on collaboration with greater community
- Coordinated special events
- Served as a key member of the Academic Plan Committee
- Trained and supervised student employees

**Director of Programs and Outreach**
Jewish Communities of Western Connecticut, Southbury, CT, 1994 – 2005

- Designed and managed programs and events for students and adults, including summer camp
- Managed program budgets and prepared financial reports
- Prepared grant proposals and managed grants and scholarships
- Produced award winning documentary: Remembering the Shoah, Honoring our Local Legacy
- Coordinated community-wide project on prejudice with education and business partners
- Trained and supervised staff
- Collaborated extensively with community volunteers and lay leaders
- Coordinated program recruitment, marketing and publicity, brochures, press releases and PSAs

**Assistant Director of Volunteer Services**
Bridgeport Hospital, Bridgeport, CT, 1989 – 1991

- Managed daily operation of hospital-wide volunteer services program
- Coordinated interviewing, screening and placement of adult and teen volunteers
- Prepared job descriptions
- Served on Board of the CT Association of Directors of Healthcare Volunteer Services
- Spearheaded state-wide Health Careers Expo for high school students

**Relevant Professional Development Workshops and Presentations**

- Defining and Identifying Teen Dating Violence
- Integrating Cyber Bullying and Cyber Safety into School Technology Curriculum
- Keeping Students Cyber Safe
- Parenting Cyber Safe Tweens and Teens
- Preventing and Responding to Bullying and Cyber Bullying
- Practicing Positive Interactions for a Successful School Climate/ Workplace Environment
- Celebrating Cultural Diversity
- Ensuring Cultural Competencies
- Dealing with Conflict
- Othering and Anti-Bias

AR001010

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** | 1244-SBMH Budget Narrative.pdf |

| Add Mandatory Budget Narrative | | Delete Mandatory Budget Narrative | | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | | Delete Optional Budget Narrative | | View Optional Budget Narrative |

**AR001011**

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|:---:|

## Project Year 1

### 1. Personnel: $866,800

SBMHS-NW CT funds are requested to cover wages of EdAdvance key personnel and 14 **School Based Mental Health** (**SBMH**) Providers' salaries to direct, coordinate, implement, and support the proposed project activities as outlined in the proposal narrative.

- A portion of the salary/FTE (25%) of the **Project Director**, Dr. Judith Palmer, to provide grant oversight; chief liaison with U.S. Dept. of Ed, project partners, and school administrators; and chair SBMH-NW CT Roundtable.
- A portion of the salary/FTE (25%) of the **Co-Project Director**, Abby Peklo, who will Manage day-to-day project coordination; oversee implementation with 28 schools; collaborate with EdAdvance consultants, specialists, and evaluator.
- 80 Hours/Year for **Project Evaluator**, Kevin Glass, who will be the primary data collection specialist.
- 80 Hours/Year for **Strategic Planning Consultant**, Jonathan Costa.
- A portion of the salary/FTE (75% in Year One only) of the **14 credentialed SBMH Providers** (to be hired), who will provide in-school mental health services to students at the 28 participating schools for 75% of the calendar year (April-December).

For each employee, the basis for cost estimates or computations were determined based upon the percent of FTE dedicated to the project each year.

|  | **Base Annual Salary** | **Wages ($)** | **FTE (%) or Hours/Year** |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $140,000/year | $35,000 | 25% FTE |
| Co-Project Director (Abby Peklo) | $94,000/year | $23,500 | 25% FTE |
| Project Evaluator (Kevin Glass | $110/hour | $8,800 | 80 hours/year |
| Consultant (Jonathan Costa) | $150/hour | $12,000 | 80 hours/year |
| SBMH Providers x 14 providers | $75,000 x 14 = $1,050,000 | $787,500 | (April-Dec.) 75% |
| **Total Personnel** |  | **866,800** |  |

### 1. Personnel In-Kind: $81,900

EdAdvance will provide In-Kind personnel to cover 25% of FTE of the **Project Director** (Dr. Judith Palmer) and **Co-Project Director** (Abby Peklo), 80 Hours/Year for the **Hiring, Recruitment & Retention Specialist** (Aisha Alam) and **Diversifying Educator Workforce Specialist** (Devonna Dionne), 240 Hours/Year for **Administrative Support Specialist** (Carol Montory), and 40 Hours/Year for **English Language Learning Specialist** (Dalia Assem).   These key personnel, senior staff, and administrative support staff will help direct, manage, coordinate, and implement the proposed project activities as outlined in the proposal narrative.  For each employee, the basis for cost estimates or computations were determined based upon the percent of FTE or Hours/Year dedicated to the project.

1

AR001012

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

## Budget Narrative

|  | Base Annual Salary or Hourly Rate | In Kind ($) | FTE (%) or Hours/Year |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $140,000/year | $35,000 | 25% FTE |
| Co-Project Director (Abby Peklo) | $94,000/year | $23,500 | 25% FTE |
| Consultant (Aisha Alam) | $75/hour | $6,000 | 80 hours/year |
| Consultant (Devonna Dionne) | $75/hour | $6,000 | 80 hours/year |
| Admin. Support (Carol Montory) | $35/hour | $8,400 | 240 hours/year |
| ELL Specialist (Dalia Assem) | $75/hour | $3,000 | 40 hours/year |
| **Total In-Kind Personnel** |  | **$81,900** |  |

## 2. Fringe Benefits: $260,040

EdAdvance's current fringe rate is 30% of salary for full-time project personnel detailed in the following chart. The agency's fringe benefits are comprised of:

| Fringe Category | Agency Rate |
|---|---|
| FICA | 6.20% |
| Med FICA | 1.45% |
| Medical / Dental Insurance | 17.67% |
| Life Insurance | 0.27% |
| Professional Development | 0.50% |
| Unemployment Comp | 0.32% |
| Worker's Comp | 3.42% |
| Long Term Disability | 0.17% |
| **Total** | **30%** |

For each employee, the basis for cost estimates or computations were determined based upon this 30% rate.

|  | Wages Requested | Fringe Benefits | Fringe Rate 30% x Wages Requested |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $35,000 | $10,500 | 30% x $35,000 |
| Co-Project Director (Abby Peklo) | $23,500 | $7,050 | 30% x $23,500 |
| Project Evaluator (Kevin Glass) | $8,800 | $2,640 | 30% x $8,800 |
| Consultant (Jonathan Costa) | $12,000 | $3,600 | 30% x $12,000 |
| SBMH Providers x 14 providers | $787,500 | $236,250 | 30% x $787,500 |
| **Total Benefits** |  | **$260,040** |  |

2

AR001013

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|---|

## 2. Fringe Benefits In Kind:  $24,570

| | **In-Kind Wages** | **Fringe Benefits** | **Fringe Rate 30% x In-Kind Wages** |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $35,000 | $10,500 | 30% x $35,000 |
| Co-Project Director | $23,500 | $7,050 | 30% x $23,500 |
| Consultant (Aisha Alam) | $6,000 | $1,800 | 30% x $6,000 |
| Consultant (Devonna Dionne) | $6,000 | $1,800 | 30% x $6,000 |
| Admin. Support (Carol Montory) | $8,400 | $2,520 | 30% x $8,400 |
| ELL Specialist (Dalia Assem) | $3,000 | $900 | 30% x $3,000 |
| **Total In-Kind Benefits** | | **$24,570** | |

## 3.  Travel:  $45,430

Two types of travel are included as requests for this funding.

1) <u>Statewide travel</u> **($28,000)** for an annual travel or relocation stipend of $2,000 for each of the 14 SBMH Providers to travel from home to rural schools @ 180 days/year.

2) <u>Out-of-State travel</u> (**$17,430**) for the 14 SBMH providers to travel to National Conferences: Estimated costs are based on: Airfare @ $335 RT per provider (pp) = $4,690; Lodging @ 3 nights @ $225 pp/ per night = $9,450; Per diem @ $45 pp x 3 days = $1,890, airport parking and ground transportation @ $100 pp =$1,400

| **Type of Travel** | **Per Person Cost** | **Number of Providers** | **Total Cost** |
|---|---|---|---|
| **Statewide Travel**: an annual travel or relocation stipend of $2,000 for SBMH Providers to travel from home to rural schools @ 180 days/year. | $2,000 | 14 SBMH Providers | $28,000 |
| **Out-of-State Travel:** For 14 SBMH providers attend national conferences (e.g., American School Counselor Association Conference), Travel cost pp: Airfare $335, Lodging $675, Per diem $135, Parking $100 | $1,245 | 14 SBMH Providers | $17,430 |
| **Total Costs** | | | **$45,430** |

## 3. Travel In-Kind $500

Travel for key staff to visit schools and attend workshops & meetings.  This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven).

3

AR001014

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|---|

| **Type of Travel** | **Per Mile Cost** | **# of Miles** | **Cost** |
|---|---|---|---|
| Travel for key staff to visit schools and attend workshops & meetings.  This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven). | $0.625 | 800 | **$500** |

**4. Equipment: $0** (Nothing requested here.)

**5.  Supplies:  $48,880**

Funds are requested for project-related supplies for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling. Since the SBMH Providers are new hires, they will require new technology support (laptop, software, etc.) and cell phones.

- 14 x ThinkPad laptops with warranty/ protection and software @ $1,700 each = **$23,800**
- 14 x Monitors with docking station @ $370 each = **$5,180**
- 14 x Software (Zoom, Adobe Acrobat Pro) @ $700 per laptop = **$9,800**
- 14 x Cell phones (including cases, screen protectors and chargers) @ $245 each = **$3,430**
- 14 x Cell phone service for nine months (April-December) @ $45/month = **$5,670**
- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Type of Supply | Unit Cost | Quantity | Cost |
|---|---|---|---|
| ThinkPad with warranty/protection | $1,700 | 14 | $23,800 |
| Monitor with docking station | $370 | 14 | $5,180 |
| Software (Zoom, Adobe Acrobat Pro, etc.) | $700 | 14 | $9,800 |
| Cell Phones | $245 | 14 | $3,430 |
| Cell phone monthly service ($45/month x 9 months) | $405 | 14 | 5,670 |
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$48,880** |

**5.  Supplies In-Kind:  $1,000**

In-Kind supplies provided by EdAdvance for project-related activities for project staff to conduct

4

AR001015

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|---|

work in the Litchfield office, at home remotely, at schools, and while traveling.

- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Supplies In-Kind | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$1000** |

## 6.  Contractual: $21,500

SBMH funds are requested to support the contractual costs and services detailed by each contractor below:

### Contractor:  Western Connecticut Coalition

| Firm Fixed Price Contract | Line Item Amount |
|---|---|
| 5 SBIRT Training Workshops @ $500 per session | **$2,500** |

*Western Connecticut Coalition Contract Breakdown*

Western Connecticut Coalition will provide 5 SBIRT Training Workshops for teachers/SBMH providers @ $500 per session.

### Contractor:  Skills21

| Firm Fixed Price Contract | Amount |
|---|---|
| JOY licenses for SEL Grade 6 program @ $25 per student x 200 students | $5,000 |
| **Total** | **$5,000** |

*Skills21 Contract Breakdown*

Skills21 will provide JOY licenses for SEL Grade 6 program for 200 students @ $25 per student.

### Contractor:  Various Providers

| Firm Fixed Price Contract | |
|---|---|
| **Regional** Professional Development (PD) Workshops open to all SBMH providers and other relevant staff on SEL, prevention, crisis response, trauma, cultural competencies, etc. @ $1,000/day x 4 Regional PD Days | $4,000 |
| **Total** | **$4,000** |

5

AR001016

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|---|

## *Various PD Providers Contract Breakdown*

District Professional Development (PD) Workshops open to all SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies, etc. @ $1,000/workshop x 4 PD Workshops

### **Contractor: Various Providers**

| **Firm Fixed Price Contract** | |
|---|---|
| **School-Based** PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 2 Workshops x 5 Schools = $10,000 | $10,000 |
| **Total** | **$10,000** |

### *Various PD Providers Contract Breakdown*

School-Based PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 2 Workshops x 5 School Districts.

## **7.  Construction: N/A**

## **8.  Other:  $107, 150**

Postage: 150 letters x $0.60/letter plus 10 oversized letters x $1.00/letter = **$100**

Photocopies/printing: $.03 for black & white x 7,000 copies/ $.10 color x 2,900 copies = **$500**

Recruitment - advertising, candidate travel, & overnight stays from out of area, including from HBCU: Advertising @ $2,000; Airfare/hotel/ground transportation/meals @ average of $500 x 6 candidates = $3,000, Total = **$5,000**

National Conference Registration fees @ $625 x 14 SBMH providers = **$8,750**

Tuition reimbursements &/or loan repayment @ $5,000 pp x 14 SBMH providers = **$70,000**

Registration fees for 14 SMMH providers to attend 1 regional/statewide meeting/training/conference @ $200 each = **$2,800**

Scholarships for Tuition-reimbursement for MSW, Counseling, Psychology candidates at CT universities for additional course work to earn school certification @ $1,000 x 20 candidates = **$20,000**

6

AR001017

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

## 8.  Other In-Kind:  $296,190

Shared Travel Office Rental Space at EdAdvance for 14 SBMH providers - 2 shared offices @ $350/month x 12 months = **$8,400**

1 Office Rental Space per school @ $350/month x 28 schools x 12 months = **$117,600**

50% of Office Rental Space at EdAdvance for Project Director@ $500/month x 12 months = **$3,000**

50% of Office Space at EdAdvance for Project Co-Director @ $450/month x 12 months = **$2,700**

Youth Mental Health First Aid @ $170 x 50 individuals; Teen Mental Health First Aid @ $170 x 200 individuals; QPR Suicide Prevention Training @ $29.95 x 200 individuals = **$48,490**

On site supervision provided by schools: $750/day x 10 days x 14 SBMH providers = **$105,000**

EdAdvance-facilitated PDs on Trauma-Informed Care/ Crisis Response: 10 @ $1,000 = **$10,000**

EdAdvance-facilitated NW CT School Social Work Network: 4 meetings @ $250/meeting = **$1,000**

## 9. Total Direct Costs: $1,349,800

## 10. Indirect Costs: $199,364

Federal funds are requested for EdAdvance's indirect costs. EdAdvance's federally approved indirect cost rate is 23% of direct salaries and wages ($866,800 x 23%).

## 11. Training Stipends: $0

## 12. Total Costs: $$1,549,164

Sum of direct costs ($1,349,800), indirect costs ($199,364), and stipends ($0).

## Total In-Kind Contributions: $404,160

7

AR001018

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|:---:|

## Project Year 2

### 1.  Personnel:  $1,050,000

SBMHS-NW CT funds are requested to cover wages of EdAdvance key personnel and 14 **School Based Mental Health (SBMH)** Providers' salaries to direct, coordinate, implement, and support the proposed project activities as outlined in the proposal narrative.

- 100% of FTE of the **14 credentialed SBMH Providers** who will provide in-school mental health services to students at the 28 participating schools.

|  | **Base Annual Salary** | **Wages ($)** | **FTE (%)** |
|---|---|---|---|
| SBMH Providers x 14 providers | $75,000 x 14 = $1,050,000 | $1,050,000 | 100% FTE |
| **Total Personnel** |  | **1,050,000** |  |

### 1.  Personnel In-Kind:  $120,112

EdAdvance will provide In-Kind personnel to cover 35% of FTE of the **Project Director** (Dr. Judith Palmer), 30% FTE of the **Co-Project Director** (Abby Peklo), 80 Hours/Year for the **Project Evaluator**, Kevin Glass and **Planning Consultant**, Jonathan Costa, 60 Hours/Year for the **Hiring, Recruitment & Retention Specialist** (Aisha Alam) and **Diversifying Educator Workforce Specialist** (Devonna Dionne), 240 Hours/Year for **Administrative Support Specialist** (Carol Montory), and 40 Hours/Year for English Language Learning Specialist (Dalia Assem).  These key personnel, senior staff, and administrative support staff will help direct, manage, coordinate, and implement the proposed project activities as outlined in the proposal narrative.  For each employee, the basis for cost estimates or computations were determined based upon the percent of FTE or Hours/Year dedicated to the project.

|  | **Base Annual Salary or Hourly Rate** | **In Kind ($)** | **FTE (%) or Hours/Year** |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $142,800/year | $49,980 | 35% FTE |
| Co-Project Director (Abby Peklo) | $95,880/year | $28,764 | 30% FTE |
| Project Evaluator (Kevin Glass | $110/hour | $8,800 | 80 hours/year |
| Consultant (Jonathan Costa) | $150/hour | $12,000 | 80 hours/year |
| Consultant (Aisha Alam) | $75/hour | $4,500 | 60 hours/year |
| Consultant (Devonna Dionne) | $75/hour | $4,500 | 60 hours/year |
| Admin. Support (Carol Montory) | $35.70/hour | $8,568 | 240 hours/year |
| ELL Specialist (Dalia Assem) | $75/hour | $3,000 | 40 hours/year |
| **Total In-Kind Personnel** |  | **$120,112** |  |

### 2.  Fringe Benefits:  $315,000

EdAdvance's current fringe rate is 30% of salary for full-time project personnel detailed in the following chart.  The agency's fringe benefits are comprised of:

8

AR001019

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative | |
|---|---|

| Fringe Category | Agency Rate |
|---|---|
| FICA | 6.20% |
| Med FICA | 1.45% |
| Medical / Dental Insurance | 17.67% |
| Life Insurance | 0.27% |
| Professional Development | 0.50% |
| Unemployment Comp | 0.32% |
| Worker's Comp | 3.42% |
| Long Term Disability | 0.17% |
| **Total** | **30%** |

For each employee, the basis for cost estimates or computations were determined based upon this 30% rate.

| | Wages Requested | Fringe Benefits | Fringe Rate 30% x Wages Requested |
|---|---|---|---|
| SBMH Providers x 14 providers | $1,050,000 | $315,000 | 30% x $1,050,000 |
| **Total Benefits** | | **$315,000** | |

## 2. Fringe Benefits In Kind: $36,034

| | In-Kind Wages | Fringe Benefits | Fringe Rate 30% x In-Kind Wages |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $49,980 | $14,994 | 30% x $49,980 |
| Co-Project Director | $28,764 | $8,629 | 30% x $28,764 |
| Project Evaluator (Kevin Glass) | $8,800 | $2,640 | 30% x $8,800 |
| Consultant (Jonathan Costa) | $12,000 | $3,600 | 30% x $12,000 |
| Consultant (Aisha Alam) | $4,500 | $1,350 | 30% x $4,500 |
| Consultant (Devonna Dionne) | $4,500 | $1,350 | 30% x $4,500 |
| Admin. Support (Carol Montory) | $8,568 | $2,571 | 30% x $8,568 |
| ELL Specialist (Dalia Assem) | $3,000 | $900 | 30% x $3,000 |
| **Total In-Kind Benefits** | | **$36,034** | |

## 3. Travel: $45,430

Two types of travel are included as requests for this funding.

1) Statewide travel **($28,000)** for an annual travel or relocation stipend of $2,000 for each of the 14 SBMH Providers to travel from home to rural schools @ 180 days/year.

2) Out-of-State travel (**$17,430**) for the 14 SBMH providers to travel to National Conferences: Estimated costs are based on: Airfare @ $335 RT per provider (pp) = $4,690; Lodging @ 3 nights @ $225 pp/ per night = $9,450; Per diem @ $45 pp x 3 days = $1,890, airport parking and ground transportation @ $100 pp =$1,400

9

AR001020

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative | | | |
|---|---|---|---|
| **Type of Travel** | **Per Person Cost** | **Number of Providers** | **Total Cost** |
| **Statewide Travel**: an annual travel or relocation stipend of $2,000 for SBMH Providers to travel from home to rural schools @ 180 days/year. | $2,000 | 14 SBMH Providers | $28,000 |
| **Out-of-State Travel**: For 14 SBMH providers attend national conferences (e.g. American School Counselor Association Conference), Travel cost pp: Airfare $335, Lodging $675, Per diem $135, Parking $100 | $1,245 | 14 SBMH Providers | $17,430 |
| **Total Costs** | | | **$45,430** |

## 3. Travel In-Kind $500

Travel for key staff to visit schools and attend workshops & meetings. This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven).

| **Type of Travel** | **Per Mile Cost** | **# of Miles** | **Cost** |
|---|---|---|---|
| Travel for key staff to visit schools and attend workshops & meetings. This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven). | $0.625 | 800 | **$500** |

## 4. Equipment: $0 (Nothing requested here.)

## 5. Supplies: $18,360

Funds are requested for project-related supplies for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling. The 14 SBMH Providers will require monthly service for their cell phones and software for their laptops.

- 14 x Software (Zoom, Adobe Acrobat Pro) @ $700 per laptop = **$9,800**
- 14 x Cell phone service for 12 months (January-December) @ $45/month = **$7,560**
- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

10

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative | | | |
|---|---|---|---|
| **Type of Supply** | **Unit Cost** | **Quantity** | **Cost** |
| Software (Zoom, Adobe Acrobat Pro, etc.) | $700 | 14 | $9,800 |
| Cell phone monthly service ($45/month x 12 months) | $540 | 14 | $7,560 |
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$18,360** |

## 5. Supplies In-Kind: $1,000

In-Kind supplies provided by EdAdvance for project-related activities for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling.

- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Supplies In-Kind | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$1000** |

## 6. Contractual: $16,500

SBMH funds are requested to support the contractual costs and services detailed by each contractor below:

### Contractor:  Western Connecticut Coalition

| Firm Fixed Price Contract | Line Item Amount |
|---|---|
| 5 SBIRT Training Workshops @ $500 per session | **$2,500** |

*Western Connecticut Coalition Contract Breakdown*

Western Connecticut Coalition will provide 5 SBIRT Training Workshops for teachers/SBMH providers @ $500 per session.

### Contractor:  Skills21

| Firm Fixed Price Contract | Amount |
|---|---|
| JOY licenses for SEL Grade 6 program @ $25 per student x 200 students | $5,000 |
| **Total** | **$5,000** |

*Skills21 Contract Breakdown*

Skills21 will provide JOY licenses for SEL Grade 6 program for 200 students @ $25 per student.

11

AR001022

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

## Budget Narrative

**Contractor:  Various Providers**

| Firm Fixed Price Contract | |
|---|---|
| **Regional** Professional Development (PD) Workshops open to all SBMH providers and other relevant staff on SEL, prevention, crisis response, trauma, cultural competencies, etc. @ $1,000/day x 4 Regional PD Days | $4,000 |
| **Total** | **$4,000** |

*Various PD Providers Contract Breakdown*

District Professional Development (PD) Workshops open to all SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies, etc.  @ $1,000/workshop x 4 PD Workshops

**Contractor: Various Providers**

| Firm Fixed Price Contract | |
|---|---|
| **School-Based** PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshop x 5 Schools = $5,000 | $5,000 |
| **Total** | **$5,000** |

*Various PD Providers Contract Breakdown*

School-Based PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshops x 5 School Districts.

**7.  Construction: N/A**

**8.  Other:  $58,650**

Postage: 150 letters x $0.60/letter plus 10 oversized letters x $1.00/letter = **$100**

Photocopies/printing: $.03 for black & white x 7,000 copies/ $.10 color x 2,900 copies = **$500**

Recruitment - advertising, candidate travel, & overnight stays from out of area, including from HBCU: Advertising @ $1,000; Airfare/hotel/ground transportation/meals @ average of $500 x 1 candidate = $500, Total = **$1,500**

National Conference Registration fees @ $625 x 14 SMBH providers = **$8,750**

12

AR001023

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

Tuition reimbursements &/or loan repayment @ $2,500 pp x 14 SBMH providers = **$35,000**

Registration fees for 14 SMMH providers to attend 1 regional/statewide meeting/training/conference @ $200 each = **$2,800**

Scholarships for tuition reimbursement for MSW, Counseling, Psychology candidates at CT universities for additional course work to earn school certification @ $1,000 x 10 candidates = **$10,000**

**8.  Other In-Kind:  $344,405**

Shared Travel Office Rental Space at EdAdvance for 14 SBMH providers - 2 shared offices @ $375/month x 12 months = **$9,000**

1 Office Rental Space per school @ $375/month x 28 schools x 12 months = **$126,000**

35% of Office Space at EdAdvance for Project Director@ $525/month x 12 months = **$2,205**

30% of Office Space at EdAdvance for Project Co-Director @ $475/month x 12 months = **$1,710**

Youth Mental Health First Aid @ $170 x 50 individuals; Teen Mental Health First Aid @ $170 x 200 individuals; QPR Suicide Prevention Training @ $29.95 x 200 individuals = **$48,490**

On site supervision provided by schools: $750/day x 14 days = $10,500 x 14 SBMH providers = **$147,000**

EdAdvance-facilitated PD Workshops on Trauma-Informed Care/ Crisis Response: 10 @ $1,000 = **$10,000**

**9. Total Direct Costs: $1,503,940**

**10. Indirect Costs: $241,500**

Federal funds are requested for EdAdvance's indirect costs. EdAdvance's federally approved indirect cost rate is 23% of direct salaries and wages ($1,050,000 x 23%).

**11. Training Stipends: $0**

**12. Total Costs: $1,745,440**

Sum of direct costs ($1,503,940), indirect costs ($241,500), and stipends ($0).

**Total In-Kind Contributions: $502,051**

13

AR001024

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

## Project Year 3

### 1. Personnel: $1,071,000

SBMHS-NW CT funds are requested to cover wages of EdAdvance key personnel and 14 **School Based Mental Health** (**SBMH**) Providers' salaries to direct, coordinate, implement, and support the proposed project activities as outlined in the proposal narrative.

- ▪ 100% of FTE of the **14 credentialed SBMH Providers** who will provide in-school mental health services to students at the 28 participating schools.

| | Base Annual Salary | Wages ($) | FTE (%) |
|---|---|---|---|
| SBMH Providers x 14 providers | $76,500 x 14 = $1,071,000 | $1,071,000 | 100% FTE |
| **Total Personnel** | | **1,071,000** | |

### 1. Personnel In-Kind: $121,858

EdAdvance will provide In-Kind personnel to cover 35% of FTE of the **Project Director** (Dr. Judith Palmer), 30% FTE of the **Co-Project Director** (Abby Peklo), 80 Hours/Year for the **Project Evaluator**, Kevin Glass and **Planning Consultant**, Jonathan Costa, 60 Hours/Year for the **Hiring, Recruitment & Retention Specialist** (Aisha Alam) and **Diversifying Educator Workforce Specialist** (Devonna Dionne), 240 Hours/Year for **Administrative Support Specialist** (Carol Montory), and 40 Hours/Year for English Language Learning Specialist (Dalia Assem). These key personnel, senior staff, and administrative support staff will help direct, manage, coordinate, and implement the proposed project activities as outlined in the proposal narrative. For each employee, the basis for cost estimates or computations were determined based upon the percent of FTE or Hours/Year dedicated to the project.

| | Base Annual Salary or Hourly Rate | In Kind ($) | FTE (%) or Hours/Year |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $145,656/year | $50,980 | 35% FTE |
| Co-Project Director (Abby Peklo) | $97,798/year | $29,339 | 30% FTE |
| Project Evaluator (Kevin Glass | $110/hour | $8,800 | 80 hours/year |
| Consultant (Jonathan Costa) | $150/hour | $12,000 | 80 hours/year |
| Consultant (Aisha Alam) | $75/hour | $4,500 | 60 hours/year |
| Consultant (Devonna Dionne) | $75/hour | $4,500 | 60 hours/year |
| Admin. Support (Carol Montory) | $36.41/hour | $8,738 | 240 hours/year |
| ELL Specialist (Dalia Assem) | $75/hour | $3,000 | 40 hours/year |
| **Total In-Kind Personnel** | | **$121,858** | |

14

AR001025

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

## 2. Fringe Benefits: $321,300

EdAdvance's current fringe rate is 30% of salary for full-time project personnel detailed in the following chart. The agency's fringe benefits are comprised of:

| Fringe Category | Agency Rate |
|---|---|
| FICA | 6.20% |
| Med FICA | 1.45% |
| Medical / Dental Insurance | 17.67% |
| Life Insurance | 0.27% |
| Professional Development | 0.50% |
| Unemployment Comp | 0.32% |
| Worker's Comp | 3.42% |
| Long Term Disability | 0.17% |
| **Total** | **30%** |

For each employee, the basis for cost estimates or computations were determined based upon this 30% rate.

| | Wages Requested | Fringe Benefits | Fringe Rate 30% x Wages Requested |
|---|---|---|---|
| SBMH Providers x 14 providers | $1,071,000 | $321,300 | 30% x $1,071,000 |
| **Total Benefits** | | **$321,300** | |

## 2. Fringe Benefits In Kind: $36,557

| | In-Kind Wages | Fringe Benefits | Fringe Rate 30% x In-Kind Wages |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $50,980 | $15,294 | 30% x $50,980 |
| Co-Project Director | $29,339 | $8,802 | 30% x $29,339 |
| Project Evaluator (Kevin Glass) | $8,800 | $2,640 | 30% x $8,800 |
| Consultant (Jonathan Costa) | $12,000 | $3,600 | 30% x $12,000 |
| Consultant (Aisha Alam) | $4,500 | $1,350 | 30% x $4,500 |
| Consultant (Devonna Dionne) | $4,500 | $1,350 | 30% x $4,500 |
| Admin. Support (Carol Montory) | $8,739 | $2,621 | 30% x $8,739 |
| ELL Specialist (Dalia Assem) | $3,000 | $900 | 30% x $3,000 |
| **Total In-Kind Benefits** | | **$36,557** | |

## 3. Travel: $45,430

Two types of travel are included as requests for this funding.

1) <u>Statewide travel</u> **($28,000)** for an annual travel or relocation stipend of $2,000 for each of the 14

15

AR001026

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

SBMH Providers to travel from home to rural schools @ 180 days/year.

2) <u>Out-of-State travel</u> (**$17,430**) for the 14 SBMH providers to travel to National Conferences: Estimated costs are based on: Airfare @ $335 RT per provider (pp) = $4,690; Lodging @ 3 nights @ $225 pp/ per night = $9,450; Per diem @ $45 pp x 3 days = $1,890, airport parking and ground transportation @ $100 pp =$1,400

| Type of Travel | Per Person Cost | Number of Providers | Total Cost |
|---|---|---|---|
| **Statewide Travel**: an annual travel or relocation stipend of $2,000 for SBMH Providers to travel from home to rural schools @ 180 days/year. | $2,000 | 14 SBMH Providers | $28,000 |
| **Out-of-State Travel:** For 14 SBMH providers attend national conferences (e.g. American School Counselor Association Conference), Travel cost pp: Airfare $335, Lodging $675, Per diem $135, Parking $100 | $1,245 | 14 SBMH Providers | $17,430 |
| **Total Costs** | | | **$45,430** |

## 3. Travel In-Kind $500

Travel for key staff to visit schools and attend workshops & meetings.  This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven).

| Type of Travel | Per Mile Cost | # of Miles | Cost |
|---|---|---|---|
| Travel for key staff to visit schools and attend workshops & meetings.  This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven). | $0.625 | 800 | **$500** |

## 4. Equipment: $0 (Nothing requested here.)

## 5.  Supplies:  $18,360

Funds are requested for project-related supplies for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling. The 14 SBMH Providers will require monthly service for their cell phones and software for their laptops.

16

AR001027

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

- 14 x Software (Zoom, Adobe Acrobat Pro) @ $700 per laptop = **$9,800**
- 14 x Cell phone service for 12 months (January-December) @ $45/month = **$7,560**
- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Type of Supply | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Software (Zoom, Adobe Acrobat Pro, etc.) | $700 | 14 | $9,800 |
| Cell phone monthly service ($45/month x 12 months) | $540 | 14 | $7,560 |
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$18,360** |

## 5. Supplies In-Kind: $1,000

In-Kind supplies provided by EdAdvance for project-related activities for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling.

- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Supplies In-Kind | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$1000** |

## 6. Contractual: $16,500

Funds are requested to support contractual costs and services detailed by each contractor below:

## Contractor: Western Connecticut Coalition

| Firm Fixed Price Contract | Line Item Amount |
|---|---|
| 5 SBIRT Training Workshops @ $500 per session | **$2,500** |

*Western Connecticut Coalition Contract Breakdown*

Western Connecticut Coalition will provide 5 SBIRT Training Workshops for teachers/SBMH providers @ $500 per session.

## Contractor: Skills21

| Firm Fixed Price Contract | Amount |
|---|---|
| JOY licenses for SEL Grade 6 program @ $25 per student x 200 students | $5,000 |
| **Total** | **$5,000** |

17

AR001028

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|---|

*Skills21 Contract Breakdown*

Skills21 will provide JOY licenses for SEL Grade 6 program for 200 students @ $25 per student.

**Contractor:  Various Providers**

| Firm Fixed Price Contract | |
|---|---|
| **Regional** Professional Development (PD) Workshops open to all SBMH providers and other relevant staff on SEL, prevention, crisis response, trauma, cultural competencies, etc. @ $1,000/day x 4 Regional PD Days | $4,000 |
| **Total** | **$4,000** |

*Various PD Providers Contract Breakdown*

District Professional Development (PD) Workshops open to all SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies, etc.  @ $1,000/workshop x 4 PD Workshops

**Contractor: Various Providers**

| Firm Fixed Price Contract | |
|---|---|
| **School-Based** PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshop x 5 Schools = $5,000 | $5,000 |
| **Total** | **$5,000** |

*Various PD Providers Contract Breakdown*

School-Based PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshops x 5 School Districts.

**7.  Construction: N/A**

**8.  Other:  $58,650**

Postage: 150 letters x $0.60/letter plus 10 oversized letters x $1.00/letter = **$100**

Photocopies/printing: $.03 for black & white x 7,000 copies/ $.10 color x 2,900 copies = **$500**

18

AR001029

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

Recruitment - advertising, candidate travel, & overnight stays from out of area, including from HBCU: Advertising @ $1,000; Airfare/hotel/ground transportation/meals @ average of $500 x 1 candidate = $500, Total = **$1,500**

National Conference Registration fees @ $625 x 14 SBMH providers = **$8,750**

Tuition reimbursements &/or loan repayment @ $2,500 pp x 14 SBMH providers = **$35,000**

Registration fees for 14 SMMH providers to attend 1 regional/statewide meeting/training/conference @ $200 each = **$2,800**

Scholarships for tuition reimbursement for MSW, Counseling, Psychology candidates at CT universities for additional course work to earn school certification @ $1,000 x 10 candidates = **$10,000**

**8. Other In-Kind: $353,600**

Shared Travel Office Rental Space at EdAdvance for 14 SBMH providers - 2 shared offices @ $400/month x 12 months = **$9,600**

1 Office Rental Space per school @ $400/month x 28 schools x 12 months = **$134,400**

35% of Office Rental Space at EdAdvance for Project Director @ $550/month x 12 months = **$2,310**

30% of Office Rental Space at EdAdvance for Project Co-Director @ $500/month x 12 months = **$1,800**

Youth Mental Health First Aid @ $170 x 50 individuals; Teen Mental Health First Aid @ $170 x 200 individuals; QPR Suicide Prevention Training @ $29.95 x 200 individuals = **$48,490**

On site supervision provided by schools: $750/day x 14 days = $10,500 x 14 SBMH providers = **$147,000**

EdAdvance-facilitated PDs on Trauma-Informed Care/ Crisis Response: 10 @ $1,000 = **$10,000**

**9. Total Direct Costs: $1,531,240**

**10. Indirect Costs: $246,330**

Federal funds are requested for EdAdvance's indirect costs. EdAdvance's federally approved indirect cost rate is 23% of direct salaries and wages ($1,071,000 x 23%).

**11. Training Stipends: $0**

**12. Total Costs: $$1,777,570**

19

AR001030

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
| --- |

Sum of direct costs ($1,531,240), indirect costs ($246,330), and stipends ($0).


**Total In-Kind Contributions: $513,515**


<u>**Project Year 4**</u>

**1.  Personnel:  $1,092,420**

SBMHS-NW CT funds are requested to cover wages of EdAdvance key personnel and 14 **School Based Mental Health (SBMH)** Providers' salaries to direct, coordinate, implement, and support the proposed project activities as outlined in the proposal narrative.

- 100% of FTE of the **14 credentialed SBMH Providers** who will provide in-school mental health services to students at the 28 participating schools.

|  | **Base Annual Salary** | **Wages ($)** | **FTE (%)** |
| --- | --- | --- | --- |
| SBMH Providers x 14 providers | $78,030 x 14 = $1,092,420 | $1,092,420 | 100% FTE |
| **Total Personnel** |  | **1,092,420** |  |

**1.  Personnel In-Kind:  $123,639**

EdAdvance will provide In-Kind personnel to cover 35% of FTE of the **Project Director** (Dr. Judith Palmer), 30% FTE of the **Co-Project Director** (Abby Peklo), 80 Hours/Year for the **Project Evaluator**, Kevin Glass and **Planning Consultant**, Jonathan Costa, 60 Hours/Year for the **Hiring, Recruitment & Retention Specialist** (Aisha Alam) and **Diversifying Educator Workforce Specialist** (Devonna Dionne), 240 Hours/Year for **Administrative Support Specialist** (Carol Montory), and 40 Hours/Year for English Language Learning Specialist (Dalia Assem).  These key personnel, senior staff, and administrative support staff will help direct, manage, coordinate, and implement the proposed project activities as outlined in the proposal narrative.  For each employee, the basis for cost estimates or computations were determined based upon the percent of FTE or Hours/Year dedicated to the project.

|  | **Base Annual Salary or Hourly Rate** | **In Kind ($)** | **FTE (%) or Hours/Year** |
| --- | --- | --- | --- |
| Project Director (Dr. Judith Palmer) | $148,569/year | $51,999 | 35% FTE |
| Co-Project Director (Abby Peklo) | $99,754/year | $29,926 | 30% FTE |
| Project Evaluator (Kevin Glass | $110/hour | $8,800 | 80 hours/year |
| Consultant (Jonathan Costa) | $150/hour | $12,000 | 80 hours/year |
| Consultant (Aisha Alam) | $75/hour | $4,500 | 60 hours/year |
| Consultant (Devonna Dionne) | $75/hour | $4,500 | 60 hours/year |
| Admin. Support (Carol Montory) | $37.14/hour | $8,914 | 240 hours/year |
| ELL Specialist (Dalia Assem) | $75/hour | $3,000 | 40 hours/year |
| **Total In-Kind Personnel** |  | **$123,639** |  |

20

AR001031

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|:---:|

## 2. **Fringe Benefits**: **$327,726**

EdAdvance's current fringe rate is 30% of salary for full-time project personnel detailed in the following chart.  The agency's fringe benefits are comprised of:

| Fringe Category | Agency Rate |
|---|---|
| FICA | 6.20% |
| Med FICA | 1.45% |
| Medical / Dental Insurance | 17.67% |
| Life Insurance | 0.27% |
| Professional Development | 0.50% |
| Unemployment Comp | 0.32% |
| Worker's Comp | 3.42% |
| Long Term Disability | 0.17% |
| **Total** | **30%** |

For each employee, the basis for cost estimates or computations were determined based upon this 30% rate.

| | Wages Requested | Fringe Benefits | Fringe Rate 30% x Wages Requested |
|---|---|---|---|
| SBMH Providers x 14 providers | $1,092,420 | $327,726 | 30% x $1,092,420 |
| **Total Benefits** | | **$327,726** | |

## 2. **Fringe Benefits In Kind**: **$37,092**

| | In-Kind Wages | Fringe Benefits | Fringe Rate 30% x In-Kind Wages |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $51,999 | $15,600 | 30% x $51,999 |
| Co-Project Director | $29,926 | $8,978 | 30% x $29,926 |
| Project Evaluator (Kevin Glass) | $8,800 | $2,640 | 30% x $8,800 |
| Consultant (Jonathan Costa) | $12,000 | $3,600 | 30% x $12,000 |
| Consultant (Aisha Alam) | $4,500 | $1,350 | 30% x $4,500 |
| Consultant (Devonna Dionne) | $4,500 | $1,350 | 30% x $4,500 |
| Admin. Support (Carol Montory) | $8,914 | $2,674 | 30% x $8,914 |
| ELL Specialist (Dalia Assem) | $3,000 | $900 | 30% x $3,000 |
| **Total In-Kind Benefits** | | **$37,092** | |

## 3. **Travel:** **$45,430**

Two types of travel are included as requests for this funding.

1) Statewide travel (**$28,000**) for an annual travel or relocation stipend of $2,000 for each of the 14 SBMH Providers to travel from home to rural schools @ 180 days/year.

21

AR001032

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

2) <u>Out-of-State travel</u> (**$17,430**) for the 14 SBMH providers to travel to National Conferences: Estimated costs are based on: Airfare @ $335 RT per provider (pp) = $4,690; Lodging @ 3 nights @ $225 pp/ per night = $9,450; Per diem @ $45 pp x 3 days = $1,890, airport parking and ground transportation @ $100 pp =$1,400

| Type of Travel | Per Person Cost | Number of Providers | Total Cost |
|---|---|---|---|
| **Statewide Travel**: an annual travel or relocation stipend of $2,000 for SBMH Providers to travel from home to rural schools @ 180 days/year. | $2,000 | 14 SBMH Providers | $28,000 |
| **Out-of-State Travel:** For 14 SBMH providers attend national conferences (e.g. American School Counselor Association Conference), Travel cost pp: Airfare $335, Lodging $675, Per diem $135, Parking $100 | $1,245 | 14 SBMH Providers | $17,430 |
| **Total Costs** | | | **$45,430** |

## 3. Travel In-Kind $500

Travel for key staff to visit schools and attend workshops & meetings. This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven).

| Type of Travel | Per Mile Cost | # of Miles | Cost |
|---|---|---|---|
| Travel for key staff to visit schools and attend workshops & meetings. This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven). | $0.625 | 800 | **$500** |

## 4. Equipment: $0 (Nothing requested here.)

## 5. Supplies: $19,200

Funds are requested for project-related supplies for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling. The 14 SBMH Providers will require monthly service for their cell phones and software for their laptops.

- 14 x Software (Zoom, Adobe Acrobat Pro) @ $700 per laptop = **$9,800**

22

AR001033

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|:---:|

- 14 x Cell phone service for 12 months (January-December) @ $500/month = **$8,400**
- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Type of Supply | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Software (Zoom, Adobe Acrobat Pro, etc.) | $700 | 14 | $9,800 |
| Cell phone monthly service ($50/month x 12 months) | $600 | 14 | $8,400 |
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$19,200** |

## 5.  Supplies In-Kind:  $1,000

In-Kind supplies provided by EdAdvance for project-related activities for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling.

- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Supplies In-Kind | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$1000** |

## 6.  Contractual: $16,500

Funds are requested to support the contractual costs and services detailed by each contractor below:

## Contractor:  Western Connecticut Coalition

| Firm Fixed Price Contract | Line Item Amount |
|---|---|
| 5 SBIRT Training Workshops @ $500 per session | **$2,500** |

*Western Connecticut Coalition Contract Breakdown*

Western Connecticut Coalition will provide 5 SBIRT Training Workshops for teachers/SBMH providers @ $500 per session.

## Contractor:  Skills21

| Firm Fixed Price Contract | Amount |
|---|---|
| JOY licenses for SEL Grade 6 program @ $25 per student x 200 students | $5,000 |
| **Total** | **$5,000** |

23

AR001034

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

## Budget Narrative

### *Skills21 Contract Breakdown*

Skills21 will provide JOY licenses for SEL Grade 6 program for 200 students @ $25 per student.

### **Contractor:  Various Providers**

| Firm Fixed Price Contract | |
|---|---|
| **Regional** Professional Development (PD) Workshops open to all SBMH providers and other relevant staff on SEL, prevention, crisis response, trauma, cultural competencies, etc. @ $1,000/day x 4 Regional PD Days | $4,000 |
| **Total** | **$4,000** |

### *Various PD Providers Contract Breakdown*

District Professional Development (PD) Workshops open to all SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies, etc.  @ $1,000/workshop x 4 PD Workshops

### **Contractor: Various Providers**

| Firm Fixed Price Contract | |
|---|---|
| **School-Based** PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshop x 5 Schools = $5,000 | $5,000 |
| **Total** | **$5,000** |

### *Various PD Providers Contract Breakdown*

School-Based PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshops x 5 School Districts.

### **7.  Construction**: N/A

### **8.  Other:**  $58,650

Postage: 150 letters x $0.60/letter plus 10 oversized letters x $1.00/letter = **$100**

Photocopies/printing: $.03 for black & white x 7,000 copies/ $.10 color x 2,900 copies = **$500**

Recruitment - advertising, candidate travel, & overnight stays from out of area, including from HBCU: Advertising @ $1,000; Airfare/hotel/ground transportation/meals @ average of $500 x 1 candidate = $500, Total = **$1,500**

24

AR001035

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

National Conference Registration fees @ $625 x 14 SBMH providers = **$8,750**

Tuition reimbursements &/or loan repayment @ $2,500 pp x 14 SBMH providers = **$35,000**

Registration fees for 14 SMMH providers to attend 1 regional/statewide meeting/training/conference @ $200 each = **$2,800**

Scholarships for tuition reimbursement for MSW, Counseling, Psychology candidates at CT universities for additional course work to earn school certification @ $1,000 x 10 candidates = **$10,000**

**8.  Other In-Kind:  $362,795**

Shared Travel Office Rental Space at EdAdvance for 14 SBMH providers - 2 shared offices @ $425/month x 12 months = **$10,200**

1 Office Rental Space per school @ $425/month x 28 schools x 12 months = **$142,800**

35% of Office Rental Space at EdAdvance for Project Director @ $575/month x 12 months = **$2,415**

30% of Office Rental Space at EdAdvance for Project Co-Director @ $525/month x 12 months = **$1,890**

Youth Mental Health First Aid @ $170 x 50 individuals; Teen Mental Health First Aid @ $170 x 200 individuals; QPR Suicide Prevention Training @ $29.95 x 200 individuals = **$48,490**

On site supervision provided by schools: $750/day x 14 days = $10,500 x 14 SBMH providers = **$147,000**

EdAdvance-facilitated PD Workshops on Trauma-Informed Care/ Crisis Response: 10 @ $1,000 = **$10,000**

**9. Total Direct Costs: $1,559,926**

**10. Indirect Costs: $251,257**

Federal funds are requested for EdAdvance's indirect costs. EdAdvance's federally approved indirect cost rate is 23% of direct salaries and wages ($1,092,420 x 23%).

**11. Training Stipends: $0**

**12. Total Costs: $1,811,183**

Sum of direct costs ($1,559,926), indirect costs ($251,257), and stipends ($0).

**Total In-Kind Contributions: $525,026**

25

AR001036

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

## Budget Narrative

## Project Year 5

### 1. Personnel: $1,114,268

SBMHS-NW CT funds are requested to cover wages of EdAdvance key personnel and 14 **School Based Mental Health (SBMH)** Providers' salaries to direct, coordinate, implement, and support the proposed project activities as outlined in the proposal narrative.

- 100% of FTE of the **14 credentialed SBMH Providers** who will provide in-school mental health services to students at the 28 participating schools.

| | Base Annual Salary | Wages ($) | FTE (%) |
|---|---|---|---|
| SBMH Providers x 14 providers | $79,590.60 x 14 = $1,114,268 | $1,114,268 | 100% FTE |
| **Total Personnel** | | **1,114,268** | |

### 1. Personnel In-Kind: $125,456

EdAdvance will provide In-Kind personnel to cover 35% of FTE of the **Project Director** (Dr. Judith Palmer), 30% FTE of the **Co-Project Director** (Abby Peklo), 80 Hours/Year for the **Project Evaluator**, Kevin Glass and **Planning Consultant**, Jonathan Costa, 60 Hours/Year for the **Hiring, Recruitment & Retention Specialist** (Aisha Alam) and **Diversifying Educator Workforce Specialist** (Devonna Dionne), 240 Hours/Year for **Administrative Support Specialist** (Carol Montory), and 40 Hours/Year for English Language Learning Specialist (Dalia Assem). These key personnel, senior staff, and administrative support staff will help direct, manage, coordinate, and implement the proposed project activities as outlined in the proposal narrative. For each employee, the basis for cost estimates or computations were determined based upon the percent of FTE or Hours/Year dedicated to the project.

| | Base Annual Salary or Hourly Rate | In Kind ($) | FTE (%) or Hours/Year |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $151,541/year | $53,039 | 35% FTE |
| Co-Project Director (Abby Peklo) | $101,749/year | $30,525 | 30% FTE |
| Project Evaluator (Kevin Glass | $110/hour | $8,800 | 80 hours/year |
| Consultant (Jonathan Costa) | $150/hour | $12,000 | 80 hours/year |
| Consultant (Aisha Alam) | $75/hour | $4,500 | 60 hours/year |
| Consultant (Devonna Dionne) | $75/hour | $4,500 | 60 hours/year |
| Admin. Support (Carol Montory) | $37.89/hour | $9,092 | 240 hours/year |
| ELL Specialist (Dalia Assem) | $75/hour | $3,000 | 40 hours/year |
| **Total In-Kind Personnel** | | **$125,456** | |

### 2. Fringe Benefits: $334,281

EdAdvance's current fringe rate is 30% of salary for full-time project personnel detailed in the following chart. The agency's fringe benefits are comprised of:

26

AR001037

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative | |
|---|---|

| Fringe Category | Agency Rate |
|---|---|
| FICA | 6.20% |
| Med FICA | 1.45% |
| Medical / Dental Insurance | 17.67% |
| Life Insurance | 0.27% |
| Professional Development | 0.50% |
| Unemployment Comp | 0.32% |
| Worker's Comp | 3.42% |
| Long Term Disability | 0.17% |
| **Total** | **30%** |

For each employee, the basis for cost estimates or computations were determined based upon this 30% rate.

| | Wages Requested | Fringe Benefits | Fringe Rate 30% x Wages Requested |
|---|---|---|---|
| SBMH Providers x 14 providers | $1,114,268 | $334,281 | 30% x $1,114,268 |
| **Total Benefits** | | **$334,281** | |

**2. Fringe Benefits In Kind:** **$37,637**

| | In-Kind Wages | Fringe Benefits | Fringe Rate 30% x In-Kind Wages |
|---|---|---|---|
| Project Director (Dr. Judith Palmer) | $53,039 | $15,912 | 30% x $53,039 |
| Co-Project Director | $30,525 | $9,158 | 30% x $30,525 |
| Project Evaluator (Kevin Glass) | $8,800 | $2,640 | 30% x $8,800 |
| Consultant (Jonathan Costa) | $12,000 | $3,600 | 30% x $12,000 |
| Consultant (Aisha Alam) | $4,500 | $1,350 | 30% x $4,500 |
| Consultant (Devonna Dionne) | $4,500 | $1,350 | 30% x $4,500 |
| Admin. Support (Carol Montory) | $9,092 | $2,727 | 30% x $9,092 |
| ELL Specialist (Dalia Assem) | $3,000 | $900 | 30% x $3,000 |
| **Total In-Kind Benefits** | | **$37,637** | |

**3. Travel:** **$45,430**

Two types of travel are included as requests for this funding.

1) <u>Statewide travel</u> **($28,000)** for an annual travel or relocation stipend of $2,000 for each of the 14 SBMH Providers to travel from home to rural schools @ 180 days/year.

2) <u>Out-of-State travel</u> (**$17,430**) for the 14 SBMH providers to travel to National Conferences: Estimated costs are based on: Airfare @ $335 RT per provider (pp) = $4,690; Lodging @ 3 nights @ $225 pp/ per night = $9,450; Per diem @ $45 pp x 3 days = $1,890, airport parking and ground transportation @ $100 pp =$1,400

27

AR001038

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** | | | |
|---|---|---|---|

| Type of Travel | Per Person Cost | Number of Providers | Total Cost |
|---|---|---|---|
| **Statewide Travel**: an annual travel or relocation stipend of $2,000 for SBMH Providers to travel from home to rural schools @ 180 days/year. | $2,000 | 14 SBMH Providers | $28,000 |
| **Out-of-State Travel:** For 14 SBMH providers attend national conferences (e.g. American School Counselor Association Conference), Travel cost pp: Airfare $335, Lodging $675, Per diem $135, Parking $100 | $1,245 | 14 SBMH Providers | $17,430 |
| **Total Costs** | | | **$45,430** |

## 3. Travel In-Kind: $500

Travel for key staff to visit schools and attend workshops & meetings.  This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven).

| Type of Travel | Per Mile Cost | # of Miles | Cost |
|---|---|---|---|
| Travel for key staff to visit schools and attend workshops & meetings.  This travel is estimated to be $500 for 800 miles x $.625 (federal reimbursement rate per mile driven). | $0.625 | 800 | **$500** |

## 4. Equipment: $0 (Nothing requested here.)

## 5.  Supplies:  $19,200

Funds are requested for project-related supplies for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling. The 14 SBMH Providers will require monthly service for their cell phones and software for their laptops.

- 14 x Software (Zoom, Adobe Acrobat Pro) @ $700 per laptop = **$9,800**
- 14 x Cell phone service for 12 months (January-December) @ $500/month = **$8,400**
- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

28

AR001039

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative | | | |
|---|---|---|---|

| Type of Supply | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Software (Zoom, Adobe Acrobat Pro, etc.) | $700 | 14 | $9,800 |
| Cell phone monthly service ($50/month x 12 months) | $600 | 14 | $8,400 |
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$19,200** |

## 5.  Supplies In-Kind:  $1,000

In-Kind supplies provided by EdAdvance for project-related activities for project staff to conduct work in the Litchfield office, at home remotely, at schools, and while traveling.

- Project Office Supplies (paper, pens, pencils, markers, highlighters, post-it notes, clips, thumb drives, chart paper, printer ink/toner, etc.) = **$1,000**

| Supplies In-Kind | Unit Cost | Quantity | Cost |
|---|---|---|---|
| Project Office Supplies | Varied | Varied | $1,000 |
| **Total Costs** | | | **$1000** |

## 6.  Contractual: $16,500

SBMH funds are requested to support the contractual costs and services detailed by each contractor below:

### Contractor:  Western Connecticut Coalition

| Firm Fixed Price Contract | Line Item Amount |
|---|---|
| 5 SBIRT Training Workshops @ $500 per session | **$2,500** |

*Western Connecticut Coalition Contract Breakdown*

Western Connecticut Coalition will provide 5 SBIRT Training Workshops for teachers/SBMH providers @ $500 per session.

### Contractor:  Skills21

| Firm Fixed Price Contract | Amount |
|---|---|
| JOY licenses for SEL Grade 6 program @ $25 per student x 200 students | $5,000 |
| **Total** | **$5,000** |

*Skills21 Contract Breakdown*

Skills21 will provide JOY licenses for SEL Grade 6 program for 200 students @ $25 per student.

29

AR001040

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |
|---|

## Contractor:  Various Providers

| Firm Fixed Price Contract | |
|---|---|
| **Regional** Professional Development (PD) Workshops open to all SBMH providers and other relevant staff on SEL, prevention, crisis response, trauma, cultural competencies, etc. @ $1,000/day x 4 Regional PD Days | $4,000 |
| **Total** | **$4,000** |

*Various PD Providers Contract Breakdown*

District Professional Development (PD) Workshops open to all SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies, etc.  @ $1,000/workshop x 4 PD Workshops

## Contractor: Various Providers

| Firm Fixed Price Contract | |
|---|---|
| **School-Based** PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshop x 5 Schools = $5,000 | $5,000 |
| **Total** | **$5,000** |

*Various PD Providers Contract Breakdown*

School-Based PD Workshops for all teachers and SBMH providers on SEL, prevention, crisis response, trauma, cultural competencies @ $1,000/workshop x 1 Workshops x 5 School Districts.

## 7.  Construction: N/A

## 8.  Other:  $58,650

Postage: 150 letters x $0.60/letter plus 10 oversized letters x $1.00/letter = **$100**

Photocopies/printing: $.03 for black & white x 7,000 copies/ $.10 color x 2,900 copies = **$500**

Recruitment - advertising, candidate travel, & overnight stays from out of area, including from HBCU: Advertising @ $1,000; Airfare/hotel/ground transportation/meals @ average of $500 x 1 candidate = $500, Total = **$1,500**

National Conference Registration fees @ $625 x 14 SBMH providers = **$8,750**

Tuition reimbursements &/or loan repayment @ $2,500 pp x 14 SBMH providers = **$35,000**

30

AR001041

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| Budget Narrative |
|---|

Registration fees for 14 SMMH providers to attend 1 regional/statewide meeting/training/conference @ $200 each = **$2,800**

Scholarships for tuition reimbursement for MSW, Counseling, Psychology candidates at CT universities for additional course work to earn school certification @ $1,000 x 10 candidates = **$10,000**

**8.  Other In-Kind:  $371,990**

Shared Travel Office Rental Space at EdAdvance for 14 SBMH providers - 2 shared offices @ $450/month x 12 months = **$10,800**

1 Office Rental Space per school @ $450/month x 28 schools x 12 months = **$151,200**

35% of Office Rental Space at EdAdvance for Project Director@ $600/month x 12 months = **$2,520**

30% of Office Rental Space at EdAdvance for Project Co-Director @ $550/month x 12 months = **$1,980**

Youth Mental Health First Aid @ $170 x 50 individuals; Teen Mental Health First Aid @ $170 x 200 individuals; QPR Suicide Prevention Training @ $29.95 x 200 individuals = **$48,490**

On site supervision provided by schools: $750/day x 14 days = $10,500 x 14 SBMH providers = **$147,000**

EdAdvance-facilitated PD Workshops on Trauma-Informed Care/ Crisis Response: 10 @ $1,000 = **$10,000**

**9. Total Direct Costs: $1,588,329**

**10. Indirect Costs: $256,282**

Federal funds are requested for EdAdvance's indirect costs. EdAdvance's federally approved indirect cost rate is 23% of direct salaries and wages ($1,114,268 x 23%).

**11. Training Stipends: $0**

**12. Total Costs: $$1,844,611**

Sum of direct costs ($1,588,329), indirect costs ($256,282), and stipends ($0).

**Total In-Kind Contributions: $536,583**

31

AR001042

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

| **Budget Narrative** |

### Grand Total Federal Request for Funds for 5-Year Project Period

| Budget Category | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| 1. Personnel | $866,800 | $1,050,000 | $1,071,000 | $1,092,420 | $1,114,268 | $5,194,488 |
| 2. Fringe Benefits | $260,040 | $315,000 | $321,300 | $327,726 | $334,281 | $1,558,347 |
| 3. Travel | $45,430 | $45,430 | $45,430 | $45,430 | $45,430 | $227,150 |
| 4. Equipment | N/A | N/A | N/A | N/A | N/A | N/A |
| 5. Supplies | $48,880 | $18,360 | $18,360 | $19,200 | $19,200 | $124,000 |
| 6. Contractual | $21,500 | $16,500 | $16,500 | $16,500 | $16,500 | $87,500 |
| 7. Construction | N/A | N/A | N/A | N/A | N/A | N/A |
| 8. Other | $107,150 | $58,650 | $58,650 | $58,650 | $58,650 | $341,750 |
| 9. Total Direct Costs (lines 1-8) | $1,349,800 | $1,503,940 | $1,531,240 | $1,559,926 | $1,588,329 | $7,533,235 |
| 10. Indirect Costs | $199,364 | $241,500 | $246,330 | $251,257 | $256,282 | $1,194,733 |
| 11. Training Stipends | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Costs (Lines 9-11)** | **$1,549,164** | **$1,745,440** | **$1,777,570** | **$1,811,183** | **$1,844,611** | **$8,727,968** |

**Year 1 = $1,549,164**

**Year 2 = $1,745,440**

**Year 3 = $1,777,570**

**Year 4 = $1,811,183**

**Year 5 = $1,844,611**

**Total Project Federal Budget Request = $8,727,968**

32

AR001043

School-Based Mental Health Services Grant Program | Opportunity # 100422-001 Budget Narrative | *School-Based Mental Health Services in Rural Northwestern CT (SBMHS-NW CT)*

## Budget Narrative

## Demonstration of MATCH Contributions = $2,481,335 (28.4% of total budget request)

| Contributor | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total In-Kind Match |
|---|---|---|---|---|---|---|
| EdAdvance | $181,560 | $229,051 | $232,115 | $235,226 | $238,383 | $1,116,335 |
| 28 Participating Schools | $222,600 | $273,000 | $281,400 | $289,800 | $298,200 | $1,365,000 |
| **Total Match** | $404,160 | $502,051 | $513,515 | $525,026 | $536,583 | **$2,481,335** |

**EdAdvance** will provide in-kind match for *a portion of* personnel costs, fringe benefits, local travel, project office supplies, and office rental space. EdAdvance will also provide in-kind for an array of Mental Health Awareness Trainings and Professional Development workshops. The value of this contribution reflects the amount of funds EdAdvance would customarily charge to conduct a service of the nature, size, and scope of the service described in the application.

**28 Participating Schools** will provide office space at each school and on-site supervision of the SBMH providers.

## Detailed MATCH Contributions by Budget Category

| Budget Category | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| 1. Personnel | $81,900 | $120,112 | $121,858 | $123,639 | $125,456 | $572,965 |
| 2. Fringe Benefits | $24,570 | $36,034 | $36,557 | $37,092 | $37,637 | $171,890 |
| 3. Travel | $500 | $500 | $500 | $500 | $500 | $2,500 |
| 4. Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| 5. Supplies | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $5,000 |
| 6. Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| 7. Construction | $0 | $0 | $0 | $0 | $0 | $0 |
| 8. Other | $296,190 | $344,405 | $353,600 | $362,795 | $371,990 | $1,728,980 |
| **Total Match** | $404,160 | $502,051 | $513,515 | $525,026 | $536,583 | **$2,481,355** |

**Total MATCH = $2,481,355**

33

AR001044



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

EdAdvance

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 866,800.00 | 1,050,000.00 | 1,071,000.00 | 1,092,420.00 | 1,114,268.00 | | | 5,194,488.00 |
| 2. Fringe Benefits | 260,040.00 | 315,000.00 | 321,300.00 | 327,726.00 | 334,281.00 | | | 1,558,347.00 |
| 3. Travel | 45,430.00 | 45,430.00 | 45,430.00 | 45,430.00 | 45,430.00 | | | 227,150.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 48,880.00 | 18,360.00 | 18,360.00 | 19,200.00 | 19,200.00 | | | 124,000.00 |
| 6. Contractual | 21,500.00 | 16,500.00 | 16,500.00 | 16,500.00 | 16,500.00 | | | 87,500.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 107,150.00 | 58,650.00 | 58,650.00 | 58,650.00 | 58,650.00 | | | 341,750.00 |
| 9. Total Direct Costs (lines 1-8) | 1,349,800.00 | 1,503,940.00 | 1,531,240.00 | 1,559,926.00 | 1,588,329.00 | | | 7,533,235.00 |
| 10. Indirect Costs* | 199,364.00 | 241,500.00 | 246,330.00 | 251,257.00 | 256,282.00 | | | 1,194,733.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 1,549,164.00 | 1,745,440.00 | 1,777,570.00 | 1,811,183.00 | 1,844,611.00 | | | 8,727,968.00 |

*Indirect Cost Information (To Be Completed by Your Business Office): If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☒ Yes ☐ No

(2) If yes, please provide the following information:
Period Covered by the Indirect Cost Rate Agreement: From: 07/01/2019 To: 06/30/2022 (mm/dd/yyyy)
Approving Federal agency: ☐ ED ☒ Other (please specify): US Department of Health and Human Services
The Indirect Cost Rate is 23.00 %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is [    ] %.

(6) For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220068
Page e142

ED 524
Tracking Number:GRANT13747282    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 04:46:40 PM EDT

AR001045

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| EdAdvance | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 81,900.00 | 120,112.00 | 121,858.00 | 123,639.00 | 125,456.00 | | | 572,965.00 |
| 2. Fringe Benefits | 24,570.00 | 36,034.00 | 36,557.00 | 37,092.00 | 37,637.00 | | | 171,890.00 |
| 3. Travel | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | | | 2,500.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | 5,000.00 |
| 6. Contractual | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 296,190.00 | 344,405.00 | 353,600.00 | 362,795.00 | 371,990.00 | | | 1,728,980.00 |
| 9. Total Direct Costs (lines 1-8) | 404,160.00 | 502,051.00 | 513,515.00 | 525,026.00 | 536,583.00 | | | 2,481,335.00 |
| 10. Indirect Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 404,160.00 | 502,051.00 | 513,515.00 | 525,026.00 | 536,583.00 | | | 2,481,335.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001046**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| EdAdvance | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [        ]

(2)  What does your administrative cost cap apply to? [  ] (a) indirect and direct costs  or,  [  ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

AR001047

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract | ☐ a. bid/offer/application | ☒ a. initial filing |
| ☒ b. grant | ☒ b. initial award | ☐ b. material change |
| ☐ c. cooperative agreement | ☐ c. post-award | |
| ☐ d. loan | | |
| ☐ e. loan guarantee | | |
| ☐ f. loan insurance | | |

**4.   Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: EdAdvance

* Street 1: 355 Goshen Road, PO Box 909    Street 2:

* City: Litchfield    State:    Zip: 06759

Congressional District, if known: 005

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| US Department of Education | School Safely National Activities |
| | CFDA Number, *if applicable:* 84.184 |

| 8. Federal Action Number, *if known:* | 9. Award Amount, *if known:* |
|---|---|
| | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:    * First Name: None    Middle Name:

* Last Name: N/A    Suffix:

* Street 1: N/A    Street 2:

* City: N/A    State:    Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:    * First Name: None    Middle Name:

* Last Name: N/A    Suffix:

* Street 1: N/A    Street 2:

* City: N/A    State:    Zip:

**11.**  Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Abby Peklo

*Name:    Prefix: Dr.    * First Name: Jeffrey    Middle Name:

* Last Name: Kitching    Suffix:

Title: Executive Director    Telephone No.: 860-567-0863    Date: 11/02/2022

| Federal Use Only: | Authorized for Local Reproduction Standard Form - LLL (Rev. 7-97) |
|---|---|

**AR001048**

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220074**

**Gramts.gov Tracking#: GRANT13747380**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220074

AR001049

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1236-NWESD_SBMHP+_AreasAffected)* | e6 |
| *Attachment - 2 (1237-NWESD_SBMHP+_CongressionalDistricts)* | e7 |
| *2. ED GEPA427 Form* | e8 |
| *Attachment - 1 (1235-NWESD_SBMHP+_GEPA)* | e9 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
| *Attachment - 1 (1246-NWESD_SBMHP+_Abstract)* | e14 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1234-NWESD_SBMHP_Narrative and Logic Model)* | e16 |
| *7. Other Narrative Form* | e60 |
| *Attachment - 1 (1238-OSPI 2022-June-23 Indirect Rate Letter_ESD 189)* | e61 |
| *Attachment - 2 (1239-NWESD_SBMHP+_RESUME_Allen2022)* | e63 |
| *Attachment - 3 (1240-NWESD_SBMHP+_RESUME_DesBiens2022)* | e65 |
| *Attachment - 4 (1241-NWESD_SBMHP+_RESUME_Gustafson2022)* | e68 |
| *Attachment - 5 (1242-NWESD_SBMHP+_RESUME_Vexler2022)* | e71 |
| *Attachment - 6 (1243-NWESD_SBMHP+_SchoolDistrict_Letter)* | e73 |
| *Attachment - 7 (1244-NWESD_SBMHP+_WWU_Letter)* | e76 |
| *8. Budget Narrative Form* | e78 |
| *Attachment - 1 (1245-NWESD_SBMHP+_BudgetNarrative)* | e79 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e87 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001050

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/02/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| 91-0868056 | NA |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: |
|---|---|
| | |

**8. APPLICANT INFORMATION:**

* a. Legal Name: Northwest Educational Service District 189

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 91-0868056 | WML2CBM6SE95 |

**d. Address:**

* Street1: 1601 R Avenue
  Street2:
* City: Anacortes
  County/Parish: Skagit
* State: WA: Washington
  Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 98221-2276

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| Behavioral Health Services | |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix: Ms.    * First Name: Natalie
Middle Name:
* Last Name: Gustafson
Suffix:

Title: Assistant Director, Behavioral Health Svcs

Organizational Affiliation:

Northwest Educational Service District 189

* Telephone Number: 360-299-4038    Fax Number:

* Email: ngustafson@nwesd.org

AR001051

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| 1236-NWESD_SBMHP+_AreasAffected.pdf | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

NWESD School-Based Mental Health Services (SBMHP+): Responding to the needs of students with the
most complex mental health concerns

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR001052

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `WA-002`    * b. Program/Project `WA-002`

Attach an additional list of Program/Project Congressional Districts if needed.

`1237-NWESD_SBMHP+_CongressionalDistricts.p` [Add Attachment] [Delete Attachment] [View Attachment]

**17. Proposed Project:**

* a. Start Date: `12/30/2022`    * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 11,852,401.00 |
| * b. Applicant | 192,053.00 |
| * c. State | 0.00 |
| * d. Local | 2,934,287.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 14,978,741.00 |

**\* 19. Is Application Subject To Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on `_____`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes  ☒ No

If "Yes", provide explanation and attach

`_____` [Add Attachment] [Delete Attachment] [View Attachment]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: | `Mr.` |
| * First Name: | `Larry` |
| Middle Name: | |
| * Last Name: | `Francois` |
| Suffix: | |

* Title: `Superintendent`

* Telephone Number: `360-299-4003`    Fax Number: `_____`

* Email: `lfrancois@nwesd.org`

* Signature of Authorized Representative: `Tamara R Shoup`    * Date Signed: `11/02/2022`

AR001053

Areas Affected by Project

84.184H School Based Mental Health

LEA: Northwest Educational Service District 189

State: Washington

Region: Northwest Washington

Counties: Island, San Juan, Skagit, Snohomish, Whatcom

Recognized Tribes:

1. Lummi Tribe
2. Nooksack Indian Tribe
3. Samish Indian Nation
4. Sauk-Suiattle Indian Tribe
5. Stillaguamish Tribe of Indians
6. Swinomish Indian Tribal Community
7. Tulalip Tribes
8. Upper Skagit Indian Tribe

School Districts:

1. Anacortes
2. Arlington
3. Bellingham
4. Blaine
5. Burlington-Edison
6. Concrete
7. Conway
8. Coupeville
9. Darrington
10. Edmonds
11. Everett
12. Ferndale
13. Granite Falls
14. Index
15. La Conner
16. Lake Stevens
17. Lakewood
18. Lopez Island
19. Lynden
20. Marysville
21. Meridian
22. Monroe
23. Mount Baker
24. Mount Vernon
25. Mukilteo
26. Nooksack Valley
27. Oak Harbor
28. Orcas Island
29. San Juan Island
30. Sedro-Woolley
31. Shaw Island
32. Snohomish
33. South Whidbey
34. Stanwood-Camano
35. Sultan

NWESD Areas Affected by
Project 10/22/2022

AR001054

**Congressional Districts in Project**

84.184H School Based Mental Health

LEA: Northwest Educational Service District 189

NWESD School-Based Mental Health Services (SBMHP+): Responding to the Needs of Students with

the Most Complex Mental Health Concerns

State: Washington

LEA Region: Northwest Washington

Congressional Districts in Project: 1 and 2

| Congressional District 2 | Congressional District 1 |
|---|---|
| Anacortes - 98221 | Arlington – 98223 |
| Bellingham – 98225 | Bellingham – 98225 |
| Burlington-Edison – 98233 | Blaine – 98230 |
| Conway – 98274 | Burlington-Edison – 98233 |
| Coupeville - 98239 | Concrete – 98237 |
| Edmonds – 98036 | Darrington - 98241 |
| Everett - 98201 | Granite Falls - 98252 |
| Ferndale - 98248 | Index - 98256 |
| La Conner - 98257 | Marysville – 98270 |
| Lake Stevens – 98258 | Lake Stevens – 98258 |
| Lakewood - 98271 | Monroe - 98272 |
| Lopez Island - 98261 | Snohomish - 98290 |
| Lynden - 98264 | Sultan - 98294 |
| Marysville – 98270 | |
| Meridian - 98226 | |
| Mount Vernon - 98273 | |
| Mukilteo - 98275 | |
| Nooksack - 98247 | |
| Oak Harbor - 98277 | |
| Orcas Island - 98245 | |
| San Juan Island - 98250 | |
| Shaw Island - 98286 | |
| Sedro-Woolley - 98284 | |
| South Whidbey - 98260 | |
| Stanwood-Camano - 26920 | |

AR001055

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

`1235-NWESD_SBMHP+_GEPA.pdf`   [Add Attachment] [Delete Attachment] [View Attachment]

**AR001056**

**Compliance with General Education Provisions Act Section 427**

LEA: Northwest Educational Service District 189

**NWESD School-Based Mental Health Services (SBMHP+): Responding to the Needs of Students with the Most Complex Mental Health Concerns**

Northwest Educational Service District 189 (NWESD) will ensure that no student or staff member is denied participation based on gender, race, national origin, color, disability, sexual orientation, or age. This project is designed to increase student access to credentialed school-based mental health professionals, particularly for underserved groups at higher risk of mental health challenges including racial and ethnic minority youth, LBGTQ+ youth, low-income youth, youth in rural areas, youth in immigrant and migrant households, and homeless youth.

Northwest Educational Service District 189 (NWESD) has taken steps to mitigate barriers to access. Grant funds will be used to:

- Recruit, hire, train and support, place and retain credentialed school-based mental health professionals (SBMHP+) serving in schools furthest from services

- Recruit, hire, train and support, place and retain SBMHP+ who are from diverse backgrounds and/or from the communities served

- Provide translation/interpretation services to support virtual interventions and mental health support for students who are English Learners and their families

- Deliver school-based mental health services in-person and virtually

- Allocate time for SBMHP+ to work with families to ensure communication between home and school with constant conversations through web-based visits, phone calls, emails etc.

AR001057

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

* APPLICANT'S ORGANIZATION

Northwest Educational Service District 189

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Mr.      * First Name: Larry      Middle Name:

* Last Name: Francois      Suffix:

* Title: Superintendent

* SIGNATURE: Tamara R Shoup      * DATE: 11/02/2022

---

AR001058

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| Ms. | Natalie | | Gustafson | |

Project Director Level of Effort (percentage of time devoted to grant): 25

Address:

* Street1: 1601 R Avenue

Street2:

* City: Anacortes

County: Skagit

* State: WA: Washington

* Zip Code: 98221-2276

Country: USA: UNITED STATES

* Phone Number (give area code): 360-299-4038

Fax Number (give area code):

* Email Address: ngustafson@nwesd.org

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR001059

**4. Human Subjects Research:**

    a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b. Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

    [　　　　　　　　　　]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**AR001060**

**Abstract**

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1246-NWESD_SBMHP+_Abstract.pdf | [Add Attachment] [Delete Attachment] [View Attachment]

PR/Award # S184H220074

Page e13

Tracking Number:GRANT13747380    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 06:57:56 PM EDT

AR001061

**NWESD School-Based Mental Health Services (SBMHP+): Responding to the Needs of Students with the Most Complex Mental Health Concerns**

Northwest Educational Service District 189 (NWESD) is an LEA as defined in 20 U.S.C. 7801(30) and a licensed Behavioral Health Agency, providing a continuum of school-based mental and behavioral health services across northwest Washington serving students in 35 school districts in Island, San Juan, Skagit, Snohomish, and Whatcom counties on land of Lummi, Nooksack, Samish, Swinomish, Stillaguamish, Sauk-Suiattle, Upper Skagit, and Tulalip Tribes.

There is a critical need to increase the number of credentialed school-based mental health professionals (SBMHP+) with the requisite education, training, and supervision to address the needs of students with complex mental health issues. NWESD will recruit, place, support, and retain 20 SBMHP+ to provide behavioral health services for students in schools with the greatest need (Absolute Priority 2). This will increase access for up to 5,000 students (1 SBMHP+:250 students) annually, including more intensive support and case management for up to 800 students annually. To adequately support the unique cultural needs and experiences of our priority population, NWESD will seek and encourage people from diverse backgrounds and those who are from the community to become SBMHP+ (Competitive Preference Priority 2).

NWESD will scale its existing SBMHP+ services, ensuring prompt delivery of services no later than 180 days from the date of award notification. NWESD has the requisite cooperative agreements with schools, state and county health departments, and community-based organizations to deliver on the promise to protect and prioritize the needs of students with higher needs and those at greater risk of mental health challenges. Outcome measurables will be monitored for continuous improvement to increase the number of SBMHP+ hired (GPRA1) and retained (GPRA2), decrease rate of attrition (GPRA4), improve the SBMHP+ to student ratio (GPRA3), increase the number of students served (GPRA5), and increase qualified applicants from traditional underrepresented groups (GPRA6).

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**  1234-NWESD_SBMHP_Narrative and Logic Model.pdf

Add Mandatory Project Narrative File    Delete Mandatory Project Narrative File    View Mandatory Project Narrative File

To add more Project Narrative File attachments, please use the attachment buttons below.

Add Optional Project Narrative File    Delete Optional Project Narrative File    View Optional Project Narrative File

Tracking Number:GRANT13747380    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 06:57:56 PM EDT

**AR001063**

**NWESD School-Based Mental Health Services (SBMHP+): Responding to the Needs of Students**

**with the Most Complex Mental Health Concerns**

**TABLE OF CONTENTS**

Eligible Local Education Agency with Demonstrated Need......................................................2

Need for Project – The Importance and Magnitude of Youth Mental Health.........................2

　　　Table 1. Number and ratio of providers in northwest Washington schools................3

　　　Table 2. Students with multiple mental health symptoms...........................................6

　　　Table 3. Priority population in schools determined to have greatest need................10

Quality of Project Design....................................................................................................11

Absolute Priority 2...............................................................................................................12

Competitive Preference 2....................................................................................................14

Plan for prompt delivery of services...................................................................................20

Quality of Project Personnel................................................................................................24

Management Plan and Adequacy of Resources...................................................................27

Cross-System Collaboration and Coordination...................................................................28

Project Budget......................................................................................................................30

Logic Model.........................................................................................................................31

References.............................................................................................................................43

***Other Attachments***

Section C Budget Narrative

Individual Resumes for Project Director and Key Personnel

Copy of Indirect Cost Rate Agreement

Letters of Support from school districts in northwestern Washington and Western Washington University

AR001064

## PROPOSAL NARRATIVE

Northwest Educational Service District 189 (NWESD) is an LEA as defined in 20 U.S.C. 7801(30) and a licensed Behavioral Health Agency. NWESD provides a continuum of school-based mental and behavioral health services across northwest Washington serving students in 35 school districts in Island, San Juan, Skagit, Snohomish, and Whatcom counties on land of Lummi, Nooksack, Samish, Swinomish, Stillaguamish, Sauk-Suiattle, Upper Skagit, and Tulalip Tribes.



### Need for the Project

There is a critical need to increase the number of credentialed school-based mental health professionals (SBMHP+) with the requisite education, training, and supervision to address the needs of K-12 students with complex mental health issues at school. In the NWESD school service area, 40% of schools are unable to access critical mental health services for students (NWESD Scan, 2021). Some of the identified barriers include geographic isolation, high student to provider ratios, attrition, complexity and intensity of mental health challenges, cumbersome and unsuccessful navigation to community-based services, cultural and linguistic hurdles, and a healthcare system that is overwhelmed.

AR001065

***Geographic Isolation*** | Schools in two of the five counties are located on islands and the other three counties contain very rural schools that reach east into the foothills of the Cascade Mountain range and north to the Canadian border. There is one major interstate (I-5) through this region and most of the population and services are located nearby, leaving schools furthest from I-5 with very limited access to mental health and other supportive services. These schools are less likely to establish successful community-based mental health partnerships or have refined processes for referring students (NWESD Scan, 2021). When schools do manage to secure community-based services, they are extremely limited due to restrictions on funding and limited capacity. This puts already vulnerable students at great risk.

***High SBMHP to Student Ratio*** | Children and youth are more likely to receive mental health services in schools than in any other setting, including doctors' offices or community-based mental health clinics (Duong, Bruns et al., 2020); yet the ratio of credentialed school-based mental health professionals to students is too high to obtain adequate access. In our region, the school counselor to student ratio is 1:640 (NWESD Scan, 2021) and the social worker to student ratio is 1:16,400 (OSPI, 2022). This far exceeds the 1:250 ratio recommended by the American School Counselor Association (ASCA, 2021) and is greater than the national average of 1:415 for school counselors and 1:2,106 for school social workers. The school psychologist to student ratio is 1:710 which is better than the state (1:973) or national (1:1162) average but still inadequate. In addition, school psychologists' scope of work is largely restricted to serving only students eligible for special education services. Students' access to a credentialed school-based mental health professional who can provide intensive Tier 3 services, those we are calling SBMHP+, is extremely rare. The SBMHP+ to student ratio is 1:16,400 (NWESD Scan, 2022).

*Table 1. Number and ratio of school-based mental health professionals to students in NWESD schools*

| Professionals | LEA – NWESD region | WA State | National |
|---|---|---|---|
| School Social Workers | 1:16,400 (OSPI Scan, 2022) 164,000 students | 1:14,391 (UCLA, 2021) 1,087,354 students | 1:2,106 (UCLA, 2021) 49,356,945 students |

AR001066

|  | <10 social workers | 75 social workers | 23,436 social workers |
|---|---|---|---|
| School Psychologists | 1:709 (NWESD Scan, 2022) 164,000 students 231 school psychs | 1:973 (NASP, 2021) 1,091,404 students 1,122 school psychs | 1:1162 (NASP, 2021) 49,356,945 students 42,476 school psychs |
| School Counselors | 1:640 (NWESD Scan, 2021) 164,000 students 256 school counselors | 1:441 (ASCA, 2021) 1,087,354 students 2,465 school counselors | 1:415 (ASCA, 2021) 49,356,945 students 118,902 school counselors |
| SBMHP+ | 1:16,400 (NWESD Scan, 2022) 10% of 16,400 students 10 SBMHP+ | No data available | No data available |

***Workforce Instability*** | Washington state is experiencing high turnover and shortages of behavioral health care professionals. The annual turnover rate for clinicians with a master's degree is 28%; the annual turnover rate for all behavioral healthcare staff is 32%; and the average time to fill critical staff positions is five months (Whatcom, 2021). Behavioral health workforce issues are influenced by low wages ($25 per hour for master's level professional) that fail to attract or retain credentialed mental-behavioral health professionals, a lack of multilingual mental health professionals to meet the community's needs, and a lack of incentive to serve in school-based settings, many opting for private practice where earnings are greater, and caseloads are more controlled (Whatcom, 2021). These factors increase stress and burnout of existing school-based mental health professionals who feel overwhelmed by the number of students in need, the complexity of mental health concerns students experience and the inability to meet those needs.

***Severity and Urgency of Student Mental Health Concerns*** | The frequency and severity of behavioral health concerns in the region is alarming. In the spring of 2022, NWESD partnered with Mount Vernon School District to administer the Student Risk Screening Scale for Internalizing and Externalizing behaviors (SRSS-IE) to 2,453 elementary students and 1,257 middle school students. The SRSS-IE helps identify students at risk for challenging and anti-social behavior. The SRSS-IE results for elementary students revealed that 44% were at moderate to high risk for internalizing behaviors, and 32% were at moderate to high risk for externalizing behaviors. At the middle school level, 23% of students were at moderate to high risk for internalizing behaviors, and 23% were at moderate to high for externalizing behaviors.  In addition, NWESD administered the Global Appraisal of Individual Needs Short Screener (GAIN SS) to students (aged 11 and up) in our region who were referred for intervention services. The GAIN SS identifies students having one or more behavioral health disorders (e.g., internalizing or externalizing psychiatric disorders, substance use disorders, or crime or violence problems) which suggests the need for referral to some part of the behavioral health treatment system. Internalizing behaviors are primarily focused on the presence of symptoms of anxiety, depression, psychosis and suicidal thoughts. Externalizing behaviors are focused on behavioral symptoms such as ADHD and conduct disorder. Substance use questions assess the significance of substance dependent behaviors, and crime/violence focuses on aggressive, oppositional or criminal behaviors. From these questions the screener derives a combined Mental Health score. Students who score in the %w/3+ category are determined to need a referral to mental health assessment and treatment services. There is marked increase in the number of students scoring in the 3+ symptomology; total GAIN symptoms have increased from 47.6% (2018-2019) to 56.9% (2021-22) in just three years. Students' symptoms at the time of this screening exceed the scope and practice of traditional school-based mental health professionals such as school counselors. The seriousness of these students' concerns indicates a need for more clinical interventions and support at school.

*Table 2. Nearly 57% of students assessed by GAIN-SS have multiple mental health symptoms (%w/3+)*

| 2018-2019 School Year – Pre Covid Baseline | GAIN-SS - Number of Students with Number of Symptoms | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Total | 0 | 1 | 2 | 3+ | %w/1+ | %w/2+ | %w/3+ |
| | Internal | 1,012 | 538 | 57 | 64 | 309 | 42.5 % | 36.9 % | 30.5 % |
| | External | 1,012 | 526 | 60 | 96 | 296 | 44.7 % | 38.7 % | 29.2 % |
| | Substance Use | 1,012 | 762 | 69 | 48 | 131 | 24.5 % | 17.7 % | 12.9 % |
| | Crime/Violence | 1,012 | 743 | 156 | 61 | 51 | 26.5 % | 11.1 % | 5.0 % |
| | Mental Health | 1,012 | 508 | 30 | 55 | 356 | 43.6 % | 40.6 % | 35.2 % |
| | Dual Diagnosis | 1,012 | 764 | 70 | 52 | 124 | 24.3 % | 17.4 % | 12.3 % |
| | Total GAIN Symptoms | 1,012 | 504 | 13 | 13 | 482 | 50.2 % | 48.9 % | 47.6 % |

| 2019-20 School Year – Lower student numbers due to Covid closures in March 2020 | GAIN-SS - Number of Students with Number of Symptoms | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Total | 0 | 1 | 2 | 3+ | %w/1+ | %w/2+ | %w/3+ |
| | Internal | 778 | 387 | 28 | 65 | 272 | 46.9 % | 43.3 % | 35.0 % |
| | External | 778 | 381 | 31 | 81 | 255 | 47.2 % | 43.2 % | 32.8 % |
| | Substance Use | 778 | 580 | 42 | 48 | 107 | 25.3 % | 19.9 % | 13.8 % |
| | Crime/Violence | 778 | 570 | 108 | 62 | 38 | 26.7 % | 12.9 % | 4.9 % |
| | Mental Health | 778 | 373 | 9 | 39 | 308 | 45.8 % | 44.6 % | 39.6 % |
| | Dual Diagnosis | 778 | 580 | 44 | 54 | 99 | 25.3 % | 19.7 % | 12.7 % |
| | Total GAIN Symptoms | 778 | 373 | 3 | 9 | 393 | 52.1 % | 51.7 % | 50.5 % |

| 2021-22 School Year – Post Covid Re-engagement | GAIN-SS - Number of Students with Number of Symptoms | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Total | 0 | 1 | 2 | 3+ | %w/1+ | %w/2+ | %w/3+ |
| | Internal | 885 | 380 | 40 | 55 | 354 | 50.7 % | 46.2 % | 40.0 % |
| | External | 885 | 378 | 48 | 93 | 321 | 52.2 % | 46.8 % | 36.3 % |
| | Substance Use | 885 | 613 | 69 | 64 | 137 | 30.5 % | 22.7 % | 15.5 % |
| | Crime/Violence | 885 | 609 | 155 | 61 | 57 | 30.8 % | 13.3 % | 6.4 % |
| | Mental Health | 885 | 367 | 18 | 41 | 372 | 48.7 % | 46.7 % | 42.0 % |
| | Dual Diagnosis | 885 | 613 | 71 | 66 | 134 | 30.6 % | 22.6 % | 15.1 % |
| | Total GAIN Symptoms | 885 | 366 | 5 | 10 | 504 | 58.6 % | 58.1 % | 56.9 % |

***Navigating Access*** | Increasing school-based services positively affects students with mental health needs (Sanchez et al., 2017). School counselors offer mental health promotion, awareness, education, support (prevention) and intervention. They do not, and in many cases are prohibited from, providing mental health evaluation and treatment at school. To access these services, schools must navigate the complex web of community-based mental health, health care, and insurance systems only to face persistent barriers

to access. Families are also more reluctant to engage in services they are unfamiliar with and that present additional physical, logistical and financial challenges. Some students and families are hesitant due to culture, stigma, and a lack of knowledge and understanding about mental health services. Without family cooperation, our students have little to no access to care. As a result, student mental health problems often escalate, and schools are faced with more students needing higher levels of support. There are simply not enough school counselors, social workers, psychologists, or "other credentialed" school-based mental health providers (SBMHP+) to intervene early enough to prevent conditions from becoming worse.

***Hospitals and Clinics Overwhelmed*** | Child-serving community-based mental health agencies are overwhelmed and understaffed. As recently as this week (Oct 31) agencies in northwest Washington reported that they are not accepting new clients and are limiting services for existing clients. Hospital emergency departments feel the impact. Mental health-related visits to emergency departments for children ages 5-17 between April and October of 2020 increased by 24-31%, compared with the same time period in 2019 (Leeb et al., 2020).

***Students in Crisis*** | There is an alarming increase in the prevalence of students experiencing mental health challenges. Nationally, one in three high school students and half of female students reported persistent feelings of sadness or hopelessness, an overall increase of 40% from 2009 (US Surgeon General, 2021). In Washington state, suicide is the second leading cause of death for teens 15-19 years old. In NWESD schools (Healthy Youth Survey (HYS), 2021):

- 18% of youth in grade eight and 21% of youth in grades 10 and 12 considered attempting suicide; 18.8% of high school students in the nation considered attempting suicide (YRBSS, 2019).

- 15% of youth in grade eight, 17% of youth in grade 10, and 14% of youth in grade 12 made a suicide plan; 15.7% of high school students in the nation made a suicide plan (YRBSS, 2019).

- 8% of youth in grade eight and 10, and 7% of youth in grade 12 attempted suicide; 8.9% of high school students in the nation attempted suicide (YRBSS, 2019).

AR001070

- 50% of youth in grade eight, 57% of youth in grade 10, and 63% of youth in grade 12 reported that they were unable to stop or control worrying.
- 62% of youth in grade eight, 70% of youth in grade 10 and 74% of youth in grade 12 reported feeling nervous or anxious.

Suicidal Feelings and Actions...
Students who report considering suicide, making a suicide plan, and attempting suicide in the past year
8th
10th
12th
% of Students
18%
21%
21%
15%
17%
14%
8%
8%
7%
Considered attempting suicide in past year
Made a suicide plan in past year
Attempted suicide in past year
Feeling Anxious and not able to Stop Worrying...
Students who report feeling nervous, anxious or over the edge or not being able to stop or control worrying in the past 2 weeks
Anxious, nervous or on edge
Not able to stop or control worrying
% of Students
62%
50%
70%
57%
74%
63%
8th
10th
12th

*Figure 1. NWESD 2021 Healthy Youth Survey of students' suicidal feelings and actions, students who feel nervous and anxious*

More students in our region (14%) have experienced four or more Adverse Childhood Experiences which is greater than Washington state youth overall (11%) (HYS, 2021). Equally concerning is that fewer youth report having no ACEs (39%) as compared to the youth statewide (43%) (HYS, 2021).

Frequency of WAH-ACEs score compared to the state, Grade 10
50%
40%
30%
20%
10%
0%
39%
43%
24%
23%
14%
13%
9%
9%
14%
11%
0
1
2
3
4+
Number of ACEs
Local
State

*Figure 2. NWESD 2021 Healthy Youth Survey of students in grade 10 that report Adverse Childhood Experiences*

Students are shouldering feelings of sadness and hopelessness; 35% of youth in grade eight, 39% of youth in grade 10 and 45% of youth in grade 12 report feeling sad and hopeless (HYS, 2021). National statistics show that 36.7% of high school students experience persistent feelings of sadness and hopelessness (YRBSS, 2019). At the same time, just under half of youth in grades 8, 10, and 12 report that they have an adult to turn to when they feel sad or hopeless (HYS, 2021).



*Figure 3. NWESD 2021 Healthy Youth Survey students' feelings of sadness, hopelessness, and without a caring adult to turn to*

***Students at Greatest Risk |*** School-based mental health services can close gaps in access for historically underserved populations (Lyon et al., 2013). Underserved groups at higher risk of mental health challenges include racial and ethnic minority youth, LBGTQ+ youth, low-income youth, youth in rural areas, youth in immigrant households, and homeless youth (U.S. Surgeon General, 2021). NWESD's priority population includes 19,680 (12%) English language learners, 37,556 (22.9%) Hispanic/Latino students, 70,028 (42.7%) students experiencing the conditions and consequences of poverty, 4,264 (2.6%) mobile students which include children with a parent in the military, 2,460 (1.5%) migrant students whose families work in agriculture and fisheries, and 5,084 (3.1%) of students experiencing homelessness. National data from the 2019 YRBSS states that students that identify as LGBTQ+ are two times more at risk for feeling persistently sad and hopeless during the past year, to have missed school

*NWESD SBMHP+ Project Narrative*

**AR001072**

due to safety concerns, and to have used illicit drugs other than alcohol or cannabis. They are three and a half times as likely to have made a suicide plan and four times as likely to have attempted suicide one or more times in the past 12 months. Mental health supports for this population of students can be lifesaving as their risk factors are magnified when compared to the overall student population. Table 3 provides examples of priority populations in NWESD's 35 rural, isolated, and underserved school districts.

*Table 3 | Students at greatest risk for mental health challenges in example schools with greatest demonstrated need (OSPI, 2021).*

| District County Enrollment | English language learners | Hispanic/Latino Students | Low-income | Mobile | Migrant | Homeless |
|---|---|---|---|---|---|---|
| WA State 1,091,404 | 12.5% | 25.2% | 47.6% | 2.0% | 2.0% | 2.7% |
| **NWESD 164,000** | **12%** **19,680** | **22.9%** **37,556** | **42.7%** **70,028** | **2.6%** **4,264** | **1.5%** **2,460** | **3.1%** **5,084** |
| Sedro Woolley Skagit 4,479 | 8.2% 367 | 23.3% 1,044 | 55.5% 2,486 | 4.1% 184 | 2.5% 112 | 5.9% 264 |
| Mount Vernon Skagit 6,708 | 24.6% 1,650 | 56.3% 3,777 | 66.5% 4,460 | 2.8% 188 | 16.1% 1,080 | 2.3% 155 |
| Marysville Snohomish 10,233 | 12.3% 1,259 | 26.8% 2,742 | 54.8% 5,608 | 4.5% 460 | 2.3% 235 | 4.5% 460 |
| Monroe Snohomish | 11.3% 687 | 25.7% 1,563 | 35.2% 2,141 | 4.4% 267 | 0.2% 12 | 3.4% 207 |

*NWESD SBMHP+ Project Narrative*

AR001073

| | | | | | | |
|---|---|---|---|---|---|---|
| 6,083 | | | | | | |
| Ferndale<br>Whatcom<br>4,447 | 8.4%<br>374 | 23.3%<br>1,036 | 52.9%<br>2,352 | 3.6%<br>160 | 0.9%<br>40 | 2.2%<br>98 |
| Blaine<br>Whatcom<br>2,176 | 4.6%<br>100 | 16%<br>348 | 48.8%<br>1,062 | 3.8%<br>10 | 0.2%<br>4 | 1.6%<br>35 |
| Oak Harbor<br>Island<br>5,873 | 4.1%<br>241 | 20.1%<br>1,180 | 41.5%<br>2,437 | 4.9%<br>288 | 0.3%<br>18 | 3.5%<br>206 |
| San Juan Is.<br>San Juan<br>790 | 5.9%<br>47 | 20.7%<br>164 | 42.2%<br>333 | 3.8%<br>30 | 1.4%<br>11 | Data<br>Suppressed |

## Quality of Project Design

NWESD will increase (Absolute Priority 2) and diversify (Competitive Preference 2) the number of credentialed school-based mental health professionals serving students at school. Specifically, NWESD will recruit, place, support, and retain 20 credentialed school-based mental health professionals (SBMHP+) with the requisite training and clinical supervision necessary to provide Tier 3 behavioral health supports at school – mental health assessment, individual service planning, specific therapy modalities, case management, and transition planning. The SBMHP+ will also participate in Multi-Tiered System of Supports teams and contribute to promotion and prevention of youth mental health which includes outreach to families. Twenty SBMHP+ will increase access for up to 5,000 students (1:250 ratio), including up to 800 students annually who exhibit complex behavioral health concerns.

NWESD will utilize its existing K-12 school-based mental health staffing model to rapidly recruit, hire, place, and support and retain SBMHP+. NWESD's Behavioral Health and Prevention

Department currently provides regional behavioral health navigation support, technical assistance, and direct student assistance and mental health services to students. NWESD employs 10 credentialed, Masters level SBMHP+ who are serving K-12 students in schools with the greatest demonstration of need. SBMHP+ will dedicate 80% of their time to support students who need intensive Tier 3 intervention and treatment and 20% of their time supporting Universal Tier 1 and Selective Tiers 2 strategies (Figure 4). Tier 1 and 2 activities may relate to mental health awareness and promotion activities such as wellness and suicide prevention. Additionally, we staff 18 bachelors level student assistance professionals who provide Tier 2 support in communities with identified risk factors for student success.

A 2018 report exploring the landscape of mental health and wellness in Washington's K-12 education system affirms that an "effective multi-tiered system results in seamless service delivery at increasingly intensive level of support and allows for efficient identification, assessing, monitoring and improvement of mental health outcomes" (Kaiser Permanente, 2018). Because NWESD is also a licensed behavioral health agency (BHA), its SBMHP+ can provide a continuum of behavioral health services. School districts and most credentialed school-based mental health professionals are prohibited from providing this level of behavioral support in Washington state because most schools are not a state-licensed BHA. The following project goals outline how NWESD will recruit and retain SBMHP+ to support an effective and seamless MTSS for students.



*Figure 4. SBMHP+ to add critical capacity to Multi-Tiered System of Supports in schools (Kaiser, 2018)*

AR001075

**Goal 1: Increase the number of credentialed school-based mental health professionals in northwest Washington schools from 10 to 30 SBMHP+ by December 2027 (Absolute Priority 2).**

***Recruit*** | NWESD partners with Western Washington University to accelerate workforce onramps for graduate students in school counseling and clinical mental health programs. Western Washington University, located in our NWESD region, graduates 12 students each year who have the requisite knowledge and skills to become collaborative and ethical counselors and therapists who value diversity, equity and social justice. Students graduate meeting the relevant pre-licensure requirements to practice under approved supervision in mental health and educational settings. NWESD offers graduates the clinical supervision necessary to work towards state licensure which will prepare them to be SBMHP+ and can employ interns from this program.

NWESD works with colleges and universities across Washington and beyond to recruit a robust workforce of highly qualified SBMHP+. Currently, NWESD has successfully recruited six Student Assistance Professionals (SAP) who are pursuing a mental health related master's degrees at Boston College of Social Work, Walden University, or California Southern University. These students are utilizing their paid position as a NWESD SAP to gain experience and access clinical supervision, and they have expressed intent to continue employment as a SBMHP+.

NWESD will conduct targeted in-person and virtual outreach to directly recruit SBMHP+. This will include outreach at hiring fairs, networking at regional trainings, making presentations on college campuses, and relevant meetings in schools and communities. NWESD collaborates with a network of community-based behavioral health providers – Compass Health, Sea Mar, Catholic Community Services and private practice clinics - to share job opportunities and strategize and inform recruitment efforts. NWESD will also tap into University of Washington School Mental Health Assessment, Research, and Training (SMART) Center for technical assistance focused on building the mental health workforce in Washington state and delivering research-based strategies, policies, and practices relevant to the education context.

AR001076

NWESD uses a variety of well-established recruitment tools to advertise SBMHP+ positions: NWESD jobs webpage, Indeed, Facebook, WorkSource, Washington Association of School Counselors, American Mental Health Counselors Assocation, and National Association of Social Workers. This project will enable NWESD to boost job postings to a broader audience within and beyond the region. NWESD will clearly articulate the compensation, benefits, training and professional development offered, and the offer of a $1,200 annual signing/retention bonus on all job postings.

*Goal 1 project activities* will yield 20 credentialed school-based mental health professionals with 10 being hired in Year 1, plus four hired in Year 2, plus three hired in Year 3, plus three hired in Year 4. We will monitor the following progress indicators and outcome measures:

| Goal 1: Increase the number of credentialed school-based mental health professionals in northwest Washington schools from 10 to 30 SBMHP+ (Absolute Priority 2). | |
| --- | --- |
| Progress Indicators | Outcome Measures |
| Number of recruitment contacts<br><br>Number of qualified applicants<br><br>Recruit, hire, and place at least 5 SBMHP+ within the first 180 days of Year 1<br><br>Total number of SBMHP+ filled (10 in Year 1, 14 in Year 2, 17 in Year 3, and 20 in Years 4 and 5) | Number of unduplicated, cumulative new school-based mental health services providers hired (GPRA 1) |

**Goal 2: Expand the diversity of credentialed school-based mental health professionals serving K-12 students by at least 25% (Competitive Priority 2).**

*Diversify* | NWESD will seek and encourage persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, sexual orientation, age, or disability, to become credentialed school-based mental health professionals (Competitive Preference Priority 2). NWESD's 2023 administrative work plan aims to increase the number of qualified applicants from typically underserved groups by at least 25%. This directly supports the project goal to expand the

*NWESD SBMHP+ Project Narrative*

AR001077

diversity of SBMHP+. The project leadership team will work with the Human Resource, Communications, Migrant Education, and a cross-disciplinary Equity Committee to inform and curate digital and print content and images to be used for recruitment. By diversifying the workforce of SBMHP+, NWESD will increase access to care for prevention, intervention, and treatment services for populations that have experienced inequities and other disparities in being served by the health care systems. Strategies to accomplish this goal include:

- Project team members responsible for hiring and supervising will complete annual training in equitable hiring practices including recruitment, screening, interviewing, onboarding, supervision, and performance evaluation.

- Job descriptions and interview questions will be reviewed annually through an established equity lens to ensure a more inclusive and accessible job promotion and interview process that removes/reduces any perceived and/or institutional biases.

- Staff encouraged to pursue equity-related training and all professional development offerings include tenants of equity, diversity, and inclusion (EDI).

These practices have been developed and applied over the last 24 months, leading to successful recruitment and placement of 10 SBMHP+ of which three identify as representatives of underserved groups.

*Goal 2 project activities* will result in a SBMHP+ workforce that more closely represents the students we serve. We will monitor the following progress indicators and outcome measures:

| Goal 2: Expand the diversity of credentialed school-based mental health professionals serving K-12 students by at least 25% (Competitive Priority 2). | |
| --- | --- |
| Progress Indicators | Outcome Measures |
| 100% of project leadership team complete equitable hiring practices training annually<br><br>Job descriptions reviewed annually | Increase the percentage of qualified applicants who are members of groups that have traditionally been underrepresented based on race, color, |

AR001078

| Number of equity-related staff training | national origin, gender, sexual orientation, age, or |
|---|---|
| 100% of professional development offerings | disability by 25% (GPRA 6) |
| include tenants of EDI | |
| Established relationships with cultural groups to | |
| inform and develop workforce pathways (e.g., | |
| PFLAG, Community Action Latinx Advisory) | |

**Goal 3: Increase retention of credentialed SBMHP+ serving K-12 students**

*Retain* | NWESD will employ a variety of strategies that lead to higher retention of SBMHP+. These include: (A) equitable compensation and benefits, (B) clinical supervision and support, (C) professional development, and (D) staff wellness.

A.  Equitable compensation and benefits: NWESD established a salary schedule for SBMHP+ that is aligned with that of education staff associates (ESAs), such as school behavior analysts, school counselors, school nurses, school occupational therapists, school physical therapist, school psychologists, school social workers, and school speech language pathologists. The salary schedule articulates an appropriate salary placement based on the position requirement of a mental health master's degree which is comparable to other school-based master's level professionals. This includes a starting salary for credentialed SBMHP+ at $72,192 ($47.49 per hour compared to $25 per hour for most master's level positions available in the region) plus a 3.5% cost of living adjustment and 4.5% step increase annually. These positions are on a 190-day contract versus a 260-day contract, which provides greater work-life balance while still ensuring service availability year-round for students. As NWESD staff, SBMHP+ are offered health and long-term disability benefits and retirement through the School Employees Retirement System. As an added incentive, NWESD will offer a $1,200 retention bonus paid at the time of annual contract renewal. This is a more desirable benefit package than other mental health employers can offer and significantly enhances our ability to attract and retain staff.

The director (5%) and assistant director (25%) of NWESD's Department of Behavioral Health and Prevention are among others engaged in state-level conversations with the Washington State Office of Superintendent of Public Instruction (OSPI), the Professional Educator Standards Board (PESB), and state policymakers to address system-level workforce barriers which include recognition of SBMHP+ on the ESA salary schedule. This could allow schools to utilize basic education allocations to retain SBMHP+.

B. Clinical supervision: NWESD's Behavioral Health and Prevention team includes Licensed Independent Clinical Social Workers, Licensed Mental Health Counselors, and Licensed Marriage and Family Therapists who are state approved supervisors and Child Mental Health Specialists. Maintaining a clinical supervisor to SBMHP+ ratio of no more than 1:7, NWESD offers timely and relevant consultation and support. They provide the clinical supervision required for licensure candidates who are completing the necessary post-master's client hours and those in preparation for specific national exams. Pre-licensure Associates can practice under the supervision of approved clinical supervisors.

C. Professional development and training: SBMHP+ will receive 40 hours of paid time annually for training and professional development. Within the mental health field, having the necessary and appropriate training to meet the behavioral health needs of students is essential. Key personnel leading this project have extensive professional and educational training in clinical and school-based mental health. NWESD Behavioral Health and Prevention Services department is a regional hub for behavioral health technical assistance for school districts. Training and technical assistance includes: culturally inclusive mental and behavioral health supports, MTSS, Interconnected Systems Framework, referral processes and teaming, trauma informed and restorative school practices, universal and targeted screening, suicide prevention, intervention and postvention. To support SBMHP+ who have a continuum of experience - from interns to more seasoned professionals, individual training and learning plans will be developed to build on existing knowledge, support for grade levels and specific groups of students they serve and prioritize evidence-based modalities. All

staff will be trained or will have been trained in Trauma Focused Cognitive Behavioral Therapy, Motivational Interviewing, Dialectical Behavioral Therapy, Play Therapy, Family Systems, and Solution Focused Brief Therapy approaches. Other training may include various therapeutic group curriculums and techniques. Professional development sessions will be conducted as part of quarterly SBMHP+ Professional Learning Communities (PLCs) and made available either in-person or virtually. Staff will work with their supervisors to identify key training as needed and to ensure they meet continued education requirements that are specific to their state licensure. Staff are also often included in training opportunities and experiences offered by the school districts in which they are placed. In addition to project directed professional development and training, each SBMHP+ will be reimbursed up to $500 annually for continuing education required for obtaining and/or maintaining professional licensure.

Building and sustaining a cadre of SBMHP+ is complex work. The project leadership team - project director, behavioral health administrator, project manager/clinical supervisor - will attend the (virtually or in-person) *Annual Conference on Advancing School Mental Health* facilitated by the University of Maryland School of Medicine. The conference brings together leaders, practitioners, researchers, family members, advocates, and other stakeholders in the school mental health field to share the latest research and best practices. The conference aligns with NWESD values for building strong school-family-community connections that deliver high-quality, culturally responsive, and equitable evidence-based mental health promotion, prevention, and intervention to students and families as part of a multi-tiered system of supports.

D. Staff wellness: In addition to adequate compensation, a 190-day contract that allows for work-life balance, health care benefits, retirement, supportive supervision, staff wellness is crucial to workforce retention. A key component of staff wellness is having strong collegial relationships that support a safe and supportive work environment. The SBMHP+ leadership team will provide quarterly opportunities to convene as a PLC, hold monthly peer consultation groups, and create space on agendas for team building, networking, and collaboration.

AR001081

The project leadership team has successfully, even throughout the COVID-19 pandemic, led efforts to enhance staff wellness. They have extensive training on trauma informed practices and healing centered engagement. These practices guide work with students, families and school staff, and inform how individuals and teams develop as professionals. Project leaders led organizational efforts in becoming a trauma informed organization. NWESD encourages its staff to acknowledge and investigate topics in which they seek to grow personally and professionally. Creating a work culture that builds upon the unique strengths and talents of staff is a core value that influences retention of a healthy SBMHP+ workforce.

***Goal 3 project activities*** will result in improved retention of credentialed school-based mental health providers serving children and youth in our schools. We will monitor the following progress indicators and outcome measures:

| Goal 3: Increase retention of credentialed SBMHP+ serving K-12 students | |
| --- | --- |
| Progress indicators | Outcome Measures |
| SBMH salary schedule adopted<br>Hours of staff development and wellness activities completed<br>Number of hours clinical supervision hours completed<br>Number of SBMH professionals who achieve state licensure<br>Number of SBMH professionals who retain state licensure<br>Number of bachelors level professionals seeking a master's degree | Number of unduplicated, cumulative school-based mental health services providers retained as a result of grant activities (GPRA 2).<br>Rate of attrition of SBHP+ participating in the project (GPRA 4) |

**Goal 4: Decrease student to SBMHP+ ratio from 1:1,640 to 1:547 by December 2027**

This project will increase the number of SBMHP+ equipped and able to provide mental health support and treatment services – including diagnostic assessment, evaluation and treatment – in the school setting. Informed by BH-MTSS practices and collected data, students who need this level of support account for an estimated 10% of students in our schools (16,400 students). NWESD currently employs 10 SBMHP+, a ratio of 1:1,640. This project will increase the number of SBMHP+ to 30, a ratio of 1:547. NWESD will obtain prior, written, informed consent from the parent of each child who is under 18 years of age to participate in any mental-health assessment or service funded under this program and connected with an elementary or secondary school.

This level of school-based mental health services is possible because NWESD is both an LEA and licensed Behavioral Health Agency (BHA). NWESD services are covered under Health Insurance Portability and Accountability Act (HIPAA) compliance and the Family Educational Rights and Privacy Act (FERPA). NWESD will ensure that any school-based mental health services, including those offered via telehealth, will be provided in an equitable manner and consistent with the FERPA, the Protection of Pupil Rights Amendment (PPRA), the HIPAA, and all other applicable Federal, State, and local laws and profession-specific ethical obligations. The use of an electronic record keeping system in this project protects student and family privacy and allows for quality management of mental health services and documents.

NWESD has a plan for prompt delivery of services to students no later than 180 days from award notification. Job descriptions for SBMHP+ are established and recruitment can begin in January 2023. Ten SBMHP+ positions will be filled in Year 1, plus four in Year 2, plus three in Year 3, plus three in Year 4, leading to 20 full-time SBMHP+ serving students in schools.

Leveraging a combination of in-person, hybrid, and telehealth service delivery will improve students' access to services where none are available. NWESD can pair a SBMHP+ serving a medium size school with a small and more remote school. For example, a SBMHP+ at Anacortes Middle School (2,599 students, located on an island with a land bridge) may also be assigned to San Juan School District

(790 students, located on an island only accessible by state ferry), delivering a combination of in-person and telehealth services. NWESD successfully pivoted to telehealth for prevention, intervention and mental health support services when schools reopened during the COVID-19 pandemic. NWESD has established telehealth procedures and guidelines, access to a HIPAA compliant Zoom and use of an electronic record system to enable access to another telehealth technology option. The ability to utilize a telehealth/hybrid model may influence recruitment of professionals who more closely represent the students and families NWESD serves. Telehealth/hybrid services can help place appropriately trained staff in remote locations, reducing lengthy, costly, and sometimes treacherous commutes.

*Goal 4 project activities* will decrease the SBMHP+ to student ratio. We will monitor the following progress indicators and outcome measures:

| Goal 4: Decrease student to SBMHP+ ratio from 1:1,640 to 1:547 by December 2027 | |
| --- | --- |
| Progress indicators | Outcome Measures |
| Number of SBMHP+ placed in schools<br><br>Number of students accessing services in-person, hybrid, or exclusively via telehealth | Improved ratio of students to school-based mental health services providers and number of school-based mental health providers and students used to calculate the ratio (GPRA 3)<br><br>Total number of students who received school-based mental health services – in person and/or virtual - as a result of this grant (GPRA 5). |

**Goal 5: Diversify funding mechanisms to sustain SBMHP+ in schools**

NWESD will sustain services through a variety of funding mechanisms, including school-district cooperative agreements and, potentially, through coordination of Medicaid and private insurance billing. During this project period, NWESD will:

- Expand cooperative service agreements with school districts, further developing a braided funding approach to sustain services.

AR001084

- Explore and develop the necessary contractual agreements with managed care organizations (MCOs) to coordinate Medicaid and insurance billing for allowable services. This will support long term sustainability, providing critical capacity to expand future services in schools.

- Further develop relationships with county health departments and regional and state behavioral health entities who may be able to contribute to a braided funding approach to sustain services.

- Explore the creation of ESA (educational staff associate) certification for other credentialed SBMHP+ so that school districts can use basic education funds to support these specialized positions. Currently funding for these positions is limited to emergency relief and/or enrichment funds which are often funded by local tax levies. This would encourage other credentialed mental health professionals to seek employment in school-based mental health.

- Define the role of school based mental health professional "therapist" and the requisite supervision to ensure continuous support for SBMHP+. Few school districts have staff with the requisite credentials to provide the level of supervision required to retain staff with the highest level of licensure. NWESD is uniquely positioned as an LEA and licensed BHA and can offer this continuous support.

*Goal 5 project activities* will diversify funding mechanisms to sustain SBMHP+ long term. We will monitor the following progress indicators and outcome measures:

| Goal 5: Diversify funding mechanisms to sustain SBMHP+ in schools | |
|---|---|
| Progress indicators | Outcome Measures |
| Number and value of cooperative agreements with partnering school districts<br><br>Number and value of formal contracts with Managed Care Organizations in Washington state that enable NWESD to seek Medicaid | Number and amount of funding sources leveraged to sustain existing positions<br><br>School systems integrate treatment level services into the overall school based mental health landscape |

| reimbursement for allowable mental health services. School-based mental health professionals considered ESAs, therefore allowing basic education funds to be used to support these positions Shared definition of "therapist" adopted and shared understanding of the supervision required to retain professionals | Adoption of ESA certification for other credentialed school based mental health professionals |
|---|---|

**NWESD will comply with the General Education Provisions Action Section 427,** ensuring that no student or staff member is denied participation based on gender, race, national origin, color, disability, sexual orientation, or age. This project is designed to increase student access to credentialed SBMHP+, particularly for underserved groups at higher risk of mental health challenges including racial and ethnic minority youth, LBGTQ+ youth, low-income youth, youth in rural areas, youth in immigrant and migrant households, and homeless youth. NWESD has taken steps in the project design phase to mitigate barriers to access. Grant funds will be used to:

- Recruit, hire, train and support, place and retain credentialed school-based mental health professionals (SBMHP+) serving in schools furthest from services

- Recruit, hire, train and support, place and retain SBMHP+ who are from diverse backgrounds and/or from the communities served

- Provide translation/interpretation services to support virtual interventions and mental health support for students who are English Learners and their families

- Deliver school-based mental health services in-person and virtually

- Allocate time for SBMHP+ to work with families to ensure communication between home and school with constant conversations through web-based visits, phone calls, emails etc.

*NWESD SBMHP+ Project Narrative*

**AR001086**

**Quality of Project Personnel**

Key personnel equipped to carry out the project include the NWESD Behavioral Health & Prevention Director (5%) and Assistant Director (25%), plus a full-time Behavioral Health Administrator, full-time Program Manager/Clinical Supervisor, and a part-time Clinical Supervisor (50%) who will begin in Year 2. This staffing ensures adequate clinical supervisor at no more than a ratio of 1:7, and the leadership, influence and expertise to build a durable SBMHP+ program in our region. One full-time Administrative Assistant will provide clerical and logistical support for the life cycle of the project, including coordinating work that directly impacts recruitment, retention, service delivery, and supports mileage reimbursement, travel arrangements, data entry and data integrity, monitoring and reports, and strengthening implementation of the electronic records system within organization and department operations.

Twenty full-time School-Based Mental Health Professionals will provide direct services – a total of 10 in Year 1, 14 in Year 2, 17 in Year 3, and 20 in Years 4 and 5. Table 3 Describes the qualifications of key personnel and their project-related contributions. NWESD will seek and encourage applications from people who are members of groups that have been traditionally underrepresented.

When contracting for professional development services and when hiring consultants, NWESD will reach out to subject matter experts from culturally specific community groups and professionals.

*Table 3. Key personnel, credentials, and contributions to the project*

| Position | Credentials | Contributions |
|----------|-------------|---------------|
| Director (5%) | MA, Educational Leadership Professional Education Admin Cert (WA) Professional Education Teaching Cert 34 yrs. Ed leadership and educational support experience | Lead policy and system change efforts to enable durable retention of workforce in our region Ensure compliance Provide fiscal oversight |

AR001087

| | 10 yrs. school-based mental health exp. | Institutionalize project into the regional education system <br><br> Supervise, evaluate the Asst Director |
|---|---|---|
| Assist Dir (25%) | MS, Marriage and Family Therapy <br><br> Licensed Marriage and Family Therapist (WA) <br><br> Child Mental Health Specialist <br><br> Washington State Approved Supervisor <br><br> 20 yrs. of mental health work experience <br><br> 9+ yrs. of school-based mental health exp. | Provide project leadership and direction <br><br> Establish partnerships, negotiate agreements <br><br> Develop framework for diversifying the workforce <br><br> Diversify funding mechanisms <br><br> Convene statewide stakeholders (AESD, HCA, OSPI, MCO, CBOs) <br><br> Provide clinical supervision for up to 3 SBMHP+ <br><br> Supervise, evaluate the Behavioral Health Administrator |
| Behavioral Health Administrator (100%, 260 days) | MA, Psychology <br><br> Licensed Mental Health Counselor (WA) <br><br> Child Mental Health Specialist <br><br> Washington State Approved Supervisor <br><br> 30+ yrs. of mental health work exp. <br><br> 7+ yrs. of school-based mental health exp. | Oversee all program activities including recruitment, retention and workforce diversification <br><br> Provide clinical supervision for up to 4 SBMHP+ <br><br> Oversee Electronic Record system <br><br> Stay current on and maintain compliance with state behavioral health requirements, including informing and |

*NWESD SBMHP+ Project Narrative*

AR001088

| | | |
|---|---|---|
| | | enforcing policies and procedures that ensure HIPAA and FERPA<br><br>Monitor program budget<br><br>Coordinate sustainability efforts<br><br>Ensure quality management of mental health services<br><br>Oversee state audit<br><br>Coordinate with school, district and community-based partners<br><br>Supervise and evaluate the program manager, clinical supervisor, and administrative assistant |
| Project Manager/ Clinical Supervisor (100%, 260 days) | MA, Social Work<br><br>Licensed Independent Clinical Social Worker (WA)<br><br>Child Mental Health Specialist<br><br>Washington State Approved Supervisor<br><br>25+ yrs. of mental health work experience<br><br>15+ yrs. of school-based mental health exp. | Assist the Behavioral Health Admin with all project activities: recruitment, retention, and diversification of the workforce<br><br>Train SBMH providers in policies, procedures, clinical practices, data entry, compliance<br><br>Coordinate and monitor professional development<br><br>Manage project deliverables<br><br>Collect, analyze, and utilize data<br><br>Prepare and submit reports |

AR001089

| | | Provide clinical supervision for up to 7 SBMHP+ Outreach to schools to ensure effectiveness of services Coordinate SBMHP+ placement |
|---|---|---|
| Clinical Supervisor (begin Yr. 2) (50%, 260 days) | Candidates will have 5+ years clinical experience and meet state approved supervisor requirements | Provide clinical supervision for up to 6 SBMHP+ Contribute expertise to training and professional development |
| SBMHP+ (100%, 190 days) | Candidates' experience will range from intern level to state licensed. Prioritize SBMHP+ who reflect our student population and have school-based mental health experience. | Deliver direct services to students, focusing 80% of time on Tier 3 support and 20% on Tiers 1 and 2 support. |

**Management Plan and Adequacy of Resources**

NWESD is responsible for program and fiscal oversight responsibilities and has a successful record of managing Federal funds. NWESD is governed by a Board of Directors that oversees the Superintendent. Both the Board of Directors and the Superintendent will provide executive sponsorship and leadership. The Superintendent will serve as the primary liaison with the Washington Association of Education Service Districts (AESD) - a key player in statewide resource allocations - and will convene a monthly Superintendent's Advisory Council comprised of superintendents from the 35 school districts in northwest Washington. The Director (0.05 FTE) of Behavioral Health and Prevention will serve as the primary liaison between the Washington State Office of Superintendent of Public Instruction (SEA) and statewide directors of school-based mental/behavioral health services. The Assistant Director (0.25 FTE) will serve as primary liaison between partner organizations, including partner school districts,

*NWESD SBMHP+ Project Narrative*

**AR001090**

universities, managed care organizations, community-based organizations, professional and workforce development organizations and will direct project staff responsible for day-to-day operations.

Staffing Design: Special care has been taken to develop roles and responsibilities that will ensure the success of the SBMHP+ project. The design and management of the proposed project takes into consideration the unique role of school-based mental health professionals and the school communities in which they serve. Staffing includes the necessary management and administrative capacity, support for program delivery, rigorous supervision and professional development, and linkages to professional onramps. NWESD is committed to building position profiles that work to attract and retain the best candidates. The leadership team is staffed to provide high quality, licensed clinical supervision to ensure the success of project deliverables. The Behavioral Health Administrator (1.0 FTE) will provide leadership and oversight of implementation, including budget management, compliance, recruitment and retention strategies, clinical supervision, and relationships with school district partners. The Project Manager/Clinical Supervisor (1.0 FTE) will manage project implementation; train SBMHP+ in policies, procedures, clinical practices, data entry, compliance; coordinate and monitor professional development; oversee project deliverables; collect and analyze data, progress monitor; provide clinical supervision for up to seven SBMHP+; engage school personnel to ensure effectiveness of services; coordinate SBMH professional placement. One part-time (0.50 FTE) Clinical Supervisor will supervise up to six SBMHP+ and contribute to and facilitate training and professional development.

***Cross-system collaboration*** | NWESD works in collaboration with related Federal, State, and local organizations to ensure school-based efforts are coordinated. NWESD's school-based approaches are informed by evolving standards from the *National Center for School Mental Health* (NCSMH), the *Mental Health Technology Transfer Center (MHTTC) Network* - including its regional agent, the *Northwest MHTTC* operated by the University of Washington *Smart Center*. NWESD has access to these organizations for technical assistance with relevant training and pragmatic policy and procedural guidance.

These organizations and the State of Washington by way of its Office of the Superintendent of Public Instruction (OSPI) and particularly our Northwest Education Services District are and have been invested in the general growth and development of Multi-tiered Systems of Support (MTSS) as a comprehensive approach in school districts to identify and address the varied needs of student populations. NWESD has been involved in directly assisting school districts newly employing this model, which provides us significant experience working with an accepted model integrating specific mental health interventions to broaden school-based social emotional approaches with students.

NWESD continues to work with local Medicaid serving Behavioral Health Agencies (BHA's) and local school districts, to promote access to licensed mental health providers by way of increasing availability of state licensed in-person school-based mental health professionals, school-based tele-mental health services and other mental health support roles in school districts. With assistance from this grant, we aim to reverse the trending dearth of mental health workforce by supporting competitive wages, appropriate clinical supervision, supportive consultation, and comprehensive recruitment efforts.

For purposes of recruitment and diverse workforce sustainability NWESD will partner with local institutions of higher education, including University of Washington, Western Washington University (school counseling/mental health therapist programs), Antioch Seattle, City University Seattle, Skagit Valley College (Human Services program), and other of the region's community colleges.

For purpose of continued and accelerated expansion of mental health services and long-term program sustainability NWESD will continue and enhance collaboration and partnerships with regional Medicaid mental health providers including Compass Health, Sea Mar Community Health Centers, Catholic Community Services of Western Washington, and Consejo Counseling and Referral Services. ESD will continue and expand work with County health departments in its region to leverage local resources earmarked for children's behavioral health services. NWESD will also continue its current collaboration with local school districts and county government supporting local school-based health centers. These collaborations promise success in growing the number of credentialed SBMHP+ in the school community mental health system.

AR001092

## BUDGET NARRATIVE

A complete budget narrative (Section C Budget Summary) is uploaded to *Budget Narrative Attachment Form V1.2.* Grant funds will be used to support activities related to Goals 1 through 5 as outlined in this proposal. Federal funds include (Section A Budget Summary) $10,649,935 in direct costs, plus $762,536 in indirect costs at an approved rate of 7.16%, plus (Section D Budget Summary) $439,931 in limited administrative expenses. Non-Federal match (Section B Budget Summary) has been committed to support this ambitious effort at a total of $3,126,340 from Northwest Educational Service District 189 (Applicant), Skagit County (Local), and through cooperative agreements with school districts (Local). The total project cost is $14,978,742 for 60 months.

**Grant funds will be used to supplement, not supplant** existing school-based mental health services funds and to expand, not duplicate, efforts to increase the number of providers.  To ensure no duplication of efforts, the school-based mental health professions hired as a result of this grant will spend 80% of their time providing Tier 3 services, and 20% of their time providing 2 and 1. This will enhance services offered by school counselors, school social-workers, and school psychologist services. The SBMH professional will become a part of the school-level team to identify and respond to students' needs using multi-tiered systems of support. Having these specially trained and clinically supervised SBMHP+'s on school-level teams will nearly eliminate the delay in access to services students currently experience.

*NWESD Logic Model for increasing SBMHP+ in northwest Washington schools*

| | | | |
|---|---|---|---|
| **Approach: NWESD will build upon its successful model to recruit, hire, support, and retain credentialed SBMHP+ to serve students at greatest risk for mental health challenges in schools.** | | | |
| **Goal 1: Increase the number of credentialed school-based mental health professionals in northwest Washington schools from 10 to 30 by December 2027 (Absolute Priority 2).** | | | |
| Activities & Timeline | Resources | Progress Indicators | Outcome Measures |
| Partner w/colleges, universities, prof and community-based orgs to identify a robust pool of highly qualified SBMHP+ (Yrs. 1-5)<br><br>Conduct in-person and virtual outreach (Yrs. 1-5) | NWESD is a LEA and a state licensed BHA (Behavioral Health Agency) which appeals to MH professionals seeking licensure<br><br>NWESD HR dept. is experienced at managing the employment lifecycle and monitors and reports recruitment efforts | Number of recruitment contacts<br><br>Number of qualified applicants<br><br>Recruit, hire, and place at least 5 of 10 SBMHP+ within the first 180 days of Year 1<br><br>Number of SBMHP+ positions filled (10 in Year 1; 14 in Year 2, 17 in Year 3, and 20 in Years 4 and 5) | Number of unduplicated, cumulative new school-based mental health services providers hired (GPRA 1) |

*NWESD SBMHP+ Project Narrative Logic Model*

PR/Award # S184H220074
Page e46

AR001094

| | | | |
|---|---|---|---|
| Advertise with a variety of proven recruitment sites (Yrs. 1-5)<br><br>Encourage current bachelor's level staff to pursue Mental Health master's degree programs to become SBMHP+ (Yrs. 1-5)<br><br>Provide paid internship opportunities | Staff are experienced with in-person and virtual outreach<br><br>Advertising contracts established | | |

PR/Award # S184H220074

Page e47

AR001095

| Goal 2: Expand the diversity of credentialed school-based mental health professionals serving K-12 students by at least 25% (Competitive Priority 2). | | | |
|---|---|---|---|
| **Activities & Timeline** | **Resources** | **Progress Indicators** | **Outcome Measures** |
| Pursue new and expand existing partnerships with training and educational programs who prioritize selection of diverse, non-traditional, underrepresented student/ workforce populations (Yrs. 1-5)<br><br>Leadership team members complete annual training in equitable hiring practices including recruitment, screening, interviewing, onboarding, supervision, and | WWU and NWESD equity priorities are aligned<br><br>Consultation with NWESD Migrant Education and equity team<br><br>NWESD committed to workforce equity goal to increase workforce diversity by 25%<br><br>Established equitable hiring practices training<br><br>Established equity lens | 100% of project leadership team complete equitable hiring practices training annually<br><br>100% of job descriptions reviewed annually<br><br>Number of equity-related staff training<br><br>100% of professional development offerings include tenants of EDI<br><br>Established relationships with cultural groups to inform and develop workforce pathways | Increased percentage of qualified applicants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, sexual orientation, age, or disability by at least 25% (GPRA 6) |

AR001096

| | | | |
|---|---|---|---|
| performance evaluation (Yrs. 1-5)<br><br>Use equity lens to review and refine job descriptions and interview questions reviewed and refined annually (Yrs. 1-5)<br><br>Encourage staff to pursue equity-related training opportunities (Yrs. 1-5)<br><br>Ensure all professional development offerings include tenants of equity, diversity, and inclusion (EDI) (Yrs. 1-5) | | (e.g., PFLAG, Community Action Latinx Advisory) | |

| Goal 3: Increase retention of credentialed SBMHP+ serving K-12 students | | | |
|---|---|---|---|
| Activities & Timeline | Resources | Progress Indicators | Outcome Measures |
| Establish an equitable compensation model (Yr. 1)<br><br>Participate in state and regional level behavioral health meetings to address workforce barriers (Yrs. 1-5)<br><br>Maintaining a clinical supervisor to SBMHP+ ratio of no more than 1:7<br><br>Offer timely and relevant consultation and support (Yrs. 1-5)<br><br>Provide 40 hours of paid time annually for training and | Salary schedule modeled after credentialed school counselor/teacher schedule and includes an annual 3.5% COLA increase, plus 4.5% step increase, plus $1,200 contract signing bonus<br><br>Director and Asst. Director serve on state-level teams<br><br>State approved supervision provided by: Licensed Independent Clinical Social Workers, | SBMH salary schedule offered<br><br>State and regional level meetings held<br><br>Number of hours clinical supervision hours completed<br><br>Hours of staff development completed<br><br>Hours PLC supported<br><br>Hours of monthly peer consultation<br><br>Number of SBMHP+ achieving and/or retaining state licensure | Number of unduplicated, cumulative school-based mental health services providers retained as a result of grant activities (GPRA 2).<br><br>Rate of attrition of SBHP+ participating in the project (GPRA 4) |

*NWESD SBMHP+ Project Narrative Logic Model*

PR/Award # S184H220074
Page e50

AR001098

| | | | |
|---|---|---|---|
| professional development (Yrs. 1-5)<br><br>Participate in national conferences for school-based mental health services (Yrs. 1-5)<br><br>Convene quarterly PLC<br><br>Provide monthly peer consultation (Yrs. 1-5)<br><br>Support a trauma informed workplace (Yrs. 1-5)<br><br>Conduct exit interviews with SBMHP+ who do not renew their employment contract | Licensed Mental Health Counselors, and Licensed Marriage and Family Therapists who are also Child Mental Health Specialists<br><br>NWESD current and expanded staffing infrastructure to provide professional development, training, clinical supervision and support.<br><br>Current NWESD Student Assistance Professional workforce pursuing master's degree to become licensed SBMHP+ receive | Number of bachelors level professionals seeking a master's degree<br><br>Percent of staff who report positively on trauma informed workforce indicators of employee engagement survey<br><br>Retained staff will demonstrate a higher level of SBMHP skills and proficiency.<br><br>Students served by SBMHP's will receive higher quality services | |

| | | | |
|---|---|---|---|
| | flexible work schedules and internship opportunities. Access to internal and external professional development training and opportunities. Annual employee engagement and equity survey Exit interview protocol established | | |

*NWESD SBMHP+ Project Narrative Logic Model*

PR/Award # S184H220074

Page e52

**AR001100**

| Goal 4: Decrease student to SBMHP+ ratio from 1:1,640 to 1:547 by December 2027 | | | |
|---|---|---|---|
| **Activities & Timeline** | **Resources** | **Progress Indicators** | **Outcome Measures** |
| Place SBMHP+ in schools<br><br>Utilize Behavioral Health Multi-Tiered System of Supports for Behavioral Health (MTSS-BH) to better match student needs to specific SBMHP+ role, focusing 80% of time on Tier 3 and 20% on Tiers 1 and 2 (Yr. 1-5)<br><br>Strategically utilize telehealth and/or hybrid model to improve access to services where there is significant provider ratio imbalances. (Yr. 1-5) | Established template agreement and protocols in practice used by10 existing SBMHP+<br><br>Existing training on MTSS-BH model, effective screening and referral processes<br><br>Existing telehealth services meet applicable privacy requirements and standards of care | Number of SBMHP+ placed in schools<br><br>Number of schools using MTSS-BH in schools<br><br>Caseload number for all Tiers of services; school counselors report increased capacity to provide Tier 1 and Tier 2 strategies designed to prevent escalation<br><br>Number of students accessing services in-person, hybrid, or exclusively via telehealth | Improved ratio of students to school-based mental health services providers and number of school-based mental health providers and students used to calculate the ratio (GPRA 3)<br><br>Total number of students who received school-based mental health services – in person and/or virtual - as a result of this grant (GPRA 5). |

AR001101

| Goal 5: Diversify funding mechanisms to sustain SBMHP+ in schools | | | |
|---|---|---|---|
| Activities & Timeline | Resources | Progress Indicators | Outcome Measures |
| Expand cooperative service agreements with school districts (Yr 1 and annually thereafter)<br><br>Explore the ability to coordinate Medicaid billing for allowable services (Yr. 1-2)<br><br>Develop the necessary contractual agreements with managed care organizations (Yrs 1-2)<br><br>Further develop relationships with county health departments, regional and state behavioral health entities (Yrs 1-5) | Existing cooperative agreements for SBMHP+ services with 10 school districts<br><br>MCO provider agreements and credentialing process with insurance providers in process<br><br>Research and bid to purchase electronic case management system capable of billing insurance ready<br><br>Existing relationships with regional health departments | Number and value of cooperative agreements with partnering school districts<br><br>Number and value of formal contracts with five Managed Care Organizations in Washington state<br><br>Number and value of other funding sources leveraged to sustain existing positions<br><br>Shared definition of "therapist" adopted and shared understanding of the supervision required to | Number and amount of funding sources leveraged to sustain existing positions<br><br>School systems integrate treatment level services into the overall school based mental health landscape<br><br>Adoption of ESA certification for other credentialed school based mental health professionals |

| | | | |
|---|---|---|---|
| Explore ESA cert so that basic education funds can be utilized to retain this level of staff (Yr. 2-3)<br><br>Define the role of SBMHP+ "therapist" and "supervision" in the context of school systems and policies. (Yr. 4-5) | Coordinate with Office of Superintendent of Public Instruction, Department of Education, Professional Education Standards board to strategize best method to broaden definition of school based mental health professional and inform ESA recognition<br><br>Review and utilize Washington Health Care Authority 2022 Medicaid School-Based Behavioral Health Services Billing Toolkit | retain SBMHP+ with state licensure<br><br>School-based mental health professionals considered ESAs, therefore allowing basic education funds to be used to support these positions<br><br>School systems integrate treatment level services into the overall school based mental health landscape | |

*NWESD SBMHP+ Project Narrative Logic Model*

PR/Award # S184H220074
Page e55

AR001103

**This ambitious work will improve/expand an existing approach.** Specifically, Goals 1 – 5 will:

- Improve infrastructure and expand capacity to increase the number of SBMHP+ in northwest Washington schools from 10 to 30. SBMHP+ will dedicate 80% of their time to support students in need of Tier 3 support, enabling existing school counselors to dedicate 80% of their time to mental health promotion and prevention (Tier 1 and 2). This will add much needed capacity and expertise to provide a continuum of MTSS-BH services for students.

- Expand effective strategies aimed at recruiting, hiring, supporting and retaining a SBMHP+ workforce that more closely represents the communities we serve.

- Strengthen and institutionalize retention strategies.

- Advance efforts to diversify funding through cooperative agreements between LEAs, county governments, managed care organizations, private insurance companies, and others.

**This approach will address existing barriers by:**

- Addressing pay equity issues by establishing a salary schedule that aligns with certificated teacher/counselor pay

- Addressing the lack of credentialed school-based mental health providers with the requisite expertise to provide Intensive Tier 3 support for students at school

- Expanding capacity of a team of state licensed clinical supervisors equipped and dedicated (time) to provide high quality supervision and support that leads to improved retention

- Building a more robust workforce serving students

- Seeking reimbursement through a variety of payees while ensuring access to all students, regardless of their ability to pay

**This approach will be sustained by:**

- Diversifying funding mechanisms to support SBMHP+ services by implementing an electronic case management system that facilitates confidential case management, monitoring, and establishes the necessary capacity for seeking reimbursement for allowable services

- Firmly establishing the role of a SBMHP+ within more schools

AR001105

## References

American School Counselor Association (2021), Student-to-School-Counselor Ratio (ASCA, 2021)

> https://www.schoolcounselor.org/getmedia/238f136e-ec52-4bf2-94b6-f24c39447022/Ratios-20-21-Alpha.pdf

Center for Disease Control and Prevention, Youth Risk Behavior Surveillance System, 2019 (YRBSS, 2019) https://www.cdc.gov/healthyyouth/data/yrbs/index.htm

Duong, M., Bruns, E., Lee, K., Cox, S., Coifman, J., Mayworm, A., & Lyon, A. (2020). Rates of mental health service utilization by children and adolescents in schools and other common service settings: A systematic review and meta-analysis. Administration and Policy in Mental Health. https://doi.org/10.1007/s10488-020-01080-9

Healthy Youth Survey, Northwest Educational Service District, 2021 https://www.askhys.net/ (HYS, 2021)

Sanchez, A. L., Cornacchio, D., Poznanski, B., Golik, A. M., Chou, T., & Comer, J. S. (2018). The Effectiveness of School-Based Mental Health Services for Elementary-Aged Children: A Meta-Analysis. Journal of the American Academy of Child & Adolescent Psychiatry, 57(3), 153–165. https://doi.org/10.1016/j.jaac.2017.11.022

Kaiser Permanente, Washington Student Mental Health and Wellness Summary Report 2018

Leeb, R. T., Bitsko, R. H., Radhakrishnan, L., Martinez, P., Njai, R., Holland, K. M., 2020. Mental Health–Related Emergency Department Visits Among Children Aged <18 Years During the COVID-19 Pandemic — United States, January 1–October 17, 2020 (Leeb et al., 2020)

Lyon, A. R., Ludwig, K. A., Stoep, A. V., Gudmundsen, G., & McCauley, E. (2013). Patterns and predictors of mental healthcare utilization in schools and other service sectors among adolescents at risk for depression. School Mental Health, 5(3), 155–165. https://doi.org/10.1007/s12310-012-9097-6

National Association of School Psychologists (2021), Student-to-School Psychologist Ratio

AR001106

Northwest Educational Service District Environmental Scan of School-Based Mental Health Professions, 2020-2021

Northwest Educational Service District Environmental Scan of School-Based Psychologists, 2022

Office of Superintendent of Public Instruction, Report of Credentialed School-Based Mental Health Professionals, October 2022

University of California Los Angeles (UCLA) Center for Civil Rights Remedies, Cops and No Counselors (2021), Retrieved October 2022 at https://www.aclu.org/issues/juvenile-justice/school-prison-pipeline/cops-and-no-counselors

U.S. Surgeon General's Advisory, Protecting Youth Mental Health, 2021, retrieved at https://www.hhs.gov/sites/default/files/surgeon-general-youth-mental-health-advisory.pdf

Whatcom County, Community Health Impact Assessment, July 2021 (Whatcom, 2021)

AR001107

# Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1238-OSPI 2022-June-23 Indirect Rate Letter_ESD 18`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**AR001108**

Old Capitol Building
PO Box 47200
Olympia, WA 98504-7200

k12.wa.us



Washington Office of Superintendent of
**PUBLIC INSTRUCTION**
Chris Reykdal, Superintendent

June 23, 2022

Larry Francois
Superintendent
Northwest ESD 189
1601 R Ave.
Anacortes, WA 98221

Re:     Federal indirect cost rates for the 2022-23 school year

Dear Superintendent Francois:

This letter represents the agreement for indirect cost rates for the 2022-23 school year for
Northwest Educational Service District (ESD) 189. As the cognizant agency for ESDs, under 2
CFR Part 200, Appendix V, Part F(1), the Office of Superintendent of Public Instruction (OSPI)
is authorizing the following agreement with your ESD.

The following rates are for the period of September 1, 2022 to August 31, 2023.

**Federal Indirect Cost**

Restricted:
A restricted rate of 7.16 percent is allowed to be charged against federal grants from the U.S
Department of Education (USED) that contain supplement-not-supplant provisions.

Unrestricted:
An unrestricted rate of 11.15 percent is allowed to be charged against federal grants that do not
contain supplement-not-supplant provisions. This includes grants from other federal agencies in
addition to USED.

**State Indirect Cost**

A rate of 11 percent is allowed to be charged against state grants which pass through OSPI.

The indirect cost rates discussed above only apply to grant awards and not to contracts,
cooperative agreements, and other types of agreements. Administrative charges that are part of
cooperative agreements, fee for service programs, and other contracts may be determined by the
ESDs and their customers under the terms of these agreements.

**AR001109**

Indirect costs exclude all space and occupancy costs which have been charged to programs directly. Space and occupancy costs are allowed to be charged directly to programs per the 90-day letter that the ESDs submitted to the USED in 2006.

Additionally, each ESD is required to submit by February 1st of each year, an indirect cost plan calculating the subsequent year's rate along with the methodology used to calculate the rates.

If you have any questions or need additional information, please contact me by email at amy.harris@k12.wa.us or by phone at (360) 688-0485.

Sincerely,

*Amy Harris*

Amy Harris
Director, Federal Fiscal Policy

cc:  Lisa Matthews, Assistant Superintendent

AR001110

# Christopher P. Allen, MA LMHC

Burlington, WA.                    chrisa@fidalgo.net                    (360) 770-4416

---

## Summary

Established licensed mental health professional, experienced in utilizations management, quality assurance, clinical practice, case-management, and supervisory duties. Possesses strong verbal and written communication skills. Proficient working with children and families with complex needs. Experienced in program development and implementation of innovative community and school-based mental health programs.

## Professional Experience

### Northwest ESD 189

*Behavioral Health Administrator- Project Manager September 2019 to present*
Program Manager *Support Health and Resiliency in Education (SHARE)* project assisting two local school districts in advancing their Multi-tiered Systems of Support (MTSS) frameworks and increasing capacity for tier 2-3 mental health and social emotional interventions. Developing and managing Skagit County school-based clinical mental health program placing mental health professionals in three local school districts.

### North Sound Behavioral Health Organization

*Quality Specialist;* September 2016 to June 2019
Performed numerous duties for regional Medicaid behavioral health authority including reporting and documenting regional Critical Incidents and Second Opinions, participated in determinations on Children's Long-Term Inpatient Program (CLIP). Conducted various on-site clinical quality reviews with behavioral health agency contractors. Experience with various programs and levels of care including outpatient mental health, Integrated Dual Disorders Treatment (IDDT), and Program for Assertive Community Treatment (PACT). Participated in committee addressing school-based mental health needs in the region.

### Northwest ESD 189

*Clinical Supervisor/Clinician;* August 2013 to August 2016
Supervised seven clinicians providing clinical mental health services in four counties, 14 school districts. Provided clinical mental health services to children and families through school-based program. Duties included staff training and orientation, program development, contract compliance with various partners (North Sound Mental Health Administration, Skagit and Whatcom Counties, local school districts).

### Regence Blue Cross Blue Shield

*Utilization Management Clinician;* July 2010 to June 2013
Behavioral health utilization review for insurance plan - psychiatric and substance abuse services. Reviewed inpatient, residential and outpatient levels of care for Regence Federal Employee Program and commercial lines of business in Utah, Oregon,

AR001111

RESUME: Christopher P. Allen

Washington, and Idaho. Conducted medical necessity and facility intensity-of-service reviews for all levels of behavioral health services and authorized stays.

### Skagit County - Youth and Family Services
*Intervention Specialist I and II;* May 2009 to December 2009
Advocacy, assessment, referral, and treatment planning for clients identified through innovative school-based program for at-risk students. Provided direct family and individual counseling / case management services to child and adolescent clients. *IS position II* duties included supervision of case management staff providing these services.

### Mental Health Therapist
*Skagit Behavioral Health – Private Practice,* July 2001 to 2008.
Provide individual, couples and family therapy to clients largely through contracts with major insurance companies.

### Secret Harbor School
*Clinical and Associate Director/Case Manager*; April 1996 to September 1999
Supervised and managed all aspects of SHS's residential programs, including transitional foster care home, chemical dependency program and thirty-bed treatment facility for emotionally, behaviorally disturbed adolescent boys.  Supervised clinical team for facility, including registered nurse and three master's level therapists. Developed and implemented successful transitional residential chemical dependency recovery program.


## Education

**Antioch University**, Seattle, WA
Master of the Arts: Psychology (Focus - Children and Families)
Internship: Skagit Mental Health Center - CHAP In-home Services, Child and Family Therapy.


**Seattle University**, Seattle, WA
Bachelor of the Arts: Humanities
Focus: Psychology


## Licenses and Certifications

Washington State Licensed Mental Health Counselor: #LH00004151
Washington State Mental Health Professional
Washington State Child Mental Health Specialist
Washington State Approved Mental Health Supervisor

AR001112

# *Jodie DesBiens*

*Skagit Valley Washington*
*425 879-8810 - jdesbiens@newsd.org*

## EDUCATION

Masters Educational Leadership -City of Seattle, Seattle Washington - 2009
Bachelor of Arts Education -Western Washington University -1987
Bachelor of Arts Psychology/Clinical Mental Health Western Washington University - 1981

## CERTIFICATIONS

Washington State Professional Education Certificate Residency Administrator
Washington State Professional Education Certificate Continuing Teacher 4-12 Social Studies/English

## LEADERSHIP EXPERIENCE

Northwest Educational Service District 189 - *Director of Behavioral Health and Prevention* 2012-2022
Northwest Educational Service District 189 -*Open Doors Principal 2015 -2021*
Northshore School District - *District Substitute Principal - 2011 -2012*
Arlington School District - Weston High School –Building Principal Designee - 2010 - 2011
Arlington High School – Dean of Students - 2005 -2010

## STATE AND NATIONAL LEADERSHIP

*Collaborated with State Educational Service Directors group, Association ESD Leadership and State Network, Office of Superintendent of Public Instruction, and other state agencies to support the sustainability of programs
*Testified to Washington State Legislature in support of Suicide Prevention programing in schools
*Briefed multiple members of the U.S. Congress to garner support for Children's Mental Health services and funding
*Worked with Health Care Authority and other state entities to provide leadership In Prevention /Intervention services

## DIRECTOR OF BEHAVIORAL HEALTH AND PREVENTION SERVICES
## NORTHWEST EDUCATIONAL DISTRICT-189   2012 -Present

**Program Development, Committee Work and Supervision Experience:**

- Collaborated with 5 County Health Departments to promote and fund **Behavioral Health Services**
- Developed relationships with Superintendents and district leaders in 35 school districts to provide a variety of **Wrap Around services** for at risk students.
- Assisted 35 school districts in crafting policies and procedure to meet state and federal compliance requirements
- Created 2 highly successful **Drop out Reengagement High Schools**
- Facilitated county partnership with NWESD Leadership to build Trauma Informed practices.
- Supervised and evaluated **Teaching, Behavioral Health, Prevention, Safety Center, Reengagement, Treatment, and Educational Advocate** staff as well as administrative staff.
- Oversaw all programs **including Behavioral Health, SUD Treatment, Student Assistance, Prevention and Intervention, Safety and Threat Assessment, Reengagement and Attendance, Homeless and Unaccompanied Minors Open Doors High School, and Educational Advocate/Juvenile Justice**
- Created and Implemented - **Threat Assessment** and developed **Behavioral Health Agency**
- Active member of the regional Children's' Policy Executive Team
- Developed and hosted System of Care regional Conference/Workshop

AR001113

- Developed and hosted annual regional Safety Summit
- Wrote and secured multiple grants and private funding for student support programming
- Coordinated efforts with both private and public behavioral health organizations and other stakeholders to develop student support programs.
- Executive board member of Skagit County Child and Family Consortium


## PROFESSIONAL DEVELOPMENT

Northwest Educational Service District - 189
Salem Kaiser Threat Assessment Trainer of Trainers
Advancing School Mental Health Conference- Presenter
National Council for Mental Wellbeing Hill Day - Legislative Advocacy
National Association of School Psychologists - PREPaRE Trainer of Trainers
Signs of Suicide Trainer of Trainer
Project AWARE National Conference
Project AWARE Technical Assistance/ Youth Development
Project AWARE Interconnected Systems Framework TOT /Workshop
Youth Mental Health First Aid Trainer of Trainers
National Network Prevention Conference
National Council for Mental Wellbeing Hill Day - Legislative Advocacy
Collaborative Leadership Seminar
National Systems of Care Conference
Student Misconduct and Investigation Training
Response to Intervention
Critical Friends Trainer or Trainer


## PRINCIPAL/ASSISTANT PRINCIPAL/DEAN OF STUDENTS
## NORTHSHORE, ARLINGTON, AND EDMONDS SCHOOL DISTRICTS 1988 - 2012
Program Development, Committee Work, and Supervision Work:
- Supervised and evaluated classified staff
- Implemented and developed training for new teachers
- Implemented **School Safety and Family Reunification Plan**
- Led **Professional Learning Communities** for CTE and English departments
- Developed **Culminating Project and Senior Conference program**
- Coordinated the **Collection of Evidence**
- Developed **Advisory curriculum** for grades 9 through 12
- Created and chaired **AHS Scholarship Committee**
- Designed **High School and Beyond Plan** for Alternative High School
- Created and implemented School Improvement Wrap Around Model for at risk youth
- Identified and managed graduation plans for credit deficient students
- Fully involved in the School Accreditation process
- Chaired Building Leadership Team/ **Instructional Council**
- Assisted Activities Director and revitalized the Leadership Program
- Develop **Pyramid of Interventions** to support struggling students
- Co-chaired and facilitated all aspects of graduation
- Coordinated **Student Engagement Program**
- Aided in developing the Master Schedule for Special Education

AR001114

- Organized and facilitated staff meetings and professional development opportunities
- Organized and coordinated parent and community volunteer programs

## TEACHING EXPERIENCE
Northshore School District - 2011 -2012
Arlington High School, Arlington, Washington - 2004 -2011
Lynnwood High School, Lynnwood, Washington - 1988 -2004
Taught Honors English, Dramatic Arts, Social Studies, Psychology and Humanities
Coached Soccer, Swimming and Drama

AR001115

**Natalie Gustafson, MS, LMFT #2509, CMHS**
**13391 Avon Allen Rd**
**Mount Vernon, WA 98273**
**ngustafson@nwesd.org/360.391.4855**

**Education**
MS Marriage and Family Therapy
Seattle Pacific University 2003

BA Child, Consumer and Family Studies (Human Development)
Washington State University 1996

**Experience**
Northwest Educational Service District 189 –
*Assistant Director of Behavioral Health and Prevention*          11/19 - Present
Northwest Educational Service District 189 –
*Prevention Program Manager*          10/17 – 10/19
Northwest Educational Service District 189 –
*Student Assistance Professional*          10/15 – 09/17
Northwest Educational Service District 189 –
*School Based Behavioral Health Therapist*          09/13 – 09/15
WSU Skagit County Extension – *Adult Education Coordinator*          06/12 – 09/13
WSU Skagit County Extension – *Senior Nutrition and Activity Facilitator* 01/12 – 06/12
Self Employed Fitness/Wellness Trainer          07/09 – 09/17
Owner Tulip Country Bike Tours          04/07 – Present Secret
Harbor - *Program Director of Burlington Residential Facility*          01/08 – 07/09
Secret Harbor - *Therapist/Caseworker Cypress Island Residential Facility* 10/03 – 01/07
Safeco Insurance Corporation – *Quality Assurance Specialist*          02/99 – 09/03

**Teaching and Supervisory Experience**
Provide clinical supervision and direction of Behavioral Health and Prevention Department staff at Northwest Educational Service District
Develop, implement and train education system staff in suicide prevention, intervention and postvention best practices.
Provide ongoing staff professional development, training and supervision at Northwest ESD and Secret Harbor.
Approved Washington State Clinical Supervisor - Supervision of Master's Level Interns
WSU Skagit County Extension – Developed, led and taught Adult/Parent/Community Wellness Education Classes
Fit4Mom Classes – Lead and trained staff to teach Parent/Child Classes
Led and taught educational, support and therapeutic groups in community mental health, schools and residential settings

**Certifications and Licensures**
Child Mental Health Specialist          September 2013
Pre/Post Natal Fitness Instruction Certification          July 2009

AR001116

2 │ Natalie Gustafson

Washington State Marriage and Family Therapy Licensure                    June 2006

**Clinical Expertise and Professional Competencies**
- Skilled and experienced in individual and group therapeutic interventions and support for anxiety and mood disorders, ADHD, PTSD, life transitions, attachment, grief/loss, complex trauma, emerging psychosis, crisis and relational/family systems dynamics. My approach is diverse and builds on cultural strengths. I empower client voice and choice with interventions that are experiential, behavioral and increase coping, problem solving and emotional processing.
- Teach and apply evidence-based educational, therapeutic and behavioral programming.
- Washington State Approved Mental Health Professional Supervisor
- Provide behavioral health system technical assistance to five county region of school districts.
- Implement prevention and intervention programming.
- Collect, assess and evaluate data in accordance with state, federal and private grant requirements.
- Facilitate implementation of multi-tiered systems of support.
- Build relationships with community agencies and businesses to support shared goals.
- Develop and market innovative educational, behavioral health and entrepreneurial projects.
- Experience working with a diverse population in a five-county region of Washington State.
- Proven supervision, leadership and management skills.

**Professional Development**

| | |
|---|---|
| Lifelines Trainer of Trainers | March 2021 |
| SAMHSA Trauma Informed Organization Trainer of Trainers | June 2019 |
| Advancing School Mental Health Conference | October 2018 |
| National Association of School Psychologists PREPaRE T.O.T. | February 2018 |
| Salem Keizer Threat Assessment Trainer of Trainers | July 2018 |
| Signs of Suicide Trainer of Trainers | May 2017 |
| Evolution of Psychotherapy Conference | December 2017 |
| Project AWARE National Conference | July 2017 |
| Project AWARE Technical Assistance/Youth Development | June 2016 |
| Project Success/Washington State Prevention and Intervention Services | November 2015 |
| National Prevention Network Conference | November 2015 |
| Participation in WSU Food $ense Conference | September 2012 |
| Fit4Mom National Fitness & Business Conference | October 2010 |
| Approved Marriage and Family Therapist Supervisor Training | August 2008 |
| American Association of Children's Residential Centers Conference | October 2008 |
| Evolution of Psychotherapy Conference | November 2005 |

**Continuing Education/Trainings**
Workshops/Trainings in Trauma Informed Practices, ARC and ACES, Youth Substance Disorder Prevention and Intervention, Ongoing Diversity, Equity and Inclusion learning and training in Education and Behavioral Health settings, Educator and Staff Wellness and Self Care, Multi-

NWESD Resume │ Natalie Gustafson

AR001117

Tiered Systems of Support, Interconnected Systems Framework, Cognitive Behavioral Intervention for Trauma in Schools (CBITS), Signs of Suicide, Lifelines and Networks for Life Suicide Prevention, Intervention and Postvention, Fetal Alcohol Spectrum Disorders, Co-Occurring Disorders in Adults/Adolescents, Grief and Loss Counseling, ADHD, Attachment Disorders, Dialectical Behavioral Therapy, Motivational Interviewing, Treatment of Children/Adolescents with Sexual Behavior Problems, Law/Ethics in Marriage and Family Therapy, Trauma Focused Cognitive Behavioral Therapy, Washington CANS 5-20 Certification, Cultural Competency, Crisis Intervention, Violence Prevention/Safety in Schools, and Introduction to DSM V.

**Internship Experience**
Evergreen Hospital, Kirkland WA – Family Grief Support Group Therapist, MFT Internship 2002
Compass Health, Edmonds WA – Caseworker/Therapist, MFT Internship 2001-2002
Planned Parenthood of Western Washington, Everett WA – Human Development Practicum 1996

**Interests**
Human Development, Suicide Prevention, School Based Mental Health and Youth Substance Prevention, Health, Fitness, Nutrition and Wellness, Traveling, Parenting, Reading and Writing

# Eleven Vexler

### Experienced Mental Health Therapist
Masters of Social Work

*"Her clinical skills never ceased to amaze me…"* **Stacey Devenney, Behavioral Health Administrator at Harborview Hospital**

- 25 years providing mental health therapy
- 15 years delivering after hours crisis response, including hospitalizations
- 8 years providing supervision to mental/behavioral health clinicians and students in the field
- Experience and knowledge with gay, lesbian, bisexual and transgender issues
- Trained in drug and alcohol assessment and treatment for youth
- Extensive experience with depression and self-harm
- Extensive experience with anxiety
- Skilled at leading groups of various sizes and topics
- Experience with training and teaching both within the classroom and at a professional level

## PROFESSIONAL EXPERIENCE

**Northwest Educational Service District #189**

- <u>Project SHARE Program Manager (August 2021 to Present):</u> Assist in the development and implementation of MTSS within 14 different schools in two local school districts.

**Mental Health Therapist with the Skagit County Department of Health**

- <u>Child and Family Mental Health Therapist (October 2015 to August 2021)</u>: Provide individual, family and group therapy to students in the public schools, during the school day, within Skagit County.

**Northwest Educational Service District #189** *(Anacortes, WA)*
- <u>Child Mental Health Clinician October 2014 – August 2015</u>: Within the school setting, provided case management, individual and family therapy to children ranging from 5 to 18 years of age.

**Compass Health** *(Arlington, WA)*
- <u>Clinician II (March - October 2014)</u>: Offered individual and group mental health services to pregnant and parenting teens in a group home setting. Assisted with the milieu of the home. Coordinated with other team members in the facility.

**Private Practice** *(Silverdale, WA)*
- <u>Individual and Family Therapist (February 2004 - November 2013)</u>: Worked in an office with several other clinicians providing individual and family therapy two or three days a week. Clients' ages ranged from 13 to 63 and mainly received Cognitive-Behavioral Therapy. Issues addressed included depression, anxiety, adjustment

AR001119

**Eleven Vexler**                                                    **PAGE TWO**

disorder, work conflicts, family conflicts and drug and alcohol issues. Worked with people who were straight, gay, transgender and questioning.

**Olympic Educational Service District #114** *(Bremerton, WA)*
- <u>Student Assistance Professional (November 2004 - November 2013)</u>: Alternative junior high ages ranged from 13 to 17. Provided both group and individual services to all students, including teaching health class; assistance and referral to students and families who are at risk or impacted by alcohol, tobacco and drugs; and implementing prevention programs.
- <u>Chemical Dependency Counselor (October 2006 - July 2007)</u>: Administered outpatient treatment to adolescents in the North Kitsap catchment area. Duties included screenings, assessments, intakes, group and individual services, and case management. Majority of clients also participated in drug court.

**Valley Cities Counseling and Consultation** (Federal Way, WA)
- <u>Clinical Manager (1999 – March 2004)</u>: Duties included providing weekly supervision to approximately 15 therapists and interns; auditing charts; providing back-up crisis services to clients; monitoring and maintaining program budgets; developing and overseeing contracts with school districts; and ensuring public relations are positive.
- <u>Child and Adolescent School Based Therapist (April 1997 - April 2002)</u>: Provided day treatment services to youth ages 12 to 17, labeled as severely behaviorally disturbed, within the classroom setting. Services included individual, group and family therapy, case management and teaching social skills. Provided consultation to teachers and monitored the milieu of the classroom.

**Community Youth Services** (Olympia, WA)
- <u>Interim Program Manager for Crisis Residential Center (June 1996 - April 1997)</u>: Supervised 20 full time and part time residential counselors for a residential group home that housed up to 12 youth.
- <u>Employment Counselor (Summer 1995)</u>: Provided employment training to youth.
- <u>Senior Staff for Crisis Residential Center (1991 - 1994)</u>: Provided structured, therapeutic environment for youth ages 12 to 17. Served as a rotating, on-call staff to assist with crisis situations.

---

## EDUCATION & CERTIFICATIONS

**Masters of Social Work**
Adelphi University, 1996

**BA in Liberal Arts**
The Evergreen State College, 1992

**Certifications**
Child Mental Health Specialist
Licensed Independent Clinical Social Worker
Certified to provide Social Work in the Schools
Chemical Dependency Professional in Training

DocuSign Envelope ID: A783D54F-CC87-46E3-BBA3-1B94D5A6A0D0

October 21, 2022

Amy Banks, Program Lead
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, Room 3E257
Washington, DC 20202-6450

**Letter of Support | Northwest (Washington) Educational Service District 189 to increase the number of credentialed mental health services providers supporting children and youth in schools**

Ms. Banks:

Northwest Educational Service District 189 (NWESD) is equipped to lead an ambitious effort to increase the number of credentialed school-based mental health providers serving children and youth in our schools.

As a regional educational service district (LEA) and a licensed Behavioral Health Agency, NWESD works to help support the emotional, psychological, and social well-being of students in 35 school districts. Unfortunately, **there is a lack of credentialed mental health professionals, especially those who have the requisite education and training to address the most complex mental health concerns too many of our students are experiencing**.

In Washington state, suicide is the second leading cause of death for teens 15-19 years old. In our region, 13,359 students in grade 10 and 12 completed the 2021 Healthy Youth Survey, of which:
- 21% report that they considered attempting suicide;
- 39% report feeling sad or hopeless; and
- 71%-74% report feeling nervous and anxious.

**We need mental health professionals in our schools that can provide on-site mental health assessments, diagnose and treat behavioral health conditions, provide safety planning, support students in crisis, increase mental health literacy, and decrease mental health stigma for staff, families, and students.**

NWESD's proposal leverages strong partnerships with school districts, higher education, managed care organizations, and community-based organizations to:
- Recruit credentialed mental health providers to serve children and youth in schools across the region;
- Retain credentialed mental health providers, ensuring licensed supervision and support, competitive salary and benefits, and continuing education incentives;
- Sustain services through a variety of funding mechanisms, which includes exploring Medicaid billing options; and
- Encourage professional pathways for persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability, to become credentialed school-based mental health professionals.

We urge you to partner with us to ensure the mental and behavioral health needs of children and youth in northwest Washington are met.

Sincerely,

AR001121

| School Districts | Student Enrollment 164,000 | Superintendent Signature or Designee |
|---|---|---|
| Anacortes | 2,500 | *Justin Irish* |
| Arlington | 5,539 | *Dr. Chrys Sweeting* |
| Bellingham | 11,497 | *Greg Baker* |
| Blaine | 2,176 | *Christopher Granger* |
| Burlington-Edison | 3,335 | *Laurel Browning* |
| Concrete | 505 | *Wayne Barrett* |
| Conway | 478 | *JJ Cry* |
| Coupeville | 962 | *Steve Feng* |
| Darrington | 430 | *Tracy Franke* |
| Edmonds | 20,444 | *Rebecca Miner* |
| Everett | 20,327 | *Ian Saltzman* |
| Ferndale | 4,447 | *Dr. Kristi Dominguez* |
| Granite Falls | 2,209 | *Josh Middleton* |
| Index | 24 | |
| La Conner | 581 | *Will Nelson* |
| Lake Stevens | 9,620 | *Ken Collins* |
| Lakewood | 2,666 | *Scott Peacock* |
| Lopez | 251 | *Ed Murray* |
| Lummi Nation School | 408 | |
| Lynden | 3,445 | *David Vander Yacht* |
| Marysville | 10,233 | *Zachary Robbins* |
| Meridian | 1,782 | *Dr. James Everett* |
| Monroe | 6,083 | *Marci Larsen* |
| Mount Baker | 1,694 | *Mary Sewright* |
| Mount Vernon | 6,708 | *Dr. Ismael Vivanco* |
| Mukilteo | 15,060 | *Alison Brynelson* |
| Nooksack | 1,880 | *Matt Galley* |
| Oak Harbor | 5,873 | *Michelle Kuss-Cybula* |
| Orcas Island | 768 | *Eric Webb* |

DocuSign Envelope ID: A793D54F-CC87-46E3-BBA3-1B94DCA6A0D0

| | |
|---|---|
| San Juan Island | 790 |
| Sedro-Woolley | 4,479 |
| Shaw Island | 10 |
| Snohomish | 9,469 |
| South Whidbey | 1,224 |
| Stanwood-Camano | 4,653 |
| Sultan | 1,956 |

DocuSigned by:
Fred Woods
8E8D2CF68A2641F...

DocuSigned by:
Miriam Mickelson
23CD4DE1F443425...

DocuSigned by:
Kari McVeigh
29A8373C9AD3433...

DocuSigned by:
Dr. brent kultgen
C734FAD62A6E400...

DocuSigned by:
C032422276748 9...

DocuSigned by:
54F4B97369074B0...

DocuSigned by:
Dan Chaplik
E97785306AFF47A...

AR001123



Counseling Graduate Program

Academic Instruction Center, Department of Psychology
516 High Street, Bellingham, Washington 98225-9172

November 1, 2022

Amy Banks, Program Lead
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, Room 3E257
Washington, DC 20202-6450

**Letter of Support | Northwest (Washington) Educational Service District 189 to increase the number of credentialed mental health services providers supporting children and youth in schools**

Dear Ms. Banks:

We support Northwest Educational Service District's (NWESD) proposal to increase the number of credentialed school-based mental health providers serving children and youth in our region.

Western Washington University's Clinical Mental Health and School Counseling Programs graduate 12 master's level professionals each year. In these small rigorous programs, students have substantive opportunities to acquire evidence-based knowledge and develop their professional and interpersonal skills under the supervision of faculty who are committed to training exceptional counselors.

NWESD is equipped to provide the level of clinical supervision required for early career professionals who want to work within a school setting to support child and adolescent mental health. We agree to work with the NWESD project team to connect them with students to share information about job opportunities, which may include paid work that is applicable to their practicum.

There is a huge demand to accelerate the number of mental health professionals in K-12 settings to provide a continuum of support – from promotion and prevention to intervention and treatment across grade levels. WWU has received numerous inquiries from mental health professionals already working in the community that want to become School-Based Mental Health (SBMH) professionals but are unable to move into this setting because they do not hold a school counseling certificate. Like NWESD, WWU is interested in creating better workforce

AR001124

onramps for novice and practicing mental health providers to become school-based mental health providers.

We commit to participating with NWESD in regional and state-level conversations that lead to solutions like micro credentialing for practicing mental health providers, and recognition of these professionals as educational staff associates (ESAs) alongside school behavior analysts, school counselors, school nurses, school occupational therapists, school orientation and mobility specialists, school physical therapists, school psychologists, school social workers, and/or school speech language pathologists and audiologists.

We encourage you to support NWESD's proposal to increase students' access to mental and behavioral health services. We are eager to engage in a collaborative partnership to with NWESD and other agencies to meet the demand for mental health providers.

Sincerely,

*Diana Gruman*

Diana H. Gruman, Ph.D. NCC
Professor, Director of the School Counseling Program
(360) 650-2221; Cell (360) 393-7093
grumand@wwu.edu

*Christina Byrne*

Christina Byrne, Ph.D.
Professor, Director of the Clinical Mental Health Counseling Program
(360) 650-7945
cbyrne@wwu.edu


NOTE:  The Counseling Programs at WWU are accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP) and require a minimum of two years of full-time graduate study.  The program includes over 1000 hours of supervised experiences in group and individual counseling and a full year of supervised experience in the schools.

AR001125

**Budget Narrative File(s)**

**\* Mandatory Budget Narrative Filename:** `1245-NWESD_SBMHP+_BudgetNarrative.pdf`

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

**AR001126**

NWESD School-Based Mental Health Services (SBMHP+): Responding to the Needs of Students with

the Most Complex Mental Health Concerns

**SECTION C: BUDGET NARRATIVE**

**60 Month Project Period**

1. PERSONNEL

One Director of NWESD's Department of Behavioral Health and Prevention will dedicate 0.05 FTE
during the project period (Years 1-5) to lead project-related policy and system change efforts to enable
durable retention of credentialed SBMHP+, provide fiscal oversight, and supervise and evaluate the Asst.
Director. Base salary is $146,646 plus a 3.5% Cost of Living Adjustment (COLA) annually beginning in
Year 2. Year 5 will be 100% supported by non-Federal matching funds. Total = $30,890 direct cost plus
$8,406 non-Federal match.

One Assistant Director of NWESD's Department of Behavioral Health and Prevention will dedicate 0.25
FTE during the project period (Years 1-5) to provide project-related leadership and direction, establish
partnerships and negotiate formal agreements, develop a framework for diversifying the workforce,
leverage a variety of funding mechanisms, convene statewide stakeholders, provide licensed clinical
supervision for up to three SBMHP+, and supervise and evaluate the Behavioral Health Administrator.
Base salary is $130,080 plus a 3.5% COLA annually beginning in Year 2. A percentage of this FTE will
be supported by non-Federal matching funds: 49% in Year 1, 100% in Year 2, 41% in Year 3, and 100%
in Year 5. Total = $73,170 direct cost plus $101,145 non-Federal match.

One Behavioral Health Administrator will dedicate 1.0 FTE to during the project period (Years 1-5) to
oversee implementation of all program activities including recruitment, retention, and workforce
diversification, provide licensed clinical supervision for up to four SBMHP+, oversee the electronic
record system for confidential and consistent case management and reporting, maintain compliance with
all state and federal requirements, monitor expenditures, ensure quality management of services, oversee
program audit, coordinate with school and community partners, and supervise and evaluate the program

*NWESD SBMHP+ Budget Narrative*

AR001127

manager, clinical supervisor, and administrative assistant. Base salary is $115,024 plus a 3.5% COLA annually beginning in Year 2. Ninety percent (90%) of this position will be grant-funded and 10% will be funded through non-Federal matching funds.  Total = $555,129 direct cost plus $61,681 non-Federal match.

One <u>Program Manager/Clinical Supervisor will dedicate 1.0 FTE</u> during the project period (Years 1 – 5) to support implementation of project-related activities including recruitment, hiring, retention, diversification of workforce, training and professional development for SBMHP+, data collection and utilization, reporting, outreach to schools where SBMHP+ is placed, and licensed clinical supervision for up to seven SBMHP+. Base salary is $108,430 plus a 3.5% COLA annually beginning in Year 2. This position is fully funded by the grant. Total = $581,422 direct cost.

One <u>Clinical Supervisor will dedicate 0.50 FTE</u> beginning in Year 2 through Year 5 to provide licensed clinical supervision for up to six SBMHP+ and contribute expertise to development and delivery of training and professional development. Base salary is $72,192 (at 50% = $43,080) plus a 3.5% COLA and a 4.5% step increase annually beginning in Year 3. This position is fully funded by the grant. Total = $194,123 direct cost.

One <u>Administrative Assistant will dedicate 1.0 FTE</u> (SECTION D ADMINISTRATIVE EXPENSES) during the project period (Years 1-5) to provide clerical and logistical support for the life cycle of the project, including coordinating work that directly impacts recruitment, hiring, retention, service delivery, and supports mileage reimbursement, travel arrangements, data entry and data integrity, monitoring and reports, and strengthening implementation of the electronic records system within organization and department operations. Base salary is $60,195 plus a 3.5% COLA annually beginning in Year 2. A percentage of FTE (62% in Year 1, 67% in Year 2, and 100% in Years 3-5) will be supported by Section D Administrative Expenses and a percentage will be funded by non-Federal matching funds (38% in Year 1, 33% in year 2). Total = $279,359 admin expense (Section D) plus $49,691 non-Federal match.

Twenty <u>School-Based Mental Health Professionals (SBMHP+) will dedicate 1.0 FTE (190 days per year),</u> with 10 hired in Year 1, plus four hired in Year 2, plus three hired in Year 3, plus three hired in Year 4 and continuing in Year 5. SBMHP+ will deliver direct services to students, focusing 80% of their time on Tier 3 MTSS support services and 20% of their time on Tier 1 and 2 MTSS support services. Base salary is $72,192.34 (hired in Year 1) plus a 3.5% COLA and a 4.5% step increase annually beginning in Year 2. In Year 1 (10 SBMHP+) and 2 (14 SBMHP+), 75% of SBMHP+ salary will be funded by the grant and 25% will be funded by non-Federal match. In Year 3 (17 SBMHP+), 74% of SBMHP+ salary will be funded by the grant and 26% will be funded by non-Federal match. In Year 4 (20 SBMHP+), 73% of SBMHP+ salary will be funded by the grant and 27% will be funded by non-Federal match. In Year 5 (20 SBMHP+), 70% of SBMHP+ salary will be funded by the grant and 30% will be funded by non-Federal matching funds. Total = $5,458,392 direct cost plus $2,028,882 non-Federal match.

2.  FRINGE BENEFITS

Fringe benefits are calculated based on salary. Non-Federal matching funds contributed to fringe benefits are allocated based upon the percent of FTE supported.

Fringe benefits include medical, long-term disability, workers compensation, Medicare, Social and Security (FICA) at a rate of 26.21% of salary. A 10% increase is budgeted each year to ensure stability of benefits authorized by the Washington State Heatlh Care Authority for school employees. Total = $2,037,125 direct cost plus $642,140 non-Federal match.

Fringe benefits also include state retirement benefits at a rate of 11.79% of salary. NWESD participates in the Washington State Department of Retirement Systems School Employees Retirment System (SERS). Total = $812,700 direct cost plus $234,395 non-Federal match.

3.  TRAVEL

The project will serve schools in five counties in northwest Washington state. SBMHP+ will have assigned school placements and may be required to travel to multiple schools to perform project related duties. Mileage to support program activities is based on an average of 150 miles per SBMHP+ per month

3                          *NWESD SBMHP+ Budget Narrative*

AR001129

for 10 months. NWESD's current reimbursement rate for use of a personal automobile is $0.62 per mile. The following amounts and miles are budgeted (Total = $84,630 direct cost):

- $11,160 to support 12 staff for up to 18,000 miles in Year 1
- $14,880 to support 16 staff up to 24,000 miles in Year 2
- $17,670 to support 19 project staff for up to 28,500 miles in Year 3
- $20,460 to support 22 project staff for up to 33,000 miles in Year 4
- $20,460 to support 22 project staff for up to 33,000 miles in Year 5

Project-related conference travel is budgeted at $6,058 each project year to support up to three staff to attend the *Annual Conference on Advancing School Mental Health* facilitated by the University of Maryland School of Medicine. While this conference has been held virtually for the past two years, this budget includes the estimated cost of attending in-person. The Assistant Director, Behavioral Health Administrator, and Program Manager/Clinical Supervisor will attend. Travel estimates are based on the last in-person conference held in 2019 in Austin, Texas, November 7-9 using published rates available on October 28, 2022 (Total = $30,290 direct cost):

- $17,550: $3,510 each year ($1,170 per person) for round trip airfare (Bellingham, WA to Austin, TX)
- $8,400: $1,680 each year ($560 per person) for four nights lodging in Austin, TX
- $3,840: $768 each year (up to $64 per diem per person) for up to four days in Austin, TX
- $500: $100 each year for ground transportation from airport to hotel and hotel to airport
4. EQUIPMENT  No funding is requested for equipment.
5. SUPPLIES

Project-related supplies necessary to support student-centered services include (Total = $29,150 direct cost):

- $2,025 ($25 per SBMHP per year) for pens, post-it notes, spiral notebooks

- $600 for Laptop case ($30 per person)

- $6,325 for one-time purchase of cell phones at $275 per SBMHP and clinical supervisor

- $4,000 for Adobe License at $200 per person per year

- $16,200 for therapeutic supplies such as manipulatives, puppets, and other tools and materials that facilitate mental health counseling of children and adolescents ($200 per SBMHP+ per year)

6. CONTRACTUAL

Translation and interpreter services will be accessible to SBMHP+. The hourly rate of $100 is based on an existing vendor contract. This budget estimates approximately two hours per month per SMBHP+. Total = $16,200 direct cost.

In addition to no-cost advertising methods, NWESD will pay to boost job postings for SBMHP+ opportunities quarterly, or until all positions are filled. The estimated cost is based on existing rates of $300 each "boost". The total project cost of advertising for recruitment is $6,000.

The annual cost for a Washington State Behavioral Health Agency license renewal is $1,600 annually. Retaining this licensure supports retention of SBMHP+ seeking or maintaining state licensure and provides the groundwork for the potential of billing for services in the future. Total = $8,000 direct cost.

SBMHP+ will receive 40 hours of training and professional development. Professional development will be offered by the project leadership team, and through contracted professional development at a cost of $250 per SBMHP annually.  The following professional development opportunities are identified and will be selected based on the needs of SBMHP and the student population they serve. Training/professional development may include Trauma Focused Cognitive Behavioral Therapy, Motivational Interviewing, Dialectical Behavioral Therapy, Play Therapy, Family Systems, and Solution Focused Brief Therapy. Costs estimates are based 2021 three-day virtual clinical training from Harborview Center for Sexual Assault and Traumatic Stress which is followed by six months of consultation group participation at a cost of $250 per person. Total = $20,250 direct cost.

7. CONSTRUCTION No construction-related expenditures in this project.

AR001131

8.   OTHER

Project staff will have access to an electronic record system to support confidential case management and reporting at an annual cost of $720 per license. This supports Tier 3 MTSS intervention for approximately 800 students each year. Total = $72,000 direct cost.

Cell phone service will be contracted at a cost of $55 per month per person for 12 months (60 months total). This supports continuous communication between SMBHP+, families, colleagues who work at school placements sites throughout the region and ensures SBMHP+ are not sharing their personal phone numbers. Total = $62,700 direct cost.

Tech fees are based on $3,882 and include a computer, software, cables and access to technology support services in NWESD. Total = $374,615 direct cost.

Space fees are based on $4,865 per cubicle plus secure storage. Total = $59,730 direct cost.

A retention bonus of $1,200 will be offered to SBMHP+ annually (following 12 months of service) at the time of contract renewal. Retention bonuses for mental health professionals have become common practice. Total = $97,200 direct cost.

A reimbursement of up to $500 per SBMHP+ is budgeted to support continuing education and professional development required for staff to obtain and retain state licensure. This supports retention efforts. Total = $42,500 total direct cost.

Registration for the annual School-Based Mental Health national conference is estimated at $200 per person per year. Total = $3,000 direct cost.

Section D Limited Administrative Expenses includes Other Expenses for phone service and support ($3,300), computer, software, tech support ($19,410), workspace and storage ($24,325), and an annual Adobe license ($1,000).

9.   TOTAL DIRECT COSTS

Direct costs total (Section A Budget Summary) $10,649,935 for the project period. This includes $6,893,126 in personnel costs, $2,849,824 in fringe benefits, $114,920 for project-related mileage and travel, $29,150 for supplies, $50,450 for contractual services, and $712,465 in other project-related expenses.

Administrative expenses total (Section D Limitation on Administrative Expenses) $439,931 and includes $279,359 in personnel costs, $112,537 in fringe benefits, plus $48,035 in other expenses which include a license for the electronic case management system, computer, software, related tech support fees, phone and workstation. This is 5% of direct costs or less for each year.

10. INDIRECT COSTS

NWESD's approved Federal indirect cost rate is 7.16% effective September 1, 2022, through August 31, 2023. Total indirect: $762,536

11. TRAINING STIPENDS No training stipends allocated to this grant.

12. TOTAL COSTS

The entire project cost is $14,978,743 which includes $11,412,471 in direct cost, $762,535 in indirect costs, $439,931 limited administrative expenses, and $3,126,340 in non-Federal matching funds. The table below provides a breakdown of total costs for each year of the project and the grand total.

| Budget Year | Section A | Section D | Total Fed | Section B |
|---|---|---|---|---|
| Year 1 | $1,361,470 | $61,147 | $1,422,617 | $342,276 |
| Year 2 | $1,932,242 | $68,305 | $2,000,547 | $486,271 |
| Year 3 | $2,381,812 | $100,282 | $2,482,094 | $596,877 |
| Year 4 | $2,855,361 | $103,456 | $2,958,817 | $745,278 |
| Year 5 | $2,881,586 | $106,740 | $2,988,326 | $955,638 |
| | | | | |
| Total by category | $11,412,471 | $439,930 | $11,852,401 | $3,126,340 |
| Percent of direct costs | | 4% | | 26% |
| **Total Project Cost** | | | | **$14,978,741** |

*NWESD SBMHP+ Budget Narrative*

AR001133

**SOURCE OF MATCHING FUNDS COMMITTED**

- Northwest Education Service District 189 has committed $192,053 in non-Federal funds to support staffing.

- Skagit County has committed $86,435 in non-Federal funds to support staffing.

- School districts, through cooperative agreements, will commit $2,847,852 in non-Federal funds to support SBMHP+.



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Northwest Educational Service District 189

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 829,014.00 | 1,156,184.00 | 1,434,330.00 | 1,727,847.00 | 1,745,751.00 | | | 6,893,126.00 |
| 2. Fringe Benefits | 315,025.00 | 483,285.00 | 599,550.00 | 722,240.00 | 729,724.00 | | | 2,849,824.00 |
| 3. Travel | 17,218.00 | 20,938.00 | 23,728.00 | 26,518.00 | 26,518.00 | | | 114,920.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 6,650.00 | 5,445.00 | 5,540.00 | 6,215.00 | 5,300.00 | | | 29,150.00 |
| 6. Contractual | 7,300.00 | 9,100.00 | 10,450.00 | 11,800.00 | 11,800.00 | | | 50,450.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 95,295.00 | 128,185.00 | 149,071.00 | 169,957.00 | 169,957.00 | | | 712,465.00 |
| 9. Total Direct Costs (lines 1-8) | 1,270,502.00 | 1,803,137.00 | 2,222,669.00 | 2,664,577.00 | 2,689,050.00 | | | 10,649,935.00 |
| 10. Indirect Costs* | 90,968.00 | 129,105.00 | 159,143.00 | 190,784.00 | 192,536.00 | | | 762,536.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 1,361,470.00 | 1,932,242.00 | 2,381,812.00 | 2,855,361.00 | 2,881,586.00 | | | 11,412,471.00 |

*Indirect Cost Information *(To Be Completed by Your Business Office):* If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☒ Yes  ☐ No

(2)  If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: 09/01/2022  To: 08/31/2023  (mm/dd/yyyy)

Approving Federal agency: ☒ ED  ☐ Other (please specify): _____

The Indirect Cost Rate is  7.16  %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)?  The Restricted Indirect Cost Rate is _____ %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ ... included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220071
Page e87

ED 524

AR001135

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Northwest Educational Service District 189 | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 248,026.00 | 367,746.00 | 424,458.00 | 529,991.00 | 679,584.00 | | | 2,249,805.00 |
| 2. Fringe Benefits | 94,250.00 | 118,525.00 | 172,419.00 | 215,287.00 | 276,054.00 | | | 876,535.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 342,276.00 | 486,271.00 | 596,877.00 | 745,278.00 | 955,638.00 | | | 3,126,340.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 342,276.00 | 486,271.00 | 596,877.00 | 745,278.00 | 955,638.00 | | | 3,126,340.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001136**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Northwest Educational Service District 189 | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  5.00

(2)  What does your administrative cost cap apply to?  ☒ (a) indirect and direct costs   or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | 37,321.00 | 41,742.00 | 64,482.00 | 66,739.00 | 69,075.00 | | | 279,359.00 |
| 2. Fringe Benefits Administrative | 14,219.00 | 16,956.00 | 26,193.00 | 27,110.00 | 28,059.00 | | | 112,537.00 |
| 3. Travel Administrative | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 4. Contractual Administrative | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Construction Administrative | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 6. Other Administrative | 9,607.00 | 9,607.00 | 9,607.00 | 9,607.00 | 9,607.00 | | | 48,035.00 |
| 7. Total Direct Administrative Costs (lines 1-6) | 61,147.00 | 68,305.00 | 100,282.00 | 103,456.00 | 106,741.00 | | | 439,931.00 |
| 8. Indirect Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 9. Total Administrative Costs | 61,147.00 | 68,305.00 | 100,282.00 | 103,456.00 | 106,741.00 | | | 439,931.00 |
| 10. Total Percentage of Administrative Costs | 5.00 | 4.00 | 4.00 | 4.00 | 4.00 | | | |

ED 524

**AR001137**

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220076**

**Gramts.gov Tracking#: GRANT13747396**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220076

AR001138

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1243-School District 69 Boundary Map)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1234-SD69 GEPA STATEMENT_SBMH)* | e8 |
| *3. Grants.gov Lobbying Form* | e9 |
| *4. Dept of Education Supplemental Information for SF-424* | e10 |
| *5. ED Abstract Narrative Form* | e12 |
| *Attachment - 1 (1242-Skokie School District 69_SBMH Project Abstract)* | e13 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1235-Skokie School District 69_SBMH Program Narrative)* | e16 |
| *7. Other Narrative Form* | e45 |
| *Attachment - 1 (1237-Attachment 1_SBMH_SD69 Job Descriptions and Resumes for Key Personnel)* | e46 |
| *Attachment - 2 (1238-Attachment 2_SBMH Letters of Support)* | e97 |
| *Attachment - 3 (1239-Attachment 3_SBMH Project Design and Services Overview)* | e102 |
| *Attachment - 4 (1240-Attachment 4_SBMH Partner Agreements and Memorandum of Understandings)* | e103 |
| *Attachment - 5 (1241-Attachment 5_SBMH SD69 References & Bibliography)* | e138 |
| *8. Budget Narrative Form* | e139 |
| *Attachment - 1 (1236-SBMH BUDGET NARRATIVE.docx)* | e140 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e151 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e154 |
| *Attachment - 1241-Attachment 5_SBMH SD69 References And Bibliography.pdf* | e155 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001139

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 11/02/2022

**4. Applicant Identifier:** EMP7NMSGGJH3

**5a. Federal Entity Identifier:** 36-6004287

**5b. Federal Award Identifier:** NA

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Skokie School District 69

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 36-6004287

**\* c. UEI:** EMP7NMSGGJH3

**d. Address:**

**\* Street1:** 5050 Madison Steet

**Street2:**

**\* City:** Skokie

**County/Parish:**

**\* State:** IL: Illinois

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 60077-4039

**e. Organizational Unit:**

**Department Name:** Teaching and Learning

**Division Name:** Special Services

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Dr.

**\* First Name:** Megan

**Middle Name:**

**\* Last Name:** Aseltine

**Suffix:**

**Title:** Assistant Superintendent

**Organizational Affiliation:** Skokie School District 69

**\* Telephone Number:** 847-675-7666

**Fax Number:** 847-675-7576

**\* Email:** aseltinem@skokie69.net

AR001140

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

1243-School District 69 Boundary Map.pdf     | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Skokie School District 69 (IL) Comprehensive Mental Health Services

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR001141

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `IL-9`                                    * b. Program/Project `IL-9`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]   Add Attachment    Delete Attachment    View Attachment

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                           * b. End Date: `12/31/2028`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 1,393,028.00 |
| * b. Applicant | 1,464,417.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 2,857,445.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [          ] .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

[                    ]   Add Attachment    Delete Attachment    View Attachment

**21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Dr.`                         * First Name: `Megan`

Middle Name: [          ]

* Last Name: `Aseltine`

Suffix: [          ]

* Title: `Assistant Superintendent`

* Telephone Number: `847-675-7666 x1074`      Fax Number: `847-675-7576`

* Email: `aseltinem@skokie69.net`

* Signature of Authorized Representative: `Liza Sullivan`      * Date Signed: `11/02/2022`

PR/Award # S184H220076

Page e5

**AR001142**

# School District 69

D69 Buildings
- Madison Elementary School
- Thomas Edison Elementary School
- Lincoln Junior High School
- Skokie School District 69



AR001143

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1234-SD69 GEPA STATEMENT_SBMH.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR001144**

**Skokie School District 69**

**School-Based Mental Health Services (SBMH) Grant Program**

**GEPA STATEMENT**

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

School District 69 is a diverse community that is proud to provide equitable access to all including gender, race, national origin, color, disability, and age. We take several measures to reduce barriers to participation for our community. This project is focused on providing wraparound services to students and families that include mental health services, Health and Wellness, Early Childhood, Out of School Time programming, and parent education.

1. Family Liaison and staff support in native language.

2. Translations of school documents or information on how to receive interpretation.

3. Reserving space for students at-risk for school failure in mental health programs.

4. Open enrollment to all supports including health, wellness, enrichment, and education to all families and community members.

AR001145

# CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

* APPLICANT'S ORGANIZATION

Skokie School District 69

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.    * First Name: Megan    Middle Name:

* Last Name: Aseltine    Suffix:

* Title: Assistant Superintendent

* SIGNATURE: Liza  Sullivan    * DATE: 11/02/2022

---

AR001146

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424
Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| Mrs. | Mira | | Rogers | |

Project Director Level of Effort (percentage of time devoted to grant): `25`

Address:

* Street1: `5050 Madison Street`

Street2:

* City: `Skokie`

County:

* State: `IL: Illinois`

* Zip Code: `60077-2578`

Country: `USA: UNITED STATES`

* Phone Number (give area code)   Fax Number (give area code)

`847-675-7666 x1020`

* Email Address:

`rodgersm@skokie69.net`

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes   ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR001147

**4. Human Subjects Research:**

  a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

  ☐ Yes   ☒ No

  b. Are ALL the research activities proposed designated to be exempt from the regulations?

  ☐ Yes   Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

  ☐ No    Provide Assurance #(s), if available:

  c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
     indicated in the definitions page in the attached instructions.

  [                                    ]   [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**AR001148**

**Abstract**

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1242-Skokie School District 69_SBMH Project Ab |    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

Tracking Number:GRANT13747396          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 07:38:55 PM EDT

**AR001149**

**Skokie School District 69**
**School-Based Mental Health Services (SBMH) Grant Program**

**PROJECT ABSTRACT**

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

**BRIEF PROJECT OVERVIEW:**

Skokie School District 69 (District 69) is an innovative, forward-thinking school district serving over 1,700 children in the villages of Skokie and Morton Grove ages birth to 8th grade across three campuses: Madison School (pre-K through second grade), Edison School (pre-K, grades 3–5), and Lincoln Junior High (pre-K, grades 6–8).  District 69 is one of Illinois' most diverse communities with a significant refugee population, foreign-born residents, and growing rates of poverty.  According to the 2020-21 Illinois School Report Card, about 51% of District 69 students are classified as low income, 33% qualify for English Language Services, and 2% percent are homeless.  The district is proud of its true ethnic, racial, cultural, and religious diversity: over seventy languages are spoken in children's homes.

To achieve the vision of building a vibrant and equitable community, one in which students thrive and grow, District 69 since 2013 has implemented the national Community Schools strategy which transforms schools into neighborhood hubs where students and their families can access an array of programs and resources at the school itself.

AR001150

District 69's Comprehensive Mental Health Services grant application aims to address student mental health needs by providing a recruitment strategy, retention strategy, and student and family wraparound strategy to improve the mental health and wellness of students, families, and staff. The grant will address goals that include increasing opportunities for existing staff to reskill and upskill into school based mental health roles, provide resources and support to diverse candidates completing graduate coursework, and ultimately increasing the number of School-Based Mental Health (SBMH) staff in District 69 and surrounding communities of need.

In addition to recruiting diverse and local staff into SBMH, District 69 proposes to provide incentives to retain high-quality diverse existing SBMH staff who are dedicated to the District and have built strong relationships with students and families. Goals in this area include increases in staff retention rates and also increased reports of staff feeling prepared and supported in their roles. The final component of the comprehensive services outlined includes a focus on student and family mental health wraparound services. The program will lead to an increased number of students and families served in the area of mental health as well as provide consistency in these services.

District 69's Comprehensive Mental Health Services plan meets both the absolute priority and the competitive priority available in this grant by focusing on increasing the number of SBMH providers and increasing the number of those providers from underrepresented and/or diverse backgrounds.These resources requested in this grant will provide the foundation for a high-quality, comprehensive, equitable mental health supports that impact District 69 students, families, and staff and have potential for a broader impact to the SBMH field as a whole.

AR001151

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:** | 1235-Skokie School District 69_SBMH Program Narrative.

| Add Mandatory Project Narrative File | | Delete Mandatory Project Narrative File | | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | | Delete Optional Project Narrative File | | View Optional Project Narrative File |

Tracking Number:GRANT13747396    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 07:38:55 PM EDT

AR001152

**Skokie School District 69**

**School-Based Mental Health Services (SBMH) Grant Program**

**PROGRAM NARRATIVE**

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

**TABLE OF CONTENTS:**

I.    **Absolute and Competitive Priorities**……………………………………………2

II.   **Meeting Demonstrated Need**……………………………………………….2-6

III.  **Project Design and Services**……………………………………………….6-23

IV.  **Management Plan, Project Personnel, and Providers**……………………….28

V.   **Logic Model**……………………………………………………………..29

**AR001153**

I.    **Absolute and Competitive Priorities**

**Absolute Priority**

District 69 is proposing a respecialization and retraining plan that leads to a state credential as a school psychologist or school social worker. The plan is designed to increase the number of service providers qualified to serve in LEAs with demonstrated need. The narrative outlined below will establish the Demonstrated Need and Program Design.

**Competitive Priorities**

District 69's plan to increase the number of credentialed school-based mental health service providers (SBMH) in LEAs with demonstrated need who are from diverse backgrounds or who are from communities served by the LEAs with demonstrated need. The narrative outlined below will establish the Demonstrated Need and Program Design.

II.    **Meeting Demonstrated Need**

**Indicator of Need: District and Community Demographics**

Skokie School District 69 (District 69) is one of the most diverse Districts in the state of Illinois. This proposal will serve District 69's three schools: 1) Madison Elementary School (hereafter referred to as Madison), 2) Thomas Edison Elementary School (hereafter Edison), and 3) Lincoln Junior High School (hereafter Lincoln).  Collectively, these schools serve 1,737 students in Pre-Kindergarten-8th grade.  Most of the students are minorities: 31.5% are Asian, 17.1% are Hispanic, 11% are Black, and 6.3% are multi-racial. The need among these students is significant across risk factors: over half (55%) are low-income (i.e., eligible for free or reduced lunch), 33% come from Limited English Proficient (LEP) families, 24.6% are chronically truant, 10.1% are experiencing mobility, and  2.2% are homeless.  Moreover, the need is growing

AR001154

rapidly, especially due to the pandemic and the influx of new Afghan and Ukrainian refugees and first generation immigrants, necessitating the expansion of mental health resources across all schools. The district is proud of the true ethnic, racial, cultural, and religious diversity where over seventy languages are spoken in the homes. Additionally, the District welcomes students and families on all parts of the gender continuum, sexual orientations, and varied family structures.

To build a vibrant and equitable community, one in which students grow and thrive, in 2013 SD69 implemented the national Community Schools strategy, transforming schools into neighborhood hubs where students and their families access an array of programs and resources at the school itself. Through partnerships with over 60 different organizations, SD69 now provides on-site resources around four main focus areas as defined by family input: 1) Health and Wellness Initiatives, 2) Early Childhood Education, 3) Expanded Learning Opportunities, and 4) Family and Community Engagement.

A 5-year Full-Service Community Schools (FSCS) grant, awarded in June 2020, has allowed the District to expand its programs and staff to meet the growing, diverse needs of students and family members during the current global health crisis. Community Schools (CS) personnel have been on the frontlines redesigning and expanding existing programs, and designing new ones to support children and adults emotionally, socially, academically, and physically during the pandemic. The Community Schools strategy illustrates how the District is innovative and forward-thinking, as well as has a solid foundation to implement the grant goals in order to better meet the growing mental health needs of students and families.

**Indicator of Need: Students' Academic Achievement**

AR001155

An additional indicator of need, exacerbated by the pandemic, is students' academic achievement scores as measured on the NWEA Measures of Academic Progress (MAP). In the spring of 2022, 81% of students did not meet (See the red, orange, and yellow in the charts below) grade level benchmarks in Math and 71% of students did not meet (red, orange, and yellow) grade level benchmarks in Reading.

## Math

View Linking Study: https://www.nwea.org/resources/illinois





| School | Student Count | Level 1 Count | Level 1 Percent | Level 2 Count | Level 2 Percent | Level 3 Count | Level 3 Percent | Level 4 Count | Level 4 Percent | Level 5 Count | Level 5 Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edison Elementary School | 513 | 148 | 28.8% | 149 | 29.0% | 132 | 25.7% | 73 | 14.2% | 11 | 2.1% |
| Lincoln Junior High School | 524 | 171 | 32.6% | 145 | 27.7% | 101 | 19.3% | 92 | 17.6% | 15 | 2.9% |
| Madison Elementary School | 185 | 64 | 34.6% | 40 | 21.6% | 44 | 23.8% | 30 | 16.2% | 7 | 3.8% |
| Total | 1222 | 383 | 31.3% | 334 | 27.3% | 277 | 22.7% | 195 | 16.0% | 33 | 2.7% |

## Reading

View Linking Study: https://www.nwea.org/resources/illinois



| School | Student Count | Level 1 Count | Level 1 Percent | Level 2 Count | Level 2 Percent | Level 3 Count | Level 3 Percent | Level 4 Count | Level 4 Percent | Level 5 Count | Level 5 Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edison Elementary School | 514 | 149 | 29.0% | 87 | 16.9% | 122 | 23.7% | 141 | 27.4% | 15 | 2.9% |
| Lincoln Junior High School | 522 | 123 | 23.6% | 110 | 21.1% | 139 | 26.6% | 127 | 24.3% | 23 | 4.4% |
| Madison Elementary School | 188 | 74 | 39.4% | 24 | 12.8% | 34 | 18.1% | 52 | 27.7% | 4 | 2.1% |
| Total | 1224 | 346 | 28.3% | 221 | 18.1% | 295 | 24.1% | 320 | 26.1% | 42 | 3.4% |

Knowing that students' mental health issues hinder classroom performance, it is anticipated that the grant activities will result in improved academic growth over 5 years.

**Indicator of Need: Students' Mental Health Needs**

A third and crucial indicator of need is students' mental health.  Since 2017, in order to best serve all students and families SD69 increased school-based mental health services to the maximum of budgetary allowances, recognizing this as a critical component to student success in both school and life. "The mental health crisis for children and youth in the United States has reached a critical point. The pandemic has exacerbated already alarming trends in mental health,

and, without increasing the number of high-quality, evidence-based mental health services, the increased need for services for children and youth will not be met" (U.S. Department of Education, 2022).

"Undiagnosed, untreated or inadequately treated mental illnesses can significantly interfere with a student's ability to learn, grow and develop. Since children spend much of their productive time in educational settings, schools offer a unique opportunity for early identification, prevention, and interventions that serve students where they already are" (NAMI, 2022). Approximately 5 years ago District 69 invested in additional SBMH staff and increased the ratio of SBMH staff to students to approximately 1:200 (6 social workers, 3 school psychologists, and 1 school counselor). This ratio greatly enhanced the ability of the District to meet the significant needs of the children served at the time, however, the need is greater than the available services due to the diverse needs of our community, the COVID-19 pandemic, adverse childhood experiences, and a large increase in refugees in the past three years. Often our SBHM staff are pulled from therapy groups to de-escalate student behavior, intervene in student safety incidents, and facilitate the restorative practices required to provide a safe and supportive learning environment. In the last school year there were 140 students with 1 or more office referrals. Twenty five students required placements outside of the school district as the intensity of their needs could not being met in their neighborhood school. District 69 has experienced unprecedented turnover (50% of SBMH staff in the last 3 years) and staffing shortages that also impact the consistency and quality of services available to students.

In addition to the inconsistency in therapy sessions, the District continues to see a gap in services for students with significant and intense social, emotional, and behavioral needs and their families. Family functioning is often impaired in families with a parent with mental illness

AR001157

and is linked to child mental health (Sell et al., 2021). In our community and around the nation there is a severe lack of access to mental health services for students and their families. The District has a partnership with Turning Point, the main mental health service provider located in our District. Their existing waitlist for children is 9 months and 3 months for adults. This is detrimental to the success of our students as we know a stable, supportive, and healthy household is critical to student success at school.

As outlined above, resulting from the pandemic and ACES, District 69 students are exhibiting severe and intensive social-emotional learning (SEL) needs and behavior supports, as well as decreased academic growth. More students are identified as having internalizing or externalizing behaviors on the District's SEL screener, SAEBRS, than ever before. This additional intensity of need has impacted the District's ability to serve students in their neighborhood schools and retain SBMH staff. Alongside the increased need for mental health services, the education staffing shortage has impacted the District's ability to fill open SBMH positions.  The SBMH grant will use multi-pronged, research-based strategies to address recruitment, retention, and student/family wraparound programs.

### III.     Project Design and Services Overview

The proposed project design and services will develop a comprehensive recruitment and retention strategy that bolsters the overall capacity of District 69 to meet the diverse and intensive needs of our students and community.  See below for a graphic of the project design. Note: A full page version of the graphic is available in Other Attachments, "Attachment 3_SBMH Project Design and Services Overview."

AR001158



Local universities report a decrease in overall enrollment into School-Based Mental Health programs and a high drop out rate of diverse identity candidates. The recruitment strategy outlined above creates a pipeline into these programs, supports candidates through the program to graduate, and then incorporates them into the District in various SBMH capacities that are needed due to staffing shortages, high turnover rates, and increased student/family need. Recruitment components of the plan include:

- Grow Your Own

- Resident Student Intern Program

In addition to recruiting toward the School-Based Mental Health field and filling openings, it is critical to incentivize and emotionally support our existing SBMH staff who have chosen to stay in the field despite challenges. These staff members provide committed, compassionate, and high level care to our students and families. The retention strategy outlined above focuses on what both research and District SBMH staff have shared would incentivize

AR001159

them to stay as well as help them to combat burnout and compassion fatigue. Retention components of the plan include:

- Financial Incentives

- Professional Development

- PLC and Collaboration

- Social Emotional Support

The final component to the project design is Student and Family Wraparound. Increasing access to mental health protective factors, as well as therapeutic supports is integral in providing a well rounded, safe, and healthy environment for students to succeed in school and life. Wraparound components of the plan include:

- Consistent School-Based Services

- Behavior Supports and De-escalation

- Crisis Support

- Onsite Family Therapy

- Mental Health Vouchers

District 69 believes that Mental Health in schools is essential for student success. Increasing support for mental health in schools increases educational opportunity by creating conditions for students to fully engage in learning.

## **Recruitment Strategy**

**Goals:**

- District 69's Grow Your Own Program will provide resources and support to 10

AR001160

candidates with diverse backgrounds entering into preparation programs that lead to state credentials in school psychology or school social work over the course of 5 years.

- District 69's Resident Student Intern Program will hire and prepare 60 School Based Mental Health professionals in the field over the course of 5 years.

**Objectives:**

- District 69's Grow Your Own Program will expand to provide access to 2 internal staff members to reskill into School Based Mental Health positions.
- Annually hire and prepare 12 resident interns in School Based Mental Health graduate programs.

**Outcomes:**

- Support 10 internal staff accessing Grow Your Own program resources and ultimately credentials in school psychology or school social work.
- Within 5 years prepare 60 diverse SBMH staff that are hired in District 69 or locally in other school districts.

**Recruitment Program Overview:**

District 69 believes that by investing in the people who make up the school community and the Skokie/Morton Grove broader community, it creates a high-performing, dedicated, and invested workforce. The District's strategic plan has a focus on ensuring that our students see successful staff who they can identify with and who have been traditionally underrepresented based on race, color, national origin, gender, age, disability, religious, sexual orientation, and

AR001161

diverse family structures. The District has made some growth in this area and believes that by building a pathway, "Grow Your Own" program, will provide a pipeline of underrepresented and diverse candidates into our schools in all capacities. Huguet's (2021) research shows that local, grow your own, alternative teacher preparation programs can help strengthen the diversity of the teaching workforce, as well as enable districts to address broader staffing challenges and that it was the leading recruitment strategy for people of color. This program coupled with incentives to make SBMH programs more accessible will have a great impact on the District strategic goal. The District hopes to utilize grant funds to expand this goal of diversifying our staff into our SBMH positions in two ways: 1. Grow Your Own program and 2. Resident Student Intern Program.

<u>Grow Your Own Program</u>

The District strives to upskill, reskill, and support learning and career development from within. By providing internal growth and mobility, we retain valuable relationships for our students and families while also providing increased financial and skill opportunities for our staff. District 69 has started to build a "Grow Your Own" staff development model that:

- Encourages and supports existing employees to develop skills for their next role within the organization.
- Creates individualized learning and career planning for employees.
- Creates internal talent development.
- Provides resources needed for tuition reimbursement, licensure, certification, and flexible schedules to support staff with young children.

AR001162

District 69 acknowledges that employee retention, recruitment, and internal opportunities for growth are interconnected. Job research surveys indicate that 87% of employees agreed that a strong internal mobility program would help with retention and attract diverse candidates (Maurer, 2015).

The current District 69 Grow Your Own program focuses on providing opportunities for existing staff to receive support while attaining their teaching license. The SBMH grant will allow the District to extend this program to any staff interested in upskilling or reskilling into school-based mental health programs with the goal of remaining in the District and increasing District 69's diverse school-based mental health staff.

District 69 already has strong relationships and partnerships with local universities and colleges including National Louis University, University of Illinois, Northeastern Illinois University, Illinois State University, and Northwestern University for student teaching. The District has a long history of helping to prepare student teachers and this strategy has led to increased diversity in our classrooms and has also helped the District to staff shortage areas. In our proposed SBMH Grow Your Own program, these partnerships would be expanded to incorporate mental health university and college programs that prepare students for the Professional Educator Licensure (PEL) in Social Work and School Psychology. A priority area is to encourage applications of diverse candidates in all identity areas including, BIPOC, gender, religious, cultural, and language. District 69 seeks to have educational staff that mirror the community we serve.

For this proposal, the District has created partnerships with National Louis University's School Psychology and Loyola University's School Social Work programs. These partnerships will provide support and connections for our existing staff to apply and attend these programs.

AR001163

Once accepted into the programs, a main component of the Grow Your Own program is to allow our existing staff to remain in their current positions while completing coursework and provide them with the flexibility needed to complete observations, practicum hours, projects, and research in-house during their work day. That way, they do not have to lose salary and/or benefits while working toward their new profession. Additional incentives of the Resident SBMH Intern program includes tuition reimbursement, access to both internal and external professional development, a pipeline into our resident intern program, and support with attaining licensure.

Resident Student Intern Program

To support our Resident Student Intern Program, the District has built partnerships with Loyola University Chicago School of Social Work and National Louis University's School Psychology program. Both partners are in a strong position to provide training and university support to aspiring SBMH staff to serve the needs of PK-8 students in District 69. Highlights from the NLU graduate program are listed below:

- NLU's School Psychology program currently enrolls 43% of students of diverse ethnic and racial backgrounds.

- NLU's cohorts typically includes four or more students out of 18 who speak Spanish.

- NLU increase awareness of school psychology as a profession for NLU undergraduate students who are majoring in either special education or psychology.

- NLU's Wheeling campus is the home of an undergraduate college that serves primarily students who are of Latinx background and offers bilingual support to these students.

- NLU is identified as a Hispanic Serving Institution and receives federal grants and meets the criteria of a Minority Serving Institution.

AR001164

Loyola University Chicago School of Social Work's graduate program highlights include:

- LUC's School of Social Work is ranked #28 in the nation for Best Social Work Schools by U.S. News and World Report and Top 10 among Midwest universities for social work programs. These ratings reflect the transformative education provided to students, and the dedication, motivation, and commitment of staff and faculty to guide, lead, empower, and elevate offerings.

- LUC is committed to the recognition and respect for differences in racial, ethnic, and cultural backgrounds and in class, gender, age, physical and mental ability, religion, immigration status, sexual orientation, gender identity, and gender expression. They value ethnically sensitive and culturally responsive social work education and practice.

- LUC is located in downtown Chicago, one of America's most dynamic and diverse centers of education.

The proposed Resident Student Intern Program starts with the pipeline of graduate students from the District's Grow Your Own program outlined above. Additionally, the District will interview diverse candidates from our partner universities using our District's interview protocols that incorporate a focus on educational equity and diversity. The District, with grant funds, has the capacity to host 6 part-time Resident SBMH Interns from social work, 3 part-time Resident SBMH Interns from school psychology practicum, and 3 full-time Resident SBMH Interns from school psychology. This proposed staffing provides multiple benefits to the District and to preparing 12 SBMH professionals for the field each year.

The proposed program would also provide the District with the opportunity to fill any SBMH openings with Resident Interns. As part of the program the District would expect that if offered a position, the Resident Intern would remain in District 69 for at least two school years.

AR001165

To recruit and support diverse candidates the program plans to pay a livable wage that includes benefits and includes an added stipend for students who are bilingual. Housing in the area is also a barrier due to cost, so the District has added a housing stipend to support the ability of our interns to live close to the schools and within our Township. This is another way the applicant can learn and understand the needs of the community they are serving. Additional incentives of the Resident SBMH Intern program includes tuition reimbursement, access to both internal and external professional development, full-time mentor, and participation in our Professional Learning Communities (PLC).

## **Retention Strategy**

**Goals:**

- District 69's retention strategies will result in a 10% increase in SBMH staff retention percentage within 5 years.

- 80% or more of District 69 SBMH staff surveyed will indicate that they feel well trained and prepared for their role within 5 years.

- 80% or more of District 69 SBMH staff surveyed will indicate that they feel supported in their role within 5 years.

**Objectives:**

- District retention strategies will result in a 2% increase annually in SBMH staff retention percentage.

- SBMH staff will be surveyed annually to indicate their feeling of satisfaction with training, preparation and support.

AR001166

**Outcomes:**

- Increase the District's retention of SBMH staff by 10%.

- Increase the number of SBMH staff who indicate they feel well trained and prepared for their role.

- Increase the number of SBMH staff who report feeling supported in their role.

**Retention  Program Overview:**

District 69 has invested significant resources over the years to increase the amount of mental health service providers in our District. However, similar to most schools, the staff shortage and turnover rates have been debilitating. Having these essential staff members and retaining them has been a challenge. The needs of students and families have increased and the need for crisis intervention has increased which has increased the emotional toll on our mental health providers in schools. Due to the pandemic, many of our students and families have not accessed outside resources and have relied heavily on our school-based mental health team to provide wraparound services and support to children and their parents/guardians. It is imperative that we introduce support and incentives to help our new and existing school-based mental health providers to combat compassion fatigue. Compassion fatigue (also known as empathy overload) occurs when mental health providers or others take on the suffering of students who have experienced extreme stress or trauma (Figley, 2022). An additional component of compassion fatigue is burnout, which is associated with too much work and not enough resources to do that work well. Burnout can result in depression and anxiety, physical and emotional exhaustion, and less enjoyment of work (Schwanz, 2022). Unfortunately, the school-based mental health

AR001167

providers in our District have shared these feelings with us and currently the District has minimal additional resources to appropriately address and support our staff.

Our plan to combat compassion fatigue and increase support for our staff providing mental health services includes both financial incentive, emotional support, professional development to increase skills and ability to cope, more collaboration and consultation time, and job embedded coaching and mentoring incentives to recruit and retain staff.

Financial Incentives

New and existing School-Based Mental Health staff will be provided a $2,000 stipend when they complete additional job related certifications that enhance their ability to support students and families. District 69 has a diverse community that requires support to be available in over 70+ languages. In order to diversify the languages our SBMH staff speak, an annual $2,000 language stipend will also be provided to staff who have a bilingual designation or have completed the Language Access Resource Center (LARC) certification for interpretation. SBMH staff are eligible for up to $2,000 in tuition reimbursement annually for coursework completed. Often SBMH staff have to find additional employment in the summer to supplement their salaries. District 69 would add SBMH positions to our summer program to better support the mental health of students throughout the summer and provide additional pay to our SBMH staff who are interested in working year round.

Professional Development

The District provides a robust professional development catalog throughout the school year and summer for our staff and our partners. This includes equity training on bias,

AR001168

microaggressions, cultural proficiency, culturally responsive teaching, ACES, trauma informed, de-escalation, safety/crisis training and the CASEL framework. In addition, staff are trained in CHAMPS, Responsive Classrooms, Restorative Practices, and Second Step (SEL programming). Adding to the District's existing offerings, the additional professional development funds from this grant will provide access to out-of -district mental health training that can more specifically and individually build the skill, capacity, and confidence of our school-based mental health providers.

Deep learning occurs when training and professional development happen in the moment. Empirical studies on instructional coaching suggest that this model can be more effective than traditional professional development in creating meaningful change in practice. Instructional coaching is grounded in day-to-day practice and is designed to enhance instructional practices. Instructional coaches partner with SBMH providers to provide them with personalized support in meeting practitioner's needs. After identifying a challenge to tackle, coaches and providers closely collaborate to identify best strategies, implement the strategies, and then reflect on progress until the challenge is met. With the support of the SBMH grant the District hopes to provide a full time mental health instructional coach who works alongside our SBMH providers to support their skill and emotional well-being as they tackle the challenges of serving students social, emotional, and behavioral health.

An additional focus on equity and cultural responsiveness is also needed to support the connection between our SBMH providers and students and families. The District has built an internal training cohort for SEED and Beyond Diversity training, each described below. These are two of the leading equity initiatives in our region.

- The National SEED Project (Seeking Educational Equity and Diversity) partners with

AR001169

communities, institutions, and schools to develop leaders who guide their peers in a 28-hour training with conversational communities to drive personal, institutional, and societal change toward social justice.

- Beyond Diversity, is a two-day seminar designed to help leaders, educators, students, parents, administrators and community participants understand the impact of race on student learning and investigate the role racism plays in institutionalizing academic achievement disparities. Participants gain a foundational understanding of the impact of race on students of color and a common language, to engage, sustain and deepen Courageous Conversations about Race.

Professional Learning Community (PLC) and Collaboration

District 69 has schedules that allow and provide support and structures for collaboration. District 69 utilizes the Professional Learning Community (PLC) framework to guide these collaborative teams. School-Based Mental Health Providers meet weekly at the building level and monthly as a full District mental health team. During these collaborations the purpose is to ensure students are supported so they can learn, promote a culture of collaboration, and focus on student outcomes. These tenets of our PLC provide support and case consultation to each other, provide a network of relationships and shared ownership, opportunity to share successes and offer support.

District 69 seeks to extend this collaboration and consultation support by providing external consultation from family therapists who can give insight, direction, and context for student and family issues that present in school-based therapy and support. By expanding our web of resources and access, the District can better serve our students and our families.

AR001170

In addition to the instructional coaching support, it is important to build connections and support within the learning environment that the SBMH providers work. Each of our new SBMH staff will participate in the District's mentoring program for 2 school years. This provides new staff orientation and onboarding, weekly support sessions, and monthly district professional development.

<u>Social and Emotional Supports</u>

The District has been working toward its goal of increasing the diversity of our staff to align with the diversity of our community. One way of supporting our diverse staff is creating and providing time and space for Affinity Groups. Affinity Groups are District recognized and promote inclusion, diversity, and create safe spaces for networking and building relationships. Affinity Groups are a collection of individuals who share a common identity characteristic, which can be a wide range of things. The unifying characteristic is usually something that's traditionally underrepresented and can make the people in that group feel isolated. Some examples include:

- Gender

- Sexual Orientation

- Race

- Nationality

- Religion

- Family Structure

- Physical or Mental Ability

District 69 also provides all employees with an employee assistance program (EAP).

AR001171

EAP is a work-based intervention program designed to assist employees in resolving personal problems that may be adversely affecting the employee's performance. District 69's EAP provides live, immediate assistance that is private and confidential. Ongoing resources include mental health counseling, work/life resources, legal/financial resources, and life coaching.

All staff in District 69 have a benefits package that includes paid time off for illness, mental health days, and personal days. This benefit is encouraged for staff who need to take the appropriate time needed for self-care and their own well-being while they care for others. In addition, the proposal seeks an additional SBMH staff member who can provide coverage during this time and can also be utilized to support unexpected incidents that require the school SBMH staff member to step away from their typical schedule. This will provide support and consistency in student IEP and intervention minutes, while allowing for the school SBMH staff member to focus on the immediate need or crisis at hand and not worry about inconsistency in student services.

**Student and Family Wraparound Strategy**

**Goals:**

- District 69's wraparound support will decrease the amount of students identified on SEL screener as High Risk by 10% over the course of 5 years.

- District 69's wraparound support will increase the number of students meeting grade level academic targets by 5% in reading and 5% in math over the course of 5 years.

- District 69's wraparound support family therapy and mental health vouchers will serve 100 families with mental health needs over the course of 5 years.

AR001172

**Objectives:**

- Services to students will help decrease the number of students identifying as high risk on mental health screening measures.

- Student achievement will increase by 1-2% annually due to the additional mental health services and supports.

- Family therapy and mental health vouchers will meet the needs of students and families with intensive mental health needs at school and home.

**Outcomes:**

- Decrease in students identified on SEL screener as High Risk.

- Decrease in the number of students needing out placement.

- Increase number of students meeting grade level academic targets

- Increased number of students and families accessing family therapy or mental health vouchers

**Student and Family Wraparound Program Overview:**

District 69's mission states, "In partnership with families and our community, District 69 supports every child's development within an environment of belonging." In order to realize this mission the District has implemented a Community Schools (CS) framework that focuses on providing on-site resources around four main areas defined by family input: 1) Health and Wellness Initiatives, 2) Early Childhood Education, 3) Expanded Learning Opportunities, 4) Family and Community Engagement.  In alignment with the CS framework, the District is pursuing a wraparound mental health model for students and families. "Wraparound is a care

AR001173

coordination model that has shown effectiveness for serving children and youth with significant emotional and behavioral health needs and their families" (Cosgrove, 2020). Wraparound care looks at the whole child's need and will provide a structure that ensures consistent school based services, behavior supports and de-escalation, crisis support, and onsite family therapy or mental health vouchers.

<u>Consistent School-Based Services</u>

Student need is at an increased level due to the trauma from the pandemic and stress on families, as well as several of whom are refugees and recent immigrants. Due to this, the District has had to reallocate preventative mental health resources to reactive crisis supports. The SBMH staff have a full caseload of students for special education service minutes and intervention groups. When pulled away for a crisis situation, which can at times be long stretches of the day, special education minutes and intervention services have to be canceled. This is detrimental to the well-being of students and adds increased stress on our existing school-based mental health staff to make up the required minutes. The intensity of this job and the constant barrage of need leads to burn out, which then leads to turnover of skilled staff. District 69 is proposing having an auxiliary SBMH provider that can step in to provide the special education and intervention services to students when the SBMH staff is pulled for crisis. This will also allow a SBMH provider who has been in crisis and is feeling stressed and overwhelmed, to take a much needed break to process, reflect, and recover. Student crisis situations are not only difficult for the student, but also emotional and stressful for the direct service provider stepping in to de-escalate and keep the child safe.

In addition to increasing the consistency of school-based therapy during the year, the

AR001174

District is also proposing to provide 3 SBMH providers with summer work hours in order to be present and support students in the District's Summer Program that stretches for 5 weeks over the summer across 3 campuses. Last summer the District had to call parents and/or send students home who were dysregulated. Students then missed out on crucial support needed to combat summer academic and SEL slides, as well as social and enrichment opportunities.

Behavior Supports and De-escalation

District 69 has consistently implemented SEL instruction and behavior support throughout the District Pre-K-8th grade. Despite these supports and proactive strategies, the District has experienced increases in both internalizing behaviors and physical externalizing behaviors as we resumed in-person schooling.

All SBMH staff have received extensive training on trauma informed practices as well as Cognitive Behavior Therapy. SBMH staff serve general education students as well as special education students throughout the school day. Data from our fall SEL screener, SAEBRS, indicated that our youngest students have been impacted the most due to the pandemic, however all buildings have an increased number of students falling in the some risk or high risk categories. Almost 200 students across the District fall into the some or high risk categories. The increased need requires the District to program and support students differently. The proposed model of additional school based mental health staff will provide coverage for student therapy, provide flexibility for crisis support, and provide social/emotional respite for SBMH staff.

District 69 has a well developed Multi-Tiered System of Supports (MTSS) that identifies the academic and social/emotional needs of our students at all levels (classroom curriculum intervention (Tier 1), skill intervention (Tier 2), and alternate curriculum intervention (Tier 3).

AR001175

Students take benchmark assessments three times throughout the year in the areas of reading and math and also assess risk for social/emotional factors during this time. This data is housed in a common data management site that also allows teachers and administrators to access visualizations of the student's data and progress throughout the year.

After these benchmark periods, each building and grade level team holds Universal meetings where data is reviewed and analyzed. At these meetings, students are identified for intervention and problem solving plans are developed. These plans outline and provide detailed information on the needs of the student as well as proposed interventions that will best mitigate their skill deficits identified. The District utilizes decision rules for placing students into intervention groups and tiers. This ensures that all students are measured against the same expectation and are all given access to the supports and services available within the school day. In addition, each student is monitored regularly for progress in the areas identified. These results are graphed and shared with the student's educational team and parents. Inevitably, the District has to employ a "slot approach" for during the day intervention based on staff resources. There is always an additional need that either cannot be addressed within the school day or that would be enhanced by additional intervention. The addition of SBMH interns will provide a sustainable model for additional mental health services in each of our elementary buildings and middle school.

Crisis Support

District 69 is proud to serve almost all of our students in their neighborhood schools. With that commitment the range of social, emotional, and behavioral needs increases. This unfortunately requires crisis support to be available at a moment's notice for a range of situations

AR001176

like a student pulling the fire alarm, eloping from the classroom, physical aggression, physical altercations between students, and DCFS calls for neglect or abuse.

The District utilizes research-based safe crisis de-escalation via the Crisis Prevention Institute and Ukeru training annually for SBMH staff and our crisis teams. Crisis is emotionally and physically taxing. This is a primary area that staff note that leads to burn out and compassion fatigue. By adding an auxiliary SBMH staff member, additional support can be triaged to the situation or building in most need. This allows for crisis support rotation, coverage of missed service minutes, and provides much needed compassion fatigue and reflection time for our SBMH staff.


Onsite Family Therapy

Wraparound mental health is a well researched Evidenced Based Practice in Systems of Care (EBP in SoC).Typically the barrier to effective wrap-around is funding and availability of therapy. District 69 proposes to provide these services on-site in alignment to our Community School model. Community Schools aim to develop an atmosphere of belonging and shared responsibility for our children's learning and well-being.  By joining the resources of the school with community partnerships, we provide opportunities and supports to meet the needs of our students and families.  Through a focus on community building, we strive to provide equitable access for all families to feel valued and to succeed.

District 69 regularly analyzes student social/emotional, and behavior data and has a well developed Multi-Tiered Intervention service delivery model that identifies and intervenes on students with both academic and behavioral needs. Throughout this process our mental health staff regularly find that both student therapy services and family therapy services would be the

AR001177

ideal intervention/support approach for the student.

Families frequently report barriers to accessing mental health services that include transportation, access, insurance, childcare, interpretation, and trust often inhibit a family's ability to access these recommended resources. District 69's proposal seeks to hire 2 dual certified mental health providers who can provide school-based mental health and family therapy to our students and families with significant wraparound needs. Research indicates there are significant positive effects for Wraparound, especially for maintaining youths with SED in the home and community (Olson, 2021). These SBMH and Family Therapists will work a nontraditional schedule (12-8pm) to accommodate family schedules in the evenings. They will be provided with office space to allow for confidentiality and comfort for the family at the school buildings where the students attend school during the day. In addition, to address the language barrier the District will incentivize bilingual therapists as well as provide interpretation services. A final barrier that the District seeks to address is appropriate childcare for young siblings so that the family can focus on the family therapy session.

<u>Mental Health Vouchers</u>

District 69 hopes to continue its mental health vouchers to families. In 2021, in response to significant, growing health care needs resulting from COVID-19, SD69 launched a pilot voucher program to provide uninsured or underinsured youth greater access to cost-free mental health services. "Underinsured" is defined as: 1) a student who has health insurance but either the insurance does not cover this service or the family did not have the capacity to pay for the copays, or 2) insurance provided limited options for accessing providers in a timely manner and

AR001178

a prolonged wait time would be detrimental to a student's health. To date this pilot program has provided 16 mental health vouchers and the funding ends in August 2023.

SD69 is seeking funding to continue the mental health voucher program in partnership with Turning Point, Skokie's premier mental health facility for low income families, serving the community for more than 50 years. Turning Point has committed to provide 10 vouchers ($1,120 each), providing 6 hours of virtual or in-person therapy per voucher. The first hour will be an initial assessment, followed by 5 individual/family sessions. During the course of treatment, Turning Point will also guide families through the Medicaid application process so that therapy and other health care coverage would continue following the end of voucher assistance.

AR001179

## IV.    Management Plan, Project Personnel, and Providers



Included above is the Management Plan for Project Design and Services, illustrating the adequacy of mechanisms for ensuring high-quality services, as well as procedures for ensuring feedback, continuous improvement, and successful implementation of the proposed project. District 69 has done the planning, preparing and capacity building in order to ensure the prompt delivery of services to staff, students, and families.  Project staff across all levels of the project will be engaged in the implementation and evaluation of the project in order to provide qualitative and quantitative data on project impact. Surveys and focus groups will be engaged annually in order to ensure the trajectory of the program is in alignment with the identified goals, objectives, and outcomes outlined for Recruitment, Retention, and Student and Family Wraparound. Project staff will have relevant training and experience on key project components in order to provide high-quality programs.

See Other Attachments, "Attachment 1_SBMH_SD69 Job Descriptions and Resumes for Key Personnel" for the job descriptions and resumes for the personnel outlined above.

AR001180

## V.   Logic Model

| SKOKIE-MORTON GROVE SCHOOL DISTRICT 69 (SD69) SBMH GRANT LOGIC MODEL | | | | |
|---|---|---|---|---|
| **Problem Statement:** As a result of the pandemic and ACES, District 69 students are exhibiting severe and intensive social-emotional learning (SEL) needs and behavior supports. More students are identified as having internalizing or externalizing behaviors on the District's SEL screener, SAEBRS than ever before. This additional intensity of need has impacted the District's ability to serve students in their neighborhood schools and retain SBMH staff. Alongside the increased need for mental health services, the education staffing shortage has impacted the District's ability to fill open SBMH positions. The SBMHa Grant will use multi-pronged, research-based strategies to address recruitment, retention, and student/family wraparound programs. | | | | |
| **Resources** | **Activities** | **Outputs** | **Short-Term Outcomes** | **Long-Term Outcomes** |
| <ul><li>Grant funding</li><li>Staff including Project Director, Data Analyst, SBMH Interns, Mentor SBMH staff, Auxiliary SBMH staff, Family Therapists, and Mental Health Instructional Coach</li><li>Mental Health Vouchers, Mental Health Consultant, Psychiatrist</li><li>IHE Partners</li><li>Tuition Reimbursement</li><li>Financial Incentives</li><li>Housing Stipend</li><li>Bilingual Stipend</li><li>Licensure Stipend</li><li>Summer SBMH Stipend</li><li>Paid Time Off</li><li>Interpretation</li><li>Transportation</li><li>Childcare</li></ul> | <ul><li>Professional Development</li><li>Mental Health Training</li><li>New Staff Mentoring</li><li>SBMH PLC</li><li>Affinity Groups</li><li>Employee Assistance Program</li><li>Service Delivery for IEP</li><li>Service Delivery for Intervention</li><li>Summer SEL Services</li><li>CHAMPS</li><li>Responsive Classrooms Training</li><li>Restorative Practices Training</li><li>Second Step Training</li><li>Crisis Prevention Training</li><li>Onsite Family Therapy</li></ul> | <ul><li>Staff attendance at PD and trainings</li><li>Student attendance at services</li><li>Family Therapy attendance</li><li>Voucher Usage</li><li>Daily Pre-K-5 Responsive Classroom Meeting lesson plans</li><li>SEL Data</li><li>Academic Data</li><li>Number of Interns Served</li><li>Number of IHE partners</li><li>Staff Retention</li><li>Pipeline into SBMH openings</li><li>Number of interns interviewed</li><li>Disaggregate data based on diversity</li><li>Number of stipends issued for language, certification, and housing</li><li>Number of internal staff who accessed tuition reimbursement</li><li>Number of internal staff who gain new licensure</li><li>Testimonials of staff, students, and families</li></ul> | <ul><li>Increase the number & diversity of interns</li><li>Increase the number of staff accessing Grow Your Own tuition reimbursement or schedule flexibility for course work</li><li>Train staff in SEL & trauma response</li><li>Build interview process for potential resident student interns</li><li>Onboard and train new resident interns, mentors, and new SBMH staff/coach, family therapists</li><li>Share Grow Your Own program with staff and identify potential candidates for the program.</li><li>Build accounting structures and finalized budgets for SBMH grant</li><li>Identify and train affinity group facilitators</li><li>Share out resources with SBMH staff including PD and EAP</li><li>Develop and implement PLCs</li><li>Identify students and families for Family Therapy caseload and vouchers</li></ul> | <ul><li>Increased number of staff access Grow Your Own program resources</li><li>Within 5 years prepare 60 diverse SBMH staff that are hired in District 69 or locally in other school districts</li><li>Increase the District's retention of SBMH staff by 10%</li><li>80% or more SBMH staff indicate they feel well trained and prepared for their role</li><li>80% of SBMH staff feel supported in their role</li><li>Decrease in students identified on SEL screener as High Risk.</li><li>Decrease in the number of students needing out placement.</li><li>Increase number of students meeting grade level academic targets</li><li>Increased number of students and families accessing family therapy or mental health vouchers</li></ul> |

AR001181

## Other Attachment File(s)

---

**\* Mandatory Other Attachment Filename:** `1237-Attachment 1_SBMH_SD69 Job Descriptions and R`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

---

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13747396          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 02, 2022 07:38:55 PM EDT

**AR001182**

**Skokie School District 69**

**School-Based Mental Health Services (SBMH) Grant Program**

**JOB DESCRIPTIONS AND RESUMES FOR KEY PERSONNEL**

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

**TABLE OF CONTENTS**

**I.   Assistant Superintendent**

A. Assistant Superintendent Job Description …………………………………...1-2

B. Assistant Superintendent Resume: Dr. Megan Aseltine………………………..3

**II.   Grants Project Director**

A. Grants Project Director/Business Services Coordinator Job Description……....4-5

B. Grants Project Director Resume: Mira Rodgers……………………………...6-8

**III.   Data Analyst**

A. Data Analyst Job Description……………………………………………….9

B. Data Analyst Resume: David Clough………………………………………...10-11

**IV.   SBMH Resident Program Mentor**

A. SBMH Resident Program Mentor Job Description…………………………..12-13

**V.   Director of Special Services**

A. Director of Special Services Job Description ……………………………14-15

B. Director of Special Services Resume: Kristine Joaquin Schubert…………....16-18

**VI.   School-Based Mental Health (SBMH) Staff**

AR001183

A.  School-Based Mental Health Staff Job Description…………………………19-20

B.  School-Based Mental Health Staff Resume: Bev Breslow…………………21-26

**VII.    School Psychologist**

A.  School Psychologist Job Description………………………………………27

B.  School Psychologist Resume: Daphne Perry………………………………28-31

**VIII.   Instructional Coach**

A.  Instruction Coach Job Description…………………………………………...32-33

B.  Instruction Coach Resume: Sibi Bailey……………………………………...34-35

**IX.     Psychiatry Consultant**

A.  Psychiatry Consultant Professional Services Agreement…………………....36-43

B.  Psychiatry Consultant Resume: Dr. Deborah Matek…………………………...44-45

**X.      Resident Intern**

A.  Full-Time Resident School-Based Mental Health Intern Position Notice……...46-47

B.  Part-Time Resident School-Based Mental Health Intern Position Notice……...48-49

AR001184

# SCHOOL DISTRICT 69 • SKOKIE / MORTON GROVE

5050 MADISON STREET  •  SKOKIE, IL 60077  •  (847)-675-7666
FAX (847)-675-7675

**Assistant Superintendent for Academics**

**Primary Function**

To serve as a general assistant to the Superintendent with administrative functions that support the mission and vision of the Board of Education as assigned by the Superintendent.

**Organizational Relationship**

The Assistant Superintendent reports directly to the Superintendent.

**Qualifications**

- Illinois State Board of Education Professional Educator Licensure appropriate to assignment.
- Completed all modules of the ISBE Teacher Evaluation training
- Ability to understand and carry out oral and written directions
- Ability to exercise sound judgment in making decisions regarding the safety and welfare of students
- Ability to perform assigned duties and tasks with a minimum of direction
- Ability to maintain supportive, collaborative public, student, and coworker relationships.
- Ability to physically move about the buildings and grounds
- Ability to speak, read, write, and understand English
- Ability to handle all district information with confidentiality

**Performance Responsibilities**

1. Assist the Superintendent in directing the long-term planning of the educational program and operations of the school system in order to provide for the future educational needs of the community.
2. Provide professional leadership in education throughout the school system, and study, keep informed of and stimulate interest of staff in new developments in education.
3. Supervise the development of the District's instructional programs including curriculum development, reporting to parents, field trips, and testing.
4. Oversee all curriculum review processes to ensure the curriculum maps are up-to-date and instructional materials relevant.  Serve as a liaison to District 219 and CFC regarding curriculum matters.
5. Oversee all programming related to special populations (e.g. English Learners, Advanced Learners, Special Education, Interventions, and Early Childhood).
6. Develop and monitor all Curriculum & Instruction-related district budgets including Professional Development.  Approve the purchase of instructional materials, equipment, supplies, and travel/workshop.

February 23, 2018

AR001185

7. Determine and coordinate the district assessment program.   Analyze all assessment data and interpret for trends related to student growth, curriculum alignment, instructional implications, and program evaluation.
8. Coordinate and implement the District's staff development programs.
9. Coordinate with technology department regarding curriculum matters.
10. Ensure that all necessary records are kept and reports are made pertaining to pupils, as required by the Board of Education and the State Board of Education; and designate specific responsibility for such records and reports.  Write, implement, and monitor state and federal grants such as Every Student Succeeds Act (ESSA), Preschool For All (PFA), and Title grants.
11. Assist in the recruitment, interviewing and assignment of staff.
12. Coordinate presentations for families and the community to educate them about new initiatives and programming.
13. Guide research activities and generally oversee all research projects.
14. Attend all Board Meetings, and prepare such reports for the Board as are appropriate to the primary function and other reports which may be requested by the Superintendent or the Board of Education.
15. Perform such other duties and assume such other responsibilities as may be assigned by the Superintendent of Schools.

**Terms of Employment**

12-month position (260 work days) from July 1ˢᵗ to June 30ᵗʰ with twenty (20) vacation days.

**Performance Evaluation**

Performance of this job will be evaluated in accordance with the Administrator Evaluation Plan.

February 23, 2018

AR001186



# DR. MEGAN ASELTINE

MEGANASELTINE@GMAIL.COM
847-321-1239

## OBJECTIVE

Enact the mission and vision that the community and school district has prioritized.

## SKILLS

Program Development
Short- and Long-Term Planning
Project Management
Managing and Supporting Staff
Data Analysis

## EXPERIENCE

**ASSISTANT SUPERINTENDENT • SKOKIE DISTRICT 69 • 2016-PRESENT**
Competitive grant writing and management, Local and State grant writing and management, Curriculum, Instruction, District and State Assessment, Professional Development, Community Schools programs and partnerships, Birth to 3 Program, Pre-K, Teacher Evaluation Plan, Mentoring and Coaching Program, MTSS, Intervention. Supervise and Evaluate Administration in Special Services, Community Schools, Pre-K, and Instructional Coaching staff. Collaborate with the Superintendent to develop and implement the District Strategic Plan goals and tasks.

**DIRECTOR OF SPECIAL SERVICES • SKOKIE DISTRICT 69 • 2011-2016**
Coordinate comprehensive services and supports in accordance with regulations for special education, Section 504, Mc-Kinney Vento Homeless Assistance Act, and health services. Development and implementation of SEL and Behavior Support and Management, Special Services Professional Development, and Safety/Crisis Planning. Developed, implemented and monitor MTSS and interventions.

**SCHOOL PSYCHOLOGIST • WHEELING CCSD 21 & BENSENVILLE DISTRICT 2 • 2006-2011**
Lead Special Education team at the building level, complete comprehensive special education evaluations, facilitate special education eligibility and IEP meetings, support SEL and behavior management. Lead and implement MTSS at the building level for SEL and Academics. SIP and Curriculum Leadership team participant.

## EDUCATION

**DOCTORATE IN EDUCATION • 2012 • NATIONAL LOUIS UNIVERSITY**
Curriculum and Social Inquiry
Educational Leadership

**EDUCATION SPECIALIST • 2006 • NATIONAL LOUIS UNIVERSITY**
School Psychology

**BACHELOR OF ARTS • 2003 • UNIVERSITY OF MICHIGAN**
Major: Psychology, Minor: Spanish

AR001187



# SKOKIE – MORTON GROVE  SCHOOL DISTRICT 69

5050 MADISON STREET  •  SKOKIE, IL 60077  •  (847)-675-7666  •  FAX (847) 675 -7675  •  WWW.SD69.ORG

### Business Services Coordinator

**<u>Primary Function</u>**

To assist in the management of the Business Office and the fiscal and operational affairs of the District.

**<u>Organizational Relationships</u>**

Reports to the Business Manager and supervises the overall business operations of the district.

**<u>Qualifications</u>**

- Bachelor's degree in accounting or equivalent work experience.  Master's Degree or CPA, preferred.
- Demonstrated skill in management of financial systems.
- Competence in use of computers, financial software and various related programs.
- Detail oriented with strong analytical abilities
- Proficient skill in mathematics including basic computation, percentages, rates, and working with money.  Ability to make computations with speed and accuracy
- Ability to keep proper records in accordance with State/Federal guidelines and Board Policy.
- Demonstrated skill in working with the public.
- Working knowledge of office technologies including phone, fax, scanning, database, word processing, and spreadsheets.
- Ability to perform assigned duties and tasks with a minimum of direction.
- Ability to maintain effective public and co-worker relationships.
- Ability to physically move about the building.
- Ability to, on occasion, physically lift and move packages, boxes, and other materials weighing up to 25 pounds.
- Ability to physically type, manipulate a mouse, and operate a computer.
- Ability to handle personnel and student information with confidentiality.
- Ability to understand and carry out oral and written directions in English
- Fluency in a second language, preferred

**<u>Performance Responsibilities</u>**

1. Grant management
2. Coordinate the submission of all state and federal grants/claims.
3. Assist with grant writing and grant budgets
4. Monitor grant spending and communicate status with all involved departments
5. Assist the Business Manager with the annual budget development, long range financial planning, and levy requests.
6. Manage and lead the district registration process.
7. Assist in management of Food and Transportation Services.
8. Serve as backup to Accounts Payable and Payroll/Benefits

August 12, 2021

Madison Elementary School
5100 Madison St
Skokie, IL 60077

Edison Elementary School
8200 Gross Point Rd
Morton Grove, IL 60076
Printed SM84H2007

Lincoln Jr High School
7839 Lincoln Ave
Skokie, IL 60077

Page e51

AR001188



# SKOKIE – MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET  •  SKOKIE, IL 60077  •  (847)-675-7666  •  FAX (847) 675 -7675  •  WWW.SD69.ORG

9. Coordinate accounting functions with the Treasurer.
10. Coordinate the daily functions in Payroll, Accounts Payable and Accounts Receivable
11. Manage student fees
12. Manage P-Card program
13. Assist with purchasing, including reviewing all purchase orders/invoices and coordinating all public bids.
14. Manage the usage of district facilities by organizations and maintain the facility usage calendar.
15. Manage National School Lunch Program and Seamless Summer Option and enter claims in WINS (IWAS)
16. Coordinate the processing of free/reduced meal applications.
17. Prepare and create requested documents and spreadsheets, including entry of data and generating reports from various applications (Infinite Campus, Infinite Visions, Frontline)
18. Prepare and file required forms with ISBE, ROE, state and federal agencies
19. Support all functions of the business office
20. Perform other related duties as assigned by the Business Manager.

**Terms of Employment**

12-month position (260 work days).  Salary and work year determined by the Board of Education

**Performance Evaluation**

Performance of this job will be evaluated in accordance with the provision of the Board's policy on evaluation of support service personnel.

Madison Elementary School
5100 Madison St
Skokie, IL 60077

Edison Elementary School
8200 Cross Point Rd
Morton Grove, IL 60053

Lincoln Jr High School
7839 Lincoln Ave
Skokie, IL 60077

Plaintiff's Ex. 84H20076
Page e52

AR001189

## Mira K. Rodgers
### 312-287-0640 · mirakaiser@gmail.com

PROFESSIONAL EXPERIENCE

**Skokie School District 69**                                                          **Skokie, IL**
**Business Services Coordinator**                                          **Sept 2021 – Present**

- Manage all district state and federal grant funding to include grant budgeting, submissions, tracking and claiming of expenditures, grant periodic reporting, and other required reports
- Direct transportation operations to include bus transport of 800+ students for routes to/from school, extracurricular and field trip routes
- Oversee National School Lunch program and Summer Seamless program to include all Illinois State Board of Education requirements, claims, vendor relationships, and student school lunch accounts
- Lead the district's student registration process for PreK - 8th grade new, returning and transfer students
- Maintain and oversee student fees
- Supervise facility usage throughout the district
- Support the Business Manager with annual budget development, long range financial planning and levy requests

**Hiltons of Chicago Complex (The Drake Hotel, Palmer House Hilton, Hilton Chicago)  Chicago, IL**
**Senior Sales Manager**                                                      **June 2019 – Sept 2021**

- Exceeded sales goals in 2019 Q3 (104%), 2019 Q4 (117%), 2020 Q1 (111%)
- Manage sales inquiries from potential clients seeking convention location for groups of 100+ nights on peak; to include sleeping rooms, meeting space, food and beverage services, audio/visual services, etc.
- Initiate new sales, qualify leads and solicit prospective clients
- Develop sales plans and strategies to meet or exceed established revenue and room night goals
- Strengthen client relationships through FAM tours, entertaining and delivering exceptional guest experiences
- Determine rates, prepare proposals, negotiate contracts, service accounts and analyze lost business
- Conduct property site visits
- Partner with operations departments to ensure collaboration in servicing accounts

**McGaw YMCA**                                                                 **Evanston, IL**
**Branch Executive Director, Programs  and Operations**          **Jan 2017 – June 2019**
**Senior Director, Membership/Health & Wellness**                    **July 2015 – Jan 2017**
**Senior Director,  Health & Wellness**                                   **Aug 2012 – July 2015**
**Director, Health & Wellness**                                            **Dec 2010 – Aug 2012**

- Directed operations to provide services for 12,000 members and participants and 300 employees
- Developed strategic goals for membership, programs and operations
- Managed operations and capital budget, including total operating revenue of over $6 million, exceeding budget goals annually
- Recruited, hired, led and engaged a strong team of leadership staff to deliver innovative high quality programs and member services
- Supported the operational growth of the association through program expansion, member recruitment and retention, pricing strategies and community collaborations

AR001190

- Evaluated and enhanced programming to meet the needs of the community

- Built relationships with and among members, responded to inquiries and resolved problems. Created a safe and supportive community environment and connected members to the YMCA's mission

- Created brand awareness through community collaborations, staff training, task groups, and board committees.

- Facilitated Health & Wellness Volunteer Committee composed of members and staff

**Lake View YMCA – YMCA of Metro Chicago**                                    Chicago, IL
**Health and Fitness Director**                                              2008 – 2010

- Directed and managed operations of the health, fitness and physical education programs

- Hired, trained and supervised staff and volunteers

- Supported annual fundraising campaign and volunteer committees

- Implemented additional programming to increase Fitness Department annual revenue by 10% in 2009

- Created member retention programs including Intro to Spinning Workshop, Treadmill Training class, Centered Chef seminar, Self-Hypnosis Meditation class, Holiday Trimming Club, and Prenatal Bootie Camp

                                                                **(continued on page 2)**
**The Palmer House Hilton**                                       Chicago, IL
**Senior Catering Sales Manager**                                2006 - 2008
**Catering Sales Manager**                                       2004 - 2006
**Catering Sales Coordinator**                                   2003 - 2004

- Exceeded sales goals in 2004 (113%), 2005 (118%), 2006 (104%) and 2007 (116%)

- Managed events for convention groups with a minimum of 100 attendees

- Responsible for food and beverage sales representing $2.2M in annual revenue

- Maintained strong relationships with all internal departments to ensure client satisfaction, including Chefs, Stewards, Facilities, Banquets, Purchasing, Beverage, Sales and Accounting

- Ranked in top 10% of Hilton National Sales Organization in 2005

- Coordinated on-site logistics for conventions, weddings, holiday parties and fundraisers

- Hilton Awards and Recognition:
    o Chairman's Recognition for Catering Excellence Award
    o President's Recognition for Catering Excellence Award
    o Sales Internal Advisory Council (SIAC), a peer-nominated national Hilton committee

**Business Travel Sales Coordinator**                               2002 – 2003

- Developed annual rates for proposals

- Created contracts for local and national accounts

- Analyzed reports and strategy grids

**Public Relations Coordinator**                                    2002

- Responsible for all details ensuring the success of hotel-related media events

- Composed press releases that promoted, advertised and informed media about current events in the hotel

- Coordinated marketing and promotional opportunities with local businesses and community organizations

AR001191

- Participated in negotiations with Disney for a partnership with Broadway's The Lion King
- Managed operational logistics for Perdue Chicken commercial
- Designed Christmas shopping package for holiday season promotion

EDUCATION

**COLUMBIA COLLEGE**                                                                     **Chicago, IL**

- B.A. Business Management, June 2002
- GPA: 4.0

**NORTHERN ILLINOIS UNIVERSITY**                                          **Dekalb, IL**

- M.S.Ed., School Business Management, in progress
- Chief School Business Official (CSBO) endorsement anticipated December 2023

AR001192

# SKOKIE - MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET • SKOKIE, IL 60077 • (847)-675-7666 • FAX (847) 675 -7675 • WWW.SD69.ORG

**Data Analyst**

**Job Summary:**
The Data Analyst will retrieve and gather data, organize it, and use it to reach meaningful conclusions. The Data Analyst will set up the analytics system, provide insights based on the data collected, and train others in data-collection.  The Data Analyst will produce both internal and public reports, tell the data story through identifying patterns, collaborate across all departments, and ensure that data collection is accurate.

**Qualifications:**

- Bachelor's degree in related field such as statistics, economics, mathematics, computer science
- Experience in data models and reporting packages
- Ability to analyze large datasets
- An analytical mind and inclination for problem-solving
- Ability to keep proper records in accordance with State/Federal guidelines and Board policy.
- Demonstrated skill in working with the public
- Ability to handle staff and student information with confidentiality
- Proficient skill in English composition, grammar and spelling.
- Proficient in a second language (bilingual or multilingual) preferred

**Salary:**
Salary to be established by the Board.  This is a 12-month position (260 work days).

**Application Procedure:**
Internal Applicants
Internal District 69 candidates may apply by emailing an updated resume to Ms. Christina Bart.

External Applicants
Complete an online application at www.sd69.org.  You may upload materials (resume, letters of reference, transcripts etc.) along with your application.  Please do not send paper copies of your materials.
Questions should be referred to: Ms. Christina Bart, at BartC@skokie69.net

**Selection Procedure:**
District 69 seeks a diverse candidate pool that is reflective of the diversity of our student body. Screening of completed candidate files will begin immediately and continue through the selection of finalists. Interviews will be scheduled for selected qualified candidates.  School District 69 is an equal opportunity employer.  Decisions related to employment are solely based on the applicant's ability to perform the essential functions of the position.  District 69 ensures equal employment opportunities regardless of race, creed, sex, color, national origin, religion, age or handicap.

Madison Elementary School
5100 Madison St
Skokie, IL 60077

Edison Elementary School
8200 Gross Point Rd
Morton Grove, IL 60053
Page e56

Lincoln Jr High School
7839 Lincoln Ave
Skokie, IL 60077

AR001193

**DAVID CLOUGH**

Phone: 773-412-9826 • Email: dasclough@gmail.com
4433 Concord Lane • Skokie, Illinois 60076

## EMPLOYMENT HISTORY

**Skokie – Morton Grove School District 69, Skokie, IL**          October, 2020 – Present
Data Analyst – District Office

- Design and create Tableau visualizations of data for school district staff
- Provide grant report data for district grant applications and reports
- Work with coaching staff to design and organize data visualizations for student placement
- Provide demographic analysis of student enrollment in different programs to ensure equity in district initiatives

**Village of Skokie, Skokie, IL**          September, 2013 – October, 2020
Public Health Analyst – Health Department

- Maintain multiple grant portfolios including applications, billing, expense tracking and reporting
- Provide village wide demographic, communicable disease, and risk factor data analysis.  Collect and manage data in order to report and anticipate trends
- Manage public health advertising campaigns and educational seminars
- Manage department budget including expenditures
- Track utilization of health department services and activities
- Manage HIPPA compliant patient database to maintain client screening records
- Manage interns and other special projects

**Northwestern University, Chicago, IL**          March, 2013 – September, 2013
Associate Research Administrator – Research Administration Services

- Submitted government, industry and foundation grant applications for Neurology, Dermatology and Psychiatry Departments
- Tracked grant expenditures and ensured compliance with Federal and institutional guidelines
- Educated faculty and staff on grant policies and procedures to ensure compliance
- Tracked salary billings and effort reporting to ensure salary compliance for grant funded positions

Research Project Coordinator – Department of Neurology          October, 2011 – March, 2013

- Acted as point of contact with research participants from recruitment through completion of studies
- Conduct structured clinical interviews and instruct subjects in research protocols
- Maintain accurate records of all study protocols in compliance with IRB and NIH requirements
- Data analysis and quality control
- Oversee study protocols in clinical research unit and provide technical support to nursing staff
- Supervise student employees

**University of Illinois at Chicago, Chicago, IL**          January, 2009 – August, 2010
Graduate Research Assistant

- Assisted in developing grant proposal for civic engagement institute
- Developed protocol for survey and website analysis
- Gathered population data for survey research

AR001194

DAVID CLOUGH
Phone: 773-412-9826 • Email: dasclough@gmail.com
4433 Concord Lane • Skokie, Illinois 60076

**Community Counseling Centers of Chicago, Chicago, IL**          May, 2005 – August, 2008
Community Support Case Manager

- Assisted and advocated for clients to help maintain medical and psychiatric stability and permanent housing options
- Secured and maintained Social Security and Public Aid entitlements
- Monitored client's budgets and finances as representative payee


**Illinois Masonic Medical Center, Chicago, IL**          October, 2003 – May, 2005
Mental Health Counselor

- Provided primary support and counseling to multiple psychiatric patients daily
- Assisted patients daily activities, social support and exercise
- Managed de-escalation and crisis response protocol as needed


**University of Chicago, Chicago, IL**          October, 2000 – October, 2003
Subject Recruiter/Administrative Assistant – Sleep Research Lab
- Created and maintained a database of over 1,000 research participants
- Coordinated lab meetings and guest speakers for weekly research seminars


## ACADEMIC HISTORY

**Master's in Public Administration GPA: 3.0 / 4.0**          September 2008 – May 2010
University of Illinois at Chicago, Chicago, IL

**Bachelor of Arts in Self, Society and Culture** GPA: 3.0 / 4.0          September 1996 – August 2000
Antioch College, Yellow Springs, OH

AR001195

**SCHOOL DISTRICT 69 • SKOKIE / MORTON GROVE**

5050 MADISON STREET     •     SKOKIE, IL  60077     •     (847)-675-7666
FAX (847)-675-7675

**SBMH Resident Program Mentor Job Description**

**Primary Function**
Supervise, mentor, and facilitate training and ongoing support for SBMH interns with the goal of building skills, expanding proficiency, course and career preparation, mental health collaboration, student SEL instruction, and SEL/Behavior supports. Facilitate the relationship between District 69 and the partner University.

**Organizational Relationship**
SBMH mentors report directly to the Assistant Superintendent for Teaching and Learning, and work collaboratively with the Director of Special Services.

**Qualifications**
- Illinois State Board of Education Professional Educator Licensure for School Based Social Work or School Psychology
- Ability to understand and carry out oral and written directions
- Ability to exercise sound judgment in making decisions regarding the safety and welfare of students
- Ability to perform assigned duties and tasks with a minimum of direction
- Ability to physically move about the buildings and grounds.
- Ability to speak, read, write, and understand English
- Ability to handle all district information with confidentiality.
- Successful experience in working collegially with colleagues on the analysis of practice and student progress
- Successful experience as a staff developer, preferred
- Master mental health provider with extensive training and successful experience in effective instruction and support of students
- Knowledgeable about current research on effective strategies in assigned areas

**Assigned Responsibilities**
1. Attend mentor training and mentor meeting during New Staff Orientation Week
2. Attend a mentor meeting every other month after school to address the following:
   a. Understanding the developmental stages of new staff members in their new role
   b. Effective communication skills for mentors
   c. Attributes and styles of feedback when working with new staff members
   d. Classroom observation strategies to provide peer feedback
   e. Social-emotional strategies for supporting a colleague
3. Attend the District's mentoring program celebration meeting that will be held in May
4. Observe and connect with interns daily

Created October 2022

AR001196

5. Weekly support and feedback meeting with each intern
6. Respect new staff members for their knowledge, expertise, and style
7. Commit to providing sustained support
8. Be willing to provide time and availability to support job-related tasks
9. Build a professional relationship with your interns and anticipate his/her needs
10. Continuously seek to improve professional practice, for both yourself and your interns
11. Model reflective practices, including but not limited to the use of peer feedback, video, reflection, working with an instructional coach, etc...
12. Engage in reflective conversations with your interns
13. Commit to finding resources and opportunities for the growth and development of your intern
14. Encourage the use of instructional coaches and resources
15. Honor differences in personality and style between yourself and your intern
16. Explore research-based models of best practice
17. Continuously reflect on your role as a mentor and seek out support as needed
18. Participate in all mentor/mentee activities
19. Honor deadlines and tasks of the intern program
20. Maintain confidentiality
21. Maintain professional conduct
22. Provide content knowledge, resources, guidance, and training on the use of district adopted instructional materials in the assigned content areas including teaching strategies, assessment of student skills and interpretation of assessment results.
23. Research and provide supplemental materials for the use by the district, school, and teachers in the assigned content areas including teaching strategies, assessment of student skills, and interpretation of assessment results.
24. Provide job-embedded professional development for interns using a variety of strategies including individual discussions, coaching sessions, demonstration lessons with pre- and post-discussion/analysis, study groups, staff meetings, and professional development programs.
25. Assist interns in developing student management strategies that foster a climate conducive to academic achievement and social emotional well being for all students.
26. Assist with the district professional development program.
27. Perform other related tasks as assigned by the Assistant Superintendent for Academics.

**Work Year:**  180 work days. Salary and work year established in accordance with the Agreement between the Board of Education of District 69 and the Skokie Education Association (SEA).

**Evaluation:**  Performance of this job will be evaluated in accordance with the District 69 Teacher Evaluation Plan and in accordance with the provisions of the SEA Contract.

Created October 2022

AR001197

# SCHOOL DISTRICT 69 • SKOKIE / MORTON GROVE

5050 MADISON STREET • SKOKIE, IL 60077 • (847)-675-7666
FAX (847)-675-7675

**Director of Special Services**

**Primary Function**
Administer, coordinate, and supervise Special Education, Section 504, McKinney-Vento
Homeless Act, and Health Services.

**Organizational Relationships**
The Director of Special Services reports directly to the Superintendent.

**Qualifications**
- Illinois State Board of Education Professional Educator Licensure appropriate to
  assignment.
- Ability to understand and carry out oral and written directions
- Ability to exercise sound judgment in making decisions regarding the safety and welfare
  of students
- Ability to perform assigned duties and tasks with a minimum of direction
- Ability to maintain effective public, student, and co-worker relationships.
- Ability to physically move about the buildings and grounds
- Ability to speak, read, write, and understand English
- Ability to handle all district information with confidentiality

**Performance Responsibilities**

1. Assist the Superintendent in providing leadership to the implementation of instructional
   programs and coordination of resources for students receiving support from special
   services

2. Maintain knowledge of current research and evidence-based practices in delivering
   comprehensive services to diverse learners.

3. Remain current with legal requirements governing Special Education, Section 504,
   McKinney-Vento, and health services

4. Engage in problem solving with building level teams to remove barriers to inclusive
   practices

5. Support and guide teams in managing complex IDEA, Section 504, McKinney-Vento,
   and health issues

6. Oversee coordination of transportation for special populations and problem solve as
   needs arise

7. Provide oversight to the processes for early identification of students with special needs

8. Support building administrators with complex disciplinary issues, monitor out of school
   suspensions and report to Superintendent

9. Provide oversight to school health practices including, but not limited to, Health Plans,
   Life Threatening Food Allergy (LTFA) plans, and concussion protocols

May 22, 2017

**AR001198**

10. Oversee coordination of mandated trainings for school personnel
11. Plan professional development opportunities aligned to the District's strategic plan
12. Assist in recruitment, selection, and recommending for hiring of special education and health services personnel.
13. Establish and maintain effective work relationships with the administration, faculty, and community
14. Performs other managerial and individual assignments as the Superintendent may direct.

**Terms of Employment**
12-month position (260 work days) from July 1ˢᵗ to June 30ᵗʰ with twenty (20) vacation days.

**Performance Evaluation**
Performance of this job will be evaluated in accordance with the Administrator Evaluation Plan.

AR001199

# Kristine Joaquin Schubert
**847-946-1037**
**kjoaquin.schubert@gmail.com**

## PROFESSIONAL EXPERIENCE

*Director of Special Services*
*Skokie/Morton Grove School District 69 - Skokie, Illinois*          *August 2015- Present*

- Coordinate comprehensive services and supports in accordance with regulations for special education, Section 504, Mc-Kinney Vento Homeless Assistance Act, and health services
- Oversee the development and implementation of social-emotional and behavioral supports through the multi-tiered system of supports (MTSS) framework
- Support building administrators with complex disciplinary issues
- Support and guide teams in managing complex student cases involving IEPs, 504 plans, homeless support and/or health issues
- Plan and facilitate professional development opportunities aligned to the meet the goals of the special services department and maintain compliance with state and federal mandates
- Manage procedures for student records including storage and responding to record requests

*School Psychologist*
*Wheeling CCSD #21 - Wheeling, Illinois*          *August 2005- July 2015*

<ins>Leadership</ins>
- Developed school improvement targets and devised professional development plans as a member of the School Improvement Team & Building Leadership Team
- Lead a variety of teams including building level problem solving, special education teams, and the school psychology department
- Coordinated outside placements and served as the liaison and/or LEA Representative to both the alternative school and therapeutic day schools
- Coordinated Section 504 evaluations and supports at the building level and developed district-wide processes for Section 504 tracking and compliance
- Managed special education referrals, evaluations, and IEP services

<ins>Professional Development</ins>
- Trained and supported certified staff to use the Problem Solving Model and Response to Intervention/Multi-Tiered System of Supports (RtI/MTSS) to meet the academic and social-emotional/behavioral needs of all students through inclusive practices at both the building and district level

AR001200

- Provided initial orientation for all new special education staff and to new principals regarding Special Education and Section 504 processes within the district
- Created and delivered training for Section 504 compliance and Extended School Year
- Facilitated staff meetings as a member of the Building Leadership Team, delivering specific training on topics such as the Professional Learning Community, RtI/MTSS, data based decision making, and special education.
- Trained instructional assistants in the problem solving process, positive behavioral supports, and Zones of Regulation

*Collaborative Experiences*
- Collaborated with district curriculum coordinators to develop systems to support teachers understanding of the Problem Solving Model and RtI/MTSS
- Partnered with related service department leaders to complete district projects and coordinate system level supports for students
- Facilitated collaboration among general education teachers and special education teachers to complete all evaluations and IEPs within the designated timeline, with a focus on identifying supports that would help students access the general education curriculum and close the gap between their performance and the skill set of peers
- Worked with families to support their child's needs through individual contact, 504 and IEP meetings, and through the Parent Education and Partnership initiative
- Served on district committees such as the gifted and talented program review, life threatening allergies, math curriculum framework, and health and wellness
- Co-facilitated the bilingual-special education committee

*Coaching and supervision experiences*
- Mentored non-tenured school psychologists as part of the district's peer-to-peer mentoring program
- Consulted with Pre-K through 8th, special educations teams regarding complex cases, modeling a data based decision making process
- Supervised and evaluated psychology practicum students and interns

*Additional responsibilities and experiences*
- Facilitated and/or participated in interviews for interns, school psychologists, special education teachers, and district administrators
- Managed budgets for the school psychology department and self-contained program

*School Psychologist*
*Columbus Public Schools - Columbus, Ohio*                    *August 2001-June 2005*

- Supported four high-needs buildings each year, ranging from preK-8th grade, with over 95% considered to have low socioeconomic status
- Facilitated Intervention Assistance Team at each of the buildings
- Completed evaluations for intervention support and special education eligibility

AR001201

- Partnered with Ohio State University to collect benchmark data for literacy skills through DIBELS, identify students who were at-risk for being non-readers, and provide intensive reading support delivered by Ohio State graduate students
- Collaborated with school guidance counselor to develop and implement community supports such as Parent University, Resource Carnival, and Keep the Peace Day

**EDUCATION**

Aurora University                                  Director of Special Education coursework
Aurora, IL                                        July 2015-September 2015

Concordia University                              Master of Arts, Educational Leadership
Chicago, Illinois                                 June 2012

Miami University                                  Master of Science, School Psychology
Oxford, Ohio                                      May 2001

University of Illinois                            Bachelor of Science, School Psychology
Urbana-Champaign, Illinois                        May 1998

AR001202

SCHOOL DISTRICT 69 • SKOKIE / MORTON GROVE

5050 MADISON STREET  •  SKOKIE, IL 60077  •  (847)-675-7666
FAX (847)-675-7675

**School-Based Mental Health Staff**

**Primary Function**

School-Based Mental Health (SBMH) Staff shall perform such duties and responsibilities associated with the teaching  profession, those outlined in District 69 policies, and as are required by the Illinois School Code.

**Organizational Relationships**

The teacher reports directly to the Building Administration.

**Qualifications**

- Illinois State Board of Education Professional Educator Licensure (Type 73) appropriate to assignment
- Ability to understand and carry out oral and written directions
- Ability to visually supervise students, assess situations for safety concerns • Ability to exercise sound judgment in making decision regarding the safety and welfare of  students
- Ability to perform assigned duties and tasks with a minimum of direction
- Ability to maintain effective public, student and co-worker relationships
- Ability to physically move about the district buildings and grounds
- Ability to speak, write, read, and understand English
- Ability to handle student information with confidentiality

**Performance Responsibilities**

1. Develop and maintain an educational program that teaches students social emotional competencies
2. Provide training in the use of data collection, positive behavior supports, intervention  techniques, and instructional methodologies to educational staff.
3. Demonstrate/model behavior management ideas and/or techniques.
4. Deliver instruction to classrooms and small groups to teach social emotional skills
5. Participates in the MTSS, 504, and IEP processes to improve the communicative, social,  academic and behavioral outcomes for all students
6. Consults with teachers, teams, and parents, to design appropriate student support plans
7. Conducts functional behavior assessments and develops behavior intervention plans
8. Conduct risks assessments and provide crisis support and intervention
9. Deliver instruction to classrooms and small groups to teach social emotional skills.
10. Provide individual and group counseling
11. Support families through parent education and referrals to community resources
12. Collaborate with community agencies on the behalf of students and their families

AR001203

**Terms of Employment**

180.5 work days - salary and work year established by the Board of Education and Skokie Education Association Collective Bargaining Agreement

**Evaluation**

Performance will be evaluated in accordance with the Teacher Evaluation Plan

AR001204

# Beverly Breslow

(630) 373-2739   beverly.breslow@gmail.com

## EDUCATION AND LICENSURE

August 2012        **Certificate Program– Applied Behavior Analysis**

June 2009          **Type 73 - School Social Work Certification**
                   Loyola University – Chicago, Illinois

April 2009         **Illinois Licensed Clinical Social Worker (LCSW)**

May 2005           **Master of Social Work**
                   University of Illinois at Chicago
                   Jane Addams College of Social Work – Chicago, Illinois

August 2003        **Bachelor of Art Degree with Honors**
                   Major: Psychology
                   DePaul University – Chicago, Illinois

## EMPLOYMENT EXPERIENCE

**August 2019 to present**
**Social Worker**
**Hawthorne Early Childhood School**
**Wheeling, Illinois**
Conducted transition meetings with Early Intervention Service Coordinators and families for children aging out of Early Intervention Services.  Provided incoming preschool families with information and descriptions of preschool services offered by the district. Participated in initial Transdisciplinary Play Based Assessments with other members of the District Diagnostic Team to determine eligibility for preschool services.  As well as eligibility for special education services.  Participated in community based screening.  Created classroom functioning and social work goals for IEP services.  Participated in Eligibility and IEP meetings for students. Assisted the Director of Preschool with student registration and assignment in various elementary buildings.  Participated in classroom based support meetings as well as building support meetings.  Collaborated with administrative staff and building staff to engage in problem solving to assist with facilitating student growth and success.  Provided classroom supports for student experiencing difficulties with: behavioral regulation, transitioning, expressing emotions, engagement in play or social skills. Connected families with community resources and services.

**December 2016 to June 2017**
**Social Worker**

AR001205

**Hawthorne Early Childhood School**
**Wheeling, Illinois**
Assisted students with transitioning during arrival time and dismissal time.  Attended and participated in IEP meetings, problem solving meetings, and classroom team based meeting. Attended professional development trainings and staff in-service meetings/trainings. Collaborated with school personnel (e.g. general education teachers, special education teachers, social worker, school psychologist, principal, speech therapists, occupational therapists, and physical therapist) to create and implement student classroom functioning goals and social emotional goals.  Conducted classroom observations and student observations.  Collaborated with staff to create and implement student behavioral plans. Facilitated small and large group, play based social skills activities inside of the classroom setting.  Assisted with crisis management and addressing behavioral problems or concerns experienced by students.  Maintained contact with parents/caregivers to discuss student's progress and to answer his/her questions or concerns.

**September 2015 to May 2016**
**Behavior Therapist**
**ReachABA**
**Chicago, Illinois**
Provided home based and school based 1:1 ABA services to students per his/her individualized plan.  Organized materials for sessions.  Collected data and entered data into software program.Maintained and completed session notes/progress notes in a timely manner detailing treatment and progress toward goals.  Attended and participated in team meetings with staff and family.  Conducted parent training to assist with implementation of program goals.  Completed mandatory training and in service training designated by administrators and supervisors.  Directed any questions are concerns to supervisors to problem solve a solution.

**November 2012 to February 2013**
**Social Worker (Maternity leave coverage)**
**Niles Township District for Special Education**
**Morton Grove, Illinois**
Provided direct services to students and families.  Participated in individual and small group instruction to work on development of social and play skills. Prepared social developmental study in a case study or 3 year re-evaluation.  Participated in Teacher collaboration team meetings.  Participate in the identification of students who require intervention.  Assisted with the implementation of RTI social emotional interventions.  Familiar with Positive Behavior Interventions and Supports.

**June 2012 to April 2013**
**ABA (Applied Behavior Analysis) Therapist**
**Steinberg Behavior Solutions, Inc.**
**Chicago, Illinois**
Provided home based 1:1 direct service to children with autism and developmental disabilities.  Provided programming based on information gathered from ABLLS-R  (The Assessment of Basic Language and Learning Skills) assessment.  Identified target skill sets

AR001206

include: attending, compliance, receptive/expressive language, play and social skills, and self-help.

**April 2012 to May 2012**
**Social Worker**
**North DuPage Special Education Cooperative**
**Bloomingdale, Illinois**
Provided direct services to students and families. Provided support to teachers and administrators for students experiencing crisis, behavioral problems or academic difficulties. Completed functional assessments. Investigated and reported incidents of child abuse and neglect.

March 2010 to March 2011
**Contract Therapist**
**Community Counseling Centers of Chicago**
**Chicago, Illinois**
Provided therapy services to children, adults and families. Complete intake assessment for new clients. Facilitate case management services and linkage to community resources for clients. Complete required agency paperwork (progress notes, assessment paperwork, case management notes, phone contacts, etc.) to generate billable services charges. Meet with supervisor for clinical supervision.

September 2008 to June 2009
**School Social Work Extern**
**Evanston School District 65**
**Evanston, Illinois**
Met with students on a weekly basis for designated individual therapy sessions. Met with parents to complete social development/health history study for initial evaluations and re-evaluations for special education services requirements. Co-facilitated social skills groups with kindergarteners and 1st graders utilizing the Second Step curriculum. Attended weekly IEP, annual review and 504 plan staffing meetings. Participated in weekly supervision with supervisor to complete requirements for Type 73 School Social Work Certification

August 2005 to August 2007
**Social Worker**
**Glen Oaks Therapeutic Day School**
**Glendale Heights, Illinois**
Worked individually with students with a range of special needs (e.g., anxiety, depression, bipolar disorder, behavior problems, adjustment disorders, learning disabilities, Asperger syndrome, developmental disabilities, schizophrenia, etc.). Participate in IEP meetings to develop goals that would assist with social, emotional growth and academic achievement. Implemented behavioral plans created by care team. Collaborated with

AR001207

parents/guardians to assist with developing parenting skills to address concerns such as: child development, childrearing, discipline, social skills development, daily living skills, and transition living skills, etc.  Coordinated and lead a coping skills group and social skills training group.

Collaborated weekly with nurse, psychiatrists, psychologists, teachers, and fellow social workers to develop strategies and proactive plans for at risk students.

**September 2003 to August 2007**
**Intake Counselor (Casual Staff) GlenOaks Hospital (Psychiatry Department)**
**Glendale Heights, Illinois**

Worked within a multidisciplinary team in the emergency room and on medical units; provide initial assessment on all patients identified as high risk using the Mental Health Code criteria.  Upon completing assessment, assist with formulating appropriate plans for hospitalizations or referrals to appropriate social service agencies.  Contact insurance companies to verify inpatient/outpatient mental health benefits as well as initiate preauthorization for inpatient psychiatric hospitalizations.  Develop and update resources files on a wide variety of community-based mental health and human services agencies.

**December 2002 to August 2003**
**Classroom Counselor**
**Camelot Therapeutic Day School**
**Naperville, Illinois**

Worked alongside special education teachers in a self-contained classroom environment comprised of students with learning disabilities and emotional disorders. Developed and implemented lesson plans for student instruction.  Provided academic support for small groups and assisted students with problem solving issues related to interpersonal relationship and academic difficulties. Monitored students' progress in conjunction with designated IEP goals.  Assisted teachers with preparations for parent-teacher conferences.

**July 1998 to July 2001**
**Office Assistant**
**Maimonides Medical Center**
**Brooklyn, New York**

AR001208

Worked at the front desk assisting patients during doctor's office hours. Scheduled and preauthorized outpatient and inpatient orthopedic surgical procedures. Contacted health insurance companies to verify member eligibility. Maintained the operative and administrative calendar for the Director of Hand & Upper Extremity Surgery.

January 1997 to June 1998
**Private Practice Assistant  Hospital for Joint Diseases**
 **New York University**
**New York, New York**
Performed general office duties:  answered telephones, scheduled appointments, input demographic information into database, and scheduled surgical procedures.  Forwarded office and surgical claims to various insurance companies.  Assisted physician during patient office hours.

**PRACTICUM/INTERNSHIP EXPERIENCE**

September 2011 to June 2012
**Applied Behavior Analysis (ABA) Practicum Student**
**Niles Township District Special Education**
**Morton, Grove, Illinois**
Conducted student observations to collect data to assist with address problem solving as well as addressing problematic behaviors of identified students.  Created data sheets for collecting data.  Analyzed and graph data with the assistance of Behavior Specialist.  Complete Functional Behavioral Assessment and Behavior Intervention Plan.  Worked alongside classroom teacher to assist with implementation of behavioral strategies.  Provided 1:1 assistance to students in low incidence and high incidence classrooms.

June 2004 to June 2005
**Social Work Intern**
**Family Counseling Service of Aurora**
**Aurora, Illinois**
Counseled clients of all ages, who had both sought help voluntarily and been court-mandated, in individual and group therapy sessions.  Applied a combination of theories learned in graduate school while working in a number of settings:  individual therapy, couples therapy, play therapy, elementary school groups, and domestic violence groups.  Worked closely with staff in

AR001209

discussing cases and alternative ways to assess clients' need within the sessions.  Gathered research and made case presentations as well as informational presentation on self-injury.

August 2003 to May 2004
**Social Work Intern**
**Elmhurst Memorial Hospital  Inpatient Psychiatry**
**Elmhurst, Illinois**

Worked with a multidisciplinary team (psychiatrists, nurses, social workers, and recreational therapists) conducted psychosocial assessments on patients who presented with acute psychotic symptoms or at-risk behaviors.  Co-facilitated family therapy and group therapy sessions in order to: increase mental illness awareness provide psycho-education on various mental disorders, and provide support to increase patients' coping skills.  Developed case management plans that incorporated short-term and long-term goals, both leading toward patient discharge.

AR001210



# SKOKIE - MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET  •  SKOKIE, IL 60077  •  (847)-675-7666  •  FAX (847) 675 -7675  •  WWW.SD69.ORG

## School Psychologist

**Primary Function**

The role of the school psychologist is a leadership position that supports the development, implementation, and compliance for both special education and the building's Multi-Tiered System of Supports.

**Qualifications**
- Illinois State Board of Education Professional Educator Licensure (PEL) with School Psychology endorsement
- Ability to understand and carry out oral and written directions
- Ability to visually supervise students, assess situations for safety concerns
- Ability to exercise sound judgment in making decision regarding the safety and welfare of
- students
- Ability to perform assigned duties and tasks with a minimum of direction
- Ability to maintain effective public, student and co-worker relationships
- Ability to physically move about the district buildings and grounds
- Ability to speak, write, read, and understand English
- Ability to handle student information with confidentiality

**Performance Responsibilities**
1. Lead Special Education Department meeting at the building level.
2. Lead MTSS systems and meetings at the building level.
3. Conduct psychological assessments and interpret results for students and participate in IEP conferences, team meetings, and problem-solving meetings.
4. Monitor special education compliance and participate in IEP conferences and problem-solving meetings.
5. Support crisis intervention efforts and provide insight into the development of functional assessments and behavior intervention plans.
6. Integrate psychological services into the classroom environment as appropriate.
7. Consult on assessment data collection, review, and analysis with school staff.
8. Provide assistance to staff in the design and implementation of appropriate interventions and accommodations for students.
9. Evaluate and/or translate research into practice and understand research design and statistics in sufficient depth to plan and conduct investigations and program evaluations for improvement of services.
10. Provide leadership at the building level on Continuous Quality Improvement cycles.
11. Coordinate and/or collaborate with a range of individuals/agencies to promote and provide comprehensive services to students and families.
12. Provide and/or assist in professional development for staff, parents, and/or community.
13. Proficiently use technology to communicate, compile reports, and collect data.

**Terms of Employment**

12-month position (260 work days).  Salary and work year determined by the Board of Education

**Performance Evaluation**

Performance of this job will be evaluated in accordance with the provision of the Board's policy on evaluation of support service personnel.

| Madison Elementary School | Edison Elementary School | Lincoln Jr High School |
|---|---|---|
| 5100 Madison St | 8200 Gross Point Rd | 7839 Lincoln Ave |
| Skokie, IL 60077 | Morton Grove, IL 60053 | Skokie, IL 60077 |

Plaintiffs Sept4H 20076
Page e74

AR001211



# Daphne Perry

941 West Winona Street Unit 3W ● Chicago, IL  60640
Phone: 312.450.4756 ● E-Mail: daphne.hill@gmail.com

## Experience

**School Psychology Manager, Office of Diverse Learner Supports + Services, Chicago Public Schools    10/16-Present**

- Direct supervision and management of  90+ School Psychologists and School Psychology Interns throughout the city of Chicago who provide academic, psychological, and social-emotional supports to the students of Chicago Public Schools.
- Co-drafted retention and recruitment plan for School Psychologists, and in collaboration with the CPS Talent office, actively recruited and supported the hiring of related service providers and school psychology interns.
- Manage the School Psychology Internship Program, directly supporting 5-10 interns per year, and the School Psychology Practicum Program, supporting over 70 students per year from a variety of universities to gain experience and exposure to Chicago Public Schools, leading to increased talent recruitment/retention.
- Develop, approve, and monitor the assignments and schedules for related service providers district-wide.
- Conduct formal and informal evaluations of probationary appointed teachers (non-tenured staff) and case reviews of all tenured school psychologists using the REACH framework (150+ touch points annually).
- Plan and facilitate network meetings, focus groups, and implement the training of related service providers to enhance their effectiveness and efficiencies.
- Monitor assessment kit supply levels and sustain relationships with publishing companies to ensure school psychologists have updated and appropriate assessment tools while remaining within fiscal budgets.
- Sustain partnership with Lurie Children's Hospital Center for Childhood Resilience to develop in-house trainers and coaches for Tier 2 Anger Coping and Think First interventions.
- Regularly collaborate and consult with the ODLSS legal team regarding Due Process evaluations.
- Work closely with the Director of Related Service Providers to support ODLSS and School Psychology Strategic Plan through meeting annual individualized RISE Goals.
- Work collaboratively with Networks, schools, central office management, parents and other stakeholders to continually improve programs and optimize the well-being of students.
- Assume responsibility for my own professional development and for keeping current with updated literature, new research findings, and improved service delivery techniques in myriad areas by attending professional development opportunities and professional conferences in school psychology and related fields.
- Coordinate leave of absences for school psychologists and redeploy staff to cover such leaves to maintain compliance with legally mandated timelines and academic and social emotional supports and services to students.
- Manage employee time cards and approval of benefit day requests.

**Lead School Psychologist, Chicago Public Schools**                                        **8/2013-9/2016**

- Directly supported Psychology Managers  in planning and providing professional development, due process evaluations, providing support to staff during crisis situations, and in the implementation of departmental and district initiatives and policies.
- Provided consultative and professional support to School Psychologists throughout the city of Chicago.
- Identified topics, drafted presentation materials, and presented at small group professional development Network Meetings on a quarterly basis.
- Mentored new hire School Psychologists with IMPACT, report writing, MTSS, and CPS procedures.
- Co-facilitated Anger Coping Behavioral/Technical Assistance Trainings bi-monthly for implementing staff.

AR001212



**School Psychologist, Chicago Public Schools**                    8/2008-9/2016

- Worked as School Psychologist at myriad schools throughout the city of Chicago serving a variety of populations of students from Pre-Kindergarten through Twelfth grade.
- Conducted mandated individual psychoeducational evaluations of diverse learners to determine eligibility for the provision of special education services, and provided direct and consultative services per IEP/504 Plans, maintaining legal compliance and improving student outcomes.
- Supported implementation of a variety of social emotional and academic Tier 1 curricula, including CHAMPS, Second Step, PBIS, Scott Foresman Reading Street, Michael Heggerty Phonemic Awareness Curriculum, and Everyday Math.
- Implemented multiple Tier 2 evidence-based therapeutic small group interventions including Anger Coping, Cognitive Behavioral Intervention for Trauma in Schools (CBITS), Think First, S. S. GRIN, Coping Cat, Girls Friendship Social Skills Group, Social Skills Group for children with Autism.
- Developed and co-facilitated the CARE (Problem-Solving/RTI) Team at Robert Fulton Elementary School to implement Multi-Tiered Systems of Supports addressing both academic and social-emotional needs.
- Consulted with school administrators to support the analysis of school wide data sources and trends including NWEA, AIMSweb, DIBELS, SWIS (Discipline data), and attendance.
- Provided staff professional development on a variety of topics including classroom management, behavioral interventions, crisis protocol, special education policies and processes, multi-tiered systems of support (MTSS), behavior intervention plans, and progress monitoring.
- Provided individual counseling to students, consultative resources to teachers and parents, and conducted functional behavioral analyses to develop Behavior Intervention Plans for students to address behaviors.
- Nurtured university partnership with Northern Illinois University's School Psychology Graduate Program by hosting field visit days, job shadowing, and practicum/intern recruitment.

## Education

**Doctorate of Education in School Psychology (EdD)**                    May, 2022 (Expected)
Loyola University Chicago

**Specialist in School Psychology (SSP)**                    May, 2008
Northern Illinois University

**Master of Arts, School Psychology (MA)**                    December, 2006
Northern Illinois University

**Bachelor of Arts, Psychology**                    May, 2004
Lewis University

## Certification/Licensure

- Illinois Type 73/Professional Educator License (PEL) School Psychology (Issued: 2008, Exp: 6/30/23)

- Qualified Teacher Evaluator via Illinois Growth & Learning Modules 1-5  (Issued:12/2016, Exp: 6/30/23)

2

AR001213



## Knowledge, Skills, and Abilities

- In-depth knowledge of a broad array of standardized assessment and progress monitoring tools, and facility with corresponding online assessment platforms (e.g., Q Global, MHS, WPS, Riverside Insights, PAR, EasyCBM, AIMSweb).
- Trained in PREPaRE 3rd Ed. Workshop #1 (8/2020), & 2nd Ed. Workshop #1 and #2  (2018/2019)
- Trained in Dewey Cornell Threat Assessment model (January, 2020)
- Autism Diagnostic Observation Schedule, Second Edition (ADOS-2) (May, 2019)
- Wilson Reading System Introductory Course trained (August, 2019)
- Social Thinking (April, 2019)
- ISPA Supervision Credential Trained (2018/19)
- Served as examiner for Selective Enrollment and Gifted/Talented program assessments for general education students and diverse learners through the Office of Access and Enrollment.
- Established track record of excellent working relationships with key stakeholder groups (e.g., collective bargaining units, building administrators, related service providers, team members, directors, etc.)
- Responsive to cultural, ethnic, linguistic diversity, championing equity within department
- Knowledge of Multi-Tiered System of Supports (MTSS), Response to Intervention (RtI), Staff Development, Special Education, Functional Behavior Assessments, Strong Understanding of Assessment Tools.
- Strong knowledge of special education and the law
- Effective and collaborative team member with experience on a variety of school-based and district teams.
- Adept at handling conflicts and stressful situations
- Outstanding oral and written communication skills, strong presentation skills and interpersonal skills demonstrating the capacity to build effective and reciprocal working relationships

## Special Projects/Presentations

- Presenter at Chicago Public Schools Summer Leadership Institute: Understanding Race & Privilege, 2018, 2019.
- Presenter at Elmhurst District 205, Check your Privilege! School Psychologists and the Quest for Equity, 2018.
- Presenter at the Illinois School Psychologists Association Fall Conference, Check your Privilege! School Psychologists and the Quest for Equity, 2018.
- Presenter at the National Association of School Psychologists Annual Convention 2018: Promoting Social Justice: Nuts, Bolts, and Lessons From the Field.
- Presenter at the National Association of School Psychologists Annual Convention 2018: The Urban Internship: Interning Outside the Box.
- Contributed to the development of the CPS Framework for School Psychology Companion Guide Book for REACH Evaluations based on Danielson Model.
- Contributed to the development of the CPS School Psychologists Practice Guide.
- Partnered with Lurie Children's Hospital Center for Childhood Resilience to pilot Anger Coping/Think First Tier 2 coaching model to train CPS RSPs as in-house trainers and coaches and implementation supporters.
- Co-wrote and presented with Early Childhood Manager Webinar: "5 W's of Early Childhood Outcomes."
- Directed CPS Early Entrance to Kindergarten program per ISBE guidelines with School Psychologists as evaluators.
- Developed professional development, training, and webinars on Best Practices in School Psychology during remote and hybrid learning to support CPS School Psychologists. .

3

AR001214



## Professional Affiliations and Experiences

- Elected as President of Illinois School Psychologists Association (ISPA), 2018-2019, served three year term as President-Elect, President, and Immediate Past-President 2017-2020
- Member of Illinois School Psychologists Association (ISPA), currently serving on Conference/Convention Committee, responsible for securing professional event speakers for two large conferences per year.
- Elected as Secretary of Illinois School Psychologists Association in 2014, served three year term 2014-2017
- Member of National Association of School Psychologists (NASP)
  - Served on Social Justice Task Force 2017-18

## References available upon request

4

AR001215

## SCHOOL DISTRICT 69 • SKOKIE / MORTON GROVE

5050 MADISON STREET   •   SKOKIE, IL 60077   •   (847)-675-7666
FAX (847)-675-7675

**Instructional Coach**

**Primary Function**
Coordinate and facilitate training and ongoing support for teachers and staff with the goal of expanding proficiency, creating classroom instructional excellence, supporting a safe and healthy learning environment, and improving the overall performance of students.

**Organizational Relationship**
Instructional Coaches report directly to the Assistant Superintendent for Teaching and Learning, and work collaboratively with the Director of Special Services.

**Qualifications**
- Illinois State Board of Education Professional Educator Licensure appropriate to assignment.
- Instructional Coaches (STEM) require a mathematics endorsement or equivalent background.  Science and/or technology endorsement(s) or equivalent background, preferred.
- Instructional Coaches (ELA) require a reading specialist and/or Language Arts endorsement or equivalent background.  Social Studies endorsement or equivalent background, preferred.
- Instructional Coaches (ELL) require an ESL endorsement or equivalent background.
- Instructional Coaches (ALP) require gifted education seminar training or equivalent background
- Instructional Coaches (Special Education) require a LBS 1 endorsement
- Instructional Coaches (Mental Health) require a school social work or school psychology endorsement(s) or equivalent background, preferred.
- Ability to understand and carry out oral and written directions
- Ability to exercise sound judgment in making decisions regarding the safety and welfare of students
- Ability to perform assigned duties and tasks with a minimum of direction
- Ability to physically move about the buildings and grounds
- Ability to speak, read, write, and understand English
- Ability to handle all district information with confidentiality
- Successful experience in working collegially with teachers on the analysis of instructional practice and student progress
- Successful experience as a staff developer, preferred

Created March 8, 2016
Updated October 29, 2022

AR001216

- Master teacher with extensive training and successful experience in effective instruction in the classroom
- Knowledgeable about current research on effective instructional strategies in assigned core content areas

**Assigned Responsibilities**

1. Provide content knowledge, resources, guidance, and training on the use of district adopted instructional materials in the assigned content areas including teaching strategies, assessment of student skills and interpretation of assessment results.
2. Research and provide supplemental materials for the use by the district, school, and teachers in the assigned content areas including teaching strategies, assessment of student skills, and interpretation of assessment results.
3. In collaboration with administrators and teachers, analyze student data, diagnose instructional needs, and identify research-based instructional strategies to address achievement gaps.
4. Provide job-embedded professional development for teachers using a variety of strategies including individual discussions, coaching sessions, demonstration lessons with pre- and post-discussion/analysis, study groups, staff meetings, and professional development programs.
5. Collaborate with teachers to identify the instructional needs of students, to set learning goals and targets, and to problem solve with teachers to develop best practices for continuous academic growth of students.
6. Provide specific training and support on integration and differentiation strategies that enable teachers to meet the needs of all learners.
7. Assist teachers in developing classroom management strategies that foster a climate conducive to academic achievement for all students.
8. Manage and distribute instructional resources to teachers and provide training on the use of those resources.
9. Support the implementation of technology and innovative strategies in the classroom.
10. Serve as a liaison for District 69 with District 219 regarding assigned content areas. Work collaboratively with CFC to ensure fidelity of implementation.
11. Assist with the district professional development program.
12. Perform other related tasks as assigned by the Assistant Superintendent for Academics.

**Work Year:** 180 work days plus 20 additional days. Salary and work year established in accordance with the Agreement between the Board of Education of District 69 and the Skokie Education Association (SEA)

**Evaluation:** Performance of this job will be evaluated in accordance with the District 69 Teacher Evaluation Plan and in accordance with the provisions of the SEA Contract.

Created March 8, 2016
Updated October 29, 2022

**AR001217**

# Sibi Elizabeth Bailey

## PROFESSIONAL OBJECTIVE

**To develop and foster a community for student growth through teacher development and instructional leadership, with high expectations by utilizing data to drive instruction, to target the growth of all learners.**

## ADMINISTRATIVE INTERNSHIP LEADERSHIP EXPERIENCE

- Develop lead professional development for instructional strategies to support EL learners
- Coordinate school schedule
- Analyze data for interventions to set goals
- Facilitate parent night for tutoring program
- Recruit and train teachers for after school tutoring
- Collaborate with administration and teachers to create tutoring invitation and letters
- Collaborate with school leadership to to evaluate and analyze SIP plans
- Create MAP schedules
- Review and create protocols and procedures
- Develop and implement facilitated IEP process
- Analyze and implement District and School goals
- Plan and create reopening procedures and plans
- Mentor and provide instructional coaching to new teachers
- Organize, facilitate, and implement Black History Month activities
- Collaborate with teachers in multiple grade levels
- Provide ongoing training to implement accommodation and modifications within the classroom
- Create MAP testing schedule
- Organize school calendar for staff
- Partner with community members and parents
- Serve as a member of school improvement team
- Plan and organize events for social committee
- Evaluate MAP and IAR data to set instructional goal and practices to promote student growth
- Identify interventions programs and school resources

## CONTACT INFORMATION

39411 Crofton Ln
Beach Park, IL ,60083
**(847) 409-9762**
sibibailey@gmail.com

## CERTIFICATIONS

**Masters of Education in Educational Leadership**
American College of Education
Indianapolis, IN-2020

**Masters in Curriculum and Instruction**
Southern Illinois University
Carbondale, IL-2008

**Bachelor of Science Special Education**
Northern Illinois University
DeKalb, IL-2005

**Endorsements:**
Special Education, IL Type 10 LBSI (K-12)

AR001218

## TEACHING EXPERIENCE

**Special Education Resource Teacher**
Red Oak Elementary 112, Highland Park, IL 2018-Present
- Plan and implement research based instructional strategies to meet student needs
- Collect and analyze student achievement and growth
- Collaborate with general education teachers and related service providers
- Develop and implement individualized education plan
- Consult and train teachers on appropriate modifications and accommodations to instruction
- Utilize and implement systems to monitor student growth toward IEP goals
- Develop and implement lesson plans utilizing technology
- Participate and facilitate in all aspects of IEP development
- Provide Tier II and Tier III Instruction

**Special Education Resource Teacher**
Woodland School District 50, Gurnee, IL 2007-2018
- Attend professional meetings, educational conferences, and teacher training workshops
- Develop or implement strategies to meet the needs of students with a variety of disabilities
- Modify and revise the general education curriculum for special-needs and RTI students, based upon a variety of instructional techniques and technologies
- Co-teach and plan lessons to promote learning
- Serve as teacher mentor

**Special Education Resource Teacher**
Waukegan Public Schools 60, Waukegan, IL 2005-2007
- Develop and implement student centered lessons in a low income community
- Design, plan, present IEPs, and pre-assessment for ELL and multi-ethnic students
- Communicate with staff and parents on a regular basis
- Coordinate placement of Special Education students into mainstream classrooms
- Interpret results of informal and formal assessments to determine students' strengths and areas of need

## QUALIFICATIONS

Strong interpersonal  skills
Understanding of instructional practices
Flexible and reliable
Strong work ethic
Implement and write measurable IEP
Data driven decisions
Utilize technology
Standards based teaching
Modify curriculum
Implement behavioral supports
Work across a variety of settings
Excellent written skills

## LANGUAGES

Fluent in Malayalam

Polite in Spanish

AR001219

## PROFESSIONAL SERVICES AGREEMENT

This Agreement is dated as of the Effective Date as set forth in Section 4.S below, and is by and between the Board of Education of Skokie School District No. 69, Cook County, Illinois (the "School District"), and Dr. Deborah Matek (the "Consultant").

**IN CONSIDERATION OF** the recitals and the mutual covenants and agreements set forth in this Agreement, the parties agree as follows:

### SECTION 1.                CONSULTANT.

A.    **Engagement of Consultant.** The School District desires to engage the Consultant to perform and to provide all necessary professional consulting services (the "Services") as set forth in the Scope of Work (the "Scope") attached as Exhibit A to this Agreement. The Consultant shall provide the Services pursuant to the terms and conditions of this Agreement.  The term of this Agreement shall be from the Effective Date until September 30, 2023 and may be renewed by mutual written agreement of the parties.

B.    **Representations of Consultant.** The Consultant represents that it is sufficiently experienced and competent to perform the Services in a manner consistent with the standards of professional practice by recognized consultants providing services of a similar nature.

C.    **Agreement Amount.** As compensation for administering the program, the School District will pay the Consultant the amounts set forth in the Scope to be paid in accordance with the Illinois Local Government Prompt Payment Act, 50 ILCS 505/1 *et seq.*  The proposed expenses are set forth in Exhibit A to this Agreement. Any expenses that exceed $500 shall be first approved in writing by the School District's Superintendent.

D.    **Claim in Addition to Agreement Amount.** If the Consultant desires to make a claim for additional compensation as a result of action taken by the School District, the Consultant shall provide written notice to the School District of such claim within 15 days after occurrence of such action as provided by Section 4.F, Notice, of this Agreement, and no claim for additional compensation shall be valid unless made in accordance with this Section. Any changes in the Agreement amount shall be valid only upon written amendment pursuant to Section 4.D, Amendment, of this Agreement. Regardless of the decision of the School District relative to a claim submitted by the Consultant, the Consultant shall proceed with all of the work required to complete the Services under this Agreement as determined by the School District without interruption.

E.    **Taxes, Benefits, and Royalties.**  Each payment by the School District to the Consultant includes all applicable federal, state, and municipal taxes of every kind and nature applicable to the Services as well as all taxes, contributions, and premiums for unemployment insurance, old age or retirement benefits, pensions, annuities, or similar benefits and all costs,

AR001220

royalties, and fees arising from the use of patented or copyrighted equipment, materials, supplies, tools, appliances, devices, processes, or inventions. All claim or right to claim additional compensation by reason of the payment of any such tax, contribution, premium, costs, royalties, or fees is hereby waived and released by the Consultant.

F.    **Time of Performance.** The Consultant shall diligently and continuously prosecute the Services until the completion of the Services or upon the termination of this Agreement by the School District, as provided in Section 4.C.

G.    **Reporting.** The Consultant shall regularly report to the School District's Superintendent, or the Superintendent's designee, regarding the progress of the Services during the term of this Agreement.

H.    **Criminal Background Check.** The Consultant shall not send to any school building or school property any employee or agent who would be prohibited from being employed by the School District due to a conviction of a crime listed in 105 ILCS 5/10-21.9 or who is listed in the Illinois Sex Offender Registry or the Illinois Murderer and Violent Offender Against Youth Registry. The Consultant shall make every employee who will be sent to any school building or school property available to the School District for the purpose of submitting to a fingerprint-based criminal history records check pursuant to 105 ILCS 5/10-21.9. The check shall occur before any employee or agent is sent to any school building or school property. The Consultant will reimburse the School District for the costs of the checks. The School District must provide a copy of the report to the individual employee, but is not authorized to release it to the Consultant.

I.    **Damage to Property.** In the event the School District's property is damaged by the Consultant, the Consultant shall, at the Consultant's sole cost, restore the property or any surrounding area. The restoration shall be to a condition at least equivalent to the condition of the affected area immediately before the destruction or damage. If the Consultant does not repair the damage within 14 days after receiving written notice from the School District, or a lesser time if the School District determines the damage creates an emergency situation, the School District may repair the damage and the Consultant shall reimburse the School District for the costs the School District incurs within 14 days after the School District provides a written invoice to the Consultant.

**SECTION 2.        CONFIDENTIAL INFORMATION-TRADEMARKS.**

A.    **Confidential Information.** The term *"Confidential Information"* shall mean information in the possession or under the control of the School District relating to the educational, employee, student record, technical, business, or corporate affairs of the School District; School District students, School District property; user information, including, without limitation, any information pertaining to usage of the School District's computer system, including and without limitation, any information obtained from server logs or other records of electronic or machine readable form; and the existence of, and terms and conditions of, this Agreement.

AR001221

B.    **No Disclosure of Confidential Information by the Consultant.** The Consultant acknowledges that it shall, in performing the Services for the School District under this Agreement, have access to or be directly or indirectly exposed to Confidential Information. The Consultant shall hold confidential all Confidential Information and shall not disclose or use such Confidential Information without the express prior written consent of the School District. The Consultant may disclose Confidential Information if consented to in writing by the School District, or if required pursuant to any judicial or administrative proceeding, but only after providing written notice to the School District of such potential release.

In addition, the Consultant shall comply with the relevant requirements of the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. 1232g) and the Illinois School Student Records Act (ISSRA) (105 ILCS 10/1 *et seq.*), regarding the confidentiality of student "education records" as defined in FERPA and "school student records" as defined in ISSRA. Any use of information contained in student education records to be released must be approved by the School District. To protect the confidentiality of student education records, the School District will limit access to student education records to those employees who reasonably need access to them in order to perform their responsibilities under this Agreement.

C.    **Return of Confidential Information and School District Property.** Upon the termination of this Agreement, the Consultant shall return all Confidential Information and other property, documentation, or records belonging to the School District to the Superintendent.

D.    **FOIA.** As an independent contractor of the School District, records in the possession of the Consultant related to this Agreement may be subject to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/5-1 et seq.; 5 ILCS 140/7(2). The Consultant, at the Consultant's cost, shall immediately provide the School District with any such records requested by the School District in order to timely respond to any FOIA request received by the School District. The School District will review all such records to determine whether FOIA exemptions apply before disclosing the records, such that information properly exempt as proprietary or prohibited from release by other laws or exempt for other reasons will not be released. If the Consultant refuses to provide a record that is the subject of a FOIA request to the School District and the Attorney General or a court of competent jurisdiction subsequently requires the release of the record or penalizes the School District in any way, the Consultant shall reimburse the School District for all costs, including attorneys' fees, incurred by the School District related to the FOIA request and records at issue.

**SECTION 3.**        **INDEMNIFICATION AND INSURANCE.**

A.    **Hold Harmless and Indemnification.** To the extent permitted by law, the Consultant shall assume all liability for, and shall protect, defend, indemnify, and hold harmless the School

AR001222

District and its Board members, employees, and agents from and against all claims, actions, suits, judgments, costs, losses, expenses, and liabilities of whatsoever kind or nature including reasonable legal fees incurred by the School District arising out of:

    1.    Any infringement (actual or claimed) of any patents, copyrights, or trade names by reason of any work performed or to be performed by the Consultant under this Agreement or by reason of anything to be supplied by the Consultant pursuant to this Agreement.

    2.    Bodily injury, including death, to any person or persons (including Consultant's employees and agents) or damage to or destruction of any property, including the loss of use thereof:

        a.    Caused in whole or in part by any act, error, or omissions by the Consultant.

        b.    Arising directly or indirectly out of the use, misuse, or failure of any machinery or equipment used directly or indirectly in the performance of this Agreement.

B.    Breach of this Agreement.

C.    **Insurance.**  During the term of this Agreement, the Consultant, at its sole cost and expense, and for the benefit of the School District, shall carry and maintain the following insurance:

    1.    Comprehensive general liability and property damage insurance, insuring against all liability of Contractor related to this Agreement, with a minimum combined single limit of One Million Dollars ($1,000,000.00) per occurrence and Two Million Dollars ($2,000,000) general aggregate;

    2.    Umbrella liability insurance with a minimum combined single limit of One Million dollars ($1,000,000.00) per occurrence and One Million Dollars ($1,000,000) general aggregate.

The insurance shall include sexual abuse and molestation coverage. All insurers shall be licensed by the State of Illinois and rated A+-VII or better by A.M. Best or comparable rating service. The comprehensive general liability and property damage insurance policy shall name the School District, its Board, Board members, employees, agents, and successors as an additional insured on a primary noncontributory basis with a waiver of subrogation in favor of the School District. The Consultant shall provide the School District with certificates of insurance and/or copies of policies reasonably acceptable to the School District evidencing the existence of the coverage described above, including form and deductibles, during the duration of this Agreement. The failure to provide acceptable insurance shall be deemed a breach of this Agreement entitling the School District to terminate this Agreement immediately. All policies of insurance shall provide by endorsement that no coverage may be canceled, terminated, or reduced by the insuring company without the insuring company having first given at least 30 days prior written notice to

AR001223

the School District by certified mail, return receipt requested.

       C.   **No Personal Liability.** No elected or appointed official or employee of the School District shall be personally liable, in law or in contract, to the Consultant as the result of the execution of this Agreement.

       D.   **Independent Contractor.** No relationship of employer and employee is created by this Agreement between Consultant and the District, it being understood that the Consultant, its agents, and employees, will provide services as independent contractors. Consultant acknowledges that it is providing services separately and independently from the District's control, supervision, direction and evaluation; that it has a full opportunity to find other business; that it has made its own investment in its business; and that it will utilize a high level of skill necessary to perform the services described. This Agreement shall not be construed as creating any joint employment relationship between Consultant and the District, and the District will not be liable for any obligation incurred by Consultant, including, but not limited to, workers' compensation, unpaid minimum wages and/or overtime premiums. Further, Consultant shall be responsible for payroll taxes and other taxes associated with the employment of the Consultant's employees.

The provision of services by any Consultant or employee of the Consultant under this Agreement shall not constitute probationary service or otherwise contribute toward tenure with the District under the Illinois School Code. The Consultant and its employees shall have no claim under this Agreement or otherwise against the District for vacation pay, sick leave, retirement benefits, pension contributions or penalties, workers' compensation, disability or unemployment insurance benefits, or any other wages or benefits of any kind. Further, the Consultant hereby commits that it has offered health insurance providing essential benefits to its employees performing services under this Agreement.

### SECTION 4.  GENERAL PROVISIONS.

       A.   **Conflict of Interest.** The Consultant represents and certifies that, to the best of its knowledge, (1) no School District employee or agent is interested in the business of the Consultant or this Agreement; (2) as of the date of this Agreement, the Consultant does not have any interest that would conflict in any manner or degree with the performance of the obligations under this Agreement; and (3) neither the Consultant nor any person employed by or associated with the Consultant shall at any time during the term of this Agreement obtain or acquire any interest that would conflict in any manner or degree with the performance of the obligations under this Agreement.

       B.   **Termination.** Notwithstanding any other provision hereof, the School District may terminate this Agreement at any time upon 30 days prior written notice to the Consultant. In the event that this Agreement is so terminated, the Consultant shall be paid for Services actually performed and reimbursable expenses actually incurred, if any, prior to termination, not exceeding the value of the Services completed.

       D.   **Amendment.** No amendment or modification to this Agreement shall be effective

unless and until the amendment or modification is in writing, properly approved in accordance with applicable procedures, and executed.

E.    **Assignment.** This Agreement may not be assigned by the School District or by the Consultant without the prior written consent of the other party.

F.    **Notice.** All notices required or permitted to be given under this Agreement shall be in writing and shall be delivered (1) personally, (2) by a reputable overnight courier, or (3) by certified mail, return receipt requested, and deposited in the U.S. Mail, postage prepaid. Unless otherwise expressly provided in this Agreement, notices shall be deemed received upon the earlier of (a) actual receipt; (b) one business day after deposit with an overnight courier as evidenced by a receipt of deposit; or (c) three business days following deposit in the U.S. mail, as evidenced by a return receipt.

Notices and communications to the School District shall be addressed to, and delivered at, the following address:

> Skokie School District No. 69
> Maier Administration Center
> 5050 Madison St
> Skokie, Illinois 60077
> Attention: Superintendent

G.    **Third Party Beneficiary.** No claim as a third party beneficiary under this Agreement by any person, firm, or corporation shall be made or be valid against the School District.

H.    **Provisions Severable.** If any term, covenant, condition, or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired, or invalidated.

I.    **Time.** Time is of the essence in the performance of this Agreement.

J.    **Calendar Days and Time.** Unless otherwise provided in this Agreement, any reference in this Agreement to "day" or "days" shall mean calendar days and not business days. If the date for giving of any notice required to be given, or the performance of any obligation, under this Agreement falls on a Saturday, Sunday, federal, State, or School District holiday, then the notice or obligation may be given or performed on the next business day after that Saturday, Sunday, or federal, State, or School District holiday.

K.    **Governing Laws.** This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Illinois without regard to conflict of law principles. Jurisdiction and venue for all disputes hereunder shall be the Circuit Court located in DuPage County, Illinois, or the federal district court for the Northern District of Illinois.

AR001225

L.    **No Waiver.** The failure of either party to insist upon the performance of any of its terms and conditions, or the waiver of any breach of any of the terms and conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, but they shall continue and remain in full force and effect as if no waiver had occurred.

M.    **Entire Agreement.** This Agreement constitutes the entire agreement between the parties to this Agreement and supersedes all prior agreements and negotiations between the parties, whether written or oral relating to the subject matter of this Agreement.

N.    **Authority to Execute.**  Each individual signing this Agreement on behalf of the entity that constitutes the School District and the Consultant as the case may be, represents and warrants that the individual is duly authorized to execute and deliver this Agreement on behalf of the entity, and that this Agreement is binding on the School District and the Consultant, as the case may be, in accordance with its terms.

O.    **Survival of Terms.** Sections 2, 3, and any provisions of this Agreement which by their very nature are intended to survive the termination or expiration of this Agreement will survive the termination or expiration of this Agreement and will inure to the benefit of and be binding upon the parties to this Agreement.

P.    **Exhibit.** Exhibit A is incorporated into and made part of this Agreement.

Q.    **Captions.** The captions at the beginning of the several paragraphs, respectively, are for convenience in locating the contents, but are not part of the context.

R.    **Counterparts.**  This Master Agreement may be executed in any number of counterparts, each of which shall constitute an original, but altogether shall constitute one and the same Master Agreement.

S.    **Effective Date.**  This Agreement shall be deemed dated and become effective on the date the last of the parties executes the Agreement as set forth below.

BOARD OF EDUCATION OF SKOKIE                    CONSULTANT
SCHOOL DISTRICT NO. 69

By:_____                    _____
    Its:  Board President

Attest:
_____
    Secretary

AR001226

**Exhibit A**
<u>Scope</u>

Consultant will be paid an hourly rate of $275, up to a maximum of $20,000, during the term of this agreement. Consultant must submit invoices to the School District to receive payment.

Consultant will be expected to perform the following services, at the direction of the School District:

- Consultation (with school staff, private providers, and families)

- Medication evaluation and management

- Diagnostic evaluation

AR001227

Curriculum Vita

Deborah Hope Matek, M.D.
March 22, 2021

Office:
Child Psychiatry Clinic
Cook County Health
1969 W. Ogden

Present Positions:
Private practice, Evanston, Illinois 2004-present

Past Positions:
Head of Child and Adolescent Psychiatry at Cook County Health,  Chicago
2006-December 2020
Staff Child Psychiatrist, Heartland Health Centers, Niles School System Health
Centers, IL. October 2015 to June 2016.
Examiner for Child and Adolescent Oral Examinations for American Board of
Psychiatry and Neurology, Deerfield, IL. 1993-2015.
Staff Psychiatrist, Juvenile Detention Center of Cook County, Chicago, IL.
March-May, 2007.
Senior Physician, Child and Adolescent Psychiatry Division, Stroger Hospital,
Chicago, IL. 1987-2006.
Staff Psychiatrist, Josselyn Center for Mental Health, Northfield, IL.1994-1997.
Clinical Assistant Professor of Psychiatry, University of Illinois at Chicago Medical
School, 1987-2004.
Instructor in Child and Adolescent Psychiatry, University of Illinois Hospital
Department of Psychiatry, Chicago, IL.  1985-1987.

Education:
Child Psychiatry Fellow, Institute for Juvenile Research, Chicago, IL. July
1984-December 1986.
Resident in Psychiatry, University of Illinois Hospitals, Chicago, IL 1982-1985.
Intern in General Medicine, Medical College of Virginia, Richmond, VA.
1981-1982.

AR001228

Medical Student, Abraham Lincoln College of Medicine, University of Illinois, Chicago, IL. 1977-1981. MD in June 1981.
University of Michigan, Ann Arbor, MI. 1972-1976 B.A. with Distinction and Departmental Honors, 1976.

Professional Society Memberships:
American Psychiatric Association, General Member. 1990-present.
American Academy of Child and Adolescent Psychiatry, 1985-present.
Illinois Psychiatric Society, 1990-present.
Illinois Academy of Child and Adolescent Psychiatry, 1985-present

Professional Licenses and Identifiers:
Illinois Medical License: 036-064591
Illinois Controlled Substance License: 336-028979
Federal Narcotics License: AM2433035
NPI: 1871-59-1776

Board Certification:
National Board of Medical Examiners, 1982.
American Board of Psychiatry and Neurology, Certificate 29183 in Psychiatry, April 1987, permanent.
American Board of Psychiatry and Neurology, Certificate 2322 in Child and Adolescent Psychiatry, September 1988, permanent.

Honors:
Examiner for the American Board of Psychiatry and Neurology, Examination in General Psychiatry, May 2000-2009.

Research, Presentations and Papers:
Morning Report Presentations to the Stroger Hospital Pediatrics Residents and Medical Students on various mental health topics, 2010-present.
Board Review Course for Pediatrics Residents at Stroger Hospital

AR001229



# SKOKIE - MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET • SKOKIE, IL 60077 • (847)-675-7666 • FAX (847) 675 -7675 • WWW.SD69.ORG

Date

## **Welcome to District 69**

Congratulations!  You have been selected to participate in our year-long paid School Based Mental Health Intern residency program.  This is a temporary, non-union position.

**Name:** First Name Last Name                    **Building:** Building
**Position:** Resident School Psychologist Intern     **FTE:**  1.0
**Start Date:** August 2023                          **End Date:** June 2024
**University Preparation Program Provider:** College or University

**Work Day**:

| School | Start Time | End Time |
|---|---|---|
| PreK | 7:45 a.m. | 3:45 p.m. |
| Madison | 7:30 a.m. | 3:30 p.m. |
| Edison | 7:45 a.m. | 3:45 p.m. |
| Lincoln | 8:00 a.m. | 4:00 p.m. |

*\* Daily 30 minute lunch and two 15 minute breaks area provided*
*\*Attendance is expected at Parent-Teacher Conferences, Meet & Greet, and Open House*

**Salary:** $48,000 annual salary paid every other week.  The Resident Intern position is not a TRS or IMRF eligible position per TRS and IMRF. The position is a 1.0 FTE.

**Position Duties:** In addition to the time spent as an intern in collaboration with your college/university preparation program provider, you will also be expected to work other duties as assigned, including but not limited to internal substitution, supporting individual students or groups of students, AM/PM supervision, lunch/recess duty, bus supervision/riding, committee or leadership team observation.

**Extra Duties:**  This position is not eligible for extra compensation for duties that fall within the work hours including, but not limited to internal substitution or supervisory duties such as AM/PM supervision, bus routes, or lunch/recess duty. Extra duties taken on outside of the work day for pay must be pre-approved by the Assistant Superintendent. Attendance at after school meetings, committees, leadership teams, etc. would not be paid opportunities, however, resident interns may observe alongside their cooperating SBMH provider if they choose.

**Medical/Dental Benefits:** The board will pay 100% of the cost of single employee coverage in the HMO plan and 90% of the premiums for the PPO 700 or HDHP applied to any level of coverage elected.  If you elect the PPO 700 plan you will receive $500 in an HRA. The District will pay the cost of employee coverage for dental insurance at a cost not to exceed $30.00 per month.

AR001230



# SKOKIE - MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET • SKOKIE, IL 60077 • (847)-675-7666 • FAX (847) 675 -7675 • WWW.SD69.ORG

**Long Term Disability/Term Life Insurance:**  The District will pay the premium for long-term disability insurance and the premium for term life insurance in the amount equal to $48,000.

**Sick/Personal Leave:**  Each resident intern shall be allowed 10 days paid sick leave whenever the resident student intern's absence is necessitated by his or her own illness or disability, or by serious illness or death in the immediate family or household, or for birth, adoption or placement for adoptions.  An additional 2 day may be used for personal leave for the purpose of transacting or attending to personal, legal, business, household or family matters which require absence during school hours.

**Tuition Reimbursement:**  Resident interns are eligible for up to $2,000 in tuition reimbursement. To receive the tuition reimbursement, you must obtain the Superintendent's approval and must agree in writing to repay 100% of tuition received if you are offered a job as a SBMH at the conclusion of your residency year and voluntarily leave the employ of the District within two years of being employed as a SBMH.

**Terms of Employment:** This is a one-year paid residency that is offered in collaboration with your University preparation program provider.  Upon successful completion of the residency program, if you are offered a position within the District by May 1st of your residency year, you are expected to accept it. If you do not accept the offer of a SBMH position, the District may seek reimbursement of 50% of the annual stipend ($24,000).  If you voluntarily leave the employ of the District after one year of teaching, the District may seek reimbursement of 25% of the annual stipend ($12,000).

For questions, please contact Suzanne Batch at batchs@skokie69.net.

_____          _____
**Resident Intern Signature**                                    **Date**

Madison Elementary School 5100
Madison St
Skokie, IL 60077

Edison Elementary School 8200
Gross Point Rd Morton Grove, IL
60053

Lincoln Jr High School 7839
Lincoln Ave
Skokie, IL 60077

AR001231



# SKOKIE - MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET • SKOKIE, IL 60077 • (847)-675-7666 • FAX (847) 675 -7675 • WWW.SD69.ORG

Date

## <u>Welcome to District 69</u>

Congratulations!  You have been selected to participate in our year-long paid School Based Mental Health Intern residency program.  This is a temporary, non-union position.

**Name:** First Name Last Name                              **Building:** Building
**Position:** Resident SBMH Intern                        **FTE:**  0.5
**Start Date:** August 2023                                     **End Date:** June 2024
**University Preparation Program Provider:** College or University

**Work Day**:

| School | Start Time | End Time |
|--------|-----------|----------|
| PreK | 7:45 a.m. | 3:45 p.m. |
| Madison | 7:30 a.m. | 3:30 p.m. |
| Edison | 7:45 a.m. | 3:45 p.m. |
| Lincoln | 8:00 a.m. | 4:00 p.m. |

*\* Daily 30 minute lunch and two 15 minute breaks area provided*
*\*Attendance is expected at Parent-Teacher Conferences, Meet & Greet, and Open House*

**Salary:** $24,000 annual salary paid every other week.  The Resident Intern position is not a TRS or IMRF eligible position per TRS and IMRF. The position is a 0.5 FTE.

**Position Duties:** In addition to the time spent as an intern in collaboration with your college/university preparation program provider, you will also be expected to work other duties as assigned, including but not limited to internal substitution, supporting individual students or groups of students, AM/PM supervision, lunch/recess duty, bus supervision/riding, committee or leadership team observation.

**Extra Duties:**  This position is not eligible for extra compensation for duties that fall within the work hours including, but not limited to internal substitution or supervisory duties such as AM/PM supervision, bus routes, or lunch/recess duty. Extra duties taken on outside of the work day for pay must be pre-approved by the Assistant Superintendent. Attendance at after school meetings, committees, leadership teams, etc. would not be paid opportunities, however, resident interns may observe alongside their cooperating SBMH provider if they choose.

**Medical/Dental Benefits:** The board will pay 100% of the cost of single employee coverage in the HMO plan and 90% of the premiums for the PPO 700 or HDHP applied to any level of coverage elected.  If you elect the PPO 700 plan you will receive $500 in an HRA. The District will pay the cost of employee coverage for dental insurance at a cost not to exceed $30.00 per month.

AR001232



# SKOKIE - MORTON GROVE SCHOOL DISTRICT 69

5050 MADISON STREET • SKOKIE, IL 60077 • (847)-675-7666 • FAX (847) 675 -7675 • WWW.SD69.ORG

**Long Term Disability/Term Life Insurance:**  The District will pay the premium for long-term disability insurance and the premium for term life insurance in the amount equal to $24,000.

**Sick/Personal Leave:**  Each resident intern shall be allowed 5 days paid sick leave whenever the resident student intern's absence is necessitated by his or her own illness or disability, or by serious illness or death in the immediate family or household, or for birth, adoption or placement for adoptions.  An additional 1 day may be used for personal leave for the purpose of transacting or attending to personal, legal, business, household or family matters which require absence during school hours.

**Tuition Reimbursement:**  Resident interns are eligible for up to $2,000 in tuition reimbursement. To receive the tuition reimbursement, you must obtain the Superintendent's approval and must agree in writing to repay 100% of tuition received if you are offered a job as a SBMH at the conclusion of your residency year and voluntarily leave the employ of the District within two years of being employed as a SBMH.

**Terms of Employment:** This is a one-year paid residency that is offered in collaboration with your University preparation program provider.  Upon successful completion of the residency program, if you are offered a position within the District by May 1st of your residency year, you are expected to accept it. If you do not accept the offer of a SBMH position, the District may seek reimbursement of 50% of the annual stipend ($12,000).  If you voluntarily leave the employ of the District after one year of teaching, the District may seek reimbursement of 25% of the annual stipend ($6,000).

For questions, please contact Suzanne Batch at batchs@skokie69.net.

_____     _____
**Resident Intern Signature**                              **Date**

Madison Elementary School 5100
Madison St
Skokie, IL 60077

Edison Elementary School 8200
Gross Point Rd Morton Grove, IL 60053

Lincoln Jr High School 7839
Lincoln Ave
Skokie, IL 60077

AR001233

**Skokie School District 69**

**School-Based Mental Health Services (SBMH) Grant Program**

## LETTERS OF SUPPORT

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

**TABLE OF CONTENTS**

I.  **George Van Dusen, Mayor, Village of Skokie**……………………………………………..1

II.  **Ram Villivalam, State Senator, 8th Senate District**……………………………………...2

III.  **Jan Schakowsky,  U.S. Representative, 9th Congressional District**…………………..3

IV.  **Denyse Wang Stoneback, State Representative, 16th Senate District** ………………4

AR001234



**George Van Dusen**
**Mayor**

Phone (847) 933-8269
Fax (847) 933-8200

October 25, 2022

To Whom It May Concern,

I am writing to support the Skokie-Morton Grove School District 69's School-Based Mental Health Services (SBMH) grant application to increase children's access to school-based mental health services.

During my 22 years of service as Skokie's mayor and through the many opportunities to work closely with Superintendent Dr. Margaret Clauson, I have seen firsthand the positive impacts of the District 69's implementation of the national Community Schools strategy which transforms schools into neighborhood hubs where our children and their families can access resources right at school. As demonstrated by a significant body of research, the Community Schools strategy offers our youth a better education, resulting in long term, positive outcomes for both students and their caregivers.

This project's 5-year focus on providing children increased access to mental health care will result in numerous long-term benefits to District families, as well as the larger Skokie community.

Thank you for your consideration to ensure that our children and their families have access to the mental health resources they need to learn, grow, and thrive. If you have any questions, please feel free to get in touch with me.

Sincerely,

George Van Dusen
Mayor

GVD/vjv



Springfield Office

M120 Capitol Building
Springfield, IL 62706
217-782-5500
info@senatorram.com
www.senatorram.com

District Office

3851 W. Devon Ave.
Chicago, IL 60659
872-208-5188
info@senatorram.com
www.senatorram.com

## Senator Ram Villivalam
*Illinois State Senate*
*8th Legislative District*

October 26, 2022

To Whom It May Concern,

As State Senator for the 8th District, I am pleased to submit this letter in strong support of the School-Based Mental Health Services (SBMH) grant for School District 69.

School District 69 serves an incredibly diverse group of approximately 1,700 students in the villages of Skokie and Morton Grove. SD69 is one of Illinois' most diverse communities with a significant refugee population, foreign-born residents, and growing rates of poverty. According to the 2020-21 Illinois School Report Card, about 50% of SD69 students are classified as low income, one-third qualify for English Language Services, and two percent are homeless.

The District has adopted a Community Schools model, which improves outcomes for students by addressing non-academic barriers to learning and re-envisions schools as full-service community centers. I have had a chance to see this up close. I have been continually impressed by the commitment of Superintendent Clauson and her whole team--including teachers, staff, Social-Emotional Learning Specialists, and parents--to providing critical resources on site, including health and wellness initiatives, childhood education, expanded learning opportunities, and family and community engagement.

The SBMH grant will allow District 69 to double down on these programs over the next five years, and improve outcomes for children and their families, at a time when need for such resources is greater than ever. Funding will go towards recruiting, preparing, hiring, and retaining highly qualified school-based mental health providers, as well as increasing school-based services for students. Ensuring that there is equal access to early detection and treatment of childhood mental health issues will have significant short-term and long-lasting benefits for our community's most vulnerable youngsters.

In keeping within your existing rules and regulations, I urge you to give District 69's application full and fair consideration. If you have any questions or would like to discuss my recommendation further, please do not hesitate to reach out. I can be reached at 872-208-5188 and info@senatorram.com.

Sincerely,

*Ram Villivalam*

Ram Villivalam
State Senator, 8th District

**AR001236**

JANICE D. SCHAKOWSKY
9TH DISTRICT, ILLINOIS

COMMITTEE ON ENERGY AND COMMERCE
*Chair, Consumer Protection
and Commerce*
Environment and Climate Change
Oversight and Investigations

COMMITTEE ON THE BUDGET

SENIOR CHIEF DEPUTY WHIP

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-1309**

2367 RAYBURN HOUSE OFFICE BUILDING
Telephone: 202-225-2111
Fax: 202-226-6890
TTY: 202-224-3901

5533 N. BROADWAY, SUITE 2
CHICAGO, IL 60640
Telephone: 773-506-7100
Fax: 773-506-9202

1852 JOHNS DRIVE
GLENVIEW, IL 60025
Telephone: 847-328-3409
Fax: 847-328-3425

October 31, 2022

Amy Banks
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, room 3E257
Washington, DC 20202-6450

**RE:    Letter of Support for School-Based Mental Health Services Grant Program (CFDA Number 84.184H)**
**application submitted by Skokie School District 69**

Dear Ms. Banks:

I am writing to share my enthusiastic support for the recent application submitted by Skokie School District 69 for funding under the School-Based Mental Health Services Grant Program.  If awarded, District 69 would utilize these funds to offer a variety of critical school-based mental health initiatives benefitting students and their families in the community.

As a Member of Congress representing the 9th Congressional District of Illinois for over two decades, I know just how critical it is that we address mental health needs in our local communities and across the nation.  My staff and I have had the opportunity to work closely with Skokie School District 69 in the past, and I have full confidence that, if awarded, this organization's dedicated staff have the capacity to effectively carry out their proposal.

It is my understanding that the District would use these funds to provide all direct staff with professional development in trauma-informed practices and to conduct mental health screenings for all students twice a year.  According to District staff, grant funds would also be utilized to offer an onsite family psychiatrist and to implement a voucher program for six hour of virtual and in-person counseling to students and/or their families.  Taken together, these initiatives will meaningfully improve the health and wellbeing of students within District 69.

In keeping within your existing rules and regulations, I urge you to give Skokie School District 69's application full and fair consideration.  If you need additional information and/or have any questions, please contact Mr. Andrew Goczkowski, Senior Advisor & Director of Special Projects on my staff.  He is available by phone at 847-328-3409 or by email at Andrew.Goczkowski@mail.house.gov.

Sincerely,

Jan Schakowsky
Member of Congress

AR001237



**DENYSE WANG STONEBACK**
STATE REPRESENTATIVE
16th DISTRICT

DISTRICT OFFICE:

8707 SKOKIE BLVD.
SUITE 102
SKOKIE, IL 60077
(847) 673-1131

CAPITOL OFFICE:

242-W STRATTON BUILDING
SPRINGFIELD, IL 62706
(217) 782-1252

October 25, 2022

To Whom It May Concern,

As a State Representative for the 16th District, I have had the opportunity to meet with Superintendent Dr. Margaret Clauson and to hear of the important work she and her team are doing for the community. As a native Skokie resident, a long-time educator, and a community leader, I write in support of the Skokie-Morton Grove School District 69's School-Based Mental Health Services (SBMH) grant proposal to increase children's access to school-based mental health services. These activities will assist the diverse populations in Skokie and Morton Grove and help children to recover from the mental health crisis prompted by the pandemic.

By increasing the number of credentialed school-based mental health professionals that reflect the diverse backgrounds of our community and expanding school-based services to students, this 5-year funding will have significant, long-lasting impacts for children and families, and support the rising number of children diagnosed with anxiety, depression, and other mental health conditions.

I ran for office to make Illinois a better place for everyone. To that end, a partnership with School District 69 is critical. Staff commit themselves to walking alongside families throughout their childrens' educational journey to provide holistic, high-quality education while building welcoming schools, and advancing an engaged community. I hope you will consider funding this project to better our community by addressing the nation's mental health crisis.

Sincerely,

Rep. Denyse W. Stoneback
State Representative: 16th District

AR001238



AR001239

**Skokie School District 69**

**School-Based Mental Health Services (SBMH) Grant Program**

**PARTNER AGREEMENTS & MEMORANDUM OF UNDERSTANDINGS**

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

**TABLE OF CONTENTS**

I.  **Dr. Deborah Matek, Psychiatry Consultant, Professional Services Agreement**…..1-8

II.  **Niles Township District for Special Education Articles of Joint Agreement** ……..9-24

III.  **Turning Point Behavioral Health Care Center Partnership Agreement**………..25-27

IV.  **Loyola University Chicago Memorandum of Understanding**…………………….28-30

V.  **National Louis University Memorandum of Understanding**……………………..31-33

AR001240

## PROFESSIONAL SERVICES AGREEMENT

This Agreement is dated as of the Effective Date as set forth in Section 4.S below, and is by and between the Board of Education of Skokie School District No. 69, Cook County, Illinois (the "School District"), and Dr. Deborah Matek (the "Consultant").

**IN CONSIDERATION OF** the recitals and the mutual covenants and agreements set forth in this Agreement, the parties agree as follows:

### SECTION 1.                CONSULTANT.

A.    **Engagement of Consultant.** The School District desires to engage the Consultant to perform and to provide all necessary professional consulting services (the "Services") as set forth in the Scope of Work (the "Scope") attached as Exhibit A to this Agreement. The Consultant shall provide the Services pursuant to the terms and conditions of this Agreement.  The term of this Agreement shall be from the Effective Date until September 30, 2023 and may be renewed by mutual written agreement of the parties.

B.    **Representations of Consultant.** The Consultant represents that it is sufficiently experienced and competent to perform the Services in a manner consistent with the standards of professional practice by recognized consultants providing services of a similar nature.

C.    **Agreement Amount.** As compensation for administering the program, the School District will pay the Consultant the amounts set forth in the Scope to be paid in accordance with the Illinois Local Government Prompt Payment Act, 50 ILCS 505/1 *et seq.*  The proposed expenses are set forth in Exhibit A to this Agreement. Any expenses that exceed $500 shall be first approved in writing by the School District's Superintendent.

D.    **Claim in Addition to Agreement Amount.** If the Consultant desires to make a claim for additional compensation as a result of action taken by the School District, the Consultant shall provide written notice to the School District of such claim within 15 days after occurrence of such action as provided by Section 4.F, Notice, of this Agreement, and no claim for additional compensation shall be valid unless made in accordance with this Section. Any changes in the Agreement amount shall be valid only upon written amendment pursuant to Section 4.D, Amendment, of this Agreement. Regardless of the decision of the School District relative to a claim submitted by the Consultant, the Consultant shall proceed with all of the work required to complete the Services under this Agreement as determined by the School District without interruption.

E.    **Taxes, Benefits, and Royalties.**  Each payment by the School District to the Consultant includes all applicable federal, state, and municipal taxes of every kind and nature applicable to the Services as well as all taxes, contributions, and premiums for unemployment insurance, old age or retirement benefits, pensions, annuities, or similar benefits and all costs,

AR001241

royalties, and fees arising from the use of patented or copyrighted equipment, materials, supplies, tools, appliances, devices, processes, or inventions. All claim or right to claim additional compensation by reason of the payment of any such tax, contribution, premium, costs, royalties, or fees is hereby waived and released by the Consultant.

F.    **Time of Performance.** The Consultant shall diligently and continuously prosecute the Services until the completion of the Services or upon the termination of this Agreement by the School District, as provided in Section 4.C.

G.    **Reporting.** The Consultant shall regularly report to the School District's Superintendent, or the Superintendent's designee, regarding the progress of the Services during the term of this Agreement.

H.    **Criminal Background Check.** The Consultant shall not send to any school building or school property any employee or agent who would be prohibited from being employed by the School District due to a conviction of a crime listed in 105 ILCS 5/10-21.9 or who is listed in the Illinois Sex Offender Registry or the Illinois Murderer and Violent Offender Against Youth Registry. The Consultant shall make every employee who will be sent to any school building or school property available to the School District for the purpose of submitting to a fingerprint-based criminal history records check pursuant to 105 ILCS 5/10-21.9. The check shall occur before any employee or agent is sent to any school building or school property. The Consultant will reimburse the School District for the costs of the checks. The School District must provide a copy of the report to the individual employee, but is not authorized to release it to the Consultant.

I.    **Damage to Property.** In the event the School District's property is damaged by the Consultant, the Consultant shall, at the Consultant's sole cost, restore the property or any surrounding area. The restoration shall be to a condition at least equivalent to the condition of the affected area immediately before the destruction or damage. If the Consultant does not repair the damage within 14 days after receiving written notice from the School District, or a lesser time if the School District determines the damage creates an emergency situation, the School District may repair the damage and the Consultant shall reimburse the School District for the costs the School District incurs within 14 days after the School District provides a written invoice to the Consultant.

**SECTION 2.**        **CONFIDENTIAL INFORMATION-TRADEMARKS.**

A.    **Confidential Information.** The term *"Confidential Information"* shall mean information in the possession or under the control of the School District relating to the educational, employee, student record, technical, business, or corporate affairs of the School District; School District students, School District property; user information, including, without limitation, any information pertaining to usage of the School District's computer system, including and without limitation, any information obtained from server logs or other records of electronic or machine readable form; and the existence of, and terms and conditions of, this Agreement.

AR001242

B.     **No Disclosure of Confidential Information by the Consultant.** The Consultant acknowledges that it shall, in performing the Services for the School District under this Agreement, have access to or be directly or indirectly exposed to Confidential Information. The Consultant shall hold confidential all Confidential Information and shall not disclose or use such Confidential Information without the express prior written consent of the School District. The Consultant may disclose Confidential Information if consented to in writing by the School District, or if required pursuant to any judicial or administrative proceeding, but only after providing written notice to the School District of such potential release.

In addition, the Consultant shall comply with the relevant requirements of the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. 1232g) and the Illinois School Student Records Act (ISSRA) (105 ILCS 10/1 *et seq.*), regarding the confidentiality of student "education records" as defined in FERPA and "school student records" as defined in ISSRA. Any use of information contained in student education records to be released must be approved by the School District. To protect the confidentiality of student education records, the School District will limit access to student education records to those employees who reasonably need access to them in order to perform their responsibilities under this Agreement.

C.     **Return of Confidential Information and School District Property.** Upon the termination of this Agreement, the Consultant shall return all Confidential Information and other property, documentation, or records belonging to the School District to the Superintendent.

D.     **FOIA.** As an independent contractor of the School District, records in the possession of the Consultant related to this Agreement may be subject to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/5-1 et seq.; 5 ILCS 140/7(2). The Consultant, at the Consultant's cost, shall immediately provide the School District with any such records requested by the School District in order to timely respond to any FOIA request received by the School District. The School District will review all such records to determine whether FOIA exemptions apply before disclosing the records, such that information properly exempt as proprietary or prohibited from release by other laws or exempt for other reasons will not be released. If the Consultant refuses to provide a record that is the subject of a FOIA request to the School District and the Attorney General or a court of competent jurisdiction subsequently requires the release of the record or penalizes the School District in any way, the Consultant shall reimburse the School District for all costs, including attorneys' fees, incurred by the School District related to the FOIA request and records at issue.

**SECTION 3.**          **INDEMNIFICATION AND INSURANCE.**

A.     **Hold Harmless and Indemnification.** To the extent permitted by law, the Consultant shall assume all liability for, and shall protect, defend, indemnify, and hold harmless the School

AR001243

District and its Board members, employees, and agents from and against all claims, actions, suits, judgments, costs, losses, expenses, and liabilities of whatsoever kind or nature including reasonable legal fees incurred by the School District arising out of:

    1.    Any infringement (actual or claimed) of any patents, copyrights, or trade names by reason of any work performed or to be performed by the Consultant under this Agreement or by reason of anything to be supplied by the Consultant pursuant to this Agreement.

    2.    Bodily injury, including death, to any person or persons (including Consultant's employees and agents) or damage to or destruction of any property, including the loss of use thereof:

        a.    Caused in whole or in part by any act, error, or omissions by the Consultant.

        b.    Arising directly or indirectly out of the use, misuse, or failure of any machinery or equipment used directly or indirectly in the performance of this Agreement.

B.    Breach of this Agreement.

C.    **Insurance.** During the term of this Agreement, the Consultant, at its sole cost and expense, and for the benefit of the School District, shall carry and maintain the following insurance:

    1.    Comprehensive general liability and property damage insurance, insuring against all liability of Contractor related to this Agreement, with a minimum combined single limit of One Million Dollars ($1,000,000.00) per occurrence and Two Million Dollars ($2,000,000) general aggregate;

    2.    Umbrella liability insurance with a minimum combined single limit of One Million dollars ($1,000,000.00) per occurrence and One Million Dollars ($1,000,000) general aggregate.

The insurance shall include sexual abuse and molestation coverage. All insurers shall be licensed by the State of Illinois and rated A+-VII or better by A.M. Best or comparable rating service. The comprehensive general liability and property damage insurance policy shall name the School District, its Board, Board members, employees, agents, and successors as an additional insured on a primary noncontributory basis with a waiver of subrogation in favor of the School District. The Consultant shall provide the School District with certificates of insurance and/or copies of policies reasonably acceptable to the School District evidencing the existence of the coverage described above, including form and deductibles, during the duration of this Agreement. The failure to provide acceptable insurance shall be deemed a breach of this Agreement entitling the School District to terminate this Agreement immediately. All policies of insurance shall provide by endorsement that no coverage may be canceled, terminated, or reduced by the insuring company without the insuring company having first given at least 30 days prior written notice to

AR001244

the School District by certified mail, return receipt requested.

       C.    **No Personal Liability.** No elected or appointed official or employee of the School District shall be personally liable, in law or in contract, to the Consultant as the result of the execution of this Agreement.

       D.    **Independent Contractor.** No relationship of employer and employee is created by this Agreement between Consultant and the District, it being understood that the Consultant, its agents, and employees, will provide services as independent contractors.  Consultant acknowledges that it is providing services separately and independently from the District's control, supervision, direction and evaluation; that it has a full opportunity to find other business; that it has made its own investment in its business; and that it will utilize a high level of skill necessary to perform the services described.  This Agreement shall not be construed as creating any joint employment relationship between Consultant and the District, and the District will not be liable for any obligation incurred by Consultant, including, but not limited to, workers' compensation, unpaid minimum wages and/or overtime premiums.  Further, Consultant shall be responsible for payroll taxes and other taxes associated with the employment of the Consultant's employees.

The provision of services by any Consultant or employee of the Consultant under this Agreement shall not constitute probationary service or otherwise contribute toward tenure with the District under the Illinois School Code.  The Consultant and its employees shall have no claim under this Agreement or otherwise against the District for vacation pay, sick leave, retirement benefits, pension contributions or penalties, workers' compensation, disability or unemployment insurance benefits, or any other wages or benefits of any kind.  Further, the Consultant hereby commits that it has offered health insurance providing essential benefits to its employees performing services under this Agreement.

## SECTION 4.  GENERAL PROVISIONS.

       A.    **Conflict of Interest.** The Consultant represents and certifies that, to the best of its knowledge, (1) no School District employee or agent is interested in the business of the Consultant or this Agreement; (2) as of the date of this Agreement, the Consultant does not have any interest that would conflict in any manner or degree with the performance of the obligations under this Agreement; and (3) neither the Consultant nor any person employed by or associated with the Consultant shall at any time during the term of this Agreement obtain or acquire any interest that would conflict in any manner or degree with the performance of the obligations under this Agreement.

       B.    **Termination.** Notwithstanding any other provision hereof, the School District may terminate this Agreement at any time upon 30 days prior written notice to the Consultant.  In the event that this Agreement is so terminated, the Consultant shall be paid for Services actually performed and reimbursable expenses actually incurred, if any, prior to termination, not exceeding the value of the Services completed.

       D.    **Amendment.** No amendment or modification to this Agreement shall be effective

AR001245

unless and until the amendment or modification is in writing, properly approved in accordance with applicable procedures, and executed.

E. **Assignment.** This Agreement may not be assigned by the School District or by the Consultant without the prior written consent of the other party.

F. **Notice.** All notices required or permitted to be given under this Agreement shall be in writing and shall be delivered (1) personally, (2) by a reputable overnight courier, or (3) by certified mail, return receipt requested, and deposited in the U.S. Mail, postage prepaid. Unless otherwise expressly provided in this Agreement, notices shall be deemed received upon the earlier of (a) actual receipt; (b) one business day after deposit with an overnight courier as evidenced by a receipt of deposit; or (c) three business days following deposit in the U.S. mail, as evidenced by a return receipt.

Notices and communications to the School District shall be addressed to, and delivered at, the following address:

> Skokie School District No. 69
> Maier Administration Center
> 5050 Madison St
> Skokie, Illinois 60077
> Attention: Superintendent

G. **Third Party Beneficiary.** No claim as a third party beneficiary under this Agreement by any person, firm, or corporation shall be made or be valid against the School District.

H. **Provisions Severable.** If any term, covenant, condition, or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired, or invalidated.

I. **Time.** Time is of the essence in the performance of this Agreement.

J. **Calendar Days and Time.** Unless otherwise provided in this Agreement, any reference in this Agreement to "day" or "days" shall mean calendar days and not business days. If the date for giving of any notice required to be given, or the performance of any obligation, under this Agreement falls on a Saturday, Sunday, federal, State, or School District holiday, then the notice or obligation may be given or performed on the next business day after that Saturday, Sunday, or federal, State, or School District holiday.

K. **Governing Laws.** This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Illinois without regard to conflict of law principles. Jurisdiction and venue for all disputes hereunder shall be the Circuit Court located in DuPage County, Illinois, or the federal district court for the Northern District of Illinois.

AR001246

L.    **No Waiver.** The failure of either party to insist upon the performance of any of its terms and conditions, or the waiver of any breach of any of the terms and conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, but they shall continue and remain in full force and effect as if no waiver had occurred.

M.    **Entire Agreement.** This Agreement constitutes the entire agreement between the parties to this Agreement and supersedes all prior agreements and negotiations between the parties, whether written or oral relating to the subject matter of this Agreement.

N.    **Authority to Execute.** Each individual signing this Agreement on behalf of the entity that constitutes the School District and the Consultant as the case may be, represents and warrants that the individual is duly authorized to execute and deliver this Agreement on behalf of the entity, and that this Agreement is binding on the School District and the Consultant, as the case may be, in accordance with its terms.

O.    **Survival of Terms.** Sections 2, 3, and any provisions of this Agreement which by their very nature are intended to survive the termination or expiration of this Agreement will survive the termination or expiration of this Agreement and will inure to the benefit of and be binding upon the parties to this Agreement.

P.    **Exhibit.** Exhibit A is incorporated into and made part of this Agreement.

Q.    **Captions.** The captions at the beginning of the several paragraphs, respectively, are for convenience in locating the contents, but are not part of the context.

R.    **Counterparts.** This Master Agreement may be executed in any number of counterparts, each of which shall constitute an original, but altogether shall constitute one and the same Master Agreement.

S.    **Effective Date.** This Agreement shall be deemed dated and become effective on the date the last of the parties executes the Agreement as set forth below.

BOARD OF EDUCATION OF SKOKIE                     CONSULTANT
SCHOOL DISTRICT NO. 69

By:_____                     _____
   Its: Board President

Attest:

_____
   Secretary

AR001247

**Exhibit A**
<u>**Scope**</u>

Consultant will be paid an hourly rate of $275, up to a maximum of $20,000, during the term of this agreement. Consultant must submit invoices to the School District to receive payment. Consultant will be expected to perform the following services, at the direction of the School District:

- Consultation (with school staff, private providers, and families)

- Medication evaluation and management

- Diagnostic evaluation

AR001248

# *NTDSE*

## NILES TOWNSHIP DISTRICT FOR SPECIAL EDUCATION

## RESTATED ARTICLES OF JOINT AGREEMENT

### ADOPTED:   JULY 1, 2005
### REVISED: July 1, 2012
### REVISED: July 1, 2015

AR001249

## ARTICLES OF JOINT AGREEMENT FOR THE
## NILES TOWNSHIP DISTRICT FOR SPECIAL EDUCATION

## ARTICLE I – STRUCTURE

### Section 1 - Name

The name of this organization shall be the NILES TOWNSHIP DISTRICT FOR SPECIAL EDUCATION (hereinafter called "NTDSE").

### Section 2 - Legal Entity

NTDSE shall operate as a legal entity pursuant to Section 10-22.31 of the *School Code* (105 ILCS 5/10-22.31) or any successor statute.

### Section 3 - Purpose

The purpose of NTDSE is to promote, operate, organize, coordinate, and supervise a comprehensive program of special education and other needed educational programs and or services as authorized by the *School Code* and its Member School Districts as identified on Exhibit A attached hereto and incorporated into these Articles of Joint Agreement (hereinafter called "Member Districts"). For those students which are enrolled at NTDSE, NTDSE will provide, on behalf of the Member District, such students with a free appropriate public education.

## ARTICLE II - MEMBERSHIP

### Section 1 – Member Districts

The Member Districts of NTDSE are identified on the attached Exhibit A. Amendment of Exhibit A to reflect any approved changes to NTDSE membership shall not be considered an amendment of these Articles of Joint Agreement within the meaning of Article IX. Exhibit A may be amended by the Superintendent (as defined in Article IV) to conform to the actual membership of NTDSE as approved by the Governing Board.

### Section 2- Admittance of Member Districts

A non-member public school district may petition NTDSE for membership. Such petition shall be submitted to the Governing Board (as defined in Article III) of NTDSE in such form and substance as required by the Governing Board. Approval of the petition for admission shall be by affirmative vote of three-fourths (3/4) of the total membership of the Governing Board. The Governing Board may grant the petition for membership of a school district on such terms and conditions as it deems appropriate, but in all cases the school district petitioning for membership shall, at a minimum, provide a resolution adopted by the Board of Education stating the school district's agreement to abide by these Articles of Joint Agreement and NTDSE policies and procedures.

**Section 3 - Admittance Fee**

Unless the Governing Board provides otherwise, the new Member District shall pay an admittance fee on a per pupil basis as designated by the Governing Board based upon the most current six (6) day enrollment figures for the entire student population of the applicant school district.  For the initial year of membership, new Member Districts shall be assessed their *pro rata* share of the current fiscal year's (1) Capital Improvement Fee under Article VII, (2) Physical Plant Hard Cost Fee under Article VII, (3)  Instructional and Physical Plant Fee under Article VII, (4) Fee for Service Fees under Article VII including Infinitec and AIMSweb services fees and (5) Membership Fee under Article VII.  Such proration shall begin with the date of membership.

**Section 4 – Responsibilities of Member Districts**

Member Districts shall have the following rights and responsibilities as members of NTDSE.

A.    Member Districts shall promptly and fully pay all fees and bills for services submitted to them by NTDSE.

B.    Each Member District shall appoint or provide one (1) Governing Board member as that procedure is set forth in Article III, Section 1.

C.    Member Districts shall have the right to receive appropriate services, programs and administrative support from NTDSE consistent with these Articles of Joint Agreement and Governing Board policy.

D.    Member Districts shall be responsible to provide a free, appropriate public education to all students with disabilities residing within their respective school districts, whether the special education services are provided by the Member District or NTDSE.

E.    Each Member District shall assist the Governing Board in accomplishing the purposes set forth in these Joint Articles of Agreement.  Further, Member Districts shall work collaboratively to provide for the needs of all special education students within the Member Districts.

F.    Member Districts shall operate and maintain comprehensive special education programs, including services provided to students in general education classrooms, resource rooms, or special education instructional classrooms when the incidence of a student needs within a Member District supports the establishment of such service delivery options.

G.    If a Member District establishes special education instructional classrooms designed to meet the needs of special education students within their respective school district, the Member District may allow for the enrollment of any special education student residing outside of their school district into a special education instructional classroom within their respective school district if sufficient space exists.  A special education instructional classroom as used herein shall be defined as classroom that provides special education instruction to students for more than fifty percent (50%) of the school day.

H.     Member Districts shall perform and provide such other services as determined by the Governing Board.

## ARTICLE III – GOVERNANCE - GOVERNING BOARD

### Section 1 - Members

The Governing Board shall consist of one Board of Education member from each Member District selected by the Member District's Board of Education. The suggested term for the Board of Education member to serve as a Governing Board member is two calendar years.

### Section 2 - Alternates

In case of an absence of a selected Governing Board member, an alternate from the Member District's Board of Education, selected in accordance with such Board of Education's procedures, shall act as its Governing Board member during such absence.

### Section 3 - Officers

A.     The Governing Board shall have a President and Vice President which the members of the Governing Board shall elect at its May meeting.  The terms of the office of President and Vice President shall be one-year (1) from the date of the election.  In the event the office of the President becomes vacant during the year of office, or the President is not able to preside at a meeting, the Vice President shall assume this office during the vacancy.

B.     The Governing Board shall elect a Secretary for a term of one-year (1) at the May meeting.  The Secretary may be a member of the Governing Board or a member of the NTDSE administrative staff.  The Secretary shall be responsible for the completion of the minutes of all Governing Board meetings and the distribution of the proposed minutes to the membership of the Governing Board prior to the next meeting.  In the absence of the Secretary, the Governing Board members present shall elect a *Pro Tem* Secretary.

### Section 4 - Governing Board Responsibilities and Duties

The responsibility for the management and governance of NTDSE shall be vested in the Governing Board.  The Governing Board has the following duties:

A.     To receive, propose and review amendments to these Articles of Joint Agreement;

B.     To adopt an annual budget after a public hearing and after input from the Superintendents' Committee (as defined in Article V);

C.     To determine the nature and extent of services that NTDSE shall provide to its Member Districts;

D.      To determine the need for site acquisition, construction, and capital improvement, and to take appropriate and necessary action to acquire necessary sites, to build new construction and or improve existing NTDSE school buildings, and or make appropriate and necessary capital improvements to NTDSE school buildings after input from the Superintendents' Committee;

E.      To expend funds as provided in the adopted budget for the fiscal year;

F.      To incur debt as provided for under the *School Code*;

G.      To approve all payments to be made and to direct all appropriate action for payment of NTDSE indebtedness;

H.      To employ the Superintendent (as defined in Article IV) and approve the employment of other personnel; to set salaries and terms of employment of same;

I.      To approve the resignation and dismissal of any employee;

J.      To evaluate the performance of the Superintendent;

K.      To lease or purchase real estate for use by NTDSE, including, but not limited to, buildings, rooms, grounds, and appurtenances;

L.      To adopt an annual calendar of meetings which shall be held monthly and to hold such meetings in accordance with the laws of the State of Illinois;

M.      To establish Governing Board Committees as deemed necessary;

N.      To establish basic policies consistent with this Joint Articles of Agreement and the Illinois *School Code*;

O.      To approve contracts with service providers, labor unions, professional organizations, and or amendments thereto; and

P.      To execute or authorize to be done such other matters as may be necessary or appropriate for the operation of NTDSE as permitted by law.

## Section 5 - Meetings

A.      The Governing Board shall hold an organizational meeting each May. At the organizational meeting, the Governing Board shall establish the dates, times and places for regular meetings. Said dates, times and places shall be served on all members and alternate members of the Governing Board, either in person, electronically or by mail, not less than seventy-two (72) hours prior to such meetings.

B.      All meetings shall be conducted in compliance with the Illinois *Open Meetings Act*.

C.     A quorum shall consist of a majority of the Governing Board membership.

D.     Each member of the Governing Board, or the NTDSE Board member alternate serving in his or her stead, shall have one (1) vote.  An affirmative vote of a majority of the members of the Governing Board present at a duly called meeting at which a quorum has been established shall be required for passage of a proposition unless otherwise specifically stated herein.  Adoption of motions relating to site acquisition, building construction, and capital improvements in excess of $25,000 or such other amount determined by the Governing Board, shall require a vote of three-fourths (3/4) of the total Governing Board membership.

E.     Governing Board members may participate in Governing Board meetings by electronic or telephonic means so long as such attendance complies with the Illinois *Open Meetings Act*, other provisions of these Articles of Joint Agreement and NTDSE policy.

## ARTICLE IV – THE SUPERINTENDENT

### Section 1 - Employment

The Governing Board shall employ a Superintendent who shall be the Chief Executive Officer of NTDSE (who shall be a State Approved Director of Special Education), and shall hold the certifications and endorsements as required by the State of Illinois, or any other appropriate controlling authority.

### Section 2 - Duties

The Superintendent shall be responsible for the daily administration and management of NTDSE in accordance with these Articles of Joint Agreement, Governing Board policies and procedures, and applicable law.  The Superintendent shall report to the Governing Board.  The Superintendent shall recommend to the Governing Board the hiring or dismissal of such administrative, supervisory and educational support personnel as the Superintendent deems appropriate.  The Superintendent shall also establish appropriate job duties and functions for said personnel and shall directly supervise or establish a designee that will supervise the aforementioned personnel.  The Superintendent shall represent NTDSE at the Niles Township Superintendents' Association (NTSA).  Finally, the Superintendent shall perform such other duties as are assigned by the Governing Board.

## ARTICLE V - SUPERINTENDENTS' COMMITTEE

The Superintendents' Committee shall consist of the Superintendents of each Member District, as well as the Superintendent of NTDSE.  In addition to the matters set forth in these Joint Articles of Agreement requiring input from the Superintendents' Committee, the NTDSE Superintendent shall also seek the input and advice from the Superintendents' Committee on matters pertaining to collective bargaining, acquisition of property and classroom space, and setting of administrators' salaries.  The Superintendents' Committee shall also be consulted by the Governing Board in the selection of any successor Superintendent.

**ARTICLE VI - NTDSE PROGRAMS AND SERVICES**

**Section 1 - NTDSE Programs and Services**

NTDSE programs and services are those programs and services that are operated and managed by NTDSE and that provide special education instructional services to meet the needs of students with disabilities when the student's IEP team determines that placement in such programs or the provision of such services is appropriate. Such programs and services are to be provided when the needs of a student cannot be met by the Member District's own educational programs. NTDSE programs and services include instructional, consultative, supervisory, administrative, diagnostic, transportation, related services, and other such services that are operated and managed by NTDSE pursuant to Governing Board policy.

NTDSE programs and services may be provided in the following areas as determined by the Governing Board:

A.     **Classroom Instruction:** NTDSE may establish special education classes designed to provide instructional services to meet the needs of Member District students with disabilities.

B.     **Related Services:** NTDSE may provide related services (school psychology, social work, speech pathology, occupational therapy, physical therapy, orientation and mobility, transition, special education transportation, and other related services) when appropriate to meet the needs of students with disabilities as determined by the Governing Board.

C.     **Technical Assistance and Staff Development**: NTDSE may provide technical assistance and staff development services to Member Districts to support the appropriate delivery of special education services to meet the needs of students with disabilities and to support Member Districts' compliance with the requirements of the *Individuals with Disabilities Education Improvement Act*, the *School Code* of Illinois, and any applicable successor legislation or implementing regulations.

D.     **Full-Time Professional Worker:**  Any full-time professional worker employed by NTDSE which spends over fifty percent (50%) of his or her time in one (1) school district shall not be required to work a different teaching schedule than the other professional worker in that school district.  A professional worker is defined to be a "qualified worker" as described in §5/14-1.10 of the *School Code.*

E.     **Transportation:**  NTDSE may provide transportation for students attending NTDSE programs in accordance with NTDSE policy.

**Section 2 - Member Districts Serving as Operating Districts for NTDSE Programs**

Member Districts shall assist and support NTDSE programs by providing at least one (1) classroom space for NTDSE special education instructional programs within their respective school buildings when space is available.  In furtherance thereof, Member Districts shall make reasonable efforts to provide such classroom space.  The Member

AR001255

District's Board of Education and the Governing Board shall approve any agreement between a Member District and NTDSE regarding the Member District's commitment to house an NTDSE special education instructional program.  A Member District that has agreed to house an NTDSE special education instructional classroom within their school district shall be known as an Operating Member District.

Teachers and other personnel in Operating Member Districts shall be employees of NTDSE and shal1 be under the direction and supervision of the NTDSE Superintendent and designees.  The placement of students into Operating Member Districts shall be at the discretion of the Superintendent and based upon each student's IEP.

### Section 3 - NTDSE Superintendent Review of Special Education Programs

Upon request of the Member District's Superintendent, the NTDSE Superintendent shall review all NTDSE special education programs and Member District instructional classrooms to determine if any changes are warranted.  If the NTDSE Superintendent determines that modifications to any special education program are necessary, she or he shall recommend to the Member District's Superintendent and or the Governing Board the appropriate modifications to such program(s).  Upon affirmative vote of the Governing Board, the Governing Board shall implement changes to NTDSE programs.  Unless specifically provided otherwise by the Governing Board, all affected Member Districts shall receive a one-year (1) advance notice of any program modification prior to its implementation.

### Section 4 – Restrictive Covenant Related to NTDSE Employees

The Member Districts recognize the highly specialized nature of the services provided to Member Districts through the NTDSE "Fee for Service" service option and the difficulties associated with NTDSE employing or contracting with and retaining highly qualified and appropriately trained staff to provide such services.  As such, the Member Districts agree not to employ or otherwise enter into a contractual arrangement with an NTDSE employee or agent who provides any "Fee for Service" services for a minimum of one calendar year after the employee or agent has separated his or her employment or contractual relationship with NTDSE, unless an agreement is reached with NTDSE and written consent is provided by the NTDSE Superintendent.  The Member Districts recognize that this restriction is no greater than required to protect the legitimate business interests of NTDSE, does not impose undue hardship on the Member Districts and is not injurious to the public.

## ARTICLE VII– FINANCE

## Section 1 – Fiscal Year

The fiscal year of NTDSE shall be from July 1 through June 30.

## Section 2 – Budget

A proposed annual budget shall be prepared by the Superintendent or his or her designee, for action by the Governing Board.  Each budget approved by the Governing Board shall delineate the costs that are to be allocated among the Member Districts and Non-Member

Districts. Such costs shall be determined in accordance with this Section 2 and Governing Board policy.

### A. Physical Plant Hard Cost Fees

Physical Plant Hard Cost Fees are costs that are associated with the actual operation and maintenance of buildings of NTDSE. Such costs are identified annually by the Governing Board in the budget. Examples of items that may be included in part or full are, vehicle maintenance, rental, utilities, custodial maintenance, supplies and services and property services. Physical Plant Hard Cost Fees shall be divided equally among all of the Member Districts.

### B. Instructional and Physical Plant Fees

Instructional and Physical Plant Fees are all costs associated with attendance and education of a student at an NTDSE program including expenses associated with the operation and maintenance of the NTDSE buildings as designated by Governing Board policy and consistent with law. Such costs include, but are not limited to, teacher salaries, text books, learning aides and other instructional related items and may include but are not limited to some or all physical plant costs as identified annually by the Governing Board in the budget: Examples of items that may be included in part or full are, rental, utilities, custodial maintenance, supplies and services and property services. Instructional fees shall be assessed against Member Districts based upon a tuition amount for each full-time equivalent student attending an NTDSE program with such tuition amount stated in the NTDSE annual budget as approved by the Governing Board.

### C. Capital Improvement Fees

Capital Improvement Fees, including site acquisition or construction, shall be payable to NTDSE by the Member Districts as follows:

Each Member District shall contribute its *pro rata* share of the cost of the capital improvement based upon its six (6) day enrollment for the entire student population, counting half-day (1/2) kindergarten pupils as one-half (1/2) of a full-time student.

Capital Improvement contributions shall be made by Member Districts as required by the Governing Board. When appropriate the Governing Board will allocate Medicaid funds toward capital improvement before additional fees are incurred by districts.

### D. "Fee for Service" Fees

A "Fee for Service" Fee shall be established by the Governing Board and assessed to Member Districts for services established annually by the Governing Board. The fees for such services shall be determined according to a formula established annually by the Governing Board. The menu of services will be provided to each district by January of each year. Each Member

AR001257

District shall be required to pay a fee for Infinitec and AIMSweb services which shall be calculated and assessed against the Member District on a *pro rata* basis of the six (6) day enrollment for the entire student population of the Member District, counting half-day (1/2) kindergarten pupils as one-half (1/2) of a full-time student.

### E. Membership Fees

Membership Fee is a fee charged to each Member District for its membership in NTDSE and may include but is not limited to some or all of the following costs of employing the Executive Director, other administrative and support personnel, as well as the Technology Manager and the Assistive Technology Coordinator. In addition, the cost of the IEP system maintenance, and the cost associated with Board Services will be included in Membership Fees. Membership Fee shall be calculated and assessed against the Member District on a pro rata basis of the six (6) day enrollment for the entire student population of a Member District, counting half-day kindergarten pupils as one-half (1/2) of a full-time student.

### F. Other Expenses

Any other expenses or costs of NTDSE that are not specifically set forth in this Joint Agreement may be assessed against any Member District as authorized by the Governing Board.

## Section 3 -- Annual General Fund Balance Evaluation

After receiving the final Annual Financial Report from its auditors, NTDSE shall convene a meeting of the Fund Balance Committee which shall be comprised of a majority of Member District representatives (superintendents and/or business managers) and the NTDSE Superintendent and Business Manger to determine if the General Fund balance is appropriate to meet the needs of NTDSE and/or if any funds should be returned to the Member Districts and, if so, the amount of such funds to be returned to the Member Districts. The NTDSE Fund Balance Committee shall make a recommendation to the Governing Board regarding the suggested amount of funds (if any) to be returned (in the following fiscal year) to the Member Districts for its consideration and approval.

## Section 4– Grants or Gifts

Grants or gifts may be accepted by NTDSE upon approval of the Governing Board.

## Section 5 – Special Classes and Related Services

NTDSE may, at the Superintendent's discretion, process cost sheets and such other documents on behalf or Member Districts that are operating their own special education classes or services. Such cost sheets and documents shall be prepared in accordance with NTDSE policies or practices. Additionally, Member Districts that have NTDSE prepare such documents shall have deemed to have released NTDSE from any and all causes of action related to the preparation of such documents.

**Section 6– Payments**

NTDSE may bill Member Districts or Non-Member Districts at intervals deemed necessary by the Governing Board; however, NTDSE shall bill Member Districts at least two (2) times per year. All payments required to be paid to NTDSE shall be paid promptly. Payments that are more than thirty (30) days past due date shall bear interest at the rate of 1½ % per month from the due date of such payment to the date payment is received.

## ARTICLE VIII - TERMINATION OF MEMBERSHIP

### Section 1 - Voluntary Withdrawal by Member District

1. **Notice of Withdrawal.** Any Member District may seek to withdraw from NTDSE by following the process provided for in Section 10-22.31 of the Illinois *School Code* (105 ILCS 5/10-22.31) or any successor legislation. Additionally, such withdrawing Member District must provide written notice to the Governing Board of its intent to withdraw at least two (2) full fiscal years prior to the effective date of a withdrawal and within 30 days of approval of the withdrawal petition by the Member District Board of Education. All voluntary withdrawals shall become effective on July 1 unless otherwise approved by the Governing Board.

   A. **Procedures for Withdrawal:**

      1. **Concurring Resolutions of Member Districts**.

         A Member District seeking to withdraw from NTDSE may present a written petition seeking to withdraw to the Governing Board, the Superintendent of NTDSE and to the Superintendents of all Member Districts of the NTDSE. Such notice shall be sent certified mail return receipt requested. The written petition to withdraw must be approved by resolution of the Board of Education of the Member District seeking to withdraw and must state the proposed date for withdrawal from NTDSE. The Boards of Education of the remaining Member Districts must approve the withdrawal petition within six months of the date the written petition for withdrawal is presented to the Governing Board. If the Boards of Education of the remaining Member Districts approve the withdrawal petition by written resolution within such six month period, the petitioning Member District shall be withdrawn from NTDSE effective July 1 which is two years after the withdrawal petition was presented to the Governing Board (or another July 1 as stated in the withdrawal petition) and shall notify the State Board of Education of the approved withdrawal in writing. If the Boards of Education of the remaining Member Districts do not approve the withdrawal petition by written resolution within such six month period, the petition to withdraw fails.

      2. **Hearing Before Regional Board of School Trustees.**

         A petition for withdrawal may also be made to the Regional Board of School Trustees exercising oversight or governance over the Member

AR001259

Districts. The Member District seeking to withdraw must simultaneously present a copy of the written petition seeking to withdraw to the Governing Board, the Superintendent of NTDSE and to the Superintendents of all Member Districts of the NTDSE. Such notice shall be sent certified mail return receipt requested. The Regional Board of School Trustees shall then hold a hearing on the petition for withdrawal in accordance with the *School Code*.

**B.  Continuing Services**.

Member Districts which voluntarily withdraw from NTDSE may request continued participation in selected NTDSE programs or services after withdrawal. Such participation is subject to approval by the Governing Board. Additionally, the Superintendents' Committee shall be permitted to provide the Governing Board with comments as to the provision of services to former Member Districts.

Should the Governing Board allow a former Member District to participate in NTDSE services, the Governing Board shall enter into a written agreement with the former Member District setting forth the mutually agreed upon terms and conditions of participation.

**Section 2 - Removal of Member District**

Membership in NTDSE is conditional upon the Member Districts continued compliance with the terms of these Joint Articles of Agreement and NTDSE policies. If the Governing Board finds that a Member District has failed to comply with these Articles of Joint Agreement, the Governing Board may put said Member District on written notice for such failure. If, after one (1) year from the date of the written notice to the Member District, the Member District has not remediated the failure, as determined by the Governing Board, the Governing Board may remove such Member District pursuant to the following procedure:

**A**. **Notice**.  Upon approval of a majority of the Governing Board, the Superintendent shall send a written notice to the Board of Education of the Member District in question, specifying in detail the items which the Governing Board deems sufficient cause to justify removal of the Member District from NTDSE.

**B**. **Hearing**.  Should the Member District fail to take the remedial action required in the aforementioned notice to the satisfaction of the Governing Board, the Governing Board shall, upon reasonable written notice, call a special meeting, at which time the matter shall be brought before the Governing Board for hearing and action. At least thirty (30) days prior written notice of the time and place of such hearing shall be given to the Member District in question by certified mail addressed to the superintendent of said Member District. The Member District in question shall be permitted to appear and to submit reasons why it should not be removed from membership.

AR001260

**C.  Action**.  A three-fourths (3/4) vote of all the Governing Board members, excluding the representative from the Member District subject to the removal proceeding, shall be required to terminate the membership of a Member District in NTDSE.  Removal from membership shall not relieve the Member District of the obligations incurred during its membership in NTDSE and such termination shall become effective no later than July 1 following the date of action by the Governing Board.

### Section 3 - Accounting Upon Withdrawal or Removal

In the event that any Member District withdraws or is removed from NTDSE, such Member District shall forfeit any claim or right it may have for any of NTDSE's assets, provided, however, that NTDSE shall return to the withdrawing or removed Member District any unspent Federal Part B Funds generated by the students of the withdrawing or removed Member District (i.e. "carryover funds").  Such withdrawn or removed Member District, however, shall continue to be liable for costs, expenses and liabilities it incurred while it was a Member District and shall continue to pay such costs, expenses and liabilities until they are paid in full.  Liabilities of NTDSE shall include, but not necessarily be limited to, costs, expenses, notes, bonds, debt certificates, contractual obligations and other debts and/or claims accrued on or before the effective date of withdrawal.

However, if any Member District withdraws or is removed from NTDSE and (1) NTDSE dissolves within two years of such withdrawal or removal and (2) at dissolution NTDSE's liabilities exceed its assets, such Member District shall be treated as being a Member District at the date of dissolution for purposes of the allocation of any liabilities.

## ARTICLE IX – AMENDMENTS

Any Member District may submit to the Governing Board in writing a proposed amendment to these Articles of Joint Agreement.  The Governing Board shall consider the proposed amendment at two (2) meetings and a final consideration for approval shall occur after two (2) readings by the Governing Board.  If approved by the Governing Board, the Governing Board shall submit the proposed amendment in sufficient copies to each Member District Board of Education for ratification by certified mail.  To become effective, an amendment must be approved by at least three-fourths (3/4) of the Member District Boards of Education within ninety (90) days of the date on which the proposed amendment was mailed to each Member District.

The effective date of said amendment, unless otherwise stated therein, shall be the date of ratification of the last Member District Board of Education acting to approve the amendment.

AR001261

**ARTICLE X - SERVICES TO STUDENTS OUTSIDE OF NILES TOWNSHIP**

NTDSE may accept children residing outside of NTDSE's Member Districts into its programs. The NTDSE Superintendent shall have the authority to enroll such student(s), to arrange for the placement of such student(s) and to negotiate any necessary agreements and financial arrangements between the resident school district of the student and NTDSE subject to review and approval of the Governing Board.

**ARTICLE XI – DISSOLUTION**

### Section 1 - Dissolution

Dissolution of NTDSE may be authorized by the affirmative vote of three-fourths (3/4) of the entire membership of the Governing Board, in the following manner:

A.   Any member of the Governing Board may submit a resolution with the President of the Governing Board proposing that NTDSE be dissolved voluntarily. The question of such dissolution shall be submitted to a vote at a meeting of the Governing Board, which may be either a regular or a special meeting.

B.  Written notice stating that the purpose, or one of the purposes, of the meeting is to consider the voluntary dissolution of NTDSE shall be given to each member of the Governing Board within the time and in the manner provided in these Articles of Joint Agreement for giving notice of meetings of the Governing Board.

C.  Such Motion shall be filed at least two (2) years prior to the requested effective date of the dissolution.

### Section 2 - Effect of Dissolution

Upon dissolution NTDSE shall not thereafter carry on any business except that necessary to conclude and liquidate its business and affairs, including, but not limited to:

A.  Collecting receivables;

B.  Liquidating and or disposing of its assets as provided in Section 3 hereof;

C.  Discharging or making provision for discharging of its liabilities and obligations;

D.  Returning to each then-current Member District any unspent Federal IDEA Part B Funds generated by the students of the Member District (i.e. "carryover funds").

E.  Causing the honorable dismissal or otherwise terminating the employees of NTDSE; and

F.  Taking such other actions as may be necessary to wind up the affairs of NTDSE.

AR001262

**Section 3 – Distribution of Assets**

Once NTDSE has accounted for all of its assets and liabilities and returned to each then-current Member District any unspent Federal IDEA Part B Funds generated by the students of the Member District, any remaining assets after such accounting shall be distributed to each Member District, at the time of dissolution, on an equal basis.  However, any Member District that is admitted to NTDSE after 2005 shall accrue rights to a distribution of assets hereunder on a one-third (1/3) basis after each continuous ten (10) year period of time in which such Member District is in NTDSE.

**Section 4 - Successor Districts and Consolidated Districts**

In the event any Member District merges or consolidates with another Member District the new entity which comprises the former Member Districts, and is a Member District at the time of dissolution, shall be entitled to the same distribution of assets of the previously existing Member District(s) as if the merger or consolidation had not occurred unless specifically provided otherwise by law.

## ARTICLE XII - SAVINGS CLAUSE

In the event that any section or part of these Articles of Joint Agreement violates any applicable statute or regulation, such section or part of the Articles of Joint Agreement shall be null and void and shall not be binding.  To the extent that the purpose of and the ability to operate NTDSE remains unaltered, such partial invalidation of any part of this Joint Agreement shall not in any way affect the validity of the remainder of these Articles of Joint Agreement.

AR001263

## EXHIBIT A

## MEMBER DISTRICTS

Golf School District No. 67

Skokie School District No. 68

Skokie School District No. 69

Morton Grove School District No. 70

Niles Elementary School District No. 71

Fairview School District No. 72

Skokie School District No. 73

Skokie School District No. 73.5

Lincolnwood School District No. 74

## PARTNERSHIP AGREEMENT
## 2022-2023

This agreement, entered into on October 25, 2022 and effective through August 31, 2023, is made by and between:
- Turning Point Behavioral Health Care Center (hereinafter referred to as TP)
- Skokie-Morton Grove School District 69 (hereinafter referred to as D69), and may be canceled by either party with 30 days written notice.

The purpose of this agreement is to clearly identify shared goals and responsibilities of each party in supporting the success of the Health Services Voucher Program. In order to maximize the potential of this partnership all parties will assume certain responsibilities and agree to the following:

**Shared Partnership Goal:** Ensure that during the pandemic, uninsured District 69 children have free, accessible health care services through the Health Services Voucher Program so they are healthy and ready to learn.

**Standard Agreements:**
D69 Partner agency will:
- In compliance with HIPAA and FERPA regulations, maintain confidentiality of personal information provided on student consent forms.
- Provide District 69 with access to any and all data and information collected on District 69 students via the partnership. In accordance with School District 69 student data sharing policy, any statewide student data updates will be shared with partner.
- Ensure that all providers are properly licensed and in professional good standing for any services they perform.
- Provide District 69 a Certificate of Insurance.
- Assume all liability for services performed.
- Follow state mandated COVID-19 procedures relevant to their facility and types of services performed.
- Email D69 COVID health email (healthinfo@skokie69.net) to inform of any positive or pending test among their staff providing service to D69.

**Recruitment and Enrollment**
- D69 will identify students eligible for a voucher through TP. This includes completion of the Health Voucher Request Form and Consent for Release of Confidential Information Form.
- D69 will, in partnership with the guardian, coordinate the scheduling of students' virtual appointments or visits to the off-site outpatient mental health center with TP's point person.

**Programming**

1

AR001265

- TP will offer approximately 12 vouchers, each worth a maximum of $400 per patient for services such as 6 hours of virtual or in-person therapy sessions ($58.33 per session) and consultation ($50).
- If necessary, TP will guide referred D69 families through the Medicaid application process so that services may continue following the end of the voucher assistance.

**Space and Technology**
- TP will provide all in-person services at their licensed Skokie facility.

**Communication**
- TP will provide a point person to coordinate the scheduling of students' appointments
- TP will complete a pre-appointment reminder call and any calls regarding follow-up care.
- In the event that TP needs to change a scheduled appointment, the D69 family will be contacted directly.
- In the event of a missed appointment, TP will attempt to reschedule with the parent/guardian with no financial penalty or decrease in voucher value.
- D69 will assist Turning Point with family communication in the event that a family is unresponsive to communications
- D69 will complete a post-appointment follow-up phone call with each participant of the voucher program.
- D69 will assist with connecting clinician with school staff for consult as appropriate

**Safety**
- TP will provide services using properly state-licensed personnel.
- Guardians will accompany students to off-site appointments and complete any necessary consents.

**Data, Evaluation, and Information Sharing**
- D69 will refer students to the voucher program once a Consent for Release of Confidential Information Form is completed and submitted by the parent or guardian.
- Turning Point will complete a Provider Feedback Interview/Form in August 2023 to provide evaluation data for grant reporting.
- D69 will maintain a database to reflect services provided by TP.
- TP will provide parents with documentation of services provided.

**Insurance and Billing**
- TP will offer approximately 12 vouchers, each worth $400 per patient for services such as 6 hours of virtual or in-person therapy sessions. The total of invoiced services throughout the partnership will not exceed $4,800.
- No student or family will be personally billed for services performed during the 6 sessions provided through the voucher program

2

AR001266

- TP will submit an invoice within 5 business days of the last day of the month with an itemized list of the services provided to D69 students during the previous month. A final invoice will be submitted by August 31, 2023.

**Acknowledgements**

Turning Point Behavioral Health Care Center and District 69 enter into this agreement in "good faith" recognizing that projected tasks, timetables, and resources are based on information and circumstances presently known. As new information becomes available or circumstances change, each party agrees to be flexible when appropriate in the mutual revision of the scope and details of the agreement and to communicate openly and promptly about any changes.

Turning Point Behavioral Health Care Center and District 69 agree to revisit, edit, and re-commit to this agreement on an annual basis or as needed based on programmatic changes.

This agreement is signed by:

_____          11/01/2022
_____          _____

Turning Point Behavioral Health Care Center          Date

_____          11/1/2022
Dr. Margaret Clauson, Superintendent, District 69          Date

3

AR001267

<div align="center">

**MEMORANDUM OF UNDERSTANDING**
**BETWEEN SCHOOL DISTRICT #69**
**AND LOYOLA UNIVERSITY CHICAGO SCHOOL OF SOCIAL WORK**
**FOR THE OPERATION OF THE SCHOOL-BASED MENTAL HEALTH**
**RESIDENT INTERN PROGRAM**

</div>

This agreement, entered into on October 26, 2022 and effective through December 31, 2023, is made by and between:
- Loyola University Chicago (hereinafter referred to as LUC)
- Skokie-Morton Grove School District 69 (hereinafter referred to as D69),
  and may be canceled by either party with 30 days written notice.

The purpose of this agreement is to clearly identify shared goals and responsibilities of each party in supporting the success of the School-Based Mental Health Resident Intern Program, if Mental Health Service Professional Demonstration grant funding is secured.  In order to maximize the potential of this partnership all parties will assume certain responsibilities and agree to the following:

**Shared Partnership Goal:** Increase the number and diversity of high-quality, trained mental health professionals in D69's high-need schools: 1) District 69 Pre-K 2) Madison Elementary, 3) Edison Elementary, and 4) Lincoln Junior High School.  Increase capacity for each school to respond to mental health needs of the school community, including prevention, intervention, and students' skill building.  D69 will host 6 mental health candidates through the resident intern program in order for pre-service candidates to develop their skills and understanding of educational research and theory to practice as applied to school based mental health services.  D69 and Loyola University Chicago are committed to developing a diverse, high-quality community of mental health providers of the highest caliber.

**Standard Agreements:**
LUC will:
- In compliance with HIPAA and FERPA regulations, maintain confidentiality of personal information provided on student consent forms.
- Provide District 69 with access to any and all data and information collected on District 69 students via the partnership. In accordance with School District 69 student data sharing policy, any statewide student data updates will be shared with partner.
- Ensure that all providers are properly licensed and in professional good standing for any services they perform.

**Recruitment and Programming**
D69 partner agency will:
- Request placement for only those mental health professionals who have been screened and officially admitted to the University and have been permitted to complete the residency program.  Only candidates who have successfully completed the multi-step application process consisting of the following materials to be shared with SD69 will be put forth for placement:
  - Completion of the Residency Application

<div align="center">1</div>

AR001268

- ○ Current resume
- ○ Transcripts from current and previous institutions
- ○ Completed Department of Children and Family Services Mandated Reporter Training
- Prioritize placement of up to 6 diverse professionals in D69's high-need schools to ensure that the residency program operates at maximum capacity.
- Ensure that residency participants meet the highest standards of professionalism, including attendance, timeliness, confidentiality, health, and safety. Inability for students to meet these standards will result in ineligibility for or removal from a field placement site.
- In partnership with D69, supervise the students' participation in the residency program.

D69 will:

- Provide candidates with a full school year internship experience.
- Access to the District's mentoring program and affinity groups.
- Provide an orientation to the District's policies and procedures.
- Assign candidates to a Professional Educator Licensed School Social Worker who will provide supervision, feedback, and mentoring to students.
- Reserve the right to revoke an invitation for a student to complete the residency program for violation of school policy, unprofessional behavior, or other unsatisfactory performance.
- Provide the Partner Agency with a Recruitment Stipend to incentivize the program to diverse candidates.

**Space and Technology**
- District 69 will coordinate and incur any costs related to facilities and janitorial services during on-site programming.
- District 69 will provide a laptop, office space, and office supplies.

**Communication and Confidentiality**
- Both partners will provide a point person to coordinate the scheduling of students in the residency program.
- The partner agency will inform each participating student of Federal law governing the confidentiality of District student information, including FERPA. The District shall inform each participating student of any applicable state law governing the confidentiality of student information. The District shall also inform each participating mentor that he/she is bound to maintain in confidence, any documents or other confidential information about the University to which he/she might have access. Any breach of confidentiality by a participating student or mentor shall be grounds for immediate termination of the residency program.

**Indemnification and Hold Harmless**
- Neither party shall be responsible for personal injury or property damage or other loss except that resulting from its own negligence or the negligence of its employees or others for whom the party is legally responsible. D69 will provide participating students with immediate first aid for work-related injuries or illnesses, such as blood or body fluid

2

AR001269

exposure.

**Data, Evaluation, and Information Sharing**
- D69 will provide a data collection structure that both parties will work cooperatively to collect and report on the identified data.
- Both parties will collaboratively make informed decisions about further programming, interventions and/or support for students and/or families.
- D69 will house the student data and will maintain a confidentiality agreement for the use of data with partners. Aggregate data will be available to the partner upon request. All student data will be treated in accordance with the Illinois School Student Records Act.
- Both partners agree to an annual review of the partnership.

**Acknowledgements**
Loyola University Chicago and District 69 enter into this agreement in "good faith" recognizing that projected tasks, timetables, and resources are based on information and circumstances presently known. As new information becomes available or circumstances change, each party agrees to be flexible when appropriate in the mutual revision of the scope and details of the agreement and to communicate openly and promptly about any changes.

Loyola University Chicago and District 69 agree to revisit, edit, and re-commit to this agreement on an annual basis or as needed based on programmatic changes.

This agreement is signed by:

_____    11/02/2022_____
Loyola University Chicago                              Date

_____    11/2/22
Dr. Margaret Clauson, Superintendent, District 69        Date

3

**AR001270**

**MEMORANDUM OF UNDERSTANDING
BETWEEN SCHOOL DISTRICT #69
AND NATIONAL LOUIS UNIVERSITY
FOR THE OPERATION OF THE SCHOOL-BASED MENTAL HEALTH
RESIDENT INTERN PROGRAM**

This agreement, entered into on October 28, 2022 and effective through December 31, 2023, is made by and between:

- National Louis University (hereinafter referred to as NLU)
- Skokie-Morton Grove School District 69 (hereinafter referred to as D69),
  and may be canceled by either party with 30 days written notice.

The purpose of this agreement is to clearly identify shared goals and responsibilities of each party in supporting the success of the School-Based Mental Health Resident Intern Program, if Mental Health Service Professional Demonstration grant funding is secured.  In order to maximize the potential of this partnership all parties will assume certain responsibilities and agree to the following:

**Shared Partnership Goal:** Increase the number and diversity of high-quality, trained mental health professionals in D69's high-need schools: 1) District 69 Pre-K 2) Madison Elementary, 3) Edison Elementary, and 4) Lincoln Junior High School.  D69 will host 3 mental health candidates through the resident intern program in order for pre-service candidates to develop their skills and understanding of educational research and theory to practice as applied to school based mental health services.  D69 and NLU are committed to developing a diverse, high-quality community of mental health providers of the highest caliber.

**Standard Agreements:**
NLU will:
- In compliance with HIPAA and FERPA regulations, maintain confidentiality of personal information provided on student consent forms.
- Provide District 69 with access to any and all data and information collected on District 69 students via the partnership. In accordance with School District 69 student data sharing policy, any statewide student data updates will be shared with partner.
- Ensure that all providers are properly licensed and in professional good standing for any services they perform.

**Recruitment and Programming**
D69 partner agency will:
- Request placement for only those mental health professionals who have been screened and officially admitted to the University and have been permitted to complete the residency program.  Only candidates who have successfully completed the multi-step application process consisting of the following materials to be shared with SD69 will be put forth for placement:
  - Completion of the Residency Application
  - Current resume
  - Transcripts from current and previous institutions
  - Completed Department of Children and Family Services Mandated Reporter Training

AR001271

- Prioritize placement of up to 3 diverse professionals in D69's high-need schools to ensure that the full-time school psychologist residency program operates at maximum capacity.
- Prioritize placement of up to 3 diverse professionals in D69's high-need schools to ensure that the part-time SBMH intern residency program operates at maximum capacity.
- Ensure that residency participants meet the highest standards of professionalism, including attendance, timeliness, confidentiality, health, and safety.  Inability for students to meet these standards will result in ineligibility for or removal from a field placement site.
- In partnership with D69, supervise the students' participation in the residency program.

D69 will:

- Provide candidates with a full school year internship experience.
- Access to the District's mentoring program and affinity groups.
- Provide an orientation to the District's policies and procedures.
- Assign candidates to a Professional Educator Licensed School Psychologist who will provide supervision, feedback, and mentoring to students.
- Reserve the right to revoke an invitation for a student to complete the residency program for violation of school policy, unprofessional behavior, or other unsatisfactory performance.
- Provide the Partner Agency with $5,000 to compensate faculty for providing supervision to diverse candidates who are assigned to D69.

**Space and Technology**
- District 69 will coordinate and incur any costs related to facilities and janitorial services during on-site programming.
- District 69 will provide a laptop, office space, and office supplies.

**Communication and Confidentiality**
- Both partners will provide a point person to coordinate the scheduling of students in the residency program.
- The partner agency will inform each participating student of Federal law governing the confidentiality of District student information, including FERPA.  The District shall inform each participating student of any applicable state law governing the confidentiality of student information.  The District shall also inform each participating mentor that he/she is bound to maintain in confidence, any documents or other confidential information about the University to which he/she might have access.  Any breach of confidentiality by a participating student or mentor shall be grounds for immediate termination of the residency program.

**Indemnification and Hold Harmless**
- Neither party shall be responsible for personal injury or property damage or other loss except that resulting from its own negligence or the negligence of its employees or others for whom the party is legally responsible.  D69 will provide participating students with immediate first aid for work-related injuries or illnesses, such as blood or body fluid exposure.

**Data, Evaluation, and Information Sharing**
- D69 will provide a data collection structure that both parties will work cooperatively to

AR001272

collect and report on the identified data.
- Both parties will collaboratively make informed decisions about further programming, interventions and/or support for students and/or families.
- D69 will house the student data and will maintain a confidentiality agreement for the use of data with partners. Aggregate data will be available to the partner upon request. All student data will be treated in accordance with the Illinois School Student Records Act.
- Both partners agree to an annual review of the partnership.

**Acknowledgements**

National Louis University and District 69 enter into this agreement in "good faith" recognizing that projected tasks, timetables, and resources are based on information and circumstances presently known. As new information becomes available or circumstances change, each party agrees to be flexible when appropriate in the mutual revision of the scope and details of the agreement and to communicate openly and promptly about any changes.

National Louis University and District 69 agree to revisit, edit, and re-commit to this agreement on an annual basis or as needed based on programmatic changes.

This agreement is signed by:


_____ 11/1/2022____
National Louis University                              Date

_____ 11/1/2022
Dr. Margaret Clauson, Superintendent, District 69         Date

AR001273

AR001274

There was a problem attaching a file(s).

The file was missing in the application package
submitted through Grants.Gov

AR001275

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** `1236-SBMH BUDGET NARRATIVE.docx.pdf`

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

**AR001276**

## SBMH BUDGET NARRATIVE

### Year 1

Personnel:

District 69 is dedicating the majority of the allocation, $1,294,028, on personnel. This total includes the salaries and benefits for family therapists, resident program mentors, SBMH interns, and stipends that support recruitment of diverse staff into SBMH roles.

| Title | Quantity | Salary | Benefits | Total Cost |
|-------|----------|--------|----------|------------|
| Family Therapist Salary and Benefits | 2 | $78,491 | $11,207 | $179,397 |
| Bilingual Stipend | 2 | $2,000 | $0 | $4,000 |
| Certification Stipend | 2 | $2,000 | $0 | $4,000 |
| Mental Health Instructional Coach (MHIC) | 2 | $78,491 | $11,207 | $179,397 |
| Summer SBMH Staff (5 weeks) | 3 | $6,563 | $1,460 | $24,067 |
| Resident Program Mentor - Social Worker | 1 | $70,642 | $11,162 | $81,804 |
| Resident Program Mentor - School Psychologist | 1 | $70,642 | $11,162 | $81,804 |
| Resident School Psychology Intern - full time | 3 | $48,000 | $11,031 | $177,092 |
| Resident SBMH Intern - part time | 9 | $24,000 | $11,031 | $315,275 |
| Grants Project Director | 0.25 | $98,282 | $0 | $24,571 |
| Data Analyst | 0.25 | $118,103 | $0 | $29,526 |
| Childcare for Family Therapy (40 hours/month) | 1 | $7,905 | $0 | $7,905 |
| Affinity Group Leader Stipend | 1 | $3,000 | $0 | $3,000 |
| Interpretation for Family Therapy (12 hours/week) | 1 | $12,500 | $0 | $12,500 |

AR001277

| | | | |
|---|---|---|---|
| Resident Intern housing stipend (1 year) | 12 | $6,000 | $0 | $72,000 |
| Auxiliary SBMH Staff Salary and Benefits | 1 | $62,577 | $11,115 | $73,693 |
| Tuition Reimbursement | 12 | $2,000 | $0 | $24,000 |
| **Total Cost** | | | | **$1,294,028** |

Supplies:

District 69 is requesting $19,000.00 for materials and supplies. This includes office supplies, technology for staff/interns, and a material and supply budget for student intervention materials.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Office Materials & Supplies | | | $2,000 |
| Intervention Materials | | | $5,000 |
| Laptop | 12 | $1000 | $12,000 |
| **Total Cost** | | | **$19,000** |

Contractual and Travel:

Contractual fees are another significant portion of our budget. District 69 has determined that $80,000 is required to provide direct services to students and families including mental health services, mental health vouchers, and psychiatric services. In addition, there are contractual services that will remove barriers to accessing mental health services for students and families including transportation and childcare.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Faculty Supervision Stipend Fee | 2 | $5,000 | $10,000 |
| Mental Health Consultant | 1 | $2,000 | $2,000 |
| Program Evaluation Audit | 1 | $10,000 | $10,000 |
| Mental Health Vouchers | 10 | $1,120 | $11,200 |
| Psychiatry Services | | | $0 |
| Round Trip | 1,040 | $20 | $20,800 |

AR001278

| | | | |
|---|---|---|---|
| Transportation to Family Therapy Sessions | | | |
| Professional Development | 1 | | $26,000 |
| **Total Cost** | | | **$80,000** |

### Year 2

Personnel:

District 69 is dedicating the majority of the allocation, $1,320,311, on personnel. This total includes the salaries and benefits for family therapists. resident program mentors, SBMH interns, and stipends that support recruitment of diverse staff into SBMH roles.

| Title | Quantity | Salary | Benefits | Total Cost |
|---|---|---|---|---|
| Family Therapist Salary and Benefits | 2 | $81,631 | $11,587 | $186,435 |
| Bilingual Stipend | 2 | $2,000 | $0 | $4,000 |
| Certification Stipend | 2 | $0 | $0 | $0 |
| Mental Health Instructional Coach (MHIC) | 2 | $81,631 | $11,587 | $186,435 |
| Summer SBMH Staff (5 weeks) | 3 | $6,563 | $1,494 | $24,171 |
| Resident Program Mentor - Social Worker | 1 | $73,468 | $11,540 | $85,007 |
| Resident Program Mentor - School Psychologist | 1 | $73,468 | $11,540 | $85,007 |
| Resident School Psychology Intern - full time | 3 | $48,000 | $11,392 | $178,175 |
| Resident SBMH Intern - part time | 9 | $24,000 | $11,392 | $318,526 |
| Grants Project Director | 0.25 | $102,214 | $0 | $25,553 |
| Data Analyst | 0.25 | $122,827 | $0 | $30,707 |
| Childcare for Family Therapy (40 hours/month) | 1 | $8,221 | $0 | $8,221 |

AR001279

| | | | |
|---|---|---|---|
| Affinity Group Leader Stipend | 1 | $3,000 | $0 | $3,000 |
| Interpretation for Family Therapy (12 hours/week) | 1 | $12,500 | $0 | $12,500 |
| Resident Intern housing stipend (1 year) | 12 | $6,000 | $0 | $72,000 |
| Auxiliary SBMH Staff Salary and Benefits | 1 | $65,081 | $11,491 | $76,571 |
| Tuition Reimbursement | 12 | $2,000 | $0 | $24,000 |
| **Total Cost** | | | | **$1,320,311** |

Supplies:
District 69 is requesting $19,000.00 for materials and supplies. This includes office supplies, technology for staff/interns, and a material and supply budget for student intervention materials.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Office Materials & Supplies | | | $2,000 |
| Intervention Materials | | | $5,000 |
| Laptop | 12 | 1000 | $12,000 |
| **Total Cost** | | | **$19,000** |

Contractual and Travel:
Contractual fees are another significant portion of our budget. District 69 has determined that $80,000 is required to provide direct services to students and families including mental health services, mental health vouchers, and psychiatric services. In addition, there are contractual services that will remove barriers to accessing mental health services for students and families including transportation and childcare.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Faculty Supervision Stipend Fee | 2 | $5,000 | $10,000 |
| Mental Health Consultant | 1 | $2,000 | $2,000 |
| Program Evaluation Audit | 1 | $10,000 | $10,000 |
| Mental Health Vouchers | 10 | $1,120 | $11,200 |

AR001280

| | | | |
|---|---|---|---|
| Psychiatry Services | | | $0 |
| Round Trip Transportation to Family Therapy Sessions | 1,040 | $20 | $20,800 |
| Professional Development | 1 | | $26,000 |
| **Total Cost** | | | **$80,000** |

### Year 3

Personnel:

District 69 is dedicating the majority of the allocation, $1,351,769, on personnel. This total includes the salaries and benefits for family therapists. resident program mentors, SBMH interns, and stipends that support recruitment of diverse staff into SBMH roles.

| Title | Quantity | Salary | Benefits | Total Cost |
|---|---|---|---|---|
| Family Therapist Salary and Benefits | 2 | $84,896 | $11,980 | $193,752 |
| Bilingual Stipend | 2 | $2,000 | $0 | $4,000 |
| Certification Stipend | 2 | $0 | $0 | $0 |
| Mental Health Instructional Coach (MHIC) | 2 | $84,896 | $11,980 | $193,752 |
| Summer SBMH Staff (5 weeks) | 3 | $6,563 | $1,530 | $24,279 |
| Resident Program Mentor - Social Worker | 1 | $76,406 | $11,931 | $88,337 |
| Resident Program Mentor - School Psychologist | 1 | $76,406 | $11,931 | $88,337 |
| Resident School Psychology Intern - full time | 3 | $48,000 | $11,766 | $179,297 |
| Resident SBMH Intern - part time | 9 | $24,000 | $11,766 | $321,892 |
| Grants Project Director | 0.25 | $106,302 | $0 | $26,576 |
| Data Analyst | 0.25 | $127,740 | $0 | $31,935 |
| Childcare for Family | 1 | $8,550 | $0 | $8,550 |

AR001281

| | | | |
|---|---|---|---|
| Therapy (40 hours/month) | | | | |
| Affinity Group Leader Stipend | 1 | $3,000 | $0 | $3,000 |
| Interpretation for Family Therapy (12 hours/week) | 1 | $12,500 | $0 | $12,500 |
| Resident Intern housing stipend (1 year) | 12 | $6,000 | $0 | $72,000 |
| Auxiliary SBMH Staff Salary and Benefits | 1 | $67,684 | $11,880 | $79,564 |
| Tuition Reimbursement | 12 | $2,000 | $0 | $24,000 |
| Total Cost | | | | **$1,351,769** |

<u>Supplies:</u>
District 69 is requesting $19,000 for materials and supplies. This includes office supplies, technology for staff/interns, and a material and supply budget for student intervention materials.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Office Materials & Supplies | | | $2,000 |
| Intervention Materials | | | $5,000 |
| Laptop | 12 | 1000 | $12,000 |
| **Total Cost** | | | **$19,000** |

<u>Contractual and Travel:</u>
Contractual fees are another significant portion of our budget. District 69 has determined that $90,000 is required to provide direct services to students and families including mental health services, mental health vouchers, and psychiatric services. In addition, there are contractual services that will remove barriers to accessing mental health services for students and families including transportation and childcare.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Faculty Supervision Stipend Fee | 2 | $5,000 | $10,000 |
| Mental Health Consultant | 1 | $2,000 | $2,000 |
| Program Evaluation Audit | 1 | $10,000 | $10,000 |

AR001282

| | | | |
|---|---|---|---|
| Mental Health Vouchers | 10 | $1,120 | $11,200 |
| Psychiatry Services | 1 | $10,000 | $10,000 |
| Round Trip Transportation to Family Therapy Sessions | 1,040 | $20 | $20,800 |
| Professional Development | 1 | | $26,000 |
| **Total Cost** | | | **$90,000** |

**Year 4**

Personnel:

District 69 is dedicating the majority of the allocation, $1,384,450, on personnel. This total includes the salaries and benefits for family therapists. resident program mentors, SBMH interns, and stipends that support recruitment of diverse staff into SBMH roles.

| Title | Quantity | Salary | Benefits | Total Cost |
|---|---|---|---|---|
| Family Therapist Salary and Benefits | 2 | $88,292 | $12,387 | $201,357 |
| Bilingual Stipend | 2 | $2,000 | $0 | $4,000 |
| Certification Stipend | 2 | $0.00 | $0.00 | $0.00 |
| Mental Health Instructional Coach (MHIC) | 2 | $88,292 | $12,387 | $201,357 |
| Summer SBMH Staff (5 weeks) | 3 | $6,563 | $1,568 | $24,390 |
| Resident Program Mentor - Social Worker | 1 | $79,463 | $12,335 | $91,798 |
| Resident Program Mentor - School Psychologist | 1 | $79,463 | $12,335 | $91,798 |
| Resident School Psychology Intern - full time | 3 | $48,000 | $12,153 | $180,458 |
| Resident SBMH Intern - part time | 9 | $24,000 | $12,153 | $325,375 |
| Grants Project | 0.25 | $110,554 | 0 | $27,639 |

AR001283

| | | | |
|---|---|---|---|
| Director | | | |
| Data Analyst | 0.25 | $132,850 | 0 | $33,212 |
| Childcare for Family Therapy (40 hours/month) | 1 | $8,892 | 0 | $8,892 |
| Affinity Group Leader Stipend | 1 | $3,000 | 0 | $3,000 |
| Interpretation for Family Therapy (12 hours/week) | 1 | $12,500 | 0 | $12,500 |
| Resident Intern housing stipend (1 year) | 12 | $6,000 | 0 | $72,000 |
| Auxiliary SBMH Staff Salary and Benefits | 1 | $70,391 | $12,283 | $82,674 |
| Tuition Reimbursement | 12 | $2,000 | $0 | $24,000 |
| **Total Cost** | | | | **$1,384,450** |

Supplies:

District 69 is requesting $19,000 for materials and supplies. This includes office supplies, technology for staff/interns, and a material and supply budget for student intervention materials.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Office Materials & Supplies | | | $2,000 |
| Intervention Materials | | | $5,000 |
| Laptop | 12 | 1000 | $12,000 |
| **Total Cost** | | | **$19,000** |

Contractual and Travel:

Contractual fees are another significant portion of our budget. District 69 has determined that $100,00 is required to provide direct services to students and families including mental health services, mental health vouchers, and psychiatric services. In addition, there are contractual services that will remove barriers to accessing mental health services for students and families including transportation and childcare.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Faculty Supervision Stipend Fee | 2 | $5,000 | $10,000 |

AR001284

| | | | |
|---|---|---|---|
| Mental Health Consultant | 1 | $2,000 | $2,000 |
| Program Evaluation Audit | 1 | $10,000 | $10,000 |
| Mental Health Vouchers | 10 | $1,120 | $11,200 |
| Psychiatry Services | 1 | $20,000 | $20,000 |
| Round Trip Transportation to Family Therapy Sessions | 1,040 | $20 | $20,800 |
| Professional Development | 1 | | $26,000 |
| **Total Cost** | | | **$100,000** |

## Year 5

Personnel:

District 69 is dedicating the majority of the allocation, $1,418,401, on personnel. This total includes the salaries and benefits for family therapists. resident program mentors, SBMH interns, and stipends that support recruitment of diverse staff into SBMH roles.

| Title | Quantity | Salary | Benefits | Total Cost |
|---|---|---|---|---|
| Family Therapist Salary and Benefits | 2 | $91,823 | $12,808 | $209,262 |
| Bilingual Stipend | 2 | $2,000 | $0 | $4,000 |
| Certification Stipend | 2 | $0 | $0 | $0 |
| Mental Health Instructional Coach (MHIC) | 2 | $91,823 | $12,808 | $209,262 |
| Summer SBMH Staff (5 weeks) | 3 | $6,563 | $1,606 | $24,506 |
| Resident Program Mentor - Social Worker | 1 | $82,641 | $12,754 | $95,395 |
| Resident Program Mentor - School Psychologist | 1 | $82,641 | $12,754 | $95,395 |
| Resident School Psychology Intern - full time | 3 | $48,000 | $12,553 | $181,660 |

AR001285

| | | | |
|---|---|---|---|
| Resident SBMH Intern - part time | 9 | $24,000 | $12,553 | $328,981 |
| Grants Project Director | 0.25 | $114,976 | $0 | $28,744 |
| Data Analyst | 0.25 | $138,164 | $0 | $34,541 |
| Childcare for Family Therapy (40 hours/month) | 1 | $9,248 | $0 | $9,248 |
| Affinity Group Leader Stipend | 1 | $3,000 | $0 | $3,000 |
| Interpretation for Family Therapy (12 hours/week) | 1 | $12,500 | $0 | $12,500 |
| Resident Intern housing stipend (1 year) | 12 | $6,000 | 0 | $72,000 |
| Auxiliary SBMH Staff Salary and Benefits | 1 | $73,207 | $12,700 | $85,906 |
| Tuition Reimbursement | 12 | $2,000 | $0 | $24,000 |
| **Total Cost** | | | | **$1,418,401** |

Supplies:

District 69 is requesting $19,000 for materials and supplies. This includes office supplies, technology for staff/interns, and a material and supply budget for student intervention materials.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|
| Office Materials & Supplies | | | $2,000 |
| Intervention Materials | | | $5,000 |
| Laptop | 12 | 1000 | $12,000 |
| **Total Cost** | | | **$19,000** |

Contractual and Travel:

Contractual fees are another significant portion of our budget. District 69 has determined that $100,000 is required to provide direct services to students and families including mental health services, mental health vouchers, and psychiatric services. In addition, there are contractual services that will remove barriers to accessing mental health services for students and families including transportation and childcare.

| Title | Quantity | Cost Per Unit | Total Cost |
|---|---|---|---|

AR001286

| | | | |
|---|---|---|---|
| Faculty Supervision Stipend Fee | 2 | $5,000 | $10,000 |
| Mental Health Consultant | 1 | $2,000 | $2,000 |
| Program Evaluation Audit | 1 | $10,000 | $10,000 |
| Mental Health Vouchers | 10 | $1,120 | $11,200 |
| Psychiatry Services | 1 | $20,000 | $20,000 |
| Round Trip Transportation to Family Therapy Sessions | 1,040 | $20 | $20,800 |
| Professional Development | 1 | | $26,000 |
| **Total Cost** | | | **$100,000** |

AR001287



# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Skokie School District 69

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,079,015.00 | 1,098,208.00 | 1,122,329.00 | 1,147,414.00 | 1,173,504.00 | | | 5,620,470.00 |
| 2. Fringe Benefits | 215,013.00 | 222,103.00 | 229,440.00 | 237,036.00 | 244,898.00 | | | 1,148,490.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | | | 95,000.00 |
| 6. Contractual | 80,000.00 | 80,000.00 | 90,000.00 | 100,000.00 | 100,000.00 | | | 450,000.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,393,028.00 | 1,419,311.00 | 1,460,769.00 | 1,503,450.00 | 1,537,402.00 | | | 7,313,960.00 |
| 10. Indirect Costs* | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,393,028.00 | 1,419,311.00 | 1,460,769.00 | 1,503,450.00 | 1,537,402.00 | | | 7,313,960.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):**  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☐ Yes    ☐ No

(2)    If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:    From: _____    To: _____    (mm/dd/yyyy)

Approving Federal agency:    ☐ ED    ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?    ☐ Yes    ☐ No    If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes    ☐ No    If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is _____ %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220076
Page e151

AR001288

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Skokie School District 69 | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,358,417.00 | 1,412,754.00 | 1,469,264.00 | 1,528,035.00 | 1,589,156.00 | | | 7,357,626.00 |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | 106,000.00 | 96,000.00 | 86,000.00 | 86,000.00 | 86,000.00 | | | 460,000.00 |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,464,417.00 | 1,508,754.00 | 1,555,264.00 | 1,614,035.00 | 1,675,156.00 | | | 7,817,626.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,464,417.00 | 1,508,754.00 | 1,555,264.00 | 1,614,035.00 | 1,675,156.00 | | | 7,817,626.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001289**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Skokie School District 69 | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1) List administrative cost cap (x%): 5.00

(2) What does your administrative cost cap apply to? ☐ (a) indirect and direct costs  or,  ☒ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | 54,096.00 | 56,260.00 | 58,511.00 | 60,851.00 | 63,285.00 | | | 293,003.00 |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | 54,096.00 | 56,260.00 | 58,511.00 | 60,851.00 | 63,285.00 | | | 293,003.00 |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | 54,096.00 | 56,260.00 | 58,511.00 | 60,851.00 | 63,285.00 | | | 293,003.00 |
| 10. Total Percentage of Administrative Costs | 3.88 | 3.96 | 4.01 | 4.05 | 4.12 | | | 4.01 |

ED 524

AR001290

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☐ a. bid/offer/application<br>☒ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4.   Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: Skokie District 69
* Street 1: 5050 Madison Street    Street 2:
* City: Skokie    State: IL: Illinois    Zip: 60077

Congressional District, if known: 9

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| U.S. Department of Education | School Safely National Activities<br><br>CFDA Number, *if applicable:* 84.184 |

| 8. Federal Action Number, *if known:* | 9. Award Amount, *if known:* |
|---|---|
| | $ 1,393,028.00 |

**10. a. Name and Address of Lobbying Registrant:**

* Prefix:    * First Name: N/A    Middle Name:
* Last Name: N/A    Suffix:
* Street 1: N/A    Street 2:
* City: N/A    State:    Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

* Prefix:    * First Name: N/A    Middle Name:
* Last Name: N/A    Suffix:
* Street 1: N/A    Street 2:
* City: N/A    State:    Zip:

**11.** Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Liza  Sullivan

*Name:    Prefix:    * First Name: N/A    Middle Name:
    * Last Name: N/A    Suffix:

Title:    Telephone No.:    Date: 11/02/2022

| Federal Use Only: | Authorized for Local Reproduction<br>Standard Form - LLL (Rev. 7-97) |
|---|---|

**AR001291**

**Skokie School District 69**

**School-Based Mental Health Services (SBMH) Grant Program**

**REFERENCES AND BIBLIOGRAPHY**

**ORGANIZATION NAME:** SKOKIE SCHOOL DISTRICT 69

**ORGANIZATION'S PROJECT NAME:** SKOKIE SCHOOL DISTRICT 69 (IL)

COMPREHENSIVE MENTAL HEALTH SERVICES

Cosgrove, J. A., Lee, B. R., & Unick, G. J. (2020). A Longitudinal Evaluation of Wraparound's
    Impact on Youth Mental Health Service Use. Journal of Emotional and Behavioral
    Disorders, 28(3), 156–166. https://doi.org/10.1177/1063426619842568.

Figley (2002). "Compassion Fatigue: Psychotherapists' chronic lack of self care", *Journal of
    Clinical Psychology:* 58(11), 1433-1441. https://doi.org/10.1002/jclp.10090

Huguet, Alice, Christopher Joseph Doss, Benjamin K. Master, Fatih Unlu, Jessica L. Sousa,
    Karen Christianson, and Garrett Baker, Widening the Pathway: Implementation and
    Impacts of Alternative Teacher Preparation Programs Across Three Contexts. Santa
    Monica, CA: RAND Corporation, 2021,
    https://www.rand.org/pubs/research_reports/RRA281-1.html.

Maurer (2015). Internal Recruitment Critical to Hiring, Retention, Society for Human Resource
    Management,
    https://www.shrm.org/resourcesandtools/hr-topics/talent-acquisition/pages/internal-recruit
    ment-critical-hiring-retention.aspx.

National Alliance on Mental Illness (2022), Mental Health in Schools: Where we stand, National

AR001292

Alliance on Mental Illness,

https://www.nami.org/Advocacy/Policy-Priorities/Improving-Health/Mental-Health-in-Schools.

Olson, J. R., Benjamin, P. H., Azman, A., Kellogg, M. A., Pullman, M. D., Suter, J. C., & Bruns, E. (2021). Systematic Review and Meta-analysis: Effectiveness of Wraparound Care Coordination for Children and Adolescents. Journal of the American Academy of Child & Adolescent Psychiatry. [Online First.]

Sell M, Daubmann A, Zapf H, Adema B, Busmann M, Stiawa M, Winter SM, Lambert M, Wegscheider K, Wiegand-Grefe S. Family Functioning in Families Affected by Parental Mental Illness: Parent, Child, and Clinician Ratings. Int J Environ Res Public Health. 2021 Jul 28;18(15):7985.

Schwanz, Kerry A. and Paiva-Salisbury, Melissa (2022) "Before They Crash and Burn (Out): A Compassion Fatigue Resilience Model," *Journal of Wellness*: Vol. 3 : Iss. 3 , Article 7.

U.S. Department of Education (2021), Supporting Child and Student Social, Emotional, Behavioral, and Mental Health Needs, U.S. Department of Education, https://www2.ed.gov/documents/students/supporting-child-student-social-emotional-behavioral-mental-health.pdf.

AR001293

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220112**

**Gramts.gov Tracking#: GRANT13747809**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220112

AR001294

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1234-LG_FY 23_SBMH_GEPA statement)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1243-LG Abstract)* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1235-Lemon Grove_FY 23_DOE Mental Health_narrative_SUBMITTED)* | e14 |
| *7. Other Narrative Form* | e40 |
| *Attachment - 1 (1236-Rebecca Burton CV)* | e41 |
| *Attachment - 2 (1237-Lemon Grove SD Grant Letter (1))* | e43 |
| *Attachment - 3 (1238-1917_001 (1))* | e44 |
| *Attachment - 4 (1239-Lemon Grove IDC)* | e45 |
| *Attachment - 5 (1240-Cristiana Salucci)* | e48 |
| *Attachment - 6 (1241-sharpcpy@sdsu.edu_20221102_095456)* | e50 |
| *Attachment - 7 (1242-Works Cited)* | e52 |
| *8. Budget Narrative Form* | e53 |
| *Attachment - 1 (1244-LG_FY 23_SBMH_budget narrative)* | e54 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e60 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001295

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
11/03/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Lemon Grove School District

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 95-6001845

**\* c. UEI:** EE4KTD81JLE5

**d. Address:**

**\* Street1:** 8025 Lincoln St.

**Street2:**

**\* City:** Lemon Grove

**County/Parish:** San Diego

**\* State:** CA: California

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 91945-2515

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**

**\* First Name:** Rebecca

**Middle Name:**

**\* Last Name:** Burton

**Suffix:**

**Title:** ED of Special Education and Student Services

**Organizational Affiliation:** Lemon Grove School District

**\* Telephone Number:** 619-825-5610

**Fax Number:**

**\* Email:** rburton@lemongrovesd.net

PR/Award # S184H220112

Page e3

AR001296

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

Lemon Grove School-Based Mental Health Grant Program

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

**AR001297**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

| * a. Applicant | 53 | | * b. Program/Project | 53 |

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: 02/01/2023     * b. End Date: 01/31/2028

**18. Estimated Funding ($):**

| * a. Federal | 2,774,349.00 |
|---|---|
| * b. Applicant | 895,343.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,669,692.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on 11/01/2022 .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | Ms. | * First Name: | Sheree |

| Middle Name: | |

| * Last Name: | Stopper |

| Suffix: | |

| * Title: | Chief Financial Officer |

| * Telephone Number: | 619-825-5600 | Fax Number: | |

| * Email: | sstopper@lemongrovesd.net |

| * Signature of Authorized Representative: | Antonio Gurrola | * Date Signed: | 11/03/2022 |

PR/Award # S184H220112

Page e5

AR001298

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1234-LG_FY 23_SBMH_GEPA statement.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR001299**

## GEPA Statement

In meeting the provisional requirements of the Department of Education's General Education Provisions Act (GEPA) Section 427, this School-Based Mental Health Grant Project will take the following steps to ensure equitable access to, and participation in, its federally assisted program for teachers, school leaders, and Lemon Grove students and staff.

The district's policy is to not to discriminate on the basis of race, color, religion, national origin, age, sex, gender identity, gender expression, sexual orientation, or disability in its any of its programs, services or activities, including this grant project.

To ensure equal access to grant-funded activities, all school-based mental health services, outpatient services, SEL instruction, and employee professional development will take place in facilities or virtual platforms that are accessible to individuals with physical and/or learning disabilities, and the Lemon Grove Office of Special Education will ensure all students with disabilities have the accommodations they need to participate in programming, including individual and group mental health counseling, at their full potential.

Social Workers and School Psychologists are well-versed in developing IEPs for students that ensure they have the adaptive tools they need to succeed in and outside of class, including text-to-speech programs, note-takers, customized behavioral and academic interventions according to their MTSS tier/services designation, extra time for assignments and exams, and alternative format materials.

In addition, this project will facilitate creation of the district's first all-day therapeutic program for students with exceptional behavioral and/or development needs. This alternative to non-school placement will give students with the most severe disabilities more opportunities to benefit from interactions with peers in mainstream classes/ the modeling of social norms.

To reduce instances of discrimination, all Lemon Grove employees receive discrimination and sexual harassment awareness and prevention training as part of their onboarding process with the district. The Project Director will also leverage Lemon Grove's extensive partnerships with area universities and mental health services providers to recruit diverse groups of school-based mental health providers whose personal experience reflects that of the students they serve.

The Project Director will ensure all job recruitment and application materials will comply with Section 504 of the Rehabilitation Act of 1973, as amended, and the Americans with Disabilities Act, as amended. Vacant positions will be advertised via announcements that state "individuals who have succeeded in overcoming socioeconomic barriers will be highly preferred." The Project Director will assemble a diverse hiring committee to receive and screen all applications for Social Worker positions. Hiring committee members will ask specific questions about each applicant's extent of experience overcoming barriers similar to those confronting Lemon Grove students.

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

* APPLICANT'S ORGANIZATION

Lemon Grove School District

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Ms.    * First Name: Sheree    Middle Name:

* Last Name: Stopper    Suffix:

* Title: Chief Financial Officer

* SIGNATURE: Antonio Gurrola    * DATE: 11/03/2022

---

Tracking Number:GRANT13747809    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 01:21:07 PM EDT

AR001301

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Ms.`  * First Name: `Rebecca`  Middle Name: `_____`  * Last Name: `Burton`  Suffix: `_____`

Project Director Level of Effort (percentage of time devoted to grant): `25`

Address:

* Street1: `8025 Lincoln St.`
Street2: `_____`
* City: `Lemon Grove`
County: `San Diego`
* State: `CA: California`
* Zip Code: `91945-2515`
Country: `USA: UNITED STATES`

* Phone Number (give area code) `619-825-5610`   Fax Number (give area code) `_____`

* Email Address: `rburton@lemongrovesd.net`

Alternate Email Address: `_____`

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR001302

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

      ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

      ☐ Yes  Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

      ☐ No   Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

                                        [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

Tracking Number:GRANT13747809    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 01:21:07 PM EDT

**AR001303**

## Abstract

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1243-LG Abstract.pdf | [Add Attachment] [Delete Attachment] [View Attachment]

Tracking Number:GRANT13747809        Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 01:21:07 PM EDT

AR001304

**Lemon Grove School District FY 23 School-Based Mental Health Services Project Abstract**

Lemon Grove School District (LGSD) educates approximately 3,300 pre-K through eighth grade students each year in Lemon Grove, a 3.9-square-mile city in San Diego County California. Public primary education is provided by Lemon Grove, with Grossmont Union High School District providing secondary and adult education. This project will fund the addition of two full-time licensed Social Workers who will focus solely on mental health counseling and referrals for students who attend our two largest campuses and the district's Early Childhood Education Center. These schools educate a combined 1,700 K-8 students each year. The project will also fund an additional full-time, licensed Social Worker to lead all training efforts around trauma-informed care, social emotional learning, and the district's Multi-Tiered System of Support (MTSS) framework for instruction and support services. This training will improve school-based mental health services for all students. Expected outcomes include a lower school-based mental health services provider-to-student ratio, employment of additional underrepresented Social Workers, decreases in chronic absenteeism and suspensions, and increases in measures of students' social-emotional well-being. Associated outcomes include hiring and placing additional providers in target schools by the beginning of next school year; establishing a new, all-day, school-based therapeutic program for the district's neediest students within the first year of the project; training all teachers, mental health providers, and school administrators in best practices and software to support implementation of Multi-Tiered System of Support (MTSS) interventions. In accordance with the Competitive Preference Priority, the Project Director will partner with San Diego State University, a federally recognized Hispanic-Serving Institution -- community-based mental health providers, and the National Association of Social Workers to recruit highly-qualified underrepresented mental health providers to serve in our schools.

AR001305

**Project Narrative File(s)**

---

* **Mandatory Project Narrative File Filename:** `1235-Lemon Grove_FY 23_DOE Mental Health_narrative_SUB`

[ Add Mandatory Project Narrative File ]   [ Delete Mandatory Project Narrative File ]   [ View Mandatory Project Narrative File ]

---

To add more Project Narrative File attachments, please use the attachment buttons below.

[ Add Optional Project Narrative File ]   [ Delete Optional Project Narrative File ]   [ View Optional Project Narrative File ]

AR001306

# Lemon Grove School District

# FY 23 School-Based Mental Health Services Project Narrative

**A. Need for the Project** ................................................................................................ **1**

Gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project .................................................................................. 1

**B. Project Personnel** .................................................................................................... **5**

(1) Encouraging applications for employment from persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability ..... 5

(2)(i) The qualifications, including relevant training and experience, of key project personnel ............ 7

(2)(ii) The qualifications, including relevant training and experience, of project consultants or subcontractors .................................................................................................. 8

**C. Quality of Project Design and Project Services** ...................................................... **11**

(1) The goals, objectives, and outcomes to be achieved by the proposed project are clearly specified and measurable ................................................................................................... 11

(2) Ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability ........................................................................................................ 14

(3) The training or professional development services are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project .............................................. 16

**D. Management Plan and Adequacy of Resources** ...................................................... **18**

(1) Mechanisms for ensuring high-quality products and services from the proposed project ................ 18

(2) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project ............................................................................. 23

(3) The potential for continued support of the project after Federal funding ends, including, as appropriate, the demonstrated commitment of appropriate entities to such support ............................. 24

(4) The adequacy of the procedures for ensuring feedback and continuous improvement in the operation of the proposed project ........................................................................................ 25

AR001307

## (a) Need for the Project

**Gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project:**

**Demonstrated need:** Lemon Grove School District (LGSD) educates approximately 3,300 pre-K through eighth grade students each year in Lemon Grove, a 3.9-square-mile city in San Diego County California. Public primary education is provided by Lemon Grove, with Grossmont Union High School District providing secondary and adult education. U.S. Census 2020 Five-Year Estimates show nearly one in every five children in the city of Lemon Grove (16.2%) is living below poverty – a rate that exceeds averages for our region – and the median income for Lemon Grove families is far below averages for our region, California, and the U.S.

| Economic Characteristic Comparisons | Lemon Grove | San Diego Metro | San Diego County | California | U.S. |
|---|---|---|---|---|---|
| Total population | 26,923 | 1.4 million | 3.3 million | 39.3 million | 326.5 million |
| Median family income | $74,120 | $99,450 | $95,623 | $89,798 | $80,069 |
| % of all children living below poverty | 16.2% | 13.8% | 13.6% | 16.8% | 17.5% |
| % of all families with children living below poverty | 10.9% | 10.8% | 10.7% | 13.3% | 14.3% |
| Source: U.S. Census 2020 Five-Year Estimates | | | | | |

California Department of Education (CDoE) data shows more than half of all Lemon Grove students (68.7%) were eligible for free or reduced-price lunch last school year, a concentration that is far higher than averages for public school students across San Diego County (48.7%) and California (57.8%). Seventy-one percent (71%) of Lemon Grove students were considered socioeconomically disadvantaged by the CDoE in AY 2021-22, meaning neither of the student's

AR001308

parents graduated high school; they were eligible for free or reduced-price lunch, foster care, and/or participation in the Title I Part C Migrant program; or the student was homeless, directly certified and/or enrolled in a juvenile court school.

Lemon Grove is located in San Diego County, home to the nation's largest military community, (SDMAC, 2020). The city of San Diego, located just 9 miles southwest of Lemon Grove, houses "one out of every four U.S. Marines and one out of every six Sailors; and it contains a large part of Southern California's premier training ranges where more than 75% of U.S. operating military forces prepare for deployment," (SDMAC, 2020).

Last school year, 43% of all Lemon Grove 5th graders and 24% of all 6th graders who responded to the California Healthy Kids Survey indicated someone in their family was in the military. Lemon Grove is also located just 10 miles northeast of the U.S. border with Mexico. Its location and more affordable cost of living make the city a hub for migrant families. CDoE data shows one in every four Lemon Grove students (25%) is an English learner, a higher concentration than averages for our region (18%) and state (19%).

CDoE does not currently track the ratio of mental health services providers across California's public school districts.  Lemon Grove's permanent student-to-mental health services provider ratio is currently 235:1. This includes eight full-time Social Workers who are all Licensed Clinical Social Workers (LCSWs), one for each school; five full-time School Psychologists who are each Pupil Personnel Services Credentialed (PPSC); and one full-time Behavior Analyst who also holds an LCSW. Lemon Grove's ratios for permanent mental health staff to students are below national averages (NCES, January 2019) in recognition of our above-average concentrations of students who are low-income, military-connected, and/or English learners.

| Mental Health Staff Member-to-Student Ratio Comparisons | Lemon Grove | National average for majority-minority schools* | National average for all other schools* |
|---|---|---|---|
| Students per any mental health staff member | 235:1 | 260:1 | 260:1 |
| Students per Social Worker | 412:1 | 690:1 | 760:1 |
| Students per Psychologist | 660:1 | 880:1 | 830:1 |
| *Source: U.S. Department of Education NCES 2019-020 Data Point: Mental Health Staff in Public Schools by School Racial and Ethnic Composition | | | |

This district also provides internships for a part-time Practicum School Psychologist who is a PPSC and six part-time Social Worker Interns who are seeking LCSWs – these individuals are not included in the ratio of permanent mental health staff to students.

Our student-to-Social Worker and student-to-Psychologist ratios, while below national averages, are far higher than the National School Counselor Association recommendation of no more than 250 students to any one mental health professional, (NCES, 2019). This is troubling given the likelihood that many of our students have experienced traumatic events or other adverse childhood experiences. The FBI has listed San Diego County has one of the nation's hotspots for sex trafficking with up to 8,000 victims per year, largely because of the region's proximity to the U.S./Mexico border, (San Diego County District Attorney, 2022). There is a high likelihood that many of our English learners and/or their parents have experienced pre- and post-migration trauma given our proximity to the border. Research indicates 20% of all at-home military spouses and 18% of all children of military parents have a mental health diagnosis, (Sullivan, Hawkins, Gilreath & Castro, 2021). Unfortunately, California Healthy Kids Survey data indicates one in every three Lemon Grove students experiences chronic sadness, and 17% have considered suicide in the last year.

AR001310

| California Healthy Kids Survey Response Comparisons, 7th Grade Students | Lemon Grove | San Diego County |
|---|---|---|
| Experienced chronic sadness/hopelessness in the past 12 months | 32% | 29% |
| Considered suicide in the past 12 months | 17% | 13% |
| **Source:** California Healthy Kids Survey responses, AY 2020-21 for Lemon Grove, 2017-2019 for San Diego County. AY 2017-2019 is the latest data available for the average for all school districts across the county. | | |

**Gaps in services:** Lemon Grove does not have enough full-time staff whose sole focus is students' mental health. In addition to mental health counseling and referrals for students and families, our Social Workers are responsible for all administrative tasks associated with responding to chronic absenteeism, registering students for services under 504 Section Plan (Americans with Disabilities Act) and benefits under the McKinney-Vento Act (homelessness) and/or Every Student Succeeds Act (ESSA) (foster care), along with helping all teachers deliver lessons as part of district-wide Social Emotional Learning (SEL) curriculum. There are only five full-time School Psychologists to serve all 3,300 Lemon Grove students. This project will fund the addition of two full-time licensed Social Workers who will focus solely on mental health counseling and referrals for students who attend our two largest campuses – Vista La Mesa Academy (VLMA) and Lemon Grove Academy Middle (LGAM).

**Gaps in infrastructure:** Lemon Grove does not currently have a full-time staff member who is dedicated to supporting the provision of high-quality, trauma-informed mental health services and SEL across the district. Our Executive Director of Special Education and Student Services oversees professional development for the district's mental health services professionals, teachers and school leaders as one of many duties. The project will fund an additional full-time, licensed Social Worker on Special Assignment who will lead all training efforts around trauma-informed care, social emotional learning, and the district's Multi-Tiered System of Support (MTSS)

AR001311

framework for instruction and support services.

**Gaps in opportunities:** Having an additional full-time Social Worker at VLMA will allow Lemon Grove to extend mental health services to pre-kindergarten and kindergarten students and their families for the first time. The Social Worker on Special Assignment will support Lemon Grove's recent adoption of the MTSS framework for mental health services, which began in AY 2021-22. Lemon Grove will also leverage this individual to increase the number of students and families who take advantage of the district's partnership with CareSolace, an agency that connects them with off-campus mental health services they can afford and have ready access to.

Additionally, the district is developing a new all-day, school-based therapeutic program for students with the most severe mental health and behavioral needs. This program will be an alternative to non-public school placement. Currently all Lemon Grove students who require intensive, full-day mental health and behavioral programming receive academic instruction off-campus via our partnership with local state-certified Non Public Schools. The district's existing Board Certified Behavior Analyst (BCBA) who is also a Licensed Clinical Social Worker (LCSW) will devote 50% of all time and effort to providing counseling services and schedule planning to make sure each of the 20-25 students who benefit from the all-day special education therapeutic program have an appropriate learning environment. Keeping these students on campus provides more opportunities for modeling of social norms and appropriate behavior to help them transition into mainstream classes and activities at the soonest possible time.

### (b) Project Personnel

**(1) Encouraging applications for employment from persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability:** In accordance with the Competitive Preference Priority (CPP), the district's

Executive Director of Special Education and Student Services will oversee the following efforts to increase Lemon Grove's number of credentialed, school-based mental health services providers who are from diverse backgrounds and/or who from communities served by the district. We expect these intentional recruitment efforts to help the district achieve at least 80% diversity among its pool of mental health services providers beginning no later than AY 2023-24. Currently 72% of the district's existing service providers are underrepresented and/or from San Diego County. The Project Director will:

- Partner with district Human Resources to ensure that all postings for grant-funded positions state that qualified candidates who live within the district's service area, who are fluent in Spanish, and/or who have faced barriers to success in school that are similar to those our students face are highly preferred;

- Counsel all hiring committee members that qualified candidates who live within the district's service area and/or who have faced barriers to success in school that are similar to those our students face are highly preferred;

- Advertise all grant-funded positions to the San Diego County Office of Education and to community service organizations that serve families within the city of Lemon Grove and/or San Diego County;

- Advertise all grant-funded positions to alumni of the district's existing internship program for Social Workers and School Psychologists. Typically at least half of all interns are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. Many are also bilingual in English and Spanish;

- Share all grant-funded positions to Social Work and Psychology graduate program directors at San Diego State University (SDSU), a local, federally designated Hispanic-

AR001313

Serving Institution and existing partner for mental health services interns; and

● Advertise all grant-funded positions through the National Association of Social Workers – California Chapter. The Director will focus recruitment efforts in Region E, which includes San Diego and Imperial County, and Region F, which includes neighboring Orange County and the Inland Empire region of Southern California.

The Director will encourage all of Lemon Grove's existing mental health services providers to advertise positions to their professional networks and will shasxzre that qualified underrepresented candidates and/or those who live within the city of Lemon Grove are highly preferred.

**(2)(i) The qualifications, including relevant training and experience, of key project personnel:** Rebecca Burton, M.A., Ed., the district's Executive Director of Special Education and Student Services, will devote 30% of each year to serve as the Project Director. Ms. Burton began working in public education in 2009 and has been an administrator since 2015. She has an Education Specialist credential, Administrative Services credential, and a Master's in Education. Ms. Burton has served in all Title I districts in Los Angeles and San Diego, and has developed and overseen successful innovative programs built to support students with behavioral and mental health needs. She has been serving the Lemon Grove School District since July 1, 2020.

Heidi Garver, the district's Student Services Coordinator, will devote 40% of each year to assist Ms. Burton with implementing and evaluating the project. She has been a Social Worker in the school district for 14 years, and moved into the Student Services Coordinator role in October 2020. Ms. Garver has an  MSW and has dedicated time to mastering Social Emotional Learning (SEL), trauma-informed care, restorative practices and family counseling. As Student Services Coordinator, Ms. Garver trains and develops Lemon Grove employees in each of these areas with a focus on mentoring and coaching school-based Social Workers.

Cristiana Salucci, LCSW, BCBA, will devote 50% of each year to provide mental health services and individual education plan (IEP) development for Lemon Grove's new all-day therapeutic program. She has more than 12 years of experience facilitating students' behavioral, emotional, and educational development, including designing and implementing IEPs. All existing Lemon Grove staff who will support the project have a California Pupil Personnel Services (PPS) credential, a requirement for working in the state's public schools.

In accordance with Absolute Priority 2, Lemon Grove will use this project to recruit, hire, and retain three additional credentialed, school-based mental health services providers.

| Required Qualifications of Grant-Funded Personnel | | | |
|---|---|---|---|
| **Job Title** | **Education** | **Training and Experience** | **License(s)** |
| Two school-based Social Workers | Masters Degree in Social Work from a school accredited by the council on Social Work Education. | Two years of increasingly responsible experience working directly with families and partnering agencies in child abuse and neglect cases; providing assessments of social/behavioral issues; developing, submitting and implementing annual social services plans; serving on diagnostic and educational planning teams; and coordinating social services resources within and outside the school system. | LCSW and California Pupil Personnel Services (PPS) credential |
| Social Worker on Special Assignment | | | |

**(2)(ii) The qualifications, including relevant training and experience, of project consultants or subcontractors**

**Panorama Education (Panorama)**: Lemon Grove began partnering with this software and professional development provider last school year. Panorama currently supports more than 15 million students in 25,000 schools, 2,000 districts, and 50 states. Its software platform supports the district's MTSS framework for providing varying levels of instruction and supportive services – including behavioral and mental health services – to students according to their specific needs. At Lemon Grove, the MTSS is organized into three tiers.

AR001315

Panorama provides a software-based solution for tracking and monitoring student learning, achievement, and behavior to facilitate services tier designation. It also allows all of our mental health services providers and teachers to collaboratively develop and manage intervention plans, allowing note-sharing and progress monitoring in a centralized location. This is helping school-based MTSS teams – which include teachers, school psychologists, social workers, intervention teachers and school administrators – make better decisions around supporting students as they move in and out of different services tiers. The software's reporting features enable users to analyze student, group, and school performance easily to better evaluate the effectiveness of academic instruction, SEL curriculum, and behavioral/mental health interventions. This includes an equity dashboard that allows users to see disparities in student groups based on grade level, school, race/ethnicity, gender, LEP status, FRPL status, Section 504 status, special education placement, and many other variables.

A full-time, grant-funded Social Workers on Special Assignment will facilitate districtwide adoption of the MTSS by partnering with Panorama to provide training on the software platform to all certificated staff members, including all mental health services providers. Grant funding will allow Lemon Grove to expand its partnership with Panorama to include training for all classified staff and interns and to build on past training for certificated personnel and management. Curriculum will focus on instructional resources and interventions across SEL, academics, and behavior. All content has been developed in collaboration with researchers and the nation's leading curriculum providers who specialize in student SEL.

**International Institute for Restorative Practices (IIRP):** Lemon Grove has partnered with IIRP for the past two years to train a Site Lead and Social Worker in restorative practices, an emerging social science that studies how to strengthen relationships between individuals as well as social

AR001316

connections within communities. IIRP is the world's first accredited graduate school that specializes in studying the field of restorative practices, providing education, research, and consulting services. The grant-funded Social Worker on Special Assignment will collaborate with IIRP to train all Lemon Grove school administrators via the agency's four-week, online course that focuses on proactive community building – including practical ways to foster positive relationships with students, staff and parents – and how to utilize restorative problem-solving strategies. Grant funding will also allow the district to certify two certificated personnel per school as IIRP trainers. Once trained, they will oversee the site professional development, training and roll out of restorative practices at their school.

**SEL curriculum providers:** The grant-funded Social Worker on Special Assignment will collaborate with SEL curriculum providers to train all school administrators in instructional and assessment best practices. Every student receives SEL lessons as part of Tier I of the district's MTSS. Social Workers often support teachers with in-classroom instruction. Existing partners include Leader in Me, a CASEL-endorsed SEL program based on principles of Franklin Covey's *7 Habits of Highly Effective People*, and Second Step, an SEL Curriculum that is culturally relevant, affirming, and accessible to all children, especially the most systematically marginalized children.

**San Diego State University (SDSU):** Lemon Grove will continue partnering with this federally designated Hispanic-Serving Institution (HSI) to identify and place graduate students in paid, full-time, yearlong internships as Social Workers or School Psychologists. SDSU's School of Social Work and School of Psychology will also advertise grant-funded positions to alumni to recruit highly qualified candidates who are underrepresented.

**Crisis Prevention Institute (CPI):** This international training organization specializes in the safe

management of disruptive and assaultive behavior. Lemon Grove will continue its partnership with CPI to train and certify all mental health services professionals and school site crisis team members in de-escalation and safe restraint techniques.

**CareSolace:** The company assists the district with mental health care coordination for families. Staff match students and their families with a therapist they can afford and can travel to. Lemon Grove began partnering with CareSolace this school year to identify off-campus mental health support for students in second or third MTSS behavioral tiers, but services are open to any student and parent/guardian. The Social Worker on Special Assignment will oversee Lemon Grove's partnership with CareSolace and increase awareness of its services among all parents/guardians. The company currently serves more than 3 million students, 150,000 school staff members, and 12 million parents and families across North America.

**San Diego County Office of Education:** Lemon Grove has partnered with SDCOE for many years to provide professional development to mental health services staff, including workshops on trauma-informed care, tier III support, and suicide assessment. The Social Worker on Special Assignment will ensure all existing and new grant-funded staff continue to benefit.

**San Diego Center for Children:** The Center supports the district through the Family Wellness Center, which specializes in a variety of outpatient therapy and support services. Licensed therapists help children, teens, young adults, and family members develop individual strengths through personal challenges. As part of our partnership, staff are available to provide individual services for social emotional functioning, therapy, and referrals.

<u>**(c) Quality of Project Design and Project Services**</u>

<u>**(1) The goals, objectives, and outcomes to be achieved by the proposed project are clearly specified and measurable:**</u> Our goal is to positively impact students' mental health through

employing additional credentialed mental health services providers and providing additional professional development for all teachers, mental health providers, and school leaders. In accordance with Absolute Priority 2, Lemon Grove will use grant funding to recruit and hire two additional full-time Social Workers – one who will serve all students and families at Vista La Mesa Academy (VLMA) the recently established LGSD Early Childhood Education Center and one who will serve all in Lemon Grove Academy Middle (LGAM). VLMA and LGAM are our two largest schools, educating a combined 1,700 students each year. These credentialed, school-based mental health services providers will focus solely on MTSS tier designation and developing associated services plans; individual and group counseling for students and families; restorative practices interventions for conflicts between students and students and teachers and/or school staff; and coordinating referrals to off-campus basic needs and mental health services providers. Existing full-time Social Workers in these schools will transition to a sole focus on tasks associated with chronic absenteeism; registering students for services under the Americans with Disabilities Act, McKinney-Vento Act and/or Every Student Succeeds Act (ESSA); and helping all teachers deliver lessons as part of SEL curriculum. A full-time, grant-funded Social Worker on Special Assignment will coordinate all professional development around mental health services, SEL, restorative practices, trauma-informed care, crisis intervention, and use of Panorama Education software.

The district's existing Board Certified Behavioral Analyst will devote 50% of all time and effort to provide individual and group mental health counseling to students and families who are enrolled in the new all-day therapeutic program located at San Miguel Elementary. She will also develop IEPs and daily schedules for each student. The first cohort of 12-25 students will begin no later than next school year (AY 2023-24). These individuals will ensure the outcomes and objectives listed below are achieved.

| Outcomes | Objectives |
|---|---|
| (1) The district's permanent mental health services provider-to-student ratio will be no more than 200:1 beginning in AY 2023-24. (baseline 235:1 in AY 2021-22). | By AY 2023-24, two additional full-time Social Workers will be providing direct services to students at Vista La Mesa Academy and Lemon Grove Academy Middle. |
| | By AY 2023-24, one additional full-time Social Worker on Special Assignment will coordinate additional professional development for all mental health services providers, teachers, and school leaders. |
| | By AY 2023-24, the district's existing Board Certified Behavioral Analyst will devote 50% of each year to supporting a new all-day therapeutic program for 12-25 students with the most severe mental/behavioral needs. |
| | At least 90% of all school-based mental health services providers will have continued employment no later than AY 2024-25. |
| (2) At least two of three additional mental health services providers are underrepresented beginning in AY 2023-24. (baseline: 72% of the district's existing service providers are underrepresented and/or from San Diego County). | By 2/1/23, the Project Director will have collaborated with Human Resources to ensure postings for all additional grant-funded positions state that preference will be given to qualified candidates who have faced barriers that are similar to those our students face, bilingual candidates, and/or those who are from San Diego County. |
| | By 4/1/23, the Director will have shared job postings with SDSU, local nonprofit organizations that provide mental health services, alumni of the district's internship program for Social Workers and School Psychologists, and NASW's California chapter. |
| | By 5/15/23, the Director will counsel hiring committee members on the project, its goals, and selection criteria for candidates, including competitive preference for underrepresented, bilingual individuals. |
| (3) By AY 2027-28, chronic absenteeism and suspensions decrease by at least 30%, and students' wellbeing will increase by at least 10 percentage points as measured by the annual Panaroma SEL and California Health Kids surveys, (baseline TBD for AY 2022-23). | Beginning no later than AY 2023-24, all mental health services providers, teachers, and school leaders will complete additional professional development around SEL instruction and assessment and restorative practices. |
| | Beginning no later than AY 2025-26, all teachers, mental health services providers, and school leaders will be using Panorama Education with fidelity to assign students to services tiers and to document the interventions they receive. |
| | The total number of students who receive school-based mental health services each year will increase by at least 30% beginning no later than AY 2026-27, (baseline TBD for AY 2022-23). |

| Outcomes | Objectives |
|---|---|
| (3) By AY 2027-28, chronic absenteeism and suspensions decrease by at least 30%, and students' wellbeing will increase by at least 10 percentage points as measured by the annual Panaroma SEL and California Health Kids surveys, (baseline TBD for AY 2022-23). | The total number of families who receive outpatient mental health services through our partners increases by at least 30% beginning no later than AY 2026-27, (baseline TBD for AY 2022-23). |

**(2) Ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability:** Access to mental health support services will be open to any Lemon Grove student or parent/guardian who expresses a need for help, who has been referred for help, or who demonstrates a need for help according to existing MTSS protocols for tier/services designation. Race, color, national origin, gender, age, disability or income are never considered for eligibility for any service the district's mental health support professionals, teachers, and school leaders provide.

The Project Director will meet with the district's Student Services Coordinator and all other permanent mental health services personnel and interns at least twice each month throughout the life of the project to discuss how services to students and  families can be improved, including advice on how to ensure equal access for underrepresented groups. These staff members have decades of combined experience serving individuals from these groups. Any student who expresses a need or who has been flagged for service will receive immediate support. This includes helping parents/guardians connect with off-campus mental health services, emergency aid programs, housing, child care, and transportation. Students are not required to demonstrate a certain  level of academic skill, and families are not required to have health insurance coverage to receive support, criteria that could skew service toward students who are middle- to high-income.

Social Workers and School Psychologists will provide trauma-informed care to all, and our partner CareSolace is available to help families find off-campus providers that align with their ability to pay and travel to and from appointments.

**Race, color:** Race/ethnicity is never a factor in considering eligibility for services Lemon Grove or its partners provide. The MTSS guides staff in providing support services to students according to their unique academic, psychological, and behavioral needs only.

**National origin:** Lemon Grove takes steps to ensure that the lack of English language skills will not be a barrier to admission and participation in all of its programs, including this project. Approximately 11% of all existing mental health services providers are bilingual in Spanish, and the district employs a full-time Spanish translator. Lemon Grove also contracts with an on-demand translation service for hundreds of other languages. All students who are enrolled in the district's English-as-a-Second-Language (ESL) programs are eligible to receive project services and will receive SEL instruction. Project partner CareSolace employs staff who are fluent in several languages, including Spanish, and matches families with bilingual off-campus mental health services providers as part of the services it provides Lemon Grove. In accordance with the Competitive Preference Priority, the district will give hiring preference to all qualified candidates for grant-funded positions who are bilingual and/or have otherwise overcome barriers in education that are similar to those our students face. Lemon Grove has also developed a plan for the Project Director to collaborate with local non-profit mental health services providers, the local chapter of the National Association of Social Workers (NASW), and alumni of SDSU's School of Social Work to recruit additional Social Workers who are fluent in Spanish.

**Gender:** Gender will not be a factor in considering eligibility for services Lemon Grove or its partners provide, and gender will not be considered in any decisions around the recruitment, hiring,

and retention of grant-funded staff.

**Age:** Having additional full-time, grant-funded Social Workers will allow Lemon Grove to extend mental health services to pre-kindergarten and kindergarten students and their families for the first time, ensuring students of all ages have access to school-based mental health support. The LGSD Early Childhood Education Center is a stand-alone campus serving pre-K and transitional kindergarten (age 3-5) students. Social Workers can also connect parents/guardians with local non-profits and school districts that provide free adult education and/or ESL classes.

**Disability:** All services will take place in ADA-compliant physical locations that can be accessed by public transportation. The Project Director will ensure all job recruitment and application materials will comply with Section 504 of the Rehabilitation Act of 1973, as amended, and the Americans with Disabilities Act, as amended. Social Workers and School Psychologists are well-versed in developing IEPs for students that ensure they have the adaptive tools they need to succeed in and outside of class, including text-to-speech programs, note-takers, customized behavioral and academic interventions according to their MTSS tier/services designation, extra time for assignments and exams, and alternative format materials. This project will also facilitate creation of the district's first all-day therapeutic program for students with exceptional behavioral and/or development needs. This alternative to non-school placement will give students with the most severe disabilities more opportunities to benefit from interactions with peers in mainstream classes/ the modeling of social norms.

**(3) The training or professional development services are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project:** In accordance with Absolute Priority 2, this project will retain additional credentialed, school-based mental health services providers through competitive pay and ample opportunities to benefit from training

AR001323

and professional development that will equip them with tools to perform their duties confidently and effectively. The project will allow Lemon Grove to dedicate a full-time Social Worker on Special Assignment to overseeing a significant expansion of mental health services-related training as part of employee retention efforts, as summarized in the table below. He or she will also oversee Lemon Grove's existing partnership with the San Diego County Office of Education and Crisis Prevention Institute (CPI) to ensure all mental health services providers receive annual training in trauma-informed care, tier III interventions, suicide assessment, crisis de-escalation, and safe restraint.

| Lemon Grove Expanded Mental Health Services Training/ Professional Development Plan | | | |
|---|---|---|---|
| **Partner** | **Training** | **Current Scope** | **Expanded Scope** |
| Panorama Education | MTSS software functionality, protocols/ procedures for use | All certificated employees received one virtual introduction to the software in AY 2021-22 | All certificated employees, including teachers, school administrators, and mental health services providers, will receive in-depth, in-person training in small groups (e.g. school site training) at least once each year of the project |
| SEL curriculum providers | SEL instruction and assessment best practices | 0 employees | All certificated staff members, including mental health services providers and school administrators, will receive training at least each year of the project |
| International Institute for Restorative Practices (IIRP) | Level I certification in proactive community building, restorative practices 101 | No school administrators have completed this certification, only social workers | All newly hired mental health professionals and school site administrators (including two deans and after school program directors for each campus) |
| | Restorative practices train-the-trainer | | |

AR001324

## (d) Management Plan and Adequacy of Resources

### (1) Mechanisms for ensuring high-quality products and services from the proposed project

**High-quality services:** Responsibility for primary oversight for the project will rest with Lemon Grove's Executive Director of Student Supportive Services and Special Education. Ms. Burton is a long-time Education Specialist teacher and Special Education administrator with three years of service with Lemon Grove, which will support the efficiency of the project work, since there will be little to no learning curve related to community relationships and institutional mechanisms. She will have significant support and resources from the school district and its partners to ensure this project provides high-quality services, including:

**Facilities:** Offices for all staff who will contribute time and effort to the project; classrooms to deliver academics and SEL instruction; conference and meeting rooms; and accommodations for students with disabilities.

**Equipment and supplies:** Staff office furniture; copy machines; audio/visual equipment; IT equipment and internet service; network server access; and office supplies.

**Personnel:** The Project Director will have frequent guidance and feedback from the district's Superintendent, and she will be supported by a substantial staff team – including a full-time Student Services Coordinator and 17 full-time Social Workers and School Psychologists – to ensure project outcomes are achieved. Additional school district-funded operational support includes Human Resources, Payroll, Accounting, IT, security, and janitorial services.

The Director will recruit experienced, diverse mental health professionals to ensure high-quality services are delivered to students and their families. Qualified candidates must have at least two years of related experience in schools, a master's degree in social work, and a LCSW credential. The Director will ensure all have and/or obtain the state of California's PPS credential,

a requirement for providing services in our schools. All additional grant-funded positions will be full-time with benefits to attract high-quality candidates. Pay is competitive, at $99,427 annually, far higher than the average for the city of Lemon Grove ($74,120) and the average for California ($89,798). Employees who thrive will be eligible for tenure after three years. This will help ensure high-quality services by allowing the district to recruit candidates with at least two years of experience successfully delivering school-based mental health services to students and families.

All school-based mental health services providers will complete at least 60 hours of training and professional development each year to ensure they are aware of the latest best practices in their field. Training will ensure they have the tools to appropriately assess students' needs, and to document and respond to them through the district's MTSS, including threats of school-based violence and self-harm. All training partners employ trauma-informed approaches. IIRP and restorative practices curriculum emphasizes responding to wrongdoing with a focus on repairing harm; Panorama, Leader in Me, and Second Step training will focus on how to best cultivate students' sense of self-efficacy and growth mindset; county Office of Education and Crisis Prevention Institute will focus on trauma-informed assessment and de-escalation.

Ms. Burton supervises all of the district's existing mental health services providers and interns, and she will hire, train, and supervise the additional Social Workers this grant provides. She will provide frequent feedback and support to employees to ensure they deliver high-quality services, assisted by Ms. Garver, who oversees daily operations and mentoring of the district's mental health services providers. For the first two years of their employment with Lemon Grove, Social Workers will receive annual performance evaluations, followed by eligibility for tenure and evaluations every other year. To prepare for these evaluations, all grant-funded personnel will meet with Ms. Burton or Ms. Garver for monthly one-on-one check-ins, along with weekly check-ins

from the district's Lead Social Worker. Bi-weekly department meetings allow all mental health services providers to seek frequent support and updates from each other. Ms. Burton will also conduct formal observations of each new Social Worker at the beginning, middle, and end of each school year. This includes review of a portfolio of work samples and personal goal setting for each employee. If new Social Workers are found to be struggling, they will work with Ms. Burton to develop an action plan. Ms. Garver will provide direct support with high-profile cases and behavior investigations, daily troubleshooting, crisis event debriefs, and working with parents.

The quality of the services our professional development partners provide will be measured via anonymous, qualitative surveys that are administered after each training, and via annual surveys of school MTSS implementation teams. These groups of teachers, mental health services providers, and school administrators collectively guide MTSS implementation at their school. Their responses to two annual surveys – the MTSS self-evaluation and restorative practices self-evaluation – will gauge the extent to which teachers and staff feel confident using new software-based tools and research-based strategies for improving the climate of their school.

In addition, Ms. Burton will compare the progress of project implementation to the timeline on pages 21-23 at least monthly to ensure high-quality services are provided to Lemon Grove students and families on-time and within budget.

**High-quality products:** Implementation and evaluation of this School-Based Mental Health project will inform the Lemon Grove MTSS Playbook and a staff resources website for Positive Behavioral Intervention Systems (PBIS) and student mental health. Ms. Burton is leading development of both resources that will inform all teachers, school administrators, and mental health services providers about the district's three tiers of academic and social-emotional interventions and all protocols, procedures, and best practices around them.

| Project Timeline: February 1, 2023-January 31, 2028[1] | Year 1 | | | Year 2 | | | Year 3 | | | Year 4 | | | Year 5 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | SP | SM | F | SP | SM | F | SP | SM | F | SP | SM | F | SP | SM | F |
| Director collaborates with HR to post announcements for all grant-funded positions | X | | | | | | | | | | | | | | |
| Director collaborates with partners to advertise jobs to underrepresented individuals | X | | | | | | | | | | | | | | |
| High-quality candidates hired, trained, obtain state-approval to work in our schools if needed | X | | | | | | | | | | | | | | |
| School-based Social Workers provide mental health counseling, restorative practices, referrals to students and families | X | | X | X | | X | X | | X | X | | X | X | | X |
| Social Worker on Special Assignment secures contracts to provide additional training | X | | X | | | X | | | X | | | X | | | X |
| Social Worker on Special Assignment informs all parents/guardians about CareSolace, encourages them to use the service | | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| All mental health services providers complete training in Panorama software functionality, protocols/procedures for use | | | X | X | | X | X | | X | X | | X | X | | X |
| All certificated employees complete training in Panorama software functionality, protocols/procedures for use | | | X | X | | X | X | | X | X | | X | X | | X |

---

[1] "SP" stands for spring semesters (January-May), "SM" stands for summers (June-early August), "F" stands for fall semesters (early August-December).

AR001328

| Project Timeline: February 1, 2023-January 31, 2028 | Year 1 | | | Year 2 | | | Year 3 | | | Year 4 | | | Year 5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SP | SM | F | SP | SM | F | SP | SM | F | SP | SM | F | SP | SM | F |
| All (100%) mental health services providers, teachers, and school administrators use Panorama to document MTSS tier designation and associated interventions | | | | X | X | X | X | X | X | X | X | X | X | X | X |
| Behavioral Analyst informs parents/guardians of new all-day, campus-based therapeutic programs, assists them with enrolling students | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| All-day therapeutic program enrolls students | | | | | | X | X | X | X | X | X | X | X | X | X |
| School-based mental health providers and school administrators obtain level I certification in restorative practices | | | X | | | X | | | X | | | X | | | |
| Two certificated staff from each school are certified as restorative practices train-the-trainers | | | X | | | X | | | X | | | X | | | |
| All teachers, school administrators are trained in restorative practices | | | | | | | | | | | | X | X | | X |
| All mental health services providers complete training in crisis de-escalation, safe restraint, suicide assessment, and tier III intervention | | | X | | | X | | | X | | | X | | | X |
| At least 90% of all school-based mental health services providers will have continued employment with Lemon Grove in the next school year. | | | | | | X | | | X | | | X | | | X |

| Project Timeline: February 1, 2023-January 31, 2028 | Year 1 | | | Year 2 | | | Year 3 | | | Year 4 | | | Year 5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SP | SM | F | SP | SM | F | SP | SM | F | SP | SM | F | SP | SM | F |
| The number of students/families who benefit from CareSolace services will increase by at least 30%. | | | | | | | | | X | X | | X | X | | X |

**(2) The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project:** Panorama Education will provide the software that powers implementation of the district's MTSS allow mental health services providers to collaborate with teachers and school administrators to collaborative assign students to MTSS tiers, document why and which interventions have been provided in response, and record outcomes. Will improve the speed by which students receive the appropriate supports they need, and educators' ability to make data-driven decisions about how and when support is provided. Panorama and curriculum providers Leader in Me and Second Step will provide training that equips all teachers and Social Workers to provide high-quality SEL instruction to all students, and to more easily and accurately identify students who need additional support. International Institute for Restorative Practices (IIRP) training will equip all new mental health services providers and school administrators to train their colleagues in this research-based approach to conflict resolution. This will build the district's capacity to improving school climate by implementing restorative practices with fidelity in all Lemon Grove schools.

   As a federally designated Hispanic-Serving Institution, San Diego State University will

AR001330

play an important role in helping the Project Director recruit qualified, diverse candidates for all grant-funded positions. Lemon Grove has long partnered with the university to place qualified graduate students in our schools as Social Worker and School Psychologist interns. Training that is provided by the Crisis Prevention Institute (CPI) and San Diego County Office of Education will ensure all school-based mental health services providers have the skills and confidence they need to appropriately react in the most stressful and/or dire situations, including incidents of school violence. Workshops will also focus on trauma-informed care, tier III support, and suicide assessment. The tools school-based mental health providers gain through these trainings will improve services to our neediest students and aid in preventing burnout/improving retention.

CareSolace will help families identify off-campus mental health support they can afford and can travel to. This will improve the speed with which students and parents are connected with the help they need while alleviating some of the administrative burdens Social Workers face, allowing them to spend more time providing direct services and/or SEL instruction in our schools. Through its Family Wellness Center, the San Diego Center for Children will provide licensed therapists to help our neediest students with social emotional functioning, therapy, and referrals.

**(3) The potential for continued support of the project after Federal funding ends, including, as appropriate, the demonstrated commitment of appropriate entities to such support:**

Lemon Grove will seek additional external funding to support additional school-based mental health providers, including mental health and special education funding opportunities that are available through the California Department of Education. The development and operation of an on-campus, all-day therapeutic program for the district's neediest students will potentially eliminate significant annual contracting costs to help with these personnel costs. The district will continue to use Panorama Education to implement and evaluate its MTSS, and our MTSS

Playbook and staff resources website will house lessons learned from project implementation and best practices in perpetuity.

**(4) The adequacy of the procedures for ensuring feedback and continuous improvement in the operation of the proposed project:** District-wide use of Panorama Education software will allow for detailed documentation of all the mental health services and SEL instruction students receive. The Director will cross reference services reports with quantitative data on students' individual and collective academic performance, attendance, and persistence in school, along with qualitative data on their sense of wellbeing that is collected via the annual California Healthy Kids Survey and Panorama's annual SEL survey of students. Both surveys measure a variety of wellbeing indicators, including students' sense of belonging, the quality of teacher-student relationships, students' level of engagement, and their sense of school safety.

This analysis will allow the Director to identify patterns of school-based mental health services that have the most positive impact on students' academic success and retention. Comparison data for students' academic performance and persistence and California Healthy Kids Survey results will be available at the county and state level to further validate the effectiveness of mental health services, SEL instruction, and the professional development this project provides. All data will be disaggregated by students' gender, race, ethnicity, disability status, military connected status, English learner status, eligibility for free or reduced-price lunch, and eligibility for other federal programs (McKinney Vento, etc.).

The Director will ensure continuous improvement in the quality of professional development our partners provide by reviewing anonymous surveys of participants that are conducted after each training, and changes in employees' confidence level with implementing the MTSS and restorative practices, as measured by two annual qualitative surveys of MTSS teams.

**Other Attachment File(s)**

* **Mandatory Other Attachment Filename:**  1236-Rebecca Burton CV.pdf

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13747809    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 01:21:07 PM EDT

**AR001333**

## Rebecca Burton, MA.Ed.

### Education

Azusa Pacific University
Master's degree, Special Education and Teaching
2009 - 2011

Azusa Pacific University
Bachelor of Arts (B.A.), Communication Studies in Journalism
2002 - 2006

### Experience

**Lemon Grove School District**
**Executive Director of Student Services and Special Education**
**July 2020-Present**
Responsible for planning, organizing and directing Special Education programs and Student Services programs; hiring, training, and supervising all mental health services providers; developing procedures for student files and records; and assuring compliance with applicable district rules and policies, and State and Federal laws, IDEA, codes and regulations.

**Aspire Public Schools**
**Regional Director of Special Education**
**June 2017 - July 2020**
Responsible for coordinating the Special Education program and delivery within the region and providing leadership to the Special Education regional team, principals and school sites. Also coordinated Special Education's participation in school district initiatives, including MTSS implementation.

**Alliance College-Ready Public Schools**
**October 2013-June 2017**
- Served as Director of Special Education Programs from October 2017-June 2017. Responsible for implementing and maintaining age 3-21 Special Education programs and services in conformance to district, state, and federal objectives and laws; planning, designing, and implementing all phases of service provided by the Special Education staff; serving as a resource to patrons, school personnel, and the Board; and maintaining adequate staffing to ensure objectives of programs and services are achieved within budget.
- Served as a Special Education Coach from September 2014-October 2016. Responsible for assisting Special Education teachers and other instructional staff in developing strategies, skills, tools, techniques, capacity, and compliance practices to effectively teach all students and ensure adherence to district, state, and federal requirements.
- Served as an Education Specialist Teacher with a focus on supporting students' literacy.

AR001334

**Teach Plus**
**Fellow**
**July 2014 – December 2015**

Completed training and opportunities to change and influence policies at the school, district, and state level.

**PUC Schools**
**Lead Education Specialist Teacher**
**July 2009 - July 2013**

Supported school administrators and teachers in providing effective educational programs for all students with disabilities. Responsible for the knowledge and application of the appropriate curriculum and the instructional programs for students with disabilities and compliance with all federal, state, and district due process, policies, and procedures.

**Community Counseling Center of Azusa Pacific University**
**Office Manager**
**Oct 2007 - May 2009**

Maintained legal documents and records of clients and therapists; created master schedules for therapists; maintained appointment books for therapists and phone calls to clients about appointment reminders; collected and maintained financial records for client payments; provided strong customer service at all times, including to clients in emotional distress; provided Spanish translation for documents and therapy sessions.

AR001335



care solace.

Calming the Chaos of Mental Health Care

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202–6450

October 26, 2022

Ms. Banks:

Please join Care Solace in supporting Lemon Grove School District's application to the FY 23
School-Based Mental Health Services (SBMH) Grant Program. We have supported the district
with mental health care coordination for families since July 2022. Our highly specialized Care
Companions™ match students, staff and families in need to verified, local service providers,
securing appointments in days, not weeks or months.

Lemon Grove has partnered with Care Solace since July 2022 to identify off-campus mental
health support for students in second or third MTSS behavioral tiers. We look forward to serving
additional students and families as a result of the project, as additional grant-funded personnel
will be available to link parents/guardians with our services, and to identify students who need
mental health care.

Care Solace provides a highly trained team with experience in navigating barriers to accessing
mental health care that is available to serve staff and families 24/7, 365 days each year. Staff
are multilingual and have live translators on demand. Our proprietary web-based system will
work alongside Panorama Education – the grant-funded, software-based implementation tool for
Lemon Grove's existing MTSS – to find verified mental health care in minutes. We are available
to help the entire school community – students, staff, and family members. Staff find care
regardless of a family's insurance coverage status.

We look forward to supporting this project that will help Lemon Grove create healthier
environments for teaching and learning.

Sincerely,

Tyler Chamness
Director of Customer Success
760-392-3477
tyler@caresolace.org

**AR001336**



**SAN DIEGO**
**CENTER FOR**
**CHILDREN**
*Healing Hearts and Minds*

3002 Armstrong Street
San Diego, CA 92111
(858) 277-9550

centerforchildren.org

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202–6450

October 27, 2022

Ms. Banks:

San Diego Center for Children is enthusiastic in our support of the Lemon Grove School District's application to the FY 23 School-Based Mental Health Services (SBMH) Grant Program.

We have supported the district through the Family Wellness Center (FWC) for over two decades. FWC is an initiative of San Diego Center for Children that specializes in a variety of outpatient therapy services (individual, family, and group therapy) and support services, with emphasis on school based mental health and family therapy for low income and uninsured students. Our dedicated team of licensed therapists and clinical trainees help children, teens, young adults, and family members of all ages discover and develop individual strengths, build strong families, overcome trauma, and provide guidance through personal challenges.

As part of our partnership with Lemon Grove, our staff are available to provide on-site or clinic-based individual services for social emotional functioning, therapy services, and case management. The regional increase in the mental health needs of students is dramatic, and far outpaces the available workforce. The San Diego Board of Supervisors recently issued a behavioral health workforce report indicating a shortage of nearly 8,000 professionals. We were delighted when Lemon Grove reached out to the FWC last year to expand our prior Medi-Cal services agreement. This expansion has allowed for students to be identified and referred for services regardless of insurance funding, and has allowed FWC to expand our training partnership with a local university psychology doctoral program. We believe this partnership has been invaluable to all participants!

We look forward to serving additional students and families as a result of the project, as additional grant-funded personnel will be available to identify students who need mental health care and to link more families with our services.

Sincerely,

*Cheryl Rode PhD*

Cheryl Rode, Ph.D.
Vice President of Clinical Operations
crode@centerforchildren.org 858-569-2121

AR001337



/ Finance & Grants / Accounting / Indirect Cost Rates (ICR)

**California Department of Education**
**Official Letter**

April 7, 2022

Dear County Chief Business Officials:

# 2022–23 Approved Indirect Cost Rates

As the agency authorized by the United States Department of Education to approve California kindergarten through grade twelve (K–12) local educational agency (LEA) indirect cost rates, the California Department of Education (CDE) has reviewed the 2020–21 standardized account code structure (SACS) expenditure data and has finalized the approved indirect cost rates. The rates are for use, as allowable, with 2022–23 federal and state programs.

## Approved Indirect Cost Rates

Please advise the school districts and joint powers agencies (JPAs) in your county that the indirect cost rates are posted on the CDE Indirect Cost Rate (ICR) web page at https://www.cde.ca.gov/fg/ac/ic/index.asp.

## Indirect Cost Rates for JPAs

As a reminder, because JPAs do not generally meet the guidelines for receiving approved indirect cost rates, they are not given an approved rate unless it is requested during the SACS data submission process. For further information on indirect cost rates applicable to JPAs, including the guidelines that must be met to receive an indirect cost rate, see Procedure 805 of the *California School Accounting Manual* which is available on the CDE Accounting Definitions, Instructions & Procedures web page at https://www.cde.ca.gov/fg/ac/sa/index.asp.

AR001338

## Charter School Indirect Cost Rates

The approved 2022–23 indirect cost rates for charter schools are also posted on the ICR web page listed above. Please share them with the applicable school districts and charter schools.

## Statewide Average Indirect Cost Rates

The 2022–23 statewide average indirect cost rate is 5.35 percent.

California *Education Code* Section 38101(c) limits food service program indirect costs to amounts derived using the lesser of a school district's approved indirect cost rate or the statewide average indirect cost rate. Each district should compare this statewide average rate with its individual indirect cost rate to determine the lesser rate for use with this program.

A listing showing the statewide average rates for the last five years is also available on the ICR web page listed above.

## SACS Query Page

To aid staff in identifying the allowable indirect cost rates for various programs, the SACS Query system available on the CDE Standardized Account Code Structure (SACS) web page at https://www.cde.ca.gov/fg/ac/ac/index.asp includes this information for most programs.

If you have any questions regarding the indirect cost rates, please contact our office by email at sacsinfo@cde.ca.gov.

Sincerely,

/s/

John Miles, Administrator
Fiscal Oversight and Support Office

JM:dm
2022-2701

Last Reviewed: Wednesday, April 13, 2022

**2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing**
**California Department of Education (CDE) - School Fiscal Services Division**
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022
C: County
CA: Common Administration
D: District
J: Joint Powers Agency
Non Op : Closed or LEA not yet operational

### Approved Rates. For use with state and federal programs, as allowable in:

| County Code | LEA Code | Type | LEA Name | 2018–19 (based on 2016–17 expenditure data) | 2019–20 (based on 2017–18 expenditure data) | 2020–21 (based on 2018–19 expenditure data) | 2021–22 (based on 2019–20 expenditure data) | 2022–23 (based on 2020–21 expenditure data) |
|---|---|---|---|---|---|---|---|---|
| 37 | 68205 | D | Lemon Grove | 10.10% | 9.43% | 7.86% | 10.29% | 12.39% |

AR001340

## Cristiana Salucci, LCSW, BCBA

### Education

California State University, Long Beach
Masters of Social Work
2013 - 2015
Thesis: The Adult Sibling's Experience of Aggressive Behaviors in Children with Autism
Spectrum Disorder: A Qualitative Study

Florida Institute of Technology
BCBA and BCaBA coursework
2012 & 2015

California State University
Bachelor of Arts, Human Development
2008

### Experience

**San Diego Center for Children**
**July 2018-Present**
Currently serving as the Behavior Department Supervisor after serving as a Clinical Interventionist for nearly three years.

**Include Autism**
**July 2015 - July 2018**
Served as a Clinical Supervisor, BCBA, using the principles of Applied Behavior Analysis in dynamic and spontaneous environments within local communities. Developed and implemented weekly staff trainings in the area of Applied Behavior Analysis and delivered RBT training to new employees. Responsible for new client intakes and assessments, writing Initial Treatment Plans and Progress Reports, and interpreting client data to make adjustments to programming as necessary. Provided ongoing supervision to individuals pursuing the BCaBA or BCBA credential and current RBTs. Fulfilled all essential responsibilities of case management, including parent training, insurance phone reviews to secure ongoing services, and collaboration with other agencies to ensure coordination of care.

**Children's Hospital of Orange County**
**September 2014 - May 2015**
Served as an MSW Intern. Duties included completing psychosocial assessments to identify needs and connects families with applicable community resources. Provided supportive counseling, crisis intervention, bereavement support, and education to patients and their families experiencing acute and chronic illnesses. Collaborated with a multidisciplinary team and provides consultation regarding psychosocial concerns. Assisted in running bereavement support groups for children and adolescents.

AR001341

**Autism Comprehensive Educational Services (ACES)**
**May 2009-May 2015**
Served as a Behavior Support Lead from October 2011-May 2015. Responsible for effectively training new staff members both in the field and the office settings. Conducted group and individual parent training sessions to educate them on the principles being implemented with their child. Organized and ran generalization and socialization programs. Assisted in creating and implementing behavior support plans. Served as a Behavioral Interventionist from May 2009-October 2011. Responsible for implementing various behavior plans and academic programs in the home and school settings. Acted as a liaison between families and case supervisors. Accompanied families on community outings and medical appointments to train generalization of behavior expectations.

**NOVA Academy Early College High School**
**August 2013-May 2014**

Served as an MSW Intern. Responsible for providing individual therapy to high school students between the ages of 14-19. Assisted in crisis intervention and suicide-risk assessments when applicable. Experienced making DCFS reports and appropriate referrals to outside agencies.

AR001342



**SDSU** | College of Health and Human Services
**School of Social Work**

**School of Social Work**
San Diego State University
5500 Campanile Drive
San Diego, CA 92182-4119
Tel: (619) 594-6865
Fax: (619) 594-5991

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202–6450

October 26, 2022

Ms. Banks:

Please join the San Diego State University (SDSU) School of Social Work in supporting Lemon Grove School District's application to the FY 23 School-Based Mental Health Services (SBMH) Grant Program.

We are pleased to share that each year 3-5 students who are pursuing master's degrees and LCSW licensure select the Lemon Grove School District as a field internship site. These internships last for one academic year. The students complete a total of 600 hours throughout their School Social Work internship. These Master's in Social Work Interns support Lemon Grove students and their parents/guardians in a myriad of ways while gaining valuable learning experiences that will prepare them to work in the diverse communities within San Diego County. They provide individual and group counseling to students, make referrals to community agencies, and assist teachers with delivering Social Emotional Learning (SEL) curriculum as part of the district's Multi-Tiered System of Support (MTSS). Social Work Interns support the district's full-time Social Workers with responding to chronic absenteeism by addressing barriers to attendance. They support student learning by registering students for special education services and benefits under other federal programs. They also link families with off-campus basic needs assistance programs and mental health services. Lemon Grove School Social Workers support the student interns with an extensive orientation, weekly supervision, and group supervision. This grant opportunity will allow the School Social Workers to enhance training opportunities and experiences for the interns. These enhanced experiences include suicide prevention training, attending conferences, and access to new curriculum that support student counseling groups and therapy models.

AR001343

The Lemon Grove School District will recruit highly qualified underrepresented individuals to fill additional full-time internship positions as part of the partnership with SDSU to meet project goals. Lemon Grove School Social Workers attend the annual agency fair to recruit qualified underrepresented student interns.  The Lemon Grove School District will share job announcements with our robust alumni association to fill future Social Work positions within the school district.

SDSU is a federally designated Hispanic-Serving Institution (HSI).  This academic year over 50% of our students identified as Hispanic.  Many of the graduate students in our program are individuals who are underrepresented in higher education and/or the field of social work based on their ethnicity, race, gender, and/or disability status. Many were born and raised in Southern California communities that are similar to Lemon Grove, and many of our students are able to support students in their first language, Spanish.   We are pleased to advertise School Social Work positions to recent graduates and Social Work graduate students who are within six months of program completion.  There has been an increase in interest in School Social Work within our program.  Lemon Grove has hired many San Diego State University alumni over the years, and we are proud to have them as a partner during this unprecedented time of need for youth mental health services.

The SDSU School of Social Work looks forward to enriching our long and fruitful partnership with the Lemon Grove School District through this project.

Sincerely,

Paul Brazzel, MSW, LCSW, PPSC
PPS Credential Coordinator
San Diego State University
School of Social Work

AR001344

**Lemon Grove School District**
**FY 23 School-Based Mental Health Services Project Narrative Works Cited**

San Diego County District Attorney. (2022). Protect San Diego kids. Retrieved from https://www.sdcda.org/preventing/human-trafficking/Protecting-San-Diego-Kids#:~:text=San%20Diego%20is%20one%20of,however%2C%20boys%20are%20regularly%20targeted.

San Diego Military Advisory Council. (2020). San Diego military economic impact report. UC San Diego Rady School of Management. Retrieved from https://www.sdmac.org/media/uploads/meir-web.pdf.

Sullivan, K. S., Hawkins, S. A., Gilreath, T. D., & Castro, C. A. (2021). Mental health outcomes associated with profiles of risk and resilience among U.S. Army spouses. *Journal of Family Psychology*, 35(1), 33–43. https://doi.org/10.1037/fam0000702

U.S. Department of Education National Center for Education Statistics. (January 2019). 2019-020 Data point: mental health staff in public schools by school racial and ethnic composition. Retrieved from https://nces.ed.gov/pubs2019/2019020/index.asp.

AR001345

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** `1244-LG_FY 23_SBMH_budget narrative.pdf`

[ Add Mandatory Budget Narrative ]   [ Delete Mandatory Budget Narrative ]   [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]   [ Delete Optional Budget Narrative ]   [ View Optional Budget Narrative ]

Tracking Number:GRANT13747809    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 01:21:07 PM EDT

**AR001346**

| Lemon Grove School District School-Based Mental Health Grant Project Budget Narrative: 2/1/23-1/31/28 | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD |
| **PERSONNEL** **Project Director (25%):** To oversee project implementation and evaluation, hire, supervise, and train school-based mental health providers, serve as a liaison with the Department of Education, complete all required reports | $0 | $42,579 | $0 | $42,579 | $0 | $42,579 | $0 | $42,579 | $0 | $42,579 |
| **Student Services Coordinator (25%):** To assist the Director with project implementation and evaluation; assist with training and mentoring of school-based mental health providers | $0 | $31,252 | $0 | $32,814 | $0 | $33,615 | $0 | $33,615 | $0 | $33,615 |

Lemon Grove School District FY 23 School-Based Mental Health Grant Program Budget Narrative, 1

AR001347

| Lemon Grove School District School-Based Mental Health Grant Project Budget Narrative: 2/1/23-1/31/28 | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD |
| **PERSONNEL** **Social Workers (100%):** Provide needs assessments, mental health counseling, restorative practices conflict resolution, family outreach, referrals: $99,427/year each x 2 (one for LGAM + one for VLMA and Early Childhood Center | $198,854 | $0 | $198,854 | $0 | $198,854 | $0 | $198,854 | $0 | $198,854 | $0 |
| **Social Worker on Special Assignment (100%):** Oversee training and professional development to facilitate rollout of the district's MTSS, including Panorama functionality, SEL, restorative practices, and trauma-informed care | $99,427 | $0 | $99,427 | $0 | $99,427 | $0 | $99,427 | $0 | $99,427 | $0 |

Lemon Grove School District FY 23 School-Based Mental Health Grant Program Budget Narrative, 2

AR001348

| Lemon Grove School District School-Based Mental Health Grant Project Budget Narrative: 2/1/23-1/31/28 | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD |
| **Behavioral Analyst (50%):** To develop protocols, curriculum for all-day therapeutic program and to provide needs assessments, individual education plans (IEPs), individual and group mental health counseling, restorative practices conflict resolution, referrals | $51,155 | $51,155 | $53,626 | $53,626 | $54,893 | $54,893 | $54,893 | $54,893 | $54,893 | $54,893 |
| **Total Personnel** | **$349,436** | **$124,986** | **$351,907** | **$129,018** | **$353,174** | **$131,086** | **$353,174** | **$131,086** | **$353,174** | **$131,086** |

| Lemon Grove School District School-Based Mental Health Grant Project Budget Narrative: 2/1/23-1/31/28 | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD |
| FRINGE (ranges from 35.9%-41.7% for all full-time staff) Project Director (25%) | $0 | $14,009 | $0 | $14,213 | $0 | $14,428 | $0 | $14,653 | $0 | $14,889 |
| Student Services Coordinator (25%) | $0 | $11,912 | $0 | $12,508 | $0 | $12,937 | $0 | $13,192 | $0 | $13,460 |
| Social Workers (100%) | $71,552 | $0 | $71,552 | $0 | $71,552 | $0 | $71,552 | $0 | $71,552 | $0 |
| Social Worker on Special Assignment (100%) | $35,776 | $0 | $35,776 | $0 | $35,776 | $0 | $35,776 | $0 | $35,776 | $0 |
| Behavioral Analyst (50%) | $21,341 | $21,341 | $22,176 | $22,176 | $22,510 | $22,510 | $22,697 | $22,697 | $23,153 | $23,153 |
| **Total Fringe** | **$128,669** | **$47,262** | **$131,866** | **$48,897** | **$134,681** | **$49,875** | **$137,473** | **$50,543** | **$140,664** | **$51,503** |
| **Total Personnel and Fringe** | **$478,105** | **$172,248** | **$483,773** | **$177,915** | **$487,855** | **$180,962** | **$490,647** | **$181,629** | **$493,838** | **$182,589** |

| Lemon Grove School District School-Based Mental Health Grant Project Budget Narrative: 2/1/23-1/31/28 | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD |
| **TRAVEL** Staff travel to DoE annual Project Director's training conference: Airfare $500 + hotel $280/night x 2 nights = $560 + per diem $79 X 3 days = $237 = $1,297/person x 2 | $2,594 | $0 | $2,594 | $0 | $2,594 | $0 | $2,594 | $0 | $2,594 | $0 |
| Staff travel to school-based mental health services providers conference to learn best practices, share the project's impact: Airfare $500 + hotel $280/night x 2 nights = $560 + per diem $79 X 3 days = $237 = $1,297/person x 3 | $3,891 | $0 | $3,891 | $0 | $3,891 | $0 | $3,891 | $0 | $3,891 | $0 |
| **Total Travel** | **$6,485** | **$0** | **$6,485** | **$0** | **$6,485** | **$0** | **$6,485** | **$0** | **$6,485** | **$0** |
| **CONSULTANTS** **Panorama Education:** fee for training in social-emotional learning (SEL) instruction and assessment best practices and MTSS software functionality | $20,000 | $0 | $20,000 | $0 | $20,000 | $0 | $20,000 | $0 | $20,000 | $0 |
| **International Institute for Restorative Practices (IIRP):** fee for providing level I certification and/or train-the-trainer certification for 8 certificated staff each year, including school-based mental health professionals $1,900/person x 8/year | $15,200 | $0 | $15,200 | $0 | $15,200 | $0 | $15,200 | $0 | $15,200 | $0 |

AR001351

| Lemon Grove School District School-Based Mental Health Grant Project Budget Narrative: 2/1/23-1/31/28 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
| | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD | Grant funds | LGSD |
| **SEL curriculum providers:** fee for training in social-emotional learning (SEL) instruction and assessment best practices | $5,000 | $0 | $5,000 | $0 | $5,000 | $0 | $5,000 | $0 | $5,000 | $0 |
| **Total Consultants** | **$40,200** | **$0** | **$40,200** | **$0** | **$40,200** | **$0** | **$40,200** | **$0** | **$40,200** | **$0** |
| **TOTAL DIRECT COSTS** | **$524,790** | **$172,248** | **$530,458** | **$177,915** | **$534,540** | **$180,962** | **$537,332** | **$181,629** | **$540,523** | **$182,589** |
| **Indirect Costs (restricted to 4% of Total Direct Costs)** | $20,992 | $0 | $21,218 | $0 | $21,382 | $0 | $21,493 | $0 | $21,621 | $0 |
| **TOTAL COSTS** | **$545,782** | **$172,248** | **$551,676** | **$177,915** | **$555,922** | **$180,962** | **$558,825** | **$181,629** | **$562,144** | **$182,589** |
| | | | | | | | | **TOTAL GRANT COST** | **$2,774,349** |
| | | | | | | | | **TOTAL MATCHING FUNDS** | **$895,343** |



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization
Lemon Grove School District

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 349,436.00 | 351,907.00 | 353,174.00 | 353,174.00 | 353,174.00 | | | 1,760,865.00 |
| 2. Fringe Benefits | 128,669.00 | 131,866.00 | 134,681.00 | 137,473.00 | 140,664.00 | | | 673,353.00 |
| 3. Travel | 6,485.00 | 6,485.00 | 6,485.00 | 6,485.00 | 6,485.00 | | | 32,425.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 6. Contractual | 40,200.00 | 40,200.00 | 40,200.00 | 40,200.00 | 40,200.00 | | | 201,000.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 9. Total Direct Costs (lines 1-8) | 524,790.00 | 530,458.00 | 534,540.00 | 537,332.00 | 540,523.00 | | | 2,667,643.00 |
| 10. Indirect Costs* | 20,992.00 | 21,218.00 | 21,382.00 | 21,493.00 | 21,621.00 | | | 106,706.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 545,782.00 | 551,676.00 | 555,922.00 | 558,825.00 | 562,144.00 | | | 2,774,349.00 |

*Indirect Cost Information (To Be Completed by Your Business Office): If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☒ Yes    ☐ No

(2)  If yes, please provide the following information:
Period Covered by the Indirect Cost Rate Agreement: From: 08/01/2022 To: 09/30/2023 (mm/dd/yyyy)
Approving Federal agency:  ☐ ED  ☒ Other (please specify): California Department of Education
The Indirect Cost Rate is  12.39 %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☒ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is  4.00 %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220112
Page e60

ED 524

AR001353

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| Lemon Grove School District | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 124,986.00 | 129,018.00 | 131,086.00 | 131,086.00 | 131,086.00 | | | 647,262.00 |
| 2. Fringe Benefits | 47,262.00 | 48,897.00 | 49,875.00 | 50,543.00 | 51,503.00 | | | 248,080.00 |
| 3. Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 6. Contractual | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 9. Total Direct Costs (lines 1-8) | 172,248.00 | 177,915.00 | 180,961.00 | 181,629.00 | 182,589.00 | | | 895,342.00 |
| 10. Indirect Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 172,248.00 | 177,915.00 | 180,961.00 | 181,629.00 | 182,589.00 | | | 895,342.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001354**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| Lemon Grove School District | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [          ]

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

AR001355

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220120**

**Gramts.gov Tracking#: GRANT13747900**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220120

AR001356

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1243-RI_Congressional_Districts_Project_Areas)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1236-RIDE_Response_GEPA)* | e8 |
| *3. Grants.gov Lobbying Form* | e11 |
| *4. Dept of Education Supplemental Information for SF-424* | e12 |
| *5. ED Abstract Narrative Form* | e14 |
| *Attachment - 1 (1244-RIDE_Project_Abstract)* | e15 |
| *6. Project Narrative Form* | e16 |
| *Attachment - 1 (1237-RIDE_Project_Narrative)* | e17 |
| *Attachment - 2 (1238-Table of Contents)* | e41 |
| *Attachment - 3 (1239-Appendix A CVs of Key Personnel)* | e42 |
| *Attachment - 4 (1240-Appendix C LOA)* | e69 |
| *Attachment - 5 (1241-Appendix D References)* | e75 |
| *Attachment - 6 (1242-Appendix B Logic Model)* | e76 |
| *7. Other Narrative Form* | e77 |
| *Attachment - 1 (1234-RIDE_Budget_Narrative)* | e78 |
| *Attachment - 2 (1235-UI Dept of Ed receipt letter FY 23-FY25 proposal (1))* | e85 |
| *8. Form ED_524_Budget_1_4-V1.4.pdf* | e87 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001357

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
☐ Preapplication
☒ Application
☐ Changed/Corrected Application

**\* 2. Type of Application:**
☒ New
☐ Continuation
☐ Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
11/03/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** RI Department of Elementary and Secondary Education

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
056000522B2

**\* c. UEI:**
UCYMDNJ8VHV3

**d. Address:**

**\* Street1:** 255 Westminster Street
**Street2:**
**\* City:** Providence
**County/Parish:**
**\* State:** RI: Rhode Island
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 02903-3414

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Dr.
**\* First Name:** Rosemary
**Middle Name:** C
**\* Last Name:** Reilly-Chammat
**Suffix:**

**Title:** Associate Director, School Health

**Organizational Affiliation:**
RI Department of Elementary and Secondary Education

**\* Telephone Number:** 14012228951
**Fax Number:**

**\* Email:** rosemary.reilly-chammat@ride.ri.gov

PR/Award # S184H220120

Page e3

AR001358

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

A: State Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

RI School Based Mental Health Serivces Project Cohort 2

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

AR001359

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `RI-01`                    * b. Program/Project `RI-01`

Attach an additional list of Program/Project Congressional Districts if needed.

`1243-RI_Congressional_Districts_Project_Ar` | Add Attachment | Delete Attachment | View Attachment

**17. Proposed Project:**

* a. Start Date: `12/31/2022`                    * b. End Date: `12/30/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 2,000,000.00 |
| * b. Applicant | 0.00 |
| * c. State | 500,000.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 2,500,000.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on `          ` .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

`                              ` | Add Attachment | Delete Attachment | View Attachment

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Mr.`                    * First Name: `David`

Middle Name: `Harrison`

* Last Name: `Luther`

Suffix: `        `

* Title: `Federal Grants Administrator`

* Telephone Number: `401-222-4652`           Fax Number: `401-222-2823`

* Email: `david.luther@ride.ri.gov`

* Signature of Authorized Representative: `David H Luther`     * Date Signed: `11/03/2022`

**AR001360**

**RI Congressional Districts-Project Areas**

**RI-01**

RI Department of Education

Segue Institute for Learning

**RI-02**

Coventry School Department

Exeter West Greenwich Regional School District

Johnston School District

AR001361

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1236-RIDE_Response_GEPA.pdf | | Add Attachment | Delete Attachment | View Attachment |

**AR001362**

**RI Department of Elementary and Secondary Education's response to U.S. Department of Education's General Education Provisions Act (GEPA)**

The Rhode Island Department of Elementary and Secondary Education (RIDE) is committed to ensuring safe and supportive learning environments for all Rhode Island youth. It is imperative that the school system, along with family and education professionals, be supportive role models and strong advocates for the safety and well-being of children. All students need a safe and supportive school environment to progress academically and developmentally.

In the application, we specifically provide data to describe students most at risk for poor health and academic outcomes. RIDE tracks suspensions, expulsions, persistent academic achievement gaps, school climate indicators and health risks behaviors. Analysis among subpopulations known to have persistent disparate outcomes is a routine and longstanding part of this work at RIDE.  For example, students who are at risk of punitive disciplinary infractions include racial minority students, LGBTQ students and students in special education. The purpose of this project is to increase the number of school based mentla helht serivce providers to . Then appropriate positive interventions can be implemented to support the student versus punitive disciplinary actions which tend to exacerbate problem behaviors. These positive interventions promote safe, supportive and healthy school environments that support learning for all students.

There is an extensive body of educational law and regulations that guides RIDE in its mission to lead and support public education.  RIDE relies on its knowledge and understanding of such laws and regulations to support RIDE and LEAs in ensuring all students achieve without the least limitation placed on their opportunity to succeed academically as meaningful contributors to society. These following statues individually and collectively enumerate protected classes of people.  RIDE's programs, policies and practices are guided by these statutes.  All RIDE school climate initiatives ensure access to program and services necessary to create safe, supportive and healthy school environments for all youth.

## RHODE ISLAND STATE LAWS & POLICY

In December 2010, The Rhode Island Board of Regents revised its *Policy Statement on Discrimination Based on Sexual Orientation and Gender Identity/Expression* which includes the following language:

> *The Rhode Island Board of Regents for Elementary and Secondary Education recognizes that all educational agencies must provide all people and groups with full access to educational opportunities and barriers to student participation based on sexual orientation or gender identity/expression must be identified and removed. The Board also recognizes that all students, without exception, have the right to attend a school in which they feel safe and able to express their identity without fear.*

Article I, Section 2 of the Rhode Island Constitution states in part that

> "No otherwise qualified person shall, solely by reason of race, gender or handicap be subject to discrimination by the state, its agents or any person or entity doing business with the state."

AR001363

RIGL §11-24-2 Discriminatory practices prohibited.
> In May, 2001, Rhode Island became the second state in the country to explicitly prohibit discrimination on the basis of gender identity or expression, thereby protecting transgender people from discrimination in employment, housing, credit, and public accommodations (R.I. Pub. L. 2001, ch. 340). The law defines gender identity or expression as including a person's "actual or perceived gender, as well as a person's gender identity, gender-related self-image, gender-related appearance, or gender-related expression, whether or not that gender identity is different from that traditionally associated with the person's sex at birth." R.I. Gen. Laws, §§ 28-5-6 (employment); 34-37-3 (housing); 11-24-2.1 (public accommodations).

RIGL §16-38-1.1 Discrimination because of sex states in part that

> "Discrimination on the basis of sex is hereby prohibited in all public elementary and secondary schools in the state . . ." The state statute is essentially a restatement of the federal Title IX.

RIGL§16-71-3 Educational records access and review rights-Confidentiality of records, similar to FERPA, safeguards the right of privacy of student education records.  It applies only to public schools.

RIGL §16-2-17 Right to a safe school asserts that each student, staff member, teacher, and administrator has a right to attend and/or work at a school which is safe and secure, and which is conducive to learning, and which is free from the threat, actual or implied, of physical harm by a disruptive student.

RIGL §16-21-34 Safe Schools Act and the RI Statewide Bullying Policy, recognize that the bullying of a student creates a climate of fear and disrespect that can seriously impair the student's health and negatively affect learning. Bullying undermines the safe learning environment that students need to achieve their full potential. The expression, physical act or gesture may include, but is not limited to, an incident or incidents that may be reasonably perceived as being motivated by characteristics such as race, color, religion, ancestry, national origin, gender, sexual orientation, gender identity and expression or mental, physical, or sensory disability, intellectual ability or by any other distinguishing characteristic.   The purpose of the policy is to ensure a consistent and unified statewide approach to the prohibition of bullying at school.

**Regulations Governing Protections for Students Rights to be Free from Discrimination on the Basis of Sex, Gender, Sexual Orientation, Gender Identity, or Gender Expression** require all LEAs to have a policy in place to ensure that transgender and gender non-conforming students are protected from discrimination.

Nathan Bruno Jason Flatt Act of 2021 requires suicide prevention curricula to be implemented in grades 6-12.  There is a requirement for yearly staff training in suicide prevention. The law requires the RI

Department of Education to develop lists of evidence based curricula and evidence based professional development resources.  Districts must choose curricula and training from that list. It requires RIDE to develop model policy guidance on suicide prevention, intervention and postvention.

Trauma Informed Schools Act of 2022  requires the RI Department of Education to establish a commission to support  the implementation of trauma informed practices in schools  throughout the state using a Multitiered System of Supports framework. It would promote teamwork and effective communication among all staff and establish shared responsibility for every student.

AR001365

# CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

RI Department of Elementary and Secondary Education

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Mr.  * First Name: David  Middle Name: Harrison

* Last Name: Luther  Suffix:

* Title: Federal Grants Administrator

* SIGNATURE: David H Luther  * DATE: 11/03/2022

AR001366

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424
Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| Dr. | Rosemary | C | Reilly-Chammat | |

Project Director Level of Effort (percentage of time devoted to grant): | 10 |

Address:

* Street1: 255 Westminster Street

Street2:

* City: Providence

County: Choose One...

* State: RI: Rhode Island

* Zip Code: 02903-3414

Country: USA: UNITED STATES

* Phone Number (give area code): 4012228951

Fax Number (give area code): 4012225025

* Email Address: rosemary.reilly-chammat@ride.ri.gov

Alternate Email Address: rosemary.reilly-chammat@ride.ri.gov

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| 44007011100 | | |
|---|---|---|
| | | |
| | | |
| | | |

Tracking Number:GRANT13747900    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:17:17 PM EDT

AR001367

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as indicated in the definitions page in the attached instructions.

| | | | |
|---|---|---|---|
| | Add Attachment | Delete Attachment | View Attachment |

**AR001368**

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1244-RIDE_Project_Abstract.pdf |    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

**AR001369**

**Rhode Island Department of Elementary and Secondary Education**

**School-Based Mental Health Services Grant Program-Cohort 2**

**Project Abstract**

The Rhode Island Department of Education (RIDE) is applying for both absolute and competitive priorities of the school based mental health services grant program. The absolute priority is to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need. This priority will be achieved by the development, implementation, and evaluation of recruitment and retention strategies of a variety of service providers, including those who provide telehealth services.

RIDE also applied for Competitive Preference Priorities 1 and 2. Competitive Preference Priority 1 includes development of a respecialization plan that promotes the readiness of service providers who already have training as social workers, counselors, psychologists or other related fields by supporting incremental training needed for working in K-12 schools. Additionally, RIDE applied for Competitive Preference Priority 2 to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or from communities served by LEAs with demonstrated need. Competitive Preference Priority 2 will be accomplished through partnerships with affinity organizations focused on DEI in educator pathways to increase providers from diverse backgrounds or that reflect the communities served in the four pilot LEAs.

RIDE estimates that 10,000 students will be impacted by this project in the four pilot LEAs, including: Coventry Public Schools, Johnston Public Schools, Exeter West Greenwich Regional School District and the Segue Institute for Learning, with the goal of supporting students statewide. The goal is to hire 24 school counselors, 23 school social workers, and 6 school psychologists across the four pilot districts to meet the national ratio recommendations. The data on health risk behaviors among school age youth as well as gaps in the service infrastructure within schools and the health care system were used to describe the magnitude and severity of the problem in Rhode Island as well as to inform project goals including:

Goal 1: By 2027, RIDE and its partners will increase the number of qualified providers in four pilot LEAs with demonstrated need by 10% each year over the period of the grant.

Goal 2:  By 2027, build capacity for supporting the sustained and broad-scale implementation with fidelity of a MTSS framework including Bridge RI MTSS Modules, evidence based practices at Tiers 2 and 3, and trauma informed care, by LEAs including mental health service providers to meet the needs of children and families served by the district.

Goal 3: By 2027, develop professional preparation, continuing education and certification pathways to increase the number of mental health service providers credentialed and certified to work in k-12 schools.

Goal 4: By 2027, increase the number of diverse mental health service providers in schools to reflect the student population.

AR001370

## Project Narrative File(s)

---

**\* Mandatory Project Narrative File Filename:**  `1237-RIDE_Project_Narrative.pdf`

[ Add Mandatory Project Narrative File ]  [ Delete Mandatory Project Narrative File ]  [ View Mandatory Project Narrative File ]

---

To add more Project Narrative File attachments, please use the attachment buttons below.

[ Add Optional Project Narrative File ]  [ Delete Optional Project Narrative File ]  [ View Optional Project Narrative File ]

Tracking Number:GRANT13747900          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:17:17 PM EDT

**AR001371**

**Rhode Island Department of Elementary and Secondary Education**
**School Based Mental Health Services Grant Program**
**Program Narrative**

**Introduction**

The Rhode Island Department of Education (RIDE) is applying the absolute priority 1 of the school based mental health services grant program to increase the number of credentialed school-based mental health services providers in local education agencies (LEAs) with demonstrated need. This priority will be achieved by the development, implementation, and evaluation of recruitment and retention strategies of a variety of service providers, including those who provide telehealth services.

RIDE is also applying for Competitive Preference Priorities 1 and 2. Competitive Preference Priority 1 includes respecialization, professional retraining, or other preparation plan for existing mental health services providers to qualify them for work in LEAs with demonstrated need. This project will deepen the partnership established with Rhode Island College (RIC) in the FY20 SBMH grant. RIDE is applying for Competitive Preference Priority 2 to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or from communities served by the LEAs with demonstrated need. There is a growing need for professionals in schools to reflect the diverse communities that our LEAs support.

RIDE leads and supports schools in ensuring that all students achieve at the high levels needed to lead fulfilling and productive lives, to compete in academic and employment settings, and contribute to society. RIDE provides leadership and policy support to 325 public schools in 66 public Local Education Agencies (LEAs). This includes 36 school districts, 25 charter schools, 4 state operated schools and one regional collaborative which serve a total of 142,949 students in grades Pre-Kindergarten through grade 12. Twenty-nine (29) LEAs have included at

AR001372

least one behavioral health effort as part of their ESSA Title IV Part A application to RIDE to meet the needs of the whole child. These activities and programs developed with stakeholder input and aligned with the district's strategic plans.

A replicable Multi-Tiered Systems of Support (MTSS) framework will guide the strategies across the districts and within each individual school (RIDE, 2022). The data on health risk behaviors among school age youth as well as gaps in the service infrastructure, included herein, describe the magnitude and severity of the problem in RI.

**Need for the Project**

Youth in RI have and continue to experience personal loss and disruptions to their everyday lives as a result of the COVID-19 pandemic. The trauma caused by COVID-19, such as the death(s) of loved ones, job loss, domestic violence, and school closures, has significantly altered people's sense of safety, security, agency, and connections to others. It is becoming increasingly recognized that these stress-related symptoms may be exacerbated among children and adolescents exposed to other forms of trauma, such as fighting, bullying, worrying about school violence, and violence in the home. Violence intersects with race, ethnicity, sexual orientation, gender identity, disability status, and socioeconomic class putting some youth at greater risk for poorer mental health and related outcomes. Youth and families across the state are facing serious mental health problems, and while it is too early to know the long-term impact the pandemic will have, hospital surveillance data from the RI Department of Health (RIDOH), along with Lifespan partners Bradley and Hasbro Children's Hospital, informed the Executive Office of Human and Health Services (EOHHS) that RI was experiencing an increase in behavioral health visits in general and specifically suicide-related emergency.

AR001373

In RI, one in five (19%) of children ages 6-17 has a diagnosable mental health problem and one in ten (10%) has a significant functional impairment, according to the RI Department of Health (RIDOH). Since 1995, the RI Department of Health has conducted the Youth Risk Behavior Survey (YRBS) every odd year across RI high schools and since 2007 in RI middle schools. The data from the 2021 YRBS survey reveals troubling trends for our youth such as increased percentages in feelings of sadness and hopelessness and increased percentages in suicidal ideations. Data from the 2021 Youth Risk Behavior Survey (YRBS) among RI high school students revealed that 37.8% of students felt sad or hopeless. Seventeen percent (17.1%) of RI high school students report that they seriously considered attempting suicide. Fourteen and one half percent (14.5%) of RI high school students report that they had planned how they would attempt suicide during the last 12 months before the survey, and 9.7% of high school students attempted suicide. In addition to the growing mental health concerns among high school youth, 32% of students reporting that they have been bullied in the past year according to the 2022 spring SurveyWorks data conducted in all RI schools.

Substance use is an equally troubling concern for RI high school students with 8% of students reporting a history of taking prescription pain medication without a doctor's prescription, 17.2% of students currently drink alcohol, 26.2% of students who have used marijuana, and 17.4% of students who currently smoked cigarettes or used electronic vapor products. The leading cause of accidental death in RI is opioid overdose (RIDOH, 2022). It is critical that there be mental health professionals in schools in RI to address these concerns. Training and support for school based mental health providers is essential to ensure the safety and wellbeing of our students.

RI YRBS results demonstrated that 3% of students identify as transgender and 2.7% are unsure if they are transgender. In addition, 28.2% of students do not identify as heterosexual (straight) with 3.9% identifying as gay or lesbian, 12.3% identifying as bisexual, 4.1% as some other way, and 5.1% as not sure. According to Mental Health America, 39% of the United States population that identifies as part of the LGBTQ community reports having some type of mental illness. Teens who identify as LGBTQ are six times more likely to experience symptoms of depression compared to their straight peers.

Education System Capacity:

School based mental health providers play an important role in supporting capacity development. Payment systems, including health insurance, must be designed to meet the needs and configuration of services. Schools pay for services offered in school (MSW and psychologist) where the health care system pays for services outside of the education system. There is a need for schools to be able to systematically plan for the amount and type of mental health service providers needed to meet the needs of school children and families. Tools, such as the School Health Assessment and Performance Evaluation system (SHAPE) from the Center for School Mental Health at the University of Maryland will be used to help districts assess their needs and plan for services to meet the needs of children and families.

The student-to-counselor ratio in RI is 414:1, far below the 250-to-1 ratio recommended by the American School Counselor Association and U.S. Department of Education. Moreover, mental health treatment systems in RI are fragmented and crisis-driven. In 2020, an estimated 33% of children ages three to 17 who needed treatment had a problem obtaining care. This is why RI is committed to investing in the mental health of students in a comprehensive way, and the four selected LEAs for this proposal are committed to doing so over the next five years.

In summary, the magnitude of the challenge in addressing the need for school based mental health services to support a MTSS for students to improve school climate for RIDE, LEAs, school building leaders and community-based partners is concerning. State leaders have made the behavioral health needs of youth a high priority. RIDE intends to use the data described here as a baseline in assessing the overall impact of this project in reducing high risk behaviors, implementing targeted and intensive research-based strategies with our schools and improving the overall school climate where every student's needs are addressed.

RIDE has identified four districts to participate in the USDOE SBMH grant: Johnston School Department, Coventry School Department, Exeter West Greenwich Regional School District, and Segue Institute for Learning in Central Falls. All four districts are currently not meeting the national SBMH ratio recommendations.

| District | # of Schools | # of students | # of school counselors | # of school psychologists | # of school social workers |
|---|---|---|---|---|---|
| Segue Institute of Learning | 1 | 360 | 1 | 0 | 2 |
| Johnston | 6 | 3148 | 12 | 6 | 7 |
| Exeter-West Greenwich | 6 | 1535 | 4 | 3 | 2 |
| Coventry | 5 | 4235 | 9 | 6 | 5 |

The following table shows the number of SBMH that will be recruited and retained as a result of this project:

| District | # school counselors to be recruited | # of school psychologists to be recruited | # of school social workers to be recruited |
|---|---|---|---|
| Segue Institute of Learning | 1 | 1 | 0 |
| Johnston | 1 | 1 | 6 |
| Exeter-West Greenwich | 3 | 1 | 5 |
| Coventry | 8 | 3 | 12 |

The following paragraphs include the needs of our selected districts expressed by lead staff:

Segue Institute of Learning

The City of Central Falls covers just 1.29 square miles of northern RI. Most of the factories that once offered consistent employment are long gone and the city remains in dire financial straits. With a population of 19,928, the city is made up of fifty-two percent Latino and forty percent white. African Americans, West African immigrants and Central European immigrants also have a less significant presence in Central Falls making up the remaining 8 percent. Census figures show that over 4,000 of the city's inhabitants are school-aged youth between the ages of 5 and 18.

Central Falls ranks at the bottom of the list of adults having graduated from high school as well as the highest in percentage of public schools eligible for free and reduced lunches, children entering kindergarten with lead poisoning, and the highest birth to teens (number per 1,000 teens) overall.

Central Falls has the highest drop-out rate and it has the lowest number of students taking SATs with those students ranking in the lowest percentile of scoring. Central Falls also ranks at the bottom of the list of students entering a four-year institution of higher learning after high school. According to data taken from the 2022 RI Kids Count Fact book, nearly 35% of children in Central Falls live at or below the poverty line. The city's child poverty rate is more than double the state (15.6%). During the COVID Pandemic, Central Falls gained national attention for being the hardest hit community of the northeast per 1,000 residents with positive cases and illnesses. In turn, Segue IFL saw tremendous increases in students and parents outreaching the school seeking support for counseling and direct services by the school social workers and counselors. Many families were impacted negatively through the pandemic. Parents lost jobs and

6

AR001377

wages, resources were limited, and many didn't know how to handle the stresses of isolation and limited contact with their regular network of providers. And although the pandemic is seemingly under control and the community is trying to find its center once again, many are not near close to being normal and back on their feet.

Over the last year, Segue has seen a tremendous amount of students reaching out for support both during the school day as well as after school. Segue has engaged a large network of providers/community-based organizations to support its students and parents but staff shortages in an already overburdened system has not made addressing needs easy or accessible. Another cache to the issue is the shortage of available and trained staff. Along with trying to fill teaching vacancies, Segue has been struggling to find qualified individuals that are culturally sensitive to the needs of our community; specifically Black and Hispanic families who normally don't engage in therapeutic settings. All of this contributes to the increase in a number of issues for our community and its residents. Over the last year, domestic violence among partners have been shared to staff by both scholars and parents. Calls made to the DCYF hotline; the state's child protective services organization have also seen a significant increase at the school. Families and scholars need more support and it is hard to find funding to support non-academic staff who can facilitate a program with fidelity.

Johnston Public Schools

Johnston Public Schools is a unique and vibrant school district with a diverse student population. There are currently 3148 students enrolled in the district and eight public schools that serve these students and their families. As in most districts across the country, the impact of the pandemic has greatly affected our students both academically and emotionally. With more than 32% of our students identified as students of color we understand that the needs of these students

7

AR001378

are complex and immediate. More than 47% of our students qualify for free or reduced lunch and so we understand that access to such supports is very compromised.   There are currently 13 families with school aged children living in the district who are homeless, more than 17% of students receive special education services, and more than 7% are multi language learners. According to recent data from the Youth Risk Behavior, nearly 40% of high school students report feeling sad or hopeless, while nearly 15% of high school students reported contemplating or attempting suicide. These rates are consistent or above national trends and provide clear evidence of the crisis we are experiencing with our youth around mental health concerns. Additionally, the use of substances among our youth is high as noted by the alarming 11% of high school Juniors and Seniors who reportedly engaged in binge drinking behavior while more than 20% reportedly drank at least once within a 30-day period.  Additional factors that impact the wellbeing of our students include incidents of children exposed to domestic violence (121 cases in 2020) and children needing intervention for reported child neglect or abuse (42 new cases reported in 2020). There are currently 14 students involved in the criminal justice system. Graduation rates for students are an important indicator of student success and as demonstrated in other areas, disparity exists here as well.  In 2021 89% of Johnston high school seniors graduated in 4 years while multi language learners' graduation rates were significantly lower at 78% and students qualifying for free and reduced lunch was 82% compared with 97% of students that do not qualify for free or reduced lunch. Additionally, differently abled student graduation rate was 71% while the non-differently abled student graduation rate was 92%. Student attendance data reveals more than 20% of students are chronically absent and during the 2020 school year at least 60 students received an out of school suspension while 99 received in school suspension.

The Johnston school district recognizes the multifaceted needs of our schools and has made a strong commitment to providing a strong level of mental health supports and a tiered system of prevention and support to address this need. While we have worked to increase our level of support staff in our buildings, we currently do not meet the recommended ratios for school social workers or school psychologist. Our current ratio for social workers is above the 250-1 recommended ratio and falls at more than 500 to 1 with our high school and middle school having greater disparity. The ratio of school psychologists to student is even more disparate with nearly 500 to 1 ratio with our high school at more than 800 to 1.  While Johnston has been fortunate in filling vacancies for social workers we have not been as fortunate with school psychologists. RI currently has a shortage of school psychologists and consequently Johnston has not been able to increase our current staffing for this specialist. We would seek to increase our support staff to address this disparity by increasing support staff with an effort to attract school psychologists as well as experienced social workers.  Additionally, we recognize the importance of retention and would seek to support the continued development of our professional clinical staff by adopting the defined standards of practice for each discipline and providing the opportunity for mentorship, internships, and professional learning opportunity to enable our staff to feel supported and competent in their practice.

Exeter-West Greenwich Regional Public Schools

Exeter West Greenwich (EWG) is committed to ensuring social emotional learning (SEL) is a priority based on the mental health needs of all of our students as is evidenced in the EWG Strategic Plan. Over the last few years we have increased mental health supports across the district with an emphasis on preventative measures. Our goal is to accelerate positive social emotional outcomes by increasing MTSS and providing wrap-around supports focused on

9

AR001380

evidence based social emotional and behavioral supports/strategies. We continue to have high student to mental health service provider ratios as compared to the nationally recommended ratio.

We continue to have many mental health needs that are unable to be met, especially in the upper grades. For example, according to the DESSA, a standardized, strength-based rating scale that assesses students' social and emotional competence, 14% of all students across the district demonstrate a need for SEL skills and 38% of 9th-12th grade students self-reported a need for SEL instruction. In 2018, we had a total of 40 Section 504 Plans for 7th-12th grade. Currently, we have a total of 84. Much of the increase is due to mental health reasons (SY20: 79 students had a 504 Plans across the district and currently 104). February 2022, on the Signs of Suicide Screen for Adolescent Depression (SOS), 13% of 7th and 8th graders received ratings on the screener that indicated significant risk for depression or suicide and 10% of 9th-11th graders. A small percentage of students at EWG drop out of school or have chronic absenteeism. However, a disproportionate amount of those students are either of low economic status or a student with a disability (approx 40% for drop outs and over 50% for chronic absenteeism). According to SurveyWorks from RIDE, staff continue to document concerns regarding how to provide mental health supports. Fifty three (53%) of staff members responded unfavorably to "I have received professional development training that has helped me feel more confident to respond to students who are experiencing mental health problems" and 47% responded unfavorably to "I feel confident in my ability to respond to students who are experiencing mental health problems". Additional mental health professionals are needed at EWG to provide direct evidence-based tiered student interventions, training for all EWG staff members and family/community support.

10

AR001381

Coventry Public Schools

In Coventry we have always had mental health support in our schools through school social workers, psychologists, and guidance counselors.  In RI, most districts, including Coventry, fall under national ratio recommendations with 1 social worker per 668 students and 1 school psychologist for every 838 students. Coventry's school counselor ratio is slightly better than the state average with about 330 students.  Coventry also has two substance abuse counselors and has a contract with Thrive, who provides additional mental health counseling both in and out of school.

Nationally in 2019, 22% of students in grades 9-12 reported being in a physical fight during the previous year, 20% reported being bullied on school property, and 13% reported carrying a weapon during the previous month. In 2020 in RI, there were 239 juvenile arrests for assault offenses and 51 juvenile arrests for weapons offenses.  Violent crimes made up 6% (175) of the 2,858 juvenile offenses referred to RI Family Court." (2022 RI KIDS COUNT Factbook / Safety). In Coventry the percentage of High School students in 2021 who reported physical fights in school was 6%.  That is lower than the state average of 8%, but the percentage of students who reported worry or fear of violence in school was 9%, which is slightly above the state average of 8%.  Of the 10 juveniles arrested for violence in Coventry, 0 had weapons but all 10 were physical assaults.  These numbers are on par with other school districts approximately the same size.  On 2022 SurveyWorks, 37% of Coventry grades 6-12 grade students reported feeling so sad or hopeless almost every day for two weeks or more in a row that stopped them from doing usual activities.  It's a slight improvement over the previous year's report, but still concerning.

Coventry Public Schools has had several retirements over the last two years. In that time, we lost three social workers and two school psychologists.  Coventry has not had an easy time replacing the staff in these positions, and at least one went unfilled for a year, and another is being filled by an agency worker.  With the uptick in trauma and attendance issues since 2020, the need for therapeutic support has never been higher.  Currently Coventry has 10% of our students who are moderately absent (5-10% days out) and another 10% who are chronically absent (10%+).  In addition, Coventry has seen an increase in

incidents that are aggressive and include the following violation types: assault, disorderly conduct, fighting, insubordination, abusive language, and threatening/intimidation/bullying.  If we were able to secure any school based mental health  staff, it would be a success.  Returning to previous levels is a short-term goal with a long-term goal to increase staff.  The goals would be to focus on trauma, attendance, and behaviors, which should lead to academic improvements.

## Quality of Project Personnel

The key personnel for the project include team members from RIDE and RIC. The team members from RIDE include Mr. J David Sienko, the Director of the Office of Student Community and Academic Supports, Dr. Rosemary Reilly-Chammat, Ed. D., Associate Director of School Health and Extended Learning, Bianca Carreiro, program manager for USDOE SBMH FY20, a program manager and a .2 fiscal manager to be hired. Dr. Rosemary Reilly-Chammat has extensive experience in performance management, the use of data to engage LEAs, schools, decision makers, and the public pertaining to a multitude of risk facts associated with behavioral health, and the role of school support professionals, SEL, behavioral health, community schools and school-based health services. Dr. Reilly-Chammat is a leader in equity driven efforts for RIDE and was part of a working group to role out the Equity Decision Tool, department wide. Equity and inclusion are pillars of the RIDE strategic plan will guide our work in this project. Ms. Carreiro is a Licensed Independent Clinical Social Worker with school social work experience and community mental health experience. Ms. Carreiro joined the RIDE team at the end of August 2022. She has experience with building school social work programs in the charter school system and being school-based clinician in the public school setting. She is a bi-cultural and trilingual professional who is passionate about DEI initiatives in schools, having served in the DEI committee at her previous institution.  The School Health Policy and Program Specialist is a masters prepared position that will serve as the program manager for this grant.  This

AR001383

position will work closely with Ms. Carreiro and report directly to Dr. Reilly-Chammat.  The

position will be shared widely across the SHAC and other networks to attract diverse candidates.

The fiscal manager will provide budgetary management and fiscal support to meet the

requirements of the grant according to the State of RI fiscal and purchasing protocols.  The fiscal

manager will work with the Dr.. Reilly-Chammat and the RIDE project team.

      The lead team members from RIC include Tonya Glantz, Director of the Institute of

Education in Healthcare and Josh Wizer-Vecchi, Project Director. Tonya has extensive grant

writing and administration experience within the areas of partnership between higher education

and the healthcare workforce. For over 25 years, Tonya's work has focused on serving and

developing training for human service professionals, including school, that serve vulnerable

populations. Joshua Wizer-Vecchi, MSW, LCSW, is the director of School Based Mental Health

Services for the Institute for Education in Healthcare at RIC. Joshua received his MSW from

RIC and has over 10 years of experience in service delivery, program management and

supervision, grant writing, and special project management in the areas of housing and

homelessness, early education, and school-community partnerships. Prior to obtaining his MSW,

Joshua worked with children and staff in schools and out-of-school programs supporting social-

emotional learning for children diagnosed with learning, developmental, and behavioral

challenges.

      CVs for the project team can be found in the appendix.

**Quality of the Project Design and Project Services**

As a context for this work, there have been several significant policies and programs that have created a strong foundation for the work of this grant. The timeline below highlights significant events since 2015.

| 2015 | Mental health and social/emotional learning is included in RIDE strategic plan. |
|------|-------------------------------------------------------------------------------|
| 2015 | Federal-ESSA links school climate and student learning. |
| 2017 | State School Mental Health Technical Assistance Opportunity through the National Center for School Mental Health at the University of Maryland. |
| 2017 | The Council for Elementary and Secondary Education endorsed RI SEL Standards: Competencies for School and Life Success (English and Spanish). |
| 2018 | Governor Gina Raimondo's issues Executive Orders on Mental Health and Opioids. |
| 2018 | RIDE is awarded SAMHSA Project AWARE and USDOE School Climate Transformation Grant. |
| 2019 | RI is one of five states accepted into the National Quality Initiative School Health Services CoIIN project to implement improvement and implementation science to develop comprehensive school mental health programs. |
| 2020 | RIDE releases, In Pursuit of Excellence: A Report on the State of Education in RI. Three statewide goals are described including: recruit and growing world class talent; promote excellence in learning across RI; and build and nurture fully engaged communities. |
| 2021 | RIDE Learning, Equity & Accelerated Pathways (LEAP) Task Force was created with the focus on academic and SEL instructional time lost. |
| 2021 | The Nathan Bruno and Jason Flatts Act was passed to require the training of teachers, students, and school personnel regarding suicide awareness and prevention, and the establishment of a conflict resolution process between teachers or school personnel and teachers. It requires each district to develop and adopt a student suicide prevention policy including prevention, intervention, and postvention. |
| 2022 | The Trauma Informed Services Act was passed requiring schools to use a multi-tiered system of support framework to establish and implement trauma-informed practices within all schools throughout the state. |

RIDE has been implementing a MTSS framework for these efforts overall. MTSS is a framework for school improvement to ensure that all students are supported for meeting academic, behavioral, and social-emotional outcomes. There are three tiers to this approach. Tier 1: All students have equitable access to strong, effective core instruction using high quality curriculum and differentiated instructional practices. Tier 2: Students with academic and or

behavioral health needs have access to evidence-based group interventions; and Tier 3: Students who need it have access to intensive, evidence-based interventions (BRIDGE RI, 2022). Once COVID 19 pandemic, mental health supports are essential to support children and families in this abrupt change and evolving transition. It is important to acknowledge the trauma that this crisis has created for all of us, practice self-care and to support the needs of our populations most at need. RI has made substantial investments in addressing the need for multi-tiered interventions to improve school climate and support student's social and emotional needs for many years through state and federal grants and formula funds. This has included investments through:

- Positive Behavior Intervention and Supports Initiative (12 years)

- Multi-Tiered Systems of Support (8 years)

- Response to Intervention (7 years)

As well as several partnership initiatives:

- National Center for Intensive Intervention –Advanced Implementation State (8 years)

- National Center for Systemic Improvement (6 years)

- Center for School Mental Health School Health Services National Quality Initiative (4 years)

- CASEL Collaborating States' Initiative (4 years)

Although there has been a substantial commitment by state leaders, many of these initiatives have lacked a centralized and coordinated approach through RIDE. In 2017, through the development of the State Systemic Improvement Plan required under the US Department of Education (USDOE), Office of Special Education Programs infrastructure analysis; RIDE concluded that infrastructure changes at the state agency level would substantially improve the implementation of tiered-interventions in schools throughout the state. In the four short years

since RIDE received the USDOE and SAMHSA grants funds, we have made strides in building

mental health supports. Some key highlights include:

- engaged 18 schools across 12 districts in the USDOE and SAMHSA grant work;

- established MTSS as the foundation for data driven decision making and changing adult

  professional practices; engaged state and local partners with SAMHSA Performance

  Indicators which included 7 district policy changes to support mental health in schools;

- trained over 1,600 faculty, staff and community partners in mental health literacy and

  finalized close to 20 MOUs for joint work in supporting students and families;

- informed policy recommendations for Governor Raimondo; developed School Climate

  Transformation Network and trained over 100 SCT participants in improvement and

  implementation science methodology;

-  convened 8 Learning Network & Data Support convenings and 38 individual school

  SCT coaching visits:

- placed 24 school based mental health interns in interdisciplinary in pilot school districts;

  and,

- established collaborative relationships with OSEP National Technical Assistance Centers.

**Project goals & objectives**

These accomplishments and infrastructure will provide a firm foundation to pursue and achieve

the following goals and objectives:

| Goal 1: | By 2027, RIDE and its partners will increase the number of qualified providers in four pilot LEAs with demonstrated need by 10% each year over the period of the grant. |
|---|---|
| Objective 1.1 | By February 2022, convene the project management teams under the auspices of the School Health Advisory Council and meet monthly throughout the life of the grant award. |
| Objective 1.2 | By October 2023, recruitment plans, including strategies such as student loan repayment, promoting cross state licensing, certification reciprocity, hiring |

|  | incentives, and the creation of hybrid roles that allow for leadership opportunities, will be developed to increase the number of qualified school counselors, school social workers, school psychologists and other mental health professionals. |
|---|---|
| **Objective 1.3** | By October 2023, retention plans including strategies such as career pathways, recognition and award programs mentorship programs and student loan repayment, will be developed to increase the number of qualified school counselors, school social workers, school psychologists and other mental health professionals. |
| **Objective 1.4** | By October 2023, strengthen the policy environment and evidence based best practices to support qualified school based mental health providers in telemedicine within Medicaid and private health insurance providers. |
| **Objective 1.5** | By October 2023, develop a respecialization plan that promotes readiness of service providers who already have training as social workers, counselors or psychologist to support the incremental training needed to serve in LEAs with demonstrated need and continue to build on the interdisciplinary behavioral health teams in Cohort 1. |
| **Goal 2:** | By 2027, build capacity for supporting the sustained and broad-scale implementation with fidelity of a MTSS framework including Bridge RI MTSS Modules, evidence based practices at Tiers 2 and 3, and trauma informed care, by LEAs including mental health service providers to meet the needs of children and families served by the district. |
| **Objective 2.1** | By March 2023, plans and processes will be in place to describe how project funds will be used by LEAs to expand and not duplicate the number of mental health service providers in each LEA. |
| **Objective 2.2** | By February 2023, systems and processes will be in place to track GPRA measures indicating the extent to which project funds have expanded access to mental health service providers in schools, supplementing and not supplanting existing funds. |
| **Objective 2.3** | By June 2023, each LEA will have completed the National Center on School Mental Health's SHAPE assessments to help determine the current landscape of mental health services and inform plans moving forward to meet the needs of the district and each individual school within the districts. |
| **Objective 2.4** | By June 2023, develop a guidance document for schools on the provision of telehealth services including the federal and state legal; frameworks e.g. IDEA, HIPPA, and FERPA, including practices that protect personally identifiable information, the identification of technology platforms and plans for collection, maintenance and use for sharing of any student data. |
| **Objective 2.5** | By June 2023, continue to improve the quality, accessibility, and usefulness of statewide data collection and analysis for the purposes related to the State's strategies for improving school climate including activities supported by USDOE Title IV Part A funds. |
| **Objective 2.6** | By March 2023, convene both USDOE SBMH Cohort 1 and Cohort 2 LEA's to create synergy and learning across districts. |

AR001388

| Goal 3: | By 2027, develop professional preparation, continuing education and certification pathways to increase the number of mental health service providers credentialed and certified to work in k-12 schools. |
|---|---|
| Objective 3.1 | By October 2023, encourage practicing school based mental health providers to reach out to other related professionals about the benefits of respecialization in school based mental health work through a campaign. |
| Objective 3.2 | By September 2023, offer flexible options for completing trainings that enable professionals to meet new State certification/credentialing requirements and expand professional development opportunities. |
| Objective 3.3 | By January 2023 continue to leverage technological innovation including online and distance learning to increase accessibility of training programs to increase the number of qualified mental health service providers. |
| Objective 3.4 | By September 2023, explore a certificate program to support respecialization of community-based service providers to work in schools. |
| Objective 3.5 | By October 2023, implement field placement program to place graduate students in the districts to provide service that include hiring incentives upon successful completion. |
| Objective 3.6 | By September 2024, partner with RIDOH to align on professional learning requirements for school social workers across state departments and to include school psychologists as a RIDOH health professional certification. |
| Goal 4: | By 2027, increase the number of diverse mental health service providers in schools to reflect the student population. |
| Objective 4.1 | By January 2023, contact the various local affinity professional organizations, such as the Latino Mental Health Institute of RI to establish partnership between RIDE and the organizations |
| Objective 4.2 | By June 2023, use recruitment strategies to attract diverse applicants such as diversifying where job postings are located, offering student loan repayment, bilingual stipends, and relocation stipends. |
| Objective 4.3 | By June 2023, continue to build the partnership with RIC and engage partners who are engaged in the behavioral health workforce with a focus on DEI. |
| Objective 4.4 | By June 2030, continue to work with RIDE Office of College & Career Readiness, RI Labor Board, and interested districts to establish high school pathways for mental health careers. |

**Management Plan and Adequacy of Resources**

The State of RI, and RIDE specifically have been focused on systemically on the behavioral health needs of children in the state. There is a long-standing recognition that the behavioral health system is fragmented. According to the work of the *National Center for School Mental Health, Advancing School Mental Health: Guidance from the Field*, students are six times more likely to complete evidence-based treatment of mental health problems when it is

offered in schools as opposed to other community settings. Students face barriers to receive mental health treatment outside of schools including: lack of insurance, lack of transportation, stigma around mental health, youth's work and childcare responsibilities, and parent's work schedules, and/or mistrust of mental health providers. Because of these challenges, schools are uniquely positioned to provide mental health services to students.

RIDE's commitment to mental health was memorialized in its strategic plan entitled: *2020 Vision for Education: RI's Strategic Plan for PK-12 & Adult Education*. Developed by a community-based team of stakeholders with broad community input, the plan recognized the urgency of supporting student mental health as an imperative for academic achievement. The Governor's Executive Orders on mental health and opioids resulted in the development of plans to connect and unify state agencies' efforts to improve and strengthen the infrastructure for youth mental health services. There is great potential for sustaining the project once the federal funding has ended. RIDE's use of the MTSS framework ensure that this effort will be incorporated into the ongoing programs of RIDE and that this work will be incorporated into RIDE's overall strategy to support student mental health. Communication and evaluation strategies related to program goals and objectives as well as GPRA measures will be key in promoting understanding of the role of mental health in supporting student academic success among local, state, and federal policymakers and stakeholders.

In early Fall 2022, the Executive Office of Health and Human Services (EOHHS) contacted RIDE with an opportunity to expand Medicaid reimbursement in schools. According to EOHSS, RI can increase federal Medicaid reimbursement for school-based services under current state law and federal regulations. Doing so will provide additional funding to LEA's and expand the physical and behavioral health services provided to Medicaid students in school. In

2014, CMS (Centers for Medicare and Medicaid Services) reversed the 'free care' policy which previously prohibited federal Medicaid reimbursement for:

- Services provided free of charge, like vision screening

- Medicaid covered services provided to students that are no included in an IEP/504 plan

In 2021, the relevant RI General Law (RIGL 40-8-18) was updated giving EOHSS and RIDE authority to determine what services are "eligible for federal Medicaid reimbursement" with the goal of "recouping the maximum amount of administrative costs associated with the services".  This will increase the expansion of Medicaid reimbursement for behavioral health services in schools.

Project Management Plan

RIDE presently convenes a School Health Advisory Council (SHAC) to include the RI Department of Children, Youth and Families, the State's children's mental health agency; Behavioral Health, Developmental Disabilities and Hospitals; Health; and the Executive Office of Health and Human Services, RI Parent Information Network, Bradley Hospital, Community mental health centers, and other local community-based organizations related to behavioral health, along with representatives of the LEA's diverse communities. At the state and district levels, the proposed project will develop and provide policies, protocols and procedures, to direct both federal and state resources to integrate the evidence-based practices already being implemented along with strategic identification of new policies and programs to support mental health for school-age youth. RIDE has used the SHAC to connect efforts across federally funded grant programs through a MTSS umbrella. The work of this project will be under the auspices of the SHAC. However, to achieve specific goals, objectives, and deliverables, RIDE will convene a project management team, comprised of the four LEAs, RI College and RI Student Assistance

Services, school based mental health service provider professional associations, and USDOE SBMH Cohort 1 districts to direct the work of this project. This team will meet quarterly as part of the SHAC. RIDE is in a strong position to lead this work and partner with the USDOE in ensuring that all RI policies, programs and practices reflect an understanding of the links between academic achievement and MTSS as appropriate.

RI's proposed project will be an expansion of the FY20 USDOE School Based Mental Health Services Grant. RI's project will take advantage of the confluence of statewide educational redesign and the re-engineering of the system of care for children with or at risk for behavioral health, child welfare and juvenile justice involvement. The proposed project will create, in four districts, a platform that facilitates a closer relationship between state and local implementation of policies and programs supporting the development of integrated systems that facilitate access to school based mental health providers, create safe and respectful environments for learning and promoting the mental health of school-aged youth. The State and local partners, via the SHAC, will collectively impact the challenges and factors that contribute to mental health problems. The SHAC will identify assets and opportunities to support positive mental health, and social and emotional development across the lifespan to ensure that school prevention and intervention programs and services are linked to existing resources and new capacity to support students is created.

RI Institute for Education in Healthcare: RI College's Institute for Education in Healthcare (IEH) was formed in 2016 to build partnerships across higher education, health and behavioral healthcare industry partners, community organizations, and consumer groups. Since its creation six years ago, the IEH has supported multiple grants to support workforce development and augmentation of the knowledge and skills of RI's behavioral health workforce,

AR001392

including the first USDOE School Based Mental Health Services Grant. The IEH brings its expertise in conducting multi-level assessments, developing training and certification pathways, and strengthening the workforce through a higher education career pathway and the upskilling of the incumbent workforce. The IEH's extensive experience in developing and delivering specialized training to fortify RI's behavioral health competencies for graduate students and staff across the care continuum, including insurer partners, is a resource for this grant. The Institute's partnerships with faculty from the College's graduate programs in Counseling, School Psychology, and Social Work are critical to expanding relationships with schools, enhancing the preparation of graduate students, and informing specialized training and placement of licensed clinicians in targeted schools. The College's School Psychology program offers a platform for supporting practicum and professional development opportunities. Furthermore, as the source of the majority of RI's licensed clinicians, the College's alumni represent a valuable resource for respecialization and the augmentation of a behavioral health workforce prepared to respond to unmet behavioral health needs in today's schools.

The IEH is eager to continue to use its skills and resources to engage the SHAC and the grant's project management team to inform a needs assessment and intervention plan. With the current USDOE School Based Mental Health Professionals Services Grant, the IEH created and continues to pilot new school-based course work and practicum options within its graduate programs across related disciplines. In the 2022 school year, there are currently 24 graduate students placed in pilot districts, including 5 mental health counseling students. With the current USDOE SBMH grant, the IEH has started research on the efficacy of Licensed Mental Health Counselors in schools. The IEH currently coordinates the work with graduate students and licensed clinicians while supporting all aspects of the project's evaluation. Evaluation includes

22

AR001393

but is not limited to (1) evaluation of training/courses, (2) documentation of workforce specialization, growth, and retention of new providers, (3) the augmentation of school-based services, (4) student well-being outcomes, and the steps necessary to achieve fiscal and programmatic sustainability through private and public insurer support. The Institute for Education in Healthcare is excited to continue its partnership with RIDE on this important grant opportunity to expand to four more districts.

In addition, this project will place an emphasis on DEI and the recruitment of SBMH providers who reflect the communities they serve or who are from the communities they serve. This will be accomplished by partnering with various local affinity group organizations such as the Latino Mental Health Professionals Institute of RI and the Equity Institute. The Equity Insitute, in partnership with College Unbound, has an Educator Pathway Program that recruits BIPOC education professionals (teacher's assistants, paraprofessionals, etc.) and places them in a Bachelor's program to receive a teaching certificate. RIDE will partner with these organizations for the diversification of the SBMH workforce.

Data Management Plan

RIDE has effective and sophisticated protocols for collection, cleaning, managing and storing data sets in the Statewide Longitudinal Data System which already includes YRBS, Profiles, SurveyWorks, and a broad array of schools/district level indicators such as chronic absenteeism, academic achievement, and other measures related to this work. RIDE has a Data Governance Board which oversees a combination of policies, organizational roles and responsibilities, committee and team charters, and job descriptions that collectively describe how decisions are made, monitored, and enforced regarding the management of the RIDE's data. Dr. Reilly-Chammat serves on the data governance board.

23

**Performance and Evaluation Measures and Related Goals and Data Sources**

| USDOE Performance Measures | Goals | Data Source | Reporting |
|---|---|---|---|
| The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant | 1, 3 | LEA HR records, RIDE Certification Data, RIC Program Data/Student Interns, Qualitative Surveys, recruitment, retention and respecialization strategies, PD/TA records | Bi-annually |
| The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant | 1, 3 | LEA HR data, RIDE Certification Data, Qualitative Surveys, recruitment, retention and respecialization strategies, PD/TA records | Bi-annually |
| The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio | 1, 3 | LEA data, Professional Associations recommendations | Annually |
| The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant | 1, 3 | LEA HR historical data, RIDE certification data, efficacy of recruitment, retention and respecialization strategies, PD/TA records | Annually |
| The total number of students who received school-based mental health services as a result of the grant | 1, 2, 3 | LEA historical data | Annually |
| The number of grantees that met with goal of increasing the diversity of school-based mental health services providers | 4 | LEA data | Annually |

PR/Award # S184H220120
Page e40

AR001395

**Rhode Island Department of Elementary and Secondary Education**
School Based Mental Health Services Grant Program

**Table of Contents**

**Project Narrative**                                                        **Page**

a.  Introduction                                                        1
b.  Need for the Project                                                2
c.  Quality of Project Personnel                                        12
d.  Quality of the Project Design and Project Services                  14
e.  Project Goals & Objectives                                          16
f.  Management Plan and Adequacy of Resources                           18

**Budget Narratives**

a.  Year 1                                                              25
b.  Budget Narrative Summary Years 2-5
c.  Indirect Cost Agreement

**Appendices**

a.  CVs of Key Personnel
b.  Logic Model
c.  Letters of Support
d.  References

AR001396

**J. DAVID SIENKO**
**86 Chapin Avenue**
**Warwick, Rhode Island 02889**
**(401) 738-0084 (H)**
**(401) 580-1468 (C)**

**Career Objective**:  A leadership position dedicated to the improvement of education systems with the opportunity to further develop communication, organization, and leadership skills in the public or private sector.

**Education**:    M.A., Rhode Island College, Providence, Rhode Island, May 1991. Independent Study:  Transition of Special Education Students to Adult Supports/Administration.  Full Graduate Assistantship, September 1988 to May 1991.

B.S., University of Rhode Island, Kingston, Rhode Island, May 1982.

**Experience**:

| | |
|---|---|
| **10/10 – present** | Director, Office of Student, Community, and Academic Supports, Rhode Island Department of Elementary and Secondary Education, Providence, Rhode Island. |

Responsible for leading, managing, and providing technical assistance to district and school personnel and parents to ensure that all children -- especially those with disabilities, learning English as a second language, and students living in poverty; are instructed by well-prepared teachers using proven methods. Responsible for leading the state initiative on achievement gap closure using all tools including federal funding, state policy and regulations, and community and parent partnerships. Responsible for ensuring state compliance with all federal regulations associated with Title I, Title III, and IDEA. Facilitates, directs, coordinates and assesses the work of professional, technical, contractual, and support staff. Work is reviewed in process, as necessary, and upon completion for achievement of desired results and on collaborative processes used in achieving results.

| | |
|---|---|
| **1/01 – 10/10** | Educational Specialist, Rhode Island Department of Elementary and Secondary Education, Office for Student, Community and Academic Supports, Providence, Rhode Island. |

Statewide coordinator of secondary transition compliance and program development for students age 14 to 21.  Provide direct technical assistance to assigned school districts on all aspects of special education and state education reform initiatives. Lead the development of innovative programs to address the needs of diverse learners. Develop public and USDOE reporting on state performance indicators and lead improvements in dropout prevention, improving graduation rates, implementing effective student transition planning practices and collecting and reporting post-school outcome data for students with disabilities. Serve as office liaison for the development and implementation of the RI Middle and High

School Regulations. Chair the State Transition Council and serve as Department representative on multiple interagency committees and initiatives.

**7/96 – 12/10**    Adjunct Faculty, Rhode Island College, Providence, Rhode Island.

Special Education instructor in *Vocational and Career Preparation for Secondary Special Education Students*. Teach graduate and undergraduate students in transition assessment, planning and career preparation of students receiving special education services.

**11/94 – 1/01**    Grant Administrator, Rhode Island Transition, Independence, Employment, (RITIE) and Rhode Island Supported Employment Partnership Project, Sherlock Center on Disabilities, Rhode Island College, Providence, Rhode Island.

Administer all operations of Federal Systems Change grants. Coordinate activities with volunteer advisory boards and direct project staff.  Develop training for professionals, families, students and adults with disabilities. Provide technical assistance
and publish products and research results.  Ultimately, influence qualitative statewide improvements in secondary transition and supported employment access and services.

**12/91 – 11/94**    Assistant Day Program Director, Blackstone Valley Chapter Arc, Pawtucket, Rhode Island.

Assist in the administration of all day program services for an agency serving 285 individuals.  Responsible for the supervision of Program Directors and clinical staff in the implementation of individual service plans, education plans and treatment plans.  Manage all fiscal, facility and personnel operations.  Coordinate departmental communication and inter-agency coordination.  Supported employment staff training coordinator and staff training program facilitator.

**12/90 – 12/91**    Day Program Director, Blackstone Valley Chapter Arc, Pawtucket, Rhode Island.

Direct Administration of all day program services prior to restructuring of Day Program which resulted in the new position of Assistant Day Program Director.

**1/87 – 12/90**    Director of Vocational Programs, Blackstone Valley Chapter Arc, Pawtucket, Rhode Island.

Administration of the Vocational Program serving 190 individuals. Program development emphasized integrated employment experiences as part of comprehensive planning for transition aged youth and adults. Successfully matched 130 individuals with employment opportunities. Responsible for program planning and development, fiscal and operational

AR001398

administration and personnel management.  Pioneered the creation of a school to work transition program to assist students in developing employment opportunities prior to graduation.

| | |
|---|---|
| 2/85 – 1/87 | Alternate Program Manager, Blackstone Valley Chapter Arc, Pawtucket, Rhode Island. |

Responsible for the management of vocational training programs in landscaping and building maintenance.  Coordination of educational programming, instruction and evaluation for thirty students.  Supervision of staff and all administrative functions of the program.

| | |
|---|---|
| 5/84 – 2/85 | Vocational Supervisor, Blackstone Valley Chapter Arc, Pawtucket, Rhode Island. |

Responsible for the daily support of individuals in vocational routines and activities.  Completed programming as a member of the planning team.

**Grants/Awards**: Promising Practices recognition from the Rehabilitation Services Administration, US Department of Education for Transition Aged Youth, 2007. *Statewide Partnerships Leveraging Resources and Maximizing Access to Services for Transitioning Youths*; a partnership between the RI Office of Rehabilitation Services and the RI Department of Education.

Promising Practices Award for Transitional Services from The New England Rehabilitation Network.  Awarded 1990 to the Blackstone Valley Chapter Arc/Pawtucket School Department Transition Project.

Vocational Assessment for Students in the Transitional Years (grant).  Awarded 9/93 from the Rhode Island Developmental Disabilities Council.  Resulted in the development of a vocational assessment process to be utilized in planning for vocational outcomes upon graduation for youth with developmental disabilities.

George Moore Award, RI Rehabilitation Association for dedication to employment for people with disabilities, 2002.

**Publications**: Environmentally Referenced Vocational Evaluation (ERVE), Sherlock Center on Disabilities, Rhode Island College, 1994

Transition Resource Directory, Sherlock Center on Disabilities, Rhode Island College, 2002

Supervised publication of:
Employment Resources & Planning
College Resources & Planning

J. David Sienko

AR001399

Living & Participating in Your Community
Secondary Transition Guides for Students, Sherlock Center on
Disabilities, Rhode Island College, 2002

Supervised publication of quarterly newsletters:
 The Works (94-97)
 RI Transitions (97-2001)
 College Link (97-2001)
Sherlock Center on Disabilities, Rhode Island College

**Affiliations**:

RI Special Education Advisory Committee, former member.
RI Rehabilitation Advisory Committee, past Chair.
Sierra Club, RI Chapter, past chairperson.

**References**:   Promptly furnished upon request.

J. David Sienko

AR001400

October 2021

**ROSEMARY C. REILLY-CHAMMAT**
9 Stagecoach Road
Cumberland, R.I. 02864
(401) 222-8951 (Business phone)
(401) 651-4658 (Mobile phone)
rosemary.reilly-chammat@ride.ri.gov (Business email)
rosemaryrc@cox.net (Home email)

| | |
|---|---|
| EDUCATION | Johnson & Wales University, May 2008, Ed.D. Education Leadership, with distinction.<br>Johnson & Wales University, May 2007, CAGS, Education Leadership<br>University of Rhode Island, August 1988, Master Degree, Public Administration<br>Rhode Island College, January 1983, Bachelor of Science, Health Education |
| PROFESSIONAL LICENSURE AND CERTIFICATION | Curriculum Director, PK-12 Building Administrator and PK-12 Health Education State of RI #49122<br><br>**Rhode Island Department of Education, November 2012-present.** |
| WORK EXPERIENCE | **Assistant Director School Health and Extended Learning- July 2022.**<br>Supervise a staff of 5. Provide vision and oversight to school health, behavioral health, extended learning, and Americorp initiatives. |

Research and analyze federal priorities related to social emotional learning and behavioral health and align with RIDE priorities to inform strategic efforts to support children's behavioral a health and social/emotional learning via a multi-tiered system of supports framework. Secured 32 million in competitive grant funding since 2018. Quadrupled the number of staff positions and provide leadership, program management and support across five federal grants from three federal agencies. Responsible for program reporting, budgeting, evaluation. Partner with sister state agencies on efforts to build a system of care for children's behavioral health to grow and sustain grant efforts. Provide leadership to RIDE school health efforts including informing policy, practices and procedures in the Rules and Regulations for School Health Programs. Administer the Annual School Health Report each year to every LEA and private school in the state. Review school health related legislation to inform the regulations and report to ensure both contain the most up to date mandates and statutory requirements.

Provide strategic plans and directions including funding and operations for school health, behavioral health, and community school/COZ efforts.

Serve as the Project Director of USDOE's School Based Mental Health Capacity grant, awarded 2020, to support district level capacity for behavioral health services.

Serve as the Project Director for two SAMHSA's Project AWARE awards in 2018 and 2021, providing behavioral health services in Providence, Pawtucket and Woonsocket. Work with variety of stakeholders across state government and the community to analyze systems issues that facilitate or create barriers to access to behavioral health services for youth and families.

Leveraged SAMHSA funds to support the revision of the RI Health Education Framework and align with national standards, research, and best practices.

Serve as the Project Director for USDOE's School Climate Transformation Grant, awarded 2018, to work with selected schools on addressing academic equity gaps that can be addressed with academic and behavioral interventions.

Serve as the Project Director for the CDC's School Based Surveillance efforts including Youth Risk Behavioral Survey and School Health Profiles. Manage the online biannual administration of School Health Profiles online.

Collaborate with the RI Department of Health on a CDC public health workforce capacity award to support youth mental health awareness and support for adults serving youth.

Provide technical assistance and support to schools and communities to implement integrated health, education, social services, and extended learning as a strategy to improve student achievement via COZ and RI Partnership for Community Schools Initiatives. Lead evaluation efforts on the efficacy and effectiveness of the Community School model to support academic achievement including chronic absenteeism, school readiness and summer learning loss.

Serve as a Project Manager in Logistics and Operations as part of RIDE's COVID 19 response efforts. (2020)

Lead statewide efforts to support CDC funded school-based prevention of HIV, STD, Teen Pregnancy. (2012-2018) and support healthy youth development with an emphasis on exemplary sexual health education, access to sexual health services, safe and supportive environments with attention to the needs of LGBTQQ youth, overarching policies and key partnerships including leadership of the School Health Advisory Council to plan, implement and evaluate statewide activities. Effectively positioned Rhode Island as a national leader in this work. Developed the RI Guidance to Support Transgender and Gender Nonconforming Students which become a Commissioner's regulation.

Analyze data and gather evidence to create communications products that describe key program and policy issues and provide a framework for consensus building and shared action steps at the state, district, and school levels to support exemplary sexual health education, access to health services, safe and supportive environment and overarching policy.

Responsible for policy and curricula related TA and professional development to schools, districts, and community agencies on HIV/STD prevention, sexuality, and family life in health education.

Ensure Rhode Island educators have access to all resources and supports offered by National nongovernmental organizations affiliated with federal projects.

Develop and facilitate online professional development on standards-based HIV/AIDS, Family Life, and Sexuality curricula including safe school environments with an emphasis on effective instructional strategies and assessments.

Provide technical assistance to teachers, parents, school districts, and other state agencies regarding HIV/AIDS/Sexuality/Family Life/School Environmental issues with an emphasis on curriculum, instruction, and assessment.

**Rhode Island Department of Health, 1986-2012. Most recent experience 2000-2012.**

Provide statewide leadership, strategic planning, policy development and coordination for Adolescent Health, among community, school, and state stakeholders, and participation in statewide efforts including: AIDS/HIV Prevention Workgroup, LGBTQQ Taskforce, HIV Materials Review Committee, Suicide Prevention Subcommittee, YRBS Advisory Committee, health education and physical education frameworks and assessments, RI Healthy Schools Coalition, District Health and Wellness Subcommittees, co-editor of thrive report, Asthma in Schools Committee, Diabetes in Schools Committee, and other aspects of coordinated school health programs.

Lead statewide initiative to support evidence-based curriculum approaches for teen pregnancy prevention including youth development, HIV/AIDS and STD prevention, Family Life and Sexuality Education, contract management with nine local implementation partners and a statewide professional development partner.

Provide leadership support to the State Title V Director for the Maternal and Child Health Block Grant, the largest source of state directed federal funding to public health departments for a total of $1.8 million per year.

Lead and support community-based efforts to establish medical homes for adolescents and develop sustainable linkages among people and organizations working on behalf of adolescents.

Lead a pilot effort on a public health approach to support mental health in schools.

Co-lead statewide effort to provide H1N1 vaccine in schools resulting in a 77% vaccine rate among youth, the highest rate nationally, 2009-2010.

Lead RI Department of Health, department wide efforts to coordinate policies and programs to enhance the health of school aged children including oversight of the Rules and Regulations for School Health Programs.

Lead efforts to support District Health and Wellness Subcommittees including the development of a toolkit, professional development and technical assistance for local School Committees.

Facilitate online professional development on coordinated school health programs through RIDE's e-academy, 2005-2008.

Lead the development and expansion of school-based health centers in Rhode Island's urban communities. Staffed a RI Senate Commission to Study School Based Health Centers. Successfully advanced state support for $525,000 to support seven school-based health centers, 2000-2007. Chairperson for the National Assembly on School Based Health Care Convention with 779 participants, held in Providence, RI June 2005.

Review, evaluate, and recommend allocation of fiscal and human resources.

Prepare and disseminate reports on programmatic activities to policy makers and other organizations as necessary.

Additional assignments including, participation on a hospital merger review team to certify inclusion of legal and financial documentation required by State law. Manage tobacco control program disparities initiative, mini grants for youth and the development of a training and technical assistance plan. 2007-2009.

**AWARDS and RECOGNITION**

American School Health Association Fellow Award, 2021.

Featured as a Weekend Warrior, by Sojourner House, for people working toward social justice. November 2013.

Selected by RIASCD to represent Rhode Island's work on the Whole Child to Rhode Island's congressional delegation and invited to introduce Rhode Island's Senior Senator Jack Reed for his keynote address to ASCD members in the Kennedy Senate Caucus Room, Washington, D.C. January, 2011.

States of Rhode Island Governor's Wellness Award with the RI Department of Education for thrive, Rhode Island's Coordinated School Health Program Website, 2009.

Metropolitan Career and Technical School, Building Healthy Schools, One Student at a Time Recognition Award, 2005.

Ambassador Award, Providence Warwick Convention and Visitors Bureau, 2003.

Robert Wood Johnson Foundation, Making the Grade Program Appreciation Award, 2000.

RI Association for Health, Physical Education, Recreation, and Dance, President's Award, 1988, Presidential Citation, 1991.

RI Council on Alcoholism and Other Drug Dependencies, NCAADD Appreciation Award, 1991.

**ACADEMIC APPOINTMENTS**

Adjunct Faculty, University of RI, 2016-present.
Adjunct Faculty, RI College, 2010, 2014-present.
Adjunct Faculty, Providence College Spring 2013.

**OTHER APPOINTMENTS**

President Society of State Leaders for Health and Physical Education 2019-2021
President of the RI ASCD, Board member since 2008, Chair the RIASCD whole child affiliate work, applied for and awarded influence grants totaling $20,000.
Appointed to ASCD National Legislative Committee to frame ASCD's positions on educational issues using the whole child as a framework for recommendations and policy. Successfully transitioned the organization with a new Executive Director.

American School Health Association, Research and Publications Committee 2016-present.

Founding member, RI Partnership for Community Schools, 2010.

Board Member, RI Public Health Institute, 2008- 2015.

Member, American Educational Research Association, national and northeastern affiliate, 2007-2013. Serve as a peer reviewer and discussant.

Member, National Assembly on School Based Health Care, 1994 - 2007. Chair of the NASBHC meeting held in Providence, Rhode Island, 2005.

Rhode Island Department of Health Representative for Centers for Disease Prevention and Control, Coordinated School Health Programs 1993-1997 and 2002-2008.

Member, RI Association for Health, Physical Education, Recreation, and Dance, 1983-1996 and 2006-present. Vice President for Health, 1988-1989.

Member, RI Council on Alcoholism and Other Drug Dependencies, Public Education Committee Member, 1988-1992.

| | |
|---|---|
| **BOOK CHAPTER** | *Health in the United States,* with Adams, S. (2019) Book chapter in Family and Community Health; A Developmental Approach, by Adams, S. and Feldstein Ewing, S. Cognella Inc. |
| **ORIGINAL PUBLICATIONS IN PEER-REVIEWED JOURNALS** | *Improving Practice: Giving Voice to the Experiences of Sexual Health Education Teachers,* with Carol Cumming, Ph.D., and Christine Fisher, Ph.D., Health Education Journal, Sage Journal, 2021, August. |

*Using Latent Class Analysis to Profile Risk Behaviors Among Sexual Minority Students.* with Jiang Y, Mermin J, Cooper T, Viner-Brown S.  Journal of Behavioral Health. 2018; 7(4): 193-203.

*Disparities in Health Risk Behaviors and Health Conditions Among Sexual Minority and Unsure Students: Rhode Island High School Youth Risk Behavior Survey, 2007-2015,* with Yonwen Jiang, Ph.D., Tara Cooper, MPH, and Samara Viner Brown, MS, Journal of School Health. 2018 Nov;88(11):803-812.

*Sexual Risk Behavior and Contraceptive Use Among Rhode Island Adolescents,* with Hanna Kim, Ph.D. and Tricia Washburn, BS., Medicine and Health Rhode Island, April 2011.

*thrive and the Whole Child*, with Midge Sabatini, Ed.D., The Leading Edge Journal of the RI Association for Supervision and Curriculum Development. Vol. 3 Fall 2009.

*Health Practices and Self-Efficacy of Rhode Island Secondary School Principals*, UMI Dissertation Publishing, May, 2008.

*Managing Asthma in Rhode Island Schools*, with Ann Kelsey Thacher, MS, Medicine and Health Rhode Island, Vol. 82(5), May, 1999.

*Why We Need School Based Health Centers in Rhode Island*, Medicine and Health Rhode Island, Vol. 82(11), November, 1999.

*Comprehensive Health Education, It Works!*, Annual Journal of the Rhode Island Association of Health, Physical Education, Recreation and Dance, 1989.

ABSTRACTS

*Improving Practice: Giving Voice to the Experiences of Sexual Health Education Teachers, with Carol Cumming, Ph.D., and Christine Fisher, Ph.D.,* Poster, American School Health Association Conference, July, 2021.

*Building State Capacity for MTSS for School Improvement, with Samantha Brinz and Kristen Petrarca, 18th Annual APBS Conference, March 2021.*

*Building Indispensable Professional Development for Sexual Health Education* with C. Cummings, C Fisher and L. Hoopis at the 2017 National Sex Ed Conference. Atlantic City, NJ.

*Let's Talk about Sexuality Education!,* with C. Cummings and C. Fisher, at the 2017 SHAPE America National Conference, Society for Health and Physical Education, Boston, MA.

*Creating a Professional Development System for School Based Sexual Health Education: Connecting Data, Resources and Assets,* with L. Dils,  N. Slotterback and MB Szydlowski  and *Using School Health Advisory Councils to Promote and Sustain High Quality Sexual Health Education* with R. Miller, V. Sedivy, and MB Szydlowki at the 2016 HHS Teen Pregnancy Prevention Grantee conference, Connecting the Dots: Collaborating to Achieve Lasting Impacts for Youth.

*The Respect Workshop: Preventing Health Risks and Promoting Healthy Outcomes among LGBTQ Students*- Poster with L. Rosenbaum and J. Sharp at the 2016 HHS Teen Pregnancy Prevention Grantee conference, Connecting the Dots: Collaborating to Achieve Lasting Impacts for Youth.

*Best Practices for Serving Transgender and Gender Non-Conforming Students,* with Kerri Kanelos, RI School Counselor Association Annual Conference, Warwick, RI October 2015.

*Whole Child: A Lens for Recognizing and Celebrating Great Schools*, Rhode Island Whole Child Education in Action Conference, Learning First Alliance, RI, East Greenwich, RI, August, 2015.

*Social and Emotional Learning: The Foundation for Lifelong Sexual Health* at the 2014 Teen Pregnancy Prevention Grantee Conference, Bridging the Gaps: Eliminating Disparities in Teen Pregnancy and Sexual Health, Washington, D.C., June 2014.

*Youth Participatory Action Research*, with Cynthia Robert, et. al. at the 2010 Statewide After School Conference, Providence, RI, December, 2010.

*Health Practices and Self Efficacy of Principals: Implications for Policy and Practice,* with Ralph Jasparro, Ph.D., paper accepted for presentation at the American Education Research Association Annual Meeting San Diego, CA, April, 2009.

*Youth Development as a Framework for Health Promotion in Afterschool Programming*, with Margaret Sabatini, Ed.D, at the 2008 Statewide Afterschool Conference: Investing in Children and Youth: Building Our Future, Providence, RI, October, 2008.

*Health Practices and Self-Efficacy of Rhode Island Secondary School Principals*, with Ralph Jasparro, Ph.D., paper accepted for presentation at the Northeastern Educational Research Association Conference, Hartford, CT, October, 2008.

*District Health and Wellness Subcommittees-Vehicles for Moving Beyond Local Wellness Policies*, with Jan Mermin, at the Centers For Disease Control and Prevention Division of Adolescent and School Health Funded Partners Meeting, Atlanta GA, April, 2007.

*How to Use Your Youth Risk Behavior Survey Data*, with Jan Mermin, at the Centers For Disease Control and Prevention Division of Adolescent and School Health Funded Partners Meeting, Atlanta GA, April, 2007.

*Building Viable Programs: Why Policy Matters* at the National Assembly on School Based Health Care, Providence, RI, June, 2005.

*Challenges for Improving SBHC Monitoring and Reporting Capacity*, with Alvaro Tinajero, M.D., and Tricia Washburn, B.S., at the National Assembly on School Based Health Care Conference, Providence, RI, June, 2005.

*Developing Indicators for School Based Health Care Programs*, with Alvaro Tinajero, MD, National Assembly on School Based Health Care Conference June, 2001.

*Where is the School in School-Based Health Centers?,* National Assembly on School Based Health Care Conference, June, 2000.

*Guidelines for Developing Peer Counseling Programs*, American Association for Health, Physical Education Recreation and Dance, November, 1991.

*RIDH Model of a Collaborative Community Approach to Prevention*, Fifth Annual New England Conference on Current School Issues, U.S. Department of Justice, March, 1990.

*College Health Promotion Consortium of Rhode Island: The Ocean State's Wave of the Future*, Healthy U Conference, University of Michigan, East Lansing, October, 1989.

*Substance Abuse Education Strategies in Secondary School*s, Rhode Island Association for Health, Physical Education Recreation and Dance, November, 1987.

INVITED
PRESENTATIONS

*Inaugural School Health Congress of the American School Health Association and the Society of state Leaders of Health and Physical Education.* Facilitated with Michael Mann, Ph.D. July, 2021.

*Cross Systems Collaboration to Support School Culture and Behavioral Health,* with Samantha Brinz and Kristen Petrarca, RI Family Court Conference, October 2019.

*Building Support for LGBT Youth at the State Level*, Third National Symposium of the Stonewall National Education Project, Fort Lauderdale, FL, 2015.

*Engaging Your School Health Advisory Council to Support Decision Making and Programming for 1308 Activities*, presentation and facilitated discussion The State

Education Agencies Institute Building Capacity for School-Based HIV/STD Prevention, Washington, D.C. 2015.

*Whole Child Initiative: Opportunities for State Health and Education Agencies*, with Betty Brito, National Association of Chronic Disease Directors National Webinar, December 2012.

*RI Healthy Schools Coalition2002-2012: Where We've Been, Where We're Going and WHY?*, Keynote speaker at the 2011 Healthy Schools Coalition Breakfast for School Leaders, Warwick, RI, September, 2011.

*Using Social Media to Improve Adolescent Health*, facilitated Community of Practice call among State Adolescent Health Coordinators Nationwide for the National Network of State Adolescent Health Coordinators University of Minnesota, February, 2011.

*Connectedness: A Fundamental Need of All Young People*, facilitated national teleconference session with Michael Resnick, Ph.D. and Paul Snyder, MSW, MDiv., for the Leadership Education in Adolescent Health, State Adolescent Health Resource Center at the University of Minnesota, February, 2010.

*Working with Your State Medicaid Agency to Enhance Reimbursement,* with John Young, CPM, Health Resources and Services Administration's conference call series, November, 2003.

*Political Challenges, Practical Solutions: School Based Health Centers in Rhode Island*, Center for Health and Health Care in Schools, Caring For Kids Grantee Meeting, Washington, D.C., June, 2003.

*Healthy Schools!, Healthy Kids!, The Rhode Island Partnership for Coordinated School Health Programs*, with Linda Nightingale Greenwood, MS, Centers For Disease Control and Prevention Division of Adolescent and School Health Funded Partners Meeting, Atlanta GA, May, 2003.

*Administrative Advocacy: A Key Strategy For School Based Health Centers*, with Evelyn Frankford, M.S.W., National Assembly on School Based Health Care Pre-convention Meeting, Denver, Colorado, June, 2002.

*RI's State Strategy to Support School Based Health Centers*, Making the Grade Annual Meeting, Los Angeles, CA, June, 1998. This presentation is published as part of a Making the Grade monograph, November, 1998.

GRANTS        Principle Investigator

1. SAMHSA Project AWARE, 1.8 million per year over 5 years. 2021-2026

2. USDOE, School Based Mental Health Capacity, $2 million per year over 5 years, 2020-2025.

3. SAMHSA Project AWARE, $1.8 million per year over 5 years. 2018-2023

4. USDOE School Climate Transformation Grant, $500.000 per year over 5 years. 2018-2023

5. CDC Promoting Adolescent Health through School Based HIV/STD Prevention and School Based Surveillance $100,000 per year, 2018-2023.

6. CDC Promoting Adolescent Health Through School Based HIV/STD Prevention and School Based Surveillance $500,000 per year, 2017-2018

7. USDHHS, Administration on Children and Families, Personal Responsibility Education Program, $250,000 per year to support implementation of evidence based teen pregnancy prevention curriculum, 2010-2015.

8. RI Legislative Grants for COZs/community schools totaling $395,000 per year.

9. ASCD Influence Grant Whole Child Education $20,000, 2009-2015.

10. RI Legislative Grants for community service 9school based health centers) totaling $175,000

Co-Investigator and/or Oversight Responsibility

1. Center for Disease Prevention and Control, Promoting Adolescent Health Through School Based HIV/STD Prevention and School Based Surveillance, approximately $500,000 per year, 2013-2017.

2. Center for Disease Prevention and Control, Improving Educational and Health Outcomes of Young People, approximately $270,000, 2012-2013.

3. Title V Maternal and Child Health Block Grant of the Social Security Act, 1.8 million dollars per year, 2009-2012.

4. Robert Wood Johnson Foundation, Making the Grade State and Local Partnerships to Support School Based Health Centers. 1998-2002, 2.4 million dollars to support development of school-based health centers locally and state policy development.

5. Centers for Disease Prevention and Control, Coordinated School Health Programs to Reduce Health Risks Among Young People, 1993-1997 and 2002-2008.

**COMMUNITY SERVICE**

President and Founder, Cumberland Education Foundation, an independent 501C3. Lead a World Cafe with over 100 participants on ways to create a culture of learning for all town residents. Lead the organization road race and health fair for March 2013 and 2014. Awarded 35,000 in grants to local schools since 2018 and six small scholarships.

District Coordinated School Health and Wellness Subcommittee of the Cumberland School Committee 2011-20219 Cumberland High and North Cumberland Middle School Improvement Team District Strategic Planning Team 2009 and 2012. District Wide Grading Policy 2012, and District Middle Level Grouping Practice 2007. Board member of the Community School Parent Teacher Association 2002 to 2005. Ashton School PTO, 1998-2002, led efforts to build a new playground. Just Friends, More Alike Than Different Program, 1998.

Board Member, Arabic Educational Foundation, 2010-2011; Board Member, State Ballet of RI, 2010-2014; Member Cumberland Citizen's Police Academy; Court

Appointed Special Advocate, Represent victims of child abuse, 1988-1990; Adult Mentor, RI Teen Institute, 1987-88.

AR001410

# BIANCA CARREIRO, MSW, LICSW
(508) 838-1304 | bcarreiroLICSW@gmail.com

## PROFESSIONAL EXPERIENCE

**Providence, RI**                    **Rhode Island Department of Education**                    **August 2022-Present**
*School Health Policy & Program Specialist*
- Responsible for managing the USDOE School-Based Mental Health Services grant, promoting school-based mental health careers
- Oversee grant management, including data collection, recruitment, outreach, and budgeting
- Develop and manage partnerships with higher education, schools, community organizations, and professional associations

**Framingham, MA**                    **Vendetti Wellness Group**                    **April 2021-August 2022**
*Clinical therapist*
- Provide individual and family therapy
- Consultation to other providers about cases as needed

**Chelsea, MA**                    **Phoenix Charter Academy**                    **July 2018-April 2021**
*School Social Worker*
- Be the clinical part of SST, provide consultation to staff
- Provide psycheducation to personnel regarding social and emotional disabilities
- Create and implement Tier II support plans using a restorative justice framework
- Support staff in using emotional learning practices in classroom through consultations and professional development
- Work collaboratively with community partners such as BEST team, Chelsea HUB, and ROCA
- Outreach to parents and adult supports
- Design and implement social-emotional support groups
- Supervise social work interns
- Created and implemented the Parent Support Survey during the COVID pandemic

**Baltimore, MD**                    **The Children's Guild**                    **August 2016-June 2018**
*School-based Clinician*
- Design and lead professional development trainings for school staff, specifically on trauma-based classroom strategies.
- Assess and diagnose middle-school aged children in school setting.
- Participate in IEP/504 Plan meetings
- Create individualized treatment plan and goals for each client.
- Provide individual, group, and family therapy.
- Partner with school administrators and teachers to ensure student success through school-wide programming such as Mindful Mondays initiative.
- Implement both classroom and community presentations to raise mental health awareness.
- Serve as a model to positively influence the school culture by consulting with teachers on various relationship-building strategies to use with a diverse group of students.

**Baltimore, MD**                    **Bridges Baltimore**                    **September 2015-April 2016**
*Program Development Assistant*
- Conducted environmental scans of mentoring programs in the Baltimore City area to adapt to the Personal Development Program.
- Created the foundation for the High School Parent Manual, based on surveys distributed to Bridges' parents and students.
- Gave tours to potential funders.
- Led focus groups for the coaches in the Weekend Enrichment Program
- Supported a caseload of 3-4 Baltimore City students weekly to ensure academic and social success.

**Taunton, MA**                    **Massachusetts Mentor**                    **June 2014-July 2015**
*Family Support Specialist—Therapeutic Mentor*
- Maintained weekly meetings with client base of 8-9 at-risk youth.
- Prepared skill-building lesson plans for clients based on individual's Child and Adolescent Needs and Strengths Comprehensive Assessments and treatment plans.
- Advocated for clients' needs at wrap-around meetings.
- Supported families in crisis.

**Lynn, MA**                    **Massachusetts Coalition for the Homeless**                    **September 2013 -April 2014**
*Room to Breathe Program Assistant/Legislative Assistant*
- Interviewed Unaccompanied Homeless Youth from the Boston area to collect testimonies for the Unaccompanied Homeless Youth Campaign.
- Transcribed interviews for the Enduring Voices poster project used in the Unaccompanied Homeless Youth Campaign.
- Assisted in planning for the annual Legislative Action Day.
- Ran social media through blog posts for the Unaccompanied Homeless Youth Campaign on the MA Coalition website and Tumblr.
- Supported local meetings to increase awareness for the Room to Breathe program in the North Shore area.
- Identified, assessed, and evaluated client and family needs, specifically populations suffering from chronic respiratory illnesses.

**Salem, MA**                    **Salem State University**                    **June 2013-August 2013**
*Tutor-in-Residence for Summer Bridges Program*
- Implemented academic programs with a focus on time management, stress relieving, and transition to college skills.
- Facilitated individual and group tutoring sessions during scheduled homework time.
- Served as a mentor and academic support for Summer Bridge students.
- Assisted Summer Bridge students in the academic, social, and emotional transition from high school to college.

**Salem, MA**                    **Salem State University**                    **August 2012- May 2014**
*Honors Resident Assistant*

AR001411

- Ran floor meetings and conducted frequent room drop-ins to discuss events, developments, and concerns to ensure that students are kept up-to-date on all pertinent information.
- Developed a positive living environment designed to link community, faculty, and residence, often-resolving conflict.
- Promoted academic excellence, addressed students needs, and encouraged involvement among residents in a way that supported the mission of the University and the Office of Residence Life.
- Served as a mentor and emotional support system for first-year and sophomore students.

**EDUCATION**

| | | |
|---|---|---|
| **Baltimore, MD** | **University of Maryland, Baltimore** | **July 2016** |

*Master's in Social Work*

- <u>Relevant coursework:</u> Research Methods for Management and Community Practice, Resource Development for Non-Profit Groups, Social Work in Education, Psychopathology, Program Management, Community Organizing

| | | |
|---|---|---|
| **Salem, MA** | **Salem State University** | **May 2014** |

*Bachelor's in Social Work, GPA: 3.7; Commonwealth Honors Program*

**COMMUNITY SERVICE**

Soccer without Borders
Salem Cyberspace

**LANGUAGES**

- Conversational Portuguese, conversational Spanish, and advanced Spanish writing skills.

AR001412

## RI DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION
### Starting Salary: Minimum Range $90,000

**TITLE:** School Health Policy and Program Specialist

**GENERAL STATEMENT OF DUTIES:** Coordinate the development and implementation of all aspects of USDOE school based mental health providers at the state/district levels, in collaboration with the RI College Institute for Education in Health Care, RI Student Assistance Services and other partners, to ensure that RI students will be healthy and safe.

**SUPERVISION RECEIVED:** Works under the supervision of a manager with wide latitude to exercise independent judgment. Work is subject to review on a periodic basis or upon completion for results achieved and for adherence to professional standards of conduct.

**SUPERVISION EXERCISED:** Generally none. May work as part of teams and in collaboration with others with wide latitude for the exercise of independent judgment to achieve results.

**ILLUSTRATIVE EXAMPLES OF WORK PERFORMED AND ESSENTIAL FUNCTIONS:**
Coordinate and administer all aspects of the USDOE school based mental health service provider grant to facilitate the safety and health, well-being and readiness to learn of RI's children and youth.

Coordinate the development and coordination of grant proposals, reports, contracts, and budgets in accordance with regulatory, programmatic, and funding initiatives.

Build and maintain an infrastructure to support USDOE, the RI College Institute for Education in Health Care, RI Student Assistance Services and other partners, to ensure successful coordination to achieve the following project goals:

- Work with partners to increase the number of school based mental health providers in schools
- Work with partners to develop systems including recruitment, retention and respecialization strategies designed to increase the number of school based mental health providers in 3 pilot districts.
- Collaborate with RIDE offices and state partners to improve the quality, accessibility, and usefulness of statewide data collection and analysis for the purposes related to the State's strategies, including certifications, for improving access to school based mental health providers.
- Work with partners to build RIDE's capacity for supporting the sustained and broad-scale implementation with fidelity of a MTSS framework by LEAs
- Provide training and technical assistance to enhance LEA capacity for implementing with fidelity and sustaining a multi-tiered behavioral framework to improve the skills of LEA staff to develop, implement with fidelity, and sustain a multi-tiered behavioral framework.
- Support LEA data collection and data-based decision making related to increasing the number of school based mental health providers;
- Coordinate RIDE efforts with appropriate Federal, State, and local resources.
- Represent the department on task forces and advisory councils as appropriate

**REQUIRED QUALIFICATIONS KNOWLEDGE AND SKILLS:**
- Skilled in communicating effectively both orally and in writing with various publics.
- Strong leadership, strategic thinking, organization and communication skills.
- Strong grants management, administrative and evaluation skills.
- Skilled in preparing, managing, and monitoring coordinated school health federal grant budgets in

AR001413

accordance with regulatory, programmatic and funding initiatives.
- Skilled in team leadership and facilitation, and management.
- Knowledge of mental health provider certifications and credentials.
- Knowledge of systems change and development.
- Skilled in planning and implementing various types of evaluation.
- Skilled in the use of computer technology.
- Skilled in verbal and writing skills.
- Skilled in building working collaborative relationships with other state and community agencies.

**EUCATION/EXPERIENCE:** Master's degree in administration or fields related to education and school safety. 3-5 years employment in a position involved with administration and evaluation of grant-funded programs; experience in planning, developing and implementing programs; experience working with systems integration and change; experience effectively working with state, community and/or school partners; experience as a team leader of professional and support staff. **AND /OR:** Any combination of education and experience that is substantially equivalent.

**OTHER•** Work Schedule: 35 hours/week, Monday — Friday

Must have own transportation and occasionally be available for evenings and weekend

# DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION
NONCLASSIFIED JOB DESCRIPTION

**TITLE:** Grants and Finance Officer

**GENERAL STATEMENT OF DUTIES:** Incumbents are responsible for the administration, review, negotiation and award of federal and state funds and for associated duties pertaining to the management of education funds in accordance with accounting and grants management principles and Federal and State rules and regulations.

**SUPERVISION RECEIVED:** Works under the supervision of a manager with wide latitude to exercise independent judgement. Work is subject to review on a periodic basis or upon completion for results achieved and for adherence to professional standards of conduct.

**SUPERVISION EXERCISED:** Generally none. May work as part of teams and in collaboration with others with wide latitude for the exercise of independent judgement to achieve results. May be involved in providing input to the performance management process as a peer or colleague as appropriate.

**ILLUSTRATIVE EXAMPLES OF WORK PERFORMED AND ESSENTIAL FUNCTIONS:**
Acts as liaison to RIDE Offices to provide advice and assistance on the development, implementation, and evaluation of actions designed to maximize resources in support of RIDE's strategic agenda.

Authorizes all state and federal financial transactions, which includes: serving as the State approved authorized agent for grant awards, contracts, Regent's Fellows, temporary employees, LEA payment, and state level expenditures; closing out grants when all administrative actions and required work have been performed; and/or, performing other related activities.

Interprets and carries out grants management policies and procedures applicable to assigned grants.

Issues notices of grant awards, amendments, or other changes in grant award for local educational agencies, community-based organizations, and/or other private organizations, which includes: reviewing and approving grant applications; assigning funds to award documents; authorizing approved awards and any changes in approved awards by signing grant award documents or official letters notifying recipient(s) of approved changes; and/or performing other related activities. Provides RIDE Offices advice and assistance on the development, implementation, and evaluation of actions designed to maximize resources in support of RIDE's strategic agenda.

Works with appropriate officials in establishing deadlines for publishing guidelines, receiving applications, and awarding grants.

Performs reviews of applications made by RIDE to the Federal government and of sub-grantee applications.

Develops and implements new methods of providing business services and facilitating the grant application process.

Resolves or participates in the resolution of audit findings concerning RIDE and LEA's.

AR001415

Assists and advises in the strategic planning and budgeting processes; produces State level budgets for various Federal programs/accounts.

Provides technical assistance to department personnel, applicant agencies, and LEA's regarding grant requirements and processes.

Facilitates the processing of required documents and financial status reports through the state Department of Administration Offices and other State and Federal offices.

Performs related work as assigned.


## REQUIRED QUALIFICATIONS

### KNOWLEDGE AND SKILLS:

Knowledge of applicable Federal, State, and local laws, rules, and regulations

Knowledge of applicable accounting systems.

Knowledge of applicable budgeting systems.

Knowledge of applicable Federal, State, and local laws, rules, and regulations.

Knowledge of Generally Accepted Accounting Principles.

Knowledge of applicable purchasing procedures.

Skilled in communicating effectively, both orally and in writing.

Skilled in working with complex data and utilizing formulas/functions.

Skilled in developing policy documents, procedure manuals, and official correspondence.

Skilled in interpreting complex regulations.

Skilled in performing financial analysis.

Skilled in organizing complex data, including the ability to use and modify computerized financial and other information systems.

Skilled in analyzing and summarizing complex studies.

Skilled in preparing reports.

Skilled in communicating and interpersonal exchanges as applied to interaction with coworkers, supervisor, the general public, etc. sufficient to exchange or convey information and to receive work direction.

**EDUCATION:** Bachelor's Degree in Finance, Business Administration, Accounting, or a related field; Master's degree or CPA preferred.

AR001416

**EXPERIENCE:** Five years of finance or grants experience.

**and/or** any combination of knowledge, skills and experience that is substantially equivalent.

**Reasonable accommodations can be made for qualified individuals with a disability.**

Date: September 2004

AR001417

# Tonya Glantz, MSW, PhD

(401)447-8699 - tonya.glantz@gmail.com

## EDUCATION

**University of Rhode Island & Rhode Island College, Joint Education Doctoral Program, Kingston/Providence, RI** Ph.D., December, 2013

**Rhode Island College, School of Social Work, Providence, RI**
M.S.W., May, 1997

**University of Rhode Island, Kingston, RI**
BA Psychology, May 1990

## RESEARCH INTERESTS

Exploring and implementing empowering interventions that promote understanding and productive relationships between vulnerable populations and service organizations.

## EXPERIENCE:

### Administration

| | |
|---|---|
| 2016 - Present | Director, Institute for Education in Healthcare, Rhode Island College-School of Management, Providence, RI |
| 2010 - 2016 | Director, Child Welfare Institute, Rhode Island College-School of Social Work, Providence, RI |
| 2010 - 2016 | Program Administrator, Social Work Professional Development Programs: Continuing Education in Social Work, Adoption and Foster Care Certificate Program, Rhode Island College, Providence, RI |

### Consultancies

| | |
|---|---|
| 2010 - Present | Children's Friend & Service of RI, Organizational Consultation related to curriculum design, training, and evaluation related to work with children and families, |

### Teaching

| | |
|---|---|
| | **(Higher Education)** |
| 2016 - Present | Adjunct Faculty, Johnson and Wales University, Educational Leadership Doctoral Program |
| 2013 - Present | Adjunct Faculty, Rhode Island College, Elementary Education Department, Providence, RI |
| 2003 - Present | Adjunct Faculty, Providence College, Department of Social Work, Providence, RI |
| 2002 - 2005 | Adjunct Faculty, Rhode Island College, Social Work Department, Providence, RI |
| | **(Early Childhood Education)** |
| 2010 - 2020 | Pre-School Teacher, Leslie Yale Gutterman Religious School, Temple Beth-El, Providence, RI |

### Direct Service

| | |
|---|---|
| 2003 - 2010 | Clinical Training Specialist, Child Welfare Institute, Rhode Island College-School of Social Work, Providence, RI |
| 1999 - 2003 | Clinical Training Specialist, Adoption, RI Department of Children, Youth and Families, Bristol, RI |
| 1991 - 1999 | Social Caseworker II, RI Department of Children, Youth and Families, Providence, RI |

AR001418

## PUBLICATIONS

1. Harrison, J. & Glantz, T, (2018). Life-course perspective behind bars: Reflections on interviewing incarcerated fathers. SAGE Research Methods Cases. DOI: http://dx.doi.org/10.4135/9781526447098
2. Glantz, T., Harrison, J., and Cable, A. (2017). Trauma and recidivism: Informing assessment and treatment options for incarcerated men. *Review of Modern Sociology*, *43*(1), 95-118.
3. Glantz, T. and Gushwa, M. (2013). Reflections on foster youth and education: Finding common ground. R*eflections: Narratives of professional helping, 19*, (4), 15-23.
4. Glantz, T. and Savage, D. (July 2010). The building blocks of organizational change. *Common ground*, *XXV* (2), 16.
5. DiBari, J., Glantz, T., and Palazzo, L. (Feb. 2009). Partnering across systems to create connections and promote well-being for youth. Common ground, *XXIIII* (1), 1.
6. Glantz, T. (Sept. 2004). Building capacity for change across systems. *The strand: Early intervention/early childhood training opportunities, 4*(2).
7. Child Welfare Institute, Children's Friend & Service & Reel to Real Productions (Producer/Director). (2004). *Changing child welfare practice* [Motion Picture].
8. Child Welfare Institute, Children's Friend & Service & Reel to Real Productions (Producer/Director). (2004). *Family centered practice: Best practice approaches* [Motion Picture].
9. Glantz, T. (2003). *Enhancing child welfare practice & outcomes for children & families: A family centered approach*. Child Welfare Institute training manual and curriculum.
10. Glantz, T. (2003). *Building partnerships across systems: A family centered, community based approach toward enhancing child welfare practice & outcomes for children and families*. Child Welfare Institute training manual and curriculum.
11. Glantz, T. (May 1999). ASFA inspires changes at RI's DCYF. *Common ground*, *XV* (4), 9.
12. Chiavaroli, T. (1992). Rehabilitation from substance abuse: In individuals with a history of sexual abuse. *Journal of substance abuse treatment*, *9*(4), 349-345.

## PRESENTATIONS

1. Glantz, T., Hardy, N., Penrod, K (2018). *Ryan White Goes to College*. Presentation at the 2018 National Ryan White Conference on HIV Care & Treatment, Oxon Hill, MD.
2. Glantz, T. & Sevey, L. (2018). *Using Cross-disciplinary Teaching to Prepare Early Care and Education Professionals*. Presented at the 50th Annual Meeting of the New England Educational Research Organization (NEERO), Portsmouth, NH.
3. Glantz, T. (March 2017). *Putting Men first: defining male-centered, competent, compassionate care*. Presentation at the 18th New England Fathering Conference, Groton, CT.
4. Glantz, T. & Harrison, J. (March 2015). *Parenting, trauma, and incarceration*. Paper presented at the 16th New England Fathering Conference, Newport, RI.
5. Glantz, T. & Cable A. (March 2015). *From Trauma to Empowerment: A mapping approach*. Paper presented to the National Association of Social Workers, R Chapter, Cranston, RI.
6. Glantz, T. (January 2014). *Educational experiences of children and youth in the child welfare system*. A presentation for the National Evaluation & Technical Assistance Center for the Education of Children & Youth Who Are Neglected, Delinquent or at-Risk Teleconference.
7. Glantz, T. & Gushwa, M. (April 2012). *Bridging the education-child welfare communication gap: A model for cross-system collaboration*. Paper presented at the 18th National Conference on Child Abuse & Neglect; Washington, DC.
8. Glantz, T. (June 2011). Child welfare partnerships: Exploring current practice changes and trends in child welfare as resources for enhancing partnerships across public, private, and natural helper systems. A presentation for the Child Abuse Prevention & Children's Mental Health Summit; Newport, RI.

AR001419

9. Glantz, T., Franklin, F., & Mack, S. (December 2011). *Shaping your Synagogue's future through the voices of congregants: A strategic planning approach.* Workshop presentation at the Union for Reform Judaism's 71st Biennial Convention, Washington, DC.

10. Glantz, T. (November 2010). *Connecting public school and child welfare systems to students in foster care.* Keynote Speaker and Workshop presented at the Families Matter Conference, Barrington, RI.

11. Glantz, T. & Noel, B. (March 2010). *Incarceration, fatherhood, and strengths: understanding and responding to incarcerated adolescent & adult fathers.* Paper presented at the 11th Annual New England Fatherhood Conference, Newport, RI.

12. Glantz, T. (January 2010). *Child Welfare Fatherhood Project (CWFP): Informing fatherhood practice through the voices of fathers & professionals.* A presentation for the National Fatherhood and Child Welfare Network Teleconference.

13. Glantz, T. & Belisle, D. (March 2009). *Engaging fathers from diverse backgrounds: Fathered to fathering maps and cross-system collaboration.* Paper presented at the 10th Annual New England Fatherhood Conference, Cromwell, CT.

14. Glantz, T. & Finlay, K. (June 2008). *Collaborations between the criminal justice systems and child welfare system & how can public systems support children with incarcerated parents: Informing human service, judicial and education professionals.* A promising practice presentation at the resources and interventions for children of incarcerated parents forum at the University of Maryland's School of Social Work, Baltimore, MD.

15. Glantz, T. (May 2008). *Creating connections and permanency: eco-maps and relationship mapping.* Paper presented at the National Pathways to Adulthood Independent Living and Transitional Living Conference, Pittsburgh, PA.

16. Glantz, T. (April 2008) *Transitional services panel discussion.* Panel discussion at the interrupted life conference: A conversation about the children of incarcerated parents, Bryant University, Smithfield, RI.

17. Glantz, T. & Hebert, N. (September 2003). *Collaboration on behalf of children involved with the child welfare system.* A promising practice presentation at the Children's Friend & Service First Annual Best Practice Conference, Providence, RI.

18. Zalinski, J. and Glantz, T. (January 2002). *System-wide training in family-centered practice to achieve practice consistency.* A promising practice presentation at the Annual Meeting of State and Tribe Child Welfare Officials - Washington, DC.

19. Herz, L. & Glantz, T. (October 2001). *RI family-centered practice outcomes & tracking.* A promising practice presentation for the innovative approaches to outcomes training for supervisors & mangers teleconference, sponsored by the National Child Welfare Resource Center for Organizational Improvement.

## GRANTS

| | |
|---|---|
| 1. RI Department of Labor & Training (2019-2020) | $ 172,519 |
| 2. RI Executive Office of Health & Human Services (2017-2019) "RI Project COEXIST" | $1,200,000 |
| 3. RI Department of Elderly Affairs (2019 – 2021) "DEA Memory Care Workforce" | $240,207 |
| 4. RI Governor's Workforce Board (2017 – 2018) Community Health Worker Apprenticeships: Building an Effective Healthcare Workforce" | $25,000 |
| 5. The Collaborative (2017 – 2018) Aging in the Community | $25,000 |

AR001420

**AFFILIATIONS/COMMITTEES**

National Association of Social Workers, RI Chapter - 1995 – Present
        Elected, President – 2017- 2020; Elected, Secretary - 2005-2007
        Elected, Nomination and Leadership Committee – 2007 – 2010; 2000-2002
        Elected, Board Member -1998 - 2000; 2003-2005
Family Engagement Advisory Council, Governor Appointed Member – 2016 - 2019
National Association for the Education of Young Children, Member – 2015 - Present
National Fatherhood Child Welfare Network Planning Team, Member - 2010 - 2015
American Education Research Association – 2006 - Present
Providence College Department of Social Work Community Advisory Board, Member - 2000 – 2014

**COMMUNITY SERVICE**

Temple Beth-El
        Temple President – 2020 - 2023
        Executive Committee, VP of Planning & Development – 2018 – 2020
        Executive Committee, Secretary – 2014 - 2018
        Strategic Planning Committee, Co-Chair – 2010; 2018 – present
        Sisterhood, Member – 2010 – Present; Secretary – 2018 - Present
        Board of Trustees, Member – 2009 - 2015
        Youth & Family Engagement Committee (Formerly School Board) – 2002 – present

University of RI, Hillel
        Secretary – 2020 – 2020
        Board Members – 2018 -2020

**AWARDS**

1. Bertram Yaffe Award for Excellence in Public Health, RI Public Health Institute - 2018.
2. Jenny Klein Memorial/Grinspoon Award for Excellence in Jewish Education, The Harold Grinspoon Foundation and the Jewish Alliance of Greater Rhode Island - 2017
3. Max I. Millman Award for Excellence in Teaching, Temple Beth-El, Providence, RI - 2012
4. RI Chapter of the National Association of Social Workers, Social Worker of the Year Award for Children & Families - 2005
5. Youth Pride, Inc. Community Angel Award for Outstanding Contributions and Advocacy – 2000, 2001

AR001421

# Joshua Wizer-Vecchi, MSW, LCSW
112 Centre St. | Rumford RI, 02916 | (781) 690-6791 | wizerjo@gmail.com

---

## PROFESSIONAL EXPERIENCE

**Institute for Education in Healthcare – Rhode Island College**          **Providence, RI**
*Director, School-Based Mental Health Services*                          *August 2022 – Present*
- Responsible for all higher education components of a federal Department of Education Grant promoting school-based mental health careers. Oversee grant management, including data collection, recruitment, outreach, and budgeting.
- Coordinate the development of curricula promoting collaborative practices in school-based mental health, including managing faculty participation and facilitation of sessions.
- Develop and manage partnerships with other institutes of higher education, schools, community organizations, and professional associations.

**Children's Friend**                                                     **Providence, RI**
*Innovation Manager*                                                     *Jan 2021 – August 2022*
- Worked collaboratively with service providers and agency leadership to develop programs that support families changing needs.
- Designed and delivered training and on-the-job support in human-centered design, and collaborative methods to staff and leadership.
- Oversaw annual program reviews and internal assessments for 16 programs.
- Developed grant applications to fund new and existing projects.

*Early Intervention Clinical Supervisor*                                 *Sept 2018-Jan 2021*
- Provided oversight and clinical supervision to Early Intervention therapists and home visitors.
- Delivered home-based, family-centered services to EI clients and their families.
- Guided program improvement activities using data.
- Enhanced Children's Friend service delivery model by increasing coordination of referrals and ongoing services between EI and other programs.

*Special Projects Coordinator - Programs and Operations*                 *June 2016 - Sept 2018*
- Led innovative projects to design service models that could better support families of vulnerable young children by delivering integrated, family-centered services.
- Supported agency strategic planning process
- Provided leadership in early childhood home visiting programs, including Continuous Quality Improvement initiatives and efforts to implement universal intake and screening systems.

*I3 Parent and Family Engagement Program Coordinator*                    *Oct 2013 - June 2016*
- Managed implementation of a $3 million Federal Dept. of Education Grant supporting family engagement in early and elementary education, including five partner agencies. Coordinated staff supervision, data collection, and grant reporting.
- Delivered Incredible Years® evidence-based parent training and supported the delivery of teacher classroom management training to staff.
- Co-created and delivered advocacy training to families, including follow-up guidance to implement action plans developed by families.

**Action for Boston Community Development, Inc.**                        **Boston, MA**
*Family and Community Resource Coordinator*                              *2012 - 2013*
- Created and managed a multi-agency assessment and referral system to coordinate stabilization services for families experiencing homelessness.
- Facilitated client-centered support and training groups; organized workshops for clients on various topics, including job readiness, financial literacy, and life skills.
- Developed data collection methods to improve evaluation and reporting on outcomes for families.

**Green Tree School and Partnerships**                                   **Philadelphia, PA**

AR001422

*Consultant/Behavior Management Specialist*                                              *2005 - 2010*
- Trainer for schools, behavioral health, and community organizations on crisis intervention and supportive programming for students with behavioral challenges.
- Facilitated social and life skills groups for high-risk students.
- Supervised all behavior management services for 30 students with developmental and behavioral disabilities.

**Daybreak Day Camp**                                                                **Cambridge, MA**
*Assistant Director*                                                                 *2004 & 2005*
- Organized, planned, and ran all aspects of camp program for low-income children with various learning and developmental disabilities, including daily activities, field trips, hiring, training, and special events.

---

## EDUCATION

**Rhode Island College**                                                             **Providence, RI**
*Master of Social Work*                                                              **May 2012**
GPA 4.0; Honors

**Earlham College**                                                                  **Richmond, IN**
*Bachelor of Arts - Human Development and Social Relations*                           **May 2005**
GPA 3.7; College and Presidential Honors

---

## VOLUNTEER, INTERNSHIP & CONTRACT

**Independent Researcher and Consultant**
- Provide organizational support for strategic planning efforts including research design, execution, and reporting.

**Rhode Island College School of Social Work**                                        **Providence, RI**
- *Adjunct Professor - Macro Social Work Practice*                                    **2018**

**Massachusetts Department of Mental Health**                                         **Boston, MA**
*Researcher*                                                                         **2013**

**Blackstone Academy Charter School (Internship)**                                    **Pawtucket, RI**
*Counseling Intern/Researcher*                                                       **2011 - 2012**

**Rhode Island College School of Social Work (Internship)**                           **Providence, RI**
*Graduate Assistant – Field Education Department*                                     **2011 - 2012**

**Child Welfare Institute - Education Collaboration Project (Internship)**            **Providence, RI**
*Research Intern*                                                                    **2010 - 2011**

---

**Papers**
- Martinez, P., & Wizer-Vecchi, J. (2016). Fostering Family Engagement through Shared Leadership in the District, Schools, and Community. *Voices in Urban Education, 44,* 6-13.
- Wizer-Vecchi, J. (2013). *Training Interests and Needs of Early Education and Care Providers* [White paper]. Prepared for Massachusetts Department of Mental Health.

**Presentations**
- June 2015, National Family and Community Engagement Conference, "Lessons Learned from the Federal *Investing in Innovation* Grants for Parent & Family Leadership", Chicago, IL. Co-presenter.
- May 2012, Rhode Island College Graduate Symposium, "Low-Wage Work and Child Care: Family Friendly Policies", Providence, RI.
- May 2010, "Connecting Public Schools and Child Welfare Systems to Students in Foster Care", Providence, RI.
- November 2010, Promising Practices Multicultural Conference, "The Intersection of Child Welfare and Education", Providence, RI.
- April 2005, Midwest Sociology Conference, "Realizing Rural Health Care", Richmond, IN.

**Certifications & Professional Affiliations**
- Licensed Clinical Social Worker – Rhode Island

AR001423



October 31, 2022

Rhode Island College's Institute for Education in Healthcare (IEH) is excited to support the RI Department of Education's (RIDE) application to expand their work in school based mental health. As a current partner, the IEH has appreciated RIDE's strategic and supportive approach to working with targeted districts to identify their assets and needs as they address the challenges associated with school based mental health at the student and school levels. RIDE is a leader in promoting behavioral health in schools through innovative and impactful partnerships and programming.

Participation in this current application would expand the RIDE-IEH partnership into four new school districts, where IEH's academic departments represent important support partners to support the aims of this grant. The IEH was formed in 2016 to build partnerships across higher education, health and behavioral healthcare industry partners, community organizations, and consumer groups. Since its creation, the IEH has supported 7.2 million dollars in grants to support workforce development and augmentation of the knowledge and skills of RI's behavioral health workforce. The IEH brings its expertise in conducting multi-level assessments, developing training and certification pathways, and strengthening the workforce through a higher education career pathways and the up-skilling of the incumbent workforce.

The IEH is eager to build on the successes of its current school partnership and workforce intervention to further expand the skills and resources available to augment supports and services to students in K-12 schools while currently building the behavioral health workforce of the school. The Institute intends to leverage its partnerships with faculty from the College's graduate programs in Counseling, School Psychology, Social Work and Providence College's School Counseling graduate program have been critical in crafting thoughtful approaches to k-12 school partnerships and the recruitment of graduate students to work in target school districts as part of interdisciplinary behavioral health teams (IBHTs). Through IEH's IBHTs and RIDE collaboration, the preparation of graduate students for careers in school based mental health is enhanced while also increasing behavioral health supports available to k-12 students and reinforcing the existing behavioral health workforce in schools. The IEH is piloting a new school-based course work for its graduate programs, school partners and community provides support school based mental health. The IEH will coordinate the work with graduate students while supporting all aspects of project's evaluation. Evaluation includes but is not limited to (1) evaluation of training/courses, (2) documentation of workforce specialization, growth and retention of new providers, (3) the augmentation of school-based services, (4) student well-being outcomes, and the steps necessary to achieve fiscal and programmatic sustainability through private and public insurer support. The Institute for Education in Healthcare looks forward to its continued collaboration with the RI Department of Education on this important grant opportunity.

In Partnership,

Tonya Glantz, MSW, PhD
Interim Executive Director
Institute for Education in Healthcare

AR001424



Craig Levis
*Assistant Superintendent*

Harold Sands
*Director of Finance*

Frederik Schockaert
*Interim Director of Special Education*

Amy Anzalone
*Director of Curriculum, Instruction, & Assessment*

Paul Vigeant
*Interim Director of Human Resource*

Russel Hill
*Director of Facilities and Transportation*

James Murphy
*Director of Technology & Information Systems*

Denise Ahern
*Director of Early Childhood*

**Don Cowart**
*Superintendent*
1675 Flat River Road * Coventry, RI  02816
Tel.  401-822-9400 Fax:  401-822-9406
TTY:  1-800-745-5555

---

### Re: RIDE is applying for a USDOE School Based Mental Health Services Grant

October 31, 2022

Rosemary Reilly-Chammat, Ed.D. pronouns she/her/hers
Associate Director, School Health and Extended Learning
RI Department of Elementary and Secondary Education
255 Westminster Street
Providence, RI 02903
401-222-8951

Dear Rosemary,

The purpose of this letter is to indicate Coventry's interest in participating in the USDOE Mental Health Service Grant.  As a district and community we would be very interested in finding ways to increase the number of credentialed school-based mental health service providers in Coventry.  If we are able to participate in the grant Coventry would agree to work with RIDE and its partners on the project.

Coventry would secure a project coordinator who will serve as the main point of contact for the grant. The project coordinator would lead evidence based and data driven strategies in the district to increase the number of school based mental health providers in the LEA and support the implementation of a multi-tiered system of supports for students across the district.  The project coordinator would also represent the district at the monthly School Health Advisory Council meetings. The project coordinator would participate in Community of Practice meetings with other districts.  In addition the project coordinator would assist in the tracking of GPRA measures including:

> (a) The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant.
> (b) The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.
> (c) The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio.
> (d) The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant.
> (e) The total number of students who received school-based mental health services as a result of the grant.
> (f) The number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.

Finally, We are thrilled to be considered for participation in this grant.  See the Program Narrative attached below.



Don Cowart, Superintendent
Coventry Public Schools

**"Working Together To Improve Our Schools"**
The Coventry School Department is an Affirmative Action/Equal Opportunity Employer and does not discriminate on the basis of age, color, sex, race, religion, sexual orientation, national origin, or disability

**AR001425**

On behalf of Exeter West Greenwich Regional School District (EWG), we are submitting the School-Based Mental Health Services Grant. EWG fully supports the Grant's scope of work and the mental health needs of all students. EWG agrees to partner with RIDE and hire a project coordinator who will serve as the main point of contact for the grant. The project coordinator would represent the district at a monthly School Health Advisory Council meeting. The project coordinator would participate in Community of Practice meetings with other districts in this cohort as well as districts in Cohort 1.

The project coordination would assist in the tracking of GPRA measures including:

- The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant.
- The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.
- The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio.
- The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant.
- The total number of students who received school-based mental health services as a result of the grant.
- The number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.
- The project coordinator would lead evidence based and data driven strategies in the district to increase the number of school based mental health providers in the LEA and support the implementation of a multi-tiered system of supports for students across the district.

EWG FEIN Number:

05-0309472

Sarah Dentz

Director of Special Education

James Erinakes

Superintendent

AR001426



# Segue Institute for Learning

### Where ALL Students are "AT PROMISE"
### 325 Cowden Street – Central Falls – RI – 02863
#### Phone – (401) 721-0964 * Fax – (401) 721-0984 * Website – SegueIFL.org

*Angelo Garcia – Founder/Executive Director*

October 24, 2022

Dr. Rosemary Reilly-Chammat, Ed.D.
Associate Director, School Health and Extended Learning
Office of Student, Community and Academic Supports
RI Department of Elementary and Secondary Education
255 Westminster Street
Providence, RI 02903

Dr. Reilly-Chammat,

Please accept this letter of support and partnership for the RI Department of Education's application to support districts in need under the ***USDOE School Based Mental Health Services Grant.***

As you know, the Segue Institute for Learning is a public charter school located in Central Falls. The school serves 360 students in grades K-8. The charter district is presently working on an application to expand its grade cohorts to include grades 9-12 for the fall of 2024.

Founded in 2009, Segue operates as a full-service community school offering not only a rigorous academic program, but also a myriad of supports for the students and caregivers/families of our scholars.

As once of the most densely populated area for Latinx residents of the state, the City of Central Falls suffers from just as many social dilemmas that plague larger urban communities throughout the country.

Segue agrees to (among other things) work with RIDE and its partners on this project by hiring a Project Coordinator who will serve as the main point of contract for this grant/initiative.  The Project Coordinator would represent the district at monthly School Health Advisory Council meeting.

The project coordinator will also participate in Community of Practice meetings with other districts in this cohort as well as districts in Cohort 1 as well as assist in the tracking of GPRA measures including:

(a) The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant.

(b) The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.

(c) The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio.

(d) The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant.

(e) The total number of students who received school-based mental health services as a result of the grant.

AR001427

(f) The number of such grantees that met their goal of increasing the diversity of school-based mental health services providers.

The Project Coordinator will lead evidence based and data driven strategies in the district to increase the number of school-based mental health providers in the LEA and support the implementation of a multi-tiered system of supports for students across the district.

Finally, Segue's Project Coordinator will encourage family involvement which is critical to student achievement as well as work with staff to engage them in the delivery of these services.

As is being highlighted across the country, our students and their families are struggling with behavioral/mental health challenges that are reaching unprecedented levels of acuity. In addition, the health disparities in our BIPOC communities and the need for culturally relevant programs and services that meet their needs are desperately in need.

Segue is committed to this partnership with RIDE to facilitate the engagement of the diverse populations in our school community so as to reduce disparities and promote health equity for our scholars and their families.

We fully support this application and look forward to being a partner with RIDE under this initiative in order to bring a comprehensive scope of mental health services to our population.

We thank you in advance for your consideration of Segue IFL in this worthwhile initiative.

Respectfully,

Mr. Angelo Garcia, M. ED.
Founder/Executive Director

***Equal Opportunity Employer***

*Segue Institute for Learning is committed to maintaining a work and learning environment free from discrimination on the basis of race, color, religion, national origin, pregnancy, gender identity, sexual orientation, marital/civil union status, ancestry, place of birth, age, citizenship status, veteran status, political affiliation, genetic information or disability, as defined and required by state and federal laws. Additionally, we prohibit retaliation against individuals who oppose such discrimination and harassment or who participate in an equal opportunity investigation. To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice), or (202) 720-6382 (TDD)."*

Cowden Street College • Central Falls, RI 02863 • Segue Institute for Learning
Phone: (401) 721-0964Ext 104 office • (401) 721-3378 cell • E-Mail Angelo.Garcia@segueifl.org
PR/Award # S184H220120
Page e73

AR001428



*Johnston School Committee*

**ROBERT A. LAFAZIA**
*Chairperson*
**JOSEPH W. ROTELLA**
*Vice Chairperson*
**DAWN M. ALOISIO**
**MARYSUE ANDREOZZI**
**SUSAN M. MANSOLILLO**

**DR. BERNARD DiLULLO, JR.**
*Superintendent of Schools*

**MRS. JULIE-ANNE ZARRELLA**
*Assistant Superintendent for
Curriculum, Instruction and Assessment*

### JOHNSTON PUBLIC SCHOOLS
**ADMINISTRATION OFFICE**
**10 MEMORIAL AVENUE**
**JOHNSTON, RHODE ISLAND 02919-3222**

October 31, 2022

Dear Commissioner Angélica Infante-Green,

I am very pleased to submit this application for the USDOE School Based Mental Health Services Grant Program. The Johnston School district is committed to improving the mental health of all its students and is eager to work with the Rhode Island Department of Education as a partner in this endeavor.  We have reviewed the scope of the objectives and goals of this initiative and the expectations for grantees.

The Johnston school district supports these objectives and believes that this grant can further our stated goals around mental health and social /emotional learning. We are committed to securing a coordinator to lead this project and to be a direct and consistent contact for the grant. This person will represent the district for all grant activities and will participate in the many activities and supports associated with the grant.  We understand the importance of data and are committed to ensuring accurate tracking of all identified GPRA measures. The project coordinator will work closely with district administrators and support staff to ensure that the district improves and enhances the implementation of evidence based and data driven strategies.

We understand the importance of increasing and partnering with school based mental health providers to further a multi-tiered system of supports for students across the district and believe this grant opportunity will provide much needed resources to improve and enhance our current system.   Please accept this application and be assured that Johnston Public Schools is fully committed to this project and most appreciative of this opportunity.

Sincerely,

Dr. Bernard DiLullo, Jr.
Superintendent

The mission of the Johnston Public Schools, in partnership with the school and community, is to provide an education to become responsible citizens of the emerging global society by offering a rigorous and dynamic academic program which challenges all students to achieve high standards, become lifelong learners and lead self-fulfilling productive lives.
**The Johnston Public Schools does not discriminate on the basis of sex, religion, age, national origin, color or handicap in accordance with applicable laws and regulations.**

PR/Award # S184H220120
Page 64

**AR001429**

References

American School Counselor Association. (2022). *School Counselor Roles & Ratios*. American
  School Counselor Association. School Counselor Roles & Ratios - American School
  Counselor Association (ASCA)

BRIDGE RI. (2022, August 10). *Home: MTSS Foundations*. Www.mtssri.org.
  https://www.mtssri.org/mod/page/view.php?id=205

Hopeful Futures Campaign. (2022). *Rhode Island*. Hopeful Futures Campaign. Rhode Island -
  Hopeful Futures Campaign

Mental Health America. (n.d.). *LGBTQ+ Communities and Mental Health*. Mental Health
  America. https://mhanational.org/issues/lgbtq-communities-and-mental-health

Rhode Island Department of Education. (2022). *Multi-Tiered System of Supports (MTSS) -
  Instructional Resources - Instructions & Assessment World-Class - Rhode Island
  Department of Education (RIDE)*. Www.ride.ri.gov.
  https://www.ride.ri.gov/InstructionAssessment/InstructionalInitiativesResources/Multi-
  TieredSystemofSupports(MTSS).aspx

Rhode Island Department of Health. (2022a). *2021 Youth Risk Behavior Survey Results*. Rhode
  Island Department of Health.

Rhode Island Department of Health. (2022b). *Youth Risk Behavior Survey: Department of
  Health*. Health.ri.gov. https://health.ri.gov/data/adolescenthealth/

Rhode Island KIDS COUNT. (2022). *2022 Rhode Island Kids Count Factbook.* Rhode Island
  KIDS COUNT. RIKCFactbook2022 (rikidscount.org)

AR001430

Rhode Island Department of Elementary and Secondary Education

Logic Model- School Based Mental Health Services Grant

| Input | Activities | Output | Outcomes | Results | Leading Indicators/GPRA Measures |
|---|---|---|---|---|---|
| RIDE Assets leadership and policy supports to 325 public schools in 66 public LEAs<br><br>Funding instructional and support services<br><br>SAMSHA Project AWARE<br><br>MTSS/SEL<br><br>SurveyWorks Data, SEI, school climate and culture<br><br>Partners: high need LEA's, RI College Institute for Education in Healthcare, school MH provider professional associations, affinity professional associations (ie: Latino Mental Health Network of RI) | HR systems track recruitment and retention of MH providers<br><br>Convening of partners/management team to provide direction to the project.<br><br>Continuously track outcome measures, products and deliverables<br><br>Work with professional associations to increase professional development supports for SBMH providers.<br><br>Expand partnerships to include organizations that can assist RIDE in diversification of the SBMH workforce. | Recruitment plan<br><br>Retention plan<br><br>Respecialization plan<br><br>LEA plans<br><br>Increased number of pathways to support behavioral health<br><br>Changes in licensure and certification that facilitates increase in qualified school based mental health providers | Increase number of MH service providers<br><br>Increase policies and practices that support recruitment and retention of MH service providers<br><br>Improved ratios of students to MH providers within high need LEA's, aligned with professional association best practices | Improved health and education outcomes<br><br>Improved SEL, School Climate and School Connectedness school based scores on SurveyWorks<br><br>Strengthened professional preparation program and ongoing support for school based mental health professionals | # of school based MH providers recruited as a result of the grant<br><br># of school based MH providers retained as a result of the grant<br><br>Reduction in the ratio of students to MH providers for each LEA with demonstrated need served by the grant<br><br>Increase the # of school based MH providers hired annually for each LEA with a demonstrated need served by the grant in the five years prior to receiving the grant<br><br>Reduction in the annual attriton rate of school based MH providers for each LEA with a demonstrated need served by the grant compared with the average attrition rate of such providers in each LEA in the five years prior to receiving the grant<br><br>Increase the # of diverse MH providers to reflect the student population |

AR001431

## Other Attachment File(s)

* **Mandatory Other Attachment Filename:** `1234-RIDE_Budget_Narrative.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

AR001432

| Rhode Island Department of Education | | | | |
|---|---|---|---|---|
| USDOE School Based Mental Health Services Grant Program CFDA84.184H | | | | |
| Project Period December 31, 2022 — December 30, 2027 | | | | |
| Budget and Justification Year 1 December 31, 2022-December 30, 2023 | | | | |
| Position | Name | Annual Salary | Level of Effort | Cost |
| 1) Associate Director, School Health and Extended Learning | Rosemary Reilly-Chammat,Ed.D | 118,000 | 10% | $11,800 |
| 2)School Health Policy and Program Specialist | TBD | $90,000 | 100% | $90,000 |
| 3) Fiscal Manager | TBD | $95,000 | 20% | $19,000 |
| | | | TOTAL | $120,800 |

**1. Personnel Justification:**

1) The Associate Director is responsible for all RIDE school health and safety initiatives and the overall management/leadership of USDOE strategies including administration, budgeting and contracting. This position will serve as principal investigator. A CV is included in the application. Dr. Reilly-Chammat serves as the Project Director on several federal grants including the USDOE FY 20 SBMH grant.

2)The School Health Policy and Program Specialist will lead, oversee, and manage all grant activities and be the liaison with the LEAs and all community partners.  A job description is included in the application.

3) The Fiscal Manager will assist with contract development and management following all State of RI fiscal policies and protocols. A job description is included in the application.

**2. FRINGE BENEFITS**

| Position | Name | Annual Rate | Fringe rate | |
|---|---|---|---|---|
| Associate Director, School Health and Extended Learning | Rosemary Reilly-Chammat | $35,400 | 60% | $7,142 |
| School Health Policy and Program Specialist | TBD | $41,159 | 60% | $53,339 |
| Fiscal Manager | TBD | $53,340 | 56% | $10,668 |
| | | | Total | $71,149 |

**B. Fringe Benefits Justification:** Fringe benefits rate reflect current rate for agency.

**3. TRAVEL**

| Purpose for Travel | | Item | Rate | Cost |
|---|---|---|---|---|
| Instate Travel | | Instate mileage | 75 milesX12 mos X .65 /mile | $585 |
| Out of State Travel | USDOE approved meetings | Airline 1 @500 | | $2,300 |
| | For the Project Director and | Hotel at 2 nights @250 | | |

AR001433

| | Program Manager | | | |
|---|---|---|---|---|
| | | Per diem and ground transportation @ 50 per day x 3 days. 1150 total x 2 people | | |
| | | | **TOTAL** | **$2,885** |

**Travel Justification:**

1. Local travel is requested to attend local meetings, project activities and training events. All local travel will take place in accordance with USDOE requirements and State of Rhode Island travel procedures.

**4. EQUIPMENT:** An article of tangible, nonexpendable, personal property having a useful life of more than one year.

| Item | Rate | Cost |
|---|---|---|
| 1)Laptop & Docking Station | 1 @ $1,200 | $1,200 |
| | TOTAL | **$1,200** |

 Equipment Justification: A laptop and docking station are required for the School Health Policy and Program Specialist.

**5. SUPPLIES**

| Item | Rate | Cost |
|---|---|---|
| 1) General Office Supplies | $50 x 12 mos. | $600 |
| | **TOTAL** | **$600** |

Supplies Justification: General office supplies are needed for the general operations of this project including pens pencils, paper, poster paper, print cartridges.

**6. CONTRACT**

| Name | Service | Rate | Cost |
|---|---|---|---|

AR001434

| | | | |
|---|---|---|---|
| 1) Johnston School Department | The funds will be used to hire a local coordinator who will oversee recruitment, retention and respecialization activities. They will be responsible for tracking data including GPRA measures to demonstrate need. Other funds will be used to support evidence based and data driven strategies to increase the number of school based mental health providers in the LEA. | $25,000/month x 12 | $325,000 |
| 2) Coventry School Department | The funds will be used to hire a local coordinator who will oversee recruitment, retention and respecialization activities. They will be responsible for tracking data including GPRA measures to demonstrate need. Other funds will be used to support evidence based and data driven strategies to increase the number of school based mental health providers in the LEA. | $25,000/month x 12 | $325,000 |
| 3) Exeter West Greenwich Regional School District | The funds will be used to hire a local coordinator who will oversee recruitment, retention and respecialization activities. They will be responsible for tracking data including GPRA measures to demonstrate need. Other funds will be used to support evidence based and data driven strategies to increase the number of school based mental health providers in the LEA. | $25,000/month x 12 | $325,000 |
| 4) Segue Institute for Learning | The funds will be used to hire a local coordinator who will oversee recruitment, retention and respecialization activities. They will be responsible for tracking data including GPRA measures to demonstrate need. Other funds will be used to support evidence based and data driven strategies to increase the number of school based mental health providers in the LEA. | $12,500/month x 12 | $150,000 |

AR001435

| | | | |
|---|---|---|---|
| 5)Rhode Island College | The funds will be used to hire a coordinator who will oversee recruitment, retention and respecialization activities. They will support PD and TA that is cross-disciplinary supporting interprofessional education and learning. They will expand opportunities for internal collaboration among RIC students, faculty and administrators in school based mental health studies. They will lead the development of certificate program and pathways to increase the number of school based mental health providers statewide. | $33,333.33 x12 | $400,000 |
| 6) TBD to engage organizations that work to diversify the workforce with a focus on mental health. | The funds will be used to support RI based organizations that will enable efforts to support a diverse workforce.  RIDE will follow state purchasing protocols to engage organizations that are new to RIDE work and will plan, implement and evaluate efforts. | $12,500 per month x 12 | $150,000 |
| 7) TBD vendor for a marketing campaign | The funds will be used to support a marketing firm that will develop a campaign to support a diverse SBMH workforce.  RIDE will follow state purchasing protocols to engage a partner with expertise in marketing strategies in diverse communities. | $7883.5o per month x 12 | $94,602 |
| 8)  State General Revenue Support for Statewide Mental Health Infrastructure | The State of Rhode Island has made an ongoing commitment to support youth mental health.  We will match funds from Governor McKee's State Budget. Over the course of the grant, we will work with other State Department Offices including the RI Executive Office of Health and Human Services, RI Department of Health, RI Department of Children, Youth and Families, and the RI Department of Behavioral Health, Developmental Disabilities  and Hospitals to meet the match requirements. | $500,000<br><br>In-kind 25% state match | |

AR001436

|  |  | TOTAL | $1,769,602 |
|---|---|---|---|

| **Contract Justification:** |
|---|

1. The Johnston School Department was selected through a rigorous data driven needs assessment process.  It is an urban ring community.

2. The Coventry School District was selected through a rigorous data driven needs assessment process.  It is RI's a large suburban community.

3. The Exeter West Greenwich Regional School District was selected through a competitive process using State protocols and procedures. This district applied through the USDOE School Based Mental Health Grant per USDOE identified local codes.

4. Segue Institute for Learning is a small charter school located in Central Falls, Rhode Island's smallest urban community.

5. RIC's Institute for Education in Healthcare, Rhode Island College is a regional model for training current and future healthcare professionals. RIC is the only higher education institution that trains current school based mental health providers including mental health counselors, school psychologists and school social workers.  The focus on collaborative, interdisciplinary, patient-centered methods of care delivery have a strong potential for improving health outcomes and reducing costs for all Rhode Islanders. They are uniquely positioned as a strategic partner for RIDE and the LEA's RIDE will utilize a State approved sole source justification process to contract with RI College to facilitate the work.  All state fiscal and contractual protocols will be followed. No more than 10% of the funds will be used to support respecialization.  RIC is a partner in the FY 20 USDOE Cohort 1 effort and has demonstrated capacity to support this work.

6. To meet the goals of the grant around diversifying the pipeline for school based mental health providers this line item will support intentional strategies to ensure districts can support recruitment and retention of school based mental health providers that are form their community and reflect the diversity within the community.

7. To meet the goals of the grant around diversifying the pipeline for school based mental health providers this line item will support a marketing campaign to ignite interest in school based mental health careers to support recruitment and retention of school based mental health providers that are form their community and reflect the diversity within the community.

| **7. CONSTRUCTION: NOT ALLOWED** |
|---|

| **8. OTHER** | | | |
|---|---|---|---|
| **Item** | | Rate | Cost |
| 1) Educational Materials-specific to provision of school based mental health service, periodicals, journals, materials | | $50 x12mos | $600 |
|  |  | **TOTAL** | **$600** |

AR001437

| | |
|---|---|
| **Other Justification:** | |
| I) Educational materials and professional journal subscriptions related to School Based Mental Health Services goals and objectives. | |
| **9. TOTAL DIRECT CHARGES:** | $1,966,836 |
| **9. INDIRECT CHARGES: 11%** | $33,164 |
| **10. TOTALS:** (Total Direct Charges + Total Indirect Charges) | $2,000,000 |
| **11. Total with State 25% match** | $2,500,000 |

AR001438

| Budget Summary and Justification Years 2-5 | | | | |
|---|---|---|---|---|
| Budget Category | Year 2 | Year 3 | Year 4 | Year 5 |
| Salary | $120,800 | $120,800 | $120,800 | $120,800 |
| Fringe | $71,149 | $71,149 | $71,149 | $71,149 |
| Travel | $2,885 | $2,885 | $2,885 | $2,885 |
| Equipment | 0 | 0 | 0 | 0 |
| Supplies | $600 | $600 | $600 | $600 |
| Contracts | $1,770,802 | $1,770,802 | $1,770,802 | $1,770,802 |
| Other | $600 | $600 | $600 | $600 |
| Total Direct Charges | $1,966,836 | $1,966,836 | $1,966,836 | $1,966,836 |
| Indirect Charges | $33,164 | $33,164 | $33,164 | $33,164 |
| Totals | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 |
| Total with State 25% match | $2,500,000 | $2,500,000 | $2,500,000 | $2,500,000 |
| Budget Justification | | | | |
| Personnel | Key project staff including the Project Director, Program Manager and Fiscal manager will provide continuous leadership for the project to achieve state goals and objectives. | | | |
| Fringe | The fringe benefit rate reflects the current negotiated rate for RIDE. | | | |
| Travel | In state travel to LEAs and project partners will be supported.  There are also funds for approved out of state travel and/or mandatory professional development opportunities per USDOE requirements. | | | |
| Equipment | There will be no equipment purchased. | | | |
| Supplies | General office supplies are needed for general operations of the project, including pens, pencils, poster paper and print cartridges. | | | |
| Contracts | RIDE will contract with partners necessary to achieve the goals and objectives of the grant.  These include the 4 LEA's, RI College Institute for Education in Healthcare, partners who will help meet diversification of workforce goals and marketing partner to attract candidates to SBMH professions. | | | |
| Other | Educational materials specific to the provision of SBMH services, periodicals, journal and other like materials. | | | |
| 25% State Match | RIDE will make every effort to work with Governor McKee and other state agencies to meet the 25% state fund match requirements.  Over the course of the grant, we will work with other State Department Offices including the RI Executive Office of Health and Human Services, RI Department of Health, RI Department of Children, Youth and Families, and the RI Department of Behavioral Health, Developmental Disabilities and Hospitals to meet the match requirements. If there are difficulties, the RIDE Project Director will speak with the assigned USDOE Project Officer about the possibility of a "hardship exemption" as described in the USDOE final notice for this project. | | | |

AR001439



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF FINANCE AND OPERATIONS
OFFICE OF ACQUISITION, GRANTS, AND RISK MANAGEMENT

September 13, 2022

Mr. Mark Dunham
Director of Finance
Rhode Island Department of Elementary & Secondary Education
Shepard Building
255 Westminster Street
Providence, RI 02903-3400

Reference: Agreement No. 2022-141

Dear Mr. Dunham:

This letter is to acknowledge receipt of the organization's indirect cost rate proposal. The proposal will be reviewed, and an indirect cost rate agreement will be issued.

The assigned negotiator is Nelda Barnes. Please contact the assigned negotiator, at (202) 453-6380 or nelda.barnes@ed.gov, if you have any questions or require further assistance. Please confirm receipt of this email and refer to the above referenced number in all related correspondence.

Sincerely,

*Andre Hylton*

Andre Hylton
Director, Indirect Cost Division
Office of Acquisition, Grants, and Risk Management

Enclosure: Privacy Act Statement

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-4500
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*
PR/Award # S413A240120
Page e85

AR001440



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF FINANCE AND OPERATIONS
OFFICE OF ACQUISITION, GRANTS, AND RISK MANAGEMENT

**ICD NICRA**

**Authorities:** The following authorities authorize the collection of this information: Uniform Guidance (UG) 2 CFR 200; Educational Department General Administrative Requirements (EDGAR) 34 CFR 76 and 75; Federal Acquisition Regulation (FAR) 48 CFR 31.2 (Commercial Organizations); 20 U.S.C. 1221e.3(a)(1), 2831(a).

**Purpose:** The purpose of collecting this information is to: (1) collect PII on Department employees and contractors who utilize the system as part of normal system/registration and access activities, and (2) collect PII from external parties to aid the Indirect Cost Divisions review and approval of indirect cost rates, fringe benefit rates, and cost allocation plans for those grantees/contractors where the OMB has assigned the Department.

**Disclosures:** The information will not be disclosed outside of the Office of Finance and Operations.

**Consequences of Failure to Provide information:** Contractors and grantees are obligated to provide the information identified in section 3.1 of this form in order to complete the review, approval, and negotiation of indirect cost rates. Failure to do so will result in a unilateral determination of indirect costs. However, we encourage a collaborative approach to the negotiation of indirect cost rates.

Additional information about this system can be found in the Privacy Impact Assessment.

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-4500
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*
PR/Award# S184H250120
Page e86

AR001441



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

RI Department of Elementary and Secondary Education

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 120,800.00 | 120,800.00 | 120,800.00 | 120,800.00 | 120,800.00 | | | 604,000.00 |
| 2. Fringe Benefits | 71,149.00 | 71,149.00 | 71,149.00 | 71,149.00 | 71,149.00 | | | 355,745.00 |
| 3. Travel | 2,885.00 | 2,885.00 | 2,885.00 | 2,885.00 | 2,885.00 | | | 14,425.00 |
| 4. Equipment | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 1,200.00 |
| 5. Supplies | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | | | 3,000.00 |
| 6. Contractual | 1,769,602.00 | 1,770,802.00 | 1,770,802.00 | 1,770,802.00 | 1,770,802.00 | | | 8,852,810.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | | | 3,000.00 |
| 9. Total Direct Costs (lines 1-8) | 1,966,836.00 | 1,966,836.00 | 1,966,836.00 | 1,966,836.00 | 1,966,836.00 | | | 9,834,180.00 |
| 10. Indirect Costs* | 33,164.00 | 33,164.00 | 33,164.00 | 33,164.00 | 33,164.00 | | | 165,820.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | | | 10,000,000.00 |

*Indirect Cost Information (To Be Completed by Your Business Office):  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☒ Yes    ☐ No

(2)    If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:  From: 07/01/2022   To: 06/30/2025    (mm/dd/yyyy)

Approving Federal agency:  ☒ ED   ☐ Other (please specify): _____

The Indirect Cost Rate is  11.00 %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?    ☐ Yes    ☐ No    If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?

☐ Yes    ☐ No   If  yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

☒ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is  11.00 %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:

☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

AR001442

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| RI Department of Elementary and Secondary Education | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 2,500,000.00 |
| 9. Total Direct Costs (lines 1-8) | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 2,500,000.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | 500,000.00 | | | 2,500,000.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001443**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| RI Department of Elementary and Secondary Education | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  10.00

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or, ☒ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | 30,800.00 | 30,800.00 | 30,800.00 | 30,800.00 | 30,800.00 | | | 154,000.00 |
| 2. Fringe Benefits Administrative | 24,952.00 | 24,952.00 | 24,952.00 | 24,952.00 | 24,952.00 | | | 124,760.00 |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | 55,752.00 | 55,752.00 | 55,752.00 | 55,752.00 | 55,752.00 | | | 278,760.00 |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | 55,752.00 | 55,752.00 | 55,752.00 | 55,752.00 | 55,752.00 | | | 278,760.00 |
| 10. Total Percentage of Administrative Costs | 2.80 | 2.80 | 2.80 | 2.80 | 2.80 | | | |

ED 524

**AR001444**

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220121**

**Gramts.gov Tracking#: GRANT13747916**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220121

AR001445

# **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1236-AffectedAreas_UUSD_SBMH2022)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1235-GEPA_UUSD_SBMH2022)* | e8 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
| *Attachment - 1 (1234-ProjectAbstract_UUSD_SBMH2022)* | e14 |
| *6. Project Narrative Form* | e15 |
| *Attachment - 1 (1237-ProjectNarrative_UUSD_SBMH2022)* | e16 |
| *7. Other Narrative Form* | e43 |
| *Attachment - 1 (1239-Att1_Bibliography_UUSD_SBMH2022)* | e44 |
| *Attachment - 2 (1240-Att2_Resumes_UUSD_SBMH2022)* | e45 |
| *Attachment - 3 (1241-Att3_LettersOfSupport_UUSD_SBMH2022)* | e56 |
| *Attachment - 4 (1242-Att4_NICRA_UUSD_SBMH2022)* | e63 |
| *Attachment - 5 (1243-Att5_EO12372_UUSD_SBMH2022)* | e64 |
| *8. Budget Narrative Form* | e65 |
| *Attachment - 1 (1238-BudgetNarrative_UUSD_SBMH2022)* | e66 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e119 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e122 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001446

OMB Number: 4040-0004
Expiration Date: 12/31/2022

# Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 11/03/2022

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:** NA

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:**

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Ukiah Unified School District

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 94-6002711

**\* c. UEI:** KMKFFG3853M5

**d. Address:**

**\* Street1:** 511 South Orchard Street
**Street2:**
**\* City:** Ukiah
**County/Parish:** Mendocino
**\* State:** CA: California
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 95482-3470

**e. Organizational Unit:**

**Department Name:**
**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Mr.
**\* First Name:** Jason
**Middle Name:**
**\* Last Name:** Iversen
**Suffix:**
**Title:** Director of Student Services
**Organizational Affiliation:**
**\* Telephone Number:** 707-472-5061
**Fax Number:** 707-468-3332
**\* Email:** jiversen@uusd.net

AR001447

**Application for Federal Assistance SF-424**

**\* 9. Type of Applicant 1: Select Applicant Type:**

```
G: Independent School District
```

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

```
Department of Education
```

**11. Catalog of Federal Domestic Assistance Number:**

```
84.184
```

CFDA Title:

```
School Safely National Activities
```

**\* 12. Funding Opportunity Number:**

```
ED-GRANTS-100422-001
```

**\* Title:**

```
Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H
```

**13. Competition Identification Number:**

```
84-184H2022-2
```

Title:

```
84.184H School Based Mental Health
```

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

```
1236-AffectedAreas_UUSD_SBMH2022.pdf
```
[Add Attachment]  [Delete Attachment]  [View Attachment]

**\* 15. Descriptive Title of Applicant's Project:**

```
Increasing Access to School-Based Mental Health Services for Ukiah Students
```

Attach supporting documents as specified in agency instructions.

[Add Attachments]  [Delete Attachments]  [View Attachments]

**AR001448**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `CA-002`                                        * b. Program/Project `CA-002`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]    Add Attachment    Delete Attachment    View Attachment

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                                  * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 7,948,343.00 |
| * b. Applicant | 2,658,216.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 10,606,559.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

[                    ]    Add Attachment    Delete Attachment    View Attachment

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: `Ms.` | * First Name: `Kristy` |
| Middle Name: | |
| * Last Name: `Bryant` | |
| Suffix: | |

* Title: `Director of Fiscal Services`

* Telephone Number: `707-472-5015`    Fax Number: `707-468-3332`

* Email: `kbryant@uusd.net`

* Signature of Authorized Representative: `Kristy Bryant`    * Date Signed: `11/03/2022`

AR001449

Ukiah Unified School District (UUSD)

SF 424 Item 14. Areas Affected by Project (Cities, Counties, States, etc.)

City of Ukiah and surrounding area in Mendocino County, California

AR001450

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1235-GEPA_UUSD_SBMH2022.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR001451**

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

## GENERAL EDUCATION PROVISIONS ACT (GEPA SECTION 427)

Located two hours north of San Francisco in Northern California, Ukiah is the Seat of Government for rural Mendocino County. The Ukiah area is home to about 40,000 residents and includes Ukiah, several surrounding smaller communities, and five Native American Rancherias. Ethnically, residents are primarily white/non-Hispanic (54%), with 36% Hispanic, and 5% Native American; people of other or mixed ethnicities account for the remaining 5%. About 83% of adults hold high school diplomas, and 22% are college graduates. Socially, Ukiah is diverse, an amalgam of urban professionals, fifth generation sheep and cattle ranchers, a strong faith community, and people living off the grid in the surrounding hills. Children from very different home environments sit side by side in Ukiah classrooms. Economically, Ukiah families are struggling. Ukiah's median household income of $55,177 is only 70% of the statewide median of $78,672, and 18.2% of the population lives below the federal poverty level (compared with 12.3% statewide). Disparities in poverty can be seen among African American and Hispanic residents, where the poverty rates are 62% and 25%, respectively (data from US Census).

Ukiah Unified School District (UUSD), the applicant, serves approximately 5,850 students in 11 traditional school settings. The district's diverse student body is 54% Hispanic, 34% White/non-Hispanic, 5% Native American, and 7% of other or mixed ethnicities. Since 2000, Hispanic enrollment has more than doubled, from 24% to 54% last year. Districtwide, 23% of UUSD students are classified as English Learners. Among UUSD students, 77% participate in Free/Reduced Price Meal Programs. UUSD's Unduplicated Pupil Count, an indicator combines English Learners, students that are eligible for free or reduced-price meals, and foster youth, is 80.93% in 2021-2022. There are 3,100 students enrolled in the four secondary schools included in this proposal, which serve students from the communities of Ukiah, Redwood Valley, Calpella, Talmage, and Hopland and from five nearby Native American Rancherias.

UUSD is committed to providing equal access to information, opportunities, and support that will make all services and benefits accessible to people of all cultural backgrounds and ensuring that no person is excluded or impaired from participating in services, events, or activities because of gender, race, national original, sexual orientation, color, disability, or age. UUSD makes every effort to recruit employees who are representative of the population and will carry out a variety of specific strategies to recruit qualified individuals from underrepresented groups.

- **Ethnic diversity.** Although more than half of the UUSD enrollment is Hispanic, there are currently no Spanish-speaking mental health services providers on staff. Strategies for recruiting Hispanic providers include offering paid internships (to recruit applicants who are working toward their qualifying degrees); offering Bilingual Stipends; offering service scholarships to current Hispanic staff to continue their education to meet job requirements; disseminating job opportunity information in both English and Spanish; and connecting with local organizations that support the Hispanic community to secure their assistance in spreading the word.
- **Racial diversity.** With five Native American Rancherias in its service area, UUSD will work closely with local tribes to share information about job opportunities and career development opportunities.

U<small>KIAH</small> U<small>NIFIED</small> S<small>CHOOL</small> D<small>ISTRICT</small> (UUSD)

- **Gender diversity.** Efforts to reach potential applicants of all genders and sexual orientations will include placing ads on a wide variety of portals and publications and reaching out to LGBTQ support organizations.
- **Disabilities.** All school facilities meet Americans with Disabilities Act requirements. UUSD will make every effort to recruit and accommodate applicants who are differently abled, including those with visual, hearing, or other physical deficits.

To address the needs of the participating students, UUSD will incorporate cultural sensitivity and competence issues into all training activities for both staff and students. Recognizing that some students and families face greater barriers than others, UUSD will take the following additional steps to ensure equitable access to all activities:

**Gender and Gender Diversity**. UUSD policy explicitly prohibits harassment and discrimination based on sexual orientation and gender identity. All students are informed that harassment and discrimination based on sexual orientation and gender identity are unacceptable, that violation of this policy constitutes cause for disciplinary action, and that they should inform the principal if they experience such discrimination.

**Hispanic Community.** UUSD will ensure that information about mental health services is broadly disseminated in both English and Spanish, and that informational brochures and flyers are created in Spanish as well as English. With the percentage of Hispanic students enrolled in UUSD schools currently at 54% and continuing to rise, these are essential strategies to ensure equitable access.

**Native American Community.** There are five Native American Rancherias in the UUSD service area. Although all children experience common challenges, there are culture-specific barriers for this community, and Native American students exhibit the highest rate of chronic absenteeism. To address these barriers, UUSD will work closely with local tribal communities to ensure culturally relevant services for Native American students.

**Disabilities.** Among UUSD elementary students, approximately 15% are receiving special education services. All facilities used for project activities meet Americans with Disabilities Act requirements. To accommodate individuals with physical disabilities, all activities will be held in facilities that are wheelchair accessible. Buses with wheelchair lifts are available to transport students. The Project Coordinator will be responsible for working with teachers, staff, and consultants to ensure that all students have equitable access to project services and activities.

**Poverty**. Ukiah is a high poverty community, and 77% of Ukiah students participate in free and reduced-price meal programs. The poverty rate is 18.2% (compared with 12.3% statewide). UUSD will ensure that all students have access to project activities, regardless of cost or family resources.

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Ukiah Unified School District

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Ms.     * First Name: Kristy     Middle Name:

* Last Name: Bryant     Suffix:

* Title: Director of Fiscal Services

* SIGNATURE: Kristy Bryant     * DATE: 11/03/2022

AR001454

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Mr.`   * First Name: `Jason`   Middle Name: ` `   * Last Name: `Iversen`   Suffix: ` `

Project Director Level of Effort (percentage of time devoted to grant): `20`

Address:

* Street1: `511 South Orchard Street`

Street2: ` `

* City: `Ukiah`

County: `Mendocino`

* State: `CA: California`

* Zip Code: `95482-3470`

Country: `USA: UNITED STATES`

* Phone Number (give area code): `707-472-5061`   Fax Number (give area code): `707-468-3332`

* Email Address: `jiversen@uusd.net`

Alternate Email Address: `kbryant@uusd.net`

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes   ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| `060450113.0` | `060450115.0` | |
| | | |
| | | |
| | | |

**AR001455**

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

**AR001456**

## Abstract

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

-   Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

-   Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

-   Abstracts must include the population(s) to be served.

-   Abstracts must include primary activities to be performed by the recipient.

-   Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

-   Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

-   Research issues, hypotheses and questions being addressed.

-   Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

_____

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

\* Attachment: | 1234-ProjectAbstract_UUSD_SBMH2022.pdf |   [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

**AR001457**

## PROJECT ABSTRACT

**Applicant:** Ukiah Unified School District (UUSD)

**Project Title:** Increasing Access to School-Based Mental Health Services for Ukiah Students

Ukiah Unified School District (UUSD) will implement the project in four secondary schools that together serve 3,100 students in grades 6-12. UUSD will use grant funds to hire seven additional mental health services providers: 5 Social Emotional Counselors, 1 School Social Worker, and 1 Substance Use Disorder Counselor. With these providers in place and implementation of a wide variety of retention strategies, UUSD anticipates providing mental health services and support to at least 400 additional students. The project addresses Absolute Priority #2 and Competitive Priority #2. Project objectives are to: 1) Increase the number and diversity of mental health service providers; 2) Increase student access to mental health services and support; 3) Provide ongoing professional development opportunities; and 4). Sustain expanded mental health services beyond the grant. To achieve these objectives, UUSD will begin by recruiting and hiring new mental health services providers that reflect the diversity of the community. UUSD will provide new and existing mental health services providers with extensive support, including professional development opportunities, and offer a range of retention incentives. Providers will begin service delivery by Month 3 of the grant. UUSD anticipates the following outcomes:

- Mental health services provider-to-student ratio of 1:310.

- Mental health services provider retention rate of 90%.

- 60% of new providers from underserved groups.

- Provision of mental health services to 400 additional students per year.

- Effective system of reimbursement established to sustain grant activities.

AR001458

## Project Narrative File(s)

**\* Mandatory Project Narrative File Filename:** | 1237-ProjectNarrative_UUSD_SBMH2022.pdf |

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13747916          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:26:15 PM EDT

**AR001459**

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

---

## TABLE OF CONTENTS

---

| | PAGE |
|---|---|
| **TABLE OF CONTENTS** | **1** |
| **PROJECT NARRATIVE** | **2** |
| A. Need for Project | 2 |
| B. Quality of Project Personnel | 8 |
| C. Quality of Project Design and Services | 14 |
| D. Management Plan and Adequacy of Resources | 21 |
| **PROJECT BUDGET AND JUSTIFICATION** | **28** |
| Budget Request Summary and Justification | 28 |
| Match Summary and Justification | 64 |
| **ATTACHMENTS** | **81** |
| 1. References and Bibliography | 81 |
| 2. Resumes and Job Descriptions | 82 |
| 3. Letters of Support | 93 |
| 4. Documentation of Indirect Rate | 100 |
| 5. Executive Order 12372 Transmittal Letter | 101 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

## PROJECT NARRATIVE

*1. Acronym reference list*

| CHKS | California Healthy Kids Survey |
|------|-------------------------------|
| FCL | Bilingual Family/Community Liaison |
| FTE | Full-Time Equivalent |
| MESA | Mathematics, Engineering, Science Achievement |
| PBIS | Positive Behavior Interventions and Support Program |
| PPS | Pupil Personnel Services Credential |
| SEC | Social Emotional Counselor |
| SUD | Substance Use Disorder   SUDT = SUD Treatment Counselor |
| UUSD | Ukiah Unified School District |

## A. Need for the Project

### A-1. Community overview

Located two hours north of San Francisco in Northern California, Ukiah is the Seat of

Government for rural Mendocino County. The Ukiah area is home to about 40,000 residents and

includes Ukiah, several small smaller communities, and five Native American Rancherias.

Ethnically, residents are primarily white/non-Hispanic (54%), with 36% Hispanic, and 5%

Native American; people of other or mixed ethnicities account for the remainder. About 83% of

adults hold high school diplomas, and 22% are college graduates. Economically, Ukiah families

are struggling. Ukiah's median household income of $55,177 is only 70% of the statewide

median of $78,672, and 18.2% of the population lives below the federal poverty level (compared

with 12.3% statewide). Disparities in poverty can be seen among African American and Hispanic

residents, where the poverty rates are 62% and 25%, respectively (data from US Census).

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### A-2. Description of LEA

Ukiah Unified School District (UUSD) serves approximately 5,850 students in 11 traditional school settings. The student body is 54% Hispanic, 34% White/non-Hispanic, 5% Native American, and 7% of other/mixed ethnicities. Since 2000, Hispanic enrollment has more than doubled, reaching 54% last year, and 23% of UUSD students are English Learners. UUSD's Unduplicated Pupil Count, an indicator that combines English Learners, students eligible for free or reduced-price meals, and foster youth, is 80.93%, and 77% participate in Free/Reduced Price Meal Programs (California Department of Education). There are 3,100 students enrolled in the four secondary schools included in this proposal.

Over the past ten years UUSD has enhanced student support services by increasing socio-emotional counseling staff at all schools, prioritizing screening and early invention, and creating the Bilingual Family/Community Liaison (FCL) position to surmount cultural and language barriers. FCLs have been pivotal in supporting and communicating with UUSD's most vulnerable students, especially those living in foster and homeless families.

Currently, UUSD spending on behavioral health services accounts for 4.5% of the total LEA budget. UUSD delivers mental health supports through a multi-tiered system of support—an integrated, systematic system for delivery of instruction, assessment, and intervention designed to meet student achievement, behavioral, and socioemotional needs by ensuring access to fluid interventions and support. UUSD has been implementing the Positive Behavior Support Interventions and Support Program (PBIS) discipline and self-esteem program since 2012. PBIS seeks to improve results by making problem behavior less effective, efficient, and relevant, and desired behavior more functional. As detailed below, UUSD uses a variety of evidence-based practices and approaches to provide mental health support to students:

- **Academic counseling** for middle and high school students.

- **After school enrichment** for K-8 students, using a youth development approach.

- Opportunities for **meaningful participation,** including student clubs, leadership classes, student councils, and MESA (Mathematics, Engineering, Science Achievement).

- **Socio-emotional counseling** for students at all grade levels.

- **Summer programs** providing extra academic support for those who need it.

- **Trauma-informed practices and a harm reduction approach**

- **Suicide prevention education** for student leadership and peer counselors.

- **Peer Counseling,** focusing on teaching leadership and communication skills.

- **Evidence-based programs** such as Second Step and Boys Town Social Skills, Gang Resistance Education and Training, Restorative Practice, and Safe School Ambassador.

- **Cultural education and support** that includes a college Native American Studies class that is open to high school students through dual-enrollment; an elementary school Pomo language and culture class, and a full-time FCL for Native American students.

### *A-3. How LEA meets definition of demonstrated need*

In spite of UUSD's commitment to providing mental health services, students continue to demonstrate the need for even stronger support (see data in Section A-4 below). In a recent survey of UUSD teachers, 25% reported a belief that district counseling service are inadequate. UUSD mental health professionals are unable to meet the demand for services, requiring the use of waitlists. UUSD also does not have adequate substance use disorder (SUD) prevention and treatment services to address the high levels of student drug and alcohol use.

The American School Counselor Association recommends a 1:250 ratio of school counselors to students, although the actual national ratio is 1:415 and the California average for the past

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

school year was 1:572.[1] Table 2 below provides current UUSD provider-to-student ratios. Note that Social Emotional Counselors (SECs) are credentialed mental health professionals. UUSD also employs a school psychologist and Title VI Counselors,[2] both of whom provide academic counseling rather than mental health support and are thus not included in calculation of the ratio.

*Table 2. Mental health service provider-to-student ratios*

| | Current Provider FTE | Student Enrollment | Current Ratio | Comparison |
|---|---|---|---|---|
| **AGGREGATE** | **5.00 FTE** | **3,100** | **1 : 620** | **Nat'l: 1 : 415** |
| Socio Emotional Counselors | 5.00 FTE | 3,100 | 1 : 620 | **State: 1 : 572** |

The maximum caseload for counselors providing individual services is 25 students/week, with each student receiving up to 12 weeks weeks of support. At current staffing levels, UUSD is able to provide individual mental health support to only 375 students per year, although small groups (e.g. anxiety, grief) increase the reach. However, the need still far outweighs UUSD capacity. An estimated 49.5% of adolescents have had a mental health disorder at some point (National Institute of Mental Health), equating to 1,550 UUSD secondary students; existing counselors are able to serve only 24% of this number. The shortage of mental health professionals is not limited to local schools. Mendocino County is a small rural area with a very limited labor pool. Local nonprofit mental health agencies that serve youth report 6-12 month waiting times. And, although the county Behavioral Health Department has allocated funding to

---

[1] Panchal N, et al (2022). The landscape of school-based mental health services.

[2] Title VI Counselors serve only Native American students.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

provide SUDT counseling for schools, they have been unable to fill this position. Local clinics also report waitlists and job vacancies amounting to 67% of funded positions.

Finally, the provider shortage is not the only barrier. In a recent survey, 31% of students said they did not know how to get help at school for mental health issues, and that the services they did know about were difficult to access. The social stigma associated with mental health issues continues to be a barrier, and some students may not feel fully supported by their parents in seeking such support. Barriers are experienced differently by students of different ethnic groups, with white/non-Hispanic students 43% more likely to identify counseling and social-emotional support as a positive aspect of their school experience. This may be in part because UUSD has not until this year had a bilingual counselor to provide Spanish language services.

### A-4. Magnitude of the problem

Ukiah students are strongly impacted by such challenges as homelessness, child abuse, juvenile crime, and mental health issues. Over the past five years, the area has also been impacted by multiple devastating wildfire disasters. These and other concerns that impact learning are discussed below (county level data is provided where local data are not available).

**Adverse childhood experiences (ACEs).** In Mendocino County, 68% of adults report having experienced one or more ACEs, and 20% have experienced four or more ACEs. At 23%, Mendocino County is second highest in the state for the percentage of children who have experienced two or more ACEs. Childhood experiences such as abuse, violence, and such trauma as the recent wildfires can have a profound impact on children's learning.

**Mental health.** According to Robert Wood Johnson Foundation 2022 County Health Rankings, Mendocino County ranks 44th in overall health outcomes, worse than 43 of California's 58 counties, and Mendocino County residents reported an average of 4.6 mentally

unhealthy days in past 30 days (compared with 3.9 days statewide).[3] The Mendocino County 2019 Community Health Needs Assessment found that 31% of respondents had someone within their immediate family living with a mental health illness, and mental health issues were overwhelmingly (67% of respondents) listed as the county's most important health problem.

In the 2022 California Healthy Kids Survey (CHKS), 39% of UUSD secondary students reported having chronic sad or hopeless feelings during the past year (compared with 33% statewide), and 17% reported seriously considering suicide (15% statewide). In 2022, the percent of students saying they feel emotionally safe at school dropped 28% (compared to 2021) and the percent that knew how to get help for mental health issues dropped 14%. Last school year, 18% of 3rd-6th graders were screened as experiencing symptoms of anxiety or depression; 49% of middle school students reported stress and anxiety as their most significant challenge. The California Department of Public Health estimates an age-adjusted suicide rate of 20.8/100,000 in the county, compared to 10.5/100,000 statewide, placing Mendocino County 8th highest in the state. County Behavioral Health Services reported 404 crisis calls from youth to the local crisis center and 72 inpatient psychiatric hospitalizations of youth ages 0-17 during the past year.

**Homelessness.** In 2021, Mendocino County's Point-in-Time Homelessness Count identified 179 homeless households with children with a total of 552 family members, including 321 children. However, the pandemic presented schools with a clear challenge that made it much more difficult to identify homeless students. In 2020, prior to the pandemic, Mendocino County schools reported 753 students experiencing homelessness or precarious housing situations, about 6% of the total enrollment. This year, UUSD enrollment includes 200 homeless students.

---

[3] Robert Wood Johnson Foundation 2022 County Health Rankings.

AR001466

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**Child abuse and foster care.** The county's rate of substantiated child abuse is 16.3/1,000, more than double the statewide rate of 6.6/1,000, and the foster care rate of 11.3/1,000 is also more than double the statewide rate (UC Berkeley Center for Social Services Research).

**Substance use.** Student CHKS responses show that Ukiah students use alcohol and drugs at higher rates than do students statewide, and are less likely to consider such use harmful. For example, 38% of Ukiah 11th graders report past 30-day use of alcohol or drugs, compared with 23% statewide; 14% report past 30-day binge drinking (9% statewide); and 25% report past 30-day use of marijuana (16% statewide). And, only 21% of 11th graders believe occasional marijuana use presents a great or moderate risk of harm (compared with 32% statewide).

**Trafficking.** A 2017 study found that 20% of homeless youth are victims of commercial exploitation of children, including those trafficked for sex, labor, or both (Child Welfare Information Agency Gateway). Although local data are not available, reports from local child protection agencies suggest levels above national rates.

**Student attendance, absenteeism, and suspensions.** Chronic absenteeism shot up during the pandemic, with a 2022 rate of 41.63% (compared with 14.9% the previous year), indicating that almost half of UUSD students were absent 10% of the time. Last year, UUSD reported 487 suspensions, a rate of 5.89%, with most suspensions for violent injury and non-injury incidents.

**Student and parent engagement.** The UUSD 2022 Student Survey reflects student frustration with school changes during the pandemic, with the percent of students giving their school an overall grade of "A" falling from 43% in 2021 to 31%, and the percent reporting zero disciplinary referrals falling from 98% to 78%. Parents reported similar dissatisfaction, with the percent rating the overall quality of their child's school as excellent dropping from 43% to 38% and the percent reporting that school and staff solicited their input falling from 36% to 13%.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

Table 3 below summarizes additional student needs and risk factors, with ethnic disparities. Note the low graduation and high chronic absenteeism rates among Native American students.

*Table 3. Student indicators of need*

| Indicator | Cohort | UUSD rate | Statewide rate |
|-----------|--------|-----------|----------------|
| 4-Year Adjusted Cohort Graduation rate (2020-2021) | • All students | 87.2% | 87.7% |
| | • Hispanic | 86.3% | 80.5% |
| | • Native American Indian | 68.0% | 73.0% |
| | • White/non-Hispanic | 90.4% | 88.2% |
| Chronic absenteeism rate (2020-2021) | • All students | 14.3% | 14.3% |
| | • Hispanic | 14.3% | 17.1% |
| | • Native American Indian | 35.4% | 26.9% |
| | • White/non-Hispanic | 12.9% | 10.0% |

## B. Quality of Project Personnel

### B-1. Staffing plan

UUSD will assign experienced leadership staff to guide and ensure the success of the proposed project. Grant and matching funds will be used to support the following positions (see Attachment 2 for Resumes and Job Descriptions).

**Project Director** (20% FTE, matching contribution). Jason Iversen has worked with UUSD since 1996 and became Director of Student Services in 2015. He will supervise staff and provide overall guidance and leadership to the project; ensure compliance with reporting requirements; coordinate sustainability efforts; and serve as liaison with district administration and UUSD School Board. He holds a Masters in School Administration and has worked as a classroom teacher in multiple settings.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**Project Coordinator** (50% FTE, grant-funded). The Coordinator will provide day-to-day coordination of district-level activities, including tracking project activities to ensure fidelity to the implementation plan and timeline; data collection and evaluation; recruitment and professional development; support to mental health service providers; and preparing and submitting required reports. Jacob Bainbridge has worked with UUSD as a district-level Social Emotional Counselor since 2018. He is a licensed Marriage and Family Therapist and a Certified Substance Abuse Counselor. Previous experience includes working as a Clinical and Program Director in a residential treatment program and as a private therapist.

**Social Emotional Counselors** (500% FTE grant-funded, with additional FTEs included as match). Provide individual counseling services to students; monitor student progress; work with staff and parents to identify students struggling socially, emotionally, or academically; assist staff in identifying and addressing behaviors; and consult with teachers, administrators, and other staff regarding students' social-emotional needs related to education. This position requires a master degree and credentials in a related field, with experience.

**School Social Worker (100% FTE, grant-funded).** This to-be-hired position will be a new position for UUSD. The School Social Worker will work with students and parents to assess and address problems with attendance and performance, family interactions, and social problems that interfere with student ability to learn. This position requires a Pupil Personnel Services (PPS) credential or master degree in social work, and at least one year of experience working with at-risk students in an educational or social services setting.

**Substance Use Disorder Treatment Counselor (100% FTE, grant-funded).** The to-be-hired SUDT Counselor will provide screening and assessment, 1:1 counseling, and small groups.

This position requires two years of experience and a PPS credential with associate or advanced degree or equivalent in social work, mental health, counseling, SUD, or related field.

**Bilingual Family/Community Liaisons (FCL/100% FTE, grant-funded).** FCLs engage families in their child's education; work with families to identify and achieve goals and access needed support services; and facilitate positive family, school, and student relationships. Grant funds will be used to support a Bilingual FCL to work with Hispanic students. FCLs are required to have a high school diploma or equivalent; be bilingual in Spanish; and have a combination of experience that includes working as a bilingual aide or coordinating family education programs.

**Mental Health Interns.** UUSD will work with local colleges to recruit mental health interns to begin working their way up the career ladder. Interns will support Social Emotional Counselors in providing outreach to students and families, supporting teachers, and providing counseling to students.

**Data Analyst (50% FTE, grant-funded).** The to-be-hired Data Analyst will work with staff to ensure accurate tracking and reporting of services and outcomes; provide regular progress reports; compile data in formats suitable for sharing with partners and key stakeholders as evidence of project effectiveness; and coordinate the process of securing reimbursement for services to eligible students through the CalAIM program (described in Section D-3 below).

### B-2. Recruitment and retention plans

*Recruitment strategies*

Grant funding will enable UUSD to employ more mental health professionals. Given the small rural nature of the community and the current nationwide labor shortages, UUSD plans to use both traditional and innovative recruitment strategies. Traditional recruitment strategies will include job postings on online portals (e.g., Indeed, Edjoin, and Google Campaigns); print

advertising in local, regional, statewide, and national publications; and head-hunting visits to colleges and universities in the region. Innovative non-traditional recruitment strategies will include covering relocation expenses; having mental health providers participate in back-to-school nights and other parent engagement activities; offering respecialization opportunities and service scholarships for UUSD staff currently working in different positions; offering supplemental stipends for bilingual candidates; and creating a paid internship track for people currently completing their degrees.

*Recruiting for diversity*

UUSD attempts to recruit employees who reflect the population in terms of diversity and will carry out specific strategies to recruit individuals from underrepresented groups.

- **Ethnic diversity.** There is currently only one Spanish-speaking provider on staff. Recruitment strategies will include: paid internships (for applicants working toward their degrees), bilingual stipends, and service scholarships for current staff to continue their education; disseminating job opportunity information in Spanish; and connecting with local Hispanic serving organizations to secure their assistance in spreading the word.

- **Racial diversity.** With five tribes in its service area, UUSD will work closely with local tribes to share information about job opportunities and career development opportunities.

- **Gender diversity.** Efforts to reach potential applicants of all genders and sexual orientations will include placing ads on a wide variety of portals and publications and reaching out to LGBTQ support organizations.

- **Disabilities.** All school facilities meet Americans with Disabilities Act requirements. UUSD will make every effort to recruit and accommodate applicants who are differently abled, including those with visual, hearing, or other physical deficits.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Retention strategies*

The proposed retention incentives and strategies will also support the recruitment efforts described above. UUSD has included funding in the budget request for a variety of retention strategies, which will include incentives such as those listed below:

- **Professional development.** Staff will be eligible for participation in relevant professional conferences and trainings, covered by grant funds.

- **Collaborative learning.** Staff will be reimbursed for such professional costs as membership fees in professional organizations. UUSD will also continue to facilitate the UUSD Counselors Network and encourage staff to participate in the countywide network.

- **Licensure fees.** Grants funds will be available to cover these professional costs.

- **Respecialization and service scholarships.** UUSD will provide existing staff the opportunity to secure advanced degrees to support their progress up the mental health service delivery career ladder, including establishing a provisional credential for those not yet licensed to provide school-based mental health services under the direct supervision of a fully credentialed school-based mental health services provider.

- **Additional support.** Additional support may include health club membership discounts and discounted yoga or other exercise classes

## C. Quality of Project Design and Project Services

### C-1. Absolute and Competitive Priorities

The project addresses the following Priorities:

- **Absolute Priority #2.** UUSD is an LEA with demonstrated need and the proposed project will increase the number of credentialed school-based mental health services providers from 5.00% FTE to 10.00 FTE; reduce the provider-to-student ratio from 1:620

to 1: 310; and increase the number of students served from 375 to 775. Recruitment and

retention plans are described in Section B-2 above.

- **Competitive Priority #2:** Adding three providers from underserved groups will increase

  access to services by providing services in Spanish and reducing wait time.

### C-2. Project goal and objectives

The overall goal of the Increasing Access to School-Based Mental Health Services for Ukiah

Students Project is create conditions that enable students to fully engage in learning by

increasing UUSD capacity to provide mental health services and support.

*Table 4. Project objectives, outputs, and outcomes*

| Objectives: By Dec. 2027… | Outputs and Outcomes |
|---|---|
| 1. Increase the number and diversity of mental health service providers. | • Hire 7 new providers, at least 3 from underserved groups.<br>• Retain at least 90% of newly-hired providers.<br>• Achieve a provider : student ratio of 1 : 310. |
| 2. Increase student access to mental health services. | • 400 additional students receive mental health services.<br>• Students have increased awareness of how to get help. |
| 3. Provide ongoing professional development opportunities. | • All mental health service providers will complete at least 2 professional development activities each year. |
| 4. Sustain expanded mental health services beyond the grant period. | • Use program outcome data to support funding requests.<br>• Develop systems and processes for securing CalAIM Medi-Cal reimbursement for mental health services. |

### C-3. Project approach

UUSD will use the approach and strategies shown in the Logic Model on the following page

and described below to address the needs and barriers identified in Section A.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Table 5. Project logic model*

| Challenges | Objectives | Activities | Short-Term | Long-Term |
|---|---|---|---|---|
| • High poverty, ACEs, child abuse, substance use, absenteeism <br> • MH stigma <br> • Inadequate MH resources and providers <br> • Lack of diverse MH providers <br> • Students don't know how to get help | 1. Increase number and diversity of MH providers. <br> 2. Increase student access to MH services/support. <br> 3. Provide ongoing professional development opportunities. <br> 4. Sustain expanded MH services. | • 5 new Social Emotional Counselors, 1 Social Worker, 1 SUDT Counselor <br> • Communication strategies <br> • Retention incentives <br> • Student screening <br> • Professional development opportunities <br> • CalAIM reimbursement | • Increased mental health resources <br> • 90% retention <br> • 775 students served per year (400 additional students) | • Increased access to MH services (1:310 ratio) <br> • Improvement in chronic absenteeism and related indicators <br> • Providers reflect student diversity <br> • Services are sustained beyond grant |

*Objective 1. Increase the number and diversity of mental health service providers.*

UUSD will carry out both traditional (e.g., job postings on online portals and in print media, college visits) and nontraditional having providers participate in parent engagement activities; offering respecialization opportunities and service scholarships; offering bilingual stipends; and

AR001474

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

creating a paid internship track) recruitment strategies. The Project Coordinator will track the effectiveness of each recruitment strategy so that appropriate adjustments can be made.

UUSD will use a multi-pronged approach to support retention of existing and newly-hired providers through such strategies as offering retention bonuses, professional development and collaborative learning opportunities, reimbursement of licensure fees and professional organization membership fees, stress management support, service scholarships, and support for respecialization. See Section B-2 above for recruitment and retention plan details.

Respecialization strategies will include providing tuition support for existing staff to complete the training they need to obtain a credential or degree; providing flexibility in work hours to facilitate school attendance; recruiting and hiring mental health interns and graduates who have completed classwork but need additional hours in order to complete licensure requirements; and having the Project Coordinator complete classwork that will that gives him the capacity to provide supervision for providers in the process of completing their hours.

*Objective 2. Increase student access to mental health services and support.*

In addition to increasing the number of mental health services providers, strategies for increasing student access to mental health services will include:

- **Promotion.** Providers will implement a regular schedule of classroom presentations (including classes serving underserved groups, such as MESA students) to inform students of available resources and normalize the need for mental health support; participate in parent events to increase parent awareness of available services and decrease stigma; and send regular communications home with students.

- **Assessment.** A Mental Health Screening Tool will enable providers to more quickly identify students in need of services. Providers will assess students yearly for symptoms

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

of anxiety and depression, as well as social, emotional, and behavioral functioning.

Providers will meet with students that exhibit a need for additional support to determine

the severity of their symptoms, and with guardians to make arrangement for services.

Assessments will be repeated after intervention(s) to determine effectiveness.

- **Referral.** Providers will train school staff to identify signs of mental distress and ensure
  that they understand the referral process. Students may also self refer, or may be referred
  as an alternative to suspension or as part of UUSD's assertive discipline process.

- **Provision of services.** Treatment services will be implemented through UUSD's existing
  Multi-Tier System of Support structure. Students will receive on-site individual
  counseling for a variety of concerns or topics; small groups may be provided for such
  issues as grief, anxiety management, and substance use.

*Objective 3. Provide ongoing professional development opportunities.*

At the beginning of each year, the Project Coordinator will conduct a brief survey to identify

training needs among mental health services providers, and then develop a professional

development plan for the coming year. Providers will also be encouraged to identify relevant

workshops and conferences; funding for these activities is included in the budget.

*Objective 4. Sustain expanded mental health services beyond the grant period.*

The Project Coordinator will work closely with the Project Director and the Data Analyst to

develop a process for securing reimbursement for mental health services (see Section D-3).

### *C-4. Ensuring equal access and treatment for underrepresented groups*

The first step in ensuring equal access is raising awareness of services. At the beginning of

each year, counselors will send information to families and tell staff how to refer students. In

addition to providing staff with regular reminders, school principals will organize events such as

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

mental health fairs to provide information on accessing mental health services to students. Information on mental health services is described on district and school websites, shared at parent events, and referenced frequently in communications to parents.

Recognizing that students from underrepresented groups face greater barriers, UUSD will take the following steps to ensure equitable access to mental health services.

**Gender and Gender Diversity**. UUSD policy explicitly prohibits harassment and discrimination based on sexual orientation and gender identity. UUSD makes every effort to recruit employees who are representative of the population of focus in terms of gender. Cultural competency training will include topics relating to gender identity and working with LGBTQI students. Staff will be accepting of cultural, behavioral, and value differences and will adjust strategies for student characteristics, including sexual orientation.

**Hispanic Community.** UUSD will ensure that information about the project is broadly disseminated in Spanish, and that informational brochures and flyers are created in Spanish. UUSD will work with local organizations that support the Hispanic community to disseminate information about the availability of Spanish-language services. UUSD will also recruit bilingual staff to ensure that services are linguistically appropriate.

**Native American Community.** Although all children experience common challenges, there are culture-specific barriers for Native American students. The Project Coordinator will connect with tribal communities to inform them about mental health services so they can share information with their members. The Title VI Committee (which oversees services for Native American students) will advise on outreach strategies, and materials will be reviewed by the UUSD Cultural Competency Committee to assure cultural relevance.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**Disabilities.** The Project Coordinator will be responsible for working with teachers, staff, and consultants to ensure that all students have equitable access to services. All facilities used for project activities meet Americans with Disabilities Act requirements. To accommodate individuals with physical disabilities, activities will be held in facilities that are wheelchair accessible.; buses with wheelchair lifts are available to transport students. If staff are not able to provide services in a manner that is accessible to the students, outside expertise will be sought.

**Poverty**. 77% of Ukiah students participate in free and reduced-price meal programs, and the local poverty rate is 18.3% (compared with 12.3% statewide). UUSD will ensure that all students have access to services, regardless of family resources.

### C-5. Project timeline

Table 6 provides an implementation timeline. Note that all activities will be repeated in all years. Delivery of services to students will begin by Month 3 (March 2023).

*Table 6. Timeline (Key: DA=Data Analyst; PC=Project Coordinator; PD=Project Director;*

*P=Providers: Social Emotional Counselor, Social Worker, SUDT Counselor)*

| Major Tasks | Month: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Resp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **START-UP/GRANT ADMINISTRATION** | | | | | | | | | | | | | | |
| Hire and/or assign project staff | | ▓ | | | | | | | | | | | | PD |
| Develop data collection and monitoring plan | | | ▓ | | | | | | | | | | | PC |
| Hold monthly team meetings | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | All |
| Submit required reports | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | PC,PD |
| **RECRUITMENT AND RETENTION** | | | | | | | | | | | | | | |
| Develop recruitment plan (ongoing) | | ▓ | ▓ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | | PC |
| Interview and hire candidates (ongoing) | | ▓ | ▓ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | ░ | | PC,PD |

Ukiah Unified School District (UUSD)

| Major Tasks                                      Month: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Resp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop procedures for retention strategies |   |   | ▓ | ▓ |   |   |   |   |   |   |   |   | PC |
| Hold Counselor Network meetings |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |   | All |
| **SERVICE DELIVERY** |   |   |   |   |   |   |   |   |   |   |   |   |   |
| Promote services to students, parents, partners |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | All |
| Conduct student assessments |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | P |
| Provide individual and small group sessions |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | P |
| **PROFESSIONAL DEVELOPMENT** |   |   |   |   |   |   |   |   |   |   |   |   |   |
| Conduct training needs assessment |   |   | ▓ |   |   |   |   |   |   |   |   |   | CP |
| Develop annual training schedule |   |   |   | ▓ |   |   |   |   |   |   |   |   | CP |
| Deliver and/or organize training activities |   |   |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | CP |
| **SUSTAINING THE PROJECT** |   |   |   |   |   |   |   |   |   |   |   |   |   |
| Develop reimbursement procedures and forms |   | ▓ |   |   |   |   |   |   |   |   | ▓ |   | DA |
| Secure reimbursement for services |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | DA,P |
| Use project data to support funding requests |   |   |   |   |   |   | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | PC |

### *C-6. Professional development*

UUSD will provide a wide range of professional development opportunities, supported by ongoing technical assistance and coaching. (Note that UUSD also provides annual trainings [e.g., PBIS, trauma-informed care, restorative practices, resiliency] to teachers and school staff). District staff will complete training requirements that will enable them to provide required supervision for interns and other providers who are completing their degree or PPS requirements. The Project Coordinator will work with providers to identify training needs and coordinate trainings in response to identified needs. Specific training activities are described below.

U<small>KIAH</small> U<small>NIFIED</small> S<small>CHOOL</small> D<small>ISTRICT</small> (UUSD)

*Table 7. Training and professional development plan*

| Topic | Description |
|---|---|
| Cultural Competency | Providers will participate in annual cultural competency training to ensure a safe, supportive, and inclusive learning environment. |
| Comprehensive Student Threat Assessment | Training in use of the C-STAG at the beginning of the project, with a refresher each year, to identify, evaluate, and respond to potential student threats, including threat of self-harm. |
| Child Trafficking | Online training through iEmphathize.org. |
| Data tracking and reporting | To ensure that mental health providers collect and report data that is required to determine project effectiveness. |
| Suicide Risk Assessment | To identify potential risks and understand crisis response procedures. |

Costs associated with participating in relevant conferences and workshops (e.g., travel, registration) are included in the budget. Professional development opportunities will also include the district Counselor Network, which meets quarterly, as well as the countywide Counselor Network. These groups provide opportunities to share and discuss challenges and successful strategies with peers and colleagues, which will support ongoing retention. The Coordinator will also provide capacity building support and assistance to providers working in each school site.

## D. Management Plan and Adequacy of Resources

### D-1. Management plan

UUSD manages an annual budget of $106.6 million and has successfully administered major federal, state, and foundation grants, maintaining a fiscal management system that accurately reflects fiscal transactions with necessary controls and safeguards. As the grantee, the district

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

will provide fiscal management and employ staff. Other resources contributed by UUSD include the time of the Project Director, as well as existing mental health services providers, facilities and facility management, and supervision of key staff.

The proposed project will be implemented at the district's four secondary school sites. The management structure of the project begins with the general oversight that will be provided by the District Superintendent and the UUSD Leadership and Administration Council, which includes principals as well as district and site administrators. The project coordination team will meet monthly to report progress and challenges, assess data, and develop revisions as needed. The Coordinator will also meet with providers at the monthly Counselor Network meetings.

### D-2. Partner commitments

UUSD partners are described below and in Attachment 3, Letters of Support.

**The Arbor Youth Resource Center**, a program of Redwood Community Services, is a drop-in center for transition-age youth and provides a range of services, including housing navigation, peer mentorship, and employment workshops. The Arbor will support the project by participating in learning collaboratives, referring appropriate youth for services, and referring potential candidates for open positions.

**Coyote Valley Band of Pomo Indians.** The Coyote Valley Reservation is home to 170 tribal members and is a federally-recognized tribe. UUSD has partnered with Coyote Valley on numerous previous projects and will build on this relationship by ensuring that tribal leadership has information about mental health services to share with their members and tribal leadership will also assist with recruiting by sharing information on open positions with their members.

**Mendocino County Office of Education (MCOE).** MCOE staff will facilitate the countywide mental health service provider learning collaborative and support sustainability by training staff in the new CalAIM Medi-Cal reimbursement process (described in Section D-3).

**Mendocino County Youth Project (MCYP).** MCYP has worked in close partnership with UUSD for decades, including providing school-based services as a UUSD contractor for provision of school-based therapeutic and prevention services. MCYP will support the project by participating in learning collaboratives, referring appropriate youth for services and accepting UUSD referrals, and referring potential candidates for mental health services positions.

**Ukiah Police Department (UPD).** UUSD partners with UPD for a School Resource Officer (SRO) and K-9 unit on the high school campus and a second SRO position (currently vacant) to work with students who are chronically absent. SROs will support the project by referring students in need of mental health support and assisting with recruitment efforts.

### D-3. Project sustainability

UUSD is confident of its capacity to continue providing services beyond the grant period,. California's new Medi-Cal (Medicaid) reimbursement program, CalAIM, will be a key sustainability factor. Beginning in 2024, UUSD will be able to recover a portion of the costs of additional service providers through Medi-Cal reimbursements for mental health services provided to eligible students. Importantly, CalAIM includes a specific focus on children's mental health, including the provision of school-based services. High poverty levels among UUSD students, with at least 77% eligible for Medi-Cal, means that many will already be Medi-Cal enrollees, while others will be eligible to enroll, making the mental health services they receive reimbursable. To support UUSD success in recovering these costs, the budget includes a Data Analyst to develop and ensure compliance with the reimbursement process.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

Additional sustainability strategies include: the proposed retention strategies (described in Section B-2); using data to demonstrate success and cost effectiveness of the program to inform requests for local support and future funding applications (described in Section D-6); and monitoring funding agencies for future grant opportunities.

### D-4. Coordinating LEA efforts with federal, state, and local resources

Project activities will be fully integrated with UUSD's Multi-Tiered System of Support, which includes all student support programming (e.g., academic counseling, school climate strategies, PBIS, and the range of evidence-based practices discussed in Section A-2). These programs are overseen by the UUSD Leadership and Administration Council, which meets monthly to assure transparent communication, identify challenges, and develop solutions to support program success. Locally, UUSD will coordinate recruitment efforts with project partners (as described in Section D-2), and work closely with local tribes to ensure support for Native American students. Coordination with the local and state Departments of Social Services will be vital to the on-going success of the program as UUSD seeks to identify and enroll students in Medi-Cal for CalAIM reimbursement (described above).

### D-5. Supplementation, not supplantation

UUSD will use grant funds for recruitment and retention activities and to pay salary costs for new positions, supplementing mental health services rather than supplanting. Grant funds will neither be used to supplant other available resources, nor used to duplicate services funded through other sources. Other funding sources, such as UUSD's Local Control Funding Formula through the California Department of Education, will continue to cover current mental health positions. Grant funds will, however, enable UUSD to extend some existing positions when current funding for those positions is exhausted, serving to sustain rather than supplant that

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

funding. Providing services on-site at UUSD facilities will facilitate seamless integration with activities supported by other funding streams, without supplanting existing funding. Services for which UUSD is able to secure reimbursement through the CalAIM Medi-Cal program will not be charged to the grant.

### D-6. Procedures for ensuring feedback and continuous improvement

Goals of the project evaluation are to: 1) document implementation; 2) provide formative guidance for continuous improvement; 3) assess progress and impact; and 4) support sustainability. Success will be measured, initially, by completion of activities on schedule and as planned. Intermediate success will be measured by demonstrated recruitment and retention of additional mental health services providers, while long-term success will be based on positive changes in student mental health and attendance. The process evaluation will assess whether the project is accomplishing what it set out to do, how well it is doing it, and how it might be improved. UUSD's history of compliance with federal and state grant requirements will facilitate compliance with US Department of Education reporting requirements. UUSD is pleased to commit to participating in the national evaluation.

*Strategies for feedback and continuous program improvement*

UUSD will use project data and student, parent, and staff surveys to seek answers to the following evaluation questions to support continuous program improvement.

- What strategies were most effective in recruiting diverse mental health providers?

- What retention strategies were most effective in retaining providers?

- Did the increased number of providers lead to greater student access to services?

- What barriers were encountered and what efforts were made to surmount them?

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Engaging leaders in evaluation*

UUSD values engaging school principals and administrators in implementation and evaluation. Data Collaboratives meet twice a year at each school to review data compiled and analyzed by UUSD. The Project Coordinator will also provide formative reports on implementation fidelity, types of deviation that occurred, causes of deviation, and the impact of deviations on program activities and outcomes, and make recommendations to inform program development. This information will be included in quarterly presentations to district and school leaders to ensure that lessons learned will be used for program improvement. Evaluation reports will also be shared with district and school administrators, school staff, the UUSD School Board, partners, and other key stakeholders (City Council, County Board of Supervisors).

Project information, including trend analysis and comparisons, will be made available on the district website, published in the local newspaper, and presented in audience-appropriate formats to School Site Councils and Parent Teacher Organizations. The Project Coordinator will also prepare presentations for other local groups and place news articles that summarize the results in local newspapers and social media.

*Performance measures*

UUSD will collect and report data to track performance measures as required by the US Department of Education. Targets and data collection strategies are shown below.

*Table 8. Data collection for performance measures*

| Measure | Targets | Data Collection Strategy |
|---|---|---|
| Number new mental health services providers hired | • 7 new providers hired | Human Resources data (applicants hired) |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Measure | Targets | Data Collection Strategy |
|---|---|---|
| Number of mental health services providers retained | • 90% retention rate | Human Resources data (longevity) |
| Ratio mental health services providers to students | • 1 : 310 | Human Resources data and enrollment data |
| Attrition rate of mental health services providers | • 10% (currently rate not tracked) | Human Resources data (employment data) |
| Number students that receive mental health services | • 775 total (400 new = 48% increase) | Aeries Analytics student information system |
| Number providers meeting diversity criteria | • 3 (60%) Hispanic or Native American | Human Resources data |

*Additional Local Measures*

UUSD will track the following additional measures to assess project impact: chronic absenteeism, students reporting chronic sad or hopeless feelings, students feeling emotionally safe at school, mental health screening results, student substance use, and parent perception of school quality. UUSD will administer annual parent surveys and the CHKS will be administered bi-annually to inform development of interventions and track project effectiveness.

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1239-Att1_Bibliography_UUSD_SBMH2022.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13747916    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:26:15 PM EDT

**AR001487**

**ATTACHMENT 1. References and Bibliography**

American School Counselor Association (www.schoolcounselor.org/About-School-Counseling/School-Counselor-Roles-Ratios).

California Department of Education, DataQuest (https://dq.cde.ca.gov/dataquest/dataquest.asp).

California Department of Justice (www.kidsdata.org/topic/165/arrest-rate).

California Department of Public Health (www.cdph.ca.gov/Programs/CCDPHP/DCDIC/SACB/Pages/Data-on-Suicide-and-Self-Harm.aspx).

California Healthy Kids Survey, 2021-2022 (www.cde.ca.gov/ls/he/at/chks.asp).

Child Welfare Information Gateway (2017). Human Trafficking and Child Welfare: A Guide for Child Welfare Agencies. Series Title:  Bulletins for Professionals (www.childwelfare.gov/pubs/trafficking-agencies/).

Lets Get Healthy California (https://letsgethealthy.ca.gov). County ACEs estimates are model-based estimated derived from the National Survey on Children's Health and the US Census American Community Survey.

Mendocino County 2019 Community Health Needs Assessment (www.healthymendocino.org).

National Institute of Mental health (www.nimh.nih.gov/health/statistics/mental-illness.shtml).

Panchal N, Cox C, and Rudowitz R. (2022). The landscape of school-based mental health services (www.kff.org/other/issue-brief/the-landscape-of-school-based-mental-health-services/).

Robert Wood Johnson Foundation, County Health Rankings, 2022 (www.countyhealthrankings.org/app/california/2022/overview).

U.S. Department of Education, Office of Special Education Programs and Office of Elementary and Secondary Education. National Technical Assistance Center on Positive Behavioral Interventions and Supports (PBIS) (www.pbis.org).

UC Berkeley Center for Social Services Research (http://cssr.berkeley.edu/ucb_childwelfare/RefRates.aspx).

Ukiah Unified School District. Revised Children's Anxiety and Depression Scale Screener in 2021-2022 UUSD; Pomolita Middle School Needs Assessment (2021).

US Census, American Communities Survey 2020 Five-Year Estimates.

US Department of Health and Human Services, National Institute of Mental Health. (2021).

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**Attachment 2. Resumes and Job Descriptions**

Jason Iversen, Project Director                                    Page 83

Jacob Bainbridge, Project Coordinator                              Page 85

Social Emotional Counselor Job Description                         Page 87

School Social Worker Job Description                               Page 89

Bilingual Family/Community Liaison Job Description                 Page 90

# Jason Iversen

Email: jasoniversen@uusd.net
1501 Carrigan Lane, Ukiah
707-463-8814

## Education and Training:

Masters in School Administration, National University: January 2005-Present (In Progress)
Clear (Tier I and II) Administrative Services Credential-2007
Single Subject Social Science Clear Credential, Dominican University: 1997
B.A., History/Social Studies Waiver Program, Sonoma State University: 1996
Ukiah High School 1989
Reading Apprenticeship Training, Strategic Literacy Initiative: 2004-2005
CLAD Certification, Dominican University: 2002
Intel Tech to Future Program, Sonoma State: 2001-2002
CELDT Test Training (Assessment Second Language Learners): 2001
Jane Schaeffer Writing Program: 2001
AB 75 and AB 430 Administrator Training Programs (Module I, II,III)

## Diverse Teaching Experiences:

Substitute Teacher for all grades, Ukiah Unified: 1996-1998
EXCEL Bridge Program (at risk students) Summer School (taught core subjects):1997
Government and Economics teacher at various levels: sheltered language, college prep, remedial, Ukiah High School: 1998-2005
United States History Teacher at the remedial and college prep levels, Ukiah High School: 1998-2004
Strategies for Academic Success-Hispanic, Ukiah High School: 2003-2004
Strategies for Academic Success-Native American, Ukiah High School: 2004-2005

RESUMES PAGE 83

AR001490

**School Leadership Positions as a Teacher:**

Social Studies Department Chairman: 2001-2005
Social Studies Department Representative to School Site Council: 2001-2005
Site Council Chairman: 2003-2005
Faculty Association Officer: 2004-2005
Strategies for Academic Success team member: 2003-2005
Lead Teacher and Facilitator for Strategies for Academic Success: 2004-2005
Bilingual Team Member 2000-2005
Master Teacher for Credential Candidate: 2004
Block U Advisor: 1998-2005
Site Representative to Strategic Literacy Conferences: 2004-2005
Site Representative to Leadership Mendocino: 2005
Site Representative to CTA: 1999-2000
Senior Class Advisor: 1998-2001
Basketball Coach, Ukiah High School: 1992-1999
Department Representative to National Social Science Conferenece-1999

**Duties and Experiences as an Administrator**

Coordination of School Attendance/Discipline Programs
Facility Utilization and Coordination of Master Calendar of Events
Teacher Evaluations
Custodial Supervision
Coordination of Fire and Disaster Drills
Site Liaison for Special Programs
Site Administrator for SARB
District Administrator for Area Casework Team (601/602)
Coordinator of Athletic and Extracurricular Eligibility
Coordinator of the Clear Drug and Alcohol Grant
Trained on the Rigor/Relevance/Relationship Model-Williard Dagett
Alignment Liaison/Curricular Advisor for the English Department
Coordinating with Counseling Staff (Deans, Counselors, RST's, Psychologists) on
student matters concerning discipline and attendance
District Representative for CSEA Negotiations
Supervisor/Evaluator of Administrative Office Staff
Overseeing Counselor Network
Homeless and Foster Liaison
SARB Chairman
Director of Student Services

RESUMES PAGE 84

AR001491

# Jacob Bainbridge, LMFT, CSAC

Ukiah, CA 95470
jbainbri@gmail.com · 808-377-0108

## Clinical & Program Director

Qualified mental health professional with a 10-year career that includes 4+ years of experience in a Clinical and Program Director role. Dedicated to maintaining a high level of quality services and support for clients, while also identifying opportunities to grow revenue. Quick to identify opportunities to track progress and to implement improvements to overall programs and treatment methods.

### Core Competencies

- Program Management & Direction
- Staff Leadership & Supervision
- Training & Development
- Evidenced Based Practices
- Adventure-Based Therapy

- Quality Assurance & Improvement
- Stakeholder Relationships
- Strategic Analysis & Planning
- Residential Treatment Programs
- Substance Abuse Programs

## Career Experience

Marimed Foundation Kaneohe, HI
**Clinical and Program Director** (2013 to Present)
Currently oversee and direct the daily operations at a 24-bed residential center, supervising the development of 65 employees to ensure the highest level of client care. Focus on the treatment of youth with severe emotional disturbances, trauma histories, and substance abuse diagnoses. Properly and thoroughly assess youth entering the program and draft proposals for increased mental health programs. Facilitate ongoing trainings for staff members and conduct clinical supervision for three therapists, a nurse practitioner, and three mid-level managers.

Key Outcomes:

- Turned around the program from a probationary status to a 300% increase in beds, while also diversifying revenue sources.
- Oversaw the implementation of new Electronic Health Record (EHR) system to improve communication, measure outcomes and improve quality of care within HIPPA guidelines.
- Improved the data tracking and target measures to deliver effective utilization management.
- Increased the use of evidenced-based practices and identified quantitative and qualitative metrics.

Attended national/international conferences: Association for Experiential Education, Association of Children's Residential Centers, and Sven Challenges Leadership trainings.

Private Practice Honolulu, HI .
**Therapist** (2016 to Present)
Diagnosed, assessed, and treated substance abuse disorders, complex trauma, mood disorders, and emotional disturbances. Supported clients through the use of psychotherapy, family therapy, motivational interviewing, cognitive behavioral therapy and other evidenced based treatments. Consulted with

*…continued…*

RESUMES PAGE 85

AR001492

## Jacob Bainbridge · Page 2

managed-care providers, residential programs, probation, psychiatrists, and government organizations (i.e. Child Welfare Services, DOJ, Family Court, etc.).

Catholic Charities Honolulu, HI

**Therapist** (2012 to 2016)

Delivered exceptional therapy services for adult/adolescent sex offenders and their families. Utilized cognitive behavioral therapy (CBT) by assessing client triggers, confronting thinking errors, and teaching new interpersonal skills using evidence-based practices. Conducted psycho-sexual assessments and provided quarterly progress reports on all clients to probation in collaboration with probation officers and other resources.

Helping Hands Hawaii Honolulu, HI

**Lead Case Manager** (2011 to 2013)

Managed the cases of 30 severely mentally ill adults, including the stabilization of their medication and housing, crisis interventions, coping skills, and treatment compliance. Supervised 12 team members in the proper management of complex cases. Engaged with the psychiatrist to assess current treatment plans and to identify opportunities for improvement. Conducted dual diagnosis and PTSD therapy groups. Supported the positive management of suicidal ideation and attempts, domestic violence, withdrawal symptoms, state hospital transitions and violence de-escalation. Referred clients to crisis shelters, substance abuse programs, group homes, supported employment programs, financial and medical assistance, and therapeutic programs.

*** *** ***

*Youth Development Volunteer (2009 to 2010)*

*Peace Corps Shatsk, Ukraine*

*Social Worker/Counselor (2007 to 2009)*

*Unicorn Youth Services Philo, CA*

## Education and Credentials

**MA – Marriage & Family Therapy**, ARGOSY UNIVERSITY Honolulu, HI, 2013

**BA – Psychology & Social Behavior**, UNIVERSITY OF CALIFORNIA AT IRVINE Irvine, CA, 2007

*Licensed Marriage and Family Therapist*

State of Hawaii, License #463

*Certified Substance Abuse Counselor*

State of Hawaii, License #1779-13

*American Association of Marriage and Family Therapists*

Clinical Fellow, ID #150597

RESUMES PAGE 86

AR001493

<table>
<tbody>
<tr><td colspan="2" align="center">**Ukiah Unified School District**<br>**Job Description**</td></tr>
</tbody>
</table>

| | |
|---|---|
| **JOB TITLE: Counselor I:** Social Emotional Counselor | **SALARY LEVEL: Certificated OR** Classified Management |
| **LOCATION:** School Site | **DIVISION: Administrative** |
| **REPORTS TO: Site Administrator** | **APPROVED BY: Board of Trustees** |
| **NUMBER OF DAYS: 195** | **BOARD DATE: June 16, 2016** |

**BASIC FUNCTIONS:**

Under the supervision of the site Principal or designee the Counselor I is responsible for facilitating the optimal educational and personal development of each student.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**

- Responsible for a caseload of students, including monitoring student development and grade level progress.
- Assists the Principal or designee with initial orientation, registration and placement of students.
- Works with staff and parents to identify students struggling socially, emotionally, or academically and facilitates meetings to determine appropriate intervention.
- Meets with suspended students to help develop a plan that provides alternatives to the behavior that brought about the suspension.
- Provides counseling services and developmental guidance activities designed to maximize educational opportunities for pupils. Individual and group counseling shall be provided as deemed appropriate.
- Provides appropriate services for homeless students and foster youth.
- Implements appropriate programs, groups and initiatives to target at-risk populations.
- Plans individual school and/or system-wide programs to promote a positive and caring school climate.
- Interviews students and parents to discuss issues related to non-attendance and develops a plan of action.
- Conducts home visits as a method to assess family supports and conducts interviews in response to school referrals.
- Develops and implements professional development training for educational staff and parents, as requested.
- Participates in student review, SST, CARE team, and other meetings as assigned.
- Interprets test scores as needed in relation to student and parent conferences.
- Provides consultations and serves as a resource to parents. Serves as a liaison and/or facilitator, as required, between students, teachers, parents, and community members.
- Develops and maintains a working relationship with local agencies and makes referrals to appropriate agencies when necessary.
- Coordinates services for students with outside counseling agencies or service providers.
- Provides college counseling and career technical education.
- Assists in the development and implementation of school codes of behavior.
- Assists in campus supervision.
- Protects privacy of children.
- Supports other campuses with crisis support/counseling when needed.
- Provides counseling services aligned with the American School Counselor Association standards including social/emotional, career/vocational guidance.
- Other duties as assigned.

RESUMES PAGE 87

AR001494

**EDUCATION AND OR EXPERIENCE:**
- Bachelor's degree.
- Must hold a valid California Pupil Personnel Services Credential (PPS); or Marriage and Family Therapy License (MFT); or Licensed Clinical Social Worker (LCSW); or Master of Social Work degree (MSW); or equivalent.

**LANGUAGE SKILLS:**
- Ability to read, analyze and interpret periodicals, professional journals, technical procedures, and/or governmental regulations.
- Ability to write reports, correspondence and procedure manuals.
- Ability to effectively present information and respond to questions from groups of administrators, students, parents and the general public.
- Bilingual Preferred.

**MATHEMATICAL SKILLS:**
- Ability to work with mathematical concepts such as probability and statistical inference, as well as fundamentals of plane and solid geometry.
- Ability to apply concepts such as fractions, percentages, ratios, and proportions to practical situations.

**REASONING ABILITY:**
- Ability to solve practical problems and deal with a variety of concrete variables in situations where creative problem solving is required.
- Ability to interpret a variety of instructions from written, oral, diagram, or schedule form.

**PHYSICAL ABILITIES:**
- Dexterity of hands and fingers to operate various equipment.
- Seeing to read a variety of materials.
- Hearing and speaking to exchange information and make presentations.
- Sitting or standing for extended periods of time.
- Walking, twisting, stooping, crouching, kneeling, bending over, grasping, and reaching overhead. Pushing and pulling, moving, lifting and or carrying up to 40 pounds.

**WORKING CONDITIONS:**
The characteristics described here are representative of those an employee encounters while performing the essential functions of their job.  Reasonable accommodations may be made to enable individuals with disabilities to perform essential functions.

While performing the duties of this job, the employee is exposed to outside weather conditions.  The noise level in the work environment is usually moderate.

RESUMES PAGE 88

AR001495

| Ukiah Unified School District Job Description | |
|---|---|
| Job Title: School Social Worker | Salary Level: Certificated OR Classified Management |
| Location: District Office | Division: Administrative |
| Reports To: Director of Student Services | Approved by: Board of Trustees |

**BASIC FUNCTIONS:**

Under the supervision of the site Principal or designee the Counselor I is responsible for facilitating the

optimal educational and personal development of each student.

**ABILITY AND SKILLS TO:**

- Provide counseling and guidance services to students;
- Engage a broad network of partners;
- Make referrals to community resources, support groups, and social service agencies;
- Plan, prepare and conduct individual and group counseling sessions;
- Read, interpret, apply and explain rules, regulations, policies and procedures;
- Maintain current knowledge of program rules, regulations, requirements and restrictions;
- Manipulate and configure data to form statistical analysis;
- Set limits and personal boundaries for students;
- Assist with curriculum development;
- Analyze situations accurately and adopt an effective course of action;
- Work independently with little direction;
- Meet schedules and time lines;
- Maintain records and prepare various reports, including confidential materials;
- Establish and maintain cooperative and effective working relationships with others;
- Maintain consistent, punctual, and regular attendance;
- Exchange information with others;
- Monitor student behavior.

**CERTIFICATE/LICENSE/INSURANCE REQUIREMENT:**

Valid California Driver's License and proof of vehicle insurance required. Licensed as Clinical Social Worker or Associate Clinical Social Worker by the California Board of Behavioral Sciences is preferred.

**EXPERIENCE:**

One year of experience working with "at-risk" students in an educational or social services setting is desired.

**EDUCATION:**

Master of Social Work Degree **or** PPS credential with master's degree in a related field required.

**OTHER SPECIALIZED REQUIREMENTS:**

Willingness to obtain additional training in areas related to job function, knowledge and/or abilities.

RESUMES PAGE 89

AR001496



**Ukiah Unified School District**
**Equal Employment Opportunity**

**CLASSIFIED**
**Job Description**

| | |
|---|---|
| **JOB TITLE:** Family/Community Liaison (Bilingual) | **LEVEL: G** |
| **WORK DAYS: 221 Days** | **DIVISION: Educational Services** |
| **REPORTS TO: Site Administrator** | **APPROVED BY THE BOARD: 06/17/2014**<br>**ORIGINAL VERSION APPROVED BY THE PERSONNEL COMMISSION 6/19/2014**<br>**CORRECTED VERSION APPROVED 7/14/14**<br>**SALARY LEVEL REVISED: 7/14/14** |

## SUMMARY:

The job of Family/Community Liaison was established for the purpose/s of enlisting family involvement in students' educational programs; working with family and community in identifying and achieving goals; accessing support services; creating district-sponsored tutoring, education, and training programs and opportunities; and facilitating positive family, school and student relationships.

## ESSENTIAL DUTIES AND RESPONSIBILITIES:

- Assists in recruiting parents and community as volunteers within the school (e.g., classroom volunteers, workshop volunteers) for the purpose of increasing family participation in school activities and in their child's education.
- Communicates with families and community on behalf of the school.
- Collaborates with school staff for the purpose of developing programs and classes to support non-English speaking parents and students.
- Coordinates assigned programs, workshops and processes for the purpose of ensuring compliance with established guidelines and procedures.
- Coordinates parent participation, organizes meetings and educational classes for program participants and encouraging leadership (e.g., parenting skills, volunteer training) for the purpose of developing parenting skills, understanding of school processes and parent/student success.
- Facilitates outreach to low income families, community leaders and organizations for the purpose of developing resources and building partnerships with community members.
- Maintains a variety of manual and electronic files and/or records (e.g., program participation, contact sheets, agency referrals) for the purpose of providing required information and/or documentation.
- Organizes family meetings and educational classes for program participants. (e.g., parenting skills, volunteer training, child growth and development) for the purpose of providing family members parenting classes and/or family support needs.
- Participates in workshops, meetings, community events, etc. for the purpose of receiving and/or presenting information.

RESUMES PAGE 90

**AR001497**

- Prepares a variety of written materials (e.g., newsletters, reports, logs, memos, handouts) for the purpose of documenting activities, providing written reference and/or communicating information.
- Provides appropriate referrals and advocacy for families as needed and provides follow up to determine the outcome of services provided for the purpose of supporting families in working toward their goals.
- Provides data for a variety of reports (e.g., program participation, activity) for the purpose of meeting program, district, state and federal requirements.
- Provides materials required for assigned programs on a monthly basis for the purpose of addressing program needs.
- Responds to inquiries from a variety of sources (e.g., parents, community agencies, auditors, students) for the purpose of providing information and/or direction.
- Makes phone calls and home visits as assigned to identified students and families.
- Acts as a school lunch coordinator in assisting eligible students in the free and reduced meal program.
- Performs other related duties.

## JOB REQUIREMENTS: MINIMUM QUALIFICATIONS

**SKILLS** are required to perform multiple tasks with a potential need to upgrade skills in order to meet changing job conditions. Specific skill-based competencies required to satisfactorily perform the functions of the job include: planning and managing activities; preparing and maintaining accurate records; and operating standard office equipment including pertinent software applications.

**KNOWLEDGE** is required to perform basic math, including calculations using fractions, percent, and/or ratios; read technical information, compose a variety of documents, and/or facilitate group discussions; and solve practical problems. Specific knowledge-based competencies required to satisfactorily perform the functions of the job include: procedures, methods, techniques and strategies related to the development of school and community liaison processes; and second language (usually Spanish).

**ABILITY** is required to schedule a number of activities, meetings, and/or events; gather, collate, and/or classify data; and use basic, job-related equipment. Flexibility is required to work with others in a wide variety of circumstances; work with data utilizing defined but different processes; and operate equipment using defined methods. Ability is also required to work with a diversity of individuals and/or groups; work with similar types of data; and utilize specific, job-related equipment.

Problem solving is required to identify issues and create action plans. Problem solving with data requires independent interpretation of guidelines; and problem solving with equipment is limited. Specific ability-based competencies required to satisfactorily perform the functions of the job include: establishing and maintaining constructive relationships; adapting to changing work priorities; communicating with culturally diverse populations, including those

RESUMES PAGE 91

with limited English proficiency; maintaining confidentiality; setting priorities; and working flexible hours.

## RESPONSIBILITIES

Responsibilities include: working under limited supervision following standardized practices and/or methods; leading, guiding, and/or coordinating others; and monitoring budget expenditures. Utilization of some resources from other work units is often required to perform the job's functions. There is some opportunity to impact the Organization's services.

## WORKING ENVIRONMENT

The usual and customary methods of performing the job's functions require the following physical demands: some lifting, carrying, pushing, and/or pulling; significant stooping, kneeling, crouching, and/or crawling; and significant fine finger dexterity. Generally the job requires 50% sitting, 25% walking, and 25% standing. The job is performed under minimal temperature variations and under conditions with some exposure to risk of injury and/or illness.

## EXPERIENCE

Job related experience with increasing levels of responsibility is desired.

## LICENCSES AND OTHER REQUIREMENTS

1.  Education High School diploma or equivalent.
    Equivalency High school graduation or equivalent; and any combination of experience which includes working as a bilingual aide or teacher, working directly with the community (i.e., community resource aide), or coordinating family education programs and training parents.
2.  Bilingual in English and Spanish required.
3.  Valid California Driver's License

Ukiah Unified School District (UUSD)

**Attachment 3. Letters of Support**

Coyote Valley Band of Pomo Indians                                    Page 94

Mendocino County Office of Education                                  Page 95

Mendocino County Youth Project                                        Page 96

Redwood Community Services: The Arbor Youth Resource Center           Page 97

Ukiah Police Department                                               Page 99



# COYOTE VALLEY BAND *of* POMO INDIANS

7601 N STATE ST REDWOOD VALLEY, CA 95470 • (707) 485-8723 • COYOTEVALLEYTRIBE.ORG

11/1/2022

Deb Kubin, Superintendent
Ukiah Unified School District
511 South Orchard Avenue
Ukiah, CA  95482

RE: School Based Mental Health Services Grant

**LETTER OF SUPPORT AND COMMITMENT**

I am writing to express our support for Ukiah Unified School District's School Based Mental Health Services Grant application.

The Coyote Valley Band of Pomo Indians is a federally recognized Tribe located in the heart of Mendocino County, Redwood Valley, California. We partner with Ukiah Unified School District to serve the youth who are members of our tribe both on and off the reservation.

Coyote Valley Band of Pomo Indians is very pleased to support this project. Ukiah schools and Ukiah students experience stresses and challenges higher than those of children and youth in many other communities. These concerns have been compounded by COVID and have put many of our youth in a mental health crisis. Our county has a suicide rate significantly above the state and federal average. Our youth also reports alcohol and drug use far exceeding their peers across the state.  We have worked closely with you as you have worked to implement Social Emotional and Mental Health supports throughout the school district, and we applaud your efforts to expand these programs and further support our students.

We live in a great place, with a strong sense of community and creative, dedicated, and talented residents who are committed to making their world a better place. We fully support your plan to develop a more intensive response to meet the mental health needs of our youth. We will support your project by participating in learning collaborative, referring appropriate youth for your consideration, and referring potential candidates for your open positions. We are excited about the possibilities presented by the School Based Mental Health Services Grant, and we fully support your proposal.

Sincerely,

Rachael McDavid
Executive Director
Cell: 707-409-4276

LETTERS OF SUPPORT PAGE 94

AR001501



2240 Old River Road          Ph. (707) 467-5001          MICHELLE HUTCHINS
Ukiah, CA 95482-6156         Fax (707) 462-0379          *Superintendent of Schools*

**SERVICE          EXCELLENCE          INNOVATION          TEAMWORK**

October 26, 2022

Deb Kubin, Superintendent
Ukiah Unified School District
511 South Orchard Avenue
Ukiah, CA  95482

RE: School Based Mental Health Services Grant

### LETTER OF SUPPORT AND COMMITMENT

I am writing to express our support for Ukiah Unified School District's School Based Mental Health Services Grant application.

Mendocino County Office of Education (MCOE) is fully vested in supporting sustainable behavioral and mental health programs that will offer our community's children and youth systems of long term support that will follow them throughout their lives.  MCOE offers Medi-Cal, and is developing other health insurance, billing platforms that will allow program service providers to not only deliver the most necessary services to students and their families, but will allow the district to recover a portion of their service costs by way of health insurance reimbursements.  MCOE will continue to provide leadership, resources, services and programs to improve the educational and social emotional outcomes for all of our county's students.

Mendocino County Office of Education continually seeks new and creative ideas, practices and processes to meet the goals of student success, and we will continue to prioritize the support of our Ukiah Unified colleagues in your pursuit of excellent service to students.

Children and youth in the Ukiah Valley experience stresses and challenges higher than those of children and youth in many other communities. These concerns have been compounded by the COVID pandemic and have put many of our youth in a mental health crisis. Our county has a suicide rate significantly above the state and federal average. Our community's youth also report alcohol and drug use far exceeding their peers across the state.  We have worked closely with Ukiah Unified as you worked to implement Social Emotional and Mental Health supports throughout the school district, and we applaud the efforts of Ukiah Unified's administration and staff to expand these programs to further support your students.

We fully support your plan to develop a more intensive response to meet the mental health needs of our youth. We will support your project by participating in learning collaborative opportunities, helping to improve the capacity of Medi-Cal and other health insurance service reimbursements, and referring potential candidates for your open positions that support student health programs. We are excited about the possibilities presented by the School Based Mental Health Services Grant, and we fully support your proposal.

Sincerely,

Kim Kern, Deputy Superintendent of Educational Services
Mendocino County Office of Education
2240 Old River Road, Ukiah CA  95482
kkern@mcoe.us

LETTERS OF SUPPORT PAGE 95

AR001502



SERVING CHILDREN, YOUTH & FAMILIES SINCE 1974

October 27th, 2022

Deb Kubin, Superintendent
Ukiah Unified School District
511 South Orchard Avenue
Ukiah, CA  95482

RE: School Based Mental Health Services Grant

**LETTER OF SUPPORT AND COMMITMENT**

I am writing to express our support for Ukiah Unified School District's School-Based Mental Health Services Grant application.

Mendocino County Youth Project's mission is to "empower, guide, counsel and support children, youth and families within Mendocino county to make healthy life choices, maximize potential and become productive citizens." Using a public health model, MCYP serves children youth, and families through a tiered level care system to provide services based on individual barriers, needs and goals. MCYP has worked with Ukiah Unified School District for over 46 years through a Joint Powers Agreement to provide school-based therapeutic services, social-emotional support services, prevention education groups, and enrichment activities.

Mendocino County Youth Project is very pleased to support this project. Ukiah schools and Ukiah students experience stresses and challenges higher than those of children and youth in many other communities. These concerns have been compounded by COVID and have put many of our youth in a mental health crisis. Our county has a suicide rate significantly above the state and federal average. Our youth also reports alcohol and drug use far exceeding their peers across the state.  We have worked closely with you as you have worked to implement Social Emotional and Mental Health supports throughout the school district, and we applaud your efforts to expand these programs and further support our students.

We live in a great place, with a strong sense of community and creative, dedicated, and talented residents who are committed to making their world a better place. We fully support your plan to develop a more intensive response to meet the mental health needs of our youth. We will support your project by participating in learning collaboratives, referring appropriate youth for your consideration, and referring potential candidates for your open positions. We are excited about the possibilities presented by the School Based Mental Health Services Grant, and we fully support your proposal.

Sincerely,

Amanda Archer
Executive Director
Mendocino County Youth Project

LETTERS OF SUPPORT PAGE 96



RESHAPE • EMPOWER • ACCEPT • LEAD

www.RedwoodCommunityServices.org

11/1/2022

Deb Kubin, Superintendent
Ukiah Unified School District
511 South Orchard Avenue
Ukiah, CA   95482

RE: School Based Mental Health Services Grant

### LETTER OF SUPPORT AND COMMITMENT

I am writing to express our support for Ukiah Unified School District's School Based Mental Health Services Grant application.

The Arbor Youth Resource Center is part of Redwood Community Services. The Arbor YRC is a place where transition age youth can come to find supports and services to help them move from adolescence to adulthood. We do this by providing social, emotional, and physical support and care. Our programs provide education support, housing navigation, peer mentorship, health and well-being, employment workshops, Substance Use Disorders Treatment, Prevention, and Intervention Services. We focus on resources and services that promote opportunities to engage youth as partners and provide youth the opportunity to develop the real-life skills necessary to succeed.

The Arbor has had the opportunity to work closely with local schools to provide services on and off campus. Our Substance Use Disorders Services can provide prevention and intervention services, as well as treatment, group and individual counseling. This is a growing need in schools and our community. We have a successful Restorative Justice Youth Council that provides education and workshops on a variety of topics. The program engages youth and provides trainings that allows students to be youth advocates. Our Employment Specialist works with youth to support anything from resume assistance to interview skills, to job experience. We have LGBTQ2S+ support and services, social justice projects. The Arbor has been a great place for youth to do their senior projects and community service. We love being able to collaborate with our schools to provide the services their students need.

The Arbor is very pleased to support this project. Ukiah schools and Ukiah students experience stresses and challenges higher than those of children and youth in many other communities. These concerns have been compounded by COVID and have put many of our youth in a mental health crisis. Our county has a suicide rate significantly above the state and federal average. Our youth also reports alcohol and drug use far exceeding their peers across the state.  We have worked closely with you as you have worked to implement Social Emotional and Mental Health supports throughout the school district, and we applaud your efforts to expand these programs and further support our students.

LETTERS OF SUPPORT PAGE 97

Foster Family Agency | Behavioral Health Services | Family Social Services | Skill Building & Empowerment Services
Crisis Response Services | Transitional Services | Residential Services | Homeless Services | Substance Use Services

PR/Award # S184H220121
Page 660
Mailing Address: PO Box 2077, Ukiah Ca 95482 | Administrative Office: 707-467-2010 | Administrative Fax: 707-462-6994

AR001504

## Redwood Community Services, Inc.

We live in a great place, with a strong sense of community and creative, dedicated, and talented residents who are committed to making their world a better place. We fully support your plan to develop a more intensive response to meet the mental health needs of our youth. We will support your project by participating in learning collaboratives, referring appropriate youth for your consideration, and referring potential candidates for your open positions. We are excited about the possibilities presented by the School Based Mental Health Services Grant, and we fully support your proposal.

Sincerely,

Amalia Abrojena

Program Supervisor
The Arbor YRC
810 N State Street, Ukiah CA 95482
Cell (707) 390-0262
Office (707) 462-7267

LETTERS OF SUPPORT PAGE 98

AR001505



Cedric Crook
Interim Chief of Police

10/28/22

Deb Kubin, Superintendent
Ukiah Unified School District
511 South Orchard Avenue
Ukiah, CA  95482

RE: School Based Mental Health Services Grant

LETTER OF SUPPORT AND COMMITMENT
I am writing to express our support for Ukiah Unified School District's School Based Mental Health Services
Grant application.

The Ukiah Police Department is committed to work in partnership with the community to promote public safety
and crime prevention through education and law enforcement.  The Ukiah Police Department is dedicated to
having a strong working relationship with the Ukiah Unified School District to better serve the community.

The Ukiah Police Department is very pleased to support this project. Ukiah schools and Ukiah students
experience stresses and challenges higher than those of children and youth in many other communities. These
concerns have been compounded by COVID and have put many of our youth in a mental health crisis. Our
county has a suicide rate significantly above the state and federal average. Our youth also reports alcohol and
drug use far exceeding their peers across the state.  We have worked closely with you as you have worked to
implement Social Emotional and Mental Health supports throughout the school district, and we applaud your
efforts to expand these programs and further support our students.

We live in a great place, with a strong sense of community and creative, dedicated, and talented residents who
are committed to making their world a better place. We fully support your plan to develop a more intensive
response to meet the mental health needs of our youth. We will support your project by participating in learning
collaboratives, referring appropriate youth for your consideration, and referring potential candidates for your
open positions. We are excited about the possibilities presented by the School Based Mental Health Services
Grant, and we fully support your proposal.
Sincerely,

*C. Crook*

Cedric Crook
Interim Police Chief

LETTERS OF SUPPORT PAGE 99

AR001506

Attachment 4. Documentation of Indirect Cost Rate (NICRA)

**2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing**
**California Department of Education (CDE) - School Fiscal Services Division**
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022
C: County
CA: Common Administration
D: District
J: Joint Powers Agency
Non Op : Closed or LEA not yet operational

### Approved Rates. For use with state and federal programs, as allowable in:

| County Code | LEA Code | Type | LEA Name | 2018–19 (based on 2016–17 expenditure data) | 2019–20 (based on 2017–18 expenditure data) | 2020–21 (based on 2018–19 expenditure data) | 2021–22 (based on 2019–20 expenditure data) | 2022–23 (based on 2020–21 expenditure data) | 2023–24 (based on 2021–22 expenditure data) - PRELIM |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 10231 | C | Mendocino County Superintendent | 8.17% | 8.90% | 8.30% | 8.57% | 9.23% | |
| 23 | 65540 | D | Anderson Valley Unified | 10.40% | 8.36% | 4.43% | 6.88% | 9.83% | |
| 23 | 65557 | D | Arena Union Elementary | 6.11% | 11.30% | 6.05% | 0.00% | 0.00% | |
| 23 | 65565 | D | Fort Bragg Unified | 5.02% | 4.47% | 5.28% | 6.69% | 7.14% | |
| 23 | 65573 | D | Manchester Union Elementary | 6.72% | 5.33% | 4.27% | 6.37% | 6.84% | |
| 23 | 65581 | D | Mendocino Unified | 6.10% | 6.04% | 6.62% | 6.64% | 7.03% | |
| 23 | 65599 | D | Point Arena Joint Union High | 6.11% | 11.30% | 6.05% | 0.00% | 0.00% | |
| 23 | 65607 | D | Round Valley Unified | 7.93% | 7.56% | 6.39% | 5.71% | 5.75% | |
| **23** | **65615** | **D** | **Ukiah Unified** | **5.65%** | **4.86%** | **4.27%** | **6.04%** | **4.89%** | **5.20%** |
| 23 | 65623 | D | Willits Unified | 10.01% | 9.58% | 6.32% | 6.72% | 6.84% | |
| 23 | 73866 | D | Potter Valley Community Unified | 8.23% | 8.39% | 8.28% | 9.31% | 10.76% | |
| 23 | 73916 | D | Laytonville Unified | 4.75% | 5.00% | 5.41% | 5.46% | 4.51% | |
| 23 | 75218 | D | Leggett Valley Unified | 9.01% | 7.12% | 8.12% | 6.21% | 8.50% | |
| 23 | 76349 | CA | Arena Union Elem/Point Arena Union High | 6.11% | 11.30% | 6.05% | 6.47% | 6.85% | |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

---

**ATTACHMENT 5. EXECUTIVE ORDER 12372 TRANSMITTAL LETTER**

---

## Executive Order 12372

The State of California participates in the program established by Executive Order 12372 and has established a Single Point of Contact (SPOC). However, the Notice Inviting Applications published in the Federal Register on page 60142 of Vol. 87, No 191 of the Federal Register on October 4, 2022 states the following:

> 2. *Intergovernmental Review:* This competition is subject to Executive Order 12372 and the regulations in 34 CFR part 79. However, under 34 CFR 79.8(a), we waive intergovernmental review in order to make awards by December 31, 2022.

**Budget Narrative File(s)**

* **Mandatory Budget Narrative Filename:** 1238-BudgetNarrative_UUSD_SBMH2022.pdf

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

AR001509

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

## BUDGET REQUEST JUSTIFICATION

UUSD is requesting funding in the amount of $7,948,343 over the five-year grant period and will contribute $2,658,216 in match, equal to 25% of the total project cost of $10,606,559. Please note that computer rounding may cause $1 discrepancies in budget subtotals.

### *Five-Year Budget Request Summary*

| | Year 1 (2023) | Year 2 (2024) | Year 3 (2025) | Year 4 (2026) | Year 5 (2027) | TOTAL |
|---|---|---|---|---|---|---|
| Personnel | $709,167 | $959,000 | $1,079,000 | $1,079,000 | $1,079,000 | $4,905,167 |
| Fringe | $328,745 | $431,534 | $485,467 | $485,467 | $485,467 | $2,216,680 |
| Travel | $12,987 | $12,987 | $12,987 | $12,987 | $12,987 | $64,935 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Supplies | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $76,850 | $76,850 | $76,850 | $76,850 | $76,850 | $384,250 |
| **Total Direct** | **$1,127,749** | **$1,480,371** | **$1,654,304** | **$1,654,304** | **$1,654,304** | **$7,571,032** |
| Indirect Charges | $55,147 | $74,019 | $82,715 | $82,715 | $82,715 | $377,311 |
| **TOTAL REQUEST** | **$1,182,896** | **$1,554,390** | **$1,737,019** | **$1,737,019** | **$1,737,019** | **$7,948,343** |

### *Year 1 Budget Request Summary and Justification (2023)*

Year 1 budget request totals $1,182,896. Please note that Budget Summaries and justifications for matching contributions are provided following grant request justification.

| Budget Line | Budget Request |
|---|---|
| 1. Personnel | $709,167 |
| 2. Fringe Benefits | $328,745 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Budget Line | Budget Request |
|---|---|
| 3. Travel | $12,987 |
| 4. Equipment | $0 |
| 5. Supplies | $0 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $76,850 |
| 9. Total Direct Costs | $1,127,749 |
| 10. Indirect Costs | $55,147 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$1,182,896** |

*1. Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Coordinator | Jacob Bainbridge | $120,000 | 50% FTE | $60,000 |
| Social Emotional Counselors | To Be Hired | $120,000 | 300% FTE x 10 months | $300,000 |
| School Social Worker | To Be Hired | $125,000 | 100% FTE x 10 months | $104,167 |
| SUDT Counselor | To Be Hired | $120,000 | 100% FTE x 10 months | $100,000 |
| Bilingual FCL | To Be Hired | $90,000 | 100% FTE x 10 months | $75,000 |
| Mental Health Intern | To Be Hired | $48,000 | 100% FTE x 10 months | $40,000 |
| Data Analyst | To Be Hired | $72,000 | 50% FTE x 10 months | $30,000 |
|  |  |  | **TOTAL** | **$709,167** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Coordinator.* The Project Coordinator will be a district-level Social Emotional Counselor. Responsibilities will include: administering the grant, leading recruitment and retention efforts, coordinating project activities, monitoring contracts, tracking and monitoring fidelity of implementation, ensuring fulfillment of grant reporting requirements, supporting professional development activities, and supporting mental health service providers.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*School Social Worker.* UUSD does not currently have a School Social Worker. This to-be-hired position will work with students and parents to assess and address problems with attendance and performance, family interactions, and social problems that interfere with the student ability to learn.

*SUDT Counselor.* The Substance Use Disorder Treatment Counselor will provide screening and assessment, 1:1 counseling, and small group intervention.

*Bilingual Family/Community Liaison.* The FCL will work with Hispanic families to engage them in their child's education; work with families to identify and achieve goals and access needed support services; and facilitate positive family, school, and student relationships.

*Mental Health Intern.* UUSD will work with local colleges to recruit mental health interns to begin working their way up the career ladder. Interns will support Social Emotional Counselors in providing outreach to students and families, supporting teachers, and providing counseling to students.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Data Analyst.* The to-be-hired Data Analyst will work with staff to ensure accurate tracking and reporting of services and outcomes; provide regular progress reports; compile data in formats suitable for sharing with partners and key stakeholders as evidence of project effectiveness; and coordinate the process of securing reimbursement for services to eligible students through the CalAIM program.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| Project Coordinator (Certificated Position) | $60,000 | 31.0575% Total: Health benefits: $3,539 (5.8975%) Retirement: $11,460 (19.1%) Statutory benefits: $3,636 (6.06%) | $18,635 |
| Social Emotional Counselor (300% FTE) (Classified Position) | $100,000 | 46.407% PER FTE: Health benefits: $8,777 (8.777%) Retirement: $25,370 (25.37%) Statutory benefits: $12,260 (12.26%) | $139,221 |
| School Social Worker (Classified Position) | $104,167 | 46.056% Total: Health benefits: $8,777 (8.426%) Retirement: $26,427 (25.37%) Statutory benefits: $12,771 (12.26%) | $47,975 |
| SUDT Counselor (Classified Position) | $100,000 | 46.407% Total: Health benefits: $8,777 (8.777%) Retirement: $25,370 (25.37%) Statutory benefits: $12,260 (12.26%) | $46,407 |

AR001513

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Bilingual Family/Community Liaison (Classified Position) | $75,000 | 49.333% Total:<br><br>Health benefits: $8,777 (11.703%)<br><br>Retirement: $19,028 (25.37%)<br><br>Statutory benefits: $9,195 (12.26%) | $37,000 |
| Mental Health Intern (Classified Position) | $40,000 | 59.573% Total:<br><br>Health benefits: $8,777 (21.943%)<br><br>Retirement: $10,148 (25.37%)<br><br>Statutory benefits: $4,904 (6.06%) | $23,829 |
| Data Analyst (Classified Position) | $30,000 | 52.258% Total:<br><br>Health benefits: $4,389 (14.628%)<br><br>Retirement: $7,611 (25.37%)<br><br>Statutory benefits: $3,678 (12.26%) | $15,678 |
| | | **TOTAL** | **$328,745** |

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. Statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel*

| Purpose | Location | Item | Rate | Request |
|---|---|---|---|---|
| Local Travel | Varies | Mileage | 100 miles per month @ $0.625/mile | $750 |
| | | | **Local Travel Total** | **$750** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Purpose | Location | Item | Rate | Request |
|---|---|---|---|---|
| Regional Travel | Varies | Mileage | 1,500 miles @ $0.625/mile | $938 |
| | | Hotel | $200/night x 10 nights | $2,000 |
| | | Per diem | $76/day x 10 days | $760 |
| | | | **Regional Travel Total** | **$3,698** |
| Conferences | Varies | Airfare | $700/flight x 3 persons | $2,100 |
| | | Mileage | 250 miles @ $0.625/mile x 3 persons | $469 |
| | | Parking | 4 days @ $25/day x 3 persons | $300 |
| | | Shuttle | $25/trip x 2 trips x 3 persons | $150 |
| | | Hotel | $256/night x 6 nights x 3 persons | $4,608 |
| | | Per diem | $76/day x 4 days x 3 persons | $912 |
| | | | **Conference Total** | **$8,539** |
| | | | **TRAVEL TOTAL** | **$12,987** |

**JUSTIFICATION**

*Local Travel.* Project staff will travel locally to visit school sites, participate in team meetings and training activities, and deliver direct services. Costs are based on the IRS 2022 mileage reimbursements rate of $0.625 per mile.

*Regional Travel.* Project staff will travel to state and regional colleges and universities for recruitment purposes. Costs are based on 2022 GSA rates.

*Conferences.* Up to three mental health services providers will attend state and/or national conferences relevant to their work. Costs are estimates and are based on 2022 GSA rates.

*4. Equipment: NONE REQUESTED*

*5. Supplies: NONE REQUESTED*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

6. *Contractual: NONE REQUESTED*

7. *Construction: NOT APPLICABLE*

8. *Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Recruitment costs | See below | $16,000 |
| Retention expenses | See below | $27,250 |
| Respecialization | See below | $30,000 |
| Professional Development | See below | $3,600 |
| | **TOTAL OTHER** | **$76,850** |

**JUSTIFICATION**

*Recruitment costs.* Costs include online recruitment portal fees ($5,000); print and social media advertising ($5,000); and relocation expenses (2 persons x up to $3,000/person = $6,000).

*Retention expenses.* Planned retention costs are estimates and may include such incentives as: retention bonuses; stress management (e.g., health club membership, yoga class) discounts; bilingual stipends; professional organization membership fees; and professional licensure fees.

*Respecialization.* UUSD is budgeting $30,000/year for respecialization costs for up to 3 mental health services providers. These costs may include stipends or tuition costs for credentialing or completion of degree requirements.

*Professional development.* UUSD is budgeting $3,600 per year for registration fees and similar costs associated with provider participation in professional conferences and training workshops ($1,200/person x 3 persons/year = $3,600). Professional development costs will also include participation of the Project Coordinator in required coursework in order to provide

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

supervision to mental health services professionals working to complete required supervised hours.

*9. Total Direct Costs: $1,127,749*

*10. Indirect Costs: $55,147*

UUSD's indirect rate for 2022-2023 is 4.89%. See Attachment 4 for documentation of indirect rate.

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $1,182,896*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

***Year 2 Budget Request Summary and Justification (2024)***

Year 2 budget request totals $1,554,390. Please note that Budget Summaries and

justifications for matching contributions are provided following grant request justification.

| Budget Line | Budget Request |
|---|---|
| 1. Personnel | $959,000 |
| 2. Fringe Benefits | $431,534 |
| 3. Travel | $12,987 |
| 4. Equipment | $0 |
| 5. Supplies | $0 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $76,850 |
| 9. Total Direct Costs | $1,480,371 |
| 10. Indirect Costs | $74,019 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$1,554,390** |

1. *Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Coordinator | Jacob Bainbridge | $120,000 | 50% FTE | $60,000 |
| Social Emotional Counselors | To Be Hired | $120,000 | 400% FTE | $480,000 |
| School Social Worker | To Be Hired | $125,000 | 100% FTE | $125,000 |
| SUDT Counselor | To Be Hired | $120,000 | 100% FTE | $120,000 |

Ukiah Unified School District (UUSD)

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Bilingual Family/ Community Liaison | To Be Hired | $90,000 | 100% FTE | $90,000 |
| Mental Health Intern | To Be Hired | $48,000 | 100% FTE | $48,000 |
| Data Analyst | To Be Hired | $72,000 | 50% FTE | $36,000 |
| | | | **TOTAL** | **$959,000** |

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Coordinator.* The Project Coordinator will be a district-level Social Emotional Counselor. Responsibilities will include: administering the grant, leading recruitment and retention efforts, coordinating project activities, monitoring contracts, tracking and monitoring fidelity of implementation, ensuring fulfillment of grant reporting requirements, supporting professional development activities, and supporting mental health service providers.

*Social Emotional Counselors.* UUSD will hire one additional Social Emotional Counselor in Year 2 .Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*School Social Worker.* UUSD does not currently have a School Social Worker. This to-be-hired position will work with students and parents to assess and address problems with attendance and performance, family interactions, and social problems that interfere with the student ability to learn.

*SUDT Counselor.* The Substance Use Disorder Treatment Counselor will provide screening and assessment, 1:1 counseling, and small group intervention.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Bilingual Family/Community Liaison.* The FCL will work with Hispanic families to engage them in their child's education; work with families to identify and achieve goals and access needed support services; and facilitate positive family, school, and student relationships.

*Mental Health Intern.* UUSD will work with local colleges to recruit mental health interns to begin working their way up the career ladder. Interns will support Social Emotional Counselors in providing outreach to students and families, supporting teachers, and providing counseling to students.

*Data Analyst.* The to-be-hired Data Analyst will work with staff to ensure accurate tracking and reporting of services and outcomes; provide regular progress reports; compile data in formats suitable for sharing with partners and key stakeholders as evidence of project effectiveness; and coordinate the process of securing reimbursement for services to eligible students through the CalAIM program.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Project Coordinator (Certificated Position) | $60,000 | 31.0575% Total: Health benefits: $3,539 (5.8975%) Retirement: $11,460 (19.1%) Statutory benefits: $3,636 (6.06%) | $18,635 |
| Social Emotional Counselor: 400% FTE (Classified Position) | $480,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $215,732 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| School Social Worker (Classified Position) | $125,000 | 44.652% Total: <br><br> Health benefits: $8,777 (7.022%) <br><br> Retirement: $31,713 (25.37%) <br><br> Statutory benefits: $15,325 (12.26%) | $55,815 |
| SUDT Counselor (Classified Position) | $120,000 | 44.944% Total: <br><br> Health benefits: $8,777 (7.314%) <br><br> Retirement: $30,444 (25.37%) <br><br> Statutory benefits: $14,712 (12.26%) | $53,933 |
| Bilingual Family/Community Liaison (Classified Position) | $90,000 | 47.382% Total: <br><br> Health benefits: $8,777 (9.752%) <br><br> Retirement: $22,833 (25.37%) <br><br> Statutory benefits: $11,034 (12.26%) | $42,644 |
| Mental Health Intern (Classified Position) | $48,000 | 55.915% Total: <br><br> Health benefits: $8,777 (18.285%) <br><br> Retirement: $12,178 (25.37%) <br><br> Statutory benefits: $5,885 (6.06%) | $26,840 |
| Data Analyst (Classified Position) | $36,000 | 49.82% Total: <br><br> Health benefits: $4,389 (12.19%) <br><br> Retirement: $9,133 (25.37%) <br><br> Statutory benefits: $4,414 (12.26%) | $17,935 |
| | | **TOTAL** | **$431,534** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. Statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel*

| Purpose | Location | Item | Rate | Request |
|---|---|---|---|---|
| Local Travel | Varies | Mileage | 100 miles per month @ $0.625/mile | $750 |
| | | | **Local Travel Total** | **$750** |
| Regional Travel | Varies | Mileage | 1,500 miles @ $0.625/mile | $938 |
| | | Hotel | $200/night x 10 nights | $2,000 |
| | | Per diem | $76/day x 10 days | $760 |
| | | | **Regional Travel Total** | **$3,698** |
| Conferences | Varies | Airfare | $700/flight x 3 persons | $2,100 |
| | | Mileage | 250 miles @ $0.625/mile x 3 persons | $469 |
| | | Parking | 4 days @ $25/day x 3 persons | $300 |
| | | Shuttle | $25/trip x 2 trips x 3 persons | $150 |
| | | Hotel | $256/night x 6 nights x 3 persons | $4,608 |
| | | Per diem | $76/day x 4 days x 3 persons | $912 |
| | | | **Conference Total** | **$8,539** |
| | | | **TRAVEL TOTAL** | **$12,987** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

*Local Travel.* Project staff will travel locally to visit school sites, participate in team meetings and training activities, and deliver direct services. Costs are based on the IRS 2022 mileage reimbursements rate of $0.625 per mile.

*Regional Travel.* Project staff will travel to state and regional colleges and universities for recruitment purposes. Costs are based on 2022 GSA rates.

*Conferences.* Up to three mental health services providers will attend state and/or national conferences relevant to their work. Costs are estimates and are based on 2022 GSA rates.

*4. Equipment: NONE REQUESTED*

*5. Supplies: NONE REQUESTED*

*6. Contractual: NONE REQUESTED*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Recruitment costs | See below | $16,000 |
| Retention expenses | See below | $27,250 |
| Respecialization | See below | $30,000 |
| Professional Development | See below | $3,600 |
| | **TOTAL OTHER** | **$76,850** |

**JUSTIFICATION**

*Recruitment costs.* Costs include online recruitment portal fees ($5,000); print and social media advertising ($5,000); and relocation expenses (2 persons x up to $3,000/person = $6,000).

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Retention expenses.* Planned retention costs are estimates and may include such incentives as: retention bonuses; stress management (e.g., health club membership, yoga class) discounts; bilingual stipends; professional organization membership fees; and professional licensure fees.

*Respecialization.* UUSD is budgeting $30,000/year for respecialization costs for up to 3 mental health services providers. These costs may include stipends or tuition costs for credentialing or completion of degree requirements.

*Professional development.* UUSD is budgeting $3,600 per year for registration fees and similar costs associated with provider participation in professional conferences and training workshops ($1,200/person x 3 persons/year = $3,600). Professional development costs will also include participation of the Project Coordinator in required coursework in order to provide supervision to mental health services professionals working to complete required supervised hours.

*9. Total Direct Costs: $1,480,371*

*10. Indirect Costs: $74,019*

UUSD's preliminary indirect rate for 2023-2024 is 5.20%; the Year 2 budget request includes only 5% per instructions. See Attachment 4 for documentation of indirect rate.

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $1,554,390*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### *Year 3 Budget Request Summary and Justification (2025)*

Year 3 budget request totals $1,737,019. Please note that Budget Summaries and

justifications for matching contributions are provided following grant request justification.

| Budget Line | Budget Request |
|---|---|
| 1. Personnel | $1,079,000 |
| 2. Fringe Benefits | $485,467 |
| 3. Travel | $12,987 |
| 4. Equipment | $0 |
| 5. Supplies | $0 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $76,850 |
| 9. Total Direct Costs | $1,654,304 |
| 10. Indirect Costs | $82,715 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$1,737,019** |

1.  *Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Coordinator | Jacob Bainbridge | $120,000 | 50% FTE | $60,000 |
| Social Emotional Counselors | To Be Hired | $120,000 | 500% FTE | $600,000 |
| School Social Worker | To Be Hired | $125,000 | 100% FTE | $125,000 |

Ukiah Unified School District (UUSD)

| Position | Name | Salary | Level of Effort | Request |
|----------|------|--------|-----------------|---------|
| SUDT Counselor | To Be Hired | $120,000 | 100% FTE | $120,000 |
| Bilingual Family/ Community Liaison | To Be Hired | $90,000 | 100% FTE | $90,000 |
| Mental Health Intern | To Be Hired | $48,000 | 100% FTE | $48,000 |
| Data Analyst | To Be Hired | $72,000 | 50% FTE | $36,000 |
| | | | **TOTAL** | **$1,079,000** |

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Coordinator.* The Project Coordinator will be a district-level Social Emotional Counselor. Responsibilities will include: administering the grant, leading recruitment and retention efforts, coordinating project activities, monitoring contracts, tracking and monitoring fidelity of implementation, ensuring fulfillment of grant reporting requirements, supporting professional development activities, and supporting mental health service providers.

*Social Emotional Counselors.* UUSD will hire one additional Social Emotional Counselor in Year 3. Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*School Social Worker.* UUSD does not currently have a School Social Worker. This to-be-hired position will work with students and parents to assess and address problems with attendance and performance, family interactions, and social problems that interfere with the student ability to learn.

*SUDT Counselor.* The Substance Use Disorder Treatment Counselor will provide screening and assessment, 1:1 counseling, and small group intervention.

*Bilingual Family/Community Liaison.* The FCL will work Hispanic families to engage them in their child's education; work with families to identify and achieve goals and access needed support services; and facilitate positive family, school, and student relationships.

*Mental Health Intern.* UUSD will work with local colleges to recruit mental health interns to begin working their way up the career ladder. Interns will support Social Emotional Counselors in providing outreach to students and families and providing counseling to students.

*Data Analyst.* The to-be-hired Data Analyst will work with staff to ensure accurate tracking and reporting of services and outcomes; provide regular progress reports; compile data in formats suitable for sharing with partners and key stakeholders as evidence of project effectiveness; and coordinate the process of securing reimbursement for services to eligible students through the CalAIM program.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Project Coordinator (Certificated Position) | $60,000 | 31.0575% Total: Health benefits: $3,539 (5.8975%) Retirement: $11,460 (19.1%) Statutory benefits: $3,636 (6.06%) | $18,635 |
| Social Emotional Counselor: 500% FTE (Classified Position) | $600,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $269,665 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| School Social Worker (Classified Position) | $125,000 | 44.652% Total: Health benefits: $8,777 (7.022%) Retirement: $31,713 (25.37%) Statutory benefits: $15,325 (12.26%) | $55,815 |
| SUDT Counselor (Classified Position) | $120,000 | 44.944% Total: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $53,933 |
| Bilingual Family/Community Liaison (Classified Position) | $90,000 | 47.382% Total: Health benefits: $8,777 (9.752%) Retirement: $22,833 (25.37%) Statutory benefits: $11,034 (12.26%) | $42,644 |
| Mental Health Intern (Classified Position) | $48,000 | 55.915% Total: Health benefits: $8,777 (18.285%) Retirement: $12,178 (25.37%) Statutory benefits: $5,885 (6.06%) | $26,840 |
| Data Analyst (Classified Position) | $36,000 | 49.82% Total: Health benefits: $4,389 (12.19%) Retirement: $9,133 (25.37%) Statutory benefits: $4,414 (12.26%) | $17,935 |
| | | **TOTAL** | **$485,467** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. Statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel*

| Purpose | Location | Item | Rate | Request |
|---|---|---|---|---|
| Local Travel | Varies | Mileage | 100 miles per month @ $0.625/mile | $750 |
| | | | **Local Travel Total** | **$750** |
| Regional Travel | Varies | Mileage | 1,500 miles @ $0.625/mile | $938 |
| | | Hotel | $200/night x 10 nights | $2,000 |
| | | Per diem | $76/day x 10 days | $760 |
| | | | **Regional Travel Total** | **$3,698** |
| Conferences | Varies | Airfare | $700/flight x 3 persons | $2,100 |
| | | Mileage | 250 miles @ $0.625/mile x 3 persons | $469 |
| | | Parking | 4 days @ $25/day x 3 persons | $300 |
| | | Shuttle | $25/trip x 2 trips x 3 persons | $150 |
| | | Hotel | $256/night x 6 nights x 3 persons | $4,608 |
| | | Per diem | $76/day x 4 days x 3 persons | $912 |
| | | | **Conference Total** | **$8,539** |
| | | | **TRAVEL TOTAL** | **$12,987** |

Ukiah Unified School District (UUSD)

**JUSTIFICATION**

*Local Travel.* Project staff will travel locally to visit school sites, participate in team meetings and training activities, and deliver direct services. Costs are based on the IRS 2022 mileage reimbursements rate of $0.625 per mile.

*Regional Travel.* Project staff will travel to state and regional colleges and universities for recruitment purposes. Costs are based on 2022 GSA rates.

*Conferences.* Up to three mental health services providers will attend state and/or national conferences relevant to their work. Costs are estimates and are based on 2022 GSA rates.

*4. Equipment: NONE REQUESTED*

*5. Supplies: NONE REQUESTED*

*6. Contractual: NONE REQUESTED*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Recruitment costs | See below | $16,000 |
| Retention incentives | See below | $27,250 |
| Respecialization | See below | $30,000 |
| Professional Development | See below | $3,600 |
| | **TOTAL OTHER** | **$76,850** |

**JUSTIFICATION**

*Recruitment costs.* Costs include online recruitment portal fees ($5,000); print and social media advertising ($5,000); and relocation expenses (2 persons x up to $3,000/person = $6,000).

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Retention expenses.* Planned retention costs are estimates and may include such incentives as: retention bonuses; stress management (e.g., health club membership, yoga class) discounts; bilingual stipends; professional organization membership fees; and professional licensure fees.

*Respecialization.* UUSD is budgeting $30,000/year for respecialization costs for up to 3 mental health services providers. These costs may include stipends or tuition costs for credentialing or completion of degree requirements.

*Professional development.* UUSD is budgeting $3,600 per year for registration fees and similar costs associated with provider participation in professional conferences and training workshops ($1,200/person x 3 persons/year = $3,600).

*9. Total Direct Costs: $1,654,304*

*10. Indirect Costs: $82,715*

UUSD's preliminary indirect rate for 2023-2024 is 5.20% and has not yet been extended to future years; the Year 3 budget request includes only 5% per instructions. See Attachment 4 for documentation of indirect rate.

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $1,737,019*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### *Year 4 Budget Request Summary and Justification (2026)*

Year 4 budget request totals $1,737,019. Please note that Budget Summaries and

justifications for matching contributions are provided following grant request justification.

| Budget Line | Budget Request |
|---|---:|
| 1. Personnel | $1,079,000 |
| 2. Fringe Benefits | $485,467 |
| 3. Travel | $12,987 |
| 4. Equipment | $0 |
| 5. Supplies | $0 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $76,850 |
| 9. Total Direct Costs | $1,654,304 |
| 10. Indirect Costs | $82,715 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$1,737,019** |

1. *Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Coordinator | Jacob Bainbridge | $120,000 | 50% FTE | $60,000 |
| Social Emotional Counselors | To Be Hired | $120,000 | 500% FTE | $600,000 |
| School Social Worker | To Be Hired | $125,000 | 100% FTE | $125,000 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Position | Name | Salary | Level of Effort | Request |
|----------|------|--------|-----------------|---------|
| SUDT Counselor | To Be Hired | $120,000 | 100% FTE | $120,000 |
| Bilingual Family/ Community Liaison | To Be Hired | $90,000 | 100% FTE | $90,000 |
| Mental Health Intern | To Be Hired | $48,000 | 100% FTE | $48,000 |
| Data Analyst | To Be Hired | $72,000 | 50% FTE | $36,000 |
| | | | **TOTAL** | **$1,079,000** |

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Coordinator.* The Project Coordinator will be a district-level Social Emotional Counselor. Responsibilities will include: administering the grant, leading recruitment and retention efforts, coordinating project activities, monitoring contracts, tracking and monitoring fidelity of implementation, ensuring fulfillment of grant reporting requirements, supporting professional development activities, and supporting mental health service providers.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*School Social Worker.* UUSD does not currently have a School Social Worker. This to-be-hired position will work with students and parents to assess and address problems with attendance and performance, family interactions, and social problems that interfere with the student ability to learn.

*SUDT Counselor.* The Substance Use Disorder Treatment Counselor will provide screening and assessment, 1:1 counseling, and small group intervention.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Bilingual Family/Community Liaison.* The FCL will engage Hispanic families in engage families in their child's education; work with families to identify and achieve goals and access needed support services; and facilitate positive family, school, and student relationships.

*Mental Health Intern.* UUSD will work with local colleges to recruit mental health interns to begin working their way up the career ladder. Interns will support Social Emotional Counselors in providing outreach to students and families, supporting teachers, and providing counseling to students.

*Data Analyst.* The to-be-hired Data Analyst will work with staff to ensure accurate tracking and reporting of services and outcomes; provide regular progress reports; compile data in formats suitable for sharing with partners and key stakeholders as evidence of project effectiveness; and coordinate the process of securing reimbursement for services to eligible students through the CalAIM program.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| Project Coordinator (Certificated Position) | $60,000 | 31.0575% Total: Health benefits: $3,539 (5.8975%) Retirement: $11,460 (19.1%) Statutory benefits: $3,636 (6.06%) | $18,635 |
| Social Emotional Counselor: 500% FTE (Classified Position) | $600,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $269,665 |

Ukiah Unified School District (UUSD)

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| School Social Worker (Classified Position) | $125,000 | 44.652% Total:<br><br>Health benefits: $8,777 (7.022%)<br><br>Retirement: $31,713 (25.37%)<br><br>Statutory benefits: $15,325 (12.26%) | $55,815 |
| SUDT Counselor (Classified Position) | $120,000 | 44.944% Total:<br><br>Health benefits: $8,777 (7.314%)<br><br>Retirement: $30,444 (25.37%)<br><br>Statutory benefits: $14,712 (12.26%) | $53,933 |
| Bilingual Family/Community Liaison (Classified Position) | $90,000 | 47.382% Total:<br><br>Health benefits: $8,777 (9.752%)<br><br>Retirement: $22,833 (25.37%)<br><br>Statutory benefits: $11,034 (12.26%) | $42,644 |
| Mental Health Intern (Classified Position) | $48,000 | 55.915% Total:<br><br>Health benefits: $8,777 (18.285%)<br><br>Retirement: $12,178 (25.37%)<br><br>Statutory benefits: $5,885 (6.06%) | $26,840 |
| Data Analyst (Classified Position) | $36,000 | 49.82% Total:<br><br>Health benefits: $4,389 (12.19%)<br><br>Retirement: $9,133 (25.37%)<br><br>Statutory benefits: $4,414 (12.26%) | $17,935 |
| | | **TOTAL** | **$485,467** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. Statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel*

| Purpose | Location | Item | Rate | Request |
|---|---|---|---|---|
| Local Travel | Varies | Mileage | 100 miles per month @ $0.625/mile | $750 |
| | | | **Local Travel Total** | **$750** |
| Regional Travel | Varies | Mileage | 1,500 miles @ $0.625/mile | $938 |
| | | Hotel | $200/night x 10 nights | $2,000 |
| | | Per diem | $76/day x 10 days | $760 |
| | | | **Regional Travel Total** | **$3,698** |
| Conferences | Varies | Airfare | $700/flight x 3 persons | $2,100 |
| | | Mileage | 250 miles @ $0.625/mile x 3 persons | $469 |
| | | Parking | 4 days @ $25/day x 3 persons | $300 |
| | | Shuttle | $25/trip x 2 trips x 3 persons | $150 |
| | | Hotel | $256/night x 6 nights x 3 persons | $4,608 |
| | | Per diem | $76/day x 4 days x 3 persons | $912 |
| | | | **Conference Total** | **$8,539** |
| | | | **TRAVEL TOTAL** | **$12,987** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

*Local Travel.* Project staff will travel locally to visit school sites, participate in team meetings and training activities, and deliver direct services. Costs are based on the IRS 2022 mileage reimbursements rate of $0.625 per mile.

*Regional Travel.* Project staff will travel to state and regional colleges and universities for recruitment purposes. Costs are based on 2022 GSA rates.

*Conferences.* Up to three mental health services providers will attend state and/or national conferences relevant to their work. Costs are estimates and are based on 2022 GSA rates.

*4. Equipment: NONE REQUESTED*

*5. Supplies: NONE REQUESTED*

*6. Contractual: NONE REQUESTED*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Recruitment costs | See below | $16,000 |
| Retention incentives | See below | $27,250 |
| Respecialization | See below | $30,000 |
| Professional Development | See below | $3,600 |
| | **TOTAL OTHER** | **$76,850** |

**JUSTIFICATION**

*Recruitment costs.* Costs include online recruitment portal fees ($5,000); print and social media advertising ($5,000); and relocation expenses (2 persons x up to $3,000/person = $6,000).

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Retention expenses.* Planned retention costs are estimates and may include such incentives as: retention bonuses; stress management (e.g., health club membership, yoga class) discounts; bilingual stipends; professional organization membership fees; and professional licensure fees.

*Respecialization.* UUSD is budgeting $30,000/year for respecialization costs for up to 3 mental health services providers. These costs may include stipends or tuition costs for credentialing or completion of degree requirements.

*Professional development.* UUSD is budgeting $3,600 per year for registration fees and similar costs associated with provider participation in professional conferences and training workshops ($1,200/person x 3 persons/year = $3,600).

*9. Total Direct Costs: $1,654,304*

*10. Indirect Costs: $82,715*

UUSD's preliminary indirect rate for 2023-2024 is 5.20% and has not yet been extended to future years; the Year 4 budget request includes only 5% per instructions. See Attachment 4 for documentation of indirect rate.

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $1,737,019*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### *Year 5 Budget Request Summary and Justification (2027)*

Year 5 budget request totals $1,737,019. Please note that Budget Summaries and

justifications for matching contributions are provided following grant request justification.

| Budget Line | Budget Request |
|---|---:|
| 1. Personnel | $1,079,000 |
| 2. Fringe Benefits | $485,467 |
| 3. Travel | $12,987 |
| 4. Equipment | $0 |
| 5. Supplies | $0 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $76,850 |
| 9. Total Direct Costs | $1,654,304 |
| 10. Indirect Costs | $82,715 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$1,737,019** |

1.  *Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Coordinator | Jacob Bainbridge | $120,000 | 50% FTE | $60,000 |
| Social Emotional Counselors | To Be Hired | $120,000 | 500% FTE | $600,000 |
| School Social Worker | To Be Hired | $125,000 | 100% FTE | $125,000 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Position | Name | Salary | Level of Effort | Request |
|----------|------|--------|-----------------|---------|
| SUDT Counselor | To Be Hired | $120,000 | 100% FTE | $120,000 |
| Bilingual Family/ Community Liaison | To Be Hired | $90,000 | 100% FTE | $90,000 |
| Mental Health Intern | To Be Hired | $48,000 | 100% FTE | $48,000 |
| Data Analyst | To Be Hired | $72,000 | 50% FTE | $36,000 |
| | | | **TOTAL** | **$1,079,000** |

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Coordinator.* The Project Coordinator will be a district-level Social Emotional Counselor. Responsibilities will include: administering the grant, leading recruitment and retention efforts, coordinating project activities, monitoring contracts, tracking and monitoring fidelity of implementation, ensuring fulfillment of grant reporting requirements, supporting professional development activities, and supporting mental health service providers.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*School Social Worker.* UUSD does not currently have a School Social Worker. This to-be-hired position will work with students and parents to assess and address problems with attendance and performance, family interactions, and social problems that interfere with the student ability to learn.

*SUDT Counselor.* The Substance Use Disorder Treatment Counselor provide screening and assessment, 1:1 counseling, and small group intervention.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Bilingual Family/Community Liaison.* The FCL will engage Hispanic families in engage families in their child's education; work with families to identify and achieve goals and access needed support services; and facilitate positive family, school, and student relationships.

*Mental Health Intern.* UUSD will work with local colleges to recruit mental health interns to begin working their way up the career ladder. Interns will support Social Emotional Counselors in providing outreach to students and families, supporting teachers, and providing counseling to students.

*Data Analyst.* The to-be-hired Data Analyst will work with staff to ensure accurate tracking and reporting of services and outcomes; provide regular progress reports; compile data in formats suitable for sharing with partners and key stakeholders as evidence of project effectiveness; and coordinate the process of securing reimbursement for services to eligible students through the CalAIM program.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Project Coordinator (Certificated Position) | $60,000 | 31.0575% Total: Health benefits: $3,539 (5.8975%) Retirement: $11,460 (19.1%) Statutory benefits: $3,636 (6.06%) | $18,635 |
| Social Emotional Counselor: 500% FTE (Classified Position) | $600,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $269,665 |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| School Social Worker (Classified Position) | $125,000 | 44.652% Total: Health benefits: $8,777 (7.022%) Retirement: $31,713 (25.37%) Statutory benefits: $15,325 (12.26%) | $55,815 |
| SUDT Counselor (Classified Position) | $120,000 | 44.944% Total: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $53,933 |
| Bilingual Family/Community Liaison (Classified Position) | $90,000 | 47.382% Total: Health benefits: $8,777 (9.752%) Retirement: $22,833 (25.37%) Statutory benefits: $11,034 (12.26%) | $42,644 |
| Mental Health Intern (Classified Position) | $48,000 | 55.915% Total: Health benefits: $8,777 (18.285%) Retirement: $12,178 (25.37%) Statutory benefits: $5,885 (6.06%) | $26,840 |
| Data Analyst (Classified Position) | $36,000 | 49.82% Total: Health benefits: $4,389 (12.19%) Retirement: $9,133 (25.37%) Statutory benefits: $4,414 (12.26%) | $17,935 |
| | | **TOTAL** | **$485,467** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. Statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel*

| Purpose | Location | Item | Rate | Request |
|---|---|---|---|---|
| Local Travel | Varies | Mileage | 100 miles per month @ $0.625/mile | $750 |
| | | | **Local Travel Total** | **$750** |
| Regional Travel | Varies | Mileage | 1,500 miles @ $0.625/mile | $938 |
| | | Hotel | $200/night x 10 nights | $2,000 |
| | | Per diem | $76/day x 10 days | $760 |
| | | | **Regional Travel Total** | **$3,698** |
| Conferences | Varies | Airfare | $700/flight x 3 persons | $2,100 |
| | | Mileage | 250 miles @ $0.625/mile x 3 persons | $469 |
| | | Parking | 4 days @ $25/day x 3 persons | $300 |
| | | Shuttle | $25/trip x 2 trips x 3 persons | $150 |
| | | Hotel | $256/night x 6 nights x 3 persons | $4,608 |
| | | Per diem | $76/day x 4 days x 3 persons | $912 |
| | | | **Conference Total** | **$8,539** |
| | | | **TRAVEL TOTAL** | **$12,987** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

*Local Travel.* Project staff will travel locally to visit school sites, participate in team meetings and training activities, and deliver direct services. Costs are based on the IRS 2022 mileage reimbursements rate of $0.625 per mile.

*Regional Travel.* Project staff will travel to state and regional colleges and universities for recruitment purposes. Costs are based on 2022 GSA rates.

*Conferences.* Up to three mental health services providers will attend state and/or national conferences relevant to their work. Costs are estimates and are based on 2022 GSA rates.

*4. Equipment: NONE REQUESTED*

*5. Supplies: NONE REQUESTED*

*6. Contractual: NONE REQUESTED*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Recruitment costs | See below | $16,000 |
| Retention incentives | See below | $27,250 |
| Respecialization | See below | $30,000 |
| Professional Development | See below | $3,600 |
| | **TOTAL OTHER** | **$76,850** |

**JUSTIFICATION**

*Recruitment costs.* Costs include online recruitment portal fees ($5,000); print and social media advertising ($5,000); and relocation expenses (2 persons x up to $3,000/person = $6,000).

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Retention expenses.* Planned retention costs are estimates and may include such incentives as: retention bonuses; stress management (e.g., health club membership, yoga class) discounts; bilingual stipends; professional organization membership fees; and professional licensure fees.

*Respecialization.* UUSD is budgeting $30,000/year for respecialization costs for up to 3 mental health services providers. These costs may include stipends or tuition costs for credentialing or completion of degree requirements.

*Professional development.* UUSD is budgeting $3,600 per year for registration fees and similar costs associated with provider participation in professional conferences and training workshops ($1,200/person x 3 persons/year = $3,600).

*9. Total Direct Costs: $1,654,304*

*10. Indirect Costs: $82,715*

UUSD's preliminary indirect rate for 2023-2024 is 5.20% and has not yet been extended to future years; the Year 5 budget request includes only 5% per instructions. See Attachment 4 for documentation of indirect rate.

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $1,737,019*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

## BUDGET MATCH JUSTIFICATION

UUSD is requesting funding in the amount of $7,948,343 over the five-year grant period and will contribute $2,658,216 in match, equal to 25% of the total project cost of $10,606,559. Please note that computer rounding may cause $1 discrepancies in budget subtotals.

### *Five-Year Match Summary*

| | Year 1 (2023) | Year 2 (2024) | Year 3 (2025) | Year 4 (2026) | Year 5 (2027) | TOTAL |
|---|---|---|---|---|---|---|
| Personnel | $270,400 | $330,400 | $390,400 | $390,400 | $390,400 | $1,772,000 |
| Fringe | $116,930 | $143,897 | $170,863 | $170,863 | $170,863 | $773,416 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Supplies | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $12,000 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $4,800 | $42,000 | $18,000 | $18,000 | $18,000 | $100,800 |
| **Total Direct** | **$394,530** | **$518,697** | **$581,663** | **$581,663** | **$581,663** | **$2,658,216** |
| Indirect Charges | $0 | $0 | $0 | $0 | $0 | $0 |
| **TOTAL REQUEST** | **$394,530** | **$518,697** | **$581,663** | **$581,663** | **$581,663** | **$2,658,216** |

### *Year 1 Match Summary and Justification (2023)*

Year 1 budget request totals $1,182,896. UUSD will provide $394,530 in matching contributions, equal to 25% of the total Year 1 budget of $1,577,426.

| Budget Line | Match |
|---|---|
| 1. Personnel | $270,400 |
| 2. Fringe Benefits | $116,930 |

Uᴋɪᴀʜ Uɴɪꜰɪᴇᴅ Sᴄʜᴏᴏʟ Dɪsᴛʀɪᴄᴛ (UUSD)

| Budget Line | Match |
|---|---|
| 3. Travel | $0 |
| 4. Equipment | $0 |
| 5. Supplies | $2,400 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $4,800 |
| 9. Total Direct Costs | $394,530 |
| 10. Indirect Costs | $0 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$394,530** |

*1. Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Director | Jason Iversen | $152,000 | 20% FTE | $30,400 |
| Social Emotional Counselors | Multiple | $120,000 | 200% FTE | $240,000 |
| | | | **TOTAL** | **$270,400** |

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Director.* The Project Director will supervise staff and provide overall guidance and leadership to the project; ensure compliance with reporting requirements; serve as liaison with district administration and UUSD School Board; and lead sustainability efforts.

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Project Director (Certificated Position) | $30,400 | 29.815% Total: Health benefits: $1,415 (4.655%) Retirement: $5,806 (19.1%) Statutory benefits: $1,843 (6.06%) | $9,064 |
| Social Emotional Counselor (300% FTE) (Classified Position) | $240,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $107,866 |
| | | **TOTAL** | **$116,930** |

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

## 3. Travel = $0

## 4. Equipment: $0

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*5. Supplies*

| Item | Calculation | Request |
|------|-------------|---------|
| General office supplies | $200 per month x 12 months | $2,400 |

**JUSTIFICATION**

*General office supplies.* General office supplies (paper, pens, printer toner, etc.) are required for efficient implementation of the project.

*6. Contractual: $0*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|----------------------|---------|
| Printing and copying | $400 per month | $4,800 |
| | **TOTAL OTHER** | **$4,800** |

**JUSTIFICATION**

*Printing and copying.* UUSD will use grant funds for printing and copying reference, promotional, and educational materials.

*9. Total Direct Costs: $394,530*

*10. Indirect Costs: $0*

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $394,530*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### *Year 2 Match Summary and Justification (2024)*

Year 2 budget request totals $1,554,389. UUSD will provide $518,697 in matching

contributions, equal to 25% of the total Year 2 budget of $2,073,086.

| Budget Line | Match |
|---|---:|
| 1. Personnel | $330,400 |
| 2. Fringe Benefits | $143,897 |
| 3. Travel | $0 |
| 4. Equipment | $0 |
| 5. Supplies | $2,400 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $42,000 |
| 9. Total Direct Costs | $518,697 |
| 10. Indirect Costs | $0 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$518,697** |

### *1. Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---:|
| Project Director | Jason Iversen | $152,000 | 20% FTE | $30,400 |
| Social Emotional Counselors | Multiple | $120,000 | 2.50% FTE | $300,000 |
| | | | **TOTAL** | **$330,400** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Director.* The Project Director will supervise staff and provide overall guidance and leadership to the project; ensure compliance with reporting requirements; serve as liaison with district administration and UUSD School Board; and lead sustainability efforts.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*2. Fringe Benefits*

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| Project Director (Certificated Position) | $30,400 | 29.815% Total: Health benefits: $1,415 (4.655%) Retirement: $5,806 (19.1%) Statutory benefits: $1,843 (6.06%) | $9,064 |
| Social Emotional Counselor (250% FTE) (Classified Position) | $300,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $134,833 |
| | | **TOTAL** | **$143,897** |

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and

include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel = $0*

*4. Equipment: $0*

*5. Supplies*

| Item | Calculation | Request |
|------|-------------|---------|
| General office supplies | $200 per month x 12 months | $2,400 |

**JUSTIFICATION**

*General office supplies.* General office supplies (paper, pens, printer toner, etc.) are required for efficient implementation of the project.

*6. Contractual: $0*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Occupancy | $3,000 per month | $36,000 |
| Printing and copying | $500 per month | $6,000 |
| | **TOTAL OTHER** | **$42,000** |

**JUSTIFICATION**

*Occupancy.* Building occupancy costs include insurance, utilities, maintenance, custodial, etc.

*Printing and copying.* UUSD will use grant funds for printing and copying reference, promotional, and educational materials.

*9. Total Direct Costs: $518,697*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

*10. Indirect Costs: $0*

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $518,697*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### *Year 3 Match Summary and Justification (2025)*

Year 3 budget request totals $1,737,019. UUSD will provide $581,663 in matching

contributions, equal to 25% of the total Year 3 budget of $2,318,682.

| Budget Line | Match |
|---|---:|
| 1. Personnel | $390,400 |
| 2. Fringe Benefits | $170,863 |
| 3. Travel | $0 |
| 4. Equipment | $0 |
| 5. Supplies | $2,400 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $18,000 |
| 9. Total Direct Costs | $581,663 |
| 10. Indirect Costs | $0 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$581,663** |

### *1. Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---:|
| Project Director | Jason Iversen | $152,000 | 20% FTE | $30,400 |
| Social Emotional Counselors | Multiple | $120,000 | 300% FTE | $360,000 |
| | | | **TOTAL** | **$390,400** |

Ukiah Unified School District (UUSD)

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Director.* The Project Director will supervise staff and provide overall guidance and leadership to the project; ensure compliance with reporting requirements; serve as liaison with district administration and UUSD School Board; and lead sustainability efforts.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*2. Fringe Benefits*

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Project Director (Certificated Position) | $30,400 | 29.815% Total: Health benefits: $1,415 (4.655%) Retirement: $5,806 (19.1%) Statutory benefits: $1,843 (6.06%) | $9,064 |
| Social Emotional Counselor (300% FTE) (Classified Position) | $360,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $161,799 |
| | | **TOTAL** | **$170,863** |

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

*3. Travel = $0*

*4. Equipment: $0*

*5. Supplies*

| Item | Calculation | Request |
|------|-------------|---------|
| General office supplies | $200 per month x 12 months | $2,400 |

**JUSTIFICATION**

*General office supplies.* General office supplies (paper, pens, printer toner, etc.) are required for efficient implementation of the project.

*6. Contractual: $0*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Occupancy | $1,500 per month | $18,000 |
|  | **TOTAL OTHER** | **$18,000** |

**JUSTIFICATION**

*Occupancy.* Building occupancy costs include insurance, utilities, maintenance, custodial, etc.

*9. Total Direct Costs: $581,663*

*10. Indirect Costs: $0*

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $581,663*

Uᴋɪᴀʜ Uɴɪꜰɪᴇᴅ Sᴄʜᴏᴏʟ Dɪꜱᴛʀɪᴄᴛ (UUSD)

### *Year 4 Match Summary and Justification (2026)*

Year 4 budget request totals $1,737,019. UUSD will provide $581,663 in matching

contributions, equal to 25% of the total Year 4 budget of $2,318,682.

| Budget Line | Match |
|---|---|
| 1. Personnel | $390,400 |
| 2. Fringe Benefits | $170,863 |
| 3. Travel | $0 |
| 4. Equipment | $0 |
| 5. Supplies | $2,400 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $18,000 |
| 9. Total Direct Costs | $581,663 |
| 10. Indirect Costs | $0 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$581,663** |

*1. Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Director | Jason Iversen | $152,000 | 20% FTE | $30,400 |
| Social Emotional Counselors | Multiple | $120,000 | 300% FTE | $360,000 |
| | | | **TOTAL** | **$390,400** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Director.* The Project Director will supervise staff and provide overall guidance and leadership to the project; ensure compliance with reporting requirements; serve as liaison with district administration and UUSD School Board; and lead sustainability efforts.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

*2. Fringe Benefits*

| Position | Budgeted | Benefits | Request |
|----------|----------|----------|---------|
| Project Director (Certificated Position) | $30,400 | 29.815% Total: Health benefits: $1,415 (4.655%) Retirement: $5,806 (19.1%) Statutory benefits: $1,843 (6.06%) | $9,064 |
| Social Emotional Counselor (300% FTE) (Classified Position) | $360,000 | 44.944% PER FTE: Health benefits: $8,777 (7.314%) Retirement: $30,444 (25.37%) Statutory benefits: $14,712 (12.26%) | $161,799 |
| | | **TOTAL** | **$170,863** |

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and

include Medicare, unemployment, workers compensation, Social Security, and other post-employment benefits.

3. *Travel = $0*

4. *Equipment: $0*

5. *Supplies*

| Item | Calculation | Request |
|------|-------------|--------:|
| General office supplies | $200 per month x 12 months | $2,400 |

**JUSTIFICATION**

*General office supplies.* General office supplies (paper, pens, printer toner, etc.) are required for efficient implementation of the project.

6. *Contractual: $0*

7. *Construction: NOT APPLICABLE*

8. *Other*

| Item | Rate and Calculation | Request |
|------|----------------------|--------:|
| Occupancy | $1,500 per month | $18,000 |
| | **TOTAL OTHER** | **$18,000** |

**JUSTIFICATION**

*Occupancy.* Building occupancy costs include insurance, utilities, maintenance, custodial, etc.

9. *Total Direct Costs: $581,663*

10. *Indirect Costs: $0*

11. *Training Stipends: NOT APPLICABLE*

12. *Total Costs: $581,663*

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

### *Year 5 Match Summary and Justification (2027)*

Year 5 budget request totals $1,737,019. UUSD will provide $581,663 in matching

contributions, equal to 25% of the total Year 5 budget of $2,318,682.

| Budget Line | Match |
|---|---:|
| 1. Personnel | $390,400 |
| 2. Fringe Benefits | $170,863 |
| 3. Travel | $0 |
| 4. Equipment | $0 |
| 5. Supplies | $2,400 |
| 6. Contractual | $0 |
| 7. Construction | $0 |
| 8. Other | $18,000 |
| 9. Total Direct Costs | $581,663 |
| 10. Indirect Costs | $0 |
| 11. Training Stipends | $0 |
| **12. Total Costs** | **$581,663** |

*1. Personnel*

| Position | Name | Salary | Level of Effort | Request |
|---|---|---|---|---|
| Project Director | Jason Iversen | $152,000 | 20% FTE | $30,400 |
| Social Emotional Counselors | Multiple | $120,000 | 300% FTE | $360,000 |
| | | | **TOTAL** | **$390,400** |

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

**JUSTIFICATION**

Personnel salaries are based on the UUSD salary scale.

*Project Director.* The Project Director will supervise staff and provide overall guidance and leadership to the project; ensure compliance with reporting requirements; serve as liaison with district administration and UUSD School Board; and lead sustainability efforts.

*Social Emotional Counselors.* Counselors are credentialed mental health professionals who will provide school-based counseling and support for individual students, provide guidance to staff and teachers, and staff in identifying and addressing student mental health needs.

## 2. Fringe Benefits

| Position | Budgeted | Benefits | Request |
|---|---|---|---|
| Project Director (Certificated Position) | $30,400 | 29.815% Total:<br><br>Health benefits: $1,415 (4.655%)<br><br>Retirement: $5,806 (19.1%)<br><br>Statutory benefits: $1,843 (6.06%) | $9,064 |
| Social Emotional Counselor (300% FTE) (Classified Position) | $360,000 | 44.944% PER FTE:<br><br>Health benefits: $8,777 (7.314%)<br><br>Retirement: $30,444 (25.37%)<br><br>Statutory benefits: $14,712 (12.26%) | $161,799 |
| | | **TOTAL** | **$170,863** |

**JUSTIFICATION**

UUSD fringe benefits include health insurance, retirement, and statutory benefits. statutory benefits average 60.06% for certificated positions and 12.26% for classified positions and

UKIAH UNIFIED SCHOOL DISTRICT (UUSD)

include Medicare, unemployment, workers compensation, Social Security, and other post-

employment benefits.

*3. Travel = $0*

*4. Equipment: $0*

*5. Supplies*

| Item | Calculation | Request |
|------|-------------|---------|
| General office supplies | $200 per month x 12 months | $2,400 |

**JUSTIFICATION**

*General office supplies.* General office supplies (paper, pens, printer toner, etc.) are required

for efficient implementation of the project.

*6. Contractual: $0*

*7. Construction: NOT APPLICABLE*

*8. Other*

| Item | Rate and Calculation | Request |
|------|---------------------|---------|
| Occupancy | $1,500 per month | $18,000 |
| | **TOTAL OTHER** | **$18,000** |

**JUSTIFICATION**

*Occupancy.* Building occupancy costs include insurance, utilities, maintenance, custodial,

etc.

*9. Total Direct Costs: $581,663*

*10. Indirect Costs: $0*

*11. Training Stipends: NOT APPLICABLE*

*12. Total Costs: $581,663*



## U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization
Ukiah Unified School District

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 709,167.00 | 959,000.00 | 1,079,000.00 | 1,079,000.00 | 1,079,000.00 | | | 4,905,167.00 |
| 2. Fringe Benefits | 328,745.00 | 431,534.00 | 485,467.00 | 485,467.00 | 485,467.00 | | | 2,216,680.00 |
| 3. Travel | 12,987.00 | 12,987.00 | 12,987.00 | 12,987.00 | 12,987.00 | | | 64,935.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | 76,850.00 | 76,850.00 | 76,850.00 | 76,850.00 | 76,850.00 | | | 384,250.00 |
| 9. Total Direct Costs (lines 1-8) | 1,127,749.00 | 1,480,371.00 | 1,654,304.00 | 1,654,304.00 | 1,654,304.00 | | | 7,571,032.00 |
| 10. Indirect Costs* | 55,147.00 | 74,019.00 | 82,715.00 | 82,715.00 | 82,715.00 | | | 377,311.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,182,896.00 | 1,554,390.00 | 1,737,019.00 | 1,737,019.00 | 1,737,019.00 | | | 7,948,343.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?   ☒ Yes   ☐ No

(2)    If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:   From: 07/01/2022   To: 06/30/2023   (mm/dd/yyyy)

Approving Federal agency:   ☒ ED   ☐ Other (please specify): _____

The Indirect Cost Rate is   4.89 %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?   ☐ Yes   ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes   ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☒ Is included in your approved Indirect Cost Rate Agreement? Or,   ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is   4.89 %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?   Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

AR001563

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Ukiah Unified School District | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 270,400.00 | 330,400.00 | 390,400.00 | 390,400.00 | 390,400.00 | | | 1,772,000.00 |
| 2. Fringe Benefits | 116,930.00 | 143,897.00 | 170,863.00 | 170,863.00 | 170,863.00 | | | 773,416.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | | | 12,000.00 |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | 4,800.00 | 42,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | | | 100,800.00 |
| 9. Total Direct Costs (lines 1-8) | 394,530.00 | 518,697.00 | 581,663.00 | 581,663.00 | 581,663.00 | | | 2,658,216.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 394,530.00 | 518,697.00 | 581,663.00 | 581,663.00 | 581,663.00 | | | 2,658,216.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001564**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Ukiah Unified School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1) List administrative cost cap (x%): ☐

(2) What does your administrative cost cap apply to? ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

AR001565

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☐ a. bid/offer/application<br>☒ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4.   Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: Ukiah Unified School District
* Street 1: 511 South Orchard Street    Street 2:
* City: Ukiah    State: CA: California    Zip: 95482-3470

Congressional District, if known: CA-002

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| US Department of Education | School Safely National Activities<br><br>CFDA Number, if applicable: 84.184 |

| 8. Federal Action Number, if known: | 9. Award Amount, if known: |
|---|---|
| | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:    * First Name: NOT    Middle Name:
* Last Name: APPLICABLE    Suffix:
* Street 1: 511 South Orchard Street    Street 2:
* City: Ukiah    State: CA: California    Zip: 95482-3470

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:    * First Name: NOT    Middle Name:
* Last Name: APPLICABLE    Suffix:
* Street 1: 511 South Orchard Street    Street 2:
* City: Ukiah    State: CA: California    Zip: 95482-3470

**11.**  Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Kristy Bryant

*Name:    Prefix: Ms.    * First Name: Kristy    Middle Name:
* Last Name: Bryant    Suffix:

Title: Director of Fiscal Services    Telephone No.: 707-472-5015    Date: 11/03/2022

Federal Use Only:

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

**AR001566**

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220124**

**Gramts.gov Tracking#: GRANT13747926**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220124

AR001567

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
|    *Attachment - 1 (1239-ED GEPA427 FORM - CVUSD)* | e7 |
| *3. Grants.gov Lobbying Form* | e10 |
| *4. Dept of Education Supplemental Information for SF-424* | e11 |
| *5. ED Abstract Narrative Form* | e13 |
|    *Attachment - 1 (1240-Abstract - CVUSD)* | e14 |
| *6. Project Narrative Form* | e15 |
|    *Attachment - 1 (1241-CVUSD SBMH Grant Proj)* | e16 |
| *7. Other Narrative Form* | e36 |
|    *Attachment - 1 (1234-Indirect Cost Agreement)* | e37 |
|    *Attachment - 2 (1235-IRS Letter)* | e38 |
|    *Attachment - 3 (1236-Resume Chamberlin-Scholle)* | e39 |
|    *Attachment - 4 (1237-Resume Dr. Egans cvusd)* | e43 |
|    *Attachment - 5 (1238-SBMT Letters of Support)* | e47 |
| *8. Budget Narrative Form* | e50 |
|    *Attachment - 1 (1242-Budget Narrative-CVUSD)* | e51 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e59 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001568

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/03/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | NA |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: |
|---|---|
| | |

**8. APPLICANT INFORMATION:**

* a. Legal Name: Conejo Valley Unified School District

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 95-2868899 | F5JGQDEMM1L1 |

**d. Address:**

* Street1: 1400 E Janss Road
Street2:
* City: Thousand Oaks
County/Parish: 0.00
* State: CA: California
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 91362-2133

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| Student Services | Mental Health Services |

**f. Name and contact information of person to be contacted on matters involving this application:**

| Prefix: Dr. | * First Name: Shanna |
|---|---|
| Middle Name: M | |
| * Last Name: Egans | |
| Suffix: | |

Title: Assistant Superintendent, Student Services

Organizational Affiliation:
NA

| * Telephone Number: 8054979511 | Fax Number: |
|---|---|

* Email: segans@conejousd.org

PR/Award # S184H220124

Page e3

AR001569

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

A: State Government

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

Conejo Valley Unified School District (CVUSD) Mental Health and Wellness Services

Attach supporting documents as specified in agency instructions.

[ Add Attachments ] [ Delete Attachments ] [ View Attachments ]

AR001570

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `CA-026`     * b. Program/Project `CA-026`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `01/01/2023`     * b. End Date: `06/30/2028`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 1,995,912.46 |
| * b. Applicant | 751,891.50 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 2,747,803.96 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [　　　　　].

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes  ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Dr.`     * First Name: `Shanna`

Middle Name: `M`

* Last Name: `Egans`

Suffix:

* Title: `Assistant Superintendent, Student Services`

* Telephone Number: `805-497-9511 x2301`     Fax Number:

* Email: `segans@conejousd.org`

* Signature of Authorized Representative: `Shanna M Egans`     * Date Signed: `11/03/2022`

**AR001571**

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20201-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1239-ED GEPA427 FORM - CVUSD.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR001572**



*Diversity, Equity & Inclusion*: Our data shows that students from diverse backgrounds, students that make up our LGBTQ+ community, those with unique learning abilities and students in challenging environments outside of school are at high risk for mental health problems.

CVUSD has created a new Diversity, Equity and Inclusion Department that seeks to create a welcoming, supportive and inclusive learning environment for all students and families. We are committed to creating equitable access and opportunity across race, class, ethnicity, language, socio-economic status, ability, gender identity and religion.

It is important that we create a baseline of positive mental health practices that are established through our entire educational community so that mental health is a fluid and all encompassing ideal we adapt to and promote. Through training and continued education for our staff, especially those supporting students directly with mental health services, we have the following goals:

1. Creation and understanding of equity, tolerance, and cultural competencies throughout the organization.
2. Create organizational structures that; provide students and staff with opportunities to learn about various cultural groups, expose students to a multicultural curriculum and

AR001573

character education, foster community partnerships and provide extended learning opportunities.

3. Provide targeted support to historically underserved students and use data to define, establish and implement culturally proficient practices throughout the organization.

We will meet these goals through the below actions:

- Staff members will participate in outside learning experiences such as the ACSA Equity Professional Learning Network, the CAAASA Professional Learning Network, conferences, workshops and virtual equity conversations with other professionals.
- Ethnic studies courses will be reviewed and preparations will be made to expand course offerings.
- The District will respond swiftly and appropriately to address organizational structures,
- and incidents which reflect a lack of cultural understanding.
- Awareness assemblies, speakers, and cultural events will become part of school-wide
- experiences.
- Each year students will have the opportunities to set global, community, and personal goals.

We believe that after providing these resources to all of our staff, not only will our mental health teams be better equipped to support students and increase productivity, but that as a district we will have a more collaborative approach to learning and diversity. These proposed trainings and concepts of inclusion allow us to sustain ideals of preventative methods in mental health. They also allow for a healthy approach to academics to be woven into our community code of culture and ethics for years to come.

AR001574

Currently CVUSD enrolled 16,703 students, 25% of whom are unduplicated students qualifying for free and reduced lunch, English Learners and foster youth.

**16,703 students enrolled in 22/23**

**2,053 English Learners**

**4,256 unduplicated free and reduced lunch, ELs and foster youth**

*Foster Youth*: Currently CVUSD has 21 students that are Foster youth and 389 youth that are McKinney-Vento.  McKinney-Vento students lack adequate housing. The number of McKinney-Vento students has grown by almost 100 from last year. One of the goals would be for a specific Mental Health clinician to work directly with the unique needs of these populations of students. These students come to school with additional traumas that can act as barriers to their education.  The Mental Health clinician would work with our McKinney-Vento and Foster district and county liaison to ensure that every student is getting the support they need.

AR001575

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Conejo Valley Unified School District

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.    * First Name: Shanna    Middle Name: M

* Last Name: Egans    Suffix:

* Title: Assistant Superintendent, Student Services

* SIGNATURE: Shanna M Egans    * DATE: 11/03/2022

AR001576

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Dr.`  
\* First Name: `Heather`  
Middle Name: `M`  
\* Last Name: `Chamberlin-Scholle`  
Suffix:

Project Director Level of Effort (percentage of time devoted to grant): `100`

Address:

\* Street1: `1400 E Janss Road`  
Street2:  
\* City: `Thousand Oaks`  
County: `Ventura`  
\* State: `CA: California`  
\* Zip Code: `91362-2133`  
Country: `USA: UNITED STATES`

\* Phone Number (give area code): `805-796-3793`  
Fax Number (give area code):

\* Email Address: `hchamberlinschoole@conejousd.org`

Alternate Email Address: `segans@conejousd.org`

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☒ Yes    ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

`10`

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**AR001577**

**4. Human Subjects Research:**

    a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes  ☒ No

    b. Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as indicated in the definitions page in the attached instructions.

    [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

PR/Award # S184H220124

Page e12

Tracking Number:GRANT13747926    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:31:25 PM EDT

AR001578

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1240-Abstract - CVUSD.pdf | [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**AR001579**

**Abstract**

Project Title: School Based Mental Health

Goal 1. Build efficacy in areas related to mental health for academic & interpersonal success. Expected Outcome: Develop a more efficient system to support student mental health. Goal 2. Develop preventative crisis measures. Expected Outcome: Prevent psychiatric hospitalization, depression, anxiety and suicide where possible.

Goal 3: Maintain current staff providing effective mental health services and create new positions that continue the growth of the Mental Health Department.. Expected Outcome: Sustain current mental health programs.

Goal 4: Increase diversity and professional development. Expected Outcome: Create healthy environments for students through representation, inclusion, and equity.

This grant will support one LEA, 16,703 students and we seek to hire 14 providers and one Administrative Assistant.

Populations: All CVUSD students grades TK-12+, underrepresented students such as; disabled students, gender diverse and LGBTQ+ students, foster youth, homeless students, African-American, English Learner, Latin X, Asian and Pacific Islander and other multicultural students.

Primary Activities: This grant will bring continued funding to the Mental Health Department, provide specialist, equity and diversity-driven professional development, recruit with intentions of diversity, analyze and manage mental health data, increase our assessment measures and develop preventative methods that promote positive and preventive mental health services for our students.

AR001580

## Project Narrative File(s)

**\* Mandatory Project Narrative File Filename:** | 1241-CVUSD SBMH Grant Proj.pdf

| Add Mandatory Project Narrative File | | Delete Mandatory Project Narrative File | | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | | Delete Optional Project Narrative File | | View Optional Project Narrative File |

Tracking Number:GRANT13747926    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:31:25 PM EDT

AR001581



**<u>Table of Contents</u>: (total document not to exceed 30 pages)**                  **<u>Page #</u>**

1. Why mental health is important in our community (LEA with demonstrated need)    2

2. How our diverse communities benefit from mental health services    2

3. What we've done to enhance access to mental health programs    3

4. What the data says about our community    4

5. The power of assessments & analysis as preventative measures    4

6. Assessment Data    6

7. Detailed budget    8

8. Number of providers    8

9. Existing mental health programs    11

10. Wellness Center Program Services    11

11. Special Education Mental Health Services    14

12. Use of grant fund to supplement existing mental health services    15

13. Plan for prompt delivery service    16

14. Diversity    18

AR001582

1.     *Why mental health is important in our community - LEA with demonstrated need*

In December, 2021, Dr. Vivek H. Murthy, the U.S. Surgeon General issued an advisory entitled *Protecting Youth Mental Health* that outlines the precipice upon which communities sit when it comes to addressing the mental health needs of their children.  The Surgeon General reports more than ten decades of research that outlined a consistent decline in the mental health of children citing a multitude of research to support this claim. While we know that mental health consists of many complex factors, we also know that environmental factors and influences contribute to the overall health of a community.  The Conejo Valley has not been immune to these factors.  On November 7, 2018, the Conejo Valley community experienced back-to-back traumas that included the loss of 12 lives in the *Borderline Mass Shooting* followed by the *Woolsey Fire*; 16 months later we joined the world in navigating the COVID-19 pandemic. These events have changed who we are as a community and the Conejo Valley Unified School District (CVUSD) recognizes that schools are well positioned to assess for, prevent and treat youth mental health.

2.     *How our diverse communities benefit from mental health services*

CVUSD supports a wealth of students from diverse ethnic backgrounds including African-American, English Learner, Latin X, Asian and Pacific Islander students. We support our students managing Homelessness, those that are part of our Foster Youth, students with learning and or physical disabilities and our gender diverse students that make up our LGBTQ+ community. We believe that ALL students at CVUSD are equally valuable and deserve an exceptional learning experience that includes access to tools that will assist in developing their Mental Health in a positive way. Many of our diverse students come from neighborhoods close

to the poverty line, are not growing up in healthy environments at home, suffer from anxiety, depression, exclusion, and discrimination. These factors affect a student's ability to focus on learning and excelling academically. Support with our Mental Health program will help offset these issues and create spaces for reform, inclusion, equity and programs that will increase our student's chances of success.

3. *What we've done to enhance access to mental health programs and how grant funding supports our continued efforts*

Recognizing the trends in youth mental health and its impacts on student health, well-being and learning, CVUSD has been committed to building mental health and wellness services over the last six years. It is the mission of the Mental Health Department to *prevent* mental health crises by equipping students with consistent access to mental health support on their school campuses.  We believe that when students receive in-the-moment support from clinically trained mental health professionals, it equips them with positive school connection, healthy decision making, a foundation of strong coping strategies and prevents unnecessary suffering through early identification and intervention.

The current CVUSD mental health programs are uncovering the prevalence and depth of the mental health needs of our students; keeping in mind that when we become aware of the needs of our students, we carry the responsibility to address them. It is our unfortunate reality that the need well supersedes our resources.  The unmet mental health needs of our students drives CVUSD's commitment to apply for funding that specifically increases and retains diverse, qualified mental health service providers; implements best practices that meet individual and collective needs of each school site, carefully manages and collects data and makes adjustments when necessary to ensure program efficacy.

AR001584

4. **What the data says about our community and how we can sustain the effective use of data through grant funding**

CVUSD uses the following data points to assess the need for mental health:

- *Risk Assessment & Analysis* - An assessment completed when there's a concern for student safety, including harm to self or others.

- *Social Emotional Learning Screener* - an assessment educators can use for universal screening of student risk for social-emotional challenges.

- *Psychiatric Hospitalizations Data Analysis* - tracking the students referred to or admitted to a hospital to manage mental and or psychiatric challenges.

- *Red Flag Warnings* - Preidentified behaviors and or responses/expressions that trigger an urgent need for support related to mental stability and wellness.

- *Wellness and Special Education Data* - Data compiled to reflect the impact of support in Special Education and Wellness programs.

5. **The power of assessments, screeners & analysis as preventative measures**

*Risk Assessments*: During the 2018-2019 school year, 276 risk assessments were completed. When schools closed in 2020 and 2021 there were sharp declines in the number of risk assessments completed due to remote learning and significant increases in psychiatric hospitalizations and red flag warnings.  This data demonstrates one of the significant roles that schools play in maintaining a mental health safety net of children.When children were isolated from the in-person purview of school personnel and their peers, the early intervention a risk assessment often provides was missing and this led to a steep and sudden increase in psychiatric hospitalizations for children in our community.  When schools reopened for the 2021-2022 school year, risk assessments again started to increase with148 completed.  From 8/24/22

*Conejo Valley Unified School District Pg. 4*

**AR001585**

through 11/1/2022 there have been 53 risk assessments completed for the first ten weeks of school indicating an upward trend.

Risk assessments are completed when there is a concern about student safety including harm to self or others. There are several purposes to assessing the safety risk of a student. First and foremost is to ensure student safety. However, risk assessments also provide opportunities to dialogue with students and their parents or guardians to establish safety plans and support within the school setting and at home. The outcome of a risk assessment creates a partnership between school staff and families to work collaboratively to provide support to students, and referral to school and community-based resources.

*Social Emotional Learning Screeners*: CVUSD completed its first social emotional learning screeners during the 2021-2022 school year. The social emotional screener was administered to all sixth through twelfth graders with a response rate of 47%. This assessment revealed that students' most requested topics of interest were motivation, goal setting and self-awareness/self-management. Students reported most frequently that they would participate in small groups about wellness, anxiety and social connections.

*Psychiatric Hospitalization Info*: Our analysis has revealed that when there is a decrease in one data point there is often an increase in others. For example during school closures there was a decrease in the number of risk assessments completed and increases in the number of students psychiatrically hospitalized and in the number of red flag warnings.

*Red Flag Warnings*: Red Flag Warnings were established as a result of school closures and online learning in an effort to restore some of the safety monitoring that had been lost when students were not on campuses full time. The red flag warning system monitors CVUSD issued chromebooks for searches related to harm to self or others. When searches of concern are

completed during school hours, an alert is issued and school sites follow up with students. When searches of concern are completed outside of school hours, wellness checks are completed by law enforcement.  During the 20-21 school year, follow up was conducted on 504 red flag warnings.  As students have returned to school those numbers declined to 204 and to 47 from 8/24/22 through 11/1/22.

## 6.    Assessment Data

*Table 1. CVUSD Mental Health Data Points*

| Data Point | 2018-2019 | *2019-2020 | *2020-2021 | 2021-2022 | YTD |
|---|---|---|---|---|---|
| Student Enrollment | 18,733 | 18,345 | 17,397 | 16,703 | – |
| Unduplicated free/reduced lunch, ELs, foster youth | 5,006 | 5,013 | 4,579 | 4,256 | – |
| Risk Assessments Completed | 276 | 165 | 110 | 148 | - |
| Red Flag Warnings | – | – | 504 | 204 | 47 |
| Psychiatric Hospitalizations | – | – | 71 | 91 | 13 |

\* Indicates data collected during remote learning during the COVID-19 pandemic
– Indicates data was unavailable

With the necessary resources in areas of diversified recruitment, creating safe environments by utilizing the data to support ongoing programs and counseling services, access to therapeutic supplies, outreach, partnerships and professional training, we can deliver a more successful learning and social emotional experience to our students. The chart below details our expected outcomes from resources this grant would provide.

*Table 2. Logic Model*

| Resources | Activities | Outputs | Short-term Outcomes | Mid-term Outcomes | Long-term Outcomes |
|---|---|---|---|---|---|
| Staff | Recruitment/ Hiring of diverse clinical team | Service Provision | Improved awareness of mental health | Changes in perceptions of mental health | Improved mental health for all students |
| Space | Create safe environments | Give students access to services | Increased knowledge of mental health | Awareness of thoughts/self talk | School culture shifts/ acceptance |
| Supplies | Therapeutic supplies | Establish evidence-based Interventions | Exposure to skills | Knowledge of skills | Ongoing use and application of skills |
| Collaboration | Outreach | Regularly scheduled meetings | Agreements established | Partnerships/ New student clubs | Ongoing relationships/ support |
| Protocols | Staff training | Procedure for students accessing services | Preliminary understanding of student need | Established interventions to meet student need | Outcome data |

*Conejo Valley Unified School District Pg. 7*

AR001588

7.    **Detailed budget**

*Table 3. Budget detail for the first funding/budget period*

| Position | Number of Positions | Annual Salary | Fringe Benefits | Total Estimated Salary Costs per Position | Requested total Positions |
|---|---|---|---|---|---|
| Project Director | 1 | $155,383.00 | 51,838.87 | $207,221.87 | $207,221.87 |
| Senior Mental Health Clinician | 1 | $82,484.04 | 45,685.91 | $128,169.95 | $128,169.95 |
| Mental Health Clinician 2 | 2 | $78,255.48 | 44,205.07 | $122,460.55 | $244,921.10 |
| Mental Health Clinician 1 | 10 | $74,436.00 | 42,867.49 | $117,303.49 | $1,173,034.90 |
| Administrative Assistant | 1 | $62,262.24 | 38,604.29 | $100,866.48 | $100,866.48 |
| Travel | | | | | $2,500 |
| Equipment | | | | | $30,00 |
| Supplies | | | | | $10,000 |
| Total Direct Costs | | | | | $1,896,214.30 |
| Indirect Costs | | | | | $99,198.16 |
| **Total Costs** | | | | | **$1,995,912.46** |

8.    **Number of providers**

Over the past six years CVUSD has established a professional pathway with the goal of recruiting and retaining qualified, diverse staff in the form of positions that require an increasing amount of experience and expertise.  The path includes internships, associate level positions, newly licensed positions, seasoned licensed positions and management positions.  Interns are

graduate students who are pursuing master's degrees in social work, marriage and family therapy or professional clinical counseling. CVUSD hosts these interns and provides intensive training and supervision in preparation for the subsequent position of mental health associate. Mental health associates have graduated with their master's degrees, have registered with the California Board of Behavioral Sciences and are working to obtain hours toward licensure. The state of California requires mental health associates to earn between 3,000 and 3,200 supervised clinical hours prior to being able to test for licensure.

Once mental health associates become licensed, they can move into a *Mental Health Clinician I* position where they can continue to gain experience and expertise that will prepare them for a clinical supervisory role which is the *Mental Health Clinician II*. The state of California requires two years post licensure experience prior to clinicians being permitted to supervise.

Finally, CVUSD offers a management position, senior mental health clinician who oversees a team of providers and provides direct services to students as required to support the numbers of intakes at a school site. This staffing model will allow us to recruit and retain staffing as required by the grant as it allows for growth in experience, and incentivizes longevity within our school district. The chart below demonstrates current mental health staffing.

*Table 4. Current Mental Health Staffing*

| Position Type | Number Available | Number Staffed | Number bi-lingual staff |
|---|---|---|---|
| Interns | 24 (part-time) | 21 | 1 |
| Mental Health Associate | 12 fulltime | 12 fulltime | 1 |

AR001590

| | | | |
|---|---|---|---|
| Mental Health Clinician I | *7 fulltime | 7 fulltime | 1 |
| Mental Health Clinician II | 4 fulltime | 3 fulltime | |
| Senior Mental Health Clinician | 3 fulltime | 3 fulltime | 1 |

*Currently four of the six positions paid out of ESSR3 stimulus funds through June 30, 2023

Of note in the current staffing structure is the time-limited funding for four of the seven *Mental Health Clinician I* positions. These positions are paid for with federal stimulus dollars that will expire in June, 2023.  An additional *Mental Health Clinician I* position is paid with federal stimulus dollars that will expire in June, 2024.  If funded, the grant seeks to extend existing *Mental Health Clinician I* positions that are federally funded and to add positions that would expand the Mental Health Services Department.  The current staffing structure allows for the sustainability of mental health programs and retention of qualified staff.

One goal of the mental health team is to target recruitment to expand the number of qualified, diverse mental health clinicians.  Currently, the team has four bilingual, bicultural clinicians that constitute about 9% of our mental health team.  Clearly there is room for growth in the area of recruitment.  To that end, the mental health team is intentionally shifting recruitment in the below three areas.

1.    The mental health team is working collaboratively with the Human Resources Department to actively recruit diversified staff.  Changes have been made to the CVUSD website signaling that the district supports and encourages diverse applicants.

2.    We are working with our Diversity Equity and Inclusion Department to recruit from diverse communities, partnering with agencies that can facilitate linkage to candidates.

3.    We are creating partnerships with a number of universities whose student body is diverse. Listed below are the current agreements CVUSD has with local universities and the mental health graduate programs with whom CVUSD partners.

*Antioch Santa Barbara-Marriage and Family Therapist program*

*Cal Baptist University-Marriage and Family Therapist program*

*California Lutheran University-Marriage and Family Therapist program*

*California State University Long Beach-Marriage and Family Therapist program*

*California State University Northridge-Master's in Social Work program*

*Pacific Oaks University-Marriage and Family Therapist and Master's in Social Work programs*

*Pepperdine University-Marriage and Family Therapist program*

*Phillips Graduate Institute-Marriage and Family Therapist program*

## 9. Existing Mental Health Programs

Currently CVUSD has two main sources of mental health services:  Wellness Centers which are available to all students and Special Education Services available to all students who experience a mental health condition that interferes with the ability to access their education.

## 10. Wellness Center Program Services

Wellness Centers are currently funded through two local grants for a total of  $346,000 and federally funded with ESSR3 funds totaling $425,000.  ESSR3 funds are the  result of the Covid-19 awards to LEAs and are set to run out in June, 2023.  Eight wellness centers exist in three comprehensive high schools, one alternative high school, in one alternative education program and five middle schools.  On the high school campuses wellness services include drop-in services, individual and small group counseling, workshops, classroom presentations and school-wide activities make up the services provided to students.  Middle school wellness centers

provide more targeted interventions that include individual and small group counseling for referred students.

Our current Wellness Center Program include the following programs:

● *Drop-in Counseling Services* - students can drop-in to a brief solution-based counseling session

● *Ongoing Counseling Services* - students can participate in ongoing counseling sessions

● *Workshops* - Single meeting for specific mental-health related topic

● *Small Group Services* - Ongoing counseling services for a mental health challenge

● *Classroom Presentations* - a teacher requested presentation centered around mental health and ideals that support positive mental health

*Drop-in Counseling Services:* Drop-in services are intended to provide students with support and skills so they may return to class in a mindset to learn.  Teachers, counselors' administrators can refer students for drop-in counseling that supports students in the moment with brief, solution focused support or for ongoing individual counseling services.  Students may also self-refer if they have a pass indicating their teacher is aware they are accessing wellness services.

*Ongoing Counseling Services:* Ongoing individual counseling services require a referral and parent/guardian permission.  These services are designed to provide individualized ongoing support to students experiencing mental health challenges.

*Workshops:* Workshops are generally based upon student request but can also be requested by school staff.  Workshops are small groups that meet for a single meeting on a specific mental health topic.

AR001593

*Small Group Services:* Small group services require a referral and parent/guardian permission and meet on an ongoing basis focused upon skill development or managing a mental health challenge.  Below lists workshop and small group topics that high school students accessed during the 2021-2022 school year.  Example topics for workshops and small group counseling include social skills, self-esteem, grief and loss, anger management, anxiety coping skills, and self-care.

*Classroom Presentations:* Classroom Presentations are an additional service offered by the high school wellness centers.  Teachers, coaches, or clubs can request a single presentation or a series on topics such as coping strategies, mindfulness, growth mindset, healthy communication, mental health 101-the most common challenges for teens, building resilience and stress managements.

Wellness data from the 2021-2022 school year revealed that when given the opportunity, students will access mental health services on school campuses.  Below is a summary of the wellness data collected during the 2021-2022 school year.

*Table 7.  Wellness Data 2021-2022*

| High School Wellness Services | Number of Participants or Visits |
|---|---|
| Number of students participating in classroom presentations | 1,944 |
| Number of students attending workshops or participating in small groups | 1,428 |
| Number of drop-in visits | 8,726 |

| Number of students receiving ongoing individual counseling | 996 |
| --- | --- |
| **Middle School Wellness Services** | **Number of Participants** |
| Number of students participating in small groups | 123 |
| Number of students receiving ongoing individual counseling | 415 |

## 11. Special Education Mental Health Services

Currently, CVUSD has 2,063 students with individualized education plans and 708 (34%) of these students received some form of mental health support as part of their IEP. There are three different mental health services CVUSD provides through an IEP: Designated Instructional Services (DIS)-individual and group counseling and Educationally Related Social Emotional Services (ERSES). While DIS counseling is considered a tier three intervention, it is the first tier of mental health within special education. DIS counseling supports students in achieving specific goals that are mental health related and is generally geared toward teaching a skill or strategy. For example, DIS counseling may target teaching social skills to a student who has difficulty making or maintaining friends or may teach a student coping skills for feelings of stress or anxiety.

Educationally Related Social Emotional Services (ERSES which is often referred to as ERHMS) is an increasingly supportive mental health service that provides ongoing individual therapy to students and social work services to parents/guardians and outside providers. Of note is the number of students that require mental health services as part of their IEP in order to

access their education which indicates a responsive model to treating mental health.  One of the goals of CVUSD is to provide proactive social emotional learning and mental health services to prevent students from requiring higher level, responsive mental health intervention.  The table below demonstrates the growth in mental health services provided through special education from 2018 through 2022.

*Table 8. Special Education Mental Health Services*

|  | 2018-2019 | 2019-2020 | 2020-2021 | 2021-2022 |
|---|---|---|---|---|
| Number of students receiving mental health services through an IEP | 535 | 587 | 654 | 708 |

## 12. Use of grant fund to supplement existing mental health services

The plan for current funding is to extend current wellness services at five comprehensive high schools beyond the June, 2023 expiration date of funding.  In addition, the program would establish a Director position, a dedicated administrative assistant position, two additional Mental Health Clinician 2 positions and four additional Mental Health Clinician 1 positions.  These positions would maintain wellness centers at three comprehensive high schools, one alternative high school, one alternative education program, and it increases clinical staffing for all five middle schools.

One Mental Health Clinician 1 position will be dedicated to working with our McKinney Vento and Foster Care Youth students.  Currently CVUSD has 21 students that are Foster youth and 389 youth that are McKinney-Vento.  McKinney-Vento students lack adequate housing, and the number of McKinney-Vento students has grown by almost 100 from last year. One of the goals would be for one Mental Health Clinician 1 to work directly with the unique needs of these

populations of students. These students come to school with additional traumas that can act as barriers to their education. The Mental Health clinician would work with our McKinney-Vento and Foster Youth district and county liaisons to ensure that every student is getting the support they need. They will be a layer of support to our teachers by providing professional development and working with this student population on transitioning to adulthood and all the opportunities afforded these students on both college and career pathways. Ultimately, his clinician will work collaboratively with all outside services providers (social workers and mental health providers) to collaborate support for these students.

To increase recruitment and retention-related incentives, we have added two additional Mental Health Clinician 2 positions as part of our project structure. As described earlier, we have created a structure where you can begin your journey as a mental health provider with us, and grow both in experience, licensure, and salary as we as a District support their grow by offering the required clinical hours of supervision. With the additional two Mental Health Clinician 2 positions, we can increase the number of student interns CVUSD can host as well. Currently, we have the capacity to host 24 student interns and to provide the required supervision and oversight their graduate programs require. Adding two more Mental Health Clinician 2 positions would allow CVUSD to host an additional 12 student interns. The data highlighted in table 7 demonstrates the success of current wellness centers; however the mental health needs of CVUSD students still outpace the current resources available.

## 13. Plan for prompt delivery service

Since grant funds will be to extend and supplement current wellness programs, the foundations of service implementation and delivery exist. In high schools wellness programs will be extended beyond the June, 2023 timeframe when current funding is gone. For middle

schools, the wellness services will be supplemented by increasing staffing service delivery to an increased number of students. If funding permits, wellness services will be expanded to elementary schools prioritizing those sites with the greatest mental health needs. Risk assessments, red flags, psychiatric hospitalizations, and the number of students with disabilities receiving mental health services as part of their IEPs will be used to prioritize sites for wellness program implementation. Funding will drive the number of clinicians to be hired and the number of clinicians will determine how many wellness centers can be extended, supplemented or started. Extending and supplementing existing wellness services will occur upon receipt of grant funding and the hiring and training of new staff. New wellness centers will follow the timeline listed below:

Weeks 1-2:

- Advertise, recruit, and hire mental health staff

- Identify sites and spaces for new wellness centers

- Meet with site administration to plan centers and services using existing wellness center protocols and structures

Weeks 3-4:

- Train site and clinical staff

- Create referral forms & data collection tools personalized to school sites

- Prepare wellness center

Weeks 5-6:

- Begin accepting referrals

- Obtain parent/guardian permission if necessary

- Implement direct services to students

*Conejo Valley Unified School District Pg. 17*

AR001598

- Begin data collection

- Schedule ongoing meetings with site staff to adjust and troubleshoot any problems that may arise.

## 14. Diversity, Equity & Inclusion

Our data shows that students from diverse backgrounds, students that make up our LGBTQ+ community, those with unique learning abilities and students in challenging environments outside of school are at high risk for mental health problems.

CVUSD has created a new Diversity, Equity and Inclusion Department that seeks to create a welcoming, supportive, and inclusive learning environment for all students and families. We are committed to creating equitable access and opportunity across race, class, ethnicity, language, socio-economic status, ability, gender identity and religion.

It is important that we create a baseline of positive mental health practices that are established through our entire educational community so that mental health is a fluid and all encompassing ideal we adapt to and promote. Through training and continued education for our staff, especially those supporting students directly with mental health services, we have the following goals:

1. Creation and understanding of equity, tolerance, and cultural competencies throughout the organization.

2. Create organizational structures that; provide students and staff with opportunities to learn about various cultural groups, expose students to a multicultural curriculum and character education, foster community partnerships and provide extended learning opportunities.

3. Provide targeted support to historically underserved students and use data to define, establish and implement culturally proficient practices throughout the organization.

4. We will meet these goals through the below actions:

- Staff members will participate in outside learning experiences such as the ACSA Equity Professional Learning Network, the CAAASA Professional Learning Network, conferences, workshops and virtual equity conversations with other professionals.

- Ethnic studies courses will be reviewed, and preparations will be made to expand course offerings.

- The District will respond swiftly and appropriately to address organizational structures,

- and incidents which reflect a lack of cultural understanding.

- Awareness assemblies, speakers, and cultural events will become part of school-wide

- experiences.

- Each year students will have the opportunities to set global, community, and personal goals.

We believe that after providing these resources to all our staff, not only will our mental health teams be better equipped to support students and increase productivity, but that as a district we will have a more collaborative approach to learning and diversity. These proposed training and concepts of inclusion allow us to sustain ideals of preventative methods in mental health. They also allow for a healthy approach to academics to be woven into our community code of culture and ethics for years to come.

*Conejo Valley Unified School District Pg. 19*

AR001600

Currently, CVUSD enrolled 16,703 students, 25% of whom are unduplicated students qualifying for free and reduced lunch, English Learners and foster youth.

- 16,703 students enrolled in 22/23

- 2,053 English Learners

- 4,256 unduplicated free and reduced lunch, ELs and foster youth

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1234-Indirect Cost Agreement.pdf`

[ Add Mandatory Other Attachment ]  [ Delete Mandatory Other Attachment ]  [ View Mandatory Other Attachment ]

To add more "Other Attachment" attachments, please use the attachment buttons below.

[ Add Optional Other Attachment ]  [ Delete Optional Other Attachment ]  [ View Optional Other Attachment ]

**AR001602**

# 2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing
## California Department of Education (CDE) - School Fiscal Services Division
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022
C: County
CA: Common Administration
D: District
J: Joint Powers Agency
Non Op : Closed or LEA not yet operational

## Approved Rates. For use with state and federal programs, as allowable in:

| County Code | LEA Code | Type | LEA Name | 2018-19 (based on 2016-17 expenditure data) | 2019-20 (based on 2017-18 expenditure data) | 2020-21 (based on 2018-19 expenditure data) | 2021-22 (based on 2019-20 expenditure data) | 2022-23 (based on 2020-21 expenditure data) |
|---|---|---|---|---|---|---|---|---|
| 56 | 73759 | D | Conejo Valley Unified | 5.14% | 4.79% | 5.16% | 5.95% | 5.23% |

AR001603

District
Director

300 N. Los Angeles Street, MS 7043
Los Angeles, CA 90012

CONEJO VALLEY UNIFIED SCHOOL DISTRICT
1400 EAST JANAS ROAD
THOUSAND OAKS, CA 91362

Person to Contact:
L BARRAGAN
Telephone Number:
(213) 894-2336
Refer Reply to:
EO(0515)97
Date:
MAY 30, 1997
EIN:
95-2868899

Dear Taxpayer:

    This letter is in response to your request for a copy of
the determination letter for the above named organization.

    The Internal Revenue Code (IRC) makes no provision for the
issuance of exemption letters to instrumentalities of a state
or municpal government since Section 115 of the Code excludes
their income from the definition of gross income.

    According to IRC Section 170, there shall be allowed as a
deduction any charitable contribution (payment of which is made
within the taxable year) to a governmental unit.

    Section 170(c) defines the term "charitable contribution"
as a contribution or gift to or for the use of "A state,
possession of the United States, or any political subdivision
of any of the foregoing, or the United States, or the District
of Columbia, but only if the contribution or gift is made for
exclusively public purposes."

    If you need further assistance, please contact or office
at the above address.

                    Sincerely,

                    J. Barragan

                    Disclosure Assistant

AR001604

**Heather Chamberlin-Scholle**
**601 E. Daily Drive #210**
**Camarillo, CA  93010**
**(805) 432-7418**
**e-mail:  heathers.chamberlin@yahoo.com**

## EDUCATION

2012-Fielding Graduate University
Ph.D. Human Development

2010-Fielding Graduate University
Master of Human Development

1997-University of Southern California
Master of Social Work

1994-California State University Northridge
Master of Public Administration

1990-California State University Northridge
Bachelor of Sociology

## LICENSE AND CERTIFICATIONS

| | |
|---|---|
| 2016-Credential | Pupil Personnel Services Credential, School Counseling |
| | California Department of Education |
| 2006-License | Clinical Social Work |
| | California Board of Behavioral Sciences |
| 1998-Credential | Professional Clear Pupil Services, Child Welfare and Attendance |
| | California Department Education |
| 1998-Credential | Professional Clear Pupil Services, School Social Work |
| | California Department Education |
| 1997-Certification | Substance Abuse Certified Counselor |
| 1995-Certification | HIV/Aids Certified Counselor |
| 1994-Certification | Domestic Violence and Rape Crisis Certified Counselor |
| 1992-Certification | Bilingual English/Spanish, Ventura County |

## PUBLICATIONS

2012    Chamberlin-Scholle, H.M. (2012).  *The Dual Experiences of Helping Professionals.*  Fielding Graduate University, Santa Barbara, CA.

2002    Advisory Group Member, *Home Visitors Guide: Domestic and Other Family Violence*. California Department of Health Services, Sacramento, CA.

AR001605

## PROFESSIONAL EXPERIENCE

**CONEJO VALLEY UNIFIED SCHOOL DISTRICT**               **August, 2016-Present**
**Mental Health Services Coordinator**
- Oversee and coordinate District mental health programs.
- Train leadership and clinical staff in areas of clinical concern, District mental health protocols, and suicide prevention.
- Organize and run district suicide prevention interventions including leading the Suicide Prevention Taskforce.
- Collaborate with local universities and community agencies to provide student interns with internship opportunities.
- Lead multi-disciplinary meetings with staff, students and parents.
- Provide clinical supervision to associates working toward licensure.
- Assess students for potential residential placements.

**OASIS COUNSELING GROUP**               **September, 2008-November, 2016**
**Owner and Private Practice, Psychotherapist**
- Provide psychotherapy to children, adolescents, adults, and families using various assessment and treatment strategies such a cognitive behavioral, dialectical behavioral training, systems, strategic, and solution focused interventions.
- Areas of expertise include addiction, anxiety, depression, grief, and trauma.
- Supervise social work and marriage and family therapist interns.

**OXNARD SCHOOL DISTRICT**               **January, 1999- June, 2011**
**School Social Worker**
- Managed the Student Assistance Program at elementary schools in the areas of administration, outreach, education, and intervention.
- Researched and developed curriculum, implemented and evaluated programs, prepared progress reports and reported program results to administration and instructional personnel.
- Identified and maintained relationships with outside service providers, assisted parents and school site personnel in identifying students with unmet social emotional needs and connected families to community service agencies.
- Administered teacher training, parenting skills classes, and social emotional programs such as Second Step and Esteem Builders in classroom and small group settings.
- Provided bilingual, bicultural services to children and their families including assessment, crisis intervention, ongoing group and individual counseling.
- Linked clients to community services.

**VENTURA COUNTY**               **August, 1994-January, 1999**
**HUMAN SERVICES AGENCY**

**Healthy Start Program**               **April, 1997-August, 1994**
**Social Worker**
- Managed the Healthy Start Program at elementary schools in the areas of administration, outreach, and social casework.
- Supervised program personnel.
- Administered needs assessments, developed and implemented services and interventions.

AR001606

- Oversaw data collection of program results and prepared progress reports.
- Identified and maintained relationships with community service providers, and monitored the efficacy of outside service interventions.
- Identified overburdened families exhibiting symptoms of behavioral, educational, and/or medical difficulties for program intervention.
- Assessed client needs and provided ongoing individual, family, and group counseling including home visiting.
- Linked clients to resources.
- Facilitated parenting skills classes, domestic violence and bereavement support groups.

**Children's Protective Services**                                    **August, 1994-April, 1997**
**Social Worker**
- Responsibilities included assessing at risk children and their families for potential child abuse and neglect, providing crisis intervention, counseling and referral to community resources.
- Worked collaboratively with schools, human services organizations, medical providers, and law enforcement.
- Testified in Juvenile Court and prepared evidentiary reports with dispositional recommendations.
- Developed treatment plans, and provided ongoing case management services to clients.

**Ventura County Public Health Department**                    **May, 1992-August, 1994**
**Social Worker**
- Responsibilities included management of the Expanded Teen Counseling Program in the areas of administration, outreach, and counseling.
- Developed program policies and procedures, monitored program progress in relation to grant goals, compiled State reports.
- Administered staff training to medical personnel.
- Identified and maintained relationships with community agencies and schools.
- Developed and maintained a teen advocate program.
- Supervised health educators and teen advocates.
- Provided presentations to adults and teens on human development, sexuality, and related topics.
- Provided bilingual, bicultural assessment, ongoing counseling, and treatment interventions to adolescents.
- 

**Coalition Against Sexual and Domestic Violence**            **Spring, 1994-Spring, 1996**
**Volunteer Crisis Counselor**
- Provided counseling services and crisis intervention to victims of domestic violence.

**LOS ANGELES COUNTY**                                   **November, 1986-May, 1992**
**DEPARTMENT OF HEALTH SERVICES**

**Tobacco Control Program**                                   **August, 1990-May, 1992**
**Administrative Assistant**
- Evaluated requests for proposals of potential subcontractors.
- Developed policies and procedures.
- Assisted subcontractors in the development of programs.
- Conducted on site audits to verify contract compliance.

AR001607

**Comprehensive Prenatal Services Program**          **January, 1990-June, 1990**
**Social Worker Assistant**
- Administered psychosocial and nutritional assessments to pregnant women at risk for poor pregnancy outcomes due to physical, economic, or social difficulties.
- Linked clients to community resources.

**REFERENCES**

Jairo Arellano, Ph.D.              (805) 665-8540
Jill Logan, LMFT                   (805) 657-2511
Lisa Dickinson, LMFT               (805) 479-1148

AR001608



# DR. SHANNA M. EGANS

## STUDENT-CENTERED LEADER

 (805)660-4398           segans@conejousd.org

## EDUCATION

**DOCTORATE DEGREE**
Doctor of Education in
Organizational Leadership
University of La Verne
**Dissertation Topic:**
Effective Strategies that Improve
High School Attendance
2015

**MASTERS DEGREE**
Master of Arts in Educational
Administration
University of Redlands
2010

**BACHELORS DEGREE**
Bachelor of Science in Biological
Science
Minor in Gerontology
California State University,
Fullerton
2000

## CREDENTIALS

**ADMINISTRATIVE SERVICES**
Professional Administrative
Services (Tier 2)
2015
Preliminary Administrative
Services (Tier 1)
2010
University of Redlands

**TEACHING CREDENTIAL**
Single Subject Teaching Credential
Geological Sciences
2003
Supplementary Authorization in
Biological Sciences
2004
University of Redlands

## CURRENT POSITION

I am a student-centered leader with a commitment to supporting and implementing systems that are sustainable, focused on instruction, increases both student and parent engagement and provides positive experiences for a safe and secure learning environment.

## WORK EXPERIENCE

**ASSISTANT SUPERINTENDENT, STUDENT SERVICES**

*Conejo Valley Unified School District, July 1, 2022 to present*

- **Oversee School Based Mental Health Services Department**
- **Oversee Student Support Services Department**
- **Oversee Multilingual Services Department**
- **Oversee Diversity, Equity, and Inclusion Department**
- **Oversee Special Education, Secondary and Post-Secondary Department**
- **Oversee Special Education, Preschool and Elementary Department**

**ADJUNCT PROFESSOR, SCHOOL OF EDUCATION**
*University of Redlands, Aug. 2015 - Present*

- **Professor for the Masters of Arts in Learning and Teaching Credential Program**
  - Teach Single-Subject and Multi-Subject Teacher Credential Program Candidates
  - Teach Curriculum and Instruction Courses for Teacher Candidates
  - Teach Curriculum Courses for the Counseling Program Candidates
  - Teach Research Methods
  - Facilitate and Implement the Teaching Credential Capstone Project

**DIRECTOR, STUDENT SUPPORT SERVICES**

*Anaheim Union High School District, July 2015 – June 2022*

- **Oversee School Based Mental Health, McKinney-Vento & Foster Youth (FY) Programs:** Oversee the Coordinator, and 24 Licensed Clinical Social Workers (LCSW) who provide mental health services and honor the rights and protections of McKinney-Vento and Foster Youth students and families
- **Oversee School Culture and Climate:** Multi-tiered Systems of Support (MTSS) Positive Behavior Intervention & Support (PBIS), Capturing Kids Hearts, Restorative Practices and services provided by Orange County Human Relations.
- **Oversee District Discipline:**   Moved us from only punitive consequences to create/implement alternative to suspension programs, co-chair  the  District Discipline Taskforce Committee, chair discipline hearings, and implement systems that address the "WHY" behind the behaviors
- **Oversee Attendance Including Early Identification, Intervention Supports, SART and SARB**: Provide staff development for district attendance policies, oversee the ADA Recovery Program (Saturday Academy), SART, and SARB.
- **Collaborate with Special Youth Services (SYS):** Work collaboratively to address Due Process for all Students with Disabilities and discipline alternatives to ensure students have equal access to curriculum-based instruction best suited for the individual needs

AR001609

# DR. SHANNA M. EGANS

STUDENT-CENTERED LEADER

 (805) 660-9348     segans@conejousd.org

**CERTIFICATION**

International Institute Restorative Practices (IIRP) Trainer
Orange County Dept. of Education(OCDE)
2017

**PROFESSIONAL REFERENCES**

**DR. MARK MCLAUGHLIN**
Superintendent, CVUSD
(805) 796-6565

**DR. VICTOR HAYEK**
Deputy Superintendent, CVUSD
(805) 660-4485

**CELESTE KRUEGER**
Director, Special Youth Services AUHSD
(714) 220-4205

**DR. ROXANNA HERNANDEZ**
Director, Teaching and Learning
(714) 999-3511

- **Oversee the Assistant Principals Districtwide:** Facilitate monthly professional development for 47 Assistant Principals, implementing the New Administrator Training
- **Oversee Safety & Security for AUHSD:** Oversee the implementation of districtwide safety measures, sit on the District Infrastructure team and work closely with law enforcement from five jurisdictions and a Public Safety Security Agency
- **Oversee Districtwide Transfers and Open Enrollment:** Spearheaded the change of culture from rubber-stamping transfer requests to leave the schools to a more positive and communicative process for families.
- **Oversee Tobacco Use Prevention Education (TUPE) Program:** Oversee theprogram Coordinator, who monitors student achievement, program budgets, and guides the implementation of the TUPE curriculum for two Districts (42 schools)
- **Oversee Districtwide Senior Administrative Assistants:** Strategically lead monthly meetings to provide systemic tools and support for long range planning for school sites to streamline efficiency at the site and District levels
- **Oversee Title IX Coordinator:** Student cases brought in by school sites; consult with legal counsel, and provide direction and professional learning for the school sites
- **Oversee Districtwide Graduation Ceremonies:** Plan, coordinate and implement simultaneous ceremonies, facilitate regular meetings, and coordinate with numerous AUHSD departments for collaboration and planning

**PROGRAM ADMINISTRATOR I-ATTENDANCE**
*Anaheim Union High School District, Sept. 2014 - 2015*

- Created/Implemented District-wide Attendance Recovery Saturday Academy Program
- Oversee Attendance including early identification, intervention supports, SART, SARB
- Support the Director of Student Support Services.

**SUMMER SCHOOL PRINCIPAL (Gen. Ed and ESY)**
*Baldwin Park High School, June 2012, June 2013, and June 2014*

- Worked with our community college partner to provide courses for both remediation and enrichment
- Collaborated with the District to offer in-house summer options in Math, English, and Social Studies as well as ESY courses for our Students with Disabilities

**ASSISTANT PRINCIPAL**
*Baldwin Park High School, Sept. 2012 - 2014*

- Administrator over Curriculum & Instruction, Writing across the Curriculum, Counseling and Master Schedule, Special Education Programs, and the Senior Project (Capstone), English Learners Programs, Summer Options, and all clerical support secretaries
- Facilitated Discipline within a Response to Intervention process and access to student services

**INTERVENTION COORDINATOR-TEACHER ON SPECIAL ASSIGNMENT**
*Baldwin Park High School, Sept. 2010 - 2012*

- Develop and implement intervention and drop-out prevention programs, with on-site teacher support for Tier I, Tier II, and Tier III intervention
- Provided training on classroom management, strategies, school safety protocols, and coordinated the after-school tutoring programs, and Response to Intervention

AR001610



# DR. SHANNA M. EGANS

### STUDENT-CENTERED LEADER

 (805) 660-9348        segans@conejousd.org

## ADDITIONAL PROFESSIONA L REFERENCES

**DR. ADELA CRUZ**
Coordinator, Mental Health, Foster Youth and McKinney Vento
(714) 999-7734
cruz_ad@auhsd.us

**JACKIE COUNTS**
Director, Professional Learning, Innovative Programs and Cambridge Virtual Academy
AUHSD
(714) 396-1940
counts_j@auhsd.us

**DAVID GREEN**
Program Administrator, International Relations & Services AUHSD
(714) 269-1004
green_d@auhsd.us

**ORANGE COUNTY HUMAN RELATIONS**
Julie Vue
(559) 430-7737
julie@ochumanrelations.org

## WORK EXPERIENCE continued

### TEACHER

*Baldwin Park High School, Sept. 2002 - 2010*

- Taught Biology, Physical Science, Earth Science, Natural Hazards, and Forensic Biology
- Created the A-G Approved Forensic Biology Program for the both District high schools
- English-Learner Committee Member
- Migrant Education Program Instructor
- Cheerleading Coach & Club Advisor

## PRESENTER AT THESE STATE CONFERENCES:

**2019 ASSOCIATION OF CALIFORNIA SCHOOL ADMINISTRATORS (ACSA) LEADERSHIP CONFERENCE**
*School Tragedies: Making Every Second Count Immersive Panoramic Digital Mapping*

**2017 CALIFORNIA ASSOCIATION OF SUPERVISORS OF CHILD WELFARE AND ATTENDANCE (CASCWA)**
*SATURDAY ACADEMY: Reducing Chronic Absenteeism & Creating a System of Supports*

**2016 CALIFORNIA ASSOCIATION OF SUPERVISORS OF CHILD WELFARE AND ATTENDANCE (CASCWA)**
*From Saturday School to Saturday Academy: Recover Average Daily Attendance (ADA) and Provide Equitable Access to All Students through Academic Achievement Activities*

**2015 CALIFORNIA ASSOCIATION OF SUPERVISORS OF CHILD WELFARE AND ATTENDANCE (CASCWA)**
*Saturday Academy: Recover ADA and Connect Students to School through Academic Achievement Activities*

## ADMINISTRAT ION & LEADERSHIP DEVELOP ME NT

<u>Under my Leadership</u> *(over the past seven years)*
**Administrators that have participated in the Assistant Principal Professional Learning Workshops (AP Meetings) that have advanced in our District**

**Current School Site Level Administrators**
- *Six Junior High School Principals*
- *Six High School Principals*

**Current District Office Administrators**
- *Director of Career Preparedness Systems Framework Implementation*
- *Director of Human Resources*
- *Director of Special Youth Services (Special Ed.)*
- *Director of Mental Health & Wellness, McKinney-Vento & Foster Youth*
- *Coordinator of Special Youth Services (Special Ed.)*
- *Program Administrator, Attendance & Safety*
- *Program Administrator, Title IX*

AR001611

- *Program Administrator,*
  *Assessment & Evaluation*

AR001612



# Conejo Recreation & Park District

**GENERAL MANAGER**
Jim Friedl

**BOARD OF DIRECTORS**
Nellie Cusworth, Chair
Susan L. Holt, Vice Chair
George M. Lange, Director
Chuck Huffer, Director
Doug Nickles, Director

**GENERAL MANAGER EMERITUS**
Tex Ward

October 31, 2022

U.S. Department of Education
Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
Washington, D.C. 20202-6200

Dear Amy Banks,

I am pleased to be writing a letter in support of the grant proposal for School Based Mental Health Services (SBMH) being submitted to the Department of Education by the Conejo Valley Unified School District (CVUSD). The Conejo Recreation & Park District (CRPD) supports this grant application and CVUSD's focus on mental health services for our youth.

As an organization whose mission is: "To enrich the quality of life for our community by preserving and enhancing recreation opportunities, parks, and open space," CRPD understands the importance of mental health services in the lives of our youth. We currently partner with CVUSD in a Youth Outreach Program for the middle school and high school students. We understand the importance of providing mental health services and supporting our youth during these important years. CRPD looks forward to continuing our partnership with CVUSD and assisting with the support of our youth and their mental health.

Sincerely,

*Rochelle Callis*

**Rochelle Callis**
**Administrator, Recreation & Community Services**
**Conejo Recreation & Park District**
403 W. Hillcrest Drive, Thousand Oaks, CA 91360
Phone: 805-495-6471 ex 1118 | Fax: 805-497-3199

AR001613

U.S. Department of Education
Office of elementary and Secondary Education
Office of Safe and Supportive Schools
Washington, D.C., 20202-6200



11/01/2022

To Whom It May Concern,

I am writing this letter in support of the  grant proposal for School Based Mental Health Services (SBMS) that CVUSD will be submitting. Safe Passage Youth Foundation supports this grant application.

Safe Passage Youth Foundation values its partnerships with CVUSD because…
The reason Safe Passage Youth Foundation (SPYF) support this grant because Safe Passage attend school under the CVUSD jurisdiction.

SPYF is a youth social services agency which works daily side by side with CVUSD to assist underserved and vulnerable children who often need mental health assistance. The children that both CVUSD and SPYF assist every day are dealing with many mental health challenges.

It is important for the CVUSD to increase mental health staff in our local schools to improve mental health outcomes and learning for children.

We are available to any questions that may arise out of our cooperative programs for vulnerable and at-risk children who need mental health assistance on a daily basis. Please reach out to us if need be and we are happy to assist. We are grateful for your consideration of the CVUSD for this grant.

Many Thanks,

Tim Hagel

Chief Tim Hagel
Thousand Oaks
Safe Passage Youth Foundation
482 Greenmeadow Avenue, Thousand Oaks Ca 91361
hagel@safepassageyouth.org   805-558-8987

AR001614



November 1st, 2022

U.S. Department of Education
Office of Elementary and Secondary Education
Office of Safe and Supportive Schools
Washington, D.C. 20202-6200


Dear Amy Banks,

I am pleased to be writing a letter in support of the grant proposal for School Based Mental Health Services (SBMH) being submitted to the Department of Education by the Conejo Valley Unified School District (CVUSD). Adelante Comunidad Conejo supports this grant application and CVUSD's focus on mental health services for our youth.

As an organization, we strive to not just "... speak on behalf of those who are not ready to speak for themselves." but, also to utilize our platform to connect the community we serve with partner agencies committed to enhance the wellbeing of our families. We currently partner with CVUSD in a Food Distribution Program for local families; who is at the center of all families if not our youth. We understand the importance of providing mental health services and supporting our youth during these important years. Adelante Comunidad Conejo looks forward to continuing our partnership with CVUSD and ready to support our youth and their mental health.

Sincerely,

Lynda Karl
President
Adelante Comunidad Conejo
adelantecomunidadconejo@gmail.com
Phone (805)558-1264

AR001615

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** 1242-Budget Narrative-CVUSD.pdf

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

PR/Award # S184H220124

Page e50

Tracking Number:GRANT13747926          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:31:25 PM EDT

AR001616

**Conejo Valley Unified School District**

OMB Number:1894-0008

**Part 5: Budget Narrative**

Form ED 524

## 1.    Personnel

<u>Project Director</u>: (Title) Director, Mental Health Services

- A Licensed Clinical Social Worker (LCSW) that has the following duties:

  - Oversees the program in the areas of administration, recruitment of staff, training, and budgetary management

  - Develops and implements program protocols

  - Establishes evidence based interventions

  - Analyzes data and evaluates program efficacy

  - Provide clinical supervision and crisis intervention to students

  - Provides professional development and training for staff

<u>Senior Mental Health Clinician</u>:

- Licensed Clinical Social Worker or Licensed Marriage and Family Therapist

  - Provides direct oversight and training to wellness center staff

  - Maintains agreements with local universities, recruits and trains interns

  - Provides direct clinical supervision to interns and mental health associates

  - Maintains clinical records

  - Plans school-wide events to promote mental health awareness

  - Develops evidence based interventions

  - Collects data on program services

AR001617

Mental Health Clinician 2

- Licensed Clinical Social Worker or Licensed Marriage and Family Therapist (2-yrs. experienced post-license)
  - Provides clinical supervision to interns and mental health associates
  - Provides direct service to students
  - Develops and implements evidenced based interventions
  - Plans wellness activities that promote mental health awareness
  - Establishes workshops and small groups that address student identified mental health challenges
  - Implements school-wide activities and classroom lessons that promote mental wellness

Mental Health Clinician 1

- Licensed Clinical Social Worker or Licensed Marriage and Family Therapist
  - Provides direct service to students
  - Develops and implements evidenced based interventions
  - Plans wellness activities that promote mental health awareness
  - Establishes workshops and small groups that address student identified mental health challenges
  - Implements school-wide activities and classroom lessons that promote mental wellness

AR001618

<u>Administrative Assistant</u>

- Clerical Support Position

    - Supports Project Director in the management of the project

    - Manages the budget and payroll costs

    - Collects timesheets and mileage for clinical staff

    - Liaisons with human resources

    - Collects data and assists grant reporting

    - Coordinates meetings and project updates

    - Other duties as assigned


Salary and  the amounts of time to be expended by each position under this project

| Position | Annual Salary | Hours per week Expended on Project |
|---|---|---|
| Project Director | $155,383.00 | 40 hours per week |
| Senior Mental Health Clinician | $82,484.04 | 40 hours per week |
| Mental Health Clinician 2 | $78,255.48 | 40 hours per week |
| Mental Health Clinician 1 | $74,436.00 | 40 hours per week |
| Administrative Assistant | $62,262.24 | 40 hours per week |

- <u>Project Director</u> (Director of Mental Health Services) is important in establishing consistency in service delivery and program evaluation, manages the budget, establishes protocols, trains staff and provides professional development.

AR001619

- <u>Senior Mental Health Clinician</u> is responsible for a region of wellness centers, providing support and supervision to clinical staff. The senior mental health clinician works with school staff and administration to plan and implement wellness center services.

- <u>Mental Health Clinician 2</u> is distinguished from the mental health clinician 1 in that the position provides clinical supervision to mental health associates and interns. The provision of clinical supervision facilitates the expansion of staff.

- <u>Mental Health Clinician 1</u> is an entry level licensed position responsible for the daily staffing of the wellness center and is important to offer consistent ongoing support to students.This position is necessary to ensure consistency and fidelity of program implementation, to evaluate program efficacy and to make adjustments when necessary to ensure student access to services.

- <u>Administrative Assistant</u> is necessary to support the Project Director in budget management, timesheets, human resources, data collection and tracking, grant reporting, coordinating meetings and project updates and reports to District administration.


The basis for costs estimates:

- Estimates for current personnel costs come from our current payroll salary schedule for the 2022-23 school year

- Using current contract negotiations, our fiscal department has estimated we budget for the following salary increases for Years 2-5 of the grant funding period:

AR001620

- For the 2023-24 school year (Year 2), our fiscal department estimates a 10% increase in salary
- For the 2024-25 school year (Year 3), our fiscal department estimates a 3.5% increase in salary
- For the 25-26 school year (Year 4), our fiscal department estimates a 5% increase in salary
- For the 25-26 school year (Year 5), our fiscal department estimates a 5% increase in salary

2.  **Fringe Benefits**

| Position | Annual Salary Base | Benefit Rate | Statutory Benefits | Health & Welfare |
|---|---|---|---|---|
| Project Director | $155,383.00 | 22.55% | $35,038.87 | $16,800 |
| Senior Mental Health Clinician | $82,484.04 | 35.02% | $28,885.91 | $16,800 |
| Mental Health Clinician 2 | $78,255.48 | 35.02% | $27,405.07 | $16,800 |
| Mental Health Clinician 1 | $74,436.00 | 35.02% | $26,067.49 | $16,800 |
| Administrative Assistant | $62,262.24 | 35.02% | $21,804.24 | $16,800 |

AR001621

3.      **Travel**

- The purpose of travel is primarily to reimburse mileage between school sites. This ensures that all school sites have consistent coverage to provide direct service to students, to provide necessary training, project updates and clinical supervision

- This flexibility in travel between school sites allows for us to be intentional when working with our underrepresented, vulnerable populations (ex. LGBTQ+), and multilingual families

- The travel budget was based on the current IRS revised California Mileage Reimbursement rate of $0.625 per mile

- Based on the average school to school travel for mental health service providers we average 200 miles per year, per employee

- The basis for costs estimates:
  - With increasing gas rates and the IRS revised standard mileage rate trends, we estimated mileage reimbursement rates will continue to increase
  - As a result, we increased our budget by $500 each year to account for the estimated rise in costs

4.      **Equipment**

- Each employee is budgeted for a laptop, wireless mouse, headset, and speakers at an estimated cost of $2000 per person for our Year 1 budget

AR001622

- For years 2 - 5 we budgeted for $5000 each year to support maintenance, replacement costs and program licenses/updates

- The items allow for our staff to be mobile, track service delivery, collect data, communicate with families and services both in-person or virtual as needed

- The technology is aligned to the goals of this project as it facilitates ongoing analysis of program efficacy and allows for timely adjustments as needed. Service delivery is also more efficient with technology allowing providers to serve as many students as possible.

5.    **Supplies**

- Supplies by Category

  - Instructional materials are supplies that will include materials that promote engagement in wellness activities that promote mental health such as games, art supplies, therapeutic coping tools (i.e. fidgets, stress balls).

  - Instructional supplies may also include promotional items that draw students to wellness centers or increase mental health awareness.

  - Office supplies including pens, pencils, post-its, printer ink and paper

- The purpose of the supplies will be to outfit wellness centers with initial start up orders and then to replenish items to maintain teaching positive coping strategies and engagement in wellness centers and mental health related activities.

- Costs are estimated at $10,000 for the initial start up year and then $5,000 for subsequent years to replenish supplies.

AR001623

6.    **Contractual**-N/A

7.    **Construction**-N/A

8.    **Other** N/A

9.    **Total Direct Costs**

| Project Yr 1 | Project Yr 2 | Project Yr 3 | Project Yr 4 | Project Yr 5 |
|---|---|---|---|---|
| $1,896,714.30 | $2,045,075.73 | $2,152,572.29 | $2,262,796.15 | $2,385,060.15 |

10. **Indirect Costs**

- Indirect Costs Rate 5.23%

11. **Training Stipends** N/A

12. **Total Costs**

Sum of direct costs, indirect costs, and stipends

| Project Yr 1 | Project Yr 2 | Project Yr 3 | Project Yr 4 | Project Yr 5 |
|---|---|---|---|---|
| $1,995,912.46 | $2,152,033.19 | $2,264,681.12 | $2,384,109.01 | $2,509,563.45 |

- Grand total cost for the entire project

    - **$11,306,299.23**

AR001624



## U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Conejo Valley Unified School District

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 1,201,000.28 | 1,321,100.26 | 1,387,155.29 | 1,456,513.04 | 1,529,338.68 | | | 6,895,107.55 |
| 2. Fringe Benefits | 653,214.02 | 710,975.47 | 751,917.00 | 795,283.11 | 841,221.47 | | | 3,752,611.07 |
| 3. Travel | 2,500.00 | 3,000.00 | 3,500.00 | 4,000.00 | 4,500.00 | | | 17,500.00 |
| 4. Equipment | 30,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | | | 50,000.00 |
| 5. Supplies | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | | | 30,000.00 |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,896,714.30 | 2,045,075.73 | 2,152,572.29 | 2,265,796.15 | 2,385,060.15 | | | 10,745,218.62 |
| 10. Indirect Costs* | 99,198.16 | 106,957.46 | 112,108.83 | 118,312.86 | 124,503.30 | | | 561,080.61 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,995,912.46 | 2,152,033.19 | 2,264,681.12 | 2,384,109.01 | 2,509,563.45 | | | 11,306,299.23 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):**  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)     Do you have an Indirect Cost Rate Agreement approved by the Federal government?     ☒ Yes     ☐ No

(2)     If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:     From: 07/01/2022     To: 06/30/2023     (mm/dd/yyyy)

Approving Federal agency:     ☐ ED     ☒ Other (please specify): LEA State Approved Indirect Cost Rate

The Indirect Cost Rate is   5.23 %.

(3)     If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?     ☐ Yes     ☐ No     If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)     If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes     ☐ No     If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)     For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?     Or, ☐ Complies with 34 CFR 76.564(c)(2)?     The Restricted Indirect Cost Rate is              %.

(6)     For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?   Or,   ☐ is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

Tracking Number:GRANT13747926

Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:31:25 PM EDT

AR001625

| Name of Institution/Organization |  |  |
|---|---|---|
| Conejo Valley Unified School District |  |  |

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

### SECTION B - BUDGET SUMMARY
### NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 482,218.56 | 530,440.42 | 556,962.44 | 584,810.56 | 614,051.09 |  |  | 2,768,483.07 |
| 2. Fringe Benefits | 269,672.94 | 293,616.23 | 310,454.17 | 328,284.99 | 347,168.93 |  |  | 1,549,197.26 |
| 3. Travel |  |  |  |  |  |  |  |  |
| 4. Equipment |  |  |  |  |  |  |  |  |
| 5. Supplies |  |  |  |  |  |  |  |  |
| 6. Contractual |  |  |  |  |  |  |  |  |
| 7. Construction |  |  |  |  |  |  |  |  |
| 8. Other |  |  |  |  |  |  |  |  |
| 9. Total Direct Costs (lines 1-8) | 751,891.50 | 824,056.65 | 867,416.61 | 913,095.55 | 961,220.02 |  |  | 4,317,680.33 |
| 10. Indirect Costs |  |  |  |  |  |  |  |  |
| 11. Training Stipends |  |  |  |  |  |  |  |  |
| 12. Total Costs (lines 9-11) | 751,891.50 | 824,056.65 | 867,416.61 | 913,095.55 | 961,220.02 |  |  | 4,317,680.33 |

### SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001626**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Conejo Valley Unified School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):  [          ]

(2)  What does your administrative cost cap apply to?  [  ] (a) indirect and direct costs   or,  [  ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Tracking Number:GRANT13747926                    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 02:31:25 PM EDT

AR001627

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220158**

**Gramts.gov Tracking#: GRANT13748187**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220158

AR001628

## **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1239-PGCPSGEPAStatement)* | e7 |
| *3. Grants.gov Lobbying Form* | e9 |
| *4. Dept of Education Supplemental Information for SF-424* | e10 |
| *5. ED Abstract Narrative Form* | e12 |
| *Attachment - 1 (1238-PGCPSAbstract)* | e13 |
| *6. Project Narrative Form* | e14 |
| *Attachment - 1 (1237-PGCPSUSDOESBMH)* | e15 |
| *7. Other Narrative Form* | e46 |
| *Attachment - 1 (1234-PGCPSUSDESBMHResumes)* | e47 |
| *Attachment - 2 (1235-PGCPSSBMHProjectCoordinator)* | e70 |
| *Attachment - 3 (1236-PGCPSLoSSBMH)* | e71 |
| *8. Budget Narrative Form* | e72 |
| *Attachment - 1 (1240-PGCPSSBMHBudgetNarrative)* | e73 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e84 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001629

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/03/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: Maryland |
|---|---|

**8. APPLICANT INFORMATION:**

* a. Legal Name: Board of Education, Prince George's County, MD, Inc.

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 526000992 | RUYNQWXA7MQ3 |

**d. Address:**

* Street1: 14201 School Lane
Street2:
* City: Upper Marlboro
County/Parish:
* State: MD: Maryland
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 20772-2866

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| Student Services | Support and Leadership |

**f. Name and contact information of person to be contacted on matters involving this application:**

| Prefix: Dr. | * First Name: Elizabeth |
|---|---|
| Middle Name: | |

* Last Name: Faison
Suffix: Ph.D.

Title:

Organizational Affiliation:

| * Telephone Number: (301) 567-5702 | Fax Number: |
|---|---|

* Email: elizabeth.sessoms@pgcps.org

PR/Award # S184H220158

Page e3

**AR001630**

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

```
X: Other (specify)
```

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

```
Local Education Agency
```

**\* 10. Name of Federal Agency:**

```
Department of Education
```

**11. Catalog of Federal Domestic Assistance Number:**

```
84.184
```

CFDA Title:

```
School Safely National Activities
```

**\* 12. Funding Opportunity Number:**

```
ED-GRANTS-100422-001
```

**\* Title:**

```
Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H
```

**13. Competition Identification Number:**

```
84-184H2022-2
```

Title:

```
84.184H School Based Mental Health
```

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

```
The Strategic Talent Acquisition Roadmap (STAR)
```

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

**AR001631**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant   `MD-004`          * b. Program/Project   `MD-004`

Attach an additional list of Program/Project Congressional Districts if needed.

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**17. Proposed Project:**

* a. Start Date:  `01/02/2023`          * b. End Date:  `02/28/2027`

**18. Estimated Funding ($):**

| | |
|---|---:|
| * a. Federal | 403,449.00 |
| * b. Applicant | 101,169.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 504,618.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on [          ].

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

[                    ]  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: | `Dr.`     * First Name: `Monica` |
| Middle Name: | |
| * Last Name: | `Goldson` |
| Suffix: | `Ed.D.` |

* Title:  `Chief Executive Officer`

* Telephone Number:  `301-952-6008`     Fax Number: [          ]

* Email:  `ceo@pgcps.org`

* Signature of Authorized Representative:  `Andrea Bedenbaugh`     * Date Signed:  `11/03/2022`

PR/Award # S184H220158

Page e5

**AR001632**

NOTICE TO ALL APPLICANTS

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1239-PGCPSGEPAStatement.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR001633**

**PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS**

**US DEPARTMENT OF EDUCATION**

**SCHOOL BASED MENTAL HEALTH GRANT PROGRAM**

**GEPA STATEMENT**

In implementing and managing the Strategic Talent Acquisition Roadmap (STAR) project initiative in response to the US Department of Education's School Based Mental Health Grant Program, Prince George's County Public Schools (PGCPS) will ensure to be in compliance with 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law 103-382).

The School District recognizes the importance of equitable access for students, teachers, and their beneficiaries with special needs. Potential barriers that can impede equitable access to and participation in these programs includes gender, race, national origin, color, disability, and/or age.

**General Education Provisions Act (GEPA), Section 427**:

PGCPS will assure equitable access to and participation in all system and school level activities related to the STAR project. Attention will be given to barriers that can impede equitable access or participation on the basis of gender, race, national origin, color, disability, or age. The Board of Education, Prince George's County, and Maryland have policies of non-discrimination and equity.

The policies comply with all Federal, State, and civil rights laws; inclusive of those referencing the individuals with Disabilities Act, the Rehabilitation Act, Title IX of the Education Amendment, and the Civil Rights Act of 1964. PGCPS will ensure to the fullest extent possible equitable access to, participation in, and appropriate mental health and/or educational opportunities for individuals served. Activities, programs and services will be accessible to all

1 | P a g e

AR001634

teachers, students, and other program beneficiaries with special needs allowing them to participate fully. PGCPS does not discriminate on the basis of gender, race, national origin, color, disability, or age in its education programs or related services (i.e., mental health) and activities. It provides reasonable and appropriate accommodations to meet the learning and evaluation needs of a diverse group of students, faculty, community members and other participants.

Strategies to ensure equal access and participation in the STAR project activities will include:

- Using the school system's website, newsletters, and existing networks to disseminate information;

- Translating materials and providing forms in other than written format, if necessary; and

- Providing necessary accommodations for individuals with special needs.

There are no barriers delineated in Section 427 of GEPA, which will prevent equitable access to eligible students, families, or teachers from participating in STAR project activities. The planning and development of all future efforts are based on the commitment to equal access and non-tolerance of discrimination for all eligible stakeholders.

AR001635

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Board of Education, Prince George's County, MD, Inc.

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Dr.    * First Name: Monica    Middle Name:

* Last Name: Goldson    Suffix: Ed.D.

* Title: Chief Executive Officer

* SIGNATURE: Andrea Bedenbaugh    * DATE: 11/03/2022

AR001636

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix:        * First Name:        Middle Name:        * Last Name:        Suffix:

| Mr. | Scott | | Showalter | |

Project Director Level of Effort (percentage of time devoted to grant): `10`

Address:

* Street1: `8908 Riggs Road`
Street2: `Suite 369`
* City: `Adelphi`
County: `Prince George's County`
* State: `MD: Maryland`
* Zip Code: `20783-1003`
Country: `USA: UNITED STATES`

* Phone Number (give area code)        Fax Number (give area code)

`301-431-5630`

* Email Address:

`scott.showalter@pgcps.org`

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☒ Yes        ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

`10`

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR001637

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**AR001638**

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1238-PGCPSAbstract.pdf |   Add Attachment   |   Delete Attachment   |   View Attachment

Tracking Number:GRANT13748187     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 04:40:00 PM EDT

AR001639

# ABSTRACT

Prince George's County Public Schools proposes the Strategic Talent Acquisition Roadmap (STAR) Project to increase the availability of mental health support to students by recruiting and retaining culturally and linguistically diverse credentialed school counselors and school psychologists. The STAR Project aligns with the School-Based Mental Health Services Grant Program's absolute priority two to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of credentialed services providers in PGCPS. Additionally, the STAR Project addresses competitive priority two to increase the number of credentialed school-based mental health services providers in PGCPS who are from diverse backgrounds or communities served by PGCPS.

Implementation of the STAR project will be accomplished through a partnership with John Hopkins University to recruit school counseling graduate students with diverse backgrounds and the implementation and expansion of research-informed recruitment and retention strategies. Key components of the STAR project include tuition reimbursement, online and in-person recruitment, career day presentations, presentations to local psychology undergraduate programs, mentor programs, training on best practices in supervision & positive work environments, morale boosting activities, self-care activities, mental health mini-projects, and the development of a recruitment & retention workgroup.

AR001640

## Project Narrative File(s)

**\* Mandatory Project Narrative File Filename:**  | 1237-PGCPSUSDOESBMH.pdf |

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

**AR001641**

# USDOE/SBMH GRANT PROGRAM STRATEGIC TALENT ACQUISITION ROADMAP (STAR)

## PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS (PGCPS)



AR001642

# Table of Contents

**Need for the Project** ........................................................................................... 2

**Project Personnel** ............................................................................................... 5

**Project Design and Project Services** ................................................................. 6

  **Evaluation Activities** ...................................................................................... 15

**Management Plan and Adequacy of Resources** ............................................... 24

  **Sustainability** .................................................................................................. 29

  **References** ....................................................................................................... 30

PR/Award # S184H220158

Page e16

**AR001643**

**Need for the Project**

The Novel Coronavirus Disease 2019 (COVID–19) pandemic significantly impacted school-aged youth in ways that continue to impact their overall social, emotional, behavioral, and psychological functioning and their ability to fully engage in learning. The disrupted routines reduced social interactions, and uncertainty about personal health as well as community issues such as racism and school shootings have led to increased stress, trauma and anxiety among youth. According to the CDC's 2021 Adolescent Behaviors and Experiences Survey (ABES), among U.S. high school students, 37.1% reported poor mental health, 19.9% seriously considered suicide, and 9.0% attempted suicide in the past year. Furthermore, within the same sample of high school students, 73.1% reported one Adverse Childhood Experience (ACE), 12% reported three ACEs, and 7.8% reported four or more ACEs during the COVID-19 pandemic (Anderson et al., 2022). Among Maryland high school students, 58% struggled with their mental health, 36% indicated problems with sadness or hopelessness every day for two consecutive weeks, and approximately 20% have seriously considered attempt suicide in the past year (Maryland Department of Health, 2021).

Prince George's County Public Schools (PGCPS) is the second largest school system in the State of Maryland and the 20th largest school district in the United States. For the 2019-2020 school year, the school system's student population was 131,657 students with 91 percent of the student population being either African American (55%) or Latino (36%). Approximately 20.59% of PGCPS students are English Language Learners.

School counselors and school psychologists are well trained in providing comprehensive mental health services to students. Unfortunately, vacant positions and poor counselor-to-student and psychologist-to-student ratios act as serious barriers to meet the mental health needs of students. The American School Counselor Association recommends a student-to-counselor ratio of 250:1. In Maryland, the average ratio is 327:1. Meanwhile, when fully staffed in PGCPS, the student-to-counselor ratio is 398:1. Currently, there are 399 full-time school counselors with 27 school counselor vacancies in PGCPS. Student-to-psychologist ratios are worse with school psychologists. The student-to-school psychologist ratio recommended by the

PR/Award # S184H220158
Page e17

AR001644

National Association of School Psychologists is 500:1. In PGCPS, the current student-to-psychologist ratio of 1,339:1 ranks last among Maryland public school systems with 50,000 or more students. Currently, there are 93 full-time and 4 part-time school psychologists with 3 full-time school psychologist vacancies in PGCPS. Unlike teachers, when there are vacant school counselor or school psychologist positions, there are not substitutes readily available. This extra work increases the odds that school mental health professionals will feel overwhelmed, burned out and leave the mental health field. The impacts of these school-based mental health provider vacancies and ratios are that students having less access to school-based mental health professionals, as a result school-based mental health providers spend more time on crisis situations and less time on schoolwide prevention efforts and mental health awareness for staff and families.

Further, more than three out of every five students (or 66%) were eligible to receive free and reduced-price meals (FARMs). For the 2022-2023 school year, 81 schools in Prince George's County were eligible to receive Title I funds. Community violence is another major problem that demonstrates the needs of the students. Prince George's County has the second highest murder rate in the state (Maryland Governor's Office of Crime Prevention, Youth, and Victim Services, 2020). Among PGCPS high school students, 19% reported that they seriously considered suicide in the past year, while 29% of PGCPS middle school youth reported serious thoughts about suicide in their lifetime. Youth substance misuse is also a notable problem in the county. The most recent Youth Risk Behavior Survey data (2018-2019) indicated that 6% of PGCPS high schools reported that in the past 30 days they had 4 or more drinks of alcohol. Likewise, about 8% of middle school students indicated alcohol use in the past 30 days. A similar percentage (~5%) of high school students reported that during their lifetime they used a needle to inject any illegal drug into their body. The response to students' behavioral challenges is another factor that needs to be addressed. In 2019, PGCPS was notified by civil rights groups via a join letter regarding concerns about how the school system uses suspension and expulsion more than any school district in Maryland. Finally, Prince George's County received the fourth-highest number of unaccompanied immigrant minors in the United States. Many of these students have trouble with basic needs such as food, housing, health insurance,

PR/Award # S184H220158
Page e18

AR001645

interrupted education, and traumatic experiences (Cardoza, 2020)—demonstrating need for increased counseling services.

Unfortunately, there are several barriers to recruiting and retaining school-based mental health professionals in PGCPS. These include lower salaries, higher caseloads, longer commutes due to the size of the county and traffic, fewer opportunities to telework, and less funds for job advertisement and professional conference attendance to recruit school mental health professionals compared to surrounding similar-sized school districts. Research indicates that another barrier to the recruitment of future school psychologists is the lack of knowledge among undergraduate students about the profession (Bocanegra et al., 2015; NASP 2021). Additionally, research data indicates that not feeling as though their opinions are valued, lack of administrative acknowledgement regarding contributions, and the lack of belief that they made a difference in the lives of students were main sources of job dissatisfaction amongst school psychologists and contributors to turnover (Young et al., 2020).

The PGCPS Transformation 2026 Strategic Plan, as outlined by PGCPS CEO, Dr. Monica Goldson, prioritizes (1) equity within our learning and work environments that demonstrates an inclusive, authentic and culturally responsive community that attracts, supports, develops, retains and celebrates a diverse masterpiece of students, families and education professions, and (2) increased awareness of mental health and wellness linkages to learning by eliminating stigmas, increasing access to support, and decreasing the number of avoidable adverse educational outcomes. Increasing the number of culturally and linguistically credentialed professional school counselors and school psychologists directly supports these goals.

In partnership with John Hopkins University, the Strategic Talent Acquisition Roadmap (STAR) Project seeks to address barriers to the recruitment and retention of school mental health professionals in addition to protective factors to ensure that current school counselor and school psychologist positions are filled so that all students have access to mental health services in schools. While PGCPS may not be able to increase salaries in a short time frame, PGCPS will provide stipends for mentors and intern supervisors. Additionally, PGCPS will implement research-informed recruitment and retention strategies to increase the number of school mental health professionals by filling current school counselor and school psychologist

4 | P a g e

vacancies. In return, this will improve the counselor-to-student and psychologist-to-student ratios and reduce school mental health professionals' workloads. Supervisors will discuss opportunities for telework to support the recruitment and retention of school counselors and school psychologists. More school-based mental health providers will allow all mental health professionals to engage in mental health prevention efforts, counsel more students and consult with staff and families to raise the mental health awareness of students, families, and staff to intervene early, before student mental health challenges become severe. Moreover, an increase in the number of linguistically and culturally diverse mental health professionals will increase the access to mental health services for students and families whose primary language is not English as well as those from diverse racial, ethnic, and cultural backgrounds.

**Project Partnership**

In order to recruit school counselors to work in PGCPS, the STAR Project will partner with Johns Hopkins University's Master of Science in Counseling program to place interns from the School Counseling Concentration into schools with demonstrated need using data indicating suspension rates and percentage of students eligible for FARMs. The Johns Hopkins Master of Science in Counseling degree program is accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP). The school counseling concentration prepares individuals to work in K-12 schools with an emphasis in urban school settings. The program is approved by the Maryland State Department of Education (MSDE), and graduates are eligible for MSDE certification as school counselors.

With a large cohort of students each year, the John Hopkins University counseling program has the capacity to place 5 interns per year in schools within PGCPS. Through the STAR Project, PGCPS will subsidize part of the tuition for school counseling graduate students at John Hopkins University. As part of the agreement, students must commit to working in PGCPS for 3 years following graduation. This partnership will increase the number of professional school counselors, significantly decrease the number of vacancies, and provide additional access to mental health services to thousands of students. The STAR Project will intentionally recruit interns who reflect the diverse student population of Prince George's County Public Schools. Specifically, students who are Black/African American, Latinx, and/or multilingual

PR/Award # S184H220158
Page e20

AR001647

will be encouraged to apply. Additionally, as the percentage of male school counselors is significantly lower than female school counselors (15% and 85%, respectively) (ASCA member database, U.S. Department of Education National Center for Education Statistics, and 2018 U.S. Census), the STAR Project will also encourage male students to apply.

**Project Design and Project Services**

The STAR Project aligns with the School-Based Mental Health Services Grant Program's absolute priority two to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of credentialed services providers in PGCPS. Additionally, the STAR Project addresses competitive priority two to increase the number of credentialed school-based mental health services providers in PGCPS who are from diverse backgrounds or communities served by PGCPS.

In the development of school counselor and school psychologist job position advertisements and recruitment tables at annual national conferences, PGCPS will collaborate with representatives from the American School Counselor Association and National Association of School Psychologists to identify states with a surplus of school mental health professionals to better target advertisements via state level professional organizations. Additionally, these national organizations will serve as a liaison to universities with culturally and linguistically diverse undergraduate students to facilitate the delivery of presentations about school counselors and school psychologists. PGCPS will also collaborate with local universities, including Towson University and the University of Maryland as well as Historically Black Colleges and Universities such as Bowie State University and Howard University to present to undergraduate students about school counselors and school psychologists as potential career paths.

In year one of the STAR Project, PGCPS will hire 3 school psychologists and 4 school counselors. In year two, PGCPS will hire 3 school psychologists and 4 school counselors. In years three, four, and five, each year, PGCPS will hire 3 school psychologists and 15 school counselors (5 of whom will be former John Hopkins University interns who were in PGCPS). In each year of the grant, PGCPS will place 5 John

PR/Award # S184H220158
Page e21

AR001648

Hopkins University school counseling graduate interns in PGCPS schools with a school counselor who will provide intern supervision.

To incentivize, racially and culturally diverse graduate students will be recruited to apply and complete the interview process to ensure alignment with the Counseling program's commitment to train leaders and advocates in the Counseling professions that are pursuant to the DOE proposal and PGCPS goals of providing mental health counseling in their schools. An annual goal of 8 -10 graduate students will be admitted completing an accelerated graduate Counseling program aspirational outcome. Instructional may occur face-to-face, hybrid, and virtual to accommodate complex student needs. Sixty credits are required for school counseling credentialing. Johns Hopkins University will pursue a ten percent tuition reduction and PGCPS will provide some tuition reimbursement, while the remaining tuition will be paid by the students.

**Project Services**

The STAR Project aims to increase student accessibility to mental health services from professionals that are culturally an ethnically representative of PGCPS student population. The mental health service providers will be identified through a partnership with Johns Hopkins University's school counseling program. With a program cohort of 90 students JHU has agreed to place counseling students from backgrounds that have traditionally been underrepresented in the mental health field based on race, color, national origin, gender, age, or disability into Prince George's County Public Schools each year with an agreement to remain employed by PGCPS through three school years following their graduation. With a grant period of 5 years, this agreement can significantly reduce the number of school counseling vacancies and increase student access to mental health services.

In conjunction with this partnership, PGCPS will implement multiple recruitment strategies to recruit credentialed school psychologists and school counselors from diverse backgrounds, especially multilingual individuals, through targeted advertisements and presence at national professional conventions. Advertisements will be purchased and posted through both the American School Counselor Association (ASCA) and National Association of School Psychologists (NASP) webpages. Additionally,

PR/Award # S184H220158
Page e22

AR001649

PGCPS will send 5 supervisors and school counselors to attend the ASCA annual convention, and 5 supervisors and school psychologists to attend the NASP annual conventions to staff tables to recruit school-based mental health professionals to mitigate the current shortages.

While advertisement and increased visibility of the school psychologist and school counselor positions intends to immediately recruit individuals for these roles within PGCPS, the STAR Project will also implement more long-term strategies in recruiting individuals for these positions. Every school within Prince George's County Public Schools hosts an annual Career Day event during which guest speakers inform students about their professions. Although speakers are often professionals from outside of the school building, PGCPS will make a concerted effort to encourage school psychologists to request speaking time during career day, particularly in middle and high schools. While most students will have interacted with a school counselor at least once during their educational careers, many may not be aware that their school has a school psychologist, let alone the scope of the role. This is largely because school psychologists in PGCPS primarily work with students who receive special education services and are assigned to multiple schools. Through informing middle and high school students about the role of the school psychologist, the STAR Project hopes to increase interest in the profession, lead to more students enrolling in local school psychology programs, and ultimately contribute to more school psychologists within PGCPS. The National Association of School Psychologists recommends that these presentations should focus on themes of multiculturalism, equity, and social justice (2021). To further this effort, the STAR project will also encourage alumni school psychologists and school counselors to give presentations regarding their respective careers to students in psychology undergraduate courses at their alma maters, either virtually or in-person. Students will also be provided with the alumni's contact information so that those interested in the profession can have a connection with a PGCPS employee, thus hopefully increasing the likelihood of students enrolling in school psychology and school counseling programs and keeping PGCPS in mind as a potential employer.

The STAR Project will also employ activities geared towards retaining school psychologists and school counselors. These activities aim to increase the opportunities for school-based mental health

PR/Award # S184H220158
Page e23

AR001650

professionals to participate in mentoring and supervision, engage in meaningful work, building relationships through professional development and social engagements, and gaining recognition from supervisors/administration.

**Mentor Program**

Research indicates that mentorship helps novice school counselors and school psychologists by providing opportunities to ask questions and garner support from more experienced professionals. Mentors also benefit as mentoring a new school mental health professional is one of the top reasons for job satisfaction (Young et al., 2020). Although school counselors and school psychologists experience a practicum and/or internship in which they have worked in a school (Council for Accreditation of Counseling and Related Education Programs [CACREP], 2009), once hired, they often enter a system that is completely unfamiliar. This may cause many professional challenges for emerging school-based mental health professionals, who must acclimate to the context of their schools, professional departments, and the school district. As novices face the challenges of global and systemic stressors, compassion fatigue, and burnout, and impairment, equipping them with support and structures that promote their success is paramount to retention of school-based mental health professionals and continued access to mental health services for students.

To support newly hired school psychologists and school counselors, will expand the current mentor program to increase its formality, an important retention strategy (Silva et al., 2016). John Hopkins University will provide a presentation to mentors about best practices in mentoring. PGCPS will identify one seasoned professional for each first-year and newly hired school-based mental health professional. Each mentor will be provided with a stipend in addition to a mentor package. Mentor packages include publications from NASP and ASCA and supplies such as pens, post-its, and planners. Additionally, mentees will participate in early career meetings, another retention strategy, with supervisors to discuss challenges, successes, and cases (Skalski et al., 2015).

PR/Award # S184H220158
Page e24

AR001651

**Recruitment & Retention Workgroup**

In previous studies, early career school mental health professionals reported that supervision is a key factor in the prevention and mitigation of burnout (Silva et al., 2016). John Hopkins University will serve as consultants with the supervisors of the Office of Psychological Services and the Office of School Counseling about effective supervision, case consultation, and how to create a positive work environment. Additionally, to plan, coordinate, and execute all training, they will use an integrated approach to train all participants to build and sustain their leadership capacity through a cultural dimension broaching framework. Therefore, regardless of the training topic (mentoring, supervision, best practices), the frequency of training would occur quarterly based on the need and data analysis. This training will touch upon insights from the research literature, including such topics as the importance of a clearly communicated vision, cultural competence, acknowledgement, work-life balance, supervisor visibility, listening to employee concerns and addressing them in a reasonable amount of time (Dinsdale, 2017; Stickle & Scott, 2016). Additionally, at the conclusion of the training supervisors of the supervisors from the Office of Psychological Services and Office of School Counseling, and the mental health coordinators will form a workgroup to discuss strategies to address best practices in retention and recruitment efforts as well as current school-based mental health professional vacancies in PGCPS. Discussions will also focus on how to advocate for more school counselors and school psychologist positions. The recruitment and retention workgroup will meet quarterly.

**School-Based Mental Health Professionals Orientation**

The department of psychological services and the department of professional school counseling currently hold their own orientations for new professionals. However, many procedures and topics apply to both professionals. Through the STAR project, PGCPS will both combine and expand upon these orientations to host a mental health professionals' orientation at the beginning of each school year. This orientation will be geared towards training new school-based mental health professionals on PGCPS protocols such as suicide intervention, behavior threat assessment, and crisis response. Training sessions will be interactive, emphasizing best practices and collaboration among school-based mental health teams.

PR/Award # S184H220158
Page e25

AR001652

This orientation will also provide an opportunity for new professionals to connect with other mental health professionals to build a sense of community and shared vision. In the afternoon portion of the orientation new professionals will have time to meet with their mentors and packages will be distributed.

**Mental Health Mini-Projects**

Researchers suggested that one of the key actions that school mental health supervisors can take to retain school mental health professionals is to provide them with opportunities to engage in meaningful work (Young et al., 2020). To this end, PGCPS will provide school psychologists and school counselors with funds to conduct mental health mini-projects. School mental health professionals will have to submit an application that requires an explanation of the project, number of students involved, S.M.A.R.T. goals, how they will monitor progress, and expected outcomes.  Applications that demonstrate collaboration with other school mental health professionals via committees or workgroups will receive more consideration as collaboration is a key factor in job satisfaction (Young et al., 2020). A rubric to evaluate each application will be developed. Accepted mini-project applicants will receive funds for printing and materials.

**Community Building Activities**

The STAR Project will implement activities to increase school-based mental health professional retention by fostering a positive work environment and a strongly connected network of professionals. These activities will focus on both community building and self-care. In providing school-based mental health professionals with opportunities to connect with colleagues both socially and professionally. Community building activities will occur at various locations and businesses throughout Prince George's County and will cater to a variety of interests including physical activity, creative/artistic activities, and music. These activities will take place quarterly.

**Self-Care**

Young and colleagues (2020) found that an overwhelming majority of school psychologists reported that the position is a stressful job. Similarly, in schools it is common knowledge that school counselors are asked to fill many roles and responsibilities beyond their traditional duties. To address the stressful nature of both jobs, PGCPS will provide opportunities for school-based mental health

PR/Award # S184H220158
Page e26

AR001653

professionals to participate in self-care activities. Additionally, in alignment with best practices in self-care, PGCPS will share self-care resources and implement procedures and processes to reduce stress (Dinsdale, 2017). Another strategy is to provide less conventional self-care professional development. A few examples may include professional development on how to organize your time and plan, develop a recommendation bank, create assessment templates and write concise reports.

**Prompt Delivery of Services**

While some of the projects in the initiative will take longer to come to fruition, the mental health mini-projects will start within 180 days of the grant award. PGCPS services all students throughout the school year and several hundred students during summer school, so if needed the mini projects can commence in the summer when students with higher academic and often associated social, emotional, and behavioral needs attend.

Indirectly, the advertisement of school-based mental health provider positions and recruitment at annual conferences will position PGCPS to hire more school counselors and school psychologists will then be able to directly provide counseling, consultation, assessment, and social-emotional lessons to students as early as the summer.

**Project Logic Model**

To fully demonstrate the overall project goal, outputs, and outcomes a logic model was designed as shown in the chart below.  The project staff will routinely review the logic model to monitor and adjust project activities as needed. Further, the logic model will be a useful tool to assist in program planning, implementation, management, evaluation, and reporting.

PR/Award # S184H220158
Page e27

AR001654

## Logic Model

| GOAL: Increase the availability of mental health support to PGCPS students by recruiting and retaining culturally and linguistically diverse credentialed school counselors and school psychologists. | | | |
|---|---|---|---|
| **OBJECTIVES** | **ACTIVITIES** | **OUTPUTS** | **OUTCOMES** |
| 1. By 2026, collaborate with John Hopkins University to recruit 25 John Hopkins University school counseling graduate student interns from culturally and linguistically diverse backgrounds to be placed in PGCPS schools with a commitment to remain employed by the county for 3 years.<br><br>2. By 2026, execute strategies to recruit culturally and linguistically diverse credentialed school counselors and school psychologists.<br><br>3. By 2026, implement strategies to retain culturally and linguistically diverse credentialed school counselors and school psychologists. | 1.1 Create a strategy to identify John Hopkins University school counseling graduate student interns from diverse backgrounds and place them in PGCPS schools.<br><br>2.1 Create and post job advertisements for school counselors via the American School Counselor Association (ASCA) & school psychologists via the National Association of School Psychologists (NASP) on their websites and in their newsletters.<br><br>2.2 Purchase and staff tables at the ASCA & NASP annual conventions in an effort to recruit school counselors & school psychologists.<br><br>2.3 Provide presentations at middle and high school Career Days and undergraduate students about the school counseling and school psychologist professions.<br><br>3.1 Identify experienced PGCPS school counselors and school psychologists to serve as mentors for newly hired and | 1.1 25 JHU school counseling interns hired to work in Prince George's County Public Schools.<br><br>2.1 25 new school counselors (not inclusive of JHU interns) hired to work in Prince George's County Public Schools.<br><br>2.2 5 new school psychologists hired to work in Prince George's County Public Schools.<br><br>2.3 1,000 middle school, high school, & undergraduate students attended presentations about the school counseling and school psychologist professions.<br><br>3.1 200 mentors for school psychologists and school counselors. | Recruitment Outcomes<br><br>1.1 Increase the number of new school counselors<br><br>1.2 Decrease the number of school counselor vacancies<br><br>2.1 Increase the number of new school psychologists<br><br>2.2 Decrease the number of school psychologist vacancies<br><br>2.3 Increase the number of multilingual school counselors and school psychologists.<br><br>2.4 Increase the cultural and linguistic diversity of school counselors and school psychologists.<br><br>2.5 Increase the number of applicants for school counselor and school psychologist positions. |

PR/Award # S184H220158
Page e28

AR001655

| | | |
|---|---|---|
| | early career counselors and school psychologists.<br><br>3.2 Provide mentor packages to support mentor/mentee partnerships.<br><br>3.3 Provide training to school counseling and school psychology administrators about best practices in supervision, case consultation, and creating a positive work environment.<br><br>3.4 Establish a workgroup of administrators to develop a best practices document on the recruitment & retention of school counselors and school psychologists.<br><br>3.5  Host a mental health orientation for new school psychologists and school counselors.<br><br>3.6 Implement community building/morale boosting events for PGCPS school mental health professionals.<br><br>3.7 Provide self-care activities for school mental health professionals.<br><br>3.8 Offer opportunities for school mental health professionals to apply for funds to do mental health mini-projects. | 3.1 250 mentor/mentee partnerships.<br><br>3.2 6 school counseling and school psychologist administrators trained in supervision, consultation, and creating a positive work environment.<br><br>3.4 10 recruitment and retention regroup meetings.<br><br>3.4 Best practices document on the recruitment & retention of school-based mental health providers<br><br>3.5 4 Mental health orientations for new school psychologists and school counselors<br><br>3.6 15 community building/morale boosting events for PGCPS mental health professionals.<br><br>3.7 # of school psychologists and school counselors who participated in organized self-care activities.<br><br>3.8 10 mental health mini-projects completed | Retention Outcomes<br><br>3.1 Increase the knowledge of mentors about best practices in mentoring.<br><br>3.1 Improve the skill development of mentees.<br><br>3.2 Elevate the knowledge of school counseling and school psychologist administrators about best practices in supervision, consultation, and creating a positive work environment.<br><br>3.3 Grow the percentage of school counselors and school psychologists retained.<br><br>3.4 Improve the student: school counselor and student: school psychologist ratios.<br><br>3.5 Reduce the attrition rate of school counselors and school psychologists.<br><br>Student Outcomes<br><br>3.6 Increase the number of students who receive counseling services from school counselors and school psychologists.<br><br>3.6 Increase the number of suicide interventions completed.<br><br>3.7 Increase the number of behavior threat assessments completed.<br><br>3.8 Increase the number of behavior intervention plans completed.<br><br>3.9 Reduce student suspensions and expulsions. |

PR/Award # S184H220158
Page e29

AR001656

**Evaluation Activities**

As described previously, grant funds will be used to implement recruitment and retention strategies that, respectively, 1) increase the percentage of filled school-based counselor and psychologist positions and 2) increase the retention rate of workers in these positions. In the sections below, the research design and methods used to evaluate the effects of these strategies and their implementation are discussed.

**Research Design**

A study similar to an explanatory sequential design, a mixed methods process (Creswell & Plano-Clark, 2018), will be used to evaluate the implementation of recruitment and retention strategies and their impact on the number of school-based counselors and psychologists. Through this design, quantitative data that provide information on a phenomena of interest are collected and analyzed first. This process is then followed by the collection and analysis of qualitative data, the findings of which provide deeper depths of understanding into the findings of the quantitative data. For this grant application's evaluation, data on the percentage of recruited and retained school-based counselors and psychologists will be gathered and analyzed, followed by a collection and analysis of data that explain why these mental health service providers choose to work for PGCPS and whether they remain in or separate from their positions (see Table 1.1). By collecting the data in this sequence, program coordinators will be able to investigate changes in the number of school-based counselors and psychologists and determine whether these changes are related recruitment and retention strategies.

**Outcome Evaluation/Research Questions**

Two questions guide an exploration into the impact of recruitment and retention efforts on the number of mental health service providers. They are: (1) To what extent have recruitment strategies impacted the percentage of filled positions for school-based counselors and psychologists? And (2) To what extent have retention strategies impacted the retention rate of school-based counselors and psychologists?

PR/Award # S184H220158
Page e30

AR001657

**Methods**

**Source**.  Because the outcomes focus on the percentage of filled positions and the retention rate of people within these positions, the outcomes will rely on data that are sourced from school-based counselors and psychologists.

**Instruments**. Two instrument types will be used for the purposes of measuring changes in the constructs of interest (see Figure 1).  These types include, specifically, staff reports and surveys.  Each is discussed in detail below.

*Staff Reports*.  As described earlier, the first research question investigates the extent to which recruitment efforts impact the percentage of filled/vacant school-based counselor and psychologist positions.  For that reason, staff reports on filled and vacant positions of these mental health service providers will be generated at the beginning of each fiscal year for the duration of the grant.  The second research question investigates the extent to which retention strategies affect the retention rate of school-based counselors and psychologists.  For this purpose, staff reports on active and separated employees within these roles will be generated both before and during the implementation of the retention strategies.

*Surveys*.  In addition to staff reports, surveys will be used to explore the constructs of interest. Specifically, recruitment and retention surveys will be utilized to explore, respectively, why employees new to the mental health service provider positions choose to work for PGCPS and why employees within these positions remain in or separate from their roles.  Recruitment surveys will be administered to newly appointed counselors and psychologists at the time of hiring.  Retention surveys, on the other hand, will be administered at the end of each school year and (for those who leave prior to the end of the academic year) at the time of separation.

**Data Analysis**.  An analysis of the data for the constructs of interest, specifically percentage of filled positions and retention rate, are identified and described in detail below.

*Percentage of Filled/Vacant Positions*.  Data analysis of this construct will occur in two ways.  In following with the explanatory sequential design, the quantitative data, gathered from the staff report for filled/vacant school-based counselor and psychologist positions, will be uploaded into SPSS and summarized.  After this

PR/Award # S184H220158
Page e31

AR001658

step, data from the recruitment survey will be analyzed. Quantitative data from this survey will be uploaded into SPSS and subsequently summarized, while qualitative data from this survey will be analyzed using inductive coding methods (Miles, Huberman, & Saldaña, 2014). Specifically, the data will be uploaded into NVivo and analyzed for patterns or themes that categorize the reasons school-based counselors and psychologists choose to work for PGCPS.

*Retention Rate.* Like the previous construct, data analysis for this retention rate will occur with the summarizing and reporting of quantitative and qualitative. For the former, data from the retention survey will be updated into SPSS and summarized for descriptive analysis, and for the latter, quantitative and qualitative data from the retention survey will be uploaded into SPSS and NVivo for descriptive and pattern or thematic coding, respectively (Miles et al., 2014).

**Table 1.1.** Outcome Evaluation Matrix

| Research Question | Construct | Instrumentation | Source | Frequency | Data Analysis |
|---|---|---|---|---|---|
| To what extent have recruitment strategies impacted the percentage of filled positions for school-based counselors and psychologists? | Percentage of Filled/Vacant Positions | Staff Reports - Filled/Vacant Positions | Counselors and Psychologists | Data collected at the beginning of each fiscal year | Descriptive Statistics |
| | | Recruitment Survey | New Counselors and Psychologists | Data collected at the time of hiring | Descriptive Statistics and/or Pattern Coding |
| To what extent have retention strategies impacted the retention rate of school-based counselors and psychologists? | Retention Rate | Staff Reports - Active and Separated Employees | Counselors and Psychologists | Annual data collected prior to and during recruitment and retention strategy implementation | Descriptive Statistics |
| | | Retention Survey | Counselors and Psychologists | Survey administered at the end of the school year or at the time of separation | Descriptive Statistics and/or Pattern Coding |

PR/Award # S184H220158
Page e32

AR001659

**Process Evaluation**

In their discussion of program evaluation, Rossi, Lipsey, and Freeman (2004) state that "outcome levels alone cannot be interpreted with any confidence as indicators of a program's success or failure" (p. 207). Dusenbury, Brannigan, Falco, and Hansen (2003) provide further insight into this idea. Specifically, the authors communicate that the more information one has on the details of a program's implementation, the more accurate conclusions one can draw about a program's effect on the outcomes of interest. Collectively, these authors argue that assessing a program's impact relies heavily on a program's implementation. Therefore, in addition to measuring outcomes, program coordinators for this grant's focus will also measure processes. The methods for this evaluation are described in detail below and outlined in Table 1.2



**Figure 1.** *Conceptual Framework Showing Constructs, Variables, and Measures*

**Research Questions**

Two research questions will be used to evaluate the implementation of recruitment and retention strategies: (1) To what extent did program coordinators implement recruitment and retention strategies as designed? (2) To what extent were participants engaged in retention activities?

The first process evaluation question focuses on adherence; that is, the extent to which program components are implemented as designed (Dusenbury et al., 2003). The second question focuses on participant responsiveness, or the extent to which people participating in program activities are engaged (Dusenbury et al., 2003).

PR/Award # S184H220158
Page e33

AR001660

**Methods**

**Source**.  Because this approach's process evaluation will measure adherence and participant responsiveness, data for these areas will come, respectively, from program coordinators and the recipients of recruitment and retention efforts.

    **Instruments**.  The instruments used to measure adherence and participant responsiveness fall under two categories.

    *Advertisements*.  These products will be used to measure whether program coordinators implemented recruitment strategies as designed.  To specify, two of the recruitment strategies focus on advertising to potential school-based counselors and psychologists.  An important aspect of this strategy is the advertisement, which will communicate important information about the positions, including prerequisites, roles and responsibilities, and benefits.  If the advertisements communicate this information to the intended audience, then the program coordinators will have sufficient evidence to determine if recruitment strategies associated with this measure were implemented as designed.

    *Checklists/Rubrics*.  This method of instrumentation will be used for two of the retention strategies to measure how the targeted population responds to retention efforts.  For example, one retention strategy is the awarding of funds to school-based counselors and psychologists to complete mini projects that demonstrate an impact on school communities' mental health needs.  To determine whether participants respond in ways that align to retention goals, the program coordinators will utilize a rubric to evaluate projects that the mental health service providers submit.  For projects that receive awards and demonstrate an impact on school communities' mental health needs, program coordinators will have sufficient evidence to determine whether targeted populations are engaged in retention efforts.

    *Field Notes*. This form of instrumentation will be used to measure participant responsiveness for some of the retention strategies.  For example, one of the retention strategies centers on community and morale boosting.  During this event, school-based counselors and psychologists are supposed to engage socially with one another.  To measure whether this interaction is taking place, program coordinators will take notes that capture dialogue that these mental health providers are having.  If participants are engaging

AR001661

socially with one another on shared activities, then program coordinators will have enough evidence to conclude that participants are responsive to the retention strategies.

*Focus Groups*.  For one of the retention strategies, focus groups will serve as a way of assessing participant responsiveness.  This retention strategy is designed to help supervisors of school-based counselors and psychologists know, understand, and implement best practices for supervising and consulting these mental health professionals as well as creating positive work environments in which these workers can thrive.  Through a focus group, who will be made up of these supervisors, program coordinators will be able to determine whether the supervisors know, understand, and can implement these best practices.

*Surveys*.  This form of instrumentation will be used to measure participant responsiveness for several of the retention strategies.  For example, one of the strategies where this instrument will be used is for the mentor-mentee program.  As described earlier in this proposal, this strategy will allow veteran and novice mental health professionals to benefit mutually from a mentor-mentee relationship.  To measure whether this benefit is occurring, surveys will be administered to both mentors and mentees.  This data will allow program coordinators to investigate the extent to which mentors and mentees benefit from the program.

**Data Analysis**.  A combination of quantitative and qualitative data will be utilized to analyze program coordinators' adherence to critical components of recruitment strategies and the target populations' (e.g., school-based counselors and psychologists) degree of engagement with these strategies.

*Adherence*.  Data from quantitative and qualitative measures will be used to measure adherence. Specifically, quantitative data from a school counselor list, which will show the number of new guidance counselors hired from Johns Hopkins University (JHU), will be uploaded into SPSS.  The results will then be summarized, and the findings will be used to inform program coordinators whether the partnership with the university is being implemented as designed.  In addition, the advertisements created by the program coordinators will be analyzed using qualitative methods, specifically descriptive coding (Miles et al., 2014). The information on the advertisements will be examined and summarized in a way that tells program

PR/Award # S184H220158
Page e35

AR001662

coordinators whether the products they created (i.e., the advertisements) aligned with critical recruitment information.

> *Participant Responsiveness*.   Data from quantitative and qualitative measures will be used to measure participant responsiveness.  Data from checklists/rubrics and surveys will be uploaded into SPSS and summarized accordingly.   The findings will help program coordinators see whether the targeted populations are responding to the interventions in the ways that the coordinators had in mind.  Data from field notes and focus groups will be analyzed using descriptive and pattern coding (Miles et al., 2014).  More specifically, the data will be uploaded into NVivo, and patterns/themes of participant responses will be determined, the findings of which will tell program coordinators the level of engagement that participants have with the retention strategies.

PR/Award # S184H220158
Page e36

AR001663

**Table 1.2.** Process Evaluation Matrix

| Strategies | Indicators of Success | Instrumentation | Source | Frequency | Data Analysis |
|---|---|---|---|---|---|
| **Research Question: To what extent were recruitment strategies implemented as designed?** | | | | | |
| Hire JHU counselor interns to work in PGCPS | Apply for position in the district; interview them; extend an invitation to work w/ PGCPS; accept invitation | School Counselor Assignment List | New Guidance Counselors from JHU | Data collected at the beginning of each fiscal year | Descriptive Statistics |
| Advertise for counselors and psychologists through annual conferences | Advertisements communicate key information about the professions | Advertisements

advertisements | Program Coordinators | Data collected at the end of presentations | Descriptive Coding |
| Purchase and staff tables at the ASCA and NASP annual conferences | Advertisements communicate key information about the professions | | Program Coordinators | Data collected at the end of presentations | Descriptive Coding |
| **Research Question: To what extent were participants engaged in recruitment and retention strategies?** | | | | | |
| Provide presentations at middle and high school career days and undergraduate programs | Presentations communicate key information about the professions | Exit Survey | Middle School, High School, and Undergraduate Students | Data collected at the end of presentations | Descriptive Statistics |
| Facilitate mentor-mentee partnerships | Mentors and mentees indicate that they benefited from the mentor-mentee relationship | jMentors and Mentee Survey | Mentors and Mentees | Data collected every three months | Descriptive Statistics |
| Provide training to supervisors of counselors and psychologists | Supervisors can indicate best practices in supervision and consultation, and the creation of positive work environments | Focus Group | Supervisors of Counselors and Psychologists | Data collected annually | Descriptive Coding; Pattern Coding |
| | Workgroup agenda; development of best practices on retention & | Field Notes | Program Coordinators | | Descriptive Coding; Pattern Coding |

PR/Award # S184H220158
Page e37

AR001664

| | | | | | |
|---|---|---|---|---|---|
| Establish a workgroup to address the recruitment & retention of school counselors | recruitment of school psychologists & school counselors | | | Data collected every three months | Descriptive Statistics |
| | School-based mental health professionals can indicate their roles and responsibilities and key actions to take during crisis response, suicide intervention, etc. | Role-playing Fidelity of Implementation Checklist | Program Coordinators | Data collected annually | |
| Host mental health orientation for new school-based mental health professionals | | Field Notes | Program Coordinators | | Descriptive Coding; Pattern Coding |
| | School-based mental health professionals will socially interact in shared activities | | | Data collected during each event | Descriptive Statistics |
| | | Survey | Program Coordinators | Data collected after each event | |
| Implement mid-year community building/morale boosting events for school-based mental health professionals | School-based mental health professionals will indicate best practices in self-care | Presentation project and rubric | Counselors and Psychologists | Data collected with each project submission | Descriptive Statistics |
| Provide self-care activities for school counselors and psychologists | Mental health mini-project applications; award funds; presentations at orientation/mental health symposium/mental health event about impact. | | | | |
| Offer opportunities for school counselors & school psychologists to apply for funds to do mental health mini-projects. | | | | | |

PR/Award # S184H220158
Page e38

AR001665

**Management Plan and Adequacy of Resources**

The STAR Project management team is comprised of Dr. Elizabeth Faison, Mr. Scott Showalter, and Ms. Emily Pasco. Additionally, Ms. Doreen Hogans, Supervisor of School Counseling, and her leadership team will support the team's efforts. Together they will ensure that all components of the STAR Project are implemented with fidelity and comprehensively evaluated.

Dr. Elizabeth Faison has experience in school counseling. Currently, she oversees several offices in Student Services. Dr. Faison also provides training to parents and staff on child abuse and prevention. As it relates to the STAR Project, Dr. Faison will provide management oversight at 5%. Mr. Scott Showalter serves as the Coordinator of Psychological Services for PGCPS. He supervises over 100 school psychologists and graduate interns who address the mental health needs of students in 204 schools in Prince George's County Public Schools. During his career, he has conducted more than 200 workshops, coordinated the school system's Crisis Team during 200 crises, headed the development of several school system administrative procedures, and led many parent support groups. Together, Mr. Showalter and Ms. Emily Pasco, the Mental Health Coordinator for PGCPS will devote approximately 10% of their time to oversee on project activities.

The co-project directors will be responsible for managing project resources and coordination of program implementation, the collection and analysis of data and submission of interim and final reports to PGCPS leadership and to the US Department of Education. The project directors will also provide oversight to offices and schools involved in the initiative to ensure grant components are implemented according to the prescribed schedule and other responsibilities associated with the project activities and timeline. The PGCPS' Grants Financial Management and Strategic Planning and Resource Management offices will provide the co-directors with strategic and targeted grants-related for finance and project compliance. Also, a Project Coordinator will be contracted for up to 25 hours per week to manage the day-to-day operations of the grant. The Project Coordinator will have skills and experience specifically related to grants project management.

PR/Award # S184H220158
Page e39

AR001666

| Key Activities | Responsible Staff | Year 1 | | | |
|---|---|---|---|---|---|
| | | Jan., Feb. Mar. | April, May, June | July, Aug, Sept. | Oct. Nov. and Dec. |
| Year 1 | | | | | |
| Hire Project Coordinator | Mental health coordinator and Coordinator of Psychological Services | X | | | |
| Purchase advertisements on NASP webpage | Project Coordinator | X | | | |
| Purchase advertisements on ASCA webpage | Project Coordinator | X | | | |
| Purchase table banners for NASP and ASCA conventions | Mental Health Coordinator | X | | | |
| Staff a table at NASP Convention | School psychologist supervisors, mental health coordinator, and school psychologists | X | | | |
| Present during PGCPS career days on school counseling and school psychologist professions | School psychologists and school counselors | | X | | |
| Rent facility for school-based mental health professionals' orientation | Project Coordinator | | X | | |
| Plan orientation | Mental health coordinator and supervisors of psychological services and school counseling | | X | | |
| Staff table at ASCA convention | School counseling supervisors | | | X | |
| Hold the inaugural meeting for retention and recruitment workgroup | Supervisors of psychological services and school counseling | | | X | |
| Designate mentors to mentees | Supervisors of school counseling and psychological services | | | X | |
| Purchase and distribute mentor/mentee packages | Mental Health Coordinator | | | X | |
| Place 5 JHU interns in PGCPS schools | School counseling supervisors | | | X | |
| Advertise availability of funds for mini-projects and open application process | Mental Health Coordinator | | | X | |
| Select award recipients for mini projects | Mental Health Coordinator | | | | X |

PR/Award # S184H220158
Page e40

AR001667

| Host community building event for school-based mental health professionals | Supervisors and Mental Health Coordinator | | | | X |
|---|---|---|---|---|---|
| Host self-care event for school-based mental health professionals | Supervisors and Mental Health Coordinator | | | | X |
| **Year 2** | | | | | |
| | | Jan., Feb. Mar. | April, May, June | July, Aug, Sept. | Oct. Nov. and Dec. |
| Staff a table at NASP Convention | School psychologist supervisors, mental health coordinator, and school psychologists | X | | | |
| Purchase advertisements on ASCA webpage | Project Coordinator | | X | | |
| Purchase advertisements on NASP webpage | Project Coordinator | | X | | |
| Present during PGCPS career days on school counseling and school psychologist professions | School psychologists and school counselors | | X | | |
| Coordinate with local Historically Black Colleges and Universities (Coppin State, Morgan State, Bowie State, and Howard University) undergraduate psychology departments to speak to students about school psychology and school counseling professions | Supervisors and Mental Health Coordinator | | X | | |
| Present during PGCPS career days on school counseling and school psychologist professions | School psychologists and school counselors | | X | | |
| Rent facility for school-based mental health professionals' orientation | Project Coordinator | | X | | |
| Staff table at ASCA convention | School counseling supervisors | | | X | |
| Hold recruitment and retention workgroup meetings | supervisors of psychological services and school counseling | | X | | X |
| Designate mentors to mentees | Supervisors of school counseling and psychological services | | | X | |
| Plan and host orientation for school-based mental health professionals | Mental health coordinator and supervisors of psychological services and school counseling | | | X | |
| Purchase and distribute mentor/mentee packages | Mental Health Coordinator | | | X | |

PR/Award # S184H220158
Page e41

AR001668

| | | Jan., Feb. Mar. | April, May, June | July, Aug., Sept. | Oct. Nov. and Dec. |
|---|---|---|---|---|---|
| Place 5 JHU interns in PGCPS schools | School counseling supervisors | | | X | |
| Advertise availability of funds for mini-projects and open application process | Mental Health Coordinator | | | X | |
| Select award recipients for mini projects | Mental Health Coordinator | | | | X |
| Host community building event for school-based mental health professionals | Supervisors and Mental Health Coordinator | | X | X | |
| Host self-care event for school-based mental health professionals | Supervisors and Mental Health Coordinator | X | | | X |
| **Years 3-5** | | | | | |
| | | Jan., Feb. Mar. | April, May, June | July, Aug., Sept. | Oct. Nov. and Dec. |
| Staff a table at NASP Convention | School psychologist supervisors, mental health coordinator, and school psychologists | X | | | |
| Purchase advertisements on ASCA webpage | Project Coordinator | | X | | |
| Purchase advertisements on NASP webpage | Project Coordinator | | X | | |
| Present during PGCPS career days on school counseling and school psychologist professions | School psychologists and school counselors | | X | | |
| Coordinate with local Historically Black Colleges and Universities (Coppin State, Morgan State, Bowie State, and Howard University) undergraduate psychology departments to speak to students about school psychology and school counseling professions | Supervisors and Mental Health Coordinator | | X | | |
| Present during PGCPS career days on school counseling and school psychologist professions | School psychologists and school counselors | | X | | |
| Rent facility for school-based mental health professionals' orientation | Project Coordinator | | X | | |
| Staff table at ASCA convention | School counseling supervisors | | | X | |
| Hold recruitment and retention workgroup meetings | supervisors of psychological services and school counseling | | X | | X |
| Designate mentors to mentees | Supervisors of school counseling and psychological services | | | X | |

PR/Award # S184H220158
Page e42

AR001669

| | | | | |
|---|---|---|---|---|
| Plan and host orientation for school-based mental health professionals | Mental health coordinator and supervisors of psychological services and school counseling | | | X | |
| Purchase and distribute mentor/mentee packages | Mental Health Coordinator | | | X | |
| Place JHU interns in PGCPS schools | School counseling supervisors | | | X | |
| Advertise availability of funds for mini-projects and open application process | Mental Health Coordinator | | | X | |
| Select award recipients for mini projects | Mental Health Coordinator | | | | X |
| Host community building event for school-based mental health professionals | Supervisors and Mental Health Coordinator | | X | X | |
| Host self-care event for school-based mental health professionals | Supervisors and Mental Health Coordinator | X | | | X |

PR/Award # S184H220158

Page e43

AR001670

**Sustainability**

The STAR Project will sustain the number of culturally and linguistically diverse credentialed school counselors and school psychologists via continuation of the recruitment and retention workgroups and its best practices document. Additionally, PGCPS will sustain the mentor program and orientation to support early career and newly hired school counselors and school psychologists. Professional development from training for supervisors on best practices in supervision, consultation, and creating a positive work environment will inform the supervisory approach of the mental health supervisors. The partnerships with local schools, John Hopkins University and other universities will continue to raise the awareness of the school counseling and school psychology professions among middle school, high school, and undergraduate students.

The STAR Project also addresses sustainability measures through continued use of the school-based mental health professionals' retention and recruitment workgroup. The workgroup will continue to meet past the grant period to address vacancies and shortages. The department of psychological services has previously successfully advocated to the PGCPS Board of Education for additional school psychologist positions in the budget. The department has the capacity and knowledge to continue to advocate for additional positions. However, the primary barrier in this advocacy is the current available positions that are vacant. In filling vacancies and retaining school-based mental health professionals using strategies outlined in the STAR Project, the departments of psychological services and school counseling will be in much better positions to advocate for additional positions to be written into the budget. This would improve the ratio of school psychologists and school counselors to students and result in more accessibility of mental health services to PGCPS students.

PR/Award # S184H220158
Page e44

AR001671

## References

2021 Maryland Youth Pandemic Behavior Survey (YPBS-21) Detailed Report Maryland Department of Health, Prevention and Health Promotion Administration, Cancer and Chronic Disease Bureau, Center for Tobacco Prevention and Control. October 2021.

Anderson KN, Swedo EA, Trinh E, et al. Adverse Childhood Experiences During the
        COVID-19 Pandemic and Associations with Poor Mental Health and Suicidal Behaviors

Among High School Students — Adolescent Behaviors and Experiences Survey, United States, January–June 2021. MMWR Morb Mortal Wkly Rep 2022;71:1301–1305. DOI:
http://dx.doi.org/10.15585/mmwr.mm7141a2

Bocanegra, J.O., Gubi, A.A., Fan, C.H., & Hansmann, P.R. (2015). Undergraduate psychology students' knowledge and exposure to school psychology: Suggestions for diversifying the field. *Contemporary School Psychology*, *19*(1), 12-20.

Cardoza, K. (2020). Prince George's Receives the Fourth Highest Number of Unaccompanied Minors in the Country. https://dcist.com/story/20/12/14/unaccompanied-minors-prince-georges-county-schools-trauma/

Creswell, J., & Plano-Clark, V. (2018). *Designing and conducting mixed methods research*. Thousand Oaks, CA: Sage.

Dinsdale, R. (2017). The role of leaders in developing a positive culture. *BU Journal of Graduate Studies in Education*, *9*(1), 42-45.

Dusenbury, L., Brannigan, R., Falco, M., & Hansen, W. B. (2003). A review of research on fidelity of implementation: Implications for drug abuse prevention in school settings. Health Education Research, 18(2), 237-256. doi:10.1093/her/18.2.237

Miles, M. B., Huberman, A. M., & Saldaña, J. (2014). Qualitative data analysis: A methods sourcebook. Thousand Oaks, CA: Sage Publications.

National Association of School Psychologists. (2021). Shortages in school psychology: Challenges to meeting the growing needs of U.S. students and schools [Research summary].
https://www.nasponline.org/resources-and-publications/resources-and-podcasts/school-psychology/shortages-in-school-psychology-resource-guide

Silva, A.E., Newman, D.S., Guiney, M.C., Valley-Gray, S., & Barrett, C.A. (2016). Supervision and mentoring for early career school psychologists: Availability, access, structure, and implications. *Psychology in the Schools*, *53*(5), 502-5016. https://doi.org/10.1002/pits.21921

Skalski, A.K., Minke, K., Rossen, E., Cowan, K.C., Kelly, J., Armistead, R., & Smith, A. (2015). NASP Practice Model Implementation Guide. Bethesda, MD: National Association of School Psychologists.

Young, E.L., Moulton, S.E., Julian, A., Smith, A., & Butler, R. (2020). Retention and job satisfaction of school psychologists. *Psychology in the Schools*, *58*(3), 585-600. https://doi.org/10.1002/pits.22465

PR/Award # S184H220158
Page e45

AR001672

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1234-PGCPSUSDESBMHResumes.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**AR001673**

# ELIZABETH L. FAISON (SESSOMS), Ph.D., NCC, LCPC
## Curriculum Vita

## CONTACT INFORMATION

Cell:  (202) 607-6685
E-mail: Elizabeth.Sessoms@pgcps.org

## EDUCATION

**Ph.D. Counselor Education and Supervision  (August 2022)**
Regent University, Virginia Beach, VA (CACREP Accredited)

**Ma.Ed. Counseling Education (May 1997)**
East Carolina University
Greenville, North Carolina;   Elected to Chi Sigma Iota (Honor Society)

**B.A. Sociology/Social Work (May 1992)**
Elizabeth City State University
Elizabeth City, North Carolina

## CERTIFICATION AND LICENSURE

**Supervision and Administration**

*Superintendent I* - Advanced Professional Certificate
Maryland State Board of Education - Valid thru 6/30/2027

*Supervisor of Guidance* – Advanced Professional Certificate
Maryland State Board of Education - Valid thru 6/30/2027

*Administrator I License* - Advanced Professional Certificate
Maryland State Board of Education - Valid thru 6/30/2027

*Administrator II License* –  Advanced Professional Certificate
Maryland State Board of Education - Valid thru 6/30/2027

**Counseling and Student Services**
*National Certified Counselor*
National Board for Certified Counselors and Affiliates, Inc. - Valid thru  7/31/2023

*School Counselor* - Advanced Professional Certificate
Maryland State Board of Education – Valid thru 6/30/2027

*Pupil Personnel Worker* - Advanced Professional Certificate
Maryland State Board of Education - Valid thru 6/30/2027

*Licensed Clinical Professional Counselor (LCPC)* - #LC6684 *(Active)*
Maryland Department of Health (DMH)

AR001674

## LEADERSHIP, MANAGERIAL AND SUPERVISORY EXPERIENCE

**Associate Superintendent of Student Services (September 2020 – Present)**
**Division of Student Services**
**Prince George's County Public Schools, Upper Marlboro, MD**

Under the direction of the Chief of School Leadership and Support, the Associate Superintendent of Student Services provides direct supervision to the following offices: College Readiness, IDEA Section 504 Services, International Student Admissions and Enrollment, Professional School Counseling, Psychological Services, Pupil Personnel Services, McKinney Vento Programs, Home and Hospital Teaching, Home  Schooling, School Health, Student Engagement and School Support and Student Records, Transfers and Archival Services. Additional focus includes Positive Behavior and Supports (PBIS), Restorative Practices, Mental Health, Bullying and School Intervention Team work.

**Director of Student Services (December 2015 – 2020)**
**Division of Student Services**
**Prince George's County Public Schools, Upper Marlboro, MD**

- In 2015, under the direction of the Chief of Student of Student Services, the department was restructured; the Director of Student Services provided direct supervision to the following: Office of Professional School Counseling, IDEA Section 504 Services, International Student Counseling Office, Pupil Personnel Services, McKinney Vento Programs, Home and Hospital Teaching, Home Schooling, Office of College Readiness and Student Engagement and School Support which included Positive Behavior and Supports (PBIS), Restorative Practices;
- In 2018, the Director of Student Services' role expanded to supervise the Department of Student Services which include the aforementioned departments with the addition of the following: Student Records/Transfers/Archival Services, School Health (nurses), School Psychologists, and Bullying;
- In 2019, the Director's role expanded to include supervision of the Mental Health Coordinator and intensive efforts to ensure mental health services across the district through crisis response, threat assessment administrative procedures, non-suicidal self-injury protocols and the vetting of adequate providers into the system;
- Manages a departmental budget of $53,785,916 in local funds for 449 full time employees;
- Served on Mental Health RFP team to solicit providers through Kirwan /Community Schools and Safe School funds and continues to implement the saturation of mental health services;
- Works collaboratively with internal and external stakeholders to accomplish PGCPS' strategic and departmental goals;
- Leads the district's attendance, discipline, mental health, immunization and school safety priorities;
- Participates in and provides ongoing professional development to principals, staff and parents;
- Awarded 2020 School Counselor Advocate of the Year by the Maryland School Counselor Association; and Provides ongoing assistance to the district's Reopening Plan due to COVID19 pandemic.

**Director of Guidance and Pupil Personnel Services (December 2014 – 2015)**
**Division of Student Services**
**Prince George's County Public Schools, Upper Marlboro, MD**

AR001675

- Under the direction of a Chief of Student Services, serves as a visionary and provides oversight for the Department of Guidance and Pupil Personnel Services to include: Office of Professional School Counseling, Pupil Personnel Services, Homeless Education, 504 Services and the Court Liaison;
- Establishes an atmosphere and culture of support, collaboration, transparency, nurturing, and capacity building while holding staff to high standards as content area specialists;
- Assesses needs, establishes priorities; and assists staff with the development of specific objectives and strategies in accordance with PGCPS' strategic goals, Coherence Framework and PGCPS' theory of change;
- Implements the process and procedures for the evaluation of each program and staff performance;
- Develops an operational framework for the unit; establishes procedures for monitoring its operation and makes changes for optimal achievement for parents and students;
- Maintains effective directional and inspirational communication within the unit; develops personnel for maximum effectiveness;
- Develops a budget based on an analysis of needs and awareness of availability of resources; develops priorities within budgetary limitations; approves and monitors the expenditure of funds;
- Interprets Board policies and procedures to staff and makes recommendations to the Chief of Student Services on policies and procedures pertinent to the operation of the unit within the division;
- Interprets programs to community groups throughout the County through meetings, bulletins, newsletters, other media;
- Inquires and become knowledgable of each office's priorities, goals, achievements and challenges and works to advocate to remove barriers to program implementation;
- Attends and conducts system-wide meetings at professional development at various levels;
- Provides weekly and annual reports outlining all of progressive implementation of all programs and the major accomplishments of each entity; and
- Provides assistance to and serves as designee of the Chief of Student Services as needed.

**Supervisor of School Counselors (September 2010 – December 2014)**
**Office of School Counseling Services**
**Prince George's County Public Schools, Upper Marlboro, MD**

- Developed, coordinated, consulted, managed, and evaluated counseling services towards college and career readiness for a student population of 125,000 (204 schools);
- Provided leadership, oversight and direction to 325 - 360 school counselors to increase their level of competency and efficacy in delivering equitable and accessible services to all students;
- Developed the Performance Management Plan, master plan strategic goals, objectives and driver actions to accomplish the system's overall goals aligned with the ASCA Model and Transformed School Counseling Initiative;
- Worked to increase the rate of college application and admissions, scholarships, students enrolled in AP courses, 8th graders with a career assessment, FAFSA completion and graduation;
- Rolled out new electronic Personal Education Plan for Grades 1,4,7,9th and 11th;
- Project Manager for roll-out and implementation of ConnectEDU college planning and exploration platform;
- Revised counselor job description to reflect new "School Counselor" title in accordance to recent Code of Maryland Annotated Regulations (COMAR) and developed counselor evaluation aligned with Framework for Teaching;
- Assessed in-service needs and provides leadership in development and implementation of ongoing staff development for all school counselors towards College and Career Readiness, Data Utilization and Effective Counseling Practices/Programs;
- Partnered with local universities and colleges to place counseling students in internships and practicums in PGCPS; (Over 150 students in 4 years)
- Provided formal and informal counselor observations with meaningful feedback to counselors;

AR001676

- Coordinated ongoing curriculum writing for guidance services grades K-12;
- Assisted with community outreach and public relations activities;
- Assisted with recruitment and interviewing applicants for counseling positions; (Hosted 3-day screening fair – 60 candidates interviewed in 2014-2015).
- Provided oversight of all facets of annual $500,000 budget for the department while establishing and modifying priorities in relationship to budget allocations; and
- Facilitated and monitored revisions of administrative procedures maintained by the Office of School Counseling (AP 4104 and AP 5130).

**Coordinating Supervisor of Pupil Personnel Services (November 2006 - September 2010)**
**Office of Pupil Personnel Services**
**Prince George's County Public Schools, Upper Marlboro, MD**

- Directed the Office of Pupil Personnel Services and all work related to the early identification of students, planning and implementation of interventions, monitoring of student progress and the evaluation of services to address barriers to learning;
- Governed all daily operations; approved and ensured accurate documentation of personnel actions for a department of 110 staff members, including 4 Instructional Supervisors;
- Served on the Chief's and the Deputy Superintendent's Leadership Team to report progress of all work related to the school-based Pupil Personnel Worker (PPW) initiative; to inform all area directors of potential challenges and to collaboratively negotiate feasible resolutions across all Student Services' program offices;
- Created program objectives and strategies to align with the system's goals for the strategic master plan on behalf of Pupil Personnel Services;
- Managed department's $2 million budget ensuring the procurement and  encumbrance of funds were fiscally aligned with the achievement of program goals;
- Provided intensive training to all PPWs in the proactive school based PPW model during an Annual Summer Training Institute "Boot Camp";
- Through partnership with Commission of Children Youth and Families, free training was provided for Pupil Personnel Workers on Truancy Prevention and Intervention, Building Effective Partnerships with the Family, Case Management, and the Check and Connect Intervention Model;
- Constructed program implementation, student monitoring and data reporting documents, including the critical data and monthly summative reports, accountability logs; suspensions, attendance and expulsion tracking spreadsheets; and
- Ensured compliance to all administrative procedures, law enforcement, truancy court and Interagency procedures for processing habitually truant students.

**Executive Director of Counseling Support Services (October 2005 - November 2006)**
**Office of Guidance and Counseling Services**
**District of Columbia Public Schools, Washington DC**

- Provided continued leadership and direction in the planning, development, coordination and implementation of guidance and counseling office;
- Served on an organizational team responsible for transitioning social workers (100) and psychologists (100)  under the Office of Guidance and Counseling Services;
- Facilitated the proposal for the Education Trust as they provided over $120,000 of professional development to DC Public School Counselors in Modules 1-5 of Transforming School Counselor Initiative;
- Planned and facilitated a College Access Stakeholder's Forum at Catholic University;
- Provided oversight to the Character Education program as four schools received the National Award of Character;

AR001677

- Provided oversight to the second year of the Counseling Demonstration Grant, co-written by the University of Maryland to provide exemplar counseling strategies to address attendance, discipline referrals and standardized test scores;
- Hosted Gear Up and DC College Access Program (DC CAP) reception to welcome new Gear Up advisors to the high schools with their matriculating cohort; and
- Served as the district's link with the University of North Carolina 16- College System to facilitate the smooth transition of our students due to the new 4 unit math requirement by the college system.

**Director of Guidance and Counseling Services (July 2004 – October 2005)**
**Office of Guidance and Counseling Services**
**District of Columbia Public Schools, Washington, DC**

- Spearheaded the "Transforming School Counseling Initiative" which included the development of a DCPS Counseling Handbook, revised job description, evaluation tool, counselor and principal training on new role of school counselors;
- Coordinated and managed the dual enrollment, High School College Program (HISCIP), which negotiated the entry of 100 eleventh grade students into college courses throughout universities in the District of Columbia and the University of Maryland;
- Served as the system's liaison to expose students to opportunities for career and college awareness in collaboration with the Office of Career and Technology Education;
- Networked with universities, community agencies and professional associations including the US Department of Education to provide new programs, resources and professional development to DCPS counselors, parents, students and the community;
- Oversaw the continued program implementation of the Character Education grant; and
- Networked with related student service offices i.e. social workers, psychologists, Student Services and Security to establish new crisis response/intervention model.

**Elementary Counseling Coordinator (December 2002 – June 2004)**
**Office of Guidance and Counseling Services**
**District of Columbia Public Schools, Washington, DC**

- Coordinated the guidance and counseling program strategies for all elementary schools in the DC Public School System with an enrollment of 60,000 students;
- Provided recommendations to school-based staff on guidelines for effective use of counselors and programs to meet the needs of students;
- Provided leadership, development, evaluating and supervision of the counseling services;
- Provided technical assistance, modeling and mentoring opportunities for counseling best practices to staff;
- Identified city-wide programs and resources and enter partnerships with community agencies and university and other educational private or public organizations;
- Provided on-site crisis response in various DC Public Schools; and
- Conducted extensive research on various school districts' counseling curriculum to model DCPS' Counseling Handbook.

## COUNSELING EXPERIENCE

*Professional Counseling Services*

**Hope Infusion Transformational Services (2016 – Present)**
Private Practice - Individual Coaching
Accokeek, Maryland

AR001678

**Community Partnership Awareness Council Diversionary Program - (May – Dec  2014)**
Community Counseling – Assessments; Individual and Group Counseling for Adolescents and Families
Pre-Doctoral Clinical Internship
Landover, Maryland

**Project SAFE - (May – August 2014)**
Private Practice - Individual and Group Counseling for Adolescents and Families
Pre-Doctoral Clinical Internship
Alexandria, Virginia

**Project SAFE - (May – August 2013)**
Private Practice - Individual and Group Counseling for Adolescents and Families
Pre-Doctoral Clinical Practicum

**Crossland Evening High School - (September - November 2012)**
Psychoeducational Girls' Group (8 week session)
Pre-Doctoral Advanced Group Counseling Practicum
Temple Hills, Maryland

**Prince William County Public Schools - (August 1997 - June 2002)**
Leesylvania Elementary School
School Counselor
Woodbridge, Virginia

**Bertie County Public Schools (February 1994 - June 1997)**
Aulander and Askewville Elementary Schools
School Counselor
Aulander, North Carolina

*Community-based Counseling Services*

**Church of the Rock, Counseling Program - (2009 - Present)**
Counselor
Capital Heights, Maryland

**Jabbok International Fellowship, Counseling Program – (2007-2009)**
Provided Counseling Services
Forestville, Maryland

**Jacob's Ladder – Juvenile Alternative Placement Program – (2007-2008)**
Counselor
Forestville, Maryland

## TEACHING and TRAINING EXPERIENCE

*Continuing Education Course Instruction*

**Bowie State University (Fall Semester 2014)**
School of Education
Bowie, Maryland
Approved to Teach: Human Growth and Development

AR001679

Bowie State University provides 15-week (semesterized) courses to students for continuing credit towards certification, licensure, renewal credit and degree completion. Courses are taught based upon student enrollment.

**Catholic University of America (Summer 2010 - 2012)**
Professional Development Workshops & Institutes
School of Education
Washington, District of Columbia
Approved to Teach: Group Counseling and Introduction to Counseling

Catholic University provides a number of 8 week courses to counselors and administrators for continuing credit towards certification, licensure or renewal credit. Courses were taught based upon course enrollment.

*Public School System Instruction*

**Prince George's County Public Schools (2010 - Present)**
Bloodborne Pathogen Exposure Prevention (Full Course)
Cultural Competence and Racial Bias (Full Course)
Employee Code of Conduct (Custom)
Prince George County Child Abuse: Mandatory Reporting (Full Course)
Sexual Harassment: Student Issues & Response (Full Course)
Youth Suicide: Awareness, Prevention and Postvention (Full Course)

**District of Columbia Public Schools (2002 - 2006)**
Monthly Professional Development Workshops for School Counselors (K-12)
Taught one – three hour session on each capacity building topic (*School Counselor Accountability, Engaging Classroom Guidance Lessons, Program Development, Group Counseling Techniques, Crisis Response, Suicide Prevention and Postvention, Using Data, Career Assessments, College and Career Readiness, Sexual Abuse and Mandated Reporting*)

**Prince George's County Public Schools (2006 - 2010)**
Monthly Professional Development Workshops to Pupil Personnel Workers
Upper Marlboro, Maryland
Taught one – three hour session on each capacity building topic (*Crisis Response, Using Data to Gauge our Work, Sexual Abuse and Mandated Reporting, Drop-out Prevention Strategies, Attendance Policies*)

*Non-Profit Organization Instruction*

**The College Board Master Trainer (Summer 2003)**
CollegeEd Curriculum is a college preparatory curriculum for 8th - 12th graders which provides students with information on choosing a career, career assessments, college knowledge (public, private), college affordability, college selection and application process, college admissions testing and academic advisement.

*College Ed Curriculum*, (Train-the-trainer 2-day model)
Delaware School System, Delaware
30 teachers and administrators participated in the training.

*CollegeEd Curriculum*, (Train-the-trainer 2-day model)
Baltimore County Public Schools, Baltimore, Maryland
60 teachers and administrators participated

*CollegeEd Curriculum*, (Train-the-trainer 3-day model)
Georgia Public School System, Savannah, Georgia

AR001680

40 teachers and administrators participated

*Community-Based Organization Instruction*

**Jacob's Ladder (2008 - 2009)**
Juvenile Alternative Placement Program
Forestville, Maryland
Conducted Mentoring Institute (2 four-month training sessions held)

Jacob's Ladder is a diversionary program partners with law enforcement to provide a second chance for students who are truant or have legal charges to receive tutoring, mentoring and counseling services to reduce recidivism. Students who successfully matriculate through the program are forgiven all legal recourses. This program contained 15 mentors who participated in the training.

## PUBLICATIONS

**Dissertation**

**Faison, E.** (2022). Exploring the relationship between spiritiful abuse and attrition in the black church.

    [Unpublished doctoral dissertation]. Regent University.

**Book Chapter**

Cooper-Nurse, J., Philip, S., **Sessoms, E.**, Boley, F.D., & Mikkelson, S. (2012). Teaching peer group
    supervision in an online environment. In J.S. Glass and K. Dotson-Blake (Eds.), Online group
    activities to enhance counselor education (pp. 131-142). Alexandria, VA: Association for
    Specialists in Group Work.

**Unpublished Manuscript**

**Sessoms, E.,** Sutherland, S., & Ebersole, D. (2011). Factors influencing effective post-secondary
    planning: A look at impacts of school counselors' beliefs and actions.

**Non-Refereed School Counseling Reports and Guidelines**

**Faison, E.** Block Scheduling and School Counseling Report

**Faison, E.,** (2013). Impact Study – Schools Without Counseling Services SY 2012-2013.

**Faison, E.** (2012) College and Career Readiness in Prince George's County Public Schools – Maryland
    Department of Education Report

**Faison, E.** (2011) Prince George's County Public Schools' - Vital Counseling Services by Level

**Faison, E**. (2011). College and Career Counseling Matrix

Mitchell, N., & **Sessoms, E.** (2006). "U.S. Department of Education Grant Performance Report (ED
524B)", for the S.H.I.N.E. grant, Elementary and Secondary Counseling Demonstration Grant. PR/ Number
#: Q215E040127.

AR001681

Mitchell, N., & **Sessoms, E.** (2005). U.S. Department of Education Grant Performance Report (ED 524B), for the S.H.I.N.E. grant, Elementary and Secondary Counseling Demonstration Grant. PR/ Number #: Q215E040127.

## PROFESSIONAL PRESENTATIONS

### *National Refereed*

Cooper-Nurse, J., **Faison, E**., Maynard, D., Sutherland, S. & Hartwig-Moorhead, H. (2014). Co-presenter on "Supervision Innovation: Advocating for Ethically Responsible Distance Supervision Competencies". State Conference sponsored by Southern Association of Counselor Education and Supervision (SACES) in Birmingham, Alabama.

**Sessoms, E.,** Sutherland, S. (2012). Co-presenter on "Factors Influencing Effective Post-Secondary Planning: A Look at Impacts of School Counselors' Beliefs and Actions". National Conference sponsored by the National Office of School Counselor Advocacy (NOSCA) in National Harbor, Maryland.

### *State Non-Refereed*

Williams, C., **Faison, E.** ( 2014, August). Presented "Hope + Mentoring = Graduation", (5-hour training) conducted for Our House Mentoring Program to increase student retention at Coppin State University, Baltimore, MD.

**Sessoms, E.** (2012, November). Presented on "Working with Diverse Families to Ensure College and Career Readiness". State Conference sponsored by Maryland Association of Pupil Personnel (MAPP) in Bowie, Maryland.

**Sessoms, E.** (2012, May). Presented on "Abandoning Antiquated Counseling Practices". State of Maryland's Counseling Supervisors' Conference sponsored by Maryland State Department of Education at University of Maryland, University College in Baltimore, Maryland.

**Sessoms, E.** (2008, May). Presented on "The New School-Based Pupil Personnel Worker Model". State Conference sponsored by Maryland Association of Pupil Services Administrators' (MAPSA) in Baltimore, Maryland.

### *Local Non-Refereed*

**Faison, E.** (2015, March). Presented on " Remaining Laser Sharp as Professionals: Mental Health, Compassion Fatigue and Ethical Practices in Home and Hospital Teaching". Prince George's County Public Schools' Home and Hospital Teachers' training in Landover, MD. A one- hour session sponsored by the Division of Student Engagement and School Support.

**Faison, E.** (2015, March). Presented on " Briefing on Mental Health Issues in Prince George's County Public Schools". Prince George's County Health and Human Services Committee in Upper Marlboro, MD for the Prince George's County Administration.

**Faison, E.** (2013, November). Presented on " Suicide in High Schools: Prevention and Postvention Strategies". Prince George's County Public Schools' Pupil Personnel Workers' training, Landover, MD. A one-hour session sponsored by the Office of School Counseling Services.

AR001682

**Faison, E.** (2013, September).  Presented on " Ethical Practices in Home and Hospital Teachingl".  Prince George's County Public Schools' Home and Hospital Teacher's Training, Landover, MD. A one- hour session sponsored by the Division of Student Engagement and School Support.

**Faison, E.** (2013, August).  Presented on " Delivering Comprehensive Counseling Programs through the ASCA Model".  Prince George's County Public Schools' Back to School Counselor Caucus, Landover, MD. A two- hour session sponsored by the Office of School Counseling Services.

**Faison, E.** (2013, August).  Presented on " Delivering Comprehensive Counseling Programs through the ASCA Model".  Prince George's County Public Schools' Principal Institute, Upper Marlboro, MD. Three (1) hour sessions provided, sponsored by the Division of Community and Family Engagement.

**Faison, E.** (2013, March).  Presented on "Maximizing School Counseling Resources to Support Academic Achievement". Prince George's County Public Schools' New Principals New Leaders training. A one-hour session sponsored by PGCPS' Office of Talent Development, Capital Heights, Maryland.

**Faison, E.** (2013, March).  Presented on "Working with Diverse Families to Ensure College and Career Readiness" (2 hour session).  Prince George's County Public Schools' Pupil Personnel Workers' training. Sponsored by PGCPS' Office of Pupil Personnel Workers; Landover, Maryland.

**Faison, E.** (2013, February).  Invited guest to School Counseling Course to present on "School Counseling in PGCPS: An Inside Scoop" (1 hour session).  Provided to University of Maryland Counseling students at University of Maryland, moderated by Dr. Julia A. Bryan; College Park, Maryland.

**Faison, E.** (2013, February).  Invited guest to School Counseling Course to present on "School Counseling in PGCPS: An Inside Scoop" (1 hour session).  Provided to Bowie University Counseling Students at Bowie University; moderated by Dr. Audrey Lucas; Bowie, Maryland.

**Faison, E.** (2012, September).  Presented on " Ethical Practices in Home and Hospital Teaching".  Prince George's County Public Schools' Home and Hospital Teacher's Training, Landover, MD. A one- hour session sponsored by the Division of Student Engagement and School Support.

**Sessoms, E.** (2012, August).  Presented on "Abandoning Antiquated Counseling Practices".  Prince George's County Public Schools' Back to School Counseling Caucus, Landover, MD.  A two- hour session.

**Sessoms, E.** (2012, July).  Presented on "Abandoning Antiquated Counseling Practices".  Prince George's County Public Schools' Principal Summer Institute, held in July; Upper Marlboro, MD. Three (1) Hour sessions provided.

**Sessoms, E.** (2011, January).  Presented on " Bullying, Cyberbullying, Sexting and Your Child" at Laurel Advocacy Referral Services (LARS), in Laurel, Maryland. Sponsored by the Homeless Education Advisory Council in partnership with the PGCPS Homeless Education Office.

Bryan, J. A., Fitzhugh, N., **Sessoms, E.** (2011, August).  Co-presented on "Counselors as Supervisors in a Meaningful Intern and Practicum Experience" (2 hour session) in Berwyn Heights, Maryland in January.  Training provided in   Partnership with the University of Maryland for school counselors assigned as on-site supervisors for intern or practicum student placements.

**Sessoms, E.** (2009, August).  Presented on "Strategies for Increasing Student Attendance" to all Non-
Public Schools.  Sponsored by PGCPS' Nonpublic Office; Landover, Maryland.

**Sessoms, E.** (2008, May).  Presented on "Using Data to Gauge our Success" for all PGCPS' Pupil
Personnel Workers in Upper Marlboro, Maryland.  Sponsored by the Division of Student
Services, Office of Pupil Personnel Services.

**Sessoms, E.** (2007, August).  Presented on "Conducting Needs Assessments in Program Planning" for all
PGCPS' Parent Liaisons in Oxon Hill, Maryland.  Sponsored by the Office of Community
and Family Engagement.

**Sessoms, E.** (2007, April).  Presented on " Truancy in Prince George's County Public Schools: A
Priority in Perspective", PGCPS Board of Education meeting held in Upper Marlboro, Maryland.
.
**Sessoms, E.** (2003, May).  Presented on "Mental Health for the Educator" for the District of Columbia
Public Schools teachers. Sponsored by the Office of Professional Development; Washington, DC.

**Sessoms, E.** (2004, September).  Presented on "Operationalizing the New Counseling Handbook"for
District of Columbia Public Schools' counselors.  ( 6 hour session).  Sponsored by the Office of
School Counseling, Washington, DC.

**Sessoms, E.** (2002, May).  Presented on "Developing a Comprehensive School Counseling Program",
for the District of Columbia Public Schools Counselors. (3 hour session). Sponsored by the Office of
School Counseling, Washington, D.C.

## GRADUATE PRESENTATIONS AND COMMUNITY BASED LECTURES

**Faison, E.** (2013, November).  Presented on " Connecting to NACAC: Building Counselors Capacity for
College and Career Counseling", for a doctoral level counselor class at Regent University in
Virginia Beach, Virginia.

**Faison, E.**  & Wichterman, A. (2013, November).  Presented on " Teaching Human Growth and
Development", for a doctoral level counselor class at Regent University in Virginia Beach,
Virginia.

**Faison, E.** (2013, November).  Presented on "College and Career Readiness", for the National Black
Society of Engineers (NBSE) College and Career Summit at University of Maryland, College Park,
Maryland.

**Faison, E.** (2013, April).  Presented on " Project SAFE - Case Conceptualization, Treatment and Client
Outcomes", for a doctoral level counselor class at Regent University in Virginia Beach, Virginia.

Bohannon, D., Boley, F., **Faison, E.**, & Gaiduk, J., (2013, April).  Co-presented on " Results of a
Quantitative Study - The Joy of Life for Catholic Priest", for a doctoral level counselor class at
Regent University in   Virginia Beach, Virginia.

**Sessoms, E.** (2012, June).  Presented on "Experiencing Gay Affirming Christian Communities", for a
doctoral level counselor class at Regent University in Virginia Beach, Virginia.

Cooper-Nurse, J., Philip, S., Salwen, E., & Sessoms, **E.** (2012, June).  Co-presented on "Post-Traumatic
Growth Inventory", for a doctoral level counselor class at Regent University in Virginia Beach,

AR001684

Virginia.

**Sessoms, E.,** Sutherland, S. (2012, April).  Co-presented on "Group Supervision", for a doctoral level counselor class at Regent University in Virginia Beach, Virginia.

**Sessoms, E.** (2011, November).  Presented on " Multicultural Therapies:  The Intersection Between Religion and Sexuality", for doctoral level counselor class at Regent University in Virginia Beach, Virginia.


## CONTINUING EDUCATION COURSES AND SELECTED TRAININGS

*Continuing Education Courses*

**Liberty University, Lynchburg, VA**
Psychopathology and Counseling – Spring 2011

**Catholic University of America, Washington, DC**
Drug, Alcohol and Substance Abuse Counseling – Spring 2010
Practicum in Administrative Leadership – Spring 2009
Curriculum Development for Administrators – Spring 2009
Legal and Ethical Issues in Education and Special Education – Fall 2008
Clinical Supervision of Teachers – Fall 2008

**Trinity Washington University, Washington, DC**
Juvenile Delinquency – Spring 2008
Human Growth and Development – Fall 2008
Standardized Testing: Selection and Interpretation – Fall 2008


*Selected Trainings*

**National**
- American School Counseling Association (ASCA) Annual Conference, Philadelphia, PA (2013, June)

- America's Promise Alliance, Alliance for Excellent Education, Civic Enterprises, and Everyone Graduates Center, 2013 Building a Grad Nation Summit, Washington, DC (2013, February).

- National Office of School Counselor Advocacy (NOSCA) Annual Conference, National Harbor, MD (2012, April).

- United States Department of Education (USDE) FAFSA Completion Conference, Indianapolis, IN (2012, October)

**State**
- Maryland State Department of Education (MSDE), Bi-Annual State Counseling Supervisors' Training, Capitol College, Laurel, MD (2013, October)

- Maryland State Department of Education (MSDE), Bi-Annual State Counseling Supervisors' Training, Coppin University, Baltimore, MD (2013, May)

AR001685

- Maryland Association of Counseling Development (MACD), Annual Counseling Conference, John Hopkins, University, Baltimore, MD (2012, November)

- Maryland State Department of Education (MSDE), Bi-Annual State Counseling Supervisors' Training, University of Maryland University College, Baltimore, MD (2012, November)

- Educational Technology Research, Policy and Outreach, 11th Annual Cyberethics, Cybersafety and Cybersecurity (C3) Conference, (two-days) University of Maryland, College Park (2012, October)

- Maryland State Department of Education (MSDE), 3rd Annual Career and Technology Education and Project Lead The Way Counselors' Conference (STEM Focus), Crown Hotel, Timonium, MD (2012, October)

- The College Board's Middle States Fall Counselor Workshop, (3-hour session), Catholic University, Washington, DC (2010, October)

**Local**

- Prince George's County Public Schools' Supervisors' Institute, ( 7-hour training) on "Education that is Multicultural", "Leadership and Self-Deception". "Project Management" and "Effective Supervision" conducted at University of Maryland Conference Center, College Park, MD. (January, 2015)

- Partnership with John Hopkins University, "Implementing the New ASCA Model", (five 8-hour modules) conducted for Prince George's County Public School's Counselors, Landover, MD (2013-2014)

- ConnectEDU from Boston, MA, conducted"ConnectEDU College Planning and Exploration System" for Prince George's County Public School's Counselors (3-hour training), Landover, MD (May & October 2013)

- Prince George's County LGBTQ Youth Task Force & Department of Social Services', "Working with Transgender and Gender Non-conforming Youth 101", (8-hr session), Department of Family Services, Hyattsville, MD (2012, September)

- The College Board's Excelerator Group "Creating a College Going Culture", (2-day training), Prince George's County Public Schools' Counselors and Principals, Upper Marlboro, MD (June, 2012)

- SallieMae's "Kids2College Curriculum", (3-hour session), conducted by SallieMae for Prince George's County Public School Counselors, Landover, MD (2012, May)

- Sexual Minority Youth Assistance League (SMYAL), "Supporting LGBTQ Students in Schools", (three-hour session), Prince George's Public Schools, Landover, MD ( 2011, December)

- Maryland Association of Boards of Education (MABE) Legal Services Association's " A Day in the Life of a Pupil Personnel Worker", (Custody Issues, Student Records and Subpoenas, IDEA Section 504, Homeless and Unaccompanied Youth),Anne Arundel County Board of Education Annapolis, Maryland (2009, April)

- University of Minnesota conducted"Check and Connect" (2-day training) for Prince George's County Public Schools' Pupil Personnel Workers at Prince George's Community College (2008, September)

AR001686

- Commission of Children, Youth and Families' Case Management, Truancy Prevention and Intervention, Building Effective Partnerships with the Family" (3-day training), Prince George's County Public Schools' Pupil Personnel Workers, Prince George's Community College (2007-2008)

- Education Trust's "Transforming School Counselor Initiative", (5 days of training) for District of Columbia Public School Counselors at Galludet University, Washington, DC (2005, September - 2006, May)

- Department of Mental Health, "Critical Incident Stress Management (CISM)", (2-day training), for District of Columbia Public Schools, Catholic Univerity of America, Washington, DC (2004, October)

- George Sugai, University of Oregon,"Positive Behavior Interventions and Supports (PBIS)", (8- hour session), for District of Columbia Public Schools, through State Improvement Grant at Galludet University, Washington, DC (2004, September)

- The College Board's Fall Counselor Workshop, (3-hour session), American University, Washington, DC (2004, September)

## LEADERSHIP AND SERVICES

**National Service**

- Coordinated Membership Drive, for National Association of College Admissions Counseling (NACAC) Middle and High School Counselors in Prince George's County Public Schools (November 13 & 21, 2013)

**State Service**

- Member, Senate Bill 740 - College and Career Readiness Design Team for Maryland State Department of Education (August - September 2013)
- Member, State Mental Health Planning Council, Department of Mental Health (2005-2006)

**Local Service**

- Coordinator, Workshops and University Representatives, Prince George's County Public Schools' College and Career Summit (2013)
- Panelist, Chi Sigma Iota's Saturday "Counseling Workforce Preparation Workshop" for University of Maryland and John Hopkins's University joint session. (2013)
- Panelist, Chi Sigma Iota's Saturday "Counseling Workforce Preparation Workshop" for University of Maryland and John Hopkins' University (2012)
- Reviewer, Charter School Proposal Applications, School Counseling guidelines for Prince George's County Charter School Office (2013)
- Chair, PGCPS School Counselor Advisory Committee (2010)
- Superintendent's Designee - Local Management Board for Prince George's County (2007-2010)
- Panelist on Bill Cosby's Town Hall Meetings as School Representative, DCPS (2006)

AR001687

- Coordinator, Stand Tall And Reach (STAR) Scholarship Program (45)  $250-$1000 awards to DC Public School students (2006)
- Chair, College Success Day Committee with the CollegeBoard (served nearly 300 students, teachers, parents and counselors on a Saturday towards College admissions) (2006)
- Member, Jobs for America's Graduates' (JAG) steering committee (2005-2006)
- Chair, Early Intervention Team (district- level crisis intervention) (2005-2006)
- Member, SAT Awareness Campaign Committee (SAT Online Course) (2005-2006)
- Member, Sexual Harassment and Bullying Taskforce, DC Public Schools (2005 - 2006)
- Member, High School Restructuring Team - High School Redesign (2005-2006)
- Member, The Gates Foundation's "Double the Numbers' project, DC (2005-2006)
- Member, Grief and Loss Network, District of Columbia (2002-2006)
- DCPS/DC Informer Pronouncer for District Spelling Bee (2004)
- Reviewer, Scholarship Applicant Panel, Frederick B. Abramson Memorial Foundation (2003)

**Community Service**

- Member, Counseling and Community Outreach Team for Church of the Rock (2009-present)
- Chair, Women's Guild – Church of the Rock  (2011 – Present)
- Board Member, The Carpenter's Shop –Houston, Texas (2007-present)
- Board Member, House of Rizpah, Transitional House for Women, (2002 - 2008)
- Member of Jacob's Ladder Focus Team – Juvenile Alternative Placement (2007-2008)
- Department Chair for Counseling Program at Jabbok International Fellowship (2006-2008)
- NBC TV4/ DC Informer Pronouncer for 4th Annual Spelling Bee (2004)

## GRANTS

- ESSER I, II, III – Mental Health Clinicians ($7 million) – manages currently
- State Supplemental Grant ($4 million) – manages currently
- Project Director for Title IV Grant ($2 million) – manages currently (#7019, 7011, 7012)
- Project Director for Mental Health Demonstration Grant, awarded $1million – manages currently
- Project Manager and Writing Team - Heroin and Opioid Grant –awarded $444,000 to the Department of Student Services in PGCPS. Funded by Govenor Hogans – implemented in Prince George's County Public Schools.
- Writing Team – Maryland Center for Safe Schools Grant ($25,000)
- Writing Team – Safe Schools 2018 ($900,000)
- Project Director for Elementary and Secondary Counseling Demonstration Grant, awarded $1,149,006 in collaboration with the University of Maryland. **S**chool counselors **H**elping **I**nitiate **N**otable **E**xcellence (SHINE): Elementary school counseling expansion project. Project dates - August 2004 to June 2007. Funded by the U.S. Department of Education - implemented in DC Public Schools.

## PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS

**Current**
- American Counseling Association (ACA)
- American School Counseling Association (ASCA)
- Association for Counselor Education and Supervision (ACES)

AR001688

- Association of Multicultural Counseling & Development (AMCD)
- Association of Spiritual, Ethical and Religious Values in Counseling (ASERVIC)
- Licensed Clinicial Professional Counsleors of Maryland (LCPCM)
- Maryland School Counselor Association (MSCA)

**Previous**
- American Association of School Administrators (AASA)
- District of Columbia Counselor's Association (DCCA)
- District of Columbia School Counselor's Association (DCSCA)
- Maryland Association of Pupil Personnel (MAPP)
- National Association of College Admissions Counseling (NACAC)
- National Association of Pupil Services Administrators (NAPSA)
- National Career Development Association (NCDA)
- Potomac and Chesapeake Association of College Admissions Counseling (PCACAC)
- Tri-State Association of Pupil Services Administrators (TAPSA)

AR001689

**REFERENCES**

Adrian Talley
Director of Community Schools
Previous Executive Director
Prince George's County Public Schools
301-925- (office)
202- (cell)

Daryl Williams - (Immediate Supervisor)
Chief of Student Services
Prince George's County Public Schools
14210 School Lane
Upper Marlboro, MD 2
301- (office)
240-695-4462 (cell)

Gladys Whitehead, Ph.D.
Executive Director, Curriculum and Instruction
Prince George's County Public Schools
Instructional Support Services Center (ISSC)
9201 East Hampton Drive | Capitol Heights, MD 20743
301-808-8240 (office)
301-512-3706 (cell)

Dr. Richard D. Scott
School Counseling Specialist
Maryland State Department of Education
Division of Student, Family, and School Support
410.767.0288 (office)
202-391-5594 (cell)

Janice Briscoe – (Former Supervisor)
Special Projects Officer, Area 3 Office
Prince George's County Public Schools -- John E. Howard
4400 Shell Street
Capitol Heights, MD  20743
301-669-6000 (office)
301-442-3217 (cell)

Natasha Mitchell, PhD.
Professor
University of Maryland

Norma L. Day-Vines, Ph.D.
Professor
Counseling and Human Development
John Hopkins University

2800 N. Charles Street
Baltimore, MD 21218
301-516-7990 (office)
410-908-4983 (cell)

AR001691

**Scott Showalter, Ed.S., NCSP**
Rockville, MD 20850 • Showalter.Showalter@gmail.com • 734-945-3564 • linkedin.com/in/mrscottshowalter

## EDUCATION

- Ed.S., School Psychology, University of Kansas, Lawrence, KS                          2007
- B.G.S., Concentration in Psychology, University of Michigan, Ann Arbor, MI             2004

## PROFESSIONAL CERTIFICATION

- Adverse Childhood Experiences (ACE) Interface Master Presenter                        2019–Present
- Maryland Advanced Professional Certificate (Administrator I)                          2018–Present
- Nationally Certified School Psychologist (NCSP)                                       2007–Present
- Maryland Advanced Professional Certificate (School Psychologist)                      2007–Present

## PROFESSIONAL EXPERIENCE

**Coordinator of Psychological Services**                                              2021–Present
Prince George's County Public Schools (PGCPS), Upper Marlboro, MD
- Supervised over 100 school psychologists and graduate interns in their delivery of psychological services.
- Led the development of grant applications for mental health, trauma awareness, and community violence prevention projects, secured grant funds, and managed the implementation of grant programs to support thousands of students and staff.
- Served as lead consultant for principals and staff about suicide intervention, threat assessment, mental health, behavior challenges, and trauma-informed practices.
- Led the school district's Behavior Threat Assessment Oversight Team.
- Collaborated with internal and external stakeholders to accomplish the strategic goals of the school district.
- Created and managed multiple websites, databases and interactive forms.
- Maintained continuous adherence to IDEA and Section 504 for students who receive these services.

**Mental Health Coordinator**                                                          2018–2021
Prince George's County Public Schools (PGCPS), Upper Marlboro, MD
- Chosen by the Director of Student Services to serve as the school system's first mental health coordinator.
- Led the integration of 110+ contracted mental health clinicians from 10 mental health agencies into 110+ schools to increase students' access to mental health services. This includes vetting mental health agencies, facilitating meetings with agency leaders, professional development, data analysis and financial management.
- Coordinated the school system's mental health team, which focused on the work of mental health clinicians.
- Wrote federal and state grants and managed millions of dollars in grant funds and projects to increase students' access to mental health services, to provide school staff and families with mental health workshops and to provide calm space tools for students to improve their social-emotional and academic outcomes.
- Developed the school system's crisis response procedures and coordinated the school system's crisis team during 400+ crisis responses (2010-present) to provide consultation and support to school communities.
- Presented 250+ workshops (2007-present) to principals, educators, families and school community members to enhance their knowledge and skills to address mental health needs of students. Topics included crisis response, suicide prevention, behavior threat assessment, telehealth, behavior management and trauma sensitivity.
- Provided consultation to central office personnel, school administrators, school mental health professionals and families about challenging mental health situations.
- Partnered with the National Center for School Mental Health to lead the development of trauma sensitive school workshops for school administrators and staff.
- Chaired school system's Resilience in School Environment (RISE) committee to empower 40 schools to create safe and supportive learning environments to improve the social-emotional health of students and staff.
- Led school system's Behavior Threat Assessment Oversight Team, which includes training, review of cases, data management and case consultation with school-based behavior threat assessment teams.
- Led Department of Health's Behavioral Health Integration Committee to increase collaboration across behavioral health providers, community programs and schools.
- Participated in monthly state level meetings with Maryland Center for School Safety and Department of Health's Child Fatality committee.

AR001692

- Co-authored school system procedures on behavior threat assessment, non-suicidal self-injury, crisis preparedness, response and recovery, suicide prevention, intervention and postvention, and telehealth to improve processes, procedures, and trainings.
- Directed the organization of school system's mental health website and multiple online mental health databases.
- Collaborated with the Department of Special Education and Department of Student Services and their offices on many projects, programs and initiatives.
- Taught courses (2017-present) on suicide prevention, school crisis teams and behavior management to enhance the professional growth of school staff and administrators as they maintain recertification requirements.

**School Psychologist**                                                                                 2007–2019
Prince George's County Public Schools (PGCPS), Upper Marlboro, MD
- Supervised school psychology graduate interns (2011-2019) to prepare them for certification as school psychologists.
- Served as suicide prevention liaison between the Maryland State Department of Education and school system to develop a statewide suicide intervention database.
- Led the Suicide Prevention Committee, which included training all of the school system's school mental health professionals on best practices in suicide prevention and intervention, the development of suicide prevention presentations for school staff and the management of an online suicide intervention database to prevent suicide.
- Led the Crisis Team, Behavior Management, Spanish Club and PBIS committees.
- Administered, scored and interpreted cognitive, social, emotional, behavioral and curriculum-based assessments, linked results with evidence-based interventions and wrote comprehensive psychological evaluations to improve the academic, social, emotional and behavioral functioning of students.
- Guided the implementation of school-based Response to Intervention (RTI), which included training for school staff and the identification of interventions and progress monitoring tools to measure students' response to intervention.
- Consulted with parents, teachers and administrators about intervention planning and community resources in order to improve the academic, psychological and behavioral outcomes of students.
- Conducted functional behavioral assessments and developed behavior intervention plans with school teams to improve students' behaviors and academics.
- Utilized cognitive behavioral therapy in counseling sessions with students to help them understand how their thoughts and emotions impact their behavior.
- Led parent support groups about challenging behaviors, homework time and the special education process.
- Modeled and practiced social skills with students to improve their ability to get along with peers and adults.
- Served on school-based Positive Behavioral Interventions and Supports (PBIS) team as a PBIS Coach.

## AWARDS, HONORS & VOLUNTEERING

- National Association of School Psychologists GPR Certificate of Appreciation Award (national award)     2016
- Maryland School Psychologists' Association School Psychologist of the Year (award nominee)     2013-2015
- Youth basketball coach     2018-2019

## REFERENCES

**Dr. Elizabeth Faison**
Associate Superintendent of Student Services
Prince George's County Public Schools
Oxon Hill Staff Development Center
7711 Livingston Rd, Suite K
Oxon Hill, MD 20745
301-567-5702
Elizabeth.Sessoms@pgcps.org

**Dr. Florence Foreman**
Supervisor of Psychological Services
Prince George's County Public Schools
8908 Riggs Road
3rd Floor – Room 365
Adelphi, MD 20783
301-431-5630

AR001693

Florenc.Foreman@pgcps.org

**Ms. Doreen Pettigrew Hogans**
Supervisor of Professional School Counseling Services
Prince George's County Public Schools
Oxon Hill Staff Development Center
7711 Livingston Rd, Suite K
Oxon Hill, MD 20745
301-567-8669
Doreen.Hogans@pgcps.org

AR001694

# Emily Pasco

---

## Education
*Towson University, 8000 York Road Towson, MD 21204*

| | |
|---|---|
| Bachelor of Science in Psychology | *December 2011* |
| Master of Arts in Psychology | *July 2014* |
| Certificate of Advanced Study in School Psychology | *May 2016* |

---

## Professional Experience

**Mental Health Coordinator**                                      (September 2022-Present)
Prince George's County Public Schools
- Manage mental health services and professional development within the school system
- Collaborate with the local agencies that provide mental health services
- Lead the county Behavior Threat Assessment Oversight Team to maintain the safety of students and staff and provide professional development on threat assessment training
- Develop and monitor the implementation of state and federal grants to support the mental health services for students


**School Psychologist**                                      (August 2016 – September 2022)
Prince George's County Public Schools
*Kettering Middle School* – August 2016 – June 2018
*Kingsford Elementary School and Early Childhood Classrooms* – August 2018 – June 2020
*Imagine Foundations at Leeland Public Charter School* (k-8) – August 2018 – June 2021
*Barack Obama Elementary School* – August 2016 – September 2022
*Eleanor Roosevelt High School* – August 2021 – September 2022
- Participate in problem solving & IEP meetings to address academic, social-emotional, and behavior needs
- Conduct comprehensive psychological evaluations as part of the IEP process
- Conduct section 504 evaluations and assist in developing appropriate 504 plans
- Provide individual and group counseling services
- Conduct suicide risk assessments and behavior threat assessments in response to crises in the school building
- Develop functional behavior assessments and regularly review the effectiveness of behavior intervention plans
- Create data collection tools and analyze behavioral data
- Collaborate with community agencies and mental health professionals serving PGCPS students
- Collaborate with student service team members to facilitate school-wide implementation of Zones of Regulation Curriculum
- Provide consultation services to teachers, parents, administration, and school staff
- Collaborate with the Bilingual Psychological Assessment Team (BPAT) to conduct culturally-sensitive evaluations
- Conduct comprehensive evaluations for students with developmental delays to assist the IEP team with appropriate programing for kindergarten (Kingsford Early Childhood Classrooms)

*County Crisis Team Leader (January, 2019 – present)*
- Assist with the development and implementation of training for both new and returning crisis team members
- Meet with the school administrator to set the agenda for crisis response
- Assist with the development of a statement read to students and establish time when it will be read
- Consider how to communicate information about the crisis to young students, students with limited English proficiency, intellectual disabilities, or those who are deaf or hard of hearing.

AR001695

- Coordinate PGCPS Crisis Team members and other support staff to ensure that everyone understands their roles and responsibilities and works in conjunction with the building administrator to help identify and assess students and staff members who may be impacted by the crisis and provide them with assistance
- Debrief with school-based administration, crisis team members, and psychological services supervisory staff regarding the crisis response and any follow-up steps necessary
- Collect data regarding number of students and teachers provided with counseling


*Mental Health First Aid Instructor (July, 2018 – present)*
- Provided six 8-hour Youth Mental Health First Aid trainings to 80 PGCPS staff members
- Provided two 8-hour Adult Mental Health First Aid Trainings to 33 PGCPS staff members
- Participate in workgroup involving the Mental Health Coordinator to determine logistics of how to offer the training in the county

*Vice President, Prince George's County School Psychologist Association (PGCSPA)*
- Applied for and was awarded MSPA professional development grant for "What's Beyond the Veil of Resilience: Overcoming Trauma and Adversity" presented to PGCPS school psychologists (2022)
- Participated in systemic advocacy efforts to increase staffing of school psychologists in PGCPS
- Assist in coordinating events for Children's Mental Health Matters! Week and School Psychology Awareness Week
- Coordinate events to benefit community organizations that serve PGCPS students
- Serve as liaison between PGCSPA and Maryland School Psychologists Association (MSPA)

**Teacher**                                                                                                    (May 2012 – March 2013)
Phanom Sarakham "Phanom Adun Witthaya" School, Chachoengsao, Thailand
- Prepared and delivered daily lesson plans for 6 classes (of 30-45 students) of various English levels
- Created exams to measure in-class learning and provided clear and comprehensive feedback
- Conducted weekly English lessons for school teachers and staff members
- Created and directed after-school clubs to encourage student exercise

---

## Presentations and Trainings

- "Mental Health Matters" for Eleanor Roosevelt High School Students (March, 2022)
- "Self-Care Tips" for Teachers (March, 2021)
- Crisis Team Training for New and Returning Members (2018, 2019, and 2020)
- "Ask a School Psychologist" Q&A sessions of the PGCPS Parent Empowerment Conference (October, 2019)
- "Trauma-Sensitive Schools" to PGCPS assistant principals (August, 2019)
- "Human Trafficking Warning Signs" to PGCPS Board of Education members and community stakeholders (February, 2018)
- "Suicide Prevention" to teachers and administrators at Washington New School and Church (October, 2018)


## Professional Certifications and Memberships

- Nationally Certified School Psychologist (2016- Present)
- National Association of School Psychologists Member (2013-Present)
- Maryland School Psychologists Association Member (2013-Present)
- Prince George's County School Psychologists Association Member (2015- Present)

AR001696

**Project Coordinator**

**(Contract Part-Time Position)**

**Job Description**

Summary: The project coordinator will be in charge of assisting our project co-directors in implementing and managing the **Strategic Talent Acquisition Roadmap (STAR)** grant initiative. This task involves monitoring project plans, schedules, budgets, and expenditures, organizing and participating in stakeholder meetings, and ensuring that project deadlines are met in a timely manner.

**Project Coordinator Responsibilities:**

- Maintaining and monitoring project plans, project schedules, work hours, budgets, and expenditures.
- Organizing, attending, and participating in stakeholder meetings.
- Documenting and following up on important actions and decisions from meetings.
- Preparing necessary presentation materials for meetings.
- Ensuring project deadlines are met.
- Determining project changes.
- Providing administrative support as needed.
- Undertaking project tasks as required.
- Developing project strategies.
- Ensuring projects adhere to frameworks and all documentation is maintained appropriately for each project.
- Assess project risks and issues and provide solutions where applicable.
- Create a project management calendar for fulfilling each goal and objective.
- Work closely with Grants Financial Management Office (GFMO) and Strategic Planning and Resource Management (SPRM) Department to ensure compliance with all grant requirements.

**Project Coordinator Requirements:**

- Bachelor's degree in business or related field of study.
- Three years of experience in a related field.
- Exceptional verbal, written, and presentation skills.
- Ability to work effectively both independently and as part of a team.
- Experience using computers for a variety of tasks.
- Competency in Microsoft applications including Word, Excel, and Outlook.
- Knowledge of file management, federal grant guidelines, and other administrative procedures.
- Ability to work on tight deadlines.

AR001697



JOHNS HOPKINS
SCHOOL of EDUCATION

October 30, 2022

Elizabeth Faison, Ph.D.
Associate Superintendent of Student Services
Prince George's County Public Schools
Oxon Hill Staff Development Center
7711 Livingston Rd, Suite I
Oxon Hill, MD 20745

Dear Dr. Faison:

On behalf of the Johns Hopkins University School of Education, I am pleased to support Prince George's County Public Schools (PGCPS) *Strategic Talent Acquisition Roadmap (STAR) Project*.

I understand that the proposed initiative will strive to increase the number of credentialed mental health providers through a strategic recruitment and retention plan, as well as focus efforts on attracting ethnically and culturally diverse mental health providers to support the expansion of mental health services across schools throughout Prince George's County.

Johns Hopkins University School of Education offers a master's concentration in school counseling that prepares individuals to counsel K-12 students and their families as well as serve as leaders and advocates. We believe that our program will be instrumental in preparing the individuals recruited by PGCPS. We have had success in working alongside PGCPS over the years on various initiatives, and we believe that PGCPS is taking a bold step through the STAR initiative to provide expanded mental health services to its most vulnerable student populations.

We welcome this opportunity to work with you. If funded, we may require the development of a memorandum of understanding to govern our respective relationship and responsibilities for the proposed project.

Respectfully,

Christopher Morphew, Ph.D.
Dean, School of Education

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** `1240-PGCPSSBMHBudgetNarrative.pdf`

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

Tracking Number:GRANT13748187    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 04:40:00 PM EDT

AR001699

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

### Section A - Budget Summary U.S. Department of Education Funds

| Budget Categories | Fund XXXX Project Year 1 | Fund XXXX Project Year 2 | Fund XXXX Project Year 3 | Fund XXXX Project Year 4 | Fund XXXX Project Year 5 | Total |
|---|---|---|---|---|---|---|
| 1 - Personnel | $ 130,000 | $ 130,000 | $ 130,000 | $ 130,000 | $ 130,000 | $ 650,000 |
| 2 - Fringe Benefits | $ 9,945 | $ 9,945 | $ 9,945 | $ 9,945 | $ 9,945 | $ 49,725 |
| 3 - Travel | $ 21,900 | $ 22,540 | $ 22,540 | $ 23,320 | $ 23,320 | $ 113,620 |
| 4 - Equipment | $ - | $ - | $ - | $ - | $ - | $ - |
| 5 - Supplies | $ 16,400 | $ 10,200 | $ 10,200 | $ 10,200 | $ 10,200 | $ 57,200 |
| 6 - Contractual | $ 205,204 | $ 205,204 | $ 185,204 | $ 185,204 | $ 38,204 | $ 819,020 |
| 7 - Construction | $ - | $ - | $ - | $ - | $ - | $ - |
| 8 - Other | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 100,000 |
| Total Direct Costs (lines 1-8) | $ 403,449 | $ 397,889 | $ 377,889 | $ 378,669 | $ 231,669 | $ 1,789,565 |
| Indirect Costs* | $ - | $ - | $ - | $ - | $ - | $ - |
| Training Stipends | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Costs (lines 9-11) | $ 403,449 | $ 397,889 | $ 377,889 | $ 378,669 | $ 231,669 | $ 1,789,565 |

### Prince George's County Public Schools - In Kind Contribution (% of Staff Salary) - Budget Summary

| Budget Categories | Fund 0100 Project Year 1 | Fund 0100 Project Year 2 | Fund 0100 Project Year 3 | Fund 0100 Project Year 4 | Fund 0100 Project Year 5 | Total |
|---|---|---|---|---|---|---|
| 1 - Personnel | $ 80,935 | $ 80,935 | $ 80,935 | $ 80,935 | $ 80,935 | $ 404,677 |
| 2 - Fringe Benefits | $ 20,234 | $ 20,234 | $ 20,234 | $ 20,234 | $ 20,234 | $ 101,169 |
| 3 - Travel | $ - | $ - | $ - | $ - | $ - | $ - |
| 4 - Equipment | $ - | $ - | $ - | $ - | $ - | $ - |
| 5 - Supplies | $ - | $ - | $ - | $ - | $ - | $ - |
| 6 - Contractual | $ - | $ - | $ - | $ - | $ - | $ - |
| 7 - Construction | $ - | $ - | $ - | $ - | $ - | $ - |
| 8 - Other | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Direct Costs (lines 1-8) | $ 101,169 | $ 101,169 | $ 101,169 | $ 101,169 | $ 101,169 | $ 505,846 |
| Indirect Costs* | $ - | $ - | $ - | $ - | $ - | $ - |
| Training Stipends | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Costs (lines 9-11) | $ 101,169 | $ 101,169 | $ 101,169 | $ 101,169 | $ 101,169 | $ 505,846 |

PR/Award # S184H220158
Page e73
Budget Summary
GFMO
11/1/2022
11:01 AM
AR001700

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| **SALARIES & WAGES (PERSONNEL)** | | | | |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Mentor Stipends **(Other Stipends)** | Mentor Stipend ($1,000) x 50 Mentors | $ 50,000 | $ 50,000 |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Intern Supervisor Stipends **(Other Stipends)** | Intern Supervisor Stipend ($1,000/semester) x 2 semesters x 40 Intern Supervisors | $ 80,000 | $ 80,000 |
| **Subtotal - Salaries & Wages (PERSONNEL)** | | | | $ 130,000 |
| | | | | |
| **FIXED CHARGES (FRINGE BENEFITS)** | | | | |
| 212-04 - Other Charges | STAR Project - Mentor Stipends **(Employee Fringe Benefits)** | $50,000 x .0765 (FICA) | $ 3,825 | 3,825 |
| 212-04 - Other Charges | STAR Project - Intern Supervisor Stipends **(Employee Fringe Benefits)** | $80,000 x .0765 (FICA) | $ 6,120 | 6,120 |
| **Subtotal - Fixed Charges (FRINGE BENEFITS)** | | | | $ 9,945 |
| | | | | |
| **CONTRACTED SERVICES (CONTRACTUAL)** | | | | |
| 207/02 - Student Personnel Services **(Contracted Services)** | School Psychologist Job Posting - Online **(Advertising & Other Costs)** | 60 Day Job Post ($459) + Featured Upgrade (Additional exposure on Career Center homepage) ($150) x 6 | $ 3,654 | $ 3,654 |
| 207/02-Student Personnel Services **(Contracted Services)** | National Association of School Psychologists Annual Convention - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Premium ($1,750) | $ 1,750 | $ 1,750 |
| 207/02 - Student Personnel Services **(Contracted Services)** | American School Counselor Association - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Package D includes booth, conference website, on-site recognition, conference app, advertising ($3,800) | $3,800 | $ 3,800 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Mental Health Orientation for New School Counselors & School Psychologists - Facility Rental **(Other Contracted Services)** | $300/hr x 8 (estimated # of hours ) | $ 2,400 | $ 2,400 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Self-care Activities - Student Services Staff **(Other Contracted Services)** | Self-care Activity ($50) x 532 counselors, psychologists, & supervisors | $ 26,600 | $ 26,600 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Tuition Reimbursement - John Hopkins University School Counseling Graduate Students **(Tuition; Other)** | $21,400 (estimated cost of tuition) x 5 Graduate Students | $107,000 | $107,000 |
| Prince George's County Public Schools - In Kind Contribution (% of Staff Salary) **(Contracted Services)** | Technical Assistance (training & consultation) John Hopkins University **(Technical Contracted Services)** | $10,000/per session x 2 | $20,000 | $20,000 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Project Manager/Coordinator - manage day-to-day operations of the grant **(Other Contracted Services)** | 1.0FTE Project Manager/Coordinator (other contracted services) @ $50.00/per hour (estimated rate) x 4 hours a day x 200 days (5 days | $40,000 | $ 40,000 |
| **Subtotal - Contracted Services (CONTRACTUAL)** | | | | $ 205,204 |
| | | | | |
| **SUPPLIES & MATERIALS** | | | | |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Customized Table Cloth (recruitment at Annual Convention) **(Other Misc. Suplies)** | customized table cloth ($400) x 2 | $ 800 | $ 800 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Retractable Banner Stands (recruitment at Annual Convention) **(Other Misc. Supplies)** | retractable banner stands ($200) x 2 | $ 400 | $ 400 |

PR/Award # S184H220158
Page e74
YEAR 1

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Line Item | | Calculation | Requested | Total |
|---|---|---|---|---|
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mentor Packages (books, organizers, planners, post-its, pens) **(Other Misc. Supplies)** | Mentor Packages ($100) x 50 Mentors | $ 5,000 | $ 5,000 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Recruitment Swag **(Other Misc. Supplies)** | Recruitment Swag x 1000 x $5 | $ 5,000 | $ 5,000 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (printer paper, etc) - **Other Misc. Supplies** | 8 Boxes of paper (8 1/2 x 11) @ $25.00/per box | $ 200 | $ 200 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (books, crayons, markers, poster paper, paint, counseling tools) **(Other Misc. Supplies)** | Based on various vendor quotes/estimates | $ 5,000 | $ 5,000 |
| **Subtotal - Supplies & Materials** | | | $ | 16,400 |
| | | | | |
| **OTHER** | | | | |
| 207/04 - Student Personnel Services **(Other Charges)** | Community Building/Morale Boosting Activities **(Other Misc. Expenditures)** | Community Building/Morale Boosting Activity ($5,000) x 4 | $ 20,000.00 | $ 20,000 |
| **Subtotal - OTHER** | | | $ | 20,000 |
| | | | | |
| **OTHER (TRAVEL)** | | | | |
| 207/04 - Student Personnel Services **(Other Charges - Travel)** | American School Counselor Association Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($459), Hotel ($229/night x 4), Flight ($400), Luggage ($60), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($200) | $ 10,700 | $ 10,700 |
| 207/04 - Student Personnel Services **(Other Charges - Travel)** | National Association of School Psychologists Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($559), Hotel ($229/night x 4), Flight ($400), Luggage ($60), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($200) | $ 11,200 | $ 11,200 |
| **SUBTOTAL - OTHER (TRAVEL)** | | | $ | 21,900 |
| | | | | |
| **EQUPMENT** | | | | |
| N/A | N/A | N/A | $ - | $ |
| **SUBTOTAL - EQUIPMENT** | | | $ | - |
| | | | | |
| **TRANSFERS (INDIRECT COSTS)** | | | | |
| N/A | N/A | N/A | $ - | $ |
| **Subtotal - Transfers (INDIRECT COSTS)** | | | $ | - |
| | | | | |
| **GRAND TOTAL - YEAR 1** | | | $ | 403,449 |

PR/Award # S184H220158
Page e75
YEAR 1
GFMO
11/1/2022
11:01 AM
AR001702

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| | | | Section A - Budget Summary U.S. Depart | |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Mentor Stipends **(Other Stipends)** | Mentor Stipend ($1,000) x 50 Mentors | $ 50,000 | $ 50,000 |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Intern Supervisor Stipends **(Other Stipends)** | Intern Supervisor Stipend ($1,000/semester) x 2 semesters x 40 Intern Supervisors | $ 80,000 | $ 80,000 |
| **Subtotal - Salaries & Wages (PERSONNEL)** | | | $ | **130,000** |
| | | | | |
| **FIXED CHARGES (FRINGE BENEFITS)** | | | | |
| 212-04 - Other Charges | STAR Project - Mentor Stipends **(Employee Fringe Benefits)** | $50,000 x .0765 (FICA) | $ 3,825 | $ 3,825 |
| 212-04 - Other Charges | STAR Project - Intern Supervisor Stipends **(Employee Fringe Benefits)** | $80,000 x .0765 (FICA) | $ 6,120 | $ 6,120 |
| **Subtotal - Fixed Charges (FRINGE BENEFITS)** | | | $ | **9,945** |
| | | | | |
| **CONTRACTED SERVICES (CONTRACTUAL)** | | | | |
| 207/02 - Student Personnel Services **(Contracted Services)** | School Psychologist Job Posting - Online **(Advertising & Other Costs)** | 60 Day Job Post ($459) + Featured Upgrade (Additional exposure on Career Center homepage) ($150) x 6 | $ 3,654 | $ 3,654 |
| 207/02-Student Personnel Services **(Contracted Services)** | National Association of School Psychologists Annual Convention - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Premium ($1,750) | $ 1,750 | $ 1,750 |
| 207/02 - Student Personnel Services **(Contracted Services)** | American School Counselor Association - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Package D includes booth, conference website, on-site recognition, conference app, advertising ($3,800) | $3,800 | $ 3,800 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Mental Health Orientation for New School Counselors & School Psychologists - Facility Rental **(Other Contracted Services)** | $300/hr x 8 (estimated # of hours ) | $ 2,400 | $ 2,400 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Self-care Activities - Student Services Staff **(Other Contracted Services)** | Self-care Activity ($50) x 532 counselors, psychologists, & supervisors | $ 26,600 | $ 26,600 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Tuition Reimbursement - John Hopkins University School Counseling Graduate Students **(Tuition; Other)** | $21,400 (estimated cost of tuition) x 5 Graduate Students | $ 107,000 | $ 107,000 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Technical Assistance (training & consultation) John Hopkins University **(Technical Contracted Services)** | $10,000/per session x 2 | $ 20,000 | $ 20,000 |
| Prince George's County Public Schools - In Kind Contribution (% of | Project Manager/Coordinator - manage day-to-day operations of the grant **(Other Contracted Services)** | 1.0FTE Project Manager/Coordinator (other contracted services) @ $50.00/per hour (estimated rate) x 4 hours a day x 200 days (5 days a week/20 days per month for a total of 10 months) | $40,000 | $ 40,000 |
| **Subtotal - Contracted Services (CONTRACTUAL)** | | | $ | **205,204** |



Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| **SUPPLIES & MATERIALS** | | | | |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mentor Packages (books, organizers, planners, post-its, pens) **(Other Misc. Supplies)** | Mentor Packages ($100) x 50 Mentors | $ 5,000 | $ 5,000 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (printer paper, etc) **(Other Misc. Supplies)** | 8 Boxes of paper (8 1/2 x 11) @ $25.00/per box | $ 200 | $ 200 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (books, crayons, markers, poster paper, paint, counseling tools) **(Other Misc. Supplies)** | Based on various vendor quotes/estimates | $ 5,000 | $ 5,000 |
| **Subtotal - Supplies & Materials** | | | $ | **10,200** |
| **OTHER** | | | | |
| 207/04 - Student Personnel Services **(Other Charges)** | Community Building/Morale Boosting Activities **(Other Misc. Expenditures)** | Community Building/Morale Boosting Activity ($5,000) x 4 | $ 20,000.00 | $ 20,000 |
| **Subtotal - OTHER** | | | $ | **20,000** |
| **OTHER (TRAVEL)** | | | | |
| 207/04 - Student Personnel Services **(Other Charges - Travel)** | American School Counselor Association Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($459), Hotel ($240/night x 4), Flight ($420), Luggage ($60), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($200)  ⧠ | $ 11,020 | $ 11,020 |
| 207/04 - Student Personnel Services **(Other Charges - Travel)** | National Association of School Psychologists Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($559), Hotel ($240/night x 4), Flight ($420), Luggage ($60), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($200) | $ 11,520 | $ 11,520 |
| **Subtotal - OTHER  (TRAVEL)** | | | $ | **22,540** |
| **EQUPMENT** | | | | |
| N/A | N/A | N/A | $ - | $ - |
| **SUBTOTAL - EQUIPMENT** | | | $ | **-** |
| **TRANSFERS (INDIRECT COSTS)** | | | | |
| N/A | N/A | N/A | $ - | $ - |
| **Subtotal - Transfers (INDIRECT COSTS)** | | | $ | **-** |
| | | | | |
| **GRAND TOTAL - YEAR 2** | | | $ | **397,889** |

PR/Award # S184H220158
Page e77
YEAR 2
GFMO
11/1/2022
11:01 AM
AR001704

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | | Total | |
|---|---|---|---|---|---|---|
| | | | **Section A - Budget Summary U.S. Depart** | | | |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Mentor Stipends **(Other Stipends)** | Mentor Stipend ($1,000) x 50 Mentors | $ | 50,000 | $ | 50,000 |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Intern Supervisor Stipends **(Other Stipends)** | Intern Supervisor Stipend ($1,000/semester) x 2 semesters x 40 Intern Supervisors | $ | 80,000 | $ | 80,000 |
| **Subtotal - Salaries & Wages (PERSONNEL)** | | | | $ | | **130,000** |
| **FIXED CHARGES (FRINGE BENEFITS)** | | | | | | |
| 212-04 - Other Charges | STAR Project - Mentor Stipends **(Employee Fringe Benefits)** | $50,000 x .0765 (FICA) | $ | 3,825 | $ | 3,825 |
| 212-04 - Other Charges | STAR Project - Intern Supervisor Stipends **(Employee Fringe Benefits)** | $80,000 x .0765 (FICA) | $ | 6,120 | $ | 6,120 |
| **Subtotal - Fixed Charges (FRINGE BENEFITS)** | | | | $ | | **9,945** |
| **CONTRACTED SERVICES (CONTRACTUAL)** | | | | | | |
| 207/02 - Student Personnel Services **(Contracted Services)** | School Psychologist Job Posting - Online **(Advertising & Other Costs)** | 60 Day Job Post ($459) + Featured Upgrade (Additional exposure on Career Center homepage) ($150) x 6 | $ | 3,654 | $ | 3,654 |
| 207/02-Student Personnel Services **(Contracted Services)** | National Association of School Psychologists Annual Convention - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Premium ($1,750) | $ | 1,750 | $ | 1,750 |
| 207/02 - Student Personnel Services **(Contracted Services)** | American School Counselor Association - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Package D includes booth, conference website, on-site recognition, conference app, advertising ($3,800) | | $3,800 | $ | 3,800 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Mental Health Orientation for New School Counselors & School Psychologists - Facility Rental **(Other Contracted Services)** | $300/hr x 8 (estimated # of hours ) | $ | 2,400 | $ | 2,400 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Self-care Activities - Student Services Staff **(Other Contracted Services)** | Self-care Activity ($50) x 532 counselors, psychologists, & supervisors | $ | 26,600 | $ | 26,600 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Tuition Reimbursement - John Hopkins University School Counseling Graduate Students **(Tuition; Other)** | $21,400 (estimated cost of tuition) x 5 Graduate Students | | $107,000 | | $107,000 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Project Manager/Coordinator - manage day-to-day operations of the grant **(Other Contracted Services)** | 1.0FTE Project Manager/Coordinator (other contracted services) @ $50.00/per hour (estimated rate) x 4 hours a day x 200 days (5 days a week/20 days per month for a total of 10 months) | | $40,000 | $ | 40,000 |
| **Prince George's County Public Schools - In Kind** | | | | $ | | **185,204** |
| **SUPPLIES & MATERIALS** | | | | | | |

PR/Award # S184H220158
Page e78
YEAR 3

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| 207/03 - Student Personnel Services (Supplies & Materials) | Mentor Packages (books, organizers, planners, post-its, pens) (Other Misc. Supplies) | Mentor Packages ($100) x 50 Mentors | $ 5,000 | $ 5,000 |
| 207/03 - Student Personnel Services (Supplies & Materials) | Mental Health Mini-Projects - Various Misc. Supplies (printer paper, etc) (Other Misc. Supplies) | 8 Boxes of paper (8 1/2 x 11) @ $25.00/per box | $ 200 | $ 200 |
| 207/03 - Student Personnel Services (Supplies & Materials) | Mental Health Mini-Projects - Various Misc. Supplies (books, crayons, markers, poster paper, paint, counseling tools) (Other Misc. Supplies) | Based on various vendor quotes/estimates | $ 5,000 | $ 5,000 |
| **Subtotal - Supplies & Materials** | | | | **$ 10,200** |
| | | | | |
| **OTHER** | | | | |
| 207/04 - Student Personnel Services (Other Charges) | Community Building/Morale Boosting Activities (Other Misc. Expenditures) | Community Building/Morale Boosting Activity ($5,000) x 4 | $ 20,000 | $ 20,000 |
| **Subtotal - OTHER** | | | | **$ 20,000** |
| | | | | |
| **OTHER (TRAVEL)** | | | | |
| 207/04 - Student Personnel Services (Other Charges - Travel) | American School Counselor Association Annual Conference (Registration Fees & Other Travel Related Expenditures) | Registration ($459), Hotel ($240/night x 4), Flight ($420), Luggage ($60), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($200) | $ 11,020 | $ 11,020 |
| 207/04 - Student Personnel Services (Other Charges - Travel) | National Association of School Psychologists Annual Conference (Registration Fees & Other Travel Related Expenditures) | Registration ($559), Hotel ($240/night x 4), Flight ($420), Luggage ($60), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($200) | $ 11,520 | $ 11,520 |
| **Subtotal - OTHER (TRAVEL)** | | | | **$ 22,540** |
| | | | | |
| **EQUPMENT** | | | | |
| N/A | N/A | N/A | $ - | $ - |
| **SUBTOTAL - EQUPMENT** | | | | **$ -** |
| | | | | |
| **TRANSFERS (INDIRECT COSTS)** | | | | |
| N/A | N/A | N/A | $ - | $ - |
| **Subtotal - Transfers (INDIRECT COSTS)** | | | | **$ -** |
| | | | | |
| | | | | |
| **GRAND TOTAL - YEAR 3** | | | | **$ 377,889** |

PR/Award # S184H220158
Page e79
YEAR 3
GFMO
11/1/2022
11:01 AM
AR001706

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| | | | **Section A - Budget Summary U.S. Depart** | |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Mentor Stipends **(Other Stipends)** | Mentor Stipend ($1,000) x 50 Mentors | $    50,000 | $    50,000 |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Intern Supervisor Stipends **(Other Stipends)** | Intern Supervisor Stipend ($1,000/semester) x 2 semesters x 40 Intern Supervisors | $    80,000 | $    80,000 |
| **Subtotal - Salaries & Wages (PERSONNEL)** | | | $ | **130,000** |
| | | | | |
| **FIXED CHARGES (FRINGE BENEFITS)** | | | | |
| 212-04 - Other Charges | STAR Project - Mentor Stipends **(Employee Fringe Benefits)** | $50,000 x .0765 (FICA) | $    3,825 | $    3,825 |
| 212-04 - Other Charges | STAR Project - Intern Supervisor Stipends **(Employee Fringe Benefits)** | $80,000 x .0765 (FICA) | $    6,120 | $    6,120 |
| **Subtotal - Fixed Charges (FRINGE BENEFITS)** | | | $ | **9,945** |
| | | | | |
| **CONTRACTED SERVICES (CONTRACTUAL)** | | | | |
| 207/02 - Student Personnel Services **(Contracted Services)** | School Psychologist Job Posting - Online **(Advertising & Other Costs)** | 60 Day Job Post ($459) + Featured Upgrade (Additional exposure on Career Center homepage) ($150) x 6 | $    3,654 | $    3,654 |
| 207/02-Student Personnel Services **(Contracted Services)** | National Association of School Psychologists Annual Convention - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Premium ($1,750) | $    1,750 | $    1,750 |
| 207/02 - Student Personnel Services **(Contracted Services)** | American School Counselor Association - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Package D includes booth, conference website, on-site recognition, conference app, advertising ($3,800) | $3,800 | $    3,800 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Mental Health Orientation for New School Counselors & School Psychologists - Facility Rental **(Other Contracted Services)** | $300/hr x 8 (estimated # of hours ) | $    2,400 | $    2,400 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Self-care Activities - Student Services Staff **(Other Contracted Services)** | Self-care Activity ($50) x 532 counselors, psychologists, & supervisors | $    26,600 | $    26,600 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Tuition Reimbursement - John Hopkins University School Counseling Graduate Students **(Tuition; Other)** | $21,400 (estimated cost of tuition) x 5 Graduate Students | $107,000 | $107,000 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Project Manager/Coordinator - manage day-to-day operations of the grant **(Other Contracted Services)** | 1.0FTE Project Manager/Coordinator (other contracted services) @ $50.00/per hour (estimated rate) x 4 hours a day x 200 days (5 days a week/20 days per month for a total of 10 months) | $40,000 | $    40,000 |
| **Prince George's County Public Schools - In Kind** | | | $ | **185,204** |
| | | | | |
| **SUPPLIES & MATERIALS** | | | | |

PR/Award # S184H220158

**AR001707**

Prince George's County Public Schools

Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mentor Packages (books, organizers, planners, post-its, pens) **(Other Misc. Supplies)** | Mentor Packages ($100) x 50 Mentors | $    5,000 | $    5,000 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (printer paper, etc) **(Other Misc. Supplies)** | 8 Boxes of paper (8 1/2 x 11) @ $25.00/per box | $    200 | $    200 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (books, crayons, markers, poster paper, paint, counseling tools) **(Other Misc. Supplies)** | Based on various vendor quotes/estimates | $    5,000 | $    5,000 |
| **Subtotal - Supplies & Materials** | | | $ | **10,200** |
| | | | | |
| **OTHER** | | | | |
| 207/04 - Student Personnel Services **(Other Charges)** | Community Building/Morale Boosting Activities **(Other Misc. Expenditures)** | Community Building/Morale Boosting Activity ($5,000) x 4 | $    20,000 | $    20,000 |
| **Subtotal - OTHER** | | | $ | **20,000** |
| | | | | |
| **OTHER (TRAVEL)** | | | | |
| 207/04 - Student Personnel Services **(Other Charges - Travel)** | American School Counselor Association Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($470), Hotel ($250/night x 4), Flight ($440), Luggage ($65), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($210) | $    11,410 | $    11,410 |
| 207/04 - Student Personnel Services **(Other Charges - Travel)** | National Association of School Psychologists Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($570), Hotel ($250/night x 4), Flight ($440), Luggage ($65), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($210) | $    11,910 | $    11,910 |
| **Subtotal - OTHER  (TRAVEL)** | | | $ | **23,320** |
| | | | | |
| **EQUPMENT** | | | | |
| N/A | N/A | N/A | $    - | $    - |
| **SUBTOTAL - EQUIPMENT** | | | $ | **-** |
| | | | | |
| **TRANSFERS (INDIRECT COSTS)** | | | | |
| N/A | N/A | N/A | $    - | $    - |
| **Subtotal - Transfers (INDIRECT COSTS)** | | | $ | **-** |
| | | | | |
| | | | | |
| **GRAND TOTAL - YEAR 4** | | | $ | **378,669** |

PR/Award # S184H220158

Page e81

GFMO                                                                                                    YEAR 4

11/1/2022
11:01 AM
AR001708

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | | Total | |
|---|---|---|---|---|---|---|
| | | | | Section A - Budget Summary U.S. Depart | | |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Mentor Stipends **(Other Stipends)** | Mentor Stipend ($1,000) x 50 Mentors | $ | 50,000 | $ | 50,000 |
| 207/01 - Student Personnel Services **(Salaries & Wages)** | STAR Project - Intern Supervisor Stipends **(Other Stipends)** | Intern Supervisor Stipend ($1,000/semester) x 2 semesters x 40 Intern Supervisors | $ | 80,000 | $ | 80,000 |
| **Subtotal - Salaries & Wages (PERSONNEL)** | | | | | $ | **130,000** |
| | | | | | | |
| **FIXED CHARGES (FRINGE BENEFITS)** | | | | | | |
| 212-04 - Other Charges | STAR Project - Mentor Stipends **(Employee Fringe Benefits)** | $50,000 x .0765 (FICA) | $ | 3,825 | $ | 3,825 |
| 212-04 - Other Charges | STAR Project - Intern Supervisor Stipends **(Employee Fringe Benefits)** | $80,000 x .0765 (FICA) | $ | 6,120 | $ | 6,120 |
| **Subtotal - Fixed Charges (FRINGE BENEFITS)** | | | | | $ | **9,945** |
| | | | | | | |
| **CONTRACTED SERVICES (CONTRACTUAL)** | | | | | | |
| 207/02 - Student Personnel Services **(Contracted Services)** | School Psychologist Job Posting - Online **(Advertising & Other Costs)** | 60 Day Job Post ($459) + Featured Upgrade (Additional exposure on Career Center homepage) ($150) x 6 | $ | 3,654 | $ | 3,654 |
| 207/02-Student Personnel Services **(Contracted Services)** | National Association of School Psychologists Annual Convention - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Premium ($1,750) | $ | 1,750 | $ | 1,750 |
| 207/02 - Student Personnel Services **(Contracted Services)** | American School Counselor Association - Booth Rental for Recruitment **(Other Contracted Services)** | 10' x 10' Booth Package D includes booth, conference website, on-site recognition, conference app, advertising ($3,800) | $3,800 | | $ | 3,800 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Mental Health Orientation for New School Counselors & School Psychologists - Facility Rental **(Other Contracted Services)** | $300/hr x 8 (estimated # of hours ) | $ | 2,400 | $ | 2,400 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Self-care Activities - Student Services Staff **(Other Contracted Services)** | Self-care Activity ($50) x 532 counselors, psychologists, & supervisors | $ | 26,600 | $ | 26,600 |
| 207/02 - Student Personnel Services **(Contracted Services)** | Project Manager/Coordinator - manage day-to-day operations of the grant **(Other Contracted Services)** | 1.0FTE Project Manager/Coordinator (other contracted services) @ $50.00/per hour (estimated rate) x 4 hours a day x 200 days (5 days a week/20 days per month for a total of 10 months) | $40,000 | | $ | 40,000 |
| **Subtotal - Contracted Services (CONTRACTUAL)** | | | | | $ | **38,204** |
| Prince George's County Public Schools - In Kind Contribution (% of Staff Salary) - Budget Summary | | | | | | |
| **SUPPLIES & MATERIALS** | | | | | | |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mentor Packages (books, organizers, planners, post-its, pens) **(Other Misc. Supplies)** | Mentor Packages ($100) x 50 Mentors | $ | 5,000 | $ | 5,000 |

Prince George's County Public Schools
Strategic Talent Acquisition Roadmap (STAR) - School Based Mental Health Grant Program Project Years 1-5

| Category/Object | Line Item | Calculation | Requested | Total |
|---|---|---|---|---|
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (printer paper, etc) **(Other Misc. Supplies)** | 8 Boxes of paper (8 1/2 x 11) @ $25.00/per box | $        200 | $         200 |
| 207/03 - Student Personnel Services **(Supplies & Materials)** | Mental Health Mini-Projects - Various Misc. Supplies (books, crayons, markers, poster paper, paint, counseling tools) **(Other Misc. Supplies)** | Based on various vendor quotes/estimates | $      5,000 | $       5,000 |
| **Subtotal - Supplies & Materials** | | | $ | **10,200** |
| **OTHER** | | | | |
| 207/04 - Student Personnel Services **(Other Charges)** | Community Building/Morale Boosting Activities **(Other Misc. Expenditures)** | Community Building/Morale Boosting Activity ($5,000) x 4 | $   20,000.00 | $      20,000 |
| **Subtotal - OTHER** | | | $ | **20,000** |
| **OTHER (TRAVEL)** | | | | |
| 207/04 - Student Personnel Services (Other Charges - Travel) | American School Counselor Association Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($470), Hotel ($250/night x 4), Flight ($440), Luggage ($65), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($210) | $    11,410 | $      11,410 |
| 207/04 - Student Personnel Services (Other Charges - Travel) | National Association of School Psychologists Annual Conference **(Registration Fees & Other Travel Related Expenditures)** | Registration ($570), Hotel ($250/night x 4), Flight ($440), Luggage ($65), Food Per Diem ($15 x 12), Airport Parking ($17 x 5) x 5 People + Taxi/Uber ($210) | $    11,910 | $      11,910 |
| **Subtotal - OTHER  (TRAVEL)** | | | $ | **23,320** |
| **EQUPMENT** | | | | |
| N/A | N/A | N/A | $          - | $          - |
| **SUBTOTAL - EQUIPMENT** | | | $ | **-** |
| **TRANSFERS (INDIRECT COSTS)** | | | | |
| N/A | N/A | N/A | $          - | $          - |
| **Subtotal - Transfers (INDIRECT COSTS)** | | | $ | **-** |
| | | | | |
| **GRAND TOTAL - YEAR 5** | | | $ | **231,669** |

GFMO



# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Board of Education, Prince George's County, MD, Inc.

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | | | 650,000.00 |
| 2. Fringe Benefits | 9,945.00 | 9,945.00 | 9,945.00 | 9,945.00 | 9,945.00 | | | 49,725.00 |
| 3. Travel | 21,900.00 | 22,540.00 | 22,540.00 | 23,320.00 | 23,320.00 | | | 113,620.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 16,400.00 | 10,200.00 | 10,200.00 | 10,200.00 | 10,200.00 | | | 57,200.00 |
| 6. Contractual | 205,204.00 | 205,204.00 | 185,204.00 | 185,204.00 | 38,204.00 | | | 819,020.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | | | 100,000.00 |
| 9. Total Direct Costs (lines 1-8) | 403,449.00 | 397,889.00 | 377,889.00 | 378,669.00 | 231,669.00 | | | 1,789,565.00 |
| 10. Indirect Costs* | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 403,449.00 | 397,889.00 | 377,889.00 | 378,669.00 | 231,669.00 | | | 1,789,565.00 |

*Indirect Cost Information (To Be Completed by Your Business Office): If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☐ Yes ☐ No

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:   From: _____   To: _____   (mm/dd/yyyy)

Approving Federal agency: ☐ ED   ☐ Other (please specify): _____

The Indirect Cost Rate is _____ %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is _____ %.

(6) For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?   Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220188
Page e84

ED 524
Tracking Number:GRANT13748187                    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 04:40:00 PM EDT

AR001711

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| Board of Education, Prince George's County, MD, Inc. | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 80,935.00 | 80,935.00 | 80,935.00 | 80,935.00 | 80,935.00 | | | 404,675.00 |
| 2. Fringe Benefits | 20,234.00 | 20,234.00 | 20,234.00 | 20,234.00 | 20,234.00 | | | 101,170.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 101,169.00 | 101,169.00 | 101,169.00 | 101,169.00 | 101,169.00 | | | 505,845.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 101,169.00 | 101,169.00 | 101,169.00 | 101,169.00 | 101,169.00 | | | 505,845.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

AR001712

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Board of Education, Prince George's County, MD, Inc. | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [        ]

(2)  What does your administrative cost cap apply to?  [  ] (a) indirect and direct costs   or,  [  ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

AR001713

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220159**

**Gramts.gov Tracking#: GRANT13748202**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220159

AR001714

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1239-Statement.on.Section.427.Provisions)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1241-Project.Abstract (1))* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1240-Project.Narrative)* | e14 |
| *7. Other Narrative Form* | e36 |
| *Attachment - 1 (1235-Phoenix-Talent_SD_4_Indirect_Rate_2022_2023)* | e37 |
| *Attachment - 2 (1236-Letters.of.Commitment.and.Support)* | e38 |
| *Attachment - 3 (1237-Resumes.Key.Personnel)* | e49 |
| *Attachment - 4 (1238-Position.Descriptions)* | e55 |
| *8. Budget Narrative Form* | e63 |
| *Attachment - 1 (1234-Budget.Narrative (1))* | e64 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e69 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001715

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/03/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: OR |
|---|---|

**8. APPLICANT INFORMATION:**

* a. Legal Name: Jackson County School District #4 DBA Phoenix-Talent Schools

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 93-600506 | H8B2JN2M2SF4 |

**d. Address:**

* Street1: 401 West 4th
Street2:
* City: Phoenix
County/Parish:
* State: OR: Oregon
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 97535-0121

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix:               * First Name: Kelly
Middle Name:
* Last Name: Soter
Suffix:

Title: Director of Equity

Organizational Affiliation:

* Telephone Number: 5415351517      Fax Number:

* Email: kelly.soter@phoenix.k12.or.us

AR001716

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

```
G: Independent School District
```

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

```
Department of Education
```

**11. Catalog of Federal Domestic Assistance Number:**

```
84.184
```

CFDA Title:

```
School Safely National Activities
```

**\* 12. Funding Opportunity Number:**

```
ED-GRANTS-100422-001
```

**\* Title:**

```
Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H
```

**13. Competition Identification Number:**

```
84-184H2022-2
```

Title:

```
84.184H School Based Mental Health
```

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

```
Southern Oregon Expansion of School-Based Mental Health Services Program
```

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

**AR001717**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `OR-002`                    * b. Program/Project `OR-002`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `01/03/2023`                    * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 2,649,734.00 |
| * b. Applicant | 80,000.00 |
| * c. State | 328,891.00 |
| * d. Local | 0.00 |
| * e. Other | 474,351.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,532,976.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: _____                    * First Name: `Tiffanie`

Middle Name: _____

* Last Name: `Lambert`

Suffix: _____

* Title: `Assistant Superintendent`

* Telephone Number: `5415351517`                    Fax Number: _____

* Email: `tiffanie.lambert@phoenix.k12.or.us`

* Signature of Authorized Representative: `Kelly C Soter`                    * Date Signed: `11/03/2022`

PR/Award # S184H220159

Page e5

AR001718

OMB Number: 1894-0005
Expiration Date: 06/30/2023

## NOTICE TO ALL APPLICANTS

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1239-Statement.on.Section.427.Provisions.p | Add Attachment | Delete Attachment | View Attachment |

**AR001719**

## Section 427 Requirements

For this project, Phoenix-Talent will sub-contract with La Clinica del Valle Family Health Center Center (La Clinica) to provide mental health services to our students. La Clinica will directly employ and supervise the credentialed school-based mental health therapists referenced in this proposal, and will also provide mentorship, training and clinical supervision for interns and trainees. La Clinica was founded as a migrant health center in 1988 and has a long history of serving the Latinx community and other underserved residents in Jackson County. It is recognized as a leader in providing culturally and linguistically appropriate health care services, and was founded on the belief that services are most effectively delivered by staff who share ethnicity, language, socioeconomic status, and life experiences with its patients. Currently, 37% of its staff, which includes 44% of its leaders, self-report as Latinx. La Clinica employs 39 qualified healthcare interpreters and 4 certified medical interpreters, with bilingual and bicultural staff at every school-based health center site, to ensure that services can be provided in English, Spanish, and sign on site.

One of the core goals of this project is to diversify the school-based mental health workforce. This project aims to build a mental health services workforce training pipeline that invests in people from our local community and supports them through educational scholarships; internship slots; internship and training stipends; and mentorship and supervision. Bilingual and bicultural supervisors will be part of this project, to support the recruitment and training of diverse staff. We aim to use a "find our own, grow our own" approach, with an emphasis on identifying and engaging participants from diverse and underrepresented backgrounds, with a focus on bilingual and bicultural participants who reflect the population of our community. We will identify diverse current school district and La Clinica staff who are candidates for retraining for credentialed mental health provider roles and support them through training and the credentialing process. We plan to recruit diverse entry level mental health services staff, early in their career, including recent graduates of local universities who require supervision and mentorship to complete their licensure. This will also provide transformative employment opportunities with higher earning potential and economic mobility for our Latinx community.

AR001720

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Jackson County School District #4 DBA Phoenix-Talent Schools

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: [ ]     * First Name: Tiffanie     Middle Name: [ ]

* Last Name: Lambert     Suffix: [ ]

* Title: Assistant Superintendent

* SIGNATURE: Kelly C Soter     * DATE: 11/03/2022

AR001721

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| | Tiffanie | | Lambert | |

Project Director Level of Effort (percentage of time devoted to grant): 25

Address:

* Street1: 401 West 4th

Street2:

* City: Phoenix

County: OR

* State: OR: Oregon

* Zip Code: 97535-0121

Country: USA: UNITED STATES

* Phone Number (give area code): 5415351517     Fax Number (give area code):

* Email Address: tiffanie.lambert@phoenix.k12.or.us

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR001722

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as indicated in the definitions page in the attached instructions.

    [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

Tracking Number:GRANT13748202    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 04:47:31 PM EDT

**AR001723**

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

> **You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1241-Project.Abstract (1).pdf |    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

Tracking Number:GRANT13748202      Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 04:47:31 PM EDT

AR001724

**PART 3: PROJECT ABSTRACT**
**Southern Oregon Expansion of School-Based Mental Health Services Program**

| Applicant name | Phoenix-Talent School District 4 |
|---|---|
| Type of applicant | Local Educational Agency (LEA) |
| Web site | https://www.phoenix.k12.or.us/ |
| Competitive preference priority | Increase number of service providers from diverse backgrounds and from the local community |
| Project location | Phoenix and Talent Oregon (rural SW Oregon) |
| Number of schools to be served | 6 |
| Number of students to be served | 2,282 |
| Number of licensed/credentialed service providers to be hired | 5 master's level or higher (LSC, LCSW, LPC, PhD) |
| Number to receive professional training/respecialization resulting in licensure/credentialing | 5 receive master's level licensure (LCSW, LPC) 10 receive state credential as qualified mental health associate (QMHA) |

**Project Goal:** Increase the number and diversity of licensed and credentialed school-based mental health services providers in the Phoenix-Talent School District in rural Southern Oregon through recruitment, retention, respecialization, professional training, telehealth, higher education partnerships, and the opening of a new high school health center.

**Project Outcomes:**

By 2028, the project aims to achieve the following outcomes in the school district:

- Number of school health centers providing mental health services will increase from 5 to 6.
- Number of licensed mental health therapists (LCSW or LPC) will increase from 4 to 11.
- Number of licensed school counselors will increase from 3 to 4.
- Number of Oregon-credentialed mental health associates will increase from 3 to 11.
- Number of licensed mental health clinicians delivering telehealth services will increase from 4 to 8.
- Number of bilingual/bicultural mental health service providers will increase from 2 to 6.
- Number of unduplicated students receiving mental health services will increase from 200 to 600.

AR001725

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:** `1240-Project.Narrative.pdf`

[Add Mandatory Project Narrative File]    [Delete Mandatory Project Narrative File]    [View Mandatory Project Narrative File]

To add more Project Narrative File attachments, please use the attachment buttons below.

[Add Optional Project Narrative File]    [Delete Optional Project Narrative File]    [View Optional Project Narrative File]

**AR001726**

**PART 4: PROJECT NARRATIVE**

**Southern Oregon Expansion of School-Based Mental Health Services**

## Table of Contents

**Project Narrative**                                                    **Page**

- Description of LEAs to be Served by Project                                2
- Need                                                                       3
- Ratio of Mental Health Service Providers to Students in LEAs               5
- Project Personnel                                                          8
- Project Design and Services                                               10
- Logic Model                                                               14
- Current and Projected Number of Service Providers                         16
- Collaboration and Coordination                                            20

**ATTACHMENT FILES**

- Project Abstract

- Budget Narrative

- Resumes of Key Personnel
    - Tiffanie Lambert, Phoenix-Talent School District
    - Kelly Soter, Phoenix-Talent School District
    - Elise Travertini, La Clinica School-Based Health Center
    - Heather Juno, La Clinica School-Based Health Center

- Letters of Commitment
    - Phoenix-Talent School District
    - La Clinica School-Based Health Center Program

- Letters of Support
    - Oregon Department of Education
    - Oregon Health Authority, Office of School Health
    - Portland State University, School of Social Work

**Description of local educational agencies (LEAs) to be served by project**

Phoenix-Talent School District 4, a public school district in Southern Oregon, will serve as the applicant LEA for this project. Phoenix-Talent School District is a suburban, midsize district serving 2,402 students in the communities of Phoenix and Talent, Oregon. The district has seven schools in total: three elementary schools, one middle school, one high school, one remote-learning school, and one charter school (ninth to twelfth grades).

**Geographic setting**

Jackson County, Oregon, with a 2020 census population of 223,259, is large, remote, and bounded primarily by natural features. Measuring 2,785 square miles, it is made up of large tracts of forested state and federal land, with 47% of its land federally owned. The county is bordered by rural Northern California to the south, and the Cascade Mountains to the east. Medford is the county seat, with a 2020 census population of 85,824. It is located 385 miles north of San Francisco and 285 miles south of Portland. About 46% of Jackson County residents live in rural areas.

 

Phoenix-Talent School District serves the communities of Phoenix, with a population 5,454 and Talent, with a population of 8,554[1]. These towns, located on the Interstate 5 corridor near the Oregon/California border, are considered rural residential and are surrounded by farmland—primarily pear orchards and vineyards. Compared to neighboring towns, these communities have a larger percentage of persons of color, primarily Latinx families; low-income households; and residents who prefer a language other than English.

---

[1] 2020 U.S. Census, population of 97540 and 97535 Zip Code Tabulation areas (ZCTA)

**NEED**

**School district demographics**

The total population served by this district is just over 26,000 with 16.3% of youth under the age of 18 living below the poverty level The student population is 40% Hispanic/Latino, 51% White, 7% Multiracial, 1% Black/African American, 1% American Indian/Native Alaskan, and less than 1% Asian or Native Hawaiian/Pacific Islander.

**Table 1: Socio-economic data for Phoenix-Talent School District, 2021-22 school year** [2]

| | |
|---|---|
| Enrollment (2021-22 school year) | 2,292 |
| Percent receiving free lunch and reduced lunch | 100% |
| Percent eligible for McKinley-Vento services (houseless) | 31% |
| Percent of students that are Hispanic/Latino | 40% |
| Percent of students that are English Language Learners | 12.6% |
| Percent identified as migrant | 10% |
| Percent enrolled in special education | 16.7% |
| Percent that are highly mobile | 15.2% |
| Percent under age 18 below the poverty level | 16.3% |

**2020 Almeda Fire**

The Phoenix-Talent community has faced extraordinary challenges in the last two years. A devastating wildfire tore through our community on September 8, 2020, just as the region was facing a surge in COVID-19 cases. The Almeda Fire burned sections of Talent and Phoenix to

---

[2] Oregon Department of Education, 2021-22. https://datastudio.google.com/u/0/reporting/efd38262-9cb2-4193-8dbf-ba86c80289ea/page/p_tk3gd6tepc

the ground, destroying more than 2,600 homes and 164 businesses, including 1,500 manufactured homes. In a matter of hours, most of the low-income housing stock in these communities was gone. Three individuals lost their lives, and thousands were displaced. The fire disproportionately affected agriculture workers, immigrant populations, communities of color, and families with limited resources. An estimated 3,000 residents were displaced, including a large percentage of the community's Latinx residents.

In the Phoenix-Talent School District, 33% percent of students lost their homes in the fires. This represents 798 students in 484 families. In the days and weeks immediately after the fire, 80% of the student population was displaced and in extraordinary need. The Phoenix-Talent School District went to work, providing round-the-clock support at the emergency shelter, including language assistance, mental health support, language support, and accessibility for people with disabilities. The school district was able to create schooling hubs in four communities where fire survivors were located, distribute donated gift cards to families in need, assisted with communication, provided translation services, and collected and distributed $2.5 million (which went directly to families that lost their homes in the fire).

To date, 20% of fire-impacted families are still without permanent homes. Due to clean up hazards, supply shortages from the pandemic, increased rebuilding costs due to inflation, and limited contractors due to employee shortages, the communities of Phoenix and Talent are still struggling. Housing shortages are a major issue. The fire and its aftermath continue to traumatize these communities impacting mental health. This coupled with the impacts of the COVID-19 pandemic, has resulted in an increase of four times the amount of suicidal ideation risks, five times the number of threat-to-others assessments, and a significant increase in the rate of truancy (from 4% of students who were truant pre-fire to 27% truant students currently). Additionally, losses in student enrollment and properties tax revenue are leading to federal funding deficits for the school district making it challenging to respond to the growing and urgent need for mental health services in the school setting.

**Shortage of mental health providers in district and region**
There is a shortage of mental health service providers at all levels in our region, and an especially acute shortage of credentialed bilingual/bicultural mental health clinicians to serve the

Latinx community. Jackson County Oregon has been identified by Health Resources Service Administration (HRSA) as a Health Professional Shortage Area for mental health providers, with an overall ratio of 200:1[3]. Southern Oregon has been identified by Oregon Health Authority as having one of the state's lowest behavioral health provider-to-need ratios. Oregon's Southern region has an estimated rate of 37.8 licensed mental health providers per 10,000 in need, compared to 56.2 providers per 10,000 in need for Oregon overall.[4]

Our area faces challenges in recruiting, hiring, and retaining an adequate workforce of credentialed mental health providers. Job openings can take months to fill, with job candidates in short supply. As a smaller, rural region, we have trouble competing with larger, more urban areas for a limited supply of candidates. Our region faces a housing crisis after the 2020 fires destroyed over 2,500 residential structures, including some of the most affordable housing in the area. The scarcity of housing discourages people from outside the region from applying for jobs. We compete for a limited pool of qualified credentialed candidates with larger school districts, private practice groups, and other employers who can offer more generous pay and benefit packages. See chart below for current ratio of mental health service providers to enrolled students in Phoenix-Talent School District, compared to state and national data (when available).

**Table 2: Ratio of school-based mental health services providers to enrolled students**

| Service Provider Type | Phoenix-Talent School District | Oregon[5] | United States[6] |
|---|---|---|---|
| School Psychologist | 1146:1 | 1423:1 | 1162:1 |
| Licensed School Counselor (LSC) | 764:1 | 374:1 | 415:1 |
| Licensed Clinical Social Worker (LCSW)* | 573:1 | Not available | Not available |

*\* These staff are employees of La Clinica's School-Based Health Center Program and are stationed in schools.*

[3] County Health Rankings, Robert Wood Johnson, Jackson County, Oregon, 2021.

[4] *An Analysis of Oregon's Behavioral Health Workforce: Assessing the Capacity of Licensed and Unlicensed Providers to Meet Population Needs*: Oregon Health Authority, March 2019).

[5] U.S. Department of Education, National Center for Education Statistics, Common Core of Data (CCD),"State Nonfiscal Public Elementary/Secondary Education Survey," 2020–2021 V.1.

[6] Ibid.

**Mental health need data for our region**

Compounding the workforce shortage, is the worsening mental health status of students. Vulnerable students and families, already disproportionately impacted by COVID-19, have endured high levels of stress and anxiety caused by the fire, and the ensuing housing instability, and this has taken a huge toll on their physical, emotional, and mental health. Disasters have a lasting impact on mental health, and we know that students will require sustained mental health services well beyond the pandemic and the rebuilding of our fire-impacted communities.

The pandemic and fires occurred against a backdrop of already high rates of mental illness and substance use that existed prior to these twin crises. The 2018 Jackson/Josephine County Community Health Assessment found that one in three Jackson County residents reported having poor mental health; the county had 21.6 suicide deaths per 100,000, and the third highest per capita rate for psychiatric hospitalizations in Oregon. The 2019 Jackson/Josephine County Community Health Improvement Plan identified mental health and substance use as a top priority for our community[7].

In Oregon, the Health Authority and the Department of Education work together to monitor the health and well-being of students in grades six, eight, and eleven through the Oregon Healthy Teens Survey and the Oregon Student Wellness Survey. These studies provide insights into the physical and mental health needs of students. Students in Jackson County consistently show higher rates of psychological distress, depression, and suicide attempts and ideation when compared to state rates. The Phoenix-Talent District participated in the 2019 Oregon Healthy Teens Survey and their data is part of the Jackson County results presented below. Of note, this survey was conducted before the pandemic and the Almeda fire, which have worsened the mental health status of students.

---

[7] *2019, Jackson County Community Health Assessment and Community Health Improvement Plan.*

**Table 3: Self-reported mental health status of Jackson County students[8]**

| Mental Health Indicator | 8th Graders | 11th Graders |
|---|---|---|
| Unmet emotional health or mental health needs | 20.9% | 21.1% |
| Experienced bullying to, from, or at school | 34.6% | 19.5% |
| Depressive symptoms | 35.0% | 41.9% |
| Seriously considered suicide | 21.0% | 23.2% |
| Attempted suicide | 9.9% | 10.1% |

**Alcohol, tobacco, and other drug use**

Oregon and Jackson County have extremely high rates of substance use, especially opioids and marijuana, and high rates of hospitalization and deaths from drug overdose. The overdose death rate in Jackson County more than doubled in the last year, jumping to 91 deaths in 2021, up from 40 deaths in 2020 and 16 in 2019.[9] See below for Oregon data from the National Survey on Drug Use and Health:[10]

- Ranks first in the nation in residents with past illicit drug use
- Ranks last in the nation in residents needing but not receiving substance use disorder treatment
- Ranks first in the nation for prescription opioid misuse and methamphetamine use in past year
- Ranks second in the nation for marijuana use in the past month

Jackson County's students have higher rates of alcohol, tobacco, and other drug use when compared to state rates. See below for percentage of Jackson County students who self-report using alcohol, tobacco, and other drugs in the last 30 days.

---

[8] Oregon Health Authority, Oregon Healthy Teens Survey, Jackson County, 2019

[9] Mail Tribune, Jackson. County Overdose Death Rising, April 15, 2022
https://www.mailtribune.com/top-stories/2022/04/14/overdose-deaths-jump-in-jackson-county/

[10] Mental Health and Addiction Certification Board of Oregon, 2021.

**Table 4: Self-reported alcohol, tobacco and other drug use Among Jackson County students** [11]

| Substance | 8th Graders | 11th Graders |
|---|---|---|
| Alcohol use | 18.9 % | 37.0% |
| Binge on alcohol | 8.0% | 22.9% |
| Cigarettes | 3.4% | 7.5% |
| Other tobacco | 2.0% | 5.4% |
| Marijuana | 9.5% | 27.4% |
| Prescription drugs | 3.6% | 5.2% |

**PROJECT PERSONNEL**

**Tiffanie Lambert, Project Director, Assistant Superintendent of Teaching & Learning**

Tiffanie oversees curriculum, special education, and Title programs in her role with Phoenix-Talent Schools. She has 24 years of experience in public education as a special education teacher, building principal, and district office administrator (see resume in the attachment section).

**Kelly Soter, Director of Equity and Community Care**

Kelly guides the development and implementation of programs and services that promote equity, diversity, and inclusion in the Phoenix-Talent School District. She supports the work of the Community Care team in comprehensive family system navigation. Kelly has been in the field of education for 23 years with experience in underserved and marginalized communities as an elementary teacher, and building administrator at elementary, middle, and high school levels (see resume in the attachment section).

**Sub-Contractor**

La Clinica del Valle Family Health Care Center (dba La Clinica) is a federally qualified health center (FQHC) that serves nearly 30,000 residents each year. La Clinica was founded as a migrant health center in 1988 and has a long history of serving the Latinx community and other underserved residents in Jackson County. It provides medical, dental, behavioral health,

---

[11] Oregon Health Authority, Student Wellness Survey, 2017-18.

wellness, and wrap-around services at 28 services sites, as well as outreach programs for rural residents, agriculture workers, people in insecure housing situations, and residents of public housing. La Clinica has over 20 years of experience operating school-based health centers, with 18 current school-based health centers, including five health centers in Phoenix-Talent School District.

La Clinica is recognized as the leader in providing culturally and linguistically appropriate health care services, and was founded on the belief that services are most effectively delivered by staff who share ethnicity, language, socioeconomic status, and life experiences with its patients. Currently, 37% of its staff, which includes 44% of its leaders, self-report as Latinx. La Clinica employs 39 qualified healthcare interpreters and 4 certified medical interpreters, with bilingual and bicultural staff at every school-based health center site, to ensure that services can be provided in English, Spanish, and sign on site.

La Clinica will directly employ and supervise the licensed school-based mental health clinicians, referenced in this proposal, and will also provide mentorship, training and clinical supervision for interns and trainees.

**Sub-Contractor Personnel**

**Elise Travertini, LCSW, Director, La Clinica School-Based Health Center Program**
Elise oversees the operation of 18 school-based health centers in four school districts. She has been in this role for over nine years, and is responsible for the supervision of mental health therapists, interns, training, evaluations, and clinical group and individual supervision. Elise brings over twenty years of experience as a mental health therapist, and fourteen years as a clinical supervisor (see resume in the attachment section).

**Heather Juno, LCSW, Clinical Supervisor, La Clinica School-Based Health Centers**
Heather serves as Behavioral Health Manager for La Clinica's School-Based Health Center Program, overseeing clinical supervision of school-based mental health therapists. She brings eight years of experience as a mental health therapist (see resume in the attachment section.)

**PROJECT DESIGN AND SERVICES**

**Goals, Objectives, and Outcomes**

**Overall goal of project:** Increase the number and diversity of credentialed school-based mental health services providers in Phoenix-Talent School District in rural Southern Oregon through recruitment, retention, respecialization, professional training, telehealth, and higher education partnerships.

**Long-term objectives:**

1. By 2024, a new Phoenix High School school-based health center will receive certification from the State of Oregon.

2. By 2028, the number of licensed mental health therapists (LCSW, LPC) serving Phoenix-Talent School District will increase from four clinicians to eleven clinicians. These clinicians will be culturally responsive and from diverse backgrounds.

3. By 2028, the number of licensed school counselors (LCS) serving Phoenix-Talent School District will increase from three school counselors to four school counselors. These counselors will be culturally responsive and from diverse backgrounds.

4. By 2028, the number of state-credentialed mental health associates (QMHAs) serving Phoenix-Talent School District will increase from three to ten. These associates will be culturally responsive and from diverse backgrounds.

5. By 2024, the number of state-credentialed family support specialists serving Phoenix-Talent School District will increase from three to four. These specialists will be culturally responsive and from diverse backgrounds, and will be assessed for retraining as state-credentialed mental health associates.

6. By 2028, the number of certified clinical supervisors on staff at La Clinica providing support to school-based behavioral health clinicians will increase from four to eight clinical supervisors with at least two bilingual/bicultural clinical supervisors supporting school-based clinicians.

7. By 2028, the number of unduplicated students receiving mental health services at Phoenix-Talent School District will increase from 200 to 600, with students from traditionally underrepresented groups ensured equal access and treatment.

**Short-term objectives:**

1. During year one, establish a formal partnership with Portland State University's School of Social Work, resulting in the placement of interns from diverse backgrounds in Phoenix-Talent schools and the piloting of the Reclaiming Futures screening, intervention and referral (SBIRT) tool.

2. During years one to five, provide mentorship and experience hours to fifteen master's level student interns.

3. During years one to five, recruit and hire eight pre-licensed master's level behavioral health clinicians from diverse backgrounds who require clinical supervision for licensure.

4. During years one to five, provide clinical supervision hours to pre-licensed master's level behavioral health clinicians, resulting in the successful licensure of seven clinicians by 2028.

5. During year two recruit and hire a licensed school counselor (LSC) for Talent Middle School, prioritizing a local candidate from a diverse background.

6. During years one and two develop a professional training program to provide training and experience hours to meet Oregon credentialing requirements for Qualified Mental Health Associate (QMHA-I and -II). A formal training program will be in place by 2024.

7. During years one to five, identify and recruit fifteen to twenty current school district or La Clinica staff from diverse backgrounds and provide training and experience hours. This will result in the successful credentialing of ten mental health associates by 2028.

8. Increase the number of students receiving mental health services in Phoenix-Talent schools as follows: year one: 250; year two: 300; year three: 350; year four: 425; year five: 500

9.  During year one, begin the planning process for a new school-based health center at Phoenix High School, resulting in the health center opening by 2024 and serving a student population of 698.

**Evaluation plan**

La Clinica will be responsible for the hiring and supervision of school-based mental health clinicians, as well as the training, clinical supervision, and mentoring of interns, trainees, and staff receiving respecialization training. La Clinica is developing a dashboard through its human resources (HR) department in order to track and report on the demographics of staff, trainees, and interns, which can be broken out by site and department. This will allow the program to measure staff and trainee hiring, placement, and attrition rates, as well as performance towards the goal of increasing the diversity of mental health services providers. La Clinica will use its electronic health record system to document and track the mental health visits and services delivered, and the number of unduplicated students receiving mental health services each year, broken out by school and by student demographics. This will allow the program to monitor performance in serving diverse and underrepresented students.

**Quantitative evaluation metrics to be gathered:**

*   Number of unduplicated students receiving mental health services each year of grant, broken out by racial/ethnic demographics and by school
*   Number of mental health visits/services delivered to students each year of the grant
*   Ratio of students to school-based mental health service providers
*   Number of credentialed mental health services providers serving the district, broken out by provider type and provider demographics (PhD, LSC, LCSW, LPC, QMHA)
*   Attrition rate of mental health services providers
*   Number of scholarships and internship stipends provided, with data on completion and retention rates for those receiving funding
*   Number of master's level student interns placed and successfully completing internship, and number who become employees after graduation (reported by participant demographics)

- Number of pre-licensed behavioral health clinicians supported through clinical supervision program who complete licensure and remain with the organization (reported by participant demographics)
- Number of staff receiving respecialization training and number who successfully become credentialed as Qualified Mental Health Providers (reported by participant demographics)

**Logic Model –** For a one-page summary of goals, activities, objectives and outcomes, please see program logic model on next page**.**

**LOGIC MODEL: Southern Oregon Expansion of School-Based Mental Health Services**

**Goals:** Increase the number and diversity of credentialed school-based mental health services providers in rural Southern Oregon with demonstrated need, through recruitment, retention, respecialization, professional training, and higher education partnerships

| INPUTS | OUTPUTS | | OUTCOMES | | |
|---|---|---|---|---|---|
| | **ACTIVITIES** | **PARTICIPANTS** | **SHORT TERM** | **MEDIUM TERM** | **LONG TERM** |
| • Phoenix-Talent School District<br>• Higher education partners: Portland State University (PSU) School of Social Work, and Southern Oregon University (SOU) Graduate Counseling Program<br>• Partnership with La Clinica School-Based Health Program and Oregon Office of School Health<br>• La Clinica's credentialed mental health service providers, and certified clinical supervisors<br>• Scholarships and stipends for mental health training programs and internships<br>• Stipends to cover mental health licensure/ credentialing costs (exams, fees, etc) | • Establish internship program with PSU and SOU; recruit and place student interns<br>• Mentor student interns<br>• Recruit and hire recent graduates of MSW and master's level counseling programs who need clinical supervision hours for licensure<br>• Provide clinical supervision hours required for licensure<br>• Identify current school staff for respecialization/retraining as Oregon-credentialed Qualified Mental Health Associates (QMHAs)<br>• Provide supervised experience hours required for QMHA credential<br>• Recruit and hire licensed mental health providers (LSC, LCSW, LPC, QMHA)<br>• Provide mental health services to students<br>• Engage in planning and state certification process for new school-based health center at Phoenix High School | • Master's level students in mental health services programs<br>• Licensed mental health clinician mentors<br>• Unlicensed master's level graduates with degrees related to mental health services<br>• Mental health clinicians certified to provide clinical supervision hours<br>• Current school staff with interest and potential for mental health retraining/ respecialization programs<br>• Qualified supervisors to provide experience hours for retraining program<br>• Students in Phoenix-Talent and Central Point School Districts | • 15 master's level student interns placed over the next five years<br>• 7 pre-licensed, master's level mental health clinicians hired by La Clinica School and placed at schools over the next five years<br>• 7 pre-licensed clinicians complete clinical supervision and become credentialed LCSW or LPC clinicians<br>• 15-20 current school district or La Clinica staff receive retraining for respecialization<br>• 10 staff complete experience hours and become Oregon-credentialed qualified mental health associates<br>• 18 licensed/credentialed mental health service providers hired and placed in schools over next five years. (LSC:1, LCSW/LPC:7, QMHA: 10)<br>• 600 unduplicated students receive mental health services at Phoenix-Talent School District | • Increase in number of licensed/credentialed mental health providers serving students (LSC, LCSW, LPC, QMHA )<br>• More mental health services available and appropriate for diverse populations in schools<br>• New school-based health center opens at Phoenix High School | • Mental health and behavioral health of students improve<br>• Disparities in mental health access and outcomes are eliminated |
| | | | | **OUTCOME MEASURES** | |
| | | | | • Total FTE and demographics of credentialed mental health providers at each school site<br>• Number of unduplicated students served at each school site, broken out by race and ethnicity<br>• Data on student mental health status from bi-annual Student Wellness Survey, broken out by race and ethnicity<br>• La Clinica Phoenix High School Health Center credentialed by Oregon Office of School Health | |

**Opening and certification of a school-based health center at Phoenix High School**

Phoenix-Talent School District will work closely with La Clinica and Oregon Health Authority's School-Based Health Center Program to complete the state certification process for a new school-based health center at Phoenix High School. With an enrollment of nearly 700 students, Phoenix High School is the largest school in the district, and the only one that does not have a school-based health center. During year one, a small remodel project will create a dedicated space for the school health center. A licensed mental health therapist and credentialed mental health associate will be hired by La Clinica to staff the health center. The aim is to certify, staff, and open the new health center by early 2024.

**Recruitment and retention of credentialed mental health service providers**

Phoenix-Talent School District will recruit, hire, and supervise a new school counselor, to be placed at Talent Middle School, which has an enrollment of 469 and does not currently have a school counselor. The salary for this new position is included in the project budget.

Phoenix-Talent School District will also hire, recruit and supervise a new community care specialist, who will serve families at Talent Middle School and Phoenix High School, which do not currently have this role. This position attracts bilingual, bicultural employees who wish to work in the school setting in a classified, unlicensed position while working on further educational degrees and certifications. This position will receive training and certification from Oregon Health Authority as a family support specialist. In Oregon, this certification falls under the category of a traditional health worker, and is designed for an individual who, based on similar life experiences, provides support services to families facing difficulties accessing education, health and wellness services. The salary for this new position is included in the project budget. This position, along with the three current community care specialists, will undergo respecialization training during the course of the five-year project period, with an end goal of receiving state certification as qualified mental health associates.

La Clinica will immediately recruit, hire, and employ a licensed mental health therapist for the new Phoenix High School Health Center. An additional six licensed mental health therapists will be added to the school-based health centers over the next five years. La Clinica will add

telehealth services at all school-based health centers, including telehealth access to a much-needed child psychiatrist. La Clinica will also support professional retraining of ten to fifteen existing school and La Clinica staff, including Phoenix-Talent's community care specialists referenced above. This will result in the Oregon credentialing of an anticipated ten school-based Qualified Mental Health Associates (QMHAs). Please see the chart below for a five-year overview of anticipated service provider placements.

**Table 5: Current/projected number of mental health service providers to be placed over five years**

| Provider Type | Current | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total all 5 years |
|---|---|---|---|---|---|---|---|
| School Psychologist | 2 | 0 | 0 | 0 | 0 | 0 | **0** |
| Licensed School Counselor (LSC) | 3 | 0 | 1 | 0 | 0 | 0 | **1** |
| Licensed Mental Health Therapist (LCSW or LPC contracted through La Clinica) | 4 | 1 | 2 | 3 | 1 | 0 | **7** |
| Telehealth Child Psychiatrist (contracted through La Clinica) | 0 | 1 | 0 | 0 | 0 | 0 | **1** |
| State-credentialed Qualified Mental Health Associate (contracted through La Clinica) | 3 | 0 | 1 | 2 | 3 | 4 | **10** |
| State-credentialed Family Support Specialist | 3 | 1 | 0 | 0 | 0 | 0 | **1** |
| **Total, all credentialed service providers** | **15** | **3** | **4** | **5** | **4** | **4** | **20** |

**Telehealth services**

La Clinica and Phoenix-Talent School District are currently participating in a pilot telehealth project with the Oregon's School Based Health Center Program. Telehealth equipment has been purchased and workflows developed for the provision of telehealth services. Telehealth access to much-needed child psychiatry will be provided by January 2024. In addition, all of La Clinica's licensed mental health therapists will provide telehealth services. Please see the chart below for a five-year overview of anticipated telehealth service provider placements.

**Table 6: Current/projected number of telehealth service providers to be placed over five years**

| Provider Type | Current | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total all 5 years |
|---|---|---|---|---|---|---|---|
| Child Psychiatrist (contracted through La Clinica) | 0 | 1 | 0 | 0 | 0 | 0 | **1** |
| Licensed Mental Health Providers (LCSW or LPC contracted through La Clinica) | 4 | 1 | 2 | 3 | 1 | 0 | **7** |
| **Total, all telehealth providers** | **4** | **2** | **2** | **3** | **1** | **0** | **8** |

**Respecialization and professional training for current staff**

La Clinica will oversee the respecialization and professional training component of this project, providing mentoring, supervision, and experience hours to current staff that will result in state licensure of master's level mental health clinicians, and state-credentialed mental health associates. In Oregon, mental health professionals are certified by the Mental Health and Addiction Certification Board of Oregon (MHACBO). This board registers and certifies individuals working at state approved mental health programs or seeking employment at state approved mental health programs. La Clinica's School-Based Health Program is a state-approved mental health program.

To receive licensure in our state as a mental health clinician, which Oregon names a Qualified Mental Health Professional (QMHP), an individual must have a master's level qualifying degree. This may include social work, counseling, marriage and family therapy, education and other relevant disciplines. Each candidate for QMHP licensure must register with the state certification board, be working at a state-approved mental health program, and complete 1,000 hours of clinical supervision before applying for testing and licensure. Clinical supervision must be delivered by mental health practitioners who have completed clinical supervision training. Recertification of mental health clinician occurs every two years, and requires 40 hours of continuing education, which must include six hours of ethics training.

In our state there are two levels of credentialed mental health associates, which Oregon names Qualified Mental Health Associate (QMHA) I and II. A candidate for QMHA-I certification must have a qualifying bachelor's degree or higher, be working at a state approved mental health

program (or be seeking employment at one), and have a supervisor-completed competency assessment. In lieu of a bachelor's degree, a candidate may demonstrate a combined three years of relevant work and education. A candidate for QMHA-I certification must register with the state certification board, and receive 1,000 hours of supervised experience hours before registering for testing and certification. To receive certification as a QMHA-II, candidates must have passed the QMHA I competency exam, and complete 4,000 supervised experience hours, verified by a qualified mental health clinician who meets the state requirements of a supervisor. Individuals with a QMHA-II certification have more advanced case management and care coordination skills. Mental health associates (both QMHA-I and QMHA- II) must deliver services under the supervision of a licensed behavioral health clinician.

For this project, La Clinica will provide the clinical supervision and experience hours that are required for state credentialing of an anticipated seven mental health clinicians (QMHPs), and ten mental health associates (QMHA-I or -II). All fees connected with testing and state credentialing will be covered by the organization. La Clinica currently has four mental health clinicians who are certified to provide clinical supervision, and expects to increase this number to eight over the next five years, including at least two supervisors who are bilingual and bicultural.

**Internships and partnerships with higher education**

An important goal of this project is to cultivate career development pathways into graduate level mental health programs. This project will partner closely with two local universities, Southern Oregon University and Portland State University,  to provide internship stipends, scholarship funds and assistance in accessing loan repayment programs. There are two graduate level mental health programs offered by local universities:  Southern Oregon University's Master in Clinical Mental Health Counseling Program, and Portland State University's Master in Social Work Program. Scholarships and/or internship stipends will be made available to support students who are working towards these and other relevant graduate mental health degrees.

This project will explicitly establish and enhance a partnership with Portland State University's (PSU) School of Social Work, the only accredited, public school of social work in the state of Oregon. In addition to an MSW program, PSU is also able to grant a K-12 school social work

license in the state of Oregon. PSU offers flexible formats, available in person, online or in a hybrid format, providing improved access for non-traditional students, and local students living in rural Southern Oregon.

PSU is piloting a social work graduate program uniquely specialized in rural community practice, for K-12 school settings. This program is training students to use the Reclaiming Futures school-based screening, brief intervention and referral tool (SBIRT), that was developed at PSU. It uses a self-directed, self-report electronic screening tool called Check Yourself that can be delivered on a smartphone, tablet or laptop. Multi-year program evaluation demonstrates strong evidence of this tool's high effectiveness in identifying and triaging students into appropriate services and has been shown to integrate well with a school's existing infrastructure for supporting the mental health and wellness of its students.

MSW students in PSU's program must complete school-based internships, and a skill-based practicum under the supervision of an experienced social work professional. This project will provide paid internship slots, with field placement in Phoenix-Talent schools. We estimate two to three paid internship slots per year of the program, with La Clinica staff providing supervision and mentorship. Phoenix-Talent schools commit to supporting MSW interns, and to working with PSU to pilot its SBIRT tool in our middle and high schools. PSU has committed to offering a scholarship fund to recruit and attract diverse and underrepresented students, an internship fund to support placement of interns, and a non-student CEU and continuing education program to support the capacity of the mental health workforce at its placement sites.

**Plan to increase number of providers from diverse backgrounds, from local community**
This project aims to build a mental health services workforce training pipeline that invests in diverse and underrepresented people from the local community, especially Spanish language bilingual and bicultural individuals. We aim to use a "find our own, grow our own" approach, identifying diverse current school district and La Clinica staff who are candidates for respecialization, professional training, and entry into graduate-level mental health programs. La Clinica plans to recruit diverse entry level mental health services staff, early in their career, including recent graduates of our local universities who require supervision and mentorship to complete their licensure.

When La Clinica hires behavioral health associates who are not yet licensed, the organization commits to providing a comprehensive on-boarding, training, mentoring, and clinical supervision program, with the hope of retaining them as employees when their licensure is completed. This will also provide transformative employment opportunities with higher earning potential and economic mobility for our Latinx community.

**Plan for collaboration and coordination with federal, state, and local organizations**

**La Clinica School-Based Health Program**
La Clinica is a federally qualified community health center currently operating five school-based health centers in Phoenix-Talent School District. It will serve as a sub-contractor for this project, providing the following services: collaboration in opening of new school-based health center, employment and supervision of school-based mental health clinicians, provision of school-based telehealth services, respecialization and professional training, mentorship, and clinical supervision (see letter of commitment in attachments).

**Oregon Health Authority – Office of School Health**
Oregon Health Authority oversees most of the state's health programs, including the School-Based Health Center Program. La Clinica's school-based health centers receive base operating funding through a contract with the state, including funding for mental health capacity and for a pilot telehealth program. Oregon Health Authority will work closely with La Clinica and Phoenix-Talent School District on the planning and certification process for the proposed new school-based health center at Phoenix High School (see letter of support in attachments).

**Mental Health and Addiction Certification Board of Oregon (MHACBO)**
This state board registers and certifies individuals working at state approved mental health programs or seeking employment at state approved mental health programs. This body will provide credentialing/licensure for mental health clinicians, known as Qualified Mental Health Professionals, and mental health associates, known as Qualified Mental Health Associate-I or II. Candidates for mental health credentialing programs will register and collaborate with this board through the testing, certification, and ongoing recertification process required in Oregon.

**Portland State University, School of Social Work**

The School of Social Work at Portland State University serves as an essential program partner. It will place two to three master's level interns per year in Phoenix-Talent Schools, and provide technical support to pilot a school-based screening, intervention and referral (SBIRT) tool in Phoenix-Talent Schools. PSU has committed to offering a scholarship fund to recruit and attract diverse and underrepresented students, an internship fund to support placement of interns, and a non-student CEU and continuing education program to support the capacity of the mental health workforce at its placement sites (see letter of commitment in attachments).

**Southern Oregon University**

Phoenix-Talent School District partners with Southern Oregon University (SOU) to create enhanced pathways to higher education for Latinx students. This includes social and family assistance, academic support, mentorship and strategic programming,  priority consideration for scholarships and accelerated opportunities to earn a bachelor's degree. La Clinica collaborates closely with SOU's Master's Program in Mental Health Counseling. La Clinica  regularly presents to master's level students in this program, provides field placement and mentorship for student interns, and recruits and hires its graduates. This project will provide paid internships for master's level SOU students, with an eye towards building a local behavioral health workforce.

**How funds will supplement and not supplant existing school-based mental health services funds**

The funds will increase the number of mental health providers in our district schools. Currently, we have one master's level mental health provider at each of our schools, four of whom are licensed (one high school, one middle school, three elementary schools, and one charter school that serves grades 9-12). All licensed mental health providers are through a contract with La Clinica, who also provides supervision for clinical licensure. One goal of the grant is to develop a school-based health center at Phoenix High School (run by La Clinica) in the first year; this will immediately increase the number of licensed mental health providers from one to two.  In the second year, the grant will allow the school district to hire a licensed school counselor at Talent Middle School (there are currently no school counselors at the middle school) and contract an additional contracted licensed mental health therapist there as well. In each future

year, the grant will allow the school district to increase the contract with La Clinica to add additional licensed mental health practitioners at each elementary school.

At the same time, the grant will increase the number of Community Care Specialists in our district. Currently, we have a Community Care Specialist at each of the three elementary schools. These employees receive training from the Oregon Health Authority to earn a Family Support Specialist credential in the State of Oregon, and are responsible for taking in various referrals for care and family needs (mental health, housing assistance, medical assistance, etc.) and referring students and families to appropriate agencies or supports (La Clinica, for example). This grant funding will be used to hire the first Community Care Specialist for the high school and middle school, to ease the navigation of mental health services and social services for students and their families. Funding from the grant will also support employee scholarships to continue their education towards an MSW in partnership with Portland State University, thereby creating a path towards mental health licensure in the schools. Our Community Care Specialist positions attract bilingual, bicultural employees who wish to work in the school setting as a classified, unlicensed position while working on their educational degrees and certifications.

**Plan for prompt delivery of services to students**
Expanded services to students will begin promptly in January 2023. A core advisory team with partners from Phoenix-Talent Schools, La Clinica and Portland State University will meet monthly to review progress and move expansion forward without delay. The project will begin with:

- Additional 1.0 Licensed Clinical Social Worker (LCSW) at Phoenix High School contracted with La Clinica
- Additional 1.0 Classified Community Care Specialist at Phoenix High School (to retrain for Qualified Mental Health Associate)
- Minor remodel of existing classroom for full-service School-Based Health Center on Phoenix High School campus
- Vouchers to begin retraining and respecialization pathways with Portland State University School of Social Work
- Telehealth services, including access to a child psychiatrist

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1235-Phoenix-Talent_SD_4_Indirect_Rate_2022_2023.p`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**AR001749**



**Oregon**

Kate Brown, Governor

**OREGON DEPARTMENT OF EDUCATION**

*Oregon achieves . . . together!*

**Colt Gill**
Director of the Oregon Department of Education

7/26/2022

Dear Phoenix-Talent SD 4

Your approved, federal indirect cost rate for 2022-2023 is 3.98 %. ODE finalized your indirect rate on 7/26/2022 and the rate is effective from 07/01/2022 - 06/30/2023. If you are unsure if indirect costs are an allowable cost, please review the official grant award agreement or contact your ODE Grant Manager.

School districts and educational service districts must follow the guidelines listed in the OMB Title 2 CFR Part 200; Subpart E (relocation of OMB Circular A-87) contains provisions for determining indirect cost rates for grantees and sub grantees of federal grants. Please contact your ODE Grant Manager if you have specific, grant related questions including, but not limited to, application of indirect.

The majority of ED funding provided to Local Education Agencies (LEAs) are passed-through from the State Education Agency (SEA). Although LEAs may also receive awards directly from a federal agency, ED delegates authority for LEAs' indirect cost rate determination to the SEA (34 CFR 561 (b)). ODE, as the authorized federal cognizant agency, approves all LEA federal indirect cost rates on an annual basis.

Sincerely,

*Julie Hansen*



**OREGON DEPARTMENT OF EDUCATION**

*Oregon achieves . . . together!*

**Julie Hansen**
Fiscal Analyst
Financial Services | Office of Finance & Administration
(503) 947-5680
julie.b.hansen@state.or.us | www.oregon.gov/ode

255 Capitol St NE, Salem, OR 97310  | Voice: 503-947-5600  | Fax: 503-378-5156  |  www.oregon.gov/ode
RR/Award # S384H220159
Page e37

AR001750



# PHOENIX-TALENT SCHOOLS

EXCELLENCE *for* EVERYONE

November 1, 2022

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202-6450
Telephone: (202) 453-6704
Email: *OESE.School.Mental.Health@ed.gov*


To Whom It May Concern:

Please accept this letter of commitment on behalf of Phoenix-Talent School District to partner with La Clinica del Valle Family Health Care Center (dba La Clinica) on the application to the Department of Education's School-Based Mental Health Services Grant Program (2022-21631). La Clinica currently provides services through Oregon Health Authority (OHA)'s Adolescent and School Health Program. We have a long-standing partnership with La Clinica, having opened the very first school-based health center in 2002. We look forward to our continued partnership in the coming years as we continue to increase the number of mental health services providers in the district, and as we open a new Oregon-state-certified school-based health center at Phoenix High School before 2025.

We hereby commit to serve as the lead applicant on this grant, and agree to provide the following services and support:

- Serve as the fiscal agent for all grant management
- Employ and supervise additional school based mental health staff
- Place 15 master's level student social work interns (MSW) in schools
- Retrain and specialize up to 15 staff as credentialed mental health associates
- Provide space for additional school-based health center at Phoenix High School

In addition to building a well-trained and culturally responsive local workforce, this program would help support mental health and wellness work in the schools.
We strongly support the expansion of school-based mental health services providers in our schools to address the acute needs in our district. We commit to partnering on this project to increase the number and diversity of mental health services providers in the district, which will ultimately result in increased access and improved mental health of youth in our region.

Sincerely,

Brent Barry, Superintendent

AR001751



931 Chevy Way
Medford, OR 97504
www.laclinicahealth.org

General 541-535-6239
Medical Scheduling 541-618-1300
Dental Scheduling 541-512-3900
Fax 541-535-4377

October 28, 2022

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202-6450

To Whom it May Concern:

Please accept this letter of commitment from La Clinica to partner with Phoenix-Talent School District on their application to the Department of Education's School-Based Mental Health Services Grant Program (2022-21631). La Clinica is a federally qualified community health center that has operated a School-Based Health Center Program for over twenty years. We have a long-standing partnership with Phoenix-Talent School District, where we opened our very first school health center in 2002. Over the last three years, we have worked closely with the district to open four additional school health centers in schools throughout the district. There is an acute need to increase the number of mental health services providers in this district, and we anticipate working closely with the district to open and credential a new, Oregon-state-certified school health center at Phoenix High School before 2025.

We hereby commit to serve as a sub-contractor partner on this grant, and agree to provide the following services:

- Provide mentorship and training for 15 student interns who are enrolled in master's level mental health services programs and placed in Phoenix-Talent schools
- Employ and provide clinical supervision for pre-licensed, master's level behavioral health clinicians working at Phoenix-Talent schools, while they are working towards independent licensure
- Employ and supervise licensed behavioral health clinicians providing services in Phoenix-Talent schools
- Provide supervision and experience hours for 15-20 staff who are receiving respecialization training to become qualified mental health associates (QMHAs)
- Provide mental health services to 500 students enrolled in Phoenix-Talent schools

We strongly support the grant proposal submitted by Phoenix-Talent School District. We commit to partnering on this project to increase the number and diversity of mental health services providers in the district, which will ultimately result in increased access to school-based mental health services and improved mental health of youth in our region.

Sincerely,

Brenda Johnson, CEO

We serve the people who need us most through exceptional, affordable,
and compassionate care, inspiring all those we touch to lead full and healthy lives.

AR001752

 

**Oregon**
Kate Brown, Governor

OREGON
DEPARTMENT OF
EDUCATION
*Oregon achieves . . . together!*

**Colt Gill**
Director of the Oregon Department of Education

October 28, 2022

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202-6450
Telephone: (202) 453-6704
Email: *OESE.School.Mental.Health@ed.gov*

To Whom it May Concern:

I offer my formal endorsement and support for the Phoenix-Talent School District's partnership with La Clinica del Valle Family Health Care Center (dba La Clinica) in their application to the Department of Education's **School-Based Mental Health Services Grant Program (2022-21631)** La Clinica currently provides services through Oregon Health Authority (OHA)'s Adolescent and School Health Program. We believe their program can successfully increase the provision of culturally and linguistically responsive mental health services in schools while developing the school-based mental health workforce locally to create sustainable career opportunities. Phoenix-Talent School District's proposal for funding and commits to providing continued support as they partner across education and health systems for implementation.

**Proposal Action**
Phoenix-Talent School District would use this opportunity to strategically increase the ratio of credentialed, school-based mental health providers within the next five years by:

- Placing 15 master's level student social work interns (MSW) in schools
- Adding 7 credentialed mental health service providers
- Increasing pre-licensed clinicians working toward LCSW or LPC credentials
- Retraining and specializing up to 15 staff as credentialed mental health associates
- Providing mental health services for up to 500 unduplicated students

In addition to building a well-trained and culturally responsive local workforce, this program would help support mental health and wellness work in the schools.

**Alignment with ODE's mission, priorities, and educational equity stance**
The Oregon Department of Education (ODE) endorses Phoenix-Talent School District's proposal as the grant concept increases community partnerships to advance equitable access to responsive mental health services:

- ODE believes that mental health is centered within a continuum of care that meets each person's needs for physical and emotional safety, security, social connection, identity, diversity and purpose.
- ODE is committed to working collaboratively with students, families, school staff and leaders, Tribal and community partners, professional organizations, and the Oregon Health Authority (OHA) to ensure

AR001753

that Oregon's students, families and school staff have full access to the culturally-responsive, linguistically-attuned resources needed to support their mental health and well-being.

- Schools are primary providers of mental and emotional health support for students. About one in five youths in the United States experience some form of emotional, social or behavioral difficulty. Roughly 70 percent of American students who access mental health services and support do so in their schools.

In conclusion, we support Phoenix-Talent School District's proposal to address behavioral health needs in Jackson County, Oregon. We look forward to aligning efforts and supporting the Department of Education's goals of increasing the number of credentialed mental health service providers in schools, especially those that reflect the identities of students that face disproportionate impacts of health inequities in the fire-impacted communities of Phoenix and Talent, Oregon.

Sincerely,

Colt Gill
Director of the Oregon Department of Education and
Deputy Superintendent of Public Instruction

**Oregon Department of Education**
255 Capitol St NE, Salem, OR 97310 | Voice: 503-947-5600 | Fax: 503-378-5156 | www.oregon.gov/ode
PR/Award # S184H220159
Page e41

AR001754



November 1, 2022

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202-6450
Telephone: (202) 453-6704
Email: _OESE.School.Mental.Health@ed.gov_

To Whom it May Concern:

Portland State University School of Social Work (SSW), formally endorses Phoenix-Talent School District in partnership with La Clinica del Valle Family Health Care Center (dba La Clinica) in their application to the Department of Education's **School-Based Mental Health Services Grant Program (2022-21631)** La Clinica currently provides services through Oregon Health Authority (OHA)'s Adolescent and School Health Program. We believe their program can successfully increase the provision of culturally and linguistically responsive mental health services in schools while developing the school-based mental health workforce locally to create sustainable career opportunities. The SSW recommends Phoenix-Talent School District's proposal for funding and commits to providing continued support as they partner across education and health systems for implementation.

**Proposal Action**
Phoenix-Talent School District would use this opportunity to strategically increase the ratio of credentialed, school-based mental health providers within the next five years by:
- Placing 15 master's level student social work interns (MSW) in schools
- Adding 7 credentialed mental health service providers
- Increasing pre-licensed clinicians working toward LCSW or LPC credentials
- Retraining and specializing up to 15 staff as credentialed mental health associates
- Providing mental health services for up to 500 unduplicated students

Portland State University commits to the following:
- Place up to 3 MSW interns across middle and high schools in the Phoenix-Talent District in each year of the project.
- Provide CEU and certification support to school social work staff both to increase their skill set in working with Latinx and other BIPOC students, support recent MSW graduates, improve the district's ability to retain staff, and increase its capacity both to receive interns and hire graduates.
- Provide technical support in implementing Reclaiming Futures universal screening, brief intervention and referral model.

School of Social Work
Post Office Box 751
1800 SW 6th Avenue ASRC 600
Portland, Oregon 97207-0751

503-725-4712 tel
503-725-5545 fax
www.pdx.edu/ssw

PR/Award # S184H220159
Page e42

AR001755

In conclusion, we support Phoenix-Talent School District's proposal to address behavioral health needs in Jackson County, Oregon.  We look forward to aligning efforts and supporting the Department of Education's goals of increasing the number of credentialed mental health service providers in schools, especially those that reflect the identities of students that face disproportionate impacts of health inequities in the fire-impacted communities of Phoenix and Talent, Oregon.

Sincerely,

*Tozi Gutierrez*

Tozi Gutierrez, PhD, LMSW
MSW Program Director
Associate Professor of Practice
Portland State University
School of Social Work

School of Social Work
Post Office Box 751
1800 SW 6th Avenue ASRC 600
Portland, Oregon 97207-0751

503-725-4712 tel
503-725-5545 fax
www.pdx.edu/ssw

**AR001756**

OFFICE OF THE DIRECTOR
Kate Brown, Governor



500 Summer St. NE E-20
Salem, OR 97301
Voice: 503-947-2340
Fax: 503-947-2341
www.oregon.gov/oha

October 26, 2022

Amy Banks
U.S. Department of Education
400 Maryland Avenue SW, Room 3E257
Washington, DC 20202-6450
Telephone: (202) 453-6704
Email: *OESE.School.Mental.Health@ed.gov*

To Whom it May Concern:

Oregon Health Authority (OHA) formally endorses Phoenix-Talent School District in
partnership with La Clinica del Valle Family Health Care Center (dba La Clinica) in
their application to the Department of Education's **School-Based Mental Health
Services Grant Program (2022-21631)**[1] La Clinica currently provides services
through OHA's Adolescent and School Heath Program and has supported OHA's
overall mission of eliminating health inequities through providing access to health
services in schools.  We believe their program can successfully increase the provision
of culturally and linguistically responsive mental health services in schools, while
developing the school-based mental health workforce locally to create sustainable
career opportunities. OHA recommends  Phoenix-Talent School District's proposal
for funding and commits to providing continued support as they partner across
education and health systems for implementation.

**Proposal Action**
Phoenix-Talent School District would use this opportunity to partner with La Clinica
in offering scholarships to Portland State University (PSU) and potentially Southern
Oregon University (SOU) for training school personnel to be credentialed as
Qualified Mental Health Associates (QMHP) or Peer Support Specialists. La Clinica
would organize and implement trainings to support participants to develop the skill
sets necessary to be credentialed with the Mental Health & Addiction Certification

---

[1] https://www.federalregister.gov/documents/2022/10/04/2022-21631/applications-for-new-awards-school-based-mental-health-services-grant-program

Board of Oregon (MHACBO). Additionally, this partnership would support hiring high school students into classified positions within the school. This employment opportunity would provide students with the experience needed to be credentialed – while offering the ongoing support of the school district as well as training opportunities lead by PSU, SOU or other community-oriented trainings. In addition to building a well-trained and culturally responsive local workforce this program would help support Tier 2[2] work in the schools.

**Agency Commitment**
OHA's Adolescent School Health Program has supported La Clinica Health Care and Jackson County School Districts for over two decades  Currently, this includes providing base operating funding for La Clinica's school-based health centers (SBHCs), mental health capacity funds through the Mental Health Expansion Grant, and Center for Disease Control's Cooperative Agreement for Emergency Response: Public Health Crisis Response-2018. Through partnership with OHA, La Clinica has also supported school-based approaches to telehealth and school health planning. La Clinica approaches mental health needs and services with a thoughtful, culturally and linguistically responsive lens -- understanding the disproportionate impact of community events and tragedies, such as the southern Oregon wildfires, and the need for workforce support and development.  OHA has experienced this directly with their focus on workforce development of school-based, bilingual, and bicultural Community Health Workers/Community Resource Specialists in response to the COVID-19 pandemic and wildfires.

**Alignment with OHA's mission, priorities, and health equity**
OHA endorses Phoenix-Talent School District's proposal as the grant concept increases community partnerships to advance equitable access to responsive mental health services:

- The concept works towards the OHA 2030 goal of eliminating health inequities by providing resources to providers serving youth experiencing racism and other systemic oppression in our health and education systems (including disproportionate impact of COVID-19, climate disaster and violence).
- Through the provision and proliferation of culturally and linguistically specific behavioral health providers -- the concept aligns to two of the policy priority areas of the State Health Improvement Plan/ Healthier Together Oregon (HTO):
    - Institutional Bias (performance indicator: primary and secondary school disciplinary action)

---

[2] Multi-tiered System of Support Framework

- o Behavioral Health (performance indicator: 8th and 11th grade unmet mental health care need)
- Moreover, the concept will enhance HTO's Healthy Youth Strategy: Provide culturally and linguistically responsive, trauma informed, multi-tiered behavioral health services and supports to all children and families.

In conclusion, we support Phoenix-Talent School District's proposal to address behavioral health needs in Jackson County, Oregon.  We look forward to aligning efforts and supporting the Department of Education's goals of increasing the number of credentialed mental health service providers in schools, especially those that reflect the identities of students that face disproportionate impacts of health inequities in Oregon.

Sincerely,

**Ashley Thirstrup**
Oregon Health Authority
Director of Health in Education
Ashley.thirstrup@dhsoha.state.or.us
Mobile: (503) 720-2557

AR001759



**Jackson County Community Long-Term Recovery Group**
60 Hawthorne Street | Medford, Oregon 97504
care@jccltrg.org | www.jccltrg.org

October 31, 2022

To Whom it May Concern:

Jackson County Community Long-Term Recovery Group (JCC LTRG) enthusiastically supports Phoenix-Talent School District in partnership with La Clinica Family  Health Care Center (dba La Clinica) in their application to the Department of Education's School-Based Mental Health Services Grant Program (2022-21631).

JCC LTRG works with partners at the local, state, and federal levels to improve disaster recovery outcomes for survivors of the 2020 Almeda and South Obenchain fires. Phoenix Talent Schools and La Clinica have been critical partners in this effort, as both stepped into the ambiguity of disaster response and recovery to address the myriad needs of our survivors and evacuees. They have continued to provide important services and linkages for our most vulnerable, marginalized, and underserved neighbors; low-income, undocumented or mixed-documentation, disabled, and limited English proficiency students, families, and households.

La Clinica currently provides services through Oregon Health Authority's (OHA) Adolescent and School Health Program and has supported OHA's mission of eliminating health inequities by providing access to health services in schools. We believe their program can successfully increase the provision of culturally and linguistically responsive mental health services while developing the school-based mental health workforce locally to create sustainable career opportunities. JCC LTRG recommends Phoenix-Talent School District's proposal for funding.

Phoenix-Talent School District would use this opportunity to partner with La Clinica in offering scholarships to Portland State University (PSU) for training school personnel to be credentialed as licensed mental health professionals.

Additionally, this partnership would support hiring graduated high school students into classified positions. This employment opportunity would provide students with the experience needed to be credentialed—while offering the ongoing support of the school

**Helping Disaster Survivors of Jackson County Recover and Rebuild Their Lives**

AR001760

district as well as training opportunities led by PSU, the Oregon Health Authority (OHA), or other community partners. In addition to building a well-trained and culturally responsive local workforce, this program would help support mental health and wellness capacity in the schools.

In conclusion, we support Phoenix-Talent School District's proposal to address behavioral health needs in Jackson County, Oregon. We support the Department of Education's goals of increasing the number of credentialed mental health service providers in schools, especially those that reflect students' identities that face disproportionate impacts of health inequities in Jackson County, Oregon.

Sincerely,

Caryn Wheeler Clay
Executive Director
Jackson County Community Long-Term Recovery Group
c: 541.613.5420 | e: caryn@jccltrg.org


Blancaluz Brossard
Board President
Jackson County Community Long-Term Recovery Group
e: president@jccltrg.org

# Tiffanie Lambert

1575 Green Meadows Way                                    Cell: (541) 401-2935
Ashland, OR 97520

Email: stlambert@charter.net

---

## Education

Continuing Administrative Licensure, 2014
*Southern Oregon University, Ashland, OR*

Master of Education: Educational Leadership, 2009
Initial Administrative Licensure
*University of Oregon, Eugene, OR*

Bachelor of Arts: Education, 1998
Elementary Education & Special Education
President's Award for Leadership
At-Risk Learner's Specialty Certificate, State of Washington
*Washington State University, Pullman, WA*

---

## Professional Experience

**Phoenix-Talent Schools, Oregon**                              **2017-Present**
*Assistant Superintendent of Teaching & Learning*
- Director of federal programs, special education, school improvement, and curriculum

**Eagle Point School District 9, Oregon**                       **2009-2017**
*Director of School Improvement & Elementary Education*        *2015-2017*
- Provided leadership, vision, and direction for the District's curricular and instructional school improvement initiatives
- Supported and supervised high-performing educational teams in Student Services, Federal Programs, School Improvement, Health Services, Instructional Coaching, and elementary schools

*Director of Special Services & Middle School Education*        *2013-2015*
- Created three new in-district classrooms to serve students with significant needs in neighborhood schools
- Restructured the special services programs to improve the continuum of services available to students in the district
- Provided and supported on-going professional development for special education teachers and instructional assistants
- Shared professional expertise by presenting at national and state conferences
- Authored the district's Response to Intervention Handbook and updated the Special Education Handbook
- Supervised and supported a dynamic team of middle school administrators

AR001762

*Principal/Special Education Teacher*
*Shady Cove and Elk Trail Schools*                                    *2010-2013*

*Special Education Teacher: Multi-Aged Positive Supports (MAPS)*
*White Mountain Middle School*                                        *2009-2010*

**Sweet Home School District 55, Oregon**                    **1999-2009**
*Principal/Special Education Teacher*
*Holley Elementary School*                                           *2008-2009*
- Served as principal and special education teacher in a fully inclusive school environment

*Special Education Teacher*
*Sweet Home Junior High School & Hawthorne Elementary*      *1999-2008*
- Case-managed and taught math, language arts and life skills to eighth graders with special needs for nine years; implemented self-contained program for 3-5 graders with autism at Hawthorne Elementary for one year



## Volunteer Experience

- Ashland Community Hospital Foundation, Board Member, 2021-Present
- Jackson County Search & Rescue, Ground Searcher, 2017-Present
- Families for Community, Board Member, 2016-2017

AR001763

# *Kelly Soter*

2281 Hillside Drive ~ Central Point, Oregon ~ 97502 ~ 541.227.1521

### *Professional Objective*

It is my desire to provide educational leadership within an innovative school system committed to: serving all students and families, pursuing academic excellence, creating and sustaining successful community partnerships & focused on the commitment to continuous professional growth and integrity of all educators.

*Educational Background*

**Administrative Licensure Program**
Lewis and Clark College, Portland, Oregon 2005

**Master's of Arts in Teaching**
University of Portland, Portland, Oregon 2000

**Bachelor of Arts- Communication & Spanish**
Oregon State University, Corvallis, Oregon 1998

*Experience & Leadership*

### *Administrative Experience*

**Principal –** Crater Renaissance Academy    2021-Present

**Principal –** McLoughlin Middle School    2018-2021

**Principal –** Jackson Elementary    2011-2018

### *Major Skills & Accomplishments*

- Cultivated positive school and community culture
- Developed site-based leadership team to focus on improved systems
- Effectively communicated with staff, students, families, and community
- Built strong community partnerships to support children and families
- Planned and implemented ongoing work toward School Improvement
- Put school-wide systems in place and utilized data analysis protocols for curriculum, assessment, and student achievement
- Managed fiscal responsibilities with General and Title 1 funds
- Participated in district, regional and state level work groups
- Lead school-wide change to support improved services for all students
- Guided Master Scheduling at Middle and High School Levels
- Supported CTE, Dual-Credit & College Credit partnerships
- Provided leadership in teacher evaluation and goal achievement

*References*

**Walt Davenport,** Superintendent
Central Point School District
541-494-6201
walt.davenport@district6.org

**Jeanne Grazioli,** Assistant Superintendent
Medford School District
541-680-1346
jeanne.grazioli@medford.k12.or.us

**Marisa Poling,** Family Equity Coordinator
Medford School District
541-326-8188
marisa.poling@medford.k12.or.us

AR001764

# E L I S E   T R A V E R T I N I ,   L C S W

2780 SHANNESY DR, MEDFORD, OR 97504
PHONE (541) 499-1637

## LICENSURE

**California- Licensed Clinical Social Worker # 25066**
**Oregon- Licensed Clinical Social Worker  #4519**

## EDUCATION

2000 - 2002       San Jose State University                    San Jose, CA
*Masters in Social Work*

1994 – 1998       University of California at Santa Cruz       Santa Cruz, CA
*B.A. in Psychology*

## PROFESSIONAL EXPERIENCE

Jan 2013-Current       La Clinica School based Health Center, Medford OR
*School based Health Center Director*

Responsible for supervision of mental health therapists, interns, training, evaluations, and clinical group and individual supervision. Also responsible for operation of 17 school-based sites that include medical and mental health services across three school districts. Responsible for program evaluation, quality assurance, billing and budget. Liaison between the health center, school-districts, state program office, CCO's, and community mental health agencies. Provide consultation on mental health and school based to La Clinica agency as a whole.

May 2008- Jan 2013       Kids Health Connection/La Clinica, Medford OR
*Mental Health Coordinator*

Responsible for supervision of all mental health therapists, and interns; training, evaluations, and providing support to the program director. Also responsible for assessment, diagnosis, treatment, and referrals for individual and family counseling for elementary school aged children. Provided group and psycho-educational groups. Provided referrals and community resources for families. Worked collaboratively with medical providers, families, and school personnel

Sept 2005- Apr 2008       Kids Health Connection/La Clinica, Medford OR
*Mental Health Therapist I & II*

Responsible for assessment, diagnosis, treatment, and referrals for individual and family counseling for elementary school aged children. Provided group and psycho-educational groups. Provided referrals and community resources for families. Worked collaboratively with medical providers, families, and school personnel.

Nov2004- Sept2005   Birth and Beyond/Sacramento Childrens' Home

AR001765

**Team Leader**

Responsible for supervision, training, evaluation, and scheduling of ten employees in a home visitation program for pregnant women, and women with children under 5 years old, weekly documentation of cases, facilitator of weekly MDT meetings, quality assurance, providing resources and referrals, and supervision and completion of CPS and incident reports, part of collaborative in Sacramento County for children.

July 2002 –Oct2004        UCD Jail Psychiatric Services, Sacramento, CA
**Clinical Social Worker II- Acute Inpatient Unit**

Responsible for completion of psychosocial assessments, crisis intervention, involuntary holds, facilitation of groups, development of treatment and pre-release plans, collaboration with psychiatrists and community programs, providing community resources and referrals, daily treatment meetings and rounds with multi-disciplinary team, orientation and education of medical students, and Tarasoff assessment.

April2000-August2000        7th Avenue Center, Santa Cruz CA
**Social Service Coordinator**

Responsible for; Supervision of lead mental health worker, and social service assistants, member of the QA team, grievance & incident follow-up designee, in-service coordinator, scheduling and facilitating of treatment meetings, completion of MDS, coordinator of LPS court papers, completion and correction of care plans, completing weekly & monthly census review with Santa Cruz, Santa Clara, & Monterey counties, coordination, planning, & execution of discharges, theft & loss.

July 1996 -April2000        7th Avenue Center/Harbor Hills, Santa Cruz, CA
**Lead Mental Health Worker**

Responsible for; Supervision and training of new mental health workers, scheduling of mental health workers, scheduling of groups & activities, assigning of client case loads, auditing of charts, main lesion for Monterey & Santa Clara counties, completion of discharge & admission process, provide as a contact person for conservators & case managers, discharge planning, & assessment of Napa State and acute clients for perspective clients.

AR001766

# HEATHER JUNO

1225 Fortune Dr. Medford OR 97504
(541)301-3966
heatherjuno@fastmail.fm

## EXPERIENCE

**JULY 2021- PRESENT**
### BEHAVIORAL HEALTH MANAGER, SPECIALIZED, LA CLINICA

Provide clinical supervision to 20+ school-based therapists across 17 sites, including licensed and unlicensed staff. Conducts chart reviews and provides instruction and coaching to ensure excellent documentation. Provides clinical support and training to address identified challenges as well as evolving policies and laws. Works collaboratively with internal and external stakeholders. Participates in hiring process and provides onboarding curriculum and training to new staff. Acts as program expert in field.

**AUGUST 2014– JULY 2021**
### BEHAVIORAL HEALTH CLINICIAN, SPECIALIZED, LA CLINICA

Conducted screenings, intake assessments, and treatment plans of adolescents in a school-based health center at Crater High School in Central Point, OR. Formulated diagnosis based on DSM-V criteria for each client, provided ongoing individual and family therapy using evidence-based treatment modalities. Provided crisis intervention and suicide risk assessment. Worked collaboratively with school staff, administration, and teachers as well as health center staff to provide holistic and comprehensive care and treatment of clients in a confidential setting.

**AUGUST 2010 – AUGUST 2013**
### PRINCIPAL EXECUTIVE MANAGER B, OREGON DEPT. OF HUMAN SERVICES

Provided managerial support to Self-Sufficiency Program staff in Jackson and Josephine Counties. Interviewed, hired, and managed staff. Evaluated and provided additional trainings and evaluated team knowledge and skills. Worked with stakeholders in the community such as Child Welfare, Job Council, Goodwill Industries, ARC and Ontrack. Worked collaboratively within Self Sufficiency programs with leadership team.

## EDUCATION

**AUGUST 2014**
### MASTER OF SOCIAL WORK – UNIVERSITY OF SOUTHERN CALIFORNIA

**MAY 1997**
### BACHELOR OF ARTS – UNIVERSITY OF ALASKA - FAIRBANKS

## PROFESSIONAL EXPERIENCE

**JUNE 2019**
### LICENSED CLINICAL SOCIAL WORKER – OREGON

**APRIL 2011**
### OREGON DEPARTMENT OF HUMAN SERVICES LEADERSHIP ACADEMY - GRADUATE

AR001767

PHOENIX-TALENT SCHOOL DISTRICT #4
JOB DESCRIPTION

TITLE: **Counselor**

QUALIFICATIONS:

1.     Appropriate State of Oregon Personnel Services License.

2.     Adherence to the Counselor Code of Ethics

3.     Demonstrate responsibility for continued professional growth.

4.     Personal characteristics and professional skills which promote confidence and respect.

5.     Physical demands needed: ability to communicate with students, co-workers, and the public; ability to communicate over the telephone; ability to respond to telephone, bells, students, co-workers, etc.; ability to respond to workplace disturbances, visual cues, requests, etc.; ability to read written materials; ability to operate office equipment; ability to carry or lift light loads (25 lbs), and occasionally climb a ladder.

REPORTS TO:  Principal

JOB GOAL:  To help create a positive learning environment in which students, teachers, and parents may obtain and translate educational, vocational, and personal-social information into goals, decisions and actions.

PERFORMANCE RESPONSIBILITIES:

1.     Develop and plan guidance program objectives, goals, and activities based on relevant data and district counseling and guidance policies.

2.     Consult with teachers, administrators, parents and other appropriate personnel relative to student's needs.

3.     Share responsibility for promoting effective student management.

4.     Administer and interpret individual tests as required.

5.     Design and provide activities which offer students experience in decision making processes.

6.     Provide suggestions for improving student/teacher interaction.

7.     Assist staff members in developing successful classroom management techniques.

8.     Provide counseling and guidance information.

AR001768

9.   Plan and assist the staff in implementing school-wide affective education programs.

10.  Assist the principal with the development and implementation of the master schedule as needed.

11.  Coordinate the individual scheduling of students.

12.  Assist students in accepting increasing responsibility for their own actions.

13.  Assist students in developing skills in interpersonal relations.

14.  Assist students in utilizing school and community resources.

15.  Provide leadership in the counseling aspects of drug abuse including outside placement.

16.  Serve as liaison to other agencies, such as CSD, etc.

17.  High school counselor provides information and assistance to students and parents regarding financial aid, college scholarships, and college admission procedures.

18.  Provide special programs and information as needed.

19.  Perform other job related duties as requesting by appropriate administrators.

<u>EVALUATION</u>:  Performance of this position will be evaluated in accordance with provisions of the negotiated contract and District policies and procedures.

<u>TERMS OF EMPLOYMENT</u>:  Per negotiated contract.

_____          _____
Signature                                        Date

**Any offer of employment made by Phoenix-Talent Schools is contingent upon satisfactory results of: Criminal history verification- a background check for any convictions directly related to the duties and responsibilities of the position. Unless otherwise required by law, only job-related convictions will be considered and will not automatically disqualify the applicant from employment.**

Revised 10/22

AR001769

PHOENIX-TALENT SCHOOL DISTRICT #4
JOB DESCRIPTION

<u>TITLE</u>:  Community Care Specialist

<u>QUALIFICATIONS</u>:

Any combination of:

    A.  Demonstrated ability of working well with diverse student and adult populations.
    B.  Knowledge of the local system of care and resources, as well as systems navigation.
    C.  Person with lived experience to serve as cultural informant and navigator, peer support and advocate/system liaison.
    D.  Commitment to racial equity and anti-racism.
    E.  Education, experience, or equivalent training in one or more of the following: Mental Health Supports, Family Engagement, Cultural Competency, Restorative Practices and/or Adult Learning Theory.
    F.  Valid Oregon teaching license or successful experience working in public schools.
    G.  Bilingual and biliterate in Spanish and English preferred.

<u>REPORTS TO</u>:  District Equity and Community Care Director

<u>JOB GOAL</u>:  Engage and support students and families, especially communities of color, multi-lingual families, LGBTQ2SIA+ and individuals with disabilities. Liaise between families, students, school staff, and school leaders, and local systems of care. Connect students and families with referrals and needed resources.

<u>PERFORMANCE RESPONSIBILITIES</u>:  Including, but not limited to, the following:

1.  Providing appropriate levels of emotional and social support to students and families.

2.  Assisting parents from culturally specific groups to effectively navigate the public school environment for the benefit of children.

3.  Communicating with bilingual/bicultural or other families and students to develop their awareness, understanding, and appreciation for their role as self-advocates.

4.  Scheduling, coordinating and supervising implementation of all program activities in a space where resources are available for students and families on site.

5.  With support from the Director of Equity and Community Care by working directly with students and families in various settings to link them with eligible governmental, community and district resources/programs.

6.  With support from the Director of Equity and Community Care engage with the community and governmental partners to identify, evaluate, and qualify for resources/programs that target student and family success.

7.  Modeling and mentoring the breaking down of bias, prejudice, racism, othering, and other institutional barriers.

8.  Demonstrated understanding of culture and the impact culture may have on the education of students and the ability of parents to be engaged in the education of their children.

9.  Assisting in developing educational materials about the district or school to assist parents and/or community members to learn about school and community systems.

10. Assisting families and students with assessment, coordination and planning of supplemental educational and social services as needed; performing home visits as needed.

AR001770

4.    Demonstrate ability to recognize and adjust to new or changing conditions and situations.

5.    Accomplish assigned tasks in an accurate, efficient and timely manner.

6.    Use good judgment when carrying out tasks.

7.    Use initiative in job related tasks.

8.    Make appropriate decisions at proper level of responsibility.

9.    Perform required physical tasks.

10.   Maintain confidentiality and loyalty to the organization.

11.   Actively strive for job related self improvement.

12.   Punctual and reliable.

13.   Dress and groom appropriately.

14.   Follow safety procedures.

EVALUATION:  Performance will be evaluated in accordance with provisions for the negotiated contract and District policies and procedures.

TERMS OF EMPLOYMENT:  This position is for 210 days per year.  Salary and benefits to be established in accordance with the negotiated Classified salary schedule.

_____        _____

Signature                                                                          Date

Any offer of employment made by Phoenix-Talent Schools is contingent upon satisfactory results of criminal history verification- a background check for any convictions directly related to the duties and responsibilities of the position. Unless otherwise required by law, only job-related convictions will be considered and will not automatically disqualify the applicant from employment.

Revised 11/22

AR001771

PHOENIX-TALENT SCHOOL DISTRICT #4
JOB DESCRIPTION

TITLE:  **Secretary I – Data Support**

QUALIFICATIONS:

1.  High school diploma or equivalent
2.  Two years of college preferred
3.  Proficient in Word, Excel and other database applications
4.  Knowledge of modern office methods, practices and procedures, Business English, spelling and math calculations
5.  Good collaborative skills
6.  Strong interpersonal and communication skills
7.  Well-organized and self-directed
8.  Second language skills desirable
9.  Physical demands needed: ability to communicate with students, co-workers, and the public; ability to communicate over the telephone; ability to respond to telephone, bells, students, co-workers, etc.; ability to respond to workplace disturbances, visual cues, requests, etc.; ability to read written materials; ability to operate office equipment; ability to carry or lift light loads (25 lbs).

REPORTS TO:  Director of Instructional Services

JOB GOAL:  Work with school personnel to create accurate school data and reports required by state and federal agencies. Work with the Office of Instructional Services on federal programs, assessment, curriculum, and professional development. Support district committees and manage professional libraries.

JOB SPECIFIC PERFORMANCE RESPONSIBILITIES:

1.  Work with school administration in preparing data analysis
2.  Review data and work with schools to make sure date entry is accurate and up to date
3.  Support data archival entry and retrieval
4.  Support Office of Instructional Services
5.  Consult and support ODE data reporting process
6.  Support district-level working committees, i.e., wellness policy, technology, & etc.
7.  Manage professional library
8.  Perform receptionist duties; telephone and public inquiries
9.  Perform other duties as assigned

GENERAL PERFORMANCE RESPONSIBILITIES:

1.  Establish positive interpersonal relationships.
2.  Maintain open, constructive and communicative attitude.
3.  Communicate clearly.

AR001772

**LA CLINICA**
AFFORDABLE HEALTH CARE EXCELLENCE FOR ALL

**Behavioral Health Clinician Associate -Specialized Job Description (SBHC)**

The Behavioral Health Clinician Associate-Specialized shall be a core member of the interdisciplinary School Based Health Center (SBHC) Team. Behavioral Health Clinician Associate -Specialized provides support to patients, their families, and the care team in helping to facilitate therapeutic services that will improve the clients overall mental health wellbeing.

<u>Accountabilities Include</u>:
**Perform Essential Job Duties**
Assessment & Diagnosis:
- Conducts intake and comprehensive mental health assessment concluding with the formulation of a DSM-V diagnosis and an initial treatment plan.
- Interviews clients and/or parents/guardian to obtain a complete biopsychological history and other pertinent information.
- Observes client to detect indications of abnormal physical or mental behavior and complete a mental status exam and risk assessment for each client.
- Selects and administers various assessment instruments or inventories to assist in diagnosis and treatment and reviews results to evaluate client needs.
- Interprets the assessment results to client and/or parents/guardian in understandable lay-person language, minimizing the use of the psychological "jargon".
- Conducts classroom observations to gain insight into child's behavior. (Depending on site)
- Demonstrates calmness and rational thinking in crisis intervention and collaborate with school and SBHC staff to best meet the needs of children in crisis.

Treatment:
- Collaborates with client and/or parent/guardian in developing an individualized treatment plan with clearly stated measurable goals and objectives.
- Assesses a client's therapeutic needs; establish a therapeutic relationship; Conduct, complete, terminate, and evaluate the therapy.
- Conducts individual, group, and family therapy as specified in the individualized treatment plan.
- Implements appropriate therapeutic interventions (e.g., play therapy, cognitive-behavioral therapy, psychoeducation, teaching coping/relaxation skills, parent education/training, family therapy, etc.)
- Discusses progress toward treatment goals with client and/or parents/guardian.
- Schedules and coordinates all Mental Health appointments (assessment, therapy sessions, meetings, etc.)

Collaboration:
- Contacts, screens, coordinates, and follows up on all mental health referrals.
- Consults and collaborates with outside agencies, internal staff, and school staff (student support team of IEP meetings, parent/teacher conferences, and brief/informal parent or teacher contacts) to best meet the social and emotional needs of the client.
- Provides ongoing case management, as needed.
- Refers client and family to supportive services to supplement treatment and counseling.
- Provides resources to clients, parents, and teachers and makes referrals to other providers when necessary.

Conducts self at the highest ethical, and professional standards:
- Protects the dignity, privacy and confidentiality of client, families, visitors, co-workers, and others. Uses maximum discretion in handling work-related information.

AR001773

- consistently supports and exhibits high professional and ethical standards. Avoids any demeanor that can be interpreted as unprofessional in a health care setting (i.e. gossip, loud conversations, etc.).
- Exercises patience, understanding, and compassion in dealing with children, families, and school staff and co-workers.
- Advocates and adopts a child and family-centered, strengths-based, culturally appropriate theoretical framework/orientation
- Greets and assists all patients, promptly demonstrating professionalism, patience, compassion, and consideration in interactions, consistently striving to know and meet, or exceed, the anticipated needs.
- Demonstrates empowerment by taking prompt action to remedy misunderstandings or inconvenience to clients.

Documentation:

- Completes all required documentation in a timely and efficient manner.
- Participates in bi-annual chart reviews.
- Participates in annual quality improvement and data collection requirements (ex: CGAS scores, parent satisfaction surveys, data logs).

Demonstrates Cultural Agility:

- Recognizes and values differences related to culture, age, and levels of experiences
- Communicate in an accurate and timely manner with parents of Hispanic children on behalf of non-Spanish speaking LCDV/SBHC staff and providers (if bilingual).

Supervision:

- Consults with clinical supervisor and colleagues as required or on as-needed basis.
- Substantially contribute to group/peer consultation by sharing case conceptualizations and offering and receiving feedback. Effectively utilizes suggestions and recommendations if clinically appropriate.
- Meets regularly with SBHC teams to ensure efficient and effective program communication. Attends as an active participant at department meetings (90%).

Agency Standards:

- Encourages two-way communication by promoting and utilizing feedback and employing effective negotiation and conflict management skills.
- Participates in system-wide, annual planning identifying strategic planning goals.
- Accepts responsibility and accountable for own actions.
- Maintains at least the minimum case requirement as set out by supervisor.
- Works in collaboration with department coordinators.
- Exhibits ability to support La Clinica and its sponsors in a proactive manner both internally and in the community.
- Participates in development of annual team agreements and accountabilities.
- Creates and maintains a work environment that establishes an exceptional level of positive customer relations and continuously role models the desired behaviors.
- Follows all LCDV/SBHC policies and procedures and ensures consistent compliance.
- Consistently meets work schedule and reporting requirements, adhering to established policy and/or guidelines.
- Participates as appropriate in safety, disaster and fire prevention programs and drills according to school policies.
- Complies with all policies and/or guidelines related to employee and visitor safety (i.e. SMDA, OSHA, MSDS).
- Complies with all applicable state certification requirements.
- Completes assigned trainings via La Clinica's learning module system (Relias) by required due date.

AR001774

Customer Service:

Develops and maintains professional, support-oriented working relationships with patients, employees, team members, and community partners. Demonstrates continuous improvement in achieving "developing" and "fully competent" levels of La Clinica's Behavioral Standards.

Follow La Clinica's SERVE standards and they are the following:
- Service: I provide, helpful service focused on the needs of others.
- Empathy: I welcome and connect with you on a personal level.
- Relationships: I create partnerships, working a way that benefits everyone.
- Value: I recognize the importance of others and treat everyone with respect.
- Excellence: I go above and beyond to deliver an exceptional experience.

Qualifications:

Must be able to interact with a variety of individuals at various levels under stressful circumstances while exercising sound judgement, tact, and diplomacy; work productively both independently and in a team setting; communicate with clarity, both verbally and in writing to groups and individuals.

Education and/or Experience:

Required:

- Minimum: Hold a master's degree in Social Work, Psychology, Marital and Family Therapy, or Clinical Mental Health Counseling or related.
- Submits paperwork to the State of Oregon Professional Licensing Board (Social Work, Professional Counselor or MFT Associate) to become a registered associate within 30 days of hire and maintains Associate status with the licensing board.

- Excellent interpersonal communication and problem-solving skills
- Skills to intervene and promote reconciliation, compromise, and positive outcomes in difficult interactions

Preferred:

- Experience with children
  One year of demonstrated clinical experience in the treatment of mental and emotional disorders.
- Experience working with at-risk children and families preferably in a school environment.
- Skilled at using electronic health records as applicable to area of work (EPIC)

L

AR001775

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** 1234-Budget.Narrative (1).pdf

[ Add Mandatory Budget Narrative ]    [ Delete Mandatory Budget Narrative ]    [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]    [ Delete Optional Budget Narrative ]    [ View Optional Budget Narrative ]

**AR001776**

**BUDGET NARRATIVE**

**1. PERSONNEL**

- **1.0 FTE School Counselor, to be hired.** This position requires a credentialed school counselor and it will be filled in year two of the grant. This counselor will be placed at Talent Middle School, with an enrollment of approximately 500 students, which does not currently have a school counselor in place. Anticipated annual hire salary for this position is $78,860, with a 4% annual increase (see position description in attachments section).
- **1.0 FTE Community Care Specialist, to be hired**. This new position engages and supports students and families, especially communities of color, multi-lingual families, LGBTQ2SIA+ and individuals with disabilities. This position will receive training and certification from Oregon Health Authority as a family support specialist, with the goal of respecialization training to be certified as a Qualified Mental Health Associate. This position will be hired immediately following grant award from January-June. The anticipated annual hire salary for this position is $60,376. Year one is prorated for a half year at $30,188. Each following year is calculated with an expected 4% annual increase (see position description in attachments section).
- **0.5 FTE Administrative and Grant Support, to be hired**. This new position will provide administrative support for this project, including grant management. Responsibilities will include preparing accurate reports, processing correspondence and other materials, assisting with budget and purchase orders, maintaining budget records, and providing clerical support. The 0.5 FTE annual salary for this position is $30,188, with a 4% annual increase. Year one is prorated for a half year at $15,094.

See below for estimated personnel costs, broken out for each year of grant. Please note that all positions listed below are new, and the actual salaries will be based on the district's salary scale which is determined by level of education, and years of experience.

| Personnel<br>4% Increase Per Year | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| School Counselor | 0 | $78,860 | $82,014 | $85,295 | $88,707 | **$334,876** |
| Community Care Specialist | $30,188 | $62,790 | $65,300 | $67,912 | $70,628 | **$296,818** |
| Administrative/<br>Grant Support | $15,094 | $31,395 | $32,650 | $33,956 | $35,314 | **$148,409** |
| **Total Personnel** | **$45,282** | **$173,045** | **$179,964** | **$187,163** | **$194,649** | **$780,103** |

**2.  FRINGE BENEFITS**

Fringe benefits include all mandatory state and federal payroll deductions and taxes, health insurance, and contribution to Oregon's Public Employees Retirement System (PERS). The monthly insurance cap for both licensed and classified employees is $1,586, for an annual benefit of $19,032. Payroll taxes and pension benefits average 26.43%. This includes contribution to Social Security and Medicare (7.65%), Public Employee Retirement System (17.78%) and Workers Compensation (1%). See below for estimated fringe benefit costs.

| Fringe Benefits 4% Increase Per Year | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| **Total Fringe Benefits** | $27,536 | $95,457 | $99,275 | $103,245 | $107,375 | $432,888 |

**3.  TRAVEL** – NONE

**4.  EQUIPMENT** - NONE

**5.  SUPPLIES**

The cost of supplies includes an annual allotment of $500 per year for office supplies; the purchase of three laptops for each of the new staff, estimated at $1200 each; plus $500 budgeted for software and technical support for each laptop.

| Supplies | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Laptops @ $1200 each | $1,200 | $1,200 | $1,200 | $0 | $0 | **$3,600** |
| Additional Tech | $500 | $500 | $500 | $0 | $0 | **$1,500** |
| Office Supplies | $500 | $500 | $500 | $500 | $500 | **$2,500** |
| **Total Supplies** | **$2,200** | **$2,200** | **$2,200** | **$500** | **$500** | 7,600 |

**6.  CONTRACTUAL**

This project will contract with La Clinica del Valle Family Health Care Center (dba La Clinica), a federally qualified health center with over 20 years of experience operating school-based health centers, with five school health centers in the Phoenix-Talent District. La Clinica is recognized as a leader in providing culturally and linguistically appropriate health care services, with bilingual and bicultural staff at every school-based health center site, to ensure that services can be provided in English, Spanish, and sign on site.

La Clinica directly employs and supervises the licensed school-based mental health clinicians (LCSWs, LPCs) who provide mental health services at Phoenix-Talent's school-based health centers. La Clinica will provide mentorship, training, coaching and clinical supervision for

AR001778

interns, trainees, and behavioral health clinicians working towards licensure. The largest portion of contractual costs will be used for sub-contractor personnel costs. See below for details:

- **0.5 FTE Learning Well Education Manager**. This position will coordinate with universities and other institutes of higher learning on this grant's proposed training, mentorship, scholarship, internship, and recruitment programs. The manager will dedicate an estimated 1040 hours per year to this project.

- **1.0 FTE Licensed mental health clinician.** This new position will be hired in year one to staff the new Phoenix High School Health Center.

- **2.0 – 2.5 FTE Licensed mental health clinicians/clinical supervisors.** Each school-based health center has mental health clinicians on site, who will provide mentorship and supervision to master's level student interns, clinical supervision hours for pre-licensed clinicians working toward licensure, and experience hours for staff working towards Qualified Mental Health Associate credentialing. Each intern, trainee, and pre-licensed clinician will receive an average of 260 hours of supervision and support per year, or an average of 4,160 hours total per year. As the number of interns and pre-licensed clinicians increase, the FTE allocated to the grant will ramp up.

**Fringe benefits** include payroll taxes, calculated at 9.34%, medical insurance calculated at $800/month per FTE, and retirement plans, calculated at 1% to 8%.

**Internship stipends are budgeted** for master's level student interns completing a one-year internship in Phoenix-Talent schools under La Clinica's supervision. Three one-year stipends of $10,500 have been included for each year of the grant.

Other expenses included in the contractor budget are for supplies, facility, and equipment.

| Contractual Expenses | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| **Personnel** | $ 211,517 | $223,422 | $ 277,930 | $ 287,175 | $ 292,511 | **$1,292,555** |
| **Fringe Benefits** | $ 56,153 | $ 59,207 | $ 73,651 | $ 76,101 | $ 78,384 | **$343,497** |
| **Intern stipends** | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | $ 31,500 | **$157,500** |
| **Other** | $ 21,554 | $ 22,642 | $ 22,099 | $ 22,560 | $ 15,000 | **$103,855** |
| **Total Contractual** | **$ 320,724** | **$ 336,771** | **$ 405,180** | **$ 417,336** | **$ 417,395** | **$1,897,407** |

AR001779

**7. CONSTRUCTION – Not Applicable**

**8. OTHER**

**Minor Remodel**
This project includes a minor remodel within the Phoenix High School building in order to provide a dedicated space for the delivery of mental health services. The remodel will take place within the fully completed high school building, converting a classroom space to a health clinic space. This will provide private spaces, reception and check-in, and accessibility to hand-washing and restrooms. This is a one-time cost.

**Annual license for SBIRT screening tool**
This project aims to pilot the use of Portland State University's Reclaiming Futures school-based screening, brief intervention and referral tool (SBIRT) in its middle and high schools. This self-directed, self-report electronic screening tool demonstrates strong evidence of effectiveness in identifying and triaging students into appropriate mental health services. Annual license cost is $27,500 in year one, and $19,030 in subsequent years.

**Communications** costs are estimated at $1,000 per year for the first three years, and $500 per year for the final two years. This includes printing, postage, and social media costs.

| Other | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Minor Remodel within Phoenix High School | $100,000 | $0 | $0 | $0 | $0 | **$100,000** |
| SBIRT Screening Tool–Annual license and support | $27,500 | $19,030 | $19,030 | $19,030 | $19,030 | **$103,620** |
| Communications | $1,000 | $1,000 | $1,000 | $500 | $500 | **$4,000** |
| **Total Other** | **$128,500** | **$20,030** | **$20,030** | **$19,530** | **$19,530** | **$207,620** |

**9. TOTAL DIRECT COSTS**
See below for total direct costs, per year of the grant

| Total Direct Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| | $524,242 | $627,503 | $706,649 | $727,774 | $739,449 | **$3,325,617** |

**10. INDIRECT COSTS**

Our approved federal indirect cost rate is 3.98%. Please see other attachments for a copy of our indirect cost agreement.

| Indirect Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| 3.98% | $20,865 | $24,975 | $28,125 | $26,965 | $29,430 | **$132,360** |

**11. TRAINING STIPENDS**

The budget includes $15,000 per year for recruit and retain stipends, which will be used for training and CEU fees, testing and certification fees, continuing education, scholarships and internship stipends.

| Training Stipends | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | **$75,000** |

**12. TOTAL COSTS**

The total cost of this project (the sum of direct costs, indirect costs, and training stipends) is $3,532,976.50. Please see below for break-out of total costs per year of the grant.

| Total Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| | $560,106 | $667,478 | $749,774 | $771,739 | $783,879 | $3,532,976 |

**MATCHING FUNDS**

Phoenix-Talent School District is committed to contributing 25% in matching funds, for a total of $883,244 over the five-year duration of the grant. Matching funds will come from the Oregon School Fund, through the Student Success Act, Student Investment Account (SIA). In-kind contributions from the district and the subcontractor will include facility use, utilities, telecommunications, custodial services, and personnel time.

| 25% Match | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| | **$140,027** | **$166,869** | **$187,443** | **$192,935** | **$195,970** | **$883,244** |



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Jackson County School District #4 DBA Phoenix-Talent Schools

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 33,961.50 | 129,783.75 | 134,973.00 | 140,372.35 | 145,986.75 | | | 585,077.35 |
| 2. Fringe Benefits | 20,652.00 | 71,592.75 | 74,456.25 | 77,433.75 | 80,531.25 | | | 324,666.00 |
| 3. Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 4. Equipment | | | | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 1,650.00 | 1,650.00 | 1,650.00 | 375.00 | 375.00 | | | 5,700.00 |
| 6. Contractual | 240,543.00 | 252,578.00 | 303,885.00 | 313,002.00 | 313,046.00 | | | 1,423,054.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 96,375.00 | 15,023.00 | 15,023.00 | 14,648.00 | 14,648.00 | | | 155,717.00 |
| 9. Total Direct Costs (lines 1-8) | 393,181.50 | 470,627.50 | 529,987.25 | 545,831.10 | 554,587.00 | | | 2,494,214.35 |
| 10. Indirect Costs* | 15,648.62 | 18,730.96 | 21,093.47 | 21,724.06 | 22,072.55 | | | 99,269.66 |
| 11. Training Stipends | 11,250.00 | 11,250.00 | 11,250.00 | 11,250.00 | 11,250.00 | | | 56,250.00 |
| 12. Total Costs (lines 9-11) | 420,080.12 | 500,608.46 | 562,330.72 | 578,805.16 | 587,909.55 | | | 2,649,734.01 |

***Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)  Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☒ Yes  ☐ No

(2)  If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:  From: 07/01/2022  To: 06/30/2023  (mm/dd/yyyy)

Approving Federal agency:  ☒ ED  ☐ Other (please specify): _____

The Indirect Cost Rate is  3.98 %.

(3)  If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)  If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)  For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)?  The Restricted Indirect Cost Rate is _____ %.

(6)  For Training Rate Programs (check one) -- Are you using a rate that:

PR/Award # S184H220159

☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the

Page e69

training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Jackson County School District #4 DBA Phoenix-Talent Schools | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 11,320.50 | 43,261.25 | 44,991.00 | 46,791.75 | 48,662.25 | | | 195,026.75 |
| 2. Fringe Benefits | 6,884.00 | 23,864.25 | 24,818.75 | 25,811.25 | 26,844.75 | | | 108,223.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 550.00 | 550.00 | 550.00 | 125.00 | 125.00 | | | 1,900.00 |
| 6. Contractual | 80,181.00 | 84,192.75 | 101,295.00 | 104,334.00 | 104,348.75 | | | 474,351.50 |
| 7. Construction | | | | | | | | |
| 8. Other | 32,125.00 | 5,007.50 | 5,007.50 | 4,882.50 | 4,882.50 | | | 51,905.00 |
| 9. Total Direct Costs (lines 1-8) | 131,060.50 | 156,875.75 | 176,662.25 | 181,944.50 | 184,863.25 | | | 831,406.25 |
| 10. Indirect Costs | 5,216.21 | 6,243.65 | 7,031.16 | 7,241.39 | 7,357.56 | | | 33,089.97 |
| 11. Training Stipends | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | 3,750.00 | | | 18,750.00 |
| 12. Total Costs (lines 9-11) | 140,026.71 | 166,869.40 | 187,443.41 | 192,935.89 | 195,970.81 | | | 883,246.22 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001783**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Jackson County School District #4 DBA Phoenix-Talent Schools | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): _____

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or, ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

AR001784

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220169**

**Gramts.gov Tracking#: GRANT13748245**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220169

AR001785

## **Table of Contents**

| Form | Page |
|------|------|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1235-PPS_Areas Affected)* | e6 |
| *2. ED GEPA427 Form* | e7 |
| *Attachment - 1 (1238-PPS_GEPA_SBMH)* | e8 |
| *3. Grants.gov Lobbying Form* | e11 |
| *4. Dept of Education Supplemental Information for SF-424* | e12 |
| *5. ED Abstract Narrative Form* | e14 |
| *Attachment - 1 (1237-PPS_SBMH_Abstract)* | e15 |
| *6. Project Narrative Form* | e16 |
| *Attachment - 1 (1239-PPS_SBMH_Narrative)* | e17 |
| *7. Other Narrative Form* | e53 |
| *Attachment - 1 (1236-PPS_Other Attachments)* | e54 |
| *8. Budget Narrative Form* | e140 |
| *Attachment - 1 (1234-PPS_Budget_Narrative)* | e141 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e146 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001786

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
☐ Preapplication
☒ Application
☐ Changed/Corrected Application

**\* 2. Type of Application:**
☒ New
☐ Continuation
☐ Revision

**\* If Revision, select appropriate letter(s):**
[                    ]

**\* Other (Specify):**
[                    ]

**\* 3. Date Received:**
11/03/2022

**4. Applicant Identifier:**
[                    ]

**5a. Federal Entity Identifier:**
[                    ]

**5b. Federal Award Identifier:**
[                    ]

**State Use Only:**

**6. Date Received by State:** [            ]

**7. State Application Identifier:** [                    ]

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** School District 1J Multnomah County, OR

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
936000830

**\* c. UEI:**
HCDLVS7KWJ97

**d. Address:**

**\* Street1:** 501 N. Dixon St.
**Street2:**
**\* City:** Portland
**County/Parish:**
**\* State:** OR: Oregon
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 97227-1804

**e. Organizational Unit:**

**Department Name:** Instruc. & School Communities

**Division Name:** Student Support Services

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Ms.
**\* First Name:** Tullan
**Middle Name:**
**\* Last Name:** Spitz
**Suffix:**

**Title:** Sr Manager Stewardship & Donor Relations

**Organizational Affiliation:**
School District 1J Multnomah County, OR

**\* Telephone Number:** 503-916-3140
**Fax Number:**

**\* Email:** tspitz@pps.net

PR/Award # S184H220169

Page e3

AR001787

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| 1235-PPS_Areas Affected.pdf | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

ADVANCING STUDENT MENTAL HEALTH BY INCREASING THE NUMBER AND THE CULTURAL AND LINGUISTIC DIVERSITY
OF SCHOOL PSYCHOLOGISTS

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

AR001788

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `OR-3`                              * b. Program/Project `OR-3`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                    * b. End Date: `06/30/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 5,538,155.00 |
| * b. Applicant | 1,380,169.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 6,918,324.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on _____ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims  may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: `Ms.` | * First Name: `Tullan` |
| Middle Name: | |
| * Last Name: `Spitz` | |
| Suffix: | |

* Title: `Stewardship & Donor Relations Senior Manager`

* Telephone Number: `503-916-3142`                Fax Number:

* Email: `tspitz@pps.net`

* Signature of Authorized Representative: `Tullan Spitz`    * Date Signed: `11/03/2022`

PR/Award # S184H220169

Page e5

Tracking Number:GRANT13748245    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:10:35 PM EDT

**AR001789**

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# ADVANCING STUDENT MENTAL HEALTH BY INCREASING THE NUMBER AND

# THE CULTURAL AND LINGUISTIC DIVERSITY OF SCHOOL PSYCHOLOGISTS

### *An SBMH Grant Program Application from Portland Public Schools*

### Areas Affected

The proposed project to increase school-based mental health service providers will serve youth in the Portland Public Schools district in the city of Portland in Multnomah County, Oregon.

AR001790

OMB Number: 1894-0005
Expiration Date: 06/30/2023

**NOTICE TO ALL APPLICANTS**

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1238-PPS_GEPA_SBMH.pdf | Add Attachment | Delete Attachment | View Attachment |

**AR001791**

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

## GEPA

Portland Public Schools (PPS) has a longstanding commitment to educational excellence and to ensuring that all students, faculty and staff, administrators, parents and family, and members of the community have equitable access to all facets and components of a quality educational system. The District's commitment to removing or reducing barriers is systemic, involving each of the 78 schools and the more than 100 individual sites, as well as departments, and offices.

This proposal describes a project to increase the number and the cultural and linguistic diversity of school psychologists–credentialed school-based mental health service providers–in Title I K-5, K-8 and middle schools in areas where poverty is high and all qualify for Community Eligibility Provision; 100% of students are eligible for free or reduced lunch without need for collecting individual applications.

The following are possible barriers to participation in the proposed project and solutions to overcome these barriers:

**Barrier:** Students and families who are not fluent in English may not be able to access program services.

**Solution:** Central to the proposed project is the objective to increase identity safe, inclusive, and culturally and linguistically affirming mental and behavioral health services. Current PPS staff with cultural and linguistic diversity are integral to the project and will ensure that Emergent Bilingual and Multilingual students and families may fully benefit from school-based mental health service providers. The proposal includes a School Psychologist–Culturally and Linguistically Diverse Services Provider who is fluent in Spanish, which is the most common home language (18% of student enrollment) other than English for students enrolled in Title I schools. Additionally, a central activity of the project is to recruit and retain school

AR001792

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

psychologists from diverse backgrounds. These individuals will be well positioned–through their

lived experience–to connect with students and families. Lastly, Portland Public Schools has a

robust, established Translation and Interpretation Services Department that will assist our project

in translating all necessary materials and be available for interpretation needs. The department

regularly works with speakers of Chinese, Russian, Somali, Spanish, and Vietnamese, and has

contacts to provide translation and interpretation services for numerous additional languages.

There is a translation phone service and the department can dispatch translators to schools and

program sites. Additionally, staff members at many schools involved in the project are fluent

Spanish and Mandarin speakers.


**Barrier:** Students and families who come from cultures not traditionally represented or students

who identify as LGBTQ2SIA+ may feel less prepared to navigate institutional requirements or

less comfortable interacting with classroom teachers, school staff, coaches, etc..

**Solution:** Portland Public Schools has been implementing professional development for staff and

teachers focusing on racial equity and social justice (RESJ) as well as culturally responsive

practices.  Additionally, the proposed project's activities focus heavily on developing capacity

staff to work within frameworks that are identity safe and culturally and linguistically affirming

and inclusive. Additionally, PPS' CSB-DBT BIPOC advisory council will be a resource for

school based mental health service providers and will oversee the district's implementation

process of CSB-DBT to ensure that it embodies the district's Racial Equity and Social Justice

ethos. Contracted providers DBT and BTECH represent the lived experience of LGBTQ2SIA+

community and bring a focus on culturally affirming practices.

AR001793

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

Within the Office of Teaching and Learning the Health Education Team provides numerous resources and training for licensed educators and school staff, and resources for parents, in order to ensure that LGBTQIA2SIA+ youth feel a sense of belonging and can fully participate in any activities, such as those proposed by this project. Resources from the department's comprehensive, skills-based health education, including resources on healthy sexuality, are available for our Project Prevent team, students, families, and all staff, including on the LGBTQSIA+ Supports Web Page.

**Barrier:** Students with financial or physical disabilities may have problems with access to facilities or transportation.

**Solution:** The PPS Vision and Strategic Plan names "Equitable Access to Facilities Resources" as a district priority and PPS is in the process of school modernization of the high schools; many are already fully ADA compliant. To the extent that the K-5, K-8 and middle schools served by this project present access issues, PPS will endeavor to accommodate special needs. If transportation to partner sites presents barriers to access, the project team will work with PPS' internal transportation department to overcome these challenges. Additionally, school psychologists' roles within schools include providing equitable and inclusive access to all students including students with disabilities so they are well positioned to advocate to address this barrier.

AR001794

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

School District 1J Multnomah County, OR

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Ms.     * First Name: Tullan     Middle Name:

* Last Name: Spitz     Suffix:

* Title: Stewardship & Donor Relations Senior Manager

* SIGNATURE: Tullan Spitz     * DATE: 11/03/2022

PR/Award # S184H220169

Page e11

Tracking Number:GRANT13748245     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:10:35 PM EDT

AR001795

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---------|---------------|--------------|--------------|---------|
|         | James         |              | Loveland     |         |

Project Director Level of Effort (percentage of time devoted to grant): 20

Address:

* Street1: 501 N. Dixon St.

Street2:

* City: Portland

County:

* State: OR: Oregon

* Zip Code: 97227-1804

Country: USA: UNITED STATES

* Phone Number (give area code): 503-916-2000    Fax Number (give area code):

* Email Address: jlovelan@pps.net

Alternate Email Address:

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☐ Yes    ☒ No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

AR001796

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes    ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes   Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No   Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

Tracking Number:GRANT13748245    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:10:35 PM EDT

**AR001797**

**Abstract**

An abstract is to be submitted in accordance with the following:

1.  Abstract Requirements

    ▪ Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

    ▪ Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

    ▪ Abstracts must include the population(s) to be served.

    ▪ Abstracts must include primary activities to be performed by the recipient.

    ▪ Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

    ▪ Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

    ▪ Research issues, hypotheses and questions being addressed.

    ▪ Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

> **You have attached 1 file to this page, no more files may be added. To add a different file, you must first delete the existing file.**

\* Attachment: | 1237-PPS_SBMH_Abstract.pdf |    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

AR001798

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application                    **PROJECT ABSTRACT**

ADDRESSES **Absolute Priority 2:** LEA with demonstrated need proposing to increase the number of credentialed SBMH service providers; **Competitive Pref. Priority 2:** Increasing the number of credentialed SBMH service providers from diverse backgrounds in LEA. **GOALS: 1)** providing equitable access to services to historically underserved students; **2)** increasing mental and behavioral health services; **3)** increasing recruitment of diverse school psychologists; and **4)** increasing retention of school psychologists. **OBJECTIVE:** increase identity safe, inclusive, and culturally and linguistically affirming mental and behavioral health services. **Project will HIRE 10.5 FTE school psychologists, 1 school psychologist on special assignment (training, mentoring) and 1 program administrator to serve 1 LEA with a focus on 9,569 students in 25 K-5, K-8, and Middle schools designated Title I. ACTIVITIES:** Recruit (esp. from minority serving institutions) and hire diverse practicum students, interns, school psychologist staff; place them in Title I schools; assign school psychologists to Title I schools; design and deliver inclusive, culturally and linguistically affirming professional learning; train students, interns, and staff in CSB-DBT; Collect data and use findings to improve program.

OUTCOMES: *Short term:* Increased # of practicum students and interns from diverse backgrounds; Increased # of culturally and linguistically diverse school psychologists; Increased understanding of evidence-based, identity-safe, culturally and linguistically affirming and inclusive services aligned to professional learning and program goals. *Mid- and Long Term*: MSI partnerships formed; Increased retention of diverse school psychologists; Increased implementation of evidence-based, identity-safe, culturally and linguistically affirming and inclusive services aligned to professional learning and program goals; Improved school climate and culture; Improved access to full continuum of coordinated mental and behavioral health services; Improved student mental and behavioral health and wellness.

AR001799

**Project Narrative File(s)**

---

\* **Mandatory Project Narrative File Filename:** 1239-PPS_SBMH_Narrative.pdf

[ Add Mandatory Project Narrative File ]   [ Delete Mandatory Project Narrative File ]   [ View Mandatory Project Narrative File ]

---

To add more Project Narrative File attachments, please use the attachment buttons below.

[ Add Optional Project Narrative File ]   [ Delete Optional Project Narrative File ]   [ View Optional Project Narrative File ]

**AR001800**

**ADVANCING STUDENT MENTAL HEALTH BY INCREASING THE NUMBER AND THE CULTURAL AND LINGUISTIC DIVERSITY OF SCHOOL PSYCHOLOGISTS:**
*Portland Public Schools Application* TABLE OF CONTENTS

SF 424: filled in Grants.gov

ED Supplemental for SF 424: filled in Grants.gov

ED Budget Info Form 524: filled in Grants.gov

**Abstract**

**Narrative**

Need for the project (Absolute Priority 2)                                         1

Quality of Project Personnel (Competitive Preference Priority 2)        10

Quality of the Project Design and Services (linked activities timeline)   16

Logic Model                                                                                      17

Management Plan and Adequacy of Resources                                30

**Budget Narrative**

**Other Attachments**

Key Personnel and Supporting Personnel

Indirect Cost Rate Agreement

Letters of Support

Sources Cited

Supporting Documentation

Position Descriptions
PPS Successful Schools' Student Service Provider Framework
NASP Practice Model
Project Activities Timeline

Assurances and Certifications: filled in Grants.gov

AR001801

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

# ADVANCING STUDENT MENTAL HEALTH BY INCREASING THE NUMBER AND THE CULTURAL AND LINGUISTIC DIVERSITY OF SCHOOL PSYCHOLOGISTS:
### *An SBMH Grant Program Application from Portland Public Schools*

## INTRODUCTION

LEA Portland Public Schools ("PPS" / District 1J Multnomah County OR) is the largest public school district in Oregon, and is located in the urban core of the largest city, Portland. Serving 45,497 PK-12 students,[1] the organization's mission, adopted in July 2021, is: *We provide rigorous, high-quality academic learning experiences that are inclusive and joyful. We disrupt racial inequities to create vibrant environments for every student to demonstrate excellence.* PPS proposes an SBMH project meeting Absolute Priority 2: LEA with demonstrated need proposing to increase the number of credentialed school-based mental health services providers, and Competitive Preference Priority 2: Increasing the number of credentialed school-based mental health services providers in LEA with demonstrated need who are from diverse backgrounds.

**NEED FOR PROJECT:** *Addressing Competitive Preference Priority 1*

*Importance and Magnitude of the Problem and LEA with Demonstrated Need*

**Oregon's Need for School Based Mental Health Services** Oregon has the highest national prevalence of youth mental health needs and ranks 42nd out of all states in youth access to mental health care.[2] An Oregon Department of Education (ODE) report, A Crisis of Disrupted Learning, thoroughly documents input from educators state-wide stating that over recent years, more and more students are coming to school with substantial social and emotional needs and challenges that significantly affect their ability to learn. Educators also describe escalating

---

[1] Oct 2021 Enrollment of Underserved Groups
[2] Reinert, M, Fritze, D. & Nguyen, T. (October 2022). "The State of Mental Health in America 2023" Mental Health America, Alexandria VA.

1

AR001802

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

disruptive student behavior, including verbal and physical abuse, fighting, and destruction of property, that make it challenging to provide a safe, welcoming and inclusive learning environment conducive to high-quality instruction.[3] Whether precipitated by an acute trauma, chronic stressors such as poverty and homelessness, or other causes, students exhibiting extreme behavior in the classroom, students witnessing this behavior, and teachers trying to manage the behavior all suffer when schools cannot provide adequate support.

**Portland Public Schools' Need for School Based Mental Health Services**  PPS district data indicate a significant prevalence of unmet youth mental and behavioral health needs which have been exacerbated by the impacts from COVID. Local TV news interviewed Calley Ekberg and Carly Strouse, school psychologists from PPS and another large district, who said: "Students have been pretty isolated for a long time, as we all have …So, suddenly being put back together in a school with all these other humans, it's pretty challenging, sort of readapting to society and how you interact with each other…What we are advocating for is more…mental health professionals in our schools, because we are definitely in a mental health crisis right now."[4]

Other traumatic events, including increased community violence in Portland,[5] have negatively impacted youth mental health.  In October 2022 the *Oregonian* reported that shootings in Portland tripled in the years from 2019 to 2022, with high numbers of "injury shootings" in many city neighborhoods where PPS schools are located (e.g., a PPS Title I school Lent Elementary).[6] Our schools, too have increased incidents of violence, bullying, hate speech,

---

[3] Oregon Department of Education (2019). *A Crisis of Disrupted Learning.* https://www.oregoned.org/uploads/02_docs/DisruptedLearning_Report_2019_v5.pdf.
[4] Pitawanich, Christine. (11/8/2021) Oregon School psychologists say students are facing a mental health crisis. [TV broadcast]. KGW. Accessed 10/25/22. https://www.kgw.com/article/news/education/school-psychologists-concerned-for-kids/283-f90e0213-6412-4ebe-ac93-0b57028d79ad
[5] City of Portland Police Bureau & California Partnership for Safe Communities (2020). *Portland Shooting & Homicide Problem Analysis 2015-2019.*
[6] Cansler, David and Zarkhin, Fedor. "Portland shootings triple in 3 years: video captures spray of bullets in Lents neighborhood." Oregonian/Oregon Live, October 25, 2022.

AR001803

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

sexual assault, and exposure to other negative events such as prank bomb threats.  A
compounded effect takes a toll on our youth: The CDC's Adverse Childhood Experiences study
found that children who experience traumatic experiences have significantly higher rates of poor
health outcomes, including traumatic effects on brain function that may present as depression,
anxiety, substance abuse, anti-social behavior, stunted cognitive development, academic
challenges, emotional isolation, and a higher likelihood of engaging in violence.[7]

## Portland Public Schools: Mental and Behavioral Health Data

Data in PPS reveal disparities for the educational experiences of students of color,
LGBTQ2SIA+ students and students with disabilities. It is important to acknowledge that these
disparities are the result of oppressive systems, policies, and practices, school climate and
culture, implicit bias and lack of effective Multi-Tiered Systems of Support (MTSS) and mental
and behavioral health services. The school district is committed to disrupting these disparities
and has a robust Racial Equity and Social Justice (RESJ) department tasked with embedding
RESJ standards into all aspects of PPS practice, including hiring practices that focus on
recruiting and retaining educators who represent the racial, cultural, and linguistic diversity of
PPS students and centering RESJ standards in professional learning across departments and
functions. The proposed project seeks to promote racial equity and social justice by increasing
recruitment and retention of racially, culturally, and linguistically diverse school psychologists
and expanding and centering culturally and linguistically affirming practices in professional
learning and mental and behavioral health services. Data summary:

---

https://www.oregonlive.com/crime/2022/10/portland-shootings-triple-in-3-years-video-captures-spray-of-bullets-in-lents-neighbo
rhood.html . Accessed 10/29/22..
[7] Centers for Disease Control & Prevention (2019). *Adverse Childhood Experiences (ACEs)*.
https://www.cdc.gov/violenceprevention/aces/index.html.

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

*PPS Suicide Screenings 2021-22* and *Youth Risk Behavior Surveillance (YRBS) Data 2021:* Table summarizes data for suicide screenings completed by school psychologists, school counselors, social workers, and other service providers for students expressing suicidal ideation. Responses to questions related to suicide on the 2021 YRBS survey are also summarized below.

*Gaps/Weaknesses:* There has been a significant increase in suicide screenings: **744 suicide screenings were completed in 2021-22, compared to 199 suicide screenings in 2020-21.** There was a higher rate of suicide screenings completed for students who identify as Black or African American, American Indian or Alaskan Native and Pacific Islander in comparison to district enrollment. Over 30% of suicide screenings were for students with disabilities and 15.97% of suicide screenings were completed for student identifying as LGBTQ2SIA+. YRBS data indicate a high level of risk and behaviors overall with higher rates of risk being reported by historically underserved students LGBTQ2SIA+**.** See table below:

| *Youth Risk Behavior Survey Data 2021* | Response Overall | Response LGBTQ2SIA+ | Response Historically Underserved |
|---|---|---|---|
| **Attempted Suicide** | 8% | 13% | 12% |
| **Made a Plan to Attempt Suicide** | 17% | 29% | 19% |
| **Seriously Considered Suicide** | 20% | 36% | 20% |
| **Persistent Hopelessness** | 38% | 58% | 43% |

*Proposed Remedies:* Lowering school psychologist ratios will increase students' access to mental and behavioral health services, such as Comprehensive School Based - Dialectical Behavior Therapy (CSB-DBT), an evidenced-based suicide prevention practice. School psychologists are trained in suicide prevention and screening and also have specialized training

AR001805

in serving students with disabilities. They bring important contributions to prevention; however, current school psychologist ratios often prevent them from being fully included in this process.

*504 Mental Health Data* **2021-22:** The number of students with 504 Plans in PPS increased by 8% from pre-pandemic levels during the 2018-19 school year to the 2021-22 school year.  During the 2021-22 school year, 1,851 students had 504 plans for a diagnosis of anxiety and 647 students had 504 plans for a diagnosis of depression.

*Gaps/Weaknesses:*  Students who experience anxiety and depression often benefit from school based mental and behavioral health services in addition to the accommodations provided through their 504 plans, but not all students can access services due to a shortage of providers.

*Proposed Remedies*: See the Quality of the Project Design Section for an explanation of ways that increasing the number and diversity of school psychologists and their hours in schools will increase their ability to provide evidence-based student mental and behavioral health services, including both individual and group therapy (e.g., group therapy is the implementation of PPS' Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) program.)

*Behavioral Safety Assessment System (BSAS) 2021-22 Gaps/Weaknesses:* It is well documented that exclusionary discipline does not reduce the risk of violence.  In fact, students who are suspended or expelled are at a greater risk of dropping out of school and entering the school-to-prison pipeline. This is experienced at a disproportionate rate for students who have been historically underserved, particularly for Black males.[8]  During the 2021-22 school year, students of color in PPS experienced 63.8 % of disciplinary exclusions while they represented 44.2% of student  enrollment.  Black and Native students experienced the most significant

---

[8]  LiCalsi,Christina, Osher, David, Bailey, Paul. (2021). An Empirical Examination of the Effects of Suspension and Suspension Severity on Behavioral and Academic Outcomes. American Institutes for Research. https://www.air.org/sites/default/files/2021-08/NYC-Suspension-Effects-Behavioral-Academic-Outcomes-August-2021.pdf

AR001806

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

disproportionality in discipline exclusions. Black students comprise 8.5% of student enrollment and experienced 26.8% of exclusions. Native American students comprise 0.5% of enrollment and experienced 1.3% of exclusions. Additionally, students with disabilities experienced 38% of disciplinary exclusions. Students of color and multilingual also continue to experience disproportionate referrals for special education services. PPS' special education risk ratio data indicates that during the 2021-22 school year, Native American students were 70% more likely, Black students were 30% more likely, and students receiving ESL services were 30% more likely to be identified for special education services. The BSAS system seeks to identify needs and provide tiered MTSS supports including Tier I strategies to improve school climate and culture and to reduce the reliance on exclusionary discipline and special education services.

During the 2021-22 school year 136 behavioral safety assessments were completed . Black, Native Hawaiian and Pacific Islander students experienced disproportionate behavioral safety assessment referrals. Black students represented 19.1% of assessments while they comprised 8.5% of enrollment and Native Hawaiian and Pacific Islander represented 1.5% of assessments while they comprised 0.7% of enrollment. Over 46% of behavioral safety assessments were completed for students with disabilities.

*Proposed Remedies:* Lowering school psychologist ratios will increase school wide implementation of MTSS and access to mental and behavioral health services. Trained in behavioral safety assessment and MTSS practices, psychologists also have specialized training in serving students with disabilities and are important team members in Behavioral Safety Assessments; however, current school psychologist ratios often prevent them from being fully included in this process. School psychologists advocate to promote school wide equitable practices to improve school climate and culture and address bias and disproportionately. They

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

collaborate with families, students, educators and other community partners to support student regulation and to develop safety and support plans to better meet student needs.  This includes completing functional behavior assessments to inform behavior support plans and developing plans for managing escalating behaviors. Increasing school psychologists' time in schools will enhance school wide preventative services and mental and behavioral services available to students within their schools which will reduce the need for specialized services.

## School Psychologist Service Shortages & High Student to Provider Ratios

The PPS Successful Schools' Student Service Provider Framework outlines the distinct services provided by school psychologists, as aligned with the National School Psychologists' practice model (see Other Attachments for the PPS Framework and NASP Practice Model).

*Gaps/Weakness: High student to school psychologist ratios* The shortage of school psychologists results in significant gaps in preventative services including MTSS and mental and behavioral health services to students.  For the 2020-21 school year, the national ratio for school psychologists was 1:1,162 and the Oregon ratio was 1:1,423[9]  These national and state student ratios are more than double the NASP recommended ratio of 1:500.  Improving school psychologist student ratios must be prioritized to address the consequences identified by NASP: unmanageable caseloads; inability for school psychologists to provide critical prevention and early intervention services; limited ability for school psychologists to regularly consult with families, teachers, or administrators; reduced access to mental and behavioral health services for students;  limited scope of service delivery focused primarily on legally mandated special education practice; disjointed or incomplete services, or less effective services delivered by less

---

[9] *State Shortages Dashboard.* (January 2022). National Association of School Psychologists.
https://www.nasponline.org/about-school-psychology/state-shortages-data-dashboard

AR001808

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

qualified professionals or those not trained to work in schools; overreliance on contracted services, which often only serve the students with the most significant needs and neglects critical prevention, early identification, and early intervention services; and teacher burnout due to lack of support.  School psychologists provide distinct school based mental and behavioral health services, yet school psychologists' ratio disparities far exceed ratio disparities of other mental and behavioral health providers.[10]

**The average PPS school psychologist to student ratio is 1:901** (at comprehensive K-5, K-8, middle and high schools).  This is 401 students over  NASPs' recommended ratio of 1:500. Additionally, approximately 30% of schools in PPS only have access to a school psychologist one day per week. While PPS' school psychologist  ratios are slightly lower than national and Oregon averages, Oregon has the highest prevalence of youth mental health needs in the nation[11] and PPS serves a student population with a high rate of mental and behavioral health needs including suicidal ideation, depression, anxiety and other mental and behavioral health needs.

Historically in PPS, school psychologists have been staffed using the number of special education students in their schools.  This approach results in schools losing school psychologist services when their services are effective in reducing special education overidentification through collaboration with their teams to increase MTSS implementation. When school psychologists are not resourced to participate in preventive MTSS and mental and behavioral health services such as Student Intervention Teams, disproportionate special education identification and unmet mental and behavioral needs are exacerbated.

---

[10] National Association of School Psychologists. (2021). Improving School and Student Outcomes: The Importance of Addressing the Shortages in School Psychology [handout].

[11] Reinert, M, Fritze, D. & Nguyen, T. (October 2022). "The State of Mental Health in America 2023" Mental Health America, Alexandria VA.

AR001809

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

*Gaps/Weakness:Barriers to Recruitment and Retention* PPS has demonstrated best practices by including school psychologists in MTSS schoolwide practices and as mental and behavioral health providers and is well positioned to use additional school psychologists to meet students needs. However, PPS' current shortage of school psychologists given their comprehensive responsibilities is a unique barrier in recruiting and retaining school psychologists.  Since MTSS and mental and behavioral health programs and practices are aligned to school psychologists' training, school psychologists are included in attendance and student intervention teams, suicide prevention, behavioral safety assessment, safety and support planning, counseling and other mental and behavioral health services in PPS. The shortage impacts retention because high student ratios create significant challenges in providing preventative and essential mental and behavioral health services for all students in addition to their mandated special education responsibilities. In a recent NPR story reporter Pooja Salhotra describes this barrier:

> *Byron McClure, a school psychologist in Houston who advocates for more representation in the field, says that to bring more Black men in, there needs to be a major shift in the role school psychologists play. Instead of relying on assessments to separate some students into special education, McClure says, school psychologists should use their expertise more broadly. For example, by creating restorative justice policies or helping design a more culturally responsive curriculum. Doing all this requires more resources. NASP recommends one school psychologist for every 500 students. But most school districts don't even come close to that goal. With such limited resources, school psychologists spend much of their time on evaluations for special ed.[12]*

An additional barrier for recruiting is the national shortage of trained school psychologists.  One reason for this is the cost and time required to become licensed as a school psychologist.  The

---

[12] Salhotra, Pooja (2022, July 29) Few Black men become school psychologists. Here's why that matters [Radio Broadcast]. NPR. https://www.npr.org/2022/07/29/1113045369/black-men-special-education

AR001810

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

specialist level graduate degree for school psychologists is longer (three years) compared to one

year graduate degrees required for other school based mental health providers.

*Proposed Remedies:* Our primary strategy is lowering school psychologists' ratios so

they are positioned to provide comprehensive mental health support, and preventative MTSS

services to address disproportionate special education referrals. Addressing shortages is essential

due to their unique training and distinct responsibilities. Lowering ratios will increase

school-wide preventative MTSS and mental and behavioral health services for all students,

including inclusive services to students with disabilities.  An opportunity to increase enrollment

in school psychologist training programs is to provide competitively paid internship placements,

prioritizing recruiting students who represent the diversity of PPS students.  In addition, the

Program Administrator will work with PPS Human Resources to add additional recruitment and

retention strategies and resources; the details will be worked out in collaboration with the

Portland Association of Teachers (PAT); school psychologists are part of the union.

**QUALITY OF PROJECT PERSONNEL**

*Encouraging Applications from Traditionally Underrepresented Groups and  Addressing*

*Competitive Preference Priority 2: Increasing the number of credentialed school-based mental*

*health services providers in LEA with demonstrated need who are from diverse backgrounds*

In 2018 Portland Public Schools launched a community visioning process, which resulted in a

bold vision, PPS reImagined (2109). The vision identifies System Shifts needed to evolve the

school district towards excellence; paramount is "Racial Equity Aligned Systems and

Structures." With this vision and subsequent Forward Together: 2021-2025 Strategic Plan for

Racial Equity, Inclusion, and Excellence, the imperative to diversify staff is a central focus of

Superintendent Guadalupe Guerrero's Leadership Team, including in areas of talent

**AR001811**

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

development. The Human Resources Department's theory of action is: *IF we hire and retain staff, particularly BIPOC (Black, Indigenous, and other People of Color) staff, who believe in the PPS Vision and demonstrate a particular aptitude for the Educator Essentials, THEN we will accelerate achievement for underserved students and achieve the Graduate Portrait for all students, regardless of their race, gender identity/sexual orientation, socioeconomic situation, home language, disability, or ability.* A number of initiatives are underway, including "Grow Your Own" programs encouraging members of underrepresented groups to advance from non-licensed positions to licensed teaching staff (athletic coaches, para educators, and other pipelines–with district financial support) and the Wallace Foundation–funded Equity Centered Pipeline Initiative to establish, retain, and support racially diverse School Administrators.

This project aligns with key initiatives and will solicit and encourage applications from credentialed school psychologists from underrepresented groups, focusing on recruiting from Minority Serving Institutions (MSIs), specifically Historically Black Colleges and Universities (HBCUs) and Hispanic Serving Institutions (HSIs). PPS Leadership supports the effort as a way achieve our vision and develop a workforce representative of student diversity.

*Qualifications, training and experience of key project personnel*

PPS leaders across all levels of the project will be engaged with its implementation, continuous improvement, and evaluation. Key PPS personnel named here hold ultimate responsibility for the integrity and success of the project and will function as management/oversight of new recruits, training consultants and partners, and all aspects of the project services.

**PPS district staff contributing to the successful management of the proposed project:**

**Dr. Cheryl Proctor, Deputy Superintendent over Instruction and School Community,**

provides key leadership in multiple areas. She led the Office of Teaching & Learning to better

strategically support academic improvement across the district, launched an ongoing curriculum adoption process and developed a systemic instructional framework. Before coming to PPS she served the students and families of the School District of Philadelphia as Assistant Superintendent, supporting high school principals to drive academic achievement through instructional improvement with a focus on Black student achievement.

**Jey Buno, Chief of the Office of Student Support Services** leads the structures, systems, and staff that provide social emotional learning,  mental and physical health, special education and accessibility services as well as family engagement and the multi-tiered systems of support implementation in PPS.  Leadership responsibilities include maintaining alignment with the District's overall vision, and supports ensuring that all students receive grade level, engaging instruction that is universally designed, culturally relevant, and standards-aligned.

**James Loveland,  MS, Senior Director of Student Success and Health**, oversees the Student Support Provider Programs: Comprehensive School Psychology, Counseling, and Social Work programs, and School Health Services. *Loveland is named as Project Director on the SF424 Supplemental form at 0.2 level of effort as an in-kind match. The proposed new Program Administrator to be hired at 1.0 FTE will report directly to him.* Loveland brings equity centered leadership to the implementation of district programs supporting students' wellness including district mental and behavioral health services and programs.  He prioritizes equitable and student centered approaches through his leadership including providing racial affinity groups for student service providers and students and disrupting inequities through addressing policy, practices, procedures and programs.  He also brings extensive experience as a school based mental and behavioral health services provider and in leading district wide implementation of MTSS.

**Cynthia Velásquez, MS Special Education Program Administrator and Bilingual School Psychologist**, will participate in recruitment activities (outreach to minority serving institutions, professional conferences, etc.). Velásquez is a Doctoral Student in Special Education and a bilingual bicultural Spanish speaking district leader and school psychologist. Over the past 20 years her purpose has been to establish equitable best practices that promote access for all students, especially historically excluded students.  She brings expertise in the implementation of inclusive, identity-safe and culturally and linguistically affirming services for students, families and school communities.  She also brings extensive leadership experience in supporting district and school wide systems and structures to implement MTSS.

**Kristin Irwin, MS, School Psychologist on Special Assignment**, will be responsible for recruitment activities (outreach to MSIs, professional conferences, etc.), the comprehensive school psychologist program evaluation, providing coaching and consultation and facilitating professional learning. She brings experience in program coordination and evaluation, supporting district wide MTSS implementation, and providing coaching, consultation, technical assistance and professional learning in MTSS and mental and behavioral health services.

**William Fernandez, *Racial Equity & Social Justice Professional Development Program Manager***, will collaborate with the project team to embed the RESJ practices and professional development standards across all activities. He brings a wealth of expertise including designing and leading professional development for school staff to minimize disproportionate outcomes for Black, Native and BIPOC students, to creating the district-wide RESJ Scope and Sequence that aligns with Goal 1 of "Cultivate a Culture of Racial Equity and Care" in the PPS Strategic Plan.

Resumes of key personnel listed above appear in Other Attachments. To provide insight into the quality of personnel providing direct mental and behavioral health service to students

AR001814

also included are the resumes of additional Office of Student Supports staff who will contribute to the success of the proposed project to scale up the School Psychologist Program in PPS. These include resumes of currently serving comprehensive school psychologists (Gloria Ortiz, Amy Bolich, Jessica O'Connor, and Troy Loker) and intern (Laura Villagomez) and of a part-time Spanish bilingual school psychologist (Elaine Hidalgo). Also included is the resume of Marquita Guzman, the PPS School Counselor Program Administrator who will collaborate closely with the School Psychologist Program Administrator to support cohesive student service provider teams and services for students aligned to PPS' Service Provider Framework.

**Supplement not Supplant: SBMH Provider Positions to be Recruited, Hired, and Retained**

The proposed project will expand, not duplicate, efforts to increase the number of school-based mental health service providers. The project will recruit and retain a cadre of school psychologists, including culturally and linguistically diverse school psychologists, to achieve the NASP-recommended provider to student ratio in PPS Title I schools. It will add 10.5 FTE of school psychologists, (8 FTE via the grant funds and 2.5 FTE via matching funds), bringing the total number in PPS to 58.7. Position descriptions for supplemental school-based mental health service providers to be added are in Other Attachments and summarized here:

*School Psychologist Program Administrator:* will oversee the day-to-day implementation, evaluation and expansion of the comprehensive school psychologist program and designated staff; provide analytic, technical and operational program support; evaluate and maintain a variety of records for assigned program and services.

*School Psychologist on Special Assignment:* will organize the professional learning, provide coaching and technical assistance to school psychologists and coordinate program evaluation to inform continuous improvement of the comprehensive school psychologist program.

AR001815

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

*School Psychologist Culturally and Linguistically Diverse Services*: will provide culturally specific mentorship to bilingual, bicultural Spanish speaking school psychologists and oversee and provide culturally and linguistically affirming student services.

*School Psychologist:* will provide counseling, instruction, and mentoring for those struggling with social, emotional, and behavioral problems; increases achievement by assessing barriers to learning and determining the best instructional strategies to improve learning; promotes wellness and resilience by reinforcing communication and social skills, problem solving, anger management, self-regulation, self-determination, and optimism and enhances understanding and acceptance of diverse cultures and backgrounds.

*Qualifications, training and experience, of project consultants or subcontractors*

A key component of the proposed project is an expansion of our partnerships with two external contractors to train staff in five Title I middle schools in Comprehensive School-Based Dialectical Behavioral Therapy: 1) **Portland DBT** Erica Tan, Psy.D. received her doctorate in clinical psychology from Regent University. Presently, she is a licensed clinical psychologist in Oregon and is an Adolescent and Family team member at Portland DBT Institute working extensively with at-risk teens who struggle with self-harming behaviors and suicidality. She also specializes in work with LGBTQ+ individuals and their families. (See letter of support in Other Attachments). 2) **Behavioral Tech, LLC**, is a renowned research and training organization committed to building capacity of local organizations to deliver DBT. PPS will work with **Vibh Forsythe Cox, PhD,** a Training and Development specialist. Dr. Forsythe Cox is a licensed Psychologist in Washington. BTECH has an ongoing commitment to fundamental inclusion of and service to BIPOC communities, and partners on PPS' CSB-DBT BIPOC advisory council that oversees the district's implementation process of CSB-DBT to ensure that it embodies the

**AR001816**

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

district's Racial Equity and Social Justice ethos. Advisory council members were chosen for their

expertise and standing within their own communities and their knowledge of mental health

interventions. They help set general program goals, establish training parameters, and provide

cultural bridges between CSB-DBT team members and school community members.

| PPS CSB-DBT BIPOC ADVISORY TEAM | | |
|---|---|---|
| **Name** | **Identifiers** | **Organization, If Applicable** |
| Trish Haugen | Blackfoot Nation | Wisdom of the Elders |
| Elvina Charley | Diné´ Nation | National Association of School Psychologists Indigenous American Subcommittee |
| Celeste Malone | Black | Howard University, NASP President |
| Iden Campbell | Black, Trans | Multnomah County Public Safety Coordinating Council |
| Mila Rodriguez-Adair | Latinx | PPS Student Success & Health QMHP on Special Assignment |
| Giorgio Jovani di Salvatore | Latinx, Trans | National Association of School Psychologists LGBTQI-2S Committee |
| Gloria Ortiz | Latinx | PPS Special Education, Bilingual School Psychologist |
| Jael Camhi | Latinx | Senior Trainer, DBT Latino America; Translator: DBT Manual for Adolescents |
| Carito Princ | Latinx | Senior Trainer, DBT Latino America; Translator: DBT Manual for Adolescents |

## QUALITY OF THE PROJECT DESIGN AND SERVICES

*Program Goals and Methodology:* This program proposal has four primary goals:

**GOAL 1:** providing equitable access to services to students who have been historically

underserved;

**GOAL 2:** increasing mental and behavioral health services;

**GOAL 3:** increasing recruitment of diverse school psychologists *(Comp Pref. Priority 2)*; and

**GOAL 4:** increasing retention of school psychologists *(Com. Pref. Priority 1)*.

**Please see Project Activities Timeline linked and in Other Attachments**

AR001817

Portland Public Schools (Disterse 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

| Inputs | Activities/Outputs | Outcomes |
|---|---|---|
| **Specialized Staff:**<br>• School Psychologist Program Administrator<br>• School Psychologist on Special Assignment<br>• School Psychologist Culturally and Linguistically Diverse Students Services<br>• Title I School Psychologists | **Activities:**<br>• Recruit and hire interns and school psychs from diverse backgrounds<br>• Place interns with supervisors in Title I schools<br>• Assign school psychologists to Title I schools<br>• Design and deliver inclusive, culturally and linguistically affirming professional learning<br>• Train students, interns, and staff in CSB-DBT<br>• Coordinate with building leaders and RESJ Dept.<br>• Collect data, evaluate & use findings to improve program | **Short Term:**<br>• Increased # of interns from diverse backgrounds<br>• Increased # of culturally and linguistically diverse school psychologists<br>• Increased understanding of evidence-based, identity-safe, culturally and linguistically affirming and inclusive services aligned to professional learning and program goals |
| **Funding:**<br>• Recruitment activities<br>• Intern stipends<br><br>**Training & Professional Support:**<br>• Contracted CSB-DBT Professional Training & BIPOC Advisory | **Outputs:**<br>• MSI partnerships formed<br>• 7 recruitment events<br>• Training and professional learning materials/modules<br>• 20 training events<br>• 2-4 interns recruited, hired, trained, placed annually (yrs 2-5)<br>• 10.5 Title I School Psychologists recruited, hired, trained, placed<br>• Building leaders, RESJ Dept. aware and actively engaged in program<br>• Data from surveys, interviews, behavior rating collected<br>• Mid and end of year program evaluation report<br>• 4 team meetings to review data, reflect, plan forward | **Medium/Long Term:**<br>• MSI partnerships formed<br>• Increased retention of school psychologists from diverse backgrounds<br>• Increased implementation of evidence-based, identity-safe, culturally and linguistically affirming and inclusive services aligned to professional learning and program goals<br>• Improved school climate and culture<br>• Improved access to full continuum of coordinated mental and behavioral health services to meet student needs in 25 Title I schools<br>• Improved student mental and behavioral health and wellness |

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

### *GOAL 1: Equitable Access To Services for Students Who Have Been Historically Underserved*

By locating our comprehensive school psychologist program in Title I K-5, K-8, and Middle Schools, PPS prioritizes early intervening preventative services to under-resourced schools and students who have been historically underserved including inclusive services for students with disabilities. PPS' Title I schools build on the strengths and assets of students including students of color; students with disabilities; emerging bilingual students; and students navigating poverty and those experiencing homelessness.

| Title I Student Demographics & Characteristics (2021-22) | # of Title I Students | % of Title I Students |
|---|---|---|
| Asian | 678 | 7.5% |
| Black/African American | 1,508 | 16.7% |
| Latinx | 2,514 | 27.9% |
| Native American | 74 | 0.8% |
| Other Ancestry | 761 | 8.4% |
| Pacific Islander | 141 | 1.6% |
| White | 3,131 | 44.5% |
| Emergent Bi/mulit/lingual (LEP) | 1,934 | 21.5% |
| Poverty (Free and Reduced Direct Certification) | 3,881 | 43.1% |
| Special Education | 1,515 | 16.82% |
| Homelessness (McKinney Vento) | 152 | 1.69% |
| Migrant Ed | 68 | 0.75% |
| Chronic and Severe Absenteeism | 4,300 | 44.9% |

### *GOAL 2: Increase Mental and Behavioral Health Services* This proposal increases mental and behavioral health services  by adding 10.5  additional  school psychologist FTE in PPS'

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

twenty-five Title I K-5, and K-8 and middle schools to students to expand, scale up and integrate

two existing programs, piloted during the global pandemic, with proven success:

<u>Comprehensive School Psychologist Program</u>: During the 2020-21 school year, 2.8 additional

FTE was added to PPS' seven K-5 and K-8 schools designated "CSI," meaning they are

designated as "Comprehensive Support and Improvement" under ESEA and By Oregon

Department of Education's criteria: Any Title I school with a Level 1 in at least half of the rated

indicators and any high school with a four-year graduation rate below 67%.[13] This commitment

established the PPS Comprehensive School Psychologist  Program to prioritize services to

students who have been historically underserved, to support the implementation of MTSS, and to

provide preventative mental and behavioral health services in these high-needs schools.  In the

first year of the comprehensive school psychologist program with 2.8 FTE, comprehensive

school psychologists provided 1,336 preventative MTSS and mental and behavioral health

services to students, 95% of these services were provided to students who have been historically

underserved.  During the second year of the program, comprehensive school psychologists

provided 2,779 services; 85% provided to students who have been historically underserved.

**Services provided through the comprehensive school psychologist program include:**

- providing consultation to teachers and other educators on Tier I school climate and
  classroom strategies

- participating in wrap around meetings and providing care coordination within family
  and community partnerships

---

[13] *School and District Improvement* (January 2022). Oregon Department of Education.
https://www.oregon.gov/ode/schools-and-districts/grants/esea/ia/pages/school-improvement.aspx

AR001820

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

- engaging in suicide prevention and screening, behavioral safety assessment and safety and support planning including Behavioral Safety Assessment and Functional Behavior Assessments, Behavior Support Plans and plans for managing escalating behaviors

- providing evidence-based group and individual counseling services to students who may not be connected to a provider

- participating in MTSS teams including Student Intervention Team (SIT) to implement interventions and to progress monitor students' response to intervention to ensure we are meeting students' needs throughout their school day

| Examples of Principal Testimonials for Comprehensive School Psychologist Program | | |
|---|---|---|
| *"Their knowledge and expertise has really helped our school and community...they are bilingual in our highest need language and can service families directly... they are very knowledgeable, compassionate, and supportive to the needs of the individual and family as a whole."* | *"Our school psychologist is very thorough in her approach. She also is adept at coordinating services from multiple providers to provide wrap-around supports, internally and externally, for our students"* | *"This is such a powerful role and link between special education and MTSS systems in schools. Our comp. school psychs have always been such strong reflective thought partners in envisioning and enacting stronger and more preventative academic supports for students and help keep the ship pointed north. I am so grateful to have one!"* |

**The proposed project will expand the successful approach of the Comprehensive School Psychologist Program to include all Title I schools in PPS.**

Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) Program: Also beginning in the 2020-21 school year PPS contracted to provide  professional learning to selected high school school psychologists and social workers to implement CSB-DBT mental and behavioral health services to students.  CSB-DBT is a strengths-based intervention initially researched with adolescents and families of color (Latinx, Black) that teaches skills for

AR001821

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

mindfulness, distress tolerance, cognitive behavioral regulation, emotion regulation, and

interpersonal effectiveness.[14] These skills have been shown to reduce students' suicide,

self-injury, depression, anxiety and anger as well as to increase GPA, relationship satisfaction,

and positive connections to school and teachers.[15]    During the 2021-22 school year, this training

resulted in 40 students receiving services through the CSB-DBT program.

| Examples of student voice data for students who participated in the program |
|---|

| | | |
|---|---|---|
| *"I've been able to identify what works in an interpersonal relationship. I haven't been able to put my skills in action yet, but I am able to analyze where I went wrong with executing them."* | *"I use the temperature one (TIPP: Temperature, Intense Exercise, Paced Breathing, Progressive Muscle Relaxation) and creating opposite emotions. Using the skills really helps to put things in perspective when I feel less control."* | *"My favorite parts are usually the self-reflection ones and the meditation. It feels like it's at my own pace and productive where I can analyze and accept the situations and possible outcomes."* |

**This project will expand the successful approach CSB-DBT to all Title I Middle Schools.**

***Plan for prompt delivery of services to students.***

To fulfill the requirement that services be offered to students no later than 180 days after the

January 1, 2023/start of the grant period, PPS is providing a 0.5 FTE in-kind match school

psychologist position who will deliver services to students. School psychologists will receive

extended hour pay to conduct student and family engagement activities (e.g., home visits,

coordinating student support plans with summer acceleration educators) to encourage students to

enroll in the PPS summer Acceleration Academy during summer 2023. For example, they will

work with 5th grade students with the goal of having them participate in summer acceleration to

---

[14] Rathus ,J. H., & Miller, A. L. (2002). Dialectical Behavior Therapy adapted for suicidal adolescents. Suicide and Life-Threatening Behavior, 32(2), 146–157. https://doi.org/10.1521/suli.32.2.146.24399
[15] Richtel, Matt. "'The Best Tool We Have' for Self-Harming and Suicidal Teens." *New York Times*. August 27,2022. https://www.nytimes.com/2022/08/27/health/dbt-teens-suicide.html
 Accessed October 31, 2022.

be better prepared for the middle school transition. And the grant-funded School Psychologist

Program Administrator and School Psychologist on Special Assignment will organize CSB-DBT

training for several PPS' HS and MS during **grant project year 1 (defined as Jan-June 2023)**

which will result in additional students receiving services through the CSB-DBT program.

***GOAL 3: Addressing Competitive Preference Priority 2 Increasing Recruitment of Diverse***

***School Psychologists*** This proposal includes hiring 10.5 additional new school psychologists in

Title I schools and two to four school psychologist interns to provide comprehensive mental and

behavioral health and MTSS services in PPS' 25 Title I K-5, K-8, and middle schools with a

focus on recruiting racially, culturally and linguistically diverse school psychologists. PPS will

build on efforts to date that show a positive trend in diversifying our SBMH provider workforce:

Now in its third year, the Comprehensive School Psychologist program has hired two bilingual

bicultural Vietnamese speaking school psychologists and one bilingual bicultural Spanish

speaking school psychologist intern who all participated in the program as practicum students.

Building on the success of this program the proposed SBMH project will expand the approach by

scaling up to additional schools. Through the proposed project, PPS will hire one Culturally and

Linguistically Diverse Student Services Bilingual and Bicultural Spanish speaking school

psychologist to provide culturally specific services and mentorship to bilingual and bicultural

Spanish speaking school psychologists. Prioritizing this position aligns with PPS' Racial Equity

and Social Justice core value: Spanish is a home language for 18% of students enrolled in Title I

schools. In order to increase recruitment PPS proposes to:

- prioritize competitively paid internship and salary placement incentives to interns who

  represent the racial and linguistic diversity of the students and families  in PPS;

AR001823

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

- provide culturally and linguistically specific mentorship and professional learning to Spanish speaking school psychologists; and

- conduct recruitment efforts focused on diverse recruitment nationally at the NASP annual conference and through strengthening and forming partnerships and recruitment at school psychology programs at "Minority Serving Institutions (MSIs)." PPS will strengthen partnerships with Howard University, San Diego State University, and California State University Los Angeles (see letter of support in Other Attachments) and initiate partnerships with additional MSIs including CA State University-Chico, CA State University-East Bay, CA State University-Fresno, CA State University-Long Beach, CA State University-Northridge, CA State University-Sacrament, Humboldt State University, Bowie State University and Texas Southern University.

***GOAL 4: Increasing retention of school psychologists*** Retaining educators in their schools is important for developing student and family relationships and partnerships and for providing stability to school teams. Lowering school psychologist student ratios and positioning school psychologists to provide comprehensive services aligned to their training will reduce attrition rates and increase retention. Reducing school psychologist ratios will promote retention by increasing job satisfaction and addressing stressors resulting from serving high student ratios.

- Lowering school psychologist student ratios
  - positioning school psychologists to provide comprehensive services
  - increasing job satisfaction and addressing stressors resulting from serving high student ratios
- dedicated school psychologist on special assignment to provide mentorship and coaching
- providing extended hours for professional learning

AR001824

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

- Human Resources Department creates additional recruitment and retention strategies

- PPS as a whole understands the critical nature of consistent staff at Title I schools and is brainstorming with labor partners and others to support retention efforts in Title I schools.

*Likelihood that proposed strategies, training, professional development will alleviate shortages*

Lower student ratios will position school psychologists to provide comprehensive services and will support recruitment of school psychologists to PPS. School psychologists are seeking positions with student ratios where they can use the full scope of their training to provide comprehensive and preventative evidence-based mental and behavioral health services such as CSB-DBT and MTSS services to all students at all tiers.  With the proposed additional 10.5 FTE school psychologists PPS will lower their current student ratios of 1:901 to meet NASPs' recommended ratios of 1:500 students in all 25 of PPS' Title schools.  Additionally, providing a competitive stipend for interns and considering internship hours towards starting salary placement  will create a pipeline for recruitment.

We will also increase our retention by providing extended hours for staff to participate in professional learning including CSB-DBT, and supported coaching and mentoring through the addition of a dedicated school psychologist program administrator, school psychologist on special assignment, and bilingual bicultural Spanish speaking school psychologist.

**Program Evaluation Plan**

***Data Collection and Reporting Responsibilities:*** The project objective is to increase identity safe, inclusive, and culturally and linguistically affirming mental and behavioral health services. The School Psychologist Program Administrator and School Psychologist on Special Assignment will utilize existing tools including PPS' student information system and data warehouse, and the Fidelity of Implementation (FIT) and comprehensive school psychologist and

AR001825

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

CSB-DBT program evaluation tools including student, family and educator surveys, direct

student service tracking system, and Behavior Assessment System for Children -3 (BASC-3).

The FIT is a research-based assessment from the University of Kansas SWiFT Center that

measures the extent to which a school implements MTSS for equity-based inclusive education.

It is completed annually in all PPS schools by the MTSS department. The FIT involves

completing semi-structured interviews with educators, families and community partners to

measure MTSS implementation within a school including inclusive academic and

behavior/social emotional instruction, administrative leadership, integrated educational

framework, family and community engagement, and inclusive policy structure and practice. The

School Psychologist Program Administrator and School Psychologist on Special Assignment

will be responsible for data collection and annual program evaluation in compliance with district

protocols for accuracy in data reporting, in alignment with the district's RESJ initiatives, and in a

format appropriate for federal annual and final reporting requirements. Ongoing attention to and

utilization of data is key to continuous improvement planning, and is thus specifically called out

in the project design and management. These two staff will review data regularly to track the

effectiveness of program activities and to make adjustments to the project. This data will be used

to make recommendations for long term investment beyond the grant period by highlighting

successful strategies and practices that can be scaled up. Toward that end, the following sections

describe the performance measures that will be tracked to gauge the impact of program services.

**PERFORMANCE MEASURE 1:  Increase Recruitment and Retention of Diverse School
Psychologists to Provide Mental and Behavioral Health Services (Addresses Goals 3 and 4)**
***Increasing the diversity of school psychologists:*** Project increases diversity of school

psychologists from the current baseline of 13 racially, culturally, and linguistically diverse school

AR001826

psychologists to 18. PPS will hire at least one culturally and linguistically diverse school psychologist as a part of the additional two school psychologist FTE per year. **Data collection methods:** At the beginning of each school year, the HR department will provide the number of new school psychologists hired from diverse racial and ethnic backgrounds.

***Unduplicated, cumulative number of new school psychologists:*** PPS currently has 48.2 FTE school psychologists (at comprehensive K-5, K-8, middle and high schools this excludes special programs with a high level of special education need or specialized roles). During the grant period, we will add two additional school psychologists each year for a total of 10.5 additional school psychologists. By creating a highly desirable role and scaling up a small program with proven success we are confident we will achieve this hiring target. This is an ambitious goal as we will also be hiring positions due to attrition. **Data collection methods:** At the beginning of each school year the number of new comprehensive school psychologists assigned to Title I schools will be calculated and reported using data from Human Resources.

***Ratio of students to school psychologist:*** We will decrease school psychologist to student ratios from 1:901 to 1:500 or less in 25 Title I schools and therefore prioritize early intervening and preventative services to historically underserved students. **Data collection methods:** At the beginning of each school year the School Psychologist on Special Assignment will calculate the school psychologist to student ratio for all Title I schools.

***Unduplicated, cumulative number of school psychologists retained:*** PPS understands the critical nature of consistent staff at Title I schools and is brainstorming with labor partners and others to support retention efforts in Title I schools. By making school psychologist positions more desirable due to lower ratios, we will increase our retention rate from 87.5% (at start of

AR001827

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

project period) to 95% in all Title I schools at the end of the grant period (June 2027). **Data**

**collection methods:** At the completion of each school year the School Psychologist Program

Administrator will calculate and report the total number of comprehensive school psychologists

positions retained in Title I schools using HR data.

*Attrition rate of school psychologists:* This proposal will decrease attrition rates from the PPS

school psychologist baseline of 12.5% attrition (June 2021 to July 2022) to 5% in all Title I

schools at the end of the grant period. Attrition rates will decrease due to lower ratios and paid

extended hours for professional learning, mentorship, and coaching **Data collection methods:**

At the completion of each school year the School Psychologist Program Administrator will

calculate and report the total number of new vacancies for comprehensive school psychologists

positions in Title I schools.

| **Table 1:** Increased Diversity of School Psychologists (Note: Year 1 of the project is a 6-month period Jan 2023 - June 30, 2024 to aling with our school year and fiscal year. | | | | | | |
|---|---|---|---|---|---|---|
| **Performance Indicator** | **Baseline (June 21 to July 22)** | **Project Year 1* (Jan 23- June 23)** | **Project Year 2 (July 23- June 24)** | **Project Year 3 (July 24- June 25)** | **Project Year 4 (July 25- June 26)** | **Project Year 5 (July 26- June 27)** |
| Increased # of Diverse School Psychologists | 13 | 13 | 15 | 17 | 18 | 18 |

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

**Table 2:** Annual School Psychologist Recruitment, Ratio, and Retention Targets

| Performance Indicator | Baseline (July 21 to June 22)* | Project Year 1 (Jan 23-June 23) | Project Year 2 (July 23-June 24)* | Project Year 3 (July 24-June 25)* | Project Year 4 (July 25-June 26)* | Project Year 5 (July 26-June 27)* |
|---|---|---|---|---|---|---|
| Cumulative school psychologists** | 48.2 | 48.7*** | 53.7 | 58.7 | 58.7 | 58.7 |
| Grant Funded (8.0) | | 0 | 4 | 4 | 0**** | 0**** |
| Match (2.5) | | 0.5 | 1 | 1 | 0**** | 0**** |
| School Psychologist Ratios | 1:901 | 1:901 | ≥1:500 in 14 Title I Schools | ≥1:500 in 21 Title I School | ≥1:500 in 25 Title I School | ≥1:500 in 25 Title I School |
| Total % of School Psychologists Retained | 87.5% | 87.5% | 90% | 92% | 95% | 95% |
| Total Attrition Rate % of All School Psychologists | 12.5% | 12.5% | 10% | 8% | 5% | 5% |

*Reflects our identified baseline year (July 21 to June 22) district wide data. This year represents our starting point. Year 1-5 targets reflect comprehensive school psychologist program data as opposed to district-wide data.

**At comprehensive K-5, K-8, middle and high schools this excludes special programs with a high level special education need or specialized roles.

*** Project adds 0.5 FTE psychologist in year 1 (Jan 23- June 23) from matching funds, adds School Psychologist Program Administrator and School Psychologist on Special Assignment

AR001829

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

(grant funds) to organize CSB-DBT training resulting in additional students receiving services. These positions are essential for the success of planned recruitment activities.

****We hope to have and keep these positions filled, but have maintained the travel to NASP in years 4 and 5 to continue recruitment as needed.

**PERFORMANCE MEASURE 2: Increase Mental and Behavioral Health Services (Addresses Goals 1 and 2)**

***Total number of students who received school-based mental health services***: This proposal will increase the number of students receiving preventative school wide MTSS and mental and behavioral health services in Title I schools. Since comprehensive school psychologists provide both school wide and individual student services, we will use a variety of data collection methods to capture both the scope of the services as well as the impact of services.  By the end of this grant period, with 10.5 additional FTE, the program will increase comprehensive school psychologist services from  2,779 services to 7,000 MTSS and mental and behavioral health services to students with over 80% of services provided to students who have been historically underserved. With the additional comprehensive school psychologist FTE in Title I Middle Schools, we will increase the number of students served through the CSB-DBT services from 40 students to 100 students per school year by the end of the five year grant period.   We will use qualitative student, family and educator survey data and BASC-3 to measure individual student outcomes. We will calculate total student enrollment to measure the number of students receiving school wide services and will use the FIT to measure school wide MTSS outcomes. The FIT and BASC-3 have strong reliability and validity.  **Data collection methods:** At the conclusion of each school year the Student Success and Health Chief Clerk will calculate the total student

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

school enrollment for each Title I school with a comprehensive school psychologist(s) to count the number of students provided with Tier I school wide services.

**Table 3: Annual Student Service Target**

| Performance Indicator | Baseline (July 22-Dec22 )** | Project Year 1 (Jan 23-June 23)* | Project Year 2 (July 23-June 24)*** | Project Year 3 (July 24-June 25)*** | Project Year 4 (July 25-June 26)*** | Project Year 5 (July 26-June 27)*** |
|---|---|---|---|---|---|---|
| Total # of Students Receiving Services* | 0 | 362 | 2,252 | 4,504 | 6,756 | 9,569 |

*The total number of students receiving services for year one reflects one Title I school enrollment with a full time comprehensive school psychologist starting in February 2023. It also includes outreach and mental and behavioral health services to promote engagement in Summer Acceleration Academy.

** Baseline reflects no new services resulting from the grant activities prior to grant funding.

***The annual target for students receiving services for years 2-5 total school enrollment for Title I schools with a comprehensive school psychologist. Comprehensive school psychologists provide school wide services that benefit all students including providing professional learning to school staff and daily consultation on school wide and classroom strategies.

**MANAGEMENT PLAN AND ADEQUACY OF RESOURCES**

*Mechanisms for ensuring high-quality products and services*

Forward Together: 2021-2025 Strategic Plan for Racial Equity, Inclusion, and Excellence calls out "Excellence" as a core value: *We believe in rigor and high standards for all students and staff, and that achieving excellence and high performance is the result of the school system*

AR001831

*acting as a continuous learning organization."* The Office of Student Support Services is guided by this plan, including its three key Themes: Racial Equity and Social Justice, Inclusive and Differentiated Learning for Every Child, and Professional Excellence and Support. The proposed project is directly aligned to PPS' Strategic Plan outcomes of implementing MTSS and establishing systems and structures for inclusion. The PPS' Successful Schools' Student Service Provider Framework (see Other Attachments) details the skills and competencies that student service providers bring to school communities to assist in effective and coordinated delivery of MTSS services across tiers. In recruiting, hiring and retaining additional comprehensive school psychologists Portland Public Schools will ensure that they are credentialed (as defined by the SBMH program/Oregon law) and that they meet the following standards:

Minimum of a specialist-level degree (three- year specialist degree includes minimum 60 graduate semester credits, practicum, and a 1200 hour school based internship). Training includes coursework, practicum and internship experience in the following:

| Data-Based Decision Making | Services to Promote Safe and Supportive Schools |
|---|---|
| Consultation and Collaboration | Family, School, and Community Collaboration |
| Academic Interventions and Instructional Supports | Equitable Practices for Diverse Student Populations |
| Mental and Behavioral Health Services and Interventions | Research and Evidence-Based Practice |
| School-Wide Practices to Promote Learning | Legal, Ethical, and Professional Practice |

*Relevance and demonstrated commitment of partners to the implementation and success of the project and coordination with related agencies to promote success across programs*

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

Portland Public Schools is fully committed to implementing the project as proposed. Building off of existing partnerships, the organizations and institutions listed below have collaborated with PPS in the development of this project design and offer their commitment to implementation. As a collective, PPS and these entities will promote success across programs and better serve youth mental health needs in Portland. **Letters of Support** for this application appear in the Other Attachments appendix and explain the following commitment of partners and collaboration and coordination between PPS and related agencies:

**Portland DBT Institute** will strengthen the existing partnership by bringing CSB-DBT to middle schools and special education Social & Emotional Skills classrooms. "I see great potential for continuing collaboration with Portland Public Schools in the following ways: Partnering for training our personnel; Facilitating the provision of evidence-based mental health programs in schools; Enhancing the complementary nature of DBT in the community and DBT in schools; and Expanding this access to middle schools, special education, and Title 1 schools." (Letter from Linda A. Dimeff, Ph.D., Institute Director)

**The Lewis & Clark College School Psychology Program** has a longstanding collaboration with PPS supporting the professional growth of school psychologist practicum and internship students and providing ongoing professional learning opportunities to licensed school psychologists. (Letter from Elena Diamond, PhD, Associate Professor and Program Director)

**California State University, Los Angeles** will strengthen collaboration and recruitment activities with PPS including recruitment fairs and sharing opportunities through a job posting repository and other efforts. (Letter from Elina Saeki, Ph.D., NCSP, Assoc. Professor, School Psychology Program Coordinator and Assoc. Chair, Division of SpEd & Counseling)

AR001833

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

**Oregon School Psychologists Association:** Collaboration with Portland Public Schools will occur in the following ways: OSPA's yearly conference offers continuing education for school psychologists and supports professional learning. Advocacy at the state level to increase funding for student mental health supports. Supporting retention and recruitment of diverse school psychologists by providing affinity space. (Letter from Karley Strouse, OSPA President)

**Multnomah County Health Department:** PPS has established and engages in ongoing collaboration with Multnomah County programs that include culturally specific programs and services that support student mental health and wellness.  This includes Federally Qualified Student Health Centers, Behavioral Health and Mental Health Consultants, suicide prevention, behavioral health response team for families impacted by gun violence, and Multnomah County sponsored trainings (e.g. ASIST,  mental health first aid training).

Lowering student ratios for school psychologists will enhance these partnerships by increasing their availability to engage in care coordination, support step down in services, make referrals and collaborate with Multnomah County SBMH providers.  Additionally, PPS' Student Success and Health Department works directly with the Behavioral Health suicide prevention and behavioral health response team for families impacted by gun violence to coordinate and implement suicide prevention and mental and behavioral health best practices. (Letter from Julie A. Dodge, DMin, LMSW, INterim Behavioral Health Division Director)

_Potential for continued support_

As the proposed project starts to achieve its outcomes, there will be great potential for continued support from PPS for keeping the ratio of school psychologists (and other school-based mental health service providers) to students low. The PPS strategic plan requires that staff use data to drive cycles of continuous improvement and inform decision making and actions that improve

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

student outcomes. As we see the success we believe will come through implementation of our

project plan, the Office of Student Support Services will be able to advocate for continued

funding for positions and recruitment of culturally and linguistically diverse school

psychologists.

At the state level, there is momentum for increased financial support for K-12 education,

including school-based mental health service providers and other mental health supports. During

the 2019 legislative session, the Oregon legislature passed the Student Success Act that, when

fully implemented will invest over $1 billion investment in early learning and K-12 education

each year with these goals: meeting students' mental and behavioral health needs; and increasing

academic achievement and reducing academic disparities for, students of color; students with

disabilities; emerging bilingual students; and students navigating poverty, homelessness, and

foster care; and other students that have historically experienced disparities in our schools.

*Adequacy of the procedures for ensuring feedback and continuous improvement in the operation*
*of the proposed project*

The Portland Public Schools vision requires that we realize a "Graduate Portrait"–the

knowledge, skills, and attributes we believe our students should embody–through a tactical

Strategic Plan that will shift our institution's practices and protocols and transform our district in

service of students.[16] As part of this work, PPS will integrate continuous improvement practices

and fully implement our Multi-Tiered System of Support to ensure that all students have access

to core learning, necessary scaffolds and interventions as needed. PPS has also begun integration

and long term planning around extensive professional development for critical school building

roles, including cadre meetings or "job alikes" which provide staff the opportunity to collaborate

---

[16] PPS reImagined and Forward Together

AR001835

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application: NARRATIVE ATTACHMENT

and problem-solve with similar roles in different buildings. This grant includes extended hours

pay for grant funded school psychologists to participate in these collaborations on a monthly

basis. Each department in the Instruction and School Community (ISC) division of PPS has

improvement plans and will undergo program evaluation with the support of our Research,

Assessment and Accountability department. All components of the Strategic Plan are being

monitored and supported by an executive level steering committee built upon the

Superintendent's cabinet.

**CONCLUSION**

School psychologists are essential members of student service provider teams.  They bring a

distinct level of expertise that is critical for responding to current challenges in student's lives.

They are uniquely trained in implementing school wide practice to promote learning and student

wellness and inclusive services for students with disabilities. Expanding the Comprehensive

School Psychologist program focused on MTSS and CSB-DBT program implementation

dovetails with school psychologists training and practice, providing a lever to support high level

student success. Lowering school psychologist ratios to meet the NASP recommended ratios of

1:500 will promote positive behavior and mental health, support diverse learners, create safe,

positive school climates, strengthen family-school partnerships. Increasing these SBMH service

providers and increasing services to students in PPS' Title I K-5, K-8, and middle schools will

embody our district vision's racial equity and social justice core value and ensure our students

can become the "resilient and adaptable lifelong learners" this vision describes.

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1236-PPS_Other Attachments.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13748245        Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:10:35 PM EDT

AR001837

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

**Other Attachments**

AR001838

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Table of Contents

I.    **Resumes of Personnel**

    a.  **Resumes of Key Personnel**

    b.  **Resumes of Supporting Personnel**

II.   **Indirect Cost Rate**

III.  **Letters of Support**

IV.   **Sources Cited**

V.    **Supporting Documentation**

    a.  **School-Based Mental Health Service Providers – Position Descriptions**

    b.  **PPS Successful Schools' Student Service Provider Framework**

    c.  **NASP Practice Model**

    d.  **SBMH Grant Project Activity Timeline**

**AR001839**

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Resumes of Key Personnel

AR001840

# DR. CHERYL A. PROCTOR

**Address:** 498 General Learned Road, King of Prussia, Pennsylvania 19406
**Phone:** 484.370.2182 | 954.632.3220 **Email:** cheryl.ann.proctor@gmail.com

## -PROFILE -

Student-focused, results-driven, and innovative professional, equipped with a demonstrated track record of leading equity and diversity work for large public-school systems; Adept at supervising and training district and school leaders, faculty, and staff; developing and executing strategies to improve school efficiency; and providing academic leadership and support ensure increase in performance.

## -LEADERSHIP EXPERIENCE-

### PORTLAND PUBLIC SCHOOLS – CENTRAL OFFICE, PORTLAND, OR (2021-PRESENT)

Portland Public Schools is a PK-12 urban school district in Portland Oregon. With more than 49,000 students in 97 schools, charter, community-based, alternative, and special service programs, it is the largest school district in the state and one of the largest in the Pacific Northwest.

| | |
|---|---|
| **Deputy Superintendent,** *Instruction and School Communities* | 2022–Present |
| **Chief Academic Officer,** *Office of Academics, Teaching and Learning* | 2021–2022 |

### SCHOOL DISTRICT OF PHILADELPHIA – CENTRAL OFFICE, PHILADELPHIA, PA (2016–2021)

School District of Philadelphia is the eighth largest school district in the nation, located in an historic and culturally rich setting. It is a community of 19,000 caring employees working together with parents, families, volunteers, and community members to support the limitless potential of 203,225 students in 341 district, charter, cyber and alternative schools.

| | |
|---|---|
| **Assistant Superintendent** | 2018–2021 |
| **Deputy Chief of Schools,** *Office of Schools* | 2018–2019 |
| **Executive Director,** *School Improvement Planning and Evidence-based Support Office* | 2015–2018 |

### BROWARD COUNTY PUBLIC SCHOOLS, FORT LAUDERDALE, FL (1998–2015)

Broward County Public Schools is six largest school district in the nation, the second largest system in Florida and the first fully accredited school system in Florida in 1962. Broward County Public Schools Serves a diverse population of nearly 270,000 students and approximately 175,000 adult students in 241 schools, centers, and technical colleges, and 89 charter schools.

| | |
|---|---|
| **Principal,** *Dr. Martin Luther King, Jr. Montessori Academy* | 2013–2015 |
| **Intern Principal,** *Martin Luther King; Lauderdale Manors; Village; and Banyan Elementary School* | 2010–2013 |
| **Assistant Principal,** *Banyan Elementary School* | 2008–2013 |

## -EDUCATION -

**Doctor of Philosophy in Educational Leadership and Research Methodology, Minor in Education Policy, 2017**
Florida Atlantic University, Boca Raton, FL

**Education Specialist in Educational Leadership, Minor in Organizational Leadership, 2000**
Nova Southeastern University, Davie, FL

**Master of Science in Special Education, Minor in Reading, 1997**
Florida International University, Miami, FL
*Graduate Assistant to Education Department Chair*

**Bachelor of Science in Communication, Minor in Advertising, 1994**
New York Institute of Technology, Old Westbury, NY

## -PROFESSIONAL AFFILIATIONS-

AASA The Superintendents Association | Leadership Broward Foundation | National Alliance of Black School Educators (NABSE) | DA National Superintendents Academy – 2019

**Jerry "Jey" Buno**
**13511 NE 28th Court, Vancouver, WA 98686**
**Phone (360) 852-5498**

With over 20 years as an educator, Jey has focused on engaging with families to hear what they want for their children, and supporting students through an asset-based approach rather than a deficit focused approach. Jey is focused on the intersectionality of challenges many students experience such as racism, trauma impact, English language acquisition, disabilities, and mental health needs, and is committed to disrupting exclusionary systems that lead to disproportionate representation of Black, Latinx and Native American students in Special Education as well as disproportionate representation of Black students in disciplinary exclusion.

## Education

| | | | |
|---|---|---|---|
| Residency Principal Certificate/Residence Program Administrator Certificate | City University | Vancouver, WA | 2011 |
| Education Specialist | University of Idaho Major: School Psychology | Moscow, ID | 2002 |
| Masters of Education | University of Idaho Major: Counseling and Human Services | Moscow, ID | 2002 |
| Bachelor of Science | University of Idaho Major: Psychology/Criminal Justice | Moscow, ID | 1998 |

## Professional Experience

| | | |
|---|---|---|
| Chief of Student Support Services | Portland Public Schools | 2022- Present |
| Senior Director Special Education | Portland Public Schools | 2021 - 2022 |
| Executive Director Special Services and Federal Programs | Evergreen Pubic Schools | 2015 - 2021 |
| Director Special Services | Evergreen Public Schools | 2012-2015 |
| Assistant Director of Special Education | Evergreen Public Schools | 2010-2012 |
| Area Special Education Coordinator | Evergreen Public Schools | 2008-2010 |
| Special Education Department Heritage High School | Evergreen Public Schools | 2007-2008 |
| School Psychologist Various Schools | Evergreen Public Schools | 2001-2007 |

AR001842

## References

| Brenda Martinek | Chief of Student Support Services – Portland Public Schools, Retired | 503-970-6933 |
| Jenae Gomes | Chief Operations Officer - Evergreen Public Schools | 360-749-7556 |

AR001843

Jenae.Gomes@evergreenps.org

| | | |
|---|---|---|
| Bill Oman | Executive Director of Schools and Learning - Vancouver Public Schools<br>bill.oman@vansd.org | 360 -241-6455 |
| John Steach | Chief Executive Officer at the Center for Educational Effectiveness | 509-942-8491 |
| Glenna Gallo | Nominee- Assistant Secretary of Education for Special Education and Rehabilitative Services | 801-349-9496 |
| John Deeder | Superintendent Evergreen Public Schools - Retired | 360-921-7089 |

AR001844

# JAMES LOVELAND

3431 SE Sherman St.  Portland, Oregon  97214
jameskloveland@gmail.com
(971) 219-8223

## EDUCATION

*2015 -2016*      **Lewis & Clark College,** *Portland, Oregon*
                  (IAL)Initial Administrator License

*1999-2002*       **Lewis & Clark College,** *Portland, Oregon*
                  MS and licensure in School Psychology

*1992-1996*       **Colby College**, *Waterville, Maine*
                  BA History

## EMPLOYMENT HISTORY

*Fall 2018 -*     **Senior Director –** *Student Success & Health Department - PPS*
*present*         Duties include direction, supervision, and implementation of student service
                  programs housed in the Student Success & Health Department under the
                  Office of Student Support Services.

*Spring 2016 -*   **Academic Programs Administrator –** *Special Education & Student Services - PPS*
*Fall 2018*       Duties include monitoring the implementation of special education programs
                  and service in compliance with ODE regulations, supervision and evaluation
                  special education staff in PPS SWIFT schools, recruiting, hiring, and
                  supervision of PPS school psychologists and school counselors, PPS district
                  504 coordinator.

*Fall 2013 -*     **Special Education Placement Coordinator** *- Portland Public Schools*
*Spring 2016*     District liaison for students with complex mental health, behavioral and
                  educational needs enrolling in PPS following an extended absence from a
                  public school setting.

*Fall 2011 -*     **PBIS Coach / School Improvement Specialist -** *Portland Public Schools*
*Spring 2013*     Member of team that coordinates district training efforts related to SW-PBIS
                  and provides technical assistance, support and coaching to building level PBIS
                  teams and behavioral intervention teams.

*Fall 2009 to*    **School Psychologist**, **Redirection Program -** *Portland Public Schools*
*Spring 2011*     Facilitator of district program designed to build capacity of PPS schools to
                  more effectively support Tier 3 general education students across all grade
                  levels. Duties included evaluation stabilization and collaboration with
                  schools, families and community mental health to ensure that students
                  received appropriate services and placements.

AR001845

| | |
|---|---|
| *Fall 2006 to*<br>*Spring 2009* | **School Psychologist**, **Collaborative Support Team**, *Portland, Oregon* Member of multi-disciplinary team that provided intensive assistance to school teams challenged with meeting the needs of PPS students who exhibit intervention-resistant behaviors. Team duties included provision of focused support through Functional Behavior Assessment, Behavior Support Planning, co-teaching/modeling, staff development, IEP behavioral goal development, and follow-up consultation. |
| *Fall 2002 to*<br>*Spring 2006* | **School Psychologist, Portland Public Schools**, *Portland, Oregon* Provided a wide range of service to students five to twenty one years of age at Woodstock Elementary, Atkinson Elementary, Madison High School and Vocational Village Alternative High School. |
| *Winter 1998*<br>*to Fall 2000* | **Day Treatment Counselor, St. Mary's Home for Boys**, *Beaverton, Oregon* Provided crisis counseling and developed intervention plans for emotionally troubled boys ages ten to seventeen enrolled in the Day Treatment Program and the adjoined Levi Anderson School. |

## PRESENTATIONS

Loveland, J. (2012- ). *CPSY 571 Prevention in Educational Settings,* Adjunct faculty at Lewis & Clark Graduate School of Education and Counseling, Portland, OR.

Loveland, J. (2011- ). *Student Intervention Teams (SIT)- Problem Solving at Tier 2 &3,* Workshop presented at district SW-PBIS trainings, Marshall HS, Portland, OR.

Loveland, J. (2011-). *Thinking Functionally About Behavior,* Workshop presented at various discipline meetings at Portland Public Schools, Portland, OR.

Loveland, J. (2011-). *Evidence Based Classroom Management,* Workshop presented for developing teachers. Portland Public Schools, Portland, OR.

Nomura, V & Loveland, J (2010). Child Behavior Solutions: *Integrating Collaborative Problem Solving in the Classroom.* Workshop presented at various private and charter schools in Portland metro area, Portland, OR.

Nomura, V, Williams, J, & Loveland, J (2009-2010). Child Behavior Solutions: *Anxiety Disorders and Tourette Syndrome in the Classroom.* Workshop presented at various private and charter schools in Portland metro and Special Education discipline meetings at Portland Public Schools, Portland, OR

Nomura, V & Loveland, J (2009-2010). Child Behavior Solutions: *Attention Deficit Hyperactivity Disorder in the Classroom.* Workshop presented at various private and charter schools in Portland metro and Special Education discipline meetings at Portland Public Schools, Portland, OR.

Nomura, V, Geschwind, J & Loveland, J (2009 & 2008, March) *But Why Aren't They Using the Plan? : Consultative Practice to Increase Implementation Fidelity.* Workshop presented at NorthWest PBIS Conference, Hilton Hotel, Eugene, OR.

AR001846

Loveland, J. (2007-2010). *CPSY 574 Advanced Consultation and Program Evaluation,* Guest lecturer for *Advanced Consultation* class, Lewis & Clark Graduate School of Education and Counseling, Portland, OR.

Nomura, V, Geschwind, J & Loveland, J (2007, March) *Collaborative Support Team: Supporting Children with Challenging Behavior.* Workshop presented at NorthWest PBIS Conference, Hilton Hotel, Eugene, OR.

## SKILLS & CERTIFICATIONS

*Current First Aid Certification*: Wilderness First Aid, Standard Red Cross First Aid & CPR.
*Non-Violent Crisis Intervention Training:* Eight-hour course and certification.
*Memberships*: National Association of School Psychologists
*References available upon request*

AR001847

Curriculum Vitae

# Cynthia Velásquez

## CONTACT:

Mobile: (503) 922-2228
Email: velobestia@gmail.com

## PROFESSIONAL PROFILE

For the past 20 years, my purpose within the field of special education has been to have conversations about equity and create best practice procedures in regards to access for all students especially historically excluded and Dual- Identified students.

## CAREER HIGHLIGHTS

* Creation of the Cultural Linguistic Diversity Difference vs. Disability Matrix

* Best Practice Trainings to over 66 Portland Public School Psychologists, 80+ Speech Language Pathologists and School Counselors

* Creation of the CLD Developmental History

* MTSS Training to over 35+ schools

* Team Development of PPS Parent - Teacher Conference Tips/ Guide

* Development of PPS Special Education Multilingual Toolkit -visuals for families to understand the special education process

## EDUCATION BACKGROUND

**January 2021-present  Washington State University**
Doctoral student- Special Education

**June 2019          Portland State University**
Initial Administrator License

**June 1999      California State University, Hayward**
Master of Science Counseling
School Psychologist Credential
Clinical Child Psychology &
Marriage Family Child Counseling Options

**May 1995      San Francisco State University**
Bachelor of Arts, Psychology
Minor, Child Development

## EMPLOYMENT BACKGROUND

**Special Education Program Administrator**
**Portland public schools | August 2020-Present**
- Supervised 15 Life Skills Classrooms in 6 different comprehensive high schools
- Co-Leading 55+ School Psychologists
- Provided guidance to in-building administrators
- Working on legal cases
-Provided guidance to teachers and staff
-Working with families
**Special Education/ ESL TOSA & Bilingual School Psychologist**
*PORTLAND PUBLIC SCHOOLS | AUGUST 2015 - PRESENT*
- Extensive consultation with Special Education and ESL staff
- Planning and delivery of Professional Development
- Creation of documents and practices to increase best practice and consideration of special education law
- Bilingual assessment and support with data collection
- Cross Collaboration with other departments
- Presentations in Spanish for PPS Migrant Parents

AR001848

## TEACHING EXPERIENCE

**Adjunct Faculty**

*LEWIS & CLARK GRADUATE SCHOOL OF COUNSELING AND EDUCATION | AUGUST 2006- PRESENT*

**SCHOOL PSYCHOLOGY COURSES**
**FALL 2006- 2020**
SCHOOL PSYCHOLOGY (SPSY 573)
INTRODUCTION TO SCHOOL BASED CONSULTATION

**JUNE 2017- PRESENT**
SCHOOL PSYCHOLOGY (SPSY 563)
WORKING WITH CULTURALLY AND LINGUISTICALLY DIVERSE STUDENTS

**SUMMER 2007- 2016**
SCHOOL PSYCHOLOGY (SPSY 541)
ASSESSMENT & INTERVENTION PART I

**JANUARY 2015- 2017**
SCHOOL PSYCHOLOGY (SPSY 574)
ADVANCED SCHOOL- BASED CONSULTATION

## PROFESSIONAL PRESENTATIONS

**Fostering Best Practices: Using the Culturally and Linguistically Diverse (CLD) Matrix to Increase Accurate Special Education Identification of CLD Students**

**ASHA CONVENTION - WASHINGTON D.C**
NOVEMBER 2021
AN INTERPROFESSIONAL GUIDE TO REDUCING SCHOOL BARRIERS FOR CLD FAMILIES: SPECIAL EDUCATION MULTILINGUAL FAMILY TOOLKIT

**OREGON ASSOCIATION OF LATINO ADMINISTRATORS**
FEBUARY 8, 2020

**OREGON ASSOCIATION OF BILINGUAL EDUCATORS**
JANUARY 11, 2020

**OREGON SCHOOL PSYCHOLOGISTS ASSOCIATION**
OCTOBER 11, 2019

**COALITION OF SCHOOL ADMINISTRATORS - OREGON**
OCTOBER 4, 2019

## BOARD/ COMMISSION EXPERIENCE

**December 2009- 2011**
**Oregon Commission on Autism Spectrum Disorder Subcommittee Member**

(Educational Endorsement and Competency Based Assessment)

The purpose of the Educational Endorsement and Competency Based Assessment subcommittee is review current university and college Autism Specialist training/ educational certification programs in order to align with national guidelines.

**Fall 2017- 2019**
**Deputy Superintendent Advisory Committee**

The purpose of the committee was to provide guidance to the superintendent in regards to increasing graduation rates and addressing issues of equity.

## RESEARCH

### Manuscript in Review:

Submitted May 2022- Journal of Special Education Technology

Centering Equity: Augmentative and Alternative Communication Assessment for Culturally and Linguistically Diverse Children and Families- A Review of Literature

### Current Research:

Latinx Families' Perceptions of their Children with ASD- Post School Outcomes

AR001849

## EMPLOYMENT BACKGROUND

**Bilingual School Psychologist**
*REYNOLDS SCHOOL DISTRICT | AUGUST 2005- JUNE 2015*

- Psychologist assessment of culturally and linguistically diverse students kinder- age 21 including Youth Transition Services
- Crisis Intervention
- Brief Counseling
- Consultation with staff
- Training district interpreters and ELL liaisons to administer evaluations in Spanish
- Coordination of special education services
- Collaboration with outside agencies

**Bilingual School Psychologist**
*GRANTS PASS SCHOOL DISTRICT | AUGUST 2003- JUNE 2005*

- Psychologist assessment and identification at 5 different schools (elementary through high school)
- Brief Counseling
- Consultation with speech language pathologists on assessment of bilingual students
- Collaboration and development of a district wide student referral process

**Bilingual School Psychologist**
*SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT | AUGUST 2000 - JUNE 2003*

- Completion of psychological evaluations for kinder through 12th grade
- Bilingual assessment of Spanish speaking students
- Individual Counseling
- Participated on Student Intervention Team
- Skill building in the classroom setting with individual students

**Bilingual School Psychologist**
*SAN FRANCISCO UNIFIED SCHOOL | AUGUST 1998- JUNE 1999*

- Completion of psychological evaluations for kinder through 12th grade
- Bilingual assessment of Spanish speaking students
- Individual Counseling
- Participated on Student Intervention Team
- Skill building in the classroom setting with individual students

## LANGUAGES

- Fluent in Spanish
- Creation of documents in Spanish
- Oral presentations in Spanish

## SPECIALIZATIONS

- Bilingual Assessment of Culturally and Linguistically Diverse Students
- School- Based Consultation
- Autism Assessment
- Social- Emotional Assessment
- Functional Behavior Assessment/ Support Plans

## CERTIFICATIONS

- University of California Berkeley- Extension Professional Program in Neuropsychological Assessment
- Assessment of CLD students
- Quality Teaching for English Learners (QTEL)
- ADOS-2 (2 Certifications)
- Functional Behavior Assessment
- Threat screenings
- Collaborative Problem Solving (CPS)

## TECHNOLOGY

- Google Slides Pro
- Remote Technology/ Presentations
- Creating Learning via Canvas

**Kristin Irwin, MS**
(503) 841-8677
kristinmirwin@gmail.com
www.linkedin.com/in/kristinmirwin

## Profile

School based mental and behavioral health educator with a Master's of Science in School Psychology and nineteen years of progressive leadership. My professional experience includes mental and behavioral health services, technical assistance, staff development, adult learning, program coordination, and data analysis to enhance implementation of equitable educational practices.

## MENTAL & BEHAVIORAL HEALTH, TECHNICAL ASSISTANCE & LEADERSHIP

LEWIS AND CLARK GRADUATE SCHOOL – Portland, OR 2019 - Present

**Adjunct Instructor**

Adjunct instructor in School Psychology Graduate Program for three semester hour social emotional assessment course. Designed course syllabus and curriculum, integrating a variety of technologies and strategies to support student learning and engagement, and provide individual coaching to students.

PORTLAND PUBLIC SCHOOLS – Portland, OR 2004-Present

**Multi-Tiered Systems of Support (MTSS) School Psychologist Technical Advisor**

MTSS school psychologist technical advisor for district staff across the entire PPS district. Promoted from school psychologist to district-wide Technical Advisor due to demonstrated leadership.

- Leads School Psychologist, Internship and Practicum Programs.  Secured SIA funding for the Comprehensive School Psychologist Program which resulted in over 2,779 Tier II and III interventions to students during the 21022 school year, over 85% of services were provided to students from a historically underserved populations
- Coaches and provides professional learning to educators and school teams in MTSS and mental and behavioral health implementation
- Facilitator/member of several policy and practice committees
- Provided school psychological mental and behavioral health services at community based organization schools and day and residential treatment programs.  Consulted and collaborated with educators, community partners, mental health providers, and families from diverse backgrounds to provide coordinated care for students including providing evaluations and counseling services.

## SKILLED PRESENTER

Organizes, develops, and delivers twenty plus trainings annually examples include:

- *PPS Successful Schools Student Service Provider Framework* to PPS leadership academy and 200 plus participants
- *Functional Behavior Assessment to Behavior Support Planning* training to over sixty school teams and 300 plus participants
- *Understanding Anxiety* conference with keynote speaker and nine workshop presentations for one hundred plus participants

AR001851

## DATA INFORMED DECISION MAKING

Leads program evaluation and engages in district data analysis:

- Led the development of three of the most highly utilized Dashboard MTSS data reports: *SIT Request* - identify students needing intervention, *Tier 2 & 3 List* - inform appropriate interventions, *Sp Ed Risk Ratio* - perform equity-based program evaluation
- Designed program evaluation for the Comprehensive School Psychologist Program, responsible for mid-year and end-of-year outcome reports
- Conducted Fidelity of Implementation (FTT) interviews and analysis to measure schools' MTSS implementation

## RESEARCH, GRANTS, AND NONPROFIT

Equity Foundation Grant Reviewer, Janus Youth Programs Residential Counselor, Project Alliance Research Assistant, Columbia County Women's Resource Center Americorps Volunteer Community Educator

## PROFESSIONAL AND LEARNING TECHNOLOGIES

Proficient in MS Office and Google Suite, Synergy SIS & SE, Dashboard, NWEA, DIBELS, webpage management, Canvas, Google Classrooms, Nearpod, Screencastify, Jamboard, Padlet, Smore

### Education and Certification

**MS, School Psychology**, Lewis & Clark College, Portland, Oregon, 2004 GPA: 4.0
**NCSP** - Nationally Certified School Psychologist

### Professional Associations

National Association of School Psychologists (NASP)
Oregon School Psychologists Association (OSPA) - Member of Government Relations Committee

AR001852

# William Fernandez

**EXPERIENCE**

**RESJ Professional Development Program Manager, Portland Public Schools; Portland, OR 2021-Current**

- Lead planning and implantation of PPS RESJ Professional Development plan to increase success and sense of belonging and to minimize disproportionate outcomes for our Black, Native and BIPOC students

- Work with external DEI Experts to provide RESJ development and learning to multiple departments  in order to create more equitable Policy, Pedagogy and Procedures

- Worked with scheduling, PPS Leadership to identify appropriate cohorts, sought multiple perspective and adjusted with feedback to move forward with our RESJ development and learning given the district's limitations this year due to COVID

- Successfully launched the LJIST training in collaboration with OTL, Chief of Staff and RESJ teams while facing the many COVID challenges this year, focusing on both providing training and being responsive to school needs

- Created the first draft of the RESJ Standard Rubric to implement the appropriate learning for every PPS staff member no matter where they are on their equity journey

- Establish and maintain relationships across the district to strengthen and develop PPS's Equity work, allowing for the dismantling of silos in order to work collectively on creating a more equitable and anti-racist PPS

- Work collaboratively and creatively to execute our Professional Development Contract with CEI given the staff shortages of COVID, working with different PPS Leadership to ensure staff with scope of influence are receiving the foundational learning to move the equity mission of PPS forward

- Lead cross department team on the Anti Hate Speech Administrative Directive and Support/Response team to make sure students who are harmed feel supported, heard and validated, while simultaneously holding the harmers accountable

- Create and implement school based RESJ Professional Development curriculum for different Race based learnings that individual schools may be dealing with; these PD's are tailored to and facilitated for the specific school site

AR001853

- Create the district-wide RESJ Scope and Sequence that aligns with Goal 1 of "Cultivate a Culture of Racial Equity and Care" in the PPS Strategic Plan

**Student Conduct Coordinator, Portland Public Schools, Portland, OR 2020-2021**
- Led the district's work in reducing disproportionate discipline data by supporting ASDs, School Admin and Hearing officers by creating PDs, implementing new referral tracking systems, creating a new discipline matrix and engaging in IBB with PAT over article 9

- Oversaw and evaluated all PPS discipline data, disaggregated by race and other protected group characteristics, in order to provide targeted supports for schools with disproportionate discipline outcomes

- Worked collaboratively with multiple stakeholders to ensure equitable discipline across the district

- Wrote, revised, and implemented Student Handbook, Administrative Directive, and other discipline related policy

- Facilitated work groups to support schools in Restorative Justice, Re-Engagement, and Tiered Discipline models

- Oversaw and managed disciplinary hearings and Hearings Officers

- Worked in cross-department committees to help inform their work in regards to equitable practices

- Examined, edited and created any and all disciplinary directives in order to minimize exclusionary discipline and prioritize a restorative accountability process

**Step Up Site Supervisor, Open School; Portland, OR 2016-2020**
- Moved the Step Up vision forward at Franklin to reduce the achievement gap and support academic and personal success for all students

- Oversaw and managed Franklin site's staff of 6-8 advocates and 110 students

- Conducted meaningful, adaptive and technical, equity-driven supervisions with staff

- Facilitated weekly staff meetings to connect as a community, draw focus to upcoming events and individual student needs, and discuss how to facilitate hard conversations with school staff around race, gender, and equity

- Facilitated mediations among advocates, students, teachers, administration, and parents to ensure attention is paid to safety, equity, climate, academics, and partnerships

AR001854

- Conducted quarterly family nights to create community, engage historically underserved families into the school system, and support them in rewriting possible trauma

- Worked closely with school administration and other staff to evaluate behavior and attendance policies and ensure equitable practices are being enacted for students of color

- Maintained a budget for the Franklin site

- Wrote quarterly principal's reports to communicate successes and challenges to school and district administration

- Collected, oversaw and submitted weekly logs for all advocates to maintain site data

**EDUCATION**

University of South Florida Tampa, FL — Bachelor of Arts, 2009

**TRAININGS**

LJIST (2022)

Title IX Coordinator and Hearing Training (2020 & 2021)

Latinx Summit for Courageous Conversations (2019)

High School Climate/TFI Planning and Implementation (2018)

Latinx Leaders Racial Equity Retreat (2017)

Courageous Conversations About Race Summit (2016, 2019)

Partners for Youth Empowerment: Catch the Fire (2015)

 Partners for Youth Empowerment: Heart of Facilitation (2014)

**PROFESSIONAL DEVELOPMENT EXPERIENCE**

Franklin High School Equity- Co-Developer and Facilitator

PPS Hearings Officer Critical Lens Training- Developed and Facilitated

Race 101- Developed and Facilitated

White Supremacy in Schools- Developed and Facilitated

Boys groups- Developed and Facilitated

AR001855

Affinity Groups- Developed and Facilitated

Step Up Leadership Camps - Facilitated

Step Up Equity Retreat- Facilitated

Step Up All Staff PD's - Co- Developer and Facilitator

15758 SE Division St Portland, OR 97236 (954)559-0322
willafernan@gmail.com

AR001856

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Resumes of Supporting Personnel

**AR001857**

# Gloria P. Ortiz, M.Ed., Ed.S.
**Licensed Professional Counselor/Nationally Certified School Psychologist**

1348 NE 195th Avenue, Portland, OR 97230, (646) 243-5272, gloriaportiz@yahoo.com

| | |
|---|---|
| **Education:** | **Educational Specialist in School Psychology**, May 2017 |
| | Lewis & Clark College, Graduate School of Education and Counseling, Portland, OR |
| | |
| | **Master of Education in Counseling and Human Development**, May 1999 |
| | **Bachelor of Science in Psychology**, August 1997 |
| | St. Lawrence University, Canton, NY |

**Professional Experience:**

**Bilingual School Psychologist**                                      **Fall 2017-Present**
Portland Public Schools District, Portland, OR
• Help school teams collect and analyze student data to implement effective interventions and supports
• Conduct initial and triennial psychoeducational evaluations of students in kindergarten-middle school
• Consult and collaborate with families, school staff and outside providers to improve student outcomes
• Provide individual and group counseling to students with academic, mental health, social-emotional
  and/or behavioral concerns
• Conduct suicide and threat assessments; provide crisis intervention as needed
• Complete functional behavioral assessments and behavior support plans to help address student needs
• Monitor the effectiveness of student interventions and school-wide supports

*Graduate Practice*

**Bilingual School Psychologist Intern**                          **Fall 2016-Spring 2017**
**Bilingual School Psychology Practicum Student**           **Fall 2015-Spring 2016**
Portland Public Schools District, Portland, OR and Beaverton School District, Beaverton, OR
• Conducted initial and triennial psychoeducational evaluations of students in prekindergarten-12th grade
• Consulted and collaborated with families and school personnel to help address student needs
• Provided individual and group counseling to students on caseload
• Provided crisis intervention and conflict resolution as needed
• Completed functional behavioral assessments and behavior support plans
• Participated in school climate, student intervention team and student intern advisory council

*Clinical/Management*

**Clinical Supervisor**                                                   **2012-2015**
Central City Concern, Puentes, Portland, OR
• Managed all clinical aspects of the Puentes mental health and substance abuse programs
• Developed and implemented culturally and clinically appropriate services for Latinx youth and adults
• Supervised staff from multiple programs to ensure quality of care and grant compliance
• Provided consultation, crisis intervention and coverage as needed
• Reviewed and approved clinical documentation; completed chart audits and staff evaluations
• Facilitated weekly staff meetings and participated in agency quality management committee
• Provided supportive psychotherapy in Spanish to a small caseload of clients

**Clinical Supervisor**                                                   **2009-2012**
LifeWorks NW, Adult Rehab Program, Intensive Outpatient Services, Portland, OR
• Provided administrative and clinical oversight of the Adult Rehab Program at the King Site
• Developed and implemented clinically appropriate services for the chronically mentally ill population
• Led a team of seven service coordinators, including six Master-level clinicians
• Supervised staff on a weekly basis to address administrative and clinical issues
• Provided consultation, crisis intervention and coverage as needed
• Performed quality management tasks such as chart audits and staff performance evaluations
• Facilitated weekly team meetings and participated in inter and intra-agency meetings
• Maintained a small caseload of clients and provided licensure supervision to agency staff

AR001858

### Gloria P. Ortiz, M.Ed., Ed.S.

**Qualified Mental Health Professional**                    **2008-2009**
Cascadia Behavioral Healthcare, Psychiatric Security Review Board (PSRB) Program, Portland, OR
• Provided a wide range of clinical services to individuals under the jurisdiction of PSRB
• Carried a caseload of 16+ clients and coordinated all aspects of their care
• Completed mental health assessments, treatment plans and progress notes/reports to PSRB
• Provided individual and group therapy, case management and crisis intervention
• Collaborated with interdisciplinary treatment team and outside agencies to provide needed services
• Participated in quarterly client reviews with county and state stakeholders

**Senior Rehabilitation Counselor**                    **2001-2008**
Bellevue Hospital Center, Department of Psychiatry, CSS MICA-TLC Program, New York, NY
• Provided psychotherapy in English and in Spanish to homeless men with co-occurring disorders
• Maintained a caseload of 10+ patients, served as their primary therapist from admission to discharge
• Completed comprehensive admission evaluations, treatment plans and progress notes
• Met with each patient weekly for individual psychotherapy; provided crisis intervention as needed
• Facilitated psychoeducational groups such as stress management/relaxation and leisure planning
• Collaborated with interdisciplinary treatment team and outside agencies to provide needed services
• Oriented, trained and served as a consultant to new staff and interns

**Counselor**                    **2000-2001**
Research Foundation of The City University of New York, LaGuardia Community College, LIC, NY
• Provided individual and group counseling to a diverse student population
• Conducted vocational assessments; offered career development and job readiness seminars
• Evaluated the effectiveness of counseling services and implemented necessary changes

**Vocational Rehabilitation Counselor**                    **1999-2000**
Project Return Foundation, Inc., Willow Center, Bronx, NY
• Provided individual and group counseling to homeless women with co-occurring disorders
• Conducted psychosocial and vocational assessments; completed progress notes and statistical reports
• Coordinated workshops and a supported work program to help clients develop marketable skills
• Helped clients pursue basic and higher education, vocational training and employment opportunities

**Recertification/Orientation Social Worker**                    **1997-1998**
Good Shepherd Services, McMahon Services For Children, New York, NY
• Conducted field visits to agency foster homes to ensure compliance with state regulations
• Counseled foster care families and maintained progress reports

**Suicide Prevention Hotline Volunteer**                    **1997-1998**
The Samaritans, New York, NY
• Provided empathetic and supportive counseling to individuals in crisis

**Group Leader**                    **1995-1999**
Sprout Inc., New York, NY
• Offered extensive recreational and therapeutic support to individuals with developmental disabilities
• Coordinated therapeutic group activities to promote socialization; provided conflict resolution

**Certifications/**          **Licensed Professional Counselor**, Oregon
**Licensures:**          **Oregon Preliminary School Psychologist License**
                    **Nationally Certified School Psychologist**

**Memberships:**          Oregon School Psychologists Association
                    National Association of School Psychologists
                    American Psychological Association

AR001859

Amanda "Amy" Bolich

**Objective**: To obtain a school psychologist position that utilizes my experience, knowledge and skills, to support diverse learners, engage families, and create systemic change to enhance equitable outcomes.

### EDUCATIONAL BACKGROUND

**Licensed School Psychologist**, May 19, 2015, Certificate #10450352
**George Fox University**, Tigard, OR, EdS School Psychology
**Brooklyn City University NY**, Brooklyn, NY, 28 credits towards Masters of Elementary & Special Education
**Hamline University**, St. Paul, MN, Bachelor of Arts in Political Science

### PROFESSIONAL EXPERIENCE

**Comprehensive School Psychologist, Portland Public Schools**                    August 2021 to Present
*Cesar Chavez K-8 School, Woodstock Elementary School*
- Provide comprehensive school psychologist services including: evaluations for Special Education eligibility, sharing of evaluation results with students/families/other service providers, attending IEP and 504-meetings, facilitating safety planning and manifestation determination meetings, Threat Assessment team member, participation in Student Intervention Team, consultative and direct services to students, families and staff in supporting students social, emotional, behavioral and learning needs, and more.

**School Psychologist, Portland Public Schools**                    August 2018 to August 2021
*Rapid Response Team School Psychologist (2018-2021)*
- Supported school teams in identifying and addressing student behavior, including development of Functional Behavior Assessments, Behavior Support Plans, Escalation Cycles, Safety Plans and wrap around supports.
- Engaged with school administrators and district leadership to identify and suggest supports on observed growth areas, including in the areas of Racial Equity Social Justice work, Trauma-Informed Care, Tier 1/2/3 practices, Discipline Protocol, and Staff Wellness.
- Collaborated with the Social Emotional Learning Department, School Counseling Department and Multilingual Services departments in developing resources to support staff and families during Distance Learning.

**School Psychologist, Canby Public Schools**                    May 2015 to August 2018
*Canby High School, Baker Prairie Middle School, Parrott Creek Residential Treatment Program*
- Provide comprehensive school psychologist services including: evaluations for Special Education eligibility, sharing of evaluation results with students/families/other service providers, attending IEP and 504-meetings, facilitating safety planning and manifestation determination meetings, Threat Assessment team member, participation in Student Intervention Team, consultative and direct services to students, families and staff in supporting students social, emotional, behavioral and learning needs, and more.
- Developed and co-facilitated group social skills training to 9-12th graders in the Supported Learning Center.
- Facilitated group counseling as an intervention for female 9th-12th grade students with social-emotional difficulties. Provided planning and consultative support for an intervention targeting male students.

**School Psychologist Intern, Canby Public Schools**                    August 2014 to May 2015
*Intern at Canby High School, Baker Prairie Middle School, Knight Elementary, Eccles Elementary, KEY Program*
- Consulted with multidisciplinary evaluation team model to evaluate and support students' diverse needs.
- Led social-skills & mindfulness lessons in the 3rd-6th grade Communication Class and K-8th Behavior Program.

**School Psychology Practicum, Multnomah Education Service District**                    January 2014 to June 2014
*Practicum Student at Arata Creek School*
- Consulted and collaborated with teachers, administrators and parents on interventions and supports.

**Goddard School Early Childhood Education, Clackamas, OR**                    November 2010 to June 2014
*Early Childhood Education Teacher (Kindergarten)*
- Developed and instructed play-based curriculum with a strong foundation of Social Emotional Learning.
- Created and led monthly family nights to enhance community relationships and parent engagement.

**New York City Teaching Fellowship, Brooklyn, New York**                    September 2009 to June 2010
*Special Education Teacher (Kindergarten, Co-teacher in Inclusive Classroom)*
- Differentiated instruction and modified academics for diverse learning needs in a fully inclusive classroom.

AR001860

**DEVELOPED AND FACILITATED TRAININGS FOR SCHOOL-BASED STAFF**

- Individual or school-team trainings to support student behaviors                    2019 to 2021
  - Training Topics: Conducting and compiling an FBA, BSP development, BSP implementation and fidelity monitoring, Safety Planning, Escalation Cycle development, and Positive Behavior Tracker tool development and implementation.
- Team-based trainings for Rapid Response Team                    2019 to 2021
  - Topics on staff mindfulness/wellness, special education, and supporting students with diverse needs
- District-wide Functional Behavior Assessment and Behavior Support Plan Training (Canby SD)                    2018
  - Team-Based FBAs and BSPs: Training provided to School Counselors, School Psychologists and Admin
- Developed & facilitated school-based trainings on supporting students with disabilities (Canby HS)                    2018
  - The General Education Teacher and the IEP/504-Plan: An overview of legal responsibilities, Q&A session
  - Accommodations vs. Modifications: Discussion for Special Educators, Q&A session

**SPECIALTY TRAINING**

- Building Bridges to Equity (The Howard Group), April 2021
- Successful School Survey Trainings (Panorama), April 2021
- Center for Equity & Inclusion Training (CEI), October 2020
- The Art of Coaching Across Racial Differences (Elena Aguilar), Spring 2020
- Learning & the Brain: Educating Anxious Brains Conference, February 2020
- PPS Trainings: FBA/BSP, SIRC, Threat Assessment, Escalation Cycle and Positive Behavior Tracker, 2018-20
- ODE/COSA Special Education Conference, Fall 2017 and 2019
- Oregon Intervention Systems Trainings, 2015 and 2017
- ASIST Suicide Prevention Training & CALM Counseling on Access to Lethal Means Training, 2017
- English Learners Alliance COSA Conference, 2016
- Certified Girls Circle Facilitator, August 2016

**References**:

**Jill Bryant**
*Supervisor, 2018 - Present*
Assistant Director of Social-Emotional Learning
503-422-8099
jillb@pps.net

**Adrienne Briones**
*Co-Worker, 2018 – Present*
Social Emotional Learning TOSA
503-701-0255
abriones@pps.net

**Katie Brown**
*Former Co-Worker, 2016-18*
Special Education Teacher
503-830-5984
brownk@canby.k12.or.us

AR001861



**Jessica O'Connor, Ed.S., NCSP**
*School Psychologist*

503.504.9838
joconnor2@pps.net

## EDUCATION

**Educational Specialist (Ed.S.)**
**School Psychology**                    6/2014
Seattle University, Seattle, WA

**Bachelor of Fine Arts (BFA)**
**Theatre**                              5/2005
Webster University, St. Louis, MO

## CERTIFICATIONS

Nationally Certified School Psychologist

State Certifications:
Washington (Professional ESA)
Oregon (Preliminary School Psychologist)

## LEADERSHIP

| | |
|---|---|
| Internship Supervisor | 2019 - 2020 |
| Autism Assessment Team | 2015 - 2017 |
| PSW Focus Group | 2014 - 2016 |
| Led WJ-IV Ach and Cog trainings for psychologists and teachers | 2014 - 2016 |
| Psychologist Leadership Team | 2013 - 2014 |
| PREPaRE team member (district-wide emergency response team) | 2013 - 2014 |
| NASP Student Leader | 2012 - 2013 |

## COMMITTEES/
## PROFESSIONAL FOCI

PSW Focus Group/Committee   2014 – 2020

Advocacy Committee (for comprehensive psychologist role in PPS)   2019 - 2020

Training in Autism Diagnostic Observation Schedule (ADOS-2), Applied Suicide Intervention Skills Training (ASIST), NASP PREPaRE model, Crisis Prevention Institute (CPI), Dialectical Behavior Therapy (DBT)

## EXPERIENCE

**Comprehensive School Psychologist**     August 2021 - Present
**School Psychologist**                   August 2017 - August 2021
Portland Public Schools                   Portland, OR

Design and coordinate implementation Sitton Elementary's transition to neighborhood school/inclusive services model (PPS pilot)

Special education representative on site-based leadership and school climate teams

Site-based sexual incident response coordinator

Lead multidisciplinary team to case manage comprehensive evaluations for students with disabilities or suspected disabilities

Lead multiple school-based teams in developing comprehensive MTSS system with decision points driven by data analysis for academic and social-emotional/behavioral supports

Work in collaboration with multidisciplinary teams to lead the completion of FBAs and the development of BSPs for special education and general education students

Lead social-emotional skills groups for students in general education and special education

**School Psychologist/Counselor**         August 2014 – August 2017
Vancouver Public Schools                  Vancouver, WA

Led multidisciplinary team in comprehensive evaluations for students with disabilities or suspected disabilities

Developed and implemented autism evaluation protocol and served as consultant for school-based teams evaluating autism, district-wide

Conducted FBAs for students experiencing behavioral difficulties and led development of BSPs

Designed and facilitated counseling groups for students K-8

Designed and monitored evidence-based interventions for students at Tier II and Tier III levels of service in social-emotional/behavioral skills

Worked with families and outside agencies to provide wraparound support for students in crisis

**School Psychologist/Counselor**         November 2013 – June 2014
Edmonds School District                   Edmonds, WA

Led multidisciplinary team to case manage comprehensive evaluations for students with disabilities or suspected disabilities

Led Positive Behavior Support team to support students at Tier I/II

Provided counseling services to students on scheduled & ad-hoc basis

Offered consultation to staff members regarding students' academic, behavioral, and social/emotional learning

Managed pre-referral process including leading meetings, gathering data, monitoring interventions, and educational decision-making

Implemented ~~bullying~~ and media literacy programs for grades 2-6

AR001862

# Troy N. Loker, Ph.D.

418 North Bridgeton Road
Portland, Oregon 97217
(352) 219-4476 | tloker@gmail.com

---

## EDUCATION

**Doctor of Philosophy (Ph.D.) in School Psychology,** University of South Florida; Tampa, FL    *August 2013*
    Specialization Area in Child & Adolescent Mental Health, with a Focus on Diversity

**Education Specialist (Ed.S.) in School Psychology,** University of South Florida; Tampa, FL    *August 2011*

**Masters of Arts (M.A.) in School Psychology,** University of South Florida; Tampa, FL    *August 2007*

**Bachelor of Science (B.S.) in Psychology,** University of Florida; Gainesville, FL    *May 2006*
    Minor in General Education

## PROFESSIONAL EXPERIENCE

**Qualified Mental Health Professional**    *August 2020 – Present*
Boise-Eliot/Humboldt Elementary School (*Portland Public Schools*)
- Developing and delivering weekly Tier 1 classroom social-emotional learning instruction across grade levels
- Providing Tier II and Tier III social-emotional support for students in small group and individual sessions
- Facilitates Check-in/Check-out with students daily, responds to student needs in the moment and collaborates with staff on coordinating additional support for students and families as needed.
- Applying professional knowledge to develop training materials and guidance to school staff and families on supporting positive child development, with a particular focus around social-emotional development.
- Developed learning targets, synchronous and asynchronous lesson plans, and formative assessments for social-emotional learning curriculum and instruction delivered during comprehensive distance learning environment
- Coordinating and delivering weekly professional development activities for staff wellness
- Collaborating with administration and school climate team in the development and delivery of monthly professional development, addressing topics of trauma-informed practices, social-emotional learning, family engagement, and other topics related to whole-child development.
- Serving in leadership roles across Transformative Social Emotional Learning team, Instructional Leadership Team, Student Intervention Team, and Staff Wellness Team.
- Collecting and analyzing data from families, students, and school staff to identify gaps and barriers to school and community support services.
- Supporting Student Council meetings and bringing student voice to various school aspects of school-wide decision-making

**School Psychologist**    *August 2018 – June 2020*
Walker-Jones Education Campus (*D.C. Public Schools; Washington, D.C.*)
- Providing comprehensive psychological services including psychoeducational assessments and evaluation reports, program evaluation, progress monitoring, data analysis, and direct student support for academics and behavior with research-based practices
- Engaging in consultation, resource development, and technical assistance to support the implementation of Response to Intervention (RtI), Positive Behavioral Interventions and Supports (PBIS), and Social-Emotional Learning (SEL) at the school-wide, small group, and individual student levels
- Active team member of the Administration Leadership Team (ALT), Wellness Team, PBIS Committee, RtI Team, Specialized Instruction Department, Black History Month Committee, Hispanic-Heritage Month Committee, Women's History Month Committee, International Festival Committee, and Father's Day Event Committee

AR001863

- Served as the school point of contact for the local community organization *Everybody Wins DC* to introduce their Power Lunch mentoring and reading program to Walker-Jones in 2019-2020, connecting over 20 at-risk students with community volunteers on a weekly basis
- Served as Team Lead for the multi-disciplinary PBIS Committee to promote safe and inclusive school environments
  - o Coordinated monthly school-wide behavior reinforcement events (e.g., dances, concerts, craft day, roller skating)
  - o Developed lesson plans, handouts, and guiding resources for teaching, modeling, and reinforcing the school-wide expectations of Being Ready, Responsible, Resilient and Respectful.
  - o Collaborated with administration and student wellness team on identifying trends in behavior data, problem-solving, and progress monitoring
- Delivered presentations and professional development to educators, parents, and community partners

**Supervisor of Behavioral Health Division, Hawaii**                                    *October 2017 – July 2018*
*RCM Health Care Services*
- One of three supervisors overseeing approximately 225 Paraprofessionals who were contracted throughout Hawaii public schools to serve as dedicated aides for students with disabilities Displaying severe and chronic social, communication, and/or behavioral deficits
- Coordinated and delivered professional development in the areas of behavior management, crisis intervention, and special education for Paraprofessionals during their orientation, annual training, group supervision, and individual supervision sessions.
- Ensured and evaluated compliance with training, implementation, and supervision requirements and standards
- Assisted in the coordination of initial placements, daily scheduling, and other personnel management tasks

**Clinical Supervisor, Classroom and Behavioral Support (CABS) Services**          *February 2017- October 2017*
*Honolulu District*
- Supervised the team of three Behavior Program Therapists who were responsible for developing structured Teacher Consultation Plans (TCPs) that mapped out their training and coaching efforts for teachers in need of assistance with maintaining least restrictive environments and placements for students with disabilities displaying severe emotional and behavioral challenges. TCPs focused on specific Teacher Target skill areas in order to improve implementation and effectiveness of student Behavior Support Plans.
- Supervised our teams development of training goals, objectives, and curriculum for comprehensive professional development modules on Tier 1, Tier 2 and Tier 3 behavioral management strategies general education and special education teachers
- Refined and streamlined case referral procedures, including the development of informational brochures, program overview presentations, and intake forms.

**School Psychologist**                                                                        *January 2016 – February 2017*
Kaimuki Complex Schools *(Honolulu District)*
- Engaged in behavioral consultation, professional development, coaching, observations, resource development, and technical assistance to support teachers' implementation of evidence-based interventions and progress monitoring
- Conducted assessments and written reports for special education evaluations and re-evaluations of students in preschool, elementary, middle, and high school settings
- Participated in multidisciplinary team meetings to provide interpretation of results and meaningful implications for learning, as well as assistance in data-based decision making with educators, caregivers, and community providers

**Multi-tiered System of Supports / Response to Intervention (MTSS-RtI) Facilitator**   *May 2012 – December 2015*
*Hillsborough County Public Schools; Tampa, FL*
- Provided professional development, site-based consultation, coaching, and implementation fidelity walkthroughs for district leaders, school leadership/problem-solving teams, professional learning community (PLC) teams, student services staff, teachers, and other stakeholders in order to implement instructional and intervention practices with fidelity and maximize student's academic and behavioral success within District Area VI (25 schools; from 2012-2015) and Area I (35 schools; beginning in 2015)
- Provided supports with other District Area Leadership Team members for "Priority" schools to support and monitor their school improvement plans to make gains in the areas of academics, behavior, and attendance.
- Assisted with team interviews for new MTSS/RtI Facilitators and with mentoring of new team members

AR001864

- Utilized strengths with verbal and written communication skills to develop and deliver formal reports, briefings, and proposals to senior district leaders.
- Collaborated with various stakeholders and helped lead the development of various technology resources for professional development, including PowerPoint presentations, resource manuals, Adobe Connect webinars, Excel data and graphing templates, wiki online resource pages, FirstClass® intranet resource pages, Moodle online professional development modules, intervention and systems-level fidelity rubrics, program evaluation data summaries, and other problem-solving tools and templates.
- Managed, evaluated, and supported several projects, in collaboration with leaders across various district divisions, to improve the district-wide implementation of data-based problem solving and evidence-based supports:
  - **District Coordinator, Positive Behavioral Interventions & Supports (PBIS)**              *2014 – 2015*
    - Coordinated the implementation of PBIS across 60 actively implementing schools (i.e., 42 Elementary, 11 Middle, 3 High, 4 Alternative/Center Schools)
    - Conducted site-based fidelity walkthroughs and consultation with PBIS School Teams and Coaches
    - Lead bi-monthly PBIS Coaches Meetings that were based on needs assessment and program evaluation data to improve district effectiveness
    - Participated in District PBIS Leadership Team to develop, monitor, and evaluate the PBIS District Implementation Plan
    - Provided oversight and management of the district's RtI:B Database and electronic platform for PBIS resources, as well as annual budget for PBIS trainings and resources
    - After my first year in the position, the district's Tier 1 Benchmarks of Quality (BoQ) fidelity score increased by 7 percentage points, moving our district into the BoQ "High Level Implementation" range
  - **Project Support Manager, K-5 Curriculum-Based Measurement**              *2012 – 2014*
    - Coordinated the scaling up and district-wide implementation of a Curriculum Based Measurement progress monitoring tool and database system (i.e., easyCBM) across 130 elementary schools.
    - Specific tasks included delivering Train-the-Trainer sessions; site-based training and coaching; technical assistance and trouble-shooting, communication with HMH/easyCBM staff, and collaboration with district Information Technology personnel.
    - Developed strategies to evaluate fidelity of usage across schools and led problem-solving efforts to increase consistent and accurate use of progress monitoring
  - **Project Support Manager, Psychological Services & School Social Work**              *2013 – 2015*
    - Assisting with needs assessment, planning, and curriculum writing for the Psychological Services Department, School Social Workers Department, and the *Integrating Schools & Mental Health Systems* grant
    - Participated in Hillsborough's Local Planning Team of school and community-based professionals and advocates, providing leadership in the development of a framework for information dissemination across agencies, schools, and parents; the enhancement of educator protocols for addressing mental health concerns; and the updating of protocols for community agencies/providers' to gain access to schools.
    - Provided consultation and training to school psychologist and social work staff on mental health service delivery and data-based decision-making within a multi-tiered system of support
  - **Curriculum Writer**, *Now is the Time* **LEA Grants**              *2015*
    - Developed train-the-trainer workshops and Adobe Connect webinar presentations on various topics, including "*Pieces to the Puzzle: Understanding the Factors Behind Mental Health, Wellness, and Behavior;*" "*Supporting the Well-being of LGBTQ Youth & Families;*" "*Engaging Parents Experiencing High Stress and Traumatic Situations;*" and "*The HCPS Tier 1 Framework for Behavior Management*"

## School Psychologist                                                         *August 2011 – May 2012*
Pizzo Elementary School *(Hillsborough County Public Schools; Tampa, FL)*
- Engaged in consultation, training, resource development, and technical assistance to support the implementation of RtI and PBIS practices at the school-wide, small group, and individual student levels
- Provided comprehensive psychological services including psychoeducational assessments, threat and suicide assessments, counseling, social skills training, and support with MTSS implementation for academics and behavior
- Selected, administered, scored, and interpreted individual psychological, intelligence, and behavioral measures to conduct psychoeducational evaluations, and consulted with parents/caregivers and educators about the interpretation of evaluation results and implications for learning

AR001865

**School Psychology Doctoral Level Intern**                           *July  2010 – July 2011*
Ridgewood High, Northwest Elementary, & Denham Oaks Elementary *(Pasco County Schools)*
• Provided a range of interventions, including individual counseling (Tier 3), small group counseling (Tier 2), class-wide social skills training (Tier 1), & Active Parenting training program for parents (Tier 1) and conducted multiple forms of assessments and data analysis, including comprehensive initial and re-evaluation psychoeducational assessments, gifted eligibility assessments, threat assessments, suicide assessments, and progress monitoring

**IEP Counselor for Students with Disabilities / Clinical Psychology Extern**       *August 2009 – June 2010*
E.L. Bing Elementary School *(Hillsborough County Public Schools; Tampa, FL)*
• Provided individual counseling, small group counseling, and teacher consultation with a case load of approximately 20 elementary school students with disabilities whose Individualized Education Plans required counseling services at an ethnically diverse school with over 90% of students being eligible for free or reduced lunch

**School Psychology Graduate Research Assistant**                     *August 2006 – July 2010*
University of South Florida *(Tampa, FL)*
• Worked on projects identifying drivers and barriers to RtI implementation (with Dr. George Batsche; 2010), exploring risk and protective factors among internationally adopted children (with Dr. Tony Tan; 2006-2007, 2010), evaluating children's mental health services (with Dr. Robert Friedman; 2008), and investigating transition support best practices for youth with emotional-behavioral disturbances (with Dr. Mason Haber; 2007-2008).

# PROFESSIONAL & COMMUNITY LEADERSHIP

### Hawaii Association of School Psychologists (HASP)
• **President**                                                         *2016 - 2017*
  o Served as Chairperson of the 5 Member Executive Board and exercising general supervision over HASP
  o Exercised general supervision over the affairs of HASP, including the coordination of professional development workshops and resources for school psychologists across the state
• **Secretary**                                                          *2016*

### Florida Association of School Psychologists (FASP)
• **President**                                          November *2014 – November 2015*
  o Served as Chairperson of the 36 member Executive Board for the Florida Association of School Psychologists (FASP), a professional organization comprised of over 650 school psychologists and an annual budget of $130,000
  o Exercised general supervision over the affairs of FASP, including the coordination of professional development workshops and resources for school psychologists across the state
  o Provided opening remarks to approximately 3500 school psychologists during the general session of the 2015 National Association of School Psychologist Annual Convention in Orlando, FL
  o Participated in a Florida state workgroup with state leaders representing interdisciplinary professions of school counseling, school social work, school nursing, school psychology and the FLDOE Student Support Services Project in order to develop Florida's *Action Guide for Integrated Student Services in Schools*.

• **President-Elect**                                    November *2013 – November 2014*
  o Provided vision and supervision for FASP's 41st Annual Conference, which included overseeing the programming of 90 Breakout Sessions from over 180 presenters, managing a $50,000 conference budget, and evaluating conference success (e.g., 88% rated the event Above Average or Excellent)
• **FASP Executive Board Member**                                        *2009 – 2016*

### Gay, Lesbian, and Straight Education Network: Tampa Bay Chapter
• **Co-Chair**                                                           *2012 – 2015*
  o Provided programmatic and operational leadership for this community, non-profit organization dedicated to creating safe and respectful schools for all students, regardless of sexual orientation or gender identity/expression

AR001866

## UNIVERSITY TEACHING EXPERIENCE

**Adjunct Professor,** Hawaii Pacific University, Honolulu, HI                    *August 2016 – May 2018*
*Child and Adolescent Development for Educators (ED3100 and ED6100)*

**Course Instructor,** University of South Florida, Tampa, FL                    *January 2009 – December 2009*
*Learning and the Developing Child (EDF3122) & Human Development and Learning (EDF3214)*

**Course Assistant, with Dr. Robert Friedman** University of South Florida, Tampa, FL       *January 2009 – May 2009*
*Systems of Care in Children's Mental Health (MHS6900)*

## PROFESSIONAL CERFTIFICATIONS

**Oregon Certified School Psychologists**                               *2020 - present*
**District of Columbia Certified School Psychologist/Pre-K-12 Grade Level**       *June 2018-June 2022*
**Florida Certified School Psychologist  (#1177509)**                      *2011-2016*
**QBS Safety-Care™ Behavioral Safety Certified Trainer**                     *2016 - 2018*
  ▪ Provided Safety-Care trainings to Hawaii DOE employees (e.g., teachers, administrators, support staff) and contracted paraprofessionals, resulting in certifications for nearly 300 Safety-Care Behavioral Safety Specialists
**Florida Positive Behavioral Interventions and Supports (PBIS) Certified Trainer**       *2013-2015*

## STATE/NATIONAL PROFESSIONAL DEVELOPMENT & OUTREACH

### Webinars:
**Loker, T.** (2021, May 12). *Enhancing Schoolwide Social Emotional Learning from Distance to In-Person Learning: A Framework in Action* [Webinar] Mental Health Technology Transfer Center Network. Retrieved at: https://mhttcnetwork.org/centers/mountain-plains-mhttc/event/enhancing-schoolwide-social-emotional-learning-distance-person
**Loker, T.** (2014, September 10 & 11). *Utilizing easyCBM within an RtI Framework: District implementation efforts and reflections* [Webinar].  Houghton Mifflin Harcourt. Retrieved at: https://www.hmhco.com/classroom/evaluate-and-sample/webinars/professional-webinars/past-webinars

### Keynote Address:
**Loker, T.** (2015). *Keeping ALL Students Engaged, Regardless of Sexual Orientation, Gender Identity, or Gender Expression.* Keynote Address at the Florida Association of School Social Workers (FASSW) Annual Conference, Tampa, FL.

### Presentations at state and national professional conferences:
**Loker, T. &** Badertscher, D. (2015). *Growing Positive Behavioral Interventions and Supports in the Sunshine State.* National PBIS Leadership Forum, Rosemont, IL.
**Loker, T.** & Csenger, J. (2015). *Legal, Ethical, & Professional Practices that Support LGBTQ Youth & Families.* Featured Workshop at the Florida Association of School Psychologists (FASP) Summer Institute, Naples, FL.
**Loker, T.,** Davis, D., & Cardenas, E. (2014). *Reality check on fidelity checks: Addressing barriers & improving intervention delivery.* FASP Annual Conference, Sarasota, FL.
**Loker, T.,** & Raffaele Mendez, L. (2013) *Supportive policies and educator behaviors identified by LGBTQ youth.* National Association of School Psychologists (NASP) Annual Convention, Seattle, WA.
Cardenas, E., Lazega, B., & **Loker, T.** (2013). *Fidelity checks and problem solving to improve school/district MTSS implementation.* FASP Annual Conference, Orlando, FL.
**Loker, T.** (2013). *Positive school-based supports: Perspectives from LGBTQ youth.* FASP Annual Conference, Orlando, FL.
**Loker, T.,** Chappel, A., McMahan, Kuzia, K., Suldo, S. (2011). *Relationships between school climate and adolescent mental health across genders.* NASP Annual Convention, San Francisco, CA.
**Loker, T.,** Raffaele Mendez, L., Ogg, J., Sharp, J., Cihonski, D, Fefer, S. et al. (2010). *School-based parent trainings within a Response to Intervention framework.* NASP Annual Convention, Chicago, IL.

AR001867

Ogg., J., Raffaele Mendez, L., Fefer, S., **Loker. T.,** & Cihonski, D. (2010). *Including parents within the continuum of school-based mental health services.* FASP Annual Conference, Miami, FL.

Raffaele Mendez, L., **Loker, T**., Saari, B., Sharp, A., Fefer, S., & Sundman, A. (2010).  *Raising children with challenging behaviors: Exploring how couples coparent.* NASP Annual Convention, Chicago, IL.

Raffaele Mendez, L., Sundman, A., Cihonski, D., Saari, B., Matthews, Y., & **Loker, T.** (2010) *Building resiliency in families with autism: A coparenting training model.* NASP Annual Convention, Chicago, IL.

Suldo, S., Friedrich, L., **Loker, T.,** Thalji, A., Cunningham, J., Sundman, A., & Saari, B. (2010). *University-district collaborations: Improving practitioners' professional activities relevant to youth suicide.* NASP Annual Convention, Chicago, IL.

White, T., Saari, B., Matthews, Y., **Loker, T**., & Raffaele Mendez, L. (2010). *School-based interventions for children who have experienced trauma.* NASP Annual Convention, Chicago, IL.

Malval, K., **Loker, T**., Rooks, L., Saari, B., & Suldo, S. (2009). *Suicide assessment and intervention: Considerations when serving diverse students.* NASP Annual Convention, Boston, MA.

**Loker, T.,** & Tan, T.X. (2009). *Parents' perceptions of their internationally adopted Chinese children.* NASP Annual Convention, Boston, MA.

Suldo, S., **Loker, T.,** Cunningham, J., Sundman, A., Thalji, A., & Saari, B. (2009). *Universities and schools, research and practice: Closing gaps through collaboration.*  FASP Annual Conference, St. Petersburg, FL.

**Loker, T**., & Tan, T.X. (2008). *Development in Chinese adoptees: An analysis of parent perceptions.* FASP Annual Conference, Orlando, FL.

Saari, B., Rooks, L., **Loker, T**., Malval, K., & Suldo, S. (2008). *Cultural competence during crisis: Working with diverse youth at risk for suicide.* FASP Annual Conference, Orlando, FL.

Raffaele Mendez, L. Saari, B., **Loker, T**., Sundman, A., & Annis, S. (2008). *Fostering resilience in families of children with challenging behaviors.*  FASP Annual Conference, Orlando, FL.

**Loker, T**. & Haber, M. (2008).  *A systematic review of employment programs for transition-age youth with serious emotional disturbance.*  Research and Training Center for Children's Mental Health's Annual Research Conference, Tampa, FL.

Tan, T.X., Taylor, K., & **Loker, T**. (2007).  *Adjustment of young Chinese children in a privately funded orphanage.* American Psychological Association Annual Convention, San Francisco, CA.

Tan, T.X., **Loker, T**. & Taylor, K. (2007). *Expressive language development of children adopted from China.* American Psychological Association's Annual Convention, San Francisco, CA.

**Newsletters, Media, Interviews, Other:**

**Loker, T**. (Oct, 2017) Shortage Of Mental Health Providers is Taking a Toll on Hawaii Teens. *Honolulu Civil Beat.* Retrieved from: http://www.civilbeat.org/2017/10/shortage-of-mental-health-providers-is-taking-a-toll-on-hawaii-teens/

**Loker, T.** (Feb, 2016).  School Psychologist Licensing in Hawaii. *The Conversation.*  Hawaii Public Radio.  Retrieved from: http://cpa.ds.npr.org/khpr/audio/2016/02/BAK_Dr_Troy_Loker.mp3

Florida Student Support Services Project (2015). *Integrated Student Services in Schools: Action Guide.* Retrieved from: http://sss.usf.edu/integrated/fissm/Action_guide.html (contributor)

White, T., **Loker, T**., March, A., & Stockslager, K. (2009).  Is NCLB Closing the Minority-Majority Achievement Gap?  *NASP Communiqué, 37* (8), 16-17.

## PROFESSIONAL PUBLICATIONS

**Dissertation:**

**Loker, T.**  (2013). *Learning from Voices of Diverse Youth: School-based Practices to Promote Positive Psychosocial Functioning of LGBTQ High School Students.* (Doctoral dissertation). Retrieved at http://scholarcommons.usf.edu/etd/4719.

**Published articles in peer-reviewed journals:**

Raffaele Mendez, L. M., **Loker, T.,** Fefer, S.A., Wolgemuth, J. R., & Mann, A. (2015). "Either come together or fall apart": Coparenting young children with challenging behaviors. *Couple and Family Psychology: Research and Practice, 4*(2), 74-91.

Raffaele Mendez, L., Ogg, J., **Loker, T.,** & Fefer, S. (2013). Including parents in the continuum of school-based mental health services: A review of intervention program research from 1995-2010. *Journal of Applied School Psychology, 29*, 1-36.

Suldo, S., McMahan, M., Chappel, A., & **Loker, T.** (2012). Relationships between school climate and adolescent mental health across genders. *School Mental Health, 4,* 69-80.

**Loker, T.,** & Tan. T., Raffaele Mendez, L., & Dedrick, R. (2012) Adopted Chinese girls' character strengths from preschool to school age: A longitudinal exploratory study. *Michigan Family Review, 16*(1), 38-55.

Tan, T.X., **Loker, T.,** Dedrick, R., & Marfo, K. (2012). Second-first language acquisition: Analysis of expressive language skills in a sample of girls adopted from China. *Journal of Child Language, 39,* 365-382.

Shaffer-Hudkins, E., Suldo, S., **Loker, T.,** & March, A. (2010). How adolescents' mental health predicts their physical health: Unique contributions of subjective well-being and psychopathology. *Applied Research in Quality of Life, 5*(3), 203-217.

Suldo, S., **Loker, T.,** Friedrich, A., Sundman, A., Saari, B., Cunningham, J., & Schatzberg, T. (2010) Improving school psychologists' knowledge and confidence pertinent to suicide prevention through professional development. *Journal of Applied School Psychology*, 26 (3), 177-197.

**Technical Reports and Position Papers:**

Florida Association of School Psychologists. (2015). *Position Statement on Ending the School-to-Prison Pipeline.* Retrieved from http://fasp.org/PDF_Files/FASP_Publications/FASP_School_to_Prison_Pipeline_Position_Statement.pdf (contributing author)

Florida Association of School Psychologists. (2015). *Position Statement on Grade Retention and Social Promotion.* Retrieved from http://fasp.org/PDF_Files/FASP_Publications/FASP_Position_Statement_Grade_Retention_Social_Promotion_2015.pdf (contributing author)

National Association of School Psychologists. (2011). *Position statement on lesbian, gay, bisexual, transgender, and questioning (LGBTQ) youth.* Retrieved from http://www.nasponline.org/about__nasp/positionpapers/LGBTQ_Youth.pdf (contributing author)

Friedman, R., Paulson, R., Prince Inniss, J., & Loker, T. (2009). Collier County Children's Mental Health Needs Assessment. Tampa, FL: University of South Florida, Louis de la Parte Florida Mental Health Institute.

## HONORS & AWARDS

**I. Hyman & N. Lambert Memorial Scholarship** (American Academy of School Psychology)          *2010*

**Graduate Student Research Grant** (National Association of School Psychologists)          *2010*

**LGBT Dissertation Scholarship** (American Psychological Association of Graduate Students)          *2010*

**Graduate Studies Award** (Florida Association of School Psychologists)          *2010*

## REFERENCES

Kaveh Pakseresht
Principal
Boise-Eliot/Humboldt School

Current Contact Information:
kpaksere@pps.net
(503) 916-6171

Darion James, Ph.D.
LEA Representative
Walker-Jones Education Campus

Current Contact Information:
darion.james@k12.dc.gov
(678) 749-3318

Tim Hill
District Educational Specialist
School-Based Behavioral Health
Honolulu District Office

Current Contact Information:
Tim.Hill@notes.k12.hi.us
(808) 735-8355

AR001869

# Laura Villagomez

5631 SE Logus Rd, Milwaukie, OR 97222 | c: 831.809.8634 | email: villagomez.lauraz@gmail.com

**Objective:** I am a graduate student in Lewis & Clark's School Psychology graduate program seeking professional opportunities that provide exemplary professional practices through hands-on opportunities and mentorship. I am specifically seeking a district that considers cultural, linguistic, individual, and environmental factors as influences of student learning and behavior.

### School-Based Experience

**Portland Public Schools, Rigler Elementary School and Franklin High School,** Portland, OR: August 2022 – Current
*Intern*
- Conduct classroom observation and use data to identify student strengths and areas of improvement.
- Conduct cognitive assessments and write up Psychoeducational reports.
- Present Psychoeducational results to families and faculty.
- Active member of the School Intervention Teams and Mental Health Teams.
- Working with multicultural and multilingual students and families.

**Portland Public Schools, Rigler Elementary School,** Portland, OR: September 2021 – June 2022
*Practicum Student*
- Under supervision, conducted classroom observation and used data to identify student strengths and areas of improvement.
- Under supervision, leading individual counseling sessions addressing coping skills.
- Observed cognitive assessments completed by supervisor.
- Active member of the School Intervention Team to gain an understanding of multi-tier intervention and prevention at the school and community levels.
- Active member of the collaborative Human Exceptionalities team and attend weekly meetings to review current needs of students in special education.
- Consult and coordinate with team members when determining an intervention plan or recommendations for a particular student.
- Working with multicultural and multilingual students and families.

**David Douglas School District, Lincoln Park Elementary,** Portland, OR: September 2019 – March 2020
*Student Volunteer/Pre-practicum Experience*
- Provided assistance with math, writing, and reading instruction, with direction from the teacher.
- Worked one on one with students needing additional support with tasks.
- Assisted in the running of reading groups during instruction, with direct from the teacher.
- Attended collaboration meetings with the first-grade teachers.

**South Monterey County Joint Union High School District,** Greenfield, CA: November 2014 – August 2016
*Parent Involvement Coordinator*
- Worked with a high school community with a large population of Hispanic-identified families.
- Worked with migrant families, agricultural families, English language learners, and low-income families.
- Established and coordinated programs for parent/legal guardians to increase school involvement and student success.
- Worked with student support teams to encourage parent participation.
- Held positions in the School Site Council and English Language Advisory Council.
- Delivered Spanish/English translation and transcription.

AR001870

- Participated in home visits and phone calls to ensure student success and provide family support.
- Collaborated with teachers, administrators, parents, and families to solve educational issues.
- Assisted with proctoring AP testing, SBAC, and CELT.
- Acted as the link between parents and teachers for better communication. Set up parent/teacher conferences and provided interpretation, when needed.
- Interpreted truancy meetings to address legal repercussions.

**Girls Inc. of the Central Coast,** Salinas, CA**:** January 2014 – June 2014
*Program Coordinator*
- Assisted with the supervision of Youth Leaders.
- Acted as liaison between the organization, community members, and parents of participants.
- Worked with multicultural and multilingual groups of participants and guardians.

### Skill Highlights

- Bilingual proficiency in English and Spanish.
- Experience in working with families of multicultural and multilingual communities.
- Willingness to learn and receive constructive feedback.

- Ability to communicate efficiently and solve problems effectively.
- Ability to show empathy while maintaining professionalism.
- Ability to collaborate with others.

### Education

**Educational Specialist Degree: School Psychology**                    Current
**Expected Graduation:** June 2023
Lewis & Clark College                                                   Portland, OR


**Bachelor of Arts**: **Communication Studies**                         2013
San Francisco State University                                  San Francisco, CA

AR001871

## Elaine Hidalgo

3956 N. Borthwick Ave. • 415.939.4630
elainedhidalgo@gmail.com

**PROFESSIONAL SUMMARY:**

Licensed bilingual (Spanish) school psychologist with 16-years of experience. Experience with assessing preschool to post high school adult students. Diverse range of consultation, collaboration, assessment, and intervention practices. Knowledge of laws, ethics, and philosophy. Ability to maintain appropriate and legal confidentiality. Proactive about using strengths based approach and solution centered. Experience working with a wide range of individuals who are neurodiverse including autism spectrum disorder, attention deficit hyperactivity disorder, learning disabilities as well as persons with intellectual disabilities, social-emotional needs, speech/language impairments, vision impairments, deaf or hard of hearing, and students with significant medical needs. Excels in effective communication and active listening skills, consultation and collaboration with families and school teams, strong work ethic, meticulous organizational skills, team player, and strives to exceed expectations and achieve  learning opportunities.

**PROFESSIONAL EXPERIENCE:**

**Kelly Elementary**                                                                                                   8/2022-Present
**Portland Public Schools, Portland, OR**
*Bilingual School Psychologist and part-time Culturally and Linguistically Diverse (CLD) Support/Spanish Bilingual Assessor*
- Serves K-5 elementary school with Russian Dual Language Immersion program and Learning Center
- Consults and collaborates with PPS school psychologists and schools teams working with CLD students
- Participates in Student Intervention Team, evaluation planning, eligibility and IEP meetings
- Conducts comprehensive English and/or Spanish psychoeducational assessment evaluations
- Consults, collaborates, and facilitates FBAs and BSPs with school team
- Assists in connecting parents to school resources and community agencies
- Member of the Multnomah County Traumatic Brain Injury team
- Member of the School Psychologist Advisory Team - assists in revising Special Education guidelines/manuals
- Assists in revising Student Intervention Team (SIT) True Peer Culturally and Linguistically Diverse (CLD) Resource

**Abernethy, Ainsworth, and Kelly Elementary**                                                               4/12/2022-6/2022
**Portland Public Schools, Portland, OR**
*Bilingual School Psychologist*
- Served K-5 elementary schools with Dual Language Immersion programs (Russian & Spanish) and Learning Centers
- Conducted English and/or Spanish psychoeducational assessment evaluations
- Consulted with school psychologists about bilingual evaluations
- Participated in Student Intervention Team, evaluation planning, eligibility and IEP meetings
- Consulted, collaborated, and facilitated FBAs and BSPs with school teams
- Member of the Multnomah County Traumatic Brain Injury team
- Member of the School Psychologist Advisory Team - assisted in revising Special Education guidelines/manuals
- Assisted in revising Student Intervention Team (SIT) True Peer Culturally and Linguistically Diverse (CLD) Resource

**Alder, Davis, and Fairview Elementary, Four Corners School, and Community Transition Program**        8/2012-4/9/2021
**Reynolds School District, Portland, OR**
*Bilingual School Psychologist*
- Served K-5 elementary schools with Social Communication, Supported Behavior, Spanish Dual Language Immersion, and Resource programs, K-8 therapeutic school, and post high school adult students
- Conducted English and/or Spanish evaluations, consulted with school psychologists and assessed their bilingual students
- Worked with preschool transition teams to complete Kindergarten transition evaluations
- Conducted early entry evaluations (KG and 1st grade parent referrals)
- Participated in weekly pre-referral, evaluation planning, eligibility & IEP meetings
- Consulted, collaborated, and facilitated FBAs and BSPs
- Member of the Multnomah County Traumatic Brain Injury team (began 11/14/2018)
- Mentored 1st year school psychologist (2017-2018)
- Supervised school psychology practicum student (2019-2020)

**Dr. Charles R. Drew College Preparatory School and John O'Connell High School**                        8/2011-6/2012

AR001872

**San Francisco Unified School District, San Francisco, CA**
*Bilingual School Psychologist*
- Served an elementary school (K-4) with a Special Day Class/Mild/Moderate-Intensive Language & Learning and Resource Specialist Program and high school with a Resource Specialist Program, Special Day class/Learning Disabled (9-12), Special Day class/Emotionally Disturbed (9-12), Special Day Class/Hearing Impaired (9-12), Special Day class/Severely Impaired-Transition (12)
- Bilingual evaluator and consultant on the district's bilingual assessment team
- Bilingual Spanish interviewer and interpreter for bilingual and monolingual Spanish-speaking families at both schools
- Experience with leading and conducting initial, reevaluations, and preschool transition evaluations, shared eligibility results, ensured the implementation of individualized treatment/educational plans, helped meet student's needs in an inclusion type setting, assisted teams with academic/behavioral interventions, consulted and collaborated with parents, school staff, and outside  providers
- Participated in weekly Special Education team and Student Success Team meetings
- Trained as a Behavior Intervention Case Manager
- Served on Emotional Disturbance Panel to assist school psychologists in determining ED eligibility

**Boulder Creek Elementary and Campo Bello Elementary**                                            7/2006-6/2011
**Paradise Valley Unified School District, Phoenix, AZ**
*Bilingual School Psychologist*
- Served two elementary schools with Resource programs and Autism Spectrum Disorder program (8/06-6/10)
- Served on the bilingual evaluation team as a bilingual evaluator and consultant
- Bilingual Spanish interpreter and interviewer for bilingual and monolingual Spanish-speaking families at both schools
- Provided a full range of school psychology services including: initial, triennial and Kindergarten transition evaluations, assisted with implementation of individualized treatment/educational plans, ongoing academic and behavioral progress monitoring, consultation and collaboration with parents, staff, outside providers, check ins with students, ChildFind screenings
- Participated in weekly Student Success Team meetings
- Attended state provided Response to Intervention (RTI) trainings and learned about its application through the multi tiered approach at Campo Bello

**Cartwright School District, Phoenix, AZ**                                            7/2005-6/2006
*Bilingual School Psychology Intern (under supervision)*
- Shadowed the Bilingual School Psychologist/Supervisor
- Worked with preschool, elementary, and middle school students
- Administered various assessment instruments, including cognitive, academic, behavioral, adaptive, language
- Observed various classroom settings
- Collected information for evaluation reports
- Participated in/led team meetings (preschool transitions, out of district transfers, Child Study Team, review of existing data, eligibility) with teachers and parents
- Assisted in ChildFind screenings
- Built effective rapport and communication with staff, parents, peers
- Consulted and collaborated on effective classroom strategies with parents, students, and staff
- Provided individual counseling interventions
- Applied ethics and standards of professional practice in the delivery of school psychological services and observed relevant laws and policies that govern practice
- Strove towards child advocacy

**Northern Arizona University, Flagstaff, AZ**                                            9/2004-4/2005
*Practicum Student*
- Served the Hopi, Navajo, and Havasupai communities on their reservations at Head Start and elementary schools - Jeddito Elementary (Fall 2004) and Camp Verde Elementary School (Spring 2005)
- Observed students in the school settings
- Conducted comprehensive evaluation assessments
- Facilitated and observed various kinds of meetings concerning special needs and services, including Child Study Teams, Review of Existing Data, Multidisciplinary Evaluation Team, Individualized Education Programs

AR001873

- Assisted in administration of DIBELS Winter Benchmark
- Learned to consult with teachers, staff, and parents
- Interviewed parents and caretakers
- Conducted in-service training for teachers, administrators, and practicum students on assistance to paraprofessionals and one-on-one aides

**INSTRUMENTS ADMINISTERED**
Trained in standardized administration and interpretation of various assessments including:
Kaufman Test of Educational Achievement, 2nd Ed. (KABC-II NU)
Wechsler Intelligence School Scale for Children- Fourth Edition (WISC-V)- English and Spanish
Universal Nonverbal Intelligence Test (UNIT)
Batería III Woodcock-Muñoz: Pruebas de habilidades cognitivas (Batería III Cog)
Batería III Woodcock-Muñoz: Pruebas de aprovechamiento (Batería III Aprov)
Bilingual Verbal Abilities Test (BVAT)
Woodcock-Johnson Normative Update, 4thEd. (WJ-IV NU)
Autism Spectrum Rating Scale (ASRS)
Childhood Autism Rating Scale, 2nd Ed. (CARS-2)
Autism Diagnostic Observation Schedule, 2nd Ed. (ADOS-2)
Conners Rating Scale, 3rd Ed. (Conners 3)
Behavior Assessment System for Children- 3rdEd. (BASC-3)
Adaptive Behavior Assessment System- 3rd Ed. (ABAS-III)
Vineland Adaptive Behavior Scales, Second Edition (Vineland-II)
Revised Children's Manifest Anxiety Scale, 2nd Ed. (RCMAS-2)
Differential Ability Skills, 2nd Ed. (DAS-II)

**EDUCATION:**
**Masters of Arts and Certification Program in School Psychology**
Northern Arizona University, Flagstaff, AZ 08/2003-05/2006

**Bachelor of Arts in Psychology**
The Catholic University of America, Washington, DC, 8/1995 - 5/1999; Dean's List 1999

**CREDENTIAL/CERTIFICATION:**
Oregon Preliminary School Psychologist License

AR001874

## Marquita Guzmán, M.Ed.
### 5633 SE Mitchell St. Portland, OR 97206
### 971-222-6230 mguzman@pps.net

---

## PROFESSIONAL SUMMARY

Highly skilled school counseling leader possessing a strong commitment to comprehensive school counseling, systems change and equity driven counseling practices.

## PROFESSIONAL EXPERIENCE

**PPS Student Success and Health Department, Portland, OR June 2021-present**
**Program Administrator, K-12 School Counseling, 504 District Coordinator, Student Success Center Administrator**

- Supervise staff of 8 Counselors on Special Assignment and Student Success Center staff
- Lead strategic planning for comprehensive school counseling district wide
- Lead development and delivery of regular PD for over 185 school counselors K-12
- Develop and deliver 504 training for all 504 case managers

**PPS Student Success and Health Department, Portland, OR 2018-June 2021**
**COSA (Counselor on Special Assignment) for High Schools**

- Co-lead alignment efforts for K-12 Tier I Core Counseling Curriculum
- Assist in the development of HS Anti-racism lessons to be delivered in all high schools
- Develop and deliver monthly high school counselor professional development for over 60 high school counselors
- Collaborate with the office of College and Career Readiness, M98 and the Office of High Schools to align counselor practices to support the high school strategic plan
- Co-facilitate Policies & Practice committee which has administrator and counselor representation from each high school. The focus of this committee is to increase alignment of administrative and counseling practices to promote more equitable practices in all of our high schools
- Facilitate regular HS Counselor Advisory Leadership committee meeting to gather feedback and inform strategic direction for school counseling programming
- Co-lead the onboarding of college coordinators in all comprehensive high schools
- Lead district wide college and career readiness virtual events such as Tools to Build Your Future and Spring College and Career Information Night

**Lincoln High School, Portland, OR 2014-2018**
**School Counselor**

- Manage caseload of 280 students including monitoring of academic, attendance and personal issues. Designated counselor for ELD and AVID student populations
- Advise and deliver classroom guidance in academic and personal/social arenas
- Advise and support students through college application process
- Facilitate student staffings to determine student need(s) (SPED referral, MH counseling, academic plans, 504 Plan, safety plan, etc.)
- Led school counselor attendance initiative to target and provide interventions to students with chronic absenteeism
- Advisor for Native American Student Union and support advisor for MEChA student union

**Lewis & Clark College, Portland OR 2009-2013**

AR001875

Marquita Guzman, M.Ed.
mguzman@pps.net

3635 SE Mitchell St.  Portland, OR 97206 (971) 222-6230

**Adjunct Faculty & Internship Placement Coordinator**
- Teach section of SCED 516 School Counseling Internship class
- Secure and manage all internship placements for school counseling program students
- Provide on-site observation, guidance and feedback to school counseling interns

**Forest Grove High School, Forest Grove, OR 2006-2009**
**School Counselor**
- Manage caseload of 500+ students including monitoring of academic, attendance and personal issues.
- Develop curriculum and facilitate "academic solutions" groups for underachieving 9th grade students.
- Facilitate student staffings to determine student needs (SPED, MH counseling, academic plans, etc)
- Coordinated after-school "Options/Opciones" program using a micro grant from Washington County.  Opciones provided culturally relevant after school activities as an alternative to gang involvement.
- Co-developed district professional development for school counselors.  PD focused on data-driven decision making and using data to measure school counseling intervention outcomes.

**Franklin High School, Portland, OR 2005-2006**
**Student Integration Specialist**
- Manage caseload of 280 students including monitoring of academic, attendance and personal issues.
- Develop curriculum and facilitate "academic solutions" groups for underachieving 9th grade students.
- Facilitate student staffings to determine student needs (SPED, MH counseling, academic plans, etc)
- Interim department chair of Franklin High School Counseling Office.
- Develop comprehensive transition program for incoming 9th grade students

**Franklin High School, Portland, OR 2004–2005**
**Community Agent**
- Work closely with the counseling office and administration to develop and implement programs to target incoming freshman and ELL student populations.
- Assist the counseling office in developing processes to streamline forecasting, guidance curriculum and student interventions

**INTEL Corporation, Hillsboro, OR 1999–2003**
**Senior Training Developer/Instructional Designer**
- Manage Accounts Payable training that consisted of 5 distinct job roles and over 80 hours of instruction.
- Perform all phases of Instructional Systems Design (ISD) to produce online (web-based) training material for finance systems applications: conduct needs/ task analysis, partner with subject matter experts to collect technical content, determine performance and learning objectives, develop instructional content applying adult learning theory, evaluate course usage and sustain course materials.
- Manage training deliverables for SAP implementations. Tasks include presenting training plans and status updates to stakeholders and project leads, working with content experts to collect training requirements and coordinating with cross-functional training teams to develop and deploy training.
- Instruct SAP R/3 and web based applications courses for Accounts Payable via instructor-led, teleconferencing (NetMeeting) and blended (online and instructor led) platforms.
- Establish worldwide sustaining training program for the Accounts Payable group.  Tasks included presenting sustaining program to management for buyoff, identifying site trainers at each sight, developing train-the-trainer materials, deploying T-T-T training and managing ongoing process improvements through site trainer forums.

**Clackamas Community College, Oregon City, OR 1999–2001**

Marquita Guzman, M.Ed.                                    3635 SE Mitchell St.  Portland, OR 97206 (971) 222-6230
mguzman@pps.net

**Instructor, Department of Computer Science**
- Teach 2 sections of CS 90 Computers for New Users (1 section in English and 1 in Spanish).
- Develop CS90 curriculum for new sections of CS90 in Spanish.
- Design and administer classroom exercises, homework and tests for all sections.

**Clackamas Community College, Oregon City, OR 1998–1999**
**Research Assistant**
- Work as part of a two-person research team funded by Oregon's three largest community colleges. Our research determined factors, which influence Latino student success in higher education.
- Collect data through surveys, interviews and focus groups with various student populations across Oregon.  Assist in interpreting results and publishing a final report explaining our findings and recommended action plans at each community college.
- Established "El Consejo Latino" office, which served as a resource center for Latino students regarding academic inquiries, financial aid information, community resources and Latino student success programs such as OLI (Oregon Leadership Institute).

# Education
Initial Administrator Licensure Program- Portland State University
M.Ed. School Counseling, Lewis & Clark College, Portland, OR 2006
B.A. in Business Administration (Concentration in Management Information Systems), Portland State University, Portland, OR, 1999
B.S. in General Studies Social Science, Portland State University, Portland, OR
1999
Universidad de Puerto Rico: Recinto de Rio Piedras San Juan, Puerto Rico
1996-1997
Certificate of International Business Studies
Minor in International Economics

# PROFESSIONAL ORGANIZATION MEMBERSHIPS
ASCA (American School Counselor Association), Member since 2004
PNACAC (Pacific Northwest Association of College Counselors), Member since 2005
OSCA (Oregon School Counselor Association), Member since 2004

# PROFESSIONAL DISTINCTIONS

Member of NACAC Ad-hoc Committee on Leadership in College Admission- Spring 2020
PPS Board Recognition for Outstanding Educators- Spring 2017
Co-presented at the Transforming School Counseling: Working as Leaders in Schools
2005 Summer Academy, June 2-4, Houston, TX Workshop Entitled: The New School
Counselor: Leader, Advocate, Collaborator, Change Agent
Co-presented at the Sixteenth Education Trust National Conference Nov 3-5, 2005
Washington, DC Workshop Entitled: Counselors Leading Change: A Systems Approach to Proven
Achievement Gains

AR001877

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Indirect Cost Rate

AR001878





*Oregon achieves . . . together!*

**Colt Gill**
Director of the Oregon Department of Education

9/29/2022

Dear Portland SD 1J

Your approved, federal indirect cost rate for 2022-2023 is 4.62 %. ODE finalized your indirect rate on 9/12/2022 and the rate is effective from 07/01/2022 - 06/30/2023. If you are unsure if indirect costs are an allowable cost, please review the official grant award agreement or contact your ODE Grant Manager.

School districts and educational service districts must follow the guidelines listed in the OMB Title 2 CFR Part 200; Subpart E (relocation of OMB Circular A-87) contains provisions for determining indirect cost rates for grantees and sub grantees of federal grants. Please contact your ODE Grant Manager if you have specific, grant related questions including, but not limited to, application of indirect.

The majority of ED funding provided to Local Education Agencies (LEAs) are passed-through from the State Education Agency (SEA). Although LEAs may also receive awards directly from a federal agency, ED delegates authority for LEAs' indirect cost rate determination to the SEA (34 CFR 561 (b)). ODE, as the authorized federal cognizant agency, approves all LEA federal indirect cost rates on an annual basis.

Sincerely,



Julie Hansen
Fiscal Analyst
Financial Services | Office of Finance & Administration
(503) 947-5680
julie.b.hansen@ode.oregon.gov | www.oregon.gov/ode

AR001879

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Letters of Support

AR001880

# Health Department

**Multnomah County**
Health Department

October 31, 2022

Amy Banks
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, room 3E257
Washington, DC 20202-6450

**RE: Letter of Support**

Dear Program Officer Amy Banks,

On behalf of Multnomah County, we are pleased to provide this letter of endorsement in support of the application of Portland Public Schools (School District 1J Multnomah County) to the School-Based Mental Health Services grant program.

Multnomah County's progressive stance and values on issues such as social justice, racial equity, health across the lifespan, and innovation align with Portland Public Schools' (PPS) plans to utilize a SBMH grant to scale up the comprehensive school psychologist program in PPS' Title I schools.  This includes hiring additional school-based psychologists so that all students at Title I schools (25 total) have access to a full time credentialed school psychologist who supports inclusive instruction and provides preventative and responsive mental and behavioral health services to students. We are especially excited that PPS is planning significant and robust innovations to recruit culturally and linguistically diverse candidates, as well as to retain psychologists once in place.

This innovative program positions school psychologists to provide preventative mental and behavioral health services at all tiers of a multi-tiered system of support (MTSS), in addition to the provision of special education services to students with disabilities.  This program provides comprehensive school psychologist services to school communities and students within all domains of school psychologists' training.

PPS is an important partner for other districts and our County as a whole in support of student mental health needs. PPS has established and engages in ongoing collaboration with Multnomah County programs that include culturally specific programs and services that support student mental health and wellness. This includes Federally Qualified Student Health Centers, Behavioral Health and Mental Health Consultants, suicide prevention, behavioral health response team for families impacted by gun violence, and Multnomah County sponsored trainings (e.g. ASIST,  mental health first aid training).

Additionally, PPS' Student Success and Health Department works directly with the Behavioral Health suicide prevention and behavioral health response team for families impacted by gun violence to coordinate and implement suicide prevention and mental and behavioral health best practices. Our experience with PPS leads to confidence in their plans as proposed.

Sincerely,

*Julie A. Dodge*

Julie A. Dodge, DMin, LMSW
Interim Behavioral Health Division Director
Multnomah County Health Department

AR001881



October 31, 2022

Amy Banks
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, room 3E257
Washington, DC 20202-6450

Dear Program Officer Amy Banks,

As Director of Portland DBT Institute, I am writing to support the application of Portland Public Schools (School District 1J Multnomah County) to the *School-Based Mental Health Services* grant program.

Portland DBT Institute has a longstanding collaboration with PPS. For the past two years, we have provided training to 72 PPS personnel on PPS high school teams and 8 BIPOC advisors who self-selected to implement Comprehensive School-Based Dialectic al Behavioral Therapy (CSB-DBT) in their schools. This partnership has resulted in CSB-DBT being implemented in six PPS high schools and one middle school. PPS would like to continue this partnership with us to bring CSB-DBT to middle schools and special education Social & Emotional Skills classrooms.

Kristin Irwin, PPS School Psychologist Technical Advisor, has also shared with me PPS' plans to utilize a SBMH grant to scale up the comprehensive school psychologist and Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) program in PPS Title I schools. This innovative program positions school psychologists to provide preventative services at all tiers of a multi-tiered system of support (MTSS) and mental and behavioral health services in addition to the provision of special education services to students with disabilities. I was excited to hear that PPS is considering expanding its recruitment and retention efforts for school psychologists, including diversifying our field. I know that any energy the district puts into this work will, ultimately, benefit the whole state by establishing best practices.

I see great potential for continuing collaboration with Portland Public Schools in the following ways:

1) Partnering for training our personnel;
2) Facilitating the provision of evidence-based mental health programs in schools;
3) Enhancing the complementary nature of DBT in the community and DBT in schools;
4) Expand this access to middle schools, special education, and Title 1 schools.

Thank you for the work the U.S. Department of Education is doing to raise the issue of mental health and to increase resources to bring qualified providers to students and really change lives. I believe the PPS project could help your program meet its goals in Oregon, a state with deep needs for youth. Please do not hesitate to contact me if I can provide additional information in support. I can be reached at 206-384-7371 or via email ( ldimeff@pdbti.org).

Sincerely,

Linda A. Dimeff, PhD
Institute Director
Portland DBT Institute, Inc.
5200 SW Macadam Ave SW
Portland, OR 97239

AR001882

**OREGON SCHOOL PSYCHOLOGISTS ASSOCIATION**

Amy Banks
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, room 3E257
Washington, DC 20202-6450

Dear Program Officer Amy Banks,

As President of the Oregon School Psychologists Association, I am writing to support the application of Portland Public Schools (School District 1J Multnomah County) to the School-Based Mental Health Services grant program.

The Mission of the Oregon School Psychologists Association is to support school psychologists through advocacy, professional development, and community partnerships to promote excellence in education, mental health, and diversity. OSPA partners with districts across the State of Oregon to promote the importance of mental health in schools and the acknowledgement of school psychologists as mental health providers. It is my hope that we can collaborate with Portland Public Schools resulting in increased supports for students.

Some of our members are employees of Portland Public Schools and they have been dedicated and dynamic collaborators to the shared purpose not only of supporting school psychologists, but of advancing student mental health and wellbeing. Kristin Irwin, PPS School Psychologist Technical Advisor, has shared with me PPS' plans to utilize a SBMH grant to scale up the comprehensive school psychologist program in PPS' Title I schools. This innovative program positions school psychologists to provide preventative services at all tiers of a multi-tiered system of support (MTSS) and mental and behavioral health services in addition to the provision of special education services to students with disabilities. I was excited to hear that PPS is considering expanding its recruitment and retention efforts for school psychologists, including diversifying our field. I know that any energy the district puts into this work will, ultimately, benefit the whole state by establishing best practices and strengthening collegial networks.

I see great potential for collaboration with Portland Public Schools in the following ways. OSPA's yearly conference offers continuing education for school psychologists and supports professional learning. Advocacy at the state level to increase funding for student mental health supports. Supporting retention and recruitment of diverse school psychologists by providing affinity space.

Thank you for the work the U.S. Department of Education is doing to raise the issue of mental health and to increase resources to bring qualified providers to students and really change lives. I believe the PPS project could help your program meet its goals in Oregon, a state with deep needs for youth.

Sincerely,

*Karley Strouse*

Karley Strouse
OSPA President

AR001883

## Lewis & Clark
# Graduate School of Education and Counseling

615 S. Palatine Hill Road
Portland, Oregon 97219
*Phone* 503-768-6000
graduate.lclark.edu



October 30, 2022

Amy Banks
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, room 3E257
Washington, DC 20202-6450

Dear Program Officer Amy Banks,

As Associate Professor and the Clinical Coordinator and Director of the School Psychology program at Lewis & Clark College, I am writing to support the application of Portland Public Schools (PPS; School District 1J Multnomah County) to the School-Based Mental Health Services grant program. The Lewis & Clark School Psychology program has a longstanding collaboration with PPS including partnering to support the professional growth of school psychologist practicum and internship students and providing ongoing professional learning opportunities to licensed school psychologists.

An example of this partnership is the PPS comprehensive school psychologist program. This innovative program positions school psychologists to provide preventative mental and behavioral health services at all tiers of a multi-tiered system of support (MTSS) in addition to the provision of special education services to students with disabilities. This program provides comprehensive school psychological services to school communities and students within all domains of school psychologists' comprehensive training model, aligned with the Nationals Association of School Psychologists (NASP) Practice Model. It also includes field-based opportunities for graduate students enrolled in the Lewis & Clark School Psychology training program to complete their required practicum (minimum 450 hours) and internship (minimum 1200 hours) experiences. These placements allow our graduate students the opportunity to gain supervised practice under a comprehensive model, which positions them well to be competitive when joining the job market following graduation. Further, this partnership has resulted in recruitment and retention of culturally and linguistically diverse school psychologist practicum and internship students in PPS, many of which have continued on to work for PPS as licensed school psychologists following graduation.

The PPS plan to recruit and retain culturally and linguistically diverse school psychologists and to scale up the comprehensive school psychologist program in PPS' Title I schools is sound and has a great chance of succeeding and setting a "gold standard" for urban districts with high demonstrated need. The School Psychology program at Lewis & Clark would be thrilled to continue to partner with PPS for practicum and internship opportunities for our graduate students. My experience with PPS leads me to be extremely confident in their plans as proposed. Again, I offer up full support.

Sincerely,

Elena Diamond, PhD
Associate Professor and Program Director
Lewis & Clark College School Psychology Program

DIGITAL·LETTER

**AR001884**

# CAL STATE LA

CALIFORNIA STATE UNIVERSITY, LOS ANGELES

College of Education
Division of Special Education and Counseling

October 31, 2022

Amy Banks
U.S. Department of Education
Office of Safe and Supportive Schools
400 Maryland Avenue, SW, room 3E257
Washington, DC 20202-6450

Dear Program Officer Amy Banks,

As an Associate Professor and Coordinator of the School Psychology Program at California State University, Los Angeles I am writing to support the application of Portland Public Schools (School District 1J Multnomah County) to the School-Based Mental Health Services grant program.

Kristin Irwin, PPS School Psychologist Technical Advisor, has shared with me PPS' plans to utilize a SBMH grant to scale up the comprehensive school psychologist program in PPS' Title I schools.  The PPS plan to recruit and retain culturally and linguistically diverse school psychologists and to scale up the comprehensive school psychologist program in PPS' Title I schools will benefit school communities and students by establishing best practices. California State University, Los Angeles is interested in strengthening collaboration and recruitment activities with PPS including recruitment fairs and sharing opportunities through our job posting repository as well as other recruitment efforts and opportunities.

PPS' comprehensive school psychologist program is an innovative program that establishes student ratios of 1:500 in alignment with the National Association of School Psychologists (NASP) recommended ratios. These student ratios position school psychologists to provide preventative services at all tiers of a multi-tiered system of support (MTSS) including mental and behavioral health services in addition to providing special education services to students with disabilities.

I support PPS' plans and look forward to continued partnership. Again, I fully support this program and an ongoing partnership with PPS.

Sincerely,

_____
Elina Saeki, Ph.D., NCSP
Associate Professor
School Psychology Program Coordinator
Associate Chair, Division of Special Education & Counseling

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Sources Cited

AR001886

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# ADVANCING STUDENT MENTAL HEALTH BY INCREASING THE NUMBER AND THE CULTURAL AND LINGUISTIC DIVERSITY OF SCHOOL PSYCHOLOGISTS:
*An SBMH Grant Program Application from Portland Public Schools*

## Sources Cited

Cansler, David and Zarkhin, Fedor. "Portland shootings triple in 3 years: video captures spray of bullets in Lents neighborhood." Oregonian/Oregon Live, October 25, 2022. https://www.oregonlive.com/crime/2022/10/portland-shootings-triple-in-3-years-video-captures-spray-of-bullets-in-lents-neighborhood.html . Accessed 10/29/22..

Centers for Disease Control & Prevention (2019). *Adverse Childhood Experiences (ACEs)*. https://www.cdc.gov/violenceprevention/aces/index.html.

City of Portland Police Bureau & California Partnership for Safe Communities (2020). *Portland Shooting & Homicide Problem Analysis 2015-2019*.

LiCalsi,Christina, Osher, David, Bailey, Paul. (2021). An Empirical Examination of the Effects of Suspension and Suspension Severity on Behavioral and Academic Outcomes. American Institutes for Research. https://www.air.org/sites/default/files/2021-08/NYC-Suspension-Effects-Behavioral-Academic-Outcomes-August-2021.pdf

National Association of School Psychologists. (2021). Improving School and Student Outcomes: The Importance of Addressing the Shortages in School Psychology [handout].

Oregon Department of Education (2019). *A Crisis of Disrupted Learning*. https://www.oregoned.org/uploads/02_docs/DisruptedLearning_Report_2019_v5.pdf.

Pitawanich, Christine. (11/8/2021) Oregon School psychologists say students are facing a mental health crisis. [TV broadcast]. KGW. Accessed 10/25/22. https://www.kgw.com/article/news/education/school-psychologists-concerned-for-kids/283-f90e0213-6412-4ebe-ac93-0b57028d79ad

PPS Enrollment of Underserved Groups: Oct 2021 Enrollment of Underserved Groups

PPS reImagined and Forward Together

Rathus ,J. H., & Miller, A. L. (2002). Dialectical Behavior Therapy adapted for suicidal adolescents. Suicide and Life-Threatening Behavior, 32(2), 146–157. https://doi.org/10.1521/suli.32.2.146.24399

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

Reinert, M, Fritze, D. & Nguyen, T. (October 2022). "The State of Mental Health in America 2023"
Mental Health America, Alexandria VA.

Richtel, Matt. "'The Best Tool We Have' for Self-Harming and Suicidal Teens." *New York Times*. August 27,2022. https://www.nytimes.com/2022/08/27/health/dbt-teens-suicide.html Accessed October 31, 2022.

Salhotra, Pooja (2022, July 29) Few Black men become school psychologists. Here's why that matters [Radio Broadcast]. NPR.
https://www.npr.org/2022/07/29/1113045369/black-men-special-education

*School and District Improvement* (January 2022). Oregon Department of Education.
https://www.oregon.gov/ode/schools-and-districts/grants/esea/ia/pages/school-improvement.aspx

*State Shortages Dashboard.* (January 2022). National Association of School Psychologists.
https://www.nasponline.org/about-school-psychology/state-shortages-data-dashboard

AR001888

Portland Public Schools (District 1J Multnomah County, OR)
SBMH Grant Program Application

# Supporting Documentation

AR001889



*PORTLAND PUBLIC SCHOOLS*

*Human Resources*

# SCHOOL PSYCHOLOGIST PROGRAMS ADMINISTRATOR

## BASIC FUNCTION

Under administrative direction, oversee the day-to-day implementation, evaluation and expansion of the comprehensive school psychologist program and designated staff; provide analytic, technical and operational program support; evaluate and maintain a variety of records for assigned program and services.

## REPRESENTATIVE DUTIES

*The classification specification does not describe all duties performed by all incumbents within the class. This summary provides examples of typical tasks performed in this classification.*

- Assist in developing, implementing, monitoring, and evaluating the comprehensive school psychologist
- program, grants, and local partnerships. "E"
- Leads implementation, evaluation, and continuous improvement of comprehensive school psychologist program aligned to PPS' Racial Equity and Social Justice (RESJ) standards and the National Association of School Psychologists practice model including data based decision making, consultation and collaboration, academic interventions and instructional supports, mental and behavioral health services and interventions, school wide practices to promote learning, services to support safe and supportive schools, family school and community collaboration, equitable practices for diverse student populations, research and evidence-based practice, and legal, ethical and professional practice. "E"
- Organize staffing, curriculum and evaluation of program; communicate information regarding programs' allocations, eligibility allowable services, purchases and other fiscal impacts and obligations related to assigned program. "E"
- Assure that all functions are consistent with applicable state and federal regulations, policies and programs, and the District's educational goals, objectives and policies. "E"
- Monitor compliance issues as they relate to the comprehensive school psychologist program; oversee and monitor certifications and licensures for program staff. "E"
- Lead teams in the use of student data to support school-site staff while increasing their capacity for application of research-based instructional best practices to improve student outcomes and to determine ongoing professional development needs of staff. "E"
- Plan, oversee and coordinate programs for district staff, parents, community organizations and other stakeholders to increase programs' support. "E"
- Create and support PPS, student, parent and stakeholder partnerships related to comprehensive school psychologist program; develop and implement strategies and opportunities for students to achieve academic, social and emotional growth. "E"
- Lead and participate in the development and evaluation of educational programs; encourage and support implementation of programs, coach and assist educators and others to implement effective instructional strategies; promote the use of technology in teaching and learning process. "E"
- Contribute to a shared leadership team which reflects diverse perspectives; develop and mentor educators and educator leaders. "E"

AR001890

- ·Demonstrate a commitment to the Portland Public Schools Equity Initiative by developing a thorough knowledge and application of the district Racial Educational Equity Policy, Equity in Public Purchasing and  Contracting and other board policies; participate in staff development, in-services and trainings related to  diversity, equity and inclusion in the workplace and in K – 12 education; model appropriate behaviors;  develop, recommend and implement improvements to educational and business practices with awareness  and understanding of their impact in a racially and culturally diverse community. "E"
- Develop, deliver and provide professional development on evidence-based, identify safe, inclusive and culturally and linguistically affirming practices and training in alignment with PPS' Instructional Framework and RESJ standards to district staff, partner agency personnel and community groups to assure programs' goals and objectives are achieved. *"E"*
-  Supervise the performance of assigned certified and non-certified personnel; interview and select employees and recommend transfers, reassignment, termination and disciplinary actions. *"E"*
- Attend and participate in a variety of meetings, workshops and in services related to assigned programs;  prepare and deliver oral and written reports, recommendations, and presentations to the Board,  committees, parents, community stakeholders and others regarding a variety of program topics. *"E"*
-  Perform related duties as assigned.

*Note: At the end of some of the duty statements there is an italicized "E", which identifies essential duties required of the classification. This is strictly for use in compliance with the Americans with Disabilities Act.*

## DISTINGUISHING CHARACTERISTICS OF THE CLASS
The Academic Programs Administrator oversees day-to-day implementation of educational programs, operations and staff involved with student academic, social and emotional support programs. Employees in this classification work with professional educators, school administrators and others to develop and deploy programs which provide opportunities for successful Pre-to-post- K-12 experiences. Employees provide leadership, training, coaching, counseling and mentorship to professional educators as well as business support and professional staff and may participate in performance management as related to assigned program. Positions in this classification typically report to a Director – Academic Programs or a Senior Director and have responsibility for leadership within a program, but do not hold full responsibility or accountability for the development, deployment or operational functions of department program activities and staff.

## EMPLOYMENT STANDARDS:

### Knowledge of:
Local state and federal laws and regulations governing assigned programs.
Curriculum design, planning, development, implementation and evaluation.
Current practices to improve student achievement.
Grant administration and compliance processes.
Principles and practices of leadership, management, supervision and training.
Technology and computer software applications relative to education and administration. Research-based instructional strategies and models for improving instructional practices for all students. K-12 Education public schools' laws, policies and guidelines related to administration, curriculum and  leadership.

### Ability to:
Communicate effectively, both orally and in writing.
Understand and be sensitive to those of culturally and linguistically diverse
backgrounds. Understand and carry out assigned work with minimal supervision.
Take responsibility to use good judgment in recognizing scope of authority.
Collaboratively work with and across district departments and school sites.
Analyze situations accurately and adopt an effective course of action.
Prepare and maintain analytical records and reports.
Learn, plan, formulate and execute federal, state, District, and departmental policies, procedures and

AR001891

directives.

Read, understand, interpret, and follow laws, rules, regulations, processes, policies.

Work effectively with culturally and linguistically diverse groups.

Lead, coach and build team skills to strengthen and cultivate relationships.

Participate in the implementation of systemic change and successfully implement reform initiatives that produce significant gains in closing the achievement gap.

Advocate, model and implement Portland Public Schools Racial Equity, Equity in Public Purchasing and Contracting and Affirmative Action board policies.

Use a variety of office machines, technologies, word processing, database, spreadsheet, presentation and assigned programs software.

### Education and Training:

A State of Oregon issued Administrative License is required at the time of appointment.  Must be properly licensed by the Teacher Standards and Practices Commission, including current School Psychology Certification issued in the State of Oregon.

### Experience:

A minimum of three (3) years as a licensed school professional is required. Experience in school psychology, systems guidance and evaluation in a richly  diverse school community and environment.

### *Special Requirements:*

Positions in this classification may require the use of a personal automobile and possession of a valid driver's license.

Some positions in this classification may require the ability to communicate effectively, both orally and in writing, in a language other than English.

### WORKING CONDITIONS

*The conditions herein are representative of those that must be met by an employee to successfully perform the essential functions of this job. Persons with certain disabilities may be capable of performing the essential duties of this class with or without reasonable accommodation, depending on the nature of the disability.*

**Work Environment:** Work is performed primarily in a standard office and school environment with public contact and frequent interruptions.

**Hazards:** Potential conflict situations.

**Physical Demands:** Primary functions require sufficient physical ability and mobility to work in a business and/or school campus setting; dexterity of hands and fingers to operate a computer keyboard and other office equipment; sitting, standing and walking for extended periods of time; kneeling, bending at the waist; lifting, pushing, pulling and carrying school equipment, supplies and materials weighing up to 25 pounds; repetitive hand movement and fine coordination to use a computer keyboard; emotional stability to work effectively under pressure and to keep all aspects of the job under control; hearing and speaking to exchange information in person or on the telephone; seeing to read, prepare and assure the accuracy of documents.

*FLSA: Exempt Approval Date: May26, 2015 Bargaining Unit: Non-Represented Revised 1/12/2016 Salary Schedule: Licensed Administrator*

*Portland Public Schools recognizes the diversity and worth of all individuals and groups and their roles in society. The District is committed to equal opportunity and nondiscrimination in all its educational and employment activities. The District prohibits discrimination based on race; national or ethnic origin; color, sex; religion, age; sexual orientation; gender expression or identity; pregnancy; marital  status; familial status; economic status or source of income; mental or physical disability or perceived disability; or military service. Board of  Education Policy 1.80.020-P*

AR001892



**PORTLAND PUBLIC SCHOOLS**

*Human Resources*

# School Psychologist on Special Assignment (SPOSA) In Student Success and Health

## BASIC FUNCTION

The school psychologist on special assignment in Student Success and Health promotes and enhances the overall academic mission of the district by providing leadership, systems development, advocacy and coaching in the implementation of best-practice and data-driven strategies among school psychologists. This position will a) enhance implementation of a district-wide school psychologist practice model b) provide programs, supports and mental and behavioral health interventions within a multi-tiered system of support (MTSS) that addresses conditions and barriers in schools impacting students' learning and assists students in developing the skills necessary to overcome barriers and achieve personal, social, and academic success. This position will provide technical assistance, systems development, advocacy, coaching and professional learning in school psychologist practice at all tiers of support within MTSS and in the provision of special education services to students consistent with special education law.

## REPRESENTATIVE DUTIES

The classification specification does not describe all duties performed by all incumbents within the class. This summary provides examples of typical tasks performed in this classification.

## Job Specific Key Duties

- Provide district wide technical assistance, consultation and coaching to school psychologists to implement school psychologist practices at all tiers of support within MTSS and in the provision of special education services to students consistent with special education law. *"E"*
- Support implementation, evaluation, and continuous improvement of comprehensive school psychologist program aligned to the National Association of School Psychologists practice model including data based decision making, consultation and collaboration, academic interventions and instructional supports, mental and behavioral health services and interventions, school wide practices to promote learning, services to support safe and supportive schools, family school and community collaboration, equitable practices

**AR001893**

for diverse student populations, research and evidence-based practice, and legal, ethical and professional practice. *"E"*

- Demonstrate a commitment to Racial Equity and Social Justice by working in partnership to advance the aims of PPS' Racial Educational Equity Policy and Lens. Participates in staff development, in-services and trainings related to diversity, equity and inclusion in the workplace and in K – 12 education; models appropriate behaviors; develops, recommends and implements improvements to educational practices with awareness and understanding of their impact in racially, culturally and linguistically diverse communities. Supports implementation of equitable school psychologist practices for diverse learners including inclusive practices and culturally and linguistically affirming practices. *"E"*
- Provides consultation to school psychologists for supporting educators, students, caregivers and other stakeholders with information about district and community educational resources and recommended services and interventions. *"E"*
- Collaborate across departments and functions to support integrated and inclusive services for students including Special Education, Multi-Tiered Systems of Support, Student Success and Health, Student Learning and Family Engagement, Office of Teaching and Learning, English Language Development, Racial Equity and Social Justice, and  Research Assessment and Accountability. *"E"*
- Update and maintain accurate and complete records of assigned programs and activities progress and development as required by school, district, state and federal policies, regulations and laws. *"E"*
- Participate in, plan and conduct trainings, in-services, workshops and meetings as related to the special assignment; serve on a variety of district and community committees and task forces as assigned. *"E"*
- Understand central concepts, tools of inquiry and structures of deploying curriculum to adult learners and K-12 students; apply concepts to create meaningful learning experiences designed to engage adult and K-12 learners in critical thinking, creativity and collaborative problem-solving. *"E"*
- Operate a variety of school and office equipment, computer and peripheral technologies, to record information and generate lists, reports and other materials; utilize a variety of word processing, database, presentation, webpage, spreadsheet, internet, intranet and other software. *"E"*
- Perform related duties as assigned.

*Note: At the end of some of the duty statements there is an italicized "E", which identifies essential duties required of the classification. This is strictly for use in compliance with the Americans with Disabilities Act.*

## DISTINGUISHING CHARACTERISTICS OF THE CLASS

The School Psychologist on Special Assignment (SPOSA) serves outside the classroom-setting for assignments as determined by the needs of the district. Specific areas of assignment typically include, but are not limited to, school psychologist support, student support and

AR001894

curriculum and program development. As professional educators, SPOSA's are culturally responsive and demonstrate qualities and personal characteristics that include caring, respect, high expectations, motivation, perseverance, enthusiasm and dedication. They exhibit expertise in the subjects they are teaching and spend time continuing to gain new knowledge in their field. They present material in an enthusiastic manner and instill a hunger in their students to learn more on their own. Assignments are temporary and are staffed based on program needs.

**EMPLOYMENT STANDARDS**

**Knowledge of:**
- Effective school psychologist program needs assessment, goal setting, plan formulation and program evaluation strategies.
- Appropriate school psychologist processes and techniques to meet the instructional and mental and behavioral health needs of students.
- Assessment procedures for determining educational needs and structuring academic and instructional supports and interventions and mental and behavioral health services including individual and group counseling, Functional Behavior Assessments and Behavior Support Plans and safety and support planning .
- Consulting processes and techniques for work with educators, students, caregivers, and administrators.
- Educator in-service training methods.
- Knowledge of federal, state, and local policies and procedures as it pertains to IDEIA
- K-12 educational assessment tools and techniques.
- Culturally responsive parent and student engagement strategies.

**Ability to:**
- Initiate and coordinate district-wide guidance and school psychologist activities.
- Assist educators in understanding and responding to the instructional and mental and behavioral health needs of students.
- Interpret educational and psychological evaluation information to assist educators with instructional planning and mental and behavioral health services to better meet the needs of students.
- Assist educators with inclusive practices to meet the needs of all students.
- Adhere to school psychologist ethical standards.
- Interpret testing results and other student data accurately.
- Assist educators to effectively integrate IEP services and accommodations into curriculum and current teaching practices.
- Understand how to administer standardized tests according to published practices and professional standards.
- Share appropriate information about students with school personnel, parents, and community agencies.
- Learn and implement Portland Public Schools' Racial Equity Initiative and other board policies.

AR001895

- Manage workflow and perform multiple complex and responsible activities simultaneously with constantly changing priorities and deadlines.
- Demonstrate a strong customer service orientation.
- Maintain confidentiality and demonstrate discretion, initiative and good judgment.
- Analyze situations accurately and adopt effective course(s) of action.
- Establish and maintain cooperative and effective working relationships with others.
- Interpret, apply and explain laws, codes, rules, regulations, policies and procedures.
- Learn and operate a variety of school and office technologies and software

**Education and Training:**
Must be properly licensed by the Teacher Standards and Practices Commission, including current School Psychology Certification issued in the State of Oregon.

**Experience:**
A minimum of three years experience as a K-8 school psychologist; preference for bilingual skills in a language other than English.

**Special Requirements:**
Positions in this classification may require the use of a personal automobile and possession of a valid driver's license.

Work hours may include on- and off-campus evening and weekend activities and meetings and district, school and student functions.

**WORKING CONDITIONS**
*The conditions herein are representative of those that must be met by an employee to successfully perform the essential functions of this job. Persons with certain disabilities may be capable of performing the essential duties of this class with or without reasonable accommodation, depending on the nature of the disability.*

**Work Environment:** Work is performed primarily in a district office and/or school campus environment with extensive teacher, student, parent and public contact and frequent interruptions. Work hours may include evening and weekend activities, trainings, meetings, district and school functions.
**Hazards:** Potential conflict situations.
**Physical Demands:** Primary functions require sufficient physical ability and mobility to work in a school classroom, playground and campus setting; dexterity of hands and fingers to operate a computer keyboard and other classroom, library and business equipment; sitting, standing and walking for extended periods of time; kneeling, bending at the waist; lifting, pushing, pulling and carrying school equipment, supplies and materials weighing up to 25 pounds; repetitive hand movement and fine coordination to use a computer keyboard; hearing and speaking to exchange information in person or on the telephone; seeing to read, prepare and assure the accuracy of documents.

AR001896



**PORTLAND PUBLIC SCHOOLS**

*Human Resources*

# School Psychologist Culturally and Linguistically Diverse Services

## BASIC FUNCTION

The Culturally and Linguistically Diverse Student Services School Psychologist in Student Success and Health promotes the provision of culturally and linguistically responsive school psychology services for students and families in Portland Public Schools (PPS). School psychologist services are guided by the National Association of School Psychologists (NASP) Practice model which includes equitable practices for diverse student populations.

The culturally and linguistically diverse student services school psychologist collaborates with caregivers, students and educators to promote equitable and inclusive practices including Multi-Tiered Systems of Support (MTSS) and mental and behavioral health services. The culturally and linguistically diverse student services school psychologist also focuses on minimizing the incidence of over and under-referral of Emergent Bilingual (EB) and Culturally and Linguistically Diverse (CLD) students and students of color in Special Education. This position includes close collaboration with English as a Second Language (ESL), Dual Language Immersion, and the Racial Equity and Social Justice departments. Additionally this position partners with Interpreters, Community Agents, and local universities to ensure best practices and shared policies and procedures.

This position requires close collaboration and teaming to provide a variety of resources, direct support, consultation to educators, and designing and implementing Professional Development for PPS staff in the following areas: (1) assessing and improving culturally and linguistically affirming services to EB students and their families including MTSS and mental and behavioral health services (2) improving and implementing best practices for instruction and assessment specific to EB and CLD students (3) selecting and administering culturally and linguistically appropriate assessments in order to inform culturally and linguistically responsive services and improve accurate identification of EB and CLD students.

## REPRESENTATIVE DUTIES

The classification specification does not describe all duties performed by all incumbents within the class. This summary provides examples of typical tasks performed in this classification.

AR001897

**Job Specific Key Duties**

- Assess and improve culturally and linguistically affirming services *"E"*
  - Determine areas of need for training (through surveys, file reviews, interviews, case studies, etc.)
  - Guide teams in reflecting on their own practices, strengths and challenges
  - Build capacity for improving and implementing best practices for mental and behavioral health services, instruction and assessment specific to EB and CLD students
  - Dispel commonly held myths regarding language acquisition and bi/multilingualism
  - Provide resources for working with families and students from a variety of cultural and linguistic backgrounds
- Collaborate and assist in identifying and providing culturally and linguistically responsive services for EBs and CLD students *"E"*
- Build capacity for improving and implementing best practices for mental and behavioral health services, instruction and assessment specific to EB and CLD students *"E"*
- Provide culturally and linguistically appropriate services including identifying difference vs. disability to improve culturally and linguistically affirming services and address disproportionate special education referrals *"E"*
- Provide resources for current research on culturally and linguistically affirming services and best practices for data informed decision making leading to appropriate services for EB and Culturally and Linguistically Diverse (CLD) populations *"E"*
- Select and administer culturally and linguistically appropriate assessment tools in order to improve accurate identification of EB and CLD students *"E"*
- Implement district-wide practices and use of tools appropriate for EB and CDL students
- Provide direction about the appropriate use and adaptation of current standardized assessments *"E"*
- Collaborate with teams to review cases, provide guidance for appropriate services, assessments, and analysis of results and recommendations. *"E"*
- Operate a variety of school and office equipment, computer and peripheral technologies, to record information and generate lists, reports and other materials; utilize a variety of word processing, database, presentation, webpage, spreadsheet, internet, intranet and other software. *"E"*
- Perform related duties as assigned.


*Note: At the end of some of the duty statements there is an italicized "E", which identifies essential duties required of the classification. This is strictly for use in compliance with the Americans with Disabilities Act.*


**EMPLOYMENT STANDARDS**


**Knowledge of:**

AR001898

- Effective school psychologist program needs assessment, goal setting, plan formulation and program evaluation strategies.
- Appropriate school psychologist processes and techniques to meet the instructional and mental and behavioral health needs of students.
- Assessment procedures for determining educational needs and structuring academic and instructional supports and interventions and mental and behavioral health services including individual and group counseling, Functional Behavior Assessments and Behavior Support Plans and safety and support planning .
- Consulting processes and techniques for work with educators, students, caregivers, and administrators.
- Educator in-service training methods.
- Knowledge of federal, state, and local policies and procedures as it pertains to IDEIA
- K-12 educational assessment tools and techniques.
- Culturally responsive parent and student engagement strategies.

**Ability to:**
- Initiate and coordinate district-wide guidance and school psychologist activities.
- Assist educators in understanding and responding to the instructional and mental and behavioral health needs of students.
- Interpret educational and psychological evaluation information to assist educators with instructional planning and mental and behavioral health services to better meet the needs of students.
- Assist educators with inclusive practices to meet the needs of all students.
- Adhere to school psychologist ethical standards.
- Interpret testing results and other student data accurately.
- Assist educators to effectively integrate IEP services and accommodations into curriculum and current teaching practices.
- Understand how to administer standardized tests according to published practices and professional standards.
- Share appropriate information about students with school personnel, parents, and community agencies.
- Learn and implement Portland Public Schools' Racial Equity Initiative and other board policies.
- Manage workflow and perform multiple complex and responsible activities simultaneously with constantly changing priorities and deadlines.
- Demonstrate a strong customer service orientation.
- Maintain confidentiality and demonstrate discretion, initiative and good judgment.
- Analyze situations accurately and adopt effective course(s) of action.
- Establish and maintain cooperative and effective working relationships with others.
- Interpret, apply and explain laws, codes, rules, regulations, policies and procedures.
- Learn and operate a variety of school and office technologies and software

**Education and Training:**

AR001899

Must be properly licensed by the Teacher Standards and Practices Commission, including current School Psychology Certification issued in the State of Oregon.

**Experience:**
A minimum of three years experience as a K-8 school psychologist; preference for bilingual skills in a language other than English.

**Special Requirements:**
Positions in this classification may require the use of a personal automobile and possession of a valid driver's license. Bilingual/Bi-Cultural in Spanish. Experience working with culturally, linguistically and racially diverse student population.

**WORKING CONDITIONS**
*The conditions herein are representative of those that must be met by an employee to successfully perform the essential functions of this job. Persons with certain disabilities may be capable of performing the essential duties of this class with or without reasonable accommodation, depending on the nature of the disability.*

**Work Environment:** Work is performed primarily in a district office and/or school campus environment with extensive teacher, student, parent and public contact and frequent interruptions. Work hours may include evening and weekend activities, trainings, meetings and district and school functions.
**Hazards:** Potential conflict situations.
**Physical Demands:** Primary functions require sufficient physical ability and mobility to work in a school classroom, playground and campus setting; dexterity of hands and fingers to operate a computer keyboard and other classroom, library and business equipment; sitting, standing and walking for extended periods of time; kneeling, bending at the waist; lifting, pushing, pulling and carrying school equipment, supplies and materials weighing up to 25 pounds; repetitive hand movement and fine coordination to use a computer keyboard; hearing and speaking to exchange information in person or on the telephone; seeing to read, prepare and assure the accuracy of documents.

AR001900

PORTLAND PUBLIC SCHOOLS

*STUDENT SUCCESS AND HEALTH*

# PPS Successful Schools' Student Service Provider Framework

**Purpose:** Many professionals within a school help to support students'  mental wellness  at all tiers. This includes school counselors, general education funded school psychologists, school social workers, school nurses, other specialized instructional support personnel and sometimes community partners.  The intent of this document is to provide a guide for PPS building administrators in thinking about the skill and competency that different groups of general education funded student support staff bring to school communities to assist in organizing teams to effectively deliver service across tiers.

In PPS, we are utilizing the approach of Targeted Universalism.  We aim to operationalize our RESJ values so that every student is served so our universal board goals are achieved and the graduate profile of our Vision.  Our approach supports the distinct needs of students of Color while also acknowledging our mutual interdependence.  We recognize with great urgency the need for aligned and coherent strategies that improve conditions so that every student, especially our students of Color and students with disabilities have an educational experience where they can thrive. Our approach disrupts institutional and cultural racism and promotes tangible strategies and resources for RESJ. To this end, we will prioritize services for Black, Native, students receiving special education services and second language learners.  ***(System Shift B: Racial Equity Aligned Systems, Structures, and Culture)***

**PPS Strategic Plan Theory of Action:**

# IF...

We braid Racial Equity and Social Justice strategies into our instructional core, work with our students, teachers, and content, and build our organizational culture and capacity to create a strong anti-racist foundation to support every student and work to dismantle white supremacy in our system...

# ...THEN

We will reImagine Portland Public Schools to ensure every student, especially our Black and Native American students, realize the vision of the Graduate Portrait.

*Revision date: 05/2021*

1

AR001901

PORTLAND PUBLIC SCHOOLS
*STUDENT SUCCESS AND HEALTH*

**Instructions:** The customizable Student Service Provider Worksheet (ES Worksheet Example, MS/HS School Worksheet Example) can be used by school teams and their leadership to clarify roles and responsibilities for Tier I, II, and III student services within the school.  The intent is to support a process on how to best collaborate to support students given the staffing within the school.  First, teams should conduct a needs assessment (e.g. Student Services Needs Assessment Data Review Protocol) including a review of existing data (e.g. Successful Schools Survey, FIT, CR-TFI) to identify student and family strengths and needs.  This work may also be captured through the School Improvement Plan or other processes.   Next, teams should identify general education funded staffing resources to provide services to meet these needs.  It is recommended that teams review this process and update the worksheet annually each fall to review impact of services on student outcomes and to identify gaps in meeting student and family needs.

Teams can review the Student Service Provider (SSP) MTSS Roles and Responsibilities document and the Role of Student Service Provider Alignment with FIT & TFI for examples of roles for general education funded student service providers matched to their formalized training.

Links in the table below provide information about each profession. Also see the Framework for Safe and Successful Schools and Joint Teaming Statement, co-drafted by ASCA, NASP, SSWAA, NALSRO, NAESP, and NASSP in 2013.

*Revision date: 05/2021*

2
AR001902

PORTLAND PUBLIC SCHOOLS
*STUDENT SUCCESS AND HEALTH*

| Role | What training is received? | Tiers & domains? | Role in improving school and student outcomes? |
|---|---|---|---|
| **School Psychologist** | Minimum of a specialist-level degree (three- year specialist degree includes minimum 60 graduate semester credits, practicum, and a 1200 hour school based internship). Training includes coursework, practicum and internship experience in the following:<br>● Data-Based Decision Making<br>● Consultation and Collaboration<br>● Academic Interventions and Instructional Supports<br>● Mental and Behavioral Health Services and Interventions<br>● School-Wide Practices to Promote Learning<br>● Services to Promote Safe and Supportive Schools<br>● Family, School, and Community Collaboration<br>● Equitable Practices for Diverse Student Populations<br>● Research and Evidence-Based Practice<br>● Legal, Ethical, and Professional Practice | Tiers I, II & III, reading, math, social, emotional, behavioral, & mental health | School psychologists are school based mental health professionals who specialize in the provision of MTSS and collaborate with school teams, teachers, students, families, and community partners to provide culturally and linguistically responsive services. School psychologists support MTSS teams (i.e. ILT, PLC, Climate, SIT) in identifying school and student strengths and needs and promoting equitable outcomes through academic and social/emotional Tier I practices and Tier II & III interventions.   School psychologists also specialize in access and supports for students with disabilities.   Examples of school psychologists' MTSS practices when staffed within the NASP recommended general education ratio (SIA funded) include: PLC consultation and data analysis - using decision rules to inform interventions and to monitor progress, strategies to meet diverse learning needs (e.g. Universal Design for Learning - UDL); leading professional learning for school staff and providing consultation in PBIS and function-based Tier I practices; Tier I SEL; serving as the Climate or SIT Data Analyst; matching students to evidence-based core academic and social/emotional intervention and monitoring student progress; providing evidence-based Tier II SEL groups; suicide prevention; crisis intervention; threat assessment; evidence-based individual counseling; leading the completion and implementation of Functional Behavior Assessments and Behavior Support Plans (FBA/BSP) and Escalation Response Plans to promote student safety and well being; and program evaluation (core academic and SEL). School psychologists apply their training in all tiers of MTSS in partnership with administrators and educators to ensure that student supports, programs, learning strategies and educational decisions prepare students to realize the Graduate Portrait and lead a more socially just world.  Research Summary Improving School & Student Outcomes. |

*Revision date: 05/2021*

3
AR001903

PORTLAND PUBLIC SCHOOLS
*STUDENT SUCCESS AND HEALTH*

| Role | What training is received? | Tiers & domains? | Role in improving school and student outcomes? |
|---|---|---|---|
| **School Counselor** | All Oregon licensed school counselors have adopted the ASCA School Counselor Professional Standards & Competencies. All licensed School Counselors have a minimum of a master's degree in school counseling. School counselors are generally the first school-employed mental health professionals to interact with students as they commonly are involved in the provision of universal learning supports to the whole school population. School counselors have specialized knowledge of curriculum and instruction and help screen students for the basic skills needed for a successful transition from cradle to college and career. | Tiers I, II, and III in academic, social/emotional and career and college readiness domains | School counselors focus on helping students address their academic, social/emotional, and career development goals and needs by designing, implementing, and evaluating a comprehensive school counseling program that promotes and enhances student success. School counselors work to promote safe learning environments for all members of the school community and regularly monitor and respond to behavior issues that impact school climate, such as bullying, student interpersonal struggles, and student–teacher conflicts. Effective school counseling programs are a collaborative effort between the school counselor, teachers, families, and other educators to create an environment promoting student achievement, active engagement, equitable access to educational opportunities, and a rigorous curriculum for all students.<br><br>Within the framework of a data-informed school counseling program school counselors augment their collaboration, coordination and leadership skills (Shepard et al., 2013) to meet the needs of all students and identify students who are at risk for not meeting academic and behavioral expectations. School counselors collaborate across student service disciplines with teachers, administrators and families to design and implement plans to address student needs and to promote students' academic, career, social/emotional success (American School Counselor Association [ASCA], 2019). Data are collected and analyzed to determine the effectiveness of the learning supports for continual improvement efforts over time. |

*Revision date: 05/2021*

4
AR001904

PORTLAND PUBLIC SCHOOLS

*STUDENT SUCCESS AND HEALTH*

| Role | What training is received? | Tiers & domains? | Role in improving school and student outcomes? |
|------|---------------------------|------------------|-----------------------------------------------|
| **Social Worker** | Minimum master's degrees in social work (64 semester credits and 1,000 field placement internship hours in a two-year masters program) with TSPC license and/or LCSW from the Oregon Board of Licensed Social Workers.  School social workers work the standards defined by the National Association of Social Workers (NASW) and the School Social Work Association of America (SSWA). Social workers have training in understanding family and community systems and linking students and their families with the culturally responsive community services that are essential for promoting student success. School social workers' training includes opportunities to develop clinical intervention strategies to address the unique mental health needs in collaboration with the supportive adults in their families and communities. Social workers are trained in:  cultural diversity, systems theory, social justice, risk assessment and intervention, consultation and collaboration, and clinical intervention strategies. | Tiers I, II & III, social emotional, mental health, & community health with an equity and social justice lens | School social workers use their ecosystemic lens to build upon, uplift, and celebrate the strengths, resilience and cultures embedded in school communities. The social worker's primary role is to remove the barriers to learning so that all students can access their education. School social workers focus on providing supports to historically underserved populations of students,  such as BIPOC youth, LGBTQIA+ youth, youth who are houseless or in foster care, students who identify as immigrants or refugees, students transitioning between school and treatment programs or the juvenile justice system, or students impacted by interpersonal violence.  Social workers engage in anti-racist practices by working to decrease barriers to learning created as a result of systemic racism, poverty, inadequate health care, and violence perpetrated against historically marginalized communities.<br><br>Social workers work closely with teachers/staff, administrators, other educators, parents, and primary caregivers, as part of the multidisciplinary team, to provide coordinated interventions and consultation designed to keep students in school and build upon family and student strengths to access the culturally responsive supports needed to promote student success.  Finally, social workers also bring a focus on school wide prevention, intervention and postvention efforts to address policies and practices which impact marginalized school communities. |

*Revision date: 05/2021*

5
AR001905

PORTLAND PUBLIC SCHOOLS

*STUDENT SUCCESS AND HEALTH*

| Role | What training is received? | Tiers & domains? | Role in improving school and student outcomes? |
|---|---|---|---|
| **School Nurse** | An Oregon-licensed registered nurse (RN)is someone who may be certified by the Teacher Standards and Practices Commission (TSPC) as qualified to conduct and coordinate the health service programs of a school. Requires a bachelor's/ associates degree and additional education-specific professional development.<br><br>RNs without TSPC certification also practice in a similar role in the school setting but are not allowed to call themselves a 'school nurse'. RN licensure can be obtained with an Associates or Bachelor's degree in Nursing.<br><br>A nurse's training includes: physical, biological, social and behavioral sciences; creating safe environments of care; overseeing nursing care provided by others; providing culturally sensitive, student-centered care to promote, restore and maintain student wellness; providing culturally sensitive and evidence-based teaching, counseling, and advocacy for students, families and the greater school community; participating within an interdisciplinary team; integrating concepts of resource utilization, quality improvement and systems to enhance care delivery; applying theory to identify and implement health promotion goals and strategies for the school community; identifying and implementing measures to improve access to healthcare; and using teaching-learning principles to educate other school staff how to keep students safe, healthy, and ready to learn. | Tiers I, II & III | Nursing practice in the education setting protects and promotes student health, facilitates optimal development, and advances academic success. School nurses, grounded in ethical and evidence-based practice, are the leaders who bridge health care and education, provide care coordination, advocate for quality student-centered care, and collaborate to design systems that allow individuals and communities to develop their full potential. School nurses strive to remove health-related barriers to education and attendance.<br><br>OAR 581-022-2220 requires districts to 'maintain a prevention-oriented health services program for all students'. Registered Nurses support the district in meeting the following requirements: supervising health care and the health room space; communicable disease control; immunization compliance; services for students with special health care needs; vision and hearing screening; compliance with BBP standards; and medication oversight. |

PR/Award # S184H220169
Page e122

*Revision date: 05/2021*

PORTLAND PUBLIC SCHOOLS

*STUDENT SUCCESS AND HEALTH*

| Role | What training is received? | Tiers & domains? | Role in improving school and student outcomes? |
|---|---|---|---|
| **School Based Mental Health Providers** | Varies.<br>Could include but not be limited to:<br>Master of Social Work, Licensed Professional Counselor, Marriage and Family Therapist, Masters in Counseling | Tier III | Improved well-being, trauma recovery, decrease in acculturative stress, students' sense of connectedness, building strengths in connection to identity; improved regulation skills; improved school attendance; improved family relationships |

*\*Note: School Psychologists' roles included are specific to general education funded comprehensive school psychologists e.g. Student Success Act (SSA) or school funded.*

*\*Note: The role of QMHP is not included in the table as this role has significant crossover among all three job types. The scope of activities of QMHP's should be determined by their administrator.*

*Revision date: 05/2021*



AR001908

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| **Year 1 (January 2023 - June 2023)** | | | |
| 2022-23 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Strengthen partnerships and form new partnerships with Minority Serving Institutions | Kristin Irwin, James Loveland, Cynthia Velasquez |
| January 2023 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | Strengthen and continue BIPOC Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) Advisory Team and training partnerships | James Loveland |
| January 2023 | Recruitment | Select 2 internship supervisors in Title I schools | Kristin Irwin, Cynthia Velasquez |
| January 2023 | Recruitment | Hire Comprehensive School Psychologist Program Administrator and School Psychologist on Special Assignment | James Loveland |
| January 2023 | Recruitment | Hold PPS School Psychologist Recruitment Event for 2023-24 hiring | Kristin Irwin, James Loveland, Cynthia Velasquez, Jon Williams |
| January 2023 | Retention | Offer hiring bonus to school psychologists internship students who accept school Psychologist positions for the 2023-24 school year | School Psychologist Program Administrator |
| January 2023 | Recruitment | Recruit 2 internship students from diverse backgrounds and assign to Title I schools for the 2023-24 school year | Kristin Irwin, Cynthia Velasquez |
| February 2023 | Recruitment | Participate at NASP Annual Convention with Recruitment Booth to hire for 2023-24 school year | Kristin Irwin, James Loveland, Cynthia Velasquez, Jon Williams |

AR001909

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| April 2023 | Recruitment | Complete hiring process of new school psychologists including culturally and linguistically diverse student service school psychologist  for 2023-24 school year | James Loveland, Cynthia Velasquez and Jon Williams |
| May 2023 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | Student and family outreach focused on addressing barriers including services to address mental and behavioral health supports to promote engagement in accelerated learning  summer programming | Kristin Irwin, School Psychologists TBD |
| June 2023 | Program Evaluation | School psychologist on special assignment completes end of year comprehensive school psychologist program evaluation | Kristin Irwin |
| **Year 2 (July 2023 - June 2024)** | | | |
| July 2023 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to  design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints  for the  2023-24 school year .  Professional learning to include implementing  Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will  Fernandez |
| 2023-24 | Identity Safe, Inclusive, and  Culturally and Linguistically Affirming Mental and Behavioral Health Services | Four additional comprehensive school psychologists assigned to  9 K-5 & K-8 Title I schools and 5 Title I MS.  Comprehensive School Psychologists and School Psychologist  Culturally and Linguistically Diverse Student Service provide  MTSS and mental and behavioral health services. With this investment, these schools will have a minimum of one FT school psychologist | Comprehensive school psychologists and  culturally and linguistically diverse student service school psychologist |

AR001910

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| 2023-24 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | CSB-DBT program implemented in 5 Title I Middle Schools | Comprehensive School Psychologists Assigned to Title I MS |
| 2023-24 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Services | Collaborate with building leaders to support implementation of comprehensive school psychologist program | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| 2023-24 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | Strengthen and continue BIPOC Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) Advisory Team and training partnerships | School Psychologist Program Administrator and Culturally and Linguistically Diverse Student Services School Psychologist |
| 2023-24 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | School Psychologist  Program Administrator and School Psychologist on Special Assignment  hold monthly professional learning for comprehensive school psychologists with a focus on identity safe, inclusive and culturally affirming  and sustaining practices .  Four full days of professional learning and 9 one hour DBT implementation group consultation sessions provided to middle school psychologists. | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| 2023-24 | Continuous Improvement of  Identity Safe, Inclusive and Culturally  and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment  facilitate  quarterly review of  check point actions and progress towards  goals with RESJ  department and  comprehensive school psychologists to inform Continuous improvement | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will Fernandez, Comprehensive School Psychologists |

AR001911

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| 2023-24 | Retention of Culturally and Linguistically Diverse School Psychologists | School Psychologist  Culturally and Linguistically Diverse Services provides culturally specific mentorship to  bilingual  bicultural Spanish speaking school psychologists | Culturally and lInguistically Diverse Student Service School Psychologist |
| 2023-24 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Strengthen  and form new partnerships with Minority Serving Institutions | Kristin Irwin,  James Loveland, Cynthia Velasquez |
| December 2023 | Recruitment | Select 2 internship supervisors in Title I schools for 2024-25 school year | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2024 | Recruitment | Hold PPS School Psychologist Recruitment Event for 2024-25 hiring | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2024 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Attend Recruitment Events at School Psychologist  Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2024 | Retention | Offer hiring bonus to school psychologists internship students who accept school Psychologist positions  for the  2024-25 school year | School Psychologist Program Administrator |
| January 2024 | Recruitment | Recruit 2 school internship students for the 2024-25 school year and assign to Title I schools | Kristin Irwin, Cynthia Velasquez |
| January 2024 | Program Evaluation | School psychologist on special assignment completes the mid year comprehensive school psychologist and CSB-DBT program evaluation report | School Psychologist on Special Assignment |

AR001912

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| February 2024 | Recruitment | Participate at NASP Annual Convention with Recruitment Booth to hire for 2024-25 school year | Kristin Irwin,  James Loveland, Cynthia Velasquez, Jon Williams |
| May 2024 | Identity  Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | Complete professional learning needs assessment  by reviewing  progress towards checkpoints and annual goals, program outcomes and  comprehensive school psychologist survey to improve inclusive and  culturally and linguistically sustaining  services | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| June 2024 | Program Evaluation | School psychologist on special assignment completes the annual comprehensive school psychologist and CSB-DBT program evaluation | School Psychologist on Special Assignment |
| June 2024 | Continuous Improvement of Identity Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with the RESJ department to design annual goals and checkpoints to guide implementation of identity safe, inclusive, and culturally and Linguistically affirming mental and behavioral health services | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will  Fernandez |
| June 2024 | Identity Safe, nclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to  design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints  for the  2023-24 school year .  Professional learning to include implementing  Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will  Fernandez |
| **Year 3 (July 2024 - June 2025)** | | | |

AR001913

## Portland Public Schools (District 1J Multnomah County, OR)

### SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| July 2024 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints for the 2024-25 school year . Professional learning to include implementing Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will Fernandez |
| 2024-25 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | CSB-DBT program implemented in 5 Title I Middle Schools | Comprehensive School Psychologists and Social Workers Assigned to Title I MS |
| 2024-25 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Services | Four additional comprehensive school psychologists assigned to Title I schools (21 Title I schools with a full time comprehensive school psychologist). Comprehensive School Psychologists and Culturally and Linguistically Diverse Student Service School Psychologist provide MTSS and mental and behavioral health services | Comprehensive school psychologists and culturally and linguistically diverse student service school psychologist |
| 2024-25 | Identity Safe, Inclusive, and Culturally and Lin Mental and Behavioral Health Services | Collaborate with building leaders to support implementation of comprehensive school psychologist program | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| 2024-25 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | Strengthen and continue BIPOC Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) Advisory Team and training partnerships | School Psychologist Program Administrator and Culturally and Linguistically Diverse Student Services School Psychologist |

AR001914

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| 2024-25 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | School Psychologist  Program Administrator and School Psychologist on Special Assignment  hold monthly professional learning for comprehensive school psychologists with a focus on inclusive and culturally affirming  and sustaining practices . Nine DBT  implementation  coaching sessions provided to  middle school psychologists. | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| 2024-25 | Continuous Improvement of  Identity Safe, Inclusive and Culturally  and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment  facilitate  quarterly review of  check point actions and progress towards  goals with RESJ  department and  comprehensive school psychologists to inform Continuous improvement | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will Fernandez, Comprehensive School Psychologists |
| 2024-25 | Retention of Culturally and Linguistically Diverse School Psychologists | School Psychologist Culturally and Iinguistically Diverse Services provides culturally specific mentorship to  bilingual  bicultural Spanish speaking school psychologists | Culturally and Iinguistically Diverse Student Service School Psychologist |
| 2024-25 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Strengthen  and form new partnerships with Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| December 2024 | Recruitment | Select two school psychologist internship supervisors in Title I schools | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2025 | Recruitment | Hold PPS School Psychologist Recruitment Event for 2025-26 hiring | School Psychologist Program Administrator and School Psychologist on Special Assignment |

AR001915

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| January 2025 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Attend Recruitment Events at School Psychologist  Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2025 | Recruitment | Recruit 4 school psychologist practicum and 4 internship students for the 2025-26 school year and assign to Title I schools | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2025 | Program Evaluation | School psychologist on special assignment completes the mid year comprehensive school psychologist and CSB-DBT program evaluation report | School Psychologist on Special Assignment |
| February 2025 | Recruitment | Participate at NASP Annual Convention with Recruitment Booth | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| May 2025 | Identity  Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | Complete professional learning needs assessment  by reviewing  progress towards checkpoints and annual goals, program outcomes and  comprehensive school psychologist survey to improve inclusive and  culturally and linguistically sustaining  services | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| June 2025 | Program Evaluation | School psychologist on special assignment completes the annual comprehensive school psychologist and CSB-DBT program evaluation | School Psychologist on Special Assignment |
| June 2025 | Continuous Improvement of Identity Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Services | .School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with the RESJ department to design annual goals and checkpoints to guide implementation of identity safe, inclusive, and culturally and Linguistically affirming mental and behavioral health services | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will  Fernandez |

AR001916

## Portland Public Schools (District 1J Multnomah County, OR)

### SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| June 2025 | Identity Safe, nclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints for the 2025-26 school year . Professional learning to include implementing Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will Fernandez |
| **Year 4 (July 2025 - June 2026)** | | | |
| July 2025 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints for the 2025-26 school year . Professional learning to include implementing Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will Fernandez |
| 2025-26 | Identity Safe, nclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | CSB-DBT program implemented in 5 Title I Middle Schools | Comprehensive School Psychologists Assigned to Title I MS |
| 2025-26 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Services | Four additional comprehensive school psychologists assigned to Title I schools (25 Title I schools with a full time comprehensive school psychologist). Comprehensive School Psychologists and Culturally and Linguistically Diverse Student Service School Psychologist provide MTSS and mental and behavioral health services | Comprehensive school psychologists and school psychologist culturally and linguistically diverse services |
| 2025-26 | Identity Safe, Inclusive, and Culturally and Lin Mental and Behavioral Health Services | Collaborate with building leaders to support implementation of comprehensive school psychologist program | School Psychologist Program Administrator and School Psychologist on Special Assignment |

AR001917

## Portland Public Schools (District 1J Multnomah County, OR)

### SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| 2025-26 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | Strengthen and continue BIPOC Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) Advisory Team and training partnerships | School Psychologist Program Administrator and Culturally and Linguistically Diverse Student Services School Psychologist |
| 2025-26 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | School Psychologist  Program Administrator and School Psychologist on Special Assignment  hold monthly professional learning for comprehensive school psychologists with a focus on inclusive and culturally affirming  and sustaining practices .  Professional learning in DBT implementation provided to  middle school psychologists. | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| 2025-26 | Continuous Improvement of  Identity Safe, Inclusive and Culturally  and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with the RESJ department to design annual goals and checkpoints to guide implementation of identity safe, inclusive, and culturally and Linguistically affirming mental and behavioral health services | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will Fernandez, Comprehensive School Psychologists |
| 2025-26 | Retention of Culturally and Linguistically Diverse School Psychologists | Culturally and lInguistically Diverse Student Services School Psychologist provides culturally specific mentorship to  bilingual  bicultural Spanish speaking school psychologists | School psychologist Culturally Linguistically Diverse Student Services |
| 2025-26 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Strengthen  and form new partnerships with Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| December 2025 | Recruitment | Select 2 internship supervisors in Title I schools  for the 2026-27 school year | School Psychologist Program Administrator and School Psychologist on Special Assignment |

AR001918

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| January 2026 | Recruitment | Hold PPS School Psychologist Recruitment Event for 2026-27 hiring | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2026 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Attend Recruitment Events at School Psychologist  Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2026 | Recruitment | Recruit 2 school psychologist internship students for the 2026-27 school year and assign to Title I schools | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2026 | Program Evaluation | School psychologist on special assignment completes the mid year comprehensive school psychologist and CSB-DBT program evaluation report | School Psychologist on Special Assignment |
| May 2026 | Identity  Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | Complete professional learning needs assessment  by reviewing  progress towards checkpoints and annual goals, program outcomes and  comprehensive school psychologist survey to improve inclusive and  culturally and linguistically sustaining  services | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| June 2026 | Program Evaluation | School psychologist on special assignment completes the annual comprehensive school psychologist and CSB-DBT program evaluation | School Psychologist on Special Assignment |
| June 2026 | Continuous Improvement of Identity Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with the RESJ department to design annual goals and checkpoints to guide implementation of identity safe, inclusive, and culturally and Linguistically affirming mental and behavioral health services | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will  Fernandez |

AR001919

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| June 2026 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints for the 2026-27 school year. Professional learning to include implementing Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will Fernandez |
| **Year 5 (July 2026 - June 2027)** | | | |
| July 2026 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints for the 2026-27 school year. Professional learning to include implementing Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will Fernandez |
| 2026-27 | Identity Safe, nclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | CSB-DBT program implemented in 5 Title I Middle Schools | Comprehensive School Psychologists Assigned to Title I MS |
| 2026-27 | Identity Safe, Inclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Services | Full time comprehensive school psychologists provide mental and behavioral health services in 25 Title I schools. | Comprehensive school psychologists and culturally and linguistically diverse student service school psychologist |
| 2026-27 | Identity Safe, Inclusive, and Culturally and Lin Mental and Behavioral Health Services | Collaborate with building leaders to support implementation of comprehensive school psychologist program | School Psychologist Program Administrator and School Psychologist on Special Assignment |

AR001920

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| 2026-27 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | Strengthen and continue BIPOC Comprehensive School Based Dialectical Behavior Therapy (CSB-DBT) Advisory Team and training partnerships | School Psychologist Program Administrator and Culturally and Linguistically Diverse Student Services School Psychologist |
| 2026-27 | Inclusive and Culturally Affirming Mental and Behavioral Health Professional Learning | School Psychologist  Program Administrator and School Psychologist on Special Assignment  hold monthly professional learning for comprehensive school psychologists with a focus on inclusive and culturally affirming  and sustaining practices. Nine group consultation sessions in DBT implementation provided to middle school psychologists. | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| 2026-27 | Continuous Improvement of  Identity Safe, Inclusive and Culturally  and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment  facilitate quarterly review of  check point actions and progress towards  goals with RESJ department and  comprehensive school psychologists to inform Continuous improvement | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will Fernandez, Comprehensive School Psychologists |
| 2026-27 | Retention of Culturally and Linguistically Diverse School Psychologists | School Psychologist culturally and linguistically diverse services provides culturally specific mentorship to  bilingual  bicultural Spanish speaking school psychologists | School Psychologist Culturally and Linguistically Diverse Services |
| 2026-27 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Strengthen  and form new partnerships with Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| December 2026 | Recruitment | Select 2 school psychologist internship supervisors in Title I schools for the 2027-28 | School Psychologist Program Administrator and School Psychologist on Special Assignment |

AR001921

## Portland Public Schools (District 1J Multnomah County, OR)

### SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| January 2027 | Recruitment | Hold PPS School Psychologist Recruitment Event for 2027-28 hiring | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2027 | Recruitment of Culturally and Linguistically Diverse School Psychologists | Attend Recruitment Events at School Psychologist Minority Serving Institutions | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| January 2027 | Recruitment | Recruit 2 school Psychologist internship students for the 2027-28 school year and assign to Title I schools | Kristin Irwin, Cynthia Velasquez |
| January 2027 | Program Evaluation | School psychologist on special assignment completes the mid year comprehensive school psychologist and CSB-DBT program evaluation report | School Psychologist on Special Assignment |
| February 2027 | Recruitment | Participate at NASP Annual Convention with Recruitment Booth | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| May 2027 | Identity Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | Complete professional learning needs assessment by reviewing progress towards checkpoints and annual goals, program outcomes and comprehensive school psychologist survey to improve inclusive and culturally and linguistically sustaining services | School Psychologist Program Administrator and School Psychologist on Special Assignment |
| June 2027 | Program Evaluation | School psychologist on special assignment completes the annual comprehensive school psychologist and CSB-DBT program evaluation | School Psychologist on Special Assignment |
| June 2027 | Continuous Improvement of Identity Safe, Inclusive and Culturally and Linguistically Affirming Mental and Behavioral Health Services | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with the RESJ department to design annual goals and checkpoints to guide implementation of identity safe, inclusive, and culturally and Linguistically affirming mental and behavioral health services | School Psychologist Program Administrator and School Psychologist on Special Assignment, Will Fernandez |

AR001922

## Portland Public Schools (District 1J Multnomah County, OR)

## SBMH Grant Project Activity Timeline

| PROJECTED COMPLETION | PHASE | REQUIRED ACTIVITIES | STAFF RESPONSIBLE |
|---|---|---|---|
| June 2027 | Identity Safe, nclusive, and Culturally and Linguistically Affirming Mental and Behavioral Health Professional Learning | School Psychologist Program Administrator and School Psychologist on Special Assignment collaborate with RESJ department to  design the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals and checkpoints  for the  2027-28 school year. Professional learning to include implementing  Comprehensive School Based Dialectical Behavior Therapy (DBT) program for middle school school psychologists. | School Psychologist Program Administrator, School Psychologist on Special Assignment, Will  Fernandez |

**AR001923**

**Budget Narrative File(s)**

* **Mandatory Budget Narrative Filename:** 1234-PPS_Budget_Narrative.pdf

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |
|---|---|---|

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |
|---|---|---|

**AR001924**

| Portland Public Schools (District 1J Multnomah County, OR) SBMH Grant Program Application | | | | | |
|---|---|---|---|---|---|
| ADVANCING STUDENT MENTAL HEALTH BY INCREASING THE NUMBER AND THE CULTURAL AND LINGUISTIC DIVERSITY OF SCHOOL PSYCHOLOGISTS | | | | | |
| BUDGET NARRATIVE | | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
| Personnel | $128,680 | $503,050 | $843,825 | $868,648 | $894,216 | $3,238,419 |
| Benefits | $51,938 | $255,318 | $428,433 | $434,904 | $441,569 | $1,612,162 |
| Other (Competitive Intern Stipends) | $0 | $100,000 | $100,000 | $100,000 | $100,000 | $400,000 |
| Supplies | $3,000 | $0 | $0 | $0 | $0 | $3,000 |
| Travel | $8,002 | $8,002 | $8,002 | $8,002 | $8,002 | $40,010 |
| **TOTAL DIRECT COSTS** | **$191,620** | **$866,370** | **$1,380,260** | **$1,411,554** | **$1,443,787** | **$5,293,591** |
| Indirect 4.62% | $8,853 | $40,026 | $63,768 | $65,214 | $66,703 | $244,564 |
| **TOTAL COST** | **$200,473** | **$906,396** | **$1,444,028** | **$1,476,768** | **$1,510,490** | **$5,538,155** |

**BUDGET SUMMARY**

**PERSONNEL**

| Line Items | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Program Administrator (1) | $78,758 | $81,121 | $83,555 | $86,062 | $88,644 | **$418,140** |
| School Psychologist on Special Assignment (1) | $44,398 | $91,460 | $94,204 | $97,030 | $99,941 | **$427,033** |
| School Psychologists (8 FTE added over 5 years) | $0 | $315,378 | $649,679 | $669,169 | $689,244 | **$2,323,470** |
| Extended hours (School Psychologists) PD & Support | $2,990 | $12,557 | $13,853 | $13,853 | $13,853 | **$57,106** |
| Extended hours (School Psychologist on Special Assignment) | $2,534 | $2,534 | $2,534 | $2,534 | $2,534 | **$12,670** |
| **Personnel** | **$128,680** | **$503,050** | **$843,825** | **$868,648** | **$894,216** | **$3,238,419** |

*Budget Summary Personnel:*

AR001925

Salary figures are based on the most recent Position Classification and Compensation Rates Sheets from PPS Human Resources.

**Program Administrator:** 1 Program Administrator at 1.0 FTE; Year 1 is base salary rate for this position; Years 2-5 salary adds an additional 3% for COLA + 3% for an annual step increase. *The program administrator will provide leadership and oversight for the grant program in general as well as work with the directors of Student Success & Health to ensure alignment with district priorities. Program Administrator will work with Human Resources to ensure successful recruitment and retention of school pysch.*

**School Psychologist on Special Assignment:** 1 School Psychologist on Special Assignment at 1.0 FTE; Year 1 is base rate of $76,548 for this position x .5 because Year 1 is 6 months (January to June 2023). Years 2-5 base salary of $76,548 + 3% for COLA + 3% for an annual step increase. Will organize the professional learning, provide coaching and technical assistance to school psychologists, and coordinate program evaluation to inform continuous improvement of the comprehensive school psychologist program.

**School Psychologists:** 8.0 FTE school psychologists added over the life of the grant at an average salary of $76,548 with 3% increase per year. Year 1 (January - June 2023) will focus on recruitment of school pyschologists, with the intent to hire 4.0 FTE school psychologists to start in Year 2, plus an additional 4.0 FTE school pyschologists in Year 3. Thus, 8.0 FTE school pyschologists will be retained and paid for from the grant for Years 3, 4, 5.

**Extended hours (School Psychologists)**: Under the union contract, school pyschologists are paid an hourly rate for extended hours above and beyond their regular salary. The hourly rate is based on their salary or an average of $49.83/hour. Year 1: 60 hours x $49.83 = $2,990. In Year 1, extended hours will focus on student and family outreach focused on addressing barriers including services to address mental and behavioral health supports, and to promote to engagement in summer programming. Years 2-5 Extended hours for school psychologists will be used for professional development and support as part of our retention plan. Year 2: 42 hours x $49.83/hr x 6 FTE = $12,557. In Year 2, the DBT Training (professional development) is 32 hours + 10 hours of additinal pay to support collaboration with colleagues (cadres). Year 3-5: 32 hours x $49.83/hr x 4 FTE = $6,378 + 10 hours x $49.83 x 11 FTE = $13,853. In Years 3-5, the DBT Training (professional development) is 32 hours for 4 FTE + 10 hours x 11 FTE for extended hours to support collaboration with colleagues.

**Extended hours (School Psychologist on Special Assignment):** Year 1: 60 hours x $49.83 = $2,534. In Year 1, 60 hours to develop the scope and sequence for professional learning for comprehensive school psychologists aligned to RESJ standards and program goals. Years 2-5: 60 hours x $49.83 = $2,534. In Years 2-5, 60 hours to participate in professional developement and  to support collaboration with cadres of school pyschologists.

**BENEFITS**

| Line Items | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Taxes & Fringe | $32,569 | $127,322 | $213,572 | $219,855 | $226,326 | **$819,644** |
| Health Benefits (Non-Represented Staff) | $9,141 | $18,282 | $18,282 | $18,282 | $18,282 | **$82,269** |
| Health Benefits (Represented/PAT Staff) | $10,228 | $102,278 | $184,100 | $184,100 | $184,100 | **$664,806** |
|  |  | $7,436 | $12,479 | $12,667 | $12,861 | **$45,443** |
| **Benefits** | **$51,938** | **$255,318** | **$428,433** | **$434,904** | **$441,569** | **$1,612,162** |

*Budget Summary Benefits:*

**Taxes & Fringe Rates:** Fringe rates are based on the Fiscal 2023 Rate Sheet that is provided by PPS Human Resources = 25.31% broken down as follows:
   PERS (15.57%)
   FICA (7.65%)
   Work Comp (0.70%)
   Unemployment (0.07%)
   PFMLA (0.20%)
   Other Benefits (0.18%)
   Retiree Health (0.76%)
   Early Retirement (0.18%)

**Health Benefits:** Annual $18,282 for Non-Represented staff member (Program Administrator) and $20,455.60 for Represented/PAT Staff. Year 1 is only half of the year January-June: 1 FTE Program Administrator $18,282 x .5 = 9,141 Health Benefits. 1 FTE School Psychologist on Special Assignment $20,455 x .5 =  $10,228. Year 2: 1 FTE Program Administrator $18,282 + 5 FTE PAT x $20,455 = $102,278. In Years 3-5: 1 FTE Program Administrator $18,282 + 9 FTE union represented x $20,455 = $184,100.

Though the fringe rates are variable year to year, for budgetary projection purposes, a 3% increase in taxes and fringe as well as health insurance are built into the budget in Years 2-5.

**TRAVEL**

| Line Items | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Travel -- NASP Conference | $4,538.00 | $4,538.00 | $4,538.00 | $4,538.00 | $4,538.00 | **$22,690.00** |
| Travel -- Recruitment trip | $3,464.00 | $3,464.00 | $3,464.00 | $3,464.00 | $3,464.00 | **$17,320.00** |
| **Travel** | **$8,002.00** | **$8,002.00** | **$8,002.00** | **$8,002.00** | **$8,002.00** | **$40,010.00** |

*Budget Summary Travel:*

**NASP Conference Travel:** Years 1-5: Travel for two (2) to attend NASP Conference. Costs included are: conference fees ($319) airfare ($350), hotel ($1000), baggage fees ($80), parking ($45), taxi/uber etc ($120), per diem ($79 x 4.5 = $355.5)= $2,269 x 2 Staff = $4,538.

**Recruitment/University Travel:** Years 1-5: Travel for two (2) for recruitment purposes. Year one (1) will focus on Los Angeles. Subsequent years will be determined based on opportunities available. Costs included are: airfare ($350), hotel ($500), baggage fees ($80), parking ($45), taxi/uber etc ($120), per diem ($182 x 3.5 = $637)= $1,732 x 2 = $3,464.

**SUPPLIES**

| Line Items | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Supplies | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$3,000** |
| | **$3,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,000** |

*Budget Summary Supplies:*

Design and printing of a high quality recruitment brochure to be used for recruitment of diverse school pyschologist interns and new hires. Cost estimated at $3,000 based on Human Resources experience for other specialized recruitment brochures.

**OTHER**

| Line Items | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Other (Competitive Intern Stipends) | | $100,000 | $100,000 | $100,000 | $100,000 | **$400,000.00** |
| | **$0.00** | **$100,000.00** | **$100,000.00** | **$100,000.00** | **$100,000.00** | **$400,000.00** |

***Budget Summary Other (Competitive Intern Stipends):***
**Competitive Intern Stipends:** These monies will be used to in order to pay competitive stipends for the purpose of recruiting diverse school pyschologist intern candidates.

**INDIRECT**

| Line Items | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Indirect | $8,853 | 40,026 | 63,768 | 65,214 | 66,703 | **$244,564** |

***Budget Summary Indirect:***
Portland Public School's negotiated indirect rate is currently 4.62%.  Documentation is provided as a separate upload.

**MATCHING FUNDS**

**PERSONNEL**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| School Psych position 1 | $38,274 | $78,844 | $81,210 | $83,646 | $86,155 | $368,129 |
| School Psych position 2 | | $39,422 | $81,210 | $83,646 | $86,155 | $290,433 |
| School Psych position 3 | | | $40,605 | $41,823 | $43,078 | $125,506 |
| **Staffing Subtotal** | **$38,274** | **$118,266** | **$203,025** | **$209,115** | **$215,388** | **$784,068** |
| Taxes & Fringe | $9,687 | $30,831 | $52,927 | $54,515 | $56,150 | $204,110 |
| Health Benefits | $10,228 | $42,139 | $63,208 | $63,208 | $63,208 | $241,991 |
| **Benefits Subtotal** | **$19,915** | **$72,970** | **$116,135** | **$117,723** | **$119,358** | **$446,101** |
| **PERSONNEL TOTAL** | **$58,189** | **$191,236** | **$319,160** | **$326,838** | **$334,746** | **$1,230,169** |

**OTHER**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| CSB-DBT Training | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | **$150,000** |
| **TOTAL  MATCH** | **$88,189** | **$221,236** | **$349,160** | **$356,838** | **$364,746** | **$1,380,169** |

***Budget Summary Match:***

Salary figures are based on the most recent Position Classification and Compensation Rates Sheets for staff from PPS Human Resources.

School Psychologists: 2.5 school psychologists added over the life of the grant, resulting in .5 FTE in Year 1, 1.5 FTE in Year 2, 2.5 in Year 3, 4, 5. In Year 1 the average salary is $76,548 x .5 for January-June 2023. Salary for Years 2-5 is based on $76,548 with a 3% increase per year. Taxes & Fringe: Fringe rates are based on the Fiscal Year 2023 Rate Sheet provided by Human Resources = 25.31% broken down as follows for Year 1 + 3% increase for Years 2-5:

PERS (15.57%)
FICA (7.65%)
Work Comp (0.70%)
Unemployment (0.07%)
PFMLA (0.20%)
Other Benefits (0.18%)
Retiree Health (0.76%)
Early Retirement (0.18%)

Health Benefits: Annual $20,455 for represented (PAT). Year 1: $20,455 x .5 for January 2023-June 2023. Year 2: $20,255 x 2 FTE x .3 cost increase. Years 3-5: $20,255 x 3 FTE x .3 cost increase.

CSB-DBT Training: Comprehensive School-Based Dialectical Behavioral Therapy (CSB-DBT) is a strengths-based intervention initially researched with adolescents and families of color (Latinx, Black) that teaches skills for mindfulness, distress tolerance, cognitive behavioral regulation, emotion regulation, and interpersonal effectiveness. PPS will expand this training to middle school school psychologists and make it mandatory for grant funded positions (paid training included in grant budget). Once school pyschologists are trained in CSB-DBT, they will provide DBT therapy to students.

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL GRANT BUDGET REQUEST | $200,473 | $906,396 | $1,444,028 | $1,476,768 | $1,510,490 | $5,538,155 |
| TOTAL BUDGET MATCH | $88,189 | $221,236 | $349,160 | $356,838 | $364,746 | $1,380,169 |
| **PROGRAM BUDGET TOTAL** | **$288,662** | **$1,127,632** | **$1,793,188** | **$1,833,606** | **$1,875,236** | **$6,918,324** |

AR001929

5



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

School District 1J Multnomah County, OR

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 128,680.00 | 503,050.00 | 843,825.00 | 868,648.00 | 894,216.00 | | | 3,238,419.00 |
| 2. Fringe Benefits | 51,938.00 | 255,318.00 | 428,433.00 | 434,904.00 | 441,569.00 | | | 1,612,162.00 |
| 3. Travel | 8,002.00 | 8,002.00 | 8,002.00 | 8,002.00 | 8,002.00 | | | 40,010.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 3,000.00 |
| 6. Contractual | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 7. Construction | | | | | | | | |
| 8. Other | 0.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | | 400,000.00 |
| 9. Total Direct Costs (lines 1-8) | 191,620.00 | 866,370.00 | 1,380,260.00 | 1,411,554.00 | 1,443,787.00 | | | 5,293,591.00 |
| 10. Indirect Costs* | 8,853.00 | 40,026.00 | 63,768.00 | 65,214.00 | 66,703.00 | | | 244,564.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 200,473.00 | 906,396.00 | 1,444,028.00 | 1,476,768.00 | 1,510,490.00 | | | 5,538,155.00 |

***Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☒ Yes ☐ No

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: 07/01/2022 To: 06/30/2023 (mm/dd/yyyy)

Approving Federal agency: ☐ ED ☒ Other (please specify): Oregon Department of Education

The Indirect Cost Rate is 4.62 %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes ☐ No If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes ☐ No If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is _____ %.

(6) For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ [Is included in your approved Indirect Cost Rate Agreement, because it is lower than the] training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220169
Page e146

ED 524
Tracking Number:GRANT13748245     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:10:35 PM EDT

AR001930

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| School District 1J Multnomah County, OR | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 38,274.00 | 118,266.00 | 203,025.00 | 209,115.00 | 215,388.00 | | | 784,068.00 |
| 2. Fringe Benefits | 19,915.00 | 72,970.00 | 116,135.00 | 117,723.00 | 119,358.00 | | | 446,101.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | | | 150,000.00 |
| 9. Total Direct Costs (lines 1-8) | 88,189.00 | 221,236.00 | 349,160.00 | 356,838.00 | 364,746.00 | | | 1,380,169.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 88,189.00 | 221,236.00 | 349,160.00 | 356,838.00 | 364,746.00 | | | 1,380,169.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR001931**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| School District 1J Multnomah County, OR | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [          ]

(2)  What does your administrative cost cap apply to?  [ ] (a) indirect and direct costs  or,  [ ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Tracking Number:GRANT13748245    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:10:35 PM EDT

AR001932

# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220170**

**Gramts.gov Tracking#: GRANT13748255**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220170

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1237-GEPA ECS School Mental Health Grant 2022)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1236-ECS - ESBMHS Grant 2022 - Abstract (FINAL) - CORRECTED)* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1235-ECS - ESBMHS Grant 2022 - Narrative (FINAL))* | e14 |
| *7. Other Narrative Form* | e44 |
| *Attachment - 1 (1238-ECS - ESBMHS Grant 2022 - Letters of Support - (FINAL) Table of Contents)* | e45 |
| *Attachment - 2 (1239-ECS State SPOC Confirmation Email)* | e62 |
| *Attachment - 3 (1240-1. 2022-23 CDE Indirect Costs -- HDN)* | e63 |
| *Attachment - 4 (1241-ECS - ESBMHS Grant 2022 - SW Job Description - (FINAL))* | e65 |
| *Attachment - 5 (1242-ECS - ESBMHS Grant 2022 - Resumes - (FINAL) Table of Contents)* | e68 |
| *8. Budget Narrative Form* | e81 |
| *Attachment - 1 (1234-ECS - ESBMHS Grant 2022 - Budget Narrative (FINAL))* | e82 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e87 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR001934

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 11/03/2022 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: Choose State... |
|---|---|

**8. APPLICANT INFORMATION:**

* a. Legal Name: Eureka City Schools

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 38-3951405 | VEZNMXA2P1N8 |

**d. Address:**

* Street1: 2400 J Street
Street2:
* City: Eureka
County/Parish: CA
* State: CA: California
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 95501-0000

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix:                     * First Name: Taffy
Middle Name:
* Last Name: Stockton
Suffix:

Title: School Health Consultant

Organizational Affiliation:

* Telephone Number: 7078346460     Fax Number:

* Email: tmstockton@gmail.com

PR/Award # S184H220170

Page e3

AR001935

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based
Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

Eureka City Schools School- Based Mental Health Services Grant

Attach supporting documents as specified in agency instructions.

[ Add Attachments ]  [ Delete Attachments ]  [ View Attachments ]

**AR001936**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `CA-02`                                    * b. Program/Project `CA-02`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                             * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 1,064,784.72 |
| * b. Applicant | 748,834.94 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 1,813,619.66 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `11/03/2022`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| Prefix: | | * First Name: | Gary |

Middle Name:

* Last Name: `Storts`

Suffix:

* Title: `Assistant Superintendent`

* Telephone Number: `707-4413-363`                       Fax Number:

* Email: `gstorts@eurekacityschools.org`

* Signature of Authorized Representative: `Taffy Stockton`      * Date Signed: `11/03/2022`

AR001937

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

### To Whom Does This Provision Apply?

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

### What Does This Provision Require?

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may

be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

### What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

### Estimated Burden Statement for GEPA Requirements

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1237-GEPA ECS School Mental Health Grant 2 | Add Attachment | Delete Attachment | View Attachment |

**AR001938**

**Statement of Compliance with Section 427 of**
**GEPA for Eureka City Schools School Based**
**Mental Health Services Grant Application**


As per the requirements for equitable access outlined in the Notice to All Applicants in the
grants.gov application package for the School Based Mental Health Services Grant,
Eureka City Schools, as LEA for the grant states the following:

1. The district will continue to take any and all steps necessary to ensure equitable access to, and
participation in its federally assisted program for students, teachers, and other program beneficiaries
with special needs.
2. For the purpose of this statement, we extend the definition of "special needs" to include all possible
participants from universities and schools serving "special needs" students, all potential participating
teachers with special needs or who must overcome any of the six types of barriers that can impede
equitable access or participation. The six types of barriers are defined as: gender, race, national origin,
color, disability, or age.
3. Furthermore, Eureka City Schools, in the administration of the proposed Eureka City Schools
 School Based Mental Health Services Grant Program, will ensure that any teachers and staff
who serve "special needs" students as well as identified subgroup of students will receive services
through the program.
4. No teacher, staff member, student, family or community member will be denied participation in
and/or support through the Eureka City Schools School Based Mental Health Services Program
program due to their gender, race, national origin, color, disability, or age.

Fred Van Vleck
Superintendent,
Eureka City Schools

AR001939

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

| * APPLICANT'S ORGANIZATION |
| --- |
| Eureka City Schools |

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: [ ]    * First Name: Gary    Middle Name: [ ]

* Last Name: Storts    Suffix: [ ]

* Title: Assistant Superintendent

* SIGNATURE: Taffy Stockton    * DATE: 11/03/2022

AR001940

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: [ ]  * First Name: [Lisa]  Middle Name: [ ]  * Last Name: [Claussen]  Suffix: [ ]

Project Director Level of Effort (percentage of time devoted to grant): [10]

Address:

* Street1: [2400 J Street]
Street2: [ ]
* City: [Eureka]
County: [Choose State...]
* State: [CA: California]
* Zip Code: [95501-0000]
Country: [USA: UNITED STATES]

* Phone Number (give area code) [707-441-2425]     Fax Number (give area code) [ ]

* Email Address: [claussenl@eurekacityschools.org]

Alternate Email Address: [ ]

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

☒ Yes     ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

[1]

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR001941

**4. Human Subjects Research:**

   a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

   ☐ Yes   ☒ No

   b. Are ALL the research activities proposed designated to be exempt from the regulations?

   ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

   ☐ No  Provide Assurance #(s), if available:

   c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
      indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

**AR001942**

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

* Attachment: | 1236-ECS - ESBMHS Grant 2022 - Abstract (FINA | [Add Attachment] [Delete Attachment] [View Attachment]

PR/Award # S184H220170

Page e11

Tracking Number:GRANT13748255        Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:19:54 PM EDT

AR001943

**Eureka City Schools: Eureka School Based Mental Health Services Program Abstract**

**Project Objective & Activities:** Eureka City Schools (ECS) is applying for funding through the School Based Mental Health Services grant Program for funding as an LEA with demonstrated need, with a proposal to increase the number of credentialed school-based mental health care providers, per the AFP 2 in the grant RFP. In addition, ECS plans on fulfilling CPP 2 by increasing the number of providers we employ from diverse backgrounds and/or from our community. We will be serving all 8 campuses of the LEA (Eureka City Schools) be creating embedded Wellness Center (WC) satellite hubs, with dedicated, integrated credentialed MHSPs and interns. The expansion of the Wellness Center through these hubs will increase direct access to mental health services for students and their families across all ECS schools. It will also position the Wellness Center as a hub for professional development, learning, and workforce development, as we provide additional training and paid professional development opportunities. Our close partnerships with Open Door Health Centers (our local FQHC), Cal Poly Humboldt, and tribal partners will help us support and recruit interns and professionals from diverse backgrounds and/or providers from our area, who understand the unique challenges faced by ECS students and families.

**Project Outcomes:** Through the grant we will:

- Hire 5 FTE credentialed mental health service providers, as well as place up to 8 interns per year (total of up to 32 interns) who receive a stipend.
- Provide direct service to 1,680 students, and indirectly impact the entire student population of ECS (3,606 students).
- Provide professional development for 241 staff, interns, partners, and peer educators.
- Increase Diversity of Providers so that at least 50% of providers come from diverse backgrounds (per RFP definition).
- Retain MHSPs and reduce attrition rates to 10% for MHSPs at ECS.

AR001944

## Project Narrative File(s)

**\* Mandatory Project Narrative File Filename:**  `1235-ECS - ESBMHS Grant 2022 - Narrative (FINAL).pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13748255        Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:19:54 PM EDT

AR001945

Eureka City Schools - Eureka School- Based Mental Health Services Grant Proposal

## Need for Project

**Eureka City Schools**: Eureka City Schools is located in Humboldt County, in far Northern California. About 300 miles north of San Francisco, we are surrounded by redwoods, the Coast Range Mountains, and the beautiful but isolated northern Pacific Ocean coast. Humboldt is home to 134,809 people scattered over 3,573 square miles and eight Federally recognized tribes. Located in the largest city in the county (Eureka, pop. 26,050), Eureka City Schools is the largest of the 31 school districts, serving 3,606 students.

**Need for Project:** The scenic beauty of our county is offset by severe social and economic problems. Logging and fishing once provided well-paid careers for high school grads and dropouts but now have a fraction of the opportunities available in the past. Our region is cut off by what is commonly known as the "Redwood Curtain" and lacks many resources available elsewhere. Humboldt County youth face a range of interrelated challenges, the impacts of which have been heightened by COVID and social isolation. Compared to the state average, our students have a higher rate on several troubling indicators. In Humboldt 69.4% of students are socioeconomically disadvantaged, compared to the CA average of 60.3%.[1] Our children face high rates of houselessness and involvement in the CWS system. Humboldt high school-aged youth report higher rates of alcohol/binge drinking and marijuana use than their peers statewide, with BIPOC, LGBTQIA2S+, and justice-involved youth overrepresented in this cohort.[2]

A 2022 report from the American Civil Liberties Union of Southern California surveyed 1,200 students and found that nearly two-thirds of students reported an emotional meltdown, 43% of students reported a panic or anxiety attack, 22% of students reported three or more days where they could not participate in school because of mental health, and 19% of students

---

[1] Census Data, 2021, www.census.gov/quickfacts/table/PST045215/06023

[2] California Healthy Kids Survey, https://calschls.org/reports-data/

AR001946

reported suicidal thoughts. Rates of childhood suicide rose steadily between 2010 and 2020; by 2018, suicide was the nation's second leading cause of death for youth ages 10-24.[3]

**ACEs:** Humboldt has California's highest Adverse Childhood Experiences (ACEs) rate: 30.8% of adults report experiencing four or more ACEs, compared to 13% statewide and 11% nationally. Native American, immigrant, and low-income communities are particularly prone to ACEs.[4] Students with **three+ ACEs** are 3x as likely to experience academic failure, six times as likely to have behavioral problems, and 5x as likely to have poor attendance.[5]

**Impact of Substance Use:** Humboldt, in the heart of the "Emerald Triangle," is America's largest producer of legal and illegal cannabis. Methamphetamine production and use are widespread. Humboldt has one of California's highest arrest rates, and the per capita alcohol arrests are 3.3x the state rate. In 2018 Humboldt had the 2nd highest homicide rate of any California county.[6] Humboldt has California's 2nd highest rate of opioid overdose deaths: 21.03 vs. CA's rate of 5.22 per 100,000 people. According to the CA Opioid Overdose Surveillance Dash, in Q3 of 2018, there were 777.51 opioid prescriptions per 1,000 people.[7]

**Rates of Suicide & Child Abuse:** Even pre-pandemic, the local suicide rate was 2.5x the state average. The unduplicated rate of child abuse and neglect allegations is nearly 2x the state rate (98.2 per 1,000 children vs. 54.1: 1,000). For Native children, the rate was 275.8 per 1,000.

---

[3] American Civil Liberties Union of Southern California, 2022,

https://aclucalaction.org/2022/01/new-report-details-student-mental-health-crisis-in-california/

[4] 2020 Adverse Childhood Experiences Data (BRFSS) 2011-2017, www.cdph.ca.gov

[5] 2013 ACES study, Area Health Education Center of Washington State University

[6] Homicide in CA 2018 from the California Dept. of Justice, https://data-openjustice.

doj.ca.gov/sites/default/files/2019-07/Homicide%20In%20CA%2020190701.pdf

[7] CA Opioid Overdose Surveillance Dash,  https://discovery.cdph.ca.gov/CDIC/ODdash/

**Eureka City Schools is an LEA with demonstrated need:** As the data illustrates, ECS students were experiencing record levels of depression, anxiety, and suicide ideation even before the COVID-19 pandemic. The pandemic increased social isolation, economic hardship, and other stress factors, exacerbating this emerging mental health crisis. Across the District, we see high rates of poverty, foster care, juvenile justice-involved youth, and more. Eureka City Schools has a districtwide chronic absenteeism rate of 17.8% compared to the state average of 11.1%, a suspension rate of 7.7% compared to the state average of 3.5%, and 70.5% of our students qualify for free or reduced lunch rates (state average 60.3%). At ECS, 2.1%[8] of students are in foster care, compared to a statewide average of 0.5%, while 16.5%[9] of the student population receives Special Education services, compared to the 12.5% state average.

Black and Indigenous People of Color (BIPOC) students and those living in poverty are at greater risk of exposure to trauma, development of mental health disorders, and school failure; and are less likely to have access to MH services. While the largest populations in Eureka City Schools and the state are white and Latino (68.4% ECS vs. 77% CA), Native Americans make up 5.9% of the ECS student body[10] compared to the state average of less than 1%.

**Key Gaps in School Based Mental Health Services:** Locally, public and private sector mental health services are scarce. It is not uncommon for families to travel over 200 miles each way to receive face-to-face services and therapy. State funding for mental health prevention/ early intervention for young children and county mental health serves high-acuity, Medi-Cal children and adults, and many local parents have untreated mental health conditions. Local families are subject to multiple stresses, including chronic and crisis-induced poverty,

---

[8] Kids Data, https://www.kidsdata.org/table/509/eureka-city-schools/2202/foster-students

[9] Kids Data, https://kidsdata.org/table/509/eureka-city-schools/95/special-education

[10] CA Dept. of Education, https://www.cde.ca.gov/ds/ad/accessdatasub.asp#Foster

dysfunction, and violence. Lacking access to private or public mental health services, children of working-poor families are dependent on school-based services.

**Descriptions of barriers to hiring and retaining credentialed providers:** Humboldt County faces a unique set of barriers in hiring and retaining credentialed providers. Our county is significantly understaffed across the board for mental health services, so we face stiff competition in finding, hiring, and retaining credentialed providers. Due to our isolated region, we have a limited pool of qualified, credentialed MHSPs. It is difficult to recruit people to move to our area, and frequently people who move to our area do not stay long-term, as there are more economically rewarding opportunities in other areas. In addition to the general gap in providers, we see an even larger need for providers with diverse backgrounds and backgrounds similar to our student population. Many who would choose to further their education and become credentialed MHSPs are constrained by the cost and the lack of income during the training process. Unpaid internships are standard, leading to a pool of providers who are more likely to come from privileged economic backgrounds.

Our work will address these two hurdles. By training up new mental health providers each year, and integrating a robust Professional Development program to increase the skill sets of interns and staff, we will build a larger pool of qualified and credentialed mental health service providers, not just for Eureka City Schools, but for Humboldt County as a whole. In addition to having a larger pool to hire from, we are more likely to be able to retain these staff, as they are locals who are invested in living and working in Humboldt County and are unlikely to want to leave our region. Providing paid internships, at both the Masters and Bachelors level, will help address the significant cost hurdle for continuing education for diverse and economically challenged students. This will lead to a larger pool of mental health providers whose demographics reflect the students they will be serving. A final tool we will use for retaining providers is the robust professional development that is an integral part of our

AR001949

program. By encouraging low paid entry level staff to move up the education and career path, we will build up committed ECS staff members who are currently entry level, but can move into credentialed positions as they complete their educational path.

**How project need was determined:** To determine the target population's needs we conducted a needs analysis that included:

1. Collection and review of school and community demographic data.

2. Identification of current mental health staffing in the project schools.

3. Collection and review of required data, school level and subgroup level student data.

4. Student school environment surveys, family, and staff surveys.

This data was used to guide the proposal's development and program planning.

**Student school environment surveys, parent, family, and staff surveys.** Despite the short application period, in October and November we surveyed students (1,193 respondents) family members (434 respondents) and school staff (219 respondents) to determine mental health needs. All told 1,846 people responded. Staff survey highlights are below.

| Selected Teacher Responses from Surveys |
|---|
| ● Students with extreme behavior that obviously have a lot of trauma keep me from providing my students with enriching instruction. |
| ● I don't know how to deal with all of the outside factors in the lives of my students. Many are foster students, homeless, abused or neglected by their parents.  Help! |
| ● Many [students] suffer from some kind of trauma due to their family life/living situation. They have not had a good model or understanding of how to process their "big" emotions. Many need more intensive counseling. |
| ● Dealing with and teaching through the distractions of behaviorally challenged kiddos. Juggling all the unique needs and making sure everyone is safe, learning, and happy. |

AR001950

The number of respondents to this voluntary survey indicates the proposed activities align with student, family, and teacher needs.

**Importance of Project:** A multi-tiered system of support that provides teachers and staff a framework to successfully implement Tier 1 behavioral and social-emotional supports combined with mental health service providers supporting focused Tier 2 and Tier 3 interventions is a **critical necessity.** Not all staff, teachers, and administrators know how to support traumatized students, and those who do can be overwhelmed by the numbers needing support. We must develop a school system with strong Tier 1 (universal) programs for all students. Once in place, limited-term Tier 2 supports will be more effective, and build the foundation for Tier 3 supports (provided by MHSPs and community partners). Successfully implementing this supportive system in our schools is the best chance to help students be successful, not just in school but in life as well.

## Project Personnel ————————————————————————————————————————————————————

While Eureka City Schools has a portfolio of mental health services, it is not extensive enough to meet the actual needs of our students. In this school year, we have a wide variety of embedded and partner services available for students.

**Overview of existing structure:** There are four core programs that provide direct mental health services for ECS students and families, all of which are housed by the Student Services Department. Lisa Claussen, one of the Leadership Team members, is the Director of Student Services and oversees the work done throughout the district. The programs are:

- A 2019 US Ed. Mental Health Demonstration Grant, which funds 1.85 FTE School Social Workers one LCSW and one MSW, both with California Pupil Personnel Services (PPS) Credentials, and hosts six final-year MSW candidates who are supervised by the two LCSWs and also earn their PPS credentials through the program. This program provides direct MH support and trains Master's level interns to provide MH services.

This innovative program has been incredibly impactful, and the Director recently presented on the work at a U.S. Department of Education Mental Health Webinar.

- Eureka High Student Counseling Department provides academic and Tier 1 Mental Health services, referring students to the district Wellness Center (WC) when indicated.

- The new district Wellness Center, located at Eureka High and guided by student leaders, is a partnership between the district, Open Door Community Health, and other local partners. It provides a wide range of critical mental health services and supports for district students and families.

- Special Education Supports for eligible students.

**Number and Ratio of Credentialed Providers:** Between these four programs, ECS has 8.85 credentialed MHSPs:  include 4 psychologists, 2 LCSWs, 1.85 MSWs, and 1 LMFT/Crisis Counselor. When reviewing the ratio of MHSPs to students in the district, ECS is clearly an underserved district. **None of the staff/student ratios meet the recommended level** for mental health providers. This shortage is exacerbated by higher than average Special Ed rates at ECS schools (16.5%[11] vs the 12.5% CA average), resulting in significant staff time for meetings and assessments which encroaches on the precious time of MHSPs who can provide MH services.

| Eureka City Schools Credentialed Mental Health Workers Staffing and Ratios | | | | | |
|---|---|---|---|---|---|
| | Students | Aggregate MHSPs | School Psychologists | School Counselors | School Social Workers |
| Eureka City Schools | 3,606 | 1 to 407 8.85 FTE | 1 to 902 4 FTE | 1 to 1,202 3 FTE | 1 to 1,949 1.85 FTE |

**Building local capacity**: ECS is excited to expand local capacity by not only hiring credentialed staff to fill some of this gap, but by working with educational partners to place

---

[11] Kids Data, https://kidsdata.org/table/509/eureka-city-schools/95/special-education

AR001952

MHSP interns, providing a paid training opportunity, and a mental health worker pipeline for qualified, credentialed staff. Our partnership with Cal Poly Humboldt will increase our access to mental health professionals ready for the challenges faced by our students.

Local families and communities that distrust "the government" (Native American communities who have over 150 years of negative experiences, and the marijuana-growing community who are distrustful of all governmental agencies) may have additional hurdles to accessing mental health services. Teachers and principals can often be trusted intermediaries to help families access services, but often lack the time and typically the knowledge and connections to bring mental health services to students. Eureka City Schools must build our capacity to support all students (Tier 1) and connect students in need (Tier 2 and 3) with appropriate mental and behavioral health supports, and additional training for staff and teachers. Having an embedded Wellness Center on each campus will allow for close relationships with staff who might refer students, as well as easy access to MHSPs when needs arise.

**Projected Number of Unduplicated Licensed MHSPs:** Based on requested funding, we will hire four (4) additional unduplicated credentialed mental health service providers and two (2) credentialed 0.5 FTE Directors to serve eight campuses for the five year grant, and beyond.

**Projected Number of unduplicated Mental Health Providers that will be placed due to this grant:** In addition to the credentialed staff, we expect to place up to eight (8) interns in Years 2 through 5, for a total of up to 32 interns over the course of the five-year grant period. In Year 1 we will be setting the foundation for the program and bringing on paid staff.

**Number of providers that will be trained due to this grant funding:** During the grant period we expect to hire and train four credentialed employees and 32 interns. Additionally, the grant will train ECS' current mental health staff in Tier 1 and 2 mental health supports, and provide reflective supervision to grow post-training as a continuous improvement model.

**Number of providers trained that are from the local area and/or diverse background:** All of the trainees will be local BASW and MSW Interns from our local university and we will provide stipends for current classified employees of our district to pay for prerequisites to obtain mental health degrees, supporting our own diverse community to remain and serve the community in which they live. This will support our goal to meet Competitive Priority 2: Attracting a more diverse workforce.

**Leadership Team & Staffing:** The proposed Eureka City Schools Grant Leadership Team currently has seven identified team members. The **Leadership Team** will meet monthly to guide the program, review school and other data and measure progress using goals, objectives and implementation timelines. LT meetings are the platform we will use to guide program implementation and continuous improvement. LT meetings will provide time to address the data from the evaluation and other feedback.

Julie Simpson, LCSW, PPS, is a vital part of the ongoing and very successful Mental Health Demonstration Grant, discussed elsewhere in this proposal. Julie Simpson has a Masters in Social Work, is a Licensed Clinical Social Worker, and has her PPS Credential. She has administrative, direct clinical, and supervisory experience. Through the Mental Health Demonstration Grant, she created a successful training program for social work interns that includes direct practice, professional development, reflective practice, and career counseling. As Clinical Director for the WC hubs, she will provide clinical oversight for interns and staff.

Sarahdee Duncan, LMFT, ECS Clinician and Wellness Center Mental Health Service Provider is doing the on the ground work with the Eureka Wellness Center, and has been a core part of the Wellness Center Planning process. Her work has been particularly important in engaging students - she founded and leads the SAGE (Students Actively Guiding Engagement) student advocacy work that directed the bulk of the Wellness Center Planning Process. Her expertise will be vital as we expand these embedded services to additional school sites.

Lisa Claussen is the Director of Student Services and provides oversight for the full spectrum of mental health supports and services for the Eureka City Schools District. She has extensive experience in program implementation, oversight, and design, and will be the Administrative Director of the project, using her expertise to direct this important expansion.

Ronda Evans, M.Ed. is the Director of the Community Schools, a vital partner in this work. As mentioned earlier in this proposal, this is a five-year grant-funded project being implemented in the 2022/2023 school year. The purpose of the CCSPP grant is to use a whole-child approach to address and remove barriers to and promote opportunities for student learning and growth. This includes implementing embedded trauma-informed classroom supports and services at Title 1 ECS campuses, focusing on the social and emotional health of all ECS students. The Community Schools project will work closely to support the whole spectrum of families in the District by organizing school and community resources around student success.

Paul Ziegler is the Assistant Superintendent of Business Services for Eureka City Schools. He has been in this position for the past 12 years, and is currently providing oversight for both the Mental Health Demonstration Grant and the Community Schools Partnership Plan grant. Paul will be integral in guiding the direction, budget, and strategic planning of the Wellness Center and associate projects. As the official ECS Cabinet representative, he will also act as a liaison to ensure the work is aligned with ECS priorities, with an eye on sustainability.

Taffy Stockton, the consultant who managed the original Wellness Center Planning and Implementation Process for ECS, will support the Directors with the program implementation, evaluation, and sustainability planning. With 20+ years of experience, she is well-positioned to support ECS students, staff, service providers, and partners through this important expansion.

Northern Humboldt Union High School District administrator Jack Bareilles will serve as our external LEA liaison, bringing in perspective, community partner feedback, and valuable insight into the Leadership team. Since 2002 he has directed, evaluated or supported over 50

federal, state and foundation programs. Over the past five years he has led local efforts to bring mental health services to local schools. He will be a vital partner on the Evaluation Team, and a key partner in collaborating with the many complimentary programs happening in the county.

As we receive support and feedback on our process, we expect we will add additional members to the team as gaps in information or perspective are identified. Resumes for all 7 identified team members & staff are included in the appendix of this grant application.

| Project Staffing at a Glance | |
|---|---|
| Staff Title | Focus of Work |
| 0.1 FTE Project Administrator | Project direction, supporting evaluation, working with partners and coalition districts, support professional development |
| .5 FTE Project Director | Project implementation and oversight. Provide direct service to students. |
| 0.5 FTE Clinical Director | Provide clinical supervision and oversight to all interns and staff. Provide direct service to students. |
| 4.0 FTE credentialed MHSPs | Each MHSP will be embedded in a Wellness Center hub, and will provide a wide range of direct services to students and their families, with the assistance of the Clinical Director and the project interns. |
| 0.5 FTE Administrative Assistant | Will provide administrative and clerical assistance to all 8 hubs of the Wellness Center, including scheduling and required paperwork for students. |

Note: all TBD staff will be selected and hired within 90 days of grant award.

## Program Design —————————————————————————————————————————

**Meeting the Absolute & Competitive Priorities:** We are confident of effectively addressing AP2: Increasing the Number of Credentialed School-Based Mental Health Services Providers to an LEA with demonstrated need. The program will increase the number of credentialed MHSPs at ECS and countywide, and has a robust plan for both recruitment and retention. We also plan on integrating the goal of CP2: Increasing the Diversity of the MHSPs as part of our work. Attracting a workforce that better reflects the population it will be serving is at

AR001956

the core of our work, and will be supported through robust professional development opportunities, paid internships, and close partnerships with Cal Poly, tribal partners, and others.

**Increasing Diversity of MHSPs:** ECS will actively recruit qualified members of underrepresented groups to apply for open positions. While hiring rules make it illegal to require a staff member be a member of an underrepresented group, the hiring qualifications will stress a strong understanding of and experience working with the communities that comprise local underrepresented groups. As evidenced by the letters from the local NAACP, the Yurok Tribe, and other community partners, we will work closely with local organizations and are invested in building the diversity of our mental health service providers. We are fortunate to be in the heart of California Indian Country. ECS is in Wiyot Tribal ancestral territory, and the rest of the county includes California's three largest Tribes (Yurok, Hoopa Valley and Karuk). Like the rest of the state we have a growing Latino/Latinx population. Yet, despite rapidly diversifying students and communities our credentialled workforce is 88% white. This application grows from the desire to not just attract more diverse MHSP candidates, but ensure they are prepared to succeed as graduate students and then receive continuing support once hired. As a rural school system, we must grow our own by recruiting qualified candidates from the local community—who are already committed to staying local. A number of factors ensure equal access and treatment for project participants.

- The Cal Poly School Psychology and Social Work programs seek applicants represent diverse racial, ethnic, cultural, geographic, religious, linguistic, and class backgrounds, as well as different genders and sexual orientations.
- Low-income, Special Education, American Indian, and Latinx students comprise approximately 2/3 of our students. As we review overall student and student subgroup data as part of the MTSS process, students will be identified for additional support based need.

AR001957

- The professional development, support and other services for graduate students, teachers, administrators and staff and is universal. As more teachers, staff and administrators in project schools participate in the training it will ensure equal exposure to the treatment for all adults regardless of their race, color, national origin, gender, age, or disability.

**Equal access and treatment for underserved populations:** As we shared in our demographic information earlier, ESC has a diverse student body. We are committed to making sure ALL students have access to care, especially those from underserved populations. Increasing the diversity of our workforce will explicitly support this, as having MHSPs who look like the students they serve will ensure students feel safe and heard when accessing services.

**Extent to which trainings will alleviate personnel shortages:** The workforce development program that will be developed as a result of grant funding will be vital for retaining staff. The PD opportunities will allow staff to increase their knowledge base, feel supported in the work they are doing, and access continuing education opportunities that allow them to move up the employment ladder after completion. These PD opportunities will extend to students, as peer advocates will also be able to access trainings. This ability to invest in their development will allow us to support staff more effectively, leading to fewer staff leaving. It will also allow us to train new MHSPs, so we have a pool of candidates when we do need to hire.

**Implementation Plan:** Serving students, families, teachers, and administrators: Besides hiring 4 credentialed mental health providers, this project will provide quality services to: (1) students, (2) families, (3) interns, teachers, staff, and (4) administrators. Each group will be served based on their needs. For instance, when training staff in Tier 1 Restorative Practice community building circles the needs of a 2nd grade teacher versus a high school teacher are profoundly different. The same levels of differences are seen in administrators and families. The project will deliver appropriate PD to our students, families, teachers, and administrators.

**Our Program Logic Model is included on the next page.**

Eureka City Schools - Eureka School Based Mental Health Services Grant Proposal

| Inputs | Outputs | | Short Term Outcomes | Mid term outcomes | Long term outcomes |
|---|---|---|---|---|---|
| **Resources:**<br>• Lisa Claussen, Program Director<br>• Julie Simpson, LCSW, PPSC<br>• Yvonne Doble, MSW<br>• Interns, years 1-5<br>• HC Health and Human Services<br>• Leadership Team & Advisory Committee<br>• Tribal Education Departments<br>• Open Door Community Health<br>• Evaluation Team | **Grant Activities:**<br>• Placement of 5 credentialed mental health service providers<br>• Placement of up to 40 interns in high needs schools<br>• Professional Development opportunities<br>• Clinical supervision from Julie Simpson<br>• Connection/referral of Tier 2&3 students to partners<br>• Comprehensive sustainability planning with tribal partners and community stakeholders | **People served:**<br>• 8 schools, with a total student population of 6,606<br>• PD opportunities available to ECS's 539 certificated, classified and administrative ECS employees<br>• ALL students<br>• Community Partners<br>• Parents, guardians, and families<br><br>**Guiding Principle:** By increasing the ability of adults to meet the needs of students, we will transform our schools and improve outcomes for all students. | • Staff hired/deployed<br>• New staff onboards and opens Wellness Center hubs at all 8 schools<br>• Notify educational partners about internship opportunities<br>• Increase teacher/staff knowledge of Trauma Informed Instruction and YMHFA<br>• Develop Project Fidelity Implementation Matrix<br>• Finalize and implement project wide data collection system<br>• Implement professional development opportunities | • Continue expanding the continuum of evidence based, systemwide practices to support rapid response to student mental health needs<br>• Interns begin supporting students at WC hubs<br>• Teachers and staff use trauma informed strategies<br>• Co-training occurs with partners, peer supports, and Increased number of trainers<br>• Schools improve use of data to infom practices<br>• Review and refine communication and accountability system | • Quadrupled the number of embedded Wellness Centers<br>• Pipeline of diverse, qualified and credentialed mental health providers<br>• Implemented engaged, culturally appropriate strategies to meet the needs of ALL students<br>• Continued use of trauma informed instruction<br>• Close partnerships between ECS based Resource Centers, Community Schools and Wellness Centers<br>• Internalize, sustain and refine practices system wide |

**Process Evaluation:** Using data, determine to what level project is meeting benchmark goals. Determine what works and what doesn't using the Fidelity Matrix. Are there unintended outcomes? If so, what are they? How do we respond?

**Impact Evaluation:** Judging the merit/worth of the project. Did it achieve the project goals? If so, can the evaluation determine a strong causal relationship? Did the project outcomes result in "evidence of promise"?

AR001959

**Measurable Outcomes:** The Program has three project goals and six required program measures**.** All goals are supported by project-level data-driven performance measures, additional information about them is included starting on page 27.

The Performance Measures & Goals are:

| Performance Measures | Goal |
|---|---|
| Unduplicated, cumulative number of new school-based MHSPs hired | 5 |
| Unduplicated, cumulative number of new school-based MHSPs retained | 5 |
| The ratio of students to school based MHSP | 1 to 280 |
| The attrition rate of school-based MHSP | 10% |
| Total number of students who received school-based mental health services as a result of grant | 1,680 |
| Diversity of school-based mental health service providers | 50% |
| **Project Goals** | |
| Number of interns placed at Wellness Center locations | 32 |
| Number of trainings and number of individuals trained | 22 and 241 |
| Sustain the program beyond Federal funding. | Have plan |

**Eureka City Schools Wellness Center Program:** At its core, the funded work align with an expansion of the Eureka City Schools Wellness Center program. The Wellness Center is an embedded mental health service hub currently located at Eureka Hugh School, the largest of ECS's school campuses. The Wellness Center was developed with extensive student leadership through an organization Student Advocacy group: Students Advocates Guiding Engagement (SAGE). In addition to the leadership of SAGE, the Wellness Center planning process included representatives from ECS, Open Door Community Health Centers, Cal Poly Humboldt, the Humboldt County Office of Education, Humboldt County Behavioral Health, Family Resource

Centers, BIPOC focused groups, and Tribal partners. The Wellness Center would not be possible without these longstanding partners, we share more about these partnerships on pages 18-19.

The Wellness Center, which opened its doors this school year, provides a broad range of MH services, including: Individual and Small Group Therapy, Peer Mentoring and Leadership Development, and Health and Wellness Activities. All services are trauma-informed, equitable, culturally informed, evidence-based, and guided by positive youth development models. Services are integrated with other mental health and family support services through ECS, such as the Marshall Family Resource Center and BRIDGES to Success.

**Student Engagement:** Student Engagement has been a vital piece of this work, and will continue with the expansion of the Wellness Center satellite. Each hub will have a unique set of challenges, and will be designed to address that campus' specific MH needs. Students will be leaders in what each hub will look like and what specific services are provided. For the campuses where it is relevant, students will be trained as peer advocates to provide peer support for other students. This is another pathway of a core function of our work - building our own mental health service providers pool. This peer program will allow interested youth an opportunity to learn about potential MHSP career paths, and get an early start in gaining experience in the work.

**Wellness Center Satellite Hubs:** Wellness Centers have been found to be an incredibly effective way to provide mental health services to students due to the ease of access, simplicity of scheduling, trust built with embedded staff, and student-led programming. This funding will allow us to replicate the incredibly effective and well-received model to all of our school campuses. We will use the funding to staff and furnish the eight (8) hubs. Funding will also support eight annual paid internship placements, and provide extensive professional development opportunities for MHSPs, interns, and other ECS staff and staff of community partners. These hubs will provide a conduit back to the core WC, through the oversight of the Clinical Director. This will allow the hubs to function as learning hubs, where interns and staff can access a broad

AR001961

range of professional development, and we can effectively recruit diverse candidates for both intern and staff positions. The internship stipends are a vital piece of this, as unpaid internships are not viable for many students who come from similar economic backgrounds as our students.

**Growing Our Own Mental Health Program:** All of this work feeds into the primary function of this work: growing our own pool of qualified MHSPs. Through the internship stipends, professional development support, and youth peer trainings we will effectively expand the pool of qualified mental health providers not just to ECS, but to all of Humboldt County.

**Recruiting Diverse Candidates:** As we shared, ECS seeks to train, credential, and place in jobs diverse interns and employees, with a goal of it 50% of the MHSPs brought on under this grant funding being from a diverse background. Recruiting diverse participants will rely heavily on call lose collaboration with community partners to ensure project cohorts reflect the diversity of our local population. Recruitment will include frequent communication with community partners (many of whom have submitted letters of support) including direct emails, posts on school and community webpages and social media, and presentations throughout the community. These efforts will be ongoing starting early 2023. We are confident we can recruit the proposed number of MHSP candidates by offering a rich experience focused on serving children and their families. Past interns in ECS schools have reported their internship gave them a significantly different experience than working with social agencies or family support services. They also shared that at the end of their internship they were aware of opportunities for the schools, social agencies, and families to work together to support students. In the event of funding, in February 2023 project representatives will speak with all School Social Work and Psychology rising and master's candidates to make them aware of the program.

Cal Poly's programs are ideal partners because of their emphasis on serving our diverse community. Admission requirements for the Graduate Social Work and Psychology Programs include essay prompts related to applicants' commitments to rural and Tribal communities, and

they seek applicants with diverse racial, ethnic, cultural, geographic, religious, linguistic, and class backgrounds, as well as different genders and sexual orientations. All field placements sign contracts that require strict adherence to Title IX and other protections. Our students develop a framework for practice guided by professional values and ethics. They develop the sensitivity and skills needed to work with individuals of diverse backgrounds and developmental abilities, and to implement strategies selected or adapted based on individual characteristics, strengths, and needs. Participants develop the knowledge and ability to provide support and assistance for family members in order to help them become effective participants in all aspects of children's schooling. The program's focus on a full range of school-based mental health programs, from preventative "wellness" programs, to school-based counseling and behavioral intervention, to crisis assessment and effective intervention, combined with the ability to use their knowledge of research, statistics, and evaluation methods to inform all areas of practice helps prepare graduates for school MTSS leadership. The program prepares students to support multi-system, multi-level approaches in which practitioners and clients work in collaboration to enhance function and resilience within systems by building on existing strengths.

**Plan for Coordinating with Federal, State, and Local organizations:** ECS has a wide range of existing partnerships that will be invaluable in our work, and ensure that we are coordinating all of our work with relevant Federal, State, and local programs and resources. As shown in the attached letters of support, we have broad support for our work.

**Community Partners:** One of our strongest partnerships is with Humboldt County's Department of Health and Human Services, which is an integrated agency that oversees Public Health, Behavioral Health, and Social Services for the county. One of the included letters of support is from Jeremy Nielsen, the Deputy Branch Director of Children's Behavioral Health Services. We work closely with Children's Behavioral Health to make sure services and supports are in place for all of our students who need to access them.

Another close partner is the Humboldt County Office of Education, which supports all 31 school districts in Humboldt County. We regularly partner with HCOE on projects that benefit not only our students, but students across the county. Other vital partnerships include the North Humboldt Unified School District and the Yurok Tribe Education Department, both submitted Letters of Support for this proposal.

We also work closely with Cal Poly Humboldt on a number of projects, including a Mental Health Demonstration grant mentioned further on in this application, and a number of ongoing projects, including as a core partner in the ECS Wellness Center planning process. Cal Poly Humboldt is a Hispanic Serving Institution and thus meets the definition of an "other MSI," supports our work address Competitive Priority 2: Attracting a more diverse workforce. Another core partner is Open Door Community Health Centers, the largest Federally Qualified Health Center in Humboldt County. ECS recently signed an MOU with Open Door to provide embedded services for students through the Wellness Center, and we look forward to the opportunity to expand this valuable partnership to reach additional schools through the new hubs. Cal Poly Humboldt and Open Door both submitted letters of support for this proposal.

ECS is also actively involved in the Student Behavioral Health Incentive Program (SBHIP) Community Partners Meeting. We also have an active partnership with Humboldt Bridges to Success, which is a partnership between Humboldt County's Behavioral Health Department and Humboldt School Districts to provide mental health services for in-crisis students. Other partners include Humboldt NeuroHealth, Changing Tides, and United Indian Health Services, all of whom work with ECS to coordinate programs and resources.

**California's Local Control Funding Formula and Local Control Accountability Plan:** In 2015 California switched its school funding model to a more flexible, site-determined methodology—the Local Control Funding Formula (LCFF) through which all California districts are provided extra funding based on the enrollment of Low Income, English Learners, and Foster

students. LCFF requires districts to look at their needs through a formal process requiring parent and community involvement and a review of student achievement data. Districts must use that process to determine what programs/ initiatives will be supported. School Climate and student success are central goals in each district's Local Control Accountability Plan (LCAP). LCFF offers a historic opportunity to set new, locally driven priorities to improve outcomes for often underserved students such as those in our rural schools. LCAPs are updated annually to determine funding priorities for the upcoming year. This presents the opportunity for districts, schools, and their communities to support mental health services for their students—and write school social workers into the district's LCAP.  Once in the LCAP the work done by this grant will be sustained and supported. Besides the district-level LCAPs, ECS recognizes the need for supportive services in their required school-level Single Plans for Student Achievement. **These documents demonstrate commitment to providing students with ongoing MH services**.

**California Mental Health Service Act Mental Health Triage Grant:** In December 2018 Humboldt County Department of Health and Human Services was awarded one of four California Mental Health Services Oversight and Accountability Commission's SB 82 Triage personnel grants. The grant funding supports the hiring of mental health personnel to provide triage services to children on school campuses who are experiencing or are at risk of experiencing a mental health crisis. It also supports training for the families/caregivers of children experiencing a mental health crisis. Starting in 2020 five mental health clinicians employed by Humboldt DHHS and eight school district-employed support staff have served students and families across the county. As a triage grant, the intention is for the clinicians to (a) determine the need for services, (b) provide short-term support—if appropriate, and (c) refer students and their families to DHHS or other medical providers for ongoing mental health services – with follow-up support from the school employed para-professionals. The Triage grant is an exciting opportunity for collaboration, but falls far short of local needs. For example, the

AR001965

Eureka trio team (1x DHHS clinician, 2x school-employed paraprofessionals) works closely with ECS, but is tasked with serving more than 5,000 K-12 students. This is a clear indicator of the level of need ECS has for permanent school-based mental health services.

**Yurok Tribe Education Department**: The Yurok Tribe Education Department works with American Indian students across the county. Besides school-based tutoring and education, support department staff work with children and families. The tribe, in partnership with local schools, has two American Indian Education Demonstration grants that provide college and career counseling and support to middle and high school students across most of Humboldt County and through Johnson O'Malley funding supports tutoring for elementary students. The Tribe also runs two Head Start and Early Head Start programs. Through these the Yurok Tribe Education Department is positioned to provide additional support to eligible students.

**Open Door Community Health Centers:** Open Door Community Health Centers, a Federally Qualified Health Center, started as a single clinic in 1971. Open Door now has 12 community health centers across Humboldt and Del Norte counties – a service area larger than the state of Connecticut – serving more than 55,000 patients a year and employing almost 600 members of the community. For over 20 years Open Door Community Health Centers has supported school-site-delivered health services. Open Door is a key partner in the Wellness Center, and provides a credentialed clinician to serve students at the EHS-based Center. ODCHC is a vital partner in our work to increase school-based mental health service providers.

**The synthesis of all the district Mental Health programs:** This project will synthesize of all of Eureka City Schools Mental Health programs, and allow for a unique opportunity for alignment among programs. The project allows for an extension and continuation of our existing Mental Health Demonstration Grant, continuing the workforce development and pipeline work. It will also collaborate closely with the Community Schools project and the District owned Family Resource Center, allowing for expanded student and parent support resources at all of the

newly created Wellness Center hubs. The focus of the work will create a nexus with the Wellness Center as the hub of all mental health services for ECS. This will allow us to expand these vital services to all of our school campuses, leading to an integrated MH program at each site. The Wellness Center hubs will collaborate with our district-based Family Resource Center to provide site-based family-strengthening services to bolster the work being done by MHSPs. And, the coordination of the single hub will allow for a streamlined referral process to partner agencies, when students need to be referred to partners for services not offered onsite. For example, an integrated MH hub will allow one "Bridges to Success" MH coordinator, which will streamline the district referral process across all 8 schools (these are currently site-based and not coordinated) saving time and staff resources across the board, and ensuring students prompt access to services.

This grant will also create a workforce development program. This grant will allow us to coordinate and collaborate for professional development and professional support for the district's Mental Health employees and interns. This grant will allow us to create a program to train and support MH clinicians who are from the community that we serve. We are creating a program to supervise and support these MH employees and interns to obtain their clinical licenses and be able to direct bill for school-based services.

**Sustainability Planning Group:** Collectively these initiatives provide a path towards true sustainability if we prepare for it. Starting in 2023 we will convene a planning group to discuss and then develop sustainability plans with the goal of sustaining staff and interventions beyond program funding through possible funding sources including the Local Control Funding Formula. Additionally, program aspects can be supported using Title I and Title IV funding as well as foundation support from locally active funders such as the Humboldt Area Foundation. The planning group will develop a sustainability plan by 2024, in plenty of time for it to be implemented to guarantee the continuity of these services.

## Management & Resources --------------------------------------------------------------------------------

**Management Plan: Program Oversight:** Eureka City Schools is deeply committed to expanding health and mental health services for our students. In addition to expanding embedded services, we lean heavily on our partners to connect students and their families with needed services. In 2022, ECS moved Mental & Social-Emotional Wellness and Family Engagement from priority six to priority three in our LCAP to acknowledge and address the mental health challenges our diverse student body has faced in recent years. This prioritization has had a clear impact on funding allocation for our district, as we have been focusing on supporting these much-needed services. This opportunity to invest in additional credentialed MHSPs is a clear component of that prioritization and has the full support of the ECS Cabinet and Administration.

ECS is known across the region for innovative and award-winning programs. Several schools have CA Gold Ribbon status. ECS has already invested in a Comprehensive Approaches to Responsive Environments team to provide much of this ongoing professional development. To serve our very diverse student population, ECS has many initiatives in place and takes advantage of several State and Federally funded grants, including TK-5 Arts Integration, Mental Health Demonstration grants, End Hate, Humboldt Bridges to Success Mental Health, TUPE, Learning Communities for School Success, Strong Workforce Program and Wild Rivers Indian Education. All these grants support the district's vision, mission, strategic plan priorities, and the LCAP.

There is much work to be done to integrate and strengthen these relationships and programs to better serve all students with particularly great need at our K-5 schools for increased services for unduplicated and at-risk students. We are committed to using the long-term funding to strengthen and expand these important student support programs.

**Adequacy of Resources:** One key piece of this work is ensuring the long-term funding of our MH programs. We are waiting for notification of funding from a recently submitted proposal to the California Dept of Education School Demonstration Grant program which will

AR001968

support us in building a self-sustaining system of in-house billing for allowable services as a long-term funding sustainability mechanism for school-based mental health services.

**School Based Medi-Cal and Private Insurance Billing Reform:** California is going through a statewide reform in school-based Medi-Cal billing—resulting in LEAs billing for screening and mental health services based on a fee schedule (to be developed in 2023). Starting in 2024 all health plans (Medi-Cal and commercial plans like Blue Shield) will have to reimburse for the provision of school-linked mental health services. Community partner, Partnership HealthPlan of California (PHC) is a non-profit community-based healthcare organization that contracts with the State to administer Medi-Cal benefits across 14 Northern California counties. PHC is already working with the schools through the Student Behavioral Health Incentive Program (SB-HIP) to prepare for this opportunity.

**Plan for the prompt delivery of services:** Eureka City Schools is willing and has the capacity to begin project activities in January 2023. As a school district, we are committed to expanding our health and mental health services and have the team in place to begin the work as soon as funding is granted. We have a long history of quickly and effectively deploying grant funding for its intended purpose. One example is the current Mental Health Demonstration Grant headed up by project team member Julie Simpson. In 2019, ECS partnered with the Department of Social Work at Cal-Poly Humboldt to secure funding for an innovative partnership to train school-based mental health service providers for employment in schools and high-need local educational agencies (LEAs). This five-year grant has already been shown to be incredibly successful – the work has been enthusiastically received, and the project is well ahead of itself, especially regarding sustainability planning for the continuation of services. In fact, the sustainability planning has led to the development of the recently opened Wellness Center.

Another example is the recent five-year Community Schools grant we received, which started at the beginning of this school year. The Community Schools Project is the systematized,

sustainable alignment and delivery of supportive services to students and families, including committing to providing trauma-informed health, mental health, and social services for students within an MTSS on or near the school, in partnership with county agencies and other organizations. This grant is serving three of our highest needs K-5 schools, addresses all four pillars of community schools, and provides three Trauma-Informed Classrooms to support at-risk elementary students, while making our elementary schools' community hubs for students and their families to grow, learn, and access support and resources. As noted, the Community Schools initiative will expand TK-12 next school year so students in all grades can be served.

We have a strong track record of successful use of large influxes of funding.

**Funding will be used to expand, not duplicate, existing services:** This grant funding will allow for a significant expansion of our vital Wellness Center services, which are currently only available to one campus (Eureka High School), and gives us limited opportunities to hire credentialed staff, or provide workforce development for students who plan on specializing in school-based mental health services.

The past funding has built a successful foundation for further expansion of these effective and well-received programs. The additional funds will not supplant those funds, but will instead allow for a significant expansion of services, bolstering the existing services, and working towards sustainability through our new expanded billing practices.

**Integrated Funding Streams:** The close partnership being developed by the CCSPP Grant, which includes the Wellness Center, the Family Resource Center, and the supportive groundwork set by the Mental Health Demonstration Grant will allow for a mutually beneficial relationship to be established with SBHIP and its intended goals. SBHIP will ensure that the programs will collaborate in a way to make sure the funding is used as effectively and efficiently as possible, with the programs shoring up student and PD needs.

**Leadership:** Leaders across all levels of Eureka City Schools will be engaged in program implementation and evaluation. Two of the members of our Leadership Team hold positions on Eureka City Schools Cabinet, which oversees district-wide policies, practices, and programs.

**The Likelihood the Project Will Result in Lasting Change:** ECS has extensive experience managing and evaluating school initiatives. Through this work we have identified three key predictors likely to produce change and improvement:

1) ***Level of interest and support from school and district administrators.*** When they **fully support and understand a program,** administrators build consensus and support with faculty and staff. In planning meetings, administrators have expressed universal support for implementing a plan that addresses the mental health needs of our students.

2) ***Programs implemented with fidelity result in improved student learning, behavior and success.*** Since 2014 project partners have used a Program Implementation Fidelity Matrix (PIFM), described in Evaluation, to measure project and component level implementation. In all cases where the PIFM reported high fidelity levels, programs achieved and usually exceeded the goals. The project's design is informed by these successful programs.

(3) ***A high level of teacher, counselor, and staff support with job-embedded, ongoing coaching and supervision:*** ECS will provide extensive and ongoing support. Through its evidence-based design, five-year duration, commitment to increasing the number of MHSPs in schools, partnership with Cal Poly, and intentional focus on increasing the capacity of professionals in our schools —and not jumping to quick solutions—our program offers a real chance to create lasting change. The ultimate proof will be the implementation of mental health services at schools as measured in part by the number of adults prepared to support children's mental health and the number of students served.  In the short term, widespread community support and the implementation plan described in the next section of this proposal are evidence of the commitment to implement the project with fidelity.

Eureka City Schools - Eureka School- Based Mental Health Services Grant Proposal

**Evaluation**  --------------------------------------------------------------------------------

**Program Measures, Goals & Objectives:** The Eureka School Based Mental Health Services Program will evaluate three measurable project goals along with the six required program performance measures. All goals and measures are supported by project-level data-driven performance measures focused on staff and students.

| Program Performance Measures | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| (a) Unduplicated, cumulative number of new school-based MHSPs hired by LEA with demonstrated high needs | 5 | 5 | 5 | 5 | 5 |
| *Note: ECS will hire and train 4 full-time credentialed MHSPs (may include LCSW, School Social Workers, or other credentialed provider) for these positions. ECS will also employ, 1 Program Director, who will provide MH services to students.* **Why this is ambitious**: Currently ECS is significantly understaffed. Bringing on additional credentialed MHSP will significantly expand the pool of providers for the systems, and expand embedded services from one campus to all 8 school campuses. | | | | | |
| (b) Unduplicated, cumulative number of new school-based MHSPs retained by LEA with demonstrated high needs | 0 | 5 | 5 | 5 | 5 |
| *Note: Due to investments in support, competitive salaries, and continuing education and training opportunities, we expect to retain a significant portion of our credentialed staff. When the need to hire does arise, we expect to be able to hire ECS trained interns.* **Why this is ambitious**: Humboldt County faces a lack of credentialed MHSPs. ECS understands that the pressures to maintain staff in a high-cost-of-living, low-wage area are complicated. We are committed to investing in our staff through a variety of supports, including extensive professional development, ensuring a high rate of retention for these positions. | | | | | |
| (c) The ratio of students to school-based MHSP for LEA with demonstrated need, | 1 to 317 | 1 to 281 | 1 to 281 | 1 to 281 | 1 to 281 |
| *Note: Our current aggregate rate of MHSP to students is 1 FTE provider to 407 students.* **Why this is ambitious**: Bringing on the additional MHSP will allow us to significantly shift the ratio of students to MHSPs across the board, improving access for students and decreasing caseloads for providers. | | | | | |
| (d) The attrition rate of school-based MHSP | 13% | 10% | 10% | 10% | 10% |
| *Note: Current 2 year average rate of attrition is 13%.* | | | | | |

AR001972

Eureka City Schools - Eureka School- Based Mental Health Services Grant Proposal

| | | | | | |
|---|---|---|---|---|---|
| **Why this is ambitious**: Attrition rates are high across the county. Decreasing the rate will impact the continuity of services, allow students to build trust with providers, and limits service gaps for students. | | | | | |
| (e) The total number of students who received school-based MH services as a result of this grant | 80 | 400 | 400 | 400 | 400 |
| **Why this is ambitious**: Expanding embedded Wellness Center mental health services from one campus to 8 campuses will allow for a significant expansion of both staff and students served. | | | | | |
| (f) Number of LEAs who met the goal of increasing diversity of school-based mental health service providers | 0 | 1 | 1 | 1 | 1 |
| *Notes:* The goal is to be able to meet with metric by Y2, with a goal of 50% of new hires being *from diverse backgrounds (per RFP definition).* **Why this is ambitious**: Ensuring the service provider pool is diverse will ensure students and families feel supported, safe, and seen when accessing MH services. 50% is a high target, and will be possible through collaboration as we specifically recruit and train diverse candidates. | | | | | |

| Project Goal 1: Number of interns placed at Wellness Center locations | | | | | |
|---|---|---|---|---|---|
| **Performance Measure** | **Y1** | **Y2** | **Y3** | **Y4** | **Y5** |
| Place up to 8 interns per year at the embedded Wellness Center hubs | 0 | 8 | 8 | 8 | 8 |
| *Notes: Starting in August 2023 ECS will train and place interns from a variety of disciplines and levels (including Masters and Bachelors level placements). For this measure, we are counting all internship placements with the Wellness Center satellite hubs.* **Why this is ambitious**: This will expand the services available in the Wellness Center hubs and provide effective training for interns, supporting our goal of expanding the MHSPs pool. | | | | | |

| Project Goal 2: Number of trainings and number of individuals trained | | | | | |
|---|---|---|---|---|---|
| **Performance Measure** | **Y1** | **Y2** | **Y3** | **Y4** | **Y5** |
| (a) The number of training and/or technical assistance events to support implementation provided annually to interns and partners. | 2 | 5 | 5 | 5 | 5 |
| (b) The number of school staff and interns participate in these trainings. | 20 | 50 | 50 | 50 | 50 |

| | | | | | |
|---|---|---|---|---|---|
| (c) The number of school staff or interns trained to provide mental health-focused trainings. | 1 | 5 | 5 | 5 | 5 |

| |
|---|
| *Notes: (b) Annual count: One person being trained at two different events = 2* <br> *(c) One person trained as a trainer in two different programs = 2* <br> **Why this is ambitious**: The project will build local capacity in a sustainable way by training up to 50 people a year in evidenced-based mental health supporting methods which will prepare local schools to better serve students and families. By training trainers of trainers the project's high-need LEAs will be able to continue to train staff and partners after funding ends. |

| Project Goal 3: Sustain the program beyond Federal funding. | | | |
|---|---|---|---|
| **Performance Measure** | **2024** | **2025-26** | **2027** |
| Develop a sustainability plan for key program components. | Begin planning | Plan development | Plan finalized |
| *Notes: Sustainability is discussed on pages 19 and 22.* <br> **Why this is ambitious**: ECS plans on working to ensure a sustainable, steady funding stream for the School Based Mental Health Services Project. | | | |

**Data Collection & Reporting Methods:** The evaluators will work with project and partner staff to collect required data, attend PD, and prepare data reports for analysis. They will prepare the Program Implementation Fidelity Matrix (PIFM) and help prepare reports. Program-level implementation data will be collected and reviewed using a PIFM, and service delivery data (i.e., the number of clients served, and types of services) will be recorded daily by the participants and their supervisors and mentors. Data will be reviewed by their clinical supervisor and project staff. Service data will be collected at the school site by the providers.

**Evaluators:** The evaluation will be led by Jack Bareilles, and supported by consultant Taffy Stockton. Mr. Bareilles has served as director or evaluator for more than 50 US Ed., state and foundation grants, including the Humboldt County Mental Health Triage Grant, the multiple American Indian Education Demonstration Grants, MTSS projects, and Two Feathers' Garrett Lee Smith Suicide Prevention grant. He will work with project and partner staff to collect required data, prepare the Program Implementation Fidelity Matrix, and prepare reports.

**Evaluation methods**: The project's goals include **objectives** and evidence **measures** to "test" progress towards meeting grant goals. The evaluation will use these to measure the level of program fidelity. In the first 90 days of the project the evaluators will gather baseline data, develop the Program Implementation Fidelity Matrix (PIFM and) refine the evaluation plan to ensure the data collected allows for measuring program fidelity. One example is surveys: before a specific activity, participants take a short survey, followed by the activity, and then a similar post-lesson survey will provide the impact data of the intervention.

The project evaluation plan will assess progress towards project goals by regularly collecting and reviewing project data. The data collected will inform the program implementation, and will be made available to partners upon request, as appropriate within FERPA and HIPAA. The types of high-quality data to be collected include but are not limited to: **baseline data** (including required program data); **daily or weekly data** like number of students served, referral, and suspension data; **monthly data** such as attendance and tiered-activities delivered data; **quarterly/semester data** including project activities and delivery of trainings; and **annual data** like program and project goals, which includes the program measures and goals listed earlier.

**Capacity to Collect & Report Reliable Data:** Eureka City Schools has a long and successful track record of effective data tracking and reporting. We have demonstrated this in many past and current projects, including the Mental Health Demonstration Grant mentioned earlier in this proposal and the many other projects funded by the Department of Education.

## Other Attachment File(s)

**\* Mandatory Other Attachment Filename:** `1238-ECS - ESBMHS Grant 2022 - Letters of Support`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13748255    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:19:54 PM EDT

AR001976

Eureka City Schools - Eureka School Based Mental Health Services Grant Proposal

## Letter of Support Table of Contents   --------------------------------------------------------

| | |
|---|---|
| Open Door Community Health Centers | 2 |
| Humboldt County Department of Health Human Services, Behavioral Health | 3 |
| Cal Poly Humboldt Social Work Department | 5 |
| Yurok Tribe Education Department | 6 |
| NAACP, Eureka Branch 1036 | 7 |
| Humboldt County Office of Education | 9 |
| Fortuna Elementary School District | 10 |
| South Bay School District | 12 |
| Cal Poly Humboldt Psychology Department | 14 |
| McKinleyville Union School District | 15 |
| Cal Poly Humboldt University Sponsored Programs | 17 |

**open door**
Community Health Centers

⌐ Administration, Finance,
and Human Resources
1275 Eighth Street
Arcata, CA 95521
(707) 826-8633

⌐ Billing
1385 Eighth Street
Arcata, CA 95521
(707) 826-8642

Burre Dental Center
Mobile Dental Services
959 Myrtle Avenue
Eureka, CA 95501

Del Norte Community
Health Center
550 East Washington Boulevard
Crescent City, CA 95531

Eureka Community
Health & Wellness Center
2200 Tydd Street
Eureka, CA 95501

Ferndale Community
Health Center
638 Main Street (PO Box 1157)
Ferndale, CA 95540

Fortuna Community
Health Center
3750 Rohnerville Road
Fortuna, CA 95540

Humboldt Open Door Clinic
770 Tenth Street
Arcata, CA 95521

McKinleyville Community
Health Center
1644 Central Avenue
McKinleyville, CA 95519

Mobile Health Services /
Telehealth & Visiting
Specialists Center
2426 Buhne Street
Eureka, CA 95501

NorthCountry Clinic
785 18th Street
Arcata, CA 95521

NorthCountry Prenatal Services
3800 Janes Road, Suite 101
Arcata, CA 95521

Open Door Downtown
622 H Street,
Eureka, CA 95501

Open Door Gynecology Services
3770 Janes Road,
Arcata, CA 95521

Redwood Community
Health Center
2350 Buhne Street, Suites A & C
Eureka, CA 95501

Willow Creek Community
Health Center
38883 Highway 299
Willow Creek, CA 95573

Member Services
550 E Washington Blvd, Suite 100
Crescent City, CA 95531

963 Myrtle Avenue
Eureka, CA 95501

October 31, 2022

Fred Van Vleck
Superintendent, Eureka City Schools
2100 J Street
Eureka, CA 95501

Dear Mr. Van Vleck,

Open Door Community Health Centers supports Eureka City Schools in their Eureka School Based Mental Health Services Program proposal to the United States Department of Education through the School- Based Mental Health Services Grant Program.

Open Door Community Health Centers is acutely aware of the need for mental health services for school-age children and their families. There is a vital need for trained mental health practitioners like Social Workers who are both trained and comfortable working in the school setting. By training credentialed mental health providers, the Eureka School Based Mental Health Services Program will greatly expand the potential workforce to provide school-based mental health services.

For more than 20 years Open Door Community Health Centers has supported school-site delivered health services. This ranges from dental health van visits to local elementary schools to health screenings and other community health focused activities at local schools. It also includes our new partnership with Eureka City Schools to provide school-based mental health services through our partnership in the Eureka City Schools Wellness Center.

The Eureka School Based Mental Health Services Program's innovative Wellness Center partnership with us offers a path to expand school-embedded mental health services. In the event of funding, Open Door Community Health Centers is willing to partner with the Eureka City Schools in the following ways:

- Allow identified Open Door staff to attend relevant training and planning sessions with both Eureka City Schools and participating district staff to develop a common understanding of the needs of local K-12 students.
- Continue to participate in the Eureka School Based Mental Health Services Wellness Center Program Advisory Committee, to facilitate more aligned student and family support and care.
- Recruit, as appropriate, Cal Poly Humboldt graduates to work for Open Door Community Health Centers —as job openings occur.
- Continue our partnership with ECS regarding the School Based Wellness Center.

Open Door Community Health Centers believes the Eureka School Based Mental Health Services Program proposal offers the chance to sustainably expand school-based health services for K-12 students. Open Door Community Health Centers enthusiastically supports the proposal.

Sincerely,

Tory Starr,
President/Executive Officer



Behavioral Health
Emi Botzler-Rodgers, MFT, Director
720 Wood Street, Eureka, CA 95501
phone: (707) 268-2990 | fax: (707) 476-4049

November 2, 2022

To:  Fred Van Vleck, Eureka City Schools
From:  Jeremy Nilsen, Deputy Branch Director, Children's Behavioral Health, Humboldt County
Department of Health & Human Services

The Humboldt County Department of Health & Human Services: Children's Behavioral Health
is excited to support Eureka City Schools on the Eureka School Based Mental Health Services
Program proposal to the United States Department of Education through the Mental Health
Service Professional Demonstration Grant Program.

Children's Behavioral Health is acutely aware of the need for mental health services for school-
age children as well as their families—particularly youth who struggle with Adverse Childhood
Experiences as well as those who are affected by opioid and other substance use disorders.

While Children's Behavioral Health has Licensed Mental Health Clinicians working throughout
the county to assess and support youth and their families, Humboldt County has a limited
number of mental health professionals available to provide services.  This grant opportunity
would enable Eureka City Schools to expand their Wellness Center availability to all Eureka City
Schools, increasing access to supportive services for students.

I am pleased that Eureka City Schools is partnering with the Humboldt County Office of
Education and other partners to serve K-12 students.  As you know, through a California Mental
Health Services Oversight and Accountability Commission school-based triage grant is now
basing a triage-focused clinician in the Eureka City Schools, Fortuna Elementary, Klamath
Trinity, Northern and Southern Humboldt attendance areas.  These school-based crisis
Clinicians, while serving multiple schools and up to 5,500 students, are ideally situated to work
with the school staff, the MSW graduate student interns, and, in time, credentialed School Social
Workers to expedite referrals to Children's Behavioral Health for assessment as well as family
and community support services.

Humboldt County Children's Behavioral Health strongly supports school-site delivered mental
health services. Over the past decade across the county the Behavioral Health Branch has worked
with local schools and Family Resource Centers to support the delivery of mental health services
to eligible children and their families at schools and at school-site located Family Resource
Centers.  The Eureka School Based Mental Health Services Program provides the opportunity to
expand upon our local initiatives to provide health services to students at school where students
come daily.

DHHS Administration
phone: (707) 441-5400
fax: (707) 441-5412

Public Health
phone: (707) 445-6200
fax: (707) 445-6097
PR/Award # S184H220170
Page e47

Social Services
phone: (707) 476-4700
fax: (707) 441-2096

3
AR001979

Humboldt County Department of Health & Human Services

In the event of funding, Humboldt County Department of Health & Human Services: Children's Behavioral Health is willing to support Eureka City Schools in the following ways:

- Provide release time for relevant Humboldt County Department of Health & Human Services: Children's Behavioral Health staff to collaborate with the school district and other program partners.
- Allow Behavioral Health Branch clinicians, case managers, and staff to attend relevant training and planning sessions with both Eureka School Based Mental Health Services Program staff to develop a common understanding of the needs of local K-12 students, as available.
- Participate in the Eureka School Based Mental Health Services Program Advisory Committee to facilitate more aligned student and family support and care.
- Partner with Eureka City Schools and partners to provide training for school personnel, such as Youth Mental Health First Aide.
- Collaborate with Eureka City Schools and partners to provide crisis response to students.
- Recruit, as appropriate, Cal Poly Humboldt MSW graduates to work for Humboldt County Children's Behavioral Health—as job openings occur.

Humboldt County Children's Behavioral Health views the Eureka School Based Mental Health Services Program as a unique opportunity to sustainably expand mental health services for youth, their parents and families. The Behavioral Health Branch provides this letter of commitment and supports this application enthusiastically and without reservation.

_Jeremy Nilsen_
_____        11/2/22
Jeremy Nilsen, MFT                      Date
Deputy Branch Director, Children's Behavioral Health
Humboldt County Department of Health & Human Services



# CAL POLY HUMBOLDT

**Department of Social Work**

| | |
|---|---|
| 707 826-4567 | PHONE |
| 707 826-4443 | MAIN |
| Jlk45@humboldt.edu | EMAIL |
| 707 499-4757 | ALT |

November 1, 2022

Mr. Van Vleck,

The Social Work Program at Cal Poly is delighted to provide this letter of support Eureka City Schools' proposed Eureka City Schools School- Based Mental Health Services Grant Program. The Cal Poly Department of Social Work supports the efforts of Eureka City Schools to increase the number of mental health service providers and improve mental health services for students. The Department of Social Work is committed to on-going collaboration with local schools focused on increasing the number of School Social Workers and Counselors locally.

The Cal Poly Social Work Program will work with Eureka City Schools and partners on strategies to increase the number of graduate students that opt to do their required internship local schools. We will work with Eureka City to ensure interns have a well-rounded internship that provides them the opportunity to build their capacity in all aspects of service delivery.

Additionally, we will work with Eureka City Schools and partners to schedule presentations to our Social Work Students focused on considering local schools as an internship site location. The Social Work Department will work with the schools to sustain a collaborative partnership beyond the duration of the federal grant with a continued focus on increasing the number of School Social Workers in the region.

Humboldt as well as other communities in the region, have far too few mental health providers to meet the needs of students. Simply put, the mental health needs in Humboldt County are enormous and there needs to be more licensed professionals. We applaud the efforts Eureka City Schools to help increase the number of mental health providers in Humboldt County.

Dr. Jamie Jensen
Chair Department of Social Work
Cal Poly Humboldt

1 Harpst Street, Arcata, California 95521-8299 | humboldt.edu/socialwork

THE CALIFORNIA STATE UNIVERSITY • Bakersfield • Channel Islands • Chico • Dominguez Hills • East Bay • Fresno • Fullerton • Humboldt • Long Beach • Los Angeles • Maritime Academy
Monterey Bay • Northridge • Pomona • Sacramento • San Bernardino • San Diego • San Francisco • San Jose • San Luis Obispo • San Marcos • Sonoma • Stanislaus

PR/Award # S184H220170
Page e49

5
AR001981



# YUROK TRIBE

*190 Klamath Boulevard ● Post Office Box 1027 ● Klamath, CA 95548*

October 28, 2022

Mr. Van Vleck,

The Yurok Tribe Education Department is delighted to provide this letter in support of Eureka City Schools - Eureka School Based Mental Health Services Program proposal to the United States Department of Education through the School- Based Mental Health Services Grant Program.

The Yurok Tribe is supportive of the efforts of Eureka City Schools to improve mental health services in the local school system across Humboldt's many districts.  The Yurok Tribe Education Department, as the educational lead for California's largest American Indian Tribe, is committed to supporting any effort to increasing our collective capacity to assist local schools in providing all students, both Native and non-Native with the mental health services they need. Mental health and social emotional support services in rural Northern California is greatly needed especially surrounding the pandemic.

In the event of funding, the Yurok Tribe Education Department agrees to collaborate with Eureka City Schools in assisting in the implementation of the Eureka School Based Mental Health Services Program Grant.

The Yurok Tribe will participate in the Eureka School Based Mental Health Services Program by:
1. Dedicating staff to participate in professional development and coaching to increase the capacity of Tribe in assisting ECS and other local schools in their efforts to implement the Eureka School Based Mental Health Services Program.
2. Meaningfully collaborating with ECS and project partners as needed.
3. Collaborate with Eureka City Schools and partners to recruit diverse candidates for participation in grant projects.
4. Coordinating tribal efforts with the appropriate Fed, State and local resources.
5. Participate in planning sustainability for key program components and have at least one Yurok Tribe staff member participate on the Sustainability Planning Team.

Sincerely,

**Jim McQuillen**  Digitally signed by Jim McQuillen
Date: 2022.10.28 10:14:00 -07'00'

Jim McQuillen, PPS, MFT
Yurok Tribe Education Director
California State Board of Education Member



# EUREKA BRANCH - 1036

POST OFFICE BOX 1434
EUREKA, CALIFORNIA 95502
707 502-2546
CONTACT@EUREKANAACP.ORG

10/31/22

To the United States Department of Education

The Eureka Branch of the National Association for the Advancement of Colored People supports the Eureka City Schools application for a US Department of Education School Based Mental Health Services Grant to support a collaborative partnership between local schools, CPH and community partners and address the shortage of school based mental health service providers locally.

The mission of the National Association for the Advancement of Colored People (NAACP) is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate race-based discrimination. One way to work towards accomplishing this mission is to support the training and placement of diverse school social workers, school psychologists and school counselors in the schools. An added benefit of diversifying the workforce to more closely reflect the local population as diverse students benefit from being taught and supported by well-prepared professionals who share a common background and are rooted in the local community. Furthermore, hiring local residents who are already established in the community increases staff retention.

One barrier to entering the education profession is the cost of the additional years study to complete a master's degree and credential. This is particularly true of potential candidates who already have significant student debt or are from lower income backgrounds. For this reason, the Eureka Branch of the NAACP is pleased Eureka City Schools is working to provide residency program where participants will have the opportunity to not only receive a stipend to more than cover the cost of tuition, but also potential opportunities to work in the schools where they also serve as residents and potentially earn money during their graduate studies.

The NAACP believes every child deserves an opportunity to reach their full potential. But our education systems are collapsing under inequity, and it's mostly because of poverty. Students who experience severe economic obstacles perform worse than students who have access to more wealth. This application, with its focus on diversifying the MHSP workforce to be more representative of the local student population, has the potential to address educational inequities from children's first days of schools.

- **EUREKA BRANCH EXECUTIVE COMMITTEE** -

PRESIDENT: Sharrone Blanck  |  FIRST VICE PRESIDENT: Dr. Kintay Johnson  |  SECOND VICE PRESIDENT: Valetta Molofsky

SECRETARY: Leslie Rodelander  |  TREASURER: Jeanne Albertson  |  PAST PRESIDENT: A.V. Powell



# EUREKA BRANCH - 1036

POST OFFICE BOX 1434
EUREKA, CALIFORNIA 95502
707 502-2546
CONTACT@EUREKANAACP.ORG

The Eureka Branch of the NAACP supports these efforts to recruit and retain a diverse school counseling workforce that reflects the community by assisting in recruiting, outreach strategies and program development. The Eureka Branch of the NAACP supports project's goal to increase the number of local residents (specifically People of Color) serving as MHSPs in local schools. We believe this is particularly important because while locally, approaching half of all students are non-white, nearly nine in ten local teachers and credentialed staff are white. This proposal will support of efforts to increase the diversity and quality of educators.

Eureka City Schools agrees to:

(1) Work with local community organizations, including the Eureka Branch of the NAACP, Tribes, Native American organizations, and Cal Poly Humboldt to identify and recruit potential students to enter into the US Department of Education supported program;

(2) Work with local community organizations, including the Eureka Branch of the NAACP, Tribes, Native American organizations, and Cal Poly Humboldt to assist graduates with job placement;

The Eureka Branch of the NAACP agrees to:

(1) Work as we are able with local Tribes, Native American serving organizations, community organizations, the schools and Cal Poly to recruit potential students to enter into the program;

(2) Work as we are able with ECS, Cal Poly, Tribes and other community organizations, to provide training in cultural competence for program candidates.

Sharrone Blanck
President, Eureka Branch of the National Association for the Advancement of Colored People

- EUREKA BRANCH EXECUTIVE COMMITTEE -

PRESIDENT: Sharrone Blanck | FIRST VICE PRESIDENT: Dr. Kintay Johnson | SECOND VICE PRESIDENT: Valetta Molofsky

SECRETARY: Leslie Rodelander | TREASURER: Jeanne Albertson | PAST PRESIDENT: A.V. Powell



Humboldt County
Office of Education

Michael Davies-Hughes
*Superintendent of Schools*

November 1, 2022

To:    Fred Van Vleck, Ed.D., Superintendent
       Eureka City Schools

From:  Tanya Trump, Director of Career and College Resources
       Humboldt County Office of Education

The Career and College Resources Department at the Humboldt County Office of Education is pleased to partner with Eureka City Schools on its grant proposal to the US Department of Education through the School-Based Mental Health Services Grant Program.

The Career and College Resources Department supports students, teachers, counselors and administrators across the county. This includes convening the Career and College Student Support Network (CCSSN) throughout the year. CCSSN meetings and activities bring local school counselors and student support staff together to share resources, develop networks to better support students, and highlight different programs and provide an opportunity to engage with peers, ask questions, and network with other agencies that support students.

The Humboldt County Office of Education Career and College Resources Department through the CCSSN is eager to support School Mental Health Service Providers in training through your project by inviting them to attend CCSSN meetings where they will meet successful practicing student support staff including counselors and school social workers, administrators and other student-serving staff from local schools.

In the event of funding, our Department looks forward to meeting with project staff to identify other opportunities to support the professional growth of school based mental health service providers in training.

Tanya Trump, MA
Director
Career and College Resources Department
Humboldt County Office of Education



# Fortuna Elementary School District

Jeffry E. Northern, M.A., District Superintendent
500 9th Street, Fortuna, California 95540-1997 • 707/725-2293    FAX 707/725-2228

October 25, 2022

**Eureka School-Based Mental Health Services Program
Letter of Commitment**

To:     Fred Van Vleck, Superintendent
        Eureka City Schools
From:   Jeff Northern, Superintendent
        Fortuna Elementary School District

Fortuna Elementary School District is delighted to partner with Eureka City Schools on the Eureka School-Based Mental Health Services Program proposal to the United States Department of Education through the School-Based Mental Health Services Grant Program.

As part of Fortuna Elementary School District's participation in the Eureka School Based Mental Health Services Program we agree to do the following:

Collaborate with Eureka City Schools and other local partners to build our capacity to support our students and families:

1. Developing skills of school personnel to organize the components: school-based mental health services, funding, PD, coaching, and interagency coordination for providing services.
2. Developing a cadre of trained and experienced staff to provide training and ongoing coaching to school staff in evidenced-based practices like Trauma Informed Practices and Youth Mental Health First Aid.
3. Improving the quality and accessibility of individual school and LEA data collection and analysis.
4. Working with Eureka School-Based Mental Health Services Program staff to support improvements in school climate resulting in a more engaging classroom climate and improvement in overall student achievement.
5. Provide release time for relevant district staff to collaborate with ECS, Cal Poly Humboldt, and other program partners.

---

Ambrosini Elementary
Angela Schuetzle, Principal
3850 Rohnerville Road
707/725-4688  Fax 707/725-4941

Walker Elementary
Helen Nelson, M.A., Principal
2089 Newburg Road
707/725-2519  Fax 707/725-2085

Fortuna Middle School
Saul Lewis, Principal
843 L Street
707/725-3415  Fax 707/725-6240

Toddy Thomas Middle School
Mathew Bigham, M.A., Principal
2800 Thomas Street
707/725-5197  Fax 707/725-8637

10

AR001986



# Fortuna Elementary School District

Jeffry E. Northern, M.A., District Superintendent
500 9th Street, Fortuna, California 95540-1997 • 707/725-2293   FAX 707/725-2228

6. Coordinate school efforts with the appropriate Federal, State, and local resources.
7. Host, if mutually agreeable, Cal Poly Humboldt Master of Social Work interns to provide mental health and other services to our students and families. By hosting an intern, we agree to allow and support clinical supervision by Cal Poly Humboldt and additional support from Eureka School-Based Mental Health Services Program staff.

The district also agrees to:

1. As appropriate, host trainings by Eureka School-Based Mental Health Services Program staff and partners for our teachers, staff, and other stakeholders at district schools.
2. Host Eureka School-Based Mental Health Services Program staff, consultants, and evaluators in our schools.
3. Participate in planning sustainability for key program components and have at least one district administrator participate in the Advisory Committee and in time the Project Sustainability Planning Team.

Fortuna Elementary School District looks forward to working with ECS, Cal Poly Humboldt, and other partners to develop and implement improved mental health supports and services in our schools.

Jeff Northern
Superintendent
Fortuna Elementary School District

Ambrosini Elementary
Angela Schuetzle, Principal
3850 Rohnerville Road
707/725-4688   Fax 707/725-4941

Walker Elementary
Helen Nelson, M.A., Principal
2089 Newburg Road
707/725-2519   Fax 707/725-2085

Fortuna Middle School
Saul Lewis, Principal
843 L Street
707/725-3415   Fax 707/725-6240

Toddy Thomas Middle School
Mathew Bigham, M.A., Principal
2800 Thomas Street
707/725-5197   Fax 707/725-8637

PR/Award # S184H220170
Page e55

2
11

AR001987

Eureka School Based Mental Health Services Program
Letter of Commitment

October 25, 2022

To:    Fred Van Vleck, Eureka City Schools
From: Teri Waterhouse, Superintendent, South Bay School District

South Bay School District is delighted to partner with Eureka City Schools on the Eureka School Based Mental Health Services Program proposal to the United States Department of Education through the School- Based Mental Health Services Grant Program.

As part of South Bay School District's participation in the Eureka School Based Mental Health Services Program we agree to do the following:

Collaborate with Eureka City Schools and other local partners to build our capacity to support our students and families:

1. Developing skills of school personnel to organize the components: school based mental health services, funding, PD, coaching, and interagency coordination for providing services.
2. Developing a cadre of trained and experienced staff to provide training and ongoing coaching to school staff in evidenced based practices like Trauma Informed Practices and Youth Mental Health First Aid.
3. Improving the quality and accessibility of individual school and LEA data collection and analysis.
4. Working with Eureka School Based Mental Health Services Program staff to support improvements in school climate resulting in a more engaging classroom climate and improvement in overall student achievement.
5. Provide release time for relevant district staff to collaborate with ECS, Cal Poly Humboldt, and other program partners.
6. Coordinate school efforts with the appropriate Federal, State, and local resources.
7. Host, if mutually agreeable, Cal Poly Humboldt Master of Social Work interns to provide mental health and other services to our students and families. By hosting an intern, we agree to allow and support clinical supervision by Cal Poly Humboldt and additional support from Eureka School Based Mental Health Services Program staff.

The district also agrees to:

1. As appropriate, host trainings by Eureka School Based Mental Health Services Program staff and partners for our teachers, staff, and other stakeholders at district schools.

2. Host Eureka School Based Mental Health Services Program staff, consultants, and evaluators in our schools.
3. Participate in planning sustainability for key program components and have at least one district administrator participate in the Advisory Committee and in time the Project Sustainability Planning Team.

South Bay School District looks forward to working with ECS, Cal Poly Humboldt, and other partners to develop and implement improved mental health supports and services in our schools.

Teri Waterhouse
Superintendent
South Bay School District

# CAL POLY HUMBOLDT

**Department of Psychology**
**School Psychology Program**

November 1, 2022

RE: Eureka City Schools School Based Mental Health Services Program

Dr. Van Vleck,

The School Psychology Program at California Polytechnical University Humboldt is delighted to provide this letter of support for the Eureka City Schools School Based Mental Health Services Program. The School Psychology Program is supportive of the efforts Eureka City Schools to increase the number of mental health service providers and improve mental health services to students in Humboldt County. The School Psychology Program is committed to on-going collaboration with Eureka City Schools and other local schools focused on increasing the number of School Psychologists in Humboldt County and the region.

As part of our collaborative partnership with ECS, the School Psychology Program will work with the district on strategies to increase the number of 3rd Year School of Psychology graduate students that opt to do their required internship in its schools or the schools of its partner K-8 districts.  In addition to incentivizing the experience for the interns and mentors, we will work with the project consortium to ensure interns have a well-rounded internship that provides them the opportunity to build their capacity in all aspects of school psychological service delivery.

To increase the number of Cal Poly students pursuing the path to become a school psychologist, we will collaborate with the schools on presentations to senior level undergrads promoting the School Psychologist career option. Additionally, we will work with Northern Humboldt to schedule presentations to our School Psychology Practicum Students focused on considering local schools as an internship site location. The School Psychology Program will work with Eureka City Schools to sustain a collaborative partnership beyond the duration of the federal grant with a continued focus on increasing the number of School Psychologists in the region.

The School Psychology Program is excited to partner with Eureka City Schools to help bridge this service gap.  Simply put, the mental health needs in Humboldt County are enormous and there needs to be more licensed professionals. We applaud the efforts of Eureka City Schools to help increase the number of school-based mental health providers in Humboldt County.

Francis J. DeMatteo, Ed.D., NCSP
Professor & Director
School Psychology Program
Cal Poly Humboldt

1 Harpst Street, Arcata, California  95521-8299  |  humboldt.edu/website

THE CALIFORNIA STATE UNIVERSITY  •  Bakersfield  •  Channel Islands  •  Chico  •  Dominguez Hills  •  East Bay  •  Fresno  •  Fullerton  •  Humboldt  •  Long Beach  •  Los Angeles  •  Maritime Academy
Monterey Bay  •  Northridge  •  Pomona  •  Sacramento  •  San Bernardino  •  San Diego  •  San Francisco  •  San Jose  •  San Luis Obispo  •  San Marcos  •  Sonoma  •  Stanislaus

PR/Award # S184H220170
Page e58

14

AR001990



**McKinleyville**
**Union School District**

Julie Giannini-Previde
Superintendent
jgiannini@mckusd.org

Jeff Brock
Chief Business Official
jbrock@mckusd.org

MAIL
2275 Central Avenue
McKinleyville, CA
95519-3611

PHONE
(707) 839-1549

FAX
(707) 839-1540

HOURS
8:00 am – 4:00 pm
Monday-Friday

District Web Site
www.mckusd.org

Eureka School Based Mental Health Services Program
Letter of Commitment

October 28, 2022

To:    Fred Van Vleck, Eureka City Schools
From:  Julie Giannini, Superintendent, McKinleyville Union School District

McKinleyville Union School District is delighted to partner with Eureka City Schools on the Eureka School Based Mental Health Services Program proposal to the United States Department of Education through the School Based Mental Health Services Grant Program.

As part of McKinleyville Union School District's participation in the Eureka School Based Mental Health Services Program we agree to do the following:

Collaborate with Eureka City Schools and other local partners to build our capacity to support our students and families:

1. Developing skills of school personnel to organize the components: school based mental health services, funding, PD, coaching, and interagency coordination for providing services.
2. Developing a cadre of trained and experienced staff to provide training and ongoing coaching to school staff in evidenced based practices like Trauma Informed Practices and Youth Mental Health First Aid.
3. Improving the quality and accessibility of individual school and LEA data collection and analysis.
4. Working with Eureka School Based Mental Health Services Program staff to support improvements in school climate resulting in a more engaging classroom climate and improvement in overall student achievement.
5. Provide release time for relevant district staff to collaborate with ECS, Cal Poly Humboldt, and other program partners.
6. Coordinate school efforts with the appropriate Federal, State, and local resources.
7. Host, if mutually agreeable, Cal Poly Humboldt Master of Social Work interns to provide mental health and other services to our students and families. By hosting an intern, we agree to allow and support clinical supervision by Cal Poly Humboldt and additional support from Eureka School Based Mental Health Services Program staff.

The district also agrees to:

1. As appropriate, host trainings by Eureka School Based Mental Health Services Program staff and partners for our teachers, staff, and other stakeholders at district schools.
2. Host Eureka School Based Mental Health Services Program staff, consultants, and evaluators in our schools.
3. Participate in planning sustainability for key program components and have at least one district administrator participate in the Advisory Committee and in time the Project Sustainability Planning Team.

McKinleyville Union School District looks forward to working with ECS, Cal Poly Humboldt, and other partners to develop and implement improved mental health supports and services in our schools.

Julie Giannini-Previde
Superintendent
McKinleyville Union School District



SPONSORED PROGRAMS FOUNDATION
P.O. Box 1185
Arcata, CA 95518
Phone: (707) 826-4189 Fax: (707) 826-4783

October 28, 2022

Humboldt State University Sponsored Programs Foundation
1 Harpst Street
Arcata, CA 95521

Dear Mr. Van Vleck,

I am writing on behalf of Humboldt State University's Sponsored Programs Foundation.  It is our pleasure to collaborate with Eureka City Schools (ECS) on their proposal to the US Department of Education's School- Based Mental Health Services Grant Program competition entitled "Eureka School Based Mental Health Services Program**."** Please accept this letter as confirmation that we intend to support the project as outlined in the narrative.

The Eureka School Based Mental Health Services Program proposal is an exciting collaboration between the Cal Poly Humboldt Department of Social Work and Eureka City Schools and ECS's K-12 partners. The Eureka School Based Mental Health Services Program will train and place Cal Poly Humboldt students from the Master's of Social Work program in local schools where they can develop the skills needed to help local students and families succeed.

Poly Humboldt Sponsored Programs Foundation looks forward to being able to contribute to the "Eureka School Based Mental Health Services Program**."**

Sincerely,

DocuSigned by:

*Kacie Flynn*

778F1AA3FF8A405...

Kacie Flynn
Executive Director
Humboldt State University Sponsored Programs Foundation

THE CALIFORNIA STATE UNIVERSITY: Bakersfield, Channel Islands, Chico, Dominguez Hills, East Bay, Fresno, Fullerton, Humboldt, Long Beach, Los Angeles, Maritime Academy, Monterey Bay, Northridge, Pomona, Sacramento, San Bernardino, San Diego, San Francisco, San Jose, San Luis Obispo, San Marcos, Sonoma, Stanislaus

AR001993



AR001994

# 2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing
**California Department of Education (CDE) - School Fiscal Services Division**
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022

| County Code | LEA Code | Type | LEA Name | 2018–19 (based on 2016–17 expenditure data) | 2019–20 (based on 2017–18 expenditure data) | 2020–21 (based on 2018–19 expenditure data) | 2021–22 (based on 2019–20 expenditure data) | 2022–23 (based on 2020–21 expenditure data) |
|---|---|---|---|---|---|---|---|---|
| 08 | 10082 | C | Del Norte County Superintendent | 14.71% | 14.21% | 12.44% | 7.80% | 10.65% |
| 08 | 61820 | D | Del Norte County Unified | 3.96% | 3.08% | 4.28% | 4.47% | 4.95% |
| 12 | 10124 | C | Humboldt County Superintendent | 7.65% | 8.15% | 8.10% | 8.23% | 8.84% |
| 12 | 62679 | D | Arcata Elementary | 7.02% | 6.54% | 4.62% | 5.03% | 6.20% |
| 12 | 62687 | D | Northern Humboldt Union High | 7.30% | 6.67% | 5.33% | 5.43% | 6.36% |
| 12 | 62695 | D | Big Lagoon Union Elementary | 8.42% | 5.33% | 1.52% | 1.21% | 3.99% |
| 12 | 62703 | D | Blue Lake Union Elementary | 4.32% | 4.27% | 4.30% | 4.89% | 4.64% |
| 12 | 62729 | D | Bridgeville Elementary | 5.10% | 7.96% | 7.50% | 6.89% | 8.84% |
| 12 | 62737 | D | Cuddeback Union Elementary | 4.90% | 4.72% | 3.34% | 5.79% | 5.79% |
| 12 | 62745 | D | Cutten Elementary | 3.80% | 4.42% | 5.87% | 4.04% | 4.16% |
| 12 | 62794 | D | Fieldbrook Elementary | 4.33% | 4.23% | 5.63% | 4.08% | 4.17% |
| 12 | 62810 | D | Fortuna Union High | 3.20% | 4.79% | 5.18% | 7.72% | 5.56% |
| 12 | 62828 | D | Freshwater Elementary | 2.81% | 2.72% | 5.12% | 4.96% | 6.31% |
| 12 | 62836 | D | Garfield Elementary | 8.37% | 7.27% | 3.55% | 4.23% | 7.82% |
| 12 | 62851 | D | Green Point Elementary | 5.32% | 5.66% | 0.22% | 2.92% | 7.19% |
| 12 | 62885 | D | Hydesville Elementary | 4.15% | 6.69% | 4.04% | 3.57% | 3.62% |
| 12 | 62893 | D | Jacoby Creek Elementary | 3.16% | 3.30% | 1.45% | 1.79% | 3.79% |
| 12 | 62901 | D | Klamath-Trinity Joint Unified | 5.94% | 6.01% | 10.35% | 7.75% | 2.99% |
| 12 | 62919 | D | Kneeland Elementary | 7.21% | 9.37% | 5.71% | 4.47% | 4.93% |
| 12 | 62927 | D | Loleta Union Elementary | 5.40% | 6.28% | 3.32% | 2.59% | 7.61% |
| 12 | 62935 | D | Maple Creek Elementary | 4.30% | 8.25% | 2.52% | 2.44% | 5.29% |
| 12 | 62950 | D | McKinleyville Union Elementary | 5.10% | 5.09% | 5.10% | 5.82% | 6.15% |
| 12 | 62968 | D | Orick Elementary | 12.58% | 9.09% | 11.87% | 9.24% | 10.16% |
| 12 | 62976 | D | Pacific Union Elementary | 4.71% | 4.42% | 3.47% | 3.24% | 4.04% |
| 12 | 62984 | D | Peninsula Union Elementary | 9.99% | 7.80% | 5.72% | 6.18% | 5.19% |
| 12 | 63008 | D | Rio Dell Elementary | 2.44% | 3.80% | 3.51% | 3.50% | 5.51% |
| 12 | 63024 | D | Scotia Union Elementary | 3.48% | 2.73% | 3.01% | 3.84% | 3.62% |
| 12 | 63032 | D | South Bay Union Elementary | 7.86% | 5.29% | 4.36% | 6.15% | 7.37% |
| 12 | 63040 | D | Southern Humboldt Joint Unified | 5.56% | 5.96% | 4.60% | 6.24% | 8.55% |
| 12 | 63057 | D | Trinidad Union Elementary | 4.45% | 4.21% | 4.09% | 3.91% | 6.34% |

# 2022–23 Restricted Indirect Cost Rates for K–12 Local Educational Agencies (LEAs) – Five Year Listing
## California Department of Education (CDE) - School Fiscal Services Division
Rates approved based on standardized account code structure expenditure data
As of April 7, 2022

| County Code | LEA Code | Type | LEA Name | 2018–19 (based on 2016–17 expenditure data) | 2019–20 (based on 2017–18 expenditure data) | 2020–21 (based on 2018–19 expenditure data) | 2021–22 (based on 2019–20 expenditure data) | 2022–23 (based on 2020–21 expenditure data) |
|---|---|---|---|---|---|---|---|---|
| 12 | 75374 | D | Ferndale Unified | 5.97% | 3.24% | 4.09% | 4.61% | 5.44% |
| 12 | 75382 | D | Mattole Unified | 6.46% | 4.46% | 9.11% | 11.01% | 11.14% |
| 12 | 75515 | D | Eureka City Unified | 7.31% | 7.39% | 4.89% | 6.61% | 6.92% |
| 12 | 76802 | D | Fortuna Elementary | 6.14% | 5.63% | 4.52% | 5.36% | 5.94% |

AR001996

## School Social Worker

**PURPOSE STATEMENT:**

The School Social Worker is responsible for monitoring the needs and progress of identified students in targeted areas.  The position requires the ability to modify or adapt systems and programs in order to meet ongoing needs of disadvantaged students.  The School Social Worker may have budgetary responsibility within the scope of the position.  The position requires the ability to sequence and integrate multiple projects and programs, as well as develop both short and long term goals.  Regular contact with leadership at the school sites, District administration, outside agencies, students, and families is required. The position requires collaboration with stakeholders in the implementation of identified goals and objectives.  The School Social Worker is responsible for the development, coordination, and supervision of special projects, curriculum, and testing programs as assigned by the Site Principals or designees.

**ESSENTIAL FUNCTIONS**:

Specific duties include:

- Under the supervisor, collaborates with the school site Principal, CARE Specialist, and the school Psychologist to monitor student engagement including attendance, truancy, chronic absenteeism, and progress towards grade level proficiency and graduation requirements for targeted students
- Provides counseling services to students with the most intensive needs
- Provides ongoing monitoring and support to referred families
- Facilitates student assessment and data collection for academics, behavior, mental health, and social-emotional needs in order to make data-based decisions in the treatment and support of students
- Conducts home visits as needed
- Provides documentation as requested to evaluate student progress
- Participates on collaborative teams addressing student behavioral and emotional concerns as needed
- Acts as one of several resources for crisis intervention within and outside of the District
- Develops relationships with community agencies that offer services to school-aged students and their families
- Serves as a liaison between schools and community agencies, referring students and families as appropriate
- Collaborates with ECS staff and administration as well as outside agencies to provide services, supports, and referrals to students and families
- Collaborates county-wide with organizations to improve systems and supports
- Coordinates internal and external collaborative services in support of students
- Provides organized, individual, and/or group learning opportunities for students and/or

1

families as needed

- Provides individual counseling services to students
- Provides Tier 1 social-emotional support to students school wide (primarily at the elementary school level)
- Plans, leads, and evaluates small groups for students to promote social-emotional competence (i.e. confidence, interaction, problem solving, decision-making, understanding feelings, etc.)
- Communicates with families to maximize students' social and academic adjustments, interpret test scores, explain school policies, assist in parental understanding of child development, and provide support with basic needs or other issues as needed
- Conducts parent and/or teacher conferences as administrator designee including Student Study Team meetings, 504 meetings, Individualized Educational Program (IEP's) team meetings, and other meetings as needed
- Supervises the development and maintenance of student records, permanent records, cumulative records, transcripts, and transfers of assigned students
- Plans, leads, and evaluates professional development opportunities for interns, school staff, and the greater community
- Provides support and professional development opportunities to teachers and other school staff
- Provides knowledge of appropriate standards, content, materials, assessments, and resources
- Establishes, maintains, and enhances effective communication with members of the school community
- Supervises Social Work Interns
- Performs other duties as assigned by the supervisor

**OTHER RESPONSIBILITIES:**

- Demonstrates commitment to professional growth and ethical standards to advance the mission, goals, and policies of Eureka City Schools
- Demonstrates appropriate use of instructional technology and other educational tools to enhance and extend instruction
- Assists other personnel as may be required for the purpose of supporting them in the completion of their work activities
- Supports the District's direction and purpose within the functions of a team player
- Communicates with appropriate personnel for the purpose of receiving and/or providing information

**JOB REQUIREMENTS/ MINIMUM QUALIFICATIONS:**

***Skills Knowledge and Abilities:***

SKILLS are required to perform multiple non-technical tasks with an occasional need to upgrade skills due to changing job conditions. Specific skills required to satisfactorily perform the functions of the job include: operating standard office equipment; preparing and

2

maintaining accurate records and reports; utilizing pertinent software applications; and using technology to manage data and information.

Position requires knowledge of mental health disabilities within the education system and behavioral crisis interventions. Knowledge of programs and agencies that provide services to youth and families, as well as resources/programs available to support learning and graduation, and other supplemental support. Technological knowledge as required relative to the maintenance of records, required reporting, development of presentations as necessary for community, agency and District meetings, communication, and other as required by the position.

### *Working Environment:*

The usual and customary methods of performing the job's functions requires the following physical demands: some lifting, carrying, pushing and/or pulling; some climbing and balancing; some stooping, kneeling, crouching and/or crawling; significant reaching, dexterity and repetitive use of the hands. Generally the job requires 60% sitting, 20% walking, and 20% standing. The job is performed in a clean atmosphere, under minimal temperature variations, and with some hazardous conditions (e.g. mechanical, cuts, burns, infectious disease, high decibel noise).

### EDUCATION AND EXPERIENCE:

- Possession of Master's Degree in Social Work (MSW) from a CSWE accredited social work program – valid in California Schools
- Pupil Personnel Services (PPS) Credential with an authorization in School Social Work by the California Commission for Teacher Credentialing or ability to obtain PPS within one year of hire
- Minimum of three (3) years of experience in the mental health field

**CLEARANCES:**        Criminal Justice/Fingerprint Clearance (upon job offer)

**FLSA STATUS**:        Exempt

**SALARY SCHEDULE:**    Certificated Management, Class III

**CALENDAR:**        186  Work Days per school year

3

Eureka City Schools - Eureka School Based Mental Health Services Grant Proposal

## Resume Table of Contents ——————————————————————————————————

Lisa Claussen, Project Administrator                2

Julie Simpson, Project Clinical Director            3

Paul Ziegler, Leadership Team                       5

Ronda Evans, Leadership Team                        7

Sarahdee Duncan, Clinician                          10

Taffy Stockton, Consultant                          12

Jack Bareilles, Evaluation and Leadership Team      13

# LISA CLAUSSEN
## Educational Leader

2100 J Street, Eureka, CA 95501 | (707) 441-2425 | claussenl@eurekacityschools.org

## PROFESSIONAL GOAL

*As a leader in education, I strive to increase educator effectiveness and student achievement through strong communication between stakeholders. It is my desire to exceed my team's expectations by establishing learning environments that promote the best educational experience possible. I want to demonstrate my passion for the education process by including, impacting, and innovating.*

## WORK EXPERIENCE:

**Eureka City Schools, Eureka, CA**
Director of Student Services | August 2022 - present

**Visalia Unified School District, Visalia, CA**
Program Manager | July 2018-August 2022

**Natomas Unified School District, Sacramento, CA**
Coordinator and Director of Special Education | December 1, 2013-June 30, 2018 RSP/SDC
Teacher | August 2005-November 2013

## ITINERANT EXPERIENCE:

**Tulare County Office of Education, Visalia, CA** IMPACT New
Teacher Supervisor | August 2021-present

**Visalia Unified School District, Visalia, CA**
CASC Induction Support Coach | August 2020-present

## PERMITS AND CREDENTIALS:

- Education Specialist Mild/Moderate Clear
- Administrative Credential
- CA Child Development Directors Permit

## EDUCATION:

**Humboldt State University** Bachelor of Arts- Liberal Studies Elementary Education **National University** Masters of Science- Special Education

## PROFESSIONAL SKILLS:

- Data Driven Decision Making
- Balance Multiple Tasks with Deadlines Collaboration/
- Teamwork Across Departments Instructional and New
- Administrator Coach Organizes and Facilitates
- Professional Development

# Julie Simpson, LCSW, PPSC

simpsonj@eurekacityschools.org
(707) 502-9359

## EDUCATION

**Pupil Personnel Services Credential Program in Social Work**, 2012
California State University, Sacramento, Arcata, CA

**Master of Social Work** Children, Youth and Families, 2004
California State University Long Beach, Arcata, CA

**Bachelors in Recreation Administration**, Outdoor Recreation, 1988
San Diego State University, San Diego, CA

## PROFESSIONAL EXPERIENCE

**Project Director, Mental Health Demonstration Grant**

Eureka City Schools                                                 March 2020-present
Project development, implementation and oversight of mental health grant throughout Humboldt County. Providing professional development to teachers, social workers and school staff. Providing supervision to MSW Interns. Serving as school social worker at Alice Birney Elementary School. Collaborating with school administrators and staff, HSU social work department and partner organizations.

**Family Resource Center Director**                                   July 2013-August 2020

Mattole Valley Resource Center, Petrolia, CA
Founded a Family Resource Center in the lower Mattole Valley. Plan, administer, track, and evaluate multiple programs that promote the health and well-being of Mattole Valley children and families.  Supervise employees, manage grants and funding, organize events, and collaborate with agency partners.

**CalSWEC Title IV-E Project Coordinator**

Humboldt State University, Department of Social Work, Arcata, CA          October 2017-May 2020
Provide oversight, implementation, and monitoring of the Title IV-E program; recruit, track, and mentor students, provide off-site supervision for student interns; assist and monitor graduates completing their employment obligation; collaborate with and provide consultation to partner agencies; assure that CalSWEC competencies are woven into program curriculum; participate in CalSWEC related meetings throughout the state of California; serve on the Administrative team and multiple committees of the Social Work Department.

**Adoptions Specialist**                September 2007-January 2013, January 2016-October 2017

California Department of Social Services, Adoptions Services Bureau, Arcata, CA
Facilitate agency and independent adoptions; complete extensive bio-psych-social assessments for the homestudy and child assessment processes; prepare written court reports; match children with families; provide birth parent, child, and adoptive parent support and referrals to ensure success; supervise adoptive placements; supervise MSW Interns; teach Adoption Study Classes; collaborate with multiple partners; and assist in training new staff members.

**Social Worker**                                                   June 2015-January 2016

Lilliput Children's Services, Redding, CA
Training and assessment of pre-adoptive families. Conduct adoptive homestudies. Facilitate the placement of children with adoptive families. Collaborate with agency and community partners.

**Director of School Social Work**                                   January 2013-June 2015

Arcata School District, Arcata, CA
Created a comprehensive mental health program and founded and implemented a Family Resource Center on the school campus. Provide individual and group counseling, whole classroom guidance instruction, lead parent support & diversity groups, support teachers & administration, provide family support, collaborate with agency partners, and supervise interns and an AmeriCorps member. Develop behavioral and academic interventions to empower students and improve student success.

**Social Worker**                                                                                 August 2006-August 2007
Mad River Hospital, Arcata, CA
Worked directly with patients and families to provide support and assess needs prior to discharge; linked patients to community
resources; provided referral information.

**Coordinator, Orick Community Resource Center**                                                   April 2004-August 2005
Orick School, Orick, CA
Planned, implemented, tracked, and evaluated multiple programs that promoted the health and well-being of Orick children,
families, and senior citizens; provided direct family and child support/counseling; supervised five employees; wrote and managed
grants; organized community events; collaborated with school and agency partners.

**PPSC School Social Work Intern**                                                                 September 2003- June 2004
Eureka City Schools (Zoe Barnum High School and TOP School), Eureka, CA
Helped at-risk students in grades 7-12 achieve success in school; provided academic and personal counseling; connected students to
community resources; facilitated the TOP School's community service projects; led small groups; gained familiarity with student data
system software, high school graduation requirements and CSU requirements; collaborated with multiple agencies.

**Adoptions Specialist Intern**                                                                    September 2002-June 2003
California Department of Social Services. Adoptions Services Bureau, Arcata, CA
Learned about the child welfare system and issues affecting children who experience abuse and neglect. Assessed children in foster
care and wrote reports.

**Kitchen Director**                                                                               May 1998- September 2002, summers only
Lost Coast Camp. Petrolia, CA
Designed organized, and implemented food program. Created budget and menus, hired and supervised cooks, managed kitchen.

**Office Manager, Tree Planter**                                                                   1991-2000
Mattole Forest & Rangelands Cooperative, Petrolia, CA
Banking, payroll, taxes, fund raising, organization, and tree planting.

**Art Teacher**                                                                                    September 1994- June 1995
Triple Junction High School, Petrolia, CA
Taught batik and tie-dye.

**Teacher, Houseparent**                                                                           August 1990- June 1993
The Petrolia High School. Petrolia, CA
Taught pre-algebra and art; lived in a cabin with students, provided academic, vocational and personal support at a private, rural
boarding school.

**U.S. Peace Corps Volunteer**                                                                     1988-1990
Liberia, West Africa
Worked with farmers raising fish, and small animals in rural communities; taught environmental education in four rural schools.

**Recreation Leader II**                                                                           1985-1988
City of San Diego. San Diego, CA
Designed and implemented an after-school program for children in grades K-6.


**COMMUNITY ACTIVITIES/ PROFESSIONAL MEMBERSHIPS**
**Member,** 0-8 Mental Health Collaborative, March 2013-present
**Member, Board of Directors,** Mattole Valley Resource Center
**Member, Board of Directors,** Lost Coast Camp, June 2012-August 2018
**Parent Council Member** Northcoast Preparatory & Performing Arts Academy 2007-2013
**Volunteer English Teacher,** Escuela Ballena, Costa Rica. October 2005- July 2006
**Member, Board of Trustees**, Big Lagoon School District, 2003-2005
**Member, Board of Directors**, The Petrolia School, 1996-2000

# PAUL A. ZIEGLER

2100 J Street • Eureka, California 95501
zieglerp@eurekacityschools.org • (707) 441-2412

---

## PROFESSIONAL QUALIFICATIONS

Over twenty-five years of diversified experience in all aspects of management, financial accounting systems and control, financial reporting, project management, and operations and information systems administration. Extensive background in leading and developing employees and formulating and implementing business plans and strategies. Special technical emphasis in budgeting and forecasting, risk analysis, cost accounting and control, merger and systems integration, regulatory compliance, and all facets of corporate and financial operations.

---

## PROFESSIONAL EXPERIENCE

**EUREKA CITY SCHOOLS**
**Assistant Superintendent,** Business Services                    07/2012 – Present
**Chief Business Official**                                         07/2011 – 06/2012
• Develop, maintain, and audit county and district financial and statistical records.
• Perform grant oversight and fund accounting
• Provide business and fiscal functions and support for District
• Develop various fiscal reports and operational procedures as required

**HUMBOLDT COUNTY OFFICE OF EDUCATION**
**Principal Account Technician**                                   06/2009 - present
• Develop, maintain, and audit county and district financial and statistical records.
• Perform grant oversight and fund accounting
• Provide business and fiscal functions and support for County Office-sponsored charter school, including budgeting, cash flow, and interim reporting
• Provide support to the county school districts and Humboldt/Del Norte Special Education Local Plan Areas on Maintenance of Effort and American Recovery and Reinvestment Act(ARRA) issues
• Provide fiscal and expenditure reports for the close-out of the Eureka Educational Resource Center facilities project
• Develop various fiscal reports and operational procedures as required

**PREMIER EXCHANGE SERVICES, LLC**
**Chief Executive Officer**                                        12/2006 - 05/2009
• Responsible for the formation and ongoing operations and development of Premier Exchange Services, a 103 1 Exchange company headquartered in Eureka, California.
• Specific duties included setting up and monitoring General Ledger chart of accounts, developing financial reporting and tracking systems, client accounting, negotiating vendor contracts, implementing document imaging/electronic filing and data storage system, and overseeing daily financial operations.

**NORTH COAST INVESTORS GROUP, INC.**
**Vice President/Chief Financial Officer**                         6/2003 - 1 2/2006
• Real Property Investment - Focus on NNN Commercial Property Acquisitions and Property Management for Select Investor Pool.
• Responsible for financial reporting, company financial operations, and budgeting.

• Provided business case analysis and tracking for potential property acquisitions.
• Worked with network of lenders to secure financing for projects.
• Helped develop cost allocation systems and methodologies for multiple properties.
• Coordinated bank budget formulation and financial and regulatory reporting functions; developed branch allocation and profitability measurement systems
• Developed bank's asset/liability management system, including investment policy and product pricing.

BANK OF LOLETA
**Cashier/Controller**                                                                                           1984- 1988
• Responsible for preparation of internal and external accounting and financial reports.
• Supervised Accounting, Bookkeeping, Securities, Fixed Assets, and back office operations departments
• Developed and maintained systems of internal control, branch and product profitability
• Served as member of NCR's National Steering Committee.
• Managed implementation of NCR Tower Capture system, and subsequent system conversion.

---

## EDUCATION/PROFESSIONAL SCHOOLS

FCMAT CBO Mentor Program 2010/11 Graduate – 7th Cohort - (CBO certification pending)

Bank Administration Institute Graduate School of Banking Madison, Wisconsin

Controllership Program - Honors Graduate, 1989

Sheshunoff Affiliate Program: Technology and Operations Seven Year Member: 1995 - 2001

U.S. 2000 Executive Retreat - 1993

University of Southern California BA Philosophy, June 1981

Varsity Baseball Team 1978 -1981; Member of National Championship Baseball Team 1978

---

## PROFESSIONAL/COMMUNITY INVOLVEMENT

State Board member of the California Association of School Business Officials (CASBO) – 2016 to present

Headwaters Fund Board 2003 - 2009; Chairperson 2003 - 2005

Rotary Club of Eureka- Member 2002 - 2009; Board of Directors -June 2004 -2006

North Coast Dixieland Jazz Festival Board Member 2000 - 2006; Vice Chair 2002 - 2006

Eureka Chamber of Commerce Government Affairs Committee Member 2001-2002

2002 School Bond Improvement Measures S & T - Committee Member and Spokesperson

Old Town Rotary Club 1988 -2001; Chatter Member

Humboldt Child Care Council Board Member 1991- 1997; Board President 1992 -1993

California Bankers Association Redwood Region Committee Member 1987 - 2000

Chairman, Redwood Regional Committee 1990 - 1994

# RONDA EVANS

Phone: (707) 441-2400 x1938                                  2100 J Street
evansronda@eurekacityschools.org                   Eureka, CA 95501

## EDUCATION

**Admin Credential** in Progress Cal Poly Humboldt                    Fall 2022

**MEd**   **Concordia University**                                September 2020
         Master's of Education with an emphasis in Trauma & Resilience

**BA**    **California State University, Chico**                          May 1989

## CERTIFICATION

**CTEL**              **Stanford University**                          April 2012

**Teaching Credential**   **California State University, Chico**          May 1990

## TEACHING EXPERIENCE

**Eureka City Schools District, Eureka CA**              June 2022 – Present
Director of Community Schools
- Oversee Community School Program for ECS

**South Bay School District, Eureka CA**          January 2012 to June 2022
- District Behavioral Interventions and Supports Specialist
- Independent Studies Coordinator & Lead Teacher
- Junior High English Teacher
- 4th and 6th grade Teacher

**College of the Redwoods**                     August 2007 to January 2012
Instructor - Foster/Kinship Care Education

**Butte Community College**                     August 2002 to January 2012
Instructor – Foster/Kinship Care Education

**Elementary Education Teacher**                     August 1990 -June 2003
Chico Unified School District
Orcutt Union School District

## PROFESSIONAL EXPERIENCE

**Educational Consultant**                                  **2002- Present**
Consulting and training with schools and agencies in Mendocino, Butte, Humboldt, and Del
Norte Counties. Providing teacher staff development, licensing renewal hours for social
workers and mental health clinicians

**Parent Educator**
In-home parent education and consultation for private clients, facilitating training for non-
profit groups and agencies in Northern California.

**Agency Contractor**
Private contract work with local mental health and social services agencies providing one-to-
one parent training and education on a case-by-case basis

## TRAINING TOPICS

- **Attachment Parenting**
  Facilitating developmental attachment with children who come from hard places, with an emphasis on foster and adoptive children and their caregivers. This class creates an understanding of what attachment is, types of attachment, developmental reparenting to facilitate healthy attachment and therapeutic parenting to maintain a child's placement.

- **Parenting with Love and Logic & Love and Logic for Preschoolers**
  Facilitator of curriculum by The Love and Logic Institute, a focus on developing healthy, loving relationships with children with an emphasis on learning through natural consequences.

- **Parenting Explosive Children**
  Utilizing the resources, research and empirical evidence of Dr. Ross Greene, provides trauma informed, sensitive and accessible interventions to reduce explosive behaviors with children who may have trauma, mental health issues, and non-neuro typical children who do not respond to traditional methods of behavior modification and intervention.

- **Rebuilding Children's Lives: The Boy's Town Model**
  Therapeutic Foster Care training model developed for the care and treatment for children with disabilities, who have suffered abuse, or are struggling with mental health issues.  Topics include children in the foster care system who have challenging behaviors; teaching social skills, providing consequences, creating treatment plans, working with families of origin, respecting cultural differences, methods to address attachment challenges and creating safe, healthy homes.

- **Parenting Special Needs Children**
  Providing information and resources to support the life, health and well-being of children with special needs with an emphasis on developmentally responsive parenting.

- **Navigating the Educational System: Advocacy and Support for Caregivers**
  Providing the tools, language and resources for caregivers of special needs students to advocate and support their school-aged children. Topics include parent and children's educational rights, requesting testing, types of services, the language and acronyms of Special Education services including 504's, IEP's, accommodations vs. modifications and federal education code law.

- **Fetal Alcohol Spectrum Disorder– Impact, Support and Advocacy**
  From the resources of NTI Upstream, research-based materials to facilitated understanding of the physical and developmental impact of pre-natal drug exposure on children as they grow, providing resources and best practices to parent, support and advocate for children who are prenatally exposed to drugs and alcohol.

## PROFESSIONAL TRAINING

**Licensed Foster Parent**

| | | |
|---|---|---|
| Youth For Change Foster Family Agency | Butte County | 1997-2004 |
| County Resource Foster Family | Humboldt County | 2008 – Present |

**Applied Behavior Analysis**

| | | |
|---|---|---|
| QBO- Quality Behavioral Outcomes | Humboldt County | 2008 |
| Training Specialist | | |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| California State Foster Parent Association | 2008 – Present |
| New Directions of Humboldt County | |
| Chapter 107 (Region 1) | |

## COMMUNITY SERVICE

| | | |
|---|---|---|
| **Compass Rose Academy** | | 2021-Present |
| Academic Advisory Board Member | Wabash, Indiana | |

- Program writer/Director, California Dept. of Education, School Based Health Centers grant, 2018-19
- Co-writer, Leadership Team, 2x California Mental Health Triage School-County Partnership, 2018 and '20
- Leadership Team member, SAMSHA Advancing Wellness and Resiliency in Education State grants, 2019-
- Youth Mental Health First Aid USA initial certificate

**2008-present    Owner Redwood Coast Consulting**

Co-Program Writer and Evaluator 5x US Ed School Climate Transformation Grants, 2014-19, 2019-
Co-program writer/Evaluator, 2x US Ed, Professional Development in Arts Education Grants, 2017 & '18
Program Writer/Evaluator, 5x US Ed, Indian Education Demonstration Grants, 2018 & '20
Co-program writer and Evaluator US Ed, Carol M. White Physical Education Grant, 2014-18
Co-writer and Evaluator US Ed, Indian Education Demonstration Grants for Indian Children, 2014-
High School Team Trainer and Facilitator, WestEd and Rhode Island Department of Education, Common
Core Curriculum Alignment Project for four high districts, 2013-2015
Lead writer/evaluator for five funded US Ed. Elementary & Secondary School Counseling Grants, 2012-16
Co-writer and evaluator, Del Norte COE Investing In Innovation (i3) grant, 2011-2016
Lead writer and evaluator, Del Norte COE California Math Science Partnership grant, 2011-13
Evaluator, Del Norte County Schools, Foster Youth Program, 2011-13
Writer/lead evaluator for 14 US Department of Education Teaching American History Program nationwide
including New York City Department of Education, Los Angeles USD, Richmond, Virginia Public
Schools, Orlando Public Schools, Del Norte and San Bernardino Counties and Elk Grove, CA, 2008-14
Evaluator and program writer, US Dept. of Ed. Fulbright-Hays Group Project Abroad program, 2010
Evaluator, California Dept. of Education Afterschool Program Grant, Del Norte High School, 2009-2014

**Teaching and Site Level Administration Experience:**

**2021**          **Arcata High School, Arcata CA:** Acorn Project Administrator and Lead Teacher for emergency
community school-inspired class for twenty 9th graders who failed 5+ classes in semester 1
**2002-2008**  **McKinleyville High School, McKinleyville, CA:** Teacher:  IB History of the Americas, AP US
and European History, US History 2002-2008
**2002-2006**  Founder and Coordinator, McKinleyville High International Baccalaureate Program
**2000-2002**  **Arcata High School, Arcata, CA:** Dean of Students, responsible for attendance and discipline.
**1996-2000**  **Arcata High School, Arcata, CA:** Teacher:  AP US History, US History, World History, US
Government-Economics. English I, English I Basic, American Literature.
**1991-1996**  **St. Bernard's School, Oakland, CA:** Gr. 7/8 combination class teacher: all subjects including US
and world history, social studies, English, science, math, art and religion.

**Related Education Experience:**

- Member Board of Trustees, California Council for History Education, 2010-12
- Region 1 Representative, California Council for the Social Studies, 2011-13
- Region 1 Representative to California County Offices of Education, Curriculum Instruction Committee for
Social Science, 2006-2012
- California Director, Preserve America History Teacher of the Year Contest, 2004-
- Curriculum Writer:  *Jr. History Detectives* for the Corporation of Public Television, Oregon Public
Television and Lion TV, Winter 2007-2008
- Program Writer and Director, *Aliens Among Us: Japanese and Italian Aliens Under Siege During World
War II*, funded by the California Council for the Humanities' California Stories Fund, 2006

**Publications:**

- *Using Teaching American History Grants to Build Ongoing Teacher Education,* Organization of American
Historians Newsletter, August 2004
- Author of Chapter 19:  "Surprises" of *Voices of a People's History,* New Press, NY, 2004.
- *Professional Development Beyond the Redwood Curtain,* Social Studies Review, Spring 2005.
- *Teaching the Importance of Religion in the Modern Civil Rights Movement,* California 3Rs Bulletin, 2011

**Awards:**

- Wells Fargo Stagecoach Legacy Teaching Award, November 2005
- Humboldt County Office of Education, Excellence in Education Award, May 2009
- Association of California School Administrators, Humboldt County Branch, Curriculum and Instruction
Administrator of the Year, 2012

Sarah Ellene Duncan
CA LMFT #97185
1915 J  Street Eureka CA 95501
707-231-0604 *duncansarah@eurekacityschools.org

EDUCATION

MERIDIAN UNIVERSITY, *Petaluma; CA*
*Master of Arts in Counseling Psychology, 2013*
HUMBOLDT STATE UNIVERSITY, *Arcata; CA*
*Bachelor of Arts in Philosophy. 2004*
*Bachelor of Arts in Religious Studies with a minor in Psychology, 2004*

PROFESSIONAL EXPERIENCE

**MENTAL HEALTH/CRISIS COUNSELOR**
**Eureka City Schools**
**Eureka, CA  September 2021-current**
Create mental health supports, track data, review, update and implement crisis protocols, mental health and suicide prevention programing in accordance with California and Local school boards. Brief/ongoing 1:1 check ins, groups, crisis interventions, triage and connections of youth to needed resources. Supporting families and caregivers in navigating mental health systems and connection to services. Supervising and training student interns. Creation and support of youth leadership on campus.

**MENTAL HEALTH CLINICIAN II**
**Humboldt County Department of Health and Human Services-Behavioral Health Branch**
**Eureka CA, 2014-SEPTEMBER 2021**
Assessment, Mental Status Exam, Diagnosis, Treatment Planning, Outcome measurement tools for opening of clients to outpatient services. Provide 1:1, collateral, group and family therapy.  Trained in TF-CBT, DBT, CBT-P, TIP, and other trauma informed practices.  First episode psychosis: extensive training.

**Child Mobile Response Clinician**
**June 2021-September 2021**
Respond to, assess, rescind/uphold/and/or write 5585 holds for minors in crisis. Coordinate care for minors in crisis (family and client safety planning, connection to needed services. Coordinate regularly with CWS, EFC, Educational

10
AR002009

systems, and non-profit agencies. Medical billing and note keeping practices. Training and on-boarding for new clinician, case managers and peer coaches.

### *Interim Supervising Mental Health Clinician*
### *June 2019-February 2020*
Supervised peer coaches and youth organizers for HCTAYC. Provided 1:1 mentorship, supervision and training as well as group training. Basic supervision practices and experience.

## *INTERN THERAPIST EXPERIENCE*
### *Eureka CA, 2013-2014*

· Humboldt Family Service Center
· Youth Service Bureau-Residential Center (TLP)

## *ADMINISTRATIVE COORDINATOR/YOUTH ORGANIZER*
**Humboldt County Transitional Age Collaboration and California Youth Connection,**
**Eureka CA.    2012-2013**

## *VOLUNTEER COORDINATOR AND CLINIC ASSISTANT*
**Six Rivers Planned Parenthood; Eureka, CA   2006-2009**

REFERENCES AVAILABLE UPON REQUEST

# Taffy Stockton, MBA

PO Box 6863, Eureka, CA 95502

(707) 834-6460  ■  tmstockton@gmail.com

## QUALIFICATIONS

- More than twenty years of experience working with nonprofits, government organizations, and businesses in Humboldt County on a wide variety of projects and programs.
- Fourteen years of experience consulting with nonprofits on project management, funding, organizational development, financial management, planning, and grant writing.
- Extensive experience with project planning and implementation, fundraising, budgeting, strategic planning, stakeholder engagement, and meeting facilitation.
- Deep understanding of nonprofit systems and organizations in Humboldt County.

## WORK EXPERIENCE

**Consultant**                                                                                    January 2008 to present
Taffy Stockton Consulting, Eureka, CA
*Work with a variety of nonprofit and community benefit organizations, with a focus on funding and project management, organizational development, grant writing, board and staff engagement, strategic and sustainability planning, stakeholder and member engagement, and financial management. Long and short term consulting projects in a broad spectrum of sectors, including arts, social services, medical, and government.*

**Current and Past clients include:** AEDC, Eureka City Schools, First 5 Humboldt, Ink People Center for the Arts, the Humboldt Area Foundation, the Humboldt Network of Family Resource Centers, Mattole Valley Family Resource Center, North Coast Health Improvement and Information Network, and Vector.

**Executive Director**                                                                    February 2007 to April 2008
Arcata Main Street, Arcata, CA
*Responsible for all facets of nonprofit, including budgets, stakeholder engagement, program planning and management, strategic planning, representation to partner organizations and funders.*

**Development Director**                                                                    July 2004 to March 2007
CASA of Humboldt, Eureka, CA
*Managed departmental resources, grants, annual plan, budgets, strategic planning, and volunteers.*

## EDUCATION, CERTIFICATIONS & SPECIALIZED SKILLS

**Master of Business Administration,** emphasis on Sustainability & Social Justice, HSU
**BA in Journalism**, emphasis in Public Relations, minor in Business Administration, HSU

**Technical/Computer Expertise:** Advanced level experience with Microsoft Office Suite, Adobe Creative Suite, and Google Suite. Extensive database experience, including FileMaker and Access. Familiar with Trello and other project management software. Proficient with conference software platforms, including Microsoft Teams, Google Meet and Zoom. Basic graphic design skills, extensive media and communication experience.

## COMMUNITY INVOLVEMENT

Current or former member of many committees, including: Ink People Center for the Arts Board of Directors, Oral Health Initiative Leadership Team, First 5 Humboldt's Parent and Family Support Committee, CWS Task Force, Accountable Communities for Health, and the Postpartum and Perinatal Mood Disorder Task Force.

12
AR002011

## Jack Bareilles
1730 Eastwood Drive, Eureka, CA  95501     (707) 845-6546 Cell     jbareilles@nohum.org

**Education, Administrative Credentials and Teaching Credentials:**

- Administrative Clear Credential Program, August 2006, Humboldt State University.
- MA in Social Sciences with Emphasis in American History, 2005, Humboldt State University.
- Administrative Credential Program, May 2000, Humboldt State University.
- Secondary Education Program, May 1991, Humboldt State University.
- Bachelor of Arts, English Teaching, Minor Subjects of Study:  History, Political Science, May 1989, Humboldt State University.
- Level I Administrative Credential and Level II (Clear) Administrative Credential
- English, Social Studies, Biology/Integrated Science Single Subject Credentials; Multiple Subjects/ Elementary Education Credential, Career Technical Education Credential: Business and Finance

**Administrative, Grant/Project Professional Experience:**

**2002-present   Northern Humboldt Union High School District, Humboldt County Office of Education**
> NHUHSD Grants and Evaluation Administrator 2006-
> NHUHSD Homeless and Foster Youth Administrator, 2011-
> NHUHSD Career Technical Education Grant Administrator, 2013-
> NHUHSD Dual Enrollment, Adult Education Administrator, 2015-
> NHUHSD Native American Education Programs Support Administrator, 2017-
> HCOE Program Writer and Coordinator, Model Native American Studies Curriculum Grant, 2022-

Coordinator/Evaluator 15x California Dept. of Education, Community School Grants, 2022-
Coordinator: California Commission on Teacher Credentialing Capacity Grants, 2022-
Program Writer/Evaluator, Blue Lake Rancheria Professional Development for Native American Educators Administrator Training Grant, 2021-
Program Writer/Evaluator, US DHHS, Yurok Tribe Youth Engagement in Sports Grant, 2019-21
Program Writer/Evaluator, 3x US Ed, Demonstration Grants for Indian Children, 2018- and 2020-
Program Writer, Evaluator, US Dept. of Education, American History and Civics Education—National Activities Grant, 2017-2021
Program Writer and Director, US Ed School Climate Transformation Grant implementing evidence-based multi-tiered behavioral frameworks to improve behavioral and learning outcomes for students. 2019-
Program Writer/Evaluator, 2x California Department of Education, Learning Communities grant, 2019-
Program Writer/Evaluator, US Ed Professional Development in Arts in Education grant, 2017-
Program Writer, Evaluator, California Department of Education School Improvement Grant, 2016-
Program Writer, California Department of Education Career Technical Education Incentive Grant, 2016-
Evaluator, California Elementary Math Science Partnership Grant, 2016-2017
Director, California Dept. of Ed, Career Pathways Program, Northern Humboldt UHSD, 2015-2018
NHUHSD Workforce Investment Act (WIA/WIOA) Program Administrator, 2014-19
Writer and Evaluator, Cowell Foundation, Instructional Coaching grant, 2015-18
Co-writer and Assessment Coordinator, California Math Science Partnership grant, 2014-2017
Program Writer/Evaluator, US Ed Arts in Education Model Development & Dissemination Program, 2014-
Program Writer/Evaluator, $4.6 million US DOE Teacher Incentive Fund grant, 2010-2015
Program Writer/Evaluator, Northern Humboldt and five other US Dept. of Education Readiness and Emergency Management Grants for Schools, 2009-2012
Program Writer/ Director for five US Dept. of Education Teaching American History Programs, 2002-2013
Program writer for 20+ funded Teaching American History Grants, School Technology Grant Program, School and Community Policing Partnership program, Safe Schools Implementation Grant Program

**Related School Mental Health and Public Health Experience and Training:**

- Member: Humboldt Independent Practitioners Association (HIPA) Community Health Group, 2015-18
- Member: Humboldt Accountable Community for Health Governance Committee, 2017-
- Program Writer/Director, SAMHSA Mental Health Assistance and Training grant, 2021-
- Co-Program Writer/Evaluator for two US Ed Mental Health Service Professional Demonstration Grant Programs. 2019-
- Co-program writer and Evaluator, Centers for Disease Control National Breast and Cervical Cancer Early Detection Program, Serving American Samoa, 2017-

13
AR002012

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** | 1234-ECS - ESBMHS Grant 2022 - Budget Narrative (F |

[ Add Mandatory Budget Narrative ]    [ Delete Mandatory Budget Narrative ]    [ View Mandatory Budget Narrative ]

---

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]    [ Delete Optional Budget Narrative ]    [ View Optional Budget Narrative ]

**AR002013**

**Eureka City Schools "Eureka School Based Mental Health Services Program"**
**School Based Mental Health Services Grant Program Proposed Budget**

| Category & Detailed Explanation of Expenditure | Year One 2023 | Year Two 2024 | Year Three 2025 | Year Four 2026 | Year Five 2027 | Total |
|---|---|---|---|---|---|---|
| **Personnel** | | | | | | |
| For year one: Based upon the expectation of project funding by December 31, 2022, the Project Administrator, Project Director, Clinical Director, and WC Admin positions begin Monday, January 8, 2023. Most other staff will begin later in 2023 as they are hired. We are building Year One at 0.85 FTE -- with an expected March 1, 2023 start date. For years two to five: We are including a 5% annual escalator for salaries and a 2% increase for benefits. | | | | | | |
| 0.1 FTE Project Administrator (195 days), Lisa Claussen, will be responsible for administrative oversight and alignment of project with ECS goals and priorities. Administrator will be responsible for high level goals, oversign of management staff and consultants, and project direction and strategic planning. Administrator will also take the lead on sustainability planning. Will support Project and Clinical Directors, as needed. | 14,100.00 | 14,382.00 | 14,669.64 | 14,963.03 | 15,262.29 | **73,376.97** |
| .5 FTE Project Director (195 days), (TBD), with the support of the Clinical Director and Consultant, will be responsible for all project oversight including: data collection, project reports, project evaluation processes, addressing feedback about the project, and meeting with the project staff and the work team to assure frequent and consistent communication. The Directors will manage the budgets and all contracts. The Project Director will support the consultant on the leadership team and advisory committee. The Director will support the evaluation and write the AYRs. Project Director will be responsible for set up and administrative oversight of Wellness Center hubs. Additional days are included in the budget for staff to plan, support and participate in summer activities and trainings. If relevant, will provide direct service to students. | 41,632.50 | 42,465.15 | 43,314.45 | 44,180.74 | 45,064.36 | **216,657.20** |
| .5 FTE Clinical Director (195 days): Julie Simpson, the Clinical Director has a Masters in Social Work, an LCSW, a PPSC, and is able to oversee interns and clinical staff. The Clinical Director will work with the Administrative and Project Director to provide project oversight including: data collection, project reports, project evaluation processes, addressing feedback about the project, and meeting with the project staff and the work team to assure frequent and consistent communication. The Clinical Director will also provide direct services to students, as needed. The Clinical Director will serve as a liaison between ECS and Cal Poly Humboldt, and help organize and participate in the leadership team and advisory committee, and will support the evaluation process. The Clinical Director will supervise and support the students. They will serve as project lead in aligning the training of the candidates with the partner school district's Multi Tiered Systems. Additional days are included in the budget for staff to plan, support, and participate in summer activities and trainings. | 44,557.50 | 45,448.65 | 46,357.62 | 47,284.78 | 48,230.47 | **231,879.02** |
| 4 FTE MHSPs (i.e., School Social Workers, Counselors, etc.) TBD, to be placed at 8 schools. Year 1 is scheduled at .85 FTE, as we expect to hire by March 2023. The Counselors will provide direct services to students and families on all ECS campuses, as well as provide placements for the interns, at satellite locations of the ECS Wellness Center. | 302,600.00 | 363,120.00 | 370,382.40 | 377,790.05 | 385,345.85 | **1,799,238.30** |
| .5 FTE Wellness Center Admin: To provide administrative and clerical assistance to Wellness Center and hubs. Will include assistance with paperwork, scheduling ordering, handling paperwork and insurance information, assistance with referrals and follow up, and other duties as assigned. | 19,760.00 | 20,155.20 | 20,558.30 | 20,969.47 | 21,388.86 | **102,831.83** |
| **Personnel Subtotals** | 388,790.00 | 451,033.80 | 460,054.48 | 469,255.57 | 478,640.68 | **2,247,774.52** |

| Fringe Benefits | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| Statutory Benefits and Medical/Dental/Vision for Certificated Staff: 33% for Year One with 2% annual increase thereafter. | 70,436.48 | 71,845.20 | 73,282.11 | 74,747.75 | 76,242.71 | **366,554.24** |
| Statutory Benefits and Medical/Dental/Vision for Classified Staff: 40% for full time clerical (including Health and Welfare) and Statutory Benefits (including retirement) for the five BSAs. 3% annual increase for Years 2-5. | 128,944.00 | 131,522.88 | 134,153.34 | 136,836.40 | 139,573.13 | **671,029.75** |
| **Fringe Benefits Subtotals** | **199,380.48** | **203,368.08** | **207,435.45** | **211,584.16** | **215,815.84** | **1,037,584.00** |

| Travel | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| Note on travel: Due to Humboldt's remote location, travel costs are significantly higher than in urban areas. For instance, a flight from the region to Washington DC can cost over $1,000. Driving to Sacramento or San Francisco takes six or more hours each way and to drive to the southern part of the state is over 600 miles one way. | | | | | | |
| Mileage for the Director and Coordinators to travel between school sites and the district and county offices. 10,000 miles per year at 62.5 cents a mile. | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | **25,000.00** |
| Travel and conference registration costs for project staff to attend trainings and conferences. $2,400 per attendee x 16 attendees per year in Years 1-5. | 38,400.00 | 38,400.00 | 38,400.00 | 38,400.00 | 38,400.00 | **192,000.00** |
| Annual Conference: $6,300 a year is budgeted for the Clinical Director and one other project participant to attend the Program Meeting. | 6,300.00 | 6,300.00 | 6,300.00 | 6,300.00 | 6,300.00 | **31,500.00** |
| **Travel Subtotals** | **49,700.00** | **49,700.00** | **49,700.00** | **49,700.00** | **49,700.00** | **248,500.00** |

| Supplies | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| Misc. office supplies for Director and Coordinator: copy cost are expected to be $1,000 a year for handouts for PD with teachers and general office use such as copies, paper, clerical supplies, organization supplies, etc. | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 676.05 | **4,676.05** |
| Curriculum for classrooms for Interns: Check In Check Out, and potentially other materials. | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | **30,000.00** |
| Consumable supplies: ongoing funding for program and youth development activities. May include food, art supplies, tabling supplies, outreach maters, and other needed consumables as identified by program staff. | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | **80,000.00** |
| Furniture and equipment to set-up new staging areas at all sites. Year 1 costs cover the set up and furniture needed for embedded Wellness Center satellites at all 8 school campuses. | 210,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **218,000.00** |
| Technology: laptops for new staff and digital presenters for PD. Note: additional funds are budgeted in Years 2-5 for TBD technology needs. | 5,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **13,000.00** |
| **Supplies Subtotals** | **238,000.00** | **27,000.00** | **27,000.00** | **27,000.00** | **26,676.05** | **345,676.05** |

AR002015

| Contractual | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| External Evaluation: ECS will partner with external consultants evaluation. External partners TBD, but will provide assistance to Project and Clinical Directors on data collection. Please note: The evaluation costs may lower than typical because Jack Bareilles and Taffy Stockton will assist in data collection and development of the Program Implementation Fidelity Matrix. Year 1 Includes the additional cost of the development and implementation of the evaluation metrics and system. Years 2-5 include the cost of evaluation and reporting based on the system developed in Year 1. | 34,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | 26,000.00 | **138,000.00** |
| Implementation and Project Consultant: Taffy Stockton, will be responsible for supporting the project implementation and ongoing program support. Will report to the Project Director, and will help manage: data collection, project partner relationships, Wellness Center logistics, project reports, project evaluation processes, addressing feedback about the project, and meeting with the project staff and the work team to assure frequent and consistent communication. The consultant, working with the PI and project staff will serve as a liaison between community partners and school district. The project consultant will coordinate and facilitate the leadership team, sustainability, and advisory committees. | 32,000.00 | 32,000.00 | 32,000.00 | 32,000.00 | 32,000.00 | **160,000.00** |
| Youth stipends: stipends for participation for youth advisory boards and planning committees (up to $1,000 per student, up to 10 students per year) | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | **50,000.00** |
| Professional Development Costs, Professional Development Stipends & Leadership Stipends: PD & Leadership Stipends for interns, staff, and partners. Will include both direct PD costs (for hosting trainings and paying presenters), and stipends for ECS staff members who are investing in mental health focused educational programs, with the intention of growing our local mental health services stock. Will also include stipends for partner organizations for staff and representatives to participate in PD and planning meetings. | 44,000.00 | 44,000.00 | 44,000.00 | 44,000.00 | 44,000.00 | **220,000.00** |
| **Contractual Subtotals** | 120,000.00 | 112,000.00 | 112,000.00 | 112,000.00 | 112,000.00 | **568,000.00** |

| Construction | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| No money will be spent on Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Construction Subtotals** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| Other | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| No money will be spent in the Other category | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Other Subtotals** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| **Subtotal of Federal Funds for Indirect Costs** | **995,870.48** | **843,101.88** | **856,189.92** | **869,539.72** | **882,832.57** | **4,447,534.57** |

| Indirect Cost Rate | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| Eureka City School's Indirect Cost Rate is 6.92%. The rate is set annually by the California Department of Educatio | 68,914.24 | 58,342.65 | 59,248.34 | 60,172.15 | 61,092.01 | 307,769.39 |
| **Indirect Rate Subtotals** | | 58,342.65 | 59,248.34 | 60,172.15 | 61,092.01 | **307,769.39** |

AR002016

| Training Stipends | | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|---|
| Stipends for internship placements. Up to $10,000 per student. Budgeted for up to 8 students in Years 2-5, with nor interns in year one as we will be ramping up the program and onboarding paid staff that year. | | 0.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | 320,000.00 |
| **Training Stipends Subtotals** | | **0.00** | **80,000.00** | **80,000.00** | **80,000.00** | **80,000.00** | **320,000.00** |

| Yearly Total Federal Funding Request | Year One | Year Two | Year Three | Year Four | Year Five | Total |
|---|---|---|---|---|---|---|
| | **1,064,784.71** | **981,444.53** | **995,438.26** | **1,009,711.87** | **1,023,924.58** | **5,075,303.96** |

**Matching Funding Budget Narrative**

Note on Matching: To achieve the 25% matching requirement we have identified matches that are both easily achieved and straight-forward to track. Actual matching could be measured at 100% or greater than the federal grant request.

| Category & Detailed Explanation of Expenditure | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| **Personnel** | | | | | | |
| 0.4 FTE Project Administrator Lisa Claussen: As noted in the narrative, Claussen's other duties align with and support the initiative. | 126,900.00 | 129,438.00 | 132,026.76 | 134,667.30 | 137,360.64 | **660,392.70** |
| Principal Matching: 15 days per year Principal time @ $536.50 per day x 8 principals | 64,380.00 | 64,380.00 | 64,380.00 | 64,380.00 | 64,380.00 | **321,900.00** |
| District Mental Health Professionals to support students: Including School Psychologists, Academic Counselors, Student Assistance Counselors, School Social Workers. 15% of salaries for 8 staff = $163,284 | 130,627.20 | 130,627.20 | 130,627.20 | 130,627.20 | 130,627.20 | **653,136.00** |
| **Personnel Subtotals** | **321,907.20** | **324,445.20** | **327,033.96** | **329,674.50** | **332,367.84** | **1,635,428.70** |

| Fringe Benefits | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| Medical/Dental/Vision and Statutory Benefits for Matching Staff (50.2%) | 167,391.74 | 168,711.50 | 170,057.66 | 171,430.74 | 172,831.28 | **850,422.92** |
| **Fringe Benefits Subtotals** | **167,391.74** | **168,711.50** | **170,057.66** | **171,430.74** | **172,831.28** | **850,422.92** |

| Travel | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| Note on travel: Due to Humboldt County's remote location, travel costs are significantly higher than in urban areas. For instance, a flight to Washington DC can cost upwards of $900. While driving to Sacramento or San Francisco is five or six hours, to drive to the southern part of the state is over 600 miles. This travel budget will allow staff and targeted teachers to attend conferences focused on improving instruction and student success. | | | | | | |
| Travel to Conferences including training focusing on School Based Mental Health, Multi Tiered Systems of Support, PBIS and Trauma Informed Practices. | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | **50,000.00** |
| **Travel Subtotals** | **10,000.00** | **10,000.00** | **10,000.00** | **10,000.00** | **10,000.00** | **50,000.00** |

AR002017

| Supplies | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| Meetings and presentation costs | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | **15,000.00** |
| **Supplies Subtotals** | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | **15,000.00** |

| Contractual | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| Partner District Mental Health Professionals to support project students: Including School Psychologists, Academic Counselors, Student Assistance Counselors, School Social Workers. 15% of salaries for 8 staff = $111,536 | 111,536.00 | 114,882.08 | 118,328.54 | 121,878.40 | 125,534.75 | **592,159.77** |
| Matching Support from Humboldt County Office of Education staff from the Extended Learning, School Based Mental Health, MTSS and other relevant programs: 60 total days at a daily rate of $650 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | **195,000.00** |
| **Contractual Subtotals** | 150,536.00 | 153,882.08 | 157,328.54 | 160,878.40 | 164,534.75 | **787,159.77** |

| Other Costs | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| Occupancy costs for all 8 Wellness Center hubs. Includes utilities, maintenance, and physical space for Wellness Centers | 96,000.00 | 96,000.00 | 96,000.00 | 96,000.00 | 96,000.00 | **480,000.00** |
| **Supplies Subtotals** | 96,000.00 | 96,000.00 | 96,000.00 | 96,000.00 | 96,000.00 | **480,000.00** |

| Indirect Cost Rate | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
|---|---|---|---|---|---|---|
| Eureka City School's Indirect Cost Rate is 6.92%. The rate is set annually by the California Department of Education. | 6,643.20 | 6,643.20 | 6,643.20 | 6,643.20 | 6,643.20 | **33,216.00** |
| **Indirect Subtotals** | 6,643.20 | 6,643.20 | 6,643.20 | 6,643.20 | 6,643.20 | **33,216.00** |
| | 2,023.00 | 2,024.00 | 2,025.00 | 2,026.00 | 2,027.00 | Total |
| **Yearly In Kind Totals** | 748,834.94 | 756,038.78 | 763,420.16 | 770,983.63 | 778,733.87 | 3,818,011.39 |

| | Year One: 2023 | Year Two 2024 | Year Three 2025 | Year Four 2026 | Year Five 2027 | Total |
|---|---|---|---|---|---|---|
| **Five Year Yearly Total Project Costs** | 1,813,619.66 | 1,737,483.32 | 1,758,858.42 | 1,780,695.50 | 1,802,658.45 | 8,893,315.35 |
| **Five Year Yearly In Kind Costs** | 748,834.94 | 756,038.78 | 763,420.16 | 770,983.63 | 778,733.87 | 3,818,011.39 |
| **Five Year Yearly Costs Federal Funding Request** | 1,064,784.71 | 981,444.53 | 995,438.26 | 1,009,711.87 | 1,023,924.58 | 5,075,303.96 |

AR002018



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Eureka City Schools

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 388,790.00 | 451,033.80 | 460,054.48 | 469,255.57 | 478,640.68 | | | 2,247,774.53 |
| 2. Fringe Benefits | 199,380.48 | 203,368.08 | 207,435.45 | 211,584.16 | 215,815.84 | | | 1,037,584.01 |
| 3. Travel | 49,700.00 | 49,700.00 | 49,700.00 | 49,700.00 | 49,700.00 | | | 248,500.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 238,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | 26,676.05 | | | 345,676.05 |
| 6. Contractual | 120,000.00 | 112,000.00 | 112,000.00 | 112,000.00 | 112,000.00 | | | 568,000.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 9. Total Direct Costs (lines 1-8) | 995,870.48 | 843,101.88 | 856,189.93 | 869,539.73 | 882,832.57 | | | 4,447,534.59 |
| 10. Indirect Costs* | 68,914.24 | 58,342.65 | 59,248.34 | 60,172.50 | 61,092.01 | | | 307,769.74 |
| 11. Training Stipends | 0.00 | 80,000.00 | 80,000.00 | 80,000.00 | 80,000.00 | | | 320,000.00 |
| 12. Total Costs (lines 9-11) | 1,064,784.72 | 981,444.53 | 995,438.27 | 1,009,712.23 | 1,023,924.58 | | | 5,075,304.33 |

*Indirect Cost Information (To Be Completed by Your Business Office): If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?    ☒ Yes    ☐ No

(2)    If yes, please provide the following information:
Period Covered by the Indirect Cost Rate Agreement:    From: 07/01/2022    To: 06/30/2023    (mm/dd/yyyy)

Approving Federal agency:    ☐ ED    ☒ Other (please specify): California Department of Education

The Indirect Cost Rate is    6.92 %.

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?    ☐ Yes    ☐ No    If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes    ☐ No    If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?    Or,    ☐ Complies with 34 CFR 76.564(c)(2)?    The Restricted Indirect Cost Rate is         %.

(6)    For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?    Or,    ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524
Tracking Number:GRANT13748255

Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:19:54 PM EDT

AR002019

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Eureka City Schools | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 321,907.20 | 324,445.20 | 327,033.96 | 329,674.50 | 332,367.84 | | | 1,635,428.70 |
| 2. Fringe Benefits | 167,391.74 | 168,711.50 | 170,057.66 | 171,430.74 | 172,831.28 | | | 850,422.92 |
| 3. Travel | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | | | 50,000.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | | | 15,000.00 |
| 6. Contractual | 150,536.00 | 153,882.08 | 157,328.54 | 160,878.40 | 164,534.75 | | | 787,159.77 |
| 7. Construction | | | | | | | | |
| 8. Other | 96,000.00 | 96,000.00 | 96,000.00 | 96,000.00 | 96,000.00 | | | 480,000.00 |
| 9. Total Direct Costs (lines 1-8) | 748,834.94 | 756,038.78 | 763,420.16 | 770,983.64 | 778,733.87 | | | 3,818,011.39 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 748,834.94 | 756,038.78 | 763,420.16 | 770,983.64 | 778,733.87 | | | 3,818,011.39 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR002020**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Eureka City Schools | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [        ]

(2)  What does your administrative cost cap apply to?  [  ] (a) indirect and direct costs  or,  [  ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

AR002021

# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**FY 2022 School Based Mental Health 84.184H Application Package**

**CFDA # 84.184H**

**PR/Award # S184H220173**

**Gramts.gov Tracking#: GRANT13748271**

OMB No. , Expiration Date:

Closing Date: Nov 03, 2022

PR/Award # S184H220173

## **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. ED GEPA427 Form* | e6 |
| *Attachment - 1 (1237-LSD TEAMS SBMH2022 GEPA 2022)* | e7 |
| *3. Grants.gov Lobbying Form* | e8 |
| *4. Dept of Education Supplemental Information for SF-424* | e9 |
| *5. ED Abstract Narrative Form* | e11 |
| *Attachment - 1 (1238-Final LSD SBMH Abstract 2022)* | e12 |
| *6. Project Narrative Form* | e13 |
| *Attachment - 1 (1236-1 FINAL LSD SBMH Project Narrative 2022)* | e14 |
| *7. Other Narrative Form* | e69 |
| *Attachment - 1 (1235-1 FINAL LSD TEAMS Other Attachments 2022)* | e70 |
| *8. Budget Narrative Form* | e102 |
| *Attachment - 1 (1234-Final Submitted LSD SBMH Budget 2022)* | e103 |
| *9. Form ED_524_Budget_1_4-V1.4.pdf* | e111 |
| *10. Form SFLLL_2_0-V2.0.pdf* | e114 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

AR002023

OMB Number: 4040-0004
Expiration Date: 12/31/2022

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
- [ ] Preapplication
- [x] Application
- [ ] Changed/Corrected Application

**\* 2. Type of Application:**
- [x] New
- [ ] Continuation
- [ ] Revision

**\* If Revision, select appropriate letter(s):**
[                    ]

**\* Other (Specify):**
[                    ]

**\* 3. Date Received:**
11/03/2022

**4. Applicant Identifier:**
[                    ]

**5a. Federal Entity Identifier:**
[                    ]

**5b. Federal Award Identifier:**
[                    ]

**State Use Only:**

**6. Date Received by State:** [          ]

**7. State Application Identifier:** [                    ]

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Lansing School District

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):**
38-7001599

**\* c. UEI:**
ESQJNJ5LU3R5

**d. Address:**

**\* Street1:** 519 W. Kalamazoo Street
**Street2:**
**\* City:** Lansing
**County/Parish:**
**\* State:** MI: Michigan
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 48933-2008

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Ms.
**\* First Name:** Joelle
**Middle Name:**
**\* Last Name:** Letts
**Suffix:**

**Title:** Competitive Grants Director

**Organizational Affiliation:**

**\* Telephone Number:** 517-755-2025
**Fax Number:**

**\* Email:** joelle.letts@lansingschools.net

AR002024

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

G: Independent School District

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.184

CFDA Title:

School Safely National Activities

**\* 12. Funding Opportunity Number:**

ED-GRANTS-100422-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Safe & Supportive Schools: School-Based Mental Health Services (SBMH) Grant Program, Assistance Listing Number 84.184H

**13. Competition Identification Number:**

84-184H2022-2

Title:

84.184H School Based Mental Health

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

TEAMS - Tactics to Expand Access to Mental health Supports

Attach supporting documents as specified in agency instructions.

[ Add Attachments ] [ Delete Attachments ] [ View Attachments ]

**AR002025**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant  `MI-008`                              * b. Program/Project  `MI-008`

Attach an additional list of Program/Project Congressional Districts if needed.

`                    `   [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: `01/01/2023`                        * b. End Date: `12/31/2027`

**18. Estimated Funding ($):**

| | |
|---|---:|
| * a. Federal | 2,504,911.00 |
| * b. Applicant | 1,139,880.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 3,644,791.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on `          ` .

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

☐ Yes    ☒ No

If "Yes", provide explanation and attach

`                    `   [ Add Attachment ]   [ Delete Attachment ]   [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Mr.`                        * First Name: `Ben`

Middle Name: `               `

* Last Name: `Shuldiner`

Suffix: `          `

* Title: `Superintendent`

* Telephone Number: `517-755-1010`          Fax Number: `               `

* Email: `Ben.Shuldiner@lansingschools.net`

* Signature of Authorized Representative: `Joelle Y Letts`      * Date Signed: `11/03/2022`

PR/Award # S184H220173

Page e5

AR002026

**NOTICE TO ALL APPLICANTS**

OMB Number: 1894-0005
Expiration Date: 06/30/2023

The purpose of this enclosure is to inform you about a new provision in the Department of Education's General Education Provisions Act (GEPA) that applies to applicants for new grant awards under Department programs. This provision is Section 427 of GEPA, enacted as part of the Improving America's Schools Act of 1994 (Public Law (P.L.) 103-382).

**To Whom Does This Provision Apply?**

Section 427 of GEPA affects applicants for new grant awards under this program. **ALL APPLICANTS FOR NEW AWARDS MUST INCLUDE INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS NEW PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

(If this program is a State-formula grant program, a State needs to provide this description only for projects or activities that it carries out with funds reserved for State-level uses. In addition, local school districts or other eligible applicants that apply to the State for funding need to provide this description in their applications to the State for funding. The State would be responsible for ensuring that the school district or other local entity has submitted a sufficient section 427 statement as described below.)

**What Does This Provision Require?**

Section 427 requires each applicant for funds (other than an individual person) to include in its application a description of the steps the applicant proposes to take to ensure equitable access to, and participation in, its Federally-assisted program for students, teachers, and other program beneficiaries with special needs. This provision allows applicants discretion in developing the required description. The statute highlights six types of barriers that can impede equitable access or participation: gender, race, national origin, color, disability, or age. Based on local circumstances, you should determine whether these or other barriers may prevent your students, teachers, etc. from such access or participation in, the Federally-funded project or activity. The description in your application of steps to be taken to overcome these barriers need not be lengthy; you may provide a clear and succinct description of how you plan to address those barriers that are applicable to your circumstances. In addition, the information may be provided in a single narrative, or, if appropriate, may be discussed in connection with related topics in the application.

Section 427 is not intended to duplicate the requirements of civil rights statutes, but rather to ensure that, in designing their projects, applicants for Federal funds address equity concerns that may affect the ability of certain potential beneficiaries to fully participate in the project and to achieve to high standards. Consistent with program requirements and its approved application, an applicant may use the Federal funds awarded to it to eliminate barriers it identifies.

**What are Examples of How an Applicant Might Satisfy the Requirement of This Provision?**

The following examples may help illustrate how an applicant may comply with Section 427.

(1) An applicant that proposes to carry out an adult literacy project serving, among others, adults with limited English proficiency, might describe in its application how it intends to distribute a brochure about the proposed project to such potential participants in their native language.

(2) An applicant that proposes to develop instructional materials for classroom use might describe how it will make the materials available on audio tape or in braille for students who are blind.

(3) An applicant that proposes to carry out a model science program for secondary students and is concerned that girls may be less likely than boys to enroll in the course, might indicate how it intends to conduct "outreach" efforts to girls, to encourage their enrollment.

(4) An applicant that proposes a project to increase school safety might describe the special efforts it will take to address concern of lesbian, gay, bisexual, and transgender students, and efforts to reach out to and involve the families of LGBT students.

We recognize that many applicants may already be implementing effective steps to ensure equity of access and participation in their grant programs, and we appreciate your cooperation in responding to the requirements of this provision.

**Estimated Burden Statement for GEPA Requirements**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain benefit (Public Law 103-382). Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20210-4537 or email ICDocketMgr@ed.gov and reference the OMB Control Number 1894-0005.

## Optional - You may attach 1 file to this page.

| 1237-LSD TEAMS SBMH2022 GEPA 2022.pdf | Add Attachment | Delete Attachment | View Attachment |

PR/Award # S184H220173

Page e6

Tracking Number:GRANT13748271          Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:34:15 PM EDT

AR002027

## EQUITABLE ACCESS AND PARTICIPATION - GEPA 427

**_Equity Statement_**.  Each of the schools in this grant application will provide equal employment opportunities to all employees and applicants for employment without regard to race, disability, marital status, color, religion, sex, sexual orientation, national origin, citizenship status, age, or status as a Vietnam-era or special disabled veteran in accordance with applicable federal laws.  In addition, each school will comply with applicable state and local laws governing nondiscrimination in employment.  This policy applies to all terms and conditions of employment, including, but not limited to, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, compensation, and training.

Lansing School District will apply similar rules and policies to ensure that all six types of barriers that can impede equitable access are addressed. We will welcome all persons regardless of gender, race, national origin, color, disability, or age. A _Partnership Memorandum of Understanding_ (MOU), on file in the district, was signed by the leadership of the participating schools agreeing that all participants will seek to create safe and supportive environments for teachers and students.

Planning and program committees will continue to reflect diversity and include persons of different genders, races, national origins, colors, disabilities, and ages.

The Project Director will identify and assist educators who need extra and/or individual attention. Programs will be open to all eligible students and teachers in eligible, participating schools.

Marketing materials will be designed so that persons of varying education, cultures, and races can understand what the _School-Based Mental Health Services (SBMH)_ grant called _TEAMS_ is about. Materials will be translated from English to Spanish and vice versa.

Persons with disabilities will be provided equal access and opportunities in professional development programs and activities. The Director of Special Education (Special Needs) will be included in the implementation and execution of the program. The Project Director will request information about classroom teachers and students with special needs to ensure that appropriate access and equipment is available to address their needs. If not available, the district will determine if special assistive devices can be purchased (i.e. switches, pencil grips, special computer software, etc.). Students / teachers with special needs will have access to health treatment. All sites are handicapped accessible for the general public, students and parents. Transportation issues for participants with special needs will be included in program planning.

Local, regional and national participating speakers and volunteers from the community will include individuals of different races, genders, and cultures.

The Project Director and the External Evaluation Team will monitor any needs or discriminations. The district has developed special appeal procedures for teachers, students and program participants who feel they have been discriminated against in the areas of gender, race, national origin, color, disability, or age.

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

| * APPLICANT'S ORGANIZATION |
| --- |
| Lansing School District |

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Mr.    * First Name: Ben    Middle Name:

* Last Name: Shuldiner    Suffix:

* Title: Superintendent

* SIGNATURE: Joelle Y Letts    * DATE: 11/03/2022

AR002029

OMB Number: 1894-0007
Expiration Date: 12/31/2023

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director:**

Prefix: `Ms.`    * First Name: `Joelle`    Middle Name: [ ]    * Last Name: `Letts`    Suffix: [ ]

Project Director Level of Effort (percentage of time devoted to grant): `100`

Address:

* Street1: `519 W Kalamazoo Street`
Street2: [ ]
* City: `Lansing`
County: [ ]
* State: `MI: Michigan`
* Zip Code: `48933-2008`
Country: `USA: UNITED STATES`

* Phone Number (give area code): `517-755-2025`    Fax Number (give area code): [ ]

* Email Address: `joelle.letts@lansingschools.net`

Alternate Email Address: [ ]

**2. New Potential Grantee or Novice Applicant:**

a. Are you either a new potential grantee or novice applicant as defined in the program competition's notice inviting applications (NIA)?

[ ] Yes    [X] No

**3. Qualified Opportunity Zones:**

If the NIA includes a Qualified Opportunity Zones (QOZ) Priority in which you propose to either provide services in QOZ(s) or are in a QOZ, provide the QOZ census tract number(s) below:

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

AR002030

**4. Human Subjects Research:**

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

Tracking Number:GRANT13748271    Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:34:15 PM EDT

**AR002031**

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

\* Attachment: | 1238-Final LSD SBMH Abstract 2022.pdf |    [ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

AR002032

## ABSTRACT:  *TEAMS*

**Lansing School District (LSD – applicant and fiscal agent)** serves students and families living and learning in Lansing, Michigan.  Lansing School District educates high need students enrolled in 26 schools and multiple specialty education centers.  Lansing School District enrollment demographics include:

| Enrollment | % Poverty (F/R Lunch) | % Minority (Non-White) | % ELL | % Special Ed |
|---|---|---|---|---|
| 10,447 | 66.67% | 77% | 14% | 22.28% |

All 26 Lansing School District schools qualify as High Need schools per the criteria identified in the *School-Based Mental Health Services Grant Program*:  all schools have a Free or Reduced Lunch Rate exceeding 50% (**average district Free or Reduced Lunch Rate = 66.67%**) and all schools fail to meet mental health professional to student ratios recommended by the United States Department of Education.  **The current mental health professional to student ratio in Lansing School District is 5 mental health professionals to 10,447 students (Current LSD Ratio:  1 mental health professional : 2,089 students)**.  Lansing School District and partners will implement ***TEAMS: Tactics to Expand Access to Mental health Supports***, a *School-Based Mental Health Services Grant* program that addresses **Absolute Priority # 2** and **Competitive Preference Priority # 2**.  *TEAMS* promises to enhance the quality, diversity, capacity, equity and effectiveness of teaching and learning strategies and improve the mental health of students and families across all grade levels, PreK – 12.  Implementation of *TEAMS* will help LSD and partners meet and exceed the following measurable Goal, Objectives and anticipated Outcomes:

| *TEAMS*: Measurable Goal, Objectives and Outcomes | |
|---|---|
| **GOAL** | To strengthen and expand mental health supports in high need urban schools. |
| **Objective 1** | Increase the number of credentialed mental health professionals in Lansing schools. |
| **Objective 2** | Increase student and family access to effective mental health supports. |
| **Objective 3** | Improve education outcomes for high need students. |

*TEAMS* is a multi-layered project designed to expand, strengthen and sustain high quality school-based mental health support strategies serving students, families and educators in high need Lansing School District schools.  *TEAMS* Layers of Service include: Layer 1 – Expanded Capacity; Layer 2 – Specialized Interventions; and Layer 3 – Professional Learning.  Ongoing evaluation of *TEAMS* by an external evaluation team will provide feedback needed to support continuous improvement and measure achievement of the goal, objectives and anticipated outcomes.

## Project Narrative File(s)

**\* Mandatory Project Narrative File Filename:** 1236-1 FINAL LSD SBMH Project Narrative 2022.pdf

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

Tracking Number:GRANT13748271     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:34:15 PM EDT

**AR002034**

# Lansing School District

## *TEAMS – <u>T</u>actics to <u>E</u>xpand <u>A</u>ccess to <u>M</u>ental health <u>S</u>upports*

### PROJECT NARRATIVE - PRIORITIES

**ABSOLUTE PRIORITY 2**.........................................................................1 – 3

**COMPETITIVE PREFERENCE PRIORITY 2**.................................................3 – 5

### PROJECT NARRATIVE

**NEED FOR THE PROJECT** .......................................................................1 - 5

**QUALITY OF PROJECT PERSONNEL**.................................................... 6 - 14

**QUALITY OF PROJECT DESIGN AND PROJECT SERVICES** ...............14 - 38

**MANAGEMENT PLAN AND ADEQUACY OF RESOURCES** ..................38 - 49

**TABLE OF CONTENTS**

AR002035

**Absolute Priority 1 – SEAs Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need.**

Not Applicable – Lansing School District is an LEA applicant.

**Absolute Priority 2 – LEAs or Consortia of LEAs with Demonstrated Need Proposing to Increase the Number of Credentialed School-Based Mental Health Services Providers.**

**To meet this priority, an LEA or consortium of LEAs with demonstrated need must propose measures to increase the number of credentialed school-based mental health services providers, including plans to address the recruitment and retention of credentialed services providers in the LEA(s). Applicants must propose plans that include both of the following:**

**Lansing School District (LSD – applicant and fiscal agent)** serves students and families living and learning in Lansing, state capital of Michigan.  Lansing School District educates 10,447 high need students enrolled in 26 schools and multiple specialty district programs / education centers.  All 26 Lansing School District schools qualify as High Need schools per the criteria identified in the *School-Based Mental Health Services Grant Program* Notice Inviting Applicants published in the Federal Register:  All schools have a Free or Reduced Lunch Rate exceeding 50% (**average district Free or Reduced Lunch Rate = 66.67%**) and all schools fail to meet mental health professional to student ratios recommended by the United States Department of Education.  **The current mental health professional to student ratio in Lansing School District is 5 mental health professionals to 10,447 students (Current LSD Ratio:  1 mental health professional : 2,089 students)**.

**(a) Recruitment. An applicant must propose a plan to increase the number of credentialed services providers serving students in the LEA(s) with demonstrated need.**

Lansing School District proposes ***TEAMS: Tactics to Expand Access to Mental health Supports***, a *School-Based Mental Health Services Grant* project to increase district capacity to support the mental health of high need students by increasing the number of highly-qualified, licensed and credentialed mental health professionals employed in Lansing School District Schools.  *TEAMS* is a multi-layered project designed to expand, strengthen and sustain high quality school-based mental health support strategies serving students, families and educators in high need Lansing School District schools.  The multi-layered project will meet diverse and significant needs, fill gaps in current school-based mental health programs, improve social and academic outcomes for vulnerable youth, promote equity in learning and sustain effective strategies to ensure lasting, positive impacts from Federal funding. *TEAMS* Layers of Service include: Layer 1 – Expanded Capacity; Layer 2 – Specialized Interventions; and Layer

**AR002036**

3 – Professional Learning.  While all project components are designed to improve capacity and quality of mental health supports, three specific efforts directly seek to alleviate chronic shortages of school-based mental health professionals in Lansing schools:

- **School-Based Mental Health Team:**  Lansing School District will expand the number of credentialled, fully-licensed mental health professionals serving students as members of the Lansing School District Office of School Culture mental health team.  <u>Funds will be used to hire six (6) full-time Interventionists (Michigan Licensed Master Social Workers [LMS] or Licensed Professional Counselors [LPC]) and two (2) full-time School Psychologists to provide school-based mental health services to elementary, middle and high school students</u>.

- ***TEAMS*** **Fellowship:** The *TEAMS* Fellowship "grow your own" re-specialization strategy will create a school-based mental health professional pipeline for high need schools that fills a void in high quality mental health specialists committed to serving the students and schools of Lansing School District.  The *TEAMS* Fellowship will help LSD overcome recruitment, hiring and retention challenges by supporting the growth of internal candidates already committed to the success of Lansing youth to fill hardest-to-fill mental health positions.  The *TEAMS* Fellowship will support four cohorts of <u>four highly-qualified candidates per cohort (total of four cohorts during grant period)</u> with a rigorous two-year experience that includes completion of a Masters of Social Work or Masters of School Counseling degree, clinical residency in a high need LSD school and hiring bonuses for Fellows who complete the program and fill an LSD school-based mental health vacancy.

- ***TEAMS*** **Residency:**  Lansing School District will collaborate with Michigan State University (MSU) School of Social Work and Central Michigan University (CMU) to offer graduate students enrolled in degree programs leading to certification / license to serve as a school-based mental health professional with a structured and supportive Clinical Residency.  Residents – six pre-service Residents per year; 30 total Residents during grant period – will expand the network of support for Lansing students while gaining necessary, practical, field-based knowledge to improve their future efficacy as school-based mental health therapists.  High performing Residents will receive priority consideration for future LSD school-based mental health positions.  Implementation of *TEAMS* will establish a pipeline of new mental health professionals willing and prepared to fill school-based positions.

**(b)** ==Retention. An applicant must propose a plan to improve the likelihood that credentialed services providers providing services in the LEA(s) with demonstrated need stay in their position over time.==

Lansing School District schools, students, families and educators are negatively impacted by a chronic lack of school-based mental health services.  Not only do schools lack personnel capacity to provide vital mental health

supports / programs, LSD schools must also strive to overcome a high turnover rate that leaves significant vacancies across all academic, leadership, instructional, mental health and student support positions. Currently, LSD supports a total of five (5) school-based mental health positions; at the time of application, three (3) of the five (5) positions are vacant and currently fielding applicants for hire. *TEAMS* will implement an innovative recruitment and retention strategy to maximize district ability to hire highly qualified mental health professionals and retain highly effective mental health professionals in school-based mental health positions (based on prevailing compensation rates, schools face challenges in hiring and retention of mental health professionals because licensed and credentialed counselors can make significantly more money in private or agency practice compared to school-based positions).

- **Recruitment Incentive –** Hiring qualified personnel to fill school vacancies is extremely challenging, particularly for hardest-to-fill school-based mental health positions. *TEAMS* will offer a recruitment / signing bonus of $5,000 for each new, full-time mental health practitioner hired to fill a school-based mental health position in LSD (up to 10 signing bonuses per year given significant turnover rates).

- **Retention Incentive –** Across all positions in Lansing schools, post-pandemic educator turnover rates are exceedingly high and create significant gaps in services – particularly in school-based mental health services. *TEAMS* will offer *Highly Effective / Effective* mental health professionals (based on ratings derived from district-adopted and Michigan Department of Education-approved educator evaluation systems) an annual Retention Bonus of $3,500 to reduce turnover and increase equitable access to mental health services in Lansing schools.

**Competitive Preference Priority 1 – SEAs Proposing Respecialization, Professional Retraining, or Other Preparation Plan for Existing Mental Health Services Providers to Qualify Them for Work in LEAs with Demonstrated Need. (Up to 5 points)**

Not Applicable – Lansing School District is an LEA applicant.

**Competitive Preference Priority 2 – Increasing the Number of Credentialed School-Based Mental Health Services Providers in LEAs with Demonstrated Need Who Are from Diverse Backgrounds or from Communities Served by the LEAs with Demonstrated Need. (Up to 10 Points)**
**To meet this priority, applicants must propose a plan to increase the number of credentialed school-based mental health services providers in LEAs with demonstrated need who are from diverse backgrounds or**

who are from communities served by the LEAs with demonstrated need. Applicants must describe how their proposal to increase the number of school-based mental health services providers who are from diverse backgrounds or who are from the communities served by the LEA with demonstrated need will help increase access to mental health services for students within the LEA with demonstrated need and best meet the mental health needs of the diverse populations of students to be served.

Lansing School District strives to create and retain a workforce of school leaders, educators, mental health professionals, instructional faculty and staff that reflects the diversity of students and families living and learning in Lansing, Michigan. Lansing School District prioritizes the consistent implementation of strategies designed to ensure equal access to and equity in opportunity for all students, families and educators without regard to actual or perceived gender, race, national origin, color, disability, religion, sexual orientation, gender identity, veteran status, age or other protected class. Through creation and retention of a high quality, diverse workforce in high need schools, LSD seeks to increase equity in education for students, families and educators. Efforts to increase the number of school-based mental health professionals from diverse backgrounds and from the communities served by Lansing School District include but are not limited to:

- **Equity Audit:** Lansing School District is partnering with WestEd to conduct a district-wide Equity Audit of teaching and learning programs. Results of the Equity Audit will illuminate systemic biases, if they exist, that impact equity in professional opportunities and equity in student opportunities. Based on Equity Audit findings, LSD administrators and WestED equity experts will design a plan to eliminate biases influencing representation of groups impacted by systemic inequities in student programs and in educator hiring / retention / advancement and support programs. Equity Audit results and subsequent recommendations will provide LSD with an equity map leading toward improved outcomes for educators, students and the community. A key objective of the Lansing School District Equity Audit is to identify barriers that reduce representation across diverse groups in LSD faculty, mental health professionals, administrators and staff (particularly representation of Black and Latino men) and devise a plan to overcome barriers that reduce educator diversity in Lansing schools. Equity Audit findings will provide the data needed to develop recruitment, marketing and support plans that increase educator / staff diversity, promote retention of diverse educators / staff in LSD schools and improve representation of traditionally under-represented groups in Lansing School District faculty, administration and staff. Results of the Equity Audit and subsequent Equity Plan will be available during the 2022-2023 school year.

- ***TEAMS* Fellowship:** *TEAMS* will launch an initiative to identify aspiring mental health professionals from among the ranks of *Highly Effective* Lansing educators motivated to pursue mental health professional

credentials and re-specialize into school-based mental health positions in high need schools. The *TEAMS* Fellowship will prepare outstanding Fellows (candidates with a minimum of three consecutive years of *Highly Effective* ratings and demonstrated interest in pursuing a mental health credential) to become future mental health professionals in Lansing schools. The *TEAMS* Fellowship "grow your own" development strategy will create a school-based mental health professional pipeline for high need schools that fills a void in high quality mental health specialists committed to serving the students and schools of Lansing School District. The *TEAMS* Fellowship will provide a mechanism for LSD to recruit current educators living and working in Lansing communities to re-specialize to become mental health professionals working with students from their shared communities. The *TEAMS* Fellowship provides an internal pipeline of educators-turned-mental health professionals dedicated to serving the mental health needs of their students, schools and their own communities.

- *TEAMS* **Residency:** LSD proposes an innovative mental health professional pipeline strategy that connects graduate students enrolled in Masters degree mental health programs to Lansing School District schools and students. Through a school-based Clinical Residency experience for pre-service graduate students, LSD seeks to motivate aspiring mental health professionals to pursue school-based positions that benefit high need youth. LSD will partner with two regional, respected universities with diverse student enrollment and respected mental health degree programs serving the greater Mid-Michigan area (Michigan State University and Central Michigan University). Targeted recruitment at partner institutions of higher education with diverse student enrollment and respected Social Work or Counseling preparatory programs will ensure LSD students learn from and are supported by the best trained staff of mental health professionals and learn in schools whose educators / staff reflect the rich diversity of Lansing, MI communities and LSD schools.

**Lansing School District (LSD – applicant and fiscal agent)** serves students and families living and learning in Lansing, the state capital of Michigan.  Lansing School District educates high need students enrolled in 26 schools and multiple specialty education centers.  Lansing School District enrollment demographics include:

| Enrollment | % Poverty (F/R Lunch) | % Minority (Non-White) | % ELL | % Special Ed |
|---|---|---|---|---|
| 10,447 | 66.67% | 77% | 14% | 22.28% |

Source:  LSD Data Dashboard, 2022

All 26 Lansing School District schools qualify as High Need schools per the criteria identified in the *School-Based Mental Health Services Grant Program*:  all schools have a Free or Reduced Lunch Rate exceeding 50% (**average district Free or Reduced Lunch Rate = 66.67%**) and all schools fail to meet mental health professional to student ratios recommended by the United States Department of Education.  **The current mental health professional to student ratio in Lansing School District is 5 mental health professionals to 10,447 students (Current LSD Ratio:  1 mental health professional : 2,089 students)**.  District schools are united by common needs and affected by common risk factors that impact the quality of education programs, student achievement, student development, mental health and school climate.  After extensive assessment of needs and identification of gaps in services, LSD and education partners convened a Planning Task Force – comprised of school administrators, teachers, counselors, school social workers, students, parents and community representatives – to design ***TEAMS: Tactics to Expand Access to Mental health Supports***, a *School-Based Mental Health Services Grant* program that promises to enhance the quality, diversity, capacity, equity and effectiveness of teaching and learning strategies and improve the mental health of students and families across all grade levels, PreK – 12.

**(a)  NEED FOR THE PROJECT (10 points).**

***The Secretary considers the need for the proposed project. In determining the need for the proposed project, the Secretary considers the extent to which specific gaps or weaknesses in services, infrastructure, or opportunities have been identified and will be addressed by the proposed project, including the nature and magnitude of those gaps or weaknesses. (Up to 10 points)***

Lansing School District schools are united by common needs and affected by common risk factors that impact the quality of education programs, student achievement, student development, school climate and the mental health of students and their families.  Lansing School District faces a number of persistent challenges that elevate the need for expanded, school-based mental health supports, including: (1) Underserved Communities, (2) Low Performing Schools, (3) Behavior and Equity Challenges; (4) Inadequate Mental Health Supports and (5) Gaps and Weaknesses. **Underserved Communities:**  Lansing students live in economically depressed communities. The common appearance of run-down homes, empty storefronts and dilapidated apartments emphasizes the high

poverty rates in our school communities. With free and reduced lunch rates averaging 67% districtwide, the affect poverty has on Lansing students is devastating. LSD students suffer low self-esteem, develop destructive substance abuse habits, attain poor academic performance and exhibit violent behaviors such as bullying and fighting.  With little hope to escape the poverty they have known their entire lives, our students show little interest in learning. Key statistics demonstrate the impact poverty has on school communities:

| Target Area | % Persons Under 18 Yrs. In Poverty | Median House-hold Income | Per Capita Income | % Bachelor Degree |
|---|---|---|---|---|
| 48933 Lansing, MI (highest need Lansing Zip Code / school community) | 73.4% | $31,131 | $26,0567 | 28.7% |
| Lansing, MI (location of LSD schools) | 33.3% | $48,818 | $29,350 | 31.6% |
| Ingham County, MI (location of Lansing) | 20.4% | $57,226 | $33,069 | 42.0% |
| Michigan – Statewide | 17.8% | $63,498 | $35,353 | 31.7% |
| United States | 16.9% | $69,717 | $38,332 | 35.0% |

Source: U.S. Census 2022.

**Low Performing Schools:**  Lansing School District operates **26 schools educating 10,447 students** living and learning in vulnerable, high-need communities.  Lansing School District includes schools in state-designated Targeted Support and Improvement (TSI – bottom 25% of state schools:  Attwood ES; Dwight Rich School of the Arts; Sexton HS; Sheridan Road ES) and Additional Targeted Support (ATS – bottom 5% of state schools:  Eastern HS; Everett HS; Gardner Academy) based on student performance indicators.  Poor academic performance across all grade levels and student subgroups is summarized below:

| Lansing School District | % Students Proficient 2018-2019 * | | | | |
|---|---|---|---|---|---|
| | ELA / Reading | Math | Science | Graduation Rate | Postsecondary Enrollment Rate |
| **Lansing School District Performance** | **14.3%** | **7.3%** | **13.0%** | **62.1%** | **39%** |
| LSD Elementary School Performance | 14% | 8% | 11% | -- | -- |
| LSD Middle School Performance | 12% | 6% | 12% | -- | -- |
| LSD High School Performance | 17% | 8% | 16% | 62.1% | 39% |

Source: Michigan School Report Cards, M-STEP Exams, 2021-22.

Lansing School District lacks resources to provide diverse learning options for failing students, promote family commitment to learning or help youth searching for ways to break from cycles of underachievement.  Academic performance results and needs include:

- LSD schools are "High Poverty Schools" with Free and Reduced Lunch rates averaging 67%.

- 27% of Lansing School District schools (7 of 26 schools) are in state-designated improvement status based on chronic low performance and minimal growth (MDE, 2021).

- More than 85% of Lansing students, PreK – 12, (85.7%) fail to achieve Reading proficiency.

- More than 90% of Lansing students, PreK – 12, (92.7%) fail to achieve Math proficiency.

- More than 85% of Lansing students, PreK – 12, (87%) fail to achieve Science proficiency.

- Lansing School District graduation rate (62%) is 20% below the state graduation rate (82%).

- Lansing School District college going rate of 39% is 16% lower than the state average (55%).

**Behavior / Equity Challenges:** Lansing School District reported 15,646 Discipline Referrals and 4,331 Suspensions during the 2021-22 school year - approximately 1.5 incidences for each of 10,447district students.

| Lansing School District:  Discipline Data | | | | | | |
|---|---|---|---|---|---|---|
| # Discipline Referrals | # Violent Incidences | # Suspensions | # Incidences of Bias-Related Aggression | # Incidences of Bullying | # Incidences Substance Abuse | # Incidences Weapons |
| 15,646 | 1,764 | 4,331 | 295 | 401 | 285 | 81 |

Source: Lansing School District Data Dashboard 2021-22.

In addition to high rates of discipline throughout LSD schools, Lansing School District deals with persistent discipline equity gaps among enrolled students from different racial groups with students of color cited for a disproportionate number of discipline incidences compared to racial subgroup enrollment rates:

| Equity Data – % Discipline Referrals by Racial / Socioeconomic Subgroup / Gender | | | | | | |
|---|---|---|---|---|---|---|
| % Enrollment White | % Enrollment Black | % Enrollment Hispanic | % Enrollment American Indian | % Enrollment Pacific Islander | % Enrollment Asian | % Enrollment Multi-Racial |
| 23% | 38% | 21% | 1% | 0% | 5% | 12% |
| % Discipline Referrals White | % Discipline Referrals Black | %Discipline Referrals Hispanic | % Discipline Referrals American Indian | % Discipline Referrals Pacific Islander | % Discipline Referrals Asian | % Discipline Referrals Multi-Racial |
| 15.06% | 50.86% | 17.05% | 0.38% | 0.03% | 1.46% | 15.17% |

It is clear that Lansing School District needs to find and implement effective strategies to achieve disciplinary equity.  It will take a multi-layered approach as proposed in *TEAMS* to examine data through an equity lens, then

implement programming and supports that will truly reduce gaps and restore a more proportionate balance, resulting in improved school climate, improved mental health of students, families and educators and more supportive learning environments for all. **Inadequate Mental Health Supports:**  Students attending Lansing School District come from communities, families and households facing serious issues that impair the mental health and social and emotional wellbeing of young learners.  Students from underserved, disadvantaged families require increased mental health support to ensure they develop the skills to overcome risk factors that promote maladaptive, disruptive, antisocial behaviors and risky decisions.  While the need for mental health and social / emotional support in Lansing schools is high, LSD lacks the resources to support counselors or invest in fully implemented school-based mental health programs. **Lansing School District currently supports five (5) mental health positions** dedicated to providing counseling and therapeutic services in Lansing schools **(current ratio = 1 mental health professional : 2,089 students)**:

| Lansing School District Mental Health Professionals | | | | |
|---|---|---|---|---|
| Enrollment (PreK – 12) | Psychiatrists | Psychologists | Counselors (Non-Guidance) | Social Workers |
| 10,447 | 0 | 0 | 0 | 5 |

*TEAMS* will expand mental health capacity by: (a) hiring of six (6) Interventionists (Master of Social Work / Master of School Counseling professionals) and two (2) School Psychologists to provide therapeutic counseling / crisis intervention / restorative practices; (b) creating a "grow your own" and "pre-service" pipeline of future school-based mental health professionals and (c) providing students, families and educators with greater access to high quality mental health supports. **Gaps and Weaknesses:**  In response to the challenges impacting students, families, schools and communities, Lansing School District convened the *TEAMS* Planning Task Force – comprised of school administrators, teachers, counselors, school social workers, students, parents and community representatives – to conduct a thorough needs assessment and identify gaps and weaknesses in school-based mental health programs / supports.  The Task Force reviewed personnel capacity, analyzed student behavior / discipline / performance data, assessed the socio-economic / demographic / cultural conditions affecting schools and evaluated the effectiveness of existing strategies to address the mental health needs of students and their families.  The following chart outlines gaps and weaknesses and identifies proposed solutions to improve school-based mental health programs / supports in high need Lansing schools:

| Gaps & Weaknesses in Schools | Proposed Solutions |
|---|---|
| Need 1: Schools require additional personnel capacity to meet school-based mental health needs. | |

| | |
|---|---|
| **Gap 1:** Schools lack access to mental health professionals with capacity to provide counseling and therapeutic supports for students with behavioral and / or mental health needs – current ratio = 1 : 2,089. | *TEAMS* will hire credentialed / licensed mental health professionals (Master of Social Work or Master of School Counseling) and School Psychologists to provide therapeutic counseling and support for students, families and educators. |
| **Need 2: Schools need prevention / intervention / de-escalation resources to improve student behavior.** | |
| **Gap 2:** Schools do not utilize, with fidelity, evidence-based prevention / intervention programs that promote early detection of behavioral vulnerabilities and increase pro-social skills. | *TEAMS* will fund initiatives that increase support for mental health and social / emotional learning: *Michigan Model for Health,* Ebersole Center Outdoor Education, Equine Therapy, Restorative Practices, Therapeutic Counseling. |
| **Need 3:  Lansing School District needs to increase the number of mental health professionals able to provide school-based services.** | |
| **Gap 3:** Lansing School District does not implement a pipeline strategy to ensure sufficient credentialed, licensed, school-based mental health professionals are prepared to fill "hard-to-fill" school-based mental health positions. | *TEAMS* will create a *TEAMS* Fellowship and *TEAMS* Residency pipeline to recruit current LSD educators seeking to attain a mental health credential and re-specialize careers into school-based mental health services and pre-service graduate students enrolled in mental health degree programs to pursue employment in LSD schools. |
| **Need 4:  Educators need improved knowledge and expertise to support the social, emotion, mental health and developmental needs of vulnerable students.** | |
| **Gap 4:** Schools lack capacity to provide diverse professional development that prepares educators to support the non-cognitive, social, emotional and developmental needs of students. | *TEAMS* will provide extensive professional learning that includes therapeutic counseling strategies, crisis intervention, trauma-informed care, restorative practices and social and emotional learning content. |
| **Need 5:  Schools need access to specialized mental health supports for students, families and educators.** | |
| **Gap 5:** Schools lack capacity to provide mental health therapeutic and counseling services that meet the diverse mental health needs of students, families and educators. | *TEAMS* will expand partnerships with community-based providers to ensure efficient / timely referral to mental health services; *TEAMS* will connect LSD schools to virtual mental health counseling / therapeutic supports in partnership with Care Solace tele-mental health. |

Gaps and weaknesses reflect student, family, school and community needs and will be addressed by a comprehensive *School-Based Mental Health Program* project for PreK – 12 students enrolled in Lansing schools.

*(b) QUALITY OF PROJECT PERSONNEL (30 points).*

*1.    The Secretary considers the quality of the personnel who will carry out the proposed project. In determining the quality of project personnel, the Secretary considers the extent to which the applicant encourages applications for employment from persons who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 10 points)*

Lansing School District strives to create and retain a workforce of school leaders, educators, mental health professionals, instructional faculty and staff that reflects the diversity of students and families living and learning in Lansing, Michigan.  Lansing School District prioritizes the consistent implementation of strategies designed to ensure equal access to and equity in opportunity for all students, families and educators without regard to actual or perceived gender, race, national origin, color, disability, religion, sexual orientation, gender identity, veteran status, age or other protected class.  Through creation and retention of a high quality, diverse workforce in high need schools, LSD seeks to increase equity in education for students, families and educators.  Lansing School District is partnering with WestEd to conduct a district-wide Equity Audit of teaching and learning programs. Results of the Equity Audit will illuminate systemic biases, if they exist, that impact equity in professional opportunities and equity in student opportunities.  Based on Equity Audit findings, LSD administrators and WestED equity experts will design a plan to eliminate biases influencing representation of groups impacted by systemic inequities in student programs and in educator hiring / retention / advancement and support programs. Equity Audit results and subsequent recommendations will provide LSD with an equity map leading toward improved outcomes for educators, students and the community.  A key objective of the Lansing School District Equity Audit is to identify barriers that reduce representation across diverse groups in LSD faculty, mental health professionals, administrators and staff (particularly representation of Black and Latino men) and devise a plan to overcome barriers that reduce educator diversity in Lansing schools.  Equity Audit findings will provide the data needed to develop recruitment, marketing and support plans that increase educator / staff diversity, promote retention of diverse educators / staff in LSD schools and improve representation of traditionally under-represented groups in Lansing School District faculty, administration and staff.  Results of the Equity Audit and subsequent Equity Plan will be available during the 2022-2023 school year.  In addition to new, data-informed strategies embedded in the upcoming Equity Plan that will increase representation of diverse educators, faculty, school leaders and staff in LSD schools, Lansing School District will continue to implement current diversity strategies. LSD will engage as many stakeholders as possible in the implementation and decision-making process impacting *TEAMS* and participating schools to broaden support for mental health reform efforts and increase diverse engagement in education.  LSD will recruit stakeholders from traditionally-underrepresented groups to serve on

Advisory Boards, planning teams and committees – persons of color; persons from non-English speaking households; persons of poverty – to learn firsthand about the changing needs of under-represented communities and groups. LSD seeks to hire and retain a diverse workforce and is uniquely positioned to amplify initiatives through the recruitment of mental health professionals via existing partnerships – further strengthened by proposed *TEAMS* initiatives, including *TEAMS* Fellowship, *TEAMS* Residency and Professional Learning (see *Project Design*) – that connect LSD with partner colleges / universities with diverse student enrollment and respected mental health degree programs serving the greater Mid-Michigan area (Michigan State University and Central Michigan University). Targeted recruitment at partner institutions of higher education with diverse student enrollment and respected Social Work or Counseling preparatory programs will ensure LSD students learn from and are supported by the best trained staff of mental health professionals and learn in schools whose educators / staff reflect the rich diversity of Lansing, MI communities and LSD schools. Meaningful engagement of members from traditionally under-represented groups served by LSD schools will ensure grant management and grant implementation aligns to the priorities and needs of the diverse communities impacted by *TEAMS*.

**2.   In addition, the Secretary considers:**

**i.   *The qualifications, including relevant training and experience, of key project personnel. (Up to 10 points)***

*TEAMS* is an ambitious project serving students across all Lansing School District schools – all LSD schools meet the High Need school requirements as defined in the *School-Based Mental Health Services Grant Program* 2022 Notice Inviting Applicants. The quality of project implementation and extent of positive outcomes will be largely shaped by the quality of administrators, mental health professionals, faculty and staff who dedicate their efforts to thorough and successful implementation of the initiative. ***TEAMS* Advisory Board:** During the planning stages of *TEAMS*, LSD convened a Planning Task Force – comprised of school administrators, teachers, counselors, school social workers, students, parents and community representatives – to assess existing programs and propose new school-based mental health services that meet the developmental / mental health needs of Lansing students, families and educators. The Task Force solicited input from diverse stakeholders to identify appropriate supports that prepare youth to succeed in social and educational environments. The Task Force was fully immersed in the planning and development of *TEAMS*; members will continue to guide *TEAMS* during implementation as members of the *TEAMS* Advisory Board. The Advisory Board will meet quarterly during the five-year project (see *Management Plan*) to: (1) oversee implementation progress to ensure compliance with Federal guidelines and approved project Timeline / Logic Model; (2) monitor equity to ensure equal access for all participants; (3) assess evaluation results to review process and outcome benchmarks / milestones; (4) recommend project changes to promote ongoing improvement and sustainability and (5) provide opportunities for diverse

stakeholders – including parents and students – to shape project elements and influence school-based mental health services decision-making. **District Leadership:** While district administrators, Office of School Culture specialists, LSD mental health professionals, teachers, counselors and support staff will be fully or partially engaged in the project, the following chart outlines key leaders who will play a significant role in grant operation. LSD administrators / school leaders and mental health professionals possess vast experience implementing successful grant-funded programs, including a 2019 USDOE *School Climate Transformation Grant* program that launched and sustained the LSD Multi-Tiered System of Support and *Culturally Responsive PBIS* framework, which will provide the programmatic foundation supporting *TEAMS*:

| LSD District Administrators | | |
|---|---|---|
| **Position** | **Education / Credentials** | **Experience** |
| Superintendent of Schools: **Ben Shuldiner** | • Master's Degree in Education Leadership <br> • Doctor of Education in Education Leadership (Expected 2024) | • President, Association of Supervisors of Curriculum Development. <br> • Distinguished Lecturer of Education Leadership and Dean's Fellow at Hunter College. <br> • Member of the New York City Board of Education / Panel for Education Policy. <br> • Recipient of Jefferson Award for innovation, leadership, and outstanding contribution to education. <br> • Leader of LSD initiatives aligned to diversity / equity / inclusion and multiple USDOE / Michigan Dept. of Ed. grant funded school improvement projects. |
| Assistant Superintendent of Schools: **Jessica Benavides** | • Masters in Curriculum and Instruction <br> • Administrator Certification <br> • Bachelor in Education | • Former principal of Sheridan Road STEM magnet. <br> • Provides direct supervision and leadership of Office of School Culture. <br> • Manages district diversity initiatives. <br> • Oversees LSD Human Capital Management Systems responsible for all human resources decisions. <br> • LSD Director of Office of Curriculum and Instruction. |

| Executive Director of School Culture: **Cordelia Black** | • Masters of Social Work<br>• Restorative Justice Facilitator<br>• Chair LSD Strategic Planning Committee<br>• Created LSD Parent University | • Associate Superintendent of programs and grants to improve School Culture, School Climate, Mental Health.<br>• Supervisor of 2019 USDOE *School Climate Transformation Grant* project.<br>• Member of community-wide task force to improve access to mental health and social / emotional learning supports.<br>• Prior supervisor of USDOE *School Counseling* grant. |
| Director of Special Education: **Eileen Prihoda** | • Masters in Special Ed.<br>• Administrator Certificate<br>• Special Education Admin. Certificate<br>• Masters of Education | • 20+ years working in inner-city urban education and high-need education.<br>• Led LSD efforts to reduce disproportionality in Special Education.<br>• Organized and implemented district-wide MTSS with a focus on disproportionality to ensure equity. |
| Director of Diversity, Equity and Inclusion: **Sarah Odneal** | • Doctorate in Educational Leadership | • Designed / implemented culturally-responsive curriculum effort.<br>• Coordinated professional learning in culturally-responsive teaching and learning and Culturally-Responsive PBIS.<br>• Implemented culturally responsive frameworks and bias measurement tools to measure inequities in programs.<br>• Experience analyzing achievement and behavioral data to identify systemic inequities in teaching and learning. |

Key district leadership will provide direction for the implementation of *TEAMS* during the five-year grant. Grant funds will be used to hire an outstanding team of highly qualified grant personnel to fill vital grant management and programmatic roles. Key grant personnel will include:

| *TEAMS* Personnel | |
|---|---|
| **Qualifications** | **Primary Responsibilities / Duties** |
| *TEAMS* **Project Director: 1.0 FTE – To Be Hired**<br>**Joelle Letts, Competitive Grants Coordinator, will serve as Interim Project Director until a Full-Time Candidate is Hired for the Position.** | |
| • Master of Education, Social Work, Counseling or higher. | • Manage grant funds and serve as primary contact for USDOE grant office.<br>• Manage daily implementation of *TEAMS*. |

TEAMS - Tactics to Expand Access to Mental health Supports                    PROJECT NARRATIVE

| | |
|---|---|
| • Previous experience managing or coordinating grant programs.<br>• Administrator Certification, preferred.<br>• 10+ years in PreK – 12 education and / or school-based counseling.<br>• Fiscal management expertise.<br>• Familiarity with school-based mental health licensing / credentialing requirements.<br>• Experience supporting the social, emotional and / or mental health of students, families, educators. | • Coordinate Advisory Board and oversee committee meetings.<br>• Supervise grant staff and coordinate partnerships.<br>• Oversee recruitment and hiring process for grant staff.<br>• Recruit and coordinate annual cohorts of *TEAMS* Fellows and *TEAMS* Residents.<br>• Coordinate professional learning to improve use of evidence-based practices.<br>• Manage contracts to ensure seamless delivery of services.<br>• Monitor compliance to ensure schools implement *TEAMS* with fidelity.<br>• Oversee compliance with State of Michigan mental health licensing requirements.<br>• Manage outreach to parents to attain required consent for mental health services.<br>• Lead Crisis Response Team during district / school incidences.<br>• Collaborate with external evaluation team to ensure objective assessment of progress and measurement of outcomes.<br>• Coordinate Dissemination Plan and sustainability / replication efforts. |
| *TEAMS* **Interventionists:  6.0 FTE – To Be Hired** ||
| • Master in School Counseling, Social Work or related field.<br>• Valid / current Michigan mental health practitioner license – Licensed Master Social Worker (LMS) or Licensed Professional Counselor (LPC).<br>• Minimum five years experience providing mental health, substance abuse prevention and / or social and emotional support in PreK – 12 setting preferred.<br>• Experience serving urban schools preferred.<br>• Expertise offering therapeutic counseling services. | • Provide individual / group counseling using validated therapeutic counseling models (CBT / ART / TF-CBT / LSCI – training provided).<br>• Respond to needs of students / educators / families during incidents of school violence, crime, accidents or traumatic events as member of Crisis Response Team.<br>• Provide instruction in *Michigan Model for Health* whole child mental health, social and emotional learning and physical health curriculum (PreK -- 12).<br>• Support student, family, educator access to tele-health virtual mental health supports via *Care Solace* online services.<br>• Participate in Clinical Oversight sessions to ensure delivery of best therapeutic practices in compliance with mental health licenses.<br>• Implement Restorative Practices strategies during behavior interventions / therapeutic counseling casework.<br>• Collaborate with community partners to ensure student, family, educator access to community-based mental health referral services.<br>• Serve on school-wide Behavior Support Teams to implement *CRPBIS* protocols.<br>• Collect and ensure confidentiality of program data to facilitate evaluation. |

| _TEAMS_ **School Psychologists:  2.0 FTE – To Be Hired** | |
|---|---|
| • Master in Psychology.<br><br>• Valid / current Michigan School Psychology Certification.<br><br>• Minimum five years experience providing mental health treatment / counseling / psychology services in school environment.<br><br>• Experience serving urban schools preferred.<br><br>• Expertise offering therapeutic counseling services. | • Provide individual / group counseling using validated therapeutic counseling models (CBT / ART / TF-CBT / LSCI – training provided).<br><br>• Respond to needs of students / educators / families during incidents of school violence, crime, accidents or traumatic events as member of Crisis Response Team.<br><br>• Provide clinical support for Interventionists in compliance with licensing / credentialling parameters.<br><br>• Provide advanced therapeutic counseling and psychological treatment to students in need of specialized, clinical care.<br><br>• Provide support in multiple schools as part of district-wide school psychology team that serves all LSD facilities.<br><br>• Participate in Clinical Oversight sessions to ensure delivery of best therapeutic practices in compliance with mental health licenses.<br><br>• Implement Restorative Practices strategies during behavior interventions / therapeutic counseling casework.<br><br>• Collaborate with community partners to ensure student, family, educator access to community-based mental health referral services.<br><br>• Collect and ensure confidentiality of program data to facilitate evaluation. |
| _TEAMS_ **Fellows:  4.0 FTE per Cohort – Annual Selection of Cohort Participants** | |
| • Master of Education or related and current LSD employee.<br><br>• Desire to earn Master of Social Work or Master of Counseling.<br><br>• Desire to fill LSD school-based mental health position.<br><br>• _Highly Effective_ LSD Rating for minimum three years. | • Complete required coursework through accredited university to earn Master of Social Work or Master of Counseling degree.<br><br>• Complete required Clinical Residency in LSD school.<br><br>• Earn / maintain all required state licenses to practice mental health counseling.<br><br>• Participate in embedded coaching from LSD Master Teachers / Counselors.<br><br>• Complete extensive professional development and counseling certificates.<br><br>• Seek future employment as a school-based mental health practitioner in LSD school. |
| _TEAMS_ **Residents:  6.0 FTE per Cohort – Annual Selection of Cohort Participants** | |

| • Student in accredited Master of Social Work or Master of Counseling degree program.<br>• Desire to complete Clinical Residency in school setting.<br>• Desire to fill LSD school-based mental health position. | • Complete required coursework through accredited university to earn Master of Social Work or Master of Counseling degree.<br>• Complete required Clinical Residency in LSD school.<br>• Earn / maintain all required state licenses to practice mental health counseling.<br>• Participate in embedded coaching from LSD Master Teachers / Counselors.<br>• Seek future employment as a school-based mental health practitioner in LSD school. |
|---|---|
| **Competitive Grants Coordinator:  0.20 FTE – District-Funded Position – Joelle Letts** | |
| • LSD Director of Competitive Grant Programs.<br>• 10+ years administering Federal and state-level grants with Michigan Government.<br>• Budget / accounting analyst for MI Dept of Veterans Affairs | • Provide supervision and oversight to *TEAMS* Project Director.<br>• Coordinate alignment of *TEAMS* to other grant-funded district projects.<br>• Review scope and intent of *School-Based Mental Health Services Grant* program to ensure LSD compliance with applicable Federal regulations.<br>• Provide oversight of district efforts to comply with state mental health professional licensing / credentialling requirements; promote cooperation and agreement through community-based referral strategies. |
| **Grants Compliance Officer:  0.20 FTE – District-Funded Position – Curt Barnum** | |
| • LSD Director of State and Federal Grant Compliance.<br>• LSD Compliance Specialist<br>• Michigan Association of State Federal Program Specialists<br>• Information Systems Manager, Grand Rapids Public Schools | • Review scope and intent of *School-Based Mental Health Services Grant* program to ensure LSD compliance with applicable Federal regulations.<br>• Manage grant audit procedures and monitor all grant expenditures as needed.<br>• Review grant expenditures to ensure compliance with state / Federal requirements.<br>• Collaborate to complete all required reporting to USDOE funding agency.<br>• Coordinate District Leadership Team to promote high-level administrator involvement in and commitment to *TEAMS* strategies. |

ii. *The qualifications, including relevant training and experience, of project consultants or subcontractors. (Up to 10 points)*

Implementation of *TEAMS* during the five-year grant period will benefit from the ongoing engagement of highly qualified and skilled partners, consultants and contractors who will contribute knowledge, expertise and resources that expand the capacity of school-based personnel.  Qualifications and contributions of key partners, consultants and contractors will include but not be limited to:

*TEAMS* **Partners, Consultants and Contractors**

| Qualifications | Primary Responsibilities / Duties |
|---|---|
| **Care Solace** | |
| • Established in 2015 at the leading edge of tele-health.<br>• Serves more than 3 million PreK – 12 students, 150,000 school staff and 12 million parents / families.<br>• Partners with schools across nation to provide mental health services. | • Provide 24-hour access to on-demand, tele-health mental health services.<br>• Provide all LSD students and their families with access to mental health services provided by fully licensed / credentialed mental health practitioners.<br>• Offer a 24-hour mental health support / services portal for LSD educators.<br>• Ensure equal access to mental health services for all students, families, educators.<br>• Expand mental health services capacity for LSD school community.<br>• Provide on-demand triage and crisis intervention for those in need of support. |
| **Ingham County BOCES** | |
| • State-administered education support agency.<br>• Offers member school districts access to specialized services.<br>• Provides professional learning to LSD educators / staff.<br>• Offers schools shared access to advanced mental health services and personnel. | • Conduct professional development in Michigan Department of Education school support / student support / MTSS strategies.<br>• Provide specialized supports for students with mental health / social and emotional / developmental / academic needs.<br>• Provide access to shared school psychologists and school psychiatrists to meet the mental health needs of LSD students, families and educators.<br>• Provide expertise in the implementation of state-required Restorative Practices.<br>• Provide professional development on the implementation of *CRPBIS* framework and *Michigan Model for Health* social and emotional learning curriculum. |
| **Ingham County Community Mental Health / Child and Family Charities of Lansing** | |
| • Provides community access to community-based clinical mental health, addiction, substance abuse prevention, developmental support and family services.<br>• Long time LSD referral partners.<br>• Provides access to publicly available services in community settings, including LSD schools. | • Provide clinical services for families and children who struggle with emotional disturbance and behavioral concerns.<br>• Assign clinical mental health providers to *TEAMS* Resource Centers to increase school access to mental health services for high need students and families.<br>• Offer referral services for advanced therapeutic counseling, clinical interventions and psychology / psychiatry treatment.<br>• Participate in shared professional learning with school-based mental health staff.<br>• Provide *TEAMS* Fellows and *TEAMS* Residents with short-term community-based agency placements during Clinical Residency with LSD.<br>• Serve as members of *TEAMS* Advisory Board. |

| Michigan State University | |
|---|---|
| • Ranked among top 25 Schools of Social Work in nation.<br>• Offers extensive Continuing Education programs for mental health professionals / educators.<br>• Offers diverse mental health degree options, including School Social Work Certificate. | • Provide Lansing School District mental health practitioners with access to diverse Continuing Education programs, including Certificate programs in Trauma Informed Care and School Social Work Competency Series.<br>• Collaborate with LSD to place pre-service mental health graduate students in Lansing schools for required Clinical Residency.<br>• Offer *TEAMS* Fellows opportunity to attain Master of Social Work degree through *TEAMS* Fellowship "grow your own pipeline".<br>• Serve as members of *TEAMS* Advisory Board. |
| Central Michigan University | |
| • Nationally accredited Masters of Counseling program.<br>• Online degree program supports remote / virtual enrollment.<br>• Offers Concentration in School Counseling. | • Offer *TEAMS* Fellows opportunity to attain online Master of Counseling degree with Concentration in School Counseling through *TEAMS* Fellowship "grow your own pipeline".<br>• Collaborate with LSD to place pre-service mental health graduate students in Lansing schools for required Clinical Residency.<br>• Serve as members of *TEAMS* Advisory Board. |
| EduShift, Inc. | |
| • Completed more than 200 grant program evaluations.<br>• 22 years of organizational experience, founded in 2000.<br>• Experience evaluating USDOE School Climate / Counseling / Project Prevent grant projects with mental health focus. | • Utilize FORECAST Model research-validated evaluation framework.<br>• Conduct objective Process and Outcome Evaluation of *TEAMS*.<br>• Design and implement project-specific data collection tools.<br>• Provide feedback on project Goal, Objectives and Outcomes to facilitate continuous project improvement.<br>• Collaborate with LSD to complete all required progress reports.<br>• Provide technical assistance to support efficient, timely and successful completion of all grant components and sustainability of effective strategies. |

*(c) QUALITY OF PROJECT DESIGN AND PROJECT SERVICES (35 points).*

*1. The Secretary considers the quality of the design of the proposed project and the quality of the services to be provided by the proposed project. In determining the quality of the design of the proposed project, the Secretary considers the extent to which the goals, objectives, and outcomes to be achieved by the proposed project are clearly specified and measurable. (Up to 10 points)*

Lansing School District (applicant and fiscal agent) and project partners convened a Planning Task Force to assess

school / district / community needs, research innovative approaches to improving school-based mental health, identify project goals and objectives and design a project that promises to improve outcomes for students while creating inclusive learning environments that reduce equity barriers in education and promote the safety and wellbeing of all students / educators. *TEAMS* – an innovative *School-Based Mental Health Services* grant serving high need urban schools – is grounded in evidence-based / peer-reviewed research; the project design and services include: (1) Goal, Objectives and Outcomes; (2) Evidence of Effectiveness and Strong Theory; (3) Multi-Layered Services; and (4) Project Evaluation. **Goal, Objectives and Outcomes:** Implementation of *TEAMS* will help LSD and partners meet and exceed the following measurable Goal, Objectives and anticipated Outcomes:

| *TEAMS*: Measurable Goal, Objectives and Outcomes | | |
|---|---|---|
| **GOAL** | **To strengthen and expand mental health supports in high need urban schools.** | |
| **Objective 1** | **Increase the number of credentialed mental health professionals in Lansing schools.** | **Measures / Data Source** |
| Outcome 1.1 | Reduced student to mental health professional ratios. | Enrollment / Employment |
| Outcome 1.2 | Expanded access to specialized mental health supports / counseling. | Partnership Referrals |
| Outcome 1.3 | Improved educator knowledge of evidence-based mental health practices. | Professional Learning Rates |
| **Objective 2** | **Increase student and family access to effective mental health supports.** | **Measures / Data Source** |
| Outcome 2.1 | Reduced behavioral disruptions in participating schools. | Discipline Referral Data |
| Outcome 2.2 | Reduced bullying in participating schools. | Bullying Referral Data |
| Outcome 2.3 | Reduced violence and fighting in participating schools. | Violence Referral Data |
| Outcome 2.4 | Improved character / coping skills of students in participating schools. | Student Completion of SEL |
| **Objective 3** | **Improve education outcomes for high need students.** | **Measures / Data Source** |
| Outcome 3.1 | Increased math proficiency rates in participating schools. | State Assessment |
| Outcome 3.2 | Increased reading / ELA proficiency rates in participating schools. | State Assessment |
| Outcome 3.3 | Improved social / emotional health of students in participating schools. | Survey Data |

Ongoing evaluation of *TEAMS* by an external evaluation team will provide feedback needed to support continuous improvement and measure achievement of the goal, objectives and anticipated outcomes (see *Evaluation* below for required / project-specific Performance Indicators). **Evidence of Effectiveness and Strong Theory:** The *TEAMS* Planning Task Force conducted a thorough review of the literature in the field and built the project upon a strong foundation of Evidence of Effectiveness that meets USDOE *What Works Clearinghouse* standards to ensure the project aligns to best practices in school-based mental health services. Evidence of Effectiveness supporting the project includes but is not limited to:

TEAMS - Tactics to Expand Access to Mental health Supports                    PROJECT NARRATIVE

| *TEAMS*: Evidence of Effectiveness Studies | |
|---|---|
| **Evidence of Support Study # 1:  Cognitive Behavioral Therapy** | |
| **Citation** | Heller, S., Pollack, H. A., Ander, R., & Ludwig, J. (2013). Cambridge, MA: National Bureau of Economic Research. Retrieved from: https://eric.ed.gov/?id=ED577232 |
| **Study Outcomes** | Results of randomized control trial indicate schools implementing *Cognitive Behavioral Therapy* counseling model experienced statistically significant reduction in high school dropouts. |
| **Evidence of Support** | Meets *What Works Clearinghouse Standards Without Reservations*; At Least One Statistically Significant Positive Finding per WWC. |
| **Relevance to Project** | *Cognitive Behavioral Therapy* will be utilized by school-based mental health professionals to provide support for students demonstrating high-risk of disruptive / aggressive behavior. |
| **Evidence of Support Study # 2: Professional Development** | |
| **Citation** | Heller, J. I., Daehler, K. R., Wong, N., Shinohara, M., & Miratrix, L. W. (2012). Journal of Research in Science Teaching, 49(3), 333–362. Retrieved from: https://eric.ed.gov/?id=EJ989348 |
| **Study Outcomes** | Results of randomized control trial indicate schools implementing multiple professional development strategies experienced a statistically significant increase in student academic achievement. |
| **Evidence of Support** | Meets *What Works Clearinghouse Standards Without Reservations*; At Least One Statistically Significant Positive Finding per WWC; ESSA Tier 2 Moderate Evidence of Effectiveness. |
| **Relevance to Project** | *TEAMS* will offer numerous professional development opportunities to improve / expand the skills of mental health professionals, enhance educator efficacy and increase instructional competency. |
| **Evidence of Support Study # 3: Restorative Practices** | |
| **Citation** | Augustine, Catherine H.; Engberg, John; Grimm, Geoffrey E.; Lee, Emma; Wang, Elaine Lin; Christianson, Karen; Joseph, Andrea A. (2018). RAND Corporation. Retrieved from: https://eric.ed.gov/?id=ED594828 |
| **Study Outcomes** | Results of randomized control trial demonstrated use of Restorative Practices improved school climates (as rated by teachers), reduced suspension rates and reduced disparities in suspension rates between African American and white students. |
| **Evidence of Support** | Meets *What Works Clearinghouse Standards With Reservations*; At Least One Statistically Significant Positive Finding per WWC; ESSA Tier 2 Moderate Evidence of Effectiveness. |

| Relevance to Project | LSD will implement Restorative Practices in all schools to provide educators with alternative methods of managing disruptive student behaviors and empower educators to de-escalate situations before discipline is a necessary course of action. |
|---|---|

Evidence of Effectiveness supporting the *TEAMS* project design provides the foundation for a strong theory and conceptual framework demonstrating the rationale for *TEAMS* school-based mental health services. The Planning Task Force outlined the conceptual framework for *TEAMS* with the creation of a *TEAMS* Logic Model. The Planning Task Force adopted a validated Logic Model framework – initially developed by the Regional Educational Laboratory (REL) Northeast & Islands, in collaboration with WestEd – that reflects the proposed FORECAST evaluation strategy (see *Evaluation* below) to outline the project. The Logic Model will guide daily implementation of the project and inform ongoing process and outcome evaluation that focuses on relationships between program elements and the goal, objectives and outcomes of *TEAMS*.

| *TEAMS* Logic Model |
|---|
| **GOAL**: To strengthen and expand mental health supports in high need urban schools. |
| **Objective 1**: Increase the number of credentialed mental health professionals in Lansing schools. |
| **Objective 2**: Increase student and family access to effective mental health supports. |
| **Objective 3**: Improve education outcomes for high need students. |

| INPUTS > | ACTIVITIES > | OUTPUTS > | SHORT TERM OUTCOMES > | LONG TERM OUTCOMES |
|---|---|---|---|---|
| • Knowledge of Evidence-Based Strategies<br>• USDOE Grant Funding<br>• Lansing School District Expertise / Resources | • **Layer 1: Expanded Capacity**<br>o School-Based Mental Health Team<br>o Crisis Response Team<br>o Tele-Health Virtual Counseling<br>o Clinical Oversight<br>o *TEAMS* Fellowship<br>o *TEAMS* Residency | • **Layer 1: Expanded Capacity**<br>o Team of Six Interventionists and Two School Psychologists<br>o Districtwide Crisis Response Team<br>o On-Demand Tele-Health Counseling<br>o Monthly Clinical Oversight Sessions<br>o Four Cohorts of Four Fellows | • Reduced student : mental health professional ratio 15% by end of YR 3.<br>• 100% of schools will provide community mental health services / virtual counseling by end of YR 3. | • Reduced student : mental health professional ratio 20% by end of YR 5.<br>• 100% of schools will provide community mental health services / virtual counseling by end of YR 5. |

- Partner Expertise / Resources
- Evaluation Team Expertise in Research-based Methods of Evaluation
- LSD Office of Finance experience managing USDOE Grants
- Expertise implementing School Climate / Project Prevent / Counseling grants with mental health focus
- Consultant and Contractor Expertise

○ *TEAMS* Resourced Centers
○ Retention / Recruitment Incentives
- **Layer 2: Specialized Interventions**
  ○ Therapeutic Counseling
  ○ Michigan Model for Health
  ○ Outdoor Leadership
  ○ Equine Therapy
  ○ Restorative Practices
- **Layer 3: Professional Learning**
  ○ Therapeutic Counseling
  ○ Continuing Education
  ○ Social and Emotional Learning
  ○ School Climate
- **Evaluation**
  ○ Process Evaluation

○ Five Cohorts of Six Residents
○ Six *Teams* Resource Centers
○ Annual Incentives
- **Layer 2: Specialized Interventions**
  ○ Daily use of CBT, ART, TF-CBT, LSCI
  ○ Daily Social / Emotional Learning Lessons
  ○ 12 annual Ebersole Center Excursions
  ○ Monthly Equine Therapy
  ○ Daily use of Restorative Practices
- **Layer 3: Professional Learning**
  ○ Annual training for up to 10 participants per year in four counseling models
  ○ Annual completion of School Social Work Competency Series / Trauma-Informed Care Certificate for up to 10 participants per year
  ○ Two all-staff MMH trainings per year

- 50% of mental health staff will complete training in counseling models by end of YR 3.
- Reduce discipline referrals 9% by end of YR 3.
- Reduce bullying referrals 9% by end of YR 3.
- Reduce violence / fighting referrals 9% by end of YR 3.
- Minimum 50% of students will complete MMH curriculum by end of YR 3.
- Increase ELA proficiency in LSD schools 3% by end of YR 3.
- Increase Math proficiency in LSD schools 3% by end of YR 3.
- Increase Science proficiency in

- 80% of mental health staff will complete training in counseling models by end of YR 5.
- Reduce discipline referrals 15% by end of YR 5.
- Reduce bullying referrals 15% by end of YR 5.
- Reduce violence / fighting referrals 15% by end of YR 5.
- Minimum 80% of students will complete MMH curriculum by end of YR 5.
- Increase ELA proficiency in LSD schools 5% by end of YR 5.
- Increase Math proficiency in LSD schools 5% by end of YR 5.
- Increase Science proficiency in LSD

| | o Outcome Evaluation | o Two staff Restorative Practices trainings per yr | LSD schools 3% by end of YR 3. | schools 5% by end of YR 5. |
|---|---|---|---|---|

**Multi-Layered Services:** *TEAMS* is a multi-layered project designed to expand, strengthen and sustain high quality school-based mental health support strategies serving students, families and educators in high need Lansing School District schools. The multi-layered project will meet diverse and significant needs, fill gaps in current school-based mental health programs, improve social and academic outcomes for vulnerable youth, promote equity in learning and sustain effective strategies to ensure lasting, positive impacts from Federal funding. *TEAMS* Layers of Service include: Layer 1 – Expanded Capacity; Layer 2 – Specialized Interventions; and Layer 3 – Professional Learning.

**Layer 1 – Expanded Capacity:** *TEAMS* will provide the resources needed to enable Lansing School District and partners to diversify, strengthen and expand school-based mental health capacity in high need urban schools. Through Federal funding, LSD will invest in multiple initiatives to ensure all students enrolled in Lansing schools across all grade levels, PreK – 12, benefit from school-based mental health supports needed to meet the many challenges they face today, particularly the challenges of reentry after the long COVID-19 pandemic hiatus from full-time, in-person learning. Expanded Capacity strategies include:

- **School-Based Mental Health Team:** Lansing School District will expand the number of credentialled, fully-licensed mental health professionals serving students as members of the Lansing School District Office of School Culture. Funds will be used to hire six (6) full-time Interventionists (Michigan Licensed Master Social Workers [LMS] or Licensed Professional Counselors [LPC]) and two (2) full-time School Psychologists to provide school-based mental health services to elementary, middle and high school students. Each *TEAMS* Interventionist and School Psychologist will be placed in a "home" school with the highest needs to strengthen supports for the most vulnerable students enrolled in LSD schools. Interventionists and School Psychologists will provide group counseling, individual counseling, utilize validated therapeutic counseling models (see Professional Development below), offer advanced treatment (in compliance with licensures / credentials), provide instruction in social and emotional learning curricula in classrooms and collaborate with school leaders / educators as members of school emergency response teams and *Culturally Responsive Positive Behavioral Interventions and Supports* (*CRPBIS*) teams. Interventionists and School Psychologists will play a vital role in the delivery of the school-based, district-approved Multi-Tiered System of Support (MTSS) launched through implementation of a USDOE 2019 *School Climate Transformation Grant* initiative.

- **Crisis Response Team:** Implementation of *TEAMS* will provide the resources needed to create and sustain a Lansing School District Crisis Response Team composed of specially trained district / school leaders and

all credentialled, school-based, mental health professionals. *TEAMS* Interventionists and School Psychologists will be core first-responder Crisis Response Team members deployed to support students, families and / or educators during crisis situations – as needed, LSD will call upon additional Crisis Response Team members (existing LSD mental health staff and members of the Office of School Culture) to support *TEAMS* personnel. The Crisis Response Team will provide frontline response to situations with the likelihood to impact the mental health, physical health, physical safety of Lansing students, families and educators. All Crisis Response Team members will complete Crisis Intervention, De-escalation, Trauma-Informed Care and Restorative Practices training and certification to ensure evidence-based practices are used to address crisis situations impacting the Lansing School District community.

- **Tele-health Virtual Counseling:** Lansing School District will apply lessons learned through two years of virtual instruction during the COVID-19 pandemic and provide students, families and educators with access to on-demand virtual mental health supports. Tele-health strategies are increasingly common across all health and wellness disciplines and tele-health mental health counseling is an effective way to connect those in need of support with specialized services in a cost-effective manner that also helps school districts circumvent the ongoing challenges of hiring and retaining school-based staff. LSD will work with *Care Solace* – a vast virtual network of licensed, credentialed and specialized mental health professionals with substantial experience working with school district clients and their students / families / educators across the nation – to greatly expand district access to mental health supports. *Care Solace* allows students, families and educators to access mental health treatment and interventions via referral from school-based practitioners and / or self-referral through an intake and triage process that connects those in need with licensed providers possessing the specialized therapeutic skills to address individual needs. The benefits of collaboration with *Care Solace* include but are not limited to: (1) *Care Solace* provides LSD with greatly expanded access to mental health treatment options; (2) *Care Solace* is available 24 hours per day and allows students, families and educators in crisis to access immediate mental health support to intervene during crisis situations; (3) *Care Solace* eliminates the stigma of seeking in-person treatment as a barrier to interventions; (4) *Care Solace* provides on-demand support available anywhere, anytime, thereby eliminating transportation as an access barrier to receiving mental health treatment; (5) *Care Solace* offers a specific educator support portal that provides mental health supports for educators who are facing unprecedented pressures post-pandemic and during a continuing exodus of educators from the field of education; and (6) *Care Solace* will enable LSD to meet the mental health needs of the school community during a time when hiring personnel to fill education vacancies,

particularly school-based mental health vacancies, is an extremely challenging task. Through *TEAMS*, all LSD schools will gain access to *Care Solace* mental health programming and services.

- **Clinical Oversight:** Lansing School District will contract with licensed psychiatrists to provide clinical oversight for counselor casework and clinical treatment for youth and families in need of specialized mental health care. Oversight will ensure that all students receive treatment for diagnosed mental health conditions requiring expertise and training that exceeds Interventionist and School Psychologist expertise. Clinical Oversight providers will lead monthly review of Interventionist / School Psychologist caseloads, provide on-demand assistance for challenging / crisis situations and advanced clinical support for both *TEAMS* personnel and current LSD school-based mental health practitioners dealing with complex cases.

- *TEAMS* **Fellowship:** *TEAMS* will launch an initiative to identify aspiring mental health professionals from among the ranks of *Highly Effective* Lansing educators motivated to pursue mental health professional credentials and re-specialize into school-based mental health positions in high-needs schools. The *TEAMS* Fellowship will prepare outstanding Fellows (candidates with a minimum of three consecutive years of *Highly Effective* ratings and demonstrated interest in pursuing a mental health credential) to become future mental health professionals in Lansing schools. The *TEAMS* Fellowship "grow your own" development strategy will create a school-based mental health professional pipeline for high need schools that fills a void in high quality mental health specialists committed to serving the students and schools of Lansing School District. The *TEAMS* Fellowship will help LSD overcome recruitment, hiring and retention challenges by supporting the growth of internal candidates already committed to the success of Lansing youth to fill hardest-to-fill mental health positions. The *TEAMS* Fellowship will support four cohorts of <u>four highly-qualified candidates per cohort</u> with a rigorous two-year experience that includes completion of a Masters of Social Work or Masters of School Counseling degree, clinical residency in a high need LSD school and hiring bonuses for Fellows who complete the program and fill LSD school-based mental health vacancies. <u>Lansing School District will partner with Michigan State University School of Social Work and Central Michigan University Counseling Program to offer multiple mental health degree programs –</u> **at no cost to selected Fellows; grant funds will support re-specialization of educators and Fellows will receive a** *TEAMS* **stipend to cover salary loss during the Clinical Hours component of the Fellowship** <u>– that lead to the attainment of a credential / license allowing Fellows to serve as school-based mental health professionals / therapists, including the required State of Michigan Licensed Master Social Worker (LMS) or Licensed Professional Counselor (LPC) certification</u>. Successful Fellows who complete the program will receive priority placement in future LSD positions.

- ***TEAMS* Residency:**  Lansing School District will collaborate with Michigan State University (MSU) School of Social Work and Central Michigan University (CMU) to offer graduate students enrolled in degree programs leading to certification / license to serve as a school-based mental health professional with a structured and supportive Clinical Residency.  Both graduate programs require clinical residency hours to complete respective degrees (MSU Master of Social Work; CMU Master of Counseling).  As *TEAMS* Residents, each pre-service school-based mental health therapist will collaborate with both a Master Teacher and Master Counselor to gain critical, experiential, job-embedded expertise in school-based mental health supports for high need students.  Residents will also complete temporary placements in partner mental health agencies to gain valuable experience in a community-based provider environment that offers specialized referral services to students and families (partners include Ingham County Community Mental Health; Ingham County BOCES; Child and Family Charities of Lansing).  Residents will expand the network of support for Lansing students while gaining necessary, practical, field-based knowledge to improve their future efficacy as school-based mental health therapists.  High performing Residents will receive priority consideration for future LSD school-based mental health positions and will receive priority consideration for future mental health positions available through project partners (Ingham County Community Mental Health, Ingham County BOCES and Child and Family Charities of Lansing).  Implementation of <u>*TEAMS* will provide a Clinical Residency stipend of $5,000 per *TEAMS* Resident (up to 6 Residents per year) to incentivize completion of clinical hours in Lansing schools and establish a pipeline of new mental health professionals willing and prepared to fill school-based positions</u>.

- ***TEAMS* Resource Centers:**  Lansing School District will establish *TEAMS* Resource Centers (TRC) – on-campus centers of learning and supports that embrace diversity and equity, consolidate intervention and prevention resources for youth and families and serve as school-based centers for partner agency services and locations supporting confidential access to *Care Solace* tele-health counseling services.  *TEAMS* Resource Centers will be located in each of the "home" schools in which *TEAMS* Interventionists are placed (Interventionists will rotate through multiple schools per week but will be assigned a "home" school).  Mental health partners, institution of higher education partners and community partners will equip each TRC with social, emotional, wellness, academic, parent, family, substance abuse prevention and therapeutic learning resources, offer technology-based services / assessments, provide school-based extension services (mental health screenings, wellness screenings, counseling services, parent programs via project partner personnel) and provide students and families opportunities to self-refer for supports through school-based mental health professionals and *TEAMS* Interventionists.  Resource Centers will serve as school-based centers for

community mental health supports. Collaborating partner agencies (Ingham County Community Mental Health; Ingham County BOCES; Child and Family Charities of Lansing) will assign agency mental health counselors / psychologists / therapists / social workers to each Resource Center to provide students and families access to specialized, community-based services in a familiar, school-based environment to reduce stigma of engaging in mental health services in a community-based facility and reduce transportation / access as a barrier preventing youth and families from receiving needed treatment / interventions.

- **Retention and Recruitment Incentives:** *TEAMS* will implement an innovative recruitment and retention strategy to maximize district ability to hire highly qualified mental health professionals and retain highly effective mental health professionals in school-based mental health positions (based on prevailing compensation rates, schools face challenges in hiring and retention of mental health professionals because licensed and credentialed counselors can make significantly more money in private or agency practice compared to school-based positions).

  o **Recruitment Incentive** – Hiring qualified personnel to fill school vacancies is extremely challenging, particularly for hardest-to-fill school-based mental health positions. *TEAMS* will offer a recruitment / signing bonus of $5,000 for each new, full-time mental health practitioner hired to fill a school-based mental health position in LSD (up to 10 signing bonuses per year given significant turnover rates).

  o **Retention Incentive** – Across all positions in Lansing schools, post-pandemic educator turnover rates are exceedingly high and create significant gaps in services – particularly in school-based mental health services. *TEAMS* will offer *Highly Effective / Effective* mental health professionals (based on ratings derived from district-adopted and Michigan Department of Education-approved educator evaluation systems) an annual Retention Bonus of $3,500 to reduce turnover and increase equitable access to mental health services in Lansing schools.

**Layer 2 – Specialized Interventions:** LSD will provide targeted support – Tier 2 and Tier 3 mental health interventions – to underserved learners, grades PreK – 12, to increase school capacity to implement prevention strategies that protect youth from risk factors and build resistance skills. Specialized interventions will focus on both prevention of mental health and behavioral issues and support for students experiencing mental health and behavioral challenges. Specialized interventions will include but not be limited to:

- **Therapeutic Counseling:** *TEAMS* will increase capacity / diversity of counseling services available in schools. LSD will hire eight mental health professionals (6 Interventionists, 2 School Psychologists) to expand district capacity to support the mental health of students, families and educators through implementation of validated, evidence-based therapeutic counseling models, including but not limited to:

o **Cognitive Behavioral Therapy**: *TEAMS* Interventionists, School Psychologists and LSD mental health professionals will complete certification training in and utilize *Cognitive Behavioral Therapy* (*CBT*) to help students struggling with diverse mental health issues (depression, eating disorders, suicidal thoughts, abuse, trauma, mental illnesses), learn skills needed to resist negative pressures and strengthen resiliency and coping abilities. *CBT* – supported by Strong Evidence of Effectiveness per *What Works Clearinghouse* standards (see *Project Design* above) – is an effective tool that helps individuals address numerous emotional challenges that can negatively impact behavior and negatively impact the safety of school environments (see Heller, S., et al. [2013] for evidence of effectiveness).

o **Aggression Replacement Therapy:** *TEAMS* Interventionists, School Psychologists and LSD mental health professionals will complete certification training in and utilize *Aggression Replacement Therapy* to empower students to take responsibility for their behavior and learn healthier, less disruptive, non-violent ways to interact with peers, family members, educators and other adults (see Hornsveld, R., et al. [2015] for evidence of effectiveness). *ART* is an intervention for aggressive adolescents and children consistent with a restorative practices framework that helps counselors and students communicate about the causes of aggressive behavior and identify non-violent, non-aggressive alternatives to aggressive behavior that improves school climate, reduces incidences of violence and decreases the severity of anti-social, disruptive student discipline issues.

o **Trauma-Focused Therapy:** *TEAMS* Interventionists, School Psychologists and LSD mental health professionals will complete the *Trauma-Focused Cognitive Behavioral Therapy* therapist certification program and utilize *Trauma-Focused Therapy* to help students address the impact of trauma on their mental health and wellness. *Trauma-Focused Cognitive Behavioral Therapy* (*TF-CBT*) is an evidence-based treatment for children, adolescents and their parents / caregivers who are impacted by trauma. Research shows that *TF-CBT* successfully resolves a broad array of emotional and behavioral difficulties associated with single, multiple and complex trauma experiences (*TF-CBT* is a US Substance Abuse and Mental Health Services Administration [SAMHSA] Model Program, see Jensen et al, [2014] for evidence of effectiveness).

o **Life Space Crisis Intervention (LSCI):** *TEAMS* Interventionists, School Psychologists and LSD mental health professionals will complete the *Life Space Crisis Intervention* certification program and utilize *LSCI* to help students de-escalate intense social, emotional, mental health and physical crisis situations. *LSCI* is a brain-based, trauma-informed, relationship-building verbal strategy that turns crisis situations into learning opportunities for youth who exhibit challenging behaviors. *LSCI* provides educators,

counselors, social workers, psychologists, child and youth care workers, parents, and other caring adults with a systematic, multi-stage process to move from stress and conflict to insight and long-term behavioral change. *LSCI* is designated a Promising Intervention by the California Evidence-Based Clearinghouse (see D'Oosterlinck, et al. [2008] for evidence of effectiveness).

- **Michigan Model for Health:** The Michigan Model for Health (MMH) is an evidence-based whole child wellness education curriculum for teachers and educators of PreK – 12 students (Michigan Model for Health is a US Substance Abuse and Mental Health Services Administration [SAMSHA] Evidence-Based Program and Collaborative for Social and Emotional Learning [CASEL] Designated Select Program; see O'Neill, J., Clark, J., & Jones, J. [2011; 2018] for evidence of effectiveness). The curriculum, implemented in 39 states across the nation, provides skills-based learning through lessons that incorporate a variety of teaching and learning techniques (virtual / direct instruction). Lessons emphasize active student participation, especially in developing and practicing skills and role-playing strategies for using those skills. The Tier 2 intervention is designed to support the social, emotional, mental and physical health of students and empower youth to make prosocial choices, overcome risk factors, improve behavioral outcomes, reduce drug, alcohol and tobacco use and improve overall school and out-of-school social and learning environments. The MMH program is aligned to the core school curriculum and lessons / skills instruction are integrated into various academic disciplines, including language arts, science, social studies and physical education.

- **Ebersole Center Outdoor Leadership Programs:** Lansing School District operates a regional center for outdoor education and student learning that connects outdoor and nature-based experiences with social and emotional, character development and academic learning. Annual Ebersole excursions will provide students the opportunity to participate in outdoor education as an alternative to the urban communities in which students live and learn linked to character development and life skills education. Ebersole events (serving elementary, middle and high school youth) will allow students to participate in outdoor education experiences that nurture the development of leadership, teamwork, self-esteem, self-reliance, confidence, mindfulness, anger management, responsible decision-making, perseverance and other non-cognitive skills critical to the social and emotional wellness of students. All instructors are certified educators with appropriate licenses and possess experience teaching character development and life skills education through outdoor learning. Outdoor education and adventure-based learning is a unique way to engage youth in character and life skills education while increasing student engagement with the environment and communities in which they live (see Flom, B., et al. [2011] for research base).

- **Equine Therapy Center:** Lansing School District will provide highest need students with significant developmental / behavioral challenges access to the LSD Equine Center for Learning, a licensed therapeutic riding center with trained staff prepared to offer physically, emotionally, socially and developmentally challenged youth with physically-active, pro-social learning experiences. The LSD Equine Learning Center will offer small group sessions that introduce students to horseback riding and animal husbandry, teach youth to connect with nature and animals and help challenged students overcome barriers imposed by physical, emotional, social and / or developmental challenges. Equine therapy is a validated, effective therapeutic strategy that promotes positive mental health, wellness and fitness outcomes. Equine therapy offers LSD schools a unique opportunity to enhance student programs that directly serve highest-risk youth in need of innovative strategies that promote positive relationships, team building, leadership, coping skills and problem-solving through physical activity (see Pendry, et al. [2007] for research base).

- **Restorative Practices:** LSD will adopt Restorative Practices as a critical component of the LSD Multi-Tiered System of Support (MTSS) grounded in districtwide implementation of *Culturally Responsive Positive Behavioral Interventions and Supports* (*CRPBIS*). Restorative Practices are mandated by statute in the state of Michigan as an alternative to more traditional and often inequitable forms of behavior management / discipline. Adoption of Restorative Practices will engage all facets of the school community, including *TEAMS* Interventionists, School Psychologists and LSD school-based mental health professionals, in strategies that improve equity in social, emotional, mental health and behavior outcomes in students, grades PreK – 12. Restorative Practices build organizational capacity to proactively prevent wrongdoing and conflict through creation and maintenance of positive school climate while providing educators with the skills to apply restorative justice response strategies to conflict and wrongdoing and build social capital needed to reduce incidences of violence, bullying, bias and conflict. Restorative Practices empower a diversity of voices and reduces discipline disparities based on race and other demographic factors to increase equity in school environments and reduce conflict and bias-related incidences. LSD will provide annual professional learning to ensure effective implementation of Restorative Practices strategies (see Augustine, C. et al. [2018] for evidence of effectiveness).

**Layer 3 – Professional Learning:** *TEAMS* will provide school-based mental health professionals, partner agency personnel, pre-service students enrolled in partner IHE mental health degree programs and LSD educators with extensive professional development opportunities to increase preparation, capacity and expertise to improve the mental health / social and emotional readiness of students, families and educators and create and sustain positive learning environments in schools. Professional development will be of sufficient diversity, intensity, quality and

capacity to facilitate positive social, emotional, academic, mental health, school climate, family and student outcomes.  Professional learning during the grant period will include but not be limited to:

| *TEAMS*:  Professional Learning | |
|---|---|
| **Topic / Provider** | **Content / Scope of Learning** |
| **Therapeutic Counseling Models** | |
| **Cognitive Behavioral Therapy** (The Beck Institute) | • *Essentials of Cognitive Behavioral Therapy*:  *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete an online foundation course in *Cognitive Behavioral Therapy* through the renowned Beck Institute to equip mental health professionals with the therapeutic skills to help students overcome diverse mental health challenges through evidence-based psychotherapy (Years 1 – 5; 4-week online course totaling 8 instructional hours for up to 10 school-based / partner mental health professionals per year).<br>• *CBT Advanced Study*:  Multiple On-Demand / In-Person Workshops:  *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete advanced study in *Cognitive Behavioral Therapy* with emphasis on integrating CBT and Mindfulness; CBT for Anxiety, CBT for Emerging Adults, CBT for Trauma and CBT for Depression to provide advanced therapeutic options for at-risk youth (Years 2 – 5; up to two modules per year for up to 10 school-based / partner mental health professionals per year). |
| **Aggression Replacement Therapy** (Edna Bennett Pierce Prevention Research Center at Penn State University) | • *Aggression Replacement Therapy*:  *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete training in the U.S. Department of Education and U.S. Office of Juvenile Justice Model program to prepare mental health professionals to implement validated therapeutic strategies that help youth reduce aggressive behaviors through restorative practices, anger management and anti-recidivism strategies (Years 1 – 5; annual three-day workshop plus six-month fidelity monitoring coaching for up to 10 mental health professionals per year). |
| **Trauma-Focused Therapy** (Trauma-Focused Cognitive Behavioral Therapy National Therapist Certification Program) | • *TF-CBT Certification*:  *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete the blended learning TF-CBT Basic Certification course to integrate trauma-focused supports in school-based mental health (Years 1 – 5; online TF-CBT Web course; two-day live training and six to twelve months of clinical coaching support for up to 10 mental health professionals per year). |

| | |
|---|---|
| | • *TF-CBT Advanced Training*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete the online TF-CBT Advanced Training program to improve skills and expand clinical knowledge of effective trauma-focused therapies / care (Years 2 – 5; two-day online course for up to 10 mental health professionals per year). |
| **Life Space Crisis Interventions** (Life Space Crisis Intervention | • *Level 1 – Introduction to LSCI*:  *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete the online Level 1 LSCI course to equip practitioners to turn crisis situations into learning opportunities for youth with chronic patterns of self-defeating behaviors (Years 1 – 5; 12 online course modules for up to 10 mental health professionals per year).<br>• *Level 2 – LSCI Refresher*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete the online Level 2 LSCI course to expand practitioner capacity to harness the power of LSCI therapies (Years 2 – 5; 19 online course modules for up to 10 mental health professionals per year).<br>• *Level 3 – The Six Interventions*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete the online Level 3 LSCI course to gain master level expertise of the six core LSCI interventions and gain Master Trainer certification (Years 3 – 5; 6 online course modules for up to 10 mental health professionals per year). |
| **School-Based Mental Health Continuing Education** | |
| **Social Work Continuing Education** (Michigan State University School of Social Work) | • *School Social Work Competency Series*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete courses / certificates / continuing education workshops available both online and in-person through the Michigan State University School of Social Work – School Social Work Competency Series includes extensive learning in Social Work in Educational Settings; School Social Work for Children with Special Needs; School Social Work Integrating Psychological and Educational Testing (Years 1 – 5; multi-day, in-person and / or online workshops for up to 10 mental health professionals per year).<br>• *Trauma Informed Care Certificate*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete MSU Trauma Informed Care Certificate comprised of required and elective courses allowing school-based practitioners to tailor the program through electives to include a school-based focus (Years 1 – 5; five core courses plus 22 hours of elective training for up to 10 mental health professionals per year). |

| Social and Emotional Learning Supports | |
|---|---|
| **Michigan Model for Health** (Michigan School Health Coordinators Association) | • *Curriculum Training*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete MMH curriculum training to provide practitioners with the functional knowledge to confidently teach students the skills they need to maintain healthy behaviors and lifestyles (Years 1 – 5; one-day, in-person curriculum training for all mental health professionals per year).<br>• *Content Workshops*: *TEAMS* Interventionists / School Psychologists, district school counselors and partner agency personnel will complete MMH curriculum- aligned content workshops focused on diverse mental health, social and emotional health and physical health topics, including modules focused on marginalized youth, LGBTQ+ youth, diversity and equity and other vital mental health topics (Years 1 – 5; on-demand and live-streaming workshop modules scheduled throughout calendar year for all mental health professionals per year). |
| School Climate Supports | |
| **Restorative Practices** (Michigan Association of Secondary School Principals) | • *Restorative Practices Foundations*:  District / school administrators, *TEAMS* Interventionists / School Psychologists, LSD mental health practitioners, district-designated *CRPBIS* Behavior Specialists and classroom teachers will complete a one-day workshop that provides overview of the Michigan statutory requirement for use of Restorative Practices to build culture, improve climate, repair relationships in a school and as an alternative or in addition to suspension or expulsion. Participants are introduced to the use of alternative approaches to changing unwanted behavior, including: the social science of human behavior, statutory requirements for use of restorative practices, and practical strategies to build strong, healthy relationships with students, families, and colleagues, as well as repair damaged relationships (Years 1 – 5; one-day workshop for full school leadership team and faculty).<br>• *Restorative Practices Tools of the Trade*: District / school administrators, *TEAMS* Interventionists / School Psychologists, LSD mental health practitioners, district-designated *CRPBIS* Behavior Specialists and classroom teachers will complete one day workshop that provides deeper understanding of the tenets of Restorative Practices and functional ability to implement Restorative Practices in the daily management of student behaviors, including use of Circles, Fair Practice, Affective Statements and Restorative Questions (Years 1 – 5; one-day workshop for full school leadership team and faculty). |

*TEAMS* Layers of Service – Layer 1: Expanded Capacity; Layer 2: Specialized Interventions; Layer 3: Professional Learning – will expand the capacity of school-based mental health programs and strengthen mental health support networks for students, families and educators served by high need, urban Lansing School District schools across all grade levels, PreK – 12.

**Project Evaluation:** Lansing School District (applicant and fiscal agent) will contract with EduShift, Inc. (ESI), a 22-year-old research and evaluation organization, to conduct process and outcome evaluation that links all partners through collaborative data collection, data analysis, reporting and feedback, promoting continuous quality improvement throughout the duration of *TEAMS.* Project Leader and Senior Analyst, Carol Guse, is a seasoned project administrator and evaluator.  She has served as principal investigator in over 200 federal / state government grants since 1990 and has substantial experience administering complex federal, state, corporate and foundation grants. Guse has served as an evaluator for the U.S. Department of Education, Michigan and Indiana Departments of Education, as well as dozens of school LEAs and IHEs throughout the country. With a strong background in education, grants administration, accounting, auditing, research, implementation and evaluation, Guse and her team of professionals offer tremendous experience and expertise to *TEAMS.*  External evaluation will generate the data and feedback needed to facilitate continuous improvement and sustainability of effective programming components.   Evaluation methods will include: (1) Evaluation Methodology; (2) Objective Performance Measures; (3) Process Evaluation; (3) Outcome Evaluation; (4) Evaluation Procedures.

- **Evaluation Methodology:**  Evaluators will utilize the research-based *FORECAST* Model (*FORmative Evaluation, Consultation, and System Techniques*) as an objective evaluation structure (Goodman 1994; Goodman 1998; Goodman 2006; Katz, Wandersman, Goodman, et al., 2013). Four tiers of evaluation provide a validated framework to assess progress and support continuous improvement of *TEAMS*:

| | |
|---|---|
| **MODEL – Action Model of Project** | Evaluators will construct an action model for each year of the project that includes all events, linking the implementation timeline and logic model with evaluation activities to ensure all facets of the evaluation process are aligned. |
| **MARKER – Indicators of Progress** | Evaluators will collect baseline data and identify annual benchmarks based on performance measures (including annual growth targets) to determine if progress is sufficient to attain goals and determine the magnitude of results. |
| **MEASURE – Tools to Assess Achievement** | Evaluators, project personnel and partners will implement assessment tools (observations, effectiveness rubrics, state exams, surveys) aligned to *TEAMS* strategies to collect data. Analysis will link statistical relationships to outcomes. |

| MEANING – Assess Outcomes, Verify Impact | Data analysis will equip evaluators with indicators needed to draw conclusions / assess strengths and weaknesses.  Interpretation of data will provide feedback that helps stakeholders make informed decisions about strategy effectiveness. |
|---|---|

Use of the FORECAST Model will provide Evaluators, the Project Director and Advisory Board with feedback regarding the unique effects of specific program elements.

- **Objective Performance Measures:** The Goal, Objectives, Outcomes and Performance Indicators chart and the Logic Model (see *Project Design*) identify anticipated short-term and long-term outcomes aligned to each objective.  Baseline and continuation data will be collected for Performance Indicators, **including six required program measures** embedded in the grant solicitation:

| *TEAMS*: Measurable Goal, Objectives and Outcomes | | |
|---|---|---|
| **GOAL:  To strengthen and expand mental health supports in high need urban schools.** | | |
| **Required Performance Measure 1:**  The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need as a result of the grant**.** | | |
| **Required Performance Measure 2:**  The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant**.** | | |
| **Required Performance Measure 3:**  The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio**.** | | |
| **Required Performance Measure 4:**  The attrition rate of school-based mental health services providers for each LEA with a demonstrated need that is participating in the grant**.** | | |
| **Required Performance Measure 5:**  The total number of students who received school-based mental health services as a result of the grant | | |
| **Required Performance Measure 6:**  For grantees that addressed competitive preference priority 2, the number of such grantees that met their goal of increasing the diversity of school-based mental health services providers**.** | | |
| **Objective 1:  Increase the number of credentialed mental health professionals in Lansing schools.** | | **Data Source** |
| Indicator 1.1 | Reduce the district-wide student to mental health professional ratio a minimum of 20% by end of grant period, 1/1/23 – 12/31/27. | Enrollment / Employment |
| Indicator 1.2 | 100% of schools will provide access to community-based mental health supports and / or virtual mental health supports each year of grant period, 1/1/23 – 12/31/27. | Referral / Access Data |

| Indicator 1.3 | A minimum of 80% of school-based mental health professionals will complete professional development in validated therapeutic models by end of grant period, 1/1/23 – 12/31/27. | Completer Rate |
|---|---|---|
| **Objective 2:  Increase student and family access to effective mental health supports.** | | **Data Source** |
| Indicator 2.1 | Total discipline referrals, for all schools, compared to baseline, will decrease 3% per year, 1/1/23 – 12/31/27 | Discipline Data |
| Indicator 2.2 | Total discipline referrals related to bullying, for all schools, compared to baseline, will decrease 3% per year, 1/1/23 – 12/31/27. | Discipline Data |
| Indicator 2.3 | Total discipline referrals related to violence / fighting, for all schools, compared to baseline, will decrease 3% per year, 1/1/23 – 12/31/27. | Discipline Data |
| Indicator 2.4 | A minimum of 80% of students, grades K – 12 will complete social and emotional learning curriculum by end of grant period, 1/1/23 – 12/31/27. | Completer Rate |
| **Objective 3:  Improve education outcomes for high need students.** | | **Data Source** |
| Indicator 3.1 | Improve student achievement on ELA state assessments a minimum of 5% by end of grant period, 1/1/23 – 12/31/27. | MI Assessments |
| Indicator 3.2 | Improve student achievement on Math state assessments a minimum of 5% by end of grant period, 1/1/23 – 12/31/27. | MI Assessments |
| Indicator 3.3 | Improve student achievement on Science state assessments a minimum of 5% by end of grant period, 1/1/23 – 12/31/27. | MI Assessments |

Data collection and analysis will ensure each measurable indicator is assessed using reliable, objective, replicable procedures, providing feedback to assess effectiveness / promote improvement.  Upon funding, evaluators and project personnel will collect baseline data for all performance indicators to set benchmarks for each year of the project, facilitate comparison of results and ensure thorough evaluation of *TEAMS*.

- **Process Evaluation:** Process evaluation is an internal necessity for staff and planners to determine if the project is being implemented as intended.   Process evaluation monitors ongoing implementation in comparison to the funded scope and sequence of the project to monitor fidelity and promote timely, thorough completion of project services.  Process Evaluation fills important program assessment steps, including: (1) evaluate and document fidelity and variability in program implementation across sites in relation to Logic Model (see *Project Design*), Timeline (see *Management Plan*) and proposed scope of the project; (2) test validity of implementation model for relationships between interventions and outcomes; (3) monitor dose of

interventions across intended recipients of interventions; (4) provide accountability data needed to inform stakeholders of implementation progress and (5) generate feedback data to promote improvement of project, refinement of services and replication of effective strategies. The Timeline, Logic Model and evaluation FORECAST Action Model will serve as process tools allowing evaluators to determine compliance with the scope / schedule of *TEAMS*.

- **Outcome Evaluation:** The purpose of outcome evaluation is to assess the effectiveness of the project and outcomes of implementation on the targeted population. Outcome evaluation will measure indicators that correspond to *TEAMS* Layers of Service to determine the magnitude of results and project effectiveness in meeting needs. Outcome evaluation will generate data assessing impact of *TEAMS* and will equip project managers with information needed to analyze results by component and by subgroups / schools to determine if interventions yield positive growth and promote success; analysis will promote replication / sustainability of promising and effective practices. Outcome evaluation will include a quasi-experimental design (QED) that meets the USDOE *What Works Clearinghouse* standards with reservations. Evaluators will compare outcomes for Treatment and Control groups utilizing: (1) a detailed *Matching* process to ensure accurate assessment and comparison of Treatment and Control groups; (2) complete statistical treatments of data via *ANOVA* and *ANCOVA* to determine impact of *TEAMS*; (3) adjust for *Effect Size* to ensure sufficient statistical power for analyses and (4) monitor for possible *Cross Contamination* of Treatment and Control groups to increase accuracy of results. Process and Outcome evaluation methods will promote continuous, iterative project improvement and achievement of the goal and objectives.

- **Evaluation Procedures:** Evaluation of *TEAMS* will rely on objective, replicable procedures that generate accurate, reliable data needed to assess project outcomes and success, including:

  o **Data Collection:** Evaluators will collect data to establish baseline values for each performance measure upon funding (see *Need Section* for LEA performance data). Annual data will be collected, analyzed, compared and reported using data collection tools aligned to project services / objectives.

  o **Evaluation Tools Aligned to Objectives:** Evaluators / project personnel will utilize multiple instruments to collect qualitative and quantitative data: (1) Effectiveness Rubric: annual evaluation of *TEAMS* school-based mental health professionals using state-approved educator effectiveness assessments to measure performance (Objective 1; Outcome 1.1, 1.2 1.3); (2) Student Performance Scores: annual state administered Reading, Math and Science assessment results compared to 2021-22 baseline (Objective 3; Outcome 3.1, 3.2, 3.3); (3) Site Visits / Focus Groups: multiple evaluation team conference calls and site visits (in-person and virtual) per year to solicit feedback from stakeholders through focus groups and

observational analysis of progress (Objectives All; Outcomes All);  (4) <u>Grant Stakeholder Surveys</u>: grant personnel, participants, school and district personnel and students will complete annual surveys to evaluate stakeholder perspectives regarding quality of activities / relevance of programming / perceptions of impact / school-based mental health indicators (Objective All; Outcomes All); (5) <u>Enrollment / Completer Rates</u>: annual completer data aggregated for the project (Objective 1, 2; Outcome 1.3, 2.4) and (6) <u>Discipline Data</u>:  multiple discipline metrics aggregated across participating schools to monitor changes in student behavior (Objective 2; Outcome 2.1, 2.2, 2.3).

o   **Data Analysis:** Evaluators will complete treatments of data to assess associational results, casual inference of outcomes, causal relationships between interventions and results (if any) and correlation of variables to results.  Subgroup analysis will track changes in equity gap data.  Evaluators will collect data for Treatment / Comparison groups to facilitate evaluation that meets *WWC* standards:

| TREATMENT GROUP (n = 600 students) | Lansing School District middle school students enrolled in schools served by *TEAMS* Interventionists. |
|---|---|
| COMPARISON GROUP (n = 600 students) | Middle school students enrolled in a matched Michigan school district not served by a school-based mental health professional. |

o   **Reporting:** The Project Director will submit required Annual Performance Reports to funding agency and share evaluator feedback / results with Advisory Board, stakeholders and the public via a *TEAMS* website to ensure transparency and support dissemination of results / effective practices.

Ongoing, objective evaluation of *TEAMS* by a highly qualified external evaluation firm will ensure a constant flow of feedback that facilitates continuous project improvement and attainment of the *TEAMS* goal, objectives and anticipated outcomes during the five-year project.

**2.   *In determining the quality of the services to be provided by the proposed project, the Secretary considers the quality and sufficiency of strategies for ensuring equal access and treatment for eligible project participants who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability. (Up to 10 points)***

Lansing School District prioritizes the consistent implementation of strategies designed to ensure equal access to and equity in opportunity for all students, families and educators.  Ensuring equity in education is critical to district sustainability and to serving the best interests of students and families.  LSD will take all steps necessary to eliminate barriers that impede student, parent, educator or partner access to or participation in services based on actual or perceived gender, race, national origin, color, disability, religion, sexual orientation, gender identity,

veteran status, age or other protected class. Steps ensuring equal access to all grant- and district-funded programs / services include but are not limited to:

- Grant strategies will be available to students, families and educators in all LSD schools.

- Mental health professionals will be placed in schools with the highest needs based on poverty, achievement, discipline data and mental health needs to ensure expanded mental health support capacity is focused in schools with the highest need (all *TEAMS* personnel will be members of a Crisis Response Team that can be deployed to any district location / facility to address crisis situations).

- Professional learning will include efforts to increase supports for marginalized youth and traditionally underserved students, including supports for Special Education students, ELL students, LGBTQ+ students, students of color and students from refugee families.

LSD strategies ensuring equal access to all grant-funded / district-funded programs, equity in learning and equity in opportunity include but are not limited to:

| Strategy | Equitable Access Approach |
|---|---|
| Advisory Board Equity Committee | • Equity Committee – comprised of LSD administrators, LSD school leaders, LSD educators / mental health staff and community advisors – will publish equity statement to ensure uniform enforcement of equal access expectations and will develop process to deal with grievances.<br>• Committee will meet bi-annually to review procedures, address equity grievances and identify opportunities to increase educator / student / family awareness of equity in education issues.<br>• Committee will conduct surveys to assess educator, student, parent perceptions of equity in learning, identify equity gaps if they exist and propose strategies to close gaps. |
| Participant Recruitment | • Recruitment for participation in project services will provide equal access regardless of actual or perceived gender, race, ethnicity, national origin, color, disability, religion, sexual orientation, gender identity, veteran status, age or other protected class.<br>• Targeted recruitment will seek to identify a highly qualified pool of applicants and applicants of color to participate in the *TEAMS* Fellowship aspiring mental health credential strategy.<br>• All students will have access to school-based mental health supports – specialized interventions will be available via referral or self-referral. |
| Project Marketing | • LSD will disseminate project materials in English, Spanish and other languages as needed to eliminate language comprehension as a barrier to participation and promote inclusivity. |

|  | • Targeted marketing will increase awareness of the *TEAMS* Fellowship and *TEAMS* Residency in all LSD and partner institutions of higher education academic departments / schools with emphasis on recruiting participants from diverse racial backgrounds – applications will be accepted from all aspiring mental health professionals regardless of actual or perceived gender, race, ethnicity, national origin, color, disability, religion, sexual orientation, gender identity, veteran status, age or other protected class. |
|---|---|
| Closing Gender Equity Gaps | • Grant managers will ensure programming reflects equity in learning, engaging all genders in all activities.<br>• Partnerships will expose students to positive female role models in leadership roles to reduce perceived barriers to the success of women in traditionally male-dominated study and careers.<br>• LSD will encourage female educators, to the extent possible, to lead programs to demonstrate that women can and do lead in fields in which they are traditionally underrepresented. |
| Closing Racial Equity Gaps | • Grant managers will ensure programming reflects equity in learning, engaging all races in all activities.<br>• Partnerships will expose students to educators of color in leadership roles to reduce perceived barriers to the success of individuals of color in education / mental health careers.<br>• LSD will encourage educators of color, to the extent possible, to lead programs to demonstrate that individuals from diverse racial backgrounds can and do lead in fields in which they are traditionally underrepresented. |
| Closing Special Education and English Language Learner Equity Gaps | • *TEAMS* will include opportunities for educators with a Special Education and / or ELL licensure to expand expertise by attaining a school-based mental health credential to strengthen supports for students with special learning needs.<br>• *TEAMS* professional learning will include strategies focused on serving the mental health needs of students with learning challenges.<br>• Special Education and ELL aspiring school-based mental health professionals will participate in Clinical Residencies paired with *Highly Effective* Special Education / ELL educators to increase capacity to meet the learning needs of Special Education / ELL students.<br>• Specialized equipment will be available to ensure full participation of students with physical, social, emotional and learning challenges in *TEAMS* programs.<br>• Learning materials will be available in multiple languages and media to increase access for participants impacted by language and accessibility barriers. |

| | |
|---|---|
| Closing Socio-economic Equity Gaps | • "Home" school placement strategy will ensure that school-based mental health professionals are placed in LSD schools with the highest need – school socio-economic demographics will be utilized as a determining factor in the identification of high need priority schools. |
| | • *TEAMS* will expand education / mental health services in six federal Qualified Opportunity Zones (Tracts: 26065006700; 26065006600; 26065003700; 26065003602; 26065005100; 26065005303 per U.S. Dept. of Treasury, 2021); bringing high poverty schools / students new chances for success. |

3. **In addition, the Secretary considers the extent to which the training or professional development services to be provided by the proposed project are likely to alleviate the personnel shortages that have been identified or are the focus of the proposed project. (Up to 15 points)**

*TEAMS* will align with LSD school improvement plans and district strategic plan priorities to improve the quality and capacity of school-based mental health services. The Planning Task Force identified extensive professional learning to enhance / diversify the skillset of *TEAMS* professionals and existing LSD school-based mental health practitioners. Expanded competencies will inherently improve the quality and capacity of personnel and prepare them to meet diverse needs of students. While this is important to the overall effectiveness of LSD school-based mental health strategies, the Planning Task Force also recognized the need to implement innovative strategies designed to mitigate the shortage of available mental health professionals willing and prepared to succeed in school-based mental health positions. Three *TEAMS* strategies are designed to alleviate personnel shortages:

- ***TEAMS* Fellowship:** *TEAMS* will create a Lansing School District "grow your own" pipeline strategy designed to build a cadre of highly-qualified, well-prepared, aspiring school-based mental health professionals able to fill future vacancies in LSD mental health positions. The *TEAMS* Fellowship is based upon the LSD Aspiring Leaders principal and school leader development program designed to create an internal applicant pool for vacant school leadership and district administrator positions. The initiative has been extremely successful – the current LSD Assistant Superintendent of Schools, Jessica Benavides (see *Personnel* section) is a graduate of the Aspiring Leaders program – and replication of the strategy to grow a future pool of licensed / credentialed mental health professionals will help Lansing School District overcome the significant challenges of recruiting and retaining high quality mental health practitioners to fill school-based mental health positions. Upon completion of the five-year grant project, the *TEAMS* Fellowship will prepare a total of 16 aspiring mental health professionals who possess the demonstrated commitment to serving Lansing youth – Fellows will be selected from an applicant pool of *Highly Effective* LSD educators seeking a career in school-based mental health.

- ***TEAMS* Residency:** LSD will harness the power of existing partnerships with respected institutions of higher education to launch a *TEAMS* Residency that benefits both university partners and Lansing School District. LSD will collaborate with Michigan State University and Central Michigan University to provide graduate students enrolled in the MSU Masters of Social Work and the CMU Masters of Counseling program with a school-based Clinical Residency that fulfills mandatory clinical hours for degree attainment and state licensure. The *TEAMS* Residency benefits partner universities by providing a rigorous clinical experience in high need, urban schools; the *TEAMS* Residency benefits Lansing School District by creating a pipeline connecting new mental health professionals to school-based positions. Highly effective Residents (total of six per year), will earn both a stipend upon successful completion of the Residency and priority applicant status for future LSD school-based mental health positions. <u>The *TEAMS* Residency will prepare a total of 30 new mental health professionals to succeed in school-based mental health positions through rigorous clinical experience and strengthen the future applicant pool of candidates prepared to fill LSD positions.</u>

- **Tele-Health Virtual Counseling**: The *TEAMS* Fellowship and *TEAMS* Residency are designed to alleviate the shortage of high-quality school-based mental professionals by growing a pipeline of new professionals in the field. The *TEAMS* Tele-Health Virtual Counseling strategy is designed to fill existing gaps in school-based mental health capacity by connecting schools to virtual, tele-health counseling and mental health services via a respected, highly-competent, fully-licensed virtual team of mental health professionals. The *TEAMS* Fellowship and Residency initiatives will not provide immediate relief of the chronic shortages in the field of school-based mental health. Each program will take up to two years to graduate a prepared cohort of new mental health practitioners. LSD requires immediate access to high-quality and available mental health services to alleviate current shortages. Tele-health virtual mental health services will fill current programming gaps and test the effectiveness of virtual mental health strategies as a way to meet Lansing student, family and educator needs. *Care Solace* is a respected online mental health provider serving public school districts, charter schools, private schools and institutions of higher education across the country. *Care Solace* will help alleviate the shortage of mental health services in schools by providing on-demand, 24-hour per day access to mental health support, counseling, social and emotional learning and, perhaps most importantly, crisis intervention for those most in need of assistance at the very moment assistance is needed. Tele-health mental health services will be available in all Lansing schools.

**(d) *MANAGEMENT PLAN AND ADEQUACY OF RESOURCES (25 points).***

*The Secretary considers the management plan and adequacy of resources for the proposed project. In determining the quality of the management plan and the adequacy of resources for the proposed project, the Secretary considers:*

1. *The adequacy of mechanisms for ensuring high-quality products and services from the proposed project. (Up to 10 points)*

A structured grant management plan – (1) Equal Access; (2) Timely Implementation; (3) Budget Oversight; (4) Advisory Board; (5) Management Procedures and (6) Timeline – will ensure timely completion of grant activities and promote continuous improvement of *TEAMS*. **Equal Access:** Lansing School District will provide equal access for participation across all services regardless of actual or perceived age, gender, race, ethnicity, religion, disability, veteran status, sexual orientation, gender identity or other protected class. All teachers, administrators, students, families and community stakeholders will be encouraged to participate in activities to maximize impact of the project. Lansing School District and partners will fully comply with the equal access regulations outlined in the General Education Provisions Act section 427 (GEPA 427).  Implementation of *TEAMS* will help participating schools increase equity in education for all students by improving the quality of mental health supports in high need urban schools.  **Timely Implementation:** Lansing School District will initiate *TEAMS* immediately upon funding and will manage all grant activities – to the maximum extent possible given the chance of unanticipated challenges – in accordance with the *TEAMS* Timeline (see below). Grant personnel and external evaluators will utilize multiple process evaluation tools to monitor implementation and align progress to the *TEAMS* Logic Model (see *Project Design*).  External evaluators will develop a FORECAST Evaluation Model of *TEAMS* (see *Project Design*) to guide ongoing evaluation of the effort and will share the model with stakeholders to ensure transparency of evaluation and reporting and provide managers with additional tools to support timely implementation of the project.  Projected annual milestones (see Timeline below) will help LSD and grant administrators plan and schedule key activities to promote achievement of implementation benchmarks. **Budget Oversight:** The Planning Task Force designed the budget to meet the goal and objectives of the project, ensure equal access and promote sustainability of strategies.  Each line item is linked to one or more grant components, services and / or priorities. The budget is efficient while providing sufficient funds for comprehensive programming. The Project Director, LSD Finance Office, and EduShift, Inc., will manage and / or monitor expenditures in accordance with U.S. Department of Education regulations and will prioritize allocations to ensure completion of the project. The *TEAMS* Advisory Board will identify complementary organization / partner programming and funds that expand the reach of *TEAMS* and sustain systemic changes initiated during the grant. **Advisory Board:** An Advisory Board – comprised of school administrators, teachers, counselors, school social

workers, students, parents and community representatives – will meet quarterly during the five-year project to oversee implementation progress, monitor evaluation results and recommend project changes to promote continuous improvement of *TEAMS*. The Advisory Board will ensure that implementation of equal access protocols will promote equity for all participants. The Advisory Board will serve as a critical management oversight structure that provides stakeholders with a voice. Members from traditionally-underrepresented groups will ensure a diversity of perspectives influence the planning, implementation and continuous improvement of *TEAMS*. The Advisory Board will report outcomes and progress to increase transparency within communities *TEAMS* is designed to serve. **Management Procedures:** Implementation coordination guided by management procedures will help Lansing School District achieve the goal and objectives of *TEAMS* on time and within budget:

- **Initiate Grant –** LSD will hire grant staff and brief project partners to launch *TEAMS*.

- **Convene Advisory Board –** the Planning Task Force will transition into the *TEAMS* Advisory Board comprised of school administrators, teachers, counselors, school social workers, students, parents and community representatives.

- **Ensure Equal Access –** LSD and partners will provide equal access / treatment for participants without regard to actual or perceived age, gender, race, ethnicity, religion, disability, veteran status, sexual orientation, gender identity or other protected class for all services.

- **Implement Records Management Protocol –** Project Director and EduShift, Inc. will document implementation, evaluation and fiscal milestones, from award to completion.

- **Implement Fiscal Management Protocol –** LSD will establish a system of accounting / cost management / reporting to promote efficient expenditure of funds.

- **Implement Action Model –** Project Director, Advisory Board and Evaluation Team will develop and revise an action model to identify project components and services linked to the *TEAMS* Timeline to ensure completion of all project elements.

- **Implement Goods / Services Management Protocol –** LSD will implement protocol to procure goods / services and manage acquisitions in compliance with applicable regulations.

- **Implement Evaluation Plan –** Project Director, Advisory Board and Evaluation Team will sustain ongoing evaluation to promote continuous project improvement.

- **Disseminate Results –** Project Director, evaluators and grant personnel will present outcomes, data and progress to stakeholders and the public through reports, School Board presentations and outreach to increase transparency and engage the community in education.

- **Sustain Programs** – LSD, grant administrators and Advisory Board members will initiate a sustainability plan – from award through end of grant– to sustain *TEAMS* beyond federal funding.

**Timeline:**  Coordination of *TEAMS* by grant managers will ensure delivery of high-quality services in accordance with an extensive Timeline and Logic Model (see *Project Design*).  Grant personnel, Advisory Board and evaluators will monitor progress, ensure fidelity with project design and assess milestones.

| *TEAMS* IMPLEMENTATION TIMELINE (1/1/23 – 12/31/27) |
|---|
| **GOAL:  To strengthen and expand mental health supports in high need urban schools.** |
| **Objective 1:  Increase the number of credentialed mental health professionals in Lansing schools.** |
| **Objective 2:  Increase student and family access to effective mental health supports.** |
| **Objective 3:  Improve education outcomes for high need students.** |
| **KEY:** Lansing School District (LSD); LSD Administrators (AD); LSD School Leaders (SL); Advisory Board (AB); Project Director (PD); School-Based Mental Health Professionals (MHP); *TEAMS* Fellows (TF); *TEAMS* Residents (TR), Evaluation Team (ET); Community Partners (CP); Institutions of Higher Education (IHE) |
| **ONGOING:** Quarterly Advisory Board Meetings, *TEAMS* Fellowship Credentialing; Referrals for Student Mental Health Counseling / Support; Monthly Clinical Oversight for School-Based Mental Health Professionals; On-Demand, Virtual Mental Health Counseling / Support; Deployment of Crisis Response Team As Needed; Annual Evaluation Survey; Monthly Evaluation Conference Calls; Data Collection / Analysis; Dissemination of Results; Sustainability of Effective Components. |

| Year One (1/1/23 – 12/31/23) | |
|---|---|
| **Quarter 1 (Jan – March)** | **Quarter 2 (April - June)** |
| • Hire PD and review grant requirements (LSD) | • Launch Crisis Response Team (PD,MHP,AD) |
| • Notify community partners and schools (LSD) | • Open applications for *TEAMS* Fellowship Cohort 1 / select Cohort 1 Fellows (PD,AD,IHE) |
| • Convene AB; onboard project partners (LSD, PD) | |
| • Launch Budget/Equity/Sustainability discussions (AB,LSD,PD) | • Recruit *TEAMS* Residency Cohort 1 scholars (PD,IHE) |
| | • Plan for *TEAMS* Resource Centers (PD,CP,MHP,SL) |
| • Hire Interventionists (PD,LSD) | • Conduct evaluation site visit (PD,ET) |
| • Prepare marketing/recruitment material (PD) | • Recruit schools to host Clinical Residency (SE,PD) |
| • Launch professional learning planning (PD,I,MHP) | • Recruit Master Teachers to work with Cohort 1 Fellows / Residents during Clinical Residency (SL,PD,MHP) |
| • Develop evaluation tools / FORECAST Model (ET) | |
| • Collect baseline evaluation data (PD,ET,PS) | • Plan Ebersole and Equine Therapy events (PD,MSP) |

| Quarter 3 (July – Sept) | Quarter 4 (Oct – Dec) |
|---|---|
| • Launch *TEAMS* Fellowship Cohort 1 (PD,TF,IHE) | • Complete Year 1 Annual Performance Report (PD,ET) |
| • Launch *TEAMS* Residency Cohort 1 (PD,TR,IHE) | • Review / modify budget expenditures (PD,LSD) |
| • Launch Michigan Model instruction (PD,SL,MHP) | • Conduct evaluation site visit (PD,ET) |
| • Launch Clinical Oversight for Interventionists (PD) | • Provide individual / group counseling (MHP) |
| • Continue professional learning (PD,MHP,TF,CP) | • Launch *TEAMS* Resource Centers (PD,SL,MHP,CP) |
| • Implement Restorative Practices (PD,AD,SL) | • Launch Care Solace tele-health counseling (PD,LSD) |
| • Launch Ebersole and Equine Therapy events (PD,MSP) | • Inform stakeholders of community-based services in Resource Centers (PD,CP,AD) |

| Year 1:  Primary Benchmarks / Milestones |
|---|
| • Recruit 4, Cohort 1 *TEAMS* Fellows and launch Cohort 1 Fellowship. |
| • Recruit 6, Cohort 1 *TEAMS* Residents and launch Cohort 1 Residency. |
| • Reduce student to mental health professional ratio in Lansing schools. |
| • Provide therapeutic counseling services via school-based Interventionists, community partners, tele-health. |
| • Offer student learning opportunities via Michigan Model for Health, Ebersole Center, Equine Therapy. |
| • Crisis Response Team ready for district-wide deployment. |
| • Submit Year 1 Annual Performance Report as required by USDOE. |

| Year Two (1/1/24 – 12/31/24) | |
|---|---|
| Quarter 1 (Jan – March) | Quarter 2 (April - June) |
| • Continue *TEAMS* mental health services (All) | • Open applications for *TEAMS* Fellowship Cohort 2 / select Cohort 2 Fellows (PD,AD,IHE) |
| • Initiate Year 2 evaluation procedures (PD,ET) | • Recruit *TEAMS* Residency Cohort 2 scholars (PD,IHE) |
| • Collect Year 2 project data (PD,ET) | • Plan for summer professional learning (PD,AD,SL) |
| • Continue Resource Center community programs (PD,MHP,CP) | • Conduct evaluation site visit (PD,ET) |
| • Continue Fellowship / Residency (PD,TF,TR,IHE) | • Recruit schools to host Clinical Residency (SE,PD) |
| • Continue Ebersole, Equine Therapy, Michigan Model learning programs (PD,MHP,LSD) | • Recruit Master Teachers to work with Cohort 2 Fellows / Residents during Clinical Residency (SL,PD,MHP) |
| Quarter 3 (July – Sept) | Quarter 4 (Oct – Dec) |
| • Launch *TEAMS* Fellowship Cohort 2 (PD,TF,IHE) | • Complete Year 2 Annual Performance Report (PD,ET) |
| • Launch *TEAMS* Residency Cohort 2 (PD,TR,IHE) | • Review / modify budget expenditures (PD,LSD) |

| | |
|---|---|
| • Continue Michigan Model instruction (PD,SL,MHP) | • Conduct evaluation site visit (PD,ET) |
| • Provide Clinical Oversight for Interventionists (PD) | • Continue individual / group counseling (MHP) |
| • Continue professional learning (PD,MHP,TF,CP) | • Continue *TEAMS* Resource Centers (PD,SL,MHP,CP) |
| • Continue Restorative Practices (PD,AD,SL) | • Continue Care Solace tele-health counseling (PD,LSD) |
| • Plan Ebersole and Equine Therapy events (PD,MSP) | • Inform stakeholders of community-based services in Resource Centers (PD,CP,AD) |

### Year 2:  Primary Benchmarks / Milestones Aligned to Objectives

- Recruit 4, Cohort 2 *TEAMS* Fellows and launch Cohort 2 Fellowship.
- Recruit 6, Cohort 2 *TEAMS* Residents and launch Cohort 2 Residency.
- Reduce student to mental health professional ratio in Lansing schools.
- Provide therapeutic counseling services via school-based Interventionists, community partners, tele-health.
- Offer student learning opportunities via Michigan Model for Health, Ebersole Center, Equine Therapy.
- Crisis Response Team ready for district-wide deployment.
- Submit Year 2 Annual Performance Report as required by USDOE.

### Year Three to Year Five (1/1/25 – 12/31/27)

| Quarter 1 (Jan – March) | Quarter 2 (April - June) |
|---|---|
| • Continue *TEAMS* mental health services (All) | • Open applications for *TEAMS* Fellowship Cohort 3 - 4 / select Cohort 3-4 Fellows (PD,AD,IHE) |
| • Initiate Year 3-5 evaluation procedures (PD,ET) | • Recruit *TEAMS* Residency Cohort 3-5 (PD,IHE) |
| • Collect Year 3-5 project data (PD,ET) | • Plan for summer professional learning (PD,AD,SL) |
| • Continue Resource Center community programs (PD,MHP,CP) | • Conduct evaluation site visit (PD,ET) |
| • Continue Fellowship / Residency (PD,TF,TR,IHE) | • Recruit schools to host Clinical Residency (SE,PD) |
| • Continue Ebersole, Equine Therapy, Michigan Model learning programs (PD,MHP,LSD) | • Recruit Master Teachers to work with Cohort 3 - 5 Fellows / Residents during Clinical Residency (SL,PD,MHP) |
| **Quarter 3 (July – Sept)** | **Quarter 4 (Oct – Dec)** |
| • Launch *TEAMS* Fellowship Cohort 3-4 (PD,TF,IHE) | • Complete Year 3-5 Annual Performance Report (PD,ET) |
| • Launch *TEAMS* Residency Cohort 3–5 (PD,TR,IHE) | • Review / modify budget expenditures (PD,LSD) |
| • Continue Michigan Model instruction (PD,SL,MHP) | • Conduct evaluation site visit (PD,ET) |
| • Provide Clinical Oversight for Interventionists (PD) | • Continue individual / group counseling (MHP) |
| • Continue professional learning (PD,MHP,TF,CP) | • Continue *TEAMS* Resource Centers (PD,SL,MHP,CP) |

| | |
|---|---|
| • Continue Restorative Practices (PD,AD,SL) | • Continue Care Solace tele-health counseling (PD,LSD) |
| • Continue Ebersole and Equine Therapy events (PD,MSP) | • Inform stakeholders of community-based services in Resource Centers (PD,CP,AD) |

| Year 3 - 5:  Primary Benchmarks / Milestones Aligned to Objectives |
|---|

- Recruit 4, Cohort 3 - 4 *TEAMS* Fellows and launch Cohort 3 - 4 Fellowship.
- Recruit 6, Cohort 3 - 5 *TEAMS* Residents and launch Cohort 3 - 5 Residency.
- Graduate Cohorts 1 - 4 *TEAMS* Fellows and place in LSD school-based mental positions as available.
- Recruit / hire *TEAMS* Residents to fill LSD school-based mental health positions as available.
- Reduce and sustain improved student to mental health professional ratio in Lansing schools.
- Provide therapeutic counseling services via school-based Interventionists, community partners, tele-health.
- Offer student learning opportunities via Michigan Model for Health, Ebersole Center, Equine Therapy.
- Crisis Response Team ready for district-wide deployment.
- Submit Year 3 - 5 Annual Performance Reports and Final Performance Report as required by USDOE.
- Sustain effective school-based mental health strategies and improved community-based partner services

**2.   *The relevance and demonstrated commitment of each partner in the proposed project to the implementation and success of the project. (Up to 5 points)***

*TEAMS* will connect LSD with new and existing partnerships that enrich teaching, learning and mental health services with outstanding resources.  *TEAMS* will engage students, families and educators in partner programs that expand the breadth of mental health, social and emotional learning and family supports beyond the capacity of existing school-based programs.  Partnerships are vital to the success of *TEAMS* and will provide students with experiences designed to close access / achievement gaps, increase equity for all students and engage youth in mental health supports and learning experiences that high-need LSD schools are unable to provide given limited resources.  *TEAMS* partnership programs will include but not be limited to (see *Appendix* for MOUs):

| Partner | Implementation Role |
|---|---|
| Ingham County BOCES | • Offer referral mental health, substance abuse, prevention and specialized treatment services for youth and families.<br>• Place agency-employed mental health professional at LSD school-based *TEAMS* Resource Centers.<br>• Provide access to state-funded professional learning related to mental health, school climate, CRPBIS, MTSS and / or social and emotional learning initiatives.<br>• Assign agency personnel to serve as *TEAMS* Advisory Board member. |

| | • Support agency personnel completion of *TEAMS* professional learning and certification programs. |
|---|---|
| Ingham County Community Mental Health | • Offer referral mental health, substance abuse, prevention and specialized treatment services for youth and families.<br>• Place agency-employed mental health professional at LSD school-based *TEAMS* Resource Centers.<br>• Assign agency personnel to serve as *TEAMS* Advisory Board member.<br>• Support agency personnel completion of *TEAMS* professional learning and certification programs. |
| Child and Family Charities of Lansing | • Offer referral mental health, substance abuse, prevention and specialized treatment services for youth and families.<br>• Place agency-employed mental health professional at LSD school-based *TEAMS* Resource Centers.<br>• Assign agency personnel to serve as *TEAMS* Advisory Board member.<br>• Support agency personnel completion of *TEAMS* professional learning and certification programs. |
| Michigan State University | • Accept highly qualified *TEAMS* Fellows into MSU Master of Social Work degree program.<br>• Place MSU graduate students enrolled in Master of Social Work degree program in LSD schools to complete mandatory Clinical Residency per licensure requirements.<br>• Provide access to School of Social Work Continuing Education programs for LSD professionals.<br>• Assign School of Social Work personnel to serve as *TEAMS* Advisory Board member. |
| Central Michigan University | • Accept highly qualified *TEAMS* Fellows into CMU online Master of Counseling degree program.<br>• Place CMU graduate students enrolled in Master of Counseling degree program in LSD schools to complete mandatory Clinical Residency per licensure requirements.<br>• Assign School of Social Work personnel to serve as *TEAMS* Advisory Board member. |

Partners played a critical role in the development of *TEAMS* and will continue to offer insight during implementation. Partners will contribute tremendous expertise and complementary programming that expands the potential impact of *TEAMS* initiatives. Partner representatives will serve on the *TEAMS* Advisory Board to support implementation, promote sustainability of services, align resources to expand programming capacity and diversify the perspectives that shape programming. Partners will complete evaluation surveys and focus group interviews to share perspective and offer suggestions for improvement. Partners will also leverage resources to expand the impact of *TEAMS* and help schools increase positive outcomes.

**3.** ***The potential for continued support of the project after Federal funding ends, including, as appropriate, the demonstrated commitment of appropriate entities to such support. (Up to 5 points)***

The *TEAMS* Advisory Board will form a Sustainability Committee upon award of grant funds to develop and implement a sustainability plan to ensure long-term operation and success of the project. By beginning with

sustainability as a programmatic priority, LSD will eliminate surprises (or disappointments) that surface during the final year of funding, when most institutions initiate sustainability plans. The following factors will increase long-term sustainability of *TEAMS* and improve LSD capacity to continue school-based mental health services beyond Federal funding:

- Upon completion of grant, Interventionists / School Psychologists will become institutionalized within the LSD Office of School Culture, thereby eliminating Project Director supervisory role.

- Upon completion of grant, a cadre of *TEAMS* Fellows will be fully licensed / credentialed, creating an internal applicant pool of candidates prepared to fill school-based mental health positions as they become available in Lansing schools, promoting long-term district ability to meet demand in hardest-to-fill positions and facilitating continuation of evidence-based competencies gained during Fellowship re-specialization.

- Planning Task Force selected a curricular model (*Michigan Model for Health*) with minimal long-term implementation costs to increase likelihood of program viability beyond grant period.

- *TEAMS* will utilize existing LSD resources – Ebersole Center / Equine Therapy Center – for student mental health services; operational costs of both facilities are embedded in long-range LSD district budgets allowing for continuation of grant activities without significant facility / infrastructure costs.

- *TEAMS* Advisory Board will ensure schools are linked to community partners whose resources enhance depth and capacity of mental health services and supports.

- LSD will sustain *TEAMS* Residency partnerships to provide pre-service graduate students with school-based Clinical Residency experience and continue LSD mental health professional pipeline.

- LSD partnerships with Ingham County BOCES, Ingham County Community Mental Health and Child and Family Charities of Lansing existed prior to planning of *TEAMS* – expanded *TEAMS* Resource Centers will sustain a venue for school-based access to community-based mental health services with little expense.

- Evaluation results will be scrutinized by district / school administrators to identify grant components linked to positive outcomes; administrators will use data to prioritize decisions regarding the continuation of strategies that yield positive student outcomes compared to implementation costs.

- Reallocation of district funds supporting professional learning, facilities, curriculum, supplies, technology and transportation (Title I, II, IV) will help fund effective *TEAMS* project elements – LSD will aggressively pursue additional grant funds but will not rely on new grant resources to sustain *TEAMS* programming.

Many equate sustainability with finding continued funding for services developed through a grant. A broader view of sustainability entails using strategies to maintain elements of a program that are responsible for positive

outcomes. Embracing this comprehensive view will help Lansing School District sustain program elements and outcomes that best meet the changing needs of Lansing, MI students, families, schools and communities.

4. *The adequacy of the procedures for ensuring feedback and continuous improvement in the operation of the proposed project. (Up to 5 points)*

*TEAMS* promises to have lasting, positive impacts on the quality of education and mental health supports in Lansing School District while testing, refining, improving and disseminating an effective capacity building model that increases the number and readiness of school-based mental health professionals prepared to support students, families and educators in high need schools. **Feedback:** Grant managers will solicit feedback from diverse stakeholders to promote continuous improvement of *TEAMS*. Multiple procedures will be implemented throughout the grant period to generate feedback necessary to promote continuous project improvement and achievement of the project goal and objectives, including:

| Participants | Feedback Mechanisms |
|---|---|
| **Advisory Board** | • Convene quarterly meetings to monitor implementation and expenditures.<br>• Review evaluation data to assess magnitude of results / significance of outcomes.<br>• Review / update Timeline, Logic Model and Evaluation Model to facilitate project completion.<br>• Host bi-annual *TEAMS* Roundtable discussions to learn from stakeholders how to improve efforts. |
| **Project Director** | • Coordinate and attend quarterly Advisory Board meetings / Roundtable discussions.<br>• Participate in monthly Evaluator progress monitoring meetings.<br>• Conduct quarterly enrollment / participation / achievement data review to monitor results compared to proposed goal, objectives and outcomes.<br>• Share evaluation results with Advisory Board and stakeholders and solicit input. |
| **Evaluation Team** EduShift, Inc. | • Oversee qualitative and quantitative data collection efforts from participants.<br>• Conduct quarterly enrollment / participation / achievement data review to monitor results compared to proposed goal, objectives, milestones and outcomes.<br>• Continuously review / revise evaluation FORECAST Model to guide evaluation efforts.<br>• Conduct monthly progress monitoring meetings with Project Director.<br>• Conduct focus groups / site visits to ensure fidelity with Logic Model / Timeline. |
| *TEAMS* **Mental Health Professionals** | • Complete professional learning and share lessons learned with grant and school leaders / educators to strengthen school-based mental health supports and priorities.<br>• Collaborate with project partners and share partner expertise with LSD educators. |

|  | |
|---|---|
| | • Serve as members of school and district planning committees / crisis response teams / school climate teams to ensure emphasis in policies on mental health priorities and supports. |
| | • Participate in site-based data collection efforts and complete evaluation tools. |
| | • Participate in Evaluator site visits / focus groups to provide programming feedback. |
| | • Complete annual surveys to provide programming / project quality feedback. |
| | • Serve as members of *TEAMS* Advisory Board / Roundtable and attend quarterly meetings. |
| *TEAMS* Fellows / Residents | • Complete Clinical Residencies in LSD schools to share credential content / best practices with LSD educators and school leaders. |
| | • Complete annual surveys to provide operational / project quality feedback. |
| | • Serve as members of *TEAMS* Advisory Board / Roundtable and attend quarterly meetings. |
| | • Participate in Evaluator site visits / focus groups to provide operational feedback. |
| *TEAMS* Partners | • Complete annual surveys to provide operational / project quality feedback. |
| | • Serve as members of *TEAMS* Advisory Board / Roundtable and attend quarterly meetings. |
| | • Participate in Evaluator site visits / focus groups to provide operational feedback. |

**Continuous Improvement:** Feedback will strengthen *TEAMS* by providing project leadership the opportunity to make data-driven iterative improvements and course corrections on a timely basis. If desired outcomes of the project are not observed, the Project Director will solicit additional feedback and suggest modifications to promote continuous improvement:

| Participants | Continuous Improvement Strategies |
|---|---|
| Advisory Board | • Engage diverse membership to ensure broad range of perspectives shape implementation. |
| | • Conduct outreach to strengthen supports for *TEAMS*, increase partnerships and resources. |
| | • Form Replication Support Team to disseminate best practices to the field of education. |
| | • Form Sustainability Committee to sustain programming beyond grant period. |
| Project Director | • Conduct outreach to strengthen supports and enhance stakeholder awareness of project. |
| | • Seek input from participants on the quality / diversity of programs and project weaknesses. |
| | • Research effective practices that better meet changing needs of educators, students and schools. |
| | • Review annual external evaluation plan and FORECAST Action Model to maintain high-level of evaluation integrity and valid data collection / analysis procedures. |
| | • Monitor recruitment / student selection process to maximize quality of program participants. |
| | • Attend conferences to learn new strategies to enhance school-based mental health programming. |
| | • Review annual evaluation results to increase project alignment with needs, improve project. |

| | • Collaborate with partners to enhance and expand capacity of mental health supports. |
|---|---|
| **Evaluation Team** | • Complete annual evaluation to ensure objective data collection and analysis provides information needed to make data-driven decisions linked to desired outcomes.<br>• Utilize FORECAST Model to increase integrity / objectivity of evaluation protocols.<br>• Conduct Process and Outcome evaluation to monitor implementation fidelity to funded program and measure outcomes to assess magnitude of results / attainment of goal and objectives. |
| ***TEAMS* Mental Health Professionals** | • Nurture strong, supportive relationships with educators to gain trust of program participants.<br>• Collaborate with partner agencies to ensure students, educators and families are fully informed of mental health supports and are fully able to access program services.<br>• Collaborate with LSD district / school leaders and educators to align mental health support strategies to complementary district initiatives to improve efficiency and improve results.<br>• Complete annual review of surveys and feedback to strengthen project content / relevance. |
| ***TEAMS* Fellows / Residents** | • Complete annual surveys to provide feedback to revise and improve Layers of Service.<br>• Contribute feedback as members of Advisory Board to facilitate improved program content.<br>• Share observations of PreK – 12 student impact during Clinical Residency.<br>• Recruit colleagues to pursue mental health credential through *TEAMS* Fellowship. |
| ***TEAMS* Partners** | • Complete annual surveys to provide feedback to revise and improve Layers of Service.<br>• Contribute feedback as members of Advisory Board to facilitate improved program content.<br>• Complete self-assessments of services to ensure quality and alignment with LSD needs. |

*TEAMS* is a multi-layered project designed to expand, strengthen and sustain high quality school-based mental health support strategies serving students, families and educators in high need Lansing School District schools. Implementation of the project will better prepare Lansing School District to meet the diverse needs of students, families and educators living, learning and teaching in Lansing schools and communities.

## Other Attachment File(s)

* **Mandatory Other Attachment Filename:** `1235-1 FINAL LSD TEAMS Other Attachments 2022.pdf`

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

Tracking Number:GRANT13748271     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:34:15 PM EDT

AR002090

# Lansing School District

***TEAMS – <u>T</u>actics to <u>E</u>xpand <u>A</u>ccess to <u>M</u>ental health <u>S</u>upports***

## <mark>OTHER ATTACHMENTS</mark>

**INDIVIDUAL RESUMES FOR PROJECT DIRECTORS AND KEY PERSONNEL** ............................................................................ 1 - 17

**COPY OF INDIRECT COST RATE AGREEMENT** .............................18

**LETTERS OF AGREEMENT** ........................................... 19 - 24

**JOB DESCRIPTIONS** .................................................. 25 - 27

**LOGIC MODEL** ........................................................ 28 - 29

**LITERATURE CITED** ................................................. 30 - 31

**TABLE OF CONTENTS**

AR002091

# BENJAMIN OLIVER SHULDINER

shuldiner@post.harvard.edu

310 N Cedar St                                                      Lansing School District
Apartment #421                                                    519 W Kalamazoo St
Lansing, MI 48912                                                   Lansing, MI 48933
914-471-3888 (personal)                                        517-755-1010 (business)

## Work Experience

**LANSING SCHOOL DISTRICT**
*Superintendent*, 2021-present
- Administrator in charge of Lansing School District, leading 26 schools and approximately 10,000 students
- Overseeing a total district budget over $150million

**HUNTER COLLEGE – CITY UNIVERSITY OF NEW YORK,** New York, NY
*Dean's Fellow,* 2021-2021
- Specially created position to help support both the President of Hunter College and the Dean of the School of Education relating to leadership and administrative issues
- Liaising with NYC Department of Education Leadership to support both Higher Education and K-12 students during pandemic
- Crisis Control and Support Services for Hunter College's response during pandemic

*Distinguished Lecturer of Education Leadership,* 2013-2020
- Director of all School and District Leadership Programs, including
    - Administration and Supervision Program (ADSUP),
    - Collaborative Leadership Advancing School Success (CLASS)
    - Transformation Leadership Program (T3)
    - School District Leadership (SDL)
    - Nassau BOCES Leadership Cohort
    - Westchester Leadership Cohort
    - District 27 Leadership Cohort
- Development Director for the School and District Leadership Programs, working to increase enrollment, raise quality of program, and enhance the footprint of the program
- Support and strengthen Hunter College's education partnerships, specifically shepherding the relationship between Hunter College and Nassau BOCES, the Edith Winthrop Teacher Center of Westchester (a consortium of eight public school districts in Westchester), District 27, NYSED, and New Visions for Public Schools
- Awarded $500,000 grant to create and run pilot Turn-Around Principals Program by NYSED
- More than doubled program size, to one of the largest education leadership programs in the country

**THE HIGH SCHOOL FOR PUBLIC SERVICE**, Brooklyn, NY
*Founder and Principal*, 2003 – 2013
- Created the High School for Public Service, a district public school within the New York City Department of Education, specifically designed to deliver high quality education in East Flatbush, Brooklyn
- Principal of Title I high school, for ten years, leading faculty and staff through rigorous professional development.
- Attained a 95%+ graduation rate all years as principal.
- Designed an innovative educational model, which won a $500,000 grant from the Gates Foundation to start the school.
- Created public and private partnerships to design and implement a community service and internship programs; partners include Marsh & McLennan Companies, Cadwalader, Wickersham & Taft, SUNY

Downstate Medical Center, Kings County Hospital, Children for Children, Brooklyn College, and the New York City Parks Department, among others.
- Created school/community one-acre farm in Crown Heights to bring fresh fruit and vegetables to underserved community.
- School named Title I Distinguished School for New York State, first high school to ever win this award.
- Named Bronze Medal School multiple years in a row by US News and World Report. Named as a top 50 New York City High School by the New York Post. Considered a AAA school for is exceptional School Progress Report Score for three years in a row.

**BARUCH COLLEGE – CITY UNIVERSITY OF NEW YORK,** New York, NY
*Adjunct Professor,* 2008 – 2010
- Created and taught curriculum and administrative course for graduate students enrolled in School of Public Affairs – Education Administration Program leading toward administrative license.
- Helped revamp first year curriculum for administrative program.
- Oversaw and advised graduate students for their administrative observations.

**BROOKLYN COLLEGE – CITY UNIVERSITY OF NEW YORK,** Brooklyn, NY
*Adjunct Lecturer,* 2008 – 2012
- Taught educational theory class to graduate students.
- Expanded curriculum to include current education theory, including brain research, differentiated instruction, and organization theory.
- Oversaw and advised graduate students for their teacher observations.

**ERASMUS HALL HIGH SCHOOL CAMPUS,** Brooklyn, NY
*11th and 12th Grade Coordinator, Co-Chair of History Department, Teacher,* 2000 – 2003
- Doubled Regents passing rates in Global History and U.S. History.
- Created and taught innovative economics curriculum designed to provide real-life skills while furthering students' mathematics capabilities.
- In 2001, promoted to co-chair of History Department; supported 5 teachers; led bi-weekly meetings on innovative curriculum reform, professional development, and student achievement.
- In 2002, promoted to 11th and 12th grade coordinator; organized professional development for 11th and 12th grade teachers, chaired monthly meetings with 11th and 12th grade cohort to discuss student development.
- Awarded a competitive Oracle technology grant of 50 computers for use in classrooms.

**STOWE SCHOOL,** Stowe, United Kingdom
*Stowe-Harvard Fellow,* 1999 – 2000
- Awarded prestigious post-graduate fellowship for extraordinary promise as a young educator.
- Taught history and English; prepared students for rigorous national exams; introduced and developed U.S. history curriculum; coached varsity basketball to undefeated season.

# Education

**UNIVERSITY OF PENNSYLVANIA,** Philadelphia, Pennsylvania
Doctor of Education (Ed.D) in Education Leadership, 2024 (expected)
- Mid-Career executive program focused on innovative leadership development.
- Coursework emphasizes instructional leadership, public leadership, organizational leadership, and evidence-based leadership.
- Reader for Penn Graduate School of Education Perspectives on Urban Education Journal

**BARUCH COLLEGE,** New York, New York
Master of Science in Education (MSEd) in Educational Leadership, 2004
School Administrator and Supervisor Certificate, 2003

- Fulfilled graduate coursework, including finance, school law, organizational leadership and management, curriculum development, statistical research, and education policy.
- Completed 400-hour practicum in supervision and administrative leadership.

**HARVARD UNIVERSITY**, Cambridge, Massachusetts
Artium Baccalaureus (A.B.) in History and Science, *magna cum laude* (High Honors), 1999
Thesis:       *The Rise of the Golden Banana: How Money, Power, and Politics Created a Health Food*
Honors:      Stowe-Harvard Fellow, Dean's List all semesters, John Harvard Scholarship, Harvard College Scholarship, Tandy Technology Scholarship, Bank of America Scholarship, Red Cross Scholarship, Caremark Scholarship

- Graduated from selective, accelerated program in teacher education; attained educator's license.
- Completed master's level studies in education; classes in teaching, psychology, and human development.
- Elected student government representative; as member of Committee on College Life, was one of three students permitted to address full faculty meetings on issues of student welfare.
- Served as cabinet member of the Phillips Brooks House Association (community service).
- Wrote for *The Crimson* (campus daily) as a sports writer.
- Attained perfect score on the Quantitative Reasoning Requirement exam.

## Selected Awards and Honors

**JEFFERSON AWARDS FOR PUBLIC SERVICE**
*Samuel S. Beard Award for Greatest Public Service by an Individual 35 Years or Younger*, 2005
- Received Jefferson Award for innovation, leadership, and outstanding contribution to education reform.
- The Jefferson Awards were created by Jacqueline Kennedy Onassis by order of the United States Congress to be the "Nobel Prize" for public and community service in America; the Awards are presented each spring by the United States Senate.
- Past recipients of the Samuel S. Beard Award include Dr. Sally Ride, Max Cleland, and Lance Armstrong.

**OUTSTANDING YOUNG EDUCATOR OF THE YEAR HONOREE**
*ASCD Honoree, 2011*
- Was named an Outstanding Young Educator Award Honoree by the ASCD, as one of the top five educators in the country under the age of 40
- With selection named an Emerging Leader and will represent ASCD at leadership conferences throughout the country

**BARUCH COLLEGE, SCHOOL OF PUBLIC AFFAIRS**
*Outstanding Alumni Award*, 2005
- Chosen as one of 15 Outstanding Alumni on the occasion of the school's 50th anniversary.
- Received award in recognition of professional achievements, innovative leadership and community service.
- Other awardees included Patrick Murphy, former New York City police commissioner, and Stephen Jerome, president of Monroe College.

## Selected Presentations

**66TH ANNUAL ASCD CONFERENCE**
*Bold Actions for Complex Challenges, 2011, San Francisco, CA*
- Presented special ticketed session on graduation rates and closing the achievement gap
- Named Outstanding Young Educator of the Year Honoree
- Named Emerging Leader

**143RD ANNUAL AMERICAN ASSOCIATION OF SCHOOL ADMINISTRATORS (AASA) NATIONAL CONFERENCE**
*The Great Education Conversation, 2011, Denver, CO*

- Presented on increasing graduation rates and closing the Achievement Gap to superintendents from across the country

## 65TH ANNUAL ASSOCIATION FOR SUPERVISION AND CURRICULUM (ASCD) CONFERENCE
*Critical Transformation, 2010, San Antonio, TX*
- Named Conference Scholar
- Presented two sold-out ticketed events: "Increasing Graduation Rates in Urban High Schools" and "Rethinking Assessment in High School."

## 20TH ANNUAL NATIONAL DROPOUT PREVENTION NETWORK CONFERENCE
*Carrying the Torch of Dreams: Every Student Graduates, 2008, Atlanta, GA*
- Presented: "Getting Your Students to Graduate: Increasing Graduation Rates in Urban High Schools."

## 43RD ANNUAL COUNCIL OF SCHOOL SUPERVISORS AND ADMINISTRATORS EDUCATIONAL LEADERSHIP CONFERENCE
*Empowering Leadership – Embracing Accountability, 2007, New York, NY*
- Presentation: "How to Get All Your Kids to Graduate Or at Least Get Really Close"

## Selected Consulting Projects

### BI NORWEGIAN BUSINESS SCHOOL AND OSLO SCHOOL DISTRICT
*Executive Leadership Program, 2017-present*
*Oslo School District, Consultant for District Turnaround*
- Lead 100 School and District Leaders from across Norway on a week-long leadership seminar in NYC
- Facilitate high-level discussions with education leaders across NYC and site visits to multiple schools
- Keynote multiple seminars at in Norway and New York
- Partner with the Superintendent and Leadership Team of Oslo School District to support District Transformation work

### PUBLIC BROADCASTING SERVICE (PBS)
*Teacher Community Program, Advisor, 2017-present*
- Advisor to ground breaking education model to build capacity of PBS member station to provide meaningful support and professional development for teachers in rural communities
- Provide consultation, expertise and advise on training strategy, outreach implementation and sustainability planning with respect to the Teacher Community Program

### ARKANSAS CENTER FOR EXECUTIVE LEADERSHIP, ARKANSAS TECH UNIVERSITY
*Arkansas Leader-to-Leader Superintendent Cohort, 2016-present*
- Lead over 60 Superintendents from across Arkansas on a week-long leadership seminar in New York City
- Facilitate high-level discussions with education leaders across NYC and site visits to multiple schools

### INDIAN EDUCATION SYSTEM
*Samhita Academy, Leadership Consultant, 2016-present*
- Facilitate multi-day leadership workshops with teachers and administrators at both Bangalore and Coimbatore schools
- Provide high-level strategic management for the growth and success of school system
*Mantra Social Services, Leadership Consultant, 2016-present*
- Provide high-level strategic management for the growth and success of multiple projects across India, including but not limited to:
  - Dommasandra Project – a district-wide reformulation of school services, working with the local community leaders, teachers, parents, and students to better serve Bangalore children.
  - Shikshakalp Fellowship – a two-year fellowship supporting future education leaders in India, focusing on empathetic, creative, and adaptable solutions to make a positive difference in student outcomes.

- ○ ShikshaLokam – An Education Leadership Platform, where educators, NGOs and the India Government work together to support large scale, high impact projects.
- ○ Advaith Foundation – An education foundation, focused on promoting philanthropic ventures in the field of education and research

**THE URBAN ASSEMBLY**
*Leadership Coach and Strategic Advisor, 2018-present*
- Provide Principal leadership coaching to schools in the Urban Assembly Network
- Provide strategic planning support for the Senior Leadership

# Board Memberships

**New York City Board of Education // Panel for Education Policy**
*The New York City Department of Education is the largest school district in the United States, serving 1.1 million students in over 1,800 schools.*
- Mayoral Appointee – 2015-2018
- Trustee of the Board of Education Retirement System, over $4.5 billion in assets – 2015-2018

**ASCD**
*ASCD is a global professional organization dedicated to excellence in learning, teaching, and leading. Comprising 125,000 members – superintendents, principals, teachers, and advocates for more than 138 countries – the ASCD community also includes 52 affiliate organizations.*
- President – 2016-2018
- Elected Board Member – 2015-2019

**New York City High School Principals Association**
*The HSPA was the largest local association of high school principals in the United States with over 90 active dues-paying members. As President, Immediate Past President and Executive Board Member has helped increase membership by over 15% in the last two years, organized heavily attended symposiums and discussion groups pertaining to the needs of principals across the city.*
- President – 2009
- Immediate Past President – 2010
- Executive Board Member – 2008-2013

**Common Cause New York**
**New Yorkers Against Gun Violence**
**SUNY Downstate School of Public Health, Advisory Board**
**Kings Against Violence Initiative,** *Board Chair*

# Additional Information

School District Leader Certificate, Professional, Certificate Number: 49665
New York City Department of Education File Number: 776330
Member of American Management Association Faculty
AERA Presentation Chair
New York Center for Child Development, Keynote Speaker
Teach for India, First Leadership Cohort, Bangalore, India, Keynote Speaker
Participant Scholar on Scholars as Bridge Builders: Education for Peace, Jerusalem and Palestine Territories
National Hemophilia Foundation
- Keynote Speaker at 2003 Annual Meeting, Salt Lake City, UT
- Spoken at over a dozen national and regional hemophilia events

Member of Screen Actors Guild - American Federation of Television and Radio Actors (SAG-AFTRA)
Southern California Junior High School State Chess Champion
Member of the Harvard Varsity Club (crew)

# JESSICA M. BENAVIDES

## EXECUTIVE DIRECTOR OF IMPROVEMENT AND INNOVATION

### PROFILE

A devoted, forward-thinking educational leader with over 20 years of experience in public education. Accomplished and equipped with a background that includes teaching, administration, change management, curriculum and instruction, data-driven decision making, state and federal grants management, and innovative program development. Highly effective at implementing systematized strategies for organizational progress. Dedicated to fostering a culturally responsive learning community where the achievement gap is closed by providing a safe, nurturing environment with equitable opportunities for all.

### EDUCATION

MASTER OF ARTS
CURRICULUM DEVEOPMENT
*MICHIGAN STATE UNIVERSITY*
*East Lansing, Michigan*
*Graduated, 2001*

BACHELOR OF ARTS
EDUCATION
*MICHIGAN STATE UNIVERSITY*
*East Lansing, Michigan*
*Graduated, 1996*

### CONTACT INFORMATION

 (517) 512-1071

 jbenavides1822@gmail.com

 4636 Clydesdale Road
Lansing, MI 48906

### PROFESSIONAL EXPERIENCE

**Executive Director of Improvement and Innovation**
*LANSING SCHOOL DISTRICT, 2019 - present*

- Oversee state and federal grants totaling approximately 80 million dollars, assessment division, school improvement, pupil accounting and central enrollment, data and technology
- Member of the Superintendent's Executive Team
- Member of the Instructional Team which makes curriculum and instructional decisions for 25 schools Pk-12
- Designed districtwide systems and protocols to support the use of data to improve student achievement
- Devised data cycle process for schools after each marking period to monitor and improve current initiatives
- Spearheaded rollout and implementation of MICIP
- Involved in planning for the transition to Screen-to-Screen Learning due to COVID-19
- Supported and evaluated a cadre of nine principals
- Planned and oversaw the distribution of 10,000+ devices for Screen to Screen Learning
- Transitioned the school district to NWEA for grades 2-12
- Involved In planning for students return to in-person Instruction
- Established districtwide project management system
- Develop and present monthly engagement report to the Board of Education
- Spearheaded extensive assessment plan for in-person WIDA administration during Screen to Screen Learning
- Co-chair of the Lansing School District Attendance Initiative
- C0-chair of the Beyond Screen to Screen Logistics Committee
- Member of Professional Council
- Member of the Lansing School District Negotiation Team

**Interim Executive Director of School Improvement**
*LANSING SCHOOL DISTRICT, 2019*

- Member of the Superintendent's Executive Team
- Created, facilitated, developed and executed new vision for Summer Explorers program to include paid internship opportunities for high school students
- Co-developed Eastern Flex Program
- Co-facilitated the transition to online enrollment

AR002097

## STRENGTHS

Shared Leadership

Effective Communication

Problem Solving

Data Analysis

Multi-Tiered Systems of Support

Project Management

Innovative Thinking

Instructional Practices

Organization

Systems Development

Collaborating with Stakeholders and Community Partners

## RELEVANT TRANINGS

MASA Navigate Leadership – Horizons Program, 2017-2019

Educational Policy Fellowship Program, 2018-2019

MDE Continuous Improvement Conference

Equity in Education Series

MASA Women's Leadership Retreat

EPFP Application of Equality Training

MASA Central Office Conference

Michigan State University Policy Evaluation and Logic Models

Coaching Conversations

Western Michigan University Student Centered Leadership Program

## PROFESSIONAL EXPERIENCE

### Central Office Aspiring Leader

*REAP (Rewarding Educator Achievement & Performance) Project*
*LANSING SCHOOL DISTRICT, 2018 - 2019*
- Shadowed central office departments including Human Resources, Office of School Culture, Operations, Department of Improvement and Innovation, and Office of Student Learning
- Facilitated and developed a transition plan for Wexford Montessori to expand into Woodcreek Montessori
- Co-developed Individual Reading Intervention Plans (IRIP) for districtwide use
- Co-developed yearlong professional development for district administrators and staff on the Marzano Evaluation Tool
- Served on the Consultation Team to make determinations on long-term suspensions and expulsions
- Presented a PEACE Talk session on Safe and Engaging Classroom Environments
- Co-developed and co-facilitated first annual Lansing School District Staff Onboarding and Orientation

### Principal

*Sheridan Road STEM Magnet School*
*LANSING SCHOOL DISTRICT, 2012 - 2018*
- Built a cohesive staff steeped in collaborative and innovative practices
- Formed lasting community partnerships with Emergent Biosolutions, Northwest Initiative, US Marines, Michigan State University, Refugee Development Center, and several other local businesses
- Transitioned English Learners to Sheridan Road when it became the 4-6th grade hub to promote English language development and inclusiveness
- Instituted school wide Project Based Learning
- Co-chaired Lansing School District Climate and Culture committee
- Instituted school wide Self Manager Program
- Utilized restorative practices and CRPBIS to improve student culture and climate
- Promoted data-driven decision making and the development of Enrich and Reteach: a school wide response to intervention in the area of mathematics
- Transformed the school into a model for collaborative, engaging spaces for students including an outdoor classroom space
- Created joint PTO with Cumberland as a feeder school
- Planned and implemented 21st century skills along with STEM programming to give students a strong foundational experience as part of the STEM pathway

### Interim Principal

*Sheridan Road Elementary*
*LANSING SCHOOL DISTRICT, 2012*
- Developed a robust weekly elective program schoolwide with community partners
- Transitioned staff and students after reconfiguration from K-5 to 4-6 school
- Instituted PBIS strategies schoolwide

AR002098

# CERTIFICATATIONS

Administrative Certification

Central Office Endorsement

# PROFESSIONAL EXPERIENCE

### Interim Principal
*Elmhurst Elementary School*
*LANSING SCHOOL DISTRICT, 2011 - 2012*
- Researched and created a Check In-Check Out system to improve student behavior to be later adopted districtwide by Student Support Specialists
- Prepared school for closure

### Teacher
*Wexford and Elmhurst Elementary School*
*LANSING SCHOOL DISTRICT, 1998 - 2011*
- Instructed 3rd, 4th and 5th grade students in all subjects
- Partnered with autism spectrum disorder self-contained classroom for mainstream instructional experiences
- Co-authored new writing curriculum for the Lansing School District
- Participated in MSU's PIE-CRUST science initiative
- Trained in guided reading
- Hosted teacher interns and juniors from various universities
- Spoke yearly to MSU interns regarding classroom management and innovative instructional strategies
- Participated in teacher contract bargaining
- Provided district professional development sessions on student engagement
- School Improvement Chair
- Technology Manager

### Teacher
*Lakewood Junior High*
*LAKEWOOD SCHOOL DISTRICT, 1997 – 1998*
- Instructed 7th grade students in the area of physical science
- Junior high tennis coach

# AWARDS



### Magnet School of Distinction Award
*Magnet Schools of America, 2018*

*MSA's National Merit Award program honors the top magnet schools in the United States. These awards recognize magnet schools that demonstrate commitment to high academic standards, curriculum innovation, successful desegregation and diversity efforts, and consistent delivery of high quality educational service to all stakeholders.*



### Magnet School of Distinction Award
*Magnet Schools of America, 2017*



### Elsie A. Maile Elementary Teacher of the Year Recipient
*Lansing School District, 2007*

*The Lansing School District's Elsie A. Maile Award is given annually to honor an elementary teacher who has achieved the highest standards of excellence in his/her profession.*

AR002099

# R E F E R E N C E S ─────

**Sam Sinicropi**
*Superintendent*
*Lansing School District*
519 W. Kalamazoo Street
Lansing, MI 48933
sam.sinicropi@lansingschools.net
(517) 755-1010

**Dr. Delsa Chapman**
*Deputy Superintendent*
*Lansing School District*
519 W. Kalamazoo Street
Lansing, MI 48933
delsa.chapman@lansingschools.net
(517) 977-4767

**Diana Rouse**
*Former Assistant Superintendent*
*Lansing School District*
2404 Heights Avenue
Lansing, MI 48912
dianarouse107@gmail.com
(517) 482-7476

**Rebecca Stephens**
*Retired Principal*
*Lansing School District*
2209 Kuerbitz Drive
Lansing, Michigan 48906
stephensb14@att.net
(517) 974-4738

*"I believe that Jessica Benavides has the ability to be an outstanding Associate Superintendent. Her experience as a teacher and building administrator allow her to make informed decisions in all instructional matters."*
                            *-Sam Sinicropi, Superintendent*

*"As the current direct supervisor to Ms. Benavides, I must say that she is a consummate professional. She communicates with clarity and respect for all that she encounters. Her commitment to quality and excellence is exhibited in every project taken on. Ms. Benavides thrives on equitable opportunities for all."*
                            *-Dr. Delsa Chapman, Deputy Superintendent*

*"Jessica has excellent communication skills. She is also very organized, reliable and very knowledgeable in technology. She is able to work independently and can be counted on to follow through and ensures the work gets done. She is able to lead large initiatives and collaborate with diverse stakeholders. She is a flexible, collaborative team player. She is willing to put in the work to get things done. Her can-do spirit is infectious."*
                            *-Diana Rouse, Former Assistant Superintendent*

*"Jessica is a person of high integrity and unlimited capacity. She has the vision to see problems as opportunities for growth, and can bring people together to creatively find solutions."*
                            *-Rebecca Stephens, Retired Principal*

*"Not only is Jessica an impressive educator, she is confident, self-reflective, thoughtful, and holds herself to the highest ethical standards.  She is widely respected by staff, students, and families alike. "*
                            *-Marc Briggs, Principal*

*"Jessica has been instrumental in incorporating new, multi-faceted processes and procedures for the Executive Team. She is a collaborator, a listener and sees the bigger picture. Together as the Executive Team we developed a vision, but with Jessica's leadership we have a plan."*
                            *-Suzy Corbin, Executive Director of Human Resources*

TEAMS - Tactics to Expand Access to Mental health Supports                OTHER ATTACHMENTS

# CORDELIA BLACK

## CONTACT

coddie.black@gmail.com ✉

(517) 214-3653 📞

2417 Westbury Road 📍
Lansing, MI, 48906

## EDUCATION

**SPRING ARBOR UNIVERSITY**
*Spring Arbor, MI*
Master of Arts (M.A.) Social Work
(Expected graduation Jun 2023)

**SPRING ARBOR UNIVERSITY**
*Spring Arbor, MI*
Master of Arts (M.A.) Family Studies
(Mar 2017)

**CENTRAL MICHIGAN UNIVERSITY**
*Mount Pleasant, MI*
Bachelor of Science (B.S.)
Organization Administration
(Dec 2008)

## ADDITIONAL SKILLS

Communication and active listening
Leadership and systems alignment
Capacity building
Creative problem solving
Proficiency in computers
technology and applications

## CERTIFICATIONS

Restorative Justice Conferencing
Facilitator
General Civil Mediation Training

## CAREER OBJECTIVE

Devoted and forward-thinking leader with over 25 years of experience in public education; operations and support services. Accomplished and equipped with a background that includes central administration, support systems, change management, innovative program development, data decision making, and non-instructional management. Dedicated to fostering a culturally responsive and safe communities through real evidence-based intervention and prevention strategy management.

## EXPERIENCE

**EXECUTIVE DIRECTOR FOR SCHOOL CULTURE**
*Lansing School District, Lansing, MI / Jul 2019 - Present*
- Member of the Superintendent's Executive Team
- Oversee non-instructional supports totaling 8 departments including public safety, athletics, discipline, attendance, homelessness/foster care, school nursing, homebound services, and health and sex education.
- Oversee support programs and initiatives including mental health, social emotional learning, Multi-Tiered System of Support (MTSS), Culturally Responsive Positive Behavioral Intervention and Supports (CRPBIS), and Parent Community Advisory Council (PCAC), and community outreach.
- Oversaw 3.5-million-dollar school climate grant.
- Oversee McKinney Vento homeless assistance grant.
- Co-chair of the Lansing School District Attendance Initiative.
- Chair of the Lansing School District Social Emotional Learning Initiative.
- Co-chair of the Lansing School District Strategic Planning Committee
- Facilitator of the Lansing School District Expulsion Committee.
- Created and oversees Parent University, a program designed to create a positive culture and predictable climate by collaborating with parents and providing parents personal enrichment courses that enhances effective interaction, strategies for how promote social, emotional and academic achievement, and connects parents to community resources.

Educational Policy Fellowship
Program (EPFP) Alumni
TEAMS of ratioese Expand Access to Mental health Supports

### DIRECTOR OF PUBLIC SAFETY

*Lansing School District, Lansing, MI / Jul 2013 - Jul 2019*

- Coordinated a comprehensive security/school safety program, policies and operating procedures.
- Conducted and coordinated safety, security and emergency preparedness training.
- Secured facilities, equipment, students and personnel by working in conjunction with the appropriate departments.
- Oversaw 1.4-million-dollar departmental budget.
- Oversaw security equipment purchases and upgrades including emergency communications radio system upgrade and integration with the county 911 emergency commination system, and video surveillance upgrade.
- Advised architectural design teams for construction and renovation projects relative to school safety
- Collaborated with local law enforcement on maintaining records of fire and other emergency drills and conducting drills when appropriate.
- Served as a liaison with local law enforcement agencies. Working directly with local law enforcement agencies during critical incident situations and follow-up.
- Lead and assisted in the development and implementation of security plans for special events.
- Collaborated with facilities to supervise and maintain access control and key distribution.
- Advised and assisted site-based administrators in matters involving criminal activities on school campuses.
- Received all reports of school crime from site-based administrators and maintains statistics regarding this information.

### PUBLIC SAFETY OFFICER

*Lansing School District, Lansing, MI / May 1996 - Jul 2013*

- Responsible for the safety of students and personnel
- Assisted with the protection of property and equipment
- Exercising school security and enforcement of rules, policy, and laws
- Coordinated mock emergency drills
- Performed details security inspections, assessments, and crowd
- Performed criminal investigations
- Report writing
- Collaborated with school principals and administration to provide high levels of service to various departments

### YOUTH SPECIALIST

*Highfields, Onondaga, MI / Jun 1992 - May 1997*

- Supervision of at -risk youth in residential setting
- Daily lesson planning, logging behavior, and report writing
- Implementation of daily activities and serving as a primary care
- Conducted community and family assessments

- Performed group and individual intervention
- Physical crisis intervention and counseling
- Prepared individual treatment plans and case reviews
- Piloted "Skills of Success programming for at-risk students
- Served as program liaison and team leader

---

## INTERNSHIP

**SPRING ARBOR UNIVERSITY - MASTER OF SOCIAL WORK INTERN**
*Community Mental Health Authority of Clinton, Eaton, and Ingham, Eaton, Lansing, MI / Aug 2021-Present*

- Work with individuals with co-occurring substance abuse disorders, adjustment disorders, and severe & persistent mental illness.
- Complete pre-screen and triaging mental health emergencies.
- Conducted suicidal and homicidal risk and mental status examination.
- Provide crisis intervention, brief counseling, and determining hospital eligibility.
- Assist in care planning in the immediate and short term.
- Collection of psychosocial information of client.
- Collaborate with interdisciplinary team working with client.

---

## REFERENCES

**Timothy Monroe, DCSW, Vice President, Highfields**
(517) 628-2287 - tmonroe@highfields.org - Former Supervisor

**Laura Bulock, CFLE, Ph.D., Associate Professor, Michigan State University**
(517) 712-3110 - bulockla@msu.edu - Former Professor

**Dorothea Rogers, LMFT, Adjunct Professor, Spring Arbor University**
(810) 938-5234 - Dorothear@excite.com - Former Professor

**Daniel Boggan, M. Ed, High School Principal, Lansing School District**
(517) 712-1503 - Daniel.boggan@lansingschools.net - Colleague

**Kevin Bozeman, CEO, Relationship Avenues, LLC**
(313) 287-6402 - kevinbozeman@relationshipnavenues.com - Former Colleague

TEAMS - Tactics to Expand Access to Mental health Supports          OTHER ATTACHMENTS

## BOARD MEMBERSHIPS

- Old Newsboys Association (2013-2015)
- Lansing Safety Council (2015-Present)
- City of Lansing-Community Services Advisory Board (2022-Present)

## PRESENTATIONS

- Authority vs Relationships through a Culturally Responsive Lens – 2019
- House of Worship Safety and Security - 2018

TEAMS - Tactics to Expand Access to Mental health Supports                                    OTHER ATTACHMENTS

# Joelle Y. Letts

JoelleSimon3506@gmail.com                 11401 Monroe Road, Portland, MI 48875                        517-420-3987

## Objective

To use my grant management and financial experience of implementing policy and grant best practices as the Competitive Grants Director for the Lansing School District to manage grant activities that benefit district students and staff.

## Education

**Michigan State University**, James Madison College, East Lansing, MI                 **Major:** Social Relations and Policy
Bachelor of Arts, July 2011

**Italian Language, Literature and Culture in Florence,** Florence, Italy                        May 2008 – Jul 2008
Michigan State University, Study Abroad Program

## Experience

**Competitive Grants Director, Lansing School District (District)**                              Mar 2022 – Present

- Responsible for facilitating competitive grants, awards application, and review processes for the District, in their effort to improve the quality of instruction and increase student achievement
- Support the coordination of the competitive grants process, including developing grant applications and facilitation grant reviews for all competitive grants
- Coordinate with grant project directors within the District to facilitate pre-award grant processes including application development, technical assistance, preparing for and facilitating grant reviews, finalizing grant review feedback and managing award notifications
- Create and update grant application materials and processes for the District
- Provide guidance and technical assistance that supports the development of high-quality grant applications, including District grant-writing trainings
- Plan and develop the annual competitive grants budget and expense projections for the District
- Facilitate any administrative and financial changes to competitive grants, conduct variance analysis, and review monthly expenditures
- Coordinate continuous improvement efforts within the District to ensure high-quality consistency in processes for competitive grants

**Grants Manager/Budget Specialist 13, MI Economic Development Corporation (MEDC)**       Aug 2019 – Mar 2022
State Historic Preservation Office (SHPO)

- Responsible for seeking and managing the SHPO's annual federal Historic Preservation Fund (HPF) appropriation and all other Federal and/or State of Michigan dollars eligible for funding staff salaries, office operating costs, and Federal programmatic requirements
- Directed and managed the SHPO's Federal and State grants and contracts incentives portfolio assisting partners in the preservation of a community's structures, placemaking, and technical assistance across the State of Michigan
- Served as the grants management expert working directly with the National Park Service (NPS), State, Tribal, Local, Plans & Grants Division (STLPG) to provide policy interpretation, ensure Michigan's programmatic compliance, resolve grantee administrative and internal control deficiencies, and coordinate Federal reporting
- Advised senior officials, including the gubernatorial appointed SHPO Officer and MEDC Senior Vice President, on financial operations, fiscal activities, audit findings, budget development, and implementation policy
- Directed SHPO budget development and managed all aspects of the unit finances including budget planning, creation, approvals, timely expenditure processing, and monitoring ensuring generally accepted accounting principles (GAAP)
- Directed discussions with SHPO Project Coordinators, executive, and internal or external partners to provide guidance and problem solve challenges ensuring compliance with State/Federal policies
- Served as the SHPO lead in providing and managing the unit's operational plan and ensuring programmatic prioritization in accordance with the 5 Year MEDC Strategic Plan
- Established complex legal relationships, developed project budgets, and maintained project work schedules with non-profit, state, federal, and private organizations to ensure successful project completion
- Worked directly with the MI Office of Attorney General to create finalize legal documents including grant agreements, amendments, and consultant contracts compliant with State and Federal requirements
- Managed the lifecycle of over 40 grant projects including capital improvement projects, application development, reviews, award notification, agreement creation, cost negotiations, and ensured project milestones were met in accordance with the established fiscal year

**Grants Manager/Budget Specialist 13, MI State Housing Development Authority (MSHDA)**    Aug 2014 -Aug 2019
State Historic Preservation Office (SHPO)
- Served on Executive Transition Team working directly to executive officers and the federal National Park Service (NPS) to implement Executive Order 2019-13 requiring the reorganization and physical transfer of the SHPO to a new agency, the MEDC
- Supervised and directed the transfer of SHPO's divisional budget, staff salary expenditures, project portfolio, and legal agreements throughout the implementation of Executive Order 2019-13
- Established guidelines and provided guidance to SHPO Project Coordinators to ensure contracts and subcontracts met State of Michigan purchasing guidelines
- Instructed and provided guidance to subgrantees in the areas of financial administration, project planning, budget development, and compliance
- Oversaw internal process improvements and served at the Team Leader on the agency Grant Management LEAN Process Improvement

**Department Analyst 11, Michigan Department of Military and Veterans Affairs**    Aug 2011-Aug 2014
State Operations, Budget and Accounting Division
- Interpreted the federal National Guard Grants Master Cooperative Agreement (MCA) policies to determine expense Federal eligibility and audit requirements as it relates to the State of Michigan's administration of the Army and Air National Guard
- Ensured accurate accounting of MCA eligible expenses through identifying the State's Federal match requirements, reviewing contracts expenses, purchase requests, travel, equipment purchases, and employee payroll
- Prepared monthly reports detailing budget expenditures, completing the Federal SF270 Form, and requesting Federal reimbursement via the MCA
- Worked collectively with Federal Program Managers and other senior officials to create MCA expenditure reports to reconcile State and Federal reimbursement payments
- Created and distributed yearly armory budgets and expenditure reports for 44 armories to ensure locations were not exceeding budgetary amounts
- Scheduled and administered visits to Michigan's 44 armory locations to provide instruction on the Armory Rental Program policies and evaluate the program performance in compliance with established standards
- Implemented and maintained an equipment inventory system that provided adequate internal control and necessary financial information used by the MI Department of Technology, Management, and Budget (DTMB) for inclusion in the State's Comprehensive Annual Financial Report (CAFR)
- Served has a backup to the FOIA Coordinator to assist in researching department FOIA requests

**Student Assistant, Michigan Department of State Police**    Aug 2008–Aug 2011
Emergency Management and Homeland Security Division
- Reviewed eligible grant expenses and processed grant draws from the Federal Homeland Security and Emergency Management grants awarded to the State of Michigan
- Served as a fiscal liaison to Michigan's 7 regional fiduciaries to coordinate Federal grant payments for regional employee attendance
- Determined grant expenses eligibility and assigned appliable account coding in compliance with Federal regulations
- Assisted the project manager in the planning, logistics, and coordination of a variety of conferences, including the first Michigan Cyber Summit 2011 hosted by Governor Rick Snyder
- Created and maintained a conference website registration for approximately 1,000 individuals that tracked attendee records, revenue, grant payments, and metrics
- Processed and maintained documentation of conference attendee's Credit Card payments, Purchase Order, and financial records for auditing purposes
- Provided metrics that assisted in developing a budget for conferences and events that were held annually
- Worked with the Public Information Officer to create marketing materials, talking points, and press releases

**Student Intern, Michigan Department of Human Services**    Jan 2011–May 2011
Bureau of Adult and Family Services
- Researched and interpreted policy to create fact sheets and talking points, for the Low Income Home Energy Assistance Program (LIHEAP) and State Emergency Relief (SER)
- Processed SER refunds for the State of Michigan and contacted energy providers to allocate resources
- Collected data and developed SER statistical reports for the Bureau of Adult and Family Services
- Toured county offices and several Non-Profit organizations that implemented public policy and worked directly with Michigan citizens

## Professional Experience

**MEDC Tactical Team**                                                               Jan 2021 - Present
- Serve as the SHPO representative developing an internal Operational Plan to establish metrics and ensure the programs are meeting the MEDC Strategic Plan targets

**Community Development Strategic Plan Committee**                                    Dec 2020 - Present
- Develop SHPO's programmatic strategy, direction, and resource allocation for the upcoming fiscal year to lead office priorities in relation to the overall organizational goals

**Executive Transition Team**                                                        May 2019 – Aug 2019
- Worked directly with MSHDA Executive, MEDC Executive, and the MI Office of Attorney General to ensure a seamless financial transfer and physical move from MSHDA to MEDC

**Grant Writer and Manager of Federal Special Project Grants**
- 2020 Paul Bruhn Revitalization Grant, $750,000
- 2020 African American Civil Rights Grant, $50,000
- 2020 Underrepresented Communities Grant, $15,000
- 2019 African American Civil Rights Grant, $50,000
- 2019 Underrepresented Communities Grant, $30,000
- 2018 African American Civil Rights Grant, $500,000

**Team Leader, MSHDA Grants Management LEAN Process Improvement**                     Feb 2019 – Aug 2019
- Served as the point of contact and coordinated communication between MSHDA Executive, LEAN process facilitators, and participants to report key successes and obstacles

**Grant Program Site Visits**                                                        Aug 2014 - Present
- Conduct site visits to grant projects located in historic buildings, structures, parks, and lighthouses throughout the State of Michigan to ensure that project objectives are being met and potential problems are addressed prior to grant reimbursement

**Administrator, Armory Visits**                                                     Nov 2011 – Aug 2014
- Visit Michigan's 44 armories throughout the year to evaluate Armory Rental Programs, encourage better communication, audit State asset inventory, and review budget expenditures

**Simulation Support, New Madrid Aftermath Exercise 2011,** Lansing, MI,             Apr 2011
- Documented the major and minor objectives accomplished throughout the national earthquake exercise, which were used in evaluating emergency response

**Administrative Support, Enbridge Oil Spill,** Marshall, MI                         Jul 2010
- Served as security and administrative support while the Michigan State Emergency Operations Center (SEOC) was activated to support emergency crews responding to the oil spill in Marshall, MI

## Professional Development

**David Chinsky's Fit Leaders Academy**                                              Jun 2021 – Jan 2022
- Nominated by the MEDC Senior Vice President of Community Development to participate in a six-month leadership program to become an accomplished and effective leader.

**Supervisory Management Training**                                                  Jan 2021
- 6 Critical Practices for Leading a Team, FranklinCovey Education
- Seven Habits of Highly Effective People, FranklinCovey Education

**GrantSolutions Training**                                                          Oct 2020
- Utilize the federal GrantSolutions application to track SHPO's federal NPS incentives portfolio, process reports, and manage grant agreement materials

**Salesforce Training**                                                              Oct 2020
- Utilize the Salesforce application to track SHPO's incentives portfolio and disburse payments

**Freedom of Information Act Training (FOIA)**                                        Jun 2013 – Present
- A Federal law that provides for the disclosure of information from the State and Federal government

TEAMS - Tactics to Expand Access to Mental health Supports                                        OTHER ATTACHMENTS

**Lean Process Improvement Boot Camp**                                                            Jul 2016 - Aug 2016
- Learn the methodology of process improvement, what it takes to increase efficiency, and improve services for customers and stakeholders of government operations

**Master Cooperative Agreement Training**                                                         Apr 2012 – Aug 2014
- A partnership between the National Guard Bureau and State Governments to facilitate the operation and training of the State Army/Air National Guard through Federal funding or In-kind assistance

**Fiscal Law**                                                                                    Dec 2013
- Federal laws and regulations that govern the availability and use of federal funds given to an individual or agency

**Federal Emergency Management Agency (FEMA) Training**                                           Jan 2010–Jun 2011
- Incident Command System (ICS) Courses, 100, 200, 300
- Provides an organizational structure for incident management and guides the process for planning, building, and adapting that organizational structure depending on any event

TEAMS - Tactics to Expand Access to Mental Health Support

**Local District Indirect Cost Rates for School Year 2022-2023**

OTHER ATTACHMENTS

**Based on 2020-2021 Costs**

**R0418 Rate Summary Report**

| District Code | District Name | * Restricted Rate | * Unrestricted Rate | ** Medicaid Rate |
|---------------|---------------|-------------------|---------------------|------------------|
| 32260 | Colfax Township S/D #1F | 4.29 | 14.89 | 14.47 |
| 32610 | Sigel Township S/D #3F | 2.42 | 8.03 | 8.03 |
| 32620 | Sigel Township S/D #4F | 3.33 | 9.28 | 9.28 |
| 32650 | Verona Township S/D #1F | 3.82 | 10.70 | 10.75 |
| 33000 | Ingham ISD | 19.70 | 26.13 | 26.13 |
| 33010 | East Lansing School District | 1.89 | 5.67 | 5.69 |
| 33020 | Lansing Public School District | 5.02 | 13.71 | 11.29 |
| 33040 | Dansville Schools | 3.13 | 14.11 | 13.51 |
| 33060 | Haslett Public Schools | 3.57 | 15.93 | 16.69 |
| 33070 | Holt Public Schools | 3.00 | 9.77 | 9.77 |
| 33100 | Leslie Public Schools | 3.03 | 10.15 | 10.15 |
| 33130 | Mason Public Schools (Ingham) | 2.86 | 12.15 | 12.16 |
| 33170 | Okemos Public Schools | 2.40 | 9.88 | 9.87 |
| 33200 | Stockbridge Community Schools | 2.27 | 11.11 | 11.11 |
| 33215 | Waverly Community Schools | 5.78 | 13.13 | 9.86 |
| 33220 | Webberville Community Schools | 3.99 | 16.83 | 16.81 |
| 33230 | Williamston Community Schools | 1.73 | 9.31 | 9.31 |
| 33901 | Cole Academy | 4.55 | 11.93 | 10.62 |
| 33904 | Mid-Michigan Leadership Academy | 0.00 | 15.84 | 10.71 |
| 33906 | White Pine Academy | 6.43 | 27.04 | 27.04 |
| 33909 | Windemere Park Charter Academy | 8.91 | 33.17 | 33.17 |
| 33910 | Lansing Charter Academy | 2.14 | 37.21 | 37.21 |
| 33911 | Michigan Connections Academy | 13.66 | 16.05 | 14.65 |
| 33913 | NexTech High School of Lansing | 1.16 | 38.57 | 38.57 |
| 33914 | Great Lakes Learning Academy | 8.41 | 12.94 | 12.94 |
| 33915 | Blended Learning Academies Credit Recovery High School | 28.59 | 52.63 | 52.63 |
| 34000 | Ionia ISD | 6.24 | 11.28 | 11.28 |
| 34010 | Ionia Public Schools | 4.79 | 12.74 | 12.74 |
| 34080 | Belding Area School District | 3.22 | 10.41 | 10.41 |
| 34090 | Lakewood Public Schools | 4.03 | 11.03 | 11.03 |
| 34110 | Portland Public Schools | 2.48 | 10.52 | 10.50 |
| 34120 | Saranac Community Schools | 3.19 | 10.66 | 10.92 |
| 34140 | Berlin Township S/D #3 | 6.48 | 13.29 | 10.76 |
| 34340 | Easton Township S/D #6 | 6.65 | 11.42 | 11.42 |
| 34360 | Ionia Township S/D #2 | 2.44 | 11.77 | 3.61 |
| 35000 | Iosco RESA | 2.98 | 8.13 | 8.13 |
| 35010 | Oscoda Area Schools | 3.25 | 13.19 | 13.21 |
| 35020 | Hale Area Schools | 4.85 | 17.75 | 17.75 |
| 35030 | Tawas Area Schools | 5.24 | 15.47 | 14.47 |
| 35040 | Whittemore-Prescott Area Schools | 10.74 | 20.67 | 20.66 |
| 35902 | Alternative Educational Academy of Iosco County | 1.20 | 10.77 | 10.54 |

* If Rate Exceeds 15.00% Limit, Use 15%
** If Rate Exceeds 25.00% Limit, Use 25%

Lansing School District - Applicant and Fiscal Agent
SAMS/FIDReports/IndirectRatesSummary.rdl
ER/Award # 6 8 0 7 4 2 0 1 7 3
Page e88
Page 18 of 31
Page 7 of 32
AR002109



# MICHIGAN STATE
## U N I V E R S I T Y

**Memorandum of Understanding**
**School-Based Mental Health Program Grant**

Lansing School District, in its continual effort to improve the academic and social outcomes of students enrolled in its schools, proposes a *School-Based Mental Health Program* grant to serve all grade levels and all high need schools. **Lansing School District** (applicant and fiscal agent) intends to partner with **Michigan State University School of Social Work- Continuing Education** to collaboratively implement continuing education and professional learning during the five-year grant period and during a Federally approved no-cost extension if applicable. Both parties agree to work in partnership to support the mental health of students, families and educators and to deliver services aligned to the scope and intention of the United States Department of Education (USDOE – granting agency) *School-Based Mental Health Program* grant. **Lansing School District and Michigan State University School of Social Work- Continuing Education** agree to the following partnership terms with each party willing to contribute to the overall success and implementation of the project and willing to meet the following primary project responsibilities (specific duties / services outlined in funded grant proposal):

**Lansing School District** (LSD – applicant and fiscal agent) primary role and responsibilities:



**School of
Social Work**

College of
Social Science

254 Baker Hall
655 Auditorium Road
East Lansing, MI
48824-1118

517/353-8616
Fax: 517/353-3038
www.socialwork.msu.edu

- Administer all aspects of the *School-Based Mental Health Program* grant if the LSD proposal is funded by the granting agency (USDOE).
- Manage all grant funds in compliance with State of Michigan and United States Department of Education regulations and requirements.
- Ensure equal access to all grant positions and services for all participants in compliance with United States Department of Education, State of Michigan, and Lansing School District Equal Access and Non-Discrimination Policies.
- Hire and supervise all grant personnel.
- Provide adequate space within LSD school facilities to ensure the delivery of school-based mental health services and grant programs in alignment with best practices that protect the confidentiality and wellbeing of LSD students, families and educators.
- Recruit and retain participants for grant services and programs.
- Provide professional learning opportunities for LSD personnel and project partner personnel to improve the diversity, quality and capacity of school-based mental health services available to LSD students, families and educators.
- Provide access to project partner personnel to facilitate delivery of partner services in LSD schools.
- Collaborate with project partners to promote the continuous improvement of grant programs, services and strategies supporting school-based mental health initiatives.

MSU is an affirmative-action,
equal-opportunity institution

- Coordinate and sustain an Advisory Board with diverse representation across stakeholders, including partner representatives, to ensure diverse perspectives shape the ongoing implementation of the project.
- Coordinate the collection of data and evaluation of project outcomes with partners and an external evaluation firm.

**Michigan State University School of Social Work- Continuing Education** (project partner) primary role and responsibilities:

- Collaborate with Lansing School District in the delivery of *School-Based Mental Health Program* grant if funded by the granting agency (USDOE).
- Develop a formal statement of work in collaboration with the Lansing School District that outlines topics, format, and costs associated with continuing education and professional learning.
- Deliver continuing education and professional learning in alignment to the scope and purpose of the grant program and in compliance with all applicable regulations.
- Ensure partnership activities adhere to the licensure parameters / limitations of all participating partner personnel.
- Adhere to best practices in the field related to the delivery of school-based mental health services to protect the confidentiality and wellbeing of LSD students, families and educators.
- Collaborate with LSD to deliver services and complete implementation responsibilities as outlined in the funded grant proposal and / or as amended by both parties and with Federal approval during the grant period and / or no-cost extension if applicable.
- Contribute an organizational representative to actively participate in the grant Advisory Board.
- Collaborate with LSD and external evaluation firm to collect data in compliance with confidentiality best practices to ensure thorough and objective progress monitoring and evaluation of the project outcomes.

This Memorandum of Understanding between **Lansing School District** and **Michigan State University School of Social Work- Continuing Education** is a voluntary agreement entered into by both parties and is binding if and only if the *School-Based Mental Health Program* grant proposal submitted by Lansing Schools District on or before November 3, 2022 is funded by the United States Department of Education. This agreement may be dissolved by either party with written notice to the collaborating partner or Lansing School District for any reason. The following signatures are confirmation of the intent of both **Lansing School District** and **Michigan State University School of Social Work – Continuing Education** to partner in the implementation of the project to benefit the academic and social outcomes of LSD students, families, and educators.

11-3-22

**LSD Title          Date**

11/3/22

**Gina Tremonti Gembel, MSW    Date
Director, Continuing Education**

## Memorandum of Understanding
## School-Based Mental Health Program Grant

Lansing School District, in its continual effort to improve the academic and social outcomes of students enrolled in its schools, proposes a *School-Based Mental Health Program* grant to serve all grade levels and all high need schools. **Lansing School District** (applicant and fiscal agent) intends to partner with **Community Mental Health Authority of Clinton, Eaton and Ingham Counties** to collaboratively implement the project during the five-year grant period and during a Federally approved no-cost extension if applicable. Both parties agree to work in partnership to support the mental health of students, families and educators and to deliver services aligned to the scope and intention of the United States Department of Education (USDOE – granting agency) *School-Based Mental Health Program* grant. **Lansing School District** and **Community Mental Health Authority of Clinton, Eaton and Ingham Counties** agree to the following partnership terms with each party willing to contribute to the overall success and implementation of the project and willing to meet the following primary project responsibilities (specific duties / services outlined in funded grant proposal):

**Lansing School District** (LSD – applicant and fiscal agent) primary role and responsibilities:
- Administer all aspects of the *School-Based Mental Health Program* grant if the LSD proposal is funded by the granting agency (USDOE).
- Manage all grant funds in compliance with State of Michigan and United States Department of Education regulations and requirements.
- Ensure equal access to all grant positions and services for all participants in compliance with United States Department of Education, State of Michigan, and Lansing School District Equal Access and Non-Discrimination Policies.
- Hire and supervise all grant personnel.
- Provide adequate space within LSD school facilities to ensure the delivery of school-based mental health services and grant programs in alignment with best practices that protect the confidentiality and wellbeing of LSD students, families and educators.
- Recruit and retain participants for grant services and programs.
- Provide professional learning opportunities for LSD personnel and project partner personnel to improve the diversity, quality and capacity of school-based mental health services available to LSD students, families and educators.
- Provide access to project partner personnel to facilitate delivery of partner services in LSD schools.
- Collaborate with project partners to promote the continuous improvement of grant programs, services and strategies supporting school-based mental health initiatives.
- Coordinate and sustain an Advisory Board with diverse representation across stakeholders, including partner representatives, to ensure diverse perspectives shape the ongoing implementation of the project.
- Coordinate the collection of data and evaluation of project outcomes with partners and an external evaluation firm.

**Community Mental Health Authority of Clinton, Eaton and Ingham Counties** primary role and responsibilities:

- Collaborate with Lansing School District in the delivery of *School-Based Mental Health Program* grant if funded by the granting agency (USDOE).
- Deliver services in alignment to the scope and purpose of the grant program and in compliance with all applicable regulations.
- Ensure partnership activities adhere to the licensure parameters / limitations of all participating partner personnel.
- Adhere to best practices in the field related to the delivery of school-based mental health services to protect the confidentiality and wellbeing of LSD students, families and educators.
- Collaborate with LSD to deliver services and complete implementation responsibilities as outlined in the funded grant proposal and / or as amended by both parties and with Federal approval during the grant period and / or no-cost extension if applicable.
- Contribute an organizational representative to actively participate in the grant Advisory Board.
- Collaborate with LSD and external evaluation firm to collect data in compliance with confidentiality best practices to ensure thorough and objective progress monitoring and evaluation of the project outcomes.

This Memorandum of Understanding between **Lansing School District** and **Community Mental Health Authority of Clinton, Eaton and Ingham Counties** is a voluntary agreement entered into by both parties and is binding if and only if the *School-Based Mental Health Program* grant proposal submitted by Lansing Schools District on or before November 3, 2022 is funded by the United States Department of Education.  This agreement may be dissolved by either party with written notice to the collaborating partner or Lansing School District for any reason.  The following signatures are confirmation of the intent of both **Lansing School District** and **Community Mental Health Authority of Clinton, Eaton and Ingham Counties** to partner in the implementation of the project to benefit the academic and social outcomes of LSD students, families and educators.

_____      11-3-22         _____ MA, LPC
LSD Title                              Date             Gwenda Summers, MA, LPC
*Executive Director*                                   **Director of Families Forward for**      11/2/22
*Office of School Culture*                             **Community Mental Health Authority –**
*Lansing School District*                              **Clinton, Eaton, Ingham Counties**

TEAMS - Tactics to Expand Access to Mental health Supports    OTHER ATTACHMENTS



4287 Five Oaks Dr.
Lansing, MI 48911
Phone: (517) 882-4000
www.childandfamily.org

**Memorandum of Understanding**
**School-Based Mental Health Program Grant**

Lansing School District, in its continual effort to improve the academic and social outcomes of students enrolled in its schools, proposes a *School-Based Mental Health Program* grant to serve all grade levels and all high need schools. **Lansing School District** (applicant and fiscal agent) intends to partner with Child and Family Charities to collaboratively implement the project during the five-year grant period and during a Federally approved no-cost extension if applicable.  Both parties agree to work in partnership to support the mental health of students, families and educators and to deliver services aligned to the scope and intention of the United States Department of Education (USDOE – granting agency) *School-Based Mental Health Program* grant.  **Lansing School District** and Child and Family Charities agree to the following partnership terms with each party willing to contribute to the overall success and implementation of the project and willing to meet the following primary project responsibilities (specific duties / services outlined in funded grant proposal).

**Lansing School District** (LSD – applicant and fiscal agent) primary role and responsibilities:
- Administer all aspects of the *School-Based Mental Health Program* grant if the LSD proposal is funded by the granting agency (USDOE).
- Manage all grant funds in compliance with State of Michigan and United States Department of Education regulations and requirements.
- Ensure equal access to all grant positions and services for all participants in compliance with United States Department of Education, State of Michigan, and Lansing School District Equal Access and Non-Discrimination Policies.
- Hire and supervise all grant personnel.
- Provide adequate space within LSD school facilities to ensure the delivery of school-based mental health services and grant programs in alignment with best practices that protect the confidentiality and wellbeing of LSD students, families and educators.
- Recruit and retain participants for grant services and programs.
- Provide professional learning opportunities for LSD personnel and project partner personnel to improve the diversity, quality and capacity of school-based mental health services available to LSD students, families and educators.
- Provide access to project partner personnel to facilitate delivery of partner services in LSD schools.
- Collaborate with project partners to promote the continuous improvement of grant programs, services and strategies supporting school-based mental health initiatives.
- Coordinate and sustain an Advisory Board with diverse representation across stakeholders, including partner representatives, to ensure diverse perspectives shape the ongoing implementation of the project.
- Coordinate the collection of data and evaluation of project outcomes with partners and an external evaluation firm.

Child and Family Charities (project partner) primary role and responsibilities:
- Collaborate with Lansing School District in the delivery of *School-Based Mental Health Program* grant if funded by the granting agency (USDOE).
- Deliver services in alignment to the scope and purpose of the grant program and in compliance with all applicable regulations.
- Ensure partnership activities adhere to the licensure parameters / limitations of all participating partner personnel.

**Angel House | Behavioral Health | Child Abuse Prevention Services | Child Welfare | Gateway Youth Services | Juvenile Justice**

Lansing School District - Applicant and Fiscal Agent

PR/Award # S184H220173
Page e93

Page 23 of 31

**AR002114**

TEAMS - Tactics to Expand Access to Mental health Supports                                    OTHER ATTACHMENTS



4287 Five Oaks Dr.
Lansing, MI 48911
Phone: (517) 882-4000
www.childandfamily.org

- Adhere to best practices in the field related to the delivery of school-based mental health services to protect the confidentiality and wellbeing of LSD students, families and educators.
- Collaborate with LSD to deliver services and complete implementation responsibilities as outlined in the funded grant proposal and / or as amended by both parties and with Federal approval during the grant period and / or no-cost extension if applicable.
- Contribute an organizational representative to actively participate in the grant Advisory Board.
- Collaborate with LSD and external evaluation firm to collect data in compliance with confidentiality best practices to ensure thorough and objective progress monitoring and evaluation of the project outcomes.

This Memorandum of Understanding between **Lansing School District** and Child and Family Charities is a voluntary agreement entered into by both parties and is binding if and only if the *School-Based Mental Health Program* grant proposal submitted by Lansing Schools District on or before November 3, 2022 is funded by the United States Department of Education. This agreement may be dissolved by either party with written notice to the collaborating partner or Lansing School District for any reason. The following signatures are confirmation of the intent of both **Lansing School District** and Child and Family Charities to partner in the implementation of the project to benefit the academic and social outcomes of LSD students, families and educators.

_____  11-2-22          _____
LSD Title                          Date          Child and Family Charities, CEO

---

**Angel House | Behavioral Health | Child Abuse Prevention Services | Child Welfare | Gateway Youth Services | Juvenile Justice**

# Job Description:  Project Director

**Employer:**              Lansing School District, Lansing, MI
**Position:**              Project Director
**Duration:**              Five Year Grant Project
**Start Date:**            January 1, 2023
**Position Status:**       1.0 FTE

**Position Description:**  Lansing School District plans to hire a 1.0 FTE **Project Director** for its *School-Based Mental Health Services Grant* project awarded to Lansing School District by the United States Department of Education.  The 1.0 FTE Project Director will be responsible for the overall administration and implementation of the five-year grant project.

**Primary Responsibilities:**
- Coordinate all components of *School-Based Mental Health Services Grant* project.
- Manage fiscal resources to ensure timely expenditure of federal funds in alignment with scope of the project.
- Organize Advisory Board to encourage collaboration.
- Coordinate multi-layer programs and services across community and higher education partners.
- Supervise grant personnel to ensure quality of services.
- Coordinate *TEAMS* Fellows and *TEAMS* Residency initiatives.
- Manage deployment of Crisis Response Team to LSD schools.
- Manage professional development for mental health professionals and district educators.
- Collaborate with partners to establish effective referral services for student, family and educator mental health supports.
- Conduct community outreach to engage diverse partners with resources to support program quality, content, sustainability.
- Lead sustainability efforts to promote long-term outcomes.
- Collaborate with evaluation team to evaluate outcomes, monitor progress, complete reports, disseminate results.

**Primary Qualifications:**
- Master of Education, Social Work, Counseling or higher.
- Previous experience managing or coordinating grant programs.
- Administrator Certification, preferred.
- 10+ years in PreK – 12 education and / or school-based counseling.
- Fiscal management expertise.
- Familiarity with school-based mental health licensing / credentialing requirements.
- Experience supporting the social, emotional and / or mental health of students, families, educators.

# Job Description:  School Psychologist

**Employer:**         Lansing School District, Lansing, MI
**Position:**          School Psychologist
**Duration:**         Five Year Grant Project
**Start Date:**       January 1, 2023
**Position Status:**   1.0 FTE

<u>**Position Description:**</u>  Lansing School District plans to hire two (2) 1.0 FTE **School Psychologists** for its *School-Based Mental Health Services Grant* project awarded to Lansing School District by the United States Department of Education.  The 1.0 FTE School Psychologist will be responsible for providing school-based mental health supports for students, families and educators during the five-year grant project.

**Primary Responsibilities:**
- Provide individual / group counseling using validated therapeutic counseling models (CBT / ART / TF-CBT / LSCI – training provided).
- Respond to needs of students / educators / families during incidents of school violence, crime, accidents and / or traumatic events as member of Crisis Response Team.
- Provide clinical support for Interventionists in compliance with licensing / credentialling parameters.
- Provide advanced therapeutic counseling and psychological treatment to students in need of specialized, clinical care.
- Provide support in multiple schools as part of district-wide school psychology team that serves all LSD facilities.
- Participate in Clinical Oversight sessions to ensure delivery of best therapeutic practices in compliance with mental health licenses.
- Implement Restorative Practices strategies during behavior interventions / therapeutic counseling casework.
- Collaborate with community partners to ensure student, family, educator access to community-based mental health referral services.
- Collect and ensure confidentiality of program data to facilitate evaluation.
- Provide one-on-one and group counseling to students referred for supplementary support from teachers and administrators.
- Provide referrals to appropriate professionals in the school and/or community mental health, social services or substance abuse treatment providers.
- Collect and ensure confidentiality of program data to facilitate evaluation.

**Primary Qualifications:**
- Master in Psychology.
- Valid / current Michigan School Psychology Certification and License
- Minimum five years experience providing mental health treatment / counseling / psychology services in school environment.
- Experience serving urban schools preferred.
- Expertise offering therapeutic counseling services.
- Ability to teach professional development programs.
- Evidence of successful experience in parent outreach activities.
- Experience utilizing *CRPBIS* model preferred.

## Job Description: Interventionist

**Employer:**        Lansing School District, Lansing, MI
**Position:**        Interventionist
**Duration:**        Five Year Grant Project
**Start Date:**      January 1, 2023
**Position Status:** 1.0 FTE

**Position Description:**   Lansing School District plans to hire six (6) 1.0 FTE **Interventionists** for its *School-Based Mental Health Services Grant* project awarded to Lansing School District by the United States Department of Education.  The 1.0 FTE Interventionist will be responsible for providing school-based mental health supports for students, families and educators during the five-year grant project.

**Primary Responsibilities:**
- Provide individual / group counseling using validated therapeutic counseling models (CBT / ART / TF-CBT / LSCI – training provided).
- Respond to needs of students / educators / families during incidents of school violence, crime, accidents and / or traumatic events as member of Crisis Response Team.
- Provide instruction in *Michigan Model for Health* whole child mental health, social and emotional learning and physical health curriculum (PreK -- 12).
- Provide one-on-one and group counseling to students referred for supplementary support from teachers and administrators.
- Support student, family, educator access to tele-health virtual mental health supports via *Care Solace* online services.
- Participate in Clinical Oversight sessions to ensure delivery of best therapeutic practices in compliance with mental health licenses.
- Implement Restorative Practices strategies during behavior interventions / therapeutic counseling casework.
- Collaborate with community partners to ensure student, family, educator access to community-based mental health referral services.
- Provide referrals to appropriate professionals in the school and/or community mental health, social services or substance abuse treatment providers.
- Serve on school-wide Behavior Support Teams to implement *CRPBIS* protocols.
- Collect and ensure confidentiality of program data to facilitate evaluation.

**Primary Qualifications:**
- Master of School Counseling, Master of Social Work or related field - Masters degree required; higher certification/degree preferred;
- Valid / current Michigan mental health practitioner license – Licensed Master Social Worker (LMS) or Licensed Professional Counselor (LPC).
- Minimum of five years in school counseling preferred;
- Ability to teach professional development programs.
- Experience serving urban schools preferred.
- Expertise in validated therapeutic counseling models.
- Evidence of successful experience in parent outreach activities.
- Experience utilizing *CRPBIS* model preferred.

| *TEAMS* Logic Model | | | | |
|---|---|---|---|---|
| **GOAL:** To strengthen and expand mental health supports in high need urban schools. | | | | |
| **Objective 1:** Increase the number of credentialed mental health professionals in Lansing schools. | | | | |
| **Objective 2:** Increase student and family access to effective mental health supports. | | | | |
| **Objective 3:** Improve education outcomes for high need students. | | | | |
| **INPUTS >** | **ACTIVITIES >** | **OUTPUTS >** | **SHORT TERM OUTCOMES >** | **LONG TERM OUTCOMES** |
| • Knowledge of Evidence-Based Strategies<br>• USDOE Grant Funding<br>• Lansing School District Expertise / Resources<br>• Partner Expertise / Resources<br>• Evaluation Team Expertise in Research-based Methods of Evaluation | • **Layer 1: Expanded Capacity**<br>  o School-Based Mental Health Team<br>  o Crisis Response Team<br>  o Tele-Health Virtual Counseling<br>  o Clinical Oversight<br>  o *TEAMS* Fellowship<br>  o *TEAMS* Residency<br>  o *TEAMS* Resourced Centers<br>  o Retention / Recruitment Incentives<br>• **Layer 2: Specialized Interventions** | • **Layer 1: Expanded Capacity**<br>  o Team of Six Interventionists and Two School Psychologists<br>  o Districtwide Crisis Response Team<br>  o On-Demand Tele-Health Counseling<br>  o Monthly Clinical Oversight Sessions<br>  o Four Cohorts of Four Fellows<br>  o Four Cohorts of Six Residents<br>  o Six *Teams* Resource Centers<br>  o Annual Incentives<br>• **Layer 2: Specialized Interventions**<br>  o Daily use of CBT, ART, TF-CBT, LSCI | • Reduced student : mental health professional ratio 15% by end of YR 3.<br>• 100% of schools will provide community mental health services / virtual counseling by end of YR 3.<br>• 50% of mental health staff will complete training in counseling models by end of YR 3.<br>• Reduce discipline referrals 9% by end of YR 3. | • Reduced student : mental health professional ratio 20% by end of YR 5.<br>• 100% of schools will provide community mental health services / virtual counseling by end of YR 5.<br>• 80% of mental health staff will complete training in counseling models by end of YR 5.<br>• Reduce discipline referrals 15% by end of YR 5. |

| | | | | |
|---|---|---|---|---|
| • LSD Office of Finance experience managing USDOE Grants<br>• Expertise implementing School Climate / Project Prevent / Counseling grants with mental health focus<br>• Consultant and Contractor Expertise | o Therapeutic Counseling<br>o Michigan Model for Health<br>o Outdoor Leadership<br>o Equine Therapy<br>o Restorative Practices<br>• **Layer 3:** **Professional Learning**<br>o Therapeutic Counseling<br>o Continuing Education<br>o Social and Emotional Learning<br>o School Climate<br>• **Evaluation**<br>o Process Evaluation<br>o Outcome Evaluation | o Daily Social / Emotional Learning Lessons<br>o 12 annual Ebersole Center Excursions<br>o Monthly Equine Therapy<br>o Daily use of Restorative Practices<br>• **Layer 3: Professional Learning**<br>o Annual training for up to 10 participants per year in four counseling models<br>o Annual completion of School Social Work Competency Series / Trauma-Informed Care Certificate for up to 10 participants per year<br>o Two all-staff MMH trainings per year<br>o Two staff Restorative Practices trainings per yr | • Reduce bullying referrals 9% by end of YR 3.<br>• Reduce violence / fighting referrals 9% by end of YR 3.<br>• Minimum 50% of students will complete MMH curriculum by end of YR 3.<br>• Increase ELA proficiency in LSD schools 3% by end of YR 3.<br>• Increase Math proficiency in LSD schools 3% by end of YR 3.<br>• Increase Science proficiency in LSD schools 3% by end of YR 3. | • Reduce bullying referrals 15% by end of YR 5.<br>• Reduce violence / fighting referrals 15% by end of YR 5.<br>• Minimum 80% of students will complete MMH curriculum by end of YR 5.<br>• Increase ELA proficiency in LSD schools 5% by end of YR 5.<br>• Increase Math proficiency in LSD schools 5% by end of YR 5.<br>• Increase Science proficiency in LSD schools 5% by end of YR 5. |

# *TEAMS*:  Literature Cited

**Evidence of Effectiveness – CBT**
Heller, S., Pollack, H. A., Ander, R., & Ludwig, J. (2013). Cambridge, MA: National Bureau of Economic Research. Retrieved from: https://eric.ed.gov/?id=ED577232

**Evidence of Effectiveness – Professional Development**
Heller, J. I., Daehler, K. R., Wong, N., Shinohara, M., & Miratrix, L. W. (2012). Journal of Research in Science Teaching, 49(3), 333–362. Retrieved from: https://eric.ed.gov/?id=EJ989348

**Evidence of Effectiveness – Restorative Practices**
Augustine, Catherine H.; Engberg, John; Grimm, Geoffrey E.; Lee, Emma; Wang, Elaine Lin; Christianson, Karen; Joseph, Andrea A. (2018). RAND Corporation. Retrieved from: https://eric.ed.gov/?id=ED594828

**Evidence of Effectiveness – TF-CBT**
Tine K. Jensen, Tonje Holt, Silje M. Ormhaug, Karina Egeland, Lene Granly, Live C. Hoaas, Silje S. Hukkelberg, Tore Indregard, Shirley D. Stormyren & Tore Wentzel-Larsen (2014) A Randomized Effectiveness Study Comparing Trauma-Focused Cognitive Behavioral Therapy With Therapy as Usual for Youth, Journal of Clinical Child & Adolescent Psychology, 43:3, 356-369, DOI: 10.1080/15374416.2013.822307

**Evidence of Effectiveness – Aggression Replacement Therapy**
Hornsveld, R. H., Kraaimaat, F. W., Muris, P., Zwets, A. J., & Kanters, T. (2015). **Aggression** Replacement Training for violent young men in a forensic psychiatric outpatient clinic. *Journal of Interpersonal Violence, 30*(18), 3174-3191.

**Evidence of Effectiveness – Life Space Crisis Intervention**
D'Oosterlinck, F., Goethals, E., Boekaert, E., Schuyten, G., & DeMaeyer, J. (2008). Implementation and effect of Life Space Crisis Intervention in special schools with residential treatment for students with emotional and behavioral disorders (EBD). *Psychiatric Quarterly, 79*(1), 65–79. https://doi.org/10.1007/s11126-007-9057-8

**Evidence of Effectiveness – Michigan Model for Health**
O'Neill JM, Clark JK, Jones JA. *Promoting Fitness and Safety in Elementary Students: A Randomized Control Study of the Michigan Model for Health*, J Sch Health. 2016; 86: 516-525.

O'Neill JM, Clark JK, Jones JA. *Promoting Mental Health and Preventing Substance Abuse & Violence in Elementary Students: A Randomized Control Study of the Michigan Model for Health*, J School Health, 2011; 81: 320-330.

**Research Base:  Equine Therapy**
Pendry, P., Roeter, S., Smith, A., Jacobson, S., & Erdman, P. (2013). Trajectories of positive and negative behavior during participation in equine facilitated learning program for horse-novice youth. *Journal of Extension*.51(1). n1.

**Research Base:  Outdoor Education**

Flom, B., Johnson, C., Hubbard, J., & Reidt, D. (2011). The natural school counselor: using nature to promote mental health in schools. *Journal of Creativity in mental health*, 6, 118-131.

**Research Base:  FORECAST Model**

Goodman RM, Wandersman A. FORECAST: A formative approach to evaluating community coalitions and community-based initiatives. Journal of Community Psychology. 1994:6–25. CSAP Special Issue.

Goodman RM, Noonan RK. Empowerment evaluation for violence prevention. Health Promotion Practice. 2009;10(1):11S–18S.

Katz J, Wandersman A, Goodman RM, Griffin S, Wilson DK, Schillaci M.. Updating the FORECAST formative evaluation approach and some implications for ameliorating theory failure, implementation failure, and evaluation failure. Eval Program Plann. 2013;39:42-50. 10.1016/j.evalprogplan.2013.03.001

## Budget Narrative File(s)

**\* Mandatory Budget Narrative Filename:** 1234-Final Submitted LSD SBMH Budget 2022.pdf

| Add Mandatory Budget Narrative | Delete Mandatory Budget Narrative | View Mandatory Budget Narrative |

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | Delete Optional Budget Narrative | View Optional Budget Narrative |

Tracking Number:GRANT13748271     Funding Opportunity Number:ED-GRANTS-100422-001 Received Date:Nov 03, 2022 05:34:15 PM EDT

**AR002123**

| BUDGET CATEGORY | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **_TEAMS - Tactics to Expand Access to Mental health Supports_** | | | | | |
| **Lansing School District (Applicant and Fiscal Agent).** | | | | | |
| **Federal Budget Request** | | | | | |
| **1. PERSONNEL** | | | | | |
| **a.  _TEAMS Project Director (1.0 FTE)_ -** Lansing School District will hire a 1.0 FTE Project Director to oversee the daily operations of _TEAMS_ and support Interventionists throughout implementation of the program.  Duties will include fiscal monitoring, scheduling, management oversight, oversight of _TEAMS_ Fellowship and _TEAMS_ Residency, supervision of staff, facilitation of project evaluation and coordination with cooperative partners. Starting salary for Project Director is $95,000 with a 2.0% salary increase per year. (Year 1: $95,000). | 95,000 | 96,900 | 98,838 | 100,815 | 102,831 |
| **b. _Interventionists (6.0 FTEs)_ -** Lansing School District will hire 6.0 FTE Masters level Social Workers / School Counselors with a background in school counseling, therapeutic mental health counseling, family education and life skills development for high-risk, urban youth grades PreK - 12.  Specialists will implement a combination of behavior management protocols, prevention / intervention learning programs, therapeutic counseling in high need urban schools and supervision of school-based _TEAMS_ Resource Centers.  Starting salary for each of six Interventionists is $62,000 with a 2.0% salary increase per year. (Year 1: 6.0 FTEs x $62,000 = $372,000 per year). | 372,000 | 379,440 | 387,029 | 394,769 | 402,665 |
| **c. _TEAMS School Psychologists (2.0 FTEs)_ -** Lansing School District will hire 2.0 FTE School Psychologists (one elementary school psychologist; one secondary school psychologist) to provide advanced mental health support / treatment for students in need of specialized interventions / counseling / testing / treatment. School Psychologists will provide individual treatment, facilitate referrals for out-of-school supports, collaborate with Interventionists to support student mental health needs and serve as members of the LSD Crisis Response Team. Starting salary for each of two School Psychologists is $92,000 with a 2.0% salary increase per year (Year 1: 2.0 FTEs x $92,000 = $184,000). | 184,000 | 187,680 | 191,434 | 195,262 | 199,168 |
| **d. _TEAMS Fellows Respecialization Stipend_ -** Funds will be used to support the respecialization of four LSD educators selected to serve as Fellows as they pursue a Master of Social Work or Master of | 88,000 | 176,000 | 176,000 | 176,000 | 88,000 |

| | | | | | |
|---|---|---|---|---|---|
| Counseling certification and license. Funds will offset cost-of-living, lost income and other expenses incurred during respecializtion training and licensure attainment hire four full-time (4.0 FTEs) aspiring principals / school administrators to participate in the one-year *Aspiring Leaders Internship* program (4 Fellows x $22,000 per year x 2 years = $176,000 per 2-year cohort program [total of 4 cohorts]). | | | | | |
| ***e. TEAMS Fellows Clinical Residency Stipend -*** Funds will be used to support the respecialization of four LSD educators selected to serve as Fellows as they pursue a Master of Social Work or Master of Counseling certification and license. Funds will offset lost teaching salary incurred as Fellows complete mandatory Clinical Residency as pre-service mental health professional in LSD schools (Years 2 - 5: 4 Fellows x $35,000 stipend for 900-hour Clinical Residency = $140,000 per year). | 0 | 140,000 | 140,000 | 140,000 | 140,000 |
| ***f. TEAMS Residents Clinical Residency Incentive -*** Funds will be used to incentivize graduate students enrolled in partner university Master of Social Work / Master of Counseling degree programs to complete mandatory Clinical Residency as pre-service mental health professional in LSD schools (Years 1 - 5: 6 Graduate School Residents x $5,000 stipend for Clinical Residency = $30,000 per year). | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| ***g. Retention and Recruitment Incentives -*** Funds will be used to provide recruitment and retention incentives for mental health professionals. *Recruitment Incentive*: highly qualified candidates who accept school-based mental health positions in LSD schools will be offered a signing bonus to incentivize filling "hardest to fill" school vacancy ($5,000 per bonus x 10 recruitment bonuses per year = $50,000 per year). *Retention Incentive*: Highly Effective and Effective mental health professionals employed in LSD schools will earn a retention bonus upon returning to "hardest to fill" school based mental health positions and remain employed in school-based mental health positions in LSD schools after earning a Highly Effective or Effective performance rating the previous year ($3,500 retention bonus x 15 bonuses per year = $52,500 per year). Total: $102,500 per year. | 102,500 | 102,500 | 102,500 | 102,500 | 102,500 |
| ***Subtotal Personnel*** | **871,500** | **1,112,520** | **1,125,800** | **1,139,346** | **1,065,163** |
| **2. FRINGE BENEFITS** | | | | | |
| ***a. Standard Fringe Benefits Package -*** This package includes 61% of the gross salary for each of the 6.0 FTE Interventionists and 1.0 FTE Project Director and includes: FICA (social security), State Retirement, Federal and State Unemployment (FUTA and | 531,615 | 678,637 | 686,738 | 695,001 | 649,750 |

| | | | | | |
|---|---|---|---|---|---|
| SUTA), Medical Insurance, a small life policy, Workman's Compensation and Medicare deduction. | | | | | |
| ***Subtotal Fringe Benefits*** | **531,615** | **678,637** | **686,738** | **695,001** | **649,750** |
| **3. TRAVEL** | | | | | |
| *a. Project Director's Meeting -* As required by the RFP, the Project Director and one project staff will attend the Project Director's meeting in Washington, DC during each year of the grant ($336 per diem x 3 days + $800 airfare = $1,808 x 2 attendees = $3,616 per year). | 3,616 | 3,616 | 3,616 | 3,616 | 3,616 |
| *b. Travel for Student Enrichment -* Grant funds will be used for travel to student learning experiences and support services (Ebersole Center and Equine Therapy) during the grant period ($25,000 per year for charter bus services). | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| *c. Professional Development -* Grant funds will be used for transportation / lodging / per diem for educators to attend diverse professional development training events / courses ([$336 per diem x 75 travel days = $25,200] + [$800 airfare for 25 travelers = $20,000] = $45,200 per year). | 45,200 | 45,200 | 45,200 | 45,200 | 45,200 |
| ***Subtotal Travel*** | **73,816** | **73,816** | **73,816** | **73,816** | **73,816** |
| **4. SUPPLIES** | | | | | |
| *a. Curriculum / Mental Health Services Supplies -* Grant funds will purchase all *Michigan Model for Health, Ebersole Center Outdoor Learning* and *Equine Therapy* curricular materials / learning supplies / materials to support therapeutic counseling services. Expenditures include: *Michigan Model for Health* ($3,500 per school per year x 26 schools = $91,000 per year); *Ebersole Center* ($1,500 per session x 12 sessions per year = $18,000 per year); *Equine Therapy Center* ($500 per session x 36 sessions per year = $18,000 per year); *TEAMS* Resource Centers ($3,500 per center per year x 6 Resource Centers = $21,000 per year). Total = $148,000 per year. | 148,000 | 148,000 | 148,000 | 148,000 | 148,000 |
| *b. Office Supplies -* Grant funds will purchase office supplies used in implementation and execution of program, to include: general office supplies / postage / financial supplies ($500 per year), costs to develop and print surveys, pre- and post-tests and performance evaluations ($2,300 per year). (Total = $2,800 per year). | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 |
| *c. Technology -* Grant funds will purchase laptop computers for each grant staff -- Project Director, six Interventionists and 4 *TEAMS* Fellows per Cohort (Year 1: 11 staff x $2,200 per laptop = $24,200; Years 2 - 4: 4 Fellows per year x $2,200 per laptop = $8,800 per years 2 - 4). Year 2 - 5 expenditures will include | 24,200 | 12,550 | 12,550 | 12,550 | 3,750 |

| | | | | | |
|---|---|---|---|---|---|
| software and related media purchases that include life skills development tools, social and emotional learning software and educational materials for libraries and classrooms (Years 2 - 5: $3,750 per year). Total Year 1 = $24,000; Total Years 2 - 4 = 12,550; Total Year 5 = $3,750. | | | | | |
| *Subtotal Supplies* | 175,000 | 163,350 | 163,350 | 163,350 | 154,550 |
| **5. CONTRACTUAL** | | | | | |
| *a. Care Solace Tele-Health Counseling Services -* Grant funds will provide Lansing School District schools with unlimited access to on-demand, virtual, tele-health mental health services, including triage, referral and specialized, therapeutic counseling services for students, educator mental health portal and 24-hour crisis intervention supports. Licensing contract includes all fees and access to licensed, credentialled mental health professionals for tele-health counseling services ($12,000 per school per year x 26 schools = $312,000 per year). | 312,000 | 312,000 | 312,000 | 312,000 | 312,000 |
| *b. Professional Development - Beck Institute -* Grant funds will provide professional development in *Cognitive Behavioral Therapy* therapeutic counseling model to support use of validated counseling strategies in Lansing schools. Fees include online learning modules and follow-up clinical support / coaching ($5,500 per certification x 5 certifications per year = $27,500 per year). | 27,500 | 27,500 | 27,500 | 27,500 | 27,500 |
| *c. Professional Development - Edna Bennett Price Center at Penn State University -* Grant funds will provide professional development in *Aggression Replacement Therapy* therapeutic counseling model to support use of validated counseling strategies in Lansing schools. Fees include online learning modules and follow-up clinical support / coaching ($2,100 per participant for online training and fidelity coaching x 5 participants per year = $10,500 per year). | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 |
| *d. Professional Development - Trauma-Focused Cognitive Behavioral Therapy National Therapist Certification Program -* Grant funds will provide professional development in *Trauma-Focused Cognitive Behavioral Therapy* therapeutic counseling model to support use of validated counseling strategies in Lansing schools. Fees include online learning modules and follow-up clinical support / coaching ($2,400 per participant for online training and follow-up clinical support x 5 participants per year = $12,000 per year). | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| *e. Professional Development -* Life Space Crisis Intervention - Grant funds will provide professional development in Life Space Crisis Intervention therapeutic counseling model to support use of | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 |

TEAMS - Tactics to Expand Access to Mental health Supports                    BUDGET NARRATIVE

| | | | | | |
|---|---|---|---|---|---|
| validated counseling strategies in Lansing schools. Fees include online learning modules and follow-up clinical support / coaching ($1,400 per participant for online training and follow-up support x 5 participants per year = $7,000 per year). | | | | | |
| *f. Professional Development - Michigan State University School of Social Work -* Grant funds will provide professional development in *School Social Work Competency Series* and *Trauma-Informed Care Certificate* to improve therapeutic counseling skills and efficacy of school-based mental health services in Lansing schools. Fees include online / in-person learning modules and follow-up clinical support / coaching ($675 per course / module x 30 courses per year = $20,250 per year). | 20,250 | 20,250 | 20,250 | 20,250 | 20,250 |
| *g. Professional Development - Michigan School Health Coordinators Association -* Grant funds will provide professional development in *Michigan Model for Health* curriculum to improve instruction in "whole child" mental health, social and emotional learning, physical curriculum for all grade levels, PreK -- 12. Fees include one-day, in-person curriculum training event ($3,250 per training x 2 trainings per year = $6,500 per year). | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 |
| *h. Professional Development - Michigan Association of Secondary School Principals -* Grant funds will provide professional development in *Restorative Practices* behavior management strategy to improve behavioral, discipline, mental health and social and emotional outcomes for students and LSD schools. Fees include one-day, in-person model training event ($3,000 per training x 2 trainings per year = $6,000 per year). | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| *i. Clinical Oversight -* Grant funds will provide LSD school-based mental health professionals with Clinical Supervision of caseload and professional coaching supports through a virtual Network of Support. Funds will contract with a licensed psychiatrist to provide clinical supervision hours of school-based counselors ($275 per hour x 200 hours per year = $55,000 per year). | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| *j. Student Programming - Ebersole Center Outdoor Learning -* Grant funds will provide students with outdoor education experiences focused on building character, leadership, teamwork, self-reliance, self-confidence and life skills through adventure-based learning ($60 per student x 1,000 students per year = $60,000 per year). | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| *k. Student Programming - Equine Therapy Center -* Grant funds will provide equine therapy for students with disabilities and students in need of individualized | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 |

interventions to support youth engagement in learning, self-confidence, positive relationship building, compassion and anti-aggression skills ($500 per group therapy session x 36 sessions per year = $18,000 per year).

| | | | | | |
|---|---|---|---|---|---|
| *l. Evaluation and Consultation* - Funds will be used to contract with a professional evaluation team. Lansing School District will allocate less than 9% of grant funds to cover the costs of evaluation at multiple school sites. EduShift, Inc., a 22-year old experienced research/evaluation organization, will provide process and outcome evaluation of the *School-Based Mental Health Services Grant* program using multiple, validated assessment tools to provide ongoing analysis of program results. The expenses represented include evaluators' consultant fees, travel, supplies, office expenses and computer-related costs. Evaluators will also provide special management, program and technical assistance as part of this fee to deliver services and consultation that staff cannot provide.  Outside evaluation is recommended by U.S. Department of Education. | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| *Subtotal Contractual* | **759,750** | **759,750** | **759,750** | **759,750** | **759,750** |
| **6. CONSTRUCTION** | 0 | 0 | 0 | 0 | 0 |
| **7. OTHER** | 0 | 0 | 0 | 0 | 0 |
| **8. TOTAL DIRECT COSTS (lines 1-8)** | **2,411,681** | **2,788,073** | **2,809,455** | **2,831,264** | **2,703,029** |
| **9. INDIRECT / ADMINISTRATIVE COSTS (5.02%) -- Lansing Schools District has an approved Indirect Cost Rate of 5.02%.** | 93,230 | 112,125 | 113,199 | 114,294 | 107,856 |
| **10. TRAINING STIPENDS / SUBSTITUTE TEACHERS** | | | | | |
| **11. TOTAL FEDERAL COSTS (lines 9-11)** | **2,504,911** | **2,900,199** | **2,922,653** | **2,945,557** | **2,810,885** |
| | | | | | |
| | | | **GRAND TOTAL (60 MONTHS): $14,084,206** | | |

| Proposed Match Budget | | | | | |
|---|---|---|---|---|---|
| **BUDGET CATEGORY** | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** |
| **1. PERSONNEL** | | | | | |
| *a. District Administrators -* Match funds will be used to compensate central office administrators ($95,000 average salary x 14 administrators x 0.2 time commitment = $266,000 per year). | 266,000 | 266,000 | 266,000 | 266,000 | 266,000 |
| *b. Principals -* Match funds will be used to compensate building Principals providing administrative leadership in the 26 LSD schools in which *TEAMS* programs will serve students, families | 442,000 | 442,000 | 442,000 | 442,000 | 442,000 |

TEAMS - Tactics to Expand Access to Mental health Supports    BUDGET NARRATIVE

| | | | | | |
|---|---|---|---|---|---|
| and educators ($85,000 average salary x 26 principals x 0.2 time commitment = $442,000 per year). | | | | | |
| *Subtotal Personnel MATCH* | **708,000** | **708,000** | **708,000** | **708,000** | **708,000** |
| **2. FRINGE BENEFITS** | | | | | |
| *a. Standard Fringe Benefits Package -* This package includes matching funds of 61% of the gross salary for District Administrators and Principals identified as Match and includes: FICA (social security), State Retirement, Federal and State Unemployment (FUTA and SUTA), Medical Insurance, a small life policy, Workman's Compensation and Medicare deduction. | 431,880 | 431,880 | 431,880 | 431,880 | 431,880 |
| *Subtotal Fringe Benefits MATCH* | **431,880** | **431,880** | **431,880** | **431,880** | **431,880** |
| **3. TRAVEL** | | | | | |
| | 0 | 0 | 0 | 0 | 0 |
| *Subtotal Travel* | **0** | **0** | **0** | **0** | **0** |
| | | | | | |
| **4. SUPPLIES** | | | | | |
| | 0 | 0 | 0 | 0 | 0 |
| *Subtotal Supplies* | **0** | **0** | **0** | **0** | **0** |
| **5. CONTRACTUAL** | | | | | |
| | 0 | 0 | 0 | 0 | 0 |
| *Subtotal Contractual* | **0** | **0** | **0** | **0** | **0** |
| **6. CONSTRUCTION** | 0 | 0 | 0 | 0 | 0 |
| **7. OTHER** | 0 | 0 | 0 | 0 | 0 |
| **8. TOTAL DIRECT MATCH COSTS (lines 1-8)** | **1,139,880** | **1,139,880** | **1,139,880** | **1,139,880** | **1,139,880** |
| **9. INDIRECT / ADMINISTRATIVE COSTS (5.02%) -- Lansing Schools District has an approved Indirect Cost Rate of 5.02%.** | 0 | 0 | 0 | 0 | 0 |
| **10. TRAINING STIPENDS / SUBSTITUTE TEACHERS** | | | | | |
| **11. TOTAL MATCHING COSTS (lines 9-11)** | **1,139,880** | **1,139,880** | **1,139,880** | **1,139,880** | **1,139,880** |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PROGRAM COSTS (FEDERAL FUNDS + MATCHING FUNDS)** | **3,644,791** | **4,040,079** | **4,062,533** | **4,085,437** | **3,950,765** |

**Local District Indirect Cost Rates for School Year 2022-2023**
**Based on 2020-2021 Costs**
**R0418 Rate Summary Report**

| District Code | District Name | *<br>Restricted Rate | *<br>Unrestricted Rate | **<br>Medicaid Rate |
|---|---|---|---|---|
| 32260 | Colfax Township S/D #1F | 4.29 | 14.89 | 14.47 |
| 32610 | Sigel Township S/D #3F | 2.42 | 8.03 | 8.03 |
| 32620 | Sigel Township S/D #4F | 3.33 | 9.28 | 9.28 |
| 32650 | Verona Township S/D #1F | 3.82 | 10.70 | 10.75 |
| 33000 | Ingham ISD | 19.70 | 26.13 | 26.13 |
| 33010 | East Lansing School District | 1.89 | 5.67 | 5.69 |
| 33020 | Lansing Public School District | 5.02 | 13.71 | 11.29 |
| 33040 | Dansville Schools | 3.13 | 14.11 | 13.51 |
| 33060 | Haslett Public Schools | 3.57 | 15.93 | 16.69 |
| 33070 | Holt Public Schools | 3.00 | 9.77 | 9.77 |
| 33100 | Leslie Public Schools | 3.03 | 10.15 | 10.15 |
| 33130 | Mason Public Schools (Ingham) | 2.86 | 12.15 | 12.16 |
| 33170 | Okemos Public Schools | 2.40 | 9.88 | 9.87 |
| 33200 | Stockbridge Community Schools | 2.27 | 11.11 | 11.11 |
| 33215 | Waverly Community Schools | 5.78 | 13.13 | 9.86 |
| 33220 | Webberville Community Schools | 3.99 | 16.83 | 16.81 |
| 33230 | Williamston Community Schools | 1.73 | 9.31 | 9.31 |
| 33901 | Cole Academy | 4.55 | 11.93 | 10.62 |
| 33904 | Mid-Michigan Leadership Academy | 0.00 | 15.84 | 10.71 |
| 33906 | White Pine Academy | 6.43 | 27.04 | 27.04 |
| 33909 | Windemere Park Charter Academy | 8.91 | 33.17 | 33.17 |
| 33910 | Lansing Charter Academy | 2.14 | 37.21 | 37.21 |
| 33911 | Michigan Connections Academy | 13.66 | 16.05 | 14.65 |
| 33913 | NexTech High School of Lansing | 1.16 | 38.57 | 38.57 |
| 33914 | Great Lakes Learning Academy | 8.41 | 12.94 | 12.94 |
| 33915 | Blended Learning Academies Credit Recovery High School | 28.59 | 52.63 | 52.63 |
| 34000 | Ionia ISD | 6.24 | 11.28 | 11.28 |
| 34010 | Ionia Public Schools | 4.79 | 12.74 | 12.74 |
| 34080 | Belding Area School District | 3.22 | 10.41 | 10.41 |
| 34090 | Lakewood Public Schools | 4.03 | 11.03 | 11.03 |
| 34110 | Portland Public Schools | 2.48 | 10.52 | 10.50 |
| 34120 | Saranac Community Schools | 3.19 | 10.66 | 10.92 |
| 34140 | Berlin Township S/D #3 | 6.48 | 13.29 | 10.76 |
| 34340 | Easton Township S/D #6 | 6.65 | 11.42 | 11.42 |
| 34360 | Ionia Township S/D #2 | 2.44 | 11.77 | 3.61 |
| 35000 | Iosco RESA | 2.98 | 8.13 | 8.13 |
| 35010 | Oscoda Area Schools | 3.25 | 13.19 | 13.21 |
| 35020 | Hale Area Schools | 4.85 | 17.75 | 17.75 |
| 35030 | Tawas Area Schools | 5.24 | 15.47 | 14.47 |
| 35040 | Whittemore-Prescott Area Schools | 10.74 | 20.67 | 20.66 |
| 35902 | Alternative Educational Academy of Iosco County | 1.20 | 10.77 | 10.54 |

* If Rate Exceeds 15.00% Limit, Use 15%
** If Rate Exceeds 25.00% Limit, Use 25%

AR002131



# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 09/30/2023

Name of Institution/Organization

Lansing School District

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 871,500.00 | 1,112,520.00 | 1,125,800.00 | 1,139,346.00 | 1,065,163.00 | 0.00 | 0.00 | 5,314,329.00 |
| 2. Fringe Benefits | 531,615.00 | 678,637.00 | 686,738.00 | 695,001.00 | 649,750.00 | 0.00 | 0.00 | 3,241,741.00 |
| 3. Travel | 73,816.00 | 73,816.00 | 73,816.00 | 73,816.00 | 73,816.00 | 0.00 | 0.00 | 369,080.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Supplies | 175,000.00 | 163,350.00 | 163,350.00 | 163,350.00 | 154,550.00 | 0.00 | 0.00 | 819,600.00 |
| 6. Contractual | 759,750.00 | 759,750.00 | 759,750.00 | 759,750.00 | 759,750.00 | 0.00 | 0.00 | 3,798,750.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Total Direct Costs (lines 1-8) | 2,411,681.00 | 2,788,073.00 | 2,809,454.00 | 2,831,263.00 | 2,703,029.00 | 0.00 | 0.00 | 13,543,500.00 |
| 10. Indirect Costs* | 93,230.00 | 112,125.00 | 113,199.00 | 114,294.00 | 107,856.00 | 0.00 | 0.00 | 540,704.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Total Costs (lines 9-11) | 2,504,911.00 | 2,900,198.00 | 2,922,653.00 | 2,945,557.00 | 2,810,885.00 | 0.00 | 0.00 | 14,084,204.00 |

*Indirect Cost Information (*To Be Completed by Your Business Office*):  If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)     Do you have an Indirect Cost Rate Agreement approved by the Federal government?     ☒ Yes     ☐ No

(2)     If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:  From: 07/01/2022  To: 06/30/2023  (mm/dd/yyyy)

Approving Federal agency:     ☐ ED     ☒ Other (please specify): Michigan Department of Education

The Indirect Cost Rate is  5.02 %.

(3)     If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?     ☐ Yes     ☐ No     If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)     If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?

☐ Yes     ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)     For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?     The Restricted Indirect Cost Rate is _____ %.

(6)     For Training Rate Programs (check one) -- Are you using a rate that:

☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or,  ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

PR/Award # S184H220129
Page e111

ED 524

AR002132

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Lansing School District | | |

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 708,000.00 | 708,000.00 | 708,000.00 | 708,000.00 | 708,000.00 | 0.00 | 0.00 | 3,540,000.00 |
| 2. Fringe Benefits | 431,880.00 | 431,880.00 | 431,880.00 | 431,880.00 | 431,880.00 | 0.00 | 0.00 | 2,159,400.00 |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | 1,139,880.00 | 1,139,880.00 | 1,139,880.00 | 1,139,880.00 | 1,139,880.00 | 0.00 | 0.00 | 5,699,400.00 |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,139,880.00 | 1,139,880.00 | 1,139,880.00 | 1,139,880.00 | 1,139,880.00 | 0.00 | 0.00 | 5,699,400.00 |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

**AR002133**

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| Lansing School District | | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): _____

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

**AR002134**

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| a. contract | ☒ a. bid/offer/application | ☒ a. initial filing |
| ☒ b. grant | b. initial award | b. material change |
| c. cooperative agreement | c. post-award | |
| d. loan | | |
| e. loan guarantee | | |
| f. loan insurance | | |

**4.   Name and Address of Reporting Entity:**

☒ Prime    ☐ SubAwardee

* Name: Lansing School District
* Street 1: 519 W. Kalamazoo Street    Street 2:
* City: Lansing    State: MI: Michigan    Zip: 48933-2008

Congressional District, if known: MI-008

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| U.S. Department of Education | School Safely National Activities |
| | CFDA Number, if applicable: 84.184 |

| 8. Federal Action Number, *if known:* | 9. Award Amount, *if known:* |
|---|---|
| | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:    * First Name: N/A    Middle Name:
* Last Name: N/A    Suffix:
* Street 1: N/A    Street 2:
* City: N/A    State:    Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:    * First Name: N/A    Middle Name:
* Last Name: N/A    Suffix:
* Street 1: N/A    Street 2:
* City: N/A    State:    Zip:

**11.**    Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Joelle Y Letts

*Name:    Prefix: Mr.    * First Name: Ben    Middle Name:
* Last Name: Shuldiner    Suffix:

Title: Superintendent    Telephone No.: 517-755-1010    Date: 11/03/2022

**Federal Use Only:**    Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

**AR002135**