UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C25-1228-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court is aware that at least one portion of the administrative record filed in this case contain the full name of a minor, in violation of Local Rules W.D. Wash. LCR 5.2(a)(2). In an abundance of caution, the Court directs the clerk to administratively seal *all* parts of the administrative record (Dkt. Nos. 202, 203, 204, 205, 206). Defendants shall file redacted version(s) of the administrative record for public access no later than November 21, 2025, and/or notify the Court if certain docket entries may be unsealed entirely because they do not contain personal data identifiers.

Dated this 7th day of November, 2025.

Ravi Subramanian
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1