The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | NO. 2:25-cv-01228-KKE <br><br> ORDER GRANTING PLANTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED] <br><br> NOTED FOR HEARING: <br> DECEMBER 11, 2025, 1:00 p.m. |

THIS MATTER came before the Court on the Motion for Summary Judgment filed by the States of Washington, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Massachusetts, Michigan, New Mexico, New York, Nevada, Oregon, Rhode Island, and Wisconsin (collectively, Plaintiffs). The Court has reviewed the foregoing Motion, Defendants' Response, Plaintiffs' Reply, the Defendants' Administrative Record, and the case file, and heard the arguments of counsel.

For the reasons articulated in Plaintiffs' Motion for Summary Judgment briefing, the Court **GRANTS** Plaintiffs' Motion for Summary Judgment and **ORDERS** the following:

ORDER GRANTING PLAINTIFF
STATES' MOTION FOR SUMMARY
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

1. The Non-Continuation Decision[1] is held unlawful, set aside, and vacated in its entirety pursuant to 5 U.S.C. § 706(2).

2. The Court declares that the Non-Continuation Decision is void, illegal, and of no force or effect.

3. The Court declares that when determining whether a grantee has met the requirements for a continuation award under 34 C.F.R. § 75.253(a), Defendants[2] are required under 34 C.F.R. § 75.253(b) to consider only "any relevant information regarding grantee performance."

4. The Court permanently enjoins Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order from the following:

   a. Defendants are enjoined from considering new priorities or any other information that is not relevant to grantee performance when determining whether a grant within Plaintiff States has met the requirements for a continuation award under 34 C.F.R. § 75.253(a).

   b. Defendants are enjoined from implementing or enforcing through any means the Non-Continuation Decision, including recompeting Program funds, with respect to any Program grant within Plaintiff States.

   c. Defendants are enjoined from reinstituting the Non-Continuation Decision based on the same or similar reasons, with respect to all Program grants that were discontinued under the Non-Continuation Decision

---

[1] The "Non-Continuation Decision" refers to Defendants' policy change in their approach to continuation award decisions to the Mental Health Service Professional Demonstration (MHSP) and School-Based Mental Health Services (SBMH) programs (collectively, Programs) and their subsequent implementation of this change through their notices of discontinuance and reconsideration denials. *See* Plaintiffs' Mot. for Summary Judgment, § II.B.

[2] "Defendants" are the U.S. Department of Education and Linda McMahon in her official capacity as U.S. Secretary of Education.

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

within Plaintiff States (the Discontinued Program Grants), including denying a continuation award based on performance issues, if any, caused by Defendants' Non-Continuation Decision and its disruptive effects.

    d.    Defendants shall make a lawful continuation determination as to each Discontinued Program Grant no later than December 26, 2025. If they determine the grant meets the requirements of 34 C.F.R. § 75.253(a), Defendants shall issue a Grant Award Notification (GAN) for a continuation award by no later than December 26, 2025. Any such GAN shall contain the original performance period for each Discontinued Program Grant. In making this determination, grantees shall not be prejudiced by any performance issues caused by the Non-Continuation Decision or its disruptive effects.

    e.    Defendants' counsel shall provide written notice of this Order within 24 hours to all Defendants, and their employees, contractors, and grantees.

    f.    Defendants' counsel shall file a status report within 48 hours, documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent.

5.    The Court retains jurisdiction to enforce this injunction and judgment.

The Clerk is directed to enter judgment in conformity with the foregoing forthwith.

DATED this _____ day of _____ 2025.

_____
THE HONORABLE KYMBERLY K. EVANSON
United States District Court Judge

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br><br>*/s/ Crystal Adams*<br>CRYSTAL ADAMS*<br>Deputy Attorney General<br>NELI PALMA*<br>Senior Assistant Attorney General<br>KATHLEEN BOERGERS*<br>Supervising Deputy Attorney General<br>KATHERINE MILTON*<br>Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>916-210-7522<br>Crystal.Adams@doj.ca.gov<br>Neli.Palma@doj.ca.gov<br>Kathleen.Boergers@doj.ca.gov<br>Katherine.Milton@doj.ca.gov<br><br>*Attorneys for State of California* | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>*/s/ Vanessa L. Kassab*<br>IAN R. LISTON*<br>Director of Impact Litigation<br>JENNIFER-KATE AARONSON*<br>VANESSA L. KASSAB*<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>Vanessa.Kassab@delaware.gov<br>Jennifer.Aaronson@delaware.gov<br>Ian.Liston@delaware.gov<br><br>*Attorneys for the State of Delaware* |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | WILLIAM TONG<br>Attorney General of Connecticut | ANTHONY G. BROWN<br>Attorney General of Maryland |
| 2 | | |
| 3 | /s/ Andrew Ammirati<br>ANDREW AMMIRATI* | /s/ Michael Drezner<br>MICHAEL DREZNER* |
| 4 | Assistant Attorney General<br>165 Capitol Ave | Senior Assistant Attorney General<br>Office of the Attorney General |
| 5 | Hartford, CT 06106<br>860-808-5090 | 200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202 |
| 6 | Andrew.Ammirati@ct.gov | 410-576-6959<br>Mdrezner@oag.state.md.us |
| 7 | Attorney for State of Connecticut | Attorney for State of Maryland |

(Signature block continues below)

WILLIAM TONG
Attorney General of Connecticut

/s/ Andrew Ammirati
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

Attorney for State of Connecticut


ANTHONY G. BROWN
Attorney General of Maryland

/s/ Michael Drezner
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

Attorney for State of Maryland


KWAME RAOUL
Attorney General of Illinois

/s/ Emily Hirsch
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

Attorney for State of Illinois


AARON M. FREY
Attorney General of Maine

/s/ Sarah A. Forster
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

Attorney for the State of Maine


PHILIP J. WEISER
Attorney General of Colorado

/s/ Sarah H. Weiss
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

Attorney for State of Colorado


ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Katherine Dirks
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

Counsel for the Commonwealth of Massachusetts

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | LETITIA JAMES<br>Attorney General of New York | RAÚL TORREZ<br>Attorney General of New Mexico |
| 2 | | |
| 3 | /s/ Rabia Muqaddam<br>RABIA MUQADDAM* | /s/ Aletheia V.P. Allen<br>ALETHEIA V.P. ALLEN* |
| | Special Counsel for Federal Initiatives | Solicitor General |
| 4 | MARK LADOV*<br>Special Counsel | LAWRENCE M. MARCUS*<br>Assistant Solicitor General |
| 5 | 28 Liberty Street | New Mexico Department of Justice |
| | New York, NY 10005 | 201 Third St. NW, Suite 300 |
| 6 | 212-416-8240 | Albuquerque, NM 87102 |
| | Rabia.Muqaddam@ag.ny.gov | 505-527-2776 |
| 7 | Mark.Ladov@ag.ny.gov | Aallen@nmdoj.gov<br>lmarcus@nmdoj.gov |
| 8 | *Attorneys for the State of New York* | |
| | | *Attorneys for State of New Mexico* |
| 9 | | |
| 10 | | |
| 11 | DANA NESSEL<br>Attorney General of Michigan | AARON FORD<br>Attorney General of Nevada |
| 12 | /s/ Neil Giovanatti | /s/ Heidi Parry Stern |
| 13 | NEIL GIOVANATTI*<br>Assistant Attorney General | HEIDI PARRY STERN*<br>Solicitor General |
| | Michigan Department of Attorney General | Office of the Nevada Attorney General |
| 14 | 525 W. Ottawa | 1 State of Nevada Way, Suite 100 |
| | Lansing, MI 48909 | Las Vegas, NV 89119 |
| 15 | 517-335-7603 | 702-486-3420 |
| | GiovanattiN@michigan.gov | HStern@ag.nv.gov |
| 16 | | |
| 17 | *Attorney for the People of Michigan* | *Attorney for State of Nevada* |
| 18 | | |
| 19 | DAN RAYFIELD<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 20 | /s/ Coby Howell | /s/ Kyla Duffy |
| 21 | COBY HOWELL*<br>Senior Assistant Attorneys General | KYLA DUFFY*<br>Special Assistant Attorney General |
| | Trial Attorneys | 150 South Main Street |
| 22 | Oregon Department of Justice | Providence, RI 02903 |
| | 100 SW Market St. | 401-274-4400, Ext. 2809 |
| 23 | Portland, OR 97201 | Kduffy@riag.ri.gov |
| | 971-673-1880 | |
| 24 | Coby.Howell@doj.oregon.gov | *Attorney for State of Rhode Island* |
| 25 | *Attorneys for State of Oregon* | |
| 26 | | |

1  JOSHUA L. KAUL
   Attorney General of Wisconsin
2
   /s/ Frances Reynolds Colbert
3  FRANCES REYNOLDS COLBERT*
   Assistant Attorney General
4  Wisconsin Department of Justice
   Post Office Box 7857
5  Madison, Wisconsin 53707-7857
   608-266-9226
6  Frances.Colbert@wisdoj.gov

7  *Attorney for State of Wisconsin*

8  *Admitted pro hac vice*

ORDER GRANTING PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744