The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF JODI NOCERO IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | NOTED FOR HEARING: DECEMBER 11, 2025, 1:00 p.m. |
| Defendants. | |

DECLARATION OF JODI NOCERO IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## **DECLARATION OF JODI NOCERO**

I, Jodi Nocero, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am Director of Pupil Services for Oxnard School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I submit this Declaration in support of the Plaintiff States' Motion for Summary Judgment.

### Background

3. I serve as the Director of Pupil Services for the Oxnard School District, and oversee student support services including counseling, health programs, attendance, and crisis response. This includes my role overseeing the Mental Health Service Professional Demonstration Grant, Award #S184X230009, which Oxnard School District received as part of the Department's Mental Health Service Professional Demonstration Grant Program.

4. With over 25 years in education, I have held leadership roles as Principal, Assistant Principal, Instructional Data Specialist, Instructional Coach, and Teacher. My experience spans instructional leadership, data analysis, and the development of systems that promote student success and well-being.

I earned my Ph.D. and Master's degrees in Educational Leadership and Organization from the University of California, Santa Barbara, and hold a Multiple Subject Credential (CLAD) from California State University, Northridge. My doctorate work focused on building resilience in at-risk students.

5. Oxnard School District serves over 12,000 students across 20 schools. Oxnard serves a diverse community, including a large Spanish-speaking population of families facing economic hardship, housing insecurity, and barriers to language access. Consistent with the current administrative guidelines, Oxnard remains committed to serving all students fairly and inclusively, while ensuring quality services and support for every pupil. Our mission, to ignite student's passions for learning and empowering them to achieve their highest potential, continues to guide our actions. We are committed to nurturing caring communities that develop student's full identities and embracing high-leverage services and approaches that contribute to our growth. We expand this growth through data-informed teaching, targeted interventions, and continued investment in early learning, dual-language programs, and social-emotional supports.

## The Department's Funding and Discontinuance of the Mental Health Service Professional Demonstration Grant

6. The Mental Health Service Professional Demonstration Grant (MHSP) attracts candidates for school-based mental health professions, including school psychology, and provides training opportunities for students in rural and other high-needs local educational agencies (LEAs) (also referred to as school districts). MHSP facilitates partnerships between high-needs school districts and institutions of higher education, allowing opportunities for practicum students and interns to obtain required clinical supervision and increase additional children and youth's access to school mental health services.

7. Oxnard School District received a multi-year MHSP grant on March 30, 2023.

8. In its application, Oxnard School District explained the critical need for mental health services, as students in our district and throughout Ventura County face complex social, economic, and mental health obstacles that require thorough and unique interventions. According

to a report published in 2022, prior to receiving the grant, the Ventura County Grand Jury found that its school's current funding was not adequate for the long-term sustainability of school-based mental health services and that "mental health problems among youth are widespread, severe and have long-term repercussions." Even more critical, it noted that "[f]rom 2017 to 2019 one of six Ventura County students in grades 7, 9, and 11 considered suicide," stating that "[h]alf of all mental illness presents itself by age 14, yet few children get the services they need." The Grand Jury concluded with a recommendation that Ventura County school districts seek and obtain additional resources and funding.[1] The challenges faced throughout our school district and region highlight the absolute need for continued funding support to adequately support students. To meet MHSP program priorities, Oxnard School District included among its goals increasing the number of mental health providers, improving the ratio of providers to students, and strengthening student's overall mental health outcomes.

9.   On March 30, 2023, the Department awarded Oxnard School District, the Mental Health Service Professional Demonstration Grant, Award #S184X230009. The performance period for this grant was between 04/01/2023 and 12/31/2027, and the Department authorized funding for the initial budget period of 04/01/2023 to 12/31/2023.

10.  The Department granted continuation awards that funded subsequent budget periods. Most recently, the Department issued a Grant Notification Award, continuing funding for this grant on 01/01/2024 in the amount of $740,134.00. The current budget period started on 01/01/2025 and ends on 12/31/2025. The budget period for 01/01/2025 to 12/31/2025 was totaled in the amount of $1,025,056.00, for 01/01/2026 to 12/31/2026 was in the amount of $1,047,482.00, and for the budget period of 01/01/2027 to 12/31/2027 was for the amount of $1,070,583.00.

---

[1] Ventura County Grand Jury, Mental Health Services and Wellness Centers in Ventura County Schools: 2021–2022 Final Report (June 2, 2022), https://vcportal.venturacounty.gov/GDJ/docs/reports/2021-22/GJ-Report_2021-22_MentalHealthServices_WellnessCenters_in_VCSchools.pdf .

11. Since the Department has awarded Oxnard School District this grant, the following goals have been achieved.

**Increased Access to Mental Health Support.** First, our MHSP grant program significantly increased the number of students who receive school-based mental health services and the number of services they receive. To date a total of 234 students received a total of **5,442 hours** of mental health services.

**Reduction in Absenteeism and Improved Academic Proficiency.** Moreover, in the short period that our grant has been operating, fourteen (out of 20) schools have increased their attendance rates and eleven (out of 20) improved academic proficiency in English Language Arts and Math.

**Reduced Suspensions and Improved Student Behavior.** Due to improved mental health access, schools in our district also seen a notable reduction in suspensions by up to 32.65%. We've also seen student reported changes in behavior and attitudes with a 16% decrease in students who reported feeling sad and hopeless and a 21% decrease in students who reported suicidal ideation. According to several academic scholars, "school-based mental health services are as effective as traditional outpatient clinic services in improving clinical outcomes."[2] Accordingly, a study published in the American Family Physician Journal found expanding school mental health models reduced suspensions and improved attendance in one year from a community mental health clinician. In just a short time, our outcomes have already shown consistency with existing research, depicting the need for continued support and evidence that the mental health services obtained by

---

[2] Kang-Yi, Christina D., et al., Impact of School-Based and Out-of-School Mental Health Services on Reducing School Absence and School Suspension among Children with Psychiatric Disorders, 67 Eval. & Program Planning 105 (2018),https://www.sciencedirect.com/science/article/abs/pii/S0149718917301398.

funding has a significant impact in improving student success aligning with our mission and with the administration's priorities.

12. Nevertheless, on April 29, the Department sent notice that Oxnard School District's MHSP award would be discontinued at the end of the grant's current budget period, which is 12/31/2025. Given that the Department originally approved this grant's performance period through 12/31/2027, Oxnard School District faces a loss of $2,118,065 in prospective funding.

13. The notice came without any previous process or communication about the discontinuance from the Department. It purported to discontinue the grant based on 34 C.F.R. § 75.253(a)(5) and (f)(1). These regulations allow the Department to not continue a grant if it determines that continuation of the project is not in "the best interest of the Federal Government." 34 C.F.R. § 75.253(a)(5); 34 C.F.R. § 75.253(f)(1). In making this determination, the Department limited its considerations to "any relevant information regarding grantees' performance." 34 C.F.R. § 75.253(b). However, this notice failed to cite anything regarding Oxnard School District 's performance.

14. Rather it "determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration." It then went on in boilerplate fashion to list a mishmash of reasons, claiming the programs: "violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds." Based on this boilerplate language, Oxnard School District has no way of knowing which reason(s) applied as the Department's basis for discontinuing the MHSP grant for the Mental Health Service Professional Demonstration.

**Harms from the Department's Decision to Discontinue Oxnard School District 's Grant**

15.     The discontinuance of the Oxnard School District's MHSP grant will end the Mental Health Service Professional Demonstration grant.

16.     Although Oxnard School District can still access funding through the end of our current budget period on December 31, 2025, Oxnard School District is already experiencing the harmful effects of this discontinuance. The budget that has sustained school-based counseling and wellness services will be substantially reduced with some eliminated. Our schools and students have come to depend on these resources with the expectation of sustained support. Many parents in our district also expressed serious concerns about students not having mental health support next year. One of our clinicians has already resigned to secure other employment, due to concerns that potential reductions in grant funding would affect their employment. It would be impossible to quickly mitigate and recover from our program's losses without causing further harm to both students and staff. As stated in the District Court's Order Granting Plaintiff's Preliminary Injunction "[i]ntroducing new considerations pertaining to the interests of the federal government for the first time in discontinuation decisions fails to account for the time and resources Grantees invested in structuring their projects and budgets to conform to the performance data that they reasonably believed would help them ensure continued funding." (Order Granting Plaintiffs' Motion for Preliminary Injunction, No. 2:25-cv-01228-KKE, at 15 (W.D. Wash. Oct. 17, 2025)).

17.     Moreover, there are several probable non-financial outcomes that will stem from Oxnard School District's loss of its MHSP grant, including loss and a significant decrease in essential services and partnerships, loss of internships for students, a loss in training value to our clinicians, and a worse ratio of school-based mental health professionals to students.

**School Internships and Partnerships.** Oxnard School District entered a partnership with an Institute for Higher Education to serve as a workplace site for graduate students to complete their internship hours. Cancelling this grant denies future interns to complete their field work hours in our schools. Without this support, students will lose valuable hands-on training experiences and the opportunity to build helpful professional networks essential to both career readiness and career advancement. As a result, our schools will need to scramble to find alternative opportunities that may not provide as meaningful considering the schools limited resources and limited timing to respond.

**Ratio of Mental Health Providers to Students.** One of our overarching goals for our MHSP grant was to improve the ratio of mental health services providers to students, which is aligned with the recommendations from the Commission and objective of the grant. We have made significant progress in this area, with a current ratio of 1:375. Canceling the grant will result in the ratio reverting to the pre-grant ratio of 1:756. The National Association of Social Workers (NASW) advocates for a 1:50 ratio when social workers are providing services to students with intensive needs and a 1:250 ratio when working with the general school population. The American School Counselor Association has also recommended a minimum 1:250 ratio for school counselors to students.

18.    The cancellation will result in employment loss for mental health clinicians and clinicians value will be removed, specifically, four (4) full-time mental health clinicians hired through this grant program will be laid off. Our clinicians play a key role in supporting students' sense of belonging, which ultimately contributes to students' academic success. For example, one student who has been working with a mental health clinician was always alone at school and had very few friends. He began working with the clinician, role playing situations to improve

socialization skills. The student has been making friends and is attending school more often. This is one story of many. As we continue to work on decreasing our chronic absentee rate since COVID, clinicians have made a positive impact on school culture and students' sense of belonging as evidenced by a decrease in our chronic absentee rate.

Clinicians connect with students to conduct risk assessments, build safety plans with students, and communicate with families for additional support and resources. Additionally, our schools conduct screening surveys that our clinicians review. Our clinicians have seen an increase in the number of students feeling sad and hopeless, and an increase in concerns from questions asking whether in the past 12 months, if a student ever seriously considered attempting suicide. With the increase in demand for mental health resources in the community and the lack of resources for adolescents, the site-based mental health clinicians have been an invaluable resource to our students.

For example, the delivery of mental health services to students has no discriminatory criteria - the only criteria for students to receive these services is mental health needs, which exist across all student demographics, and as such, all services are delivered by mental health professionals without any form of preferential selection, quotas, or discriminatory practices. Currently, the district does not have the financial means to retain these positions or partnerships without grant funding. The MHSP program was a five-year grant program. We need all five years to identify and implement strategies to sustain these positions after federal funding has ended. We cannot achieve this goal in this short time period due to the discontinuation notice.

19. There is no way to recover lost time or restore continuity once disrupted, and staff who depart will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.

20. Even if Oxnard School District were to receive a new grant award through the Department's new competition, the harm would already be done.

21. The loss of this funding would not only result in the cessation of essential services but would also erase the tangible, beneficial effects that have significantly enhanced the lives of over two hundred (200) students. Moreover, this loss will extend to 966 students losing services and 14,558 hours of services that will not be provided. Furthermore, our current caseload of students receiving services will abruptly end on December 31, 2025, without resources within the district, city or county to continue services with a different provider.

**School Safety.** Funding discontinuation would not only disrupt essential services that support academic success and mental health, but also compromise community safety and security - priorities that have received broad bipartisan support since the program's inception. Not only does this negatively impact the future interns and our students but is in direct conflict with President Trump's 2018 Commission on School Safety. The Commission found that schools did not have the resources to meet the mental health needs of students to ensure a safe environment and recommended increasing the pipeline of mental health services providers in K-12 schools. The MHSP grant program was created in response to the Commission's report in 2019 and received bi-partisan support.

**Resulting Harm from Loss of Trusted Relationships.** In accordance with neighboring schools in our Ventura County, students in our schools who encounter complex social, emotional, developmental, and behavioral needs benefit significantly from trusted relationships with mental health clinicians. Interruptions to these services disrupt the value of therapeutic relationships that students and providers have formed and relied on over time. Students who are impacted by adverse experiences and trauma find comfort in relationships with their school-based clinician as a trusted

resource. The abrupt loss of relationships can lead to further emotional instability and resulting social and emotional behavior problems, reduced classroom engagement, and declines in academic performance. Furthermore, these interruptions will disproportionally impact students who rely more on school-based clinic relationships, and for vulnerable populations including students with lived experience in foster care, economically disadvantaged students and students facing homelessness. The disruptions will also significantly impact students with disabilities and English Language Learners who also may face compounding barriers when clinician transitions are not managed with proper support and emotional assistance.

### Conclusion

22. The discontinuance of Oxnard School District's MHSP grant undermines our mission to ignite student's passions for learning and empowering them to achieve their highest potential while nurturing a caring community that develop student's full identities. This discontinuance makes it harder to train and secure talent and to fund providers so that our children may access mental health services. To meet budgetary deadlines, Oxnard School District and its partners are making difficult decisions and are already in the process of terminating staff positions that support these Programs. These harms are ongoing and will be irreparable if they are not stopped.

23.    On May 28, 2025, Oxnard School District submitted a request for reconsideration to the Department of Education. On September 15, 2025, Oxnard School District received a response from the Department of Education rejecting its request for reconsideration even though Oxnard School District had already formally withdrew its request for reconsideration on August 13, 2025. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of November 2025, at Ventura County, California.

_____
Dr. Jodi Nocero
Director, Pupil Services
Oxnard School District