The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | NO. 2:25-cv-01228-KKE<br><br>DECLARATION OF ELLEN RANGE IN SUPPORT OF PLANTIFF STATES' MOTION FOR SUMMARY JUDGMENT<br><br>NOTED FOR HEARING:<br>DECEMBER 11, 2025, 1:00 p.m. |

I, Ellen Range, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. I submit this declaration in support of Plaintiff States' Motion for Summary Judgment.

3. The facts set forth herein are based upon my personal knowledge of a review of the files in my possession.

4. Attached as **Exhibit 1** are true and correct copies of reconsideration request responses for Program grants included in Defendants' Administrative Record, Dkt. ## 204–06.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 10th day of November 2025 at Tacoma, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
Assistant Attorney General



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744