# Exhibit 1

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

August 20, 2025

Catherine MacCallum-Ceballos
Vancouver School District No. 037

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220029

Dear Catherine MacCallum-Ceballos,

We have reviewed your timely request for reconsideration submitted on May 23, 2025 regarding the non-continuation of grant PR/Award Number S184H220029 in the School-Based Mental Health Services Grant Program. Upon the review and recommendation by the Office of Elementary and Second Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e8, "VPS is committed to educational equity..." and "Equity is evolving, and as the term evolves, the district will adjust its practices." Further, the VPS indicates they commit to "Promoting workforce diversity" and ensuring "Equitable outcomes." Additionally, this program seeks the "prioritization of resources to achieve equitable outcomes" and progress monitoring on all equity initiatives. VPS also states they intend to apply an "Equity Lens" to ensure proper implementation of these prohibited practices. In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

August 20, 2025

Lisa Snead
Anne Arundel County Public Schools

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220037

Dear Lisa Snead,

We have reviewed your timely request for reconsideration submitted on May 19, 2025 regarding the non-continuation of grant PR/Award Number S184H220037 in the School-Based Mental Health Services Grant Program. Upon the review and recommendation by the Office of Elementary and Second Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e32 that, the use of grant funds to support training and education on "Clinicians of Color" and LGBTQ+ Advisory Committee and provide additional resources and support for "Diverse Staff." This practice is inherently exclusionary and does not provide equal access to clinicians outside of the promoted category or preferred group. In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

August 20, 2025

Karen DeOrian
Madera Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220042

Dear Karen DeOrian,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H220042 in the School-Based Mental Health Services Grant Program. Upon the review and recommendation by the Office of Elementary and Second Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e7 that you will, "expand the regional pool of bilingual and bicultural social workers who mirror the cultural demographics of MUSD's service population." On page e33 MUSD states plans to engage in practices that "decrease racial and ethnic disproportionality in school discipline." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

United States Department of Education

September 12, 2025

Nicole Reis
Ossining Public Schools

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220044

Dear Nicole Reis,

We have reviewed your timely request for reconsideration submitted on May 16, 2025 regarding the non-continuation of grant PR/Award Number S184H2200 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e10 that the goal of your program is "creating a deep culture of care with an equity lens that envelops students" and on e7 that the district prioritizes racial "diversity" to achieve the goal of "education equity." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

Case 2:25-cv-01228-KKE Document 247-1 Filed 11/10/25 Page 47 of 160

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Tiffany Burnett
Illinois State Board of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220067

Dear Tiffany Burnett,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184H220067 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e12 "…an overarching goal of diversifying the field with professionals who are from diverse, underrepresented backgrounds" and have a goal to "[i]ncrease the…number of school-based mental health services providers …who are from diverse backgrounds," and the "percentage of professionals who are members of groups based on…race, color, national origin, gender, age, or disability," on page e32. Your application also states that you will employ a "systemic implementation of policies and practices to promote inclusion practices," and "provide training and professional activities on effective multi-cultural supervision, employee retention, implicit bias, and equity and healing center workforce" on page e32, and a "prioritization system" using the following criteria: "1. Those receiving funding for the first time; 2. Full time committed

SBMHSPs; 3. Individuals from diverse backgrounds that reflect the communities identities, races, ethnicities, abilities, and cultures of the students.; 4. Individuals from the communities served by the LEAs; 5. Individuals who are members of groups that have traditionally been underrepresented based on race, color, national origin, gender, age, or disability." Your proposal includes on e35 "Goal 3: diversity of field" with targets of "50% from diverse backgrounds by year 5" and "Percentage of underrepresented groups increased by 20% by year 5." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Natalie Gustafson
Northwest Educational Service District 189

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220074

Dear Natalie Gustafson,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220074 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e9, that you will "recruit, hire…SBMHP+ who are from diverse backgrounds" (e9), review job descriptions "through an equity lens" and hold "equity related trainings" (e30). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Margaret Clauson
Skokie-Morton Grove School District 69

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220076

Dear Margaret Clauson,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184H220076 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e23-24 that your Grantee Retention Strategy reserves resources to "10 candidates with diverse backgrounds and that a "priority area" is diverse candidates in all identifying areas including "BIPOC, gender, religion" (page e26). You also provide "equity training on bias, microaggressions" (e31-32). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

September 12, 2025

Rebecca Burton
Lemon Grove School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220112

Dear Rebecca Burton,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H220112 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e20 a goal to increase from 72% to 80% of "underrepresented" providers from "diverse backgrounds." You also state a goal of hiring "two of three additional…providers are underrepresented" (page e27). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Case 2:25-cv-01228-KKE Document 237-1 Filed 11/10/25 Page 73 of 140

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

September 12, 2025

Heather Chamberlin Scholle
Conejo Valley Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220124

Dear Heather Chamberlin Scholle,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184H220124 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e14 that your primary activities include providing "equity and diversity-driven professional development, recruit with intentions of diversity" (page e14). You state that you intend to use funding to "create spaces for…inclusion, equity" (page e18). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

September 12, 2025

Emily Pasco
Prince George's County Public Schools

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220158

Dear Emily Pasco,

We have reviewed your timely request for reconsideration submitted on May 23, 2025 regarding the non-continuation of grant PR/Award Number S184H220158 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e19 that you prioritize "…equity within learning and work environments." You also state that you seek "racially…diverse" applicants to "complete the interview process to ensure alignment with" your plan, which is to have "professionals that are…ethnically representative of [your] student population" (page e22). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Bob Steringer
School District 1J Multnomah County

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220169

Dear Bob Steringer,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184H220169 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e20 that you have a "Racial Equity" task force committed to "embedding [Racial Equity] into all aspects….including hiring practices that focus on recruiting and retaining educators who represent the racial…diversity of [district] students." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking

any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Lisa Claussen
Eureka City School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220170

Dear Lisa Claussen,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220170 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e30 that you "seek to train, credential and place unrolled diverse interns and employees with a goal of 50% [new hires] from diverse backgrounds" (e30). Your partner also states that they "seek applicants [that] represent diverse racial, ethnic, cultural, geographic, religious, linguistic, and class backgrounds, as well as different genders and sexual orientations" (e25). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Janneth Johnson
Green Dot School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220183

Dear Janneth Johnson,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H220183 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e28 that you will require the Supervisor to partner with "…universities focused on diversity, equity and inclusion" and "75% of…providers who are racially diverse" (e23). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Shari Johnson
Livermore Valley Joint Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220198

Dear Shari Johnson,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H220198 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e29 a goal to "increase the diversity of… providers" and provide a "Target: 40% of school counselors are from a traditionally underrepresented group." Additionally, on page e27 you state a plan "for at least 40% of counselors to be from traditionally underrepresented groups (Latinx, AAPI, or other) and more reflective of our student population, which is 45% non-white." You also state your intent of "tracking the diversity of grant-hired staff" (e40). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Megan Welter
Maine Department of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220199

Dear Megan Welter,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H220199 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e15 that you require of sub-grantees "a description of actions… to ensure attention to diversity, equity, and inclusivity." You also have a goal of "narrowing the existing demographic disparities between school counselors and communities they serve" (e20) and measure this goal by tracking "student and SBMH staff demographic data" (e29). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Denise Babanilla
Imperial County Office of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220203

Dear Denise Babanilla,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H220203 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e12 that you seek to "increase…providers from diverse backgrounds that match…our student population" and that you will place "specific emphasis on having counselors … that match the diversity of our student population as described" according to race in the application (e42). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Marvin Lopez
Tulare County Office of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220207

Dear Marvin Lopez,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220207 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e23 that you have an "organizational commitment to diversity, equity, and inclusion" and require readings on "learn[ing] about diversity" (e7). You further state that you will prioritize strategies to hire staff who "reflect the ethnic diversity of the school community" (e7). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Kristi Hoff
Shell Lake School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220220

Dear Kristi Hoff,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220220 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and approve a continuation award.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that are consistent with current Department priorities. As such, we will be continuing your grant, and your assigned program officer will be reaching out to you regarding the appropriate next steps to continue the operation of your grant.

Please note this reinstatement may include additional grant conditions and/or budget modifications as appropriate to ensure continued alignment with Department priorities. Further, please note that this reinstatement does not affect in any way the Department's ability to terminate, withhold, or otherwise discontinue this funding in the future.

Thank you for your ongoing work to support America's students and teachers.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

David Feliciano
La Mesa-Spring Valley School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220222

Dear David Feliciano,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184H220222 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e11 that you intend to "increase…providers who are from diverse backgrounds." You state you "will provide high quality professional development and training…in…equity in education…restorative practices" (p. e27). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

September 12, 2025

Elicia Lorona
Santa Clara School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220226

Dear Elicia Lorona,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220226 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e9 that you will "provide diversity awareness training for staff, particularly around areas of race and gender bias" and on page e45 you set goals "of increasing the diversity of school-based mental health services providers." Additionally, you state on page e37 that your entity "supports districts and schools in building a culture that promotes equity." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Christine Murphy
Chicago Public Schools

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220232

Dear Christine Murphy,

We have reviewed your timely request for reconsideration submitted on May 25, 2025 regarding the non-continuation of grant PR/Award Number S184H220232 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e45s ~~e37-44~~ that your ~~hiring goals and practices exhibit intent to discriminate based on race, and your goals for retainment express a racial quota. You describe the~~ Early Offer Program ~~as~~ is intended for "candidates of color," ~~(page e45)~~ and have "a focus" on promoting "African American and Latinx leaders" (page e46), and cite the racial makeup of new hires as evidence for effectiveness of practices (e48). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

Commented [RR1]: Is this needed? Suggest deleting.

Commented [CD2R1]: Edited

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds” that have been paid out but “are not authorized to be retained.” *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your “material failure to comply with the terms and conditions of” this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Laura Gilge
Central Region Educational Cooperative

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220245

Dear Laura Gilge,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220245 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e16 and e3 a "targeted emphasis on recruiting and retaining" Native Americans. Grantee proposes paid internships for "candidates (of Native American and Hispanic descent)" (page e33). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

**Commented [DC1]:** Flagging - The excerpts from these pages are: "We will have a targeted emphasis on recruiting and retaining Native American mental health professionals to support GRANTEE schools, as that is a recognized critical shortage for our region. STATE has the third largest population of Native American individuals nationwide (12% of the total U.S. Native American population lives in STATE). Additionally, the University of STATE has the second largest university enrollment of Native American students in the U.S., second only to Northeastern State University in Oklahoma.2 We intend to leverage these local resources to connect promising Native American students with a career track in school-based mental health support. (p. e16)
3. Despite the overall shortage of mental health workers, the greatest equity gap in STATE currently exists in the representation of Native American workers in school-based mental health positions. Given this context, our critical focus areas for this project are hiring mental health professionals and creating a more diverse pool of school counselors, social workers, and behavioral intervention specialists. To support these efforts, we are placing significant emphasis on equitable access and treatment for historically marginalized populations, with a particular focus on hiring Native American mental health professionals (p. 18, e31)

**Commented [CP2R1]:** Flagging for @Lagaard, Soren: Does the Indian Self-Determination and Educational Assistance Act (ISDEAA) provide the grantee some flexibility to provide Indians preferences for employment in connection with the administration of the grant?

See NACTEP Notice: https://www.federalregister.gov/d/2025-00097/p-49

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Analicia Nicholson
Douglas ESD

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220250

Dear Analicia Nicholson,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H220250 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e17 and e22 an "emphasis on increasing diversity" and prioritizing "diversity, equity, and inclusion" across the organization. Additionally, you state "a goal of 80% of [SBMH] Cohort being from… [BIPOC]" (page e36). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

Case 2:25-cv-01228-KKE Document 242-1 Filed 11/05/25 Page 48 of 147

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Yolanda Valdez
Cutler-Orosi Joint Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H220265

Dear Yolanda Valdez,

We have reviewed your timely request for reconsideration submitted on May 14, 2025 regarding the non-continuation of grant PR/Award Number S184H220265 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e19 that you intend to "increase the diversity" of staff "compared to the diversity of the same staff in" prior year. You state that you are "committed to diversifying all its divisions…from persons who are…underrepresented based on race, color" (page e29). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Stanley Anjan
Para Los Ninos

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H230201

Dear Stanley Anjan,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H230201 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e21 a "commitment to centering equity" and seek to hire and retain "staff whose lived experiences are inclusive of the diverse" characteristics of the population. You state an intention for "hiring and retaining" staff that are "reflective of the Latinx communities" that you serve (page e12). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Benjamin Jones
Wisconsin Department of Public Instruction

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H240082

Dear Benjamin Jones,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H240082 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e16 that you will recruit "underrepresented groups to educational pathways" and on page e23, "internal recruitment of BIPOC candidates [is] far more effective for retention." You also state that you intend to "measure for demonstrating recruited practitioners that reflect the racial, cultural, ethnic, and linguistic diversity" (page e24). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Lisa Miller
Marin County Office of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H240192

Dear Lisa Miller,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184H240192 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e23 a "focus on increasing the number of educators of color" and seeks a "workforce that reflects the diversity of the student population it serves." You also state that you "utilize[s] a Diversity Hiring Toolkit" (page e32). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Carolyn Kleinsmith
Santa Maria Bonita Schools

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H240218

Dear Carolyn Kleinsmith,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H240218 in the School-Based Mental Health Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page 6, "To ensure inclusivity in employment and across its programs, FSA developed a Racial Justice and Equity Action plan in 2020 that guides its hiring and programmatic efforts. It includes the development of a diversity, equity, and inclusion council to review program policies and protocols, assist with program focus groups, and participate in staff hiring processes." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Antonio Castro
Colton Joint Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H240276

Dear Antonio Castro,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184H240276 in the School Based Mental Health Grant Program Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e16-20 that you seek to recruit "professionals who reflect the diverse student population" and maintain a "commitment to diversity and inclusion" and you are "prioritizing diversity, equity, and inclusion in all aspects of the project." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Karen Jensen
Colorado Department of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184H240293

Dear Karen Jensen,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184H240293 in the School Based Mental Health Grant Program Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e20, e74, and e97 that your "recruitment efforts…will…[target] organizations representing practitioners of color," you plan on "sending recruiters to BIPOC colleges…[to enhance] diversity," and that you will "offer scholarships…for underrepresented individuals." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/school-based-mental-health-services-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

August 20, 2025

Jim Fong
The Regents of the University of California, Santa Barbara

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220010

Dear Jim Fong,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X220010 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Second Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e12, the applicant states their intent to educate providers in "intersectionality of culture...and social determinates of health." The application also states on page e24 that their providers: "collaborate on interdisciplinary teams for equity and inclusion..." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your



*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

August 20, 2025

Tamara Blair Kirk
University of Maine System dba University of Southern Maine

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220034

Dear Tamara Blair Kirk,

We have reviewed your timely request for reconsideration submitted on May 30, 2025 regarding the non-continuation of grant PR/Award Number S184X220034 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Second Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e9 that it is the "ethical and moral obligation of school psychologists to advance equity and social justice. Funds will be used to deliver seminars and professional development trainings that support this obligation." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Meharvan Singh
Loyola University Chicago

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220060

Dear Meharvan Singh,

We have reviewed your timely request for reconsideration submitted on May 30, 2025 regarding the non-continuation of grant PR/Award Number S184X220060 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e50 that you have the goal of increasing "trainees in each graduating cohort that identify their ethnicity as a Hispanic/Latinx" and will push for "providers that participate in [professional development] opportunity focused on culturally responsive, inclusive practices." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

Case 2:25-cv-01228-KKE Document 223-1 Filed 11/06/25 Page 138 of 207

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Jessica Willenbrink
Alverno College

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220071

Dear Jessica Willenbrink,

We have reviewed your timely request for reconsideration submitted on May 23, 2025, regarding the non-continuation of grant PR/Award Number S184X220071 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e24 and e64 that you are "wholly committed to…diversity, equity, inclusion" and state that "training is commonly inadequate or absent" for "teachers with racial and cultural backgrounds different from their students" implying the need to hire based on race. In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Eric Sahakian
Acton-Agua Dulce Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220077

Dear Eric Sahakian,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X220077 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e14, e34, and e38 that you seek to "increase…providers who are from diverse backgrounds", recruit for candidates who "mirror the cultural…backgrounds of our student population" and hire four "providers who are from diverse backgrounds." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Cynthia Walley
Mercy College

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220080

Dear Cynthia Walley,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184X220080 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e14 that "by the end of year 5, at least 75% of participants trained as school counselors will be from diverse backgrounds." Additionally, on page e37, you state that "this project specifically attends to the needs of students who have traditionally been underrepresented based on race, national origin, gender." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Michelle Storie
SUNY Oswego

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220081

Dear Michelle Storie,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X220081 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e29 and e32 that your "students will be chosen based on diversity criteria" and that you will "provide additional social support for...diverse…students." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Hennessy Lustica
Seneca Falls Central School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220085

Dear Hennessy Lustica,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184X220085 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e9 that you seek "equity for underserved students including students of color, students … require intentional effort" and on page e60 that you will use staff to "ensure that everything we do is through the lens of inclusion and will help our schools decrease disproportionality in discipline practices." On page e33, you say you plan "to address the mental health issues and concerns of children and adolescents from a diversity, equity, and inclusion lens." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

**Commented [RR1]:** @Carr, Patrick Could we check into this quote? the "students of color students" doesn't seem right. I'm going to move the package forward and we can work on sorting it out.

**Commented [PC2R1]:** Here is the full quote - To address the myriad barriers faced by our target populations, our Schools will be Trauma Informed and Culturally Responsive with an understanding that equity for underserved students, including students of color, students with disabilities, and LGBTQI+ students require intentional effort because of the pervasive reality and persistence of implicit bias.

It was missing a "," after color, but I think we should delete the second students part of the quote or add the entire quote.

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Eric Chen
Fordham University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220094

Dear Eric Chen,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X220094 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e31that you "plan to recruit a diverse group of cohort students" and on page e34 that "Trainees will learn to acknowledge and mitigate their own biases." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Sonia Guevara
El Rancho Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220117

Dear Sonia Guevara,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X220117 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e42 and e21 that you plan to [c]reate and implement hiring practices and policies to increase diversity hires" to increase "the diversity of qualified school-based mental health providers." Also, on page e52 you state that you have a goal of "100% of all new hires through the MHSPD grant program will meet at least one of our targeted demographic, cultural and linguistic needs." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Erin Cole
Nazareth University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220121

Dear Erin Cole,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184X220121 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e32 that your trainings "will provide specialty professional development on…racial healthcare equity" and on page e25 that "this program will focus specifically on the recruitment of BIPOC and underrepresented students." Also, you state on page e27 that "Tuition funding will support diverse students recruited from [partner]." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Alex Lucero
iEmpire Academy

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X220127

Dear Alex Lucero,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X220127 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e21 and e33 that "[e]xisting mental health personnel do not mirror the diversity of our population"  and have goal to recruit professionals "who are from diverse backgrounds – including from the communities served." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Angeline Felber
Alfred University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230068

Dear Angeline Felber,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230068 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e42 that you "[w]ill collaborate with [our] diverse partners to create and provide DEI workshops focused on microaggression (4x per year) and an anti-racist social justice in schools track." On page e26, you state that "[E]ach district partner is strategically chosen for their dedication to diversity, equity, and inclusion within their student body." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Matt Worthington
University of Denver

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230075

Dear Matt Worthington,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X230075 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e16 that "trainees will reflect the culture and diversity of their communities" and on page e17 "select applicants who have the potential to contribute to the diversity and excellence of the SP program through their knowledge about their community and lived experiences." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking

any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

Case 2:25-cv-01228-KKE Document 205 Filed 11/05/25 Page 40 of 149

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Yvonne Doble
Humboldt State University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230084

Dear Yvonne Doble,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X230084 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e35 "[a]ll MHSPs trained by the program are trained in inclusive practices... include educational equity" and on page e32 "[a]t least ½ the school social workers trained by the program will be diverse." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking

any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Katie Eklund
University of Wisconsin

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230088

Dear Katie Eklund,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X230088 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e23 that you will "develop purposeful admissions criteria that affirm different cultures, language abilities, and worldviews" and on page e45 "quarterly multicultural training and supervision activities provided during the grant." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking

any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Camden Webb
Solano County Office of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230090

Dear Camden Webb,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230090 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e23 that "[a]t the start of each intern year, interns complete a "Promoting Cultural Diversity and Cultural Competency Questionnaire" and on page e27 "Each grant year, two associate's level interns from diverse backgrounds will complete a training placement at a high-need school Wellness Center." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Jacqueline Anderson
University of Northern Colorado

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230100

Dear Jacqueline Anderson,

We have reviewed your timely request for reconsideration submitted on May 23, 2025 regarding the non-continuation of grant PR/Award Number S184X230100 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e19 that you will "train 4 cohorts of 5 students (N=20) from traditionally disadvantaged backgrounds" and on page e36 "100% increase in diversity representation (bilingual, racial & ethnic diversity, and gender diversity) and training over the course of the grant." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking

any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Wendy Shaia
University of Maryland

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230105

Dear Wendy Shaia,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230105 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e31 that you plan to "recruit, retain, and develop the next generation of mental health professionals who come from diverse and underrepresented backgrounds" and on page e36 that "there is a great need for supporting Black, Hispanic/Latinx and male individuals who wish to become licensed school-based mental health providers." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Kathleen Feeley
Long Island University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230109

Dear Kathleen Feeley,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184X230109 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e56 that your "curriculum supports diversity, equity, and inclusion" and on page e32 that "there is also a clear imbalance between the race of teachers and that of the students they serve." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Anita Young
Johns Hopkins University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230114

Dear Anita Young,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230114 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e17 that you will train "[a] diverse group of 51 individuals" and on page e21 that you propose "to increase the number of highly qualified school counseling mental health services providers in high-need LEAs who are from diverse backgrounds or from communities served by the high-need LEAs through targeted recruitment of applicants."  You also state on page e21 that "[t]he composition of the school counseling workforce should better mirror the demographic composition of school age students." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Those responsibilities include, but are not limited to, your obligation to “promptly refund any unobligated funds” that have been paid out but “are not authorized to be retained.” *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your “material failure to comply with the terms and conditions of” this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Andria Amador
Boston Public Schools

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230127

Dear Andria Amador,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184X230127 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e37 that "[c]riteria for selection will include… the student's expressed and demonstrated commitment to inclusive and culturally responsive practices, and anti-racist work" and on page e36, that you will create staff "development on racial equality, privilege, the history of the mental health field, and implicit bias." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Evan Elkin
Portland State University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230130

Dear Evan Elkin,

We have reviewed your timely request for reconsideration submitted on May 23, 2025 regarding the non-continuation of grant PR/Award Number S184X230130 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e41 that you will "engage and partner in the design and execution of this project with culturally specific providers specifically with experience and expertise in two critical populations identified by LEAs: Latinx and Indigenous/Alaskan Native" due to "impact of systemic racism and oppression" and on page e8 that you "infuse diversity services and learning opportunities throughout" your offices. In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,




Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Naorah Rimkunas
SUNY Binghampton

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230137

Dear Naorah Rimkunas,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X230137 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e33 that you will "develop recruitment strategies that encourage traditionally underrepresented college candidates to apply to the social work program to increase the diversity within this program" and on page e41 that your efforts "will be underpinned by our focus on strategic systemic alignment around equity and racial justice." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Naorah Rimkunas
SUNY Binghampton

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230139

Dear Naorah Rimkunas,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X230139 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on pages e4-5 that you plan on "attracting, retaining, and graduating underrepresented students" and on page e23 that "data provided by the Department of Social Work's field placement office demonstrate that social work candidates admitted to BU in 2022 are 75% White, 11.6% Black or African American, 4.2% Two or More Races, 3.16% Asian." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Jyrell Keys
DePaul University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230140

Dear Jyrell Keys,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230140 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e17 that your trainings will be "tailored for ethnic minority early adolescents" and on page e43 that "[f]or this project, the priority will be students who are African American or Latinx, and who are Spanish speaking." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Brittany Cashman
Randolph School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230141

Dear Brittany Cashman,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230141 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e36 that your entity "currently recruits graduate students from diverse backgrounds through… answer[ing] questions such as 'How do you bring diversity or social justice into the classroom space?" Additionally, on page e26 you indicate a commitment "to hiring at least twenty school-based mental health interns from diverse backgrounds over the course of the five year grant period." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Martha Marquez
LA Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230142

Dear Martha Marquez,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X230142 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e28 that you "budgeted on the upper end of the typical internship stipend with more supports as an equity measure to attract and support diverse candidates" and on page e47, that your "project will demonstrate increased diversity of school based MHSP both in the project and hired after service increase of 5 percentage points each year with a particular focus on Black Latinx foster unhoused LGBTQIA+ immigrant and other historically underserved groups." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Beth Gilfillan
Northeastern Illinois University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230143

Dear Beth Gilfillan,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230143 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e35 that your "[w]orkshops will have a focus on inclusivity with regard to race, ethnicity, culture, language, disability, and for students who identify as LGBTQI+" and you have a goal to "increase the number of students from diverse backgrounds who earn their graduate degree from 51% to 61%" (page e36). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Amy Scott Brown
University of the Pacific

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230153

Dear Amy Scott Brown,

We have reviewed your timely request for reconsideration submitted on May 23, 2025 regarding the non-continuation of grant PR/Award Number S184X230153 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e31 that in your trainings "students learn about the history of marginalization and oppression towards traditionally underrepresented groups in educational institutions" and on e42 that you will "require that students... are aware of personal characteristics (e.g., bias, privilege, personal demographic characteristics) that influence their roles as mental health services providers." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Nikki Ham
Bowie State University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X230160

Dear Nikki Ham,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X230160 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e34 that "[t]he goal is to use funding from the MHSP program to increase the number of diverse school counselors and obtain a diverse cohort in terms of disability status, first generation college status, and race/ethnicity" and on page e36 "[t]o increase the diversity of school counselors, program participants will leverage the following professional development activities..." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Hennessey Lustica
Lyons Central School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240023

Dear Hennessey Lustica,

We have reviewed your timely request for reconsideration submitted on May 27, 2025, regarding the non-continuation of grant PR/Award Number S184X240023 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e17 that "[o]ne in five, or 24% of our children identify as BIPOC (Black, Indigenous, People of Color) while all Lyons school-based mental health providers identify as White" and on page e19 that you will "build capacity to continue to recruit and retain mental health providers from diverse backgrounds." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Kathleen Feeley
Long Island University

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240037

Dear Kathleen Feeley,

We have reviewed your timely request for reconsideration submitted on May 27, 2025, regarding the non-continuation of grant PR/Award Number S184X240037 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e61 that you have the goal to "increase the number of qualified School-Based Mental Health Service Providers in high-need LEAs who are from diverse backgrounds," as, for example, "only 13% of school psychologists identify as a racial or ethnic minority" (page e47). You also state that you will "work with school districts administrators, school boards, and school building leaders to enhance awareness of the need to hire diverse mental health professionals and to identify job placements." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement.

Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Elena Diamond
Lewis & Clark College

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240047

Dear Elena Diamond,

We have reviewed your timely request for reconsideration submitted on May 27, 2025, regarding the non-continuation of grant PR/Award Number S184X240047 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e30 that you have an "[o]vert faculty commitment to anti-racism, ongoing professional development, cross cultural mentorship, multicultural supervision" and on e29 that "[f]aculty will consult annually...to review disaggregated admissions data in respect to candidate language, race/ethnicity, national origin, gender, and disability." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Donna Lobato
New Dawn Charter School

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240067

Dear Donna Lobato,

We have reviewed your timely request for reconsideration submitted on May 29, 2025, regarding the non-continuation of grant PR/Award Number S184X240067 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e14 that "[e]xisting mental health personnel do not mirror the diversity of our population" and on page e27 that you plan on "increasing the number and diversity of staff positions and by hiring staff who are diverse and reflective of the community." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 15, 2025

Kavita Atwal
California State University, East Bay Foundation

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240072

Dear Kavita Atwal,

We have reviewed your timely request for reconsideration submitted on May 28, 2025, regarding the non-continuation of grant PR/Award Number S184X240072 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

**Commented [LS1]:** font

**Commented [HC2R1]:** Fixed- thank you.

Specifically, in support of my conclusion, you state in your approved grant application on page e24 that "training for practitioners applies a critical compassion perspective – as opposed to a colorblind perspective (race and color do not matter)" and that you will "prepare[ ]candidates to be professional School Counselors who…advocate for social justice, equity, inclusion, and diversity" (page e40). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Evelyn Sosa
Academia Avance

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240119

Dear Evelyn Sosa,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X240119 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e21 that you will choose partners whose "social work programs elevate anti-racism work and promote diversity and equity through their curriculum and their strategic plans" and that you will "recruit mental health interns from this pool to reflect the diversity of the consortium of schools' student demographics" (page e21). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Katie C Stalker
SUNY Buffalo

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240130

Dear Katie C Stalker,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X240130 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e19 that "[s]chool mental health targeted efforts to diversify the mental health workforce are needed" and on page e35, that "[f]ellows will work with their assigned field educator to conduct a review…using an equity lens." Additionally, on page e29 you state a "goal of increasing the diversity of school-based mental health services providers." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Luann Kida
SUNY Binghampton

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240146

Dear Luann Kida,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X240146 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e23 that "[i]t is a priority for BUCS to advance equity and racial justice" and also on page e23, "[g]iven the lack of racial/ethnic diversity within Chenango County, 93% white, 1% Black/African American, 3% Hispanic/Latino, 1% Asian/Native Hawaiin/Pacific Islander, and 3% Multiracial, there is more reason to ensure that our emerging mental health providers have understand [sic] and training associated with cultural humility and inclusion." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 12, 2025

Ursula Ruiz
Entrepreneur High School

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240147

Dear Ursula Ruiz,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X240147 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e16 that "[e]xisting mental health personnel do not mirror the diversity of our population" and on page e27, that you will increase the "number and diversity of staff positions, and by hiring staff who are diverse." In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your

"material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 25, 2025

Janee Both-Gragg
University of Redlands

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240190

Dear Janee Both-Gragg,

We have reviewed your timely request for reconsideration submitted on May 29, 2025 regarding the non-continuation of grant PR/Award Number S184X240190 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e38 that "Training counselor educators have the responsibility to prepare the next generation of counselors to recognize and challenge systemic injustices, anti-racism and the pervasiveness of white supremacy to ethically support diverse communities" and that "[a]dmission and Enrollment team members engaged with this project will be trained in the details associated with recruiting and retaining diverse counselors" (page e24). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any

unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. §200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 25, 2025

Scott Ostendorf
Marin County Office of Education

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240201

Dear Scott Ostendorf,

We have reviewed your timely request for reconsideration submitted on May 28, 2025 regarding the non-continuation of grant PR/Award Number S184X240201 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e26 that "[i]ncreasing the diversity of the mental health workforce will equip high-needs schools with professionals prepared to provide the high-quality, responsive care essential for supporting [students]" and "the presence of mental health providers of color in schools is critically important for supporting the success of students of color" (page e28). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,

Lindsey M Burke

Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

September 25, 2025

Jessica Petrilli
West Contra Costa Unified School District

RE: Response to Reconsideration Request of the Non-Continuation of Grant PR/Award Number S184X240207

Dear Jessica Petrilli,

We have reviewed your timely request for reconsideration submitted on May 27, 2025 regarding the non-continuation of grant PR/Award Number S184X240207 in the Mental Health Service Professional Demonstration Grant Program. Upon the review and recommendation by the Office of Elementary and Secondary Education, I have concluded the review of your reconsideration request and your request is denied.

The U.S. Department of Education (Department) has provided this administrative reconsideration process, consistent with law (34 C.F.R. § 75.253(g)), to permit a grantee to challenge this decision to not continue a grant. As part of this process, the Department informed applicants in their non-continuation letter that they could submit a reconsideration request, and the Department would review the submitted materials to determine if the request is accepted or denied.

Upon review of your submitted reconsideration materials and documentation from your grant, I have determined that your grant provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflicts with those of the current Administration, in that the program: violates the letter or purpose of Federal civil rights law; conflicts with the Department's policy of prioritizing merit, fairness, and excellence in education; undermines the well-being of the students these programs are intended to help; or constitutes an inappropriate use of federal funds.

Specifically, in support of my conclusion, you state in your approved grant application on page e21 that "[b]y 2029, two-thirds (16 of 24) of [participants] are from multicultural and/or linguistically diverse backgrounds" and a requirement that "40 SCPs will complete at least 2 of 3 two-hour training sessions…on completed survey of culturally sustaining engagement." (page e21). In addition, the information in your request for reconsideration was not sufficient to refute these findings.

As stated in your non-continuation letter, you are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-346 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R.

§200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See* 2 C.F.R. § 200.344(i). Please note that costs incurred for prosecuting claims against the Federal Government, including costs incurred related to this reconsideration request, are unallowable. *See* 2 C.F.R. § 200.435(g).

Additionally, under 2 C.F.R. 200.344(b), you are required to submit a final report by April 30, 2026. Your program officer will provide specific instructions on additional closeout activities prior to the end of your project period. Please note that the Department is electing, consistent with 34 C.F.R. § 75.253(h), to not authorize further no-cost extensions for grant awards identified for non-continuation.

We remind you of your responsibility to retain all Federal awards records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Please note that this determination represents the final decision of the Department.

Should you have additional questions, we encourage you to refer to the Frequently Asked Questions on our website at: https://www.ed.gov/grants-and-programs/grants-birth-grade-12/safe-and-supportive-schools/mental-health-service-professional-demonstration-grant-program#notice-of-non-continuation-frequently-asked-questions-faqs.

Respectfully,



Lindsey M. Burke, Ph.D.
Deputy Chief of Staff for Policy and Programs
U.S. Department of Education