The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | NO. 2:25-cv-01228-KKE <br><br> ALPHABETIZED INDEX OF DECLARATIONS FILED IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT <br><br> NOTED FOR HEARING: DECEMBER 11, 2025, 1:00 p.m. |

INDEX OF DECLARATIONS FILED IN
SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| ECF No. | Declarant's Name | Affiliated Institution | Plaintiff State |
|---|---|---|---|
| 209 | Laura Allen | Tacoma Public Schools | WA |
| 210 | Cindy Barris | Silver Consolidated School District | NM |
| 211 | Nicholas Boukas | New Mexico Health Care Authority | NM |
| 212 | Melissa Branson | California Department of Education | CA |
| 213 | Amy Nicole Scott Brown | University of the Pacific | CA |
| 214 | Sarah Myerscough-Mueller Bylica | Illinois Department of Health Care and Family Services | IL |
| 215 | Margaret E. Clauson | Skokie-Morton Grove School District 69 | IL |
| 216 | Lisa Claussen | Eureka City Schools | CA |
| 217 | Katie Eklund | University of Wisconsin, Madison | WI |
| 218 | Sara Gagné-Holmes | Maine Department of Health and Human Services | ME |
| 219 | Elizabeth Gilfillan, Ph.D. | Northeastern Illinois University | IL |
| 220 | William Halsey | Connecticut Department of Social Services | CT |
| 221 | Shane R. Jimerson, Ph.D, NCSP | University of California, Santa Barbara | CA |
| 222 | Janneth Johnson-Smith | Green Dot Public Schools | CA |
| 223 | Shari Johnston | Livermore Valley Joint Unified School District | CA |
| 224 | Christine Murphy Judson | Chicago Public Schools | IL |
| 225 | Teesha Kirschbaum | Washington State Health Care Authority | WA |
| 226 | Alyssa Lord, MA, MSc | Behavior Health Administration, Maryland Department of Health | MD |
| 227 | Catherine MacCallum-Ceballos | Vancouver Public School District | WA |

INDEX OF DECLARATIONS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| ECF No. | Declarant's Name | Affiliated Institution | Plaintiff State |
|---|---|---|---|
| 228 | Tania May | Office of the Superintendent of Public Instruction | WA |
| 229 | Michael P. McKeon | Connecticut State Department of Education | CT |
| 230 | Brian Morrison, Ph.D. | Maryland State Department of Education | MD |
| 231 | Dr. Jodi Nocero | Oxnard School District | CA |
| 232 | Danielle Ongart | Colorado Department of Education | CO |
| 233 | Jason Parkin | Seattle University | WA |
| 234 | Antonio Polo, Ph.D. | DePaul University | IL |
| 235 | Jamie L. Pratt, PsyD, BCBA-D | University of Southern Maine | ME |
| 236 | Deann Ragsdale | La Mesa-Spring Valley School District | CA |
| 237 | Ellen Range, AAG | Attorney General of Washington | WA |
| 238 | Christina Rios | Lansing Public School District | MI |
| 239 | Ursula Ruiz | Real Journey Academies | CA |
| 240 | Dr. Eric Sahakian | Acton-Agua Dulce Unified School District | CA |
| 241 | Dr. Tony Sanders | Illinois State Board of Education | IL |
| 242 | Emma Sandoe | Oregon Health Authority | OR |
| 243 | Dr. Andres Santamaria | Santa Paula Unified School District | CA |
| 244 | Kristin Schmidt | School District 47 | IL |
| 245 | Dr. Gwen Sharp | Nevada State University | NV |
| 246 | Dora Soto-Delgado | El Rancho Unified School District | CA |

INDEX OF DECLARATIONS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

| ECF No. | Declarant's Name | Affiliated Institution | Plaintiff State |
|---|---|---|---|
| 247 | Glena Temple | Dominican University | IL |
| 248 | Marianna Vinson | Lemon Grove School District | CA |
| 249 | Tenneal Wetherell | Oregon Department of Education | OR |
| 250 | Lonnie Yancsurak | REAL Journey Academies | CA |

DATED this 10th day of November 2025.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
William McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

| | | |
|---|---|---|
| 1 | ROB BONTA<br>Attorney General of California | KATHLEEN JENNINGS<br>Attorney General of Delaware |
| 2 | | |
| 3 | /s/ Crystal Adams<br>CRYSTAL ADAMS*<br>Deputy Attorney General | /s/ Vanessa L. Kassab<br>IAN R. LISTON*<br>Director of Impact Litigation |
| 4 | NELI PALMA*<br>Senior Assistant Attorney General | JENNIFER-KATE AARONSON*<br>VANESSA L. KASSAB* |
| 5 | KATHLEEN BOERGERS*<br>Supervising Deputy Attorney General | Deputy Attorneys General<br>Delaware Department of Justice |
| 6 | KATHERINE MILTON*<br>Deputy Attorney General | 820 N. French Street<br>Wilmington, DE 19801 |
| 7 | 1300 I Street<br>Sacramento, CA 95814 | 302-683-8899<br>Vanessa.Kassab@delaware.gov |
| 8 | 916-210-7522<br>Crystal.Adams@doj.ca.gov | Jennifer.Aaronson@delaware.gov<br>Ian.Liston@delaware.gov |
| 9 | Neli.Palma@doj.ca.gov<br>Kathleen.Boergers@doj.ca.gov | *Attorneys for State of Delaware* |
| 10 | Katherine.Milton@doj.ca.gov | |
| 11 | *Attorneys for State of California* | |
| 12 | | |
| 13 | WILLIAM TONG<br>Attorney General of Connecticut | ANTHONY G. BROWN<br>Attorney General of Maryland |
| 14 | /s/ Andrew Ammirati | /s/ Michael Drezner |
| 15 | ANDREW AMMIRATI*<br>Assistant Attorney General | MICHAEL DREZNER*<br>Senior Assistant Attorney General |
| 16 | 165 Capitol Ave<br>Hartford, CT 06106 | Office of the Attorney General<br>200 Saint Paul Place, 20th Floor |
| 17 | 860-808-5090<br>Andrew.Ammirati@ct.gov | Baltimore, Maryland 21202<br>410-576-6959 |
| 18 | *Attorney for State of Connecticut* | Mdrezner@oag.state.md.us |
| 19 | | *Attorney for State of Maryland* |
| 20 | KWAME RAOUL<br>Attorney General of Illinois | AARON M. FREY<br>Attorney General of Maine |
| 21 | | |
| 22 | /s/ Emily Hirsch<br>EMILY HIRSCH* | /s/ Sarah A. Forster<br>SARAH A. FORSTER* |
| 23 | Assistant Attorney General<br>Office of the Illinois Attorney General | Assistant Attorney General<br>Office of the Attorney General |
| 24 | 115 S. LaSalle St<br>Chicago, IL 60603 | 6 State House Station<br>Augusta, ME 04333-0006 |
| 25 | 773-835-0148<br>Emily.Hirsch@ilag.gov | 207-626-8800<br>Sarah.Forster@maine.gov |
| 26 | *Attorney for State of Illinois* | *Attorney for State of Maine* |

INDEX OF DECLARATIONS FILED IN
SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General of Colorado<br><br>/s/ Sarah H. Weiss<br>SARAH H. WEISS*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000<br>Sarah.Weiss@coag.gov<br><br>*Attorney for State of Colorado* | ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>/s/ Katherine Dirks<br>KATHERINE DIRKS*<br>Chief State Trial Counsel<br>YAEL SHAVIT*<br>Chief, Consumer Protection Division<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>617-963-2277<br>Katherine.Dirks@mass.gov<br>Yael.Shavit@mass.gov<br><br>*Counsel for Commonwealth of Massachusetts* |
| LETITIA JAMES<br>Attorney General of New York<br><br>/s/ Rabia Muqaddam<br>RABIA MUQADDAM*<br>Special Counsel for Federal Initiatives<br>MARK LADOV*<br>Special Counsel<br>28 Liberty Street<br>New York, NY 10005<br>212-416-8240<br>Rabia.Muqaddam@ag.ny.gov<br>Mark.Ladov@ag.ny.gov<br><br>*Attorneys for State of New York* | RAÚL TORREZ<br>Attorney General of New Mexico<br><br>/s/ Aletheia V.P. Allen<br>ALETHEIA V.P. ALLEN*<br>Solicitor General<br>LAWRENCE M. MARCUS*<br>Assistant Solicitor General<br>New Mexico Department of Justice<br>201 Third St. NW, Suite 300<br>Albuquerque, NM 87102<br>505-527-2776<br>Aallen@nmdoj.gov<br>lmarcus@nmdoj.gov<br><br>*Attorneys for State of New Mexico* |
| DANA NESSEL<br>Attorney General of Michigan<br><br>/s/ Neil Giovanatti<br>NEIL GIOVANATTI*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov<br><br>*Attorney for People of Michigan* | AARON FORD<br>Attorney General of Nevada<br><br>/s/ Heidi Parry Stern<br>HEIDI PARRY STERN*<br>Solicitor General<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>702-486-3420<br>HStern@ag.nv.gov<br><br>*Attorney for State of Nevada* |

INDEX OF DECLARATIONS FILED IN
SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
|1| DAN RAYFIELD<br>Attorney General of Oregon | PETER F. NERONHA<br>Attorney General of Rhode Island |
|2| | |
|3| */s/ Coby Howell*<br>COBY HOWELL* | */s/ Kyla Duffy*<br>KYLA DUFFY* |
|4| Senior Assistant Attorney General<br>Trial Attorney | Special Assistant Attorney General<br>150 South Main Street |
|5| Oregon Department of Justice<br>100 SW Market St. | Providence, RI 02903<br>401-274-4400, Ext. 2809 |
|6| Portland, OR 97201<br>971-673-1880 | Kduffy@riag.ri.gov |
|7| Coby.Howell@doj.oregon.gov | *Attorney for State of Rhode Island* |
|8| *Attorney for State of Oregon* | |
|9| | |
|10| JOSHUA L. KAUL<br>Attorney General of Wisconsin | |
|11| */s/ Frances Reynolds Colbert* | |
|12| FRANCES REYNOLDS COLBERT*<br>Assistant Attorney General | |
|13| Wisconsin Department of Justice<br>Post Office Box 7857 | |
|14| Madison, Wisconsin 53707-7857<br>608-266-9226 | |
|15| Frances.Colbert@wisdoj.gov | |
|16| *Attorney for State of Wisconsin* | |
|17| *Admitted pro hac vice | |

INDEX OF DECLARATIONS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
NO. 2:25-cv-01228-KKE

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744