Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | CASE NO.  C25-1228KKE<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

  TO PLAINTIFFS STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF

COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS;

STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS;

THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF NEW MEXICO; STATE OF NEW

YORK; STATE OF NEVADA; STATE OF OREGON; STATE OF RHODE ISLAND and STATE

OF WISCONSIN:

  PLEASE TAKE NOTICE that Defendants the UNITED STATES DEPARTMENT OF

EDUCATION and LINDA MCMAHON in her official capacity as Secretary of the U.S. Department

///

///

///

NOTICE OF APPEAL - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

of Education, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

preliminary injunction entered in this action on October 27, 2025 (Dkt. # 193).

DATED this 12th day of November 2025.

CHARLES NEIL FLOYD
United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendantss

NOTICE OF APPEAL - 2
(Case No. C25-1228KKE)