The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>  Defendants. | CASE NO. 2:25-cv-01228-KKE<br><br>**CERTIFIED ADMINISTRATIVE RECORD [FIRST SUPPLEMENTAL]** |

CERTIFIED ADMINISTRATIVE RECORD [FIRST SUPPL.]
(Case No. 2:25-cv-01228-KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.,*

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Case No. C25-1228KKE

## **CERTIFICATION OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD**

I, Candice Jackson, am Deputy General Counsel at the United States Department of Education. I have been employed in that capacity since January 20, 2025, and in that capacity am responsible for supervising attorneys who have prepared the administrative record in this case.

As part of my duties as Deputy General Counsel, I have been provided with information regarding the compilation of the Supplemental Administrative Record in the above-captioned matter and the documents contained therein.

Based on information provided to me as part of my official duties, I hereby certify that the attached Supplemental Administrative Record is a true, correct, and supplemental copy of the non-privileged documents other than readily available authorities that the Department does not typically include in administrative records that, to the best of my knowledge, were directly or indirectly considered in connection with the agency's decisions affecting grantees located in the geographic territory of the Plaintiff states in this case, numbering 139 such grantees identified by

the agency. The agency does not agree or concede that the agency decisions affecting those grantees are all properly at issue in this case; rather, until and unless provided a list of grantees whom Plaintiffs herein represent, the agency's position is that the agency decisions properly at issue in this case are those affecting the 57 grantees listed in the Court's October 27, 2025 order. The agency reserves the right to file a motion to modify the Administrative Record to reflect only those agency decisions affecting grantees whom Plaintiffs in fact represent in this action. This record is a supplement to the Administrative Record filed in this case on November 4, 2025.

Executed this 13th day of November, 2025.

_____
Candice Jackson
Deputy General Counsel
United States Department of Education