Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | CASE NO. C25-1228KKE <br><br> **ORDER DENYING PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> (Proposed) |

The Court, having considered Plaintiffs' Motion for Partial Summary Judgment and Defendants' Cross-Motion for Summary Judgment, and having heard the arguments of their counsel, and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. Plaintiffs' Motion for Partial Summary Judgment should be and is hereby denied.

2. Defendants' Cross-Motion for Summary Judgment should be and is hereby granted.

///

///

///

ORDER DENYING PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT (Proposed) - 1
(Case No. C25-1228KKE)

3. The Clerk of the Court is hereby directed to enter judgment in favor of Defendant dismissing this action and awarding costs of suit to Defendants.

DATED this _____ day of _____, 2025.

_____
KYMBERLY K. EVANSON
United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

ORDER DENYING PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT (Proposed) - 2
(Case No. C25-1228KKE)