UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendant(s). | CASE NO. C25-1228-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Consistent with Defendants' praecipe (Dkt. No. 258), the clerk is directed to:

(1) Replace Dkt. No. 204-1 with Dkt. No. 258-1.

(2) Replace Dkt. No. 204-3 with Dkt. No. 258-2.

(3) Replace Dkt. No. 205 with Dkt. No. 258-3.

(4) Unseal Dkt. Nos. 202, 203, 204, 204-2, 205-1, 205-2, 206.

Dated this 24th day of November, 2025.

                                                                             Ravi Subramanian
                                                                             Clerk

                                                                             */s/ Alejandro Pasaye Hernandez*
                                                                             Deputy Clerk