# Appendix A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL HEP–CAMP ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official capacity as the U.S. SECRETARY OF EDUCATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-2730-CJN |

## NOTICE OF OBLIGATION OF ALL REMAINING FUNDS

Defendants the United States Department of Education and the Secretary of Education hereby inform the Court that the Department has now obligated all funds appropriated by Congress for HEP-CAMP for fiscal year 2025. As explained in previous declarations and filings, the Department issued its decisions for all HEP-CAMP grantees on September 15, 2025, and gave non-continued grantees seven days to seek reconsideration of the Department's decision. *See* ECF No. 18 at 8; *see generally* ECF No. 18-2 ¶¶ 6–8. The Department did not obligate $6.152 million of the FY 2025 HEP-CAMP appropriations as part of its initial decisions because that was equal to the amount that would be needed for obligation for the non-continued grantees in the event the Department made a continuation award to all of them after reviewing any requests for reconsideration. *See* ECF No. 18-2 ¶ 11. And as the Department has previewed already for the Court, any funds remaining after that reconsideration process would be awarded to other HEP-CAMP grantees by frontloading future budget years. *See id.* ¶ 12.

The Department has now reviewed all timely requests for reconsideration and has issued individualized decisions re-affirming the non-continuation determination. The Department has

therefore obligated the remaining $6.152 million through frontloaded awards to other HEP-CAMP grantees. In sum, the Department has obligated all funds appropriated by Congress for HEP-CAMP and has done so before the end of fiscal year 2025, which ends today.

Dated: September 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
P.  (202) 353-5980
E.  Christian.R.Dibblee@usdoj.gov

*Counsel for United States Department of Education and Linda McMahon*