Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | CASE NO. C25-1228KKE<br><br>**DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

On December 19, 2025, the Court entered an order imposing certain affirmative obligations on Defendants and requiring, among other things, that "[t]he Department's counsel shall provide written notice of this Order no later than December 22, 2025, and shall file a status report no later than December 23, 2025, documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent." Dkt. # 269, p. 36.

As of the time and date that this report is filed the Department has taken the following steps in compliance with the Court Order.

1. On December 22, 2025, a notice was sent to the responsible persons for all grantees covered by the Court's Order notifying them of the Court's ruling. Attachment A is a true and correct copy of this notification (without the attached order).

DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH ORDER
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

2. On December 22, 2025, a notice was also sent to Department of Education employees notifying them of the Court's Order. Attachment B is a true and correct copy of this notification (without the attached order).

DATED this 23rd day of December 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendants

DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH ORDER
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970