# Attachment B

To:  All Agency Employees and Contractors
U.S. Department of Education

From: Brian C. Kipnis, Assistant United States Attorney, Western District of Washington

Date: December 22, 2025

Re: Notice of Court Order, *State of Washington, et al. v U.S. Department of Education, et al.*, 2:25-cv-1228-KKE (W.D. Wash.)

---

**NOTICE OF COURT ORDER**

You are hereby advised that a judgment has been entered in the case of *State of Washington, et al. v U.S. Department of Education, et al.,* 2:25-cv-1228-KKE (W.D. Wash.), ECF No. 270 (December 19, 2025). You are receiving this Notice pursuant to the Court's directive that notice of the order be provided December 22, 2025.  A copy of the Court's order is attached for reference.

As relevant to you, this case challenges the Department's decisions to discontinue individual grants in the Mental Health Service Professional Demonstration Grant Program ("MHSP") and the School-Based Mental Health Services Grant Program ("SBMH").

The relevant terms of the order are as follows:

> Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receives actual notice of this order are hereby fully enjoined from the following:

  a. Considering new priorities or any other information that is not relevant and similar to the information listed in 34 C.F.R. § 75.253(b) when determining whether a grant within Plaintiff States has met the requirements for a continuation award under 34 C.F.R. § 75.253(a).
  b. Implementing or enforcing through any means the Directive procedure, the discontinuation notices, or reconsideration denial letters, including recompeting Grant funds, with respect to any discontinued Grant within Plaintiff States. To the extent that this injunction will lead to a lapse in the Grant funding, the Court suspends the lapse while this lawsuit plays out. *See Goodluck v. Biden*, 104 F.4th 920, 928 (D.C. Cir. 2024).
  c. Denying a continuation award based on performance issues, if any, caused by the Department's actions challenged in this case and their disruptive effects.
  d. The Department must make a lawful continuation determination as to each Grant that is encompassed by the Court's judgment no later than a date to be set by the Court.

The judgment remains in effect pending further court orders.

If you have any questions about the scope or effect of the Court's order, please contact Phil Rosenfelt or Sue Lin, copied on this email. Thank you for your attention to this matter.

Attachment: Judgment in a Civil Case, *State of Washington, et al. v U.S. Department of Education, et al.,* 2:25-cv-1228-KKE (W.D. Wash.) (Dkt. No. 270)