Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C25-1228KKE |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | (Proposed) |
| Defendants. | |

The Court, having considered Defendants' motion pursuant to Federal Rule of Civil Procedure 59(e) for an order altering or amending the judgment, having heard the arguments of counsel, and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. Defendants' Motion to Alter or Amend the Judgment is hereby granted.

///
///
///
///
///

ORDER GRANTING DEFENDANTS' MOTION TO ALTER OR
AMEND THE JUDGMENT (Proposed) - 1
(Case No. C25-1228KKE)

2. Defendants shall be required to issue new continuation decisions as to each and all grantees covered by the Court's judgment within 105 days of the entry of this order.

DATED this _____ day of _____, 2025.

_____
KYMBERLY K. EVANSON
United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

ORDER GRANTING DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT (Proposed) - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970