Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                        Plaintiffs,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                        Defendants. | CASE NO.  C25-1228KKE<br><br>**DECLARATION OF BRIAN C. KIPNIS** |

I, Brian C. Kipnis, do declare and say:

1.      I am a duly appointed Assistant United States Attorney for the Western District of Washington.  I am the attorney who is primarily responsible for representing the U.S. Department of Education in the above-captioned matter.

2.      On Monday, December 22, 2025, I met telephonically with Plaintiffs' counsel Ellen Range.  During the course of the meeting, it became immediately apparent that there would be no agreement on a "reasonable timeline for compliance" as contemplated by the Court's order on the cross-motions for summary judgment.  Thus, we agreed that the Court's alternative method for proposing a reasonable timeline for compliance, a joint status report, was necessary.

3.      In compliance with the Court's order, the Department provided a proposed timeline for compliance, based on information provided by sources within the Department, setting forth the

DECLARATION OF BRIAN C. KIPNIS - 1
(Case No. C25-1228KKE)

steps necessary to reconsider continuation decisions for the grant agreements at issue. The time proposed to complete this task was a reasonable and relatively modest timeline of 105 days.

4. The States' portion of the joint status report, eight pages of argument, proposed a deadline of December 30, 2025. Nothing in the States' argument reflected or evidenced that its proposal was based on information provided by anyone having any personal knowledge of the Department's internal processes. Because of the imminent Christmas holiday, the States' proposal would effectively require the Department to comply with the Court's order as to all grant agreements affected by the judgment within two business days.

5. Under the Court's chosen procedure, the Department had no opportunity to respond to the States' arguments. Indeed, I did not see the States' lengthy argument until approximately 15 minutes before the Court's filing deadline of noon on December 23. In practical terms, I had no genuine opportunity to object to the States' proposal, nor did the Court's order invite any objections.

6. At 4:10 p.m. PST (7:10 p.m. EST), the Court issued its "Order on Joint Status Report." Because of the timing of this order, federal offices in Washington, D.C., were already officially closed for the day. Because the President had by Executive Order closed federal offices on Wednesday, December 24, and Friday, December 26, Federal employees would not be returning to work until the following Monday, December 29, 2025, when Federal offices officially reopened.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of December 2025 at Seattle. Washington.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS

DECLARATION OF BRIAN C. KIPNIS - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970