# Exhibit A

| | |
|---|---|
| **From:** | Kipnis, Brian (USAWAW) |
| **To:** | Range, Ellen (ATG) |
| **Subject:** | RE: Washington v. ED |
| **Date:** | Tuesday, December 23, 2025 11:43:57 AM |

[EXTERNAL]

Ellen:

Please add this additional language at the end of what I sent you.

> Finally, the Department objects to the requests for additional and further relief made in the States's portion of the joint status report as the Court did not order such relief in its judgment nor invite such a motion in its request for a status report. If the Court is inclined to consider granting any of the additional relief requested by the States, the Court should require the States to seek such by way of a suitable post-judgment motion.

Brian

---

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Tuesday, December 23, 2025 11:27 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Washington v. ED

Received. Adding your position in and any rebuttal to the attached.

Ellen Range (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Tuesday, December 23, 2025 11:22 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>

**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** RE: Washington v. ED

[EXTERNAL]

Here is ED's contribution.

---

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Tuesday, December 23, 2025 10:42 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Washington v. ED

Hi Brian,

You asked if we would take the laboring oar and we agreed to do so.

However, if we do not get Defendants' position by 11:30, we will submit our version and will let the Court know that Defendants did not provide us with their position in time for our filing.

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Range, Ellen (ATG)
**Sent:** Tuesday, December 23, 2025 10:23 AM
**To:** 'Kipnis, Brian (USAWAW)' <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <Jennifer.Chung@atg.wa.gov>; Hoosier, Diane L. (ATG)

<diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <Lucy.Wolf@atg.wa.gov>
**Subject:** RE: Washington v. ED

Hi Brian,

During our meet and confer, you said I would get Defendants position last night or first thing this morning.

That has not happened.

Please communicate with me about when we are going to swap positions. I propose we do so no later than 10:30.

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

**This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.**

**From:** Range, Ellen (ATG)
**Sent:** Tuesday, December 23, 2025 9:10 AM
**To:** 'Kipnis, Brian (USAWAW)' <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <Jennifer.Chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <Lucy.Wolf@atg.wa.gov>
**Subject:** RE: Washington v. ED

Hi Brian – Checking in. Will Plaintiffs get answers from Defendants to my questions below? Are you about ready to share Defendants' position?

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Range, Ellen (ATG)
**Sent:** Monday, December 22, 2025 2:58 PM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <Jennifer.Chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Range, Ellen (ATG) <Ellen.Range@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <Lucy.Wolf@atg.wa.gov>
**Subject:** RE: Washington v. ED

Hi Brian,

Thank you for the productive conversation today.

We would like this language to be included in the JSR:

> No matter when these deadlines are set, the continuation awards' budget period must begin on January 1, 2026, to follow 34 C.F.R. § 75.253(d)(2) and prevent gaps in funding.

The Court ordered Defendants to revisit their continuation decision for every grantee in Plaintiff States. However, it's my understanding that to comply with the preliminary injunction, Defendants set aside funds only for grantees covered by the preliminary injunction and only for one year of operations for those grantees (i.e., 2026). Can you reconfirm that that is correct?

My questions for the Department are: whether there are any funds available for grantees in Plaintiff States not covered by the PI for operations in 2026? And whether there are any funds available for any grantees in Plaintiff States for operations in 2027 (this generally involves FY 2026 funds)?

After I get answers from you to these questions, I'll be able to circulate a draft JSR that includes suggested language addressing the nature of the funds set aside by Defendants.

I look forward to seeing Defendants' position later tonight or first thing tomorrow morning.

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally

privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Monday, December 22, 2025 1:55 PM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Subject:** RE: Washington v. ED

[EXTERNAL]

How about now?
-----Original Appointment-----
**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Monday, December 22, 2025 1:15 PM
**To:** Kipnis, Brian (USAWAW)
**Subject:** [EXTERNAL] Washington v. ED
**When:** Monday, December 22, 2025 2:30 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** https://atg-wa.zoom.us/j/83599733778?pwd=z0BaerzeVVdjOaXs5A7Ixmls2NrWQN.1

If 2:30 does not work for you, please suggest a different time. Thank you!

Ellen Range, AAG - WA AGO is inviting you to a scheduled Zoom meeting.

The Washington State Office of the Attorney General uses Zoom Enterprise Licensing with enhanced security and HIPAA compliance to help maintain confidentiality and Attorney/Client Privilege. Please talk with your host if you have any questions.

Use caution when forwarding this meeting invite as the passcode may be included.

Join Zoom Meeting
https://atg-wa.zoom.us/j/83599733778?pwd=z0BaerzeVVdjOaXs5A7Ixmls2NrWQN.1

Meeting ID: 835 9973 3778
Passcode: 255610
One tap mobile
+12532050468,,83599733778#,,,,,,0#,,255610# US
+12532158782,,83599733778#,,,,,,0#,,255610# US (Tacoma)

Dial by your location
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 669 900 6833 US (San Jose)
    +1 719 359 4580 US
    +1 346 248 7799 US (Houston)
    +1 669 444 9171 US
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)

>        +1 360 209 5623 US
>        +1 386 347 5053 US
>        +1 507 473 4847 US
>        +1 564 217 2000 US
>        +1 646 931 3860 US
>        +1 689 278 1000 US
>        +1 929 436 2866 US (New York)
>        888 475 4499 US Toll-free
>        833 548 0276 US Toll-free
>        833 548 0282 US Toll-free
>        833 928 4608 US Toll-free
>        833 928 4609 US Toll-free
>        833 928 4610 US Toll-free
>        877 853 5257 US Toll-free
> Meeting ID: 835 9973 3778
> Passcode: 255610
> Find your local number: https://atg-wa.zoom.us/u/kdJfSdk1jT
>
> _____
> **From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
> **Sent:** Monday, December 22, 2025 11:41 AM
> **To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
> **Subject:** RE: Washington v. ED
>
> [EXTERNAL]
>
> # 1pm
>
> **From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
> **Sent:** Monday, December 22, 2025 11:33 AM
> **To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
> **Subject:** [EXTERNAL] RE: Washington v. ED
>
> Hi Brian,
>
> Please tell me what time are you conferring with ED and I will be happy to take it down a "notch."
>
> Ellen
>
> **Ellen Range** (she/her)
> Assistant Attorney General
> Washington State Attorney General's Office
> Complex Litigation Division
> Ellen.Range@atg.wa.gov
> (360) 586-6314
>
> This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in

this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Monday, December 22, 2025 11:31 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Subject:** RE: Washington v. ED

[EXTERNAL]

Just take it down a notch Ellen.  I didn't see the "noon" part of this order.

Its going to have to be sometime later today.  I have a number of things that are due today and those come first.  Also, I still have to confer with ED.

I will give you a more precise time after I have had an opportunity to confer with ED.

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Monday, December 22, 2025 11:20 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Rupert, Jeffrey G. (ATG) <jeffrey.rupert@atg.wa.gov>; Fraas, Lauryn (ATG) <Lauryn.Fraas@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington v. ED

This is not a serious question.

The court requested a stipulated motion for an order or a JSR by 12 p.m. tomorrow.

What time today are you available to talk Brian?

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>

**Sent:** Monday, December 22, 2025 11:16 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** RE: Washington v. ED

[EXTERNAL]

Why not?

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Monday, December 22, 2025 11:14 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Washington v. ED

That does not work at all.  What time today can we talk?

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Monday, December 22, 2025 11:13 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** RE: Washington v. ED

[EXTERNAL]

Sorry.  Should have been more clear.  I mean 11am tomorrow.

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Monday, December 22, 2025 11:11 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Range, Ellen (ATG) <ellen.range@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Washington v. ED

Hi Brian,

I just got voicemail.

When you are ready to talk, you can reach me at the number below.

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Range, Ellen (ATG)
**Sent:** Monday, December 22, 2025 11:07 AM
**To:** 'Kipnis, Brian (USAWAW)' <Brian.Kipnis@usdoj.gov>
**Subject:** RE: Washington v. ED

I'll call.

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Monday, December 22, 2025 10:59 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Subject:** RE: Washington v. ED

[EXTERNAL]

Why don't we set up something for 11am.

Brian Kipnis, AUSA
(206) 553-7970

---

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Monday, December 22, 2025 10:40 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Washington v. ED

Hi Brian,

Can you tell me when that might be?

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Monday, December 22, 2025 10:05 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>

**Subject:** RE: Washington v. ED

[EXTERNAL]

I have a meeting scheduled with ED for later today (not this morning). I will contact you about availability after that.

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Sunday, December 21, 2025 8:39 PM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Range, Ellen (ATG) <ellen.range@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] Washington v. ED

Hi Brian,

Let me know when you are available for a meet and confer. We need to discuss deadlines and this: "Although an injunction would cause the Department some uncertainty in allocating their appropriations, the Department's counsel represented at oral argument that the Department has set aside the funds that would have otherwise been disbursed to Grantees, in compliance with the preliminary injunction."

I am available in the morning, except for 10-11.

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.