IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

CASE NO.  C25-1228KKE

## <u>DECLARATION OF DANA CARR</u>

I, Dana Carr, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the

following is true and accurate to the best of my information and belief:

      1.        I am a Supervisory Program and Management Analyst and Group Leader in

the Office of Safe and Supportive Schools ("OSSS") of the Office of Elementary and Secondary

Education ("OESE") at the United States Department of Education ("Education" or "the

Department").  I am a duly authorized Custodian of Records, or other qualified witness for

Education.  I am competent to make the statements contained in this declaration.  I make this

declaration based on my personal knowledge and based on information provided to me in my

official capacity.

      2.        As a Supervisory Program and Management Analyst and Group Leader, my

job responsibilities include managing two federal discretionary grant programs, the School-

Based Mental Health Services Program ("SBMH") and the Mental Health Service Professional

Demonstration Grant Program ("MHSP").  My responsibilities include supervising staff; grants

management activities related to soliciting, reviewing and selecting applications for funding; overseeing grants monitoring activities and oversight; providing and coordinating technical assistance; program reporting; and administering program budgets as appropriated by Congress. I have been in my current role since August 2024.  I previously worked in the Office of Safe and Drug-Free Schools, the precursor to OSSS, at the Department from December 2003 until March 2011.

3.        In its December 30, 2025 motion for reconsideration, the Department proposed making final continuation determinations within no more than four months, while providing interim awards for five weeks.  In light of the Court's December 31, 2025 decision on the motion to stay, the Department now proposes to make continuation determinations by February 6, 2026, while providing interim funding for the five weeks until that date.

4.        The Department proposes to provide each grantee in the Plaintiff states with a prorated amount equal to five weeks of funding (January 1, 2026 through February 6, 2026), or 5/52 of their total year award for the next performance period.  This would allow grantees to continue activities as the Department makes new, individualized NCC award determinations.  To the extent grantees have existing available balances, the Department will consider reducing interim awards by those balances while allowing grantees to draw down their previously obligated funds.

5.        As of the time of this filing, the Department has created the necessary documentation to provide interim awards to these grantees, and initiated the administrative steps required for committing and obligating five weeks of prorated funding. The Department expects that these funds will be available to grantees by close of business on January 6, 2026.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on this 5th day of January, 2026.

*Dana Carr*
_____

Dana Carr