IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | CASE NO. C25-1228KKE |

**DECLARATION OF DANA CARR**

I, Dana Carr, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1.  I am a Supervisory Program and Management Analyst and Group Leader in the Office of Safe and Supportive Schools ("OSSS") of the Office of Elementary and Secondary Education ("OESE") at the United States Department of Education ("Education" or "the Department"). I am a duly authorized Custodian of Records, or other qualified witness for Education. I am competent to make the statements contained in this declaration. I make this declaration based on my personal knowledge and based on information provided to me in my official capacity.

2.  As a Supervisory Program and Management Analyst and Group Leader, my job responsibilities include managing two federal discretionary grant programs, the School-Based Mental Health Services Program ("SBMH") and the Mental Health Service Professional Demonstration Grant Program ("MHSP"). My responsibilities include supervising staff; grants

management activities related to soliciting, reviewing and selecting applications for funding; overseeing grants monitoring activities and oversight; providing and coordinating technical assistance; program reporting; and administering program budgets as appropriated by Congress. I have been in my current role since August 2024.  I previously worked in the Office of Safe and Drug-Free Schools, the precursor to OSSS, at the Department from December 2003 until March 2011.

3.      In my January 5, 2025 declaration, I shared that the Department would be providing five weeks of interim funding from January 1, 2026 through February 6, 2026 in the amount of 5/52 of their total year award for the next performance period.

4.      Attached as Exhibit A to this declaration is a true and correct copy of a spreadsheet reflecting the names of all grantees receiving interim awards and the amounts of those awards.

5.      At the time of this filing, the Department is actively processing awards in these amounts.  However, because of the size of the task and technical complications with the Department's grant system (G5), and despite best efforts by Department personnel, it is possible that awards cannot be made until January 7, 2026.  The Department anticipates this process will be complete no later than January 7, 2026.

6.      The Department intends to follow up with grantees individually this week to begin the process of making individual continuation award decisions.

Executed on this 6th day of January, 2026.

*Dana Carr*

_____

Dana Carr