# EXHIBIT A

## Mental Health Service Professional Demonstration Grant Program

| Name | State | Interim Recommended Funding 5/52 of Total Award |
|---|---|---|
| The Regents of the University of California, Santa Barbara | CA | $ 116,856.00 |
| Acton-Agua Dulce Unified School District | CA | $ 115,307.00 |
| El Rancho Unified School District | CA | $ 43,784.00 |
| iEmpire Academy | CA | $ 114,881.00 |
| Multicultural Learning Center | CA | $ 115,534.00 |
| Santa Paula Unified School District | CA | $ 113,998.00 |
| Norwalk-La Mirada USD | CA | $ 87,834.00 |
| Oxnard School District | CA | $ 99,441.00 |
| Del County Norte County Unified School District | CA | $ 61,314.00 |
| Santa Clara County Office of Education | CA | $ 70,349.00 |
| University Corporation at Monterey Bay | CA | $ 92,332.00 |
| San Diego County Office of Education | CA | $ 90,804.00 |
| California State University Long Beach Research Foundation | CA | $ 44,063.00 |
| Northern Humboldt Union High School District | CA | $ 115,219.00 |
| San Francisco State University | CA | $ 77,922.00 |
| Riverside County Office of Education | CA | $ 79,279.00 |
| Humboldt State University Sponsored Programs Foundation | CA | $ 52,327.00 |
| Solano County Superintendent of Schools | CA | $ 103,010.00 |
| Los Angeles Unified School District | CA | $ 107,485.00 |
| Santa Ana Unified School District | CA | $ 91,209.00 |
| University of the Pacific | CA | $ 65,421.00 |
| California State University, East Bay, Foundation Inc. | CA | $ 90,824.00 |
| Avance Schools Inc. dba Academia Avance Charter | CA | $ 110,838.00 |
| Entrepreneur High School | CA | $ 29,469.00 |
| University of Redlands | CA | $ 68,904.00 |
| Wheatland Union High School District | CA | $ 88,453.00 |
| Marin County Office of Education | CA | $ 100,719.00 |
| Trinity Alps Unified School District | CA | $ 98,674.00 |
| West Contra Costa Unified School District | CA | $ 115,123.00 |
| University of Northern Colorado | CO | $ 75,349.00 |
| University of Colorado Denver | CO | $ 82,557.00 |
| University of Denver | CO | $ 162,488.00 |

## Mental Health Service Professional Demonstration Grant Program

| Name | State | Interim Recommended Funding 5/52 of Total Award |
|---|---|---|
| Board of Trustees for the University of Northern Colorado | CO | $ 32,725.00 |
| Poudre School District | CO | $ 115,186.00 |
| Metropolitan State University of Denver | CO | $ 48,962.00 |
| University of Connecticut | CT | $ 115,534.00 |
| University of Delaware | DE | $ 61,505.00 |
| Education, Illinois State Board of | IL | $ 88,810.00 |
| Loyola University of Chicago | IL | $ 114,940.00 |
| Lewis University | IL | $ 76,922.00 |
| Northern Illinois University | IL | $ 114,506.00 |
| Education, Illinois State Board of | IL | $ 109,399.00 |
| DePaul University | IL | $ 115,226.00 |
| Northeastern Illinois University | IL | $ 90,159.00 |
| Dominican University | IL | $ 105,286.00 |
| Springfield College | MA | $ 44,044.00 |
| University of Massachusetts Boston | MA | $ 113,524.00 |
| William James College, Inc. | MA | $ 147,382.00 |
| City of Boston | MA | $ 114,501.00 |
| Loyola University Maryland | MD | $ 76,904.00 |
| University of Maryland, Baltimore | MD | $ 111,678.00 |
| The Johns Hopkins University | MD | $ 75,995.00 |
| Bowie State University | MD | $ 101,027.00 |
| University of Maine System dba University of Southern Maine | ME | $ 113,337.00 |
| Michigan Department of Education | MI | $ 115,018.00 |
| Grand Valley State University | MI | $ 74,837.00 |
| Mercy College | NY | $ 114,391.00 |
| The Research Foundation for The State University of New York | NY | $ 96,903.00 |
| Seneca Falls Central School District | NY | $ 105,236.00 |
| Fordham University | NY | $ 115,384.00 |
| Nazareth College of Rochester | NY | $ 89,798.00 |
| The Renaissance Charter School | NY | $ 78,324.00 |
| Alfred University | NY | $ 110,776.00 |
| Long Island University | NY | $ 180,398.00 |

## Mental Health Service Professional Demonstration Grant Program

| Name | State | Interim Recommended Funding 5/52 of Total Award |
|---|---|---|
| Research Foundation for SUNY at Binghamton | NY | $ 114,984.00 |
| Research Foundation for SUNY at Binghamton | NY | $ 96,153.00 |
| Lyons Central School District | NY | $ 73,762.00 |
| Long Island University | NY | $ 73,804.00 |
| New Dawn Charter School | NY | $ 18,497.00 |
| The Research Foundation for SUNY on behalf of U. at Buffalo | NY | $ 57,167.00 |
| The Research Foundation for The State University of New York | NY | $ 92,228.00 |
| Oregon State University | OR | $ 81,717.00 |
| Portland State University | OR | $ 96,153.00 |
| Lewis & Clark College | OR | $ 75,358.00 |
| University of Washington | WA | $ 90,929.00 |
| Educational Service District 105 | WA | $ 70,792.00 |
| Seattle University | WA | $ 87,328.00 |
| University of Washington | WA | $ 87,998.00 |
| Educational Service District 112 | WA | $ 89,871.00 |
| Heritage University | WA | $ 93,636.00 |
| University of Washington | WA | $ 101,741.00 |
| Whitworth University | WA | $ 81,894.00 |
| Alverno College | WI | $ 99,259.00 |
| The Board of Regents of the University of Wisconsin System | WI | $ 72,959.00 |
| Rio Community School District | WI | $ 65,839.00 |
|  |  | $ 7,772,453 |

# School-Based Mental Health Services Program

| PR Award # | Name | State | Interim Recommended Funding 5/52 of Total Award |
|---|---|---|---|
| S184H220042 | Madera Unified School District | CA | $ 178,287 |
| S184H220066 | Riverside County Office of Education | CA | $ 168,269 |
| S184H220112 | Lemon Grove School District | CA | $ 23,362 |
| S184H220121 | Ukiah Unified School District | CA | $ 70,573 |
| S184H220124 | Conejo Valley Unified School District | CA | $ 166,087 |
| S184H220170 | Eureka City Schools | CA | $ 57,865 |
| S184H220183 | Animo Jackie Robinson High School | CA | $ 216,916 |
| S184H220198 | Livermore Valley Joint Unified | CA | $ 112,289 |
| S184H220203 | Imperial County Office of Education | CA | $ 288,134 |
| S184H220207 | Tulare County Office of Education | CA | $ 286,528 |
| S184H220222 | La Mesa-Spring Valley School District | CA | $ 174,152 |
| S184H220226 | Santa Clara County Office of Education | CA | $ 284,501 |
| S184H220237 | Northern Humboldt Union High School District | CA | $ 144,562 |
| S184H220265 | Cutler-Orosi Joint Unified School District | CA | $ 100,412 |
| S184H230201 | Para Los Ninos | CA | $ 53,733 |
| S184H240192 | Marin County Office of Education | CA | $ 192,307 |
| S184H240218 | Santa Maria Bonita School District | CA | $ 167,021 |
| S184H240248 | Santee School District | CA | $ 229,241 |
| S184H240276 | Colton Joint Unified School District | CA | $ 115,144 |
| S184H240321 | Riverside County Office of Education | CA | $ 36,410 |
| S184H240363 | McKinleyville Union School District | CA | $ 55,654 |
| S184H240293 | Colorado Department of Education | CO | $ 141,996 |
| S184H220068 | EdAdvance | CT | $ 97,087 |
| S184H220052 | Cook County School District 130 | IL | $ 283,226 |
| S184H220061 | Crystal Lake Community Consolidate School District #47 | IL | $ 243,477 |
| S184H220067 | EDUCATION, ILLINOIS STATE BOARD OF | IL | $ 54,380 |
| S184H220076 | Skokie School District 69 | IL | $ 131,017 |
| S184H220232 | Board of Education City of Chicago | IL | $ 163,854 |
| S184H220242 | Region 06 West Cook ISC 2 | IL | $ 288,461 |
| S184H220037 | Anne Arundel County Public Schools | MD | $ 287,901 |
| S184H220158 | Board of Education, Prince George's County, MD, Inc. | MD | $ 136,697 |
| S184H220195 | Maine School Administrative District 37 | ME | $ 48,076 |
| S184H220199 | Education, Maine Department of | ME | $ 280,333 |
| S184H220173 | Lansing School District | MI | $ 233,370 |
| S184H220146 | Silver Consolidated Schools | NM | $ 288,461 |
| S184H220245 | Central Region Educational Cooperative | NM | $ 147,710 |
| S184H220036 | Haverstraw-Stony Point Central School District | NY | $ 210,502 |

| PR Award # | Name | State | Interim Recommended Funding 5/52 of Total Award |
|---|---|---|---:|
| S184H220038 | Niagara Falls City School District | NY | $ 149,936 |
| S184H220044 | Board of Education - Ossining Union Free School District | NY | $ 41,443 |
| S184H220219 | Charter School of Educational Excellence | NY | $ 288,024 |
| S184H220254 | Greater Amsterdam School District | NY | $ 92,652 |
| S184H240088 | Syracuse City School District | NY | $ 192,307 |
| S184H240217 | Mott Haven Academy Charter School | NY | $ 107,126 |
| S184H220100 | Corbett School District 39 | OR | $ 185,027 |
| S184H220159 | Jackson County School District #4 DBA Phoenix-Talent Schools | OR | $ 38,311 |
| S184H220169 | School District 1J Multnomah County, OR | OR | $ 177,884 |
| S184H240357 | Multnomah Education Service District | OR | $ 50,476 |
| S184H220120 | RI Department of Elementary and Secondary Education | RI | $ 38,410 |
| S184H220029 | Vancouver School District No. 037 | WA | $ 144,230 |
| S184H220074 | Northwest Educational Service District 189 | WA | $ 288,461 |
| S184H220215 | Tacoma Public Schools | WA | $ 74,010 |
| S184H240082 | Wisconsin Department of Public Instruction | WI | $ 133,583 |
|  |  |  | $ 8,159,875 |