District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

                Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

                Defendant(s).

CASE NO. 2:25-cv-01228-KKE

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

**Replace** Exhibit A to the Carr Declaration (filed on January 7, 2026, at Dkt. 286-1), with the attached corrected Exhibit.

In the conversion of the table of awards from the original file format (.xlsx) to the format used to upload the table to ECF (.pdf), the process causes a misalignment of the awarded interim funding amount to the grantee awarded those funds. The table attached to this Praecipe, marked as Exhibit A [Corrected], corrects that problem so the grantee and the amount of their interim funding award correctly match.

Dated: 1/7/2026

CHARLES NEIL FLOYD
United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Email: brian.kipnis@usdoj.gov
Attorneys for Defendants

PRAECIPE - 1