# EXHIBIT A

[Corrected]

| Name- MHSP | Interim Funding |
|---|---|
| The Regents of the University of California, Santa Barbara | $116,856.00 |
| University of Washington | $115,307.00 |
| University of Maine System dba University of Southern Maine | $43,784.00 |
| Educational Service District 105 | $114,881.00 |
| Education, Illinois State Board of | $115,534.00 |
| University of Delaware | $113,998.00 |
| Michigan Department of Education | $87,834.00 |
| Loyola University of Chicago | $99,441.00 |
| Alverno College | $61,314.00 |
| Acton-Agua Dulce Unified School District | $70,349.00 |
| Mercy College | $92,332.00 |
| The Research Foundation for The State University of New York | $90,804.00 |
| Lewis University | $44,063.00 |
| Seneca Falls Central School District | $115,219.00 |
| Fordham University | $77,922.00 |
| El Rancho Unified School District | $79,279.00 |
| Nazareth College of Rochester | $52,327.00 |
| iEmpire Academy | $103,010.00 |
| Northern Illinois University | $107,485.00 |
| Multicultural Learning Center | $91,209.00 |
| Springfield College | $65,421.00 |
| Santa Paula Unified School District | $90,824.00 |
| Norwalk-La Mirada USD | $110,838.00 |
| University of Northern Colorado | $29,469.00 |
| University of Colorado Denver | $68,904.00 |
| The Renaissance Charter School | $88,453.00 |
| Oxnard School District | $100,719.00 |
| Del County Norte County Unified School District | $98,674.00 |
| Santa Clara County Office of Education | $115,123.00 |
| Loyola University Maryland | $75,349.00 |
| Seattle University | $82,557.00 |
| University of Massachusetts Boston | $162,488.00 |
| University of Washington | $32,725.00 |
| University Corporation at Monterey Bay | $115,186.00 |
| Educational Service District 112 | $48,962.00 |
| Education, Illinois State Board of | $115,534.00 |
| San Diego County Office of Education | $61,505.00 |
| Oregon State University | $88,810.00 |
| Heritage University | $114,940.00 |
| California State University Long Beach Research Foundation | $76,922.00 |
| Northern Humboldt Union High School District | $114,506.00 |
| San Francisco State University | $109,399.00 |
| Riverside County Office of Education | $115,226.00 |

| | |
|---|---|
| Alfred University | $90,159.00 |
| University of Denver | $105,286.00 |
| Humboldt State University Sponsored Programs Foundation | $44,044.00 |
| William James College, Inc. | $113,524.00 |
| The Board of Regents of the University of Wisconsin System | $147,382.00 |
| Solano County Superintendent of Schools | $114,501.00 |
| Board of Trustees for the University of Northern Colorado | $76,904.00 |
| University of Maryland, Baltimore | $111,678.00 |
| Long Island University | $75,995.00 |
| The Johns Hopkins University | $101,027.00 |
| City of Boston | $113,337.00 |
| Portland State University | $115,018.00 |
| Research Foundation for SUNY at Binghamton | $74,837.00 |
| Research Foundation for SUNY at Binghamton | $114,391.00 |
| DePaul University | $96,903.00 |
| Rio Community School District | $105,236.00 |
| Los Angeles Unified School District | $115,384.00 |
| Northeastern Illinois University | $89,798.00 |
| Santa Ana Unified School District | $78,324.00 |
| University of the Pacific | $110,776.00 |
| Poudre School District | $180,398.00 |
| Bowie State University | $114,984.00 |
| Lyons Central School District | $96,153.00 |
| Long Island University | $73,762.00 |
| Dominican University | $73,804.00 |
| Lewis & Clark College | $18,497.00 |
| University of Connecticut | $57,167.00 |
| New Dawn Charter School | $92,228.00 |
| Metropolitan State University of Denver | $81,717.00 |
| California State University, East Bay, Foundation Inc. | $96,153.00 |
| Grand Valley State University | $75,358.00 |
| Avance Schools Inc. dba Academia Avance Charter | $90,929.00 |
| The Research Foundation for SUNY on behalf of U. at Buffalo | $70,792.00 |
| The Research Foundation for The State University of New York | $87,328.00 |
| Entrepreneur High School | $87,998.00 |
| University of Washington | $89,871.00 |
| University of Redlands | $93,636.00 |
| Wheatland Union High School District | $101,741.00 |
| Marin County Office of Education | $81,894.00 |
| Trinity Alps Unified School District | $99,259.00 |
| West Contra Costa Unified School District | $72,959.00 |
| Whitworth University | $65,839.00 |

| Name - SBMH | Interim Funding |
|---|---:|
| Vancouver School District No. 037 | $178,287.00 |
| Haverstraw-Stony Point Central School District | $168,269.00 |
| Anne Arundel County Public Schools | $23,362.00 |
| Niagara Falls City School District | $70,573.00 |
| Madera Unified School District | $166,087.00 |
| Board of Education - Ossining Union Free School District | $57,865.00 |
| Cook County School District 130 | $216,916.00 |
| Crystal Lake Community Consolidate School District #47 | $112,289.00 |
| Riverside County Office of Education | $288,134.00 |
| EDUCATION, ILLINOIS STATE BOARD OF | $286,528.00 |
| EdAdvance | $174,152.00 |
| Northwest Educational Service District 189 | $284,501.00 |
| Skokie School District 69 | $144,562.00 |
| Corbett School District 39 | $100,412.00 |
| Lemon Grove School District | $53,733.00 |
| RI Department of Elementary and Secondary Education | $192,307.00 |
| Ukiah Unified School District | $167,021.00 |
| Conejo Valley Unified School District | $229,241.00 |
| Silver Consolidated Schools | $115,144.00 |
| Board of Education, Prince George's County, MD, Inc. | $36,410.00 |
| Jackson County School District #4 DBA Phoenix-Talent Schools | $55,654.00 |
| School District 1J Multnomah County, OR | $141,996.00 |
| Eureka City Schools | $97,087.00 |
| Lansing School District | $283,226.00 |
| Animo Jackie Robinson High School | $243,477.00 |
| Maine School Administrative District 37 | $54,380.00 |
| Livermore Valley Joint Unified | $131,017.00 |
| Education, Maine Department of | $163,854.00 |
| Imperial County Office of Education | $288,461.00 |
| Tulare County Office of Education | $287,901.00 |
| Tacoma Public Schools | $136,697.00 |
| Charter School of Educational Excellence | $48,076.00 |
| La Mesa-Spring Valley School District | $280,333.00 |
| Santa Clara County Office of Education | $233,370.00 |
| Board of Education City of Chicago | $288,461.00 |
| Northern Humboldt Union High School District | $147,710.00 |
| Region 06 West Cook ISC 2 | $210,502.00 |
| Central Region Educational Cooperative | $149,936.00 |
| Greater Amsterdam School District | $41,443.00 |
| Cutler-Orosi Joint Unified School District | $288,024.00 |
| Para Los Ninos | $92,652.00 |
| Wisconsin Department of Public Instruction | $192,307.00 |
| Syracuse City School District | $107,126.00 |

| | |
|---|---|
| Marin County Office of Education | $185,027.00 |
| Mott Haven Academy Charter School | $38,311.00 |
| Santa Maria Bonita School District | $177,884.00 |
| Santee School District | $50,476.00 |
| Colton Joint Unified School District | $38,410.00 |
| Colorado Department of Education | $144,230.00 |
| Riverside County Office of Education | $288,461.00 |
| Multnomah Education Service District | $74,010.00 |
| McKinleyville Union School District | $133,583.00 |