1                                                 The Honorable Kymberly K. Evanson

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | ORDER DENYING DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT [PROPOSED] |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | NOTED ON MOTION CALENDAR: JANUARY 13, 2026 |
| Defendants. | |

THIS MATTER came before the Court on the Defendants' motion pursuant to Federal Rule of Civil Procedure 59(e), having heard the arguments of counsel, and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1.      Defendants' Rule 59(e) motion is DENIED. No manifest injustice cannot be found where Defendants failed to take reasonable steps to contest or comply with the December compliance deadlines.

DATED this this _____ day of January 2026.

_____
THE HONORABLE KYMBERLY K. EVANSON
United States District Court Judge

ORDER DENYING DEFENDANTS'
MOTION TO ALTER OR AMEND THE
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

1 | Presented by:

2 | NICHOLAS W. BROWN
Attorney General of Washington

3 |

*/s/ Ellen Range*
4 | ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
5 | LUCY WOLF, WSBA #59028
Assistant Attorneys General
6 | WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
7 | Deputy Solicitor General
Complex Litigation Division
8 | Washington State Office of the Attorney
General
9 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
10 | 206-464-7744
Ellen.Range@atg.wa.gov
11 | Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
12 | William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov
13 |
*Attorneys for State of Washington*
14 |

15 |

16 | ROB BONTA
Attorney General of California

17 |

*/s/ Crystal Adams*
18 | CRYSTAL ADAMS*
Deputy Attorney General
19 | NELI PALMA*
Senior Assistant Attorney General
20 | KATHLEEN BOERGERS*
Supervising Deputy Attorney General
21 | KATHERINE MILTON*
Deputy Attorney General
22 | 1300 I Street
Sacramento, CA 95814
23 | 916-210-7522
Crystal.Adams@doj.ca.gov
24 | Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
25 | Katherine.Milton@doj.ca.gov

26 | *Attorneys for State of California*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for the State of Delaware*

ORDER DENYING DEFENDANTS'
MOTION TO ALTER OR AMEND THE
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

WILLIAM TONG
Attorney General of Connecticut

*/s/ Andrew Ammirati*
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Sarah H. Weiss*
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

*Attorney for State of Illinois*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for the State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Katherine Dirks*
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

*Counsel for the Commonwealth of Massachusetts*

ORDER DENYING DEFENDANTS'
MOTION TO ALTER OR AMEND THE
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADOV
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for the State of New York*

RAUL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE M. MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
lmarcus@nmdoj.gov

*Attorneys for State of New Mexico*


DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for the People of Michigan*

AARON FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

*Attorney for State of Nevada*


DAN RAYFIELD
Attorney General of Oregon

*/s/ Coby Howell*
COBY HOWELL*
Senior Assistant Attorneys General
Trial Attorneys
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov

*Attorneys for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

ORDER DENYING DEFENDANTS'
MOTION TO ALTER OR AMEND THE
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

1

JOSHUA L. KAUL
Attorney General of Wisconsin

2

*/s/ Frances Reynolds Colbert*

3

FRANCES REYNOLDS COLBERT8
Assistant Attorney General

4

Wisconsin Department of Justice
Post Office Box 7857

5

Madison, Wisconsin 53707-7857
608-266-9226

6

Frances.Colbert@wisdoj.gov

7

*Attorney for State of Wisconsin*

8

*Admitted pro hac vice*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING DEFENDANTS'
MOTION TO ALTER OR AMEND THE
JUDGMENT [PROPOSED]
NO. 2:25-cv-01228-KKE

5