UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-1228-KKE<br><br>ORDER GRANTING IN PART MOTION TO EXPEDITE |

Plaintiff States filed a motion to enforce the Court's summary judgment orders, and request that this motion be briefed on an expedited basis. *See* Dkt. Nos. 288, 342. Defendants oppose the request to expedite. Dkt. No. 344.

The Court finds that expedited briefing is appropriate due to the time-sensitive needs of this case, particularly because the orders that Plaintiff States seek to enforce were entered in December 2025 and Defendants admit that they have not complied with the deadlines set therein. Moreover, judicial economy will be served by briefing the motion to enforce nearly in tandem with Defendants' motion for Rule 59 relief. *See* Dkt. Nos. 276, 282. Accordingly, the Court exercises its inherent authority to manage its docket to GRANT IN PART Plaintiff States' motion to expedite, albeit on a slightly less expedited schedule than requested. Dkt. No. 342.

The clerk is directed to RE-NOTE Plaintiff States' motion to enforce (Dkt. No. 288) for January 16, 2026. Defendants' opposition brief must be filed no later than January 14, 2026, and

ORDER GRANTING IN PART MOTION TO EXPEDITE - 1

Plaintiff States may file a reply no later than January 16, 2026. Oral argument on both remaining pending motions (Dkt. Nos. 276, 288) will be held at 10 a.m. on January 23, 2026.

Dated this 9th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART MOTION TO EXPEDITE - 2