# EXHIBIT A

| | |
|---|---|
| **From:** | ████ |
| **Subject:** | ████ -Interim Funding & Budget Period WA v. ED Litigation Information Required by 5 p.m. ET on 1/16/26 |
| **Date:** | Friday, January 9, 2026 1:15:06 PM |
| **Attachments:** | MHSP_SBMH_Budget_Expenditure_Chart_Template.pdf |

Dear Grantee:

Pursuant to the ongoing litigation in State of Washington, et al. v U.S. Department of Education, et al., 2:25-cv-01228-KKE (W.D. WA), we are writing regarding your most recent Grant Award Notification ("GAN") that provided interim prorated continuation funding and a corresponding continuation budget period from January 1 through February 6, 2026.

Consistent with the Department of Education's ("Department's") obligations and authorities under 34 C.F.R. §§ 75.253(b), (e)(2) and 2 C.F.R. § 200.208, the Department requires additional information to determine if your grant has met all of the requirements of 34 C.F.R. § 75.253(a). This analysis will include a determination of whether you have made substantial progress towards your goals and objectives in your approved application. This review is consistent with the Department's standard procedures to determine continuation awards, and all continued grantees (regardless of litigation) are required to update the Department periodically.

Please submit the following items to your designated Federal Project Officer ("FPO") via email by no later than 5 p.m. E.T. January 16, 2026:

1. Provide all relevant updates to your performance measures from the last budget period through December 31, 2025. (For the Fiscal Year (FY) 22-23 cohort, please provide performance data for January 1, 2025, through December 31, 2025. For the FY 24 cohort, please provide data from August 1, 2025, through December 31, 2025.) Please use the ED 524-B form, Grant Performance Report (Part 1 and 2, available at: https://www.ed.gov/grants-and-programs/apply-grant/grant-application-and-other-forms).

2. Update your budget, including current available balance, funds encumbered/obligated through December 31, 2025, using the attached template as a guide. Please also provide carryover (unspent) balance and plans for possible expenditure (using your previously approved budget/project plan) through December 31, 2026, including how you intend to use the interim funds provided this week.

Please note that inaccurate, incomplete, formulaic, or otherwise unresponsive answers may impact the ability of the Department to determine whether to continue the grant or determine the amount of continuation funding. Additionally, due to the expedited nature of these continuation determinations, the Department is unable to provide extensions beyond the 5 p.m. E.T. January 16, 2026, deadline. Late submissions will not be accepted, and failure to timely submit this information may result in a decision to non-continue your grant.

Please note that, at this time, the Department is not entertaining a repurposing of funds supporting unallowable activities for activities that are deemed allowable. Per standard budget review processes, any activities deemed unallowable within a grant may result in a decrease in the grantee's overall budget consistent with the cost principles of the Uniform Guidance in 2 CFR part 200 subpart E.

Finally, if you intend at this time to orderly wind down your grant, please email your FPO indicating you decline the award of the interim grant funds and desire to orderly wind down the grant. Grantees that voluntarily terminate their grants follow standard closeout procedures, including submitting a final report, and those that do so will be closed in full compliance.

Note that if the Department is ultimately successful in the ongoing litigation, we reserve the right to exercise our authority to recover funds pursuant to our statutory and regulatory authorities to do so.

Should you have any questions, please contact grant program inboxes at OESE.School.Mental.Health@ed.gov (School-Based Mental Health Services Grant Program) or Mental.Health@ed.gov (Mental Health Service Professional Demonstration Grant Program).

Thank you for your prompt attention to this matter.