FILED

JAN 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official Capacity as United States Secretary of Education,<br><br>Defendants - Appellants. | No. 25-7157<br><br>D.C. No. 2:25-cv-01228-KKE<br>Western District of Washington, Seattle<br><br>ORDER |

Before: TALLMAN, BYBEE, and SANCHEZ, Circuit Judges.

The Court GRANTS Defendant-Appellants' motion to voluntarily dismiss their appeal (Dkt. No. 49). This appeal is dismissed. See Fed. R. App. P. 42(b).