Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | CASE NO. C25-1228KKE <br><br> **ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS** <br><br> (Proposed) |

The Court, having considered Plaintiffs' motion to Enforce Summary Judgment Orders and Defendants' opposition thereto, having heard the arguments of counsel, and being fully advised in

///

///

///

///

///

///

///

ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS (Proposed) - 1
(Case No. C25-1228KKE)

1  the matter,

2  HEREBY ORDERS, ADJUDGES, AND DECREES that Plaintiffs' Motion to Enforce
3  Summary Judgment Orders is denied.

4  DATED this _____ day of _____, 2026.

5

6

7  _____
   KYMBERLY K. EVANSON
8  United States District Judge

9

10 Presented by:

11

12 */s/ Brian C. Kipnis*
   BRIAN C. KIPNIS
13 Assistant United States Attorney

14 Attorney for Defendants

ORDER DENYING PLAINTIFFS' MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS (Proposed) - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970