IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | CASE NO.  C25-1228KKE |

## DECLARATION OF STEVEN BYRD

  1.  I, Steven Byrd, am employed by the United States Department of Education (the "Department") as Director of Budget Service within the Office of Budget Service and have held this position since November 2025. Previously, I served as the Director of Program Analysis within the Office of Budget Service and served in that position from July 2023 through November 2025.

  2.  My current duties include the coordination of major activities related to formulating, presenting, analyzing, and executing the Department's program budgets. This includes, but is not limited to, directing and assisting in the formulation of budget and legislative proposals; monitoring the execution of the budget appropriated by Congress by analyzing and approving operating plans; and coordinating with OMB and Congress regarding program and budget policies, as appropriate.

  3.  I am authorized to provide this Declaration on behalf of the Department and am providing it in support of Defendants' Opposition to Plaintiffs' Motion to Enforce Summary

1

Judgment Orders. This declaration is based on my personal knowledge, my experience working at the Department, and information conveyed to me by Department personnel in the course of my official duties.

**AVAILABLE BIPARTISAN SAFER COMMUNITIES ACT APPROPRIATIONS**:

4. The Bipartisan Safer Communities Act ("BSCA") (2022), Pub. L. 117-159, provided $1,000,000,000 in funding, to be divided equally as $500,000,000 for carrying out School Based Mental Health Services ("SBMH") Grants and $500,000,000 for carrying out Mental Health Services Professional Demonstration ("MHSP") Grants, under the "Safe Schools And Citizenship Education" heading to "remain available through December 31, 2026: Provided, That $200,000,000, to remain available until March 31, 2023, shall be made available for fiscal year 2022, $200,000,000, to remain available until December 31, 2023, shall be made available for fiscal year 2023, $200,000,000, to remain available until December 31, 2024, shall be made available for fiscal year 2024, $200,000,000, to remain available until December 31, 2025, shall be made available for fiscal year 2025, and *$200,000,000, to remain available until December 31, 2026, shall be made available for fiscal year 2026.*"

5. As of the time of this Declaration, ED's authority under BSCA to incur new obligations under the "Safe Schools And Citizenship Education" heading of that Act is limited to the $200,000,000 made available through December 31, 2026 ("FY 2026 BSCA funds"). ED has no authority under BSCA to incur new obligations for the $800,000,000, for which Congress provided periods of availability[1] which have already passed or otherwise lapsed under that Act.

---

[1] March 31, 2023; December 31, 2023; December 31, 2024; and December 31, 2025.

6. Of the BSCA funds that Congress made available through December 31, 2025, ("FY 2025 BSCA funds"), ED timely obligated $199,998,023.54 towards SBMH and MHSP grants.

7. From the $200,000,000 in FY 2026 BSCA funds that remain available for obligation through December 31, 2026, the Department has engaged in the following obligations:

   a. $114,064,097 for new SBMH and MHSP Awards, separated as $67,390,511 in Year 1 funding, and $46,673,586 as Frontloaded funding for Year 2.

   b. $6,020,360 as Frontloaded funding for SBMH and MHSP Continuation awards.

   c. $15,932,328 as interim, prorated funding through February 6, 2026, to previously non-continued grantees.

8. Consistent with the above, of the $200,000,000 in FY 2026 BSCA funds that remain available for obligation through December 31, 2026, $63,983,215 currently remains unobligated.

9. ED has the ability to engage in new obligations for the FY 2026 BSCA funds, including by de-obligating and re-obligating any such previously obligated funds, through the December 31, 2026 period of availability for these funds.

**AVAILABLE FY 2026 CONTINUING APPROPRIATIONS**

10. The "Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026" (H.R.5371), provided "[s]uch amounts as may be necessary, at a rate for operations as provided in the applicable appropriations Acts for fiscal year 2025 and under the authority and conditions provided in such Acts, for continuing projects or activities […] that were conducted in fiscal year 2025, and for which

appropriations, funds, or other authority were made available in the Full-Year Continuing Appropriations Act, 2025 (division A of Public Law 119–4)[.]"

11. Section 106 of H.R.5371 generally limited the availability of "appropriations and funds made available[,] and authority granted pursuant to this Act", subject to the enactment of other laws, through January 30, 2026.

12. ED thus has appropriations authority under H.R.5371 through January 30, 2026, to engage in "limited funding action [...] in order to provide for continuation of projects and activities" funded under the Full-Year Continuing Appropriations Act, 2025. This would include the ability, consistent with the other terms of H.R.5371, to fund projects and activities that were previously conducted under the Full-Year Continuing Appropriations Act, 2025, such as the "Safe Schools and Citizenship Education" account which authorizes funding for SBMH and MHSP grants as part of subpart 3 of part F of title IV of the ESEA.

13. Consistent with the above, ED currently has $152,729,400 available to apportion to the "Safe Schools and Citizenship Education" account under the H.R.5371, of which $72,187,200 has been apportioned for "School Safety National Activities" authorized under the Elementary and Secondary Education Act of 1965, Title IV, Part F, Subpart 3.

14. This $72,187,200 for "School Safety National Activities", under which SBMH and MHSP grants may be funded, remains available through January 30, 2026, subject to the enactment of other laws or appropriations acts.

**FRONTLOADING**:

15. "Frontloading" is an informal term describing the use of appropriated funds available for obligation in a particular fiscal year to fund, in whole or in part, future budget periods of the award. ED's practice of frontloading has occurred since at least 2002. *See*

*generally Honorable George Miller*, B-289801, 2002 WL 31950147 (Comp. Gen. Dec. 30, 2002) (describing the practice of frontloading for future budget years for Department grants).

16. "Frontloaded" grantees routinely receive a grant condition limiting their ability to access frontloaded funds, in the absence of explicit approval from ED, as a matter of financial management and oversight of such funds.

17. ED's use of "frontloading" to fund future budget periods for new awards and continuation awards SBMH and MHSP grantees was consistent with, and did not exceed, the allowable cost for each grantee's approved budget. *See* 34 CFR 75.233(a) ("the Secretary may fund up to 100 percent of the allowable costs in the applicant's budget.").

18. As illustrative examples of other frontloading, under the Full-Year Continuing Appropriations Act, 2025, ED engaged in the following frontloading activities for the following programs:

   a. Innovative Approaches to Literacy grants under Section 2226 of the Elementary and Secondary Education Act of 1965 (ESEA): $500,238.

   b. Federal TRIO grants under Chapter 1, Subpart 2, Title IV of the Higher Education Act: $ 59,485,608.

   c. Arts in Education grants under Title IV, Part F, Subpart 4 of the ESEA: $17,077,843.

   d. Magnet Schools Assistance grants under Title IV, Part D of the ESEA: $ 18,576,605.

**ED's FY 2026 BUDGET REQUEST**:

19. ED's FY 2026 Budget Request for the "Safe Schools and Citizenship Education" account, under which SBMH and MHSP grants may be funded, proposed funding this account at

$0 and would combine these activities "into the K–12 Simplified Funding Program (K–12 SFP)".[2] As stated in the FY 2026 Budget Request, "K–12 SFP provides the discretion to support any activity that was previously allowable under the consolidated programs including activities supported by the SSNA program such as mental health […]."

20. The House Appropriations Committee[3] and Senate Committee on Appropriations[4] have each separately approved appropriations bills for FY 2026 that would, if enacted, fund the "School Safety National Activities" account at $190,000,000.

21. ED has previously recommended $0 funding for certain accounts, and later obligated funding in accordance with the final Congressional appropriations for that program. For example, ED's FY 2021 budget request recommended $0 for the "Special Programs for Migrant Students."[5] The Consolidated Appropriations Act, 2021 (Pub. L. 116-260) eventually provided $46,123,000 for these programs, which represented a $500,000 increase in FY 2021 funding over FY 2020 funding.[6] ED obligated $46,123,000 in FY 2021 for these programs in accordance with the Consolidated Appropriations Act, 2021, of which $1,167,617 was obligated as frontloaded funds.

---

[2] https://www.ed.gov/media/document/fy-2026-congressional-justification-safe-schools-and-citizenship-education-110153.pdf
[3] https://docs.house.gov/meetings/AP/AP00/20250909/118593/BILLS-119-FC-AP-FY2026-AP00-FY26LHHSFullCommitteeMark.pdf
[4] https://www.congress.gov/bill/119th-congress/senate-bill/2587/text
[5] https://www.ed.gov/sites/ed/files/about/overview/budget/budget21/summary/21summary.pdf
[6] https://www.govinfo.gov/content/pkg/PLAW-116publ260/pdf/PLAW-116publ260.pdf. (Specifying, under the Education for the Disadvantaged account, that "$46,123,000 shall be for carrying out section 418A of the HEA.")

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 14, 2026

                                                _____
Steven Byrd
Director
Budget Service
Office of Planning Evaluation, and Policy Development