The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | NO. 2:25-cv-01228-KKE <br><br> DECLARATION OF ELLEN RANGE IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SUMMARY JUDGEMENT ORDERS <br><br> NOTED ON MOTION CALENDAR: JANUARY 16, 2026 |

I, Ellen Range, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. Formerly discontinued MHSP and SBMH grantees in Plaintiff States received an email from the U.S. Department of Education, dated January 2, 2026. It stated:

> Following a recent hearing in the U.S. District Court for the Western District of Washington, the Department is currently determining next steps for your grant. During this interim period, your grant will be considered open and you must continue to adhere to the rules of fiscal responsibility.
>
> We will provide additional information on next steps as soon as possible.

RANGE DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Grantees were not sure what "considered open" meant. When grantees asked directly whether this meant that grantees could spend carryover funds, the Department did not answer their question.

3. Defendants sent the "considered open" email, issued interim awards, and made additional performance data requests on January 9, 2026, with little to no explanation. On January 12 and 13, I asked Defendants a series of questions to better understand their compliance with Court orders in this case, grantees' ability to spend carryover funds, the interim awards, and the performance data requests. Thus far, Defendants have declined to answer my questions. A true and correct copy of this email correspondence is attached as **Exhibit A.**

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 16th day of January 2026 at Tacoma, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
Assistant Attorney General

RANGE DECLARATION IN SUPPORT OF
REPLY IN SUPPORT OF PLAINTIFFS'
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744