# Exhibit A

| | |
|---|---|
| **From:** | Range, Ellen (ATG) |
| **To:** | Kipnis, Brian (USAWAW) |
| **Cc:** | McGinty, William (ATG); Chung, Jennifer (ATG); Hoosier, Diane L. (ATG); Lenherr, Kelsey (ATG); Locke, Tally (ATG); Truong, Christine (ATG); Wolf, Lucy (ATG) |
| **Subject:** | RE: ED: Recent Contact with Grantees |
| **Date:** | Thursday, January 15, 2026 7:52:27 PM |

No, it did not.

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Thursday, January 15, 2026 3:22 PM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** RE: ED: Recent Contact with Grantees

[EXTERNAL]

I do not have any information from them to pass along Ellen, but I am wondering if the Byrd declaration filed last night answers some or all of your questions?

Brian Kipnis, AUSA
(206) 553-7970

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Thursday, January 15, 2026 3:15 PM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: ED: Recent Contact with Grantees

Hi Brian,

Checking in.

Can you pass on any answers, at all?

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Wednesday, January 14, 2026 10:56 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** RE: ED: Recent Contact with Grantees

[EXTERNAL]

Hi Ellen:

I have forwarded your original questions, and new questions, to the Department for their consideration.

I have no response for you as of now and I'm not able to deal with this today, but I will circle back with them tomorrow.

Brian

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Tuesday, January 13, 2026 4:05 PM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine

(ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] RE: ED: Recent Contact with Grantees

Hi Brian,

I did not hear back from you.

Please provide answers to my questions below by 12 p.m. PST tomorrow.

In the meantime, I have a few more questions, I would like you to ask the Department.

First, are grantees in Plaintiff States allowed to spend carry over funds? Grantees received cryptic emails saying that their grants were still open after December 31, but they are not sure if that means they can spend carry over funds. You had mentioned to the Court that the Department may allow carry over spending. Please confirm that a grant being "open" means that a grantee can spend carry over funds.

Second, can grantees use the interim funds for activity outside of the five weeks? For example, grantees would like to know if they may use the interim awards to fund tuition for a quarter or a semester.

Thank you for your attention to this matter.

Best Regards,

Ellen Range

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Range, Ellen (ATG)
**Sent:** Monday, January 12, 2026 2:05 PM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <Jennifer.Chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <Lucy.Wolf@atg.wa.gov>
**Subject:** RE: ED: Recent Contact with Grantees

Hi Brian,

The email the Department of Education sent to grantees in Plaintiff States on Friday raises

the following concerns that we would like to be addressed by the Department by 12:00 PM PT tomorrow:

1. The summary judgment order was clear that Defendants could not implement or enforce through any means the Directive procedure or the discontinuations. We have heard that the Department made its continuation decisions in December based on annual performance reports for 2024 that grantees submitted that spring; or for first-year grantees, based on reports submitted in September.
    a. Is that accurate? If so, why can't the Department make its decision based on that same information for grantees in Plaintiff States?
    b. Did the Department request similar additional performance data (i.e., data through December 31, 2025), from non-discontinued Program grantees before issuing continuation awards to them in December?
2. The summary judgment order was clear that Defendants could not deny a continuation award based on performance issues, if any, caused by the Department's actions challenged in this case and their disruptive effects.
    a. Why is the Department requiring performance data after April 29, 2025?
    b. For first-year grantees, why is the Department requiring performance data from August 1, 2025, through December 31, 2025?
    c. What steps is the Department taking to comply with this Order when reviewing the requested data?
3. The Department warns, "Note that if the Department is ultimately successful in the ongoing litigation, we reserve the right to exercise our authority to recover funds pursuant to our statutory and regulatory authorities to do so."
    a. What is the authority the Department is referencing in this statement?

Lastly, just a friendly reminder that you loop in my team on litigation correspondence directed to me or the court. My team is cc'd.

Best Regards,

Ellen

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Monday, January 12, 2026 10:20 AM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey

(ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** RE: ED: Recent Contact with Grantees

[EXTERNAL]

Hi Ellen

Today is not a good day particularly because I am trying to prepare for a hearing tomorrow. In any event, I think it would be more productive for you to put your specific concerns in writing, and I will forward them to the Department for its consideration.

On a related matter I have a conflict with the hearing date (1/23) calendared by the Court. I am flying to the East Coast that morning and I so I cannot appear at that time. I can appear on any earlier date, or I can appear on Tuesday January 27, or any date thereafter. If there are no other acceptable options, I could also try to make an appearance on Monday afternoon, although my window of availability will be extremely limited because I am flying back to Seattle on that day. Since my plans have me departing Monday morning, the flight should have me back in Seattle in time for an afternoon hearing.

Please let me know your preferences, if any, before I ask the Court to move the hearing date.

Brian

---

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Monday, January 12, 2026 8:26 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Range, Ellen (ATG) <ellen.range@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Subject:** [EXTERNAL] ED: Recent Contact with Grantees

Hi Brian,

Are you available this afternoon to discuss the Department of Education's compliance with court orders in our case? I'm specifically concerned about the email it sent to grantees in Plaintiff States on Friday, requiring performance reports from them that were not requested from grantees that were continued early December. I would also like to understand what authority the Department relies on to threaten that it will claw back funds should it succeed in litigation.

The email is as follows:

Dear Grantee:

Pursuant to the ongoing litigation in State of Washington, et al. v U.S. Department of Education, et al., 2:25-cv-01228-KKE (W.D. WA), we are writing regarding your most recent Grant Award Notification ("GAN") that provided interim prorated continuation funding and a corresponding continuation budget period from January 1 through February 6, 2026.

Consistent with the Department of Education's ("Department's") obligations and authorities under 34 C.F.R. §§ 75.253(b), (e)(2) and 2 C.F.R. § 200.208, the Department requires additional information to determine if your grant has met all of the requirements of 34 C.F.R. § 75.253(a). This analysis will include a determination of whether you have made substantial progress towards your goals and objectives in your approved application. This review is consistent with the Department's standard procedures to determine continuation awards, and all continued grantees (regardless of litigation) are required to update the Department periodically.

Please submit the following items to your designated Federal Project Officer ("FPO") via email by no later than 5 p.m. E.T. January 16, 2026:

1.      Provide all relevant updates to your performance measures from the last budget period through December 31, 2025. (For the Fiscal Year (FY) 22-23 cohort, please provide performance data for January 1, 2025, through December 31, 2025. For the FY 24 cohort, please provide data from August 1, 2025, through December 31, 2025.) Please use the ED 524-B form, Grant Performance Report (Part 1 and 2, available at: https://urldefense.com/v3/__https://www.ed.gov/grants-and-programs/apply-grant/grant-application-and-other-forms__;!!K-Hz7m0Vt54!jaLBzyJMszKyaqvU7jj-CB1hlNWqi5GH38XySrH1iC3Uz0erL5SD6FHSnrwql0FCLf_06-w3P3WrRBR_ly5MZA$ ).

2.      Update your budget, including current available balance, funds encumbered/obligated through December 31, 2025, using the attached template as a guide. Please also provide carryover (unspent) balance and plans for possible expenditure (using your previously approved budget/project plan) through December 31, 2026, including how you intend to use the interim funds provided this week.

Please note that inaccurate, incomplete, formulaic, or otherwise unresponsive answers may impact the ability of the Department to determine whether to continue the grant or determine the amount of continuation funding. Additionally, due to the expedited nature of these continuation determinations, the Department is unable to provide extensions beyond the 5 p.m. E.T. January 16, 2026, deadline. Late submissions will not be accepted, and failure to timely submit this information may result in a decision to non-continue your grant.

Please note that, at this time, the Department is not entertaining a repurposing of funds supporting unallowable activities for activities that are deemed allowable. Per standard budget review processes, any activities deemed unallowable within a grant may result in a decrease in the grantee's overall budget consistent with the cost principles of the Uniform Guidance in 2 CFR part 200 subpart E.

> Finally, if you intend at this time to orderly wind down your grant, please email your FPO indicating you decline the award of the interim grant funds and desire to orderly wind down the grant. Grantees that voluntarily terminate their grants follow standard closeout procedures, including submitting a final report, and those that do so will be closed in full compliance.
>
> Note that if the Department is ultimately successful in the ongoing litigation, we reserve the right to exercise our authority to recover funds pursuant to our statutory and regulatory authorities to do so.
> Should you have any questions, please contact grant program inboxes at [OESE.School.Mental.Health@ed.gov](mailto:OESE.School.Mental.Health@ed.gov) (School-Based Mental Health Services Grant Program) or [Mental.Health@ed.gov](mailto:Mental.Health@ed.gov) (Mental Health Service Professional Demonstration Grant Program).
>
> Thank you for your prompt attention to this matter.

Please let me know when you are available and I will send an invite.

Best Regards,

Ellen Range

**Ellen Range** (she/her)
Assistant Attorney General
Washington State Attorney General's Office
Complex Litigation Division
Ellen.Range@atg.wa.gov
(360) 586-6314

**This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.**