UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                 Plaintiff(s),<br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                 Defendant(s). | CASE NO. C25-1228-KKE<br><br>ORDER MEMORIALIZING ORAL RULING ON DEFENDANTS' MOTION TO AMEND AND PLAINTIFFS' MOTION TO ENFORCE |

The Court ruled from the bench at an oral argument on Defendants' motion to amend and Plaintiffs' motion to enforce, and hereby memorializes its oral ruling. *See* Dkt. No. 355.

(1) For the reasons stated on the record, the Court GRANTS Defendants' motion. Dkt. No. 276. The Court's prior order (Dkt. No. 273) is amended to order Defendants to issue new continuation determinations no later than February 6, 2026, and to issue any new continuation awards no later than February 11, 2026, backdated to February 6, 2026, to avoid a gap in funding. Defendants shall file a status report no later than February 12, 2026, to confirm compliance with this order.

(2) For the reasons stated on the record, the Court DENIES Plaintiffs' motion (Dkt. No. 288) without prejudice.

(3) As stated in the Court's order granting summary judgment (Dkt. No. 269 at 36), the Court retains jurisdiction to enforce its injunction and judgment.

Dated this 22nd day of January, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge