Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C25-1228KKE |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

TO PLAINTIFFS STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NEVADA; STATE OF OREGON; STATE OF RHODE ISLAND and STATE OF WISCONSIN:

PLEASE TAKE NOTICE that defendants the UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON in her official capacity as Secretary of the U.S. Department

///

NOTICE OF APPEAL - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1 of Education, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

2 judgment entered in this action on December 19, 2025, Dkt. # 270, as amended by the Court on

3 January 22, 2026, *see* Dkt. # 356, and all orders that merge with the judgment.

DATED this 23rd day of January 2026.

CHARLES NEIL FLOYD
United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendants

NOTICE OF APPEAL - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970