1

Judge Evanson

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

STATE OF WASHINGTON, et al.,

CASE NO.  C25-1228KKE

12

Plaintiffs,

**DEFENDANTS' STATUS REPORT AS REQUIRED BY JANUARY 22, 2026 ORDER (DKT # 356)**

13

v.

14

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

15

16

Defendants.

17

18        On January 22, 2026, the Court issued an order requiring Defendants to file a status

19    report to confirm compliance with its order that that Defendants issue new continuation

20    determinations no later than February 6, 2026, and issue any new continuation awards no later

21    than February 11, 2026, backdated to February 6, 2026.  Dkt. # 356.

22        On January 23, 2026, Defendants filed a notice of appeal from the judgment in this case.

23    On January 26, 2026, Defendants filed a motion for a stay of the Court's judgment pending

24    appeal.  Ninth Circuit Dkt. # 7.1.  On February 3, 2026, the Ninth Circuit issued an

25    administrative stay of the judgment "to the extent it orders the Government to issue new

26    continuation determinations by February 6, 2026, and to issue any new continuation awards by

27

28

DEFENDANTS' STATUS REPORT AS REQUIRED BY
JANUARY 22, 2026 ORDER (DKT # 356) - 1
(Case No. C25-1228KKE)

1  February 11, 2026" pending further review.  Ninth Circuit Dkt. # 10.1.  "The district court's

2  order otherwise remains in effect pending further review by this Court."  *Id.*

3      On February 4, 2026, the Ninth Circuit denied the States' motion for reconsideration of

4  the Court's temporary administrative stay.  Ninth Circuit Dkt. # 15.1.

5      Because the Court of Appeals has temporarily administratively stayed the judgment in

6  this action pending further review, Defendants have not as of the present day issued any new

7  continuation decisions nor have Defendants issued any new continuation awards as to grantees

8  covered by the judgment.

9

10      DATED this 12th day of February 2025.

11          Respectfully submitted,

12          */s/ Brian C. Kipnis*
            BRIAN C. KIPNIS
13          Assistant United States Attorney
            Office of the United States Attorney
14          5220 United States Courthouse
            700 Stewart Street
15          Seattle, Washington 98101-1271
            Phone: 206 553 7970
16          E-mail: brian.kipnis@usdoj.gov

17
            Attorney for Defendants
18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' STATUS REPORT AS REQUIRED BY
JANUARY 22, 2026 ORDER (DKT # 356) - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970