Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | CASE NO. C25-1228-KKE<br><br>**DEFENDANTS' STATUS REPORT AS REQUIRED BY FEBRUARY 24, 2026 ORDER (DKT # 363)** |

On February 24, 2026, the Court issued an order requiring Defendants to file a status report to confirm compliance with its order that Defendants issue new continuation determinations no later than March 2, 2026, and issue any new continuation awards no later than March 5, 2026, backdated to February 6, 2026. Dkt. # 363.

As required by the Court, the Department sent continuation determinations via our grants system, G5, to 118 grantees on Monday, March 2, 2026 in compliance with the court order.

- o One hundred and eighteen grantees received notices of continuation.
- o Twelve grantees received notices of non-continuation via G5. Nine grants were not continued on the basis that the grantee failed to submit complete or timely project updates by 5 p.m. on January 16, 2026, as was requested by the Department on January 9, 2026. One grantee with three grants was not continued based on

DEFENDANTS' STATUS REPORT AS REQUIRED BY
FEBRUARY 24, 2026 ORDER (DKT # 363) - 1
(Case No. C25-1228-KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

performance, fiscal, and administrative concerns that pre-dated their non-continuation notice in April 2025, which was documented and communicated to them through their grant period. Grantees were told that they could request reconsideration of the decision within 14 calendar days and were provided instructions for doing so.

- Six grantees voluntarily terminated their grants prior to this determination.
- After the continuation and non-continuation notices were issued, it was brought to the Department's attention that one non-continued grantee with two grants had in fact submitted its project updates on time. The Department is processing these awards as of March 6, 2026 and plans to have them awarded expeditiously.

On March 3, 2026, the Department extended the budget and project period for all continuing grantees, resulting in budget periods from January 1, 2026 to December 31, 2026 (the budgets had previously been from January 1, 2026 to March 2, 2026). Grantees had access to their available funds during this time with no periods of interruption.

On March 4, 2026, the Department obligated six months of funding to continuing grantees. Grantees may receive additional funds following the submission of mid-year performance and budget reports, due June 1, 2026.

DATED this 6th day of March 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorney for Defendants

DEFENDANTS' STATUS REPORT AS REQUIRED BY
FEBRUARY 24, 2026 ORDER (DKT # 363) - 2
(Case No. C25-1228-KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970