Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>               Defendants. | CASE NO. C25-1228KKE<br><br>**DEFENDANTS' SUPPLEMENTAL STATUS REPORT** |

Defendants supplement their March 9, 2026 status report with the following information:

- o The grantees that received notices of continuation on March 2, 2026 are as follows:
    - Acton-Agua Dulce Unified School District
    - Alfred University
    - Alverno College
    - Animo Jackie Robinson High School
    - Anne Arundel County Public Schools
    - Board of Education - Ossining Union Free School District
    - Board of Education City of Chicago
    - Board of Trustees for the University of Northern Colorado
    - Bowie State University

DEFENDANTS' SUPPLEMENTAL STATUS REPORT - 1
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1. - California State University Long Beach Research Foundation
2. - California State University, East Bay, Foundation Inc.
3. - Charter School of Educational Excellence
4. - City of Boston
5. - Colorado Department of Education
6. - Colton Joint Unified School District
7. - Conejo Valley Unified School District
8. - Corbett School District 39
9. - Crystal Lake Community Consolidate School District #47
10. - Cutler-Orosi Joint Unified School District
11. - Del County Norte County Unified School District
12. - DePaul University
13. - Dominican University
14. - EdAdvance
15. - Educational Service District 105
16. - Educational Service District 112
17. - El Rancho Unified School District
18. - Eureka City Schools
19. - Fordham University
20. - Grand Valley State University
21. - Greater Amsterdam School District
22. - Haverstraw-Stony Point Central School District
23. - Heritage University
24. - Humboldt State University Sponsored Programs Foundation
25. - Jackson County School District #4 DBA Phoenix-Talent Schools
26. - Lansing School District
27. - Lemon Grove School District
28. - Lewis & Clark College

DEFENDANTS' SUPPLEMENTAL STATUS REPORT - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

- Lewis University
- Livermore Valley Joint Unified
- Long Island University
- Los Angeles Unified School District
- Loyola University Maryland
- Loyola University of Chicago
- Lyons Central School District
- Madera Unified School District
- Maine Department of Education
- Marin County Office of Education
- McKinleyville Union School District
- Mercy College
- Michigan Department of Education
- Mott Haven Academy Charter School
- Multicultural Learning Center
- Multnomah Education Service District
- Nazareth College of Rochester
- New Dawn Charter School
- Niagara Falls City School District
- Northeastern Illinois University
- Northern Humboldt Union High School District
- Northern Illinois University
- Northwest Educational Service District 189
- Norwalk-La Mirada USD
- Oregon State University
- Oxnard School District
- Para Los Ninos
- Portland State University
DEFENDANTS' SUPPLEMENTAL STATUS REPORT - 3
(Case No. C25-1228KKE)

- Poudre School District
- Region 06 West Cook ISC 2
- Research Foundation for SUNY at Binghamton
- RI Department of Elementary and Secondary Education
- Riverside County Office of Education
- San Diego County Office of Education
- San Francisco State University
- Santa Ana Unified School District
- Santa Maria Bonita School District
- Santa Paula Unified School District
- Santee School District
- School District 1J Multnomah County, OR
- Seattle University
- Seneca Falls Central School District
- Silver Consolidated Schools
- Skokie School District 69
- Solano County Superintendent of Schools
- Springfield College
- Syracuse City School District
- The Board of Regents of the University of Wisconsin System
- The Johns Hopkins University
- The Regents of the University of California, Santa Barbara
- The Renaissance Charter School
- The Research Foundation for SUNY on behalf of U. at Buffalo
- The Research Foundation for The State University of New York
- Trinity Alps Unified School District
- Tulare County Office of Education
- Ukiah Unified School District

DEFENDANTS' SUPPLEMENTAL STATUS REPORT - 4
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

- University Corporation at Monterey Bay
- University of Colorado Denver
- University of Connecticut
- University of Delaware
- University of Denver
- University of Maine System dba University of Southern Maine
- University of Maryland, Baltimore
- University of Massachusetts Boston
- University of Northern Colorado
- University of Redlands
- University of the Pacific
- University of Washington
- Vancouver School District No. 037
- West Contra Costa Unified School District
- Wheatland Union High School District
- William James College, Inc.
- Wisconsin Department of Public Instruction

o The grantees that were not continued because they failed to submit complete or timely project updates by 5 p.m. on January 16, 2026, are as follows:

- iEmpire Academy (Real Journey Academies)
- Avance Schools Inc. dba Academia Avance Charter
- Board of Education, Prince George's County
- Central Region Educational Cooperative
- Cook County School District 130
- Entrepreneur High School (Real Journey Academies)
- La Mesa-Spring Valley School District
- Metropolitan State University of Denver
- Rio Community School District (Randolph School District)

DEFENDANTS' SUPPLEMENTAL STATUS REPORT - 5
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

- Tacoma Public Schools
  - One grantee, Illinois State Board of Education, had three grants that were not continued based on performance, fiscal, and administrative concerns that pre-dated their non-continuation notice in April 2025, which was documented and communicated to them through their grant period.
  - After the continuation and non-continuation notices were issued, it was brought to the Department's attention that one non-continued grantee with two grants had in fact submitted its project updates on time. Those grants, iEmpire Academy (Real Journey Academies Inc.) and Entrepreneur High School (Real Journey Academies Inc.), received their continuation awards on March 9, 2026.

DATED this 13th day of March 2026.

        Respectfully submitted,

        */s/ Brian C. Kipnis*
        BRIAN C. KIPNIS
        Assistant United States Attorney
        Office of the United States Attorney
        5220 United States Courthouse
        700 Stewart Street
        Seattle, Washington 98101-1271
        Phone: 206 553 7970
        E-mail: brian.kipnis@usdoj.gov

        Attorney for Defendants

DEFENDANTS' SUPPLEMENTAL STATUS REPORT - 6
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970