The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF JAQUELINE R. ANDERSON AND DAVID HULAC IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

DECLARATION OF ANDERSON AND HULAC IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS NO. 2:25-cv-01228-KKE

Declaration of Jacqueline R. Anderson and David Hulac

We, Jacqueline R. Anderson and David Hulac, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. We are Jacqueline R. Anderson and David Hulac. Dr. Anderson is the Principal Investigator for the Enhanced Training for Rural and Linguistically Diverse School Psychologists in School-based Mental Health (CRiSP) grant and an Assistant Professor of School Psychology at the University of Northern Colorado. Dr. Hulac is the Co-Investigator for the CRiSP grant and the A.M. and Jo Winchester Distinguished Professor of School Psychology at the University of Northern Colorado. We are over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on our experience and information provided to us. If called as witnesses, we could and would testify competently to the matters set forth below.

Background

2. We are the Principal Investigator and Co-Investigator for the Enhanced Training for Rural and Linguistically Diverse School Psychologists in School-based Mental Health (CRiSP) grant, Award # S184X230100, which the Department of Education  funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant is designed to strengthen school safety and expand access to school-based mental health services by providing advanced training for school psychologists serving rural Colorado school districts and communities where many families speak Spanish or other languages at home.

3. In April and December, 2025, the University of Northern Colorado by behalf as myself as the PI submitted a performance reports to the Department describing the progress of the CRiSP grant through the end of the 2025. The reports included program data, student training outcomes, and information regarding the services delivered through the grant.

4. On January 9, 2026, we submitted a separate declaration that describes our professional backgrounds and provides additional information about the University of Northern Colorado.

The Department's Noncompliance with the Court's Order Harms the University of Northern Colorado

5. On March 2, 2026, the University of Northern Colorado received a Notice of Continuation of Grant Award. The Notice stated that due to ongoing concerns regarding financial stability and uncertainty while litigation is pending, the Department is providing approximately six months of funding until completion of a mid-year performance and budget review due June 1, 2026. After reviewing that report, the Department may award

additional funds or take further risk mitigation actions. In other words, the Department has only committed to providing funding for the first half of the budget period.

6. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the University of Northern Colorado has suffered and will continue to suffer the following harms:

a. The CRiSP program currently supports graduate trainees who rely on grant funding for tuition support and stipends while completing full-time training. These trainees complete coursework, practica, and supervised placements in school districts where they provide mental health services related to suicide prevention, crisis response, and school safety. Without certainty that funding will continue for the full year, trainees face financial instability that may effect their ability to remain in the program.

b. This concern is not hypothetical. When the Department previously announced the discontinuation of these grants, one trainee left the program due to uncertainty regarding funding. If the current uncertainty continues, additional trainees may withdraw from the program or decline admission for Fall 2026 because they cannot rely on the continuation of tuition and stipend support required to complete their training.

c. The CRiSP grant includes specific training requirements tied to grant goals related to suicide prevention, crisis response, culturally responsive mental health care, and trauma-informed intervention in schools. In order to meet these goals, the Principal Investigator and Co-Investigator must plan and execute courses, supervision structures, and specialized trainings well in advance. Academic course scheduling and training planning typically occur approximately six months prior (as registration opens in March 2026 for Fall 2026) to the start of each semester in order to coordinate faculty teaching assignments, trainee placements, supervision schedules, and required grant activities.

d. Because funding is only guaranteed for part of the budget period, the University cannot reliably plan these courses and trainings in a manner consistent with the grant's goals and required deliverables. Therefore, we may need to cancel courses. This creates a significant risk that the program will be unable to maintain consistency in the training sequence required for trainees and the supervision structure necessary for their clinical preparation.

e. The CRiSP training model relies on specialized external supervision across several areas of school psychology practice, including psychological assessment, intervention planning, suicide and violence risk assessment, and school-based

crisis response. The program recruits specialist providers to provide school-based supervision in these areas. Due to funding uncertainty, recruitment of specialist supervisors has been more challenging.

f. The uncertainty also effects faculty workload planning and supervision capacity. The Principal Investigators must balance teaching responsibilities with grant administration, supervision, and training activities. In some cases, teaching assignments are adjusted so the Principal Investigators can focus on managing the grant and supervising trainees. Without certainty regarding funding for the full year, the University cannot determine whether the Principal Investigators should focus on teaching responsibilities or grant administration. In addition to external supervision in the school setting, as stated in the initial grant application, the program also requires an on-campus supervisor to ensure adherence to University policies and course requirements. The University planned to recruit a postdoctoral fellow who would coordinate training activities and provide additional clinical supervision. Because funding is uncertain, the University has been unable to recruit or hire a postdoctoral fellow, which increases faculty workload and reduces supervisory capacity. Therefore, grantees are not getting the promised supervision and support, and thus not getting the promised supervision and training required to be competent providers for under-resourced school communities.

g. The uncertainty surrounding funding also affects the University's ability to maintain program operations and ensure continuity of training for current trainees. The CRiSP program also relies on graduate assistantships that support advanced doctoral students who assist in mentoring and supervising CRiSP trainees. When funding is uncertain, the University cannot reliably commit to these assistantships. Because graduate training programs operate on academic timelines rather than short funding intervals, partial funding commitments create instability in program planning and execution through inconsistency of programing.

7. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the community partners have suffered and will continue to suffer the following harms:

    a. CRiSP trainees are placed in school districts where they provide supervised mental health services to K–12 students. If trainees leave the program or placements cannot be sustained because of funding uncertainty, the services they

provide to students will be disrupted, causing harm to the continuity of care for students who rely on these supports.

   b. Following completion of training, CRiSP trainees are required to work in school districts supporting underserved students in rural and bilingual areas. If trainees lose funding mid-training, they will not be required to enter these districts or will have reduced service commitments. This perpetuates the harm of a lack of mental health providers to service those communities, which the grant aimed to mitigate.

   c. The uncertainty also affects faculty workload planning. The Principal Investigators must balance teaching responsibilities with grant administration, supervision, and training activities. In some cases, teaching assignments are adjusted so the Principal Investigator can focus on managing the grant and supervising trainees. Without certainty regarding funding for the full year, the University cannot determine whether the Principal Investigators should focus on teaching responsibilities or grant administration during the final year of the project.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that the University of Northern Colorado can plan, budget, and perform its MHSP grant project.

8. Furthermore, the Department's requirement that the University of Northern Colorado can only access funding through a new reimbursement request procedure will place substantial, unexpected burdens on program staff. The same staff responsible for implementing program activities, coordinating trainee placements, and supporting grant deliverables must now devote additional time to preparing reimbursement requests and financial documentation required by the Department's new procedures. Additional time required to prepare new reimbursement requests diverts time away from grant deliverables and reduces training efficacy. These additional administrative requirements divert staff time and resources away from the core mission of the grant, which is to train school psychologists and expand access to school-based mental health services for students in rural communities.

Conclusion

10. In order to avoid further harm, the University of Northern Colorado needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, the University cannot effectively plan program operations, recruit and support trainees, maintain necessary supervision and training structures, or ensure continuity of the training required under the CRiSP grant.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ⎯⎯13⎯⎯ day of ⎯⎯March⎯⎯, 2026, at Greeley, Colorado.




Jacqueline R. Anderson, Ph.D., LP, NCSP
 Assistant Professor of School Psychology
 University of Northern Colorado




David Hulac  Digitally signed by David
Hulac
Date: 2026.03.13
11:15:22 -06'00'

David Hulac, Ph.D., LP, NCSP
 A.M. and Jo Winchester Distinguished Professor of School Psychology
 University of Northern Colorado