The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF JAQUELINE R. ANDERSON AND DAVID HULAC IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF ANDERSON AND HULAC IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS NO. 2:25-cv-01228-KKE

Declaration of Jacqueline R. Anderson and David Hulac

We, Jacqueline R. Anderson and David Hulac, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. We are Jacqueline R. Anderson and David Hulac. Dr. Anderson is the Principal Investigator for the Trauma Informed School Psychologist (TiSP) grant and an Assistant Professor of School Psychology at the University of Northern Colorado. Dr. Hulac is the Co-Investigator for the TiSP grant and the A.M. and Jo Winchester Distinguished Professor of School Psychology at the University of Northern Colorado. We are over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on our experience and information provided to us. If called as witnesses, we could and would testify competently to the matters set forth below.

Background

2. We are the Principal Investigator and Co-Investigator for the Trauma Informed School Psychologist (TiSP) grant, Award # S184X220185, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant is designed to strengthen school safety by providing advanced training for school psychologists serving Colorado schools.

3. In April and December, 2025, the University of Northern Colorado submitted performance reports to the Department describing the progress of the TiSP grant through the end of the 2025. The reports included program data, student training outcomes, and information regarding the services delivered through the grant.

4. On January 9, 2026, we submitted a separate declaration that describes our professional backgrounds and provides additional information about the University of Northern Colorado.

The Department's Noncompliance with the Court's Order Harms the University of Northern Colorado

5. On March 2, 2026, the University of Northern Colorado received a Notice of Continuation of Grant Award. The Notice stated that due to ongoing concerns regarding financial stability and uncertainty while litigation is pending, the Department is providing approximately six months of funding until completion of a mid-year performance and budget review due June 1, 2026. After reviewing that report, the Department may award additional funds or take further risk-mitigation actions. In other words, the Department has only committed to providing funding for the first half of the budget period.

6. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the University of Northern Colorado has suffered and will continue to suffer the following harms:

a. The TiSP program currently supports ten graduate trainees who rely on grant funding for tuition support and stipends while completing full time training. These trainees complete coursework, practica, and supervised placements in school districts where they provide mental health services related to suicide prevention, crisis response, and school safety. Without certainty that funding will continue for the full year, trainees face financial instability that may effect their ability to remain in the program. We had had 2 prospective trainees who had expressed interest in the program declined admission offers because they could not rely on the stability of grant funding.

b. This concern is not hypothetical.  If the current uncertainty continues, additional trainees may withdraw from the program because they cannot rely on the continuation of tuition and stipend support required to complete their training.

c. The TiSP grant includes specific training requirements tied to grant goals related to suicide prevention, trauma informed intervention, and crisis response in schools. In order to meet these goals, the Principal Investigator and Co-Investigator must plan courses, supervision structures, and specialized trainings well in advance. Academic course scheduling and training planning typically occur approximately three months prior to the start of each semester in order to coordinate faculty teaching assignments, trainee placements, supervision schedules, and required grant activities.

d. Because funding is only guaranteed for half of the budget period, the University cannot reliably plan these courses and trainings in a manner consistent with the grant's goals and required deliverables. Therefore, we may need to cancel courses. This creates a significant risk that the program will be unable to maintain consistency in the training sequence required for trainees.

e. The uncertainty also affects faculty workload planning. The Principal Investigators must balance teaching responsibilities with grant administration, supervision, and training activities. In some cases, teaching assignments are adjusted so the Principal Investigators can focus on managing the grant and supervising trainees. Without certainty regarding funding for the full year, the University cannot determine whether the Principal Investigators should focus on teaching responsibilities or grant administration during the final year of the project.

f. The uncertainty surrounding funding also affects the University's ability to maintain program operations and ensure continuity of training for current trainees. Because training programs operate on academic timelines rather than short funding intervals, partial funding commitments create instability in program planning and execution.

7. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the community partners have suffered and will continue to suffer the following harms:

a. TiSP trainees are placed in school districts where they provide supervised mental health services to K–12 students. If trainees leave the program or placements cannot be sustained because of funding uncertainty, the services they provide to students will be disrupted, causing harm to the continuity of care for students who rely on these supports.

b. Following completion of training, TiSP trainees are required to work in school districts supporting underserved students in Northern Colorado If trainees lose funding mid-training, they will not be required to enter these districts or will have reduced service commitments. This perpetuates the harm of a lack of mental health providers to service those communities, which the grant aimed to mitigate.

8. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that the University of Northern Colorado can plan, budget, and perform its MHSP grant project.

9. Furthermore, the Department's requirement that the University of Northern Colorado can only access funding through a new reimbursement request procedure will place substantial burdens on program staff. The same staff responsible for implementing program activities, coordinating trainee placements, and supporting grant deliverables must now devote additional time to preparing reimbursement requests and financial documentation required by the Department's new procedures. These additional administrative requirements divert staff time and resources away from the core mission of the grant, which is to train school psychologists and support school safety through advanced mental health training.

Conclusion

10. In order to avoid further harm, the University of Northern Colorado needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, the University cannot effectively plan program operations, support current trainees, or ensure continuity of the training required under the TiSP grant.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13 day of March, 2026, at Greeley, Colorado.


Jacqueline R. Anderson
Digitally signed by Jacqueline R. Anderson
Date: 2026.03.13 10:04:34 -06'00'

Jacqueline R. Anderson, Ph.D., LP, NCSP
Assistant Professor of School Psychology
University of Northern Colorado


David Hulac
Digitally signed by David Hulac
Date: 2026.03.13 11:15:51 -06'00'

David Hulac, Ph.D., LP, NCSP
A.M. and Jo Winchester Distinguished Professor of School Psychology
University of Northern Colorado