The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF DENISE BARTON IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF DENISE BARTON IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
(510) 879-3098

**DECLARATION OF DENISE BARTON**

I, Denise Barton, declare as follows:

1.      I am a resident of the Commonwealth of Massachusetts. I am over the age of 18. I have been an attorney since 1994 and am licensed to practice in the Commonwealth of Massachusetts. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the University of Massachusetts, in its Office of the General Counsel, as its Chief Deputy General Counsel.

3.      As Chief Deputy General Counsel for the University of Massachusetts, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Massachusetts employees and believe that information to be true.

4.      The University of Massachusetts includes its five campuses (the University of Massachusetts Amherst ("UMass Amherst"), the University of Massachusetts Boston ("UMass Boston"), the University of Massachusetts Chan Medical School ("UMass Chan Medical School"), the University of Massachusetts Dartmouth ("UMass Dartmouth"), and the University of Massachusetts Lowell ("UMass Lowell"), as well as the University of Massachusetts Office of the President ("UMass President's Office). See M.G.L. ch. 75. The University of Massachusetts maintains business records in the ordinary course of its business which include, *inter alia*, records concerning the University of Massachusetts' grants with the U.S. Department of Education ("Department") including, but not limited to, a Department grant funded

under its Mental Health Service Professional Demonstration Grant Program ("MHSP") and awarded to UMass Boston.

### Background

5.    The Department awarded UMass Boston a MHSP grant entitled *Project Beacon: Training School Mental Health Providers in Transformative Social Emotional Learning and Advocacy*, Award # S184X230023. The Department discontinued this grant on April 29, 2025.

6.    On January 16, 2026, UMass Boston sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about UMass Boston's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms University of Massachusetts

7.    On March 2, 2026, UMass Boston received a Notice of Continuation of Grant Award from the Department. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding to UMass Boston for the first half of the budget period.

8.    Because of the ongoing uncertainty created by the Department's March 2, 2026 letter as to whether UMass Boston will receive funding for the second half of the budget period, UMass Boston has suffered and will continue to suffer the following harms:

a. UMass Boston is currently recruiting graduate students to join our program during the 2026-2027 school year. UMass Boston provides graduate students with MHSP funds to pay for tuition. UMass Boston must select which applicants will receive MHSP funding by April 1, 2026, and the program requests that applicants must decide whether to accept by April 15, 2026. Because UMass Boston does not know whether the Department will provide funding for Fall 2026, or how much funding it will provide, UMass Boston cannot meaningfully recruit graduate students or determine how many MHSP-funded positions it will be able to offer.

b. Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in our School Counseling M.Ed. and School Psychology M.Ed./Ed.S. program. For instance, 22 Fellows were recruited to start Project Beacon in the fall of 2025, but with the non-continuation notice received in April 2025, most did not attend the university. Specifically, only four students decided to attend.

c. Current graduate students who receive MHSP funds must decide whether to continue their studies in Fall 2026. Without funding certainty, graduate students will likely leave the School Counseling M.Ed. and School Psychology M.Ed./Ed.S. programs. As of March 11, 2026, 18 graduate students who were admitted to the program left the program due to uncertainty about MHSP funding.

d. UMass Boston is currently trying to finalize graduate student intern placements for the 2026-2027 school year. Without funding certainty for Fall 2026, UMass Boston is not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this

will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

e.  UMass Boston will no longer be able to fund the three doctoral students who provide support to program implementation and, as such, UMass Boston will lose that critical support.

9.  Without funding certainty, UMass Boston will lose many of its Project Beacon grant-funded graduate students who, as part of the program, make four-year commitments to serve high risk communities in Massachusetts.  The thousands of high-risk children and teenagers in Massachusetts schools who would have been supported by Project Beacon-funded school counselors and school psychologists will likely go without much needed mental health counseling services, resulting in at least some of these young people receiving no mental health support with potential devastating consequences for their mental health, including increased risk of severe anxiety, depression and increased risk of suicide.

10.  Receiving six months of funding in the middle of the spring semester cannot resolve these harms. Even if the Department decides to pay the remainder of the committed funds to UMass Boston after the June 2026 mid-year review, there is no way to recover lost time or restore continuity once disrupted, and the faculty, staff, and students who depart due to lack of funding certainty will take their training and expertise with them, requiring new investment in recruitment, hiring, and training.  The devastating disruption that this funding mechanism would cause for the affected children in high-risk communities in Massachusetts and to the education and lives of the fifty graduate students recruited for this Fellowship who have moved to Boston from other areas

and have invested tremendous time and energy in planning for their futures in the field is irreparable.

11.    The Department's requirement that UMass Boston can only access funding using a new reimbursement request procedure will place major burdens on Project Beacon staff. Specifically, it will require additional time for staff to process reimbursement requests and significantly and unreasonably delay reimbursement for grant expenses.

**Conclusion**

12.    The Department must commit to providing funding for the second half of 2026 so that UMass Boston can plan, budget, and perform its MHSP grant project and so that the student community the program serves is not further adversely impacted.

13.    For the foregoing reasons, and in order to avoid further harm, UMass Boston needs the Department to provide funding for the entire budget period as soon as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of March, 2026, at Westborough, Massachusetts.

Denise Barton
Chief Deputy General Counsel
Office of the General Counsel
University of Massachusetts
50 Washington Street
Westborough, MA 01581