The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                 Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                 Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF KATHLEEN
BEAUDOIN IN SUPPORT OF
PLAINTIFFS' SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT
ORDERS

DECLARATION OF KATHLEEN BEAUDOIN
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## <u>DECLARATION OF KATHLEEN BEAUDOIN</u>

I, Kathleen Beaudoin, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am an associate professor of Education at the University of Washington Tacoma. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### <u>Background</u>

2. I am the Principal Investigator for Project Expand, Award # S184X240153, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3. I previously submitted a separate declaration that describes my professional background and provides additional information about UW Tacoma, available at Dkt. 291.

4. On January 16, 2026, UW Tacoma sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about UW Tacoma's grant through the end of 2025.

### <u>The Department's Noncompliance with the Court's Order Harms UW Tacoma</u>

5. On March 2, 2026, UW Tacoma received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the

Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.     Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, and that UW Tacoma's grant project was not set up to use equal expenditures across each month of grant funding, UW Tacoma has suffered and will continue to suffer the following harms:

   a.  UW Tacoma is currently recruiting graduate students to join our Ed.S. School Psychology program during the 2026-2027 school year. UW Tacoma provides graduate students with MHSP funds to pay for tuition, program expenses, and financially subsidized internship placements. Because UW Tacoma does not know whether the Department will provide funding for Fall 2026, or how much funding it will provide, UW Tacoma cannot meaningfully recruit graduate students or determine how much funded support it will be able to offer. Several applicants have asked about the funding from the grant, and we have responded that we cannot confirm that we have funding for Autumn. UW Tacoma applicants must decide whether to accept in spring (April 30). Because UW Tacoma does not know whether the Department will provide funding for Fall 2026, or how much funding it will provide, UW Tacoma cannot meaningfully recruit graduate students.

   b.  Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students are deciding not to enroll, reducing the number of students in the Ed.S. School Psychology Program. For instance, since receiving the non-continuation letter in April 2025, we have

received multiple inquiries about the status of funding during recruitment (e.g., potential applicants asking about the status of the grant during program information sessions, emails received by our program advisor about the grant funding, and questions asked by applicants about the status of the funding during interview sessions). To date, eight people have withdrawn their application and declined acceptance in the program due to the funding uncertainty. During a program meeting on March 11, 2026, faculty expressed concern for our low numbers of quality applicants this year.

c. Current graduate students who receive MHSP funds must decide whether to continue their studies in Fall 2026. Without funding certainty, graduate students may leave the Ed.S. School Psychology Program. As of March 12, 2026, two graduate students have already left the program due to financial hardship.

d. UW Tacoma is currently attempting to finalize graduate student internship placements for the 2026-2027 school year. Without funding certainty for Fall 2026, we are unable to confirm whether interns will be funded for those placements. At the time of this writing, we have two students considering taking a leave from the program, and we have another student who is now leaving Washington State for their internship. This is incongruent to the goals of Project Expand—to create more trained school psychologists working in our high-needs schools in our region. Additionally, these issues have caused harm in ways that have adversely affected instruction and learning. On March 2, 3, and 10, 2026, Ed.S. faculty needed to suspend regular instruction during class due to the distress graduate students were experiencing that was caused by uncertainty and shortage of funded internships.

This caused significant disruption, and on March 10, three students left the classroom during important instruction on key ideas directly related to mental health service provision in schools provided by a course called Group Interventions in the Schools (TSPSY 553). Consequently, because of this disruption, the instructor was unable to conclude the course with important information.

e. UW Tacoma will lose program staff who are funded by this grant because we cannot guarantee employment beyond June 1, 2026. We cannot meaningfully recruit, hire, and train a Project Coordinator with certainty of employment limited to three months instead of through December 31, 2026. We also employ two faculty members for summer support, and we will lose the opportunity to hire them due to the uncertainty of funding for their summer employment. These faculty are integral to the work of Project Expand, providing skills-based workshops for our graduate students and professional development for our field supervisors. These faculty will not commit to us as we are not able to commit funding to them. Thus, they are seeking other summer employment.

f. The loss of funded internships, graduate student attrition, and withdrawal of applications from potential graduate students in the Ed.S. Program in 2026 all adversely affect our ability to serve PK-12 students in our partnering districts and schools. Our graduate students will not be placed in high needs schools for internship where they would provide direct mental health services to PK-12 students. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary

school children, causing irreparable harm to these children from the interruption in their care.

g.  UW Tacoma is unable to begin numerous grant activities because it does not know how much of the budget for 2026 will be funded by the Department. Specifically, we are unable to prepare for the skills-based professional development workshops to increase skills for our Ed.S. students and school psychologists from our high needs partner districts for summer or autumn quarter. Summer and early fall are critical times to provide workshops and professional development for both our students and our partners because they have more flexibility in their school schedules to attend them. Moreover, we cannot plan for our annual summit, which happens in early fall, as we are unable to secure a nationally recognized trainer in mental health to provide the training on topics identified through our work with high needs partner districts. This summit would provide training for approximately seventy partners. Additionally, we still cannot convene our advisory board or work with our consultant or community partners in an effective way because we have no guarantee of funding beyond June 1, 2026. Moreover, there has been ongoing confusion, frustration, increasing distrust, and general relationship strain with our partners (i.e., district leaders, partnering school psychologists, community agencies, Ed.S. School Psychology students) as funding patterns have constrained our work. For example, we were unable to hire our four graduate assistants back for winter term as UW Tacoma requires full term positions for these students. Instead, we could only offer five weeks of hourly employment, without tuition waivers or healthcare. This caused a great deal of distress amongst all four students

and led to us losing a graduate assistant who required health insurance. We were unable to extend the five-week positions for the completion of the term as the assistantship positions are only available for full term hires, with the next opportunity beginning in spring quarter. Also, this led to a significant disruption in the work adversely affecting the goals and objectives of Project Expand (e.g., missed opportunities to convene skills-based workshops and establish an event with our community partner; inability to host a recruitment event on campus and create a cross-cohort mentorship event with our student organization).

7. Receiving six months of funding in March 2026 cannot resolve these harms. The Department must provide funding for the second half of 2026 so that UW Tacoma can plan, budget, and perform its MHSP grant project. As previously noted, the grant was not created for equal expenditures across each month of grant funding. This grant project is set up so that the Co-PIs are compensated during the summer for work they do throughout the year of the grant. With the Department only providing funding through June 1, they might not be compensated for the work they complete between January and June, and there may not be funding available for work required from Co-PIs beyond June 2026.

8. Furthermore, the Department's requirement that UW Tacoma can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff. As mentioned previously, we are unable to hire a project coordinator given that funding is limited to June 1, 2026, to support us in this work. The project budget does not include resources to hire an administrative assistant who could assist in preparing documentation that is needed for ongoing and repeated reimbursement requests.

9.      The new reimbursement request procedure will require the PI and Co-PI to prepare and finalize reimbursement requests and performance reports while they are also responsible for implementing all other components of our grant program, including supporting high-need school district partners and enhancing training of the Ed.S. students to provide mental health services to PK-12 students. Instead of prioritizing preparation for supporting our school psychologists so they can lead and implement responsive mental health services, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. Management of grants awarded to the University of Washington Tacoma by the Department of Education have never raised any fiscal or compliance concerns through internal or external audits, or from the sponsor. This requirement unnecessarily extracts valuable time and effort from PIs and staff that would be better served by continuing to focus on the work of the funded project.

### Conclusion

10.      In order to avoid further harm, UW Tacoma needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, UW Tacoma cannot plan and will be unable to retain essential staff and effectively recruit and retain Ed.S. School Psychology graduate students

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12th day of March 2026, at Tacoma, Washington.

_Kathl Beaudoin_
_____
KATHLEEN BEAUDOIN, PHD
Principal Investigator