The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | NO. 2:25-cv-01228-KKE<br><br>DECLARATION OF KRISTIN BROGAN-BARANSKI IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |

DECLARATION OF BROGAN-BARANSKI IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
(510) 879-3098

## DECLARATION OF SANTEE SCHOOL DISTRICT

I, Kristin Brogan-Baranski, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Superintendent of Santee School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Superintendent of Schools for Project SOAR Award # S184H240248, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Santee School District.

4.      On January 16, 2026, Santee School District sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Santee School District's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Santee School District

5.      On March 2, 2026, Santee School District received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until

completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.    Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Santee School District has suffered and continues to suffer the following harms:

a. To comply with State law on sufficient notice of certificated staff non-reemployment and to ensure proper planning for the 2026-2027 school year, Santee School District has already issued layoff notices to four full-time school-based mental health providers layoff notices that will be effective June 12, 2026 if Santee School District's grant is not continued through December 31, 2026. It is very likely that our program staff will seek employment elsewhere because we do not have a full year of grant funding.

b. Santee School District cannot project its expenses related to mental health services for the 2026-2027 school year based on six months of funding for this grant.

c. Losing the relationships formed between these four mental health providers and their students will have devastating effects.  These four providers account for approximately 30% of our staff, which means an impact to at least that many of our students who have been receiving their services.

7.    Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Santee School District can plan, budget, and perform its SBMH grant project.

8.    Furthermore, the Department's requirement that Santee School District can only access funding using a new reimbursement request procedure will place substantial burdens on our overburdened staff.

**Conclusion**

9.    In order to avoid further harm, Santee School District needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Santee School District cannot plan and will struggle to retain highly qualified mental health staff who are essential to our students' emotional and behavioral health.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 11th day of March 2026, at Santee, California.

_____
Dr. Kristin Brogan-Baranski
Superintendent