The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF AMY N. SCOTT
BROWN IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS

DECLARATION OF AMY N. SCOTT BROWN
IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## **DECLARATION OF AMY SCOTT BROWN**

I, Amy N. Scott Brown, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am an Associate Professor at the University of the Pacific. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### **Background**

2.      I am the Project Lead for the Pacific and Central Valley Schools (PACS) Partnership, Award # S184X230153, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about University of the Pacific.

4.      On January 16, 2026 University of the Pacific sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about University of the Pacific's grant through the end of 2025.

### **The Department's Noncompliance with the Court's Order Harms University of the Pacific**

5.      On March 2, 2026, University of the Pacific received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk

mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.    Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, University of the Pacific has suffered and will continue to suffer the following harms:

    a.  University of the Pacific is currently recruiting graduate students to join our program during the 2026-2027 school year. University of the Pacific provides graduate students with MHSP funds to pay for tuition. University of the Pacific must select which applicants will receive MHSP funding by April 15, 2026 and applicants must decide whether to accept by June 1, 2026. Because University of the Pacific does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, University of the Pacific cannot meaningfully recruit graduate students or determine how many MHSP-funded positions it will be able to offer.

    b.  Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the Counseling and School Psychology Program and specifically in the PACS Partnership. For instance, prior to Spring 2025 before receiving the Non-Continuation Notice in 2025 our acceptance rate by graduate students into the PACS Partnership was 100%. In

Spring 2025 only three-quarters (75%) of students offered the PACS Partnerships positions accepted them due to uncertainty of funding and two prospective students decided not to attend the program. We anticipate a similar pattern this year.

c.  Current graduate students who receive MHSP funds must decide whether to continue their studies in the PACS Partnership in Fall 2026. Without funding certainty, graduate students, particularly those eligible for internship will likely leave the PACS Partnership and look for funded internships in LEAs not part of the Partnership.  As of March 11, 2026, seven (7) graduate students have already left the Partnership due to uncertainty about MHSP funding during the current academic year, finding funded internships outside the Partnership leaving our Partner schools and districts in mostly rural area with limited or no funds for interns without interns for the 2025-2026 school year, disrupting the services we were providing to these elementary and secondary schools and causing irreparable harm to these children from the interruption in their care.

d.  University of the Pacific is currently trying to finalize graduate student intern placements for the 2026-2027 school year. Without funding certainty for Fall 2026, we are not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care. We currently have eight (8) graduate students eligible for internship for the upcoming academic year, most of whom have indicated they are applying for

This process differs from the University's normal drawdown procedure because staff must now prepare and submit a separate reimbursement request package with supporting documentation and wait for Department review before funds are released. Preparing these reimbursement packages requires additional administrative time compared to the standard monthly drawdown process.

Instead of prioritizing mental health services to kids in schools, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements.

**Conclusion**

10.    In order to avoid further harm, University of the Pacific needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, University of the Pacific cannot plan and will struggle to retain essential staff and retain our current graduate students, particularly our interns, and recruit graduate students for the upcoming academic year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __12__ day of __March_____ 2026, at __Stockton_____, _California_____ .

Amy N. Scott Brown
Associate Professor
Project Lead, PACS Partnership