The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF HEATHER CHAMBERLIN-SCHOLLE IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF
CHAMBERLIN-SCHOLLE IN SUPPORT OF
PLAINTIFFS' SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF [HEATHER CHAMBERLIN-SCHOLLE

I, Heather Chamberlin-Scholle, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Director of Mental Health and Wellness of the Conejo Valley Unified School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Project Director for School Based Mental Health Services Grant, Award # S184H220124, which the Department funded under the School Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Conejo Valley Unified School District.

4.      On January 15, 2026, the Conejo Valley Unified School District sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about the Conejo Valley Unified School District's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms the Conejo Valley Unified School District

5.      On March 2, 2026, the Conejo Valley Unified School District received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is

pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, the Department is providing approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.    Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, [Conejo Valley Unified School District] has suffered and continues to suffer the following harms:

a. Conejo Valley Unified School District will lose 13 school-based mental health providers funded by this grant due to the uncertainty of the funding.  On February 18, 2026, the Conejo Valley Unified School District Board of Education voted to eliminate these 13 positions citing the unpredictability of the SBMH grant.  The resolution to eliminate these positions is attached as Exhibit A.

b. Conejo Valley Unified School District is required by California Education Code 44955 to notify staff of potential reductions no later than 3/15/26.

c. To comply with state law/ensure proper planning for the 2026-2027 school year, Conejo Valley Unified School District has already issued layoff notices that will be effective 7/1/26 if Conejo Valley Unified School District's grant is not continued through December 31, 2026. It is very likely that our program staff will seek employment elsewhere because we do not have a full year of grant funding. Moreover, Conejo Valley Unified School District cannot hire new staff or project

its expenses related to mental health services for the remainder of the 2025-2026 school year or the 2026-2027 school year.

d. Four licensed clinicians have resigned since the Department of Education announced the discontinuation of Conejo Valley Unified School District's SBMH grant representing loss of training, experience, knowledge, relationships with students/teachers/other staff members.   It is particularly difficult for students experiencing mental health challenges to have to re-establish rapport with a new clinician and without the SBMH funding, Conejo Valley Unified School District will no longer be able to hire licensed staff.

e. If the SBMH funding is not restored in full, services to 6,446 elementary students will not have access to school based mental health services.  At this point in the 2025-2026 school year, 280 elementary students have received mental health services.  Additionally, mental health providers have responded to more than 400 requests for in the moment intervention for elementary students by school staff Despite significant and ongoing disruptions to traditional funding streams, the District has remained steadfast in its mission to ensure that no student's access to services is compromised. If funding is reduced or terminated, this will no longer be the case and reductions to staffing will be required.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Conejo Valley Unified School District can plan, budget, and perform its SBMH grant project.

**Conclusion**

8.    In order to avoid further harm, Conejo Valley Unified School District needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Conejo Valley Unified School District cannot plan and will struggle to retain essential staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13 day of March, 2026, at 2:40 PM, Thousand Oaks, CA.

Heather Chamberlin-Scholle
Director Mental Health and Wellness