The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

     Plaintiffs,

 v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

     Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF GLORIA E. CIRIZA
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF GLORIA E. CIRIZA IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF DR. GLORIA E. CIRIZA

I, Dr. Gloria E. Ciriza, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am San Diego County superintendent of schools. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      Under my leadership, SDCOE has served as the lead agency for the Mental Health Service Pathways Program, Award #S184X230047, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about the San Diego County Office of Education (SDCOE).

4.      On January 16, 2026, SDCOE sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about SDCOE's grant activities through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms SDCOE

5.      On March 2, 2026, SDCOE received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the

Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, SDCOE has suffered and will continue to suffer the following harms:

a. SDCOE is currently trying to finalize 14 School of Social Work Intern placements at 20 designated school sites during the 2026-27 school year. SDCOE uses MHSP funds to provide a living stipend to interns. SDCOE must select which applicants will receive an MHSP stipend by May, and placements are confirmed in August. Because SDCOE does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, SDCOE cannot meaningfully recruit graduate students or determine how many MHSP-funded stipends we will be able to offer. Our program is already experiencing a significant decline in interest from prospective interns. Program records reflect an approximate 75% decrease in candidates expressing interest, largely due to the inability to confirm a stipend to offset the substantial commute required to reach our rural school sites. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to 8,000 elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

b. SDCOE will lose program staff who are funded by this grant because of the ongoing lack of financial support. Inconsistent funding levels conflict with internal budget development timelines as well as California Education Code requirements for staff layoff notifications, which require employees receive a layoff notice by or on March 15. SDCOE issued a layoff notice to 1.0 FTE MHSP Project Specialist on March 5, 2026 as a result of the funding uncertainty. Without guaranteed funding beyond June, employees will begin exploring external employment and depart SDCOE.

c. Definitive funding is essential to ensure that all components of the program remain fully operational. Funding inconsistencies undermine the continuity required to deliver mental health services to as many as 8,000 students, including the provision of appropriate assessments and ongoing interactions with qualified mental health professionals. In the absence of stable funding, supervisory and advisement services for School of Social Work Interns cannot be sustained; contracts for staff responsible for career advisement will remain unfulfilled; and the continuity of supervision, training, and support for interns will be substantially disrupted.

7. Receiving six months of funding in the middle of the fiscal year cannot resolve these harms. The Department must provide funding for the second half of 2026 so that SDCOE can plan, budget, and perform its MHSP grant project.

8. Furthermore, the Department's requirement that SDCOE can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff. Instead of prioritizing services to students, our staff will need to commit a significant portion of their time to supporting the submission of reimbursement requests that meet

the Department's new requirements. The new requirements do not promote efficiency and have a direct impact on cash flow as the reimbursement timeline is unknown.

9. Aside from MHSP staff whose positions are directly supported by grant funds, additional personnel who provide oversight, guidance, and fiscal management for this project are also directly impacted by the ongoing situation. The interim funding received in January required leadership, program, and fiscal staff to convene and determine necessary revisions to internal budgets, resulting in a burdensome administrative process. Previously, drawdown requests had to align with the general ledger, which was already difficult to reconcile due to multiple funding sources and project years associated with this grant. The newly added requirement for a budget form and accompanying narrative further increases workload across multiple staff roles. Additionally, the uncertainty surrounding reimbursement timelines affects cash flow and financial planning. In nearly three years of SDCOE's administration of this grant, the Department has not raised any concerns regarding the organization's fiscal management.

10. Our partnership with the program's evaluator has been strained. The inconsistency of the project's funding status directly impacted the evaluator's ability to plan and streamline projects. The approximate six months of funding will only cover half of the evaluator's agreed-upon amount, directly impacting our agreement, as well as diminishing the project's overall evaluation.

**Conclusion**

11. In order to avoid further harm, SDCOE needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, SDCOE cannot ensure the continuation of programming, which jeopardizes our ability to retain

essential program staff, graduate level interns, and critical services supporting students in our local education communities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of March 2026, at San Diego, California.

Gloria E. Ciriza
San Diego County Superintendent of Schools