The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

               Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

               Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF MARGARET E. CLAUSON IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

DECLARATION OF MARGARET E. CLAUSON IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
(510) 879-3098

**DECLARATION OF MARGARET E. CLAUSON**

I, Margaret E Clauson, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Superintendent of Skokie-Morton Grove School District 69. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**Background**

2.      As Superintendent, I provide overall leadership and accountability for Skokie School District 69 (IL) federally funded initiatives including the Comprehensive Mental Health Services Award #S184H220076, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH).  The grant was discontinued on April 29, 2025.

3.      District 69 is a Tier 1 Evidence-Based Funding District identified by the State of Illinois as among the most financially under-resourced districts in the state. District 69 is funded at approximately 74% of adequacy, reflecting a 26% gap in the resources required to provide even a basic education. Under these conditions, reductions in staffing or services have a disproportionately harmful effect on the District's ability to meet student needs.

4.      The SBMH program is essential to helping the District address staffing shortages and meet the needs of Skokie's diverse student population. However, when the U.S. Department of Education provides only six months of funding, the district cannot responsibly commit to retaining staff under full-year employment contracts that run from July 1 through June 30 without assurance that those funds will continue.

5.      As a result, the District is unable to fully implement the comprehensive mental health program supported by the SBMH grant. Partial-year allocations require the District to repeatedly scale back services, revise implementation plans, and attempt to rebuild programming if additional funding later becomes available. Effective program development, staffing continuity, and meaningful outcomes require stable and predictable funding commitments. The ongoing cycle of reducing and rebuilding services undermines program effectiveness and weakens the trust that students, families, and staff place in the District's ability to provide consistent mental health supports.

6.      On January 7, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Skokie-Morton Grove School District 69.

7.      On January 16, 2026, Skokie-Morton Grove School District 69 sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Skokie-Morton Grove School District 69's grant through the end of 2025.

**The Department's Noncompliance with the Court's Order Harms Skokie-Morton Grove School District 69**

8.      On March 2, 2026, Skokie-Morton Grove School District 69 received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After

reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

9. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Skokie-Morton Grove School District 69 has suffered and continues to suffer harm. The following identify impacts of a partial year funding allocation.

   a. District 69 has lost two districtwide SBMH social-emotional learning specialists, one SBMH liaison, one child and family therapist, one grant project manager, and one data analyst through position elimination or attrition. Continued funding uncertainty may require the elimination of additional positions, including a child and family therapist, school psychologist advisor, social work advisor, psychology interns, and social work interns.

   b. These losses represent not only a reduction in staffing but also the loss of institutional knowledge, established relationships with students and families, and collaborative partnerships with teachers and staff across the District. These professionals had developed trusted relationships with students and school teams and played central roles in coordinating mental health supports, data analysis, and prevention programming. Their departure disrupts continuity of care, reduces the District's capacity to monitor student needs, and weakens the systems that support early identification and intervention.

   c. Illinois law also requires school districts to issue notices of reduction in force to certified staff by April 15 of each year. If the Department does not provide certainty that funding will continue through the end of the budget period, District 69 will be

required to issue layoff notices to SBMH-funded staff to comply with state law and allow proper planning for the 2026–2027 school year. Once those notices are issued, it is very likely that staff will seek employment elsewhere rather than remain in positions with uncertain funding.

d. Funding instability also disrupts the District's ability to recruit and retain qualified mental health professionals. Positions such as school psychologists, social workers, and counselors are already recognized as shortage areas statewide and nationally. When these positions were originally filled, recruitment often required extended search timelines and multiple recruitment cycles to identify qualified candidates. If these employees leave the District due to funding uncertainty, there is no assurance that the District will be able to recruit replacements, particularly outside the traditional school hiring cycle.

e. District 69 also maintains partnerships with universities that serve as pipelines for preparing future school-based mental health professionals. Intern placements are typically finalized by mid-March for the following academic year. Ongoing funding uncertainty jeopardizes these partnerships and disrupts the District's ability to recruit and train graduate interns who expand service capacity.

f. These staffing losses and recruitment challenges directly reduce the District's ability to provide mental health services to students. School-based mental health services rely on trusted relationships between students and providers. When staffing reductions occur, those relationships are disrupted, delaying student progress and reducing engagement with services. Fewer qualified professionals are

available to respond to student needs and crises in a timely manner, which affects both immediate intervention and long-term preventative support.

g.  Mental health services in District 69 are integrated across a Multi-Tiered System of Supports, including universal prevention, targeted interventions, and intensive services for students with the greatest needs. Staffing disruptions weaken each level of this system. Preventative and enrichment programming—including after-school mental health clubs, art therapy, music therapy, and other social-emotional supports—may also be reduced or discontinued. As a result, fewer students will have access to preventative and early intervention services, and existing mental health professionals must serve larger caseloads.

h.  To comply with state law and ensure proper planning for the 2026–2027 school year, Skokie-Morton Grove School District 69 must issue layoff notices by April 15, 2026 that will be effective at the end of the 2025–2026 school year if the District's SBMH grant is not continued through December 31, 2026. Because the Department has committed to providing only six months of funding, the District would be required to release SBMH grant-funded staff in order to comply with this statutory deadline. If funding were later restored, the District would need to attempt to rehire these positions outside the normal hiring cycle in July. In practice, however, it is very likely that program staff will seek employment elsewhere because the District cannot offer a full year of funding. Moreover, the District cannot responsibly hire new staff or project its expenses related to mental health services for the remainder of the 2025–2026 school year or the 2026–2027 school year while funding remains uncertain.

i. The loss of mental health staff due to funding uncertainty has a direct and measurable impact on the District's ability to provide services to students. School-based mental health professionals provide prevention, early intervention, crisis response, counseling, and coordination of services for students experiencing emotional, behavioral, and social challenges. When these positions are reduced or eliminated, the number of students who can receive services decreases significantly. District 69 has already experienced a reduction in its capacity to provide universal prevention programming, targeted small-group interventions, and coordinated mental health services across schools. These positions supported districtwide initiatives designed to reach large numbers of students through Tier 1 and Tier 2 supports, including social-emotional learning programming, staff consultation, and early identification of students in need of services.

j. As staffing reductions occur, fewer students will have access to preventative and early intervention mental health supports, and existing mental health professionals must serve larger caseloads. Larger caseloads reduce the amount of time professionals can spend with individual students and limit the District's ability to provide timely interventions before concerns escalate into more serious mental health crises. If additional positions must be eliminated due to continued funding uncertainty—including a Child and Family Therapist, School Psychologist Advisor, Social Work Advisor, and multiple psychology and social work interns— the District's ability to provide direct services will be further reduced. Interns play an important role in expanding service capacity by providing counseling, small-group support, and supervised interventions under licensed staff. Staffing

reductions may also affect preventative and enrichment programming designed to promote student well-being, including after-school mental health clubs, art therapy, music therapy, and other social-emotional supports. When these services are reduced or interrupted, students may experience delays in accessing care or disruptions to ongoing therapeutic support, increasing the risk that mental health concerns will worsen.

10.    Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that District 69 can plan, budget, and perform its SBMH grant project.

11.    Furthermore, the Department's requirement that District 69 can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

12.    The Department's revised funding procedures create significant additional administrative burdens for Skokie-Morton Grove School District 69. Under the new reimbursement process, District staff must devote increased time and effort to preparing detailed reimbursement requests, reports, and supporting documentation in order to access grant funds. These additional requirements place a substantial burden on the District's already limited administrative resources.

13.    The same staff responsible for preparing reimbursement requests and performance reports are also responsible for implementing key components of the District's SBMH program. These responsibilities include coordinating mental health programming across schools, supporting social-emotional learning initiatives, supervising SBMH interns, monitoring service delivery data, and working with school teams to identify and respond to student mental health needs. Instead of

focusing on these mission-critical functions, such as expanding access to mental health services, strengthening preventative programming, and ensuring timely intervention for students, district staff will be required to devote a significant portion of their time to preparing reimbursement requests and documentation to comply with the Department's revised procedures. This additional administrative workload reduces the District's capacity to implement and strengthen the comprehensive mental health services that the grant is intended to support.

14.    In the three years that Skokie-Morton Grove School District 69 has implemented this grant, and in my eighteen years working with U.S. Department of Education grants at this and prior districts, the Department has never raised concerns regarding the District's fiscal management, reporting practices, or compliance with grant requirements. The District has consistently maintained strong fiscal controls, timely reporting, and responsible stewardship of federal funds.

**<u>Conclusion</u>**

15.    In order to avoid further harm, Skokie-Morton Grove School District 69 needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty throughout the end of 2026, District 69 cannot effectively plan for staffing, program implementation, and service delivery. Continued uncertainty will significantly impair the district's ability to provide essential mental health services to students, retain qualified staff, and recruit graduate interns who expand the district's service capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __13th__ day of <u>March</u>, 2026, at <u>Skokie</u> , <u>Illinois</u>.


<u>Margaret E. Clauson</u>
Margaret E. Clauson
Superintendent    Skokie/Morton    Grove    School
District 69