The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

                              Plaintiffs,

     v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF LISA CLAUSSEN IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF LISA CLAUSSEN IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## DECLARATION OF EUREKA CITY SCHOOLS

I, Lisa Claussen, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Director of Student Services at Eureka City Schools. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      As the Director of Student Services for Eureka City Schools, I oversee a wide range of projects and programs that support students and promote their academic success. I have served as the Student Services Director since July 2022. I have been a teacher since 2000, beginning my career at a university Child Development Center and later teaching in a Non-Public School. Over the course of twelve years, I taught in both resource and special day class settings, supporting students with diverse learning needs. I then spent five years at the district level as the Director of School Leadership and Support, providing guidance and oversight to school administrators and instructional programs. Before my current role, I served for 4 years as a Program Manager for an extensive Part C-to-B early education program, where I led initiatives to strengthen program quality and staff development. I hold a Master's Degree in Special Education, a Mild-Moderate Education Specialist Credential, an Administrative Services Credential, and a Child Development Director's Permit. Throughout my career, I have supported multiple state and federal grants, including the culmination of the 2019 School-Based Mental Health Grant, and have contributed to the Substance Abuse and Mental Health Services Administration (SAMHSA) Project AWARE grants. Additionally, I have helped lead and support Eureka City Schools' participation in the

California Children and Youth Behavioral Health Initiative (CYBHI) Fee Schedule Program and the California Community Schools Partnership Program (CCSPP) Cohorts 2 and 3.

3.	Eureka City Schools is the largest school district in Humboldt County, serving 3,389 students across nine schools, with students from Preschool to 12th grade. With the mission of "Every Learner, Every Day: Engaged, Empowered, and Future-Ready." Eureka City Schools is committed to providing a wide range of supports, including mental health services, and this is a priority for our community, administration, and school district.

4.	As the Student Services Administrator, I lead projects focused on providing support services for students and their families, including school-based, embedded mental health services. This includes my role as Project Administrator for the Eureka School-Based Mental Health Services Project, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

**The Department's Continuation Decision Order Effectively Discontinued the SBMH Grant for Eureka City Schools**

7.	On March 2, 2026, Eureka City Schools received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

8.     Because of the ongoing uncertainty concerning our funding, Eureka City Schools has suffered and continues to suffer the following harms:

a.  As a direct result of the Department's decision to only provide six months of funding, Eureka City Schools eliminated the positions of five direct mental health service providers, one Wellness Center office manager, and one dedicated school health billing specialist. All of these positions are funded entirely through this grant. The elimination of these positions has already led, and will continue to lead, to the departure of qualified school-based mental health service providers from the district.

b.  The district's mental health service providers supervise and support a broader ecosystem of personnel, including Certified Wellness Coaches and both Bachelor's- and Master's-level social work interns from Cal Poly Humboldt. The loss of supervisory staff places these internships and associated services at risk, destabilizing the district's mental health infrastructure and reducing service capacity across campuses.

c.  The Department's decision to only provide six months of funding eliminates key workforce development pathways that train and retain new mental health professionals within Humboldt County. This reduction directly limits the future supply of qualified mental health providers in an already underserved, rural region.

d.  Eureka City Schools' embedded mental health hubs will also be eliminated, forcing learners and families to seek care within an already overburdened and inaccessible community mental health system. This loss is especially significant given the district's documented rates of youth suicide risk, child abuse, and substance use.

e. For many learners, school-based counselors and social workers are their only accessible source of mental health care. Learners served by Eureka City Schools experience high levels of trauma, behavioral challenges, and socioeconomic barriers. The loss of embedded mental health services will result in unmet needs, increased absenteeism, academic failure, and escalating behavioral crises.

f. The impact of these services is immediate and tangible. District mental health professionals have intervened in life-threatening situations, including instances involving suicide attempts and dangerous medication ingestion. These interventions prevented loss of life and serious long-term harm. Parents have reported that therapeutic coaching and embedded services enabled them to continue caring for their children safely.

g. There will be real and lasting consequences for students who depend on Eureka City Schools' high school academic counselors as their only source of mental health care. District students are not statistics—they are children who are already navigating immense trauma, behavioral challenges, and socioeconomic barriers. Without these services, many students will struggle in silence, lacking the resources to cope, heal, and thrive.

h. The lack of full-year funding will remove a vital support system, placing them at greater risk for academic failure, emotional instability, and long-term behavioral challenges. Eureka City Schools will face a devastating gap in mental health care, leaving students vulnerable to chronic absenteeism, academic failure, and worsening behavioral crises.

9.	Eureka City Schools has been required to divert unrestricted resources and alternative funding sources in order to maintain staff employment and avoid service interruptions through the remainder of the 2025–2026 school year. Despite these efforts, staff positions were eliminated through Board Approval on March 12, 2026, and mental health service providers have left the district as a result. Thus, the Department's decision to provide only six months of funding has significantly impaired the district's school-based mental health program.

**<u>Conclusion</u>**

10.	In order to avoid further harm, Eureka City Schools needs full funding of the award and not partial funding. Without complete annual funds, Eureka City Schools cannot plan and will struggle to retain essential staff. Eureka City Schools needs to know whether or not there will be future funding, so it can perform important metrics of its grant project, such as recruiting graduate student interns for the 2026-27 school year and retaining the remaining mental health employees currently employed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of March, 2026, at Eureka, California.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Lisa Claussen
Director, Student Services, Eureka City Schools