The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, et al.,

                     Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

                   Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF LAURA CURRAN IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

DECLARATION OF LAURA CURRAN IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

<u>**DECLARATION OF LAURA CURRAN**</u>

I, Dr. Laura Curran, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.    I am the Dean of the University of Connecticut School of Social Work and a Professor. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**<u>Background</u>**

2.    I am the Principal Investigator for the U.S. Department of Education Award #S184X240053 issued to the University of Connecticut, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.    On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about the University of Connecticut.

4.    On January 16, 2026, the University of Connecticut School of Social Work sent the Department a performance report per the Department's January 9, 2026 request. The performance report contains data and detailed information about the University of Connecticut's grant through the end of 2025.

**<u>The Department's Noncompliance with the Court's Order Harms the University of Connecticut</u>**

5.    On March 2, 2026, the University of Connecticut received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an

updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.     Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the University of Connecticut suffered and will continue to suffer the following harms:

    a.  The University of Connecticut School of Social Work is currently recruiting graduate students to join our program during the 2026-2027 school year. The University of Connecticut School of Social Work provides graduate students with MHSP funds to pay for tuition and must select which applicants will receive MHSP funding no later than May 15, 2026.  Applicants must decide whether to accept by no later than June 15, 2026. Because the University of Connecticut School of Social Work does not know whether the Department will provide funding for Fall 2026, or how much funding it will provide, the University of Connecticut School of Social Work cannot meaningfully recruit graduate students or determine how many MHSP-funded positions it will be able to offer.

    b.  Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the School Social Work Scholars (SSWS) Program. For instance, multiple MSW applicants expressed dismay and

did not submit applications after learning of the loss of SSWS funding opportunities in Fall 2026.

c. The University of Connecticut School of Social Work is currently trying to finalize graduate student intern placements for the 2026-2027 school year. Without funding certainty for Fall 2026, we are not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

d. Funding disruption and uncertainty also impacts over 100 K-12 Connecticut students who receive services from our graduate students under appropriate supervision. It is disruptive to our community partners and school districts who cannot appropriately plan services for this coming fall.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that the University of Connecticut School of Social Work can plan, budget, and perform its MHSP grant project.

8. Furthermore, the Department's requirement that the University of Connecticut School of Social Work can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff. Our staff have already had to manage post-award complications multiple times, again creating an undue administrative burden that deflects from the overall mission of the grant.

**Conclusion**

9.      In order to avoid further harm, the University of Connecticut School of Social Work needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, the University of Connecticut School of Social Work cannot plan and cannot maintain functional partnerships with community agencies. Moreover, the University of Connecticut School of Social Work will struggle to recruit, retain and appropriately place practicum students for this program and others.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March, 2026, at Storrs, Connecticut.

*Laura Curran*
Laura Curran (Mar 13, 2026 12:57:22 EDT)

Laura Curran, MSW, PhD
Dean and Professor