The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF KAREN DEORIAN IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF KAREN DEORIAN IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
(510) 879-3098

## DECLARATION OF Madera Unified School District

I, Karen DeOrian, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Director of School Culture and Climate of Madera Unified School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Project Director for the 2022 USDOE School Based Mental Health Grant,  Award #. S184H220042, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH).  This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about the Madera Unified School District.

4.      On January 16, 2026, Madera Unified School District sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Madera Unified School District's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Madera Unified School District

5.      On March 2, 2026, Madera Unified School District received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is

pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.    Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Madera Unified School District has suffered and continues to suffer the following harms:

a. Madera Unified School District will lose nine school-based mental health providers funded by this grant because of the funding uncertainty and gap from July 1, 2026 to December 31, 2026.

b. To comply with California Education Codes 45114, 45117, 45298, and 45308 for the 2026-2027 school year, Madera Unified School District has already issued layoff notices on March 06, 2026 that will be effective July 1, 2026 if Madera Unified School District's grant is not continued through December 31, 2026. It is very likely that our program staff will seek employment elsewhere because we do not have a full year of grant funding. Moreover, Madera Unified School District cannot hire new staff or project its expenses related to mental health services for the remainder of the 2025-2026 school year or the 2026-2027 school year. A true and correct copy of the Board Adopted Resolution regarding staff layoff is attached as Attachment A.

7.    Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Madera Unified School District can plan, budget, and perform its SBMH grant project.

8.    Furthermore, the Department's requirement that Madera Unified School District can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

9.    The same staff who will prepare and finalize reimbursement requests and performance reports are also responsible for implementing other components of our grant program, including overseeing implementation of grant activities.  Instead of prioritizing mental health services for students, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. In the three years that Madera Unified School District has performed this grant and in my six years working on Department of Education grants at Madera Unified School District, the Department has never raised any concerns aboutMadera Unified School District's management of funds.

**Conclusion**

10.    In order to avoid further harm, Madera Unified School District needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Madera Unified School District cannot plan and will be unable to retain essential staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __12th__ day of __March__ 2026, at __Madera, California__.

Karen DeOrian,
Director of School Culture & Climate,
Madera Unified School District