The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                 Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                 Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF ANDREW FUREDI
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF ANDREW FUREDI IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## DECLARATION OF ANDREW FUREDI

I, Andrew Furedi, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am President and CEO of Para Los Niños. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2. I am the President and Chief Executive Officer for Para Los Niños with the School Based Mental Health (SBMH) Program, Award # S184H230201, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3. On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Para Los Niños.

4. On January 16, Para Los Niños sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Para Los Niños' grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Para Los Niños

5. On March 2, 2026, Para Los Niños received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion

of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Para Los Niños has suffered and continues to suffer the following harms:

    a. Para Los Niños will lose school-based mental health staff funded by this grant because we don't have a clear guarantee of funding between now and the end of the grant term.

    b. To ensure proper planning for the 2026-2027 school year, Para Los Niños must issue layoff notices by April 30 that will be effective on June 30, 2026 if Para Los Niños' grant is not continued through December 31, 2026. It is very likely that our program staff will seek employment elsewhere because we do not have a full year of grant funding. Moreover, Para Los Niños cannot hire new staff or project its expenses related to mental health services for the remainder of the 2025-2026 school year or the 2026-2027 school year.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Para Los Niños can plan, budget, and perform its SBMH grant project.

8. Furthermore, the Department's requirement that Para Los Ninos can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff. The Para Los Ninos' finance team estimates that this process will

take an additional 8 to 12 hours of extra work between program director and the finance team to deliver all of the documents requested by the U.S. Department of Education. This additional time is time that our program staff and finance team are spending away from other tasks connected to their roles.

### Conclusion

9.      To avoid further harm, Para Los Niños needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Para Los Niños cannot plan and will be unable to retain essential staff for this program. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at Los Angeles, California.

Andrew Furedi
President & CEO
Para Los Niños