The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.,

                Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF JANEE BOTH
GRAGG IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS

DECLARATION OF JANEE BOTH GRAGG IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

<u>**DECLARATION OF JANEE BOTH GRAGG, PH.D.**</u>

I, Janee Both Gragg, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Professor, and Chair for Clinical Mental Health Counseling, and Founding Director of the Mental Health Training and Integration Center at the University of Redlands.  I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**<u>Background</u>**

2.      I am the Project Director for the Inland Empire Mental Health Training and Integration Center Project, Award # S184X240190, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.      On July 2, 2025, and January 9, 2026, I submitted separate declarations that describe my professional background and provide additional information about The University of Redlands.

4.      On January 16, 2026, the University of Redlands sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about the University of Redlands' grant through the end of 2025.

**<u>The Department's Response to the Court's Order Harms the University of Redlands</u>**

5.      On March 2, 2026, the University of Redlands received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability

and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period. In that notice, the Department also referred to "concerns about the rapid use of federal funds and the difficulty for the Department to recover those funds once spent," which the University of Redlands perceives as a suggestion that, even after it spends the grant funds, the Department may seek return of those funds.

6.    Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, and the Department's reference to "recover[ing] those funds once spent," the University of Redlands has suffered and will continue to suffer the following harms:

a.    The University of Redlands is currently recruiting graduate students to join our program during the 2026-2027 school year. For students starting the Fall, 2026, term, the University of Redlands would provide graduate students with MHSP funds to advance academic and practicum training. The University of Redlands must select which applicants will receive MHSP funding by in Spring 2026, and applicants must decide whether to accept by early summer, 2026. Because the University of Redlands does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, the University of Redlands cannot determine how many MHSP-funded positions it will be able to offer, which negatively impacts recruitment. Additionally, without a funding

commitment beyond December 2026, the university may not be able to sustain the funding for academic and practicum training for the students it would recruit. Without reasonable funding certainty, prospective students may not be able to enroll, reducing the number of students in the Master of Arts Clinical Mental Health Counseling Program who we would prepare to help meet the goals and aims of the funded project.

b. The University of Redlands is currently trying to finalize graduate student intern placements for the 2026-2027 school year. Without funding certainty for fall 2026, we are not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

c. The University of Redlands has already eliminated one employment position due to the discontinuation, and it cannot sustain new program staff funded by this grant because of the uncertainty regarding continued funding for the project. With the reduced funding made available for 2026, the uncertainty surrounding whether additional funding will be made available after June 30, 2026, and the possibility that awarded funding may be required to be returned to the Department, qualified professionals cannot be recruited at the university and Redlands Unified School District to fill the Clinical Training Director (CTD), Student Success and Well-Being Coordinator, and onsite clinical Supervisor positions, which are needed to successfully implement the goals and aims of the funded project. Additionally, the

project does not have sufficient time to complete the curriculum development and program approval process needed to establish the new degree specialization detailed in the funded application. Without the expectation for stable funding during 2026 and coming years, the project cannot lay the foundation for sustaining the degree specialization and providing needed services to young people in regional LEAs.

d. In the current year, placement of 20 MHSP-supported graduate student counselors in K–12 schools, each providing approximately 10 hours per week of face-to-face counseling, could deliver roughly 7,200 direct service hours, impacting an estimated 1,000–1,200 K–12 students through short-term, school-based mental health interventions. This estimate reflects a conservative average of 6–8 counseling sessions per student and aligns with typical MTSS-informed service delivery models in school settings. It will be difficult to achieve this impact in 2026 given the funding provided to date and the conditions placed on the funding.

e. The University of Redlands is not an R-1 institution with a self-sustaining center for research that can continue programs when anticipated grant funding falls through or becomes uncertain. We created the Inland Empire Mental Health Training and Integration Center based on the Department of Education's commitment to this grant. The existence and success of the Center rises and falls not only on the funding itself but also on the reasonable certainty of that funding continuing pursuant to the terms of the original award. Without a reasonable certainty that the funding will continue for the duration of the grant as long as the University complies with the terms of the grant and the regulatory provisions

incorporated therein – which we have done to date and are ready and willing to continue to do – we likely will not be able to meet the goals of the grant.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that the University of Redlands can plan, budget, and perform its MHSP grant project.

8. Furthermore, the Department's requirement that the University of Redlands can only access funding using a new reimbursement request procedure will place substantial burdens on already stretched School of Education, Sponsored Programs, and Office and Business and Finance staff.

9. Compared to previous years, the University of Redlands will face considerable uncertainty about the funds it commits to the successful execution of its MHSP project and increased risks and costs of delay in receiving reimbursement for expenditures that have been approved by program staff and meet federal cost principles. Many of the same staff who will prepare and finalize reimbursement requests and performance reports are also responsible for implementing key components of the project. University staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. In the four recent years that the University of Redlands has managed funds awarded by three separate programs within the U.S. Department of Education (OSEP-OSERS, DHSI, and MHSP), the Department has never raised any concerns about the University of Redlands's management of funds. The burden placed on the university at this time is unwarranted.

**Conclusion**

10. In order to avoid further harm, the University of Redlands needs the Department to provide funding for the entire budget period as soon as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at _Redlands_, California.

_____
Janee Both Gragg
Professor, and Chair for Clinical Mental Health Counseling