The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.,

               Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

               Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF JANNETH
JOHNSON-SMITH IN SUPPORT OF
PLAINTIFFS' SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT
ORDERS

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF Janneth Johnson-Smith

I, Janneth Johnson-Smith, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Senior Director of Counseling and College Persistence at Green Dot Public Schools. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Project Director for the grant entitled Recruiting and Retaining School-Based Mental Health Service Providers at Green Dot Public Schools to Support Students with Highest Needs, Award No. S184H220183, with Ánimo Jackie Robinson Charter High School being the lead LEA on the project, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Green Dot Public Schools.

4.      On January 16th, 2026,  Green Dot Public Schools sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Green Dot Public School's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Green Dot Public Schools

5.      On March 2, 2026, Green Dot Public Schools received a Notice of Continuation of Grant Award. A true correct copy of the Notice is attached as Exhibit A. The Notice stated

that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Green Dot Public Schools has suffered and continues to suffer the following harms:

a. Green Dot Public Schools will lose school-based mental health providers funded by this grant because of uncertainty of the grant continuation halfway through Green Dot Public Schools' grant period.

b. To comply with state law and ensure proper planning for the 2026-2027 school year, Green Dot Public Schools has already issued layoff notices that will be effective June 30, 2026, if Green Dot Public Schools' grant is not continued through December 31, 2026. It is very likely that our program staff will seek employment elsewhere because we do not have a full year of grant funding. Moreover, Green Dot Public Schools cannot hire new staff or project its expenses related to mental health services for the remainder of the 2025-2026 school year or the 2026-2027 school year.

c.  The uncertainty of continued grant funding has already begun to destabilize the School Based Mental Health program at Green Dot Public Schools and poses significant operational and educational harm if not resolved. The program currently supports 16 School Mental Health Service Providers, 9 Designated Instruction and Services (DIS) Counselors, and a School Psychologist Program Administrator who collectively provide critical mental health services to 9,771 students. Ongoing uncertainty about the future of this funding has made it increasingly difficult to maintain staffing stability. Two School Psychologist positions currently remain unfilled, extending wait times for evaluations and interventions and delaying legally and clinically required supports for students.

d.  This uncertainty also threatens partnerships with 10 local universities that currently provide paid internship placements for 30 graduate-level trainees whose supervised fieldwork is required for degree completion and licensure. These partnerships serve as a critical pipeline for recruiting qualified school-based mental health professionals. Disruption to this pipeline would make it significantly more difficult and costly to recruit and retain qualified staff in the future, particularly for specialized positions that already require extensive outreach, months-long hiring timelines, and substantial onboarding and training investments.

e.  The instability created by uncertain funding also jeopardizes prior investments in staff training and program quality. Recently implemented evidence-based practices, including Eye Movement Desensitization and Reprocessing (EMDR) therapy, require consistent staffing and continuity to be effective. If funding

uncertainty leads to staff departures, Green Dot Public Schools risks losing trained clinicians, institutional knowledge, and the trusted relationships they have built with students, teachers, and families over time.

f.  Additionally, prolonged uncertainty increases the likelihood of workforce attrition, as highly trained clinicians may seek more stable employment elsewhere. Any resulting vacancies would place increased caseloads on remaining staff, heightening the risk of burnout and further turnover. Green Dot Public Schools also risks losing the benefit of already-paid retention incentives and professional development investments funded through the grant. Collectively, these impacts undermine the stability and effectiveness of the School Based Mental Health program and limit Green Dot Public Schools' ability to provide timely, legally required, and clinically appropriate mental health services to the students who depend on them.

g.  During the 2024–2025 school year alone, Green Dot Public Schools' mental health team conducted 2,639 crisis interventions for 760 students experiencing traumatic events, emotional dysregulation, severe grief, or suicidal ideation. The funding disruption threatens Green Dot's ability to continue providing these life-saving interventions, placing students at serious risk and negatively affecting classroom learning environments, school climate, and student engagement. The loss of these mental health service providers will lead to further service disruptions that undermine continuity of care, erode student trust, and cause irreparable harm to students who rely on stable mental health supports.

h. In order to maintain continuity of mental health services during the remainder of the 2025–2026 school year, Green Dot Public Schools reallocated funds to retain mental health service providers who were previously grant funded through the end of the school year. Green Dot used its Children and Youth Behavioral Health Initiative implementation budget to cover provider salaries through June 30, 2026. These funds were originally intended to support the development of a sustainable mental health infrastructure, including a billing system and a Multi-Tiered System of Supports framework through 2027. As a result of the termination of SBMH funding, Green Dot will fully deplete these funds by June 30, 2026, eliminating two years of planned runway to achieve long-term sustainability. Without a fully implemented Multi-Tiered System of Supports framework, students are less likely to receive timely interventions to address barriers to learning, including depression, grief, suicidal ideation, and trauma-related symptoms, and schools will have fewer staff available to respond to students in crisis.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Green Dot Public Schools can plan, budget, and perform its SBMH grant project.

8. Furthermore, the Department's requirement that Green Dot Public Schools submit reimbursement requests to access funding and also submit another performance report by June 1, 2026 will place substantial burdens on our already under-resourced staff. A true and correct copy of the Reimbursement Process is attached as Exhibit B.

9. Compared to prior years of the grant, the new reimbursement procedures create additional cash flow and administrative burdens for Green Dot Public Schools.

Historically, the grant operated with a more predictable reimbursement process that allowed Green Dot Public Schools to manage staffing and program implementation without significant delays or administrative strain. The newly required documentation and reporting expectations introduce additional steps that may slow the reimbursement timeline and require substantially more staff time to prepare and submit requests. Green Dot Public Schools' Grants Accounting team estimates that the new reimbursement reporting requirements will require an additional 4 to 6 hours per month to prepare and finalize reimbursement submissions. In addition, School Mental Health Service Providers will be required to spend significant additional time preparing detailed narratives and documentation explaining individual expenses. These clinicians are hired to provide direct mental health services to students, and any time diverted toward administrative reporting requirements reduces the time available for counseling, crisis response, and preventative mental health support. The same staff responsible for preparing reimbursement requests and performance reports are also responsible for implementing key components of the School Based Mental Health program and supporting the delivery of services across school sites. Instead of prioritizing student-centered mental health supports and program implementation, staff will be required to dedicate a meaningful portion of their time to meeting the Department's expanded reimbursement documentation requirements. In the three years that Green Dot Public Schools has administered this grant, the Department has never raised concerns regarding Green Dot Public Schools' management of grant funds. The new reporting requirements therefore represent a significant increase in administrative workload without a prior indication of

compliance issues. This additional burden diverts staff capacity away from mission-focused work and the direct provision of mental health services to students.

10. Performance reports usually contain data about how the mental health services have helped students improve across those areas. But that data is only collected quarterly per school year, and it is not available until several months after the school year ends. Thus, this information will not be available by June 1. Additionally, performance reports usually contain at least 6 months of data/information, so that the report can clearly show how the implementation team are meeting or exceeding their stated goals of the grant. The same staff who will prepare and finalize reimbursement requests and performance reports are also responsible for implementing other components of our grant program, including direct services to students and guidance for best practices for mental health service providers. For example, our staff had to focus on the January 16 performance report instead of critical mental health supports for students. Similarly, in preparation for the June 1 report, our staff will need to commit a significant portion of their time to compiling the performance report instead of prioritizing key components of our grant program. Usually, our staff only submit an interim performance report 9 months and an annual report 13 months after receiving our annual grant award, in September and February respectively. Spending substantial resources and time on two reports in less than six months will significantly detract from our programmatic work.

**Conclusion**

11. In order to avoid further harm, Green Dot Public Schools needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Green Dot Public Schools cannot plan and will struggle or be unable to retain essential staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ___12__ day of _____March__ 2026, at ___Los Angeles_____, __California_____.

_____
Janneth Johnson-Smith (Mar 13, 2026 16:32:49 PDT)

Janneth Johnson-Smith
Senior Director of Counseling and College Persistence

# JJS ROB Declaration of Harm March 2026

Final Audit Report                                                                  2026-03-13

| | |
|---|---|
| Created: | 2026-03-13 |
| By: | Chris Corbo (christopher.corbo@greendot.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkGs7Kq4STAX5u40FiagoBeTDVeczgCqY |

## "JJS ROB Declaration of Harm March 2026" History

Document created by Chris Corbo (christopher.corbo@greendot.org)
2026-03-13 - 9:39:03 PM GMT

Document emailed to Janneth Johnson-Smith (jjohnson@greendot.org) for signature
2026-03-13 - 9:39:07 PM GMT

Email viewed by Janneth Johnson-Smith (jjohnson@greendot.org)
2026-03-13 - 9:48:36 PM GMT

Document e-signed by Janneth Johnson-Smith (jjohnson@greendot.org)
Signature Date: 2026-03-13 - 11:32:49 PM GMT - Time Source: server

Agreement completed.
2026-03-13 - 11:32:49 PM GMT

Adobe Acrobat Sign