The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF SHARI
JOHNSTON IN SUPPORT OF
PLAINTIFFS' SECOND MOTION
TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF SHARI JOHNSTON
IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF SHARI JOHNSTON

I, Shari Johnston, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Wellness Coordinator of Livermore Valley Joint Unified School District (LVJUSD). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**Background**

2. I am the Program Director for the LVJUSD Behavioral Health Care for Elementary Students project, Award # S184H220198, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3. On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about LVJUSD.

4. On January 16, 2026, LVJUSD sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about LVJUSD's grant through the end of 2025.

**The Department's Noncompliance with the Court's Order Harms LVJUSD**

5. On March 3, 2026, LVJUSD received a Notice of Continuation of Grant Award. The Notice provided half of the originally allocated funding for Year 4 of our grant.

6. Because of the ongoing uncertainty of receiving the funding we were originally allotted, LVJUSD has suffered and continues to suffer the following harms:

   a. To comply with state law for the 2026-2027 school year, LVJUSD has already issued precautionary layoff notices to four out of our five total mental health

counselors and must issue final layoff notices by May 15, 2026 that will be effective May 31st if LVJUSD's grant funding is not allotted in full. We cannot sustain our program without those four mental health counselors. Our program staff will likely seek employment elsewhere because we do not have a full year of grant funding for the 2026-27 school year. Moreover, LVJUSD cannot hire new staff or project its expenses related to mental health services for the 2026-2027 school year.

b. If our full grant funds are not provided (or alternative funding is not identified), we stand to lose a counselor with over a decade of experience.

c. The counselor provides services to over 500 students. She has built strong relationships and systems with her school site. This loss will impact other school sites because program staff will need to cover two or more additional school sites and serve the students previously served by the other counselor. This would cause a reduction of services for all our elementary sites. In addition, LVJUSD can not afford the two Social Workers to be continued funded by this grant. Their services impact all elementary school sites, including approximately 2000 students for tier one support, 861 for tier two support, and 111 for tier three support.

7. The Department must provide funding for the second half of 2026 so that LVJUSD can plan, budget, and perform its SBMH grant project.

8. In the three years that LVJUSD has performed this grant at LVJUSD, the Department has never raised any concerns about LVJUSD's management of funds.

**Conclusion**

9.     In order to avoid further harm, LVJUSD needs the Department to provide our original Year 4 funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, LVJUSD cannot plan, will struggle to retain essential staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13 day of March 2026, at Livermore, California

Shari Johnston
Wellness Coordinator