The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

              Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

              Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF CHANDRA KHAN
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF CHANDRA KHAN IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF CHANDRA KHAN

I, Chandra Khan, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.     I am the Chief Research Officer and Associate Vice President of Research, Sponsored Programs, and Graduate Studies of California State University, East Bay ("CSUEB"). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.


### Background

2.     I am the Chief Research Officer and Associate Vice President of Research, Sponsored Programs, and Graduate Studies for the School-Based Collective Wellness: The East Bay Partnership Model Project, Grant Award # S184X240072, which the Department funded under and which CSUEB received as part of the Department's Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.     On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about CSUEB.

4.     On January 16, 2026, CSUEB sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about CSUEB's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms CSUEB

5.     On March 2, 2026, CSUEB received a Notice of Continuation of Grant Award. The Notice stated that, "due to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and

budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.     Because of the ongoing uncertainty as to whether CSUEB will receive funding for the second half of the budget period, CSUEB has suffered and will continue to suffer the following harms:

a.  CSUEB is currently recruiting graduate students to join our programs during the 2026-2027 school year. CSUEB provides graduate students with MHSP funds for placements to pay for tuition. CSUEB must select the first batch of applicants as to which applicants will receive MHSP funding by May 15, 2026, and the second batch of applicants must decide whether to accept by August 2026. Because CSUEB does not know whether the Department will provide funded placements for Fall 2026, or how much funding will be provided, CSUEB cannot meaningfully recruit graduate students or determine how many MHSP-funded placements it will be able to offer.

b.  Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the School Psychology and School Counseling graduate programs. For instance, since receiving the non-continuation letter in Spring 2025, CSUEB has been unable to include information about funded

placements in recruitment efforts and in response to questions from prospective students, likely deterring students from applying to and attending CSUEB's School Psychology and School Counseling Programs, because they are choosing programs that have funding available instead.

c. Current graduate students who receive MHSP funds must decide whether to continue their studies in fall 2026. Without funding certainty, graduate students may leave the School Psychology or School Counseling Programs.

d. CSUEB is currently trying to finalize graduate student fieldwork and intern placements for the 2026-2027 school year. Without funding certainty for fall 2026, CSUEB is not able to confirm whether interns will be funded for placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care. CSUEB planned to place 20 graduate students in fieldwork or internship placements in fall 2026 and are not able to finalize or fill for those placements without funding certainty. In year 1, CSUEB met our GPRA goal of placing 16 trainees, and will not be able to meet the year 2 goal with this uncertainty of funding.

e. CSUEB will lose program staff who are funded by this grant. Due to the uncertainty of funding, CSUEB is unable to continue the employment of an Administrative Coordinator/Grant Analyst to provide a range of logistical support for graduate trainee placements, budgeting, stipend processing, and graduate student and supervisor support, after June 1, 2026. Additionally, CSUEB will be unable to

continue the employment of Graduate Research Assistants after June 1, 2026, who provide support with grant-related activities and data management. Kavita Atwal, Co-PI and Recipient Project Director, has 9.0 teaching release units for grant work, and the University is currently identifying faculty to teach courses during the Fall semester. Due to the uncertainty of funding, the University is not able to finalize how many adjunct faculty members may need to be hired, identify adjunct faculty members, or confirm which classes Kavita Atwal will teach.

f.  With the uncertainty of funding, CSUEB is unable to place 20 students in fieldwork or intern placements. Those 20 graduate students would work in local K-12 schools, providing support to their fieldwork supervisors who are School Psychologists or School Counselors, and are available to support all students at their assigned schools as needed. The number of K-12 students who will not be served as a result of the uncertainty of funding is approximately 9,557 K-12 students.

g.  Due to the uncertainty of funding, CSUEB is unable to identify 20 School Psychologists and School Counselors from local school districts who would serve as supervisors for program trainees. As a result, those local practitioners will not have the support from our trainees, adding to their difficulties of already working in fields with student-to-practitioner ratios that are much higher than national recommendations. Additionally, those supervisors will not receive stipends and university support. We are also unable to plan and execute continued work with our partner LEAs, including pathway development from K-12 to Chabot Community College to CSUEB graduate training programs.

7.      Receiving six months of funding in the middle of the spring semester cannot and will not resolve these harms. The Department must provide funding for the second half of 2026 so that CSUEB can plan, budget, and perform its MHSP grant project.

8.      Furthermore, the Department's requirement that CSUEB can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

9.      Instead of prioritizing key components of our grant program building career and K-12, community college, and university pathways, supporting our partner LEAs, and supporting local under-resourced K-12 schools and school-based mental health practitioners, our project team will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements.

10.      In the over one year that CSUEB has performed this grant, and in my over four years working on Department of Education grants at CSUEB, the Department has never raised any concerns about CSUEB's management of funds.

**Conclusion**

11.      In order to avoid further harm, CSUEB needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, CSUEB cannot plan for the future, and will struggle to retain essential staff and recruit graduate students.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __12th___ day of __March___ 2026, at __Hayward____, __CA_____.


_____

Chandra Khan, Ph.D.

Associate Vice President of Research, Sponsored Programs, and Graduate Studies, California State University, East Bay