The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF RICHARD
MOCARSKI IN SUPPORT OF
PLAINTIFFS' SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT
ORDERS

DECLARATION OF RICHARD MOCARSKI
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## **DECLARATION OF RICHARD MOCARSKI**

I, Richard Mocarski, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.     I am Vice President of Research and Innovation Partnerships of Northern Illinois University ("NIU"). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### **Background**

2.     I am the Vice President for Research and Innovation Partnerships at NIU, an Authorized Organizational Official for the Preparing Educators as School Psychologists in Northern Illinois ("PESP-NI") grant, Award # S184X220145, which NIU received as part of the Department's Mental Health Service Professional Demonstration Grant Program. This grant was discontinued on April 29, 2025.

3.     On January 7, 2026, I submitted a separate declaration that describes my professional background and provides additional information about NIU.

4.     On January 14, 2026, NIU sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about NIU's grant through the end of 2025.

### **The Department's Noncompliance with the Court's Order Harms NIU**

5.     On March 2, 2026, NIU received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the

Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6. Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, NIU has suffered and will continue to suffer the following harms:

a. Current graduate students who receive MHSP funds must decide whether to continue their studies in fall 2026. Without funding certainty, graduate students will likely leave the School Psychologist Program. As of March 13, 2026, 1 graduate student has already left the program due to uncertainty about MHSP funding.

b. NIU is currently trying to finalize graduate student intern placements for the 2026-2027 school year. Without funding certainty for fall 2026, we are not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

c. NIU will lose program staff who are funded by this grant. Specifically, the project coordinator will be lost, which will impact program participants, partner schools, and the program overall.

d. If the Department does not fully fund this program, over two-thirds of PESP-NI's current students will not be able to complete their training, as NIU's funding will end before the second and third cohorts of students complete their degrees.

Specifically, cohort 2 will not have funding for their internship year and cohort 3 will not have funding to cover their final coursework or their year of internship. Participating schools, administrators, instructors, and students will have wasted countless hours of hard work and resources, and students will have sacrificed precious time with family. Finally, the 50,000 students in the seven partner LEAs of northern Illinois will not receive the support that the PESP-NI students would have provided as school psychologists.

7.    Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that NIU can plan, budget, and perform its MHSP grant project.

8.    Furthermore, the Department's requirement that NIU can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

9.    The same staff and program leadership team will be responsible for parts of these new, onerous reimbursement requirements.  Instead of prioritizing key components of our grant program, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. In the 2 and quarter years that NIU has performed this grant at NIU, the Department has never raised any concerns about NIU's management of funds.

**<u>Conclusion</u>**

10.    In order to avoid further harm, NIU needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, NIU cannot plan and will struggle to retain essential staff and retain graduate students.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, in DeKalb, Illinois.

_____
Richard Mocarski, PhD
Vice President for Research and Innovation Partnerships
Northern Illinois University
590 College Ave
DeKalb, Il 60115