The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

      Plaintiffs,

 v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

      Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF GAYLE NADLER IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF GAYLE NADLER IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
(510) 879-3098

**<u>DECLARATION OF GAYLE NADLER</u>**

I, Gayle Nadler, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.    I am the Executive Director of the Multicultural Learning Center. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**<u>Background</u>**

2.    I have Executive Oversight for Multicultural Learning Center LEA Consortium for the Mental Health Service Professionals Grant, Award #S18X220146-24, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.    On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Multicultural Learning Center.

4.    On January 16, 2026 Multicultural Learning Center sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Multicultural Learning Centers's grant through the end of 2025.

**<u>The Department's Noncompliance with the Court's Order Harms Multicultural Learning Center</u>**

5.    On March 2, 2026, Multicultural Learning Center received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an

updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.      Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Multicultural Learning Center has suffered and will continue to suffer the following harms:

- Multicultural Learning Center's University Partners are asking us now about fall 2026 internship placement opportunities and need to have them secured before June. Because Multicultural Learning Center does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, Multicultural Learning Center cannot meaningfully recruit or retain graduate students for internships or determine how many MHSP-funded internship positions it will be able to offer. Thus, we have lost the opportunity to secure graduate students for a second year due to the uncertainty around next school year's program. While the first-year students are completing their field work by May 2026 and would like to continue with us in their second year, we may lose them. As a result, those graduate students may be less likely to choose school-based therapy as a long-term career goal, which would reduce the number of mental health providers in public schools. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

- Prospective graduate students are choosing whether to invest their time and money in one of our Universtiy Partners' graduate programs. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the USC, UCLA or California State University Northridge Master's in Social Work or Master's in Counseling programs, and reducing the pool of graduate student interns available to serve our students.

- Multicultural Learning Center's LEA Consortium will lose program staff who are funded by this grant because we need to commit to returning staff by May 1, 2026 and they will seek employment elsewhere. We lost one program staff member this month whom we will struggle to replace without a guarantee of funding for the fall semester.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Multicultural Learning Center can plan, budget, and perform its MHSP grant project.

8. Furthermore, the Department's requirement that Multicultural Learning Center can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resources staff.

9. Historically, federal grant programs through the US Department of Education have allowed grantees to draw down funds that are about to be paid (within a 5-day period) or after expenses have been paid. The new requirement for our grant, forces us to use our cash flow to pay for all grant expenditures and then wait for reimbursement. The annual allocation of MHSP grant funds for our program is close to one million dollars, with the vast majority of funds utilized for personnel (full-time counselors and mental health interns hired specifically for this program). We are concerned that the reimbursement process will put our cash flow at risk - especially since the new protocol did not provide clear definitive timelines for reimbursement.

**<u>Conclusion</u>**

10.     In order to avoid further harm, Multicultural Learning Center needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Multicultural Learning Center cannot plan and will struggle to retain essential staff and retain or recruit graduate student interns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at Canoga Park, California.

*Gayle Nadler*

Gayle Nadler
Executive Director