The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                     Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                     Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF JODI NOCERO IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF JODI NOCERO IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF JODI NOCERO

I, Jodi Nocero, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am Director of Pupil Services for Oxnard School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2. I am the Project Director for Oxnard School District's Mental Health Service Professional Demonstration Grant, Award # Sl84X230009, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3. On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Oxnard School District.

4. On January 16, 2026 Oxnard School District sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about the grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Oxnard School District

5. On March 2, 2026, Oxnard School District received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk

mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.      Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Oxnard School District has suffered and will continue to suffer the following harms:

    a. Oxnard School District is currently recruiting graduate students to join our internship program during the 2026-2027 school year. Oxnard School District provides graduate student interns a living stipend. Oxnard School District must select which applicants will receive an MHSP stipend by March 30, 2026, and applicants must decide whether to accept the internship by April 30, 2026. Because Oxnard School District does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, Oxnard School District cannot meaningfully recruit graduate students or determine how many MHSP-funded stipends it will be able to offer. Without funding certainty, graduate students will likely leave the clinical programs at our University Partners, reducing the pool of graduate student interns available to serve our students.  If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

b. Prospective graduate students are choosing whether to invest their time and money in our University Partners' programs. Without funding certainty, prospective students will likely decide not to enroll in our University Partners' programs, reducing the number of students in the Clinical Social Worker or Marriage and Family Therapist programs. For instance, one of the local universities has closed one of the satellite programs in the area for clinical programs.

c. Oxnard School District will lose program staff who are funded by this grant because of the uncertainty of continued employment.  One of our clinicians has already resigned to secure other employment, due to concerns that potential reductions in grant funding would affect their employment. Our clinicians play a key role in supporting students' sense of belonging. As we continue to work on decreasing our chronic absentee rate since COVID, clinicians have made a positive impact on school culture and students' sense of belonging as evidenced by a decrease in our chronic absentee rate.

d. With a decrease in the number of clinicians, the caseloads continue to rise.  At some point, students cannot be added to clinicians' caseloads, which negatively impacts students' mental health. If students cannot be seen on site, referrals are made to already stressed outside service providers, prolonging the support students need. Currently, approximately 200 students are being supported by our mental health clinicians and graduate student with more referrals coming.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Oxnard School District can plan, budget, and perform its MHSP grant project.

8.      Furthermore, the Department's requirement that Oxnard School District submit reimbursement requests to access funding and also submit another performance report by June 1, 2026, will place substantial burdens on our already under-resourced staff. Performance reports usually contain data about attendance, academics, and behavior to show how the mental health services have helped students improve across those areas. But that data is only collected once per budget year, and it is not available until approximately eight months into the budget year. Thus, this information will not be available by June 1.

**Conclusion**

9.      In order to avoid further harm, Oxnard School District needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Oxnard School District cannot plan and will struggle to retain essential staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of March 2026, at Oxnard, California.

_Jodi Nocero_

_____
JODI NOCERO
DIRECTOR OF PUPIL SERVICES
OXNARD SCHOOL DISTRICT