The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF NIKKI
POINDEXTER HAM IN SUPPORT OF
PLAINTIFFS' SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT
ORDERS

DECLARATION OF NIKKI POINDEXTER
HAM IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO ENFORCE
SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## DECLARATION OF BOWIE STATE UNIVERSITY

I, Nikki Poindexter Ham, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Assistant Professor at Bowie State University. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Principal Investigator for Bowie State University, Ujima Center for School Counseling Program grant, Award # S184X230160, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.      On January 16, 2026, Bowie State University sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Bowie State University's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Bowie State University

4.      On March 2, 2026, Bowie State University received a Notice of Continuation of Grant Award. The Notice stated that, "due to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, while seeking to mitigate grantee concerns regarding academic year funding the Department is providing  your grant award approximately 6 months of funding until completion

of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions."

5.    In other words, the Department has only committed to providing funding for the first half of the budget period.

6.    Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Bowie State University has suffered and will continue to suffer the following harms:

a.    Bowie State University had planned to recruit graduate students to join our program during the 2026-2027 school year. Bowie State University provides graduate students with MHSP funds to help pay for tuition. Bowie State University must select which applicants will receive MHSP funding by May 1, 2026 and applicants must decide whether to accept by June 15, 2026. However, because Bowie State University does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, Bowie State University cannot meaningfully recruit graduate students or determine how many MHSP-funded positions it will be able to offer. Accordingly, Bowie State University has been compelled to suspend recruitment efforts entirely for 2026-2027 program year, as the school counseling program cannot in good conscience recruit scholars into a program it cannot guarantee will be financially supported through their program completion. If we do not receive certainty as to our funding, our pipeline of trained school counselors will narrow or vanish, and the multiple school systems we serve

will see a significant decrease in trained school based mental health professionals in their high need schools.

b. Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the School Counseling Program. For instance, following the receipt of the non-continuation letter in April 2025, Bowie State University experienced immediate disruption to its scholar recruitment pipeline with several consequences for the program's ability to fulfill its core federal purpose. It is likely that the current funding uncertainty, if not immediately remedied, will result in similar consequences.

c. Current graduate students who receive MHSP funds must decide whether to continue their studies in fall 2026. Without funding certainty, graduate students may leave the school counseling program. Bowie State University does not have complete data on the number of graduate students who have departed the program solely as a result of the MHSP funding uncertainty, as students may leave for multiple reasons. However, the continued uncertainty regarding program funding has created a documented climate of instability that has affected scholar engagement, retention, and decision-making regarding continued enrollment. Our inability to provide scholars with timely accurate information about their financial support for the coming academic year significantly impacts students' ability to stay in the program.

d. The sustained uncertainty regarding full-year funding has resulted in loss of grant-funded staff. The Ujima Center's grant funded staff positions require a guarantee

of fundings sustainability before the University can create or sustain those positions through the University human resource process. Since the Department has provided funding only in short term increments, specifically an initial continuation through February 6, 2026, extended to March 2, 2026, with continued uncertainty beyond the June 1, 2026 midyear check in, Bowie State University has been unable to satisfy the institutional requirement necessary to maintain or recruit for grant funded staff positions. As a result, as of December 31, 2025, the Ujima Center has been operating without any grant-funded administrative staff. The program currently has only faculty continuing grant activities, with no Project Coordinator, no Financial Systems Coordinator, and no supporting program staff in place.

e. The loss of these staff positions has caused immediate and ongoing harm to the program's operational capacity. These staff members carried institutional knowledge of grant compliance processes, established working relationships with LEA partners and university administrative offices cannot be quickly or easily replaced. Bowie State University cannot recruit qualified candidates for these roles without the ability to guarantee employment beyond a six-month period, and the Department's pattern of incremental short-term finding authorizations makes that guarantee impossible to provide. Without a commitment of the full year funding, it is virtually impossible to effectively plan for staffing needs, execute program activities, or maintain the operational continuity necessary to meet grant objectives.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Bowie State University can plan, budget, and perform its MHSP grant project.

8.      Furthermore, the Department's requirement that Bowie State University can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

9.      In prior years of this grant Bowie State University accessed federal funds through its standard drawdown process, which allowed the institution to align reimbursement requests with its existing financial reporting cycles without significant additional administrative burden. The Department's new reimbursement pay status procedure requires submission of an ED 524B budget form, a detailed narrative description of expenditures, and supporting documentation for each reimbursement request before the US Department Education will authorize payment in G5. This represents a more burdensome process than what was required in Years 1 through 3 of this grant.

10.     The staff responsible for preparing and submitting these reimbursement requests are the same staff responsible for scholar advising and support, LEA partner coordination, field placement supervision, professional development delivery, evaluation data collection, and grant compliance monitoring. These are no administrative support roles with capacity to absorb new documentation demands. They are the program's primary operational staff.

11.     Every hour committed to preparing reimbursement documentation is an hour not spent supporting scholars in their placements, coordinating with LEA partners, or delivering the training activities this grant funds. In the years that Bowie State University has performed this grant, the university has worked diligently and in good faith to manage federal funds in accordance with grant requirements, including actively addressing carryover balances through documented justification and approved reallocation plans. The imposition of this additional layer of procedural burden on an already reduced administrative team is disproportionate to the operational realities

of the program and will directly compromise the University's ability to pursue priority mission-focused grant activities during the remaining budget period.

**Conclusion**

12.     In order to avoid further harm, Bowie State University needs the Department to provide funding for the entire budget period as soon as possible, and as has been standard practice throughout this grant. Without funding certainty through the end of 2026, Bowie State University cannot plan and will struggle to retain essential staff. The university will also struggle to retain current school counseling students and recruit graduate students without funding certainty through the end of 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 12 day of March 2026, at 14000 Jericho Park, Bowie, Maryland .

DocuSigned by:

*Nikki Poindexter Ham*

35EF4A3C9C2F4B8...

Nikki Poindexter Ham
Principal Investigator