The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

STATE OF WASHINGTON, et al.,

               Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

               Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF CHRISTINA RIOS IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

DECLARATION OF CHRISTINA RIOS IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## DECLARATION OF CHRISTINA RIOS

I, Christina Rios, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.    I am the Director of Mental Health of the Lansing School District. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.    I am the Project Director for **T**actics to **E**xpand **A**ccess to **M**ental Health **S**upports (TEAMS) Grant, Award # S184H220173 which the Department funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3.    On November 5, 2025, I submitted a separate declaration that describes my professional background and provides additional information about the Lansing School District.

4.    On January 16, 2026, the Lansing School District sent the Department a Year 3 Annual Performance Report Executive Summary per the Department's January 9, 2026, request. The document contains data and detailed information about Lansing School District's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms Lansing School District

5.    On March 2, 2026, the Lansing School District received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until

completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.     Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the Lansing School District has suffered and continues to suffer the following harms:

a.  The Lansing School District will lose school-based mental health providers funded by this grant because existing employee contracts funded through the grant expire June 5, 2026, and such contracts for the 2020-2027 school year are scheduled to renew beginning August 24, 2026.

b.  The Lansing School District cannot hire new staff or project its expenses related to mental health services for the remainder of the 2025-2026 school year or the 2026-2027 school year.

c.  Since the Notice of Discontinuation issued on April 29, 2025, Lansing School District has lost eight of the eighteen positions funded by this grant. This was an extreme loss in experience, knowledge, and relationships with students/teachers/other staff members. That loss significantly impacted our ability to provide access to care throughout the district's 23 buildings/programs. We also lost the ability to secure contracts with community partners, which resulted in a loss of the equivalent of an additional five employees providing case management, social emotional learning and therapy to the Lansing School District. We are currently unable to recruit or hire additional employees because grant funding

remains uncertain.  When originally hired, employees in grant-funded positions understood funding to exist until December 31, 2027 -- the current funding instability has proven to be an understandable point of contention with employees, to the point of eight resignations, a loss of about 45% of grant-funded personnel.

d.  Students of the Lansing School District are paying the ultimate price of these ongoing decisions of the Department.  Schools that last year had full time mental health clinicians are now forced to share clinicians who are servicing multiple buildings, providing inadequate and reduced  coverage to our entire district.

e.  Prior to April 29, 2025, the Lansing School District, in conjunction with the SBMH grant has been funding a Grow Your Own program to increase the number of licensed mental health professional in the Lansing School District.  Prior to April 29, 2025, we were successful in recruiting 7 highly qualified staff to enroll in Michigan State University's Masters of Social Work program to that end.  Due to the ongoing uncertainty of and jeopardized funding, we have lost nearly 29% of those enrolled with a projected graduation of May 2027.  One of those still enrolled is also  contemplating retiring early and leaving the Lansing School District in order to complete their degree because of funding uncertainties.

f.  The Lansing School District cannot meaningfully plan and execute student mental health services because of the ongoing uncertainty and funding disruptions caused by the Department.  The ability to plan, or know with certainty what funding is available, if funding will be approved and now will funding be reimbursed disrupts scheduling and planning professional development, speakers and ongoing contractual services.  Fiscally, the need to continually generate new budgets and

narratives for the Department causes gaps in services and extremely short/quick turnarounds to spend funds as they are dispersed without the ability to plan/prepare.

7.    Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that The Lansing School District can plan, budget, and perform its SBMH grant project.

8.    Furthermore, the Department's requirement that the Lansing School District can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff. During year 3 of funding, the Lansing School District was required to submit pre-approval for all purchases, speakers, professional development, etc.  Pre-approval would be a simpler process as reimbursement impacts the Lansing School District's ability to spend large sums of money on projects or purchases.  This causes substantial excess work for our accounting department, compliance department and purchasing department.  It also creates additional work for the role of the Project Director, who also oversees the Mental Health Department within the Lansing School District.

9.    The Department's shift to partial disbursement of grant funding presents significant operational and financial challenges for Lansing School District. Under prior procedures, Lansing School District was able to rely on predictable funding disbursements that allowed it to plan programming, staffing, and purchases with confidence. The current approach, which requires Lansing School District to front expenses and wait for reimbursement or partial funding releases, creates cash flow constraints that Lansing School District is not structurally equipped to manage. Lansing School District operates on tight budgets with limited discretionary funds. When grant funds are not fully disbursed upfront, Lansing School District must temporarily cover program costs using its own operating funds. This creates cash flow issues, particularly when it must pay

for program materials, contracted services, transportation, or staff stipends in advance. Compared to prior years, when funding procedures allowed for smoother program implementation, the new process requires Lansing School District to assume financial risk and delay certain activities until federal grant funds are confirmed. Finally, because of the reimbursement approach newly implemented by the Department, Lansing School District is forced to pause major expenditures because of the Department's altered approval standards, which create uncertainty for Lansing School District because those standards are inconsistent with those used by the Department in prior years of this grant.

### Conclusion

10.     In order to avoid further harm, the Lansing School District needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, the Lansing School District cannot plan and will be unable to retain essential staff and will be unable to properly plan/implement vital student mental health services throughout our school district.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at Lansing, Michigan.

_Christina Rios, LMSW, MPA_
Christina Rios, LMSW, MPA
Director of Mental Health
Lansing School District