The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

               Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

               Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF CATHERINE
DRAPER RODRIGUEZ IN SUPPORT OF
PLAINTIFFS' SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT
ORDERS

DECLARATION OF CATHERINE DRAPER
RODRIGUEZ IN SUPPORT OF PLAINTIFFS'
SECOND    MOTION    TO    ENFORCE
SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## <u>DECLARATION OF CATHI DRAPER RODRIGUEZ</u>

I, Catherine Draper Rodriguez, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a Project Director in University Corporation at Monterey Bay. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**<u>Background</u>**

2.      I am the Project Director for Project REACH (Responsive Educators and Advocates Committed to mental Health), Award # S184X230032, which University Corporation at Monterey Bay received as part of the Department's Mental Health Service Professional Demonstration Grant Program. This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about California State University, Monterey Bay.

4.      On January 15, 2026, CSUMB sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about CSUMB's grant through the end of 2025.

**<u>The Department's Noncompliance with the Court's Order Harms UNIVERSITY CORPORATION AT MONTEREY BAY</u>**

5.      On March 2, 2026, University Corporation at Monterey Bay received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is

pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.      Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, University Corporation at Monterey Bay has suffered and will continue to suffer the following harms:

a. CSUMB is currently recruiting graduate students to join our program during the 2026-2027 school year. CSUMB provides graduate students with MHSP funds to pay for tuition. CSUMB must select which applicants will receive MHSP funding by end of March 2026, and applicants must decide whether to accept by April 2026. Because CSUMB does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, CSUMB cannot meaningfully recruit graduate students or determine how many MHSP-funded positions it will be able to offer.

b. Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the CSUMB School Psychology Program.

c. Current graduate students who receive MHSP funds must decide whether to continue their studies in fall 2026. Without funding certainty, graduate students will

likely leave the CSUMB School Psychology Program. As of March 11, 2026, several graduate students have already stated concern about continuing the program due to uncertainty about MHSP funding.

d. Project REACH will lose program staff who are funded by this grant because of uncertainty around their continued employment in the fall.

e. Due to uncertainty in funding, Project REACH is not able to finalize services to be provided to partner districts (e.g., universal mental health screening, professional development)for the fall. MHSP facilitates partnerships between high-needs school districts and institutions of higher education, allowing opportunities for practicum students and interns to obtain required clinical supervision and increase additional children and youth's access to school mental health services. These services allow us to meet grant goals. For reference, Project REACH supported 900 K-12 students and provided professional development for 32 service providers in fall 2025.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that CSUMB can plan, budget, and perform its MHSP grant project.

8. Furthermore, the Department's requirement that University Corporation at Monterey Bay can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff. The estimated time to reconcile and compile the required supporting documentation will increase the workload of Post Award, the PI, and Grant Accounting. We estimate 5-7 business days.

**Conclusion**

9.      In order to avoid further harm, University Corporation at Monterey Bay needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Project REACH cannot plan and will struggle to retain essential staff and current graduate students.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _13th____ day of __March_ 2026, at ___Salinas__, ____CA__.

 

Dr. Cathi Draper Rodríguez, NCSP, LEP
EdS School Psychology Program
Coordinator and Professor