The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF SARAH SABAY IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

DECLARATION OF SARAH SABAY IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

**<u>DECLARATION OF SARAH SABAY</u>**

I, Sarah Sabay, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Director of Grants for South Seattle College. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information I acquired through the performance of my duties. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I have been the Director of Grants since January 2022. In my current role, I oversee the grant management process for South Seattle College's state and federal grants. Prior to this role, I was Director of the TRIO Educational Opportunity Center (EOC) at South Seattle College for eight years.

**<u>TRIO EOC Grant</u>**

3.      TRIO EOC is a federal grant program whose goal is to provide financial and academic assistance to eligible participants, including low-income individuals who would be first-generation college students, who are seeking to pursue postsecondary education.

4.      In 2021, the Department of Education awarded South Seattle College a five-year EOC grant for the project period of September 1, 2021 through August 31, 2026. The EOC grant runs on a September 1 to August 31 budget period. The Department issued a GAN for the first budget period of September 1, 2021, to August 31, 2022, followed by three continuation award GANs for the 2022-23, 2023-24, and 2024-25 budget periods, with the last budget period ending on August 31, 2025.

5.      South Seattle College has successfully operated its EOC grant project to the benefit of low-income, first-generation college students. For instance, TRIO EOC served over 1,000 adults

interested in pursuing a high school diploma, college degree, or technical certification during the 2023-24 academic year.

6.      On September 15, 2025, the Department notified South Seattle College that it would not be funding a continuation award for the September 1, 2025, through August 31, 2026, budget period. The letter explained:

> The Department has undertaken a review of grants and determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration, in that the programs: violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds. The grant is therefore inconsistent with, and no longer effectuates, the best interest of the Federal Government and will not be continued.

7.      South Seattle College is a member of the Council for Opportunity in Education (COE), a nonprofit organization for members of the TRIO community. On September 30, 2025, COE filed a lawsuit to challenge the discontinuation of its members' TRIO grants. The case is *Council for Opportunity in Education v. U.S. Department of Education*, Case No. 1:25-cv-03514 (D.D.C.). On January 16, 2026, the court entered a preliminary injunction and ordered the Department to issue new continuation determinations.

8.      On March 9, 2026, the Department sent South Seattle College a "Notice of Continuation of Grant Award" stating that its EOC grant was being "continued under protest." Our program officer at the Department also proactively contacted us to schedule a meeting to discuss the TRIO EOC grant project, budget, and next steps. Due to the uncertainty and disruption caused by the Department's original discontinuation of the EOC grant, including uncertainty about what period (if any) would be funded or when funding would be available, South Seattle College has had to revisit and revise its original budget for the 2025-26 budget period. South Seattle College

is working with its program officer to update its budget and ensure project success in the last year of the TRIO EOC grant project.

**Grant Reimbursement Procedures**

9.      I understand that last year, the Department discontinued Mental Health Service Professional (MHSP) and School Based Mental Health (SBMH) grants under circumstances similar to the discontinuation of South Seattle College's EOC grant. I understand the Department has now continued many of those grants under protest and is requiring MHSP/SBMH grantees to use a strict reimbursement approval process in order to access funds.

10.      Based on my experience working with federal grants, the Department has two ways of providing funds to grantees using a reimbursement process. Under the normal procedure (reimbursement pay status), the grantee incurs expenses, submits invoices to the Department, and then draws down the requested amount. There is also a stricter procedure (route pay status) which subjects grantees to a strict approval process and imposes additional requirements on the grantee. Under the stricter procedure, grantees must fill out a detailed budget request form, the ED 524 budget form, and receive approval from their program officer before they are reimbursed. As described to me, the Department is requiring the MHSP/SBMH grantees to use the stricter procedure since it is requiring grantees to fill out the ED 524 budget form.

11.      In my experience, the Department reserves the strict procedure (route pay status) for high-risk situations, as this procedure imposes increased burden and delay for grantees. Generally, the Department would not impose the strict procedure unless the institution was new to Department-funded grants or had a history of cash management or reimbursement issues. However, although South Seattle College is not a high-risk institution, it recently received a grant under the Fund for the Improvement of Post-Secondary Education (FIPSE) program under which

the Department has temporarily imposed the strict procedure. In that situation, FIPSE is a brand-new grant program, and the Department frontloaded all four years of the grant award into South Seattle College's account, which is unusual. At a webinar, the Department explained to South Seattle College and other long-time reliable institutions that they would only need to use the strict procedure for the first reimbursement request, and that if the request went smoothly, the grantee would be able to use the normal reimbursement process going forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at Seattle, Washington.

Sarah Sabay
Director of Grants, South Seattle College