The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF KRISTIN SCHMIDT
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF KRISTIN SCHMIDT IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
(510) 879-3098

## DECLARATION OF CRYSTAL LAKE ELEMENTARY SCHOOL DISTRICT 47

I, Kristin Schmidt, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am Director of Social Emotional Learning in Crystal Lake Elementary School District 47 ("District 47"). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2. I am the Project Director for the SBMH grant Project LAKE, Award ##S184H220061, which the Department funded under the School-Based Mental Health Services Grant Program (SBMH) . This grant was discontinued by the Trump Administration on April 29, 2025.

3. On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about District 47.

4. On January 16, 2026, District 47 sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about District 47's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms District 47

5. On March 2, 2026, District 47 received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until

completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.      Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, District 47 has suffered and continues to suffer the following harms:

a.  District 47 will lose school-based mental health providers funded by this grant because current staff members will seek other employment if funding is not secure.

b.  To comply with state law/ensure proper planning for the 2026-2027 school year, District 47 must issue layoff notices by March 20, 2026  that will be effective June 30, 2026 if the District 47 grant is not continued through December 31, 2026. It is very likely that our program staff will seek employment elsewhere because we do not have a full year of grant funding. Moreover, the lack of funding means that District 47 cannot hire new staff or project its expenses related to mental health services for the remainder of the 2025-2026 school year or the 2026-2027 school year.

c.  District 47 has already been informed by current SBMH funded staff that they are interviewing with other districts due to the uncertainty of the continuation of these funds.  We had not been able to secure all positions for the 2025-2026 school year due to this ongoing uncertainty and the loss of these individuals who cumulatively provide District 47 with decades of experience, knowledge and professional

expertise. The loss of these individuals and positions will be devastating to the students of their respective buildings.

d.  Without these positions, the response time to the mental health needs of students will be delayed. In addition, District 47 will be required to reduce or eliminate crucial proactive interventions because current staffing capacity will not be able to sustain what has been established through the grant funded positions.

e.  As school districts across the country budget within a July 1- June 30 academic calendar, the Department's decision impacts District 47's ability to properly plan in a fiscally responsible manner to ensure the services provided to children remain intact.

7.  Receiving six months of funding in the middle of the spring semester does not resolve these harms. The Department must provide funding for the second half of 2026 so that District 47 can plan, budget, and perform its SBMH grant project.

8.  Furthermore, the Department's requirement that District 47 can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

9.  The same staff who will prepare and finalize reimbursement requests and performance reports are also responsible for overseeing and supporting grant funded SBMH providers as well as analyzing data related to the impact of these positions on children. Instead of prioritizing key components of our grant program, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. In the three years that District 47 has performed this grant, all of which I have

been the Project Manager working with the Department of Education, the Department has never raised any concerns about District 47's management of funds.

**Conclusion**

10.    In order to avoid further harm, District 47 requests that the Department provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, District 47 cannot properly plan and will struggle to retain essential staff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 11th day of March, 2026, at 12:00pm.

_____
Kristin Schmidt
Director of Social Emotional Learning
Project Director SBMH Grant Project LAKE