The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF MOLLY STREAR IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF MOLLY STREAR IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## DECLARATION OF MOLLY STREAR

I, Molly Strear, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am an Associate Professor of San Francisco State University. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Project Director for the School-Based Mental Health Counseling Training Project, Award # S184X230064, which the Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about San Francisco State University.

4.      On January 16, 2026, San Francisco State University sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about San Francisco State University's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms San Francisco State University

5.      On March 2, 2026, San Francisco State University received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is

pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.     Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, San Francisco State University has suffered and will continue to suffer the following harms:

    a.  San Francisco State University is currently recruiting graduate students to join our program during the 2026-2027 school year. San Francisco State University provides graduate students with MHSP funds to pay for tuition. San Francisco State University must select which applicants will receive MHSP funding as soon as possible given applicants had to decide whether to accept their admissions offers by March 6, 2026. Because San Francisco State University does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, San Francisco State University cannot meaningfully recruit project participants or determine how many MHSP-funded positions it will be able to offer.

    b.  Prospective graduate students are choosing whether to invest their time and money in our program, and whether to commit to project expectations such as completing fieldwork in our partner LEAs. Without funding certainty, prospective students may decide not to enroll, reducing the number of students participating in our project and potentially reducing enrollment in the Department of Counseling at San

Francisco State University. For instance, due to this uncertainty, we have not recruited current or incoming students for fieldwork positions in our partner LEAs, and it is likely many of these positions will go unfilled unless an immediate funding commitment is possible. Furthermore, due to this funding uncertainty and newly imposed reimbursement restrictions, San Francisco State University was notified on March 10, 2026 that one of our partner LEAs may not be able to enact clinical supervision contracts for the fall semester, limiting their capacity to host Marriage, Family, and Child Counseling and Clinical Mental Health Counseling fieldwork students that require clinical supervision for licensure.

c. Current graduate students who receive MHSP funds must decide whether to continue their studies in fall 2026. Without funding certainty, graduate students will likely leave the Department of Counseling at San Francisco State University. As of March 11, 2026, one graduate student has already left the program. Sixteen graduate students entered the 2025–2026 academic year with the expectation of continued MHSP funding. Several of these students have indicated significant financial hardship because of the Department's discontinuation and subsequent decision to only provide six months of funding for the 2026 budget year.

d. San Francisco State University is currently trying to finalize graduate student fieldwork placements for the 2026-2027 school year. Without funding certainty for fall 2026, we are not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and

secondary school children, causing irreparable harm to these children from the interruption in their care.

e. San Francisco State University will lose program staff who are funded by this grant because we do not have the capacity to create contracts without a complete understanding of our funding and project timelines. Graduate Assistant (GA) positions funded through the MHSP grant support core project functions, including professional development and continuing education unit coordination, project recruitment, peer mentorship and retention support, data collection, and completion of required federal performance reporting. As a result of the project's discontinuation, all GA appointments were terminated effective December 31, 2025. These terminations interrupted project operations and eliminated staffing support for grant-related activities going forward. Although these positions were temporarily reinstated when extensions and interim funding were received, this uncertainty continues to interrupt our GAs' capacity to engage in meaningful work while adding burdensome re-contracting for project staff.

f. This project has expanded children's access to school-based mental health services by supporting the training of 222 graduate students across 16 graduate training programs across the Bay Area who delivered care in 68 schools, reaching more than 2,330 students and providing the equivalent of over 101 full-time units of direct mental health services across two high-need LEAs. Although services will not end immediately, the loss of this funding is forcing our partner districts to restructure their school-based mental health fieldwork programs, which will reduce services beginning next year and result in hundreds of students no longer being served. Our

partner districts are also losing funding for ongoing professional development and clinical supervision for more than 45 LEA employees annually, supports that are essential to maintaining high-quality, evidence-based mental health services and a stable workforce in high-need schools.

7.    Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that San Francisco State University can plan, budget, and perform its MHSP grant project.

8.    Furthermore, the Department's requirement that San Francisco State University can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff and prevent our partner LEAs from budgeting and carrying out school site project requirements such as hiring clinical fieldwork supervisors for project participants.

9.    The same staff who will prepare and finalize reimbursement requests and performance reports are also responsible for implementing other components of our grant program, including LEA partner coordination, project participant recruitment, fieldwork site placement coordination, project participant retention support, school site supervisor trainings, professional development planning and implementation, and continuing education unit administration. Instead of prioritizing these key components of our grant program, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. In the 3 years that San Francisco State University has performed this grant, the Department has never raised any concerns about San Francisco State University's management of funds.

**Conclusion**

10.    In order to avoid further harm, San Francisco State University needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, San Francisco State University cannot plan and will struggle to retain/recruit graduate students, retain essential staff, and perform the project activities that are necessary for continued program success providing invaluable school-based mental health services in our community.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at San Francisco, California.

Molly Strear
Associate Professor
Department of Counseling
School Counseling and PPSC Program Coordinator
San Francisco State University