The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF
DR. GWEN SHARP IN SUPPORT
OF PLAINTIFFS' SECOND MOTION TO
ENFORCE JUDGMENT

I, Dr. Gwen Sharp, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.     I am the Interim Provost and former Vice Provost of Research at Nevada State University (the University). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

3.     As I explained in my previous declarations (Dkts. 245 and 332), the U.S. Department of Education awarded Nevada State University the Active Recruitment, Training, and Educator Retention to serve our Youth (ARTERY) Mental Health Service Professional

DECLARATION OF DR GWEN SHARP IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION
NO. 2:25-cv-01228-KKE

1

(MHSP) demonstration grant with a period of performance from January 1, 2023, through December 31, 2027.

4. On December 5, 2025, the Department of Education awarded a continuation award for year 4 of the project. The Authorized Funding Amount is $363,456.00, for the budget period 1/1/26-12/31/26. See attached Ex. 1.

5. On December 8, 2025, the Department of Education awarded an additional award for year 5 of the project. The Authorized Funding Amount is $370,126.00 for the budget period 1/1/27-12/31/27. The award includes the following condition (see attached Ex. 2):

> The grantee is receiving an award of $733,582. $370,126 is a frontload for the Year 5 funding. The grantee may not draw down any Year 5 funds prior to the start of the relevant budget period and must (1) demonstrate that it is making substantial progress toward meeting the project objectives, and (2) expend all prior year funds. If you wish to request reconsideration of these specific conditions, please send written notification describing why such conditions should not be imposed on this grant to your Department program officer.

6. To date, the grant is not being funded on a reimbursement basis.

7. In past years of this grant, Department has requested an annual performance report (APR) around February and an interim progress report around October.

8. To date, the Department has not requested any other report or performance information since we submitted the APR in May 2025, which is described in my January 9, 2026 declaration (Dkt. 332). The APR contained performance information for the 2024 budget period and not the 2025 budget period.

DECLARATION OF DR GWEN SHARP IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION
NO. 2:25-cv-01228-KKE

2

I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026 at Henderson, Nevada.

/s/
DR. GWEN SHARP

DECLARATION OF DR GWEN SHARP IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744