The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

　　　　　　　Plaintiffs,

　v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

　　　　　　　Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF JENNIFER STUBER
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF JENNIFER STUBER IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## DECLARATION OF DR. JENNIFER STUBER

I, Jennifer Stuber, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am an Associate Professor at the University of Washington (UW). I am also an Associate Director of the UW SMART Center, and the Director of an Organization called Behavioral Health Crisis Outreach Response and Education or BHCore. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information I acquired through the performance of my duties. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2. I lead the Workforce for Student Well-being (WSW) project, award #S184X220017, which the Department of Education funded under Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

3. I previously submitted separate declarations that describe my professional background and provide additional information about WSW and the UW Smart Center, available at Dkts. 104, 170, and 176.

4. On January 16, 2026, the UW Smart Center sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about the UW Smart Center's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms UW Smart Center

5. On March 2, 2026, the UW Smart Center received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability

and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period. A true and correct copy of the Notice is attached as **Exhibit A**.

6.      Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, the UW Smart Center has suffered and will continue to suffer ongoing harm.

7.      For instance, the UW Smart Center is currently recruiting graduate students for its program, the Workforce for Student Well-being (WSW), for the 2026-27 school year. These graduate students are enrolled in a two-year master's in social work program at six schools of social work in Washington. The UW Smart Center uses MHSP funds to provide conditional second-year scholarships to graduate students in exchange for their commitment to working in a high needs school district for two years after they graduate. The UW Smart Center also uses MHSP funds to employ program staff and provide advanced training to WSW participants that is tailored to the services and skills they will need, including topics such as suicidality, threats, and students' refusal to attend school, both during their second year and after they graduate.

8.      In order to have enough time to review applicants and select participants, the UW Smart Center typically recruits graduate students from January through May; graduate students participate in WSW during the second year of their master's program, and they receive licensure supervision and support after graduation. The UW Smart Center works with its six

partner schools to identify promising graduate students, encourage them to apply, review their applications, and then select a cohort of twenty graduate students who will participate in the program during the following school year. Applications are normally due March 15, decisions are made in May, and participants sign conditional scholarship contracts by June 1, before everyone leaves for the summer.

9. The UW Smart Center was able to follow the normal timeline in 2023, 2024, and 2025. However, due to uncertainty about whether the Department would continue to fund the WSW project in 2026, the UW Smart Center did not begin its recruitment process for the 2026-27 cohort until the appellate court denied the Department's emergency motion for a stay in late February. Following the appellate court's ruling, the UW Smart Center began setting up meetings with our six partner schools to discuss the selection process for the 2026-27 WSW cohort.

10. Even with the challenges and disruption caused by the Department's decision to discontinue our MHSP grant, the UW Smart Center felt confident about our performance on the WSW project and expected to receive a favorable continuation decision that would result in a continuation award for the entire 2026 budget period. It was therefore a shock when the Department sent the March 2, 2026, notice stating that although the UW Smart Center was receiving a continuation award for 2026, the Department would only commit to six months of funding and would reevaluate the budget after June 1.

11. Typically, grantees work with their program officer for any requests, concerns, and questions about their grant project, including budget changes, and grantees and program officers are in regular contact so that the program officer can monitor the grantee's performance and progress. Because the UW Smart Center does not know whether the Department will provide funding for Fall 2026, or how much funding it will provide, the UW Smart Center cannot

meaningfully recruit graduate students or determine how many MHSP-funded positions or scholarships it will be able to offer. I raised my concerns with our program contact, Nicole White. She responded: "I understand the challenges you face with long-term planning. Unfortunately, I am not able to provide any assurances of funding beyond June 1, 2026." A true and correct copy of our email exchange is attached as **Exhibit B**.

12. The Department's refusal to commit to funding for Fall 2026 threatens our ability to continue the WSW project and makes an already challenging recruitment process even more difficult. We had already delayed the recruitment process by almost two months because we were waiting for the appellate court's ruling to provide some certainty. Additionally, graduate students must find practicum sites where they will intern during their second year, and students usually select those sites between January and March of their first year. Not only are we already working on an incredibly compressed timeline, but funding uncertainty means we now also need to convince graduate students to spend time and resources preparing WSW applications, including multiple essays, without being able to guarantee that they will receive funding even if they are selected. This includes graduate students who would be passionate about working in a school-based setting but cannot afford to do so without guaranteed funding because these jobs have lower salaries that make it difficult to pay off student loans.

13. If the UW Smart Center cannot successfully recruit graduate students and continue the WSW project in 2026-27, there will be fewer graduate students placed in high needs schools in the fall, reducing the mental health services available to elementary and secondary school children in Washington. Fewer graduate students will be trained in the skills or have access to the support they need to succeed while serving high-needs students during a national mental health

crisis. And the pipeline for school-based mental health professionals in Washington State will continue to shrink.

14. Additionally, the UW Smart Center is at risk of losing staff members who support the WSW project. Without MHSP funding, the UW Smart Center will not be able to provide the specialized training needed to help graduate students succeed in a high-needs school setting. The UW Smart Center will also be unable to provide case consultation and supervision for licensing for WSW participants who have already graduated and are depending on this support during their two years working at high-needs schools.

15. Receiving funding for only the first six months of the budget period cannot resolve these harms. The Department must provide funding for the second half of 2026 so that UW Smart Center can plan, budget, and perform its MHSP grant project.

16. Furthermore, the Department's requirement that UW Smart Center can only access funding using a new reimbursement request procedure will place substantial burdens on our staff. In the past, grantees could draw down funds through the Department's G5 system on a regular basis under a letter of credit. The Department has now imposed a new reimbursement procedure for our MHSP grant that makes the process of accessing grant funds significantly more burdensome. Grantees must pay all expenditures in advance using the grantee's own funds. Reimbursement requests must include the amount of funding requested, a narrative description of the expenses, and new supporting documentation requirements. Each reimbursement request must be accompanied by the ED 524B budget form—a detailed form that requests information about all budget categories, for both federal and non-federal funds, for each year of the project.

17.    A true and correct copy of the Department's new reimbursement procedure is attached as **Exhibit C**. A true and correct copy of the ED 524B form that is linked by the new reimbursement procedure is attached as **Exhibit D**.

18.    Additionally, all reimbursement requests are now subject to the Department's review and approval. Given the Department's behavior over the past year, we fear the Department will deny these requests. In the three years I have led the WSW grant project, the Department has never raised any concerns about the UW Smart Center's management of funds.

### Conclusion

19.    In order to avoid further harm, UW Smart Center needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, the UW Smart Center will struggle to recruit graduate students and may lose program staff, threatening the viability of the WSW project and with the ultimate goal to increase the number of mental health professionals who are trained to provide services in high needs schools in Washington State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __13th__ day of March 2026, at Seattle, Washington.

DR. JENNIFER STUBER, Ph.D.
Associate Professor, University of Washington