# Exhibit A



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*March 2, 2026*

### Notice of Continuation of Grant Award

Dear Grantee:

This letter provides notice that the United States Department of Education ("Department") has determined that your federal award will continue under protest as discussed below. The Department has made this continuation redetermination after an evaluation of the factors in 34 C.F.R. §§ 75.253 and 75.118, as constrained by the December 19, 2025, judgment in *State of Washington, et al. v. U.S. Department of Education, et al.*, Case No. 2:25-cv-01228-KKE (W.D. WA) ("*WA v. ED*"), including your timely and complete submission of updated grant information on or before January 16, 2026. This continuation redetermination extends your interim continuation budget period to a full 12-month budget period, from January 1, 2026 – December 31, 2026.

Please note that this continuation redetermination is being issued under protest relating to the litigation affecting this matter. Litigation is ongoing in *WA v. ED* and the Department is currently actively appealing the decision of the trial court in this case. The Department maintains its original April 2025 determination that your grant is inconsistent with, and no longer effectuates, the best interest of the federal government.

Grant Award Costs
As shared in the Department's January 14, 2026 communication to grantees issued interim prorated continuation funding, consistent with 34 C.F.R. § 75.253(e)(1), you may use carryover funds for previously approved grant activities during your full 12-month continuation period, so long as such costs are not otherwise prohibited by applicable statutes, regulations, or the conditions of your award.

Reimbursement Pay Status
To address concerns about the rapid use of federal funds and the difficulty for the Department to recover those funds once spent, this grant will operate under a reimbursement pay status, as permitted by the Department's discretionary authority under 20 U.S.C. 1226a-1. Grantees will still have access to their grant funds; however, such funds may only be draw down after submitting documentation that substantiates allowable expenditures under the grant. Additional information will be provided when the new grant award contract is issued.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

Mid-Year Check In

Due to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by **June 1, 2026**. As a related risk mitigation measure, while seeking to mitigate grantee concerns regarding academic year funding, the Department is providing your grant award with approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions. Detailed instructions for preparing the report will be provided before the reporting deadline.

Questions

Should you have any questions, please contact your Federal Project Officer with a copy to the grant program inboxes at OESE.School.Mental.Health@ed.gov (School-Based Mental Health Services Grant Program) or Mental.Health@ed.gov (Mental Health Service Professional Demonstration Grant Program) as applicable.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202