The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                  Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                  Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF IREM TUMER IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS

DECLARATION OF IREM TUMER IN
SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098

## DECLARATION OF IREM TUMER

I, Irem Tumer, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Vice President of Research and Innovation at Oregon State University. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**Background**

1.      Oregon State University's "Promoting and Advancing Training of High Desert School Counselors (PATH-SC)," Award #S184X230055 is  Department funded under the Mental Health Service Professional Demonstration Grant Program (MHSP). This grant was discontinued on April 29, 2025.

2.      On June 30, 2025, I submitted a separate declaration that describes my professional background and provides additional information about Oregon State University.

3.      On January 16, 2026, Oregon State University sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Oregon State University's grant through the end of 2025.

**The Department's Noncompliance with the Court's Order Harms Oregon State University**

4.      On March 2, 2026, Oregon State University received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by **June 1, 2026** [emphasis in original].

1

As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

5.      Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Oregon State University has suffered and will continue to suffer the following harms:

    a.  Oregon State University is currently recruiting graduate students to join our program during the 2026-2027 school year and has sent out acceptance letters to admitted students. Oregon State University provides graduate students with MHSP funds to pay for tuition. Oregon State University has not, however, been able to include information in the recruitment process about funding or an invitation to apply for MHSP funds due to the current funding uncertainties. Oregon State University typically invites students to apply for MHSP funds in March and the acceptance letter usually includes a commitment letter with the student's funding package. This year, this date has already passed. The enrollment deadline is 4/01/2026 and students may be forced to make enrollment decisions without complete information on their funding package and may decline to enroll. Because Oregon State University does not know whether the Department will provide funding for fall 2026, or how much funding it will provide, Oregon State University cannot meaningfully recruit graduate students or determine how many MHSP-funded positions it will be able to offer.

b.  Prospective graduate students are choosing whether to invest their time and money in our program. Without funding certainty, prospective students will likely decide not to enroll, reducing the number of students in the Master of Counseling Program (MCOUN): School Counseling Specialty.

c.  Current graduate students who receive MHSP funds must decide whether to continue their studies in fall 2026. Without funding certainty, graduate students may leave the Master of Counseling Program.

d.  Oregon State University is currently trying to finalize graduate student intern placements for the 2026-2027 school year. Without funding certainty for fall 2026, we are not able to confirm whether interns will be funded for those placements. If graduate students are unable to fulfill their internship placements in the fall, this will disrupt the services they are providing to elementary and secondary school children, causing irreparable harm to these children from the interruption in their care.

e.  Oregon State University program staff who are funded by this grant may be impacted if full funding is not provided.

6.  Receiving partial funding in the middle of the current academic year cannot resolve these harms. The Department must provide full funding so that Oregon State University can plan, budget, and perform its MHSP grant project.

7.  Furthermore, the Department's requirement that Oregon State University can only access funding using a new reimbursement request procedure will distract our faculty from their important programmatic and academic work and place substantial burdens on administrative staff. Reimbursement processes are outlined in the Department grant agreement, and these new

3

additional requirements are outside of the mutually-agreed upon contractual terms. Shifting from a monthly review and draw of funds, which is supported by established accounting systems that already ensure audit-ready documentation, to a system that requires detailed prior-approval itemization slows cash flow and adds administrative burden to Oregon State University faculty and staff. Additionally, while providing our standard invoice (which includes budget, current, and cumulative expense information) along with system-generated detail reports were sufficient for draw approvals under the previous Department process, we are now required to manually transfer this same information into the Department-required ED 524B form in the new process. This duplicative process is inefficient, increases the risk of errors, and requires substantial additional time. The new Department reimbursement process also requires matching expenses to project achievements. This is an additional step not required for other federal awards which will require faculty input, distracting faculty from their important programmatic and academic work. Supplying backup documentation and securing prior approvals for draws greatly diminishes the efficiency of the established Department draw system.

8. Instead of prioritizing key components of our grant program, our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. To the best of my knowledge, the Department has never raised any concerns about Oregon State University's management of funds for this program.

**Conclusion**

9. In order to avoid further harm, Oregon State University needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Oregon State University cannot plan and will struggle to retain essential elements of the program.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at Corvallis, Oregon.

Irem Tumer
Vice President for Research and Innovation
Oregon State University