The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF MEGAN WELTER IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

## DECLARATION OF MEGAN WELTER

I, Megan Welter, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am Associate Commissioner of the Maine Department of Education. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I serve on the Executive Leadership Team for Expanding Access in School Environments (EASE) Maine, Award # S184H220199, which the U.S. Department of Education (the Department) funded under the School-Based Mental Health Services Grant Program (SBMH). This grant was discontinued on April 29, 2025.

3.      On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about the Maine Department of Education.

4.      On January 16, 2026, the Maine Department of Education sent the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about Maine Department of Education's grant through the end of 2025.

### The Department's Noncompliance with the Court's Order Harms the Maine Department of Education and its Grantees

5.      On March 2, 2026, the Maine Department of Education received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the

financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6.　　Because of the ongoing uncertainty as to whether we will receive funding for the second half of the budget period, Maine Department of Education and its grantees have suffered and continue to suffer the following harms:

a. Jefferson Village School will lose its school-based mental health provider funded by this grant at the end of the school year because the school board and administrators found the uncertainty of the grant funding and the need to keep updating contracts was too difficult to manage. Parsing out the money a month or six months at a time created an administrative burden and the six-month amount did not allow them to plan for staffing for the 2026-2027 school year. This will result in a loss of services to 218 students.

b. Eastport Elementary School did not fill a vacant school based mental health position prior to the 2025-2026 school year because, following the non-continuation notice issued in early 2025, they did not believe they could hire for a position that was not expected to continue past December 2025. This will result in a continued loss of services to 152 students in a very remote LEA.

c. RSU 73 has not filled a school based mental health position vacated over the summer 2025 due to the uncertainty of the grant funding. This six-month funding continuation, only announced in early March, does not reduce the funding uncertainty or allow for the recruitment of a new SBMH provider to work through June 2026. There are 1,387 students in RSU 73 that have lost access to mental health services.

d. The limited funding for the remainder of the 2025-2026 school year and uncertainties for the 2026-2027 school year funding pose hardships on the schools to recruit or retain key SBMH staff, two important goals of the grant. Lewiston, RSU 54, and RSU 85 are at risk of losing SBMH providers. The six months of funding only allows the LEAs to continue to support these positions through the end of the school year. School boards have not had sufficient time to implement their 5-year sustainability plans for absorbing the costs of the SBMH staff into their budgets. They will be finalizing their budgets for the 2026-2027 school year prior to June 30, 2026. The uncertainties imposed by the original notice of non-continuation and now the six-month limited funding make it difficult for the LEAs to plan and manage their SBMH services.

e. RSU 54 planned to provide summer SBMH services to students. The six months of funding will not allow for those services to be delivered, as planned, this summer. The elimination of this service affects 27 students.

f. The limited funding hampers LEA SBMH access to professional development opportunities. Key professional development opportunities for SBMH are offered in the summer and fall. Without knowing if the funding will be available in the fall,

providers cannot enroll in these opportunities. Neither can the Maine Department of Education plan and facilitate our annual convening. It takes months to find a suitable location, make arrangements, and invite speakers. The limited funding is not sufficient to conduct these important activities without knowing if we will receive the full annual allotment. Our evaluation showed that professional development was a key recruiting and retention tool for SBMH providers who do have access to training for their mental health work in the public education setting.

g. The limited funding hinders re-specialization efforts with 10 providers in Lewiston who were planning to use grant funds to pursue coursework and certifications in SBMH for a full year; five are in the middle of their programs. One additional provider in RSU 24 is also delayed in continuing her certification due to the late award notice and limited funding. She had planned on continuing her coursework in the Spring, but the late notice of award postponed her efforts.

h. The institutions of higher education (IHE), University of Maine Farmington, University of Maine Orono, and the University of Southern Maine could not continue to provide scholarships and internships to their graduate students this semester or next because the six month commitment shared on March 2 did not give them enough time to extend contracts with the Maine Department of Education, develop an application, leave time for student requests, and award scholarships to students for the Spring of 2026. Since the funding has been limited to six months, it is unclear if the funding or the timeline will be sufficient to implement a scholarship process for the Fall 2026. Last year, the IHEs supported 44 graduate students who were placed in 38 schools for their internship. This

change in funding allotment will impact many students' timely completion of their SBMH coursework and weaken the SBMH professional pipeline that we started to build.

i.  Another planned workforce initiative was to expand the SBMH scholarship pathway programs to two new IHEs. The timing of the grant award notification and the uncertainty of additional funding makes it impossible for the SEA to launch a new RFA for this purpose.

j.  The EASE Maine grant funding not only supports the LEAs and the IHEs in SBMH workforce development, it supports key project staff including a Project Director, Independent Evaluator, and Clinical Supervision Consultants. It is very likely that other members of program staff will seek employment elsewhere because we do not have a full year of grant funding. We already lost one key project team member due to the non-continuation letter last year. It would be difficult, if not impossible, to hire new staff for the project with the funding uncertainty. The start and stop nature of how the U.S. Department of Education is handling this grant has threatened the livelihoods of many.

k.  Parsing out the funding for only a few weeks or months at a time has created an administrative burden for the Maine Department of Education, its grantees, and consultants. With each allotment, state staff have to process new contracts. There are additional contract addendums that are now required for the LEA contracts. These addendums will bring the total number of contractual transactions that Maine DOE has processed from February 6 to the March 2 continuation to 84. This is a needless burden not only on the small staff at the Maine DOE, but it also places an

unreasonable burden on LEA staff, especially in the small, rural schools that have limited administrative staff.

l. The uncertainty of the continued funding has led to the loss of SBMH providers in our neediest LEAs. Improving the student to SBMH provider ratio and retaining those providers that have been funded by the grant are core outcomes that the Department could use against the Maine Department of Education in making future continuation decisions.

7. Receiving six months of funding in the middle of the spring semester cannot resolve these harms. The Department must provide funding for the second half of 2026 so that Maine Department of Education and its grantees can plan, budget, and implement its SBMH grant project.

8. Furthermore, the Department's requirement that Maine Department of Education can only access funding using a new reimbursement request procedure will place substantial burdens on our already under-resourced staff.

9. The new cash draw process is significantly more labor intensive and shifts the responsibility of drawing funds from accounting staff to program staff due to the level of knowledge needed to compile the requested drawdown information. Not only are we being asked to provide detailed expenditure information, but we are also being asked to align the expenses in our accounting system to the related grant budget lines. Our process for recording expenses will need to be changed to include additional information to facilitate this piece. Our staff will need to commit a significant portion of their time to submitting reimbursement requests that meet the Department's new requirements. In the 3 years that Maine Department of Education has performed this grant the Department has never raised any concerns about Maine Department of Education's management of funds.

**Conclusion**

10.    In order to avoid further harm, Maine Department of Education needs the Department to provide funding for the entire budget period as soon as possible. Without funding certainty through the end of 2026, Maine Department of Education cannot plan and will be unable to meet the goals of the grant, namely reduce the ratio of SBMH providers to students in high need schools through recruitment, retention, and respecialization as well as strengthen the SBMH workforce pipeline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of March 2026, at Augusta, Maine.

Signed by:

3/13/2026

46F6FA523BF3479

Megan Welter, Associate Commissioner

**◗ docusign.**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id  77875836-037C-4840-953A-B7B70CB75E94 | | Status  Completed |
| Subject  Here is your signed document  Declaration_Maine_Welter_Mar132026 docx | | |
| Source Envelope | | |
| Document Pages  7 | Signatures  1 | Envelope Originator |
| Certificate Pages  5 | Initials  0 | Megan Welter |
| AutoNav  Disabled | | megan welter@maine gov |
| EnvelopeId Stamping. Disabled | | IP Address  198 182 163.121 |
| Time Zone  (UTC-05 00) Eastern Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status. Original | Holder  Megan Welter | Location  DocuSign |
| 3/13/2026 3.36.51 PM | megan welter@maine gov | |
| Security Appliance Status  Connected | Pool  StateLocal | |
| Storage Appliance Status  Connected | Pool  Maine Department of Education | Location  Docusign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Megan Welter | Signed by | Sent  3/13/2026 3 37 01 PM |
| megan welter@maine gov | *[signature]* 48F6FA523BF3479 | Viewed  3/13/2026 3 37 05 PM |
| Associate Commissioner of Public Education | | Signed  3/13/2026 3 37 47 PM |
| Security Level  Email, Account Authentication (Optional) | Signature Adoption  Uploaded Signature Image Using IP Address  198 182.163.121 | Freeform Signing |
| **Electronic Record and Signature Disclosure:** Accepted. 2/22/2022 8 43 12 AM ID  a3f5e052-e68a-4555-b08f-3ab2586f161c | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Sarah Forster | **COPIED** | Sent  3/13/2026 3 37 48 PM |
| sarah forster@maine gov | | Viewed  3/13/2026 3 44 19 PM |
| Security Level  Email, Account Authentication (Optional) | | |
| **Electronic Record and Signature Disclosure** Accepted. 1/3/2025 2 44 08 PM ID  2a65adb2-0fbc-4340-ac33-1c36f878cb4f | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/13/2026 3.37.01 PM |
| Certified Delivered | Security Checked | 3/13/2026 3.37.05 PM |
| Signing Complete | Security Checked | 3/13/2026 3 37.47 PM |
| Completed | Security Checked | 3/13/2026 3 37 48 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

**Electronic Record and Signature Disclosure**