The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF JENNIFER K. CHUNG IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO ENFORCE SUMMARY JUDGEMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | NOTE ON MOTION CALENDAR: APRIL 7, 2026 |
| Defendants. | ORAL ARGUMENT REQUESTED |

I, Jennifer K. Chung, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2.    On March 10, 2026, I emailed counsel for Defendants, Brian Kipnis. In the email, I raised Plaintiffs' concerns that Defendants' continuation award process for affected grantees did not comply with the Court's summary judgment order, as Defendants were "only providing 6 months of funding instead of a full year, requiring affected grantees to submit a mid-year performance report by June 1 to be considered for further funding, and requiring grantees to submit reimbursement requests to access funding." Attached as **Exhibit A** to this declaration is a true and correct copy of the March 10, 2026, email.

DECLARATION OF JENNIFER K. CHUNG
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

1

3.     On March 13, 2026, Mr. Kipnis sent a response to my March 10, 2026, email. He stated, "The Department implemented these prudent grants management measures—consistent with its grant monitoring authorities—to help ensure the continued viability of these grantees after they were notified that most of their funding would not continue in 2025 and given the challenges of recovering grant funds once awarded if the Department ultimately prevails in the litigation." Attached as **Exhibit B** to this declaration is a true and correct copy of Mr. Kipnis's March 13, 2026, email.

4.     In my March 10, 2026, email, I also requested that Mr. Kipnis "confirm, among other things, that Defendants have frozen or otherwise set aside sufficient funds to fully fund all affected grantees through the end of 2026." Exhibit A. Mr. Kipnis responded, "The Department has not recompeted grant funds with respect to any discontinued grants in the plaintiff states. The Department is still finalizing its spending plans for fiscal 2026…." Exhibit B.

5.     Plaintiffs have also communicated with Mr. Kipnis about Defendants' discontinuation of grantees because they allegedly failed to submit complete or timely performance reports by the Department's January 16, 2026, deadline. On March 6, 2026, counsel for Plaintiff State of California emailed Mr. Kipnis to inform him that the Department erroneously discontinued two grantees for failing to submit performance reports by January 16, 2026. Attached as **Exhibit C** to this declaration is a true and correct copy of counsel's March 6, 2026, email. Later that day, Mr. Kipnis confirmed that the Department issued the two grantees' discontinuation notices erroneously and that the Department expected to issue the two grantees continuation notices on March 9, 2026. Attached as **Exhibit D** to this declaration is a true and correct copy of Mr. Kipnis's March 6, 2026, email.

6.     On March 13, 2026, counsel for Plaintiff State of California again emailed Mr. Kipnis to inform him that the Department erroneously discontinued a third grantee, Metropolitan State University (MSU), for allegedly failing to submit a performance report by January 16, 2026. Attached as **Exhibit E** to this declaration is a true and correct copy of counsel's March 13,

DECLARATION OF JENNIFER K. CHUNG
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

2

2026, email. Later that day, Mr. Kipnis responded, "I will inquire of the Department and let you know as soon as I know its response to this information." Attached as **Exhibit F** to this declaration is a true and correct copy of Mr. Kipnis's March 13, 2026, email. As of March 16, 2026, Mr. Kipnis had not provided Plaintiffs' counsel any other information about the Department's decision to discontinue MSU's grant, and, to the best of my knowledge, the Department has not yet issued MSU a continuation award.

7.    I understand that a fourth grantee, La Mesa-Spring Valley School District, received a discontinuation notice for failing to submit a timely performance report on January 16, 2026. The grantee submitted the performance report approximately one hour after the Department's deadline. I understand the grantee has asked the Department to reconsider its discontinuation decision. Attached as **Exhibit G** to this declaration is a true and correct copy of La Mesa-Spring Valley School District's Request for Reconsideration, with redactions.

8.    Plaintiffs' proposed First Set of Post-Judgment Interrogatories and Requests for Production to Defendants is attached to this declaration as **Exhibit H**.

9.    Plaintiffs' proposed Notice of Deposition is attached to this declaration as **Exhibit I**.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 16th day of March 2026 at Seattle, Washington.

*/s/ Jennifer K. Chung*
JENNIFER K. CHUNG, WSBA #51583
Assistant Attorney General

DECLARATION OF JENNIFER K. CHUNG
IN SUPPORT OF PLAINTIFFS' SECOND
MOTION TO ENFORCE SUMMARY
JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

3