The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | PLAINTIFF STATES' MOTION TO SET EXPEDITED BRIEFING SCHEDULE |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | NOTE ON EX PARTE MOTION CALENDAR: MARCH 17, 2026 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(c)(1)(C), Plaintiffs respectfully request the Court set an expedited briefing schedule for Plaintiffs' Second Motion to Enforce Summary Judgment Orders, Dkt. 367. Specifically, Plaintiffs request the Court set Defendants' deadline to respond to March 23, 2026, and Plaintiffs' deadline to reply to March 27, 2026, and to set this motion for oral argument by April 3, 2026.

This Court has inherent authority to manage its docket. *See* Dkt. 345; *United States v. Batiste*, 868 F.2d 1089, 1091 n.4 (9th Cir. 1989). A court may modify the deadlines to brief and hear a motion "when a court order—which a party may, for good cause, apply ex parte—sets a different time." Fed. R. Civ. P. 6(c)(1)(C). Here, good cause exists because, as explained in the Second Motion to Enforce Summary Judgment Orders, Plaintiffs are continuing to suffer irreparable harm from Defendants' ongoing noncompliance. Although Defendants have purported to issue continuation awards for the January 1 through December 31, 2026 budget

PLAINTIFF STATES' MOTION TO SET
EXPEDITED BRIEFING SCHEDULE
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612
510-879-3098

period, and Defendants repeatedly represented to this Court that they would fund continued grantees for the full calendar year, Defendants have only awarded funding for the first six months of the budget period—one of several supposed "risk mitigation measures" that would effectively end some grantees' projects and severely hinder others. These measures effectively implement the vacated discontinuation decisions "through any means" in violation of this Court's summary judgment order. Grantees are planning for the 2026-27 school year and need certainty about whether they will receive program funding for the full budget period so that they can perform their projects. Grantees who have had to lay off project staff cannot hire replacements without knowing whether Defendants will fund their projects for the second half of the budget period. Each day that Defendants remain non-compliant increases the risk that projects will end. Grantees in California are likely to lose employees—and their valuable program knowledge and experience—because the grantees have now issued legally required precautionary layoff notices. Other grantees who are trying to recruit graduate students for their 2026-27 cohort cannot do so because students are choosing different, more dependable, opportunities, and the recruitment window is rapidly closing.

Affected grantees were originally supposed to have funding certainty by December 31, 2025 (Dkt. 273), then February 11, 2026 (Dkt. 356), then March 5, 2026 (Dkt. 363). Almost three months have passed, and grantees still cannot meaningfully execute their projects due to Defendants' non-compliance. Good cause exists to expedite the briefing schedule.

PLAINTIFF STATES' MOTION TO SET
EXPEDITED BRIEFING SCHEDULE
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612
510-879-3098

DATED this 17th day of March 2026.

The signing attorneys certify that this memorandum contains 416 words in compliance with the Local Civil Rules.

NICHOLAS W. BROWN
Attorney General of Washington

ROB BONTA
Attorney General of California

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
William McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
(510) 879-3098
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

WILLIAM TONG
Attorney General of Connecticut

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Andrew Ammirati*
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for State of Delaware*

PLAINTIFF STATES' MOTION TO SET
EXPEDITED BRIEFING SCHEDULE
NO. 2:25-cv-01228-KKE

3

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612
510-879-3098

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

*Attorney for State of Illinois*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Sarah H. Weiss*
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for State of Maine*

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for State of New York*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Katherine Dirks*
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

*Counsel for Commonwealth of Massachusetts*

PLAINTIFF STATES' MOTION TO SET
EXPEDITED BRIEFING SCHEDULE
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA  94612
510-879-3098

DANA NESSEL
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

Attorney for People of Michigan


DAN RAYFIELD
Attorney General of Oregon

/s/ Coby Howell
COBY HOWELL*
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov

Attorney for State of Oregon


JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

Attorney for State of Wisconsin

*Admitted pro hac vice


RAÚL TORREZ
Attorney General of New Mexico

/s/ Aletheia V.P. Allen
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE M. MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
Imarcus@nmdoj.gov

Attorneys for State of New Mexico


AARON FORD
Attorney General of Nevada

/s/ Heidi Parry Stern
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

Attorney for State of Nevada


PETER F. NERONHA
Attorney General of Rhode Island

/s/ Kyla Duffy
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

Attorney for State of Rhode Island


PLAINTIFF STATES' MOTION TO SET
EXPEDITED BRIEFING SCHEDULE
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF CALIFORNIA
1515 Clay Street, 20th Floor
Oakland, CA 94612
510-879-3098