# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | ORDER GRANTING PLAINTIFF STATES' EMERGENCY MOTION TO SET EXPEDITED BRIEFING SCHEDULE |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

Plaintiff States filed an emergency motion to expedite the briefing schedule (Dkt. No. 403) on its second motion to enforce the judgment (Dkt. No. 367), requesting the Court rule on this motion without waiting to hear from the Government. Due to the time-sensitive nature of the filing, and the good cause shown to support the need for expediting the briefing schedule, the Court GRANTS the motion (Dkt. No. 403) on an *ex parte* basis.

Accordingly, the clerk is directed to RE-NOTE Plaintiff States' second motion to enforce the judgment (Dkt. No. 367) for April 2, 2026. The Government's opposition is due no later than March 24, 2026, and Plaintiff States' reply brief is due no later than March 27, 2026. The Court will schedule oral argument for 10 a.m. on April 2, 2026.

DATED this this 18th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER                                                        1