Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

                  Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

                  Defendants.

CASE NO.  C25-1228KKE

**DECLARATION OF
BRIAN C. KIPNIS**

I, BRIAN C. KIPNIS, do declare and say:

1.     I am a duly appointed Assistant United States Attorney for the Western District of Washington, and I am the attorney who is primarily responsible for representing the Defendants in the above-captioned matter.

2.     I also represent the U.S. Department of Labor in a case entitled *Familias Unidas por la Justicia v. U.S. Department of Labor, et al.,* Case No. C24-0637JHC.  That lawsuit challenges the procedure used by the Department of Labor to set the prevailing wage rates that Washington growers must pay foreign laborers who are authorized to work here pursuant to the H-2A visa program.  I have represented the Department in this complex lawsuit since May 2024, through numerous dispositive motions and three preliminary injunction motions.

DECLARATION OF BRIAN C. KIPNIS - 1
(Case No. C25-1228KKE)

3.    There is a pending motion for summary judgment filed in the *Familias* case by the Plaintiff.  Pursuant to a stipulation of the parties, the Court issued a briefing schedule in the case on March 10, 2026.  Dkt. # 237.  Pursuant to that order, the Department is required to file an opposition to the Plaintiff's cross-motion for summary judgment and cross-motion for summary judgment by March 24, 2026.

4.    This briefing schedule was carefully negotiated, and already extended once, in light of the Plaintiff's interest in obtaining a ruling from the Court before the 2026 harvest season commences in Washington.  I do not expect that a motion to extend this deadline in that case would be granted absent an agreement from the opposing party.  I do not believe that the Plaintiff in that case would agree to an extension of the briefing schedule in light of its express interest in obtaining a resolution of the case before the harvest season commences.

5.    Because of the above, I am fully committed to researching, writing, and filing the Department's brief in that case by the agreed deadline of March 24.  To meet this deadline, it will be necessary for me to work through the weekend of March 21 to accomplish that task in order to have a sufficiently final draft memorandum available by close of business on March 23 for review and comment by the Department of Labor so that I can incorporate those comments and meet the filing deadline of March 24.  The briefing for this case will take my full attention as the motion is lengthy and raised complex questions of administrative law concerning the legality of the operation of the Department's wage setting program.   I will be unable to work on this case against the Department of Education while briefing the issues in that case.

6.    Because both this case and the U.S. Department of Labor case have unique and lengthy histories, neither can be readily reassigned to other attorneys, even if other attorneys were available to take them.

7.    In order to prepare the Department's opposition to Plaintiffs' motion here, I am prepared to work through the weekend of March 28 and March 29 to produce a brief in time for review and comment by the Department by the close of business on Monday, March 30, and to file a memorandum revised to incorporate the Department's input on March 31.

DECLARATION OF BRIAN C. KIPNIS - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 18th day of March 2026, at Seattle, Washington.


*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS

DECLARATION OF BRIAN C. KIPNIS - 3
(Case No. C25-1228KKE)