UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendant(s). | CASE NO. C25-1228-KKE<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION AND EXTENDING BRIEFING SCHEDULE |

After the Court granted Plaintiff States' motion to expedite the briefing of their second motion to enforce, the Government filed a motion for reconsideration and the Court heard from the parties at a scheduling conference. *See* Dkt. Nos. 367, 403, 404, 405, 406, 408, 410. As explained in that conference, and confirmed by the parties' subsequent stipulation, the Court finds good cause to GRANT the Government's motion for reconsideration (Dkt. No. 406) and VACATE the previous briefing schedule (Dkt. No. 404).

Plaintiff States' motion (Dkt. No. 367) shall now be briefed as follows:

(1) The Government's opposition brief shall be filed no later than April 7, 2026.

(2) Plaintiff States' reply brief shall be filed no later than April 15, 2026.

(3) The Court will hear oral argument on the motion on April 22, 2026.

ORDER GRANTING MOTION FOR RECONSIDERATION AND EXTENDING BRIEFING SCHEDULE - 1

(4) The clerk shall RE-NOTE Plaintiff States' motion (Dkt. No. 367) for April 22, 2026.

Dated this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge