IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

Defendants.

CASE NO.  C25-1228KKE

## DECLARATION OF DANA CARR

I, Dana Carr, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1.      I am a Supervisory Program and Management Analyst and Group Leader in the Office of Safe and Supportive Schools of the Office of Elementary and Secondary Education ("OESE") at the United States Department of Education ("Education" or "the Department").  I am a duly authorized Custodian of Records, or other qualified witness for Education.  I am competent to make the statements contained in this declaration.  I make this declaration based on my personal knowledge and based on information provided to me in my official capacity.

2.      As a Supervisory Program and Management Analyst and Group Leader, my job responsibilities include managing two federal discretionary grant programs, the School-Based Mental Health Services Program ("SBMH") and the Mental Health Service Professional Demonstration Grant Program ("MHSP").  My responsibilities include supervising staff; grants management activities related to soliciting, reviewing and selecting applications for funding;

1

overseeing grants monitoring activities and oversight; providing and coordinating technical assistance; program reporting; and administering program budgets as appropriated by Congress. I have been in my current role since July 2024. I previously worked in the Office of Safe and Drug-Free Schools ("OSDFS") at the Department from December 2003 until March 2011.

3. Since the continuation awards were made in March 2026, 28 litigation grantees have submitted reimbursement requests for expenses totaling $2,872,273.23. Of those, 15 have been approved and $1,645,498.89 has been disbursed. On average, the Department has reviewed all requests within one day of receipt and has been providing reimbursements between one and five days of approval. The remaining requests are pending final review and/or awaiting additional information from the grantee.

4. As part of routine monitoring for the MHSP and SBMH programs, program staff typically conducts mid-year check-ins with all grantees. The purpose of these check-ins is to assess the grantee's progress towards their goals and objectives, offer technical assistance, and identify potential risks.

5. Grantees involved in the litigation will receive the same mid-year check-ins in June as those not involved in the litigation. These check-ins are intended to assess whether all grantees are making substantial progress toward their goals and objectives, meeting their performance measures, appropriately expending grant funds, and addressing other grant-management requirements. All information that the Department intends to request at these check-ins will consist of performance, fiscal, and management information. As with last year, the mid-year check-ins will be conducted through individual interviews with each grantee.

6. The Department has historically varied its implementation of its mid-year check-ins in this program. Previously, we required written interim performance reports for the MHSP

2

and SBMH programs in 2023 and 2024.  All grantees were required to submit interim reports that included progress and budget updates.

7.      Shortly after the Department issued continuation decisions on March 2, 2026, it was brought to the Department's attention that one non-continued grantee with two grants had submitted its project updates on time.  The Department worked to quickly correct its error and issued continuation notices for those two grants.  Subsequently, a third grantee, Metropolitan State University of Denver, submitted a request for reconsideration on the basis that its project updates had been timely submitted.  The Department had not received the updates until after the deadline.  However, upon reviewing the reconsideration request and receiving documentation that the grantee had received a delivery confirmation one minute before the deadline, the Department granted the reconsideration request on April 6, 2026.

8.      One grantee, Illinois State Board of Education, was non-continued due to concerns regarding the grantee's performance that predate the April 2025 non-continuation decision.  That grantee won two additional FY 2025 SBMH and MHSP grants and those awards are being placed on high-risk status pending ISBE's compliance with the high-risk specific conditions.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on this 7th day of April, 2026.

*Dana Carr*

_____

Dana Carr

3