The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF LAURA ALLEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF LAURA ALLEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS NO. 2:25-cv-01228-KKE

**DECLARATION OF LAURA ALLEN**

I, Laura Allen, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Whole Child Director for Tacoma Public Schools (TPS). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**Background**

2.      On November 10, 2025, I submitted a declaration that describes my professional background and provides additional information about TPS. *See* Dkt. No. 209.

3.      I serve as the Project Director for TPS's School-Based Mental Health Program (SBMH) project, which the Department of Education funded under the School-Based Mental Health Services Grant Award No. S184H220215.

**The Department Declined to Continue the SBMH Grant.**

4.      On January 9, 2026, the Department requested performance information related to our SBMH grant. The Department set a deadline of 5 p.m. Eastern Time on January 16, 2026. Because the e-mail was not sent by TPS's assigned program manager, arrived during litigation-related disruptions and extensions, and set a one-week deadline for a nonstandard, midcycle performance/budget refresh, TPS missed the request.

5.      Between January 8-16, 2026, TPS was in active communication with its assigned program manager regarding the spending plan associated with the interim extension and continuation award period.

6.      On March 2, 2026, the Department issued TPS a discontinuation notice, explaining that our SBMH grant was discontinued because TPS did not submit a timely response to the Department's request for performance information.

7.      On March 13, 2026, TPS sent the Department a Request for Reconsideration. A true and correct copy of TPS's request is attached as **Exhibit A**.

8.      As of April 13, 2026, TPS has not received a response from the Department regarding the Request for Reconsideration.

9.      Discontinuation of the SBMH grant based solely on TPS's inadvertent error has had the effect of terminating an important source of funding for contracts which support TPS's ability to meet students' mental health needs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of April 2026, at Tacoma, WA.

_____
Laura Allen
Director of Community Schools
Tacoma Public Schools