# Exhibit A



March 13, 2026

**Sent via EMAIL**

Sarah Wilson
Chief of Staff
Office of Elementary and Secondary Education
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202
OESEGrants@ed.gov

**Re: Request for Reconsideration of Non-Continuation of Grant Award**

Dear Ms. Wilson,

Pursuant to 34 C.F.R. § 75.253(g), Tacoma Public Schools ("TPS") respectfully requests reconsideration of the Department's March 2, 2026, Notice of Non-Continuation for Grant PR #S184H220215.

We believe the record shows (1) a consistent pattern of timely compliance and performance that meets and exceeds program expectations; (2) immediate, good faith efforts to coordinate with our assigned ED program manager on compliance requirements the week the January 9 performance report request was issued; and (3) that the January 9 request—which we acknowledge was received but inadvertently missed—arrived during an unusually confusing period of litigation related disruptions and extensions, via a noncustomary sender, and with an abbreviated, one week deadline for a unique reporting request.

TPS now submits with this reconsideration request the complete materials the Department requested on January 9: Exhibits A and B, **2025 U.S. Department of Education Grant Performance Report Cover Sheet** and **GPRA Measures 2025 ed524b_2025**, which is responsive to Item 1 of the January 9 letter; and Exhibit C, **2025 SBMH Dept of ED Budget Expenditures** which is responsive to Item 2 of that letter. Because the sole deficiency identified in the March 2 notice has now been cured, and because the record, which is described in detail below, demonstrates substantial performance and responsible grant administration, TPS respectfully asks the Department to vacate the non-continuation notice and continue the award.

1. **Strong history of timely reporting, and progress toward grant objectives which has exceeded expectations.**

Under 34 C.F.R. § 75.253(a), continuation depends on whether the grantee has made substantial progress toward approved objectives and complied with applicable reporting and grant requirements, including the reporting obligations authorized under 34 C.F.R. § 75.118. For this project, TPS has:

- Submitted all required Interim and Annual performance reports on time for prior budget periods, with confirmations in G5/ED 524B receipts and ED acknowledgment emails. This reporting record is expressly relevant to the Secretary's consideration of continuation under § 75.253(a)(2) and (b), which permit ED to consider *any relevant information regarding grantee performance*, including § 75.118 reports and performance measures under § 75.110.

- Met or exceeded core deliverables and outcomes each year (Exhibit B: **GPRA Measures 2025 ed524b_2025**). Our performance dashboards show we surpassed targets:

    • We set out to staff 22 community mental health clinicians and 6 school counselors—28 total. Instead, we worked with community partners to far surpass that. TPS hired the 6 counselors and teamed up with community partners to put 36 clinicians in schools. That's 42 providers on the ground because of this grant.
    • Our goal was to provide a 1:178 student to provider ratio. In 2025, we greatly exceeded that target with a ratio of 1:126.
    • And the real win: reach. In 2025 alone, TPS delivered school based mental healthcare to 2,901 students, about 10% of the students served by the district. That is nearly triple the original goal of serving 1,000 students per year.

This aligns with the "substantial progress" standard in § 75.253(a)(1)(i).

**2. The January 9 lapse was isolated, inadvertent, and occurred in an unusual administrative context.**

TPS acknowledges ED's January 9 email was received. It was, however, not sent by our assigned program manager, arrived during litigation related disruptions and extensions, and set a one week deadline for a nonstandard, midcycle performance/budget refresh. In that context, the message did not get triaged as a time sensitive continuation gate, and was therefore missed, not ignored.

While 34 C.F.R. § 75.118 authorizes the Department to require current performance and financial information and to consider whether required reports have been submitted in determining continuation under 34 C.F.R. § 75.253, the Uniform Guidance also recognizes a spectrum of remedies available to address noncompliance. Federal agencies may impose specific conditions, additional reporting requirements, temporary payment withholding, or other corrective measures short of termination or non-continuation where appropriate. See 2 C.F.R. §§ 200.208, 200.339. Given the isolated nature of this lapse against TPS's consistent record of compliance and performance, a corrective pathway—such as accepting the late submission of the requested materials—is a more proportionate remedy.

**3. TPS remained actively engaged with the Department during the same period.**

The missed January 9 email did not reflect disengagement from the grant. To the contrary, during the period of January 8-16, 2026, TPS was in active communication with its ED FPO (Chantel Hill) regarding the spending plan associated with the interim extension and continuation period. See Exhibits D - I. Those contemporaneous communications show that TPS remained actively managing the award, working in good faith with the Department, and seeking to align expenditures with Department expectations. That record is inconsistent with any suggestion that TPS abandoned compliance responsibilities or was unwilling to provide information the Department needed.

**4. Reconsideration is warranted because the purpose of the January 9 request has now been satisfied and the complete record supports continuation.**

The March 2 notice states that non-continuation was based on TPS's failure to submit the requested updated performance and budget information. TPS has now supplied that information in full with this reconsideration request. With the enclosed items requested in the January 9th letter, the Department now has the current program and expenditure information necessary to evaluate whether TPS has met the continuation criteria under 34 C.F.R. § 75.253(a), including whether continuation of this project is in the best interest of the Federal Government. The enclosed materials show that it is.

Moreover, 34 C.F.R. § 75.253(g) specifically provides for reconsideration upon a written submission setting forth the grantee's basis for disagreement and including relevant supporting documentation. This request does exactly that. On the supplemented record, the Department can now assess continuation based on TPS's performance, compliance history, and current fiscal and program information, rather than on a single inadvertent missed deadline during an atypical reporting period.

**5. Requested Relief**

TPS respectfully requests that the Department:
1. Vacate the March 2, 2026 Notice of Non-Continuation;
2. accept the attached January 9 response materials as satisfying the Department's request for updated performance and budget information; and
3. issue the continuation award for PR/Award No. S184H220215.

Alternatively, if the Department concludes some additional administrative safeguard is warranted, TPS requests continuation of the award subject to a defined specific condition or other curative measure rather than full non-continuation.

TPS appreciates the Department's consideration of this request and will make program staff available to answer any questions or provide any additional supplementation the Department requests.

We look forward to resolving this promptly in the best interests of students and families served under this grant.

Sincerely,

Laura Allen
Director Whole Child
Tacoma Public Schools

OMB No. 1894-0003
Exp. 05/31/2027



# U.S. Department of Education
# Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
**[X ] Annual Performance Report   [   ] Final Performance Report**

## General Information

1. PR/Award: **S184H220215**                    **2.** Grantee NCES ID: **5308700**

*(Block 5 of the Grant Award Notification - 11 characters.)*        *(See instructions. Up to 12 characters.)*

3. Project Title: **The Tacoma Whole Child: Increasing Student Access to Diverse Mental Health Services Providers**
*(Enter the same title as on the approved application.)*

4. Grantee Name *(Block 1 of the Grant Award Notification.):* **Tacoma Public Schools**

5. Grantee Address *(See instructions.)*

**6.** Project Director *(See instructions.)* Name: **Laura Allen**_____Title: **Director Whole Child**

   Ph #: **(253) -571-1027**_____Ext: (        )            Fax #: (      ) _____ - _____
   Email Address: _____**lallen2@tacoma.k12.wa.us**_____

## Reporting Period Information *(See instructions.)*

7. Reporting Period:    From: **01/01/2025**              To: **12/31/2025**              (mm/dd/yyyy)

## Budget Expenditures *(To be completed by your Business Office.  See instructions.  Also see Section B.)*

8. Budget Expenditures

|  | Federal Grant Funds | Non-Federal Funds *(Match/Cost Share)* |
|---|---|---|
| a. Previous Budget Period | 1,545,012 | 808,759 |
| b. Current Budget Period | 1,488,708 | 650,831 |
| c. Entire Project Period *(For Final Performance Reports only)* |  |  |

## Indirect Cost Information *(To be completed by your Business Office.  See instructions.)*

9. Indirect Costs

   a. Are you claiming indirect costs under this grant? **X**_Yes_____No

   If yes, please indicate which of the following applies to your grant?

   Indirect Rate: **.0481** January 2023 to August 2023
   Indirect Rate**: .0446** September 2023 to August 2024
   Indirect Rate: **.0304** September 2024 to August 2025
   Indirect Rate: **.0243** September 2025 to December 2025

   b. ____The grantee has an Indirect Cost Rate Agreement approved by the Federal Government:
      The period covered by the Indirect Cost Rate Agreement is from:_____/_____/_____to:_____/_____/_____(mm/dd/yyyy)
      The approving Federal agency is:    _ED    _Other *(Please specify)*: _____
      The Indirect Cost Rate is_____%
      The approved Indirect Cost Rate Base_____(e.g., Modified Total Direct Costs, Salaries and Wages, or Sala-ries, Wages and Fringe Benefits see 34 CFR § 75.564
      The Type of Rate *(For Final Performance Reports Only)* is:____Provisional_____Final____Other *(Please specify* i.e., Fixed or Predetermined):

   c.____   The grantee is not a State, local government, local education agency, training program (34 CFR 75.562) recipient, or restricted program (34 CFR 75.563 and 34 CFR 76.563) recipient and is eligible to elect the de minimis rate 15% modified total direct costs in compliance with 2 CFR 200.414.

   d.____   The grantee is funded under a Restricted Rate Program and is using a restricted indirect cost rate that either:
      **X** Is included in its approved Indirect Cost Rate Agreement (34 CFR 75.563 and 34 CFR 76.563); or
      ____Is not a State, local government, or local education agency that is eligible to use 34 CFR 76.564(c)(2).

ED 524B                                                                                      Page 1 of 3

OMB No. 1894-0003
Exp. 05/31/2027

e. _____ The grantee is funded under a Training Rate Program and:

_____ Is eligible to use 8 percent of MTDC in compliance with 34 CFR 75.562(c); or

_____ Is recovering indirect costs using its actual negotiated indirect cost rate reflected in 9(b).

OMB No. 1894-0003
Exp. 05/31/2027

**Human Subjects (Annual Institutional Review Board (IRB) Certification)** *(See instructions.)*

10.  Is the annual certification of Institutional Review Board (IRB) approval attached?_____Yes____**X**_**No**__**N/A**

**Data Privacy and Security Measures Certification** *(See instructions.)*

Please note that the following question pertains to programs with Institute of Education Sciences (IES) only.
11. Is a statement affirming that you are aware of federal and state data security and student privacy regulations included, with supporting documentation attached? **X**__**Yes**____No____N/A
*See District Board Policies 6300, 6300R and 3230*

**Performance Measures Status and Certification** *(See instructions.)*

12. . Performance Measures Status
    a. Are complete data on performance measures for the current budget period included in the Project Status Chart? **X Yes**_____No
    b. If no, when will the data be available and submitted to the Department?_____/_____/_____ (mm/dd/yyyy)

    *GPRA data will be provided in the Annual Performance Report*

13. By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate and the expenditures, disbursements, and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award.  I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-33812).
    Furthermore, to the best of my knowledge and belief, all data in this performance report are true, complete, and correct and the report fully discloses all known weaknesses concerning the accuracy, reliability, and completeness of data reported.

Joshua J. Garcia
Name of Authorized Representative:

Title: Superintendent, Tacoma Public Schools

Signature Garcia (Mar 11, 2026 15:38:59 EDT)

Date: 03/11/2026

OMB No. 1894-0003
Exp. 05/31/2027



# U.S. Department of Education
# Grant Performance Report Cover Sheet (ED 524B)
*Check only one box per Program Office instructions.*
**[  ] Annual Performance Report    [   ] Final Performance Report**

PR/Award # (11 characters): _____

**(See Instructions)**

**2025 Interim Executive Summary**

In 2025, Tacoma Public Schools (TPS) operated with the mindset of a system determined to solve big problems with practical solutions. The district didn't wait for ideal conditions or perfect scenarios; it built a school-based mental health model that delivers impact where it counts—inside schools, directly to students who need support the most. TPS serves a community facing real challenges. With 28,634 students enrolled and 2,901 receiving school-based mental health services—representing approximately 10 percent of the entire student population—and nearly tripling the grant target of 1,000 students. Our district showed what it looks like to scale support responsibly and efficiently.  Universal screening expanded significantly, reaching 4,328 students compared to 2,744 the year before, demonstrating TPS's commitment to early identification rather than reacting after problems escalate.

The district's model is built on smart resource allocation. Instead of hiring exclusively within the district, TPS partnered with seven community mental-health agencies to embed 36 clinicians directly in schools—exceeding the original projection of 22. This wasn't just a staffing win; it was a cost-efficiency win. Contracted clinicians cost about half of what an internal district hire would, effectively doubling service capacity and expanding the range of therapy available to students. Across the life of the initiative, 44 unduplicated clinicians have worked in TPS schools, showing strong community workforce development. Retention remained solid and clinicians, counselors, psychologists, and social workers worked as one integrated system supporting students at scale. Additionally, through this program, TPS delivered a ratio of one provider to every 126 students, far exceeding the target of 1/178.

Professional learning also moved forward with speed and efficiency. Between September and December 2025, TPS delivered 28 workshops and 45 hours of training to 580 staff members—capacity-building at the pace required by today's challenges. Wellness supports for counselors, social workers, and clinicians addressed the real issue of burnout and vicarious trauma—because if the providers fall apart, the system falls apart. These supports were so valuable that more teams requested access. That's demand born from usefulness, not mandate.

TPS's work takes place in a city where the environment outside school walls can be as challenging. Tacoma experiences a violent-crime rate of roughly 7.36 incidents per 1,000 residents—higher than 92 percent of U.S. cities. Even with targeted hotspot interventions that reduced violent victimization by 23 percent in the latter half of 2024, the overall landscape remains tough. Against that backdrop, our district faced the devastating loss of 35 students, more than half due to gun violence—a reality that no district can ignore.

But TPS didn't respond with fear or bureaucracy—it responded with strategy. When crises hit, the district relied on community clinicians instead of law enforcement, creating trauma-sensitive, clinically sound interventions that helped stabilize students and staff during some of their hardest moments. These clinicians provided immediate crisis response, postvention support, and ongoing care following suicide attempts, gun-violence injuries, and student deaths. The feedback from schools was clear: these supports weren't just helpful—they were life-saving.

Even in a challenging environment, outcomes trended in the right direction. The Class of 2025 posted a 91.4 percent on-time graduation rate, outperforming the state average of 82.6 percent. For a district navigating declining enrollment, community trauma, and significant mental-health needs, that kind of performance speaks to strong systems, strong partnerships, and strong execution.

Tacoma Public Schools' School-Based Mental Health model now stands as a scalable example of what happens when a district embraces innovation, invests in strategic partnerships, and treats mental health not as an add-on but as core infrastructure. TPS built a system rooted in readiness, responsiveness, and real-world impact.



OMB No.
1894-0003
Exp.
07/31/2024

**U.S. Department of Education Grant
Performance Report (ED 524B)
Project Status Chart**

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**1. Project Objective**          [  ]  Check if this is a status update for the previous budget period.

| 1.a.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **GPRA 1 (Hired) The unduplicated, cumulative number of new school-based mental health services providers hired for each LEA with demonstrated need because of the grant.** | GPRA | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 28 | / | | 7 | / | |

| 1.b.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **GPRA 2 (Retained) The unduplicated, cumulative number of school-based mental health services providers retained in LEAs with demonstrated need as a result of the grant.** | GPRA | **Target** | | | **Actual Performance Data** | | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 28 | / | | 36 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

**GPRA 1**
The original staffing target for this grant was based on 22 community mental health clinicians and 6 school counselor FTEs for a total of 28 providers. Actual implementation exceeded projections. Tacoma Public Schools (TPS) employed 6 school counselors funded through the grant and partnered with community agencies to deploy 36 school-based mental health clinicians for a total of 42 providers, all hired or retained as a result of this grant.

TPS intentionally elected to contract with community agencies rather than hire additional district counselor FTEs. This strategy:

- Maximized service hours, as agency clinicians cost approximately half the cost of district FTEs

- Allowed provision of long-term and intensive therapy, which school counselors are not permitted to provide

- Built sustainable community capacity and partnerships that will endure beyond the grant period

Community partners collaboratively agreed to identical rates ($1,500 per month per school served) and launched services on the first day of school, September 6, 2023. While 22 clinicians were projected, partners exceeded expectations by staffing 36 clinicians, strengthening service reach and student-to-staff ratios.

**GPRA 2**
Retention remained strong across agencies, with coordinated staffing and partners' flexibility to rehire and retain clinicians as needs evolved. TPS also invested in adult well-being—ongoing small-group supports for counselors, social workers, and community clinicians experiencing vicarious trauma—bolstering workforce stability and quality. These strategies helped sustain service capacity amid enrollment decline and community stressors.

Program implementation was shaped by a deliberate, collaborative launch process. TPS convened community mental health providers to co-create funding structures, reporting expectations, and school assignments. Although this extended the startup timeline, it fostered transparency, trust, and strong collaboration. Provider organizations now regularly share referrals and problem-solve collectively.
Implementation also occurred during a period of fiscal pressure due to declining enrollment and inflation. State and local educator salary increases, while necessary, resulted in an unanticipated 13% increase in personnel costs above the original grant narrative.
Community conditions significantly impacted student need. Tacoma experienced a dramatic rise in youth and violent crime, including the loss of eight children to gun violence, two by suicide. SBMH partnerships enabled trauma-sensitive crisis response; when students are at risk of self-harm, TPS now contacts partner clinicians rather than law enforcement.

This reflects a system growing steadily year over year:
- 22 clinicians in 2023
- 35 clinicians in 2024
- +9 newly added in 2025
- **Total: 44 unduplicated clinicians brought into Tacoma schools since launch**
Behind every number is a story of long-term relationship-building: clinicians embedded in school communities, school counselors partnering closely with mental health staff to prioritize care, and students receiving supports that would not have been possible within traditional school counseling roles.

Case 2:25-cv-01228-KKE    Document 420-1    Filed 04/15/26    Page 12 of 26



**U.S. Department of Education**
**Grant Performance Report (ED 524B)**
**Project Status Chart**

OMB No. 1894-0003
Exp. 07/31/2024

PR/Award #  (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions.  Use as many pages as necessary.)

**2. Project Objective**          [  ]  Check if this is a status update for the previous budget period.

| 2.a.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **GPRA 3 The ratio of students to school-based mental health services providers for each LEA with demonstrated need served by the grant, and the numbers of school-based mental health services providers and students used to calculate the ratio** | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | | **1 / 178** | | | 1/126 | |

| 2.b.  Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **GPRA 4 (Attrition) The attrition rate of school-based mental health providers for each LEA with a demonstrated need that is participating in the grant** | GPRA | Target | | | Actual Performance Data | | |
| | | Raw Number | Ratio | % | Raw Number | Ratio | % |
| | | 0 | / | | 5 | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

**GPRA 3:**
We are pleased to report a stronger student-to-staff ratio than originally targeted  when this grant was written. Tacoma Public Schools integrates community-based clinicians with district-employed professionals—89 counselors, 7 social workers, and 42 psychologists as of December 31, 2025—to provide a coordinated, multi-tiered continuum of support from prevention through intensive therapy. The expansion of partner clinicians (35 in 2024) further reduced student-to-staff ratios and improved access to long-term therapy beyond the scope of school-based roles, strengthening continuity of care across all tiers.
**Key Data**
- **TPS district staffing:** 89 counselors, 7 social workers, 42 psychologists (as of 12/31/2025)
- **Students served via SBMH in 2025:** 2,901

ED 524B                                                                                                    Page **3** of **6**

Case 2:25-cv-01228-KKE    Document 420-1    Filed 04/15/26    Page 13 of 26

PR/Award #  (11 characters): _____

- **TPS enrollment:** 28,634 (12/31/2025)
  - **2025= Clinician-to-student ratio (mental health partners only): 1.26 per 1,000 students**
  - **Original Target= Clinician-to-student ratio (mental health partners only):** 1.78 per 1,000 students

**GPRA 4:**
Targeted retention supports—including clinician wellness groups facilitated by a respected local psychologist—helped mitigate burnout and compassion fatigue, contributing to stable staffing across partner agencies. Partners demonstrated strong resilience by rehiring and retaining clinicians in response to changing needs and funding conditions, ensuring continuity of services despite broader fiscal and community pressures. We also acknowledge with sadness that one therapist passed away during this period.



OMB No. 1894-0003
Exp. 07/31/2024

# U.S. Department of Education
## Grant Performance Report (ED 524B)
### Project Status Chart

PR/Award # (11 characters): _____

**SECTION A - Performance Objectives Information and Related Performance Measures Data** (See Instructions. Use as many pages as necessary.)

**3. Project Objective**       [ ] Check if this is a status update for the previous budget period.

| 3.a. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| **GPRA 5 (Students Served) The total number of students who received school-based mental health services because of the grant.** | GPRA | | **Target** | | | **Actual Performance Data** | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | 1000 | / | | 2,901 | / | |

| 3.b. Performance Measure | Measure Type | Quantitative Data | | | | | |
|---|---|---|---|---|---|---|---|
| | GPRA | | **Target** | | | **Actual Performance Data** | |
| | | **Raw Number** | **Ratio** | **%** | **Raw Number** | **Ratio** | **%** |
| | | | / | | | / | |

Explanation of Progress (Include Qualitative Data and Data Collection Information)

**GPRA 5**
TPS's reach has expanded significantly over the life of this grant. The district served 1,052 students from September–December 2023, growing to 3,279 students in 2024 and 2,901 in 2025—approximately 10–11% of total enrollment each year. This growth far exceeds the expectations outlined in the original proposal. Importantly, these figures represent an unduplicated count of students who received therapeutic services from our school-based mental health partners, as well as students who participated in small-group counseling delivered by grant-funded counselors.
Expanded access to supports has coincided with encouraging districtwide trends, including improved attendance, reduced exclusionary discipline, and a 91% graduation rate in 2022–23. Together, these shifts reflect stronger trauma-sensitive practices and enhanced crisis response across schools, ensuring students experience timely, coordinated care aligned with their needs.

ED 524B

Case 2:25-cv-01228-KKE   Document 420-1   Filed 04/15/26

**U.S. Department of Education**
**Grant Performance Report (ED 524B)**
**Project Status Chart**

OMB No. 1894-0003
Exp. 07/31/2024

PR/Award #  (11 characters): _____

**SECTION B - Budget Information (**See Instructions.  Use as many pages as necessary.)

See attached

**SECTION C - Additional Information  (**See Instructions.  Use as many pages as necessary.)

ED 524B

## Mental Health Service Professional Grant Program (84.184X)
## School-Based Mental Health Program (84.184H)

### Annual Performance Report - Budget Expenditures

**Grantee Name**          Tacoma Public Schools

**PR Award Number**       S184H220215

**Project Director Name**  Laura Allen

**Project Director Phone** 253-571-1027

| Budget Category | Most Recently Approved Budgeted Amount | Amount Withdrawn from G5 thru 12/31/2025 | Amount Obligated (Estimated) through 12/31/25 | Anticipated Carryover | Carryover Request Explanation |
|---|---|---|---|---|---|
| Personnel | $523,202.00 | $424,252.00 | $510,180.00 | $ 13,022.00 | To support increased benefits costs |
| Fringe Benefits | $130,801.00 | $119,910.00 | $141,790.00 | $ -$10,989.00 | N/A |
| Travel | | | | $ - | |
| Equipment | | | | $ - | |
| Supplies | | | | $ - | |
| Contractual | $900,000.00 | $901,500.00 | $900,000.00 | $ $0.00 | |
| Training Stipends | | | | $ - | |
| Other | | | | $ - | |
| Total Direct Cost | $ $1,554,003.00 | $ $1,445,662.00 | $ $1,551,970.00 | $ $2,033.00 | To support possible additional overage in Fringe Benefits pending final budget reconcillation |
| Indirect Costs | $47,242.00 | $43,046.00 | $44,064.00 | $ $3,178.00 | |
| TOTAL COSTS | $ $1,601,245.00 | $ $1,488,708.00 | $ $1,596,034.00 | $ $5,211.00 | |

| | |
|---|---|
| **From:** | chantel.hill@ed.gov |
| **To:** | LAURA ALLEN; JOSHUA GARCIA; Caroline.Haywood@ed.gov |
| **Cc:** | chantel.hill@ed.gov |
| **Subject:** | G5 Notification - Administrative Action (GAN) S184H220215 |
| **Date:** | Tuesday, January 6, 2026 6:27:06 PM |

_____

Warning: This email originated from outside TPS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

_____

Dear Grantee:

This e-mail notifies you that your administrative action request has been reviewed and completed.  You may access your electronically signed Grant Award Notification (GAN) documents for this administrative action, S184H220215 & GAN action number 7, at http://www.g5.gov under Grant Maintenance, Award Documents.

You will need to sign in to G5 to access your GAN.  If you don't already have an account in G5, please go to the link on the top left of the home page that says "Not Registered? Sign up" and follow the instructions.  To register, you will need your institution's UEI. You must also use the exact same name (no nicknames) and email address that is listed on this email.  If you are a project director, or state director, select "Project Director" or "State Director" when prompted to choose a role in your profile.  Please note:  Only recipients of this email (the project director and certifying official or state director and authorizing official) can access the GAN in G5. If someone else at your organization requires a copy, you may print out a copy or forward the PDF to them.

If you have questions regarding accessing G5 or your GAN documents, please contact the G5 help desk at 888-336-8930.  For all other questions of a programmatic or fiscal nature, please contact the ED Program Contact listed on your GAN (Box 3).

Please acknowledge receipt of this e-mail by sending a reply to the Education Program Contact listed on your GAN (Box 3).

| **From:** | chantel.hill@ed.gov |
| **To:** | LAURA ALLEN; JOSHUA GARCIA; lisa.harrison@ed.gov |
| **Cc:** | chantel.hill@ed.gov |
| **Subject:** | G5 Notification - Continuation Grant Award Notification S184H220215 |
| **Date:** | Thursday, January 8, 2026 7:18:52 AM |

_____

Warning: This email originated from outside TPS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

_____

Dear Grantee:

This is to notify you that a continuation award has been made for your grant, S184H220215. The amount of this continuation award is set out in Box 7 of your Grant Award Notification (GAN). You may access your electronically signed GAN documents, S184H220215 & GAN action number 8, at http://www.g5.gov under Grant Maintenance, Award Documents.

You will need to sign in to G5 to access your GAN. If you don't already have an account in G5, please go to the link on the top left of the home page that says "Not Registered? Sign up" and follow the instructions. To register, you will need your institution's UEI. You must also use the exact same name (no nicknames) and email address that is listed on this email. If you are a project director, or state director, select "Project Director" or "State Director" when prompted to choose a role in your profile. Please note: Only recipients of this email (the project director and certifying official or state director and authorizing official) can access the GAN in G5. If someone else at your organization requires a copy, you may print out a copy or forward the PDF to them.

Please review your GAN documents carefully, including any attachments to the GAN and any terms and conditions appearing in Box 10 of the GAN. Your grant may be subject to special conditions or your grant or organization may have been designated as high-risk. You should review your GAN carefully to see if any of the following circumstances apply:

-If your grant is subject to special conditions, the special conditions may be included in Box 10 or as an attachment to the GAN.

-If your grant has been designated high-risk, the special conditions may be included in Box 10, or may be included in the high-risk designation that is attached to the GAN.

-If your entity has been designated a high-risk grantee, the high-risk special conditions are also applicable to this grant and may be included in Box 10 of the GAN, or may be included in the  high-risk designation that is attached to the GAN.

Your grant is subject to any special conditions and/or high-risk designation that are attached to your GAN and must be carried out in accordance with those requirements. Your understanding of the GAN documents helps to ensure proper program and fiscal management of your project.

If you have questions regarding accessing G5 or your GAN documents, please contact the G5 help desk at 888-336-8930. For all other questions of a programmatic or fiscal nature, please contact the ED Program Contact listed on your GAN (Box 3).

Please acknowledge receipt of this e-mail by sending a reply to the Education Program Contact listed on your GAN (Box 3).

| | |
|---|---|
| **From:** | LAURA ALLEN |
| **To:** | Hill, Chantel |
| **Cc:** | THERESA LEWIS |
| **Subject:** | Grant Award Notification S184H220215 |
| **Date:** | Thursday, January 8, 2026 2:13:00 PM |
| **Attachments:** | image001.png |

Greetings, Chantal — and Happy New Year.

Thank you so much for opening our grant and adding the new budget. I'm writing to kindly request a few changes. Specifically, we are removing FTE and adding more School-Based Mental Health clinicians, in partnership with local agencies, at a rate of $2,000 per month per site served to support the cost of non-billable hours.

Thank you for your attention, your care, and your continued partnership.

| Mental Health Agency | Jan 6- Feb 6, 2026 | Notes |
|---|---|---|
| BAILEY AND BAILEY | $16,000 | $2,000 per school per month |
| CATHOLIC COMMUNITY SERVICES | $24,000 | |
| COMPREHENSIVE LIFE RESOURCES | $4,000 | |
| CONSEJO | $24,000 | |
| GREATER LAKES MH | $20,000 | |
| MULTICARE | $34,000 | |
| SENECA FAMILY | $8,000 | |
| | | |
| **Total SBMH Contracts for 65 serviced sites** | **$130,000** | |
| Supplies | $444 | |
| Indirect | $6,253 | |
| | | |
| **Total** | **$136,697** | |

| | |
|---|---|
| **From:** | Hill, Chantel |
| **To:** | LAURA ALLEN |
| **Cc:** | THERESA LEWIS |
| **Subject:** | RE: Grant Award Notification S184H220215 |
| **Date:** | Monday, January 12, 2026 10:24:46 AM |
| **Attachments:** | image001.png |

Warning: This email originated from outside TPS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Laura,

So good to hear from you—thank you for reaching out. This request is approved.

Have a wonderful day,

Chantel Hill
Education Program Specialist
Office of Safe and Supportive Schools
U.S. Department of Education

Email: chantel.hill@ed.gov
Phone Number: 202-987-0957

**From:** LAURA ALLEN <lallen2@Tacoma.K12.Wa.US>
**Sent:** Thursday, January 8, 2026 5:13 PM
**To:** Hill, Chantel <Chantel.Hill@ed.gov>
**Cc:** THERESA LEWIS <tlewis2@Tacoma.K12.Wa.US>
**Subject:** Grant Award Notification S184H220215

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Greetings, Chantal — and Happy New Year.
Thank you so much for opening our grant and adding the new budget. I'm writing to kindly request a few changes. Specifically, we are removing FTE and adding more School-Based Mental Health clinicians, in partnership with local agencies, at a rate of $2,000 per month per site served to support the cost of non-billable hours.
Thank you for your attention, your care, and your continued partnership.

| Mental Health Agency | Jan 6- Feb 6, 2026 | Notes |
|---|---|---|
| BAILEY AND BAILEY | $16,000 | $2,000 per school per month |
| CATHOLIC COMMUNITY SERVICES | $24,000 | |
| COMPREHENSIVE LIFE RESOURCES | $4,000 | |
| CONSEJO | $24,000 | |
| GREATER LAKES MH | $20,000 | |
| MULTICARE | $34,000 | |
| SENECA FAMILY | $8,000 | |
| | | |
| **Total SBMH Contracts for 65 serviced sites** | **$130,000** | |
| Supplies | $444 | |

| Indirect | $6,253 | |
| --- | --- | --- |
| | | |
| **Total** | **$136,697** | |



| | |
|---|---|
| **From:** | LARA ALLEN |
| **To:** | "Hill, Chantel" |
| **Cc:** | THERESA LEWIS |
| **Subject:** | Question: Grant Award Notification S184H220215 |
| **Date:** | Thursday, January 15, 2026 12:48:00 PM |
| **Attachments:** | image001.png |

Thanks a million Chantel!

Follow up question:  For the changes approved below, would we require those vendors- the same mental health agencies we partnered throughout this grant- to go through a fresh procurement process with a request for proposals?  Or is this approval sufficient?

Thank you again!
Laura



**From:** Hill, Chantel <Chantel.Hill@ed.gov>
**Sent:** Monday, January 12, 2026 10:25 AM
**To:** LAURA ALLEN <lallen2@Tacoma.K12.Wa.US>
**Cc:** THERESA LEWIS <tlewis2@Tacoma.K12.Wa.US>
**Subject:** RE: Grant Award Notification S184H220215

Warning: This email originated from outside TPS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Laura,

So good to hear from you—thank you for reaching out. This request is approved.

Have a wonderful day,

Chantel Hill
Education Program Specialist
Office of Safe and Supportive Schools
U.S. Department of Education

Email: chantel.hill@ed.gov
Phone Number: 202-987-0957

**From:** LAURA ALLEN <lallen2@Tacoma.K12.Wa.US>
**Sent:** Thursday, January 8, 2026 5:13 PM
**To:** Hill, Chantel <Chantel.Hill@ed.gov>

**Cc:** THERESA LEWIS <tlewis2@Tacoma.K12.Wa.US>
**Subject:** Grant Award Notification S184H220215

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Greetings, Chantal — and Happy New Year.
Thank you so much for opening our grant and adding the new budget. I'm writing to kindly request a few changes. Specifically, we are removing FTE and adding more School-Based Mental Health clinicians, in partnership with local agencies, at a rate of $2,000 per month per site served to support the cost of non-billable hours.
Thank you for your attention, your care, and your continued partnership.

| Mental Health Agency | Jan 6- Feb 6, 2026 | Notes |
|---|---|---|
| BAILEY AND BAILEY | $16,000 | $2,000 per school per month |
| CATHOLIC COMMUNITY SERVICES | $24,000 | |
| COMPREHENSIVE LIFE RESOURCES | $4,000 | |
| CONSEJO | $24,000 | |
| GREATER LAKES MH | $20,000 | |
| MULTICARE | $34,000 | |
| SENECA FAMILY | $8,000 | |
| | | |
| **Total SBMH Contracts for 65 serviced sites** | **$130,000** | |
| Supplies | $444 | |
| Indirect | $6,253 | |
| | | |
| **Total** | **$136,697** | |



| From: | Hill, Chantel |
|---|---|
| To: | LAURA ALLEN |
| Cc: | THERESA LEWIS |
| Subject: | RE: Question: Grant Award Notification S184H220215 |
| Date: | Friday, January 16, 2026 10:06:35 AM |
| Attachments: | image001.png |

Warning: This email originated from outside TPS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Laura,

You may have to confirm that process with your fiscal team, with the understanding that you have been provided with interim funding through February 6. Please note the Department has not made a continuation decision for your full-year award yet but intends to do so on or before February 6, 2026.

Warmly,

Chantel Hill
Education Program Specialist
Office of Safe and Supportive Schools
U.S. Department of Education

Email: chantel.hill@ed.gov
Phone Number: 202-987-0957

**From:** LAURA ALLEN <lallen2@Tacoma.K12.Wa.US>
**Sent:** Thursday, January 15, 2026 3:49 PM
**To:** Hill, Chantel <Chantel.Hill@ed.gov>
**Cc:** THERESA LEWIS <tlewis2@Tacoma.K12.Wa.US>
**Subject:** Question: Grant Award Notification S184H220215

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Thanks a million Chantel!

Follow up question:  For the changes approved below, would we require those vendors- the same mental health agencies we partnered throughout this grant- to go through a fresh procurement process with a request for proposals?  Or is this approval sufficient?

Thank you again!
Laura

**From:** Hill, Chantel <Chantel.Hill@ed.gov>
**Sent:** Monday, January 12, 2026 10:25 AM
**To:** LAURA ALLEN <lallen2@Tacoma.K12.Wa.US>
**Cc:** THERESA LEWIS <tlewis2@Tacoma.K12.Wa.US>
**Subject:** RE: Grant Award Notification S184H220215

Warning: This email originated from outside TPS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Laura,

So good to hear from you—thank you for reaching out. This request is approved.

Have a wonderful day,

Chantel Hill
Education Program Specialist
Office of Safe and Supportive Schools
U.S. Department of Education

Email: chantel.hill@ed.gov
Phone Number: 202-987-0957

**From:** LAURA ALLEN <lallen2@Tacoma.K12.Wa.US>
**Sent:** Thursday, January 8, 2026 5:13 PM
**To:** Hill, Chantel <Chantel.Hill@ed.gov>
**Cc:** THERESA LEWIS <tlewis2@Tacoma.K12.Wa.US>
**Subject:** Grant Award Notification S184H220215

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Greetings, Chantal — and Happy New Year.
Thank you so much for opening our grant and adding the new budget. I'm writing to kindly request a few changes. Specifically, we are removing FTE and adding more School-Based Mental Health clinicians, in partnership with local agencies, at a rate of $2,000 per month per site served to support the cost of non-billable hours.
Thank you for your attention, your care, and your continued partnership.

| Mental Health Agency | Jan 6- Feb 6, 2026 | Notes |
|---|---|---|

| | | |
|---|---|---|
| BAILEY AND BAILEY | $16,000 | $2,000 per school per month |
| CATHOLIC COMMUNITY SERVICES | $24,000 | |
| COMPREHENSIVE LIFE RESOURCES | $4,000 | |
| CONSEJO | $24,000 | |
| GREATER LAKES MH | $20,000 | |
| MULTICARE | $34,000 | |
| SENECA FAMILY | $8,000 | |
| | | |
| **Total SBMH Contracts for 65 serviced sites** | **$130,000** | |
| Supplies | $444 | |
| Indirect | $6,253 | |
| | | |
| **Total** | **$136,697** | |