The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF KATHLEEN BEAUDOIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF KATHLEEN BEAUDOIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## SUPPLEMENTAL DECLARATION OF KATHLEEN BEAUDOIN

I, Kathleen Beaudoin, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.	I am an associate professor of Education at the University of Washington Tacoma (UW Tacoma). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.	I am the Principal Investigator for Project Expand, Award # S184X240153, which the Department of Education funded under the Mental Health Service Professional Demonstration Grant Program (MHSP).

3.	As I explained in my previous declaration, the Department imposed a new reimbursement request procedure as part of Project Expand's MHSP continuation award. *See* Dkt. 371 ¶¶ 8-9. I expressed concerns about the burdens that the new reimbursement procedure would impose on our already under-resourced staff, and I explained that neither the Department nor internal and external auditors have ever raised any fiscal or compliance concerns about UW Tacoma's management of Department of Education grants. *See id*.

4.	Since my previous declaration, UW Tacoma has been changing its process from the prior draw down procedure to the new reimbursement request procedure. The process of converting Project Expand's MHSP award has taken additional time at the university level and is adding workload for the grant PIs. It has also added requirements for a lot of additional backup work and requires the Letter of Credit (LOC) team to reach out to departments for expense details before UW Tacoma can draw the charges. Due to the additional work imposed by the new

reimbursement request procedure, UW Tacoma has not yet been able to submit a reimbursement request to the Department for its MHSP grant or access its MHSP award funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 14th day of April 2026, at Tacoma, WA.


KATHLEEN BEAUDOIN, Ph.D.
Principal Investigator