The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

                 Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                 Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF TONI BRITTAIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS

DECLARATION OF TONI BRITTAIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS NO. 2:25-cv-01228-KKE

## DECLARATION OF TONI BRITTAIN

I, Toni Brittain, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am Controller of Educational Service District 112 (ESD 112). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience, information provided to me through the performance of my duties, and review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2. ESD 112 is the recipient of a Mental Health Service Professional Demonstration Grant Program (MHSP) for the Help is Down the Hall project, Award # S184X230041.

3. On March 25, 2026, ESD 112 submitted a reimbursement request for expenses incurred under its MHSP grant project. Later that day, the Department of Education confirmed receipt of the request.

4. On March 30, 2026, the Department of Education contacted ESD 112 to request additional information about the expenses in narrative form. On March 31, 2026, ESD 112 provided this information to the Department of Education and asked the Department to let it know if the information was sufficient or if the Department had further questions. ESD 112's fiscal office has not received any other communications from the Department of Education in connection with this reimbursement request.

5. As of April 9, 2026, ESD 112's request for reimbursement is still pending, and ESD 112 has not received any reimbursement.

6.      Under the prior process for MHSP grant project expenses, ESD 112 was not required to provide documentation. Further, under the prior process, ESD 112 would provide the total dollar amount and receive requested funds usually within one–three days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __9th__ day of April 2026, at Vancouver, Washington.


*Toni Brittain*
TONI BRITTAIN
Controller, ESD 112