The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF LISA CLAUSSEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

SUPPLEMENTAL DECLARATION OF LISA CLAUSSEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

## **DECLARATION OF LISA CLAUSSEN**

I, Lisa Claussen, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.  I am the Director of Student Services at Eureka City Schools. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**Background**

2.  On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about Eureka City Schools.

3.  Eureka City Schools operates a grant project under the School-Based Mental Health Services Grant Program (SBMH), Award #S184H220170. The Department issued a discontinuation notice on April 29, 2025.

**The Department's Reimbursement Process is Making it Difficult to Operate the Grant.**

4.  On March 5, 2026, the Department issued a continuation notice that explained Eureka City Schools is now required to complete a reimbursement process in order to access grant funding.

5.  Under the reimbursement process, Eureka City Schools must fund the grant project out-of-pocket and then send the Department a completed budget form, which the Department must approve.

6.      The new reimbursement process creates additional uncertainty for our staff as they are navigating increasingly difficult challenges in operating the grant project. Our billing and administrative departments have not yet been able to submit a reimbursement request due to these challenges. Preparing the request has been difficult because the Excel form requires information that was not required in G5 drawdowns, including allocating expenditures by project year, which now requires additional coordination across limited staff capacity after grant-funded positions and mental health service providers were eliminated. The process is further delayed because this is a new form with no clear point of contact for questions and no way to track receipt or payment status, unlike G5, which allowed us to view submission history and payment progress.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 14th day of April, 2026, at Eureka, California.

_____

Lisa Claussen
Director, Student Services, Eureka City Schools