The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF KATIE EKLUND IN
SUPPORT OF PLAINTIFFS' REPLY IN
SUPPORT OF SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT
ORDERS

DECLARATION OF KATIE EKLUND IN
SUPPORT OF PLAINTIFFS' REPLY IN
SUPPORT OF SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

### DECLARATION OF KATIE EKLUND

I, Katie Eklund, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a Professor in the University of Wisconsin-Madison (UW-Madison) School of Education. I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

### Background

2.      I am the Principal Investigator and Project Director for Expanding Culturally Responsive Mental Health Services in Madison Metropolitan School District, Award #S184X230088, which UW-Madison received as part of the Department's Mental Health Service Professional (MHSP) Demonstration Grant Program. This grant was discontinued on April 29, 2025.

3.      On July 8, 2025 and January 9, 2026, I submitted separate declarations that describe my professional background and provides additional information about UW-Madison.

4.      On January 16, 2026, UW-Madison submitted to the Department a performance report per the Department's January 9, 2026, request. The performance report contains data and detailed information about UW-Madison's grant activities through the end of 2025.

5.      On March 2, 2026, UW-Madison received a Notice of Continuation of Grant Award. The Notice stated that, "[d]ue to ongoing concerns regarding the financial stability and uncertainty about the continued operation of these grants while litigation is pending, an updated performance and budget report will be required by June 1, 2026. As a related risk mitigation measure, . . . the Department is providing . . . approximately 6 months of funding until completion

of the mid-year check-in, consistent with 34 C.F.R. § 75.253(e)(2)(ii). After reviewing the submitted report, the Department may award additional funds and/or take further risk mitigation actions." In other words, the Department has only committed to providing funding for the first half of the budget period.

6. On March 4, 2026, UW-Madison received an updated GAN. The updated GAN includes the following requirement:

(4) To address concerns about the rapid use of federal funds and the difficulty for the Department to recover those funds once spent, this grant will operate under a reimbursement pay status, as permitted by the Department s discretionary authority under 20 U.S.C. 1226a-1. Grantees will still have access to their grant funds; however, such funds may only be drawn down after submitting documentation that substantiates allowable expenditures under the grant.

7. On March 5, 2026, UW-Madison received from the Department a document entitled Procedures to Request Reimbursement under the newly-imposed reimbursement pay status grant condition. Those instructions provided that each request for reimbursement must now include a complete ED 524B form detailing the amount of funding requested, a narrative description of the expenses for which reimbursement is sought, and documentation for the funds that have been expended. The Procedures to Request Reimbursement indicated that, after receiving the required information, Department staff would "diligently" review "to ensure alignment with the approved project and budget" and then payment would be approved in the G5 grant management system.

8. Prior to UW-Madison's grant being discontinued, for UW-Madison to receive payment from the Department under the award, UW-Madison was only required to enter the amount requested into the G5 system. UW-Madison was not required to prepare a 524B form (which was previously only required to be used for this award at the proposal stage and for performance reporting), nor provide other supporting documentation. Funds would typically be

deposited that same day or the following day. Upon information and belief, of the more than 50 active Department of Education awards to University of Wisconsin-Madison, our MHSP award is the only one that has this reimbursement pay status condition, requiring substantiating documentation for each draw request.

9. UW-Madison submitted its first payment request and supporting materials under the newly-imposed reimbursement pay status grant condition on March 11, 2026.

10. UW-Madison received a confirmation on March 16 that the Department had received the submission.

11. On March 24, UW-Madison received a request from the Department asking that we correct an item on the 524B form. Because the 524B form was not previously required for draw submissions, accounting staff were not accustomed to using it for such purpose and inadvertently put the budget summary information in the wrong column of the form. UW-Madison corrected the issue on March 25. A true and correct copy of this email correspondence, with the corrected 524B form that UW-Madison provided on March 25, is attached as **Exhibit A**.

12. UW-Madison's funding request was approved and the funds deposited on March 27, 16 days after UW-Madison submitted its request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of April, 2026, at Madison, Wisconsin.

_____
Dr. Katie Eklund
Professor, University of Wisconsin-Madison
Department of Educational Psychology