# Exhibit A

| | |
|---|---|
| **From:** | Lori Snyder |
| **To:** | Tomlin, Victoria |
| **Cc:** | Katie Eklund; Lauren Meyers; Nicci Schmidt |
| **Subject:** | RE: The Board of Regents of the University of Wisconsin System (UW Madison) Award #S184X230088 February 2026 Reimbursement Request [AWD-007098] |
| **Attachments:** | S184X230088 ed524 Feb 2026 Expenses [AWD-007098] Revised.pdf |

Hi Tori,

My apologies for the error. Please see attached the updated 524 form.

Please let me know if you need anything else.

Thank you,

Lori

*Lori Snyder*

*Grants & Contracts Post-Award Accountant*

*Research & Sponsored Programs*

*21 N Park St, Madison WI 53706*

*lori.snyder@rsp.wisc.edu*

**From:** Tomlin, Victoria
**Sent:** Tuesday, March 24, 2026 4:14 PM
**To:** Lori Snyder
**Cc:** Katie Eklund ; Lauren Meyers ; Nicci Schmidt
**Subject:** RE: The Board of Regents of the University of Wisconsin System (UW Madison) Award #S184X230088 February 2026 Reimbursement Request [AWD-007098]

Good afternoon,

Please update your Form 524 to list the amounts under your current project year rather than project year 1, since these costs were incurred during the current project year. Once you resend that form, we can continue the process for reimbursement approval.

Best,

**Tori Tomlin**
Education Program Specialist
Office of Elementary and Secondary Education
U.S. Department of Education
Email: victoria.tomlin@ed.gov
Phone Number: (202) 987-9574

**From:** Lori Snyder <lori.snyder@rsp.wisc.edu>
**Sent:** Wednesday, March 11, 2026 11:38 AM
**To:** OESE Mental Health <Mental.Health@ed.gov>
**Cc:** Katie Eklund <katie.eklund@wisc.edu>; Lauren Meyers <lauren.meyers@wisc.edu>; Nicci Schmidt <nicole.schmidt@wisc.edu>
**Subject:** The Board of Regents of the University of Wisconsin System (UW Madison) Award #S184X230088 February 2026 Reimbursement Request [AWD-007098]

You don't often get email from lori.snyder@rsp.wisc.edu. Learn why this is important

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello,

Please see attached the documentation for expenses from 2/1/26-2/28/26 for award # S184X230088 for review and approval.

Please let me know if you have any questions or require any additional information.

Thank you for your assistance.

Lori

*Lori Snyder*
*Grants & Contracts Post-Award Accountant*
*Research & Sponsored Programs*
*21 N Park St, Madison WI 53706*
*lori.snyder@rsp.wisc.edu*

Case 2:25-cv-01228-KKE    Document 424-1    Filed 04/15/26    Page 4 of 6

## U.S. DEPARTMENT OF EDUCATION
### BUDGET INFORMATION NON-CONSTRUCTION PROGRAMS

OMB Control Number: 1894-0008
Expiration Date: 8/31/2026

Name of Institution/Organization    The Board of Regents of the University of Wisconsin System

S184X230088    February 1-28, 2026 Expenses

Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form.

### SECTION A - BUDGET SUMMARY U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Total (f) |
|---|---|---|---|---|---|---|
| 1. Personnel | | | 1,735.16 | | | |
| 2. Fringe Benefits | | | 594.64 | | | |
| 3. Travel | | | | | | |
| 4. Equipment | | | | | | |
| 5. Supplies | | | | | | |
| 6. Contractual | | | | | | |
| 7. Construction | | | | | | |
| 8. Other  (Services | | | 34,420.57 | | | |
| 9. Total Direct Costs (lines 1-8) | | | 36,750.37 | | | |
| 10. Indirect Costs* | | | 20,396.46 | | | |
| 11. Training Stipends | | | 54,049.61 | | | |
| 12. Total Costs (lines 9-11) | | | 111,196.44 | | | |

**\*Indirect Cost Information *(To Be Completed by Your Business Office)*:**

If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)    Do you have an Indirect Cost Rate Agreement approved by the Federal government?  _X_Yes  ____No.

(2)    If yes, please provide the following information:
Period Covered by the Indirect Cost Rate Agreement:  From: _07/01_/_2023_  To: _06_/_30_/_2026_  (mm/dd/yyyy)
Approving Federal agency:  ____ED  _X_Other (please specify): _DHHS_____  The Indirect Cost Rate is _55.5_____%

(3)    If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ____Yes ____No.  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)    If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages? ____Yes ____No.  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)    For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
___ Is included in your approved Indirect Cost Rate Agreement?  Or  ___ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is _____%

ED 524

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1."  Applicants requesting funding for multi-year grants should complete all applicable columns.  Please read all instructions before completing form. | | | | |
|---|---|---|---|---|---|
| **SECTION B - BUDGET SUMMARY**<br>**NON-FEDERAL FUNDS** | | | | | |
| Budget Categories | Project Year 1<br>(a) | Project Year 2<br>(b) | Project Year 3<br>(c) | Project Year 4<br>(d) | Project Year 5<br>(e) | Total<br>(f) |
| 1. Personnel | | | | | | |
| 2. Fringe Benefits | | | | | | |
| 3. Travel | | | | | | |
| 4. Equipment | | | | | | |
| 5. Supplies | | | | | | |
| 6. Contractual | | | | | | |
| 7. Construction | | | | | | |
| 8. Other | | | | | | |
| 9. Total Direct Costs (Lines 1-8) | | | | | | |
| 10. Indirect Costs | | | | | | |
| 11. Training Stipends | | | | | | |
| 12. Total Costs (Lines 9-11) | | | | | | |
| **SECTION C – BUDGET NARRATIVE** (see instructions) | | | | | | |

ED 524

# Instructions for ED 524

## General Instructions

This form is used to apply to individual U.S. Department of Education (ED) discretionary grant programs. Unless directed otherwise, provide the same budget information for each year of the multi-year funding request. Pay attention to applicable program specific instructions, if attached. You may access the Education Department General Administrative Regulations cited within these instructions at: http://www.ed.gov/policy/fund/reg/edgarReg/edgar.html. You may access requirements from 2 CFR 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards" cited within these instructions at: https://www.federalregister.gov/articles/2013/12/26/2013-30465/uniform-administrative-requirements-cost-principles-and-audit-requirements-for-federal-awards.

**You must consult with your Business Office prior to submitting this form.**

### Section A - Budget Summary
### U.S. Department of Education Funds

All applicants must complete Section A and provide a break-down by the applicable budget categories shown in lines 1-11.

Lines 1-11, columns (a)-(e): For each project year for which funding is requested, show the total amount requested for each applicable budget category.

Lines 1-11, column (f): Show the multi-year total for each budget category. If funding is requested for only one project year, leave this column blank.

Line 12, columns (a)-(e): Show the total budget request for each project year for which funding is requested.

Line 12, column (f): Show the total amount requested for all project years. If funding is requested for only one year, leave this space blank.

**Indirect Cost Information**: If you are requesting reimbursement for indirect costs on line 10, this information is to be completed by your Business Office.

(1): Indicate whether or not your organization has an Indirect Cost Rate Agreement that was approved by the Federal government. If you checked "no," ED generally will authorize grantees to use a temporary rate of 10 percent of budgeted salaries and wages (**complete (4) of this section when using the temporary rate**) subject to the following limitations:

(a) The grantee must submit an indirect cost proposal to its cognizant agency within 90 days after ED issues a grant award notification; and

(b) If after the 90-day period, the grantee has not submitted an indirect cost proposal to its cognizant agency, the grantee may not charge its grant for indirect costs until it has negotiated an indirect cost rate agreement with its cognizant agency.

(2): If you checked "yes" in (1), indicate in (2) the beginning and ending dates covered by the Indirect Cost Rate Agreement. In addition, indicate whether ED, another Federal agency (Other) or State agency issued the approved agreement. If you check

"Other," specify the name of the Federal or other agency that issued the approved agreement.

(3): If you check "no" in (1), indicate in (3) if you want to use the de minimis rate of 10 percent of MTDC (see 2CFR § 200.68). If you use the de minimis rate, you are subject to the provisions in 2 CFR § 200.414(f). Note, you may only use the 10 percent de minimis rate if you are a first-time Federal grant recipient, and you do not have an Approved Indirect Cost Rate Agreement. You may not use the de minimis rate if you are a State, Local government, or Indian Tribe, or if your grant is funded under a training rate or restricted rate program.

(4): If you are applying for a grant under a Restricted Rate Program (34 CFR 75.563 or 76.563), indicate whether you are using a restricted indirect cost rate that is included on your approved Indirect Cost Rate Agreement, or whether you are using a restricted indirect cost rate that complies with 34 CFR 76.564(c)(2). Note: State or Local government agencies may not use the provision for a restricted indirect cost rate specified in 34 CFR 76.564(c)(2). Check only one response. Leave blank, if this item is not applicable.

### Section B - Budget Summary
### Non-Federal Funds

If you are required to provide or volunteer to provide cost-sharing or matching funds or other non-Federal resources to the project, these should be shown for each applicable budget category on lines 1-11 of Section B.

Lines 1-11, columns (a)-(e): For each project year, for which matching funds or other contributions are provided, show the total contribution for each applicable budget category.

Lines 1-11, column (f): Show the multi-year total for each budget category. If non-Federal contributions are provided for only one year, leave this column blank.

Line 12, columns (a)-(e): Show the total matching or other contribution for each project year.

Line 12, column (f): Show the total amount to be contributed for all years of the multi-year project. If non-Federal contributions are provided for only one year, leave this space blank.

### Section C - Budget Narrative [Attach separate sheet(s)]
### Pay attention to applicable program specific instructions, if attached.

1. Provide an itemized budget breakdown, and justification by project year, for each budget category listed in Sections A and B. For grant projects that will be divided into two or more separately budgeted major activities or sub-projects, show for each budget category of a project year the breakdown of the specific expenses attributable to each sub-project or activity.

2. For non-Federal funds or resources listed in Section B that are used to meet a cost-sharing or matching requirement or provided as a voluntary cost-sharing or matching commitment, you must include:

   a. The specific costs or contributions by budget category;
   b. The source of the costs or contributions; and

c. In the case of third-party in-kind contributions, a description of how the value was determined for the donated or contributed goods or services.

[Please review  cost sharing and matching regulations found in 2 CFR 200.306.]

3. If applicable to this program, provide the rate and base on which fringe benefits are calculated.

4. If you are requesting reimbursement for indirect costs on line 10, this information is to be completed by your Business Office. Specify the estimated amount of the base to which the indirect cost rate is applied and the total indirect expense. Depending on the grant program to which you are applying and/or your approved Indirect Cost Rate Agreement, some direct cost budget categories in your grant application budget may not be included in the base and multiplied by your indirect cost rate. For example, you must multiply the indirect cost rates of  "Training grants" (34 CFR 75.562) and grants under programs with "Supplement not Supplant" requirements ("Restricted Rate" programs) by a "modified total direct cost" (MTDC) base (34 CFR 75.563 or 76.563). Please indicate which costs are included and which costs are excluded from the base to which the indirect cost rate is applied.

When calculating indirect costs (line 10) for "Training grants" or grants under "Restricted Rate" programs, you must refer to the information and examples on ED's website at: http://www.ed.gov/fund/grant/apply/appforms/appforms.html.

You may also contact (202) 377-3838 for additional information regarding calculating indirect cost rates or general indirect cost rate information.

5. Provide other explanations or comments you deem necessary.

**Paperwork Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is **1894-0008**. The time required to complete this information collection is estimated to vary from 13 to 22 hours per response, with an average of 17.5 hours per response, including the time to review instructions, search existing data sources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: U.S. Department of Education, Washington, D.C. 20202-4537. If you have comments or concerns regarding the status of your individual submission of this form, write directly to (insert program office), U.S. Department of Education, 400 Maryland Avenue, S.W., Washington, D.C. 20202.