The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF DEANN RAGSDALE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF DEANN RAGSDALE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## DECLARATION OF DEANN RAGSDALE

I, Deann Ragsdale, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Deputy Superintendent of Educational Services of the La Mesa-Spring Valley School District (LMSV). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

**Background**

2. On January 9, 2026, I submitted a separate declaration that describes my professional background and provides additional information about LMSV.

3. LMSV operated a grant project under the School-Based Mental Health Services Grant Program (SBMH), Award #S184H220222. The Department issued a discontinuation notice for the grant on April 29, 2025.

**The Department Declined to Continue the SBMH Grant.**

4. On January 9, 2026, the Department requested performance information related to our SBMH grant. The Department set a deadline of 5 p.m. Eastern Time on January 16, 2026.

5. On January 16, 2026, LMSV sent the Department the required performance information at 3:04 p.m. Pacific Standard Time. The LMSV employee who sent the performance information inadvertently overlooked that the Department's deadline was specified in Eastern Time rather than Pacific Time. LMSV's error regarding the time zone was made in good faith and was completely unintentional.

6.      On March 2, 2026, the Department issued LMSV a discontinuation notice, explaining that our SBMH grant was discontinued because LMSV did not submit a timely response to the Department's request for performance information.

7.      On March 16, 2026, LMSV sent the Department a Request for Reconsideration.

8.      As of April 9, 2026, LMSV has not received a response from the Department regarding the Request for Reconsideration.

9.      Discontinuation of the SBMH grant based solely on LMSV's technical timing error has had an immediate and devastating impact on LMSV's ability to meet students' mental health needs and will significantly undermine the advances made as a result of the SBMH grant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of April, 2026, at La Mesa, California.

Deann Ragsdale
Deputy Superintendent of Educational Services
La Mesa-Spring Valley School District