The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF DAVID REYNOLDS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SECOND MOTION TO ENFORCE SUMMARY JUDGMENT ORDERS |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

DECLARATION OF DAVID REYNOLDS IN
SUPPORT OF PLAINTIFFS' REPLY IN
SUPPORT OF SECOND MOTION TO
ENFORCE SUMMARY JUDGMENT ORDERS
NO. 2:25-cv-01228-KKE

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## <u>DECLARATION OF DAVID REYNOLDS</u>

I, David Reynolds, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the Director of Accounting for Educational Service District 105 (ESD 105). I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience, information provided to me through the performance of my duties, and my review of records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2.      ESD 105 is the recipient of a Mental Health Service Professional Demonstration Grant Program (MHSP) grant for the Yakima Grow Our Own Consortium, Award #S184X220035.

3.      On March 23, 2026, ESD 105 submitted a request for reimbursement for expenses incurred under its MHSP grant project. On March 24, 2026, the Department of Education confirmed receipt of ESD 105's reimbursement request. ESD 105's fiscal office has not received any other communications from the Department of Education in connection with this reimbursement request.

4.      As of April 8, 2026, ESD 105's request for reimbursement is still pending, and ESD 105 has not received any reimbursement.

5.      Under the prior process for reimbursing MHSP grant project expenses, ESD 105 was not required to provide documentation. Further, under the prior process, ESD 105 would make a claim for reimbursement and receive a deposit into our account within three days. Although the Department of Education has imposed a new reimbursement request process for ESD 105's MHSP grant, ESD 105's other Department of Education grants still use the prior process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _9th_ day of April 2026, at Yakima, Washington.

DAVID REYNOLDS
Director of Accounting, ESD 105