IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

              Plaintiffs,

       v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

              Defendants.

CASE NO.  C25-1228KKE

**<u>DECLARATION OF MURRAY BESSETTE</u>**

I, Murray Bessette, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1.　I am the Principal Deputy Assistant Secretary of Education of the Office of Planning, Evaluation and Policy Development at the United States Department of Education ("the Department" or "Education").  In this role, I serve as the principal adviser to the Secretary on all matters relating to policy development, implementation, evaluation, and review, budget proposals and processes, data strategy and governance, student privacy, and Department grantmaking.

2.　In March 2026, in issuing new continuation decisions for the grantees at issue in this case, the Department initially obligated approximately six months' worth of funding, for the reasons articulated in the March 2, 2026 continuation letter to grantees and further articulated in the April 7, 2026 Declaration of Candice Jackson. *See* Dkt. 418. As stated in the March 2 continuation letter, the ability to receive additional funding for the remainder of the year requires, among other things, that grantees provide satisfactory mid-year performance and budget

1

information and show that they are making substantial progress towards fulfilling the goals and objectives of their grant.

3.      The Department understands that the Court's injunction requires it in assessing the affected grantees' performance in the Mid-Year Check-In to disentangle performance issues resulting from the non-continuation decisions that were vacated by the Court from other performance-related issues that are identified during the check-ins.

4.      The Department intends to make additional funding determinations for the grantees affected by this litigation, at a time subsequent to the completion of their Mid-Year Check-In but no later than July 1, 2026. These funding determinations may be made on a rolling basis.

5.      In light of the above information, the Department proposes filing a subsequent status report by June 1, 2026, regarding the status of its Mid-Year Check-Ins and additional funding determinations.

Executed on this 23rd day of April, 2026.

_____

Murray Bessette

2