IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

Defendants.

CASE NO.  C25-1228KKE

## **DECLARATION OF DANA CARR**

I, Dana Carr, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1.      I am a Supervisory Program and Management Analyst and Group Leader in the Office of Safe and Supportive Schools of the Office of Elementary and Secondary Education ("OESE") at the United States Department of Education ("Education" or "the Department").  I am a duly authorized Custodian of Records, or other qualified witness for Education.  I am competent to make the statements contained in this declaration.  I make this declaration based on my personal knowledge and based on information provided to me in my official capacity.

2.      As a Supervisory Program and Management Analyst and Group Leader, my job responsibilities include managing two federal discretionary grant programs, the School-Based Mental Health Services Program ("SBMH") and the Mental Health Service Professional Demonstration Grant Program ("MHSP").  My responsibilities include supervising staff; grants management activities related to soliciting, reviewing and selecting applications for funding;

1

overseeing grants monitoring activities and oversight; providing and coordinating technical assistance; program reporting; and administering program budgets as appropriated by Congress. I have been in my current role since July 2024. I previously worked in the Office of Safe and Drug-Free Schools ("OSDFS") at the Department from December 2003 until March 2011.

### Mid-Year Check-Ins

3. As stated under my April 7, 2026 Declaration, as part of routine monitoring for the MHSP and SBMH programs, program staff typically conduct Mid-Year Check-Ins with all grantees. The purpose of these check-ins is to assess the grantee's progress towards their goals and objectives, offer technical assistance, and identify potential risks.

4. Program staff have begun scheduling and conducting Mid-Year Check-Ins for grantees involved in the litigation. The Mid-Year Check-In calls will be scheduled and completed based on the availability of individual grantees and the Department project officer assigned to each grant. The Department's intends to complete all Mid-Year Check-Ins for the litigation grantees by the end of May, 2026.

5.    Project officers, in conducting each grantee's Mid-Year Check-In, use a Mid-Year Check-In Template, attached hereto as Exhibit A. The information requested in each grantee's Mid-Year Check-In may be further individualized, based on the discretion of the Department project officer conducting the check-in or the grantee. Each grantee is notified prior to its Mid-Year Check-In of the budget, project, and performance data it should be prepared to discuss at the check-in. Grantees have the flexibility to submit written information corresponding to the data requested for their Mid-Year Check-In either before or after their call, but are not required to do so. A sample copy of such correspondence scheduling a Mid-Year Check-In for a grantee involved in this litigation is attached hereto as Exhibit B.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on this 23rd day of April, 2026.

*Dana Carr*

_____

Dana Carr

3