# Exhibit A

**Mid-Year Check-In Template**

**Grantee Name:**

**PR #:**

**State:**

**PD Name:**

**Date:**

| Questions | Notes |
|---|---|
| Program Overview<br>*Please share an update of your project since January, including your progress towards your goals and objectives.* | |
| Is the grantee making substantial progress towards goals and objectives? | ___ Yes<br>___ No (explain why) |
| Goals and Objectives (as applicable for each program)<br><br>*Please share an update on your program data, if applicable.* | **MHSP**<br>*Number of graduate students trained _____*<br><br>*Placed_____*<br><br>*Hired _____*<br>**SBMH**<br>Hired _____<br><br>*Retained _____*<br><br>*Ratio _____*<br><br>*Attrition _____*<br><br>*Students Served _____*<br><br>*Program objectives _____* |
| Performance Measures<br>*How is this data collection going?* | |
| Successes and Challenges<br>*What's going well?* | |

Exhibit A to Carr Decl.
C25-1228KKE
Page 1 of 3

| | |
|---|---|
| *Where do you need support?* | |
| **MHSP**<br>Partners<br>*Have you had any changes in your partnerships?*<br><br>*For FY25 grantees: Is your MOU complete and submitted (per the program requirements)?* | |
| Grant Administration<br>*Have you had any changes in program team (i.e., coordinator, PD, etc.)?* | |
| Fiscal Management<br>*Are you able to draw down routinely? Are you 50% through expenditures (i.e., on track for mid-point of the project/budget period)?*<br><br>*In reviewing expenditures, is there a **large available balance**?*<br><br>*Have you drawn down **over** the threshold limits?*<br><br>*(For litigation grantees) Have you been able to spend your funds? Have you had any issues w reimbursement requests (time, approval, system)?* | In the second quarter of 2026 (as of March 31st), X's available SBMH/MHSP grant award balance was $X.<br><br>At the end of each grant year their balance was as follows:<br><br>Year 1 - FY2023:<br><br>Year 2- FY2024:<br><br>Year 3 - FY2025:<br><br><br>The grantee projects X amount of carryover by the end of this grant year.<br>Remind grantees of threshold for excessive drawdowns. |
| Technical Assistance<br>*What technical assistance would be helpful to you?*<br><br>*How often would it make* | |

| | |
|---|---|
| *sense for you to engage in PLCs, roundtables, etc.?* | |
| Other | |