# Exhibit B

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Friday, April 10, 2026 3:04 PM
To: ▮▮▮▮▮▮▮
Subject: ▮▮▮▮▮▮ -Scheduling Your Check In

Dear Project Director,

Hello! Per the email on April 8, 2026, I am excited to schedule your mid-year check in!  This will be a great opportunity to connect and discuss your progress toward the project's goals and objectives, as well as any questions or challenges you have. We would also welcome your input on ideas for technical assistance that could be helpful to you or your fellow grantees.

Below are questions to help guide our discussion. Please be prepared to share information about your budget, project progress, and any performance data. You may send information in advance or after the call, if helpful. Please add any additional questions that you have to this list!

Please provide two to three available times and dates from the available times below (all EST):

-April 20th 10am - 2:30 pm
-April 22nd 10 am - 12:30 pm, 2-3 pm
-May 5th 10 am – 12:30 pm
-May 11th 11 am – 2 pm
-May 12th 10 am – 2 pm

I look forward to speaking with you soon.

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮

Discussion Questions

General
•    Please share an update of your project since January, including your progress towards your goals and objectives.

Performance Data
•    Please share an update on your program data:

o    Number of providers hired
o    Number of providers retained
o    Current ratio of students to providers

o       Attrition rate
o       Unduplicated number of students served
o       Program objectives if applicable

•       How is your data collection going?

Successes and Challenges
•       What is going well so far this year?
•       Is there any area in which you feel you need more support?

Budget and Financial Management
•       Are you on track to be about halfway through this year's funds?
•       Do you have a Large Available Balance?
•       Have you drawn down over the threshold of limits?
•       Are you able to submit for reimbursements routinely?
o       Have you had any issues with reimbursement requests that you would like to discuss?

Technical Assistance
•       What technical assistance would be helpful to you? How often would you like to engage in PLCs, roundtables, etc.?
•       What questions do you have?

Exhibit B to Carr Decl.
C25-1228KKE
Page 2 of 2