The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | PLAINTIFF STATES' MOTION FOR RECONSIDERATION |
| v. | NOTE ON MOTION CALENDAR: June 4, 2026 |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

Plaintiffs respectfully request this Court reconsider its Order denying Plaintiffs' second motion to enforce, Dkt. # 433, in so far as the Order failed to require Defendants to file any status reports, such as Defendants' own proposal that Defendants file "a subsequent status report by June 1, 2026, regarding the status of its Mid-Year Check-Ins and additional funding determinations." Dkt. # 430 ¶ 5. Specifically, Plaintiffs respectfully request the Court modify its order under Local Civil Rule 7(h) by requiring Defendants to file a status report on June 15, 2026, and at the close of funding determinations, on July 1, 2026, identifying the status and result of the Mid-Year Check-In and additional funding determinations for each affected grantee. Here, the circumstances warrant this minor modification to the Court's prior order denying Plaintiff States' second motion for enforcement, for two reasons.

***First***, the Court may have overlooked Defendants' offer to file a status report due to the circumstances of the offer. *See* LCR 7(h)(2). After the hearing on April 22, Defendants submitted

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

a declaration on April 23 in which they stated their intent "to make additional funding determinations . . . at a time subsequent to the completion of [grantees'] Mid-Year Check-In but no later than July 1, 2026," and "propose[d] filing a subsequent status report by June 1, 2026, regarding the status of its Mid-Year Check-Ins and additional funding determinations." Dkt. # 430 ¶¶ 4–5. Accordingly, Plaintiffs did not have an opportunity to comment on or respond to Defendants' proposal at the hearing. And, while the Court was "deeply troubled by the Department's treatment of the Grantees" including the Department's abandonment of "its in-court representations as to its intent," the Court did not mention the Department's offer to file status reports in its ruling on Plaintiffs' second motion to enforce. *See* Dkt. # 433 at p. 9. Especially where the Court expressed concern regarding the Department's "walk back" of "counsel's assurances at the January 22 hearing," failing to address another such assurance in the order suggests the Court may have overlooked it. *See id.* Despite making this offer to file a status report on June 1, 2026, Defendants did not do so.

This is not without prompting from Plaintiff States. Following the Court's order, Plaintiffs have repeatedly asked Defendants if they will file a status report but were not able to reach agreement prior to the 14-day motion for reconsideration deadline. *See* Range Decl., Ex. A. Although Defendants offered to voluntarily submit a report, they would not commit to a date and would not engage in discussions regarding the substance of these reports. *Id.* Without assurances, modification of the Court's order is necessary to ensure Defendants submit the status report that they themselves proposed for keeping the Court (and Plaintiffs) informed about their compliance with the Court's injunction. Dkt. # 430 ¶¶ 3–5.

***Second***, the Court may have misapprehended Plaintiffs' ability to monitor Defendants' compliance absent court-ordered reports. *See* LCR 7(h)(2). Due to the number of grantees protected by the Court's summary judgment order, Plaintiff States have limited visibility into the status of all affected grantees, particularly non-state entities, without the reports Defendants offered to file. Plaintiffs appreciate the Court's recognition that Plaintiffs may need to renew

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744

their motion to enforce if, for instance, Defendants fail to set aside sufficient funds for affected grantees or discontinue grantees for performance issues caused by Defendants' actions. Dkt. # 433 at p. 11. To assist the Court with determining whether Defendants complied with the summary judgment order, Dkt. # 269, Plaintiffs specifically request the status report include a list of grantees (identifying the name of the grantee and grantee award number) for whom:

- Mid-Year Check-Ins with Defendants have been completed;

- Mid-Year Check-Ins with Defendants have not yet been completed;

- Subsequent funding determinations have been completed and for each grantee:
  - Identify how much additional funds, if any, were awarded;
  - If this amount reflected a downward adjustment from the original amount approved for the budget year, identify the basis for this adjustment;
  - If the grantee did not receive additional funds, identify the basis for the Departments' decision to discontinue; and lastly

- Subsequent funding determinations have not yet been made.

As Defendants asserted that these additional funding determinations would be made no later than July 1, 2026, and on a rolling basis, *see* Dkt. # 430 ¶ 4, Plaintiff States respectfully request that this Court modify its ruling and order Defendants to file status reports with this information on June 15, 2026, and again on July 1, 2026. It should pose no difficulty for Defendants to meet an obligation they were already prepared to fulfill and routinely file in similar cases. *See, e.g.*, Range Decl., Ex. A (offer on May 28, 2026); *and see, e.g.*, *Council for Opportunity in Educ. v. Dep't of Educ.*, No. 1:25-cv-03491-TSC, (D.D.C. 2026) Dkt. ## 31, 37, and 42 (routine status reports). Further, the status reports will provide transparency needed in this case for assessing Defendants' compliance with the Court's summary judgement order. As the Court recognized, "the role of the Court, at this time, is limited to enforcing its prior orders while an appeal is pending" thereby "maintaining the status quo." Dkt. # 433 at p. 10. The status reports Defendants already offered to provide are necessary to do so.

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

3

Plaintiffs and this Court should not be required to fly blind, in determining whether Defendants' actions require further enforcement. Plaintiffs respectfully request the Court modify its order denying the second motion to enforce to require Defendants file the requested status reports.

DATED this 4th day of June 2026.

I certify that this memorandum contains 926 words in compliance with Local Civil Rules.

NICHOLAS W. BROWN
Attorney General of Washington

/s/ Ellen Range
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
LUCY WOLF, WSBA #59028
Assistant Attorneys General
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Lucy.Wolf@atg.wa.gov
William McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

ROB BONTA
Attorney General of California

/s/ Crystal Adams
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

Attorneys for State of California


WILLIAM TONG
Attorney General of Connecticut

/s/ Andrew Ammirati
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

Attorney for State of Connecticut


KWAME RAOUL
Attorney General of Illinois

/s/ Emily Hirsch
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

Attorney for State of Illinois


KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Vanessa L. Kassab
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

Attorneys for State of Delaware


ANTHONY G. BROWN
Attorney General of Maryland

/s/ Michael Drezner
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

Attorney for State of Maryland


AARON M. FREY
Attorney General of Maine

/s/ Sarah A. Forster
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

Attorney for State of Maine

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

PHILIP J. WEISER
Attorney General of Colorado

/s/ Sarah H. Weiss
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

Attorney for State of Colorado


ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Katherine Dirks
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

Counsel for Commonwealth of Massachusetts


LETITIA JAMES
Attorney General of New York

/s/ Rabia Muqaddam
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

Attorneys for State of New York


RAÚL TORREZ
Attorney General of New Mexico

/s/ Aletheia V.P. Allen
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE M. MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
Imarcus@nmdoj.gov

Attorneys for State of New Mexico


DANA NESSEL
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

Attorney for People of Michigan


AARON FORD
Attorney General of Nevada

/s/ Heidi Parry Stern
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

Attorney for State of Nevada

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

6

DAN RAYFIELD
Attorney General of Oregon

*/s/ Coby Howell*
COBY HOWELL*
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov

*Attorney for State of Oregon*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Frances Reynolds Colbert*
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

*Admitted pro hac vice*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

PLAINTIFF STATES' MOTION
FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744