The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-01228-KKE |
| Plaintiffs, | DECLARATION OF ELLEN RANGE IN SUPPORT OF PLAINTIFF STATES' MOTION FOR RECONSIDERATION |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

I, Ellen Range, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2. A true and correct copy of email correspondence with Defendants is attached as **Exhibit A.** As of close of business on June 3, 2026, I have not received a response to my emails, inviting collaboration.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of June 2026 at Tacoma, Washington.

/s/ Ellen Range
ELLEN RANGE, WSBA #51334
Assistant Attorney General

DECLARATION OF ELLEN RANGE IN
SUPPORT OF PLAINTIFF STATES'
MOTION FOR RECONSIDERATION
NO. 2:25-cv-01228-KKE

1