UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

Defendant(s).

CASE NO. C25-1228-KKE

ORDER TO RESPOND TO THE MOTION
FOR RECONSIDERATION

The Court has received a motion for reconsideration filed by Plaintiff States. Dkt. No. 434. Under Local Rules W.D. Wash. LCR 7(h), the Court ORDERS Defendants to file a response no later than June 12, 2026. In light of Defendants' previous offer to file a status report by a date now passed (Dkt. No. 430 ¶ 5), Defendants shall propose in their reconsideration response an updated timeline for filing status report(s) regarding the mid-year check-ins. If Defendants agree to Plaintiff States' proposal (Dkt. No. 434-1) or can negotiate an agreed schedule, the parties may file a stipulation in lieu of further briefing on the motion for reconsideration.

The clerk is directed to RE-NOTE the motion for reconsideration (Dkt. No. 434) for June 12, 2026.

Dated this 5th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO RESPOND TO THE MOTION FOR RECONSIDERATION - 1