Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                            Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                            Defendants.

CASE NO.  C25-1228KKE

**ORDER GRANTING DEFENDANTS'
MOTION TO CLARIFY**

(Proposed)

The Court, having considered Defendants' motion to clarify the permanent injunction issue by the Court, and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that Defendants' Motion is hereby granted and that, as requested by Defendants' motion, the Court clarifies that the termination of a

///

///

///

///

///

///

///

ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY (Proposed) - 1
(Case No. C25-1228KKE)

grant agreement pursuant to 2 C.F.R. § 200.340 would not violate the Court's December 19, 2025 injunction.

DATED this _____ day of _____, 2025.

_____
KYMBERLY K. EVANSON
United States District Judge

Presented by:

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Defendants

ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY (Proposed) - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970