Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                    Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

CASE NO.  C25-1228KKE

**DECLARATION OF
BRIAN C. KIPNIS**

I, Brian C. Kipnis, do declare and say:

1.      I am a duly appointed Assistant United States Attorney for the Western District of Washington.  I am the attorney who is primarily responsible for representing the U.S. Department of Education in the above-captioned matter.

2.      On May 21, 2026, the Court issued an order denying the States' second motion to enforce the injunction in this case.  Within minutes after receiving this order, Jennifer Cheung, one of the attorneys representing the Plaintiff States, send me an email message asking me to "confirm Defendants still plan to file a status report by June 1."  On May 26, Ms. Cheung sent me a second email repeating her question.

DECLARATION OF BRIAN C. KIPNIS - 1
(Case No. C25-1228KKE)

3. On May 27, 2026, I received an email message from Ellen Range, another one of the States' attorneys. Ms. Range told me that if I did not confirm that the Department was filing a status report on June 1, "we may file a motion, asking the Court to order the status report that Defendants have already offered." A true and correct copy of this email message is marked as Exhibit A and attached to this declaration.

4. I responded to Mr. Range's email message on May 28, 2026. I indicated that the Court denied the States' motion and did not order discovery nor require the Department to file a status report. Thus, as I informed Mr. Range, I did not see any basis for the third post-judgment motion by the States she was threatening to file. Nevertheless, I informed Ms. Range that the Department intended to voluntarily provide a status report as proposed by its declarant, but not by June 1. A true and correct copy of this email message is marked as Exhibit B and attached to this declaration.

5. Ms. Range responded that same day with a message sending me what was in effect an interrogatory with a specific list of what should be included in the Department's voluntary status report. She also insisted that the Department should provide two status reports, one "within the next few weeks and then another by July 1, showing final funding determinations." Ms. Range further indicated that "[t]hese reports will obviate the need for us to file a motion and we would like to work with you on this." A true and correct copy of this email message is marked as Exhibit C and attached to this declaration.

6. Because I had already informed Mr. Range of the Department's position on the matter and because there was no demonstrated basis for the States to make demands on the Department as to the composition or frequency of the status report it would voluntarily provide to the Court, I chose not to respond further on this subject.

7. On June 1, 2026, I received another message from Ms. Range indicating that she had not heard back from me and "[u]nless we reach agreement, we will file a motion on Thursday." A true and correct copy of this email message is marked as Exhibit D and attached

DECLARATION OF BRIAN C. KIPNIS - 2
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

to this declaration.  The "agreement" that Ms. Range apparently had in mind was that the Department would unilaterally accede to the States' demands in exchange for the States not filing an apparently groundless motion.  For the reasons described above, I chose not to respond to this demand.

8.    On June 3, 2026, I received yet another message from Ms. Range.  Ms. Range's message indicated that "today is the day for us to reach agreement" and "[i]f we do not reach agreement today, we will file a motion."  A true and correct copy of this email message is marked as Exhibit E and attached to this declaration.   I also chose not to respond to this message.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of June 2026.


/s/ Brian C. Kipnis
BRIAN C. KIPNIS

DECLARATION OF BRIAN C. KIPNIS - 3
(Case No. C25-1228KKE)