# Exhibit A

| From: | Range, Ellen (ATG) |
|---|---|
| To: | Kipnis, Brian (USAWAW) |
| Cc: | McGinty, William (ATG); Hoosier, Diane L. (ATG); Chung, Jennifer (ATG); Locke, Tally (ATG); Truong, Christine (ATG); Lenherr, Kelsey (ATG); Rebecca.Cohen@usdoj.gov |
| Subject: | [EXTERNAL] RE: Washington v. Dep"t of Ed, No. 2:25-cv-01228-KKE - status report |
| Date: | Wednesday, May 27, 2026 10:52:57 AM |

Hi Brian,

We have not heard back from you, so I have cc'd Rebecca, in case you are out on vacation.

Please let us know by noon tomorrow, May 28, if Defendants will file the status report on June 1.

If not, we may file a motion, asking the Court to order the status report that Defendants have already offered.

Best Regards,

Ellen

**Ellen Range** | she/her
Assistant Attorney General | Complex Litigation Division
Washington State Office of the Attorney General
Desk: 360-586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

**From:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>
**Sent:** Tuesday, May 26, 2026 10:28 AM
**To:** 'Kipnis, Brian (USAWAW' <brian.kipnis@usdoj.gov>
**Cc:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>
**Subject:** RE: Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

Hi Brian,

I hope you had a nice weekend. Would you please confirm Defendants will file a status report by June 1?

-Jennifer

Exhibit A to Kipnis Decl.
C25-1228KKE
Page 1 of 2

**From:** Chung, Jennifer (ATG)
**Sent:** Thursday, May 21, 2026 4:01 PM
**To:** 'Kipnis, Brian (USAWAW' <brian.kipnis@usdoj.gov>
**Cc:** Range, Ellen (ATG) <Ellen.Range@atg.wa.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>
**Subject:** Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

Brian,

Defendants previously filed a declaration stating that "the Department proposes filing a subsequent status report by June 1, 2026, regarding the status of its Mid-Year Check-Ins and additional funding determinations." Dkt. 430 ¶ 5. Would you confirm Defendants still plan to file a status report by June 1?


Regards,
Jennifer

**Jennifer K. Chung** (she/her)
Assistant Attorney General | Complex Litigation Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000 | Seattle, WA 98104
Ph: 206-389-2413 | jennifer.chung@atg.wa.gov

The material contained herein may be confidential and/or subject to the attorney/client or work product privilege. If you believe you have received this message in error, please notify sender immediately.