# Exhibit D

| From: | Range, Ellen (ATG) |
|---|---|
| To: | Kipnis, Brian (USAWAW) |
| Cc: | McGinty, William (ATG); Hoosier, Diane L. (ATG); Chung, Jennifer (ATG); Locke, Tally (ATG); Truong, Christine (ATG); Lenherr, Kelsey (ATG) |
| Subject: | [EXTERNAL] RE: Washington v. Dep"t of Ed, No. 2:25-cv-01228-KKE - status report |
| Date: | Monday, June 1, 2026 12:44:59 PM |

Hi Brian,

We did not near back from you.

Unless we reach agreement, we will file a motion on Thursday.

Best Regards,

Ellen

**Ellen Range** | she/her
Assistant Attorney General | Complex Litigation Division
Washington State Office of the Attorney General
Desk: 360-586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Range, Ellen (ATG)
**Sent:** Thursday, May 28, 2026 4:06 PM
**To:** 'Kipnis, Brian (USAWAW)' <Brian.Kipnis@usdoj.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Chung, Jennifer (ATG) <Jennifer.Chung@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>
**Subject:** RE: Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

Hi Brian,

I am pleased to hear that the Department intends to file a status report in the next few weeks. So the status report serves its purpose, we ask that it includes a list of grantees (identifying the name of the grantee and grantee award number) for whom:

- Mid-Year Check-Ins with Defendants have been completed;
- Mid-Year Check-Ins with Defendants have not yet been completed;
- Subsequent funding determinations have been completed and for each grantee:
    - Identify how much additional funds, if any, were awarded;
    - If this amount reflected a downward adjustment from the original amount approved for the budget year, identify the basis for this adjustment;
    - If the grantee did not receive additional funds, identify the basis for the

Exhibit D to Kipnis Decl.
C25-1228KKE
Page 1 of 5

Departments' decision to discontinue; and lastly

- Subsequent funding determinations have not yet been made.

We would want this report within the next few weeks and then another one by July 1, showing final funding determinations. These reports will obviate the need for us to file a motion and we would like to work with you on this.

Please let me know if this will work for your client by 12 p.m., Monday.

Best Regards,

Ellen

**Ellen Range** | she/her
Assistant Attorney General | Complex Litigation Division
Washington State Office of the Attorney General
Desk: 360-586-6314

This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.

---

**From:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Sent:** Thursday, May 28, 2026 3:34 PM
**To:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>
**Subject:** RE: Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

[EXTERNAL]

Hi Ellen.

My apologies. I have not been on vacation, but I have been tied up by a number of other matters that, at the moment, have a higher priority for my time and attention.

That said, I acknowledge that the Department proposed the filing of a status report on June 1 in a declaration filed with its opposition to your second motion to enforce the judgment. The Department was prepared to file a status report if requested or ordered by the Court in connection with that motion, which was pending before the Court at that time.

As you know, the Court did not order the Department to file a status report on June 1 or

Exhibit D to Kipnis Decl.
C25-1228KKE
Page 2 of 5

any other date.  Instead, the Court denied your motion, ruling that the Department is not in violation of the injunction issued in the case.   Notably, the Court also did not grant your alternative request to conduct discovery.  Given this ruling, I do not see any legal basis for a third post-judgment motion from the States for the purpose of obtaining an order to require the filing of a status report by the Department.

Given the above, the filing of a status report now would be a purely voluntary act by the Department.  As you may be aware, the Department is currently managing a high volume of work; however, the Department intends to voluntarily submit a status report to the Court sometime next week or the following week.  It is unlikely, however, that a status report will be filed on June 1.

Brian

Brian Kipnis, AUSA

(206) 553-7970

---

**From:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>
**Sent:** Wednesday, May 27, 2026 10:53 AM
**To:** Kipnis, Brian (USAWAW) <Brian.Kipnis@usdoj.gov>
**Cc:** McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>; Rebecca.Cohen@usdoj.gov
**Subject:** [EXTERNAL] RE: Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

Hi Brian,

We have not heard back from you, so I have cc'd Rebecca, in case you are out on vacation.

Please let us know by noon tomorrow, May 28, if Defendants will file the status report on June 1.

If not, we may file a motion, asking the Court to order the status report that Defendants have already offered.

Best Regards,

Ellen

**Ellen Range** | she/her
Assistant Attorney General | Complex Litigation Division
Washington State Office of the Attorney General

Desk: 360-586-6314

**This email is intended only for the named addressee(s) and may contain information which is legally privileged. If you have received this e-mail in error, please notify me by return e-mail and delete this message. Any disclosure, copying, distribution or other use of the contents of this message is prohibited. Opinions in this e-mail do not constitute an official Attorney General opinion.**

---

**From:** Chung, Jennifer (ATG) <jennifer.chung@atg.wa.gov>
**Sent:** Tuesday, May 26, 2026 10:28 AM
**To:** 'Kipnis, Brian (USAWAW' <brian.kipnis@usdoj.gov>
**Cc:** Range, Ellen (ATG) <ellen.range@atg.wa.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Locke, Tally (ATG) <tally.locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <kelsey.lenherr@atg.wa.gov>
**Subject:** RE: Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

Hi Brian,

I hope you had a nice weekend. Would you please confirm Defendants will file a status report by June 1?

-Jennifer

---

**From:** Chung, Jennifer (ATG)
**Sent:** Thursday, May 21, 2026 4:01 PM
**To:** 'Kipnis, Brian (USAWAW' <brian.kipnis@usdoj.gov>
**Cc:** Range, Ellen (ATG) <Ellen.Range@atg.wa.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Hoosier, Diane L. (ATG) <diane.hoosier@atg.wa.gov>; Locke, Tally (ATG) <Tally.Locke@atg.wa.gov>; Truong, Christine (ATG) <christine.truong@atg.wa.gov>; Lenherr, Kelsey (ATG) <Kelsey.Lenherr@atg.wa.gov>
**Subject:** Washington v. Dep't of Ed, No. 2:25-cv-01228-KKE - status report

Brian,

Defendants previously filed a declaration stating that "the Department proposes filing a subsequent status report by June 1, 2026, regarding the status of its Mid-Year Check-Ins and additional funding determinations." Dkt. 430 ¶ 5. Would you confirm Defendants still plan to file a status report by June 1?

Regards,
Jennifer

**Jennifer K. Chung** (she/her)

Assistant Attorney General | Complex Litigation Division

Washington State Office of the Attorney General

800 Fifth Avenue, Suite 2000 | Seattle, WA 98104

Ph: 206-389-2413 | jennifer.chung@atg.wa.gov

The material contained herein may be confidential and/or subject to the attorney/client or work product privilege. If you believe you have received this message in error, please notify sender immediately.