Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.

CASE NO.  C25-1228KKE

**DEFENDANT'S VOLUNTARY
STATUS REPORT**

As stated in Defendant's (hereafter the Department's) opposition to Plaintiff States' Motion for Reconsideration, and recognized by the Court within its Order denying the aforementioned motion, "the Department intends to voluntarily file the status report offered by the Department's declarant. However, the Department expects to file its voluntary report on or about Thursday, June 25, 2026, when it expects the relevant decisions to have been made[,]" as "the Department will have no meaningful information to impart until then." Dkt. No. 438 at 3 n.1; Dkt. No. 440.

At this time, the Department wishes to let the Court and plaintiffs know that it does not yet have any meaningful information to impart because the relevant decisions have not yet been made by the Department, but it expects to file a report with the Court by no later than Tuesday, June 30, 2026.

//

//

NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF INJUNCTION - 1
(Case No. C25-1228KKE)

DATED this 25th day of June 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorney for Defendants*

NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF INJUNCTION - 2
(Case No. C25-1228KKE)