The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, et al.,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

NO. 2:25-cv-01228-KKE

DECLARATION OF ELLEN RANGE
IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFENDANTS'
MOTION FOR CLARIFICATION OF
INJUNCTION

I, Ellen Range, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2.     Attached as Exhibit A is a true and correct copy of Defendant's Status Report dated May 21, 2026, *Council for Opportunity in Education v. Department of Education*, Nos. 1:25-cv-3514-TSC, 1:25-cv-3491-TSC, Dkt. # 42.

3.     Attached as Exhibit B is a true and correct copy of Plaintiff's Expedited Motion to Enforce Preliminary Injunction dated June 9, 2026, *Council for Opportunity in Education v. Department of Education*, Nos. 1:25-cv-3514-TSC, 1:25-cv-3491-TSC, Dkt. # 47.

RANGE DECLARATION IN SUPPORT
OF PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION FOR
CLARIFICATION OF INJUNCTION
NO. 2:25-cv-01228-KKE

1

4.     Attached as Exhibit C is a true and correct copy of the U.S. Department of Education Notices of Termination dated May 19, 2026, *Council for Opportunity in Education v. Department of Education*, Nos. 1:25-cv-3514-TSC, 1:25-cv-3491-TSC, Dkt. # 47-9.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 25th day of June 2026 at Tacoma, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
Assistant Attorney General

RANGE DECLARATION IN SUPPORT
OF PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION FOR
CLARIFICATION OF INJUNCTION
NO. 2:25-cv-01228-KKE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744