# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR OPPORTUNITY
IN EDUCATION,

Plaintiff,

v.

DEPARTMENT OF EDUCATION, et al.,

Defendants.

Civil Action No. 25-3514 (TSC)
Civil Action No. 25-3491 (TSC)
**Consolidated Cases**

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's April 13, 2026 Order (ECF No. 41),[1] Defendants, by and through undersigned counsel, hereby submit this Status Report. The Defendants report as follows:

1. On January 16, 2026, the Court entered a preliminary injunction vacating certain "Notices of Non-Continuation sent to Plaintiff and the members it identified in Case No. 25-cv-03514" and "Notices of Non-Selection sent to Plaintiff's identified members in Case No. 25-cv-03491[.]" That order required Defendants to issue new determinations regarding continuation or new funding determinations, as applicable, in accordance with the accompanying Memorandum Opinion as well as all applicable laws, regulations, and procedures. *See* Order (ECF No. 29).

2. On April 13, 2026, the Court expanded the scope of its January 16, 2026 Order, requiring "that Defendants must complete such actions and steps and issue new determinations to Plaintiff's additional identified members" whose grants were previously non-continued or non-selected, as applicable, on or before May 19, 2026 and in accordance with the other terms of that Order. *See* Order (ECF No. 41).

---

[1] All citations cite to the Civil Action No. 25-3491 (TSC) docket.

3.      As of the date of this status report, Defendants have issued new selection decisions to each of Plaintiff's additional identified members affected by the Court's April 13, 2026, Order. This redetermination process has resulted in 17 new selection decisions.

4.      As of the date of this status report, Defendants have issued new continuation decisions to each of Plaintiff's additional identified members affected by the Court's April 13, 2026, Order. This redetermination process has resulted in 7 new continuation decisions, 12 new non-continuation decisions, 3 voluntary termination acceptances, and 28 new termination decisions.

5.      Each grantee notified of a new termination decision was also notified that the Department had determined them ineligible for further grant continuation, as the effect of the termination decision was to amend the period of performance of their award to conclude May 19, 2026.

*        *        *

6.    Education anticipates completing the administrative activities to reinstate grant awards that were previously non-continued, or to create new grant awards for newly selected grantees, and obligating funding for the next 12-month budget period for each award, on or before May 29, 2026.

Dated: May 21, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:            /s/ Stephanie R. Johnson
    STEPHANIE R. JOHNSON,
        D.C. Bar # 1632338
    HEATHER GRAHAM-OLIVER
    Assistant United States Attorneys
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    Main: (202) 252-2500

*Attorneys for the United States of America*

P. 004

3