# Exhibit C

# EXHIBIT H

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funded activities to include train the trainer course outcomes including, "Build a strong foundation in social emotional learning (SEL); includes equity based, culturally responsive and trauma sensitive practices," page e 91

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial

obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 004



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

<span style="background-color:black;color:red">REDACTED</span>

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, <span style="background-color:black;color:red">REDACTED</span>, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Summary of community support includes, "Volunteer, leadership and/or service learning; referrals for services; diversity and racial justice workshop <span style="background-color:black;color:red">REDACTED</span> page e63. In the developing social emotional learning skills for UB staff, grantee states, "<span style="background-color:black;color:red">REDACTED</span> will require all of its UB programs whose funding is renewed in 2022 to either attend an <span style="background-color:black;color:red">REDACTED</span> SEL course or participate in training provided by the <span style="background-color:black;color:red">REDACTED</span>," and course outcomes includes, "Build a strong foundation in social emotional learning (SEL); includes equity based, culturally responsive and trauma sensitive practices," page 93.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 006

Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*

P. 007



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Summary of community support includes, "Volunteer, leadership and/or service learning; referrals for services; diversity and racial justice workshop REDACTED page e63. In the developing social emotional learning skills for UB staff, grantee states, "REDACTED will require all of its UB programs whose funding is renewed in 2022 to either attend an REDACTED SEL course or participate in training provided by the REDACTED," and course outcomes includes, "Build a strong foundation in social emotional learning (SEL); includes equity based, culturally responsive and trauma sensitive practices," page 93.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 009

Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Summary of community support includes, "Volunteer, leadership and/or service learning; referrals for services; diversity and racial justice workshop REDACTED page e63. In the developing social emotional learning skills for UB staff, grantee states, "REDACTED will require all of its UB programs whose funding is renewed in 2022 to either attend an _____ SEL course or participate in training provided by the REDACTED," and course outcomes includes, "Build a strong foundation in social emotional learning (SEL); includes equity based, culturally responsive and trauma sensitive practices," page 93.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 012

Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

<span style="background:black;color:red">REDACTED</span>

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, <span style="background:black;color:red">REDACTED</span>, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Summary of community support includes, "Volunteer, leadership and/or service learning; referrals for services; diversity and racial justice workshop <span style="background:black;color:red">REDACTED</span> page e63. In the developing social emotional learning skills for UB staff, grantee states, "<span style="background:black;color:red">REDACTED</span> will require all of its UB programs whose funding is renewed in 2022 to either attend an <span style="background:black;color:red">REDACTED</span> SEL course or participate in training provided by the <span style="background:black;color:red">REDACTED</span>," and course outcomes includes, "Build a strong foundation in social emotional learning (SEL); includes equity based, culturally responsive and trauma sensitive practices," page 93.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 015

Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 016

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funding, under personal wellness and academic success workshops, for "Social justice and civic engagement issues will be addressed, including awareness training surrounding microaggressions and systemic racism, as a pathway to healing and support for LI-FG students who experience microaggressions," page e84.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify

the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 018

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funding, under personal wellness and academic success workshops, for "Social justice and civic engagement issues will be addressed, including awareness training surrounding microaggressions and systemic racism, as a pathway to healing and support for LI-FG students who experience microaggressions," page e71.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify

the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funded activities, in permissible services provided, to address "[t]opics of Diversity, i.e. racism, sexism, ageism, trust, and conflict resolution through collaboration with the Restorative Justice at the target schools, and community partners like Youth Uprising and the African American Male Achievement Programs," page e46.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify

the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

**Notice of Termination**

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- "We will work with REDACTED Executive Director of Diversity, Equity, and Inclusion to offer trainings to project staff... Cultural Development Workshops: These workshops for participants will be conducted in conjunction with seasoned Diversity and Inclusion educators such as REDACTED Executive Director of Diversity, Equity and Inclusion. These workshops will discuss college campus diversity programs (seniors), cultural identity development, intersectionality and understanding and addressing racism, discrimination and micro-aggressions," pages 80-81
- "Volunteer, leadership and/or service learning; referrals for services; diversity and racial justice workshop REDACTED page e63. In the developing social emotional learning skills for UB staff, grantee states, "REDACTED will require all of its UB programs whose funding is renewed in 2022 to either attend an REDACTED SEL course or participate in training provided by the REDACTED," and course outcomes includes, "Build a strong foundation in social emotional learning (SEL); includes equity based, culturally responsive and trauma sensitive practices," page 93.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. §

200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 024

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 025



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In meeting student's social emotional needs, "Our project will also ensure that professional development for project staff focuses on cultural competence and tips for developing culturally relevant instruction and curriculum," page e85 and "Cultural Development Workshops: These workshops for participants will be conducted in conjunction with seasoned Diversity and Inclusion educators such as REDACTED Executive Director of Diversity, Equity and Inclusion. These workshops will discuss college campus diversity programs (seniors), cultural identity development, intersectionality and understanding and addressing racism, discrimination and micro-aggressions. Grantee also states, "regular diversity, equity and inclusion training for all Upward Bound staff," page e37.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of

performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 027

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*



### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the Required Qualifications and Key Duties of Educational Talent Search Director - "Demonstrated cultural competency with respect to race, ethnicity, and socioeconomic status[.]" Page e 58.
- "[R]igorous hiring procedures for both professional and student staff to identify diverse individuals capable of achieving success in the school and community environments in which our programs function." Page e 63.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 030

Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Vice President in the Office of Diversity will "Provide Diversity Training to EOC staff to build awareness of diversity, social justice and inclusion within the Project and affirm and support these in the Project workplace."

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial

obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 033

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funding under quality of key personnel, to "strive to create a more equitable and representative workforce that reflects the rich diversity of our society. This approach not only fosters a more inclusive workplace culture but also contributes to a broader range of perspectives and experiences, ultimately enriching our organization," page e40.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify

the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 035

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funding under quality of key personnel, to "strive to create a more equitable and representative workforce that reflects the rich diversity of our society. This approach not only fosters a more inclusive workplace culture but also contributes to a broader range of perspectives and experiences, ultimately enriching our organization," page e41.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify

the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 037

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to employ personnel, your application states, "Following the closing date for the job posting, a minimum of three qualified candidates will be selected to interview. Selection of the three will give serious weight to diversity in the candidate pool….Unlike general REDACTED positions, additional consideration will be given to the candidates' background as it relates to the EOC target population." page e62

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination

costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 039

Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*



**Notice of Termination**

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Resources that will assist the project in achieving the its goals and activities, such as "DEIB professional development, staff online seminar trainings, DEIB educational resources, university community DEIB support." page e54.
- Funding to further "REDACTED mission is to, "Educate leaders, build healthy communities, and make discoveries that change the world". A key part of that mission is to ensure diversity, equity, inclusion, and belonging (DEIB) are integral to every part of REDACTED research, scholarship, teaching, service, community engagement, and support." page e73.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34

C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 042

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*
P. 043

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- "All job postings will emphasize REDACTED interest in hiring candidates whose backgrounds reflect those of the student population served by REDACTED: "Applicants with background similar to TRIO program participants are encouraged to apply." An REDACTED HR representative will be assigned to support the search to support efforts to further ensure a diverse candidate pool... In accordance with REDACTED Hiring Policy & Procedures following the National Coalition Building Institution's cultural competencies (NCBI), REDACTED AAO will analyze the diversity of applicant pool and, if sufficient, certify the pool. The AAO will determine appropriate resolution if applicant pool is not sufficiently diverse, including reopening the search... The search committee must have cognitive diversity, achieved by including members with different backgrounds, perspectives and expertise and with demonstrated commitment to diversity... The interview committee will use a rubric to rank the extent to which each candidate meets and demonstrates each required criterion. Committee selects finalists. The chair will send the finalist list to the AAO. If the finalist pool is sufficiently diverse, AAO will certify the finalist list. If the AAO determines the finalist pool is not sufficiently diverse, the list is sent back to the Committee or the search is reopened," page e66-68.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this

termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 045

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 046



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

**REDACTED**

## <u>Notice of Termination</u>

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, **REDACTED** effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to employ personnel, "An **REDACTED** HR representative will be assigned to support the search to support efforts to further ensure a diverse candidate pool. HR, in consultation with the hiring manager and the Affirmative Action Officer (AAO) will review the recruitment plan for the position to be posted and will determine whether any modifications to the recruitment plan are needed... In accordance with **REDACTED** Hiring Policy & Procedures following the National Coalition Building Institution's cultural competencies (NCBI), **REDACTED** AAO will analyze the degree of diversity of applicant pool and if sufficient, certify the pool. The AAO will determine appropriate resolution if the applicant pool is not sufficiently diverse, including reopening the job search... The search committee must have cognitive diversity, achieved by including members with different backgrounds, perspectives and expertise and with demonstrated commitment to diversity... If the finalist pool is sufficiently diverse, AAO will certify the finalist list. If the AAO determines the finalist pool is not sufficiently diverse, the list is sent back to the Committee or the search is reopened," pages 64-66.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the

effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 048

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 049

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

<mark>REDACTED</mark>

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, <mark>REDACTED</mark>, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to employ personnel, "Send job postings to organizations and individuals on the <mark>REDACTED</mark> affirmative action mailing list, the Division of Employment Security, and other relevant sources," and  Work with the Office for Diversity, Equity and Inclusion (ODEI) to develop hiring strategy that that targets the populations represented by Talent Search students; send postings to identified networks, list serves," page e72.
- In the effective and innovating practice and relationship to objectives section, "To recruit speakers, TS will work with the Office of Career Services to identify professionals affiliated with Hack Diversity (www.hackdiversity.com), a <mark>REDACTED</mark> firm that connects tech teams with "high- performing talent--who predominantly identify as Black or Latinx — to launch careers as software engineers, IT professionals and data analysts within the innovation economy," page e93.
- In the minimum qualifications of the talent search counselors, "Demonstrated experience with multi-ethnic, multi-racial population preferred," page e70

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the

effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 051

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*

P. 052



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## **Notice of Termination**

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to employ personnel, "REDACTED TRIO and other educational opportunity programs have demonstrated a strong commitment and ability to employ highly qualified personnel who have succeeded in overcoming barriers similar to those confronting the project's target populations by hiring project staff who were first-generation and low-income college students, are people of color and are non-native English speakers." page e72. This is further operationalized in the grantee's hiring process, such as "Work with the Office for Diversity, Equity and Inclusion (ODEI) to develop hiring strategy that that targets the populations represented by Talent Search students; send postings to identified networks, list serves.'" page e72

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34

C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to employ personnel, "Advertise the position in a variety of culturally diverse publications, TRIO state and nationall listservs, targeting minorities, LGBTQI individuals, persons with disabilities, seniors, and veterans, and HR Affirmative Action recommended diverse sources[.]" page e70.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify

the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

**Notice of Termination**

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the employing personnel section, "REDACTED TS program will take steps at all stages of the hiring process to ensure that personnel employed are those who have succeeded in overcoming the disadvantages of circumstances like those of the population of the target area. Prior to advertising positions, target school districts and community partners will be engaged and made aware of forthcoming advertisements; they are likely to be aware of candidates who have overcome barriers like those faced by the target area community. In advertisements for positions, the preference for applicants who have overcome similar circumstances will be listed. This preference will be further discussed and considered during the screening process by the hiring committee. During in-person interviews, applicants will be asked specific questions about their experience overcoming obstacles, and in the final selection process, their responses to these questions will be considered by the hiring committee."

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026,

P. 058

so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 059

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 060



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

**REDACTED**

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, **REDACTED**, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In competitive preference priority two, "In addition to striving to hire personnel who are likely to understand and empathize with VUB-eligible students, VUBECC will require all project staff members to attend diversity and inclusion training provided by **REDACTED**s Office of Student Diversity and Social Justice and **REDACTED** Faculty Center. These two institution units provide a wide array of professional development activities aimed at helping **REDACTED** faculty and staff become more effective at building rapport with and assisting underserved students," page e83

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 062

Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to inform residents, schools, and community organizations about Upward Bound, "Because the target communities have limited ethnic and cultural diversity, UB staff will work aggressively to ensure the target population is diverse. Additionally, outreach will focus on ensuring equality among male and female participants," page e33 and in implementation of elective courses, "All students will participate in a social justice book club, where books such as The Hate You Give and the March Trilogy will be discussed," page e50

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

## **Notice of Termination**

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED, effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Coordination with other projects includes, "The Program has a close partnership with the Office of Diversity, Equity and Inclusion on campus. This collaboration includes annual workshops presented to students during the Academic Year and Summer Program. Topics have included Gender Identity and Becoming an Ally, Understanding Language and Implicit Bias, and Building Healthy Relationships," page e64 and in the meeting student's social, emotional, and academic needs, "One other important component of the Program is the Social Awareness Workshop Series offered during both the Academic Year and Summer Program. This series has featured workshops such as Understanding Implicit Bias, Building Strong & Healthy Relationships, Understanding Gender Identity, Becoming an Ally, Language Matters and Self-Care & Your Mental Health. This exposure to a broad range of topics focused on historically marginalized groups as well as subjects that may have be deemed uncomfortable, enables students to broaden their understanding of others." page e93.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any

remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 068

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award ███████ effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- In the plan to employ personnel, grantee states, "The program is committed to giving priority to hiring TRIO alumni and individuals who have overcome disadvantages.To enhance participation of traditionally underrepresented groups, Talent Search will collaborate with local agencies and organizations, community centers, churches, and school district personnel already serving these groups to assist with identification of potential applicants.███ is committed to policies of equal access and opportunity in employment in all its educational programs." page e62

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

[REDACTED]

**Notice of Termination**

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, [REDACTED] effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funding to target specific groups through outreach like, "Communicate with NAACP, Association of Africans Living in [REDACTED], Migrant Justice, and REDACTED distribute customized posters and workshop invitations." and "Communicate with Refugee Information Network and US Committee for Refugees & Immigrants - [REDACTED] distribute customized posters." page e34.
- Funding for "Recruitment include[ing through] […] the Refugee and Immigrant Services Providers Network, the Association of Africans Living in REDACTED Adult Education Centers, Native American Council, NAACP[…][.]" page e61.

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 074

Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

**UNITED STATES DEPARTMENT OF EDUCATION**

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*May 19, 2026*

REDACTED

### Notice of Termination

Dear Project Director:

This letter provides notice that the United States Department of Education (Department) has determined **to terminate** your federal award, REDACTED effective as of May 19, 2026.

As incorporated into your grant agreement, under 2 C.F.R. § 200.340(a)(4), a Federal award may be terminated in part or its entirety "if an award no longer effectuates the program goals or agency priorities." The Department has reviewed the federally-funded activities under your award, and determined that the following activities to be performed under this award no longer effectuate the program goals or the Department's priorities:

- Funded activities to include "[R]ecruiting and hiring a diverse set of instructors, resident assistants, and full-time UB staff" and "promoting equity, social justice, and safe, supportive environments within the program culture, with room to address bias and racism and connect with campus organizations such as the REDACTED ———"

In determining not to allocate additional federal funding for your award, including for the proposed activities described above, the Department has determined the benefits of allocating funding consistent with current agency priorities outweigh potential reliance interests.

**Effect of Termination**

In accordance with 34 C.F.R. § 75.903, and the terms and conditions of your award, this termination is effective as of the date of this notice on **May 19, 2026**. Consistent with 2 C.F.R. § 200.309 "if termination occurs, the period of performance will be amended to end upon the effective date of termination." Consistent with 34 C.F.R. §§ 75.703 and 75.707, you may use any remaining grant funds for obligations made during the final budget period through May 19, 2026, so long as such an obligation is otherwise for an allowable cost within the approved scope and objectives of the project. Because the effect of this termination decision is to amend the period of performance of your award, your award is not eligible for a continuation determination under 34 C.F.R. § 75.253, as there are no additional budget periods to continue after May 19, 2026.

As such, any costs incurred after **May 19, 2026** are not allowable, unless they are expressly authorized by the Department. If you believe that your award will have allowable termination

costs as detailed in 2 C.F.R. § 200.472, you must notify the Department in writing and identify the associated costs within 120 days from the date of this notice. Costs resulting from financial obligations which were properly incurred for the performance of your grant award before the date of this termination notice, and that were not incurred in anticipation of termination, remain allowable if they would have otherwise been allowable had the award not been terminated.

Consistent with 2 C.F.R. § 200.342, if you wish to object to the termination of this award, or believe the reason for the proposed termination can be resolved, you may challenge the termination in writing and provide any information or documentation relevant to your challenge. You must submit any written objections via email no later than 5:00 p.m. ET on **June 18, 2026** to:

Dr. Chris McCarghen
Deputy Assistant Secretary for Higher
Education Programs
Office of Postsecondary Education
U.S. Department of Education
TRIO@ed.gov.

For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/manage-your-grant/department-grant-discontinuation-and-termination-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334. Additionally, the closeout of your award does not affect the ability of the Department to make post-closeout adjustments as authorized by 2 C.F.R. § 200.345, including the ability to disallow costs and recover funds on the basis of a later audit or other review.

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

P. 077