Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

                    Defendants.

CASE NO.  C25-1228KKE

**DEFENDANT'S SECOND
VOLUNTARY STATUS REPORT**

As stated in Defendant's (hereafter the Department's) voluntary Status report filed on June 25th, 2026, the Department is filing a second voluntary supplemental report today, June 30, 2026, regarding further actions the Department has taken to comply with the Court's prior Orders:

- All Mid-Year Check-Ins for grantees involved in the litigation ("continued Grantees") and the Department occurred between April 15th, 2026, and May 29th, 2026.

- After completion of the Mid-Year Check-Ins, School District 1J Multnomah County (S184H220169), decided to voluntarily terminate its SBMH grant. As a result of this voluntary termination, the number of continued Grantees was reduced to 117.

- On June 30, 2026, Grantees were notified that "the Department has asked the Court to confirm that the existing permanent injunction—issued against the original April

DEFENDANT'S SECOND VOLUNTARY STATUS REPORT - 1
(Case No. C25-1228KKE)

2025 non-continuation decision for this grant—does not bar a separate termination decision." Consistent with the Department's Motion for Clarification, the June 30, 2026 letter communicated that any potential termination action would occur no earlier than July 31, 2026. Grantees were informed, as a result, that the Department would be providing approximately one month of funding while the Court considers this motion for the following 102 grants:

| | |
|---|---|
| S184H220029 | Vancouver School District No. 037 |
| S184H220037 | Anne Arundel County Public Schools |
| S184H220038 | Niagara Falls City School District |
| S184H220042 | Madera Unified School District |
| S184H220044 | Board of Education - Ossining Union Free School District |
| S184H220061 | Crystal Lake Community Consolidate School District #47 |
| S184H220066 | Riverside County Office of Education |
| S184H220068 | EdAdvance |
| S184H220074 | Northwest Educational Service District 189 |
| S184H220076 | Skokie School District 69 |
| S184H220100 | Corbett School District 39 |
| S184H220112 | Lemon Grove School District |
| S184H220121 | Ukiah Unified School District |
| S184H220146 | Silver Consolidated Schools |
| S184H220159 | Jackson County School District #4 DBA Phoenix-Talent Schools |
| S184H220170 | Eureka City Schools |
| S184H220173 | Lansing School District |
| S184H220183 | Animo Jackie Robinson High School |
| S184H220198 | Livermore Valley Joint Unified |
| S184H220199 | Education, Maine Department of |
| S184H220207 | Tulare County Office of Education |
| S184H220219 | Charter School of Educational Excellence |
| S184H220232 | Board of Education City of Chicago |
| S184H220242 | Region 06 West Cook ISC 2 |
| S184H220254 | Greater Amsterdam School District |
| S184H220265 | Cutler-Orosi Joint Unified School District |
| S184H240082 | Wisconsin Department of Public Instruction |
| S184H240192 | Marin County Office of Education |
| S184H240217 | Mott Haven Academy Charter School |
| S184H240248 | Santee School District |
| S184H240276 | Colton Joint Unified School District |
| S184H240293 | Colorado Department of Education |

DEFENDANT'S SECOND VOLUNTARY STATUS REPORT - 2
(Case No. C25-1228KKE)

| | |
|---|---|
| S184H240321 | Riverside County Office of Education |
| S184H240357 | Multnomah Education Service District |
| S184H240363 | McKinleyville Union School District |
| S184H250189 | Lompoc Unified School District |
| S184X220010 | The Regents of the University of California, Santa Barbara |
| S184X220034 | University of Maine System dba University of Southern Maine |
| S184X220035 | Educational Service District 105 |
| S184X220042 | University of Delaware |
| S184X220059 | Michigan Department of Education |
| S184X220071 | Alverno College |
| S184X220077 | Acton-Agua Dulce Unified School District |
| S184X220080 | Mercy College |
| S184X220081 | The Research Foundation for The State University of New York |
| S184X220085 | Seneca Falls Central School District |
| S184X220094 | Fordham University |
| S184X220117 | El Rancho Unified School District |
| S184X220121 | Nazareth College of Rochester |
| S184X220127 | iEmpire Academy |
| S184X220145 | Northern Illinois University |
| S184X220146 | Multicultural Learning Center |
| S184X220150 | Springfield College |
| S184X220167 | Santa Paula Unified School District |
| S184X230005 | University of Colorado Denver |
| S184X230006 | The Renaissance Charter School |
| S184X230009 | Oxnard School District |
| S184X230011 | Del County Norte County Unified School District |
| S184X230020 | Loyola University Maryland |
| S184X230021 | Seattle University |
| S184X230023 | University of Massachusetts Boston |
| S184X230032 | University Corporation at Monterey Bay |
| S184X230041 | Educational Service District 112 |
| S184X230047 | San Diego County Office of Education |
| S184X230055 | Oregon State University |
| S184X230057 | Heritage University |
| S184X230058 | California State University Long Beach Research Foundation |
| S184X230064 | San Francisco State University |
| S184X230065 | Riverside County Office of Education |
| S184X230075 | University of Denver |
| S184X230084 | Humboldt State University Sponsored Programs Foundation |
| S184X230086 | William James College, Inc. |
| S184X230088 | The Board of Regents of the University of Wisconsin System |
| S184X230090 | Solano County Superintendent of Schools |

DEFENDANT'S SECOND VOLUNTARY STATUS REPORT - 3
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

| | |
|---|---|
| S184X230105 | University of Maryland, Baltimore |
| S184X230109 | Long Island University |
| S184X230114 | The Johns Hopkins University |
| S184X230127 | City of Boston |
| S184X230130 | Portland State University |
| S184X230137 | Research Foundation for SUNY at Binghamton |
| S184X230139 | Research Foundation for SUNY at Binghamton |
| S184X230140 | DePaul University |
| S184X230142 | Los Angeles Unified School District |
| S184X230152 | Santa Ana Unified School District |
| S184X230153 | University of the Pacific |
| S184X230157 | Poudre School District |
| S184X240023 | Lyons Central School District |
| S184X240037 | Long Island University |
| S184X240040 | Dominican University |
| S184X240047 | Lewis & Clark College |
| S184X240053 | University of Connecticut |
| S184X240067 | New Dawn Charter School |
| S184X240069 | Metropolitan State University of Denver |
| S184X240072 | California State University, East Bay, Foundation Inc. |
| S184X240076 | Grand Valley State University |
| S184X240130 | The Research Foundation for SUNY on behalf of U. at Buffalo |
| S184X240146 | The Research Foundation for The State University of New York |
| S184X240147 | Entrepreneur High School |
| S184X240153 | University of Washington |
| S184X240190 | University of Redlands |
| S184X240201 | Marin County Office of Education |
| S184X240207 | West Contra Costa Unified School District |

- As of June 24, 2026, eighteen (18) of the continued grants failed to submit any reimbursement requests for the six months' worth of funding previously obligated under the Department's new continuation decisions. As a result of the misalignment between the financial obligations reported by these 18 continued Grantees within their Mid-Year Check-Ins, and actual reimbursement requests, the Department has issued an additional $1 to each of the following:

S184X220017 University of Washington
S184X220060 Loyola University of Chicago

DEFENDANT'S SECOND VOLUNTARY STATUS REPORT - 4
(Case No. C25-1228KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

S184X220082 Lewis University
S184X220177 Norwalk-La Mirada USD
S184X220185 University of Northern Colorado
S184X230027 University of Washington
S184X230068 Alfred University
S184X230100 Board of Trustees for the University of Northern Colorado
S184X230143 Northeastern Illinois University
S184X230160 Bowie State University
S184X240199 Wheatland Union High School District
S184X240205 Trinity Alps Unified School District
S184H220036 Haverstraw-Stony Point Central School District
S184H220120 RI Department of Elementary and Secondary Education
S184H220124 Conejo Valley Unified School District
S184H220237 Northern Humboldt Union High School District
S184H230201 Para Los Ninos
S184H240088 Syracuse City School District

- The Department has also placed a specific condition on each of the 18 continued Grantees referenced above, requiring them to submit a reimbursement request for all obligations incurred under this award through June 1, 2026, within 30 calendar days.

DATED this 30th day of June 2026.

Respectfully submitted,


*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorney for Defendants

DEFENDANT'S SECOND VOLUNTARY STATUS REPORT - 5
(Case No. C25-1228KKE)