IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

Defendants.

CASE NO.  C25-1228KKE

## DECLARATION OF MURRAY BESSETTE

I, Murray Bessette, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1.      I am the Principal Deputy Assistant Secretary of Education of the Office of Planning, Evaluation and Policy Development at the United States Department of Education ("the Department" or "Education").  In this role, I serve as the principal adviser to the Secretary on all matters relating to policy development, implementation, evaluation, and review, budget proposals and processes, data strategy and governance, student privacy, and Department grantmaking.

2.      On June 1, 2026, I signed a Declaration in support of the Department's motion for summary judgment in *California v. Dep't of Educ.*, No. 25-cv-10548-AK (D. Mass.). ECF 155. A true and correct copy of this Declaration is attached as Exhibit A ("California Declaration").

3.      In the California Declaration, I stated that the February 5th, 2025, guidance issued by then-Acting Secretary Denise Carter entitled "Eliminating Discrimination and Fraud in

1

Department Grant Awards" is no longer "relied upon, employed, or otherwise used" by the Department "in reviewing grants and applications."

4.      My representations in the California Declaration regarding the February 5, 2025 guidance (referred to in the Court's December 19, 2025 Order as "the Directive procedure") remain accurate as of the date of this Declaration. The Department does not currently rely upon or enforce the Directive procedure in reviewing grants and applications for alignment with agency priorities.

5.      The Department intends to move forward with a proposal to terminate some or all of the grants affected by the injunction issued by this Court on December 19, 2025. The Department understands that the Court's has permanently enjoined the Department from "implementing or enforcing through any means the Directive procedure […] with respect to any discontinued Grant within Plaintiff States." However, as indicated above, the February 5th, 2025, Directive procedure has not been in effect for over a year.

6.      If the Department proceeds with terminating some or all of these grant agreements, the Department intends to do so under 2 C.F.R. § 200.340.

2

7.      If the Department proceeds with termination of some or all of these grant agreements, the Department will make individualized decisions that will provide the factual basis for the Department's decision, invoke the factor (or factors) of 2 C.F.R. § 200.340 under which the new decision is made, and issue such termination decisions in compliance with the procedural requirements for such decisions.

Executed on this 1st day of July, 2026.

_____

Murray Bessette

Exhibit A: June 1, 2026 Bessette Declaration, *California v. Dep't of Educ.*, No. 25-cv-10548-AK (D. Mass.)

3