The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

                    Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

                    Defendants.

Case No. 2:25-cv-01228-KKE

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Defendants United States Department of Education and Linda McMahon, in her official capacity as United States Secretary of Education, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enter a notice of appearance by Sarah Louise Bishop, Assistant United States Attorney, who will act as co-counsel with Assistant United States Attorney Brian C. Kipnis, in the above-entitled matter.

You are advised that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon said Defendants by serving both undersigned attorney at the address stated below.

    //

NOTICE OF APPEARANCE
[Case No. 2:25-cv-01228-KKE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 13th day of July, 2026.

Respectfully submitted,

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax:    206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

NOTICE OF APPEARANCE
[Case No. 2:25-cv-01228-KKE] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970