UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C25-1228-KKE |
| Plaintiff(s), | ORDER DENYING MOTION FOR CLARIFICATION AS MOOT |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendant(s). | |

Defendants filed a motion for clarification, asking the Court to explain whether its plan to terminate grants protected by a permanent injunction would violate the injunction. Dkt. No. 437. Plaintiff States opposed that motion (Dkt. No. 443) and also filed a separate action (with a motion for temporary restraining order) to challenge Defendants' plan. *See State of Washington v. U.S. Dep't of Educ.*, No. C26-2409-KKE (W.D. Wash. 2026) ("*Washington* II action"). The Court heard oral argument on Defendants' motion for clarification and Plaintiff States' motion for temporary restraining order on July 24, 2026. Dkt. No. 451.

In the *Washington* II action, the Court granted Plaintiff States' motion for a temporary restraining order, finding that Defendants' proposed terminations were arbitrary and capricious and contrary to law in two ways, and enjoining terminations on those bases. *Washington* II action, Dkt. No. 50. As explained in that order, the Court finds that the temporary restraining order entered

ORDER DENYING MOTION FOR CLARIFICATION AS MOOT - 1

in the *Washington* II action moots Defendants' motion for clarification in this action. Thus, the Court DENIES the motion for clarification as moot. Dkt. No. 437.

Dated this 28th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR CLARIFICATION AS MOOT - 2