The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | NO. 2:25-cv-01228-KKE<br>NO. 2:26-cv-02409-KKE<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF STATES' MOTION TO ENFORCE AND MODIFY DECEMBER 19, 2025, PERMANENT INJUNCTION AND/OR SEPTEMBER 22, 2026, PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 3, 2026<br><br>ORAL ARGUMENT REQUESTED |

THIS MATTER came before the Court on Plaintiff States' Motion to Enforce and Modify December 19, 2025, Permanent Injunction and/or September 22, 2026, Preliminary Injunction. Having considered Plaintiffs' Motion, Defendants' response, Plaintiffs' reply, and the arguments of the parties, if any, the Court hereby FINDS that:

1. Defendants' failure to make funding determinations and issue any grant awards for the entire January 1, 2026, through December 31, 2026, budget period for grants protected by the Court's December 19, 2025, Permanent Injunction (Protected Grants) violates the permanent injunction and the February 24, 2026, Order that Defendants issue any new continuation determinations by March 6, 2026 (*Washington* (2025) Dkt. ##269, 363).



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

2. Defendants' failure to issue additional funding determinations and issue any grant awards that obligate funds for the remainder of the 2026 budget period for Protected Grants also violates the Court's September 22, 2026, Preliminary Injunction against withholding funds based on new priorities and/or withholding additional funding determinations without complying with procedural protections (*Washington* (2026) Dkt. #106).

3. Given Defendants' ongoing hostile treatment of Grantees, including Defendants' novel ad hoc grant procedure and failure to restore the original performance period, equitable relief is appropriate to ensure grantees performing Protected Grants (Protected Grantees) are not treated less favorably than other Mental Health Service Professional Demonstration Grant Program (MHSP) and School-Based Mental Health Services Grant Program (SBMH) grantees that Defendants did not unlawfully discontinue pursuant to the February Directive.

Accordingly, the Court ORDERS:

1. Plaintiff States' Motion to Enforce and Modify December 19, 2025, Permanent Injunction and/or September 22, 2026, Preliminary Injunction is **GRANTED**.

2. Defendants must make additional funding determinations for the rest of the January 1, 2026, through December 31, 2026, budget period, for each Protected Grant within forty-eight hours of this Order. Pursuant to those determinations, Defendants must issue Grant Award Notifications (GANs) that fully fund Protected Grants for the entire January 1, 2026, through December 31, 2026, budget period within forty-eight hours of making the additional funding determinations.

3. The Court clarifies that by ordering Defendants to issue "continuation awards," it means for the Department to issue GANs that award funding for the Protected Grant's entire one-year budget period, and that accurately reflect the Protected Grant's performance period.

4. The permanent injunction against "[d]enying a continuation award based on performance issues, if any, caused by the Department's actions challenged in this case and their



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

disruptive effects," *Washington* (2025), Dkt. #269 at 35, includes performance issues caused by Defendants' actions challenged in *Washington* (2026) and their disruptive effects.

5. In administering the Protected Grants, Defendants shall not treat Protected Grantees less favorably than other MHSP and SBMH grantees.

6. Within seven days of this Order, Defendants shall file a status report documenting the actions they have taken to comply with this Order and listing the total continuation award funding provided for each Protected Grant for the 2026 budget period with their original amount and updated amount. The report should include the grant number, grantee, and state.

7. No later than December 15, 2026, Defendants shall file a status report describing the status of the continuation award process for funding the 2027 budget period for MHSP and SBMH grants, including what steps have been taken and what steps remain to be completed for both Protected Grants and for other MHSP and SBMH grants, and the amount of appropriations that remain available for 2027 MHSP and SBMH continuation awards.

DATED this ______ day of ___________________ 2026.

______________________________________
THE HONORABLE KYMBERLY K. EVANSON
U.S. District Court Judge



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

Presented by:

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
ELLEN RANGE, WSBA #51334
JENNIFER K. CHUNG, WSBA #51583
DUFFY GRAHAM, WSBA #33103
LUCY WOLF, WSBA #59028
Assistant Attorneys General
Complex Litigation Division
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Ellen.Range@atg.wa.gov
Jennifer.Chung@atg.wa.gov
Duffy.Graham@atg.wa.gov
Lucy.Wolf@atg.wa.gov
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
JENNIFER-KATE AARONSON*
VANESSA L. KASSAB*
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Vanessa.Kassab@delaware.gov
Jennifer.Aaronson@delaware.gov
Ian.Liston@delaware.gov

*Attorneys for State of Delaware*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Andrew Ammirati*
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Emily.Hirsch@ilag.gov

*Attorney for State of Illinois*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for State of Maine*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Sarah H. Weiss*
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Katherine Dirks*
KATHERINE DIRKS*
Chief State Trial Counsel
YAEL SHAVIT*
Chief, Consumer Protection Division
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2277
Katherine.Dirks@mass.gov
Yael.Shavit@mass.gov

*Counsel for Commonwealth of Massachusetts*

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Special Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for State of New York*

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN*
Solicitor General
SETH C. MCMILLAN*
Deputy Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
Aallen@nmdoj.gov
SMcMillan@nmdoj.gov

*Attorneys for State of New Mexico*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for People of Michigan*

AARON FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
702-486-3420
HStern@ag.nv.gov

*Attorney for State of Nevada*

DAN RAYFIELD
Attorney General of Oregon

*/s/ Coby Howell*
COBY HOWELL*
Senior Assistant Attorney General
Trial Attorney
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Coby.Howell@doj.oregon.gov

*Attorney for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2809
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Frances Reynolds Colbert*
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

**Admitted pro hac vice*