Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-01228-KKE<br><br>**NOTICE OF INTENT TO FILE A SURREPLY**<br><br>[LCR 7(g)] |

Defendants U.S. Department of Education and Linda S. McMahon, U.S. Secretary of Education (collectively, "the Department") hereby give notice, pursuant to LCR 7(g) of their intent to file a surreply for the purpose of asking the Court to strike new evidence and new argument contained in the reply brief filed by Plaintiffs on November 3, 2026 (Dkt. # 487) in

///

///

///

///

///



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

connection with "Plaintiff States' Motion to Enforce and Modify December 19, 2025, Permanent Injunction and/or September 22, 2026, Preliminary Injunction" (Dkt. # 460).

DATED this 6th day of November 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*